| | |
|---|---|
| 1 | COOLEY LLP |
| | TRAVIS LEBLANC (251097) (tleblanc@cooley.com) |
| 2 | JOSEPH D. MORNIN (307766) (jmornin@cooley.com) |
| | 101 California Street, 5th floor |
| 3 | San Francisco, CA   94111-5800 |
| | Telephone:   (415) 693-2000 |
| 4 | Facsimile:    (415) 693-2222 |
| 5 | DANIEL J. GROOMS (D.C. Bar No. 219124) (*pro hac vice* forthcoming) |
| | (dgrooms@cooley.com) |
| 6 | 1299 Pennsylvania Avenue, NW, Suite 700 |
| | Washington, DC  20004-2400 |
| 7 | Telephone:   (202) 842-7800 |
| | Facsimile:    (202) 842-7899 |
| 8 | |
| 9 | Attorneys for Plaintiffs |
| | WHATSAPP INC. and FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No.  3:19-cv-07123-JSC <br><br> **FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT** |

**RULE 7.1 DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1, Plaintiff Facebook, Inc. states:

1. Facebook has no parent corporation.

2. No publicly held corporation owns 10 percent or more of Facebook's stock.

Dated:  October 29, 2019

Respectively submitted,

COOLEY LLP


/s/ Travis LeBlanc
Travis LeBlanc
Daniel J. Grooms
Joseph D. Mornin

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

213972777