COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (*pro hac vice* forthcoming)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  3:19-cv-07123-JSC<br><br>**PLAINTIFFS FACEBOOK, INC. AND WHATSAPP INC.'S CERTIFICATE OF INTERESTED ENTITIES** |

**L.R. 3-15 CERTIFICATE OF INTERESTED ENTITIES**

Under Civil L.R. 3-15, counsel for plaintiffs certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated:  October 29, 2019

Respectively submitted,

COOLEY LLP

/s/ Travis LeBlanc
_____
Travis LeBlanc
Daniel J. Grooms
Joseph D. Mornin

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

213974041