```
COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
JOSEPH MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (219124) (*pro hac vice* forthcoming)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899


Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  3:19-cv-07123-JSC<br><br>**NOTICE OF APPEARANCE OF JOSEPH D. MORNIN AS COUNSEL FOR PLAINTIFFS WHATSAPP INC. AND FACEBOOK, INC.** |

TO THE CLERK, ALL PARTIES, AND ALL COUNSEL OF RECORD:

Plaintiffs WhatsApp Inc. and Facebook, Inc. notify the Court and all parties that Joseph D. Mornin of the law firm of Cooley LLP hereby appears as Plaintiffs' counsel of record in this action. His is admitted to practice in California and before this Court. His address, telephone, facsimile and email address are as follows:

> COOLEY LLP
> Joseph D. Mornin
> 101 California Street, 5th Floor
> San Francisco, CA 94111-5800
> Telephone: (415) 693-2000
> Facsimile: (415) 693-2222
> E-mail: jmornin@cooley.com

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: October 29, 2019                COOLEY LLP


/s/ Joseph D. Mornin
Joseph D. Mornin (307766)

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

214051509