COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com
JOSEPH MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (219124) (*pro hac vice* forthcoming)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  3:19-cv-07123<br><br>**NOTICE OF APPEARANCE OF KYLE C. WONG** |

Plaintiffs WhatsApp Inc. and Facebook, Inc. file this Notice of Appearance and hereby notify the Court and Defendants that Kyle C. Wong of the law firm Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111, hereby enters his appearance as counsel of record for Plaintiffs in the above-referenced matter.

///

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

NOTICE OF APPEARANCE OF KYLE C. WONG FOR
PLAINTIFFS WHATSAPP INC. AND FACEBOOK, INC.
CASE NO.  3:19-CV-07123

All pleadings, discovery, correspondence, and other material should be served upon counsel at:

> Kyle C. Wong (kwong@cooley.com)
> Cooley LLP
> 101 California Street, 5th Floor
> San Francisco, CA 94111-5800
> Telephone: (415) 693-2000
> Facsimile: (415) 693-2222

Dated: November 26, 2019

COOLEY LLP
TRAVIS LEBLANC (251097)
KYLE C. WONG (224021)
JOSEPH MORNIN (307766)

/s/ *Kyle C. Wong*
Kyle C. Wong
Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.