COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 3:19-cv-07123 <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE UNDER LOCAL RULES 7-11 & 16-2(D)** <br><br> Hon. Jacqueline S. Corley |

1    Plaintiffs WhatsApp Inc. and Facebook, Inc. now move this Court under Local Rules 7-11

2    and 16-2(d) to reschedule the Case Management Conference currently scheduled for January 30,

3    2020, at 3:00 p.m. to January 27, January 28, or February 13 at 1:30 p.m., or another date at the

4    Court's convenience.

5        Plaintiffs filed this action against Defendants NSO Group Technologies Ltd. and Q Cyber

6    Technologies Ltd., both foreign corporations, on October 29, 2019. Plaintiffs seek injunctive relief

7    and damages for Defendants' unauthorized use of Plaintiffs' servers to send malware to conduct

8    illegal surveillance against a broad array of people, including attorneys, journalists, human rights

9    activists, government officials, and others in April and May 2019. ECF No. 1. When Plaintiffs

10   discovered this misconduct in May 2019, they stopped Defendants' improper access to the

11   WhatsApp's service and computers. *Id.*

12       After filing the Complaint, Plaintiffs promptly sought to serve Defendants under the Hague

13   Convention, which was effected on December 17, 2019.[1] Declaration of Joseph D. Mornin ("Mornin

14   Decl.") ¶ 2. Plaintiffs also contacted Defendants via email, physical mail, and hand service, but have

15   not received any response. *Id.* ¶¶ 3–5. As of the date of this filing, no counsel has entered an

16   appearance in this matter on Defendants' behalf, nor have Defendants filed an answer to the

17   Complaint. Thus, Plaintiffs cannot fulfill their obligations under the Court's initial case management

18   scheduling order (ECF No. 9), including the obligations to meet and confer regarding initial

19   disclosures, early settlement, ADR process selection, and a discovery plan. A short continuance of

20   the case management conference is therefore warranted. In addition, Plaintiffs' counsel Travis

21   LeBlanc and Daniel Grooms have a scheduling conflict on January 30, 2020.

22       For the reasons described above, Plaintiffs have been unable to obtain Defendants' consent to

23   this scheduling change. Mornin Decl. ¶ 7.

24       No previous time modifications have been requested in this case. The requested modification

25   would not have any effect on the schedule in this matter, as the Court has not entered a case schedule

26

27

28   [1] Plaintiffs are currently awaiting the issuance of a formal certificate of Hague service from the Central
     Authority.

1  and Defendants have not yet appeared.

2

3  Dated: January 7, 2020                    Respectfully submitted,

4                                            COOLEY LLP

5

6                                            /s/ Travis LeBlanc
                                             _____
7                                            Travis LeBlanc
                                             Daniel J. Grooms
8                                            Kyle C. Wong
                                             Joseph D. Mornin

9                                            Attorneys for Plaintiffs
                                             WHATSAPP INC. and FACEBOOK, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28