COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:19-cv-07123<br><br>**DECLARATION OF JOSEPH D. MORNIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE UNDER LOCAL RULES 7-11 & 16-2(D)**<br><br>Hon. Jacqueline S. Corley |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

MORNIN DECLARATION IN SUPPORT OF
PLAINTIFFS' MOTION TO RESCHEDULE CMC
CASE NO. 3:19-CV-07123

I, Joseph D. Mornin, declare:

1. I am an attorney with the law firm of Cooley LLP and counsel for Plaintiffs WhatsApp Inc. and Facebook, Inc. in this matter. I submit this declaration based on personal knowledge and following reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement.

2. Shortly after filing their Complaint, Plaintiffs began the process of serving Defendants under the Hague Convention. On December 31, 2019, Plaintiffs learned that Defendants had been properly served via the Hague Convention on December 17, 2019, and that a formal certificate of service from the Central Authority would be forthcoming.

3. Between November 4 and 27, 2019, Plaintiffs attempted to contact Defendants multiple times via email, physical mail, and hand service. Each of Plaintiffs' communications included a cover letter requesting contact information for Defendants' counsel, requesting waiver of service of the summons within 60 days, and informing defendants of their duty to preserve all documents that may be relevant to this litigation. Each communication also included the complaint, exhibits, and civil cover sheet filed in this case (ECF Nos. 1, 1-1, & 1-2); U.S. District Court Forms AO 398 ("Notice of a Lawsuit and Request to Waive Service of a Summons") and AO 399 ("Waiver of the Service of Summons"); the standing order for all judges of the Northern District of California; the civil standing order for Magistrate Judge Jacqueline Scott Corley; the Northern District of California's general standing order for civil cases entitled "Contents of Joint Case Management Statement"; and the Court's order setting ADR deadlines and the initial case management conference (ECF No. 9).

4. Many of these communications were successfully delivered. For instance, on November 13, 2019, Plaintiffs hand-delivered these materials to both Defendants at their offices in Israel. They were personally signed for by Shir Kovner, who serves as the "legal advisor" for both Defendants.

5. Defendants have not responded to any of Plaintiffs' communications.

6. Plaintiffs are not aware of any counsel representing Defendants in this litigation.

Cooley LLP
Attorneys At Law
San Francisco

2

MORNIN DECLARATION IN SUPPORT OF
PLAINTIFFS' MOTION TO RESCHEDULE CMC
CASE NO. 3:19-CV-07123

7. For these reasons, Plaintiffs have been unable to obtain Defendants' consent to this request to reschedule the case management conference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on the 7th day of January, 2020.

Dated: January 7, 2020

Respectfully submitted,

COOLEY LLP

/s/ Joseph D. Mornin
Joseph D. Mornin

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

MORNIN DECLARATION IN SUPPORT OF
PLAINTIFFS' MOTION TO RESCHEDULE CMC
CASE NO. 3:19-CV-07123