COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:19-cv-07123<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE UNDER LOCAL RULES 7-11 & 16-2(D)**<br><br>Hon. Jacqueline S. Corley |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO RESCHEDULE CMC
CASE NO. 3:19-CV-07123

# [PROPOSED] ORDER

Good cause appearing, the motion to reschedule the Case Management Conference currently schedule in this matter for January 30, 2020 at 3 p.m. is GRANTED. The Case Management Conference is rescheduled to _____, 2020, at 1:30 p.m.

IT IS SO ORDERED.

Date: _____   _____
Hon. Jacqueline S. Corley

Cooley LLP
Attorneys At Law
San Francisco

2

[Proposed] Order Granting Plaintiffs'
Motion to Reschedule CMC
Case No. 3:19-cv-07123