1    COOLEY LLP
     TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
2    KYLE C. WONG (224021) (kwong@cooley.com)
     JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
3    101 California Street, 5th floor
     San Francisco, CA    94111-5800
4    Telephone:   (415) 693-2000
     Facsimile:    (415) 693-2222
5

6    DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
     (dgrooms@cooley.com)
     1299 Pennsylvania Avenue, NW, Suite 700
7    Washington, DC  20004-2400
     Telephone:   (202) 842-7800
8    Facsimile:    (202) 842-7899

9    Attorneys for Plaintiffs
     WHATSAPP INC. and FACEBOOK, INC.
10

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14   WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 3:19-cv-07123 |
| 15 | **[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE UNDER LOCAL RULES 7-11 & 16-2(D)** |
| 16 | |
| 17           Plaintiffs, | |
| 18     v. | |
| 19   NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Hon. Jacqueline S. Corley |
| 20          Defendants. | |

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS'
MOTION TO RESCHEDULE CMC
CASE NO. 3:19-CV-07123

1

**[PROPOSED] ORDER**

2

    Good cause appearing, the motion to reschedule the Case Management Conference currently

3

schedule in this matter for January 30, 2020 at 3 p.m. is GRANTED. The Case Management

4

Conference is rescheduled to ____February 13_____, 2020, at 1:30 p.m.

5

6

    IT IS SO ORDERED.

7

8

Date: ____January 10, 2020____

9

Hon. _____

10

Judge Jacqueline Scott Corley

11

GRANTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO RESCHEDULE CMC
CASE NO. 3:19-CV-07123