COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:19-cv-07123-JSC<br><br>**DECLARATION OF JOSEPH D. MORNIN IN SUPPORT OF PLAINTIFFS' SEPARATE CASE MANAGEMENT STATEMENT**<br><br>Date:   February 13, 2020<br>Time:   1:30 p.m.<br>Courtroom: E, 15th Floor<br>Judge:   Hon. Jacqueline S. Corley |

I, Joseph D. Mornin, declare:

1. I am an attorney with the law firm of Cooley LLP and counsel for Plaintiffs WhatsApp Inc. and Facebook, Inc. in this matter. The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could competently testify to the truth of each statement.

**Plaintiffs' attempts to notify Defendants of this litigation and request waiver of service:**

2. Plaintiffs have made substantial efforts to notify Defendants of this lawsuit and request a waiver of service of the summons. These efforts included sending the following materials ("Service Materials") to each Defendant and their board members:

- A cover letter that requested contact information for Defendants' counsel; requested a waiver of service of the summons within 60 days; and informed Defendants of their duty to preserve all documents that may be relevant to this litigation. A true and correct copy of the cover letter sent to NSO Group's CEO and NSO Group board member, Shalev Hulio, is attached as **Exhibit 1**. Each of the cover letters sent to Defendants and their board members were substantially identical.

- The Complaint, Complaint exhibits, and civil cover sheet filed in this case (ECF Nos. 1, 1-1, & 1-2).

- U.S. District Court Forms AO 398 ("Notice of a Lawsuit and Request to Waive Service of a Summons") and AO 399 ("Waiver of the Service of Summons"). True and correct copies of those materials are attached as **Exhibit 2**.

- The standing order for all judges of the Northern District of California; the civil standing order for Magistrate Judge Jacqueline Scott Corley; the Northern District of California's general standing order for civil cases entitled "Contents of Joint Case Management Statement"; and the Court's order setting ADR deadlines and the initial case management conference (ECF No. 9).

3. In paragraphs 4 to 13 below, I describe each communication I made to each individual.

4. On November 4, 2019, I sent the Service Materials by email to Shalev Hulio, NSO Group's CEO and board member, at shalevidc@gmail.com, shalev@nsogroup.com, media@nsogroup.com, and info@nsogroup.com. True and correct copies of those emails are attached as **Exhibit 3**.

5. On November 4, 2019, I emailed the Service Materials to Eran Gorev, who is identified as Q Cyber's CEO in the company's Israeli corporate filings. However, on November 12, I received a response from Gorev, in which Gorev stated that he no longer serves in that role. True and correct copies of those emails are attached as **Exhibit 4**.

6. On November 4, 2019, I sent the Service Materials by DHL Express to Defendants' shared office in Israel. The Service Materials were delivered to the shared office and signed for at reception on November 10. True and correct copies of the delivery receipts are attached as **Exhibit 5**.

7. On November 8, 2019, I sent the Service Materials to each of NSO Group's board members by email at the following email addresses:

- Mickael Betito: mickael.betito@gmail.com.
- Stefan Kowski: kowski@novalpina.pe.
- Omri Lavie: omrilavie@hotmail.com, omri@foundersgroup.com, clockwize2003@gmail.com, omri@nsogroup.com.
- Stephen Peel: speel@smpeel.com.
- Gunter Schmid: guenter.schmid@kscf.de.
- Gerhard Schmidt: prof.gerhard_schmidt@web.de, gerhard.schmidt@weil.com. I received an automatic reply indicating that the email to prof.gerhard_schmidt@web.de was undeliverable. I received no other automatic replies, which suggests that the other email addresses (including the alternative email address for Schmidt) were valid and the Service Materials were received by the email recipient.

A true and correct copy of the email sent to Omri Lavie is attached as **Exhibit 6**. Each of the other emails sent to the NSO Group's board members was substantially identical.

8. On November 9, 2019, I sent the Service Materials by FedEx to the office of each NSO Group board member. Those materials were delivered and signed for between November 11 and 13. True and correct copies of the delivery receipts are attached as **Exhibit 7**.

9. On November 13, 2019, my agent hand-delivered the Service Materials to both Defendants at their shared office in Israel. Shir Kovner, who serves as the "legal advisor" for both Defendants, personally signed the receipt for the hand-delivered Service Materials. True and correct copies of the messenger's affidavit and the receipt with Kovner's signature are attached as **Exhibit 8**.

10. On November 15, 2019, my agent hand-delivered the Service Materials to Omri Lavie, NSO Group's co-founder and a current board member, by delivering the Service Materials to his wife at their residence in New Jersey. A true and correct copy of the proof of service is attached as **Exhibit 9**.

11. On November 21, 2019, I sent the Service Materials addressed to Nachum Falek, Q Cyber and NSO Group's CFO, by DHL Express to Defendants' shared office in Israel. The Service Materials were delivered to the office and signed for at reception on November 24. A true and correct copy of the delivery receipt is attached as **Exhibit 10**.

12. On November 22, 2019, I attempted to send the Service Materials by email to Nachum Falek, Q Cyber and NSO Group's CFO, by email at nfalek@allot.com and nachum@nsogroup.com. True and correct copies of those emails are attached as **Exhibit 11**. I received automatic replies indicating that both emails were undeliverable.

13. On November 24, 25, and 27, 2019, my agent attempted to hand-deliver the Service Materials to Nachum Falek at Defendants' shared office and Falek's home in Israel. When those attempts did not succeed, my agent sent the Service Materials by registered mail in Israel to Defendants' shared office and left the envelope containing the Service Materials in Falek's mailbox at his residence. True and correct copies of the messenger's affidavits and photographs showing the envelope in Falek's residential mailbox are attached as **Exhibit 12**.

14. As of the date of this filing, Defendants have not responded to any of the communications described above, nor have they responded to the Complaint or appeared in this litigation.

15. On February 3, 2020, Plaintiffs' counsel was contacted for the first time by Joseph Akrotirianakis, an attorney at King & Spalding LLP, who stated that his firm represents Defendants NSO Group and Q Cyber. On February 4, Plaintiffs' counsel Kyle Wong and I participated in a brief phone conversation with defense counsel Joseph Akrotirianakis and Aaron Craig from King & Spalding LLP. During that conversation, Mr. Akrotirianakis stated that he was not currently willing to enter an appearance as an attorney of record in this case. Mr. Wong stated that we were concerned about discussing the litigation with counsel who are not attorneys of record. I later confirmed by email that we would only discuss the litigation with an attorney of record. As of this filing, I have not received a reply.

**Service via the Hague Convention:**

16. On November 8, 2019, I engaged Aaron Lukken of Viking Advocates, LLC to accomplish service on Defendants under the Hague Convention.

17. On December 31, 2019, Lukken reported that his agent had successfully served both Defendants at their shared office on December 17, 2019. A true and correct copy of Lukken's report is attached as **Exhibit 13**. A true and correct copy of the certificate of delivery provided by the agent is attached as **Exhibit 14**.

18. Plaintiffs have not yet received the formal certificate of Hague service from the Central Authority in Israel.

**Defendants' public acknowledgment of this litigation:**

19. Attached as **Exhibit 15** is a true and correct copy of a press release published online by Defendant NSO Group Technologies Ltd. on October 29, 2019, available at https://www.prnewswire.com/news-releases/nso-group-statement-on-facebook-lawsuit-300947701.html and archived at https://web.archive.org/web/20191209233631/https://www.prnewswire.com/news-releases/nso-group-statement-on-facebook-lawsuit-300947701.html.

20. Attached as **Exhibit 16** is a true and correct copy of a public filing under the Foreign Agents Registration Act by Mercury Public Affairs, LLC, dated January 6, 2020. This filing includes a "Consulting Services Agreement" executed by Q Cyber and Mercury Public Affairs.

**Recent reports regarding the use of Defendants' "Pegasus" spyware:**

21. Attached as **Exhibit 17** is a true and correct copy of an article titled "Someone Tried to Hack My Phone. Technology Researchers Accused Saudi Arabia.," published online by the *New York Times* on January 28, 2020, available at https://www.nytimes.com/2020/01/28/reader-center/phone-hacking-saudi-arabia.html and archived at http://web.archive.org/web/20200129025846/https://www.nytimes.com/2020/01/28/reader-center/phone-hacking-saudi-arabia.html.

22. Attached as **Exhibit 18** is a true and correct copy of an article titled "Exclusive: FBI probes use of Israeli firm's spyware in personal and government hacks - sources," published online by Reuters on January 30, 2020, available at https://www.reuters.com/article/us-usa-cyber-nso-exclusive/exclusive-fbi-probes-use-of-israeli-firms-spyware-in-personal-and-government-hacks-sources-idUSKBN1ZT38B and archived at http://web.archive.org/web/20200131140149/https://www.reuters.com/article/us-usa-cyber-nso-exclusive/exclusive-fbi-probes-use-of-israeli-firms-spyware-in-personal-and-government-hacks-sources-idUSKBN1ZT38B.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on the 6th of February, 2020.

/s/ Joseph D. Mornin
Joseph D. Mornin