# EXHIBIT 7

**Mornin, Joe**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, November 13, 2019 3:29 PM |
| **To:** | Mornin, Joe |
| **Subject:** | FedEx Shipment 780856123417 Delivered |

[External]

_____
_____

This tracking update has been requested by:

Company Name:	Cooley LLP

Name:	Joe Mornin

E-mail:	jmornin@cooley.com

Message:	PSShip eMail Notification

_____

Our records indicate that the following shipment has been delivered:

Reference:	309101-2312-24526

Ship date:	Nov 9, 2019

Signed for by:	F.RAU UMAT

Delivery location:	FRANKFURT, HE

Delivered to:	Receptionist/Front Desk

| | |
|---|---|
| Delivery date: | Wed, 11/13/2019 7:52 am |
| Service type: | FedEx International First® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services | Deliver Weekday |
| | Saturday Pickup |
| Tracking number: | 780856123417 |

| Shipper Information | Recipient Information |
|---|---|
| JOE MORNIN | GERHARDT SCHMIDT |
| COOLEY LLP | WEIL, GOTSHAL MANGES LLP |
| 101 CALIFORNIA STREET | TAUNUSANLAGE 1 (SKYPER) |
| 5TH FLOOR | FRANKFURT |
| SAN FRANCISCO | HE |
| CA | DE |
| US | 60329 |
| 94111 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 5:28 PM CST on 11/13/2019.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery  displayed above. FedEx does not determine money-back guarantee or  delay  claim requests based on the scheduled delivery. Please see the FedEx  Service Guide for terms  and

conditions of service, including the FedEx Money-Back Guarantee,  or contact  your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://urldefense.proofpoint.com/v2/url?u=https-3A__www.fedex.com_apps_fedextrack_-3Faction-3Dtrack-26tracknumbers-3D780856123417-26language-3Den-26opco-3DFX-26clientype-3Divother&d=DwIDaQ&c=5vOBDmAB7iEjDDOZLSiuMw&r=E2J86np5PJUEJl8Yl7w1_5LHs4CvMzc7_M7KbbX5FUg&m=BqE6w2TaywBXFdy5gTGJEAfIh6IzXkJj_W8nBzaa1Q4&s=bkVLiZT9a3ChMaNOTBR3bLduD2MqP7pyZBMBxqDnri0&e=

This tracking update has been sent to you by FedEx on behalf of the Requestor  jmornin@cooley.com. FedEx does not validate the authenticity of the  requestor and does not validate, guarantee or warrant the authenticity  of the request, the

requestor's message, or the accuracy of this tracking update.

© 2019 Federal Express Corporation. The content of this message is protected  by copyright and trademark laws under U.S. and international law. You  can access our privacy policy by searching the term on fedex.com. All  rights reserved.

Thank you for your business.

## Mornin, Joe

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, November 12, 2019 12:59 AM |
| **To:** | Mornin, Joe |
| **Subject:** | FedEx Shipment 780856056493 Delivered |

[External]

_____
_____

This tracking update has been requested by:

Company Name:      Cooley LLP

Name:              Joe Mornin

E-mail:            jmornin@cooley.com

Message:           PSShip eMail Notification

_____

Our records indicate that the following  shipment has been delivered:

Reference:              309101-2312-24526

Ship date:              Nov 9,  2019

Signed for by:          J.JEFFS

Delivery location:       LONDON,  LO

Delivered to:           Mailroom

| | |
|---|---|
| Delivery date: | Tue, 11/12/2019 8:54 am |
| Service type: | FedEx International First® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services | Deliver Weekday |
| | Saturday Pickup |
| Tracking number: | 780856056493 |

| Shipper Information | Recipient Information |
|---|---|
| JOE MORNIN | STEPHEN PEEL |
| COOLEY LLP | NOVALPINA CAPITAL |
| 101 CALIFORNIA STREET | 1 BREWERS GREEN |
| 5TH FLOOR | THE CAXTON BUILDING |
| SAN FRANCISCO | LONDON |
| CA | LO |
| US | GB |
| 94111 | SW1H0RH |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:59 AM CST on 11/12/2019.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery  displayed above. FedEx does not determine money-back guarantee or  delay  claim requests based on the scheduled delivery. Please see the FedEx  Service Guide for terms  and

conditions of service, including the FedEx Money-Back Guarantee,  or contact  your FedEx customer support representative.

To track the status of this shipment online, please use the following: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.fedex.com_apps_fedextrack_-3Faction-3Dtrack-26tracknumbers-3D780856056493-26language-3Den-26opco-3DFX-26clientype-3Divother&d=DwIDaQ&c=5vOBDmAB7iEjDDOZLSiuMw&r=E2J86np5PJUEJl8Yl7w1_5LHs4CvMzc7_M7KbbX5FUg&m=WHvMfQx_qPXA-e8q3I8e7x4Ke_qlmePX42y2wAO32zc&s=_ahwKgdS5fCZ9vnByk4wDlEvZLAidDOLIDpu1VrL6L4&e=

This tracking update has been sent to you by FedEx on behalf of the Requestor  jmornin@cooley.com. FedEx does not validate the authenticity of the  requestor and does not validate, guarantee or warrant the authenticity  of the request, the

requestor's message, or the accuracy of this tracking update.

© 2019 Federal Express Corporation. The content of this message is protected  by copyright and trademark laws under U.S. and international law. You  can access our privacy policy by searching the term on fedex.com. All  rights reserved.

Thank you for your business.

## Mornin, Joe

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, November 12, 2019 12:59 AM |
| **To:** | Mornin, Joe |
| **Subject:** | FedEx Shipment 780856041940 Delivered |

[External]

_____
_____

This tracking update has been requested by:

Company Name:   Cooley LLP

Name:   Joe Mornin

E-mail:   jmornin@cooley.com

Message:   PSShip eMail Notification

_____

Our records indicate that the following shipment has been delivered:

Reference:   309101-2312-24526

Ship date:   Nov 9, 2019

Signed for by:   J.JEFFS

Delivery location:   LONDON, LO

Delivered to:   Mailroom

| | |
|---|---|
| Delivery date: | Tue, 11/12/2019 8:54 am |
| Service type: | FedEx International First® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services | Deliver Weekday |
| | Saturday Pickup |
| Tracking number: | 780856041940 |

| Shipper Information | Recipient Information |
|---|---|
| JOE MORNIN | STEFAN KOWSKI |
| COOLEY LLP | NOVALPINA CAPITAL |
| 101 CALIFORNIA STREET | 1 BREWERS GREEN |
| 5TH FLOOR | THE CAXTON BUILDING |
| SAN FRANCISCO | LONDON |
| CA | LO |
| US | GB |
| 94111 | SW1H0RH |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:59 AM CST on 11/12/2019.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery  displayed above. FedEx does not determine money-back guarantee or  delay  claim requests based on the scheduled delivery. Please see the FedEx  Service Guide for terms  and

conditions of service, including the FedEx Money-Back Guarantee,  or contact  your FedEx customer support representative.

To track the status of this shipment online, please use the following: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.fedex.com_apps_fedextrack_-3Faction-3Dtrack-26tracknumbers-3D780856041940-26language-3Den-26opco-3DFX-26clientype-3Divother&d=DwIDaQ&c=5vOBDmAB7iEjDDOZLSiuMw&r=E2J86np5PJUEJl8Yl7w1_5LHs4CvMzc7_M7KbbX5FUg&m=ZVpkNeufZHiRF27a2RR3ucALgkW1lsv54KVKLxovzDk&s=Qj3ht5GqgCeReAvg-VpO0XLAgJHXqPyc4it8xuFa6e4&e=

This tracking update has been sent to you by FedEx on behalf of the Requestor  jmornin@cooley.com. FedEx does not validate the authenticity of the  requestor and does not validate, guarantee or warrant the authenticity  of the request, the

requestor's message, or the accuracy of this tracking update.

© 2019 Federal Express Corporation. The content of this message is protected  by copyright and trademark laws under U.S. and international law. You  can access our privacy policy by searching the term on fedex.com. All  rights reserved.

Thank you for your business.

## Mornin, Joe

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, November 12, 2019 12:59 AM
**To:** Mornin, Joe
**Subject:** FedEx Shipment 780856099772 Delivered

[External]

_____
_____

This tracking update has been requested by:

Company Name:       Cooley LLP

Name:               Joe Mornin

E-mail:             jmornin@cooley.com

Message:            PSShip eMail Notification

_____

Our records indicate that the following shipment has been delivered:

Reference:          309101-2312-24526

Ship date:          Nov 9, 2019

Signed for by:      J.JEFFS

Delivery location:  LONDON, LO

Delivered to:       Mailroom

| | |
|---|---|
| Delivery date: | Tue, 11/12/2019 8:54 am |
| Service type: | FedEx International First® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services | Deliver Weekday |
| | Saturday Pickup |
| Tracking number: | 780856099772 |

| Shipper Information | Recipient Information |
|---|---|
| JOE MORNIN | GUNTER SCHMID |
| COOLEY LLP | NOVALPINA CAPITAL |
| 101 CALIFORNIA STREET | 1 BREWERS GREEN |
| 5TH FLOOR | THE CAXTON BUILDING |
| SAN FRANCISCO | LONDON |
| CA | LO |
| US | GB |
| 94111 | SW1H0RH |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:59 AM CST on 11/12/2019.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery  displayed above. FedEx does not determine money-back guarantee or  delay  claim requests based on the scheduled delivery. Please see the FedEx  Service Guide for terms  and

conditions of service, including the FedEx Money-Back Guarantee,  or contact  your FedEx customer support representative.

To track the status of this shipment online, please use the following: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.fedex.com_apps_fedextrack_-3Faction-3Dtrack-26tracknumbers-3D780856099772-26language-3Den-26opco-3DFX-26clientype-3Divother&d=DwIDaQ&c=5vOBDmAB7iEjDDOZLSiuMw&r=E2J86np5PJUEJl8Yl7w1_5LHs4CvMzc7_M7KbbX5FUg&m=C7NWX4GVBU-Etx2pHfPc6EMMVeZuQEj0bM-Akgm06ko&s=agGrJ91pBId1hGOhZ7TW3yQqgrGMjpEFwLocWECtiKM&e=

This tracking update has been sent to you by FedEx on behalf of the Requestor  jmornin@cooley.com. FedEx does not validate the authenticity of the  requestor and does not validate, guarantee or warrant the authenticity  of the request, the

requestor's message, or the accuracy of this tracking update.

© 2019 Federal Express Corporation. The content of this message is protected  by copyright and trademark laws under U.S. and international law. You  can access our privacy policy by searching the term on fedex.com. All  rights reserved.

Thank you for your business.

**Mornin, Joe**

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, November 12, 2019 12:59 AM
**To:** Mornin, Joe
**Subject:** FedEx Shipment 780856092594 Delivered

[External]

_____
_____

This tracking update has been requested by:

Company Name:     Cooley LLP

Name:             Joe Mornin

E-mail:           jmornin@cooley.com

Message:          PSShip eMail Notification

_____

Our records indicate that the following shipment has been delivered:

Reference:          309101-2312-24526

Ship date:          Nov 9, 2019

Signed for by:      J.JEFFS

Delivery location:  LONDON, LO

Delivered to:       Mailroom

| | |
|---|---|
| Delivery date: | Tue, 11/12/2019 8:54 am |
| Service type: | FedEx International First® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services | Deliver Weekday |
| | Saturday Pickup |
| Tracking number: | 780856092594 |

| Shipper Information | Recipient Information |
|---|---|
| JOE MORNIN | MICKAEL BETITO |
| COOLEY LLP | NOVALPINA CAPITAL |
| 101 CALIFORNIA STREET | 1 BREWERS GREEN |
| 5TH FLOOR | THE CAXTON BUILDING |
| SAN FRANCISCO | LONDON |
| CA | LO |
| US | GB |
| 94111 | SW1H0RH |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:59 AM CST on 11/12/2019.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery  displayed above. FedEx does not determine money-back guarantee or  delay  claim requests based on the scheduled delivery. Please see the FedEx  Service Guide for terms  and

conditions of service, including the FedEx Money-Back Guarantee,  or contact  your FedEx customer support representative.

To track the status of this shipment online, please use the following: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.fedex.com_apps_fedextrack_-3Faction-3Dtrack-26tracknumbers-3D780856092594-26language-3Den-26opco-3DFX-26clientype-3Divother&d=DwIDaQ&c=5vOBDmAB7iEjDDOZLSiuMw&r=E2J86np5PJUEJl8Yl7w1_5LHs4CvMzc7_M7KbbX5FUg&m=ldoLQaqkKWx3MbDVDAotfuHN5eyn4Z76ZSUfA8kAVTs&s=fvSKkJeUszqBTL3egaCI9T9LC75dnZGgWNd6V7Q1KxQ&e=

This tracking update has been sent to you by FedEx on behalf of the Requestor  jmornin@cooley.com. FedEx does not validate the authenticity of the  requestor and does not validate, guarantee or warrant the authenticity  of the request, the

requestor's message, or the accuracy of this tracking update.

© 2019 Federal Express Corporation. The content of this message is protected  by copyright and trademark laws under U.S. and international law. You  can access our privacy policy by searching the term on fedex.com. All  rights reserved.

Thank you for your business.

# Mornin, Joe

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, November 11, 2019 7:09 AM |
| **To:** | Mornin, Joe |
| **Subject:** | FedEx Shipment 780856158514 Delivered |
| **Follow Up Flag:** | FollowUp |
| **Flag Status:** | Completed |

[External]

_____
_____

This tracking update has been requested by:

Company Name:      Cooley LLP

Name:              Joe Mornin

E-mail:            jmornin@cooley.com

Message:           PSShip eMail Notification

_____

Our records indicate that the following shipment has been delivered:

Reference:         309101-2312-24526

Ship date:         Nov 9, 2019

Signed for by:     Signature not required

| | |
|---|---|
| Delivery location: | DEMAREST, NJ |
| Delivered to: | Residence |
| Delivery date: | Mon, 11/11/2019 10:05 am |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services | Deliver Weekday |
| | Residential Delivery |
| | Saturday Pickup |
| Standard transit: | 11/11/2019 by 10:30 am |
| Tracking number: | 780856158514 |

| Shipper Information | Recipient Information |
|---|---|
| Joe Mornin | Omri Lavie |
| Cooley LLP | 354 HARDENBURGH AVE |
| 101 California Street | DEMAREST |
| 5th Floor | NJ |
| San Francisco | US |
| CA | 07627 |
| US | |
| 94111 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:09 AM CST on 11/11/2019.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and

conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.fedex.com_apps_fedextrack_-3Faction-3Dtrack-26tracknumbers-3D780856158514-26language-3Den-26opco-3DFX-26clientype-3Divother&d=DwIDaQ&c=5vOBDmAB7iEjDDOZLSiuMw&r=E2J86np5PJUEJl8Yl7w1_5LHs4CvMzc7_M7KbbX5FUg&m=zjUFYcJ_6Olh-tfDVk4wyhCBeBV6VSmEULox_YUpLyY&s=TfsGzRQp-qKMidfnNWLcQdebCfDmsnnt-05zXHlJ_xU&e=

This tracking update has been sent to you by FedEx on behalf of the Requestor jmornin@cooley.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the

requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of

service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2019 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.