# EXHIBIT 8

## AFFIDAVIT

I, the undersigned, Mr. Ronen Yosef, holder of Israeli I.D Number 024505216, after having been warned that I must declare the truth and that I shall be liable to the penalties prescribed by law should I fail to do so, hereby make the following written declaration:

1. I work as a messenger.
2. On November 13, 2019, I was sent to deliver two copies of a complaint filed in the United States District Court, Northern District of California, filed by WhatsApp Inc. and Facebook Inc., case No. 3:19-cv-07123.
3. I was requested to deliver one copy to the defendant NSO GROUP TECHNOLOGIES LIMITED, and another copy to the defendant Q CYBER TECHNOLOGIES LIMITED, both in the address of 22 Galgalei Haplada, Hertsliya, Israel 4672222.
4. Two copies of the complaint were handed on November 13, 2019 at around 2:45 PM to Adv. Shir Kovner, who identified as the legal advisor of the companies. Adv. Kovner signed and stamped the first page of the complaint, acknowledging receipt of the complaint on behalf of both defendants.

**1** A copy of the first page of the complaint signed and stamped on behalf of defendant NSO GROUP TECHNOLOGIES LIMITED is attached hereto as **Appendix 1**.

**2** A copy of the first page of the complaint signed and stamped on behalf of defendant Q CYBER TECHNOLOGIES LIMITED is attached hereto as **Appendix 2**.

Ronen Yosef

### Authorization

I, the undersigned, Adv. Tamara Drejman (license no. 81251 ), hereby confirm that on November 13, 2019, Mr. Ronen Yosef, holder of Israeli I.D Number 024505216, affirmed to me the truth of his affidavit above, and signed it in front of me, after I had advised him that he must state the truth and if not he may be liable to face penalties presceibed by the law.

_____, Attorney at Law

חיורה דהיימן, עו״ד

1
COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
2   JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5ᵗʰ floor
3   San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
4   Facsimile:   (415) 693-2222

5   DANIEL J. GROOMS (D.C. Bar No. 219124) (*pro hac vice* forthcoming)
(dgrooms@cooley.com)
6   1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
7   Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899
8
Attorneys for Plaintiffs
9   WHATSAPP INC. and FACEBOOK, INC.

10
UNITED STATES DISTRICT COURT
11
NORTHERN DISTRICT OF CALIFORNIA
12

13
| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. |
| | **COMPLAINT** |
| | **DEMAND FOR JURY TRIAL** |
| Plaintiffs, | |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  COOLEY LLP
   TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
2  JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
   101 California Street, 5th floor
3  San Francisco, CA   94111-5800
   Telephone:   (415) 693-2000
4  Facsimile:   (415) 693-2222

5  DANIEL J. GROOMS (D.C. Bar No. 219124) (*pro hac vice* forthcoming)
   (dgrooms@cooley.com)
6  1299 Pennsylvania Avenue, NW, Suite 700
   Washington, DC  20004-2400
7  Telephone:   (202) 842-7800
   Facsimile:   (202) 842-7899

8
   Attorneys for Plaintiffs
9  WHATSAPP INC. and FACEBOOK, INC.

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13
   WHATSAPP INC., a Delaware corporation,     Case No.
14 and FACEBOOK, INC., a Delaware
   corporation,                               **COMPLAINT**
15
                                              **DEMAND FOR JURY TRIAL**
16                        Plaintiffs,

17           v.

18 NSO GROUP TECHNOLOGIES LIMITED
   and Q CYBER TECHNOLOGIES LIMITED,
19
                        Defendants.
20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                              **COMPLAINT**