# EXHIBIT 9

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-07123

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>OMRI LAVI</u> was received by me on *(date)* <u>Nov 14, 2019, 12:00 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>Mrs. LAVI</u>, a person of suitable age and discretion who resides there, on *(date)* <u>Fri, Nov 15 2019</u>, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 11/15/2019

_____
*Server's signature*

Anthony Iavarone
_____
*Printed name and title*

400 Tenafly Rd #70, Tenafly, NJ 07670
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Nov 15, 2019, 8:48 am EST at CORPORATE: 354 HARDENBURGH AVE, DEMAREST, NJ 07627
Spoke with Mrs. Lavi through doorbell camera intercom. She stated for me to leave the property that she will not accept service and will be calling the police.

2) Successful Attempt: Nov 15, 2019, 8:57 am EST at CORPORATE: 354 HARDENBURGH AVE, DEMAREST, NJ 07627 received by Mrs. LAVI. Age: 35-40; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'4"; Hair: Brown; Eyes: Brown; Relationship: Wife; Other: Try to refuse service dropped the documents.