# EXHIBIT 10

| | |
|---|---|
| **From:** | DHL Customer Support <support@dhl.com> |
| **Sent:** | Sunday, November 24, 2019 4:01 AM |
| **To:** | Cooley LLP |
| **Subject:** | DHL Shipment Notification : 1156592776 |

**[External]**

Notification for shipment event group "Delivered " for 24 Nov 19.

AWB Number: 1156592776
Pickup Date: 2019-11-21 15:44:00
Service: D
Pieces: 1
Cust. Ref:
Description: Legal Documents

| Ship From: | Ship To: |
|---|---|
| COOLEY LLP<br>101 CALIFORNIA STREET, 5TH FLOOR<br>CALIFORNIA CA CA CALIFORNIA<br>SAN FRANCISCO, CACalifornia 94111<br>US | Q CYBER TECHNOLOGIES LTD<br>22 GALGALEI HAPLADA<br>Herzliya, 4672222<br>IL |

EVENT CATEGORY
**24 Nov 19 1:59 PM - Shipment delivered - LOD,ISRAEL**

**Signed By -** NAHOM PLD

Shipment status may also be obtained from our Internet site in USA under http://track.dhl-usa.com or Globally under http://www.dhl.com/track.

Please do not reply to this email. This is an automated application used only for sending proactive notifications

You are receiving this email because a notification is configured to receive notifications from ProView. If you prefer not to receive future notification email of this type, click here to unsubscribe. Please note this URL is only valid for 1 day.