# EXHIBIT 12

# AFFIDAVIT

I, the undersigned, Mr. Ronen Yosef, holder of Israeli I.D Number 024505216, after having been warned that I must declare the truth and that I shall be liable to the penalties prescribed by law should I fail to do so, hereby make the following written declaration:

1. I work as a messenger.
2. On November 24, 2019, I was sent to deliver a copy of a complaint filed in the United States District Court, Northern District of California, filed by WhatsApp Inc. and Facebook Inc., case No. 3:19-cv-07123 (the "Complaint").
3. I was requested to deliver the copy of the Complaint to Mr. Nachum Falek, CFO of Q CYBER TECHNOLOGIES LIMITED (respectively: "Mr. Falek" and "Q Cyber"), in the address of 22 Galgalei Haplada, Hertsliya, Israel 4672222.
4. When I arrived at the address on November 24th, around 5 PM, I told the front desk receptionist that I have a delivery for Mr. Falek. The receptionist told me that Mr. Falek is not in the office and refused to accept service on his behalf. The receptionist also refused to identify herself.
5. On November 25th, I arrived at the address again, around 10:15 AM. The receptionists refused to allow me in Q Cyber's offices. Furthermore, they refused to call Mr. Falek or Q Cyber.

_____
Ronen Yosef

## Authorization

I, the undersigned, Adv. Tamara Dreiman (license no. 81251), hereby confirm that on November 25, 2019, Mr. Ronen Yosef, holder of Israeli I.D Number 024505216, affirmed to me the truth of his affidavit above, and signed it in front of me, after I had advised him that he must state the truth and if not he may be liable to face penalties presceibed by the law.

_____, Attorney at Law

תמרה דרײמן, עו״ד
מ.ר. 81251

## AFFIDAVIT

I, the undersigned, Mr. Ronen Yosef, holder of Israeli I.D Number 024505216, after having been warned that I must declare the truth and that I shall be liable to the penalties prescribed by law should I fail to do so, hereby make the following written declaration:

1. I work as a messenger.
2. On November 27, 2019, I was sent to deliver a copy of a complaint filed in the United States District Court, Northern District of California, filed by WhatsApp Inc. and Facebook Inc., case No. 3:19-cv-07123 (the "Complaint").
3. I was requested to deliver the copy of the Complaint to Mr. Nachum Falek, CFO of Q CYBER TECHNOLOGIES LIMITED (respectively: "Mr. Falek" and "Q Cyber"), in the address of 22 Galgalei Haplada, Hertsliya, Israel 4672222.
4. When I arrived at the address on November 27th, around 10:30 AM, I told the front desk receptionist that I have a delivery for Mr. Falek. The receptionist told me that Mr. Falek is not in the office and refused to accept service on his behalf. The receptionist also refused to identify herself.
5. In the same evening, around 19:00, I arrived at Mr. Falek's registered home address in 22 Stern Abraham, Hod Hasharon, Israel 4502510. After consulting with someone over the phone, he told me that he is not willing to receive service. He requested that I leave the premises.
6. I left the envelope in the mailbox.

"1" Photos of the envelope inside the mailbox are attached to my affidavit as **appendix 1**.

_[signature]_
Ronen Yosef

### Authorization

I, the undersigned, Adv. Tamara Dreiman (license no. 81251), hereby confirm that on November 28, 2019, Mr. Ronen Yosef, holder of Israeli I.D Number 024505216, affirmed to me the truth of his affidavit above, and signed it in front of me, after I had advised him that he must state the truth and if not he may be liable to face penalties presceibed by the law.

_[signature]_, Attorney at Law
תמרה דרייזמן, עו"ד
מ.ר. 81251





