# EXHIBIT 14

הנהלת בתי המשפט
סיוע משפטי למדינות זרות
רח' כנפי נשרים 22, 95464 ירושלים
טל: 02-6556919 פקס: 02-6556887

☐ לשכת ההוצאה לפועל ב _____

אל: Q Cyber Technologies Limited
המען: רח' יגאל אלון 22, הרצליה

הנני: אלמן ולאן
מצהיר שבתאריך 19 12 17 בשעה 1300 באתי למען של הנ"ל ☐ ואיש לא נמצא בבית

☒ מסרתי את הכתב למורשה של הנמען.
בהעדרו מסרתי את הכתב ל_____ בן זוגו
שהוא/היא בן/בת משפחתו/ה הגר/ה עימו ונראה/ית לי שמלאו לו/ה 16 שנה.
☐ מאחר ולא נמצא אדם בבית בביקור השלישי הדבקתי הכתב על דלת דירתו/ה.

חותמת
דואר ישראל

טופס 171 (מהדורה שניה) 45/212113

---

מדינת ישראל
הנהלת בתי המשפט

171

הנהלת בתי המשפט
סיוע משפטי למדינות זרות
רח' כנפי נשרים 22, 95464 ירושלים
טל: 02-6556919 פקס: 02-6556887

☐ לשכת ההוצאה לפועל ב _____

אל: NSO Group Technologies Limited
המען: רח' יגאל אלון 22, הרצליה

הנני: אלמן ולאן
מצהיר שבתאריך 19 12 17 בשעה 1300 באתי למען של הנ"ל ☐ ואיש לא נמצא בבית

☒ מסרתי את הכתב למורשה של הנמען.
בהעדרו מסרתי את הכתב ל_____
שהוא/היא בן/בת משפחתו/ה הגר/ה עימו ונראה/ית לי שמלאו לו/ה 18 שנה.
☐ מאחר ולא נמצא אדם בבית בביקור השלישי הדבקתי הכתב על דלת דירתו/ה.

חותמת
דואר ישראל

טופס 171 (מהדורה שניה) 45/212113