# EXHIBIT 15

# NSO Group Statement on Facebook Lawsuit

English ▾

NEWS PROVIDED BY
**NSO Group** →
Oct 29, 2019, 19:05 ET

HERZLIYA, Israel, Oct. 29, 2019 /PRNewswire/ -- NSO Group released the following statement in response to a lawsuit filed by Facebook:

"In the strongest possible terms, we dispute today's allegations and will vigorously fight them. The sole purpose of NSO is to provide technology to licensed government intelligence and law enforcement agencies to help them fight terrorism and serious crime. Our technology is not designed or licensed for use against human rights activists and journalists. It has helped to save thousands of lives over recent years.

"The truth is that strongly encrypted platforms are often used by pedophile rings, drug kingpins and terrorists to shield their criminal activity. Without sophisticated technologies, the law enforcement agencies meant to keep us all safe face insurmountable hurdles. NSO's technologies provide proportionate, lawful solutions to this issue.

"We consider any other use of our products than to prevent serious crime and terrorism a misuse, which is contractually prohibited. We take action if we detect any misuse. This technology is rooted in the protection of human rights – including the right to life, security and bodily integrity – and that's why we have sought alignment with the U.N. Guiding Principles on Business and Human Rights, to make sure our products are respecting all fundamental human rights."

**About NSO Group**

NSO Group develops best-in-class technology to help government agencies detect and prevent terrorism and serious crime.

Our products help licensed government intelligence and law-enforcement agencies lawfully address the most dangerous issues in today's world. NSO's technology has helped prevent terrorism, break up criminal operations, find missing persons, and assist search and rescue teams.

SOURCE NSO Group

Related Links

https://www.nsogroup.com/