COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:19-cv-07123-JSC<br><br>**DECLARATION OF EITAN NEWMAN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT**<br><br>Hon. Jacqueline S. Corley |

I, Eitan Newman, declare:

1. The information in this declaration is based on my personal knowledge of this matter. If called as a witness, I could competently testify to the truth of each statement.

2. I am over the age of 18 and not a party to this action.

3. I was engaged by Aaron Lukken, Esq. of Viking Advocates, LLC on behalf of Plaintiffs WhatsApp Inc. and Facebook, Inc., himself instructed by Plaintiffs' counsel of Cooley LLP, to accomplish personal service on Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. in accordance with applicable provisions of the Hague Service Convention.

4. At Mr. Lukken's request, I was appointed by the Central Authority in Israel (The Administration of Courts) under Article 5(b) of the Hague Convention to accomplish personal service on Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd.

5. On December 17, 2019, at approximately 1:00 p.m. local time, I personally served the following documents on Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. at their shared office at 22 Galgalei Haplada, Hertsliya, Israel 4672222:

- Hague Service Convention Notice
- Summary of the Documents to Be Served
- Summons in a Civil Action (ECF No. 10)
- Complaint with Exhibits 1–11 (ECF Nos. 1, 1-1 through 1-11)
- Civil Cover Sheet
- Standing Order for All Judges of the Northern District of California ("Contents of Joint Case Management Statement")
- Standing Order for Magistrate Judge Corley

6. These materials were personally signed for by **Ms. Nofar** at the front desk.

7. Attached as **Exhibit 1** is a true and correct copy of the certificates of delivery. showing that service was accomplished as described above. I submitted these documents to the Central Authority on December 18, 2019. These documents mirror what I have submitted to the Central Authority after accomplishing service in previous cases.

8. I have effected personal service in accordance with the Hague Convention in Israel more than a dozen times in the last several years at the direction of Aaron Lukken.

9. In each of those previous cases, the Central Authority issued a formal certificate of Hague service, usually within four to six weeks of my submission of documentation showing that I successfully accomplished service.

10. In this case, the Central Authority has not issued the formal Certificates of Hague service. I have contacted the Central Authority several times to inquire about the status of the Certificate, but the Central Authority has not indicated when it will issue the certificate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Tel-Aviv, on the 25 of February, 2020.

*Eitan Newman*
Eitan Newman