# EXHIBIT 1

מדינת ישראל
הנהלת בתי המשפט

טופס 171

הנהלת בתי המשפט
סיוע משפטי למדינות זרות
רח׳ כנפי נשרים 22, 95464 ירושלים
טל: 02-6556919 פקס: 02-6556887

אל: Q Cyber Technologies Limited
המען: רח׳ הפלג / הגלעד 22 . הרצליה

אני: אלון ולד
מצהיר שבתאריך 19 12 17 בשעה 1300
באתי למען של הנ״ל ואיש לא נמצא בבית

מסרתי את הכתב למורשה של הנמען

בהעדרו מסרתי את הכתב ל: בן זוגו
שהוא/היא בן/בת משפחתו/ה הגר/ה עימו ונראה/ית לי שמלאו לו/ה 16 שנה.

מאחר ולא נמצא אדם בבית בביקורי השלישי הדבקתי הכתב על דלת דירתו/ו.

חתימת
דואר ישראל

טופס 171 (מהדורה שניה) 45/212113

---

מדינת ישראל
הנהלת בתי המשפט

טופס 171

ת.ז. מספר 1.1078/19

הנהלת בתי המשפט
סיוע משפטי למדינות זרות
רח׳ כנפי נשרים 22, 95464 ירושלים
טל: 02-6556919 פקס: 02-6556887

אל: NSO Group Technologies Limited
המען: רח׳ הפלג / הגלעד 22 . הרצליה

אני: אלון ולד
מצהיר שבתאריך 19 12 17 בשעה 1300
באתי למען של הנ״ל ואיש לא נמצא בבית

מסרתי את הכתב למורשה של הנמען

בהעדרו מסרתי את הכתב ל: בן זוגו
שהוא/היא בן/בת משפחתו/ה הגר/ה עימו ונראה/ית לי שמלאו לו/ה 18 שנה.

מאחר ולא נמצא אדם בבית בביקורי השלישי הדבקתי הכתב על דלת דירתו/ו.

חתימת
דואר ישראל

טופס 171 (מהדורה שניה) 45/212113