# EXHIBIT 2

# NSO GROUP

ABOUT US    GOVERNANCE    NEWS    CONFERENCES    CAREER    CONTACT US

LEADERSHIP

# BOARD OF DIRECTORS



## SHALEV HULIO

Shalev Hulio is the Co-founder and CEO of NSO Group.
He is a serial entrepreneur and investor who has founded several hi-tech companies in the fields of Media, Telecom, and Cyber, a specialist in cyber security, big data, market analyses and sales.

READ MORE



## OMRI LAVIE

Omri Lavie, a serial entrepreneur and investor, co-founded NSO Group and serves on its Board of Directors. Omri led NSOs worldwide business development, spearheaded NSO Group's US presence and served as it's first GM.

READ MORE



### STEFAN KOWSKI

Stefan Kowski is a Founding Partner at Novalpina Capital, an independent European Investment Firm. Previously, Stefan served in senior roles at Centerbridge Partners and TPG Capital where he completed investments in Europe, China, India, Russia & the CIS.

READ MORE



### STEPHEN PEEL

Stephen Peel is a Founding Partner at Novalpina Capital. Previously, for over 17 years, he was a partner at TPG, one of the largest global private investment firms.

READ MORE



### GÜNTER SCHMID

Günter Schmid is a Senior Advisor to Novalpina Capital and Chairman of the Supervisory Board of Olympic Entertainment Group AS. His areas of expertise include governance, risk management and compliance, finance and M&A.

READ MORE



### MICKAEL BETITO

Mickael Betito is a Principal at Novalpina Capital. Prior to joining Novalpina, from 2015 to 2017, Mickael was an Investment Professional at Oaktree Capital within the European Principal Group in Paris, encompassing Oaktree's private equity activities.

READ MORE



### GERHARD SCHMIDT

Gerhard Schmidt is the Managing Partner of the German offices of the international law firm Weil, Gotshal & Manges LLP and is one of the leading private equity and M&A lawyers in Europe. In addition, he has extensive experience in Restructuring work.

READ MORE

About us
Governance
News
Conferences

Contact us
Privacy Policy
Terms & Conditions

