# EXHIBIT 8



English     Contact Center     DHL Worldwide

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 4566404216**

**Signed for by: MSCIRA KABALA LE SLEV KOMA 14**

**Get Signature Proof of Delivery**

**Sunday, November 10, 2019 at 13:10**
**Origin Service Area:**
 SAN FRANCISCO, CA - SAN FRANCISCO - USA
**Destination Service Area:**
 LOD - Herzliya - ISRAEL

1 Piece

| | Sunday, November 10, 2019 | Location | Time | Piece |
|---|---|---|---|---|
| 22 | Delivered - Signed for by: MSCIRA KABALA LE SLEV KOMA 14 | Herzliya | 13:10 | 1 Piece |
| 21 | With delivery courier | LOD - ISRAEL | 09:15 | 1 Piece |
| | **Thursday, November 07, 2019** | **Location** | **Time** | **Piece** |
| 20 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 23:49 | 1 Piece |
| 19 | Scheduled for delivery as agreed | LOD - ISRAEL | 19:00 | |
| 18 | Arrived at Delivery Facility in LOD - ISRAEL | LOD - ISRAEL | 13:00 | 1 Piece |
| 17 | Departed Facility in TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 12:48 | 1 Piece |
| 16 | Processed at TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 12:48 | 1 Piece |
| 15 | Clearance processing complete at TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 10:24 | |
| 14 | Arrived at Sort Facility TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 10:09 | 1 Piece |
| 13 | Customs status updated | TEL AVIV - ISRAEL | 09:34 | |
| 12 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 04:06 | 1 Piece |
| 11 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 01:32 | 1 Piece |
| | **Wednesday, November 06, 2019** | **Location** | **Time** | **Piece** |
| 10 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 23:28 | 1 Piece |
| 9 | Departed Facility in LOS ANGELES GATEWAY - USA | LOS ANGELES GATEWAY, CA - USA | 03:32 | 1 Piece |
| 8 | Processed at LOS ANGELES GATEWAY - USA | LOS ANGELES GATEWAY, CA - USA | 03:03 | 1 Piece |
| 7 | Shipment on hold | LOS ANGELES GATEWAY, CA - USA | 01:19 | 1 Piece |
| | **Tuesday, November 05, 2019** | **Location** | **Time** | **Piece** |
| 6 | Arrived at Sort Facility LOS ANGELES GATEWAY - USA | LOS ANGELES GATEWAY, CA - USA | 22:40 | 1 Piece |
| 5 | Departed Facility in SAN FRANCISCO GATEWAY - USA | SAN FRANCISCO GATEWAY, CA - USA | 21:38 | 1 Piece |
| 4 | Transferred through SAN FRANCISCO GATEWAY - USA | SAN FRANCISCO GATEWAY, CA - USA | 19:48 | 1 Piece |
| 3 | Departed Facility in SAN FRANCISCO - USA | SAN FRANCISCO, CA - USA | 19:13 | 1 Piece |
| 2 | Processed at SAN FRANCISCO - USA | SAN FRANCISCO, CA - USA | 19:13 | 1 Piece |
| 1 | Shipment picked up | SAN FRANCISCO, CA - USA | 17:40 | 1 Piece |

If you would prefer to speak to someone personally about the location of your shipment, please   contact   DHL Express Customer Service.

**Terms & Conditions**

**Tracking FAQs**

Deutsche Post DHL Group



English     Contact Center     DHL Worldwide

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 4566413283**

**Signed for by: DOR SOMER KABALA**
**Get Signature Proof of Delivery**

**Sunday, November 10, 2019 at 13:10**
**Origin Service Area:**
  SAN FRANCISCO, CA - SAN FRANCISCO - USA
**Destination Service Area:**
  LOD - Herzliya - ISRAEL

1 Piece

| Sunday, November 10, 2019 | | Location | Time | Piece |
|---|---|---|---|---|
| 22 | Delivered - Signed for by: DOR SOMER KABALA | Herzliya | 13:10 | 1 Piece |
| 21 | With delivery courier | LOD - ISRAEL | 09:15 | 1 Piece |
| **Thursday, November 07, 2019** | | **Location** | **Time** | **Piece** |
| 20 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 23:49 | 1 Piece |
| 19 | Scheduled for delivery as agreed | LOD - ISRAEL | 19:00 | |
| 18 | Arrived at Delivery Facility in LOD - ISRAEL | LOD - ISRAEL | 13:00 | 1 Piece |
| 17 | Departed Facility in TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 12:48 | 1 Piece |
| 16 | Processed at TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 12:48 | 1 Piece |
| 15 | Clearance processing complete at TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 10:17 | |
| 14 | Arrived at Sort Facility TEL AVIV - ISRAEL | TEL AVIV - ISRAEL | 10:09 | 1 Piece |
| 13 | Customs status updated | TEL AVIV - ISRAEL | 09:34 | |
| 12 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 04:06 | 1 Piece |
| 11 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 01:32 | 1 Piece |
| **Wednesday, November 06, 2019** | | **Location** | **Time** | **Piece** |
| 10 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 23:28 | 1 Piece |
| 9 | Departed Facility in LOS ANGELES GATEWAY - USA | LOS ANGELES GATEWAY, CA - USA | 03:32 | 1 Piece |
| 8 | Processed at LOS ANGELES GATEWAY - USA | LOS ANGELES GATEWAY, CA - USA | 03:03 | 1 Piece |
| 7 | Shipment on hold | LOS ANGELES GATEWAY, CA - USA | 01:19 | 1 Piece |
| **Tuesday, November 05, 2019** | | **Location** | **Time** | **Piece** |
| 6 | Arrived at Sort Facility LOS ANGELES GATEWAY - USA | LOS ANGELES GATEWAY, CA - USA | 22:40 | 1 Piece |
| 5 | Departed Facility in SAN FRANCISCO GATEWAY - USA | SAN FRANCISCO GATEWAY, CA - USA | 21:38 | 1 Piece |
| 4 | Transferred through SAN FRANCISCO GATEWAY - USA | SAN FRANCISCO GATEWAY, CA - USA | 19:48 | 1 Piece |
| 3 | Departed Facility in SAN FRANCISCO - USA | SAN FRANCISCO, CA - USA | 19:13 | 1 Piece |
| 2 | Processed at SAN FRANCISCO - USA | SAN FRANCISCO, CA - USA | 19:13 | 1 Piece |
| 1 | Shipment picked up | SAN FRANCISCO, CA - USA | 17:40 | 1 Piece |

If you would prefer to speak to someone personally about the location of your shipment, please   contact  DHL Express Customer Service.

**Terms & Conditions**

**Tracking FAQs**

Deutsche Post DHL Group