# EXHIBIT 9

# Mornin, Joe

| | |
|---|---|
| **From:** | Mornin, Joe |
| **Sent:** | Friday, November 8, 2019 12:57 PM |
| **To:** | omrilavie@hotmail.com; omri@foundersgroup.com; clockwize2003@gmail.com; omri@nsogroup.com |
| **Cc:** | LeBlanc, Travis; Grooms, Daniel |
| **Subject:** | WhatsApp, et al. v. NSO Group, et al. |
| **Attachments:** | WhatsApp, et al. v. NSO Group, et al. |

Dear Mr. Lavie:

We represent WhatsApp Inc. and Facebook, Inc. in a federal lawsuit that has been filed against NSO Group Technologies Ltd. in the United States District Court for the Northern District of California, No. 3:19-cv-07123.

Attached to this email are electronic copies of materials we sent earlier this week to the CEO of NSO Group, Shalev Hulio. These materials include the complaint, a summons from the court, an acknowledgment of service, and related litigation documents. We will also provide hard copies of these materials to you by mail.

Due to the size of the file, we will send a separate email attaching the exhibits to the complaint in this case.

Very truly yours,
Joseph D. Mornin

**Joseph D. Mornin**
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
+1 415 693 2176 office
jmornin@cooley.com
Bio: cooley.com/jmornin

# Mornin, Joe

| | |
|---|---|
| **From:** | Mornin, Joe |
| **Sent:** | Friday, November 8, 2019 12:58 PM |
| **To:** | omrilavie@hotmail.com; omri@foundersgroup.com; clockwize2003@gmail.com; omri@nsogroup.com |
| **Cc:** | LeBlanc, Travis; Grooms, Daniel |
| **Subject:** | WhatsApp, et al. v. NSO Group, et al. - exhibits |
| **Attachments:** | WhatsApp, et al. v. NSO Group, et al. - exhibits |

Dear Mr. Lavie:

As indicated in my previous email, the exhibits to the complaint in this case are attached.

Very truly yours,
Joseph D. Mornin

**Joseph D. Mornin**
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
+1 415 693 2176 office
jmornin@cooley.com
Bio: cooley.com/jmornin

1