# EXHIBIT 13

| | |
|---|---|
| **From:** | DHL Customer Support <support@dhl.com> |
| **Sent:** | Sunday, November 24, 2019 4:01 AM |
| **To:** | Cooley LLP |
| **Subject:** | DHL Shipment Notification : 1156592776 |

**[External]**

Notification for shipment event group "Delivered " for 24 Nov 19.

AWB Number: <u>1156592776</u>
Pickup Date: 2019-11-21 15:44:00
Service: D
Pieces: 1
Cust. Ref:
Description: Legal Documents

Ship From:
COOLEY LLP
101 CALIFORNIA STREET, 5TH FLOOR
CALIFORNIA CA CA CALIFORNIA
SAN FRANCISCO, CACalifornia 94111
US

Ship To:
Q CYBER TECHNOLOGIES LTD
22 GALGALEI HAPLADA
Herzliya, 4672222
IL

EVENT CATEGORY
**24 Nov 19 1:59 PM - Shipment delivered - LOD,ISRAEL**

**Signed By -** NAHOM PLD

Shipment status may also be obtained from our Internet site in USA under http://track.dhl-usa.com or Globally under http://www.dhl.com/track.

Please do not reply to this email. This is an automated application used only for sending proactive notifications

You are receiving this email because a notification is configured to receive notifications from ProView. If you prefer not to receive future notification email of this type, click <u>here</u> to unsubscribe. Please note this URL is only valid for 1 day.