COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:19-cv-07123-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT**<br><br>Hon. Jacqueline S. Corley |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
APPLICATION FOR ENTRY OF DEFAULT
CASE NO. 3:19-CV-07123-JSC

Before the Court is Plaintiffs WhatsApp Inc. and Facebook, Inc.'s Application for Entry of Default. The Court finds that Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. were properly served on December 17, 2019 in accordance with Federal Rule of Civil Procedure 4(f)(1) and the applicable provisions of the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

The deadline for Defendants to respond to the Complaint was 21 days after the date of service, or January 7, 2020. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Defendants did not appear, file an answer, or otherwise respond to the Complaint or contest this action as required. Defendants are therefore in default.

Accordingly, Plaintiffs' Application for Entry of Default is GRANTED. The Clerk shall enter default against Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd.

IT IS SO ORDERED.

Dated: _____

                                        Honorable Jacqueline S. Corley
                                        United States Magistrate Judge

Cooley LLP
Attorneys At Law
San Francisco

2

[PROPOSED] ORDER GRANTING
APPLICATION FOR ENTRY OF DEFAULT
CASE NO. 3:19-CV-07123-JSC