COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 3:19-cv-07123-JSC <br><br> **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT** <br><br> Hon. Jacqueline S. Corley |

1        Plaintiffs WhatsApp Inc. and Facebook, Inc. request that the Court take judicial notice of the

2   documents attached as Exhibits 1 through 3 under Rule 201 of the Federal Rules of Evidence and the

3   authorities cited below.

4   **I.      BASIS FOR REQUESTING JUDICIAL NOTICE**

5        Courts may take judicial notice of matters of public record if the facts are not subject to

6   reasonable dispute. *Lee v. City of L.A.*, 250 F.3d 668, 688–89 (9th Cir. 2001). Public websites are

7   also proper subjects for judicial notice where, as here, the parties do not challenge the authenticity of

8   the website or claim that the information is inaccurate. *See, e.g.*, *Crandall v. Starbucks Corp.*, 249 F.

9   Supp. 3d 1087, 1099 (N.D. Cal. 2017) (Corley, J.) (taking judicial notice of websites where the

10   plaintiff had not "challenged the authenticity of the websites or maintained that the information is

11   inaccurate"); *see also Pac. Overlander, LLC v. Kauai Overlander*, No. 18-CV-02142-KAW, 2018

12   WL 3821070, at *2 (N.D. Cal. Aug. 10, 2018) (taking judicial notice of the defendant's website).

13        The Court may also take judicial notice of archived websites—that is, accurate copies of

14   original websites that are catalogued and accessible on archival platforms like archive.org (the

15   "Wayback Machine"). *Erickson v. Neb. Mach. Co.*, No. 15-cv-1147-JD, 2015 WL 4089849, at *1

16   n.1 (N.D. Cal. Jul. 6, 2015) ("Courts have taken judicial notice of the contents of web pages

17   available through the Wayback Machine as facts that can be accurately and readily determined from

18   sources whose accuracy cannot reasonably be questioned.") (citations omitted); *Tompkins v.*

19   *23andMe, Inc.*, Nos. 13-cv5682, 14-cv-0294, et al., 2014 WL 2903752, at *1 n.1 (N.D. Cal. Jun. 25,

20   2014) ("the Court takes judicial notice of the Internet Archive (http://archive.org) version of

21   23andMe's website as of November 20, 2013").

22        Accordingly, Plaintiffs request judicial notice of the following:

23        1.      **Exhibit 1:** A true and correct copy of a press release published online by NSO Group

24   on October 29, 2019, available at https://www.prnewswire.com/news-releases/nso-group-statement-

25   on-facebook-lawsuit-300947701.html and archived at

26   https://web.archive.org/web/20191209233631/https://www.prnewswire.com/news-releases/nso-

27   group-statement-on-facebook-lawsuit-300947701.html.

28

2.      **Exhibit 2:** A true and correct copy of the "Board of Directors" page on NSO Group's website, available at https://www.nsogroup.com/about-us/board-of-directors/ and archived at http://web.archive.org/web/20191228031914/https://www.nsogroup.com/about-us/board-of-directors/.

3.      **Exhibit 3:** A true and correct copy of a public filing under the Foreign Agents Registration Act by Mercury Public Affairs, LLC, dated January 6, 2020, available at https://efile.fara.gov/docs/6170-Exhibit-AB-20200106-74.pdf and archived at http://web.archive.org/web/20200211030407/https://efile.fara.gov/docs/6170-Exhibit-AB-20200106-74.pdf.

## II.      CONCLUSION

Plaintiffs respectfully request that the Court take judicial notice of the attached Exhibits 1 through 3.


Dated:  February 27, 2020                      Respectfully submitted,

                                               COOLEY LLP


                                               /s/ Travis LeBlanc
                                               Travis LeBlanc
                                               Daniel J. Grooms
                                               Kyle C. Wong
                                               Joseph D. Mornin

                                               Attorneys for Plaintiffs
                                               WHATSAPP INC. and FACEBOOK, INC.