| | |
|---|---|
| 1 | COOLEY LLP |
| | TRAVIS LEBLANC (251097) (tleblanc@cooley.com) |
| 2 | KYLE C. WONG (224021) (kwong@cooley.com) |
| | JOSEPH D. MORNIN (307766) (jmornin@cooley.com) |
| 3 | 101 California Street, 5th floor |
| | San Francisco, CA   94111-5800 |
| 4 | Telephone:   (415) 693-2000 |
| | Facsimile:   (415) 693-2222 |
| 5 | |
| | DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*) |
| 6 | (dgrooms@cooley.com) |
| | 1299 Pennsylvania Avenue, NW, Suite 700 |
| 7 | Washington, DC  20004-2400 |
| | Telephone:   (202) 842-7800 |
| 8 | Facsimile:   (202) 842-7899 |
| 9 | Attorneys for Plaintiffs |
| | WHATSAPP INC. and FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 3:19-cv-07123-JSC |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT** |
| Plaintiffs, | |
| v. | Hon. Jacqueline S. Corley |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:19-CV-07123-JSC

Before the Court is Plaintiffs WhatsApp Inc. and Facebook, Inc.'s Request for Judicial Notice in Support of Plaintiffs' Application for Entry of Default. The Court, having considered the papers and good cause appearing, hereby GRANTS the Request for Judicial Notice, and takes judicial notice of the following documents:

1. **Exhibit 1:** A true and correct copy of a press release published online by NSO Group on October 29, 2019, available at https://www.prnewswire.com/news-releases/nso-group-statement-on-facebook-lawsuit-300947701.html and archived at https://web.archive.org/web/20191209233631/https://www.prnewswire.com/news-releases/nso-group-statement-on-facebook-lawsuit-300947701.html.

2. **Exhibit 2:** A true and correct copy of the "Board of Directors" page on NSO Group's website, available at https://www.nsogroup.com/about-us/board-of-directors/ and archived at http://web.archive.org/web/20191228031914/https://www.nsogroup.com/about-us/board-of-directors/.

3. **Exhibit 3:** A true and correct copy of a public filing under the Foreign Agents Registration Act by Mercury Public Affairs, LLC, dated January 6, 2020, available at https://efile.fara.gov/docs/6170-Exhibit-AB-20200106-74.pdf and archived at http://web.archive.org/web/20200211030407/https://efile.fara.gov/docs/6170-Exhibit-AB-20200106-74.pdf.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Jacqueline S. Corley
United States Magistrate Judge

Cooley LLP
Attorneys At Law
San Francisco

2

[PROPOSED] ORDER GRANTING
REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:19-CV-07123-JSC