

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

*cand.uscourts.gov*

March 2, 2020

**RE:  WhatsApp Inc., et al v. NSO Group Technologies Limited, et al, 3:19-cv-7123-JSC**

**Default** is *entered* as to **Defendants NSO Group Technologies Limited, and Q Cyber Technologies  Limited**  on  **March 2, 2020**.

Susan Y. Soong, Clerk

by:  Thelma Nudo
     Deputy Clerk

*Rev. 7-19*