JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:19-cv-07123-JSC<br><br>**NOTICE OF APPEARANCE OF JOSEPH N. AKROTIRIANAKIS**<br><br>Action Filed:   10/29/2019 |

1  PLEASE TAKE NOTICE that Joseph N. Akrotirianakis of King & Spalding LLP hereby

2  appears as counsel in this action for Defendants NSO Group Technologies Limited and Q Cyber

3  Technologies Limited.  Please direct copies of all pleadings, papers and orders to:

Joseph N. Akrotirianakis
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310
Email:        jakro@kslaw.com

DATED:  March 6, 2020              KING & SPALDING LLP


By:  */s/Joseph N. Akrotirianakis*
     JOSEPH AKROTIRIANAKIS
     Attorneys for Defendants NSO GROUP
     TECHNOLOGIES LIMITED and Q
     CYBER TECHNOLOGIES LIMITED