JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>             Plaintiffs,<br><br>      v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>             Defendants. | Case No. 3:19-cv-07123-JSC<br><br>**DECLARATION OF SHALEV HULIO IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S APPLICATION TO SET ASIDE DEFAULT AND TO ENLARGE TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>Date:  April 16, 2020<br>Time:  9:00 a.m.<br>Ctrm:  E<br><br>Action Filed:       10/29/2019 |

I, Shalev Hulio declare as follows:

1. I am over the age of 18 and a citizen and resident of the State of Israel. This Declaration is made in support of the application of NSO Group Technologies Limited ("NSO Group") and Q Cyber Technologies Limited to vacate a default entered by the United States District Court for the Northern District of California on March 2, 2020, and to expand the time for Defendants to file a responsive pleading to the Complaint. I have personal knowledge of the facts set forth below, except as otherwise stated.

2. I am the Chief Executive Officer of NSO Group and its shareholder, Q Cyber. Both NSO Group and Q Cyber are Israeli corporations with a principal place of business in the State of Israel.

3. Q Cyber does not engage in any operational activity.

4. NSO Group innovates cyber solutions that NSO Group does not itself use. NSO Group's only customers are sovereign states and the intelligence and law enforcement agencies of sovereign states, which use NSO Group's products in furtherance of their national security interests and to conduct law enforcement activities, such as combatting terrorism and investigating and prosecuting child exploitation and other serious crimes. NSO Group's only activities are to assist its customers with implementing the system (at the customer's facility) and to provide basic technical support—activities in which NSO Group completely follows the directions and specifications of its customers. None of NSO Group's activities involve any support to any operational activity by any NSO Group customer.

//
//
//
//
//
//

5. NSO Group products sold to foreign sovereigns cannot be used to conduct cybersurveillance within the United States.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 6th day of March 2020, at Tel Aviv, Israel.

_____
SHALEV HULIO