UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:19-cv-07123-JSC<br><br>**[PROPOSED] ORDER SETTING ASIDE DEFAULT AND ENLARGING TIME TO FILE RESPONSIVE PLEADING** |

[PROPOSED] ORDER GRANTING APPLICATION TO SET ASIDE DEFAULT AND TO ENLARGE TIME TO FILE RESPONSIVE PLEADING

Case No. 3:19-cv-07123-JSC

On April 16, 2020, at 9:00 am, this Court heard argument on the application of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO") to set aside default and to enlarge time to file a responsive pleading.

After full consideration of Defendants' pleading, all points and authorities filed in support of, and in opposition to, the application, and good cause therefor appearing, **IT IS HEREBY ORDERED THAT:**

1. The Application of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited is **GRANTED**.
2. The default entered March 2, 2020 is hereby set aside.
3. The deadline for Defendants to file a responsive pleading in this case shall be 120 days after the later of the setting aside of the default or service of the complaint and summons.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
THE HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE