1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
     jakro@kslaw.com
2  AARON S. CRAIG (Bar No. 204741)
     acraig@kslaw.com
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 3:19-cv-07123-JSC <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED** <br><br> Action Filed:   10/29/2019 |

Pursuant to Civil Local Rule 3-15 of the United States District Court for the Northern District of California, on behalf of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

By complying with Civil Local Rule 3-15, Defendants are not waiving their right to assert that they act exclusively as the agent of governmental entities and Defendants expressly reserve that right.

DATED: March 6, 2020

KING & SPALDING LLP

By: /s/Joseph N. Akrotirianakis
JOSEPH AKROTIRIANAKIS
AARON S. CRAIG
Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED