1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
     jakro@kslaw.com
2  AARON S. CRAIG (Bar No. 204741)
     acraig@kslaw.com
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 | WHATSAPP INC., a Delaware corporation, | Case No. 3:19-cv-07123-JSC |
   | and FACEBOOK, INC., a Delaware         |                             |
12 | corporation,                           | **NOTICE OF APPEARANCE OF** |
   |                                        | **AARON S. CRAIG**          |
13 |              Plaintiffs,               |                             |
14 |         v.                             | Action Filed:  10/29/2019   |
15 | NSO GROUP TECHNOLOGIES LIMITED         |                             |
   | and Q CYBER TECHNOLOGIES LIMITED,      |                             |
16 |                                        |                             |
17 |              Defendants.               |                             |

18

19

20

21

22

23

24

25

26

27

28

1   PLEASE TAKE NOTICE that Aaron S. Craig of King & Spalding LLP hereby appears
2   as counsel in this action for Defendants NSO Group Technologies Limited and Q Cyber
3   Technologies Limited.  Please direct copies of all pleadings, papers and orders to:

>   Aaron S. Craig
>   KING & SPALDING LLP
>   633 W. 5th Street, Suite 1600
>   Los Angeles, CA 90071
>   Telephone:   (213) 443-4355
>   Facsimile:   (213) 443-4310
>   Email:       acraig@kslaw.com

DATED:  March 6, 2020                    KING & SPALDING LLP


                                         By: */s/Aaron S. Craig*
                                             AARON S. CRAIG
                                             Attorneys for Defendants NSO GROUP
                                             TECHNOLOGIES LIMITED and Q
                                             CYBER TECHNOLOGIES LIMITED

---

NOTICE OF APPEARANCE OF                  1                    Case No. 3:19-cv-07123-JSC
AARON S. CRAIG