JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 3:19-cv-07123-JSC<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS WHATSAPP INC., FACEBOOK, INC., AND THEIR COUNSEL**<br><br>Date:   April 16, 2020<br>Time:   9:00 a.m.<br>Ctrm:   E<br><br>Action Filed:  10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court and a partner in the law firm of King & Spalding LLP, counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), defendants in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. My hourly rate in this action is $1,057.50. My partner Joseph N. Akrotirianakis's hourly rate is $1,071.

3. On March 5 and 6, 2020, I spent at least twenty hours drafting, revising and finalizing the Application of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited to Set Aside Default and to Enlarge Time to File Responsive Pleading to Complaint [Dkt. No. 24] and the supporting declarations and proposed order (the "Application"). At least <u>ten hours</u> of this time was spent on the portion of the Application relating to the setting aside of the default.

4. On March 5 and 6, 2020, Mr. Akrotirianakis spent at least <u>five hours</u> drafting, revising, and finalizing the portion of the application relating to the setting aside of the default.

5. On March 3, 2020, Mr. Akrotirianakis and I jointly researched and wrote a letter to Plaintiffs' counsel Travis LeBlanc, Esq., of Cooley LLP, notifying him of his ethical obligation not to knowingly make a false statement of fact or law to a tribunal and to correct a false statement of material fact or law previously made to the tribunal by the lawyer. Mr. Akrotirianakis and I each spent in excess of 0.5 hours on this letter.

6. NSO Group and Q Cyber will be billed $11,103.75 for the 10.5 hours I spent on these matters seeking to set aside the default that the Court entered after Facebook lied about Hague Convention service. They will also be billed $5,890.50 for the 5.5 hours that Mr. Akrotirianakis spent on these matters seeking to set aside the default that the Court entered after Facebook lied to it about Hague Convention service. The sum of these amounts is $16,994.25.

7. The hourly rates for myself and Mr. Akrotirianakis are both reasonable and typical in Los Angeles County for attorneys of comparable qualifications, skill level, and experience in matters of the type and complexity of this matter, and on a number of occasions, other courts have

determined our hourly rates are reasonable for our qualifications, experience, and skill level.

8. I graduated from Yale University in 1995 and Yale Law School in 1999, where I was an editor on the Yale Law Journal. I began practicing at Quinn Emanuel in 1999, and I have been a partner in three law firms, including in King & Spalding which I joined in April 2017. King & Spalding is a global firm with more than 1,000 attorneys in more than twenty offices. I am a partner in King & Spalding's Trial and Global Disputes practice group. I am an experienced litigator and trial lawyer with experience across a broad spectrum of industries, including computer systems and software and semiconductors. I have represented companies such as Allergan, Micron (in a jury trial in the Northern District of California), Nokia, Seiko Epson, Parsons, Johnson & Johnson, Avery Dennison, Mattel, and Shell in high profile commercial litigation and intellectual property litigation in federal and state courts as well as before the International Trade Commission. I have been lead counsel or co-lead counsel in three jury trials and several other court trials. In between college and law school, I worked as a technology analyst at the technology research and advisory firm META Group in Stamford, CT (subsequently acquired by Gartner Group).

9. In May 1998, Mr. Akrotirianakis graduated second in his class of almost 400 from Loyola Law School, *magna cum laude*, Order of the Coif, as a Sayre MacNeil Scholar, and as a member of the St. Thomas More Law Honor Society. He served as a law clerk to the late Honorable Harry Pregerson, United States Court of Appeals for the Ninth Circuit. He then started practicing as a business litigator and trial lawyer at Quinn Emanuel in 1999. Mr. Akrotirianakis has practiced before all levels of federal and California courts in matters involving commercial disputes, intellectual property, government contracts, civil rights, and health care regulatory investigations and enforcement actions, among others. His clients included Fortune 1000 companies, the largest health plan in the United States, corporate officers, the Mayor of Los Angeles, and members of the Los Angeles City Council, police commissioners, and chiefs of police. He has litigated a number of matters in the Bay Area, including before the United States District Court for the Northern District of California.

10. In 2005, Mr. Akrotirianakis began working as an Assistant United States Attorney ("AUSA") for the Central District of California, a position in which he served for seven and a half

years. As an AUSA, Mr. Akrotirianakis investigated and prosecuted complicated fraud and financial crimes, political and law enforcement corruption, racketeering, and various other violations of federal law. In recognition of his accomplishments and skill as a trial lawyer, he received a number of awards and commendations for his performance as an AUSA, including the Director's Award for Superior Performance from the United States Attorney General and the United States Immigration and Customs Enforcement Director's Excellence in Law Enforcement Award. In addition, Mr. Akrotirianakis was invited to serve, and for several years did serve, as a faculty member at the Department of Justice's National Advocacy Center. In that role, he trained federal prosecutors from across the nation in trial advocacy.

11. Since resigning his appointment as an AUSA in March 2013, Mr. Akrotirianakis has been a partner in three law firms, including King & Spalding, where he is also a partner in the Trial and Global Disputes practice group. Over the course of his career, he has been lead counsel or co-lead counsel in more than 30 jury trials, court trials, arbitrations, and international arbitrations, including approximately 20 jury trials.

12. In a 2015 published opinion, *Universal Electronics, Inc. v. Universal Remote Control, Inc.*, 130 F. Supp. 3d 1331, 1337 (C.D. Cal. 2015), the District Court held that that law partners in Los Angeles County and Orange County engaged in commercial intellectual property-related cases regularly then billed in the range of $600-$1,100 per hour. I have first-hand knowledge that since 2015, billing rates have increased substantially for the type of commercial and IP litigation practiced by myself and Mr. Akrotirianakis. Moreover, King & Spalding has offices in San Francisco and Palo Alto, and rates for complex commercial litigation practices in the Bay Area are at least the same as Los Angeles and Orange County. The rates charged to the defendants in this case are reasonable and typical.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 9th day of March 2020, at Los Angeles, California.

                                                   */s/Aaron S. Craig*
                                                   Aaron S. Craig