UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No. 3:19-cv-07123-JSC<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED FOR SANCTIONS AGAINST PLAINTIFFS WHATSAPP INC., FACEBOOK, INC., AND THEIR COUNSEL** |

The Court, having heard argument on the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO") for sanctions against Plaintiffs and their counsel and having given full consideration of Defendants' motion, all points and authorities filed in support of, and in opposition to, the motion, hereby finds Plaintiffs and their counsel acted in bad faith by informing the Court that NSO had been served under the Hague Convention.

**GOOD CAUSE THEREFOR APPEARING, IT IS HEREBY ORDERED:**

1. Plaintiffs and their counsel Cooley LLP are jointly and severally liable to Defendants for attorney's fees incurred by Defendants in setting aside the default in the amount of $_____ pursuant to 28 U.S.C. § 1927 and the Court's inherent authority.

2. The Court imposes the following additional sanctions:

    _____
    _____
    _____
    _____
    _____
    _____

**IT IS SO ORDERED.**

Dated: _____, 2020    _____
                                THE HONORABLE JACQUELINE SCOTT CORLEY
                                UNITED STATES MAGISTRATE JUDGE