COOLEY LLP
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (219124) (*pro hac vice* forthcoming)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  3:19-cv-07123-JSC<br><br>**DECLARATION OF JOSEPH D. MORNIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' APPLICATION TO SET ASIDE DEFAULT AND TO ENLARGE TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT AND CROSS-MOTION TO AUTHORIZE ALTERNATIVE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)**<br><br>Date:   April 16, 2020<br>Time:   1:30 p.m.<br>Courtroom: E, 15th Floor<br>Judge:   Hon. Jacqueline S. Corley |

I, Joseph D. Mornin, declare:

1. I am an attorney with the law firm of Cooley LLP and counsel for Plaintiffs WhatsApp Inc. and Facebook, Inc. in this matter. The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could competently testify to the truth of each statement.

2. On March 3, 2020, Plaintiffs' counsel received a letter (via email) from Defendants' counsel regarding the status of service in Plaintiffs' application for entry of default. A true and correct copy of that letter and its enclosure are attached as **Exhibit 1**. Prior to this date, neither Plaintiffs nor Plaintiffs' counsel in this matter had received notice of any correspondence from the Central Authority.

3. Following an investigation on March 3–6, 2020, I learned that attorneys at the law firm of Fischer, Behar, Chen, Well, Orion & Co. ("FBC") in Israel received a letter from the Central Authority on February 25, 2020, identifying purported deficiencies in Plaintiffs' application for Hague service. I further learned that on the same day, attorneys at FBC forwarded that letter by email to another U.S. law firm. Attorneys from that law firm represent Plaintiffs in various matters, but no attorneys from that law firm represent Plaintiffs in connection with this litigation.

4. I further learned that, due to an administrative oversight, an attorney at that U.S. law firm did not realize he had received this message from FBC. As such, he did not forward it to or otherwise share its contents with Plaintiffs or Plaintiffs' counsel in this matter.

5. Plaintiffs and Plaintiffs' counsel in this litigation did not become aware of the Central Authority's correspondence to Plaintiffs' Hague service application until Defendants' counsel raised these issues in their letter of March 3, 2020.

6. On March 7, 2020, Defendants issued a public statement contesting the validity of entry of default in this case. A true and correct copy of that statement is attached as **Exhibit 2**.

7. On March 8, 2020, I caused to be downloaded ECF No. 976 in the case *In re Nexium (Esomeprazole Magnesium) Antitrust Litigation*, No. 1:12-md-02409-WGY (D. Mass. Sept. 3, 2014). A true and correct copy of that document is attached as **Exhibit 3**.

8. Plaintiffs have not yet received the formal certificate of Hague service from the Central Authority in Israel.

9. Plaintiffs are continuing to communicate with the Central Authority regarding its application for Hague service and the issuance of the formal certificate of Hague service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2020, at San Francisco, California.

/s/ Joseph D. Mornin
Joseph D. Mornin

Cooley LLP
Attorneys At Law
San Francisco

3.

Mornin Decl.
Case No. 3:19-cv-07123-JSC