# EXHIBIT 2

To be attributed to an NSO Spokesman:

On Friday March 6, our counsel, King & Spalding LLP, filed on our behalf with the US District Court for the Northern District of California a request to vacate the default entered on Monday, March 2, in the case WhatsApp Inc. and Facebook Inc. v. NSO Group Technologies Limited and Q Cyber Technologies Limited.

Friday's filing was necessary because Facebook lied to the court in its February 27 application for default, saying that service was complete under the treaty governing international service of judicial documents known as the Hague Convention. In fact, Facebook and its lawyers had been told two days earlier (February 25) by the Government of Israel that service under the Hague Convention was not complete—a fact Facebook concealed from the court. Facebook knew that NSO had no obligation to appear in court until service was complete. Facebook's underhanded tactics deceived the court into entering an improper default, and created a false narrative in the news media that unfairly described NSO Group as unresponsive to the case.

We are confident that the deficiencies in service, and the willful misconduct of Facebook's lawyers, will convince the court to set aside the default. NSO has also asked the Court for 120 days to respond to the specifics of the WhatsApp lawsuit. We will not be commenting further at this time, as our court filings speak for themselves.

DISSEMINATED BY MERCURY PUBLIC AFFAIRS, LLC, A REGISTERED FOREIGN AGENT, ON BEHALF OF Q CYBER TECHNOLOGIES LTD. MORE INFORMATION IS ON FILE WITH THE DEPT. OF JUSTICE, WASHINGTON, DC.