# EXHIBIT 2

## NSO Group/Q Cyber

**Aaron Lukken** <lukken@vikinglaw.us>  Wed, Feb 19, 2020 at 8:03 AM
To: Mishpatit@court.gov.il

Dear Colleagues:

Several weeks ago, I submitted two requests pursuant to Article 5(b) of the Hague Service Convention (see attached here):

📄 **Q Cyber Cooley ISR Hague Forms Art. 5(b).pdf**

📄 **NSO Group Cooley ISR Hague Forms Art. 5(b).pdf**

📄 **Cooley ISRx2 UPS delivery 12-8-19.pdf**

At my request, the Administration appointed Mr. Eitan Newman and his company to effect service on the two defendants, and he did so on December 17, later providing the appropriate documentation to your office for the issuance of Article 6 Certificates:

📄 **POSx2.pdf**

To date, the Certificates have still not been issued, so the litigation underway in United States District Court is at a standstill; causing significant consternation to the judge.  Accordingly, I must inquire as to when we might expect the issuance of the appropriate Certificates.  Please advise me?

Many thanks,
Aaron

------------------------

### Aaron Lukken
*Attorney, Managing Member*
**Viking Advocates, LLC**
Author of *The Hague Law Blog*
Visit my LinkedIn profile here
*O/M: +1-816-200-1383*

*Disclaimers:  (1) Email is not a secure medium of communication.  While this is common knowledge, we tend to forget, so please let this serve as a reminder that emails can be intercepted-- simple as that.  If you do not want to communicate with me by email, then we can utilize my Clio portal.  (2)  If you are not the correct recipient, please let me know that you have received this message in error.  (3)  Save a tree!  Don't print this unless it is absolutely necessary.*

# NSO Group/Q Cyber

**Aaron Lukken** <lukken@vikinglaw.us>  Tue, Mar 3, 2020 at 1:24 PM
To: Mishpatit@court.gov.il

Please advise me as to the status of the attached requests, which my agent completed upon your authorization and documented for your office in December.

Many thanks,
Aaron

--------------------------

### Aaron Lukken
Attorney, Managing Member
**Viking Advocates, LLC**
Author of *The Hague Law Blog*

Visit my LinkedIn profile here
**O/M: +1-816-200-1383**

*Disclaimers:  (1) Email is not a secure medium of communication.  While this is common knowledge, we tend to forget, so please let this serve as a reminder that emails can be intercepted-- simple as that.  If you do not want to communicate with me by email, then we can utilize my Clio portal.  (2)  If you are not the correct recipient, please let me know that you have received this message in error.  (3)  Save a tree!  Don't print this unless it is absolutely necessary.*

[Quoted text hidden]

**4 attachments**

- **Q Cyber Cooley ISR Hague Forms Art. 5(b).pdf**
  50K
- **NSO Group Cooley ISR Hague Forms Art. 5(b).pdf**
  50K
- **Cooley ISRx2 UPS delivery 12-8-19.pdf**
  98K
- **POSx2.pdf**
  37K

# NSO Group/Q Cyber

**שירי פרלמוטר** <Shirip@court.gov.il>  Wed, Mar 4, 2020 at 3:31 AM
To: "lukken@vikinglaw.us" <lukken@vikinglaw.us>
Cc: Gil Orion <gorion@fbclawyers.com>, ימית עוקב <yamits@court.gov.il>

Dear Mr. Lukken,

On February 25, 2020, the Office of Court Administration relayed a letter, in accordance with Article 4 of the Hague Convention to Mr. Gil Orion, the attorney for Facebook in Israel.

Warm regards,

Shiri

**Shiri perelmutter**

Manger of the legal assistance to Foreign countries|General Counsel's Office|Administration of courts

shirip@court.gov.il , Foreign.countries@court.gov.il

---

**From:** Aaron Lukken [mailto:lukken@vikinglaw.us]
**Sent:** Tuesday, March 03, 2020 9:24 PM
**To:** לשכת היועץ המשפטי
**Subject:** Re: NSO Group/Q Cyber

Please advise me as to the status of the attached requests, which my agent completed upon your authorization and documented for your office in December.

Many thanks,

Aaron

## NSO Group/Q Cyber

**Aaron Lukken** <lukken@vikinglaw.us>  Wed, Mar 4, 2020 at 5:19 AM
To: שירי פרלמוטר <Shirip@court.gov.il>
Cc: Gil Orion <gorion@fbclawyers.com>, ימית עוקב <yamits@court.gov.il>

Article 4 specifies that the Central Authority shall inform the applicant of its objections to the form of the request.  *I am the applicant*-- not Mr. Orion.  Please advise me of any discrepancy.

--------------------------------------
Aaron Lukken, Attorney
Author of haguelawblog.com
Viking Advocates, LLC
+1 816 200-1383
(Sent from my mobile, so please forgive typos and brevity.)
[Quoted text hidden]

## NSO Group/Q Cyber

**שירי פרלמוטר** <Shirip@court.gov.il>  
To: Aaron Lukken <lukken@vikinglaw.us>  
Cc: Gil Orion <gorion@fbclawyers.com>, ימית עוקב <yamits@court.gov.il>

Wed, Mar 4, 2020 at 8:16 AM

Dear Mr. Lukken,

A copy of the letter, dated February 25, 2020 is attached.  The Article 4 deficiencies, as referenced in the letter, are:

1.   The identity of the specific addressee; and,

2.   The particulars of the parties - including their full information, names, addresses, telephone numbers and email addresses of each party.

3.  

The application must be completed and resubmitted, in order for us to process the request for service in accordance with the regulations.

Sincerely,

Shiri


**Shiri perelmutter**

Manger of the legal assistance to Foreign countries|General Counsel's Office|Administration of courts

shirip@court.gov.il ,Foreign.countries@court.gov.il


**From:** Aaron Lukken [mailto:lukken@vikinglaw.us]  
**Sent:** Wednesday, March 04, 2020 1:19 PM  
**To:** שירי פרלמוטר  
**Cc:** Gil Orion; ימית עוקב  
**Subject:** Re: FW: NSO Group/Q Cyber


Article 4 specifies that the Central Authority shall inform the applicant of its objections to the form of the request.  *I am the applicant*-- not Mr. Orion.  Please advise me of any discrepancy.

[Quoted text hidden]  
[Quoted text hidden]



הנהלת בתי המשפט
ADMINISTRATION OF COURTS

Office Of the Legal Adviser

לשכת היועץ המשפטי

Legal Assistance to Foreign Countries

המחלקה לסיוע משפטי למדינות זרות

25 בפברואר 2020

לכבוד
ד"ר גיל אוריון, עו"ד
פישר בכר חן וול אוריון ושות'
בדוא"ל: gorion@fbclawyers.com

שלום רב,

הנדון: **מענה למכתבכם מיום 09.02.2020**

בהתאם לסעיף 4 לאמנת האג בדבר המצאת מסמכים משנת 1965 (להלן – "התקנות"), בחנו את הטופס הנלווה לבקשת ההמצאה, וראינו שחסרים הפרטים הבאים הנדרשים בהתאם לטופס הנלווה לאמנת האג:

1. זהות הנמען הספציפי.
2. זהות הצדדים לרבות פרטיהם המלאים – שם מלא, כתובת מלאה, מספר טלפון וכתובת דוא"ל.

נבקש כי החותם על בקשת ההמצאה ישלים את הפרטים האמורים לעיל על גבי הטופס הנלווה להמצאה על מנת שניתן יהיה לטפל בבקשת ההמצאה בהתאם לתקנות.

בברכה,

שירי פרלמוטר
מנהלת המחלקה לסיוע משפטי למדינות זרות
הנהלת בתי המשפט

העתק: עו"ד ברק לייזר, יועץ משפטי, הנהלת בתי המשפט.

---

רח' כנפי נשרים 22 ירושלים 9546436
Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel
טל': 074-7481836   פקס: 074-7481887
E-mail: Foreign.Countries@court.gov.il
- עדיפות לדוא"ל -

Scanned with CamScanner

[emblem:]
ISRAEL

ADMINISTRATION OF COURTS
[bilingual text]

Office of the Legal Adviser [bilingual text]

Legal Assistance to Foreign Countries [bilingual text]

February 25, 2020

Attn
Dr. Gil Orion, Adv.
Fischer Behar Chen Well Orion & Co.                                    At email gorion@fbclawyers.com

Hello,

**Re: Response to your letter dated 02/09/2020**

In accordance with section 4 of the Hague Convention regarding the disclosure of documents of the year 1965 (hereinafter – "the Regulations"), we have examined the accompanying form for the motion to disclose, and saw that the following details, required in accordance with a form attached to the Hague Convention, are missing:

1. Identity of the specific recipient.
2. Identity of the parties, including their full information – full name, full address, telephone number and email address.

We ask that the signatory of the motion to disclose complete the abovementioned details on the form attached to the disclosure, so that the motion to disclose could be handled in accordance with the Regulations.

Kind regards,

[signature]
Shiri Perelmutter

Legal Assistance to Foreign Countries Department Director

Administration of Courts

Cc: Attorney Barak Lezer, Legal Adviser, The Administration of Courts.

 TRANSPERFECT

# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):  February 25, 2020, Letter from the Administration of Courts to Gil Orion

Source Language(s):  Hebrew

Target Language(s):  English (US)

Authorized Signature: *[signature]*

Signature, Notary Public: *[signature]*

Name: Artem Furman

Title: Project Assistant

Date: March 6, 2020

*[Notary stamp: JORDAN TYRELL JOHNSON, NOTARY PUBLIC, NO. 01JO6389093, QUALIFIED IN NEW YORK COUNTY, STATE OF NEW YORK]*

Stamp: Notary Public

Reason for signature: I approve the accuracy of this document content as written

## NSO Group/Q Cyber

**Aaron Lukken** <lukken@vikinglaw.us>  Wed, Mar 4, 2020 at 8:49 AM
To: שירי פרלמוטר <Shirip@court.gov.il>
Cc: Gil Orion <gorion@fbclawyers.com>, ימית עוקב <yamits@court.gov.il>

I am thoroughly confused, and must question whether we are discussing the same requests.  Both addressees are clearly identified:  (1) Q Cyber Technologies Limited, and (2) NSO Group Technologies Limited.

Moreover, in nearly seven years of submitting such requests to Hague Central Authorities worldwide-- including the Administration of Courts (previously the *Directorate* of Courts)-- I have never been asked to include addresses, telephone numbers, or email addresses for the parties except in the addressee field on page one.

Is this a new requirement set by Israel alone?

-------------------------

### Aaron Lukken
Attorney, Managing Member
**Viking Advocates, LLC**
Author of *The Hague Law Blog*
Visit my LinkedIn profile here
*O/M: +1-816-200-1383*

*Disclaimers:  (1) Email is not a secure medium of communication.  While this is common knowledge, we tend to forget, so please let this serve as a reminder that emails can be intercepted-- simple as that.  If you do not want to communicate with me by email, then we can utilize my Clio portal.  (2)  If you are not the correct recipient, please let me know that you have received this message in error.  (3)  Save a tree!  Don't print this unless it is absolutely necessary.*

[Quoted text hidden]

## NSO Group/Q Cyber

**שירי פרלמוטר** <Shirip@court.gov.il>  Thu, Mar 5, 2020 at 4:00 AM
To: Aaron Lukken <lukken@vikinglaw.us>
Cc: Gil Orion <gorion@fbclawyers.com>, ימית עוקב <yamits@court.gov.il>

Dear Mr. Lukken,

The required details are listed on the model form (the top section of p. 1 and p. 4) recommended by the Permanent Bureau of the Hague Conference on Private International Law (the Service Convention operates under the auspice of this body).

[Quoted text hidden]

## NSO Group/Q Cyber

**Aaron Lukken** <lukken@vikinglaw.us>  Thu, Mar 5, 2020 at 4:10 AM
To: שירי פרלמוטר <Shirip@court.gov.il>
Cc: Gil Orion <gorion@fbclawyers.com>, ימית עוקב <yamits@court.gov.il>

Again, the addressees were clearly identified, with address information on page one; the exact same information is included on page three.  **Are we discussing the same requests?  This information is not missing.**

Moreover, page four makes no mention of a requirement that extensive contact information be included in the "Particulars of the parties" section.  Indeed, the French heading for that section indicates only that their identities are required.  I have never been asked for this information by your office or any other Central Authority.

---------------------------------------
Aaron Lukken, Attorney
Author of haguelawblog.com
Viking Advocates, LLC
+1 816 200-1383
(Sent from my mobile, so please forgive typos and brevity.)

[Quoted text hidden]