| | |
|---|---|
| 1 | COOLEY LLP |
| | TRAVIS LEBLANC (251097) (tleblanc@cooley.com) |
| 2 | KYLE C. WONG (224021) (kwong@cooley.com) |
| | JOSEPH D. MORNIN (307766) (jmornin@cooley.com) |
| 3 | 101 California Street, 5th floor |
| | San Francisco, CA   94111-5800 |
| 4 | Telephone:   (415) 693-2000 |
| | Facsimile:    (415) 693-2222 |
| 5 | |
| | DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*) |
| 6 | (dgrooms@cooley.com) |
| | 1299 Pennsylvania Avenue, NW, Suite 700 |
| 7 | Washington, DC  20004-2400 |
| | Telephone:   (202) 842-7800 |
| 8 | Facsimile:    (202) 842-7899 |
| 9 | Attorneys for Plaintiffs |
| | WHATSAPP INC. and FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 3:19-cv-07123-JSC |
| | **[PROPOSED] ORDER:** |
| Plaintiffs, | **GRANTING IN PART AND DENYING IN PART DEFENDANTS' APPLICATION TO SET ASIDE DEFAULT AND TO ENLARGE TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT; AND** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | **GRANTING PLAINTIFFS' CROSS-MOTION TO AUTHORIZE ALTERNATIVE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)** |
| Defendants. | |
| | Hon. Jacqueline S. Corley |

Before the Court are (1) Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd.'s Application to Set Aside Default and to Enlarge Time to File Responsive Pleading to Complaint and (2) Plaintiffs WhatsApp Inc. and Facebook, Inc.'s Cross-Motion to Authorize Alternative Service Pursuant to Federal Rule of Civil Procedure 4(f)(3). The Court, having considered the papers and good cause appearing, hereby orders:

1. Defendants' Application to Set Aside Default and to Enlarge Time to File Responsive Pleading to Complaint is GRANTED IN PART and DENIED IN PART:

    a. Defendants' request to set aside default is GRANTED. Default entered against Defendants (ECF No. 22) is VACATED.

    b. Defendants' request to enlarge time to file a responsive pleading is DENIED.

2. Plaintiffs WhatsApp Inc. and Facebook, Inc.'s Cross-Motion to Authorize Alternative Service pursuant to Federal Rule of Civil Procedure 4(f)(3) is GRANTED. Plaintiffs shall serve Defendants by email at:

    a. Defendants' public email address (info@nsogroup.com);

    b. The email address for Defendants' General Counsel, Shmuel Sunray (shmuels@nsogroup.com); and

    c. The email addresses for Defendants' U.S. counsel, Joseph Akrotirianakis and Aaron Craig (jakro@kslaw.com and acraig@kslaw.com).

IT IS SO ORDERED.

Dated: _____

                                                       Honorable Jacqueline S. Corley
                                                       United States Magistrate Judge