| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | TRAVIS LEBLANC (251097) (tleblanc@cooley.com) |
| | KYLE C. WONG (224021) (kwong@cooley.com) |
| 3 | JOSEPH D. MORNIN (307766) (jmornin@cooley.com) |
| | 101 California Street, 5th floor |
| 4 | San Francisco, CA   94111-5800 |
| | Telephone:   (415) 693-2000 |
| 5 | Facsimile:   (415) 693-2222 |
| 6 | DANIEL J. GROOMS (219124) (admitted *pro hac vice*) |
| | (dgrooms@cooley.com) |
| 7 | 1299 Pennsylvania Avenue, NW, Suite 700 |
| | Washington, DC  20004-2400 |
| 8 | Telephone:   (202) 842-7800 |
| | Facsimile:   (202) 842-7899 |

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  3:19-cv-07123-JSC |
| Plaintiffs, | **NOTICE OF APPEARANCE OF MICHAEL G. RHODES AS COUNSEL FOR PLAINTIFFS WHATSAPP INC. AND FACEBOOK, INC.** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

TO THE CLERK, ALL PARTIES, AND ALL COUNSEL OF RECORD:

Plaintiffs WhatsApp Inc. and Facebook, Inc. notify the Court and all parties that Michael G. Rhodes of the law firm of Cooley LLP hereby appears as Plaintiffs' counsel of record in this action. His is admitted to practice in California and before this Court. His address, telephone, facsimile and email address are as follows:

> COOLEY LLP
> Michael G. Rhodes
> 101 California Street, 5th Floor
> San Francisco, CA  94111-5800
> Telephone:  (415) 693-2000
> Facsimile:  (415) 693-2222
> E-mail:  rhodesmg@cooley.com

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated:  March 12, 2020          COOLEY LLP

/s/ Michael G. Rhodes
Michael G. Rhodes (116127)

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

222173592