1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
   KYLE C. WONG (224021) (kwong@cooley.com)
3  JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
   101 California Street, 5th floor
4  San Francisco, CA   94111-5800
   Telephone:   (415) 693-2000
5  Facsimile:   (415) 693-2222

6  DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
   (dgrooms@cooley.com)
7  1299 Pennsylvania Avenue, NW, Suite 700
   Washington, DC  20004-2400
8  Telephone:   (202) 842-7800
   Facsimile:   (202) 842-7899

9

   Attorneys for Plaintiffs
10 WHATSAPP INC. and FACEBOOK, INC.

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14

   WHATSAPP INC., a Delaware corporation,        Case No. 3:19-cv-07123-JSC
15 and FACEBOOK, INC., a Delaware
   corporation,                                  **CERTIFICATES OF SERVICE**
16

17                    Plaintiffs,

18         v.

19 NSO GROUP TECHNOLOGIES LIMITED
   and Q CYBER TECHNOLOGIES LIMITED,
20
                      Defendants.
21

22

23

24

25

26

27

28

**TO THE COURT AND ALL PARTIES OF RECORD:**

In accordance with Article 5 of the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Plaintiffs WhatsApp Inc. and Facebook, Inc. effected service of the Summons, Complaint, and related documents on Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. on March 12, 2020.

Attached as **Exhibit 1** and **Exhibit 2** are true and correct copies of the Certificates of Service issued by the Central Authority in Israel, as well as Plaintiffs' applications to the Central Authority for Hague service, which identify the documents that were served on both Defendants.

Dated: March 18, 2020

Respectfully submitted,

COOLEY LLP

/s/ Travis LeBlanc
Michael G. Rhodes
Travis LeBlanc
Daniel J. Grooms
Kyle C. Wong
Joseph D. Mornin

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-

CERTIFICATES OF SERVICE
CASE NO. 3:19-CV-07123-JSC