# EXHIBIT 1



הנהלת בתי המשפט

إدارة المحاكم

## COURTS ADMINISTRATION

Legal Assistance to Foreign Countries          המחלקה לסיוע למדינות זרות

Date: 16/03/20                                         *our ref: 1-176/20*

### CERTIFICATE

The undersigned authority, **upon authorization from the Director of Courts**, has the honor to certify, in conformity with Article 6 of the Convention,

1) That the documents directed to **NSO GROUP TECHNOLOGIES LIMITED** have been served*

- On the 12/03/20
- At 22 Galgalei Haplada Street, Hertzelia, 4672222, Israel.

*a)* In accordance with the provisions of sub-paragraph *(a)* of the first paragraph of Article 5 of the Convention*.

The documents referred to in the request have been delivered to:

- Identity and description of person: **The Authorized Signatory.**

  **The documents were served by Mr. Eitan Newman, ID 58615667, as you requested, as your designated agent**

- In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes*

Documents returned: ... ..................................................................

In appropriate cases, documents establishing the service:

..................................    ..................................

Done in Jerusalem, the                                         Signature and/or stamp

Advocate Barak Laser
The Legal Advisor to the
Administration of Courts
Jerusalem

The Legal Advisor - The Administration of Courts

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| **Identity and address of the applicant**<br>*Identité et adresse du requérant* | **Address of receiving authority**<br>*Adresse de l'autorité destinataire* |
|---|---|
| Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA<br>lukken@vikinglaw.us<br>Tel. +1.816.200.1383 | Administration of Courts<br>Legal Assistance to Foreign Countries<br>22 Kanfei Nesharin St.<br>Jerusalem 95464 |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir en double exemplaire à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   *(identité et adresse)*   **NSO Group Technologies Limited**
   22 Galgalei Haplada,
   Hertsliya, Israel 4672222
   by Shalev Hulio, Chief Executive Officer

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ **(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
   *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   **Personal service, effected by Mr. Eitan Newman or his agent.**

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes*--with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)**

**List of documents**
*Enumération des pièces*

| |
|---|
| Hague Service Convention Notice |
| Summary of the Document to Be Served |
| Summons in a Civil Action |
| Complaint with Exhibits 1-11 |
| Civil Cover Sheet |
| ADR/CMC Order |
| Standing Order (All Judges of N.D. Cal.) |
| Standing Order (JCMS), Standing Order (Magistrate Judge Corley) |

**Done at** Kansas City, Missouri, USA, **the** 27th November, 2019
*Fait à                              , le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

*[signature]*

*Delete if inappropriate
Rayer les mentions inutiles.

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1. that the document has been served\*/*que la demande a été exécutée\**

    – the (date) / *le (date)*: _____
    – at (place, street, number)/ *à (localité, rue, numéro)*: _____

– in one of the following methods authorized by Article 5/*dans une des formes suivantes prévues à l'article 5* :

☐     a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*/
        *selon les formes légales (article 5, alinéa premier, lettre a)\**

☐     b) in accordance with the following particular method\*/*selon la forme particulière suivante\** :

    _____

☐     c) by delivery to the addressee, if he accepts it voluntarily\*/*par remise simple\**

The documents referred to in the request have been delivered to/*Les documents mentionnés dans la demande ont été remis à :*
    Identity and description of person/ *Identité et qualité de la personne*:

    _____

    Relationship to the addressee (family, business or other)/Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :

    _____

2. that the document has not been served, by reason of the following facts\*/
    *que la demande n'a pas été exécutée, en raison des faits suivants\*:*

    _____

☐   In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*/ *Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

**Annexes / Annexes**

Documents returned/Pièces renvoyées: _____

In appropriate cases, documents establishing the service/ Le cas échéant, les documents justificatifs de l'exécution :

    _____

Done at / *Fait à*   _____        Signature and/or stamp/ *Signature et / ou cachet*

The / *le*   _____        _____

\* if appropriate / *s'il y a lieu*

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identity and address of the addressee**
*identité et adresse du destinataire*

> **NSO Group Technologies Limited**
> 22 Galgalei Haplada,
> Hertsliya, Israel 4672222
> *(or wherever it may be found)*

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES:

> **Bay Area Legal Aid**
> 1800 Market St.,
> San Francisco, CA 94102
> Tel. +1 (415) 982-1300

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*
**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**  
*Nom et adresse de l'autorité requérante :*

Aaron D. Lukken, Attorney  
Viking Advocates, LLC  
6525 Charlotte Street, Kansas City, Missouri, USA  
lukken@vikinglaw.us   Tel. 1.816.200.1383

**Particulars of the parties*:**  
*Identité des parties :*

WHATSAPP INC.; FACEBOOK, INC.; *Plaintiffs*, Willow Road 1601 Menlo Park, California 94025, U.S  
NSO Group Technologies, Limited; Q Cyber Technologies Limited; *Defendants*  
22 Galgalei Haplada, Hertsliya, Israel 4672222  
Phone number: 09-966-3802  
email address: shalev@nsogroup.com

## JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**  
*Nature et objet de l'acte :*

To make the defendants aware of a claim against them and to demand their appearance at court.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**  
*Nature et objet de l'instance, le cas échéant, le montant du litige :*

A civil action has been commenced against the Defendants. The plaintiffs accuse the defendants of, *inter alia*, computer fraud and breach of contract.

**Date and place for entering appearance**:**  
*Date et lieu de la comparution :*

Within 21 days from service the defendants must file an answer and appearance in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102.

**Court which has given judgment**:**  
*Juridiction qui a rendu la décision :*

No court has issued a judgment.

**Date of judgment**:**  
*Date de la décision :*

No court has issued a judgment.

**Time limits stated in the document**:**  
*Indication des délais figurant dans l'acte:*

21 days

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
    *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*