JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:     (213) 443-4355
Facsimile:      (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES
LIMITED and Q CYBER TECHNOLOGIES LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>             Plaintiffs,<br><br>      v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>             Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**STATEMENT OF NON-OPPOSITION OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED RE PLAINTIFFS' CROSS-MOTION TO AUTHORIZE ALTERNATE SERVICE [DKT. NO. 29]**<br><br>Date:     TBD<br>Time:     TBD<br>Ctrm:    3<br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

**TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL:**

On March 6, 2020, Defendants filed an Application to Set Aside Default and to Enlarge Time to File a Responsive Pleading to the Complaint.  [Dkt. No. 24.]  This Application has been fully briefed and will be re-noticed for hearing before this Court, as ordered by the Clerk of Court.  [Dkt. No. 37.]

On March 9, 2020, Plaintiffs filed a Cross-Motion to Authorize Alternate Service.  [Dkt. No. 29.]  On March 18, 2020, Plaintiffs filed a Notice of Supplemental Facts regarding service of the summons and complaint pursuant to the Hague Convention, notifying the Court that the Israeli government issued the Hague Convention Article 6 Certificate on March 16, 2020, thus completing service under the Hague Convention, and asking the Court to strike Plaintiffs' Motion for Alternate Service.  [Dkt. No. 33.]

Defendants do not oppose Plaintiffs' Cross-Motion to Authorize Alternate Service, but Defendants also agree with Plaintiffs that the Cross-Motion to Authorize Alternate Service is no longer necessary and can be stricken.

Defendants are currently in default and have applied to have that default set aside—relief Plaintiffs do not oppose.  [Dkt. No. 29.]  Defendants have also applied to enlarge the time to file a responsive pleading to the Complaint.  Plaintiffs have formally opposed that relief, but the parties are in the process of conferring to determine whether that matter can be resolved without court intervention.[1]

---

[1] The Government of Israel's March 16, 2020, issuance of the Hague Convention certificate of service completed service and started the "clock" for the Defendants' time to respond to the complaint.  *OGM, Inc. v. Televisa S.A. de C.V.*, 2009 WL 1025971, at *3 (C.D. Cal. Apr. 15, 2009); *Monster Film Ltd. v. Galloping Illusions Pty. Ltd.*, 2016 WL 11520811 (C.D. Cal. 2016).  Under Federal Rule of Civil Procedure 12(a)(1)(A), Defendants' response to the complaint would be due April 6, 2020.  Upon Plaintiff's application, however, Defendants are in default. [Dkt. No. 22.] If Defendants' application to set aside the default is heard after April 6, 2020, and if their request for enlargement of time cannot be resolved and is ultimately denied, Defendants' time to respond to the Complaint would have elapsed prior to the date for the hearing on Defendants' request to set aside the default.  To avoid the possible scenario of Defendants being subject to a new default at the instant the existing default is set aside, Defendants have conferred with counsel for Plaintiffs to determine whether the parties can reach an agreement on a reasonable response date.  If such an agreement can be reached, Defendants will inform the Court and will withdraw their request to

1    By filing this statement of non-opposition, Defendants do not consent to personal

2   jurisdiction or subject matter jurisdiction and reserve all their rights to contest personal jurisdiction

3   and subject matter jurisdiction.

4

DATED:  March 23, 2020

5                                          KING & SPALDING LLP

6

7

8                                          By: /s/ Joseph N. Akrotirianakis
                                               JOSEPH N. AKROTIRIANAKIS
9                                              AARON S. CRAIG
                                               Attorneys for Defendants NSO GROUP
10                                             TECHNOLOGIES LIMITED and Q
                                               CYBER TECHNOLOGIES LIMITED
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   enlarge the time to respond to the complaint.