1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**AMENDED NOTICE OF MOTION FOR SANCTIONS FILED BY NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED**<br><br>Date:    April 22, 2020<br>Time:   9:00 a.m.<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |
|---|---|

**TO THE COURT AND PLAINTIFFS AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that pursuant to the Clerk's Notice of Pending Reassignment to a U.S. District Court Judge [Dkt. No. 36], the Motion for Sanctions of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited [Dkt. No 28] is hereby re-noticed for hearing to April 22, 2020, at 9:00 a.m in the United States District Court for the Northern District of California, Oakland Division, Courtroom 3 before the Honorable Phyllis J. Hamilton, Chief United States District Judge.

The Motion has been fully briefed, as of the date of this Amended Notice.

Dated:  March 31, 2020                    KING & SPALDING LLP

                                          By:    /s/Joseph N. Akrotirianakis
                                                 JOSEPH N. AKROTIRIANAKIS
                                                 AARON S. CRAIG
                                                 Attorneys for Defendants NSO GROUP
                                                 TECHNOLOGIES LIMITED and Q
                                                 CYBER TECHNOLOGIES LIMITED