1   JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
      *jakro@kslaw.com*
2   AARON S. CRAIG (Bar No. 204741)
      *acraig@kslaw.com*
3   KING & SPALDING LLP
    633 West Fifth Street, Suite 1700
4   Los Angeles, CA 90071
    Telephone:     (213) 443-4355
5   Facsimile:     (213) 443-4310

6   Attorneys for Defendants NSO GROUP TECHNOLOGIES
    LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11  WHATSAPP INC., a Delaware corporation,        Case No. 4:19-cv-07123-PJH
    and FACEBOOK, INC., a Delaware
12  corporation,                                  **DECLARATION OF NACHUM FALEK
                                                  IN SUPPORT OF DEFENDANTS'
13                Plaintiffs,                     MOTION TO DISMISS UNDER RULES
                                                  12(B)(1), 12(B)(2), 12(B)(6), AND 12(B)(7)**
14         v.
                                                  Date:     May 13, 2020
15  NSO GROUP TECHNOLOGIES LIMITED                Time:     9:00 a.m.
    and Q CYBER TECHNOLOGIES LIMITED,             Ctrm:     3
16
                                                  Action Filed:   10/29/2019
17                Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    I, Nachum Falek, declare as follows:

2    1.    I am a citizen and resident of Israel.  I am the Chief Financial officer of NSO

3    Group Technologies Limited ("NSO").  I have personal knowledge of the facts set forth herein.

4    2.    Attached hereto as Exhibit 1 is an Independent Accountant's Report prepared by

5    Kost Forer Gabbay & Kasierer, a member of Ernst & Young Global ("EY").  EY regularly

6    audits the books and records of NSO by performing audits and agreed upon procedures.  When

7    EY completes its various audits and agreed upon procedures for NSO, it prepares reports of the

8    type attached hereto as Exhibit 1.

9    3.    The Independent Account's Report attached as Exhibit 1 is a record of an

10   event—the agreed upon procedures described in Exhibit 1.  The report was made at or near the

11   time of the agreed upon procedures by the EY accountants who conducted the agreed upon

12   procedures and who had knowledge of their own work.

13   4.    EY prepared the report attached hereto as Exhibit 1 (and all other reports of a

14   similar type) as part of its regularly conducted activities of auditing the books and records of

15   NSO, and NSO keeps the report attached hereto as Exhibit 1 (and all other reports of a similar

16   type) in the course of NSO's regularly conducted activities of operating its business.

17   I declare under the penalty of perjury and the laws of the United States that the

18   foregoing is true and correct this 2d day of April 2020, at Herzliya, Israel.

19

20

21                          Nachum Falek

22

23

24

25

26

27

28