1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED TO DISMISS UNDER FEDERAL RULES 12(B)(1), 12(B)(2), 12(B)(6), AND 12(B)(7)** |

The Court, having fully considered the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited to dismiss the Complaint and all points and authorities filed in support of and in opposition to the motion and the arguments of counsel, and GOOD CAUSE THEREFOR APPEARING, IT IS HEREBY ORDERED:

1. The motion is GRANTED.

2. The Court is without subject matter jurisdiction because the Foreign Sovereign Immunities Act and derivative sovereign immunity bar this action. 28 U.S.C. § 1604; *Butters v. Vance Int'l, Inc.*, 225 F.3d 462, 466 (4th Cir. 2000).

3. There is no personal jurisdiction in California over either Defendant because Defendants did not consent to personal jurisdiction, Defendants are not "at home" in California for purposes of general jurisdiction, and Plaintiffs have not alleged sufficient contacts between Defendants and California to establish specific jurisdiction. *See Schwarzenegger v. Fred Martin Motor Co.,* 374 F.3d 797, 800–02 (9th Cir. 2004).

4. Plaintiffs' failure to join indispensable parties, specifically Defendants' foreign sovereign customers, requires dismissal under Rules 12(b)(7) and 19.

5. Plaintiffs fail to state a claim under the Computer Fraud and Abuse Act or for trespass to chattels. Fed. R. Civ. P. 12(b)(6). Plaintiffs do not adequately plead that Defendants accessed their servers "without authorization," 18 U.S.C. § 1030(a); *LVRC Holdings LLC v. Brekka*, 581 F.3d 1127, 1133, or that any access damaged Plaintiffs' servers, *Intel Corp. v. Hamidi*, 30 Cal. 4th 1342, 1347 (2003).

6. Plaintiffs' Complaint is, accordingly, dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____, 2020

_____
THE HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT JUDGE