COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**WHATSAPP'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS RELATED TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>**LOCAL RULES 7-11 AND 79-5**<br><br>Judge:   Hon. Phyllis J. Hamilton<br>Date:    None required (L.R. 7-11(c)) |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff WhatsApp Inc. ("WhatsApp") moves the Court for leave to file under seal in their entirety the following documents:

- WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
- The Declaration of Jacob Sommer in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
- The Declaration of Nitin Gupta in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
- The Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
- Exhibit A to the Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
- Exhibit B to the Declaration of Travis LeBlanc in support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
- WhatsApp's Request for Judicial Notice;
- The Proposed Order Granting WhatsApp's Request for Judicial Notice; and
- The Declaration of Daniel J. Grooms in Support of WhatsApp's Motion to Seal (the "Grooms Declaration");
- Proof of Service by Daniel J. Grooms.

WhatsApp makes this request because, as detailed in the Grooms Declaration, these documents contain information that is under seal in another court (the "Prior Matter").

WhatsApp expresses no opinion as to whether the previously identified documents need to be sealed in whole or in part in this case but is obligated to refrain from disclosing this information. Accordingly, WhatsApp moves pursuant to Local Rule 79-5(e) to file the aforementioned documents entirely under seal until the other party in the Prior Matter has had an opportunity to review the documents and identify which documents or pieces of information need to be sealed.

Pursuant to Local Rule 79-5(e) and this Court's Standing Order for Cases Involving Sealed or Confidential Documents, the other party in the Prior Matter must file with the Court and serve upon

WhatsApp and King & Spalding a declaration establishing that the designated information is sealable, or must withdraw the designation of confidentiality.[1]

Dated: April 10, 2020

Respectfully submitted,

COOLEY LLP

/s/ *Michael G. Rhodes*
Michael G. Rhodes

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

223665095

---

[1] WhatsApp has not served the documents they seek to file under seal on Opposing Counsel. Pursuant to the sealing order from the other court, Defendants are not entitled to see certain information in these documents. Accordingly, WhatsApp has sought a protective order in this case preventing the Defendants from accessing documents that WhatsApp has sought to file under seal and will serve these documents on Opposing Counsel once the protective order is issued.