1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
   KYLE C. WONG (224021) (kwong@cooley.com)
3  JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
   101 California Street, 5th floor
4  San Francisco, CA 94111-5800
   Telephone:    (415) 693-2000
5  Facsimile:    (415) 693-2222

6  DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
   (dgrooms@cooley.com)
7  1299 Pennsylvania Avenue, NW, Suite 700
   Washington, DC 20004-2400
8  Telephone:    (202) 842-7800
   Facsimile:    (202) 842-7899

9

   Attorneys for Plaintiffs
10 WHATSAPP INC. and FACEBOOK, INC.

11
                         UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13

14
   | | |
   |---|---|
   | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
   | | **[PROPOSED] ORDER GRANTING WHATSAPP'S MOTION TO SEAL DOCUMENTS RELATED TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER** |
   | Plaintiffs, | |
   | v. | Hon. Phyllis J. Hamilton |
   | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
   | Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered WhatsApp's Administrative Motion to Seal Documents Related to WhatsApp's Motion to Disqualify, the Declaration of Daniel J. Grooms, and other papers filed contemporaneously therewith:

IT IS HEREBY ORDERED that the following documents shall be filed under seal and sealed from the public record:

| Document | Page/Line Number | Ruling |
|---|---|---|
| WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter | Entirety of Document | Granted |
| Declaration of Jacob Sommer in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter | Entirety of Document | Granted |
| Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel  Based on Prior Representation in a Sealed Matter ("LeBlanc Declaration") | Entirety of Document | Granted |
| Exhibit A to the LeBlanc Declaration | Entirety of Document | Granted |

| Exhibit B to the LeBlanc Declaration | Entirety of Documents | Granted |
|---|---|---|
| Declaration of Nitin Gupta in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter | Entirety of Document | Granted |
| WhatsApp's Request for Judicial Notice | Entirety of Document | Granted |
| Proposed Order Granting WhatsApp's Request for Judicial Notice | Entirety of Document | Granted |
| The Declaration of Daniel J. Grooms in Support of WhatsApp's Motion to Seal | Entirety of Document | Granted |
| Proof of Service by Daniel J. Grooms | Entirety of Document | Granted |

IT IS SO ORDERED.

Dated:  _____

_____
Honorable Phyllis J. Hamilton
United States District Judge

222798768