COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC   20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Hon. Phyllis J. Hamilton |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING WHATSAPP'S
MOTION TO DISQUALIFY COUNSEL
CASE NO. 4:19-CV-07123-PJH

Before the Court is WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter. Having considered the parties' papers filed in connection with the motion, and all other matters properly considered by this Court, the Court finds that King & Spalding's representation of Defendants in this matter is substantially related to its prior representation of WhatsApp Inc. and also that King & Spalding possesses WhatsApp's confidential information that is material to this litigation. Accordingly, WhatsApp's motion is GRANTED. It is further ORDERED THAT:

King & Spalding shall withdraw from this case within two days of the date on which this order is issued; and

Defendants shall have fourteen days from the date on which this order is issued to find new counsel and have them enter an appearance in this matter.

IT IS SO ORDERED.

Dated: _____

                                          Honorable Phyllis J. Hamilton
                                          United States District Court Judge

222324663

Cooley LLP
Attorneys At Law
San Francisco

2

[PROPOSED] ORDER GRANTING WHATSAPP'S
MOTION TO DISQUALIFY COUNSEL
CASE NO. 4:19-CV-07123-PJH