COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**NOTICE REGARDING PROOF OF SERVICE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE RE PROOF OF SERVICE
CASE NO. 4:19-CV-07123-PJH

**NOTICE REGARDING PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction this document was filed. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. I have been instructed not to serve the following documents, which were filed under seal pursuant to Local Rule 79-5, until a protective order is issued in this case:

1. [SEALED] WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

2. [SEALED] Declaration of Jacob Sommer in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

3. [SEALED] Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

4. [SEALED] Exhibit A to the Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

5. [SEALED] Exhibit B to the Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

6. [SEALED] Declaration of Nitin Gupta in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

7. [SEALED] Declaration of Daniel J. Grooms in Support of WhatsApp's Motion to Seal Documents Related to WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

8. [SEALED] WhatsApp's Request for Judicial Notice; and

9. [SEALED] Proposed Order Granting WhatsApp's Request for Judicial Notice.

I have been instructed to serve the aforementioned documents on the following counsel of record once a protective order issues in this case:

> Joseph N. Akrotirianakis
> Aaron S. Craig
> KING & SPALDING LLP
> 633 West Fifth Street, Suite 1700
> Los Angeles, CA   90071
> Tel:  213-443-4355
> Fax:  213-443-4310
> Email:  jakro@kslaw.com
> acraig@kslaw.com
>
> *Attorneys for Defendants*
> NSO Group Technologies Limited and Q Cyber Technologies Limited

Executed on April 10, 2020, at San Francisco, California.

_____
Adriana Vera

223842430