COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFFS TO OPPOSE DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS TO REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO L.R. 6-1(B), 6-2**<br><br>Date: April 9, 2020<br>Judge: Hon. Phyllis J. Hamilton |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND [PROPOSED] ORDER
ENLARGING TIME
CASE NO. 4:19-CV-07123-PJH

| | |
|---|---|
| 1 | Pursuant to Local Rules 6-1(b) and 6-2, Plaintiffs WhatsApp Inc. and Facebook, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows: |

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiffs WhatsApp Inc. and Facebook, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiffs filed a lawsuit ("Complaint") against Defendants on October 10, 2019 (ECF No. 1);

WHEREAS, Defendants filed a motion to dismiss the Complaint ("Motion") on April 2, 2020, which included multiple declarations and exhibits for this Court's consideration (ECF No. 45);

WHEREAS, under this Court's Local Rules, the following briefing schedule would apply to Defendants' Motion: Plaintiffs' opposition would be due on or before April 16, 2020, Defendants' reply would be due on or before April 23, 2020, and any hearing on the Motion would be set for May 13, 2020 (ECF No. 45);

WHEREAS, Defendants' Motion requires both Parties to brief a variety of complex legal issues, and Plaintiffs need to investigate factual allegations Defendants raise in their Motion (Wong Decl. ¶ 6);

WHEREAS, under Civil Local Rule 6-2(a), parties may file a stipulated request for an order changing time in connection with any deadline that requires papers to be filed or lodged with the Court;

WHEREAS, the Parties have conferred and agree that enlarging their time to (respectively) oppose and reply in support of the Motion will allow a more complete presentation of the issues raised by Defendants' Motion;

WHEREAS, the Parties have been granted one previous time modification in this case (Plaintiffs' request to reschedule a Case Management Conference prior to service of the summons and complaint on Defendants), as discussed in the accompanying Declaration of Kyle C. Wong (Wong Decl. ¶ 5);

WHEREAS, the requested modification would only modify the date for the hearing on Defendants' Motion, which is currently set for May 13, 2020 (ECF No. 45);

NOW, THEREFORE, the Parties jointly stipulate to and request that the Court enter an order:

1. Enlarging the time for Plaintiffs to respond to Defendants' Motion by one week, extending

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIP. AND [PROPOSED] ORDER
ENLARGING TIME
CASE NO. 4:19-CV-07123-PJH

their deadline to file their opposition to April 23, 2020;

 2. Enlarging the time for Defendants to reply to Plaintiffs' opposition by one week, extending their deadline to file their reply to May 7, 2020;

 3. Setting the hearing for Defendants' Motion on May 27, 2020, or at such other date thereafter convenient to the Court.

**IT IS SO STIPULATED.**

Dated: April 9, 2020

Respectfully submitted,

COOLEY LLP

*/s/ Michael G. Rhodes*
Michael G. Rhodes
Travis LeBlanc
Daniel J. Grooms
Kyle C. Wong
Joseph D. Mornin

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

Dated: April 9, 2020

Respectfully submitted,

KING & SPALDING LLP

*/s/ Joseph N. Akrotirianakis*
Joseph N. Akrotirianakis

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-

JOINT STIP. AND [PROPOSED] ORDER
ENLARGING TIME
CASE NO. 4:19-CV-07123-PJH

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 14, 2020

_____
The Honorable Phyllis J. Hamilton
Chief United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Michael G. Rhodes, attest that concurrence in the filing of this document has been obtained from each of the other signatories. Executed on April 9, 2020 in San Francisco, California.

/s/ *Michael G. Rhodes*
Michael G. Rhodes

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-3-

JOINT STIP. AND [PROPOSED] ORDER
ENLARGING TIME
CASE NO. 4:19-CV-07123-PJH