| | |
|---|---|
| 1 | JOSEPH P. MCMONIGLE, Bar No. 66811 |
| | JESSICA R. MACGREGOR, Bar No. 168777 |
| 2 | LONG & LEVIT LLP |
| | 465 California Street, Suite 500 |
| 3 | San Francisco, California  94104 |
| | Telephone:    (415) 397-2222 |
| 4 | Facsimile:     (415) 397-6392 |
| | Email:          jmcmonigle@longlevit.com |
| 5 |                jmacgregor@longlevit.com |

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |
| Plaintiffs, | **NOTICE OF APPEARANCE FOR THIRD PARTY** |
| v. | Judge:      Hon. Phyllis J. Hamilton |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Joseph P. McMonigle and Jessica R. MacGregor of Long & Levit LLP, 465 California Street, Suite 500, San Francisco, California  94104, (415) 392-2222, jmcmonigle@longlevit, jmacgregor@longlevit, hereby enter their appearance as counsel for King & Spalding for the limited purpose of responding to, appearing and arguing in opposition to

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

NOTICE OF APPEARANCE
4:19-cv-07123-PJH

WhatsApp's to-be-served Motion to Disqualify.  The undersigned respectfully request to be included via email on the Court's notification of all electronic filings in this action.

Dated:  April 23, 2020.

LONG & LEVIT LLP
JOSEPH P. MCMONIGLE


By:    */s/ Jessica R. MacGregor*
    JESSICA R. MACGREGOR
    Specially Appearing For Third Party
    KING & SPALDING LLP

4827-6084-9082, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 2 -

NOTICE OF APPEARANCE
4:19-cv-07123-PJH