COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026) (admission pending)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar No. 370586) (*pro hac vice* pending)
(mdreeben@omm.com)
1621 I Street NW
Washington, D.C. 20006
Telephone:   (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>Hon. Phyllis J. Hamilton<br><br>Date:   May 27, 2020<br>Time:   9:00 a.m.<br>Courtroom: 3, 3rd Floor<br>Judge:   Hon. Phyllis J. Hamilton |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION TO DISMISS
CASE NO. 4:19-CV-07123-PJH

Before the Court is Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's ("Defendants") Motion to Dismiss Plaintiffs WhatsApp Inc. and Facebook, Inc.'s ("Plaintiffs") Complaint (the "Motion"). The Court, having considered Defendants' Motion, and all other materials and arguments properly before it, hereby DENIES the Motion:

1. The Court has subject-matter jurisdiction over Plaintiffs' claims and Defendants do not have immunity under the Foreign Sovereign Immunities Act. *Samantar v. Yousuf*, 560 U.S. 305, 325 (2010).

2. The Complaint does not fail to join a required party because Defendants' customers are not "required parties" under Federal Rule of Civil Procedure 19(a). *Eldredge v. Carpenters 46 N. Cal. Ctys. Joint Apprenticeship & Training Comm.*, 662 F.2d 534, 537 (9th Cir. 1981).

3. This Court also has personal jurisdiction over Defendants because (1) Defendants consented to jurisdiction by accepting WhatsApp's Terms; and, in the alternative, *Automattic, Inc. v. Steiner*, 82 F. Supp. 3d 1011, 1022 (N.D. Cal. 2015) (Hamilton, J.); and (2) directed their conduct at California, *Schwarzenegger v. Fred Martin Motor Co.*, 374 F.3d 797, 802 (9th Cir. 2004). In addition, exercise of jurisdiction in this forum is not unreasonable. *Sinatra v. Nat'l Enquirer, Inc.*, 854 F.2d 1191, 1199 (9th Cir. 1988).

4. Plaintiffs clearly state a claim for violations of the Computer Fraud and Abuse Act because Defendants accessed and conspired to access, without authorization, Plaintiffs' servers, in addition to compromising users' Target Devices, as defined in the Complaint. *See Theofel v. Farey-Jones*, 359 F.3d 1066, 1078 (9th Cir. 2003).

5. Plaintiffs state a claim for trespass to chattels. Defendants' actions impaired the quality and value of Plaintiffs' system. *See CompuServe Inc. v. Cyber Promotions, Inc.*, 962 F. Supp. 1015, 1022 (S.D. Ohio 1997)

6. Defendants do not challenge Plaintiffs remaining causes of action on Federal Rule of Civil Procedure 12(b)(6) grounds and, as such, those claims may proceed.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION TO DISMISS
CASE NO. 4:19-CV-07123-PJH

**IT IS SO ORDERED.**

Dated: _____

                                        Honorable Phyllis J. Hamilton

Cooley LLP
Attorneys At Law
San Francisco

3

[Proposed] Order Denying Defendants'
Motion to Dismiss
Case No. 4:19-cv-07123-PJH