COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CLAUDIU GHEORGHE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   May 27, 2020<br>Time:   9:00 a.m.<br>Courtroom: 3<br>Judge:   Hon. Phyllis J. Hamilton |

I, Claudiu Gheorghe, declare:

1. I submit this declaration in support of Plaintiffs Facebook Inc. and WhatsApp, Inc.'s Opposition to Defendants' Motion to Dismiss the Complaint in the above-captioned matter. The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could competently testify to the truth of each statement.

2. I am a Software Engineering Manager on the WhatsApp Inc. Security team located in Menlo Park, California. I have been employed by Facebook Inc. or WhatsApp, Inc. since July 30, 2012. I was involved in investigating the attack described in the Complaint. At least ten engineers based in WhatsApp Inc. and Facebook, Inc.'s California offices worked on investigation and remediation for this attack. There were additional engineers working on this investigation and remediation located in the United States, as well as other locations.

3. I have reviewed the malicious code sent during the attack described in the Complaint. That malicious code was designed to cause a WhatsApp user's mobile device to connect to a remote server not associated with WhatsApp. The IP address of the remote server was included in the malicious code.

4. In 720 instances of the attack, the remote server's IP address was 104.223.76.220.

5. In 3 instances of the attack, the remote server's IP address was 54.93.81.200.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Mateo, California, on the 23rd day of April, 2020.

Claudiu Gheorghe

Cooley LLP
Attorneys At Law
San Francisco

1

Gheorghe Decl. ISO Opp. MTD
Case No. 4:19-cv-07123-PJH