COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICHAEL P. DUFFEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:  May 27, 2020<br>Time:  9:00 a.m.<br>Courtroom: 3<br>Judge:  Hon. Phyllis J. Hamilton |

I, Michael P. Duffey, declare:

1. I submit this declaration in support of Plaintiff Facebook, Inc. and WhatsApp Inc.'s Opposition to the Motion to Dismiss the Complaint in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, I could do so competently under oath.

2. I am employed as a Case Manager on the eDiscovery & Litigation in the Legal Department at Facebook. I have been employed by Facebook since March 20, 2017.

3. Every person who registers for, uses, and continues to use a WhatsApp account must agree to WhatsApp's Terms of Service.

4. WhatsApp maintains a version of the Terms that apply to WhatsApp users in the European Union, and a version that applies to users in the rest of the world. WhatsApp Terms of Service for users in the European Union are available at https://www.whatsapp.com/legal?eea=1#terms-of-service. WhatsApp Terms of Service for the rest of world ("ROW Terms") are available at https://www.whatsapp.com/legal?doc=terms-of-service&mode=revisions.

5. In preparation for testifying and providing this declaration, I reviewed WhatsApp's ROW Terms that were applicable in 2019, at the time of the conduct alleged in the complaint.

6. Attached as **Exhibit 1** is a true and correct copy of ROW Terms for the time period August 25, 2016 to January 28, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Menlo Park, CA, on the 23rd day of April, 2020.

_____
Michael P. Duffey

Cooley LLP
Attorneys At Law
San Francisco

1

Duffey Decl. ISO Opp. MTD
Case No. 4:19-cv-07123-PJH