COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026) (admission pending)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar. No. 370586 (*pro hac vice* pending)
(mdreeben@omm.com)
1621 I Street NW
Washington, D.C. 20006
Telephone:   (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CALEB NGUYEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   May 27, 2020<br>Time:   9:00 a.m.<br>Courtroom: 3<br>Judge:   Hon. Phyllis J. Hamilton |

I, Caleb Nguyen, declare:

1. I submit this declaration in support of Plaintiff Facebook, Inc. and WhatsApp Inc.'s Opposition to the Motion to Dismiss the Complaint in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, I could do so competently under oath.

2. I am employed as a Data Scientist on the eDiscovery & Litigation in the Legal Department at Facebook. I have been employed by Facebook since December 10, 2018.

3. On April 20, 2020, I reviewed WhatsApp records to identify WhatsApp monthly active users in the United States in May 2019. From my review, I determined that there were approximately 56.6 million monthly active WhatsApp users in the United States as of May 13, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Palo Alto, CA, on the 23rd day of April, 2020.

/s/Caleb Nguyen
Caleb Nguyen

Cooley LLP
Attorneys At Law
San Francisco

1

Nguyen Decl. ISO Opp. MTD
Case No. 4:19-cv-07123-PJH