COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026) (admission pending)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar No. 370586 (*pro hac vice* pending)
(mdreeben@omm.com)
1621 I Street NW
Washington, D.C. 20006
Telephone:    (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH D. MORNIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:        May 27, 2020<br>Time:        9:00 a.m.<br>Courtroom: 3<br>Judge:       Hon. Phyllis J. Hamilton |

I, Joseph D. Mornin, declare:

1.      I submit this declaration in support of Plaintiffs Facebook Inc. and WhatsApp, Inc.'s Opposition to Defendants' Motion to Dismiss the Complaint in the above-captioned matter.  I am an attorney with the law firm of Cooley LLP and counsel for Plaintiffs WhatsApp Inc. and Facebook, Inc. in this matter.  The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below.  If called as a witness, I could competently testify to the truth of each statement.

2.      Attached as **Exhibit 1** is a true and accurate screenshot from IP2Location.com obtained on April 22, 2020, for IP address 104.223.76.220.  Exhibit 1 shows that IP address 104.223.76.220 is currently located in Los Angeles, California, and is owned by QuadraNet Enterprises LLC.

3.      According to historical IP address location information from Maxmind.com for IP address 104.223.76.220 obtained through the website archive.org, IP address 104.223.76.220 was located in Los Angeles, California, and owned by QuadraNet Enterprises LLC as of May 28, 2019.  Attached as **Exhibit 2** is a true and accurate screenshot of the Maxmind.com csv.zip file available for download at archive.org that contains historical IP location information.  Attached as **Exhibit 3** is a true and accurate screenshot of the unzipped Maxmind.com csv.zip file showing the date of the files as May 28, 2019.  Attached as **Exhibits 4a, 4b, and 4c** are true and accurate screenshots of the netblock for IP address 104.223.76.220 showing the location and ownership of IP address 104.223.76.220 as of May 28, 2019.

4.      Attached as **Exhibit 5** is a true and accurate screenshot from Quadranet.com obtained on April 22, 2020.  Exhibit 5 shows that QuadraNet Enterprise LLC owns a datacenter in Los Angeles, California, where they host dedicated servers available for use by their customers.

5.      Attached as **Exhibit 6** is a true and accurate screenshot from IP2Location.com obtained on April 22, 2020, for IP address 54.93.81.200.  Exhibit 6 shows that IP address 54.93.81.200 is located in Frankfurt Am Main, Germany.

6.      Attached as **Exhibits 7, 8, and 9** are true and accurate screenshots from SecurityTrails.com obtained on April 22, 2020, for IP address 54.93.81.200.  Exhibits 7–9 show that

Amazon.com Inc. uses IP address 54.93.81.200 and that subdomains sip.nsogroup.com, sip.qtechnologies.com, and sip.2access.xyz were all hosted on IP address 54.93.81.200 from at least January 2, 2019, through at least November 24, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California, on the 23rd day of April, 2020.

/s/ Joseph D. Mornin
Joseph D. Mornin

Cooley LLP
Attorneys At Law
San Francisco

2

Mornin Decl. ISO Opp.
Case No. 4:19-cv-07123-PJH