# EXHIBIT 1

Case 4:19-cv-07123-PJH   Document 55-7   Filed 04/23/20   Page 1 of 2

# IP Lookup Result

🔗 Share The Result

| | |
|---|---|
| **Permalink** | https://www.ip2location.com/104.223.76.220 |
| ☑ **IP Address** | 104.223.76.220 |
| ☑ **Country** | 🇺🇸 United States of America [US] ⓘ |
| ☐ **Region** | California |
| ☐ **City** | Los Angeles |
| ☐ **Coordinates of City** | 34.052230, -118.243680 (34°3'8"N   118°14'37"W) |
| ☐ **ISP** | QuadraNet Enterprises LLC |
| ☐ **Local Time** | 22 Apr, 2020 06:17 PM (UTC -07:00) |
| ☐ **Domain** | quadranet.com |
| ☐ **Net Speed** | (COMP) Company/T1 |
| ☐ **IDD & Area Code** | (1) 213/310/424/323 |
| ☐ **ZIP Code** | 90001 |
| ☐ **Weather Station** | Los Angeles (USCA0638) |
| ☐ **Mobile Carrier** | - |
| ☐ **Mobile Country Code - MCC** | - |
| ☐ **Mobile Network Code - MNC** | - |
| ☐ **Elevation** | 86m |
| ☐ **Usage Type** | (DCH) Data Center/Web Hosting/Transit |
| ☐ **Anonymous Proxy** | No |
| ☐ **Proxy Type** | (DCH) Hosting Provider, Data Center or CDN Range |
| ☐ **Proxy ASN** | 8100 ASN-QUADRANET-GLOBAL |
| ☐ **Proxy Last Seen** | 22 Days ago |
| **Olson Time Zone** | America/Los_Angeles |

## Multilingual

IP2Location provides free multilingual data of country, region and city names for our customers to download.

| | |
|---|---|
| **Continent Names** | North America (EN), উত্তর আমেরিকা (BN), Північна Америка (UK), Северна Америка (SR), ሰሜን አሜሪካ (AM), امریکای شمالی (FA) & 75 more... |
| **Country Names** | United States of America (EN), አሜሪካ (AM), સંયુક્ત રાજ્ય/ અમેરિકા (GU), Estats Units (EUA) (CA), Amerika Birleşik Devletleri (TR), Сједињене Америчке Државе (SR) & 75 more... |
| **Region Names** | California (EN), Kalifornie (CS), California (DE), California (ES), Califórnia (PT) & more... |
| **City Names** | Los Angeles (EN) |
| **Region Code** | 06 |

## Tools/Utilities

You can easily lookup an IP address on the below channels using the below commands.

| | |
|---|---|
| 🐦 **Twitter Bot** | @ip2location 104.223.76.220 |
| **Slack Bot** | /ip2location 104.223.76.220 |
| 🕐 **Monitor** ❓ | ➤ Subscribe Notification |