# EXHIBIT 3

# GeoLite2-City-CSV_20190528

Share  View

📁 ▸ GeoLite2-City-CSV_20190528                                                          ⟳    Search Ge

| Name | Date modified | Type | Size |
|---|---|---|---|
| COPYRIGHT.txt | 5/28/2019 5:09 PM | Text Document | 1 KB |
| GeoLite2-City-Blocks-IPv4.csv | 5/28/2019 5:09 PM | CSV File | 192,694 KB |
| GeoLite2-City-Blocks-IPv6.csv | 5/28/2019 5:09 PM | CSV File | 25,425 KB |
| GeoLite2-City-Locations-de.csv | 5/28/2019 5:09 PM | CSV File | 7,624 KB |
| GeoLite2-City-Locations-en.csv | 5/28/2019 5:09 PM | CSV File | 9,498 KB |
| GeoLite2-City-Locations-es.csv | 5/28/2019 5:09 PM | CSV File | 7,847 KB |
| GeoLite2-City-Locations-fr.csv | 5/28/2019 5:09 PM | CSV File | 8,420 KB |
| GeoLite2-City-Locations-ja.csv | 5/28/2019 5:09 PM | CSV File | 10,767 KB |
| GeoLite2-City-Locations-pt-BR.csv | 5/28/2019 5:09 PM | CSV File | 8,096 KB |
| GeoLite2-City-Locations-ru.csv | 5/28/2019 5:09 PM | CSV File | 10,669 KB |
| GeoLite2-City-Locations-zh-CN.csv | 5/28/2019 5:09 PM | CSV File | 8,171 KB |
| LICENSE.txt | 5/28/2019 5:09 PM | Text Document | 1 KB |
| README.txt | 5/28/2019 5:09 PM | Text Document | 1 KB |