# EXHIBIT 4a

```
GeoLite2-City-Blocks-IPv4.csv
1913481    104.223.61.128/25,5368361,6252001,,0,0,90009,34.0544,-118.2440,1000
1913482    104.223.62.0/23,5368361,6252001,,0,0,90014,34.0549,-118.2578,1000
1913483    104.223.64.0/20,5368361,6252001,,0,0,90014,34.0549,-118.2578,1000
1913484    104.223.80.0/22,4164138,6252001,,0,0,33132,25.7806,-80.1826,20
1913485    104.223.84.0/22,4164138,6252001,,0,0,33132,25.7806,-80.1826,1000
```