# EXHIBIT 4b

```
GeoLite2-City-Locations-en.csv
100731    5368321,en,NA,"North America",US,"United States",CA,California,,,"Los Alamos",855,America/Los_Angeles,0
100732    5368335,en,NA,"North America",US,"United States",CA,California,,,"Los Altos",807,America/Los_Angeles,0
100733    5368361,en,NA,"North America",US,"United States",CA,California,,,"Los Angeles",803,America/Los_Angeles,0
100734    5368453,en,NA,"North America",US,"United States",CA,California,,,"Los Banos",866,America/Los_Angeles,0
100735    5368518,en,NA,"North America",US,"United States",CA,California,,,"Los Gatos",807,America/Los_Angeles,0
```