# EXHIBIT 4c

```
 GeoLite2-ASN-Blocks-IPv4.csv

169499    104.222.218.0/24,53889,"Micfo, LLC."
169500    104.222.224.0/19,22552,"eSited Solutions"
169501    104.223.0.0/17,8100,"QuadraNet Enterprises LLC"
169502    104.223.128.0/17,46573,"Global Frag Networks"
169503    104.224.0.0/18,54334,"Roya Hosting LLC"
```