# EXHIBIT 6

# IP Lookup Result

Share The Result

| | |
|---|---|
| Permalink | https://www.ip2location.com/54.93.81.200 |
| IP Address | 54.93.81.200 |
| Country | 🇩🇪 Germany [DE] |
| Region | Hessen |
| City | Frankfurt am Main |
| Coordinates of City | 50.115520, 8.684170 (50°6'56"N  8°41'3"E) |
| ISP | A100 ROW GmbH |
| Local Time | 23 Apr, 2020 03:15 AM (UTC +02:00) |
| Domain | amazon.com |
| Net Speed | (COMP) Company/T1 |
| IDD & Area Code | (49) 069 |
| ZIP Code | 65931 |
| Weather Station | Frankfurt/Main (GMXX0040) |
| Mobile Carrier | - |
| Mobile Country Code - MCC | - |
| Mobile Network Code - MNC | - |
| Elevation | 104m |
| Usage Type | (DCH) Data Center/Web Hosting/Transit |
| Anonymous Proxy | No |
| Proxy Type | (DCH) Hosting Provider, Data Center or CDN Range |
| Proxy ASN | 16509 AMAZON-02 |
| Proxy Last Seen | 22 Days ago |
| Olson Time Zone | Europe/Berlin |

## Multilingual

IP2Location provides free multilingual data of country, region and city names for our customers to download.

| | |
|---|---|
| Continent Names | Europe (EN), Europe (LG), Europa (IA), ヨーロッパ大陸 (JA), Europa (IT), Europe (BO) & 75 more... |
| Country Names | Germany (EN), ጀርመን (TI), Alemaya (TL), Vācija (LV), Nemčija (SL), Saksa (FI) & 75 more... |
| Region Names | Hessen (EN), Hessen (DA), 헤센주 (KO), Hesse (PT), 黑森 (ZH-CN) & more... |
| City Names | Frankfurt am Main (DE) |
| Region Code | 05 |

## Tools/Utilities

You can easily lookup an IP address on the below channels using the below commands.

| | |
|---|---|
| Twitter Bot | @ip2location 54.93.81.200 |
| Slack Bot | /ip2location 54.93.81.200 |
| Monitor | Subscribe Notification |