# EXHIBIT 7



Page URL: https://securitytrails.com/domain/sip.2access.xyz/history/a