# EXHIBIT 8



Page URL: https://securitytrails.com/domain/sip.nsogroup.com/history/a