# EXHIBIT 9



Page URL: https://securitytrails.com/domain/sip.qtechnologies.com/history/a