```
 1  COOLEY LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
 2  TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
    BETHANY C. LOBO (248109) (blobo@cooley.com)
 3  KYLE C. WONG (224021) (kwong@cooley.com)
    JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
 4  101 California Street, 5th Floor
    San Francisco, CA   94111-5800
 5  Telephone:   (415) 693-2000
    Facsimile:   (415) 693-2222
 6
    DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted pro hac vice)
 7  (dgrooms@cooley.com)
    ELIZABETH B. PRELOGAR (262026) (admission pending)
 8  (eprelogar@cooley.com)
    1299 Pennsylvania Avenue, NW, Suite 700
 9  Washington, DC  20004-2400
    Telephone:   (202) 842-7800
10  Facsimile:   (202) 842-7899

11  O'MELVENY & MYERS LLP
    MICHAEL R. DREEBEN (D.C. Bar No. 370586) (pro hac vice pending)
12  (mdreeben@omm.com)
    1621 I Street NW
13  Washington, D.C. 20006
    Telephone:   (202) 383-5300
14
    Attorneys for Plaintiffs
15  WHATSAPP INC. and FACEBOOK, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hon. Phyllis J. Hamilton<br><br>Date:     May 27, 2020<br>Time:     9:00 a.m.<br>Courtroom: 3, 3rd Floor<br>Judge:    Hon. Phyllis J. Hamilton |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
REQUEST FOR JUDICIAL NOTICE
CASE NO. 4:19-CV-07123-PJH

Before the Court is Plaintiffs WhatsApp Inc. and Facebook, Inc.'s ("Plaintiffs") Request for Judicial Notice in Support of their Opposition to the Defendants' Motion to Dismiss (the "Request"). The Court, having considered Plaintiffs' Request, and all other materials and arguments properly before it, hereby GRANTS the Request and takes judicial notice of the following documents:

1. **Exhibit 1** to the Declaration of Travis LeBlanc ("LeBlanc Declaration"): A true and correct copy of QuadraNet Inc.'s ("QuadraNet") Terms of Service as it appeared on January 29, 2019, archived by the Internet Archive at https://web.archive.org/web/20190129070813/https://www.quadranet.com/terms-of-service.

2. **Exhibit 2** to the LeBlanc Declaration: A true and correct copy of the current version of QuadraNet's Terms of Service, which state that they went into effect on March 4, 2020, available at https://www.quadranet.com/terms-of-service.

IT IS SO ORDERED.

Dated: _____        _____
                                    Honorable Phyllis J. Hamilton

Cooley LLP
Attorneys At Law
San Francisco

2

[PROPOSED] ORDER GRANTING
REQUEST FOR JUDICIAL NOTICE
CASE NO. 4:19-CV-07123-PJH