COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026) (admission pending)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar. No. 370586 (*pro hac vice* pending)
(mdreeben@omm.com)
1621 I Street NW
Washington, D.C. 20006
Telephone:   (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**DECLARATION OF TRAVIS LEBLANC IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:    May 27, 2020<br>Time:    9:00 a.m.<br>Courtroom: 3<br>Judge:   Hon. Phyllis J. Hamilton |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

LEBLANC DECL. ISO
REQUEST FOR JUDICIAL NOTICE
CASE NO. 4:19-CV-07123-PJH

I, Travis LeBlanc, declare:

1. I am a partner with the law firm of Cooley LLP and counsel for Plaintiffs WhatsApp Inc. and Facebook, Inc. in this matter. The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could competently testify to the truth of each statement.

2. Attached as **Exhibit 1** is a true and correct copy of QuadraNet, Inc.'s ("QuadraNet") Terms of Service as it appeared on January 29, 2019, archived by the Internet Archive at https://web.archive.org/web/20190129070813/https://www.quadranet.com/terms-of-service.

3. Attached as **Exhibit 2** is a true and correct copy of the current version of QuadraNet's Terms of Service, which state that they went into effect on March 4, 2020, available at https://www.quadranet.com/terms-of-service.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, D.C. on the 23rd day of April, 2020.

/s/ Travis LeBlanc
Travis LeBlanc

Cooley LLP
Attorneys At Law
San Francisco

2

LeBlanc Decl. ISO
Request for Judicial Notice
Case No. 4:19-cv-07123-PJH