# EXHIBIT 1



## QuadraNet Terms of Service

Last Modified 6/8/2016

FOLLOWING ARE TERMS OF SERVICE WHICH IS A BINDING CONTRACT WITH CLIENT:

**1. Service Abuse**
**a.** No illegal use of any kind is permitted on sites or servers including, but not limited to, unauthorized storage or distribution of copyrighted software, trademark infringement, warez sites, violations of any State or Federal laws, and selling or distributing contraband.
**b.** No internet abuse of any kind is allowed including, but not limited to, spamming, mass emailing programs, cross-posting unsolicited messages to online groups, posting obscene or inflammatory messages, threatening Internet users, mail bombing, and running packet sniffers or port scanners.

**2. Service Abuse Violation**
**a.** Should a Service Abuse violation occur, in addition to all other legal and equitable remedies, QuadraNet may terminate the account without notice and without any refunds. Client shall be responsible for any and all damages caused to QuadraNet. QuadraNet may charge client an amount equal to the cost associated with repairing any damages done.

**3. Data Loss and Backups**
**a.** Client is responsible and shall at all times maintain all its data on Clients own remote backup system separate from QuadraNet's equipment or servers. Client acknowledges that access to the Internet may fail or be interrupted at any time; hardware is mechanical and prone to failure without warning. QuadraNet offers backup services and, if so subscribed, backups are performed on a best-effort basis, but in no event, with back up subscription or not, shall

QuadraNet be responsible to Client for any lost files, data, damages or information

### 4. Server Management
**a.** Server management occurs as a queued task. QuadraNet is not responsible for any loss or in any manner should a server be hacked, exploited, cracked, or in any way damaged by client or a 3rd party. QuadraNet reserves the right in its sole discretion to decline management services for any reason whatsoever.

### 5. Technical Support
**a.** If the client wishes to file a support ticket or to check on progress of an existing trouble ticket, they may dial 1-888-578-2372 and select option 1, log-in to the portal at https://neo.quadranet.com, or e-mail support@quadranet.com
**b.** QuadraNet's technical support team is ready to assist 24 hours a day, 7 days a week, 365 days a year.

### 6. Payment Policy
**a.** Certain services may require setup fees prior to activation, which client shall be made aware of by QuadraNet.
**b.** Full payment is required before any QuadraNet hosting or other service is provided.
**c.** QuadraNet accepts credit card payment (Visa, Master Card, Discover, or American Express), certified funds, wire transfers, PayPal (www.paypal.com), Alipay, Tencent WeChat Pay, or cryptocurrencies (Bitcoin, Litecoin, and Ethereum).
**d.** Online credit card payments are authorized and assessed in real-time.
**e.** Once an order is successfully submitted, the client is subject to QuadraNet's refund policy.

### 7. Additional Features
**a.** Additional features can be added at any time at the client's request and will be activated upon payment.
**b.** The cost for additional features is non-refundable regardless of whether the service was used. The 7-day cancellation period outlined in Section 12 applies to all Additional Features that may be active on any given account.

### 8. Renewal and Billing Schedule

QuadraNet's Billing and Renewal Schedules is subject to the following terms and conditions:

**a.** All payments must be timely; that is, they must be received by QuadraNet on their due date. QuadraNet will send to client's billing contact by email an invoice ten (10) days prior to the date the bill is due and thereafter one (1) day prior to the invoice due date. All payment must be made in U.S. Dollars.
**b.** If payment is not received when due, Client shall be in default and QuadraNet, at its sole discretion, may suspend or terminate services without further notice.
**c.** All or any portion of monies owed to QuadraNet that are not received when due shall incur a late charge of 1.5% of the amount owing, per month, or the maximum permitted by law, whichever is less, until payment is made.
**d.** If services are suspended, client shall pay a minimum reactivation fee of $25.00.
**e.** For clients on a month-to-month service, QuadraNet reserves the right to change pricing any time upon notice to client.
**f.** If client's account is paid by credit card, it is client's responsibility to make sure the card is valid, so that QuadraNet can complete a charge. If the charge is not complete, QuadraNet is authorized to charge the account after the original processing date. It is client's responsibility to notify QuadraNet of any change in credit card to be used for payment on client's account.
**g.** If client's account is paid by check and the check is returned "Non-Sufficient Funds," client shall be charged a $35.00 process and handling fee.
**h.** It is client's responsibility to promptly notify QuadraNet of any change in email address or contact person(s).

### 9. Refund Policy
**a.** All refunds are at the sole discretion of QuadraNet, including fees associated with primary services, additional

features, and any/all setup fees previous assessed.

## 10. Cancellation

**a.** QuadraNet reserves the right to terminate service at any time. If an account is terminated for a policy violation there will be no refund.
**b.** Customers can cancel service pursuant to the terms of their contract by email or through the portal. Only authorized contacts/individuals can cancel an account. Unless client specifies a termination date, accounts will be terminated upon notice.
**c.** Unless otherwise specified in the terms of Client's contract and for all month-to-month services, cancellation notice must be received at least 7 days prior to scheduled service renewal date; furthermore, if service is cancelled with less than 7 days remaining before scheduled service renewal, the service will renew for 1 additional month automatically.
**d.** Cancellation requests must be submitted via the QuadraNet management portal by selecting "Request Service Cancellation" from the left navigation and submitting the cancellation form for the services being discontinued.
**e.** Refund policies (Section 9) strictly apply to all cancelled accounts.
**f.** If an account is cancelled due to non-payment, QuadraNet reserves the right to delete contents without notice and re-provision the server.
**g.** Client accounts inactive for 30 or more days may be required to create a new account in order to have future services rendered.

## 11. Indemnification

**a.** The client agrees to defend, indemnify, and hold harmless QuadraNet and all of its officers, owners, employees, agents, and contractors from and against any and all liabilities of every nature or kind resulting from the services herein, including but not limited to, client's defective products, personal injury or property damage caused by products or services sold or distributed from QuadraNet servers, any infringements on the rights of a third party and libel or defamation of a third party. Client also agrees to pay and indemnify QuadraNet for any legal fees, fines, levies, judgments, settlements, or charges.

## 12. Disclaimer

**a.** QuadraNet is not responsible for any damages to any client's business. QuadraNet makes no warranties or guarantees of any kind, expressed or implied, for services provided. Use of QuadraNet's service is at the client's sole risk. Under no circumstances will QuadraNet be liable for any claims resulting from the use or inability to use QuadraNet's services including, but not limited to, service interruptions, client errors, Internet connectivity problems, miscommunications, unauthorized access to QuadraNet servers, DNS caching, Internet bandwidth congestion, power failures, vandalism, or natural disasters.

## 13. Policy Revisions

**a.** QuadraNet reserves the right to revise its policies at any time.

## 14. Attorney Fees

**a.** In the event of a dispute arising out of this Agreement, the prevailing party shall be entitled to reasonable attorney fees and costs.

## 15. California Law

**a.** Any legal suit, action, or proceeding arising out of or relating to this Agreement shall be governed by the laws of the State of California. Venue and jurisdiction will be Los Angeles, California.

## 16. Mutually Drafted

**a.** This Agreement has been reached by mutual consensus and may not be construed for or against any party in the drafting and preparation of same. Each of the parties, by their signature to this Agreement, acknowledges that they have read and understood each of the provisions of this Agreement and enters into same knowingly, intelligently, and

voluntary.

### 17. Assignment
**a.** Client may not assign any right hereunder or delegate any obligation without the prior written consent of QuadraNet, and any purported assignment or delegation without QuadraNet's consent is void.

### 18. Binding Contract
**a.** This Agreement shall binding upon the client hereto and their respective heirs, successors, or assigns.

### 19. Arbitration
**a.** Any controversy or claim arising out of or relating to this Agreement or the breach of any term hereof shall be resolved by binding arbitration conducted in the County of Los Angeles and administered by JAMS in accordance with their Commercial Arbitration Rules.
**b.** The parties shall select the arbiter within fourteen (14) days of any party initiating the demand for arbitration. If they cannot agree on the arbiter, one shall be appointed by JAMS, and that appointment shall be binding upon both parties.
**c.** Each party shall pay, when due, one-half of the fees for arbitration. Failure to make a timely payment of their share of the fees shall be a default against the non-paying party, and the paying party may proceed to prove up their case and obtain judgment from the arbiter.
**d.** The arbitration shall be concluded within ninety (90) days of initiation of the arbitration, unless otherwise ordered for good cause. Thirty (30) days prior to the scheduled arbitration hearing, the parties shall exchange briefs, lists of witness, and all documents that they intend to use at the arbitration. No further discovery shall be allowed, unless ordered by the arbiter upon a showing of good cause and necessity.
**e.** The arbiter's decision shall be in writing, with findings of fact and conclusions of law.
**f.** Any award shall be final and binding upon the parties hereto, and judgment may be entered thereon in any court having jurisdiction thereof.

# Data Breach Policy:

Updated: 16 December 2018

> **Policy**
> QuadraNet Enterprises LLC and its affiliates (collectively, "QuadraNet Enterprises LLC") make every effort to protect the confidentiality, integrity, and availability of the Confidential Information and Personal Data of employees, customers and vendors.
>
> QuadraNet Enterprises LLC will respond promptly to investigate, contain, and mitigate any security incident that can lead to a Data Breach. Notice of a Data Breach will be provided to affected individuals and/or governmental agencies in accordance with applicable contractual and legal requirements.
>
> **Definitions**
> · **Confidential Information** includes all information of QuadraNet Enterprises LLC, its employees, and its existing and potential customers, not generally known to the public, in printed, electronic, or any other form or medium.
> · **Personal Data** includes any information related to an identified or identifiable natural person. Personal Data includes, but is not limited to: names, addresses, email addresses, and phone numbers.
> · **Data Breach** is defined as the unauthorized acquisition or access of unencrypted Confidential Information or Personal Data that compromises the confidentiality, integrity, or availability of that information. A Data Breach can occur not only virtually through computer networks but also physically through unauthorized access into

QuadraNet Enterprises LLC, locations or computers. A Data Breach can also include any breaches that affect third-party vendors that provide services or hosting to QuadraNet Enterprises LLC.

**Incident response**

As part of the information security policy, QuadraNet Enterprises LLC maintains a Security Incident response plan that is based on guidelines from NIST ( 800-61 ).

All employees are required to immediately notify the IT Department of any actual or suspected Data Breach – including events that affect third-party vendors. The IT department will then follow the Security Incident Response Plan.

**Notification**

QuadraNet Enterprises LLC commits to a notification via email to affected data controllers -customers/partners-, specifically to the primary business contact registered upon contract signing, as soon as possible but no later than 72 hours of reasonable suspicion of a Data Breach. If there is an operational impact, an update can also be seen on status.quadranet.com.



