COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar No. 370586) (admitted *pro hac vice*)
(mdreeben@omm.com)
1625 I Street NW
Washington, D.C. 20006
Telephone:   (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-JSC<br><br>**NOTICE OF APPEARANCE OF ELIZABETH B. PRELOGAR AS COUNSEL FOR PLAINTIFFS WHATSAPP INC. AND FACEBOOK, INC.** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

NOTICE OF APPEARANCE OF
ELIZABETH B. PRELOGAR
CASE NO. 4:19-CV-07123-JSC

**TO THE CLERK, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

Plaintiffs WhatsApp Inc. and Facebook, Inc. notify the Court and all parties that Elizabeth B. Prelogar of the law firm of Cooley LLP hereby appears as Plaintiffs' counsel of record in this action. She is admitted to practice in California and before this Court. Her address, telephone, facsimile and email address are as follows:

> COOLEY LLP
> Elizabeth B. Prelogar
> 1299 Pennsylvania Avenue, NW, Suite 700
> Washington, DC  20004-2400
> Telephone:   (202) 842-7800
> Facsimile:   (202) 842-7899
> E-mail:      eprelogar@cooley.com

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: April 24, 2020                                    COOLEY LLP


/s/ Elizabeth B. Prelogar
Elizabeth B. Prelogar (262026)

Attorney for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

NOTICE OF APPEARANCE OF
ELIZABETH B. PRELOGAR
CASE NO. 4:19-CV-07123-JSC

224730372