COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar No. 370586) (admitted *pro hac vice*)
(mdreeben@omm.com)
1625 I Street NW
Washington, D.C. 20006
Telephone: (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING WHATSAPP'S AMENDED MOTION TO SEAL DOCUMENTS RELATED TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER** <br><br> Hon. Phyllis J. Hamilton |

Having considered WhatsApp's Administrative Motion to Seal Documents Related to WhatsApp's Motion to Disqualify, the Declaration of Daniel J. Grooms, and other papers filed contemporaneously therewith:

IT IS HEREBY ORDERED that the following documents shall be filed under seal and sealed from the public record:

| Document | Page/Line Number | Ruling |
|---|---|---|
| WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter | i:9-10, 2:17-19, 2 n.1, 3:3, 3:4, 4:6-9, 4:10-15, 4:25-26, 4 n.3, 5:1-5, 5:5-7, 5:8, 5:10-19, 5 n.5, 8:10, 8:11-12, 8:15-16, 9:3, 9:5, 10:10-12, 10:17-23, 11:7-8, 11:20-21, 11 n.7, 13:15-21 | Granted |
| Declaration of Jacob Sommer in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter | 2:3-5; 2:9-10; 2:11; 2:13-15; 2:16; 2:17-19; 2:21-26; 2 n.1; 3:1-28; 4:1-3; 4:5-7; 4:9-10; 4:13-21 | Granted |
| Exhibit A to the Declaration of Travis LeBlanc | Portions of pages 2 and 3 | Granted |
| Exhibit B to the Declaration of Travis LeBlanc | Portions of pages 1 and 3 | Granted |
| WhatsApp's Request for Judicial Notice | 2:9; 2:12-13 | Granted |

| | | |
|---|---|---|
| Proposed Order Granting WhatsApp's Request for Judicial Notice | 2:5-6 | Granted |
| The Declaration of Daniel J. Grooms in Support of WhatsApp's Motion to Seal (April 10, 2020) | 2:9-13; 2:16; 3:7; 3:10; 3:14 | Granted |
| The Declaration of Daniel J. Grooms in Support of WhatsApp's Amended Motion to Seal (April 29, 2020) | 2:9-10, 2:10-2:11, 2:12-3:3; 3:6, 4:3 | Granted |
| Proof of Service by Daniel J. Grooms (April 10, 2020) | 3:4-9 | Granted |
| Proof of Service by Daniel J. Grooms (April 29, 2020) | 3:5-10 | Granted |

IT IS SO ORDERED.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge

224963664