| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | TRAVIS LEBLANC (251097) (tleblanc@cooley.com) |
| | KYLE C. WONG (224021) (kwong@cooley.com) |
| 3 | JOSEPH D. MORNIN (307766) (jmornin@cooley.com) |
| | 101 California Street, 5th Floor |
| 4 | San Francisco, CA 94111-5800 |
| | Telephone:   (415) 693-2000 |
| 5 | Facsimile:   (415) 693-2222 |
| 6 | DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*) |
| | (dgrooms@cooley.com) |
| 7 | ELIZABETH B. PRELOGAR (262026) |
| | (eprelogar@cooley.com) |
| 8 | 1299 Pennsylvania Avenue, NW, Suite 700 |
| | Washington, DC  20004-2400 |
| 9 | Telephone:   (202) 842-7800 |
| | Facsimile:   (202) 842-7899 |
| 10 | |
| 11 | O'MELVENY & MYERS LLP |
| | MICHAEL R. DREEBEN (D.C. Bar No. 370586) (admitted *pro hac vice*) |
| 12 | (mdreeben@omm.com) |
| | 1625 I Street NW |
| 13 | Washington, D.C. 20006 |
| | Telephone: (202) 383-5300 |
| 14 | |
| 15 | Attorneys for Plaintiffs |
| | WHATSAPP INC. and FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |
| | **DECLARATION OF DANIEL J. GROOMS IN SUPPORT OF WHATSAPP'S AMENDED ADMINISTRATIVE MOTION TO SEAL DOCUMENTS RELATED TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER** |
| Plaintiffs, | |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Judge:       Hon. Phyllis J. Hamilton |
| | Date:        None required (L.R. 7-11(c)) |
| Defendants. | |

**REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED**

I, Daniel J. Grooms, declare:

1. I am a partner with the law firm of Cooley LLP and counsel for Plaintiffs WhatsApp Inc. and Facebook, Inc. in this matter. I make this declaration in support of WhatsApp's Administrative Motion to Seal Documents Related to WhatsApp's Motion to Disqualify. The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could competently testify to the truth of each statement.

2. King & Spalding LLP, counsel to Defendants in this case, previously represented WhatsApp in a sealed matter in the ▊▊▊▊▊ ▊▊▊▊▊ brought by the ▊▊▊▊▊ ▊▊▊ ("the Government").

3. 

1  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

2  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

3  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

6. The following portions of the documents submitted in support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter contain, summarize, or tend to reveal information that is subject to the sealing order in the ▬▬▬▬▬▬▬ (including the district and nature of the matter):

   a. Lines i:9-10, 2:17-19, 2 n.1, 3:3, 3:4, 4:6-9, 4:10-15, 4:25-26, 4 n.3, 5:1-5, 5:5-7, 5:8, 5:10-19, 5 n.5, 8:10, 8:11-12, 8:15-16, 9:3, 9:5, 10:10-12, 10:17-23, 11:7-8, 11:20-21, 11 n.7, and 13:15-21 of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

   b. Lines 2:3-5, 2:9-10, 2:11, 2:13-15, 2:16, 2:17-19, 2:21-26, 2 n.1, 3:1-28, 4:1-3, 4:5-7, 4:9-10, and 4:13-21 of the Declaration of Jacob Sommer in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

   c. The highlighted information on pages 2 and 3 of Exhibit A to the Declaration of Travis LeBlanc in support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

   d. The highlighted information on pages 1 and 3 of Exhibit B to the Declaration of Travis LeBlanc in support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

   e. Lines 2:9 and 2:12-13 of WhatsApp's Request for Judicial Notice;

   f. Lines 2:5-6 of the Proposed Order Granting WhatsApp's Request for Judicial Notice; and

   g. Lines 2:9-13, 2:16, 3:7, 3:10, and 3:14 of the April 10, 2020 Declaration of Daniel J. Grooms in support of WhatsApp's Motion to Seal;

   h. Lines 2:9-10, 2:10-11, 2:12-3:3, 3:6, 4:3 of April 29, 2020 Declaration of Daniel J. Grooms in support of WhatsApp's Amended Motion to Seal (this document);

1         i.    Lines 3:4-9 of the April 10, 2020 Proof of Service by Daniel J. Grooms; and

2         j.    Lines 3:5-10 of the April 29, 2020 Proof of Service by Daniel J. Grooms.

3     7.    Due to its obligations to comply with the sealing order in the ████████, WhatsApp seeks to file the redacted portions of these documents under seal pursuant to Local Rule 79-5(d). WhatsApp has redacted additional information it understands the Government will move to seal pursuant to Local Rule 79-5(e) from these documents as well as from the Declaration of Travis LeBlanc.

    8.    WhatsApp did not seek to agree to a stipulation with Defendants, as WhatsApp is not at liberty to discuss the nature of the information it seeks to seal under Rule 79-5(d) and (e) with Defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 29, 2020, in Falls Church, Virginia.

                                  */s/ Daniel J. Grooms*
                                  Daniel J. Grooms

224922039