|   |   |
|---|---|
| 1 | COOLEY LLP<br>MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | TRAVIS LEBLANC (251097) (tleblanc@cooley.com)<br>KYLE C. WONG (224021) (kwong@cooley.com) |
| 3 | JOSEPH D. MORNIN (307766) (jmornin@cooley.com)<br>101 California Street, 5th floor |
| 4 | San Francisco, CA   94111-5800<br>Telephone:   (415) 693-2000 |
| 5 | Facsimile:    (415) 693-2222 |
| 6 | DANIEL J. GROOMS (219124) (*pro hac vice* forthcoming)<br>(dgrooms@cooley.com) |
| 7 | 1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400 |
| 8 | Telephone:   (202) 842-7800<br>Facsimile:    (202) 842-7899 |
| 9 |  |
| 10 | Attorneys for Plaintiffs<br>WHATSAPP INC. and FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**DECLARATION OF JACOB SOMMER IN SUPPORT OF WHATSAPP'S MOTION TO DISQUALIFY BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Judge:     Hon. Phyllis J. Hamilton |
|---|---|

**REDACTED VERSION OF DOCUMENT**
**SOUGHT TO BE SEALED**

I, Jacob Sommer, declare:

1. I am an attorney with the law firm ZwillGen, PLLC ("ZwillGen"), which represented WhatsApp Inc. in connection ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could competently testify to the truth of each statement.

2. ZwillGen had long represented WhatsApp ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ As part of that long-standing representation, WhatsApp asked ZwillGen to assist it in responding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. In December 2015, WhatsApp also retained King & Spalding LLP as co-counsel on this matter, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Marc Zwillinger and I participated in this representation.

4. The ▮▮▮▮▮▮▮▮▮ in which ZwillGen and King & Spalding represented WhatsApp ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ As it had announced in November 2014, however, WhatsApp was in the process of implementing end-to-end encryption of its messages. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[1] I have not disclosed the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to counsel for WhatsApp in this matter.

7. ███

8. ███

9. ███

10. ███

██████████████████████████████████████████████████████████████
██████████████████████████████████████

11. ██████████████████████████████████████ both ZwillGen's and King & Spalding's representation of WhatsApp necessarily involved the provision and exchange of WhatsApp's highly confidential information regarding, ██████████████████████████████████████████████████████████████████████████████████████████████████████████

12. King & Spalding was intimately involved in this representation. For example, attorneys at King & Spalding participated in numerous calls regarding strategy ████ ██████████████████ which required them to review confidential information regarding ██████████████████████████████████████████████████ Similarly, Catherine O'Neil and Christopher Wray, both partners at King & Spalding at the time, █████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2020, in Washington, District of Columbia.

*Jacob Sommer* (signature)

Jacob Sommer

2223176893