# EXHIBIT B

# LEBLANC DECLARATION

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# KING & SPALDING

1700 Pennsylvania Avenue
Washington, DC 20006-4706
Direct Dial: (202) 626-5570
Direct Fax: (202) 626-3737

1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Direct Dial: (404) 572-3544
Direct Fax: (404) 572-5141

Christopher A. Wray
cwray@kslaw.com

December 22, 2015

Mark Kahn, Esq.
Deputy General Counsel
WhatsApp Inc.
650 Castro Street, Suite 120-219
Mountain View, CA 94041

Re:   **Agreement for Legal Services –** ███████████████████████████ **Matter**

Dear Mark:

      We are pleased that you have asked King & Spalding LLP (the "firm") to serve as your counsel. This letter will confirm our discussions with you about your engagement of the firm and the basis on which the firm will provide its legal services. If you have questions about these provisions or would like to discuss possible modifications, please call me. If you are in agreement, please return a countersigned copy of this letter to me.

      1.   *Client; Scope of Representation.* The firm's client in this matter will be WhatsApp Inc. ("you"). The firm will be engaged to advise you solely ███████████████████████████████████████████████████████████████. You may limit or expand the scope of the firm's representation, but the firm must agree to any substantial expansion.

      2.   *Term of Engagement.* Either you or the firm may terminate the engagement at any time for any reason by written notice, subject on the firm's part to applicable rules of professional conduct. If the firm terminates the engagement, the firm will take such steps as are reasonably practicable to protect your interests in the matter. If permission for the firm to withdraw is required by a court or other tribunal, the firm will promptly apply for permission, and you agree to engage successor counsel to represent you and not to oppose the firm's application to withdraw.

      Unless previously terminated, the firm's representation of you in this matter will terminate when the firm sends you its final statement for services in this matter. Following termination, otherwise nonpublic information you have supplied to the firm that has been retained by the firm will be kept confidential in accordance with applicable rules of professional

Mark Kahn, Esq.
December 22, 2015
Page 2 of 4

conduct. At your request, your papers and property will be returned to you promptly upon payment of outstanding fees and costs. The firm will retain its own files, including lawyer work product, pertaining to the matter. All documents retained by the firm will be transferred to the person responsible for administering the firm's records retention program. You agree that, to reduce unnecessary storage expenses and for other reasons, the firm may destroy or otherwise dispose of any documents or other materials retained by the firm a reasonable time after termination of this engagement.

You are engaging the firm to provide legal services in connection with a specific matter. After completion of the matter, changes may occur in applicable laws or regulations that could have an impact upon your rights and liabilities. You agree that, unless you actually engage the firm after the completion of the matter to provide additional advice on issues arising from the matter, the firm has no continuing obligation to advise you with respect to future developments.

3.  *Fees and Expenses.* The firm's fees will be based primarily on the billing rate for each attorney and legal assistant devoting time to this matter. My billing rate is $1215 per hour and Cathy O'Neil's is $825 per hour. These billing rates are subject to change from time to time.

The firm's statements will include separate charges for expenses in performing its services, such as photocopying, messenger and delivery service, computerized research, travel, long-distance telephone and telecopy, word processing, and search and filing fees. Fees and expenses of others, such as consultants, appraisers, and local counsel, generally will be billed directly to you by the provider.

Statements normally will be rendered monthly for work performed and expenses posted the previous month. Payment is due promptly upon receipt of the firm's statement. If any statement remains unpaid for more than 90 days, you agree that the firm may cease performing services for you or withdraw from the engagement unless arrangements satisfactory to the firm are made for payment of outstanding statements and future fees and expenses.

The fees and costs relating to this matter are not predictable and the firm has not made a commitment to you concerning the maximum fees and costs that will be necessary to resolve or complete this matter. You agree that payment of the firm's fees and costs is not contingent on the ultimate outcome of the matter.

The firm acknowledges and agrees that it will abide by the billing guidelines (attached hereto as Attachment 1) of your parent company, Facebook, Inc. In the event of a conflict between a provision set forth in this letter and a provision in the billing guidelines, the provision in the billing guidelines will govern to the extent of such conflict.

4.  *Client Responsibilities.* You agree to cooperate fully with us and provide promptly all information known and available to you relevant to the engagement and to cooperate with the firm in complying with any regulatory or compliance obligations relating to

Mark Kahn, Esq.
December 22, 2015
Page 3 of 4

the engagement. You also agree to pay the firm's statements for services and expenses in accordance with paragraph 3.

In accordance with ABA guidance, the firm advises that communications between client and clients' representatives and their lawyers that may be lawfully accessed by third parties, such as hotel, home, or other public servers to which others may have rights of access, can jeopardize confidentiality, attorney/client privilege, and work product protection. The firm encourages you to assure that secure methods are used for all communications of confidential information.

5. *Conflicts.* As we have discussed, you are aware that the firm has a diverse practice and represents many other companies and individuals, including some in your industry. During the time the firm is representing you, some of the firm's present or future clients may have disputes or transactions with you. For example, although the firm is representing you in this ▓▓▓▓ matter, the firm has current or may in the future have clients whom the firm represents in obtaining a loan from you. In all circumstances, we will comply with our obligations to you under applicable ethics rules, including provisions governing confidentiality and conflicts of interest.

You agree that the firm's representation of you in this matter above does not give rise to an attorney-client relationship between the firm and any of your parent, subsidiary, or affiliated companies or individuals unless they are named in paragraph 1 and that representing you does not create a conflict of interest with any such non-represented entities or individuals in the event the firm represents other clients adversely to them. You also agree that the firm will not be given any confidential information about any such non-represented entities or individuals.

6. *Firm Privilege.* When issues arise concerning the firm's professional duties and rights, including those involving professional liability and professional conduct, the firm may seek confidential advice from internal firm lawyers with responsibility or expertise in the areas in question, and in some instances from outside counsel. In such circumstances, some courts have concluded that a conflict of interest arises between a law firm and its client or have declined to recognize the law firm's communications as privileged or protected from disclosure to the client or former client. The firm believes for several reasons recognized by courts and commentators that it is in both the firm's and its clients' interests for the firm to receive expert and confidential legal advice regarding its professional duties and rights in such circumstances without first having to terminate its engagement with the client. You consent to the firm seeking and receiving such confidential advice and agree not to assert any right to learn the content of such confidential advice about any actual or potential professional liability, professional conduct, or other claim that might be considered a conflict of interest or breach of a duty.

This letter sets out all of the terms of our engagement agreement with you.

We thank you for this opportunity to work with you. I am available to discuss any questions or comments now and throughout the course of our representation.

Very truly yours,

Christopher A. Wray

**AGREED TO AND ACCEPTED**:

WhatsApp Inc.

By: _____
Mark Kahn, Deputy General Counsel

Date: 12/22/2015

# Facebook, Inc.
## Billing Guidelines for Outside Counsel (October 2011)

These guidelines should be attached as an addendum to, or incorporated by reference in, all engagement letters with outside law firms. The guidelines will apply unless otherwise expressly agreed to by Facebook under the terms of the engagement.

1. **Hourly rates and flat fees.** Outside counsel may be compensated on either an hourly or flat fee basis, as agreed by the parties. For hourly arrangements:
    a. For matters handled on an hourly basis, you will discount your standard hourly rates by 10%. If you provide steeper discounts to any other clients for comparable work, you apply such discounted rates to Facebook.
    b. Billing will reflect actual time incurred without any "value" or "results-based" premium.
    c. Facebook shall not be billed for duplicate work, remediation or additional work related to re-staffing, IT problems or the like.
    d. Facebook shall not be billed for travel time (unless and to the extent such time is spent actively and directly working on the billed matter).
    e. Hourly rates for a given matter will not increase, including in accordance with annual billing rate adjustments, without written consent.

2. **Overhead and other expenses.** Except for certain extraordinary "approved" expenses, hourly rates and flat fees are intended to encompass overhead, which will not be separately reimbursed. Examples of non-reimbursable overhead and other expenses include the following:
    a. routine copying and fax charges;
    b. local, long distance, mobile, international and conference call charges;
    c. Internet, voice & data, and other similar charges (including such charges as may be incurred during and in connection with travel);
    d. Lexis or Westlaw fees for research;
    e. word processing, typing or data entry;
    f. billing preparation and review;
    g. overtime and summer associate time;
    h. local travel (including mileage and, as noted above, attorney time) and local meals;
    i. "non-approved" air travel and overnight expenses, such as when the firm voluntarily elects to staff a matter with attorneys from other offices;
    j. the difference between coach and business- or first-class airfare; and
    k. any other expenses unless they are listed below or otherwise truly extraordinary and pre-approved by Facebook.

3. **Extraordinary "approved" expenses.** Facebook will reimburse for the following expenses:
    a. volume copying;
    b. overnight and third-party courier services;
    c. process servers, filing fees and similar expenses paid at Facebook's request; and
    d. reasonable travel and overnight expenses, such as travel by core team members if requested by Facebook or if required for the matter. Where air travel is required, such

# Facebook, Inc.
## Billing Guidelines for Outside Counsel (October 2011)

reimburseable expenses will be limited to the cost of coach airfare. In addition, Facebook expects counsel to choose the most reasonable available hotel accommodations. If you are traveling for more than one client, Facebook expects you to apportion the expenses appropriately.

4. **Billing**.
    a. All invoices shall be reviewed by the partner in charge, and submission shall be deemed to be a confirmation that it conforms to these billing guidelines.
    b. All invoices must be submitted via Serengeti, Facebook's online billing software.
    c. Invoices must be submitted within 30 days of month-end. We reserve the right to discount by 10% any invoice submitted more than 90 days after the earliest date of work performed, and we reserve the right not pay any invoices submitted more than 120 days after the earliest date of work performed.