COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (219124) (*pro hac vice* forthcoming)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**DECLARATION OF NITIN GUPTA IN SUPPORT OF WHATSAPP'S MOTION TO DISQUALIFY BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Date:   May 20, 2020<br>Time:   9:00 a.m.<br>Courtroom: 3, 3rd Floor<br>Judge:   Hon. Phyllis J. Hamilton |

I, Nitin Gupta, declare:

1. I am a Vice President and Head of Engineering at WhatsApp. The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could competently testify to the truth of each statement.

2. WhatsApp offers an end-to-end encrypted communication service to its users (the "WhatsApp Service"). The WhatsApp Service is available on mobile devices through an app and on computers through an app or through a website. The WhatsApp app is a software program, also referred to as the "client software," which runs on a user's device and accesses a server, *i.e.*, a computer that provides information, services, or other information to another, local device—the client.

3. The WhatsApp service allows users to call or send messages to other WhatsApp users. These communications are encrypted on the user's device, transmitted through WhatsApp's servers in encrypted form, and are only decrypted once on the receiver's device. WhatsApp cannot access the contents of these communications.

4. WhatsApp's encryption software on clients and servers, as well as its message-routing systems, have operated in broadly the same manner since at least early 2016. We have augmented the encryption software and the message-routing systems with newer features.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2020, in Fremont, California.

*[signature: Nitin Gupta]*

Nitin Gupta

222801198