COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC   20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**WHATSAPP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Date:   May 20, 2020<br>Time:   9:00 a.m.<br>Courtroom: 3, 3rd Floor<br>Judge:   Hon. Phyllis J. Hamilton |

**REDACTED VERSION OF**
**DOCUMENT SOUGHT TO BE SEALED**

Plaintiff WhatsApp Inc. requests that the Court take judicial notice of the dockets listed below under Rule 201 of the Federal Rules of Evidence and the authorities cited below.

I. **BASIS FOR REQUESTING JUDICIAL NOTICE**

Courts may take judicial notice of matters of public record if the facts are not subject to reasonable dispute. Fed. R. Evid. 201(b); *see also Lee v. City of L.A.*, 250 F.3d 668, 688–89 (9th Cir. 2001). Pursuant to this principle, courts routinely take judicial notice of court records in another case. *See, e.g., United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980). Accordingly, Plaintiffs request judicial notice of the fact that Case Nos. ▇▇▇ are under seal.

II. **CONCLUSION**

Plaintiffs respectfully request that the Court take judicial notice of the fact that ▇▇▇ are under seal.

Dated: April 10, 2020

Respectfully submitted,

COOLEY LLP

/s/ *Michael G. Rhodes*
Michael G. Rhodes

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

223118616