COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISQUALIFY DEFENSE COUNSEL**<br><br>Hon. Phyllis J. Hamilton<br><br>Date:       May 20, 2020<br>Time:       9:00 a.m.<br>Courtroom: 3, 3rd Floor<br>Judge:      Hon. Phyllis J. Hamilton |

**REDACTED VERSION OF DOCUMENT**
**SOUGHT TO BE SEALED**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
REQUEST FOR JUDICIAL NOTICE
CASE NO. 4:19-CV-07123-PJH

Before the Court is Plaintiff WhatsApp Inc.'s Request for Judicial Notice in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter. The Court, having considered the papers and good cause appearing, hereby GRANTS the Request for Judicial Notice, and takes judicial notice of the following fact:

1. Case Nos. ███████████████████████████████ ███████████████████ are under seal.

IT IS SO ORDERED.

Dated: _____          _____
                                 Honorable Phyllis J. Hamilton

223118628

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
REQUEST FOR JUDICIAL NOTICE
CASE NO. 4:19-CV-07123-PJH