COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF DANIEL J. GROOMS IN SUPPORT OF WHATSAPP'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS RELATED TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Judge:   Hon. Phyllis J. Hamilton<br>Date:    None required (L.R. 7-11(c)) |

**REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED**

1.

DECLARATION OF DANIEL J. GROOMS
CASE NO. 4:19-CV-07123-PJH

I, Daniel J. Grooms, declare:

1. I am a partner with the law firm of Cooley LLP and counsel for Plaintiffs WhatsApp Inc. and Facebook, Inc. in this matter. I make this declaration in support of WhatsApp's Administrative Motion to Seal Documents Related to WhatsApp's Motion to Disqualify. The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could competently testify to the truth of each statement.

2. King & Spalding LLP, counsel to Defendants in this case, previously represented WhatsApp ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

3. The following documents submitted in support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter contain or summarize information that is sealed in ████████████ or that the Government designated confidential pursuant to the parties' confidentiality agreement:

   a. WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

   b. The Declaration of Jacob Sommer in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

   c. The Declaration of Nitin Guptas in support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

   d. The Declaration of Travis LeBlanc in support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

   e. Exhibit A to the Declaration of Travis LeBlanc in support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

   f. Exhibit B to the Declaration of Travis LeBlanc in support of WhatsApp's Motion

1                to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

2       g.    WhatsApp's Request for Judicial Notice;

3       h.    The Proposed Order Granting WhatsApp's Request for Judicial Notice; and

4       i.     The Declaration of Daniel J. Grooms in support of WhatsApp's Motion to Seal (this document);

6       j.     Proof of Service by Daniel J. Grooms.

       4.     Given the highly sensitive nature of the ▮▮▮▮▮, WhatsApp seeks to file these documents under seal until the Government has had an opportunity to review them. In other words, WhatsApp does not believe it is equipped to judge what information could risk compromising the Government's ▮▮▮▮▮▮▮▮▮▮ and expresses no opinion on whether information in the aforementioned documents should be sealed. Accordingly, WhatsApp seeks to seal these documents in their entirety under Local Rule 79-5(e) to provide the Government with an opportunity to request sealing of any and all confidential information it believes necessary to seal relating to ▮▮▮▮▮▮▮▮▮▮.

       5.     WhatsApp did not seek to agree to a stipulation with Defendants, as WhatsApp is not at liberty to discuss the nature of the information it seeks to seal under Rule 79-5(e) with Defendants.

       I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2020, in Washington, District of Columbia.

                                           /s/ Daniel J. Grooms
                                           Daniel J. Grooms

223666360