```
COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted pro hac vice)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar No. 370586) (admitted pro hac vice)
(mdreeben@omm.com)
1625 I Street NW
Washington, D.C. 20006
Telephone: (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**PROOF OF SERVICE (APRIL 29, 2020)** |

**REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED**

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of Virginia. I am employed in Washington District of Columbia, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 1299 Pennsylvania Avenue, Suite 700, Washington D.C. 20004-2400. On April 29, 2020, I served the documents described below in the manner described below:

1. [SEALED] WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
2. [SEALED] Declaration of Jacob Sommer in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
3. [SEALED] Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
4. [SEALED] Exhibit A to the Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
5. [SEALED] Exhibit B to the Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
6. [SEALED] April 10, 2020 Declaration of Daniel J. Grooms in Support of WhatsApp's Motion to Seal Documents Related to WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
7. [SEALED] April 29, 2020 Declaration of Daniel J. Grooms in Support of WhatsApp's Amended Motion to Seal Documents Related to WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;
8. [SEALED] WhatsApp's Request for Judicial Notice;
9. [SEALED] Proposed Order Granting WhatsApp's Request for Judicial Notice;
10. [SEALED] April 10, 2020 Proof of Service; and
11. [SEALED] April 29, 2020 Proof of Service.

| | |
|---|---|
| ☒ | (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below. |

on the following third party:

[redacted]

Executed on April 29, 2020, at Falls Church, Virginia.

                    /s/    *Daniel J. Grooms*
                          Daniel J. Grooms

224927131