DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
    E-mail: emmet.ong@usdoj.gov

Attorneys for UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Civil Action No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY UNITED STATES DEPARTMENT OF JUSTICE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

[PROPOSED] ORDER GRANTING NON-PARTY DOJ'S ADMIN. MOTION TO FILE UNDER SEAL
NO. 4:19-CV-07123-PJH

For good cause shown, and pursuant to Civil L.R. 79-5, the Court grants Non-Party United States Department of Justice's ("DOJ") Administrative Motion to File Under Seal. It is hereby ORDERED that the Declaration of a DOJ Attorney, attached to the DOJ's Administrative Motion as Exhibit A, shall be filed under seal in its entirety.

DATED:_____

                                              _____
                                              HON. PHYLLIS J. HAMILTON
                                              United States Chief District Judge