1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
    633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
    Telephone:  (213) 443-4355
5  Facsimile:  (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
    LIMITED and Q CYBER TECHNOLOGIES LIMITED
7
                       UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                              OAKLAND DIVISION
10

11  | | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**SUPPLEMENTAL DECLARATION OF SHALEV HULIO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER RULES 12(B)(1), 12(B)(2), AND 12(B)(6)**<br><br>Date:  May 27, 2020<br>Time:  9:00 a.m.<br>Ctrm:  3<br><br>Action Filed:  10/29/2019 |

I, Shalev Hulio, declare as follows:

1. I am a citizen and resident of Israel. I am the CEO and a co-founder of Defendant NSO Group Technologies Limited ("NSO"). Defendant Q Cyber Technologies Limited ("Q Cyber" and, collectively with NSO, "Defendants") is NSO's sole director and majority shareholder.

2. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

3. In my position as CEO of NSO, I was not aware of any contract between NSO and QuadraNet. In response to the new assertions regarding QuadraNet in Plaintiffs' opposition to NSO's motion to dismiss, I performed a diligent investigation into whether NSO has ever entered into a contract with QuadraNet. My investigation confirmed my understanding that neither Defendant has ever entered into any contract with QuadraNet.

4. WestBridge Technologies, the company Plaintiffs describe as NSO's "U.S.-based marketing and sales arm," shares a parent company with NSO but is neither NSO's subsidiary nor its "arm." NSO exercises no control over WestBridge Technologies.

5. None of the directors of NSO or Q Cyber reside in the United States. Contrary to Plaintiffs' unsupported assertion, Omri Lavie has not been a director of either NSO or Q Cyber for more than three years.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 30th day of April 2020, at Tel Aviv, Israel.

_____
SHALEV HULIO