1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
   KYLE C. WONG (224021) (kwong@cooley.com)
3  JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
   101 California Street, 5th floor
4  San Francisco, CA   94111-5800
   Telephone:   (415) 693-2000
5  Facsimile:   (415) 693-2222

6  DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
   (dgrooms@cooley.com)
7  ELIZABETH B. PRELOGAR (262026)
   (eprelogar@cooley.com)
8  1299 Pennsylvania Avenue, NW, Suite 700
   Washington, DC  20004-2400
9  Telephone:   (202) 842-7800
   Facsimile:   (202) 842-7899

10

11 O'MELVENY & MYERS LLP
   MICHAEL R. DREEBEN (D.C. Bar No. 370586) (admitted *pro hac vice*)
12 (mdreeben@omm.com)
   1625 I Street NW
13 Washington, D.C. 20006
   Telephone: (202) 383-5300

14 Attorneys for Plaintiffs
   WHATSAPP INC. and FACEBOOK, INC.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 WHATSAPP INC., a Delaware corporation,      Case No. 4:19-CV-07123-PJH
   and FACEBOOK, INC., a Delaware
20 corporation,                                 **WHATSAPP'S SUPPLEMENT TO
                                                AMENDED ADMINISTRATIVE MOTION TO
21                                              SEAL CONFIDENTIAL MATERIAL IN
                   Plaintiffs,                  WHATSAPP'S MOTION TO DISQUALIFY
22                                              DEFENSE COUNSEL AND SUPPORTING
        v.                                      DOCUMENTS (ERRATA)**
23
   NSO GROUP TECHNOLOGIES LIMITED              **LOCAL RULES 7-11 AND 79-5**
24 and Q CYBER TECHNOLOGIES LIMITED,
                                                Judge:      Hon. Phyllis J. Hamilton
25                 Defendants.                  Date:       None Required (L.R. 7-11(c))

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WHATSAPP'S SUPPLEMENT TO
AMENDED ADMIN MOTION TO SEAL
CASE NO. 4:19-CV-07123-PJH

Pursuant to Civil Local Rules 7-11 and 79-5(d) and (e), Plaintiff WhatsApp Inc. ("WhatsApp") submits this supplement to its amended motion to file under seal limited portions of the April 20, 2020 Declaration of Daniel J. Grooms in support of its original motion to seal (the "April 20 Declaration") and the May 1, 2020 Proof of Service (the "May 1 Proof of Service").  WhatsApp does not request sealing of the vast majority of the text of these documents.  Instead, WhatsApp seeks sealing only of text that would disclose material that another court sealed in connection with an ongoing case, which that court ordered WhatsApp not to disclose.

## I.    BACKGROUND

WhatsApp submitted the April 20 Declaration as a supplemental declaration from Daniel J. Grooms in support of WhatsApp's original motion to seal.  *See* ECF No. 51.  The April 20 Declaration informed the Court of the Government's position regarding WhatsApp's motion to seal.  *See id.* ¶ 6. Because that declaration revealed information relating to an ongoing case that is under seal, WhatsApp filed the April 20 Declaration under seal.  *See generally id.*  WhatsApp did not include the April 20 Declaration in the list of documents it moved to seal in its amended motion to seal, *see* ECF No. 59, but believes specific portions of the April 20 Declaration should be sealed.  As indicated in the May 1 Proof of Service, WhatsApp served these documents on the Government.

## II.    ARGUMENT

WhatsApp seeks to file under seal only those portions of the April 20 Declaration and the May 1 Proof of Service that would disclose matter covered by a sealing order entered in another court in connection with an ongoing case.  Specifically, WhatsApp seeks to seal Lines 2:9, 2:10-11, 2:12, 2:13, 2:16, 2:16-17, 2:17-18, and 2:22 of the April 20 Declaration and Lines 2:15-20 of the May 1 Proof of Service.  For the same reasons articulated in the April 29, 2020 Declaration of Daniel J. Grooms and WhatsApp's Amended Motion to Seal, *see* ECF Nos. 59 & 59-2, there is good cause to seal this information as the information sought to be sealed in the April 20 Declaration and the May 1 Proof of Service is identical to the information sought to be sealed in the Amended Motion to Seal.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-1-

WHATSAPP'S SUPPLEMENT TO
AMENDED ADMIN MOTION TO SEAL
CASE NO. 4:19-CV-07123-PJH

1

**CONCLUSION**

2

     For the reasons set forth above and in WhatsApp's Amended Motion to Seal and the April 29,

3

2020 Declaration of Daniel J. Grooms, WhatsApp respectfully requests that the Court grant this

4

Administrative Motion and seal the designated material in the April 20 Declaration and the May 1

5

Proof of Service.

6

7

Dated: May 1, 2020                    Respectfully submitted,

8

/s/ *Travis LeBlanc*
Travis LeBlanc

9

10

Michael G. Rhodes
Daniel J. Grooms
Elizabeth B. Prelogar
Kyle C. Wong
Joseph D. Mornin
COOLEY LLP

11

12

13

Michael R. Dreeben
O'MELVENY & MYERS LLP

14

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC

15

16

17

18

225118179

19

20

21

22

23

24

25

26

27

28

CooLey LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-

**WHATSAPP'S SUPPLEMENT TO
AMENDED ADMIN MOTION TO SEAL
CASE NO. 4:19-CV-07123-PJH**