COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar No. 370586) (admitted *pro hac vice*)
(mdreeben@omm.com)
1625 I Street NW
Washington, D.C. 20006
Telephone: (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING WHATSAPP'S SUPPLEMENT TO AMENDED MOTION TO SEAL DOCUMENTS RELATED TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Hon. Phyllis J. Hamilton |

Having considered WhatsApp's Administrative Motion to Seal Documents Related to WhatsApp's Motion to Disqualify, the Declaration of Daniel J. Grooms (April 29, 2020), and other papers filed contemporaneously therewith:

IT IS HEREBY ORDERED that the following documents shall be filed under seal and sealed from the public record:

| Document | Page/Line Number | Ruling |
| --- | --- | --- |
| The Declaration of Daniel J. Grooms in Support of WhatsApp's Motion to Seal (April 20, 2020) | 2:9, 2:10-11, 2:12, 2:13, 2:16, 2:16-17, 2:17-18, and 2:22 | Granted |
| Proof of Service by Daniel J. Grooms (May 1, 2020) | 2:15-20 | Granted |

IT IS SO ORDERED.

Dated: _____

                                            Honorable Phyllis J. Hamilton
                                            United States District Judge

225138887