COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**SECOND DECLARATION OF DANIEL J. GROOMS IN SUPPORT OF WHATSAPP'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS RELATED TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Judge:   Hon. Phyllis J. Hamilton<br>Date:    None required (L.R. 7-11(c)) |

**REDACTED VERSION OF**

**DOCUMENT SOUGHT TO BE SEALED**

I, Daniel J. Grooms, declare:

1. I am a partner with the law firm of Cooley LLP and counsel for Plaintiffs WhatsApp Inc. and Facebook, Inc. in this matter. I make this declaration in support of WhatsApp's Administrative Motion to Seal Documents Related to WhatsApp's Motion to Disqualify. The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could competently testify to the truth of each statement.

2. On Saturday, April 11, 2020, I served the documents filed under seal in this case on the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[1]

3. On Monday, April 13, 2020, I communicated by email with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ regarding the sealing issues in this above-captioned case.

4. On Friday, April 17, 2020, I wrote to ▮▮▮▮▮▮ to inquire as to the status of the Government's review of the sealed documents. ▮▮▮▮▮▮ stated that he had reviewed the documents but that he needed to consult with other components of the Department of Justice before providing the Government's position.

5. ▮▮▮▮▮▮ and I spoke by phone on the morning of Monday, April 20, 2020. ▮▮▮▮▮▮ indicated the matter remained under review. Later that same day, I spoke with ▮▮▮▮▮▮ and other members of the Department of Justice who advised me that the Department had reviewed the documents filed under seal in this case.

6. The Department of Justice has advised me that it is their position that the documents provisionally submitted under seal should be sealed in their entirety to protect information related to ▮▮▮▮▮▮ that remain under seal in the ▮▮▮▮▮▮▮▮▮▮. The Department of Justice further advised that, should the Court deny the motion to seal, the Government respectfully requests 10 days of notice before the documents are unsealed and made available to the public so that it can take any appropriate action.

---

[1] The proof of service indicates that I served the documents on Friday, April 10, 2020, as the documents were filed shortly before midnight PST on that day. Because I served the documents just after midnight PST, however, the documents were served on Saturday, April 11, 2020.

7. I provided a copy of this declaration to the Department of Justice so they could confirm the declaration accurately reflects the Government's position. I received such confirmation prior to filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 20, 2020, in Falls Church, Virginia.

                                                */s/ Daniel J. Grooms*
                                                Daniel J. Grooms

224315755