1  DAVID L. ANDERSON (CABN 149604)
United States Attorney
2  SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3  EMMET P. ONG (NYBN 4581369)
4  Assistant United States Attorney

5      1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
6      Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
7      E-mail: emmet.ong@usdoj.gov

Attorneys for UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Civil Action No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF EMMET P. ONG IN SUPPORT OF NON-PARTY UNITED STATES DEPARTMENT OF JUSTICE'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Emmet P. Ong, declare:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. I submit this declaration in support of Non-Party United States Department of Justice's ("DOJ") Amended Administrative Motion to File Under Seal, which is filed concurrently herewith. The matters in this declaration are based on my personal knowledge, information and belief, and my review of the case file in this matter, and I could testify competently if called upon to do so.

2. The document sought to be filed under seal, in its entirety, is the Amended Declaration of a DOJ Attorney (the "Amended DOJ Attorney Declaration"), which is filed concurrently herewith as Exhibit A to the DOJ's Amended Administrative Motion. The Amended DOJ Attorney Declaration is being filed in connection with Plaintiff WhatsApp Inc.'s ("WhatsApp") pending Amended Administrative Motion to Seal Documents Related to WhatsApp's Motion to Disqualify Counsel (Dkt. No. 59), as supplemented (Dkt. No. 63).

3. The Amended DOJ Attorney Declaration discusses materials and information that were placed under seal by another United States District Court in a different district and that remain under seal, as well as proceedings in that sealed matter.

4. There are compelling reasons for the Amended DOJ Attorney Declaration to be filed under seal in its entirety. As discussed more fully in the Amended DOJ Attorney Declaration, the proceedings, materials, and information discussed in the Amended DOJ Attorney Declaration remain under seal by statute and court order. No party has asserted any right of access to these materials or moved to unseal them.

5. As discussed in more detail in the Amended DOJ Attorney Declaration, these compelling reasons are not outweighed by any public interest favoring disclosure. Nor does the public have a First Amendment right to access declarations filed in support of a motion to seal, such as the Amended DOJ Attorney Declaration. *United States v. Higuera-Guerrero (In re Copley Press, Inc.)*, 518 F.3d 1022, 1028 (9th Cir. 2008).

DECLARATION OF EMMET P. ONG ISO NON-PARTY DOJ'S AMENDED ADMIN. MOTION TO FILE UNDER SEAL
NO. 4:19-CV-07123-PJH          1

6. Because of the nature of the DOJ's Amended Administrative Motion and the sensitivity of the sealed matters discussed in the Amended DOJ Attorney Declaration, the DOJ did not seek a stipulation from the parties to the action.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Lafayette, California on May 1, 2020.

/s/ *Emmet P. Ong*
EMMET P. ONG