1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  EMMET P. ONG (NYBN 4581369)
4  Assistant United States Attorney

5       1301 Clay Street, Suite 340S
        Oakland, California 94612-5217
6       Telephone: (510) 637-3929
        Facsimile: (510) 637-3724
7       E-mail: emmet.ong@usdoj.gov
8
   Attorneys for UNITED STATES DEPARTMENT OF JUSTICE
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13
   WHATSAPP INC., a Delaware corporation,    )   Civil Action No. 4:19-cv-07123-PJH
14 and FACEBOOK, INC., a Delaware corporation,)
                                              )
15        Plaintiffs,                         )
                                              )   **[PROPOSED] ORDER GRANTING NON-**
16    v.                                      )   **PARTY UNITED STATES DEPARTMENT**
                                              )   **OF JUSTICE'S AMENDED**
17 NSO GROUP TECHNOLOGIES LIMITED and Q )        **ADMINISTRATIVE MOTION TO FILE**
   CYBER TECHNOLOGIES LIMITED,                )   **UNDER SEAL**
18                                            )
          Defendants.                         )
19                                            )
                                              )
20

21

22

23

24

25

26

27

28
   [PROPOSED] ORDER GRANTING NON-PARTY DOJ'S AMENDED ADMIN. MOTION TO FILE UNDER SEAL
   NO. 4:19-CV-07123-PJH

1  For good cause shown, and pursuant to Civil L.R. 79-5, the Court grants Non-Party United States
2  Department of Justice's ("DOJ") Amended Administrative Motion to File Under Seal.  It is hereby
3  ORDERED that the Amended Declaration of a DOJ Attorney, attached to the DOJ's Amended
4  Administrative Motion as Exhibit A, shall be filed under seal in its entirety.
5  DATED:_____

                                                HON. PHYLLIS J. HAMILTON
                                                United States Chief District Judge