UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al., <br><br>    Plaintiffs, <br><br>v. <br><br>NSO GROUP TECHNOLOGIES LIMITED, et al., <br><br>    Defendants. | Case No. 19-cv-07123-PJH <br><br>**ORDER RE: MOTIONS TO FILE UNDER SEAL AND EX PARTE MOTION FOR PROTECTIVE ORDER** <br><br>Re: Dkt. Nos. 47-12, 67 |

       In its order dated May 6, 2020, the court required plaintiff to re-file its motion to disqualify and supporting declaration with the additional redactions proposed by the U.S. Department of Justice ("DOJ"). Dkt. 67 at 4. The court now understands that plaintiff's public filings with the DOJ's proposed redactions meet the court's requirement. Accordingly, plaintiffs need not re-file its motion and supporting declarations and may proceed with serving defendants' counsel.

       The court is also in receipt of plaintiff's ex parte motion for protective order. Dkt. 47-12. Defendants and their counsel, King & Spalding, have not opposed this motion. Plaintiff seeks a protective order to prevent unauthorized disclosure of information that is under seal in proceedings before another federal district court. Id. at 2. As plaintiff states, the litigation before the other federal district court was and remains sealed. Id. Plaintiff further represents that the sealing order in the other litigation "prohibits WhatsApp and its agents, as well as King & Spalding, from disclosing any information related to that litigation to anyone other than the parties or their counsel." Id. Thus, King & Spalding is already prohibited from disclosing any information related to the other

1  federal litigation, which is the same information sealed in this matter.  For that reason, the
2  court defers ruling on plaintiff's motion for protective order until it issues an order on
3  plaintiff's motion to disqualify.
4  **IT IS SO ORDERED.**
5  Dated: May 8, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge