COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar No. 370586) (admitted *pro hac vice*)
(mdreeben@omm.com)
1625 I Street NW
Washington, D.C. 20006
Telephone: (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No.  4:19-cv-07123-PJH <br><br> **PROOF OF SERVICE (MAY 8, 2020)** |
|---|---|

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of Virginia. My business address is Cooley LLP, 1299 Pennsylvania Avenue, Suite 700, Washington D.C. 20004-2400. On May 8, 2020, I served the documents described below in the manner described below:

1. [SEALED] WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

2. [SEALED] Declaration of Jacob Sommer in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

3. [SEALED] Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

4. [SEALED] Exhibit A to the Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

5. [SEALED] Exhibit B to the Declaration of Travis LeBlanc in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

6. Declaration of Nitin Gupta in Support of WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

7. Proposed Order Granting WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

8. [SEALED] WhatsApp's Request for Judicial Notice;

9. [SEALED] Proposed Order Granting WhatsApp's Request for Judicial Notice;

10. Plaintiffs' Ex Parte Motion for Protective Order; and

11. Proposed Limited Protective Order;

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following:

M. Robert Thornton, Esq.
General Counsel
King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Telephone:     +1 (404) 572-4600
E-mail:            bthornton@kslaw.com

Executed on May 8, 2020, at Falls Church, Virginia.

/s/     *Daniel J. Grooms*
         Daniel J. Grooms

225617556