| | |
|---|---|
| 1 | JOSEPH P. MCMONIGLE, Bar No. 66811 |
| | JESSICA R. MACGREGOR, Bar No. 168777 |
| 2 | LONG & LEVIT LLP |
| | 465 California Street, Suite 500 |
| 3 | San Francisco, California  94104 |
| | Telephone:     (415) 397-2222 |
| 4 | Facsimile:     (415) 397-6392 |
| | Email:          jmcmonigle@longlevit.com |
| 5 |                     jmacgregor@longlevit.com |

Specially Appearing For
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS TO OPPOSE PLAINTIFFS' MOTION TO DISQUALIFY AND PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO DISQUALIFY** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Date:        May 15, 2020 |
| | Courtroom: 3 |
| Defendants. | Judge:      Hon. Phyllis J. Hamilton |

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiffs WhatsApp Inc. and Facebook, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiffs filed an Administrative Motion to File a Motion to Disqualify under seal on April 29, 2020;

WHEREAS, Plaintiffs seek disqualification based on King & Spalding's prior representation of WhatsApp in connection with a matter in another court which is sealed;

WHEREAS, the Department of Justice ("DOJ") filed an Administrative Motion seeking sealing of portions of the Motion to Disqualify to preserve the sealed nature of other court matter;

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:19-CV-07123-PJH

1    WHEREAS, the Court granted the administrative motions filed by Plaintiffs and the DOJ
2  on May 6, 2020, directed Plaintiffs to serve Defendants with an unredacted Motion to Disqualify
3  and ordered the briefing schedule to be set pursuant to Civil Local Rule 7-3 based on the date of
4  service of the unredacted motion;

5    WHEREAS, Defendants were served with an unredacted version of the Motion to
6  Disqualify on May 8, 2020.  Declaration of Jessica MacGregor ("MacGregor Decl.") ¶ 2;

7    WHEREAS, under Local Rule 7-3, Defendants' opposition is due on or before May 22,
8  2020 and Plaintiff's reply is due on or before May 29, 2020.  Pursuant to the Court's March 12,
9  2020 standing order, no hearing has been set as all civil motions will be decided on the papers
10 until further notice;

11    WHEREAS, Plaintiffs and Defendants must coordinate with the DOJ to enable it to seek
12 redactions and sealing of the opposition, reply and supporting declarations to be filed by the
13 Parties. MacGregor Decl. ¶ 3;

14    Whereas, the DOJ has communicated to Defendants that the DOJ requires three days to
15 review the to-be-filed materials in order to coordinate on redactions and prepare necessary
16 administrative motions to file materials under seal.  MacGregor Decl. ¶ 4;

17    WHEREAS, the need to coordinate with the DOJ compresses Plaintiffs' and Defendants'
18 briefing schedules; MacGregor Decl. ¶ 4;

19    WHEREAS, under Civil Local Rule 6-2(a), parties may file a stipulated request for an
20 order changing time in connection with any deadline that requires papers to be filed or lodged
21 with the Court;

22    WHEREAS, the Parties have conferred and agree that enlarging their time to
23 (respectively) oppose and reply in support of the Motion will allow the Parties sufficient time to
24 coordinate with the DOJ to ensure information related to and materials from the other district
25 court matter remain under seal. MacGregor Decl. ¶ 5-7;

26    WHEREAS, the Parties have been granted two previous time modifications in this case:
27 (1) Plaintiffs' request to reschedule a Case Management Conference prior to service of the
28 summons and complaint on Defendants; and (2) a Joint Stipulation to Enlarge Time for Plaintiffs

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:19-CV-07123-PJH

to Oppose Defendants' Motion to Dismiss.  There have been no other modifications to deadlines in this matter.  MacGregor Decl. ¶ 8;

WHEREAS, the requested modification would only modify the briefing schedule for the Motion to Disqualify and will not affect any other dates or deadlines pending before this Court, as no case schedule has been set. MacGregor Decl. ¶ 9.

NOW, THEREFORE, the Parties jointly stipulate to and request that the Court enter an order:

1. Enlarging the time for Defendants to oppose Plaintiffs' Motion one week, extending their deadline to file their opposition to May 29, 2020.

2. Enlarging the time for Plaintiffs to reply to Defendants' opposition by one week, extending their deadline to file their reply to June 12, 2020.

**IT IS SO STIPULATED.**

Dated:  May 15, 2020.                             COOLEY LLP

                                                  By:   */s/ Kyle C. Wong*
                                                        KYLE C. WONG
                                                        Attorneys for Plaintiffs
                                                        WHATSAPP INC. and FACEBOOK, INC.

Dated:  May 15, 2020.                             LONG & LEVIT LLP

                                                  By:   */s/ Jessica R. MacGregor*
                                                        JESSICA R. MACGREGOR
                                                        Specially Appearing For
                                                        KING & SPALDING LLP

4839-5227-8204, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 3 -     JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:19-CV-07123-PJH