JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California  94104
Telephone:    (415) 397-2222
Facsimile:    (415) 397-6392
Email:           jmcmonigle@longlevit.com
                     jmacgregor@longlevit.com

Specially Appearing For
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**DECLARATION OF JESSICA R. MACGREGOR IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS TO OPPOSE PLAINTIFFS' MOTION TO DISQUALIFY AND PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO DISQUALIFY**<br><br>Date:           May 15, 2020<br>Courtroom:  3<br><br>Judge:         Hon. Phyllis J. Hamilton |

I, Jessica R. MacGregor, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner at Long & Levit LLP.  I have personal knowledge of the matters stated in this declaration and, if called upon to testify as a witness, could and would competently testify thereto.

2. Long & Levit LLP is specially appearing for King & Spalding.  Defendants were not served with an unredacted version of the Motion to Disqualify Defense Counsel ("Motion") until May 8, 2020.

3. I am currently coordinating with nonparty, Department of Justice ("DOJ"), to permit it to seek redactions and sealing of the opposition and supporting declarations and exhibits we will be filing.

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DECLARATION OF JESSICA R. MACGREGOR
4:19-cv-07123-PJH

4. I participated in a call on May 13, 2020 with DOJ attorneys, who asked for at least three days to review the opposition and supporting evidence. This compresses the briefing schedule.

5. On May 13, 2020, my partner, Joe McMonigle, emailed Plaintiffs' counsel proposing mutual one-week extensions to the briefing schedule.

6. The parties have agreed to modify the schedule as follows, subject to Court approval:

    a. Defendants' time to file an Opposition to WhatsApp's Motion to Disqualify Defense Counsel is extended one week, from May 22, 2020 to May 29, 2020.

    b. Plaintiffs' time to file a reply briefing is extended one week, from June 5, 2020 to June 12, 2020.

7. The Parties have conferred and agree that enlarging their time to (respectively) oppose and reply in support of the Motion will allow the Parties sufficient time to coordinate with the DOJ to ensure the protective order is not violated.

8. The Parties have been granted two previous time modifications in this case: (1) Plaintiffs' request to reschedule a Case Management Conference prior to service of the summons and complaint on Defendants; and (2) a Joint Stipulation to Enlarge Time for Plaintiffs to Oppose Defendants' Motion to Dismiss. There have been no other modifications to deadlines in this matter.

9. The requested modification would only modify the dates for the moving papers discussed herein. This modification would not affect any other dates or deadlines pending before this Court, as no case schedule has been set.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge.

\* \* \*

\* \* \*

\* \* \*

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 2 -

DECLARATION OF JESSICA R. MACGREGOR
4:19-cv-07123-PJH

1   Executed this 15th day of May, 2020, at San Francisco, California.

3                               */s/ Jessica R. MacGregor*
                            Jessica R. MacGregor

4827-9524-6780, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 3 -

DECLARATION OF JESSICA R. MACGREGOR
4:19-cv-07123-PJH