1   JOSEPH P. MCMONIGLE, Bar No. 66811
    JESSICA R. MACGREGOR, Bar No. 168777
2   LONG & LEVIT LLP
    465 California Street, Suite 500
3   San Francisco, California  94104
    Telephone:    (415) 397-2222
4   Facsimile:    (415) 397-6392
    Email:        jmcmonigle@longlevit.com
5                 jmacgregor@longlevit.com

6   Specially Appearing For
    KING & SPALDING LLP
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  WHATSAPP INC., a Delaware              Case No.  4:19-cv-07123-PJH
    corporation, and FACEBOOK, INC., a
12  Delaware corporation,                  **[PROPOSED] ORDER GRANTING JOINT
                                           STIPULATION TO ENLARGE TIME FOR
13                  Plaintiffs,            DEFENDANTS TO OPPOSE PLAINTIFFS'
                                           MOTION TO DISQUALIFY AND
14  v.                                     PLAINTIFFS' REPLY IN SUPPORT OF
                                           THEIR MOTION TO DISQUALIFY**
15  NSO GROUP TECHNOLOGIES
    LIMITED and Q CYBER                    Date:      May 15, 2020
16  TECHNOLOGIES LIMITED,                  Courtroom: 3

17                  Defendants.            Judge:     Hon. Phyllis J. Hamilton

18

19          PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

20          1.      Defendants will have an additional week to oppose Plaintiffs' Motion to

21  Disqualify Defense Counsel ("Motion"), extending their deadline to file their

22  opposition to May 29, 2020; and

23          2.      Plaintiffs will have an additional week to reply to Defendants' opposition,

24  extending their deadline to file their reply to June 12, 2020.

25  Dated: _____, 2020.

26

27          _____

28                                         Hon. Phyllis J. Hamilton
    4846-1425-5292, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

[PROPOSED] ORDER GRANTING JOINT STIPULATION
TO ENLARGE TIME – 4:19-cv-07123-PJH