JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:   (415) 397-2222
Facsimile:   (415) 397-6392
Email:       jmcmonigle@longlevit.com
             jmacgregor@longlevit.com

Specially Appearing For
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO OPPOSE PLAINTIFFS' MOTION TO DISQUALIFY AND PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO DISQUALIFY<br><br>Date:       May 15, 2020<br>Courtroom:  3<br><br>Judge:      Hon. Phyllis J. Hamilton |

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. Defendants will have an additional week to oppose Plaintiffs' Motion to Disqualify Defense Counsel ("Motion"), extending their deadline to file their opposition to May 29, 2020; and

2. Plaintiffs will have an additional week to reply to Defendants' opposition, extending their deadline to file their reply to June 12, 2020.

Dated: __May 20__, 2020.

_____
Hon. Phyllis J. Hamilton

*IT IS SO ORDERED*

4846-1425-5292, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

[PROPOSED] ORDER GRANTING JOINT STIPULATION
TO ENLARGE TIME – 4:19-cv-07123-PJH