JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-JSC<br><br>**AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED**<br><br>Action Filed:  10/29/2019 |

Pursuant to Civil Local Rule 3-15, on behalf of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (Q Cyber), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

OSY Technologies, as the shareholder of Q Cyber Technologies Limited, has a financial interest in Q Cyber.

Other than the named Defendants, no other entity has a financial interest, as defined by 28 U.S.C. § 455(d)(4), in either Defendant.

By complying with Civil Local Rule 3-15, Defendants are not waiving their right to assert that they act exclusively as the agent of governmental entities or that the Court lacks personal jurisdiction over Defendants. Defendants expressly reserve those rights.

DATED:  May 21, 2020

KING & SPALDING LLP

By:  /s/Joseph N. Akrotirianakis
JOSEPH AKROTIRIANAKIS
AARON S. CRAIG
Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED