1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
     jakro@kslaw.com
2  AARON S. CRAIG (Bar No. 204741)
     acraig@kslaw.com
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:    (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-JSC<br><br>**AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED**<br><br>Action Filed:  10/29/2019 |

1   Pursuant to Civil Local Rule 3-15, on behalf of Defendants NSO Group Technologies
2   Limited and Q Cyber Technologies Limited (Q Cyber), the undersigned certifies that the
3   following listed persons, associations of persons, firms, partnerships, corporations (including
4   parent corporations) or other entities (i) have a financial interest in the subject matter in
5   controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject
6   matter or in a party that could be substantially affected by the outcome of this proceeding:

7   OSY Technologies, as the shareholder of Q Cyber Technologies Limited, has a financial
8   interest in Q Cyber.

9   Other than the named Defendants, no other entity has a financial interest, as defined by
10  28 U.S.C. § 455(d)(4), in either Defendant.

11  By complying with Civil Local Rule 3-15, Defendants are not waiving their right to
12  assert that they act exclusively as the agent of governmental entities or that the Court lacks
13  personal jurisdiction over Defendants. Defendants expressly reserve those rights.

14

15  DATED:  May 22, 2020                         KING & SPALDING LLP

16

17

18                                              By: /s/Joseph N. Akrotirianakis
                                                    JOSEPH AKROTIRIANAKIS
19                                                  AARON S. CRAIG
                                                    Attorneys for Defendants NSO GROUP
20                                                  TECHNOLOGIES LIMITED and Q
                                                    CYBER TECHNOLOGIES LIMITED
21

22

23

24

25

26

27

28