JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California  94104
Telephone:     (415) 397-2222
Facsimile:      (415) 397-6392
Email:            jmcmonigle@longlevit.com
                     jmacgregor@longlevit.com

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**DECLARATION OF JESSICA R. MACGREGOR IN SUPPORT OF KING & SPALDING'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:            June ___, 2020<br>Time:           9:00 a.m.<br>Courtroom:  3, Third Floor<br>Judge:          Hon. Phyllis J. Hamilton |

I, Jessica R. MacGregor, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at Long & Levit LLP. I have personal knowledge of the matters stated in this declaration and, if called upon to testify as a witness, could and would competently testify thereto.

2. The matter King & Spalding ("K&S") seeks to file under seal emanates from a matter sealed by another district court ("the Sealed Matter") and is subject to a sealing order that prohibits WhatsApp, its agents and King & Spalding from disclosing any information related to that litigation to anyone other than the parties or their counsel.

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DECLARATION OF JESSICA R. MACGREGOR
4:19-cv-07123-PJH

3. The following portions of documents submitted in support of K&S's Opposition Motion, summarize or tend to reveal information that is subject to the sealing order in the Sealed Matter

  a. Defendants' Opposition to Motion to Disqualify Defense Counsel ("Opposition Motion"): Pg. i: 5-8; 1: 4-6, 22-23; 2: 14, 21; 3: 13-23; 4: 4, 9-10, 12-13, 17-19, 21-22, 25-26; 5: 1-2, 6, 8-12, 14-18, 21; 6: 6-9; 7:21-22; 8:7; 9: 27; 11: 7-8, 26; 12: 4-7, 12, 15-16, 19-20; 13: 2-4, 7-8; 14: 13, 24; 15: 3; 17: 12, 20-21

  b. Declaration of M. Robert Thornton in support of Opposition Motion: Pg. 2: 16-18, 7:8, 11-12, 16-17, 19-20, 22, 25-26

  c. Declaration of Sumon Dantiki in support of Opposition Motion: Pg. 2: 4-6

  d. Declaration of Derick J. Arthur in support of Opposition Motion: Pg. 2: 6

  e. Declaration of R. Barronton Lloyd in support of Opposition Motion: Pg. 2: 6

  f. Declaration of Peter G. Nolan: Pg. 2: 2

  g. Declaration of Paul Alessio Mezzina in support of Opposition Motion: Pg. 2: 19-21; 3: 1-5, 13-14, 19

  h. Mezzina Declaration, Exhibit 2: All content

  i. Declaration of Rod J. Rosenstein in support of Opposition Motion Pg. 2: 6-8

  j. Declaration of Joseph N. Akrotirianakis in support of Opposition Motion: Pg. 7: 6-7; 8: 3-7

  k. Declaration of Aaron Craig in support of Opposition Motion: Pg. 2: 11-12

  l. Declaration of Matthew Noller in support of Opposition Motion: Pg. 2: 6-7

4. Exhibits 1-25 accompanying the Thornton Declaration not only contain material related to the Sealed Matter, but are also subject to attorney-client privilege and attorney work product.

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 2 -

DECLARATION OF JESSICA R. MACGREGOR
4:19-cv-07123-PJH

5. I participated in emails and phone calls spanning from May 13, 2020 through May 29, 2020 with the Department of Justice ("DOJ") to ensure all redactions made were consistent with the sealing order.

6. DOJ attorneys indicated that while they had no interest in the outcome of the disqualification motion, they wanted to ensure the protective order in the Sealed Matter was strictly adhered to.

7. On May 29, 2020, counsel for the DOJ provided its final revisions and indicated they approved of all proposed redactions.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed this 29th day of May, 2020, at San Francisco, California.

          */s/ Jessica R. MacGregor*
          JESSICA R. MACGREGOR

4823-7088-1470, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 3 -

DECLARATION OF JESSICA R. MACGREGOR
4:19-cv-07123-PJH