1   JOSEPH P. MCMONIGLE, Bar No. 66811
    JESSICA R. MACGREGOR, Bar No. 168777
2   LONG & LEVIT LLP
    465 California Street, Suite 500
3   San Francisco, California  94104
    Telephone:      (415) 397-2222
4   Facsimile:      (415) 397-6392
    Email:          jmcmonigle@longlevit.com
5                   jmacgregor@longlevit.com

6   Specially Appearing For Third Party
    KING & SPALDING LLP
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12  | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |
    |---|---|
    | Plaintiffs, | **[PROPOSED] ORDER GRANTING KING AND SPALDING LLP's ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
    | v. | Date:        June ___, 2020 |
    | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Time:        9:00 a.m. |
    | | Courtroom:   3, Third Floor |
    | | Judge:       Hon. Phyllis J. Hamilton |
    | Defendants. | |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO SEAL
4:19-cv-07123-PJH

1    Having considered King & Spalding LLP's Administration Motion To File Under Seal

2    and other papers filed contemporaneously therewith:

3    IT IS HEREBY ORDERED that the following documents shall be filed under seal and

4    sealed from the public record:

| DOCUMENT | PAGE/LINE NUMBER | RULING |
|---|---|---|
| Defendants' Opposition to Motion to Disqualify Defense Counsel ("Opposition Motion") | Pg. i: 5-8; 1: 4-6, 22-23; 2: 14, 21; 3: 13-23; 4: 4, 9-10, 12-13, 17-19, 21-22, 25-26; 5: 1-2, 6, 8-12, 14-18, 21; 6: 6-9; 7:21-22; 8:7; 9: 27; 11: 7-8, 26; 12: 4-7, 12, 15-16, 19-20; 13: 2-4, 7-8; 14: 13, 24; 15: 3; 17: 12, 20-21 | Granted |
| Thornton Declaration, Exhibits 1-25 | All | Granted |
| Declaration of M. Robert Thornton in support of Opposition Motion | Pg. 2: 16-18, 7:8, 11-12, 16-17, 19-20, 22, 25-26 | Granted |
| Declaration of Sumon Dantiki in support of Opposition Motion | Pg. 2: 4-6 | Granted |
| Declaration of Derick J. Arthur in support of Opposition Motion | Pg. 2: 6 | Granted |
| Declaration of R. Barronton Lloyd in support of Opposition Motion | Pg. 2: 6 | Granted |
| Declaration of Peter G. Nolan | Pg. 2: 2 | Granted |
| Declaration of Paul Alessio Mezzina in support of Opposition Motion | Pg. 2: 19-21; 3: 1-5, 13-14, 19 | Granted |
| Mezzina Declaration, Exhibit 2 | All | Granted |
| Declaration of Rod J. Rosenstein in support of Opposition Motion | Pg. 2: 6-8 | Granted |
| Declaration of Joseph N. Akrotirianakis in support of Opposition Motion | Pg. 7: 6-7; 8: 3-7 | Granted |
| Declaration of Aaron Craig in support of Opposition Motion | Pg. 2: 11-12 | Granted |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 2 -

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
4:19-cv-07123-PJH

| DOCUMENT | PAGE/LINE NUMBER | RULING |
|---|---|---|
| Declaration of Matthew Noller in support of Opposition Motion | Pg. 2: 6-7 | Granted |

IT IS SO ORDERED.

Dated:  May ___, 2020.

_____
HON. PHYLLIS J. HAMILTON

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 3 -

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
4:19-cv-07123-PJH