JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California  94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392
Email:  jmcmonigle@longlevit.com
  jmacgregor@longlevit.com

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>  Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**DECLARATION OF DERICK J. ARTHUR IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Date:  June ___, 2020<br>Time:  9:00 a.m.<br>Courtroom: 3, Third Floor<br>Judge: Hon. Phyllis J. Hamilton |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DECLARATION OF DERICK J. ARTHUR
4:19-cv-07123-PJH

JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:	(415) 397-2222
Facsimile:	(415) 397-6392
Email:	jmcmonigle@longlevit.com
	jmacgregor@longlevit.com

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF DERICK J. ARTHUR IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Hearing Date:   June ___, 2020<br>Time:   9:00 a.m.<br>Courtroom:   3, 3rd Floor<br>Judge:   Honorable Phyllis J. Hamilton |

**DECLARATION OF DERICK J. ARTHUR**

I, Derick J. Arthur, declare as follows:

1. I am the Director of Records & Information Governance for the law firm King & Spalding LLP ("K&S" or the "Firm"). I submit this declaration in support of K&S's Opposition to WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation. I have personal knowledge of the facts in this declaration. If called to testify, I could and would competently testify to these facts.

2. I joined the Firm in August 2016. The Firm's Records & Information Governance

Department reports to me, I report to the Firm's Deputy General Counsel, and he reports to the General Counsel. Among other responsibilities, the Records & Information Governance Department is responsible for the Firm's offsite storage of paper documents.

3.  At the request of the Firm's General Counsel, I accessed the Firm's records management system to determine whether the Firm possessed any paper records associated with client-matter number 24101 / 183001, WhatsApp Inc. / ▇▇▇▇▇ (the "WhatsApp matter"). I identified six files in offsite storage at Iron Mountain. The six files were sent to offsite storage in March and July 2017. No one requested or accessed those files from the time they were sent to offsite storage until they were recalled by the Firm's General Counsel and delivered to him on or about March 19, 2020.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 29th day of May, 2020, in Hillsdale, New Jersey.

By: *Derick J. Arthur*
DERICK J. ARTHUR

DECLARATION OF
DERICK J. ARTHUR                                  2                              Case No. 4:19-cv-07123-PJH