| | |
|---|---|
| 1 | JOSEPH P. MCMONIGLE, Bar No. 66811 |
| | JESSICA R. MACGREGOR, Bar No. 168777 |
| 2 | LONG & LEVIT LLP |
| | 465 California Street, Suite 500 |
| 3 | San Francisco, California  94104 |
| | Telephone:      (415) 397-2222 |
| 4 | Facsimile:       (415) 397-6392 |
| | Email:             jmcmonigle@longlevit.com |
| 5 |                jmacgregor@longlevit.com |

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |
| Plaintiffs, | **DECLARATION OF SUMON DANTIKI IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Date:             June ___, 2020 |
| | Time:            9:00 a.m. |
| | Courtroom:   3, Third Floor |
| Defendants. | Judge:           Hon. Phyllis J. Hamilton |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DECLARATION OF SUMON DANTIKI
4:19-cv-07123-PJH

JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392
Email:  jmcmonigle@longlevit.com
   jmacgregor@longlevit.com

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF SUMON DANTIKI IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Date:  June ___, 2020<br>Time:  9:00 a.m.<br>Courtroom: 3, Third Floor<br>Judge:  Hon. Phyllis J. Hamilton |

I, Sumon Dantiki, declare as follows:

1. I am a member of the District of Columbia Bar. I am a partner in the law firm King & Spalding LLP ("K&S" or the "Firm"). I submit this declaration in support of K&S's Opposition to WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation. I am over 18 years old, and I have personal knowledge of the facts in this declaration. If called to testify, I could and would competently testify to these facts.

2. I joined K&S as a partner on September 16, 2019, resident in its D.C. Office. Immediately prior to joining K&S, I served in various roles as a prosecutor and legal counselor at the United States Department of Justice ("DOJ").

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DECLARATION OF SUMON DANTIKI
4:19-cv-07123-PJH

3.  I have counseled NSO about cyber and national security issues and assisted the defense team in the above-captioned action (the "NSO Litigation").

4.  It is my understanding that in 2015-2016, before I came to K&S, the Firm was representing WhatsApp in a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ("the Sealed Matter").

5.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, I had no involvement with the Sealed Matter.

6.  I have never discussed the Sealed Matter with Mr. Wray at any time.

7.  I have not accessed or reviewed any of K&S's files or emails from the Sealed Matter. I have been informed that I do not have access to any such materials from the Sealed Matter and instructed that I should not even attempt to access them. I have not had any discussions with Paul Mezzina or any other person about any confidential information the Firm may have received in the Sealed Matter, and I have been instructed not to do so. I intend to abide by all of these instructions.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed this 29th day of May, 2020, at Washington, D.C.

*[signature]*
SUMON DANTIKI

4837-2113-7853, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

-2-

DECLARATION OF SUMON DANTIKI
4:19-cv-07123-PJH