1  JOSEPH P. MCMONIGLE, Bar No. 66811
   JESSICA R. MACGREGOR, Bar No. 168777
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, California  94104
   Telephone:    (415) 397-2222
4  Facsimile:    (415) 397-6392
   Email:        jmcmonigle@longlevit.com
5                jmacgregor@longlevit.com

6  Specially Appearing For Third Party
   KING & SPALDING LLP
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11

12 | WHATSAPP INC., a Delaware         | Case No.  4:19-cv-07123-PJH
   | corporation, and FACEBOOK, INC., a |
13 | Delaware corporation,              | **DECLARATION OF PETER G. NOLAN IN
   |                                    | SUPPORT OF OPPOSITION TO
14 |                 Plaintiffs,        | WHATSAPP'S MOTION TO DISQUALIFY
   |                                    | DEFENSE COUNSEL BASED ON PRIOR
15 | v.                                 | REPRESENTATION IN A SEALED
   |                                    | MATTER**
16 | NSO GROUP TECHNOLOGIES             |
   | LIMITED and Q CYBER                | Date:        June ___, 2020
17 | TECHNOLOGIES LIMITED,              | Time:        9:00 a.m.
   |                                    | Courtroom:   3, Third Floor
18 |                 Defendants.        | Judge:       Hon. Phyllis J. Hamilton

19

20              **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DECLARATION OF PETER G. NOLAN
4:19-cv-07123-PJH

JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:	(415) 397-2222
Facsimile:	(415) 397-6392
Email:	jmcmonigle@longlevit.com
	jmacgregor@longlevit.com

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF PETER G. NOLAN IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Hearing Date:　June ___, 2020<br>Time:　　　　9:00 a.m.<br>Courtroom:　3, 3rd Floor<br>Judge:　　　Honorable Phyllis J. Hamilton |

## DECLARATION OF PETER G. NOLAN

I, Peter G. Nolan, declare as follows:

1. I am the Chief Financial Officer of the law firm King & Spalding LLP ("K&S" or the "Firm"). I submit this declaration in support of K&S's Opposition to WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation. I have personal knowledge of the facts in this declaration. If called to testify, I could and would competently testify to these facts.

2. I joined the Firm in June 2009 as Chief Financial Officer. The Firm's Finance Department, including staff responsible for maintaining the Firm's billing records, reports to me.

3. Billing records for closed matters, such as client-matter number 24101 / 183001, WhatsApp Inc. / ▮▮▮▮▮▮▮▮ (the "WhatsApp matter"), are maintained by the Finance Department and are not accessible to Firm attorneys absent a specific request.

4. At the request of the Firm's General Counsel, I have instructed Finance Department staff responsible for maintaining the Firm's billing records that they are not to provide access to or information about the billing records from the WhatsApp matter unless approved by the General Counsel.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 29th day of May, 2020, in Atlanta, Georgia.

By: _____
PETER G. NOLAN