1  JOSEPH P. MCMONIGLE, Bar No. 66811
   JESSICA R. MACGREGOR, Bar No. 168777
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, California  94104
   Telephone:     (415) 397-2222
4  Facsimile:     (415) 397-6392
   Email:         jmcmonigle@longlevit.com
5                 jmacgregor@longlevit.com

6  Specially Appearing For Third Party
   KING & SPALDING LLP
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12 | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |
|---|---|
| Plaintiffs, | **DECLARATION OF MATTHEW NOLLER IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Date:        June ___, 2020<br>Time:        9:00 a.m.<br>Courtroom:   3, Third Floor<br>Judge:       Hon. Phyllis J. Hamilton |
| Defendants. | |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DECLARATION OF MATTHEW NOLLER
4:19-cv-07123-PJH

|   |   |
|---|---|
| 1 | JOSEPH P. MCMONIGLE, Bar No. 66811 |
|   | JESSICA R. MACGREGOR, Bar No. 168777 |
| 2 | LONG & LEVIT LLP |
|   | 465 California Street, Suite 500 |
| 3 | San Francisco, California  94104 |
|   | Telephone:     (415) 397-2222 |
| 4 | Facsimile:      (415) 397-6392 |
|   | Email:           jmcmonigle@longlevit.com |
| 5 |                       jmacgregor@longlevit.com |

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |
|---|---|
| Plaintiffs, | **DECLARATION OF MATTHEW NOLLER IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER** |
| v. |   |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Date:           June ___, 2020 |
|   | Time:          9:00 a.m. |
|   | Courtroom: 3, Third Floor |
| Defendants. | Judge:         Hon. Phyllis J. Hamilton |

I, Matthew Noller, declare as follows:

1. I am a member of the State Bar of California.  I am a senior associate in the law firm King & Spalding LLP ("K&S" or the "Firm").  I submit this declaration in support of K&S's Opposition to WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation. I am over 18 years old, and I have personal knowledge of the facts in this declaration.  If called to testify, I could and would competently testify to these facts.

2. I joined K&S as an associate on August 6, 2018.  I graduated from law school in 2013, after which I clerked for the Honorable William A. Fletcher of the United States Court of Appeals for the Ninth Circuit. Between my clerkship and joining K&S, I practiced law in New

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DECLARATION OF MATTHEW NOLLER
4:19-cv-07123-PJH

1 York, with two years at Cahill Gordon & Reindel LLP and almost two years at Holwell Shuster &
2 Goldberg LLP.
3     3.    I am a member of the defense team in the above-captioned action (the "NSO
4 Litigation").
5     4.    It is my understanding that in 2015 and 2016, before I came to K&S, the Firm was
6 representing WhatsApp in a ██████████████████████████████
7 ██████████████████████████████████ ("the Sealed Matter").
8     5.    During my time at K&S, I have had no involvement in the Sealed Matter. I have
9 never had any involvement with the Sealed Matter at any point in my career.
10     6.    I have not accessed or reviewed any of K&S's files or emails from the Sealed
11 Matter. I have been informed that I do not have access to any such materials from the Sealed
12 Matter and instructed that I should not even attempt to access them. I have not had any
13 discussions with Paul Mezzina or any other person about any confidential information the Firm
14 may have received in the Sealed Matter, and I have been instructed not to do so. I intend to abide
15 by all of these instructions.
16     I declare under the penalty of perjury that the foregoing is true and correct to the best of
17 my knowledge and information.
18     Executed this 28th day of May, 2020, at Sacramento, California.

                                        */s/ Matthew Noller*
                                        MATTHEW NOLLER

4833-2163-0397, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -

DECLARATION OF MATTHEW NOLLER
4:19-cv-07123-PJH