JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: jmcmonigle@longlevit.com
jmacgregor@longlevit.com

Specially Appearing For
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF SHMUEL SUNRAY IN SUPPORT OF KING & SPALDING LLP'S OPPOSITION TO MOTION TO DISQUALIFY**<br><br>Judge: Hon. Phyllis J. Hamilton |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DECLARATION OF SHMUEL
SUNRAY 4:19-cv-07123-PJH

I, Shmuel Sunray, declare as follows:

1. I am an attorney licensed to practice law in Israel and have been the General Counsel of the NSO Group since November 1, 2019. I received my law degree in 1988. Prior to my position with NSO, I served in various legal positions in the defense industry, both as an officer in Israel's Military Advocate General Corps and as General Counsel of two of Israel's leading defense industries, which manufacture and sell military technology and other products for the Israel Defense Forces and worldwide customers. I have personal knowledge of the matters stated in this declaration and, if called upon to testify as a witness, could and would competently testify thereto.

2. I have reviewed the complaint in this lawsuit. The header on each page indicates it was filed October 29, 2019. (As indicated above, I started working with NSO on November 1, 2019.) The complaint makes very serious allegations about NSO's business, and it was filed by a sophisticated, global law firm (and is now being prosecuted by at least two sophisticated global law firms). To defend it in this lawsuit, NSO sought representation by a firm with (1) a strong litigation team in California with subject matter expertise related to Plaintiff's allegations; and (2) cyber security, governmental relations, and national security expertise similar to the expertise of Plaintiffs' counsel.

3. Upon my arrival at NSO, the company immediately began interviewing U.S.- law firms to serve as its litigation counsel in this lawsuit. NSO created an internal "short list" of U.S. firms that met NSO's criteria. In the small pool of firms that met NSO's criteria, eight leading law firms the Company approached were ultimately prevented from representing NSO because of conflicts with representation of Facebook. I thereafter conducted a lengthy period of interviewing and negotiating with various counsel that met our criteria.

4. In the third week of January 2020, I was introduced to King & Spalding, which met NSO's hiring criteria. I flew to the United States and met with King & Spalding attorneys on January 22 and 23, 2020. NSO signed an engagement agreement with King & Spalding on February 2, 2020.

5. Ultimately, it took more than three months to locate a firm that did not have

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -

DECLARATION OF SHMUEL
SUNRAY  4:19-cv-07123-PJH

conflicts and possessed subject matter expertise related to the lawsuit.

6. If King & Spalding were disqualified, NSO would have to start a new search for counsel. It is my practice to interview lawyers personally for major engagements like this lawsuit. Given the current restrictions on travel due to the COVID-19 pandemic, I would be unable to do so. Based on the company's experience leading to the engagement of King & Spalding, moreover, I anticipate finding qualified replacement counsel would take several months, even if there were no travel restrictions. What is more, the pool of law firms that satisfy the general criteria for representing NSO has already been reduced significantly because of conflicts with Facebook, and it would be difficult to find additional firms that meet NSO's hiring criteria and which NSO has not yet interviewed. NSO could potentially be left without counsel for months, a circumstance that would cause significant prejudice and harm to the company. Due to the amount of work done to date by K&S, which included many days of consultation to understand NSO's business, it would be very burdensome and expensive to begin this whole process with an alternative firm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct this 27 day of May 2020, at Tel Aviv, Israel.

_____
Shmuel Sunray

- 3 -

DECLARATION OF SHMUEL SUNRAY  4:19-cv-07123-PJH