1  JOSEPH P. MCMONIGLE, Bar No. 66811
   JESSICA R. MACGREGOR, Bar No. 168777
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, California  94104
   Telephone:     (415) 397-2222
4  Facsimile:     (415) 397-6392
   Email:         jmcmonigle@longlevit.com
5                 jmacgregor@longlevit.com

6  Specially Appearing For Third Party
   KING & SPALDING LLP
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF KING & SPALDING LLP'S OPPOSITION TO MOTION TO DISQUALIFY** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Date:       June ___, 2020<br>Time:       9:00 a.m.<br>Courtroom:  3, Third Floor<br>Judge:      Hon. Phyllis J. Hamilton |
| Defendants. | |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

[PROPOSED] ORDER GRANTING
REQUEST FOR JUDICIAL NOTICE
4:19-CV-07123-PJH

Before the Court is King & Spalding's Request for Judicial Notice in Support of King & Spalding LLP's Opposition to Motion to Disqualify. The Court, having considered the papers and good cause appearing, hereby GRANTS the Request for Judicial Notice, and take judicial notice of Request for Judicial Notice, Exhibit 1 (New Rule of Professional Conduct 1.10, Executive Summary).

IT IS SO ORDERED.

Dated:  June ___, 2020.

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

4843-3342-1758, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

[PROPOSED] ORDER GRANTING
REQUEST FOR JUDICIAL NOTICE
4:19-CV-07123-PJH