1  JOSEPH P. MCMONIGLE, Bar No. 66811
   JESSICA R. MACGREGOR, Bar No. 168777
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, California  94104
   Telephone:     (415) 397-2222
4  Facsimile:     (415) 397-6392
   Email:         jmcmonigle@longlevit.com
5                 jmacgregor@longlevit.com

6  Specially Appearing For Third Party
   KING & SPALDING LLP
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10               OAKLAND DIVISION

11

12 | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |

**DECLARATION OF AARON CRAIG IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**

Plaintiffs,

v.

NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,

Defendants.

Date:       June ___, 2020
Time:       9:00 a.m.
Courtroom:  3, Third Floor
Judge:      Hon. Phyllis J. Hamilton

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DECLARATION OF AARON CRAIG
4:19-cv-07123-PJH

JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:    (415) 397-2222
Facsimile:     (415) 397-6392
Email:           jmcmonigle@longlevit.com
                    jmacgregor@longlevit.com

Specially Appearing For Third Party
KING & SPALDING LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON CRAIG IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Date:           June ___, 2020<br>Time:          9:00 a.m.<br>Courtroom: 3, Third Floor<br>Judge:         Hon. Phyllis J. Hamilton |

I, Aaron Craig, declare as follows:

1. I am a member of the State Bar of California. I am a partner in the law firm King & Spalding LLP ("K&S" or the "Firm"). I submit this declaration in support of K&S's Opposition to WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation. I am over 18 years old, and I have personal knowledge of the facts in this declaration. If called to testify, I could and would competently testify to these facts.

2. I joined K&S as a partner on April 11, 2017, resident in its Los Angeles office. Prior to joining K&S, I was a partner in the firm of Atkinson Andelson Loya Ruud and Romo ("Atkinson Andelson") from June 2015-April 2017. Prior to that, I was a partner in the firm of

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DECLARATION OF AARON CRAIG
4:19-cv-07123-PJH

Fox Rothschild from 2011-2015.  I started my career as an associate and later as counsel at the firm of Quinn Emanuel Urquhart Oliver and Hedges (later Quinn Emanuel Urquhart and Sullivan), and I also worked as an attorney and senior attorney in the motion picture legal department of Paramount Pictures from 2003-2005.  I graduated from Yale Law School in 1999, where I had been a member and editor of the Yale Law Journal.

3. I never had occasion to meet, speak with or communicate directly with Cathy O'Neil, Chris Wray or Nick Oldham.

4. I am a member of the defense team in the above-captioned action (the "NSO Litigation").

5. It is my understanding that in 2015-2016, before I came to K&S, the Firm was representing WhatsApp in a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ("the Sealed Matter").

6. I have not accessed or reviewed any of K&S's files or emails from the Sealed Matter.  I have been informed that I do not have access to any such materials from the Sealed Matter and instructed that I should not even attempt to access them.  I have not had any discussions with Paul Mezzina or any other person about any confidential information the Firm may have received in the Sealed Matter, and I have been instructed not to do so.  I intend to abide by all of these instructions.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed this 28th day of May, 2020, at Los Angeles, California.

_____
AARON CRAIG

4811-1359-1485, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -

DECLARATION OF AARON CRAIG
4:19-cv-07123-PJH