JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392
Email:  jmcmonigle@longlevit.com
        jmacgregor@longlevit.com

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF R. BARRONTON LLOYD IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Date:       June ___, 2020<br>Time:       9:00 a.m.<br>Courtroom:  3, Third Floor<br>Judge:      Hon. Phyllis J. Hamilton |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DECLARATION OF R. BARRONTON LLOYD
4:19-cv-07123-PJH

JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:    (415) 397-2222
Facsimile:    (415) 397-6392
Email:        jmcmonigle@longlevit.com
              jmacgregor@longlevit.com

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF R. BARRONTON LLOYD IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Hearing Date:  June ___, 2020<br>Time:          9:00 a.m.<br>Courtroom:     3, 3rd Floor<br>Judge:         Honorable Phyllis J. Hamilton |

**DECLARATION OF R. BARRONTON LLOYD**

I, R. Barronton Lloyd, declare as follows:

1. I am the Director of Information Technology for the law firm King & Spalding LLP ("K&S" or the "Firm"). I submit this declaration in support of K&S's Opposition to WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation. I have personal knowledge of the facts in this declaration. If called to testify, I could and would competently testify to these facts.

2. I joined the Firm in June 2008 as Associate Director of Information Technology. I have held the position of Director of Information Technology since September 2013. Information

DECLARATION OF                          1                Case No. 4:19-cv-07123-PJH
R. BARRONTON LLOYD

Technology Department ("IT Department") personnel responsible for the Firm's document management system and Enterprise Vault email archive report to me. I am personally familiar with those systems and am authorized to obtain information from them.

3. At the request of the Firm's Deputy General Counsel, I pulled the document histories for all documents filed in the workspace associated with client-matter number 24101 / 183001, WhatsApp Inc. / ▇▇▇▇▇▇▇ (the "WhatsApp workspace"). Among other information, the document histories show who accessed each document and when. The document histories show that with one exception, no current K&S lawyer or staff had accessed the WhatsApp workspace since March 2016 until March 2020. The one exception is that James Berger, a partner based in New York, accessed a document from the WhatsApp workspace entitled "CMO_WhatsApp_Notice_of_Appearance_Draft_20160216" on March 25, 2016. No K&S lawyer whom I understand to be part of the NSO defense team (Messrs. Akrotirianakis, Craig, Rosenstein, Dantiki, and Noller) has ever accessed any document in the WhatsApp workspace. All of the access of the WhatsApp workspace since October 29, 2019 (the date I understand the underlying lawsuit was filed) has been by persons whom I recognize to be members of the Firm's General Counsel's office or acting at their direction and occurred on or after March 18, 2020.

4. When an attorney leaves the Firm, his or her email account is "archived" and retained in Enterprise Vault, the Firm's email archiving system. Archived emails of lawyers who have left the firm are not accessible by other Firm lawyers unless access is granted by the IT Department, which requires approval of the Firm's General Counsel or Deputy General Counsel.

5. At the request of the Firm's Deputy General Counsel, I investigated who has access to the archived email accounts of Chris Wray, Cathy O'Neil, Nick Oldham, and Paul Mezzina. (Mr. Mezzina was at the firm, left, and returned. His email from his first stint at the Firm is archived.) I also reviewed the IT Department's records to determine if any access had previously been provided to these archived mailboxes and later revoked.

6. No lawyer whom I understand to be part of the NSO defense team has access to these archived email accounts, and the IT Department has no record of previously providing access to them and later revoking it.

7. All of the persons who have access to these archived email accounts are known by me to be members of the General Counsel's office or acting at their direction, other attorneys or staff who

accessed the archived email to collect documents in connection with unrelated matters, or IT Department staff who are email archive administrators.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 29th day of May, 2020, in Atlanta, Georgia.

By  *(signature)*
R. BARRONTON LLOYD

---

DECLARATION OF          3          Case No. 4:19-cv-07123-PJH
R. BARRONTON LLOYD