1  JOSEPH P. MCMONIGLE, Bar No. 66811
   JESSICA R. MACGREGOR, Bar No. 168777
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, California  94104
   Telephone:     (415) 397-2222
4  Facsimile:     (415) 397-6392
   Email:         jmcmonigle@longlevit.com
5                 jmacgregor@longlevit.com

6  Specially Appearing For Third Party
   KING & SPALDING LLP
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12 | WHATSAPP INC., a Delaware | Case No.  4:19-cv-07123-PJH
   | corporation, and FACEBOOK, INC., a |
13 | Delaware corporation, | **DECLARATION OF PAUL ALESSIO**
   | | **MEZZINA IN SUPPORT OF OPPOSITION**
14 | Plaintiffs, | **TO WHATSAPP'S MOTION TO**
   | | **DISQUALIFY DEFENSE COUNSEL**
15 | v. | **BASED ON PRIOR REPRESENTATION**
   | | **IN A SEALED MATTER**
16 | NSO GROUP TECHNOLOGIES |
   | LIMITED and Q CYBER | Date:        June ___, 2020
17 | TECHNOLOGIES LIMITED, | Time:        9:00 a.m.
   | | Courtroom:   3, Third Floor
18 | Defendants. | Judge:       Hon. Phyllis J. Hamilton

19

20        **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DECLARATION OF PAUL ALESSIO MEZZINA
4:19-cv-07123-PJH

JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California  94104
Telephone:      (415) 397-2222
Facsimile:       (415) 397-6392
Email:             jmcmonigle@longlevit.com
                       jmacgregor@longlevit.com

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**DECLARATION OF PAUL ALESSIO MEZZINA IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Date:          June ___, 2020<br>Time:         9:00 a.m.<br>Courtroom: 3, Third Floor<br>Judge:         Hon. Phyllis J. Hamilton |

I, Paul Alessio Mezzina, declare as follows:

1.  I am a member of the bars of California and the District of Columbia.  I am a partner in the law firm King & Spalding LLP ("K&S" or the "Firm").  I am resident in K&S's Washington, D.C. office.  I submit this declaration in support of K&S's Opposition to WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation.  I am over 18 years old, and I have personal knowledge of the facts in this declaration.  If called to testify, I could and would competently testify to these facts.

2.  I received my undergraduate degree from Harvard University in 2005 and my law degree from Harvard Law School in 2008.  After law school, I worked as a law clerk with the

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DECLARATION OF PAUL ALESSIO MEZZINA
4:19-cv-07123-PJH

1  firm of Borgeson & Burns, P.C. in Fairbanks, Alaska, from August 2008 to July 2009. I then served as a law clerk to Judge Brett Kavanaugh on the United States Court of Appeals for the D.C. Circuit from August 2009 to August 2010.

3. I joined K&S as an associate in October 2010.

4. I left K&S in March 2013 to serve as a law clerk to United States Supreme Court Justice Antonin Scalia from July 2013 to July 2014.

5. I returned to K&S as an associate in December 2014. In January 2017, I became a partner.

6. I left K&S again in June 2018 to serve as a law clerk to United States Supreme Court Justice Neil Gorsuch from August 2018 to July 2019.

7. I returned to K&S as a partner on January 6, 2020, and I have been with the Firm in that capacity since then.

8. I am a member of the Firm's Appellate, Constitutional and Administrative Law practice. I have been a member of this practice group throughout my tenure with K&S. I have never been a member of the Firm's Special Matters and Government Investigations Practice Group.

**A.    February 2016 Research And Analysis Performed At The Request Of Former K&S Partner Nick Oldham**

9. I understand that in February 2016, K&S was representing WhatsApp in a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ("the Sealed Matter"). My time entries reflect that I did a limited amount of legal research and analysis in connection with the Sealed Matter.

10. I have reviewed the time entries I recorded in the Sealed Matter (attached as Exhibit 2), but I did not review time entries recorded in the Sealed Matter by other K&S attorneys who worked on the matter. Although the time entries in Exhibit 2 state that I was a partner at the time I did the work in 2016, that is incorrect. I was a senior associate at that time. I understand that Exhibit 2 was printed on March 27, 2020, at which time I was a partner.

11. My time entries reflect that on February 9, 2016, then-K&S partner Nick Oldham

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -    DECLARATION OF PAUL ALESSIO MEZZINA
4:19-cv-07123-PJH

1  asked me to perform some legal research and analysis regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I do
3  not recall ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I do not recall the nature or subject of ▮▮▮▮▮▮▮▮▮▮▮
5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

6  12. My time entries reflect that I devoted 7.9 hours on February 9-11, 2016, to
7  performing this legal research and analysis and to related internal phone calls and emails.

8  13. I have not reviewed any emails (including my own emails) related to the Sealed
9  Matter, or any filings or orders in the Sealed Matter, since I returned to K&S on January 6, 2020.
10  In fact, I do not recall having seen any of those materials since I did the work in the Sealed Matter
11  in February 2016.

12  14. Based on my recollection and my review of my time entries, my work on the
13  Sealed Matter was limited to providing legal advice regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

15  15. As best I can recall, I did not speak directly with then-K&S partner Cathy O'Neil
16  regarding my discrete research project and did not need to do so.

17  16. I did record time for telephone calls with Mr. Oldham. Based on my recollection
18  and my review of my time entries, we only discussed information relevant to the legal research
19  and analysis I was asked to perform regarding ▮▮▮▮▮▮▮▮▮▮. Based on my recollection and
20  my review of my time entries, I did not request, and Mr. Oldham did not share, any of
21  WhatsApp's confidential communications with K&S concerning the WhatsApp service, and I did
22  not need any such information to do the legal research and analysis I was asked to do.

23  17. In performing my legal research and analysis and setting forth my conclusions, I
24  do not recall having any contact with any WhatsApp representatives. My practice is to note
25  communications with clients in my time entries. My time entries do not reflect any such contact,
26  and I do not believe I had any. I did not need to speak with client representatives to do the legal
27  research and analysis I was asked to do.

28  18. As best I can recall, I set forth the results of my legal research and analysis in an

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 3 -

DECLARATION OF PAUL ALESSIO MEZZINA
4:19-cv-07123-PJH

1  email or emails to Mr. Oldham and Ms. O'Neil.  They may have forwarded those emails to
2  WhatsApp or their counsel, but I do not recall whether that happened.

3      19.    I performed no other work on the Sealed Matter and do not recall ever discussing it
4  again with Ms. O'Neil or Mr. Oldham after February 2016.  I do not recall ever having discussed
5  the matter with Christopher Wray.

6      **B.**    **Screening From The Sealed Matter And NSO Litigation**

7      20.    Since my return to K&S in January 2020, I have not accessed or reviewed any
8  documents or emails from the Sealed Matter on the firm's document management system or
9  otherwise, and I understand that I do not have the necessary access to do so.  I do not have access
10  to Mr. Wray's or Ms. O'Neil's or Mr. Oldham's or even my own emails and documents related to
11  the Sealed Matter.

12      21.    It is my understanding that on or about February 1, 2020, K&S was hired to
13  represent the defendants in the above-captioned action *WhatsApp, Inc. et al v. NSO Group*
14  *Technologies Limited et al.*, U.S.D.C., Northern District of California, Case No. 4:19-cv-07123
15  PJH (the "NSO Litigation").  I am not now nor have I at any time been a member of the K&S
16  defense team or done any work on the NSO Litigation.  I have not accessed any of the file
17  materials in the NSO Litigation.  I have not had any substantive communications regarding the
18  NSO Litigation with any of the attorneys or staff members on the K&S defense team in the NSO
19  Litigation.  Although I do not believe I received any of WhatsApp's confidential information
20  concerning the WhatsApp service, I have not shared or discussed any information (confidential or
21  otherwise) I may have had access to in the Sealed Matter with any member of the K&S defense
22  team in the NSO Litigation, and K&S's General Counsel's office has instructed me not to do so.
23  I will honor that instruction.

24      22.    The General Counsel's office has informed me that I do not have access to any of
25  the case materials in the NSO Litigation and that I should not attempt to access those materials or
26  discuss the NSO Litigation with any members of the NSO Litigation defense team.  I will honor
27  those instructions.

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 4 -  DECLARATION OF PAUL ALESSIO MEZZINA
4:19-cv-07123-PJH

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed this 29th day of May, 2020, at Washington, D.C.

_____
PAUL ALESSIO MEZZINA

4832-9974-0861, v. 1

# EXHIBIT 2

# SOUGHT TO BE SEALED IN ITS ENTIRETY