1  JOSEPH P. MCMONIGLE, Bar No. 66811
   JESSICA R. MACGREGOR, Bar No. 168777
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, California  94104
   Telephone:     (415) 397-2222
4  Facsimile:     (415) 397-6392
   Email:         jmcmonigle@longlevit.com
5                 jmacgregor@longlevit.com

6  Specially Appearing For Third Party
   KING & SPALDING LLP
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12 | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |
|---|---|
| Plaintiffs, | **DECLARATION OF ROD J. ROSENSTEIN IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Date:       June ___, 2020<br>Time:       9:00 a.m.<br>Courtroom:  3, Third Floor<br>Judge:      Hon. Phyllis J. Hamilton |
| Defendants. | |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392
Email:  jmcmonigle@longlevit.com
        jmacgregor@longlevit.com

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF ROD J. ROSENSTEIN IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Date:         June ___, 2020<br>Time:        9:00 a.m.<br>Courtroom: 3, Third Floor<br>Judge:       Hon. Phyllis J. Hamilton |

I, Rod J. Rosenstein, declare as follows:

1. I am a member of the bars of Pennsylvania, the District of Columbia, and Maryland. I am a partner in the law firm King & Spalding LLP ("K&S" or the "Firm"). I submit this declaration in support of K&S's Opposition to WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation. I am over 18 years old, and I have personal knowledge of the facts in this declaration. If called to testify, I could and would competently testify to these facts.

2. I joined K&S as a partner on January 6, 2020, resident in its D.C. office. Prior to joining K&S, I served in the United States Department of Justice ("DOJ") for 29 years, including

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DECLARATION OF ROD J. ROSENSTEIN
4:19-cv-07123-PJH

as U.S. Attorney for the District of Maryland (2005 – 2017) and Deputy Attorney General (2017 – 2019).

3. I have counseled NSO about cyber and national security issues and assisted the defense team in the above-captioned action (the "NSO Litigation").

4. It is my understanding that in 2015-2016, before I joined K&S, the Firm represented WhatsApp in a [REDACTED] ("the Sealed Matter").

5. [REDACTED], I was not involved with the Sealed Matter.

6. I have never discussed the Sealed Matter with Mr. Wray at any time.

7. I have not accessed or reviewed any of K&S's files or emails from the Sealed Matter. I have been informed that I do not have access to any such materials from the Sealed Matter and instructed that I should not even attempt to access them. I have not had any discussions with Paul Mezzina or any other person about any confidential information the Firm may have received in the Sealed Matter, and I have been instructed not to do so. I intend to follow these instructions.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed this 28th day of May, 2020, at Bethesda, Maryland.

*/s/ Rod J. Rosenstein*
ROD J. ROSENSTEIN

4818-1390-9181, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -

DECLARATION OF ROD J. ROSENSTEIN
4:19-cv-07123-PJH