1  JOSEPH P. MCMONIGLE, Bar No. 66811
   JESSICA R. MACGREGOR, Bar No. 168777
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, California  94104
   Telephone:     (415) 397-2222
4  Facsimile:     (415) 397-6392
   Email:         jmcmonigle@longlevit.com
5                 jmacgregor@longlevit.com

6  Specially Appearing For Third Party
   KING & SPALDING LLP
7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11

12 | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |
   |---|---|
   | Plaintiffs, | **[PROPOSED] ORDER DENYING WHATSAPP'S MOTION TO DISQUALIFY** |
   | v. | Date:       June ___, 2020 |
   | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Time:       9:00 a.m. |
   | | Courtroom:  3, Third Floor |
   | | Judge:      Hon. Phyllis J. Hamilton |
   | Defendants. | |

    Before the Court is WhatsApp's Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter.  Having considered the parties papers filed in connection with the motion, and all other matters properly considered by this Court, the Court finds that there is no basis to disqualify King & Spalding.

    Accordingly, WhatsApp's Motion to Disqualify is DENIED.

    IT IS SO ORDERED.

Dated: May ___, 2020.

                                            _____
                                            HON. PHYLLIS J. HAMILTON

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

[PROPOSED] ORDER DENYING MOTION TO DISQUALIFY
4:19-cv-07123-PJH