1  JOSEPH P. MCMONIGLE, Bar No. 66811
   JESSICA R. MACGREGOR, Bar No. 168777
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, California  94104
   Telephone:      (415) 397-2222
4  Facsimile:      (415) 397-6392
   Email:          jmcmonigle@longlevit.com
5                  jmacgregor@longlevit.com

6  Specially Appearing For Third Party
   KING & SPALDING LLP

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  WHATSAPP INC., a Delaware              Case No.  4:19-cv-07123-PJH
    corporation, and FACEBOOK, INC., a
12  Delaware corporation,                  **AMENDED PROOF OF SERVICE OF**
                                           **SEALED DOCUMENTS BY ELECTRONIC**
13                 Plaintiffs,             **MAIL**

14  v.                                     Date:         June ___, 2020
                                           Time:         9:00 a.m.
15  NSO GROUP TECHNOLOGIES                 Courtroom:    3, Third Floor
    LIMITED and Q CYBER                    Judge:        Hon. Phyllis J. Hamilton
16  TECHNOLOGIES LIMITED,

17                 Defendants.

18
           I, Laurie Myers, declare:
19
           I am a citizen of the United States and employed in San Francisco County, California.  I
20
    am over the age of eighteen years and not a party to the within-entitled action.  My business
21
    address is 465 California Street, Suite 500, San Francisco, California  94104.  On May 29, 2020, I
22
    served a copy of the within document(s):
23
                   1.    KING & SPALDING LLP'S OPPOSITION TO MOTION
24                       TO DISQUALIFY

25                 2.    DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN
                         SUPPORT OF OPPOSITION TO WHATSAPP'S
26                       MOTION TO DISQUALIFY DEFENSE COUNSEL
                         BASED ON PRIOR REPRESENTATION IN A SEALED
27                       MATTER

28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

1

2

3

    3.    DECLARATION OF DERICK J. ARTHUR IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

4

5

    4.    DECLARATION OF AARON CRAIG IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

6

7

8

    5.    DECLARATION OF SUMON DANTIKI IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

9

10

    6.    DECLARATION OF R. BARRONTON LLOYD IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

11

12

13

14

    7.    DECLARATION OF PAUL ALESSIO MEZZINA IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

15

16

    8.    DECLARATION OF PETER G. NOLAN IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

17

18

19

    9.    DECLARATION OF MATTHEW NOLLER IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

20

21

    10.    DECLARATION OF ROD J. ROSENSTEIN IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

22

23

24

    11.    DECLARATION OF M. ROBERT THORNTON IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

25

26

☒    by transmitting via email or electronic transmission the document(s) listed above to the person(s) at the email address(es) set forth below.

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 2 -    AMENDED PROOF OF SERVICE BY ELECTRONIC MAIL – 4:19-CV-07123-PJH

1   Michael G. Rhodes, Esq.                Daniel J. Grooms, Esq.
    Travis LeBlanc, Esq.                   Elizabeth B. Prelogar, Esq.
2   Kyle C. Wong, Esq.                     **COOLEY LLP**
    Joseph Mornin, Esq.                    1299 Pennsylvania Avenue, NW, Suite 700
3   **COOLEY LLP**                         Washington, D.C.  20004
    101 California Street, Fifth Floor     Telephone:    (202) 842-7800
4   San Francisco, California  94111       Facsimile:    (202) 842-7899
    Telephone:    (415) 693-2000           Email:        dgrooms@cooley.com
5   Facsimile:    (415) 693-2222                         eprelogar@cooley.com
    Email:        rhodesmg@cooley.com
6                 tleblanc@cooley.com
                  kwong@cooley.com
7                 jmornin@cooley.com
8
    Michael R. Dreeben, Esq.
9   **O'MELVENY & MYERS LLP**
    1625 I Street NW
10  Washington, D.C.  20006
    Telephone:    (202) 383-5300
11  Facsimile:
    Email:        mdreeben@omm.com
12

13          Also on May 29, 2020, I served a copy of the within document(s):

14
                1.      KING & SPALDING LLP'S OPPOSITION TO MOTION
15                      TO DISQUALIFY

16              2.      DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN
                        SUPPORT OF OPPOSITION TO WHATSAPP'S
17                      MOTION TO DISQUALIFY DEFENSE COUNSEL
                        BASED ON PRIOR REPRESENTATION IN A SEALED
18                      MATTER

19              3.      DECLARATION OF DERICK J. ARTHUR IN SUPPORT
                        OF OPPOSITION TO WHATSAPP'S MOTION TO
20                      DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR
                        REPRESENTATION IN A SEALED MATTER
21
                4.      DECLARATION OF AARON CRAIG IN SUPPORT OF
22                      OPPOSITION TO WHATSAPP'S MOTION TO
                        DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR
23                      REPRESENTATION IN A SEALED MATTER

24              5.      DECLARATION OF SUMON DANTIKI IN SUPPORT
                        OF OPPOSITION TO WHATSAPP'S MOTION TO
25                      DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR
                        REPRESENTATION IN A SEALED MATTER
26
                6.      DECLARATION OF R. BARRONTON LLOYD IN
27                      SUPPORT OF OPPOSITION TO WHATSAPP'S
                        MOTION TO DISQUALIFY DEFENSE COUNSEL
28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 3 -                    AMENDED PROOF OF SERVICE BY
                         ELECTRONIC MAIL – 4:19-CV-07123-PJH

BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

7.  DECLARATION OF PAUL ALESSIO MEZZINA IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER (without exhibit)

8.  DECLARATION OF PETER G. NOLAN IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

9.  DECLARATION OF MATTHEW NOLLER IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

10. DECLARATION OF ROD J. ROSENSTEIN IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER

11. DECLARATION OF M. ROBERT THORNTON IN SUPPORT OF OPPOSITION TO WHATSAPP'S MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER (with redacted Exhibits 4, 7and 24 and unredacted Exhibit 22 only)

☒   by transmitting via email or electronic transmission the document(s) listed above to the person(s) at the email address(es) set forth below.

Emmet P. Ong, Esq.
**UNITED STATES DEPARTMENT OF JUSTICE**
1301 Clay Street, Suite 340S
Oakland, California  94612
Telephone:      (510) 637-3929
Facsimile:      (510) 637-3724
Email:          emmet.ong@usa.doj.gov

I declare under penalty of perjury under the laws of the State of California that the above

is true and correct.

Executed on May 30, 2020, at Concord, California.

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 4 -

AMENDED PROOF OF SERVICE BY
ELECTRONIC MAIL – 4:19-CV-07123-PJH

_____
Laurie Myers

4825-2686-2014, v. 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 5 -

AMENDED PROOF OF SERVICE BY
ELECTRONIC MAIL – 4:19-CV-07123-PJH