# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WHATSAPP INC., a Delaware corporation,
and FACEBOOK, INC., a Delaware corporation,

Plaintiff(s),

v.

NSO GROUP TECHNOLOGIES LIMITED
and Q CYBER TECHNOLOGIES LIMITED

Defendant(s).

Case No: 4:19-cv-07123-PJH

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Ian Shapiro__, an active member in good standing of the bar of __New York State__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Travis LeBlanc__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 55 Hudson Yards, 43rd Floor<br>New York, New York  10001 | 101 California St., 5th Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 479-6000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 693-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>ishapiro@cooley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>tleblanc@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __4002408__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/04/2020

Ian Shapiro
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Ian Shapiro__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 4, 2020

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT & MAGISTRATE JUDGE