COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
JOSEPH MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar No. 370586) (admitted *pro hac vice*)
(mdreeben@omm.com)
1625 I Street NW
Washington, D.C. 20006
Telephone: (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendant. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF DANIEL J. GROOMS IN SUPPORT OF MOTION TO SEAL DOCUMENTS RELATED TO REPLY BRIEF IN SUPPORT OF MOTION TO DISQUALIFY PURSUANT TO L.R. 79-5(D)**<br><br>Date:       June 24, 2020<br>Time:       2:00 p.m.<br>Courtroom: 3<br>Judge:      Hon. Phyllis J. Hamilton |

**REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED**

I, Daniel J. Grooms, declare:

1. I am a partner with the law firm of Cooley LLP and counsel for Plaintiffs WhatsApp Inc. ("WhatsApp") and Facebook, Inc. in this matter. I make this declaration in support of WhatsApp's Administrative Motion to Seal Documents Related to WhatsApp's Reply Brief in Support of its Motion to Disqualify Defense Counsel. The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could competently testify to the truth of each statement.

2. King & Spalding LLP, counsel to Defendants in this case, previously represented WhatsApp in a sealed matter in the ▮▮▮▮▮ brought by the ▮▮▮▮▮ ("the Government").

▮▮▮▮▮

1
2
3

4    6.    The following portions of the documents submitted in support of WhatsApp's Reply Brief in support of its Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter contain, summarize, or tend to reveal information that is subject to the sealing order in the ▮▮▮▮▮ (including the district and nature of the matter):

   a. Lines 1:2-3, 1:4-5, 1:10; 2:17-21, 3:5-6, 3:22-24, 7:2-4, 7:9, 7:16-17, 7:19-22, 7:23-24, 7:24-25, 7:25-27, 7:27-8:2, 9:20, 10:3-5, 10:6-9, 10:10-12, 10:13-15, and 10:24-26 of WhatsApp's Reply Brief in support of Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter;

   b. Lines 2:9-10, 2:10-11, 2:12-3:3, 3:7, and 3:16 of the June 5, 2020 Declaration of Daniel J. Grooms in Support of Motion to Seal Documents Related to Reply Brief in Support of Motion to Disqualify Pursuant to L.R. 79-5(d) (this document); and

   c. Lines 3:4-9 of the June 5, 2020 Proof of Service by Adriana Vera.

7.    Due to its obligations to comply with the sealing order in the ▮▮▮▮▮, WhatsApp has proposed redactions that encompass the aforementioned information pursuant to Local Rule 79-5(d). WhatsApp has conferred with the Government regarding these redactions of information relating to the prior matter, and the Government has indicated it agrees with the redactions proposed by WhatsApp.

8.    Lines 9:22-24 and 10:16-18 of the Reply Brief also contain information relating to King & Spalding's prior representation of WhatsApp that is protected by the attorney-client privilege and/or the work product doctrine. WhatsApp accordingly seeks to seal such information to protect confidences shared with King & Spalding during the prior representation.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2020, in Falls Church, Virginia.

*/s/ Daniel J. Grooms*
Daniel J. Grooms