```
COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
JOSEPH MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No.
219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar No.
370586) (admitted *pro hac vice*)
(mdreeben@omm.com)
1625 I Street NW
Washington, D.C. 20006
Telephone: (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendant. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING WHATSAPP'S MOTION TO SEAL DOCUMENTS RELATED TO WHATSAPP'S REPLY BRIEF IN SUPPORT OF MOTION TO DISQUALIFY DEFENSE COUNSEL BASED ON PRIOR REPRESENTATION IN A SEALED MATTER**<br><br>Judge:   Hon. Phyllis J. Hamilton |

Having considered WhatsApp's Administrative Motion to Seal Documents Related to WhatsApp's Reply Brief in Support of WhatsApp's Motion to Disqualify, the Declaration of Daniel J. Grooms (June 5, 2020), and other papers filed contemporaneously therewith:

IT IS HEREBY ORDERED that the following documents shall be filed under seal and sealed from the public record:

| Document | Page/Line Number | Ruling |
|---|---|---|
| WhatsApp's Reply Brief in Support of Motion to Disqualify Defense Counsel Based on Prior Representation in a Sealed Matter | 1:2-3, 1:4-5, 1:10; 2:17-21, 3:5-6, 3:22-24, 7:2-4, 7:9, 7:16-17, 7:19-22, 7:23-24, 7:24-25, 7:25-27, 7:27-8:2, 9:20, 9:22-24, 10:3-5, 10:6-9, 10:10-12, 10:13-15, 10:16-18, 10:24-26 | Granted |
| The Declaration of Daniel J. Grooms in Support of WhatsApp's Motion to Seal Documents Related to Reply Brief Pursuant to LR 79-5(d) (June 5, 2020) | 2:9-10, 2:10-11, 2:12-3:3, 3:7, 3:16 | Granted |
| Proof of Service by Adriana Vera (June 5, 2020) | 3:4-9 | Granted |

IT IS SO ORDERED.

Dated: _____

Honorable Phyllis J. Hamilton
United States District Judge

227161229