# LeBlanc Declaration Exhibit A

| | |
|---|---|
| **From:** | Mornin, Joe |
| **Sent:** | Tuesday, February 4, 2020 8:47 PM |
| **To:** | jakro@kslaw.com; acraig@kslaw.com |
| **Cc:** | Wong, Kyle; LeBlanc, Travis; Grooms, Daniel |
| **Subject:** | WhatsApp, et al. v. NSO Group, et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Joe,

Thank you for speaking with us this afternoon. We appreciate your outreach and stated interest in discussing our clients' pending complaint against NSO Group and Q Cyber Technologies. As you know, at this time, no counsel, including your law firm, has entered an appearance on behalf of the defendants in the lawsuit. We are fully amenable to working in the future with any counsel of record to develop a proposal to the Court containing an appropriate briefing schedule. However, at this time, we are not able to pursue such a discussion until you or other counsel enter your appearance with the Court. We look forward to talking further once you have appeared as an attorney of record.

Regards,
Joe

Joseph D. Mornin
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
+1 415 693 2176 office
jmornin@cooley.com
Bio: cooley.com/jmornin