# LeBlanc Declaration Exhibit B

| | |
|---|---|
| **From:** | Grooms, Daniel |
| **Sent:** | Wednesday, February 12, 2020 8:43 AM |
| **To:** | jakro@kslaw.com |
| **Cc:** | LeBlanc, Travis; Mornin, Joe; Wong, Kyle; acraig@kslaw.com |
| **Subject:** | WhatsApp, et al. v. NSO Group et al. |

Mr. Akrotirianakis,

I write to follow up on the phone conversation we had yesterday. You proposed that you would enter an appearance and accept service on behalf of the defendants if, in exchange, we would (1) agree to postpone the case management conference and (2) agree to an extended briefing schedule of three months for you to file a Rule 12 motion. We have discussed your proposal with our client. Our view remains the same as in our prior correspondence: we are amenable to working with counsel of record to develop an appropriate briefing schedule, but we cannot pursue that discussion until you or other counsel enter your appearance with the Court.

Thank you,
Daniel Grooms

**Daniel Grooms**
Partner
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
+1 202 776 2042
dgrooms@cooley.com