COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
JOSEPH MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

O'MELVENY & MYERS LLP
MICHAEL R. DREEBEN (D.C. Bar No. 370586) (admitted *pro hac vice*)
(mdreeben@omm.com)
1625 I Street NW
Washington, D.C. 20006
Telephone: (202) 383-5300

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF DANIEL J. GROOMS PURSUANT TO LOCAL RULE 79-5(E)** |

I, Daniel J. Grooms, declare:

1. I am a partner with the law firm of Cooley LLP and counsel for Plaintiffs WhatsApp Inc. ("WhatsApp") and Facebook, Inc. in this matter. I make this declaration pursuant to Local Rule 79-5(e) in response to King & Spalding's Administrative Motion to File Under Seal, filed on May 29, 2020. The information in this declaration is based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could competently testify to the truth of each statement.

2. Exhibits 1 to 25 to the Declaration of Robert M. Thornton (the "Exhibits") (ECF No. 79-24) consist entirely of information relating to King & Spalding's prior representation of WhatsApp that is protected by the attorney-client privilege and/or the work product doctrine. Further, Lines i:6, 1:22-23, 2:21, 4:22-23, 4:25, 5:2, 5:6, 5:8-9, 5:10, 5:11-12, 8:7, 9:27, 15:3, and 17:12 of King & Spalding's Opposition to WhatsApp's Motion to Disqualify (the "Opposition") (ECF No. 79-4), which King & Spalding marked for redaction because they would reveal the nature of the prior representation, also contain information from the prior representation that is covered by attorney-client privilege and/or the work product doctrine. WhatsApp accordingly supports sealing the Exhibits and the excerpts from the Opposition identified herein on the grounds that this information is protected by the attorney-client privilege and/or the work product doctrine.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2020, in Falls Church, Virginia.

*/s/ Daniel J. Grooms*
Daniel J. Grooms