JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California  94104
Telephone:     (415) 397-2222
Facsimile:      (415) 397-6392
Email:           jmcmonigle@longlevit.com
                     jmacgregor@longlevit.com

Specially Appearing For Third Party
KING & SPALDING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**KING & SPALDING LLP'S REQUEST FOR HEARING ON WHATSAPP'S MOTION TO DISQUALIFY**<br><br>Courtroom:     3, Third Floor<br>Judge:            Hon. Phyllis J. Hamilton |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

REQUEST FOR HEARING
4:19-CV-07123-PJH

1    KING & SPALDING hereby submits a Request for Hearing on WhatsApp's Motion to
2 Disqualify (Docket 59-5): Prior to the Covid-19 public health emergency, King & Spalding
3 would have had an opportunity to address at hearing issues raised by WhatsApp in reply,
4 including whether CRPC Rule 1.10(a) (as opposed to 1.10(b) applies), whether CRPC Rule 1.9
5 supports a conclusive presumption, rather than a rebuttable presumption, and whether there is a
6 substantial relationship between the former representation and the current representation.  Given
7 the drastic remedy WhatsApp seeks, King & Spalding respectfully requests a hearing (telephonic,
8 video or, in the event the court re-opens to the public, in person) on WhatsApp's motion to
9 disqualify so that it may address these issues and any others of interest to the court.

Dated:  June 15, 2020.                              LONG & LEVIT LLP

By:   */s/ Jessica R. MacGregor*
    JESSICA R. MACGREGOR
    Specially Appearing For Third Party
    KING & SPALDING LLP

4834-9611-8464, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 2 -

REQUEST FOR HEARING
4:19-CV-07123-PJH