UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS** |

The Court, having heard argument on the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO") to stay discovery pending resolution of their motion to dismiss and having given full consideration of Defendants' motion, all points and authorities filed in support of, and in opposition to, the motion, hereby finds that Defendants' foreign sovereign immunity defense presents good cause to stay discovery pending final resolution of the motion to dismiss.

**GOOD CAUSE THEREFOR APPEARING, IT IS HEREBY ORDERED:**

All discovery in this action is stayed pending the Court's resolution of Defendants' motion to dismiss. If the Court denies Defendants' motion to dismiss for lack of subject-matter jurisdiction, the stay will remain in place until the U.S. Court of Appeals for the Ninth Circuit resolves Defendants' appeal from that decision, or until the expiration of the time within which an appeal can be taken, or until further order of the Court.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
THE HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT JUDGE