| | |
|---|---|
| 1 | Greg D. Andres |
| 2 | Antonio J. Perez-Marques |
|   | Craig T. Cagney |
| 3 | (*pro hac vice* applications to be filed) |
|   | DAVIS POLK & WARDWELL LLP |
| 4 | 450 Lexington Avenue |
|   | New York, New York 10017 |
| 5 | Telephone: (212) 450-4000 |
|   | Facsimile: (212) 701-5800 |
| 6 | Email:   greg.andres@davispolk.com |
|   |             antonio.perez@davispolk.com |
| 7 |             craig.cagney@davispolk.com |

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>       Plaintiffs,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>       Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**NOTICE OF APPEARANCE OF MICAH G. BLOCK** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Micah G. Block of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as counsel on behalf of Plaintiffs WhatsApp Inc. and Facebook, Inc. ("Plaintiffs").  Plaintiffs respectfully request that all pleadings and other documents be addressed to and served upon Micah G. Block using the contact information set forth below.

>Micah G. Block
>DAVIS POLK & WARDWELL LLP
>1600 El Camino Real
>Menlo Park, California 94025
>Telephone: (650) 752-2000
>Facsimile: (650) 752-2111
>Email: micah.block@davispolk.com

Dated:  June 17, 2020                             Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:  */s/ Micah G. Block*
     Micah G. Block (SBN 270712)
     DAVIS POLK & WARDWELL LLP
     1600 El Camino Real
     Menlo Park, California 94025
     Telephone: (650) 752-2000
     Facsimile:  (650) 752-2111
     Email: micah.block@davispolk.com

     Greg D. Andres
     Antonio J. Perez-Marques
     Craig T. Cagney
     (*pro hac vice* applications to be filed)
     DAVIS POLK & WARDWELL LLP
     450 Lexington Avenue
     New York, New York 10017
     Telephone: (212) 450-4000
     Facsimile: (212) 701-5800
     Email:  greg.andres@davispolk.com
             antonio.perez@davispolk.com
             craig.cagney@davispolk.com

     *Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*