Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al. )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>NSO GROUP TECHNOLOGIES )<br>LIMITED, et al. )<br>Defendant(s). ) | Case No: 19-cv-07123<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Craig T. Cagney, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Micah G. Block, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Davis Polk & Wardwell LLP<br>450 Lexington Ave., New York, NY 10017 | Davis Polk & Wardwell LLP<br>1600 El Camino Real, Menlo Park, CA 94025 |
| My telephone # of record:<br>(212) 450-4000 | Local co-counsel's telephone # of record:<br>(650) 752-2000 |
| My email address of record:<br>craig.cagney@davispolk.com | Local co-counsel's email address of record:<br>micah.block@davispolk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5164355.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/17/20                                                                                    Craig T. Cagney
                                                                                                              APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Craig T. Cagney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE