Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>Defendant(s). | Case No: 19-cv-07123-PJH<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Antonio J. Perez-Marques**, an active member in good standing of the bar of **New York**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiffs** in the above-entitled action. My local co-counsel in this case is **Micah G. Block**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Davis Polk & Wardwell LLP<br>450 Lexington Ave., New York, NY 10017 | Davis Polk & Wardwell LLP<br>1600 El Camino Real, Menlo Park, CA 94025 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 450-4000 | (650) 752-2000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| antonio.perez@davispolk.com | micah.block@davispolk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **4168571**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/17/20

Antonio J. Perez-Marques
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Antonio J. Perez-Marques** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 18, 2020

UNITED STATES DISTRICT JUDGE
*Judge Phyllis J. Hamilton*

IT IS SO ORDERED