UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO DISMISS PLAINTIFFS' REQUEST FOR INJUNCTIVE RELIEF** |

The Court, having heard argument on the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO") to dismiss Plaintiffs' request for injunctive relief and having given full consideration of Defendants' motion, all points and authorities filed in support of, and in opposition to, the motion, hereby finds that Plaintiffs lack standing to seek injunctive relief because they do not allege that they face any "imminent" or "certainly impending" future harm.  *Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 408 (2013); *see Phillips v. Apple Inc.*, 725 F. App'x 496, 498 (9th Cir. 2018); *Palmer v. Apple Inc.*, 2016 WL 1535087, at *4 (N.D. Cal. Apr. 15, 2016); *Opperman v. Path, Inc.*, 87 F. Supp. 3d 1018, 1029 (N.D. Cal. 2014); *Matera v. Google Inc.*, 2016 WL 5339806, at *15–16 (N.D. Cal. Sept. 23, 2016).  Accordingly, the Court lacks subject-matter jurisdiction over Plaintiffs' request for an injunction, and the request must be dismissed.  *Clapper*, 568 U.S. at 408.

**GOOD CAUSE THEREFOR APPEARING, IT IS HEREBY ORDERED:**

Plaintiffs' request for injunctive relief is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  _____, 2020

_____
THE HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT JUDGE