Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS**<br><br>Date: July 22, 2020<br>Time: 9:00 a.m.<br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton<br>(Hearing vacated by Dkt. No. 104)<br><br>Action Filed: Oct. 29, 2019 |

1  Before the Court is Defendants NSO Group Technologies Limited and Q Cyber
2  Technologies Limited's Motion to Stay Discovery Pending Resolution of Motion to Dismiss.
3  Having considered the motion and all supporting papers and opposition papers, IT IS HEREBY
4  ORDERED that:
5  Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's Motion
6  to Stay Discovery Pending Resolution of Motion to Dismiss is DENIED.

8  Dated: _____
    _____
9                                  THE HONORABLE PHYLLIS J. HAMILTON
                                    U.S. DISTRICT JUDGE