# EXHIBIT 1



Ian Shapiro
+1 212 479 6441
ishapiro@cooley.com

June 5, 2020

Joseph N. Akrotirianakis
King & Spalding LLP
633 West 5th St.
Suite 6700
Los Angeles, CA 90071
213.443.4313
jakro@kslaw.com

**Re:** *WhatsApp Inc. v. NSO Group Technologies Ltd.*, **No. 4:19-cv-07123 (N.D. Cal.)**

Dear Mr. Akrotirianakis:

As we discussed during our Rule 26(f) conference, we are writing to memorialize our request that defendants preserve certain categories of documents, and ask that you confirm that such documents have been, or will promptly be, preserved:

- Defendants' communications with the clients on whose behalf Defendants targeted WhatsApp users with Defendants' Surveillance Technology,[1] including invoices;

- Documents and communications (as well as any other data or information) relating to the network of Servers that Defendants used to operate Defendants' Surveillance Technology and to transmit data from the targeted devices to Defendants' clients, <u>including complete forensic images of</u> <u>those Servers</u>;[2]

- Documents, communications, source code, and executable code (as well as any other data or information) relating to (i) the reverse engineering of the WhatsApp's app or systems, (ii) the testing of the code used to exploit WhatsApp's app or systems, and (iii) the surveillance software itself—i.e., source code and executable code for Pegasus, Phantom, and any other software developed or used by Defendants to target WhatsApp users or to exploit WhatsApp's app or systems; and

- All information and communications Defendants collected from any WhatsApp user.

---

[1] The term "Surveillance Technology" refers to any technology which could be used to remotely or covertly extract data from mobile devices, including but not limited to the "Phantom system" described in the brochure attached to this letter as Exhibit A and the Pegasus system.
[2] The term "Server" includes any computer system—physical or virtual; owned or rented; and operated by Defendants or any third party, such as a web hosting provider—used by Defendants for any purpose related to the operation of Defendants' software. "Server" also includes any disks or other storage media, including hard drives and databases that were used in conjunction with such computer systems.

# Cooley

Joseph N. Akrotirianakis
May 21, 2020
Page 2

During the conference, you asked us to confirm that Facebook and WhatsApp have preserved documents relating to the identification of the vulnerability in the WhatsApp's service, the investigation of Defendants' exploitation of the vulnerability, the remediation of the vulnerability, and the costs of the all of the foregoing. We can confirm that Plaintiffs have taken reasonable steps to preserve those categories of information.

Sincerely,

*/s/ Ian Shapiro*

Ian Shapiro

# EXHIBIT A





# PHANTOM

## Turn Your Target's Smartphone into an Intelligence Gold Mine

Phantom is an end-to-end cyber intelligence software which remotely and covertly extracts all data from any smartphone. Installation is performed remotely (over the air) with either minimal or no engagement from the target, requires no third party involvement from cell phone carriers, and leaves no traces whatsoever on the device. Covertly gather all data on a target smartphone including: contact list, text messages, call history, emails, instant messaging, call interception, room wiretap, camera snapshots, calendar, GPS tracking, browser history and app data such as Skype and Facebook. Created to answer a void in law enforcement data gathering ability, this field-proven solution is used by intelligence agencies around the world, helping to reduce crime, prevent terrorism and maintain public safety.



## Westbridge Technologies

Westbridge Technologies is the North-American branch of NSO Group, a world-leading cyber intelligence company which provides cutting edge technology in the field of cyber intelligence gathering. Westbridge's product line enables law enforcement and intelligence agencies to remotely and covertly extract crucial intelligence from the most commonly used mobile devices. These breakthrough systems were developed in order to provide governments with a way to address the communications interception challenges in today's highly dynamic cyber battlefield.

What makes Westbridge unique is the combination of technical expertise with a strong operational and intelligence background, combined with an understanding of the legal framework. These powerful synergies are reflected in the creativity of our solutions and drive unmatched value for our customers.

- Based in Bethesda, MD, Westbridge Technologies was founded in 2014 as the North American branch of the international company NSO Group.
- NSO Group was founded in 2010. The company is privately owned, with the majority ownership held by an American private equity firm.
- NSO Group is the provider of a variety of unique cyber intelligence systems, focused on extracting critical information from mobile devices.
- The company has a strong global customer base, which includes leading intelligence organizations and law enforcement agencies throughout Asia, Africa, Europe and Latin America.
- 85% of the company's resources are focused on research and development

## THE PHANTOM ADVANTAGE

The Phantom system enables intelligence organizations and law enforcement agencies to produce invaluable intelligence by extracting and monitoring crucial data from mobile devices:

- **Unlimited access to the target's mobile devices** - Installation is performed remotely (over-the-air) with either minimal or no engagement from the target.
- **Independent solution** - No cooperation with third party is required (AT&T, Verizon, Apple, Google)
- **Voice interception** – Monitor voice and VoIP calls in real-time.
- **Application monitoring** – Monitor a multitude of applications including Skype, WhatsApp, Viber, Facebook and Blackberry Messenger (BBM).
- **Bridge the intelligence gap** – Collect unique types of information (Photos, Instant Messaging, Passwords, etc.) which assist in building an accurate and comprehensive intelligence panorama.
- **Handle encrypted content and devices** - Overcome encryption, SSL, proprietary protocols and any hurdle introduced by the complex communications world.
- **Supports the most popular smartphones today** – iPhone, Samsung, Motorola, LG, Blackberry, Sony, etc.
- **Superior Geo-location** – Track targets and get accurate positioning information using GPS. **Persistent tracking** – Identify and warn against the use of multiple SIM cards with a single target, Phantom can endure the mobile device factory reset.
- **Modular capabilities** – Phantom's capabilities can be customized to the client's specific needs and regulations

We welcome your questions, inquires and feedback.