# EXHIBIT 2

# KING & SPALDING

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Tel: +1 213 443 4355
Fax: +1 213 443 4310
www.kslaw.com

Joseph N. Akrotirianakis
Partner
Direct Dial: +1 213 443 4313
Direct Fax: +1 213 443 4310
jakro@kslaw.com

June 17, 2020

**VIA EMAIL**
Ian Shapiro, Esq.
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157

Re:   *WhatsApp Inc. and Facebook, Inc. v. NSO Group Techs. Ltd. and Q Cyber Techs. Ltd.*

Dear Mr. Shapiro:

This letter responds to your letter of June 5, 2020, related to document preservation. We can confirm that Defendants have taken reasonable steps to preserve the categories of documents identified in your letter, to the extent those documents are within Defendants' custody and control. This confirmation, however, should not be taken as a representation that Defendants in fact have, within their custody and control, documents that are responsive to each (or any) of the categories identified in your letter.

Very truly yours,

Joseph N. Akrotirianakis

JNA:wt

cc:   A. Craig
      D. Grooms and T. LeBlanc (both Cooley)