# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 4:19-cv-07123-PJH

Date case was first filed in U.S. District Court: 10/29/2019

Date of judgment or order you are appealing: 07/16/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes    ☐ No    ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

NSO Group Technologies Limited; Q Cyber Technologies Limited

Appeal of issues covered by the collateral order doctrine. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 468 (1978).

Is this a cross-appeal?   ☐ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Joseph N. Akrotirianakis

King & Spalding LLP, 633 West Fifth Street, Suite 1600

City: Los Angeles    State: CA    Zip Code: 90071

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Joseph N. Akrotirianakis    **Date** 07/21/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                          Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

NSO Group Technologies Limited
Cyber Technologies Limited

Name(s) of counsel (if any):

King & Spalding LLP
Joseph N. Akrotirianakis
Aaron S. Craig

Address: 633 West Fifth Street, Suite 1600, Los Angeles, CA 90071

Telephone number(s): (213) 443-4355

Email(s): jakro@kslaw.com, acraig@kslaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

WhatsApp Inc.
Facebook, Inc.

Name(s) of counsel (if any):

Davis Polk & Wardwell LLP
Antonio J. Perez-Marques
Craig Cagney

Address: 450 Lexington Ave., New York, NY 10017

Telephone number(s): (212) 450-4000

Email(s): antonio.perez@davispolk.com, craig.cagney@davispolk.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        1                            *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
WhatsApp Inc.
Facebook, Inc.

Name(s) of counsel (if any):
Davis Polk & Wardwell LLP
Greg D. Andres

Address: 450 Lexington Ave., New York, NY 10017

Telephone number(s): (212) 450-4000

Email(s): greg.andres@davispolk.com

Name(s) of party/parties:
WhatsApp Inc.
Facebook, Inc.

Name(s) of counsel (if any):
Davis Polk & Wardwell LLP
Micah Galvin Block

Address: 1600 El Camino Real, Menlo Park, CA 94025

Telephone number(s): (650) 752-2023

Email(s): micah.block@davispolk.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   *2*                                   New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
WhatsApp Inc.
Facebook, Inc.

Name(s) of counsel (if any):
Cooley LLP
Travis LeBlanc, Joseph D. Mornin, Kyle C. Wong, Michael G. Rhodes

Address: 101 California St., 5th Floor, San Francisco, CA 94111

Telephone number(s): (415) 693-2178

Email(s): tleblanc@cooley.com, jmornin@cooley.com, kwong@cooley.com, mrhodes@cooley.com

Name(s) of party/parties:
WhatsApp Inc.
Facebook, Inc.

Name(s) of counsel (if any):
Cooley LLP
Daniel Joseph Grooms, Elizabeth B. Prelogar

Address: 1299 Pennsylvania Ave., NW, Washington, DC 20004

Telephone number(s): (202) 842-7800

Email(s): dgrooms@cooley.com, eprelogar@cooley.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                3                           New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ◯ Yes   ◯ No

**Appellees**

Name(s) of party/parties:
WhatsApp Inc.
Facebook, Inc.

Name(s) of counsel (if any):
Cooley LLP
Ian Shapiro

Address: 55 Hudson Yards, New York, NY 10001

Telephone number(s): (212) 479-6000

Email(s): ishapiro@cooley.com

Name(s) of party/parties:
WhatsApp Inc.
Facebook, Inc.

Name(s) of counsel (if any):
O'Melveny & Myers LLP
Michael R. Dreeben

Address: 1625 Eye Street, NW, Washington, DC 20006

Telephone number(s): (202) 383-5300

Email(s): mdreeben@omm.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　　*4*　　　　　　　　　　　　　　New 12/01/2018