1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION FOR ENTRY OF PROTECTIVE ORDER** |

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF PROTECTIVE ORDER

Case No. 4:19-cv-07123-PJH

1  The Court, having considered all filings in support of, and in opposition to, the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited for entry of a protective order in the form attached as Exhibit A to Defendants' motion for entry of a protective order, and GOOD CAUSE THEREFOR APPEARING:

The Court hereby approves and enters the proposed protective order attached as Exhibit A to Defendants' motion.  The parties shall comply with the terms of that order.

IT IS SO ORDERED.

Dated: _____, 2020

_____
THE HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT JUDGE