1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

| | |
|---|---|
| 11  WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
| 12 | **[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO SHORTEN DEADLINES FOR MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| 13          Plaintiffs, | |
| 14       v. | |
| 15  NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| 16 | |
| 17          Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

The Court, having considered all filings in support of, and in opposition to, the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited for an order shortening deadlines relevant to Defendants' motion for entry of a protective order, and GOOD CAUSE THEREFOR APPEARING, ORDERS:

Plaintiffs shall file their opposition or other response to Defendants' motion for entry of a protective order within four court days of this order. Defendants shall not file a reply in support of their motion.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
THE HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT JUDGE