Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY**<br><br>**DISCOVERY MATTER**<br><br>Date:    September 9, 2020<br>Time:    9:00 a.m.<br>Ctrm:    3<br>Judge:  Hon. Phyllis J. Hamilton<br><br><br>Action Filed: October 29, 2019 |

1  Before the Court is Plaintiffs' Motion to Compel Discovery. Having considered the motion
2  and all supporting papers and opposition papers, IT IS HEREBY ORDERED that:
3  Plaintiffs' Motion to Compel Discovery is GRANTED.

Dated: _____   _____
THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE