1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO STAY PENDING APPEAL** |

The Court, having considered all filings in support of, and in opposition to, the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited to stay pending appeal, and GOOD CAUSE THEREFOR APPEARING:

1. The motion is hereby GRANTED.

2. All proceedings that would impose litigation burdens on Defendants pending the final resolution of their appeal of the Court's order denying their motion to dismiss for lack of subject-matter jurisdiction are hereby STAYED.

3. Plaintiffs may file an amended complaint as previously ordered (Dkt. No. 111 at 45), but Defendants' deadlines for responsive pleadings are STAYED.

IT IS SO ORDERED.

Dated: _____, 2020

_____
THE HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT JUDGE