Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO SHORTEN DEADLINES FOR MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Ctrm:   3<br>Before the Honorable Phyllis J. Hamilton<br><br>Action Filed: Oct. 29, 2019 |

1   Before the Court is Defendants' Motion to Shorten Deadlines for Motion for Entry of
2   Protective Order. Having considered the motion and all supporting papers and opposition papers,
3   IT IS HEREBY ORDERED that:
4   Defendants' Motion to Shorten Deadlines for Motion for Entry of Protective Order (Dkt.
5   No. 115) is DENIED.
6   Defendants' Motion for Entry of Protective Order (Dkt. No. 114) is also DENIED as
7   premature.
8   The parties are ordered to resume their meet-and-confer process as to a general protective
9   order. The parties shall submit either a stipulated protective order, or a joint submission of disputed
10  issues, within four (4) days of entry of this Order.

12  Dated: _____           _____
13                                           THE HONORABLE PHYLLIS J. HAMILTON
                                             U.S. DISTRICT JUDGE