|   |   |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO EXTEND TIME TO OPPOSE PLAINTIFFS' MOTION TO COMPEL** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

The Court, having considered all filings in support of, and in opposition to, the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited for an order extending Defendants' deadline to oppose Plaintiffs' motion to compel, and GOOD CAUSE THEREFOR APPEARING, ORDERS:

1. Defendants shall file their opposition to Plaintiffs' motion to compel within ten days after the entry of a Protective Order in this case.

2. Plaintiffs shall file their opposition to Defendants' motion for a stay pending appeal within ten days after the entry of a Protective Order in this case.

3. Seven days after receiving an opposition brief referenced in the preceding paragraphs 1 and 2, Plaintiffs shall file their reply, if any, in support of the motion to compel, and Defendants shall file their reply, if any, in support of the motion for a stay pending appeal.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
THE HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT JUDGE