Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **PLAINTIFFS' STATEMENT REGARDING DEFENDANTS' MOTION TO EXTEND TIME TO OPPOSE PLAINTIFFS' MOTION TO COMPEL** |

On August 7, 2020, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (together, "NSO") filed a motion seeking to extend time for NSO's opposition to Plaintiffs' Motion to Compel Discovery, which is currently due on August 19, 2020. *See* Dkt. No. 116.  Plaintiffs take no position on the request for an extension of time to oppose the Motion to Compel Discovery, and are prepared to proceed on whatever briefing schedule the Court prefers.

Insofar as NSO's motion to extend time for the opposition is predicated on arguments regarding information that NSO says it is "unable to disclose" until a protective order has been entered (*see* Dkt. No. 119 at 1), Plaintiffs incorporate by reference their arguments on that issue as set forth in Plaintiffs' Opposition to Defendants' Motion to Shorten Deadlines for Motion for Entry of Protective Order.  *See generally* Dkt. No. 118.  Plaintiffs continue to press NSO to complete negotiations on a stipulated protective order and believe that can occur—and a protective order can be entered—without need to delay proceedings on Plaintiffs' Motion to Compel Discovery.

| | |
|---|---|
| Dated:  August 11, 2020 | Respectfully Submitted, |
| | DAVIS POLK & WARDWELL LLP |
| | By: */s/ Micah G. Block* |
| | Greg D. Andres |
| | Antonio J. Perez-Marques |
| | Craig T. Cagney |
| | (admitted *pro hac vice*) |
| | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| | Facsimile: (212) 701-5800 |
| | Email: greg.andres@davispolk.com |
| | antonio.perez@davispolk.com |
| | craig.cagney@davispolk.com |
| | |
| | Micah G. Block (SBN 270712) |
| | DAVIS POLK & WARDWELL LLP |
| | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| | Email: micah.block@davispolk.com |
| | |
| | *Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.* |