UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | Case No. 19-cv-07123-PJH<br><br>**ORDER GRANTING MOTION TO EXTEND AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 119 |

    Before the court is defendants' motion to extend time, (Dkt. 119), for them to file an opposition to plaintiffs' motion to compel, (Dkt. 116). Defendants request that the court set a briefing schedule whereby they would not file an opposition until ten days after the entry of a protective order.[1] Plaintiffs filed a statement regarding defendants' motion indicating that they take no position on the request for an extension of time to oppose their motion to compel. Dkt. 121.

    Defendants explain that the only reason for them to request an extension of the briefing schedule is because the parties do not have a protective order in place that would permit defendants to share information with plaintiffs. Dkt. 119 at 2. The court agrees that extending the briefing schedule is warranted.

    For the foregoing reasons, the court GRANTS the motion and SETS the following

---

[1] Defendants also state that they would not object to an equivalent extension of plaintiffs' deadline to oppose defendants' pending motion to stay pending appeal. Dkt. 119 at 1 n.2. Plaintiffs have not moved the court to extend their briefing schedule and, therefore, the court takes no action on the briefing schedule for defendants' motion to stay pending appeal.

briefing schedule.  Defendants shall file their opposition to plaintiffs' motion to compel on or before September 2, 2020 and plaintiffs shall file their reply, if any, in support of the motion to compel on or before September 9, 2020.

**IT IS SO ORDERED.**

Dated: August 17, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge