# EXHIBIT B

| | |
|---|---|
| **From:** | Akrotirianakis, Joe <JAkro@KSLAW.com> |
| **Sent:** | Friday, July 31, 2020 11:34 AM |
| **To:** | Block, Micah G.; Perez-Marques, Antonio J.; Noller, Matt; Craig, Aaron |
| **Cc:** | Andres, Greg D. |
| **Subject:** | RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order |
| **Attachments:** | ND_Cal_Patent_Highly_Sensitive_Model_Prot_Ord_Revised.docx |

Tony –

We have been back and forth for approaching two weeks to reach agreement on a comprehensive protective order, but some stumbling blocks remain. In the meantime, we have discovery and other important confidential information that bears on discovery to share with you on an attorney's eyes only basis, and we need a protective order to allow us to do so.

Rather than waiting to hash out our differences on the comprehensive protective order, we propose to enter the attached limited order. You can raise any proposed further disclosure with us and the Court after you get the information, but it is important that you have the confidential information now so we can engage in a candid discussion about it.

I can assure you that you will understand our need for the protective order when you see the information. I would appreciate it if you would approve the enclosed stipulation so we can proceed expeditiously.

Joe

---

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

---

**From:** Block, Micah G. <micah.block@davispolk.com>
**Sent:** Friday, July 31, 2020 9:49 AM
**To:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Akrotirianakis, Joe <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

**\*\*External Sender\*\***
Joe/all –

Please find attached a revised draft protective order, plus a comparison to your draft from last week.

Best,
Micah

---

**From:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Sent:** Thursday, July 30, 2020 6:43 AM
**To:** 'Akrotirianakis, Joe' <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron

<ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Joe - we are discussing with our clients and expect to get you comments shortly. We would like to have a call this afternoon to confirm NSO's position concerning the effect (if any) of the noticed appeal on discovery.  Please let us know when you are available.

Best,

Tony



**Antonio J. Perez-Marques**
**Davis Polk & Wardwell** LLP
450 Lexington Avenue  |  New York, NY 10017
+1 212 450 4559 tel  |  +1 917 504 7980 mobile
antonio.perez@davispolk.com

---

**From:** Akrotirianakis, Joe <JAkro@KSLAW.com>
**Sent:** Wednesday, July 29, 2020 11:55 PM
**To:** Block, Micah G. <micah.block@davispolk.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Andres, Greg D. <greg.andres@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Counsel:  Following up on this.

---

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

---

**From:** Akrotirianakis, Joe
**Sent:** Tuesday, July 28, 2020 3:05 PM
**To:** 'Block, Micah G.' <micah.block@davispolk.com>; Noller, Matt <mnoller@kslaw.com>; Craig, Aaron <acraig@kslaw.com>
**Cc:** 'Perez-Marques, Antonio J.' <antonio.perez@davispolk.com>; 'Andres, Greg D.' <greg.andres@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Counsel, do you have further comments on this proposed protective order, or is it acceptable to Facebook?  We'd like to present it to the Court  once we have an agreement on the terms.

---

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

**From:** Akrotirianakis, Joe
**Sent:** Friday, July 24, 2020 6:16 PM
**To:** 'Block, Micah G.' <micah.block@davispolk.com>; Noller, Matt <mnoller@kslaw.com>; Craig, Aaron <acraig@kslaw.com>
**Cc:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Andres, Greg D. <greg.andres@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Micah,

Our comments on the proposed protective order are attached.  Happy to discuss them with you.

Our comments are in redline on top of your version.

I didn't try to fix the location of the style or reinserting the pleading paper macro, but that is required, as I understand.

Joe

---

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

**From:** Block, Micah G. <micah.block@davispolk.com>
**Sent:** Tuesday, July 21, 2020 4:48 PM
**To:** Akrotirianakis, Joe <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Andres, Greg D. <greg.andres@davispolk.com>
**Subject:** WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

**External Sender**
Joe and team –

Please find attached a proposed Stipulated Protective Order for this matter.  It is based on the ND Cal model and we have included a comparison for convenience.  If this looks good to you, we're happy to take care of filing.  To the extent you would like to discuss changes, can we see any counterproposal on Thursday of this week?

Thanks,
Micah

**Micah G. Block**
Pronouns: He/Him/His

**Davis Polk & Wardwell LLP**
1600 El Camino Real  |  Menlo Park, CA 94025
+1 650 752 2023 tel  |  +1 650 353 6257 mobile
micah.block@davispolk.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not

authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.