# EXHIBIT E

**From:** Craig, Aaron <ACraig@KSLAW.com>
**Sent:** Friday, August 7, 2020 12:07 PM
**To:** Block, Micah G.
**Cc:** Akrotirianakis, Joe; Perez-Marques, Antonio J.; Andres, Greg D.; Noller, Matt
**Subject:** Re: Extending Time re Motion to Compel

Micah:  Thank you for your response about stipulating to the extension of time.  We will proceed accordingly.

Your "understanding" of our correspondence as rejecting your proposal to meet and confer about the comprehensive protective order is an unreasonable interpretation of the emails, and, for the avoidance of doubt, simply wrong.  We are very interested in meeting and conferring and trying to reach agreement on a comprehensive protective order.  I don't know now whether we will be able to do so on Monday, and I don't know whether this will be a "final" meet and confer or not.  But we will let you know when we have more information about when we can continue these discussions.

Aaron

On Aug 7, 2020, at 8:34 AM, Block, Micah G. <micah.block@davispolk.com> wrote:

 **External Sender**
Joe – For the reasons in Tony's email below, and in light of your responses, we cannot agree to extend the Court's deadlines on our motion.  We understand your responses also to reject our proposal of a final meet and confer on the protective order on Monday.

From: Akrotirianakis, Joe <JAkro@KSLAW.com>
Sent: Thursday, August 6, 2020 8:20 PM
To: Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Craig, Aaron <ACraig@KSLAW.com>
Cc: Block, Micah G. <micah.block@davispolk.com>; Andres, Greg D. <greg.andres@davispolk.com>; Noller, Matt <MNoller@KSLAW.com>
Subject: RE: Extending Time re Motion to Compel

Tony, let's just have a yes or no on the motion Aaron is asking about and not attempt try to tie it to all kinds of other things in the case or otherwise use it as leverage.  If you need to discuss it, we are available at 10 a.m. PT tomorrow.  If that's not convenient, please propose another time, but it is a simply issue that we should be able to have the answer on tomorrow, whether or not we need to have a 'practical discussion' about it.

___

Joseph N. Akrotirianakis
Partner

T: +1 213 443 4313  |  E: jakro@kslaw.com<mailto:jakro@kslaw.com>

From: Perez-Marques, Antonio J. <antonio.perez@davispolk.com<mailto:antonio.perez@davispolk.com>>
Sent: Thursday, August 6, 2020 6:26 PM
To: Craig, Aaron <ACraig@KSLAW.com<mailto:ACraig@KSLAW.com>>
Cc: Block, Micah G. <micah.block@davispolk.com<mailto:micah.block@davispolk.com>>; Andres, Greg D. <greg.andres@davispolk.com<mailto:greg.andres@davispolk.com>>; Akrotirianakis, Joe

<JAkro@KSLAW.com<mailto:JAkro@KSLAW.com>>; Noller, Matt <MNoller@KSLAW.com<mailto:MNoller@KSLAW.com>>
Subject: Re: Extending Time re Motion to Compel

**External Sender**
Aaron,

The opposition to the motion to compel is not due until August 19.<x-apple-data-detectors://0>  If you have specific information that you believe needs to be shared with us and the Court on an urgent basis, and which you feel you need to reference in that opposition, then we remain willing to work with you on appropriate protections for that specific information so it can be shared without delay.  That would eliminate any need to disrupt the Court's briefing schedule on our motion to compel and would also moot both your motion for entry of a protective order and motion to shorten time, allowing those motions to be cleared from the Court's docket.  We believe this issue can be resolved with a practical discussion of what restrictions you think should apply to this information.  We are available to discuss that issue tonight.

Further, we propose setting Monday, August 10<x-apple-data-detectors://2>th<x-apple-data-detectors://2>as our final meet and confer on the comprehensive protective order for submission to the Court.

Best,

Tony


Antonio J. Perez-Marques
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212 450 4559   tel
212 701 5559   fax
antonio.perez@davispolk.com<mailto:antonio.perez@davispolk.com>

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy policy located at www.davispolk.com<http://www.davispolk.com> for important information on this policy.

On Aug 6, 2020, at 6:13 PM, Craig, Aaron <ACraig@kslaw.com<mailto:ACraig@kslaw.com>> wrote:

Counsel:  As we have informed you and the Court [Docket No. 114], we are in possession of information that directly affects the orderly administration of the case that we are unable to share with you in the absence of a protective order.  This information squarely relates to the issues raised in the motion to compel you filed yesterday.  Without a protective order that allows us to disclose this information to you and to the Court (under seal), any opposition to the motion to compel that we would file would necessarily be materially misleading.  Accordingly, we intend to ask the Court to change the time to oppose the motion to compel to a date after September 9, 2020 (which is the date for which our

motion for entry of a protective order is noticed).  Please let us know by tomorrow at 3:00 p.m. PDT if you are willing to stipulate to this change.  If you would like to discuss this, we can be available for a call this afternoon or tomorrow.

_____

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.<https://www.kslaw.com/pages/privacy-notice>