# EXHIBIT F

| | |
|---|---|
| **From:** | Craig, Aaron <ACraig@KSLAW.com> |
| **Sent:** | Monday, August 17, 2020 4:37 PM |
| **To:** | Block, Micah G.; Akrotirianakis, Joe; Noller, Matt |
| **Cc:** | Andres, Greg D.; Perez-Marques, Antonio J. |
| **Subject:** | RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order |

I would love to be able to tell you that we can withdraw this motion, but because we're in deposition, we haven't been able to analyze your new revisions to the protective order, let alone discuss them with our clients in Israel. In light of that, while I agree that it seems like we were very close on the "comprehensive" protective order, I don't see how we can withdraw Docket No. 114 right now.

**From:** Block, Micah G. <micah.block@davispolk.com>
**Sent:** Monday, August 17, 2020 4:16 PM
**To:** Craig, Aaron <ACraig@KSLAW.com>; Akrotirianakis, Joe <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

**External Sender**
Thanks Aaron. It's the one I specified in the email -- our opposition to NSO's motion for entry of a protective order, which is Dkt. No. 114.

**From:** Craig, Aaron <ACraig@KSLAW.com>
**Sent:** Monday, August 17, 2020 4:13 PM
**To:** Block, Micah G. <micah.block@davispolk.com>; Akrotirianakis, Joe <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Joe and I are in deposition right now and we won't be able to analyze the changes you've made to 14.3 until after we're done.

What opposition do you have as being due today? We are unsure of which motion you are referring to?

**From:** Block, Micah G. <micah.block@davispolk.com>
**Sent:** Monday, August 17, 2020 2:17 PM
**To:** Akrotirianakis, Joe <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

**External Sender**
Hi Joe –

The attached reflects a few further revisions to 14.3, which are intended to ensure that a Receiving Party will have adequate information to consider any invocation of a foreign export control law. We are reviewing for proofing/formatting, but with these changes the language is substantively acceptable to Plaintiffs in the event that it is likewise acceptable to Defendants. (As I have noted, in the event we are unable to agree, Plaintiffs reserve rights to depart from the proposed compromise positions offered for discussion here in any submission to the Court.)

We understand your representation below regarding source code production and anticipate following the procedures laid out in the order to determine whether production can be made in the United States.  Also, we are not ruling out at this time the possibility that the parties may ultimately agree to an interim or alternative production/inspection elsewhere (in Israel or in some other country).

Plaintiffs are willing to agree that the parties shall treat the terms of a stipulated order as binding once submitted to the Court, subject of course to any alteration the Court may make when entering the order.

As you know, Plaintiffs' opposition to NSO's motion for entry of protective order is due today.  **Will NSO withdraw that motion?**  A stipulation should moot it.  And please consider withdrawing that motion even if we do not reach a stipulation today – I think we are very close, and whether we end up with a stipulation or a joint motion presenting remaining disputes, there are obviously very few disputes now, and the negotiated version should prevail over the one attached to NSO's motion.

Thanks,
Micah

---

**From:** Akrotirianakis, Joe <JAkro@KSLAW.com>
**Sent:** Monday, August 17, 2020 12:04 PM
**To:** Block, Micah G. <micah.block@davispolk.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Micah,

Is this formulation of the protective order acceptable to Facebook?

As we discussed, NSO's understanding is that there is not a K&S office where source code can lawfully be made available for inspection.  We discussed the possibility of another mutually agreeable location in Israeli where source code can potentially be made available for review consistent with the requirements of Israel's Export Control Law.

If this language is acceptable to Facebook, can we agree the parties will treat the protective order as being in effect between time it is submitted to the court and the time the court enters it?

Joe

---

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313   |   E: jakro@kslaw.com

---

**From:** Block, Micah G. <micah.block@davispolk.com>
**Sent:** Sunday, August 16, 2020 6:31 PM
**To:** Akrotirianakis, Joe <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

**External Sender**
Hi Joe –

Please find attached for discussion a revised proposal, which I believe addresses the issues we discussed on Friday.  The tracked changes should show edits against our Friday version except for formatting and the like (absent clerical error).

I'm hopeful that we are at or near agreement on a stipulated order.  However, if we are unable to reach agreement, Facebook reserves rights to depart from the proposed compromise positions offered for discussion here in any submission to the Court.

Thanks,
Micah

---

**From:** Akrotirianakis, Joe <JAkro@KSLAW.com>
**Sent:** Friday, August 14, 2020 3:35 PM
**To:** Block, Micah G. <micah.block@davispolk.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

I will call in a few minutes.

---

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

---

**From:** Block, Micah G. <micah.block@davispolk.com>
**Sent:** Friday, August 14, 2020 12:14 PM
**To:** Akrotirianakis, Joe <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

**External Sender**
Hi Joe –

How about 3:30 PT?

Thanks,
Micah

---

**From:** Akrotirianakis, Joe <JAkro@KSLAW.com>
**Sent:** Friday, August 14, 2020 11:01 AM
**To:** Block, Micah G. <micah.block@davispolk.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Micah, I have comments, as we discussed.  Would you let me know when you can discuss?  I have a number of calls and meetings today, but hopefully we have some time that will work for both of us.

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313   |   E: jakro@kslaw.com

---

**From:** Block, Micah G. <micah.block@davispolk.com>
**Sent:** Thursday, August 13, 2020 11:48 AM
**To:** Akrotirianakis, Joe <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

**External Sender**
Joe –

Here are Facebook's further edits to the proposed protective order.  I've tried to show changes against your version in tracked changes here, except for some formatting clean-up not tracked.   I'm also attaching a comparison in case the tracked-changes tool missed anything.

I'm available to discuss any of the few remaining issues today after 4pm PT or tomorrow in the 10-3 PT window.

Thanks,
Micah

---

**From:** Akrotirianakis, Joe <JAkro@KSLAW.com>
**Sent:** Tuesday, August 11, 2020 3:32 PM
**To:** Block, Micah G. <micah.block@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Micah, Our responsive comments are attached.  Let us know when you would like to discuss them.  There are about three instances where there is not ground to give.  So, we could have a discussion about alternative language, but if the concepts are unacceptable, then we should just ask the court to decide.  I think in each of these cases, defendants are in favor of the model order language.

---

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313   |   E: jakro@kslaw.com

---

**From:** Block, Micah G. <micah.block@davispolk.com>
**Sent:** Friday, July 31, 2020 3:15 PM
**To:** Akrotirianakis, Joe <JAkro@KSLAW.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

**External Sender**
Happy to discuss, Joe.  I'm available Monday after 2 Pacific, except 4:30-5.  Does something in that window work for you?

**From:** Akrotirianakis, Joe <JAkro@KSLAW.com>
**Sent:** Friday, July 31, 2020 2:18 PM
**To:** Block, Micah G. <micah.block@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Micah, Please let me know when you are available to discuss briefly Facebook's comments.  On our noon call, Tony indicated I should take up that discussion with you.

Tony, We are sending over our proposed interim protective order shortly.

Joe

---

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

**From:** Block, Micah G. <micah.block@davispolk.com>
**Sent:** Friday, July 31, 2020 9:49 AM
**To:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Akrotirianakis, Joe <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

**External Sender**
Joe/all –

Please find attached a revised draft protective order, plus a comparison to your draft from last week.

Best,
Micah

**From:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Sent:** Thursday, July 30, 2020 6:43 AM
**To:** 'Akrotirianakis, Joe' <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Joe - we are discussing with our clients and expect to get you comments shortly. We would like to have a call this afternoon to confirm NSO's position concerning the effect (if any) of the noticed appeal on discovery.  Please let us know when you are available.

Best,

Tony

5

**Antonio J. Perez-Marques**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue  |  New York, NY 10017
+1 212 450 4559 tel  |  +1 917 504 7980 mobile
antonio.perez@davispolk.com

---

**From:** Akrotirianakis, Joe <JAkro@KSLAW.com>
**Sent:** Wednesday, July 29, 2020 11:55 PM
**To:** Block, Micah G. <micah.block@davispolk.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Andres, Greg D. <greg.andres@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Counsel:  Following up on this.

---

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

---

**From:** Akrotirianakis, Joe
**Sent:** Tuesday, July 28, 2020 3:05 PM
**To:** 'Block, Micah G.' <micah.block@davispolk.com>; Noller, Matt <mnoller@kslaw.com>; Craig, Aaron <acraig@kslaw.com>
**Cc:** 'Perez-Marques, Antonio J.' <antonio.perez@davispolk.com>; 'Andres, Greg D.' <greg.andres@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Counsel, do you have further comments on this proposed protective order, or is it acceptable to Facebook?  We'd like to present it to the Court  once we have an agreement on the terms.

---

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

---

**From:** Akrotirianakis, Joe
**Sent:** Friday, July 24, 2020 6:16 PM
**To:** 'Block, Micah G.' <micah.block@davispolk.com>; Noller, Matt <mnoller@kslaw.com>; Craig, Aaron <acraig@kslaw.com>
**Cc:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Andres, Greg D. <greg.andres@davispolk.com>
**Subject:** RE: WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

Micah,

Our comments on the proposed protective order are attached.  Happy to discuss them with you.

Our comments are in redline on top of your version.

I didn't try to fix the location of the style or reinserting the pleading paper macro, but that is required, as I understand.

Joe

---

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

---

**From:** Block, Micah G. <micah.block@davispolk.com>
**Sent:** Tuesday, July 21, 2020 4:48 PM
**To:** Akrotirianakis, Joe <JAkro@KSLAW.com>; Noller, Matt <MNoller@KSLAW.com>; Craig, Aaron <ACraig@KSLAW.com>
**Cc:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Andres, Greg D. <greg.andres@davispolk.com>
**Subject:** WhatsApp v. NSO Group, No. 4:19-cv-07123-PJH -- Protective Order

**External Sender**
Joe and team –

Please find attached a proposed Stipulated Protective Order for this matter.  It is based on the ND Cal model and we have included a comparison for convenience.   If this looks good to you, we're happy to take care of filing.  To the extent you would like to discuss changes, can we see any counterproposal on Thursday of this week?

Thanks,
Micah


**Micah G. Block**
Pronouns: He/Him/His

**Davis Polk & Wardwell** LLP
1600 El Camino Real  |  Menlo Park, CA 94025
+1 650 752 2023 tel  |  +1 650 353 6257 mobile
micah.block@davispolk.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.