Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY**<br><br>Ctrm: 3<br>Before the Honorable Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

1  WHEREAS, on August 5, 2020, Plaintiffs filed a motion to compel discovery and
2 Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (together,
3 "NSO") filed a motion to stay pending appeal;
4  WHEREAS, on August 7, 2020, NSO filed a motion to extend time to oppose Plaintiffs'
5 motion to compel, wherein NSO stated that it "would not object to an equivalent extension of
6 Plaintiffs' deadline to oppose [the] motion to stay pending appeal," Defs' Mot. to Extend Time at 1
7 n.2, Dkt. No. 119;
8  WHEREAS, on August 17, 2020, the Court granted NSO's motion to extend time and
9 extended NSO's time to oppose Plaintiffs' motion to compel until September 2, and extended
10 Plaintiffs' time to file a reply in support of that motion until September 9, Order, Dkt. No. 122;
11  WHEREAS, NSO's motion to stay and Plaintiffs' motion to compel address overlapping
12 issues, including whether NSO's interlocutory appeal should affect whether discovery proceeds in
13 this Court, *see* Pls' Mot. to Compel at 5-15, Dkt. No. 116; Defs' Mot. to Stay at 1-5, Dkt. No. 117;
14  WHEREAS, the Parties have conferred and have no objection to extending Plaintiffs' time
15 to oppose NSO's motion to stay;
16  NOW, THEREFORE, the Parties hereby stipulate and propose, subject to the approval of
17 the Court, that in the interests of judicial efficiency, the deadlines for Plaintiffs' opposition to
18 NSO's motion to stay and NSO's reply in support of that motion shall be extended to correspond
19 with those set for Plaintiffs' motion to compel in this Court's August 17, 2020 Order, i.e., the
20 opposition will be due on September 2, and the reply will be due on September 9.

1

Dated:  August 18, 2020                    DAVIS POLK & WARDWELL LLP


By:  */s/ Antonio J. Perez-Marques*
     Greg D. Andres
     Antonio J. Perez-Marques
     Craig T. Cagney
     (admitted *pro hac vice*)
     DAVIS POLK & WARDWELL LLP
     450 Lexington Avenue
     New York, New York 10017
     Telephone: (212) 450-4000
     Facsimile: (212) 701-5800
     Email:  greg.andres@davispolk.com
             antonio.perez@davispolk.com
             craig.cagney@davispolk.com

     Micah G. Block (SBN 270712)
     DAVIS POLK & WARDWELL LLP
     1600 El Camino Real
     Menlo Park, California 94025
     Telephone: (650) 752-2000
     Facsimile:  (650) 752-2111
     Email: micah.block@davispolk.com

     *Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*


                                           KING & SPALDING LLP


By:  */s/ Joseph N. Akrotirianakis*
     Joseph N. Akrotirianakis
     Aaron S. Craig
     KING & SPALDING LLP
     633 West Fifth Street, Suite 1700
     Los Angeles, CA 90071
     Telephone: (213) 443-4355
     Email:

     *Attorneys for Defendants NSO Group Technologies Limited And Q Cyber Technologies Limited*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Antonio J. Perez-Marques hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: August 18, 2020              */s/ Antonio J. Perez-Marques*
                                    Antonio J. Perez-Marques

* * *

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:
                                    HONORABLE PHYLLIS J. HAMILTON
                                    U.S. DISTRICT JUDGE