Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY**<br><br>Ctrm: 3<br>Before the Honorable Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Antonio J. Perez-Marques, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York, and a partner with the law firm of Davis Polk & Wardwell LLP, counsel to Plaintiffs WhatsApp Inc. and Facebook, Inc. ("Plaintiffs"), in the above-captioned matter. I am admitted *pro hac vice* in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration in support of the Stipulation and [Proposed] Order Extending Briefing Schedule on Defendants' Motion to Stay (the "Stipulation") filed concurrently herewith.

3. On August 5, 2020, Plaintiffs filed a motion to compel discovery and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (together, "NSO") filed a motion to stay pending appeal.

4. On August 7, 2020, NSO filed a motion to extend time to oppose Plaintiffs' motion to compel, wherein NSO stated that it "would not object to an equivalent extension of Plaintiffs' deadline to oppose [the] motion to stay pending appeal." *See* Defs' Mot. to Extend Time at 1 n.2, Dkt. No. 119. Plaintiffs filed their response on August 11, 2020.

5. On August 17, 2020, the Court granted NSO's motion to extend time and extended NSO's time to oppose Plaintiffs' motion to compel until September 2, and extended Plaintiffs' time to file a reply in support of that motion until September 9. *See* Order Granting Mot. to Extend and Setting Briefing Schedule, Dkt. No. 122.

6. NSO's motion to stay and Plaintiffs' motion to compel address overlapping issues, including whether NSO's interlocutory appeal should affect whether discovery proceeds in this Court. *See* Pls' Mot. to Compel at 5-15, Dkt. No. 116; Defs' Mot. to Stay at 1-5, Dkt. No. 117. In the interest of judicial efficiency, Plaintiffs believe these two motions should be considered together.

7. On August 18, 2020, the parties conferred by email and NSO agreed to the enclosed Stipulation.

8. This is the Parties' fifth request for a time modification. On April 14, 2020, the Court so ordered the Parties' joint stipulation to an enlargement of time for Plaintiff's opposition to NSO's motion to dismiss. Amended Joint Stipulation and Order to Enlarge Time, Dkt. No. 50. On May 20,

1

2020, the Court so ordered the Parties' joint stipulation to an enlargement of time for NSO's opposition to Plaintiffs' motion to disqualify. Amended Order Granting Stipulation to Enlargement of Time, Dkt. No. 74. On August 10, 2020, the Court denied NSO's motion to shorten the deadlines for its motion for entry of a protective order. Order Denying Mot. to Shorten Time, Dkt. No. 120. On August 17, 2020, this Court granted NSO's motion to extend its time to oppose Plaintiffs' motion to compel. *See* Order Granting Mot. to Extend and Setting Briefing Schedule, Dkt. No. 122.

9. The Stipulation would extend the deadlines for the opposition and reply on Defendants' motion to stay to correspond with those set for Plaintiffs' motion to compel in this Court's August 17, 2020 Order, i.e., the opposition will be due on September 2, 2020, and the reply will be due on September 9, 2020.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 18th day of August 2020 in East Hampton, New York.

By: */s/ Antonio J. Perez-Marques*
    Antonio J. Perez-Marques