Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
 (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:  greg.andres@davispolk.com
    antonio.perez@davispolk.com
    craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:  micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY** <br><br> Ctrm: 3 <br> Before the Honorable Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

WHEREAS, on August 5, 2020, Plaintiffs filed a motion to compel discovery and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (together, "NSO") filed a motion to stay pending appeal;

WHEREAS, on August 7, 2020, NSO filed a motion to extend time to oppose Plaintiffs' motion to compel, wherein NSO stated that it "would not object to an equivalent extension of Plaintiffs' deadline to oppose [the] motion to stay pending appeal," Defs' Mot. to Extend Time at 1 n.2, Dkt. No. 119;

WHEREAS, on August 17, 2020, the Court granted NSO's motion to extend time and extended NSO's time to oppose Plaintiffs' motion to compel until September 2, and extended Plaintiffs' time to file a reply in support of that motion until September 9, Order, Dkt. No. 122;

WHEREAS, NSO's motion to stay and Plaintiffs' motion to compel address overlapping issues, including whether NSO's interlocutory appeal should affect whether discovery proceeds in this Court, *see* Pls' Mot. to Compel at 5-15, Dkt. No. 116; Defs' Mot. to Stay at 1-5, Dkt. No. 117;

WHEREAS, the Parties have conferred and have no objection to extending Plaintiffs' time to oppose NSO's motion to stay;

NOW, THEREFORE, the Parties hereby stipulate and propose, subject to the approval of the Court, that in the interests of judicial efficiency, the deadlines for Plaintiffs' opposition to NSO's motion to stay and NSO's reply in support of that motion shall be extended to correspond with those set for Plaintiffs' motion to compel in this Court's August 17, 2020 Order, i.e., the opposition will be due on September 2, and the reply will be due on September 9.

Dated:  August 18, 2020                    DAVIS POLK & WARDWELL LLP


                                            By:  /s/ Antonio J. Perez-Marques
                                                Greg D. Andres
                                                Antonio J. Perez-Marques
                                                Craig T. Cagney
                                                (admitted *pro hac vice*)
                                                DAVIS POLK & WARDWELL LLP
                                                450 Lexington Avenue
                                                New York, New York 10017
                                                Telephone: (212) 450-4000
                                                Facsimile: (212) 701-5800
                                                Email:  greg.andres@davispolk.com
                                                          antonio.perez@davispolk.com
                                                          craig.cagney@davispolk.com

                                                Micah G. Block (SBN 270712)
                                                DAVIS POLK & WARDWELL LLP
                                                1600 El Camino Real
                                                Menlo Park, California 94025
                                                Telephone: (650) 752-2000
                                                Facsimile:  (650) 752-2111
                                                Email: micah.block@davispolk.com

                                                *Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*



                                             KING & SPALDING LLP


                                            By:  /s/ Joseph N. Akrotirianakis
                                                Joseph N. Akrotirianakis
                                                Aaron S. Craig
                                                KING & SPALDING LLP
                                                633 West Fifth Street, Suite 1700
                                                Los Angeles, CA 90071
                                                Telephone: (213) 443-4355
                                                Email:

                                                *Attorneys for Defendants NSO Group Technologies Limited And Q Cyber Technologies Limited*

2

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Antonio J. Perez-Marques hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  August 18, 2020    */s/ Antonio J. Perez-Marques*
  Antonio J. Perez-Marques

* * *

**~~PROPOSED~~ ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Dated:  August 20, 2020   _____
  HONORABLE PHYLLIS J. HAMILTON
  U.S. DISTRICT JUDGE