Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and
Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **STIPULATION REGARDING ENTERING INTERIM PROTECTIVE ORDER** <br><br> Ctrm: 3 <br> Before the Honorable Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

Plaintiffs WhatsApp Inc. and Facebook, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") stipulate as follows:

1.  The parties agree that there is good cause for a protective order to govern discovery in this matter;

2.  The parties have reached agreement on stipulated language for all but one provision in such a protective order;

3.  The one provision as to which a dispute remains is Section 14.3, regarding export control laws, and the parties agree that the protective order should address export control (including foreign export control laws), but have a dispute regarding the appropriate content for that provision;

4.  The parties believe that prompt entry of an interim protective order reflecting the stipulated language will advance the litigation while allowing additional time for the parties to discuss how best to present to the Court their proposals regarding the one provision that remains in dispute;

5.  The parties agree to abide by the terms of the attached proposed interim protective order from the time of this filing until the Court enters a protective order;

6.  Defendants have agreed to withdraw their Motion for Entry of Protective Order (Dkt. No. 114) filed on August 3, 2020 in light of this stipulation and to file their notice of withdrawal as soon as practicable and no later than August 29, 2020; and

7.  The parties respectfully request that the Court enter the attached interim protective order.

STIPULATION REGARDING ENTERING INTERIM PROTECTIVE ORDER
CASE NO. 4:19-CV-07123-PJH

1   Dated:  August 28, 2020                         DAVIS POLK & WARDWELL LLP

2

3
                                                    By:  /s/ Micah G. Block
4                                                        Greg D. Andres
                                                         Antonio J. Perez-Marques
5                                                        Craig T. Cagney
                                                         (admitted *pro hac vice*)
6                                                        DAVIS POLK & WARDWELL LLP
                                                         450 Lexington Avenue
7                                                        New York, New York 10017
                                                         Telephone: (212) 450-4000
8                                                        Facsimile: (212) 701-5800
                                                         Email: greg.andres@davispolk.com
9                                                                antonio.perez@davispolk.com
10                                                               craig.cagney@davispolk.com

11
                                                         Micah G. Block (SBN 270712)
12                                                       DAVIS POLK & WARDWELL LLP
                                                         1600 El Camino Real
13                                                       Menlo Park, California 94025
                                                         Telephone: (650) 752-2000
14                                                       Facsimile:  (650) 752-2111
                                                         Email: micah.block@davispolk.com
15

16                                                       *Attorneys for Plaintiffs WhatsApp Inc. and*
                                                         *Facebook, Inc.*
17

18

19                                                  KING & SPALDING LLP

20
                                                    By:  /s/ Joseph N. Akrotirianakis
21                                                       Joseph N. Akrotirianakis
                                                         Aaron S. Craig
22                                                       KING & SPALDING LLP
                                                         633 West Fifth Street, Suite 1700
23                                                       Los Angeles, CA 90071
                                                         Telephone: (213) 443-4355
24                                                       Email:

25
                                                         *Attorneys for Defendants NSO Group*
26                                                       *Technologies Limited And Q Cyber*
                                                         *Technologies Limited*
27

28
                                                2

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Micah G. Block hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  August 28, 2020                               */s/ Micah G. Block*

Micah G. Block