1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   jakro@kslaw.com
2  AARON S. CRAIG (Bar No. 204741)
   acraig@kslaw.com
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Action Filed:  10/29/2019 |

PLEASE TAKE NOTICE that pursuant to the Stipulation and [Proposed] Order Entering Interim Protective Order [Dkt. No. 130], Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited hereby withdraw their Motion for Entry of Protective Order [Dkt. No. 114] without prejudice.

DATED:  August 28, 2020

KING & SPALDING LLP

By:  /s/Aaron S. Craig
AARON S. CRAIG
Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED