UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Hon. Phyllis J. Hamilton |

1   This Court, having considered the Administrative Motion to File Under Seal submitted by
2   Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively,
3   the "Defendants"), and the Declarations filed in support thereof, and GOOD CAUSE THEREFOR
4   APPEARING, finds that good cause supports the sealing of the court records as specified in this
5   Order.

| **Document To Be Sealed** | **Portion To Be Sealed** |
|---|---|
| Defendants' Opposition to Plaintiffs' Motion to Compel | Page(s):Line(s)<br>3:16-18<br>6:16-7:3 |
| Declaration of Joseph N. Akrotirianakis in Support of Defendants' Administrative Motion to File Under Seal | Paragraphs 3-8 and 10 |
| August 3, 2020 Declaration of Roy Blecher | Paragraphs 2-4 |
| August 3, 2020 Declaration of Chaim Gelfand | Paragraph 6 |
| Exhibit A to the August 3, 2020 Declaration of Chaim Gelfand | All |
| Exhibit B to the August 3, 2020 Declaration of Chaim Gelfand | All |
| Exhibit C to the August 3, 2020 Declaration of Chaim Gelfand | All |
| Exhibit D to the August 3, 2020 Declaration of Chaim Gelfand | All |
| Exhibit E to the August 3, 2020 Declaration of Chaim Gelfand | All |
| Exhibit F to the August 3, 2020 Declaration of Chaim Gelfand | All |

The Sealed Documents contain traditionally nonpublic government information for which there is no constitutional right of access. *See, e.g.*, *N.Y. Times Co. v. Dep't of Justice*, 806 F.3d 682, 688 (2d Cir. 2015). Moreover, the spirit of international comity counsels that the Sealed Documents be kept confidential. *See, e.g.*, *Compal Elecs., Inc. v. Apple Inc.*, 2017 WL 11423604, at *3 (S.D. Cal. Sept. 5, 2017).

The Motion is accordingly GRANTED, and the documents described herein ("Sealed Documents") are to be filed under seal. To the extent it is necessary in future court filings in this

//

case for the parties to make reference to the sealed content of the Sealed Documents, those matters

1  may also be filed under seal pursuant to this Order.

2

3  **IT IS SO ORDERED.**

4

5  DATED: _____

6
                                       _____
7                                      THE HONORABLE PHYLLIS J. HAMILTON
                                       CHIEF UNITED STATES DISTRICT JUDGE