JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES
LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF ROY BLECHER**<br><br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: 10/29/2019<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY

I, Roy Blecher, declare as follows:

1. I am an attorney licensed to practice law in Israel, and I am a partner and co-founder of the law firm of Krispin, Rubinstein, Blecher & Partners. I represent Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") in connection with this matter, and I have represented Defendants in a number of other matters in Israel. I have personal knowledge of the facts set forth below and, except as otherwise stated, could testify competently to each fact averred herein.

2. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

3. ███████████████████████████████████████████████████████████████████████████████████████

4. ███████████████████████████████████████████████████████████████████████████████████████████████████████

DECLARATION OF ROY BLECHER     1     Case No. 4:19-cv-07123-PJH
WORKAMER\29873\825002\37337379.v1-8/2/20

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY

1
2
3
4
5
6  I declare under the penalty of perjury and the laws of the United States that the foregoing
7  is true and correct this __3__ day of August 2020, at Bnei Brak, Israel.
8
9
10  _____
     ROY BLECHER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF ROY BLECHER                    2                         Case No. 4:19-cv-07123-PJH
WORKAMER\29873\825002\37337379.v1-8/2/20