JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES
LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CHAIM GELFAND**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:  10/29/2019<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY

I, Chaim Gelfand, declare as follows:

1. I am an attorney licensed to practice law in Israel, and I am employed by NSO Group Technologies as its Head of Compliance. I have been NSO's Head of Compliance since I joined the company in January 2020. I have personal knowledge of the facts set forth below and, except as otherwise stated, could testify competently to each fact averred herein.

2. I was born in the United States and grew up in New Jersey. I moved to Israel and attended high school and university in Israel.

3. Prior to my employment with NSO, I was a partner in the law firm of Shibolet & Co., one of the largest law firms in Israel. I have practiced international commercial law in Israel in a variety of law firm and in-house positions since I received my law degree from Bar-Ilan University in 2003.

4. I have native fluency in both Hebrew and English, and I have spoken, read, and written both languages for most of my life. Throughout my legal career, I have worked in both Hebrew and English.

5. I have reviewed the documents attached hereto as Exhibits A through F. Exhibits B, D, and F are English translations of documents in Hebrew (Exhibits A, C, and E, respectively). I have compared the original Hebrew language documents and the English translations and, based on my fluency in Hebrew and English, I can attest:

   a. Exhibit B is an accurate English language translation of Exhibit A, a document written in Hebrew.

   b. Exhibit D is an accurate English language translation of Exhibit C, a document written in Hebrew.

   c. Exhibit F is an accurate English language translation of Exhibit E, a document written in Hebrew.

//
//
//
//

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY

Scanned with CamScanner

6. [redacted]

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this __3__ day of August 2020, at Moreshet, Israel.

_Chaim Gelfand_
CHAIM GELFAND

---

DECLARATION OF CHAIM GELFAND     2     Case No. 4:19-cv-07123-PJH