1
2
3
4
5
6
7

8                            UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                                    OAKLAND DIVISION

| | |
|---|---|
| 11  WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

The Court, having considered all filings in support of, and in opposition to, the motion of Plaintiffs WhatsApp Inc. and Facebook, Inc. for an order compelling discovery from Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited, and GOOD CAUSE THEREFOR APPEARING, ORDERS:

1. Defendants' interlocutory appeal from this Court's order denying in part and granting in part Defendants' motion to dismiss (Dkt. No. 111) automatically stays discovery in this Court because it raises issues of foreign sovereign immunity that, if resolved in Defendants' favor, would immunize Defendants from any participation in this lawsuit. *Microsoft Corp. v. Commonwealth Scientific & Indus. Research Org.*, 2005 WL 8165886, at *2 (N.D. Cal. Nov. 14, 2005). Plaintiffs do not argue that Defendants' appeal is frivolous, and the Court finds that it is not. *Id.*

2. Plaintiffs' First Requests for Production are overbroad in any event overbroad because they seek information unrelated to the claims in Plaintiffs' Complaint, namely that NSO allegedly used a technology called Pegasus to access approximately 1,400 WhatsApp users' devices between April and May 2019.

3. Accordingly, Plaintiffs' motion to compel discovery is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
THE HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT JUDGE