1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:    (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7
                          UNITED STATES DISTRICT COURT
8
                         NORTHERN DISTRICT OF CALIFORNIA
9
                                  OAKLAND DIVISION
10

11 | WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
   | and FACEBOOK, INC., a Delaware corporation, | |
12 | | **PROOF OF SERVICE OF UNREDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED** |
13 | Plaintiffs, | |
14 | v. | Action Filed:  10/29/2019 |
15 | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
16 | | |
17 | Defendants. | |

---

PROOF OF SERVICE OF
DOCUMENTS SOUGHT TO BE
SEALED

Case No. 4:19-cv-07123-PJH

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am a member of the bar of this Court. I am over the age of eighteen years and not a party to the within action.

On September 2, 2020, I served the following documents in the manner described below:

1. **UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED DECLARATION OF ROY BLECHER;**

2. **UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED DECLARATION OF CHAIM GELFAND.**

☑   BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

Micah Galvin Block
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2023
Email: micah.block@davispolk.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 3, 2020, at Los Angeles, California.

By:   */s/Joseph N. Akrotirianakis*
      JOSEPH N. AKROTIRIANAKIS