JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PROOF OF SERVICE OF UNREDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED**<br><br>Action Filed:   10/29/2019 |

## PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California.  I am a member of the bar of this Court.  I am over the age of eighteen years and not a party to the within action.

On September 2, 2020, I served the following documents in the manner described below:

1. **UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED EXHIBIT A-F TO THE DECLARATION OF CHAIM GELFAND;**

☑     BY ELECTRONIC SERVICE:  By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

Micah Galvin Block
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone:  (650) 752-2023
Email:  micah.block@davispolk.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 3, 2020, at Los Angeles, California.

By:    */s/Aaron S. Craig*
            AARON S. CRAIG