JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PROOF OF SERVICE OF UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**<br><br>Action Filed:   10/29/2019 |

---

PROOF OF SERVICE OF DOCUMENTS SOUGHT TO BE SEALED | Case No. 4:19-cv-07123-PJH

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am a member of the bar of this Court. I am over the age of eighteen years and not a party to the within action.

On September 3, 2020, I served the following documents in the manner described below:

1. UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED FINAL OPPOSITION OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED TO PLAINTIFFS' MOTION TO COMPEL;

2. UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL;

3. UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED DECLARATION OF ROY BLECHER;

4. UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED DECLARATION OF CHAIM GELFAND; AND

5. UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED EXHIBITS A-F.

☑  BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 3, 2020, at Los Angeles, California.

By:   */s/Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS

PROOF OF SERVICE OF DOCUMENTS SOUGHT TO BE SEALED

1

Case No. 4:19-cv-07123-PJH

## SERVICE LIST

Micah Galvin Block
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2023
Email: micah.block@davispolk.com

Greg D. Andres
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Email: greg.andres@davispolk.com

Antonio J. Perez-Marques
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Email: antonio.perez@davispolk.com

Michael R. Dreeben
OMelveny Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Email: mdreeben@omm.com

Melody Drummond Hansen
OMelveny Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Email: mdrummondhansen@omm.com