Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>              Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME BY TWO DAYS TO FILE REPLIES IN SUPPORT OF (1) MOTION TO STAY PENDING APPEAL; AND (2) MOTION TO COMPEL DISCOVERY**<br><br>Ctrm: 3<br>Before the Honorable Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

Pursuant to Local Rule 6-1(b), Plaintiffs WhatsApp Inc. and Facebook, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") stipulate as follows:

1. Defendants' reply in support of their motion to stay (Dkt. No. 116) is currently due by September 9, 2020.  Dkt. No. 122.

2. Plaintiffs' reply in support of their motion to compel (Dkt. No. 117) is currently due by September 9, 2020.  Dkt. No. 126.

3. The parties desire a mutual extension of time for these filings from September 9, 2020 to September 11, 2020, and agree that such extension is in the interest of efficient progress in this case and will not affect any other currently pending deadlines.

4. The parties propose, subject to the Court's approval, that the deadlines for Defendants' reply in in support of their motion to stay (Dkt. No. 116) and Plaintiffs' reply in support of their motion to compel (Dkt. No. 117) shall be extended so that both are due September 11, 2020.

5. The parties respectfully request that the Court enter the attached proposed order.

1

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME BY TWO DAYS TO FILE REPLIES IN SUPPORT OF (1) MOTION TO STAY PENDING APPEAL; AND (2) MOTION TO COMPEL DISCOVERY – CASE NO. 4:19-CV-07123-PJH

| | | |
|---|---|---|
| 1 | Dated: September 4, 2020 | DAVIS POLK & WARDWELL LLP |

By: /s/ Micah G. Block
Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
(admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
antonio.perez@davispolk.com
craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*


KING & SPALDING LLP


By: /s/ Joseph N. Akrotirianakis
Joseph N. Akrotirianakis
Aaron S. Craig
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Email:

*Attorneys for Defendants NSO Group Technologies Limited And Q Cyber Technologies Limited*

2

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME BY TWO DAYS TO FILE REPLIES IN SUPPORT OF (1) MOTION TO STAY PENDING APPEAL; AND (2) MOTION TO COMPEL DISCOVERY – CASE NO. 4:19-CV-07123-PJH

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Micah G. Block hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  September 4, 2020          /s/ Micah G. Block
                                   Micah G. Block

* * *

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                     HONORABLE PHYLLIS J. HAMILTON
                                     U.S. DISTRICT JUDGE