Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE PORTIONS OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES UNDER SEAL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs, by and through their counsel, respectfully submit this Administrative Motion for an order permitting them to file under seal portions of the Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Strike Affirmative Defenses (the "Memorandum").

Plaintiffs request that portions of the Memorandum be filed under seal pursuant to Civil Local Rules 79-5(c) and (d) because they refer to materials that have been designated as "Highly Confidential – Attorney's Eyes Only" by Defendants pursuant to the August 31, 2020 Stipulated Protective Order (ECF No. 132) in the above-captioned action, and Defendants have sought leave to file those materials, and all references to those materials, under seal (ECF No. 133).  Plaintiffs take no position as to whether the designated documents satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations as well as the sealability of the documents at issue.

Plaintiffs will lodge with the Court an unredacted copy of the Memorandum in accordance with Civil Local Rule 79-5.  Plaintiffs file concurrently herewith the Declaration of Antonio J. Perez-Marques in support of this motion and a proposed sealing order.

1

ADMINISTRATIVE MOTION FOR LEAVE TO FILE PORTIONS OF MEMORANUM IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES UNDER SEAL – CASE NO. 4:19-CV-07123-PJH

| | |
|---|---|
| Dated:  September 10, 2020 | Respectfully Submitted,<br><br>DAVIS POLK & WARDWELL LLP<br><br>By:  */s/ Antonio J. Perez-Marques*<br>     Greg D. Andres<br>     Antonio J. Perez-Marques<br>     Craig T. Cagney<br>        (admitted *pro hac vice*)<br>     DAVIS POLK & WARDWELL LLP<br>     450 Lexington Avenue<br>     New York, New York 10017<br>     Telephone: (212) 450-4000<br>     Facsimile: (212) 701-5800<br>     Email: greg.andres@davispolk.com<br>            antonio.perez@davispolk.com<br>            craig.cagney@davispolk.com<br><br>     Micah G. Block (SBN 270712)<br>     DAVIS POLK & WARDWELL LLP<br>     1600 El Camino Real<br>     Menlo Park, California 94025<br>     Telephone: (650) 752-2000<br>     Facsimile:  (650) 752-2111<br>     Email: micah.block@davispolk.com<br><br>     *Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.* |

2
ADMINISTRATIVE MOTION FOR LEAVE TO FILE PORTIONS OF MEMORANUM IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES UNDER SEAL – CASE NO. 4:19-cv-07123-PJH