1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3     (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
6  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
7           craig.cagney@davispolk.com

8  Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
9  1600 El Camino Real
   Menlo Park, California 94025
10 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
   Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>Date:   October 21, 2020<br>Time:   9:00 a.m.<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

1    Before the Court is Plaintiffs' Motion to Strike Affirmative Defenses.  Having considered
2 the motion and all supporting papers and opposition papers, IT IS HEREBY ORDERED that:
3    Plaintiffs' Motion to Strike Affirmative Defenses is GRANTED;
4    Defendants' Sixth, Tenth, Eighteenth, and Twenty-Third Separate and Additional Defenses
5 are STRUCK WITH PREJUDICE as immaterial, impertinent, and inapplicable as a matter of law;
6    Defendants' Eleventh and Twelfth Defenses are STRUCK WITH PREJUDICE as waived
7 and untimely; and
8    Defendants' Twenty-Fourth through Thirty-Fifth Separate and Additional Defenses are
9 STRUCK WITHOUT PREJUDICE as insufficiently pled and for failing to provide fair notice of
10 the defenses.

Dated: _____

THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE