Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
             antonio.perez@davispolk.com
             craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com


*Attorneys for Plaintiffs WhatsApp Inc. and
Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, ) ) ) | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, ) ) | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE PORTIONS OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY UNDER SEAL** |
| v. ) ) | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, ) ) ) | |
| Defendants. ) ) | |

1    Having considered the administrative motion filed by Plaintiffs seeking an order to file

2 portions of the Reply Memorandum of Points and Authorities in Further Support of Plaintiffs'

3 Motion to Compel Discovery (the "Reply Brief") under seal pursuant to Civil Local Rules 7-10 and

4 79-5, and good cause appearing, the motion is hereby GRANTED.

5    IT IS HEREBY ORDERED that the Reply Brief shall remain under seal.

6    IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule

7 79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed

8 documents or their contents absent further order of the Court.

9

10

11 Dated:  _____          _____

                                          Honorable Phyllis J. Hamilton
12                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1