Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
        antonio.perez@davispolk.com
        craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>           Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

1    I, Antonio J. Perez-Marques, declare as follows:

2    1.    I am an attorney duly licensed to practice law in the State of New York, and a

3  partner with the law firm of Davis Polk & Wardwell LLP, counsel to Plaintiffs WhatsApp Inc. and

4  Facebook, Inc. ("Plaintiffs"), in the above-captioned matter.  I am admitted *pro hac vice* in the

5  above-captioned matter.  I have personal knowledge of the facts set forth below and, if called as a

6  witness in a court of law, could and would testify competently thereto.

7    2.    I submit this declaration in support of the Reply Memorandum of Points and

8  Authorities in Further Support of Plaintiffs' Motion to Compel Discovery filed concurrently

9  herewith.

10    3.    Attached hereto as Exhibit A is a true and correct copy of the Brief for the United

11  States as Amicus Curiae in *CACI Premier Technology, Inc. v. Al Shimari*, No. 19-648, filed on

12  August 26, 2020 in the Supreme Court of the United States.

13

14    I declare under the penalty of perjury that the foregoing is true and correct.

15    Executed this 11th day of September 2020 in New York, New York.

16

17    */s/ Antonio J. Perez-Marques*
     Antonio J. Perez-Marques
18

19

20

21

22

23

24

25

26

27

28

REPLY DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY
CASE NO. 4:19-CV-07123-PJH