JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES [DKT. NO. 139] AND PORTIONS OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY [DKT. NO. 143]**<br><br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:  10/29/2019 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am a member of the California State Bar and the bar of this court, a partner in the law firm of King & Spalding LLP, and counsel of record to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"). This Declaration is made in support of Plaintiffs' September 10, 2020, Administrative Motion to File Under Seal Portions of Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Strike Affirmative Defenses (Dkt. No. 139) and Plaintiffs' September 11, 2020 Administrative Motion to File Under Seal Portions of Reply Memorandum of Points and Authorities in Further Support of Plaintiffs' Motion to Compel Discovery (Dkt. No. 143).[1]

2. The material Plaintiffs seek to file under seal relates to the information and documents subject to Defendants' previously filed Administrative Motion to File Under Seal. (Dkt. No. 133.) As explained in that motion and its accompanying declarations, good cause (and, if necessary, compelling reasons) supports sealing the information set forth in Plaintiffs' briefs. Therefore, Plaintiffs' motion to seal should be granted for the reasons given in Defendants' motion to seal and accompanying declarations. (*See* Dkt. No. 133 at 4; Dkt. No. 133-3 ¶¶ 3-8, 10.)

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 14th day of September 2020, at Altadena, California.

　　　　　　　　　　　　　　*/s/ Joseph N. Akrotirianakis*
　　　　　　　　　　　　　　JOSEPH N. AKROTIRIANAKIS

---

[1] To avoid any doubt, Defendants support *only* Plaintiffs' motions to seal. Defendants oppose Plaintiffs' Motion to Strike Affirmative Defenses (Dkt. No. 140) and their Motion to Compel Discovery (Dkt. No. 116).

AKROTIRIANAKIS DECL. ISO PLS.' ADMIN. MOT. TO SEAL　　　　　　　　　　　Case No. 4:19-cv-07123-PJH