```
 1  COOLEY LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
 2  TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
    BETHANY C. LOBO (248109) (blobo@cooley.com)
 3  KYLE C. WONG (224021) (kwong@cooley.com)
    JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
 4  101 California Street, 5th floor
    San Francisco, CA   94111-5800
 5  Telephone:   (415) 693-2000
    Facsimile:   (415) 693-2222
 6
    DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted pro hac vice)
 7  (dgrooms@cooley.com)
    ELIZABETH B. PRELOGAR (262026)
 8  (eprelogar@cooley.com)
    1299 Pennsylvania Avenue, NW, Suite 700
 9  Washington, DC  20004-2400
    Telephone:   (202) 842-7800
10  Facsimile:   (202) 842-7899

11  Attorneys for Plaintiffs
    WHATSAPP INC. and FACEBOOK, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL OF TRAVIS LEBLANC FOR PLAINTIFFS WHATSAPP INC. AND FACEBOOK, INC.** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

NOTICE OF WITHDRAWAL OF COUNSEL
OF TRAVIS LEBLANC
CASE NO. 4:19-CV-07123-PJH

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs WhatsApp Inc. and Facebook, Inc. file this Notice of Withdrawal of Counsel to notify the Court that Travis LeBlanc has withdrawn as attorney of record for Plaintiffs.  Davis Polk & Wardwell LLP and O'Melveny & Myers will continue to represent Plaintiffs.

Dated:  September 25, 2020                COOLEY LLP

/s/ *Travis LeBlanc*
Travis LeBlanc (251097)

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

234661261

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

NOTICE OF WITHDRAWAL OF COUNSEL
OF TRAVIS LEBLANC
CASE NO. 4:19-CV-07123-PJH