1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
   BETHANY C. LOBO (248109) (blobo@cooley.com)
3  KYLE C. WONG (224021) (kwong@cooley.com)
   JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
4  101 California Street, 5th floor
   San Francisco, CA   94111-5800
5  Telephone:   (415) 693-2000
   Facsimile:   (415) 693-2222
6
   DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
7  (dgrooms@cooley.com)
   ELIZABETH B. PRELOGAR (262026)
8  (eprelogar@cooley.com)
   1299 Pennsylvania Avenue, NW, Suite 700
9  Washington, DC  20004-2400
   Telephone:   (202) 842-7800
10 Facsimile:   (202) 842-7899

11 Attorneys for Plaintiffs
   WHATSAPP INC. and FACEBOOK, INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 | WHATSAPP INC., a Delaware corporation, | Case No.  4:19-cv-07123-PJH |
   | and FACEBOOK, INC., a Delaware corporation, | |
17 | | **NOTICE OF WITHDRAWAL OF COUNSEL OF MICHAEL G. RHODES FOR PLAINTIFFS WHATSAPP INC. AND FACEBOOK, INC.** |
18 | Plaintiffs, | |
19 | v. | |
20 | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
21 | | |
22 | Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

NOTICE OF WITHDRAWAL OF COUNSEL
OF MICHAEL G. RHODES
CASE NO. 4:19-CV-07123-PJH

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs WhatsApp Inc. and Facebook, Inc. file this Notice of Withdrawal of Counsel to notify the Court that Michael G. Rhodes has withdrawn as attorney of record for Plaintiffs. Davis Polk & Wardwell LLP and O'Melveny & Myers will continue to represent Plaintiffs.

Dated: September 25, 2020          COOLEY LLP

/s/ *Michael G. Rhodes*
Michael G. Rhodes (116127)

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

234652483

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

NOTICE OF WITHDRAWAL OF COUNSEL
OF MICHAEL G. RHODES
CASE NO. 4:19-CV-07123-PJH