| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>TRAVIS LEBLANC (251097)<br>(tleblanc@cooley.com)<br>BETHANY C. LOBO (248109)<br>(blobo@cooley.com)<br>KYLE C. WONG (224021)<br>(kwong@cooley.com)<br>JOSEPH D. MORNIN (307766)<br>(jmornin@cooley.com)<br>101 California Street, 5th floor<br>San Francisco, CA   94111-5800<br>(415) 693-2000<br>Facsimile:   (415) 693-2222<br><br>DANIEL J. GROOMS<br>(D.C. Bar No. 219124)<br>(admitted *pro hac vice*)<br>(dgrooms@cooley.com)<br>ELIZABETH B. PRELOGAR (262026)<br>(eprelogar@cooley.com)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>Telephone:   (202) 842-7800<br>Facsimile:   (202) 842-7899 | COOLEY LLP<br>IAN SHAPIRO (NY Bar No. 4002408)<br>(admitted *pro hac vice*)<br>(ishapiro@cooley.com)<br>55 Hudson Yards, 43rd floor<br>New York, NY   10001<br>Telephone:   (212) 479-6000<br>Facsimile:   (212-479-6275) |

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL OF IAN SHAPIRO FOR PLAINTIFFS WHATSAPP INC. AND FACEBOOK, INC.** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

NOTICE OF WITHDRAWAL OF COUNSEL
OF IAN SHAPIRO
CASE NO. 4:19-CV-07123-PJH

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs WhatsApp Inc. and Facebook, Inc. file this Notice of Withdrawal of Counsel to notify the Court that Ian Shapiro has withdrawn as attorney of record for Plaintiffs. Davis Polk & Wardwell LLP and O'Melveny & Myers will continue to represent Plaintiffs.

Dated: September 25, 2020         COOLEY LLP

/s/ *Ian Shapiro*
Ian Shapiro (NY Bar No. 4002408)

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

234662570

2.

NOTICE OF WITHDRAWAL OF COUNSEL
OF IAN SHAPIRO
CASE NO. 4:19-CV-07123-PJH