COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
TRAVIS LEBLANC (251097) (tleblanc@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

DANIEL J. GROOMS (D.C. Bar No. 219124) (admitted *pro hac vice*)
(dgrooms@cooley.com)
ELIZABETH B. PRELOGAR (262026)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No.  4:19-cv-07123-PJH<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL OF ELIZABETH B. PRELOGAR FOR PLAINTIFFS WHATSAPP INC. AND FACEBOOK, INC.** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

NOTICE OF WITHDRAWAL OF COUNSEL
OF ELIZABETH B. PRELOGAR
CASE NO. 4:19-CV-07123-PJH

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs WhatsApp Inc. and Facebook, Inc. file this Notice of Withdrawal of Counsel to notify the Court that Elizabeth B. Prelogar has withdrawn as attorney of record for Plaintiffs. Davis Polk & Wardwell LLP and O'Melveny & Myers will continue to represent Plaintiffs.

Dated: September 25, 2020          COOLEY LLP

/s/ *Elizabeth B. Prelogar*
Elizabeth B. Prelogar (262026)

Attorneys for Plaintiffs
WHATSAPP INC. and FACEBOOK, INC.

234661888

Cooley LLP
Attorneys At Law
San Francisco

2.

Notice of Withdrawal of Counsel
of Elizabeth B. Prelogar
Case No. 4:19-cv-07123-PJH