

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 16 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation; FACEBOOK INC., a Delaware corporation, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED; Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants-Appellants. | No.  20-16408 <br><br> D.C. No. 4:19-cv-07123-PJH <br> Northern District of California, Oakland <br><br> ORDER |

Before: W. FLETCHER and BERZON, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 13) is denied without prejudice to renewing the arguments in the answering brief.  *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief and excerpts of record are due November 16, 2020; the answering brief is due December 16, 2020; and the optional reply brief is due within 21 days after service of the answering brief.

SC/MOATT