| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 29 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

WHATSAPP LLC, a Delaware corporation; META PLATFORMS, INC., a Delaware corporation,

        Plaintiffs-Appellees,

 v.

NSO GROUP TECHNOLOGIES LIMITED; Q CYBER TECHNOLOGIES LIMITED,

        Defendants-Appellants.

No.  20-16408

D.C. No. 4:19-cv-07123-PJH
Northern District of California, Oakland

ORDER

Before: MURGUIA, R. NELSON, and FORREST, Circuit Judges.

    Plaintiffs-Appellees are directed to file a response to the Petition for Panel Rehearing and Petition for Rehearing En Banc filed with this court on November 22, 2021 (Dkt. No. 82). The response shall not exceed fifteen pages or 4,200 words and shall be filed within 21 days of the date of this order.

    The mandate is stayed pending further order of this court.

COA