# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 8, 2022

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526


      Re:  NSO Group Technologies Limited, et al.
            v. WhatsApp Inc., et al.
            No. 21-1338
            (Your No. 20-16408)


Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on April 6, 2022 and placed on the docket April 8, 2022 as No. 21-1338.


                                  Sincerely,

                                  **Scott S. Harris**, Clerk

                                  by

                                  Jacob A. Levitan
                                  Case Analyst