# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 9, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  NSO Group Technologies Limited, et al.
v. WhatsApp Inc., et al.
No. 21-1338
(Your No. 20-16408)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk