UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** February 16, 2023  (Time: 1 hour 17 minutes)    **JUDGE:** Phyllis J. Hamilton

**Case No:** 19-cv-07123-PJH
**Case Name:** WhatsApp Inc. v. NSO Group Technologies Limited

**Attorney(s) for Plaintiff:**        Greg Andres; Antonio Perez-Marques; Micah Block; Craig Cagney
**Attorney(s) for Defendants:**        Joseph Akrotirianakis; Aaron Craig

**Deputy Clerk:** Kelly Collins            **Court Reporter:** Recorded in Zoom

### PROCEEDINGS

Initial Case Management Conference-Held.  No ADR until after discovery. Defendants' motion to dismiss plaintiff's request for injunctive relief, previously filed at docket #105, may not be reactivated.  Plaintiffs' motion to strike affirmative, previously filed at docket #140 may not be reactivated at this time. Court grants leave to file an administrative motion to reactivate #140 if counsel can show good cause. Defendants shall serve amended response and objections by 2/28/2023. Parties shall meet and confer within two weeks following service of the responses and objections and, if unable to resolve larger issues, defendants shall file motion for protective order within two weeks thereafter. Parties shall meet and confer and within one week submit a stipulation with proposed fact discovery cutoff date, settlement conference date and discovery status conference date. Defense counsel shall review the sealing request at docket #164 and submit a more narrowly tailored sealing request to the Court.

**PRETRIAL SCHEDULE:**

**Expert Disclosure: 2/26/2024  Rebuttal: 4/8/2024**
**Expert Discovery Cutoff: 5/27/2024**
**Dispositive Motions heard by: 8/1/2024**
**Pretrial Conference: 11/7/2024 at 2:00 p.m.**
**Trial: 12/2/2024 at 8:30 a.m., for 10 days, by [X] Jury [] Court**

Order to be prepared by:   [] Pl [] Def [X] Court

cc: chambers