Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:  greg.andres@davispolk.com
        antonio.perez@davispolk.com
        craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:  micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>              Plaintiffs,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>              Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER AS MODIFIED BY THE COURT** |

Pursuant to Local Rule 6-1(b), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") hereby stipulate as follows:

WHEREAS, the Court set certain dates for the pretrial schedule at the Initial Case Management Conference held on February 16, 2023 (Doc. No. 165);

WHEREAS, the Court ordered the parties to meet and confer within one week of the Initial Case Management Conference and submit a stipulation with a proposed fact discovery cutoff date, settlement conference date, and discovery status conference date (Doc. No. 165);

WHEREAS, the parties have met and conferred regarding these open dates;

NOW, THEREFORE, the parties agree and hereby stipulate that:

1. Subject to the Court's approval, the Court hold a discovery status conference approximately 120 days before the close of fact discovery, on **November ~~16~~ 9, 2023 at 1:30 PM**.

2. Subject to the Court's approval, the deadline for the cutoff of fact discovery be set for **March 11, 2024**.

3. Subject to the Court's approval, the settlement conference take place in **April 2024**.

4. The parties respectfully request that the Court enter the attached Proposed Order.

Dated: February 23, 2023

DAVIS POLK & WARDWELL LLP

By: */s/ Micah G. Block*
    Greg D. Andres
    Antonio J. Perez-Marques
    Craig T. Cagney
    (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email: greg.andres@davispolk.com
           antonio.perez@davispolk.com
           craig.cagney@davispolk.com

    Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    Email: micah.block@davispolk.com

    *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

KING & SPALDING LLP

By: */s/ Joseph N. Akrotirianakis*
    Joseph N. Akrotirianakis
    Aaron S. Craig
    KING & SPALDING LLP
    633 West Fifth Street, Suite 1600
    Los Angeles, CA 90071
    Telephone: (213) 443-4355
    Email: jakro@kslaw.com
           acraig@kslaw.com

    *Attorneys for Defendants NSO Group Technologies Limited And Q Cyber Technologies Limited*

2

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, Micah G. Block hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  February 23, 2023                    /s/ Micah G. Block
                                             Micah G. Block

\*   \*   \*

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION AS MODIFIED, IT IS SO ORDERED.

Dated:  February 27, 2023                    _____
                                             HONORABLE PHYLLIS J. HAMILTON
                                             United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*