1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
    633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
    Telephone:   (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
    LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 164]**<br><br>**REDACTED VERSIONS OF DOCUMENTS SOUGHT TO BE SEALED**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |
|---|---|

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court, a partner in the law firm of King & Spalding LLP, and counsel of record to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"). This Declaration is made in support of Defendants' February 9, 2023, administrative motion to seal. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

2. This declaration is made in response to the Court's request at the February 16, 2023 Case Management Conference that Defendants clarify why the sealing of certain documents is necessary, and to more narrowly tailor the matters to be sealed.

3. Defendants seek to file under seal certain documents (the "Sealed Documents"[1]) that Defendants provided to the Court in connection with the Joint Case Management Statement. Sealing of the Sealed Documents was (and remains) necessary to comply with certain orders entered by a foreign court, at the request of a foreign government, that are described in the Declaration of Joseph N. Akrotirianakis dated February 9, 2023 ("Akro. Decl."), paragraphs 3-8, attached as Exhibit 1 hereto. The foreign court proceedings are not public proceedings—just as certain proceedings before the United States District Court initiated by the United States government are not public. Nevertheless, the existence of these foreign proceedings is material to certain issues in this case and Defendants are seeking to inform this Court about them. However, Defendants and their counsel are subject to certain foreign orders, described in more detail in Akro. Decl. ¶¶ 6-7 (particularly paragraph 6 at lines 14-17), that require Defendants' counsel to seek the sealing of the Sealed Documents.

4. Defendants seek to file under seal: (1) Exhibit 1 to this declaration, the February 9, 2023 Akro. Decl., with more narrow redactions than previously submitted; (2) Exhibit 1-A to this declaration (which was Exhibit A to the Akro. Decl.), an addendum to the Joint Case Management Statement discussing the confidential matters, with more narrow redactions than previously

---

[1] The Sealed Documents are enumerated in paragraph 4, below.

submitted; and (3) Exhibit 1-B to this declaration (which was Exhibit B to the Akro. Decl.), a letter which is subject to a foreign order that it be kept confidential, a translation of which is contained within Exhibit 1-A to this declaration (which is the addendum to the Joint Case Management Statement).

5. I have met and conferred with Plaintiffs' counsel who informed me that Plaintiffs did not oppose the sealing of these materials.

6. Good cause exists to seal each of the above-listed documents for the reasons set forth in paragraph 11 to the Akro. Decl. Defendants respectfully request that the Court grant the Administrative Motion to File Under Seal and order the Sealed Documents be kept under seal.

7. The Declarant has carefully sought sealing of only those parts of this Declaration as are necessary to comply with other legal obligations binding on Defendants, as described above, and, on behalf of Defendants, respectfully submits that the good cause and compelling reasons standards are met with respect to the Sealed Documents.[2]

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 3d day of March 2023, at Los Angeles, California.

*/s/Aaron S. Craig*
AARON S. CRAIG

---

[2] To the extent the Court disagrees with Defendants' sealing request, the Declarant respectfully requests that references to Exhibits 1, 1-A and 1-B to this declaration, and to Docket Entry Nos. 164-1, 164-3 and 164-4 be stricken from the docket of this action and that any copies thereof be destroyed.