1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
    633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
    Telephone:   (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

# CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 633 W. Fifth Street, Suite 1600, Los Angeles, California 90071.

On March 30, 2023, I served the following document(s) in the manner described below:

1. DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL;

2. EXHIBIT A TO THE CRAIG DECLARATION (DEFENDANTS' MOTION FOR PROTECTIVE ORDER);

3. EXHIBIT B TO THE CRAIG DECLARATION (DECLARATION OF YARON SHOHAT IN SUPPORT OF MOTION FOR PROTECTIVE ORDER); AND

4. EXHIBIT C TO THE CRAIG DECLARATION (PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER).

☑ (BY ELECTRONIC SERVICE): By electronically transmitting a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below based on an agreement by the parties.

I served the parties in this action as indicated on the attached

**Service List**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 30, 2023, at Alhambra, California.

*Christine Choi*
Christine Choi

**SERVICE LIST**

Greg D. Andres
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4724
Email: greg.andres@davispolk.com

Antonio J. Perez-Marques
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4559
Email: antonio.perez@davispolk.com

Craig T. Cagney
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-3162
Email: craig.cagney@davispolk.com

Micah G. Block
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Email: micah.block@davispolk.com