# EXHIBIT B

# Aaron Craig

| | |
|---|---|
| **From:** | Perez-Marques, Antonio J. <antonio.perez@davispolk.com> |
| **Sent:** | Tuesday, April 4, 2023 5:51 AM |
| **To:** | Mina Tunson-Stevenson; Aaron Craig; Joe Akrotirianakis; Andres, Greg D.; Cagney, Craig; Block, Micah G. |
| **Cc:** | fb.nso |
| **Subject:** | RE: WhatsApp Inc. et al v. NSO Group Technologies Limited et al |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Counsel,

Thank you for providing these notices.  Can you please confirm that you have provided notice of all third party subpoenas served by Defendants?  We will do the same on our part.

We received hard copies of at least some of the subpoenas by fed ex.  Going forward, we would propose that such notices be provided promptly via email, consistent with our agreement regarding service and Plaintiffs' practice in this case to date.   Please include the distribution list fb.nso@davispolk.com on such notices.

In addition, please note that Plaintiffs object to all such third-party requests to the extent the requests seek information related to Meta's reputation.  As will be stated in Plaintiffs' forthcoming response and objections, Plaintiffs do not intend to seek reputational damages, meaning that these requests are not relevant to any claims or defenses in this action.

Best,

Tony


**Antonio J. Perez-Marques**

**Davis Polk & Wardwell** LLP
+1 212 450 4559 office
+1 917 504 7980 mobile
antonio.perez@davispolk.com

---

**From:** Mina Tunson-Stevenson <MTunson@KSLAW.com>
**Sent:** Monday, April 3, 2023 7:41 PM
**To:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Cagney, Craig <craig.cagney@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>
**Cc:** Aaron Craig <ACraig@KSLAW.com>
**Subject:** WhatsApp Inc. et al v. NSO Group Technologies Limited et al

Counsel,
Attached for service are the following Notices of Third-Party Subpoenas:
1. Notice of Third-Party Subpoena (Lieff Cabraser);
2. Notice of Third-Party Subpoena (Phillips, Erlewine, Given & Carlin LLP); and
3. Notice of Third-Party Subpoena (The Arnold Law Firm).
4. Notice of Third-Party Subpoena (Bleichmar Fonti & Auld LLP

**Wilhelamina Tunson-Stevenson**
LPA Coordinator & Development Specialist

T: +1 213 443 4338  |  E: mtunson@kslaw.com

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.