Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs WhatsApp LLC and Meta Platforms, Inc. (together, "Plaintiffs"), by and through their counsel, respectfully submit this Administrative Motion for an order permitting them to file under seal portions of the Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Motion for Protective Order (the "Opposition") and certain exhibits to the Declaration of Antonio J. Perez-Marques in Support of Plaintiffs' Opposition to Motion for Protective Order (the "Declaration").

Plaintiffs request that portions of the Opposition and certain exhibits to the Declaration be filed under seal pursuant to Civil Local Rules 79-5(c) and (d) because they refer to materials that have been designated as "Highly Confidential – Attorney's Eyes Only" by Defendants pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the above-captioned action, and Defendants have sought leave to file those materials, and all references to those materials, under seal (Dkt. No. 179).  Plaintiffs take no position as to whether the designated documents satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations as well as the sealability of the documents at issue.

Plaintiffs will lodge with the Court an unredacted copy of portions of the Opposition and certain exhibits to the Declaration in accordance with Civil Local Rule 79-5.  Plaintiffs file concurrently herewith the Declaration of Antonio J. Perez-Marques in support of this motion and a proposed sealing order.

Dated: April 24, 2023

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Antonio J. Perez-Marques
Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
       antonio.perez@davispolk.com
       craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*