Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
             antonio.perez@davispolk.com
             craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

I, Antonio J. Perez-Marques, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of New York, and a partner with the law firm of Davis Polk & Wardwell LLP, counsel to Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), in the above-captioned matter. I am admitted *pro hac vice* in the above-captioned matter.  Except for those matters on information and belief, which I believe to be true, the statements made herein are based on my personal knowledge and if called as a witness, I could and would competently testify thereto.

2.     I submit this declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to File Portions of Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Motion for Protective Order Under Seal filed concurrently herewith.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of the unredacted version of the Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order (the "Opposition").

4.     Attached hereto as **Exhibit 2** is Exhibit S to the Declaration of Antonio J. Perez-Marques in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order (the "Declaration"), which is a true and correct copy of NSO's responses and objections to Plaintiffs' requests for admission, dated April 17, 2023.

5.     Plaintiffs seek to file under seal: (1) portions of the Opposition and (2) Exhibit S to the Declaration.

6.     The sealed portions refer to materials that have been designated by Defendants as "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the above-captioned action, and Defendants have sought leave to file those materials, and all references to those materials, under seal (Dkt. No. 179).  Plaintiffs take no position as to whether the designated documents satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations under the Stipulated Protective Order governing this Action as well as the sealability of the documents at issue.

1

DECLARATION OF A. PEREZ-MARQUES IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

1      I declare under the penalty of perjury that the foregoing is true and correct.

2      Executed this 24th day of April 2023 in New York, New York.

*/s/ Antonio J. Perez-Marques*
Antonio J. Perez-Marques