1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
6  Email:    greg.andres@davispolk.com
             antonio.perez@davispolk.com
7            craig.cagney@davispolk.com
8
   Micah G. Block (SBN 270712)
9  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
10 Menlo Park, California 94025
   Telephone: (650) 752-2000
11 Facsimile:  (650) 752-2111
12 Email:    micah.block@davispolk.com

13 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

14

15                          UNITED STATES DISTRICT COURT

16                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                                  OAKLAND DIVISION

18 | WHATSAPP LLC, and | ) |
   | META PLATFORMS INC., | ) | Case No. 4:19-cv-07123-PJH
19 | | ) |
   | Plaintiffs, | ) | **[PROPOSED] ORDER GRANTING**
20 | | ) | **ADMINISTRATIVE MOTION FOR**
   | | ) | **LEAVE TO FILE UNDER SEAL**
21 | v. | ) |
   | | ) |
22 | NSO GROUP TECHNOLOGIES LIMITED | ) |
   | and Q CYBER TECHNOLOGIES LIMITED, | ) |
23 | | ) |
   | Defendants. | ) |
24 | | ) |

25

26

27

28

Having considered the administrative motion filed by Plaintiffs seeking an order to file portions of the Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Motion for Protective Order Under Seal (the "Opposition") and certain exhibits to the Declaration of Antonio J. Perez-Marques in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order (the "Declaration") under seal pursuant to Civil Local Rules 7-10 and 79-5, and good cause appearing, the motion is hereby GRANTED.

IT IS HEREBY ORDERED that the Opposition and exhibits to the Declaration shall remain under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated: _____     _____
                                  Honorable Phyllis J. Hamilton
                                  United States District Judge