Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR PROTECTIVE ORDER** <br><br> Date:   May 25, 2023 <br> Time:  9:00 a.m. <br> Ctrm:  3 <br> Judge: Hon. Phyllis J. Hamilton |

I, Antonio J. Perez-Marques, declare as follows:

1. I am partner of the law firm of Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms Inc. in the above-captioned action, and I am admitted to this court *pro hac vice*. I submit this declaration in support of Plaintiffs' opposition to the motion for a protective order filed by Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. (together, "NSO"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. On June 2, 2020, Plaintiffs served their first Requests for Production.

3. After the Supreme Court of the United States denied NSO's petition for writ of certiorari on January 9, 2023, I sent NSO's counsel a letter asking about the current status of the Israeli Order. On February 1, 2023, NSO's counsel replied, contending that the Israeli Order remains in full effect. Attached hereto as **Exhibit A** is a true and correct copy of NSO counsel's letter to me, dated February 1, 2023.

4. The Court held a case management conference on February 16, 2023. During that case management conference, the parties and the Court discussed the Israeli law restrictions raised by NSO, and agreed on the scope of NSO's motion for protective order. Attached hereto as **Exhibit B** is a true and correct transcript of the February 16, 2023 case management conference.

5. Pursuant to the Court's February 16, 2023 minute entry, Dkt. No. 165, NSO served amended responses and objections to the Requests on February 28, 2023. Attached hereto as **Exhibit C** is a true and correct copy of NSO's amended responses and objections to the Requests.

6. On March 13, 2023 and March 16, 2023, Plaintiffs conferred with NSO's counsel about NSO's amended responses and objections to the Requests. During those discussions, NSO's counsel reiterated their position that Israeli law posed a general barrier to discovery. Although NSO's counsel invited Plaintiffs to narrow certain requests, they confirmed that any narrowing of Plaintiffs' requests would not resolve the overarching Israeli law issue. Though NSO's counsel acknowledged that certain third parties located outside of Israel possess documents that are not subject to the Israeli law restrictions, they indicated that such third parties would not be alternative sources for the information sought from NSO. Finally, counsel for NSO signaled that they would

1

be willing to seek authorization to produce certain limited information that they believed the Israeli government might not deem sensitive, such as organizational charts and financial information, but that they were unwilling to seek such authorization as to the remainder of Plaintiffs' requests, to request that the Israeli Order be lifted, or to seek a license to comply with discovery.

7. Attached hereto as **Exhibit D** is a true and correct copy of a press release titled, "NSO Group Acquired by its Management," released by NSO Group on February 14, 2019.

8. Attached hereto as **Exhibit E** is a true and correct copy of an article authored by Joseph Menn and Jack Stubbs titled, "Exclusive: FBI Probes Use of Israeli Firm's Spyware in Personal and Government Hacks – Sources," published by Reuters on January 30, 2020.

9. Attached hereto as **Exhibit F** is a true and correct copy of a press release titled, "Commerce Adds NSO Group and Other Foreign Companies to Entity List for Malicious Cyber Activities," released by U.S. Department of Commerce on November 3, 2021.

10. Attached hereto as **Exhibit G** is a true and correct copy of an article authored by Joseph Menn and Joel Schetman titled, "Exclusive: U.S. Lawmakers Call for Sanctions Against Israel's NSO, Spyware Firms," published by Reuters on December 15, 2021.

11. Attached hereto as **Exhibit H** is a true and correct copy of an article authored by Eliza Ronalds-Hannon and Liana Baker titled, "Spyware Firm NSO Discussing Sale to U.S. Fund Integrity," published by Bloomberg on January 25, 2022.

12. Attached hereto as **Exhibit I** is a true and correct copy of an article authored by Ronen Bergman and Mark Mazzetti titled, "The Battle for the World's Most Powerful Cyberweapon," published by The New York Times on January 28, 2022.

13. Attached hereto as **Exhibit J** is a true and correct copy of an article authored by Ronan Farrow titled, "How Democracies Spy On Their Citizens," published by The New Yorker on April 18, 2022.

14. Attached hereto as **Exhibit K** is a true and correct copy of an article authored by Barak Ravid titled, "Scoop: Israelis Push U.S. to Remove NSO From Blacklist," published by Axios on June 8, 2022.

15. Attached hereto as **Exhibit L** is a true and correct copy of an article authored by Stephanie Kirchgaessner titled, "US Defence Contractor In Talks To Take Over NSO Group's Hacking Technology," published by The Guardian on June 14, 2022.

16. Attached hereto as **Exhibit M** is a true and correct copy of an article authored by Uri Blau titled, "Pegasus Spyware Maker NSO Is Conducting a Lobbying Campaign to Get Off U.S. Blacklist," published by ProPublica on July 12, 2022.

17. Attached hereto as **Exhibit N** is a true and correct copy of a Brief for the United States as Amicus Curiae filed in connection with *NSO Grp. Techs. Ltd. v. WhatsApp Inc.*, No. 21-1338 on November 21, 2022.

18. Attached hereto as **Exhibit O** is a true and correct copy of an article authored by Byron Tau and Dustin Volz titled, "Head of Israeli Cyber Firm NSO Group Reaffirms Company Commitment to Spyware," published by The Wall Street Journal on January 26, 2023.

19. Attached hereto as **Exhibit P** is a true and correct copy of an article authored by Sam Sabin titled, "Spyware Company NSO Group Tries to Makes Its Case in Washington," published by Axios on January 27, 2023.

20. Attached hereto as **Exhibit Q** is a true and correct copy of an article authored by Stephanie Kirchgaessner titled, "NSO Group Co-Founder Emerges as New Majority Owner," published by The Guardian on March 1, 2023.

21. Attached hereto as **Exhibit R** is a true and correct copy of Executive Order No. 14093, titled "Prohibition on Use by the United States Government of Commercial Spyware that Poses Risks to National Security," issued by President Joseph R. Biden on March 27, 2023.

22. Attached hereto as **Exhibit S** is a true and correct copy of NSO's responses and objections to Plaintiffs' requests for admission, dated April 17, 2023.

23. Attached hereto as **Exhibit T** is a true and correct copy of an article authored by Omer Kabir titled, "NSO's Pegasus Spyware Found New Ways to Hack iPhones," published by Calcalist on April 18, 2023.

24. Attached hereto as **Exhibit U** is a true and correct copy of the Westbridge/NSO Group Brochure for Phantom.

3

**Declaration of A. Perez-Marques in Support of Plaintiffs' Opposition to Motion for Protective Order**
**Case No. 4:19-cv-07123-PJH**

1    I declare under the penalty of perjury that the foregoing is true and correct.

2    Executed on the 24th day of April, 2023 in New York, New York.

                                                                         */s/ Antonio J. Perez-Marques*
                                                                         Antonio J. Perez-Marques

4

DECLARATION OF A. PEREZ-MARQUES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR PROTECTIVE ORDER
CASE NO. 4:19-CV-07123-PJH