Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
            craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER DENYING MOTION FOR PROTECTIVE ORDER** <br><br> Date: May 25, 2023 <br> Time: 9:00 a.m. <br> Ctrm: 3 <br> Judge: Hon. Phyllis J. Hamilton |

Defendants' Motion for Protective Order came on for hearing before the Honorable Phyllis J. Hamilton on May 25, 2023 at 9:00 a.m. in Courtroom 3.

Having considered the motion and all supporting papers and opposition papers and having heard the argument of counsel, IT IS HEREBY ORDERED that:

1. Defendants' Motion for Protective Order is DENIED.

2. Defendants' Israeli law objections to the Requests are overruled and may not serve as a reason to avoid producing documents in response to Plaintiffs' discovery requests. Defendants shall immediately begin producing any documents for which Defendants' sole objection is based on the purported Israeli law restrictions. Such documents may be designated, as appropriate, "Confidential" or "Highly Confidential - Attorneys' Eyes Only" under the Stipulated Protective Order. Dkt. No. 132.

3. Discovery is this action is not limited to the Pegasus spyware, the 1,400 victims identified in the complaint, or the April to May 2019 time period. Plaintiffs may seek discovery regarding any of Defendants' spyware products that targets Plaintiffs' servers or their users, including in support of Plaintiffs' claim for injunctive relief.

4. All other objections to relevance, burden, or proportionality are hereby referred to the Magistrate Judge. Any remaining disputes shall be addressed in accordance with the procedures set forth in Section 1 of the Court's Standing Order Regarding Discovery Disputes, Protective Disputes, and ESI Orders, and any applicable standard order issued by the Magistrate Judge.

Dated: _____

HONORABLE PHYLLIS J. HAMILTON
United States District Judge