Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and METE PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **ADMINISTRATIVE MOTION TO REMOVE AND FOR LEAVE TO FILE UNDER SEAL INCORRECTLY FILED DOCUMENT: DKT. NO. 182-1** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rule 7-11, Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") respectfully move this Court for an Order to remove Docket No. 182-1 from the ECF docket on the grounds that it was incorrectly filed, and permitting them to file the same document under seal.

Docket No. 182-1 was submitted electronically on April 24, 2023 by Plaintiffs. Docket No. 182-1 contains a document that is governed by the August 31, 2020 Stipulated Protective Order (Dkt. No. 132), and that was inadvertently filed without redaction. Plaintiffs have already contacted the ECF Help Desk regarding this issue, and the ECF Help Desk has temporarily locked Docket No. 182-1.

Plaintiffs request that the document, which is attached as Exhibit A to the concurrently filed Declaration of Antonio J. Perez-Marques in support of this motion, instead be filed under seal pursuant to Civil Local Rules 79-5(c) and (d) because it refers to materials that have been designated as "Highly Confidential – Attorney's Eyes Only" by Defendants pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the above-captioned action, and Defendants have sought leave to file those materials, and all references to those materials, under seal (Dkt. No. 179). Plaintiffs take no position as to whether the designated documents satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations as well as the sealability of the documents at issue.

Plaintiffs intend to file a public redacted version of Docket No. 182-1 upon receiving from Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited identification of any portion of Docket No. 182-1 that NSO seeks to seal. *See* N.D. Cal. Civil L. R. 79-5(f).

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion, remove the above-listed docket entry from the docket, and seal the version attached hereto as Exhibit A.

The Administrative Motion is based on this Notice of Motion, the concurrently filed Declaration of Antonio J. Perez-Marques in support of this motion, and the [Proposed] Order.

1

ADMINISTRATIVE MOTION TO REMOVE AND FOR LEAVE TO FILE UNDER SEAL INCORRECTLY FILED DOCUMENT
CASE NO. 4:19-CV-07123-PJH

| | | |
|---|---|---|
| 1 | Dated: May 8, 2023 | Respectfully Submitted, |
| 2 | | DAVIS POLK & WARDWELL LLP |
| 3 | | |
| 4 | | By:  /s/ Antonio J. Perez-Marques |

          Greg D. Andres
          Antonio J. Perez-Marques
          Craig T. Cagney
           (admitted *pro hac vice*)
          DAVIS POLK & WARDWELL LLP
          450 Lexington Avenue
          New York, New York 10017
          Telephone: (212) 450-4000
          Facsimile: (212) 701-5800
          Email:  greg.andres@davispolk.com
             antonio.perez@davispolk.com
             craig.cagney@davispolk.com

          Micah G. Block (SBN 270712)
          DAVIS POLK & WARDWELL LLP
          1600 El Camino Real
          Menlo Park, California 94025
          Telephone: (650) 752-2000
          Facsimile:  (650) 752-2111
          Email: micah.block@davispolk.com

          *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*