1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3     (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
6  Email:    greg.andres@davispolk.com
7            antonio.perez@davispolk.com
             craig.cagney@davispolk.com
8
   Micah G. Block (SBN 270712)
9  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
10 Menlo Park, California 94025
   Telephone: (650) 752-2000
11 Facsimile:  (650) 752-2111
12 Email:    micah.block@davispolk.com

13 *Attorneys for Plaintiffs WhatsApp LLC and*
   *Meta Platforms, Inc.*
14

15              UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                    OAKLAND DIVISION

18 WHATSAPP LLC, and                  ) Case No. 4:19-cv-07123-PJH
   META PLATFORMS INC.,               )
19                                    )
                                      ) **DECLARATION OF ANTONIO J.**
20              Plaintiffs,           ) **PEREZ-MARQUES IN SUPPORT OF**
                                      ) **ADMINISTRATIVE MOTION TO**
21        v.                          ) **REMOVE AND FOR LEAVE TO FILE**
                                      ) **UNDER SEAL INCORRECTLY FILED**
22 NSO GROUP TECHNOLOGIES LIMITED     ) **DOCUMENT**
   and Q CYBER TECHNOLOGIES LIMITED,  )
23                                    )
                                      )
24              Defendants.           )
                                      )
25
26
27
28

I, Antonio J. Perez-Marques, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of New York, and a partner with the law firm of Davis Polk & Wardwell LLP, counsel to Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), in the above-captioned matter.  I am admitted *pro hac vice* in the above-captioned matter.  Except for those matters on information and belief, which I believe to be true, the statements made herein are based on my personal knowledge and if called as a witness, I could and would competently testify thereto.

2.      I submit this declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Remove and For Leave to File Under Seal Incorrectly Filed Document filed concurrently herewith.

3.      Attached hereto as **Exhibit A** is a true and correct copy of NSO counsel's letter to me, dated February 1, 2023, which was originally filed as Exhibit A to the Declaration of Antonio J. Perez-Marques in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order.

4.      Plaintiffs seek to file portions of Exhibit A under seal.

5.      The sealed portions refer to materials that have been designated by Defendants as "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the above-captioned action, and Defendants have sought leave to file those materials, and all references to those materials, under seal (Dkt. No. 179).  Plaintiffs take no position as to whether the designated document satisfies the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations under the Stipulated Protective Order governing this Action as well as the sealability of the document at issue.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 8th day of May 2023 in New York, New York.


 */s/ Antonio J. Perez-Marques*
Antonio J. Perez-Marques