1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
6  Email:    greg.andres@davispolk.com
7            antonio.perez@davispolk.com
             craig.cagney@davispolk.com
8
   Micah G. Block (SBN 270712)
9  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
10 Menlo Park, California 94025
   Telephone: (650) 752-2000
11 Facsimile:  (650) 752-2111
12 Email:    micah.block@davispolk.com

13 *Attorneys for Plaintiffs WhatsApp LLC and
   Meta Platforms, Inc.*
14

15              UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                    OAKLAND DIVISION

18 | WHATSAPP LLC, and
   | META PLATFORMS INC.,                ) Case No. 4:19-cv-07123-PJH
19 |                                     )
   |             Plaintiffs,             ) **[PROPOSED] ORDER GRANTING
20 |                                     ) ADMINISTRATIVE MOTION TO
   |                                     ) REMOVE AND FOR LEAVE TO FILE
21 |       v.                            ) UNDER SEAL INCORRECTLY FILED
   |                                     ) DOCUMENT**
22 | NSO GROUP TECHNOLOGIES LIMITED      )
   | and Q CYBER TECHNOLOGIES LIMITED,   )
23 |                                     )
   |             Defendants.             )
24 |                                     )

25

26

27

28

  Having considered Plaintiffs WhatsApp LLC and Meta Platforms Inc.'s Administrative Motion to Remove and For Leave to File Under Seal Incorrectly Filed Document (the "Motion") and the Declaration of Antonio J. Perez-Marques in Support of the Motion (the "Declaration"), and good cause appearing, the Motion is hereby GRANTED.

  IT IS HEREBY ORDERED that Docket No. 182-1 shall be removed from the publicly available docket, and that Exhibit A to the Declaration be filed under seal.

Dated: _____

                     Honorable Phyllis J. Hamilton
                     United States District Judge