UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | Case No. 19-cv-07123-PJH<br><br>**ORDER RE BRIEFING AND HEARING ON MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. Nos. 176, 186 |

    The defendant in the above-captioned case has filed a motion for protective order. See Dkt. 176-2, 186. Both parties initially filed all of their briefs under seal, without filing redacted versions on the public docket, as required by Civil Local Rule 79-5.

    Defendant has now filed a redacted version of its opening brief on the public docket. See Dkt. 186. However, redacted versions of the opposition and reply brief have not yet been publicly filed. The parties are directed to file such redacted briefs on the public docket no later than **May 19, 2023**.

    Additionally, defendant's motion sets forth a hearing date of May 25, 2023 – that hearing date is VACATED, and if the court determines that a hearing is necessary after reviewing the parties' papers, it will issue a notice setting a new hearing date.

    **IT IS SO ORDERED.**

Dated: May 15, 2023

                                                 /s/ *Phyllis J. Hamilton*
                                           PHYLLIS J. HAMILTON
                                           United States District Judge