# Exhibit F

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
    633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
    Telephone:    (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
|---|---|
| Plaintiffs, | **STATUS REPORT TO THE COURT** |
| v. | Judge:  Hon. Phyllis J. Hamilton |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:  10/29/2019 |
| Defendants. | |

1    In connection with their pending Motion for Protective Order, Defendants NSO Group
2 Technologies Limited and Q Cyber Technologies Limited (collective, "NSO"), hereby inform the
3 Court that ███████████████████████████████████████ NSO is
4 in the process of ███████████████████████████████████ NSO will provide the
5 ███████████████████ to this Court as soon as it is able to do so.

7 DATED: May 25, 2023                KING & SPALDING LLP

8                                    By: */s/ Joseph N. Akrotirianakis*___
                                         JOSEPH N. AKROTIRIANAKIS
9                                        AARON S. CRAIG
10                                       Attorneys for Defendants NSO GROUP
                                         TECHNOLOGIES LIMITED and Q
11                                       CYBER TECHNOLOGIES LIMITED