1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
6  Email:   greg.andres@davispolk.com
7           antonio.perez@davispolk.com
            craig.cagney@davispolk.com
8
   Micah G. Block (SBN 270712)
9  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
10 Menlo Park, California 94025
   Telephone: (650) 752-2000
11 Facsimile:  (650) 752-2111
12 Email:   micah.block@davispolk.com

13 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

14

15                    UNITED STATES DISTRICT COURT

16                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                              OAKLAND DIVISION

18 | WHATSAPP LLC, and                        )
   | META PLATFORMS INC.,                     )  Case No. 4:19-cv-07123-PJH
19 |                                          )
   |                                          )
20 |                Plaintiffs,                )  **ADMINISTRATIVE MOTION TO**
   |                                          )  **CONSIDER WHETHER ANOTHER**
21 |       v.                                  )  **PARTY'S MATERIAL SHOULD BE**
   |                                          )  **FILED UNDER SEAL**
22 | NSO GROUP TECHNOLOGIES LIMITED           )
   |  and Q CYBER TECHNOLOGIES LIMITED,       )
23 |                                          )
   |                                          )
24 |                Defendants.                )
   |                                          )

25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to consider whether Plaintiffs' Administrative Motion for an Order Regarding NSO's Document Preservation Obligations (the "Motion") and related exhibits should be sealed.

Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. ("NSO") have moved to file portions of the following documents under seal: the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Status Report Under Seal (the "Craig Declaration"), filed at Docket No. 193-1, Defendants' Status Report to the Court (the "Status Report"), filed at Docket No. 193-2, the Declaration of Carla Christofferson in Support of Defendants' Administrative Motion to File Under Seal (the "Christofferson Declaration"), filed at Docket No. 195-1, Exhibits A and B to the Christofferson Declaration (the "Exhibits"), filed at Docket Nos. 195-3 and 195-4, and Defendants' Further Status Report to the Court (the "Further Status Report"), filed at Docket No. 195-5.

Plaintiffs file the Motion in response to Defendants' Status Report and Further Status Report. Plaintiffs' Motion contains references to documents that NSO requested to file under seal. Accordingly, Plaintiffs now move the Court to consider whether Plaintiffs' material should be sealed. *See* N.D. Cal. Civil L. R. 79-5(f). Plaintiffs take no position as to whether the Motion satisfies the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations as well as the sealability of the documents at issue.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

| | |
|---|---|
| Dated: June 23, 2023 | Respectfully Submitted, |
| | DAVIS POLK & WARDWELL LLP |
| | By: /s/ Antonio J. Perez-Marques |
| | Greg D. Andres |
| | Antonio J. Perez-Marques |
| | Craig T. Cagney |
| |   (admitted *pro hac vice*) |
| | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| | Facsimile: (212) 701-5800 |
| | Email: greg.andres@davispolk.com |
| |            antonio.perez@davispolk.com |
| |            craig.cagney@davispolk.com |
| | |
| | Micah G. Block (SBN 270712) |
| | DAVIS POLK & WARDWELL LLP |
| | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| | Email: micah.block@davispolk.com |
| | |
| | *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.* |