Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
(admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
antonio.perez@davispolk.com
craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, a Delaware corporation, and META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION FOR AN ORDER REGARDING NSO'S DOCUMENT PRESERVATION OBLIGATIONS** |

On June 13, 2023, Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. ("NSO") filed a "status update" in this Court [redacted] *See* Dkt. No. 195-4. In response, Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") respectfully file this motion pursuant to Civil Local Rule 7-11 [redacted] *See* Dkt. No. 176-1. [redacted] *See* Dkt. Nos. 193–195.

[redacted] Plaintiffs are available to appear at a status conference to address this issue [redacted]

Further, NSO's "status update" confirms that NSO's motion for a protective order should be denied. The interest of each nation in discovery is the "most important factor" in the *Richmark*

[1] [redacted]

analysis. *Richmark Corp. v. Timber Falling Consultants*, 959 F.2d 1468, 1476 (9th Cir. 1992). [redacted] While the Court can deny NSO's motion for a protective order based on the current record, Plaintiffs would welcome the opportunity to address these issues either at a status conference or through supplemental briefing.


Dated: June 23, 2023

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: */s/ Antonio J. Perez-Marques*

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
(admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
antonio.perez@davispolk.com
craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*