Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
             antonio.perez@davispolk.com
             craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER REGARDING NSO'S DOCUMENT PRESERVATION OBLIGATIONS**<br><br>Ctrm:   3<br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Antonio J. Perez-Marques, declare as follows:

1.      I am a partner of the law firm Davis Polk & Wardwell LLP and admitted to practice before this Court.  I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned action (the "Action").  I am admitted *pro hac vice* in the above-captioned matter.  I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2.      I submit this Declaration in Support of the Administrative Motion for an Order Regarding NSO's Document Preservation Obligations filed concurrently herewith.

3.      On May 25, 2023, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO") filed a sealed "Status Report" (and accompanying Craig Declaration),

4.      On June 13, 2023, NSO filed

*See* Dkt. No. 195.

*See* Ex. A at 4.

5.

Ex. A at 3.

Ex. A at 2–3.

6.

Ex. A at 2

7.

1

2

3

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of June, 2023 at New York, New York

By: _/s/ Antonio J. Perez-Marques_
Antonio J. Perez-Marques

# EXHIBIT A

EXHIBIT FILED UNDER SEAL