1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3     (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
6  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
7           craig.cagney@davispolk.com
8
   Micah G. Block (SBN 270712)
9  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
10 Menlo Park, California 94025
   Telephone: (650) 752-2000
11 Facsimile:  (650) 752-2111
12 Email:   micah.block@davispolk.com

13 *Attorneys for Plaintiffs WhatsApp LLC and
   Meta Platforms, Inc.*

14

15                    UNITED STATES DISTRICT COURT

16                FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                            OAKLAND DIVISION

18 | WHATSAPP LLC, and           )
   | META PLATFORMS INC.,        ) Case No. 4:19-cv-07123-PJH
19 |                             )
20 |          Plaintiffs,        ) **[PROPOSED] ORDER GRANTING**
   |                             ) **ADMINISTRATIVE MOTION**
21 |     v.                      ) **REGARDING NSO'S DOCUMENT**
   |                             ) **PRESERVATION OBLIGATIONS**
22 | NSO GROUP TECHNOLOGIES LIMITED )
   | and Q CYBER TECHNOLOGIES LIMITED, )
23 |                             )
24 |          Defendants.        )

25

26

27

28

1  Having considered the Administrative Motion for an Order Regarding NSO's Document Preservation Obligations (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO") ███████████████████████████████████████████████████████████████████████████████████████, see Dkt. No. 195, pending the Court's resolution of NSO's motion for protective order, see Dkt. No. 179.

IT IS HEREBY FURTHER ORDERED that a status conference regarding the Further Status Report shall be set for _____.

Dated: _____    _____
                                Honorable Phyllis J. Hamilton
                                United States District Judge