1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
6  Email:    greg.andres@davispolk.com
             antonio.perez@davispolk.com
7            craig.cagney@davispolk.com
8
   Micah G. Block (SBN 270712)
9  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
10 Menlo Park, California 94025
   Telephone: (650) 752-2000
11 Facsimile:  (650) 752-2111
12 Email:    micah.block@davispolk.com

13 *Attorneys for Plaintiffs WhatsApp LLC and
   Meta Platforms, Inc.*
14

15            UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                     OAKLAND DIVISION

| | |
|---|---|
| 18  WHATSAPP LLC, and<br>     META PLATFORMS INC.,<br>19<br>20                     Plaintiffs,<br>21         v.<br>22  NSO GROUP TECHNOLOGIES LIMITED<br>    and Q CYBER TECHNOLOGIES LIMITED,<br>23<br>24                     Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

25
26
27
28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
CASE NO. 4:19-CV-07123-PJH

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), the Motion is hereby GRANTED / DENIED.

IT IS HEREBY ORDERED that the following documents will / will not remain sealed, as follows:

| ECF No. | Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|---|
| 197-2 | Administrative Motion for an Order Regarding NSO's Document Preservation Obligations | Portions of pages 1 and 2 | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |
| 197-4 | Declaration of Antonio Perez-Marques In Support of Administrative Motion for an Order Regarding NSO's Document Preservation Obligations | Portions of pages 1 and 2, Ex. A | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |
| 197-6 | Proposed Order Granting Administrative Motion for an Order Regarding NSO's Document Preservation Obligations | Portions of page 1 | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |

Dated: _____

Honorable Phyllis J. Hamilton
United States District Judge