1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>  Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:  Hon. Phyllis J. Hamilton |

This Court, having considered the Administrative Motion to File Under Seal submitted by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"), and the Declaration of Aaron Craig filed in support thereof, and GOOD CAUSE THEREFOR APPEARING, finds that good cause supports the sealing of the court records as specified in this Order.

| Documents To Be Sealed | Portion To Be Sealed |
|---|---|
| Declaration of Aaron Craig in Support of Defendants' Administrative Motion to File Under Seal Dated June 27, 2023 ("Craig Declaration") | Indicated portions of Paragraphs: 3-9 |
| Exhibit A to Declaration of Aaron Craig, Defendants' Opposition to Plaintiffs' Administrative Motion for an Order Regarding NSO's Document Preservation Obligations | Indicated portions |

The Sealed Documents contain traditionally nonpublic information for which there is no constitutional right of access. *See, e.g.*, *N.Y. Times Co. v. Dep't of Justice*, 806 F.3d 682, 688 (2d Cir. 2015). Moreover, other legal principles counsel that the Sealed Documents be kept confidential. *See, e.g.*, *Compal Elecs., Inc. v. Apple Inc.*, 2017 WL 11423604, at *3 (S.D. Cal. Sept. 5, 2017).

The Motion is accordingly GRANTED, and the documents described herein ("Sealed Documents") are to be filed under seal. To the extent it is necessary in future court filings in this case for the parties to make reference to the sealed content of the Sealed Documents, those matters may also be filed under seal pursuant to this Order.

**IT IS SO ORDERED.**

DATED: _____

             THE HONORABLE PHYLLIS J. HAMILTON
             CHIEF UNITED STATES DISTRICT JUDGE