JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:     (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PROOF OF SERVICE OF UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED DKT. NO. 198**<br><br>Action Filed:   10/29/2019 |

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am a member of the bar of this Court. I am over the age of eighteen years and not a party to the within action.

On June 27, 2023, I served the following documents in the manner described below:

1. DECLARATION OF AARON CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [HIGHLIGHTED]; AND

2. EXHIBITS A- DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION (ECF NO. 197-1) [HIGHLIGHTED].

☑ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

Greg D. Andres
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4724
Email: greg.andres@davispolk.com

Antonio J. Perez-Marques
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4559
Email: antonio.perez@davispolk.com

Craig T. Cagney
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-3162
Email: craig.cagney@davispolk.com

1  Micah G. Block
2  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
3  Menlo Park, California 94025
   Telephone: (650) 752-2000
4  Email: micah.block@davispolk.com

       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 27, 2023, at Los Angeles, California.

   By: _____
            MINA TUNSON