Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>             Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br> and Q CYBER TECHNOLOGIES LIMITED,<br><br>             Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11
3   and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to
4   consider whether Plaintiffs' Administrative Motion for Leave to File Supplemental Brief In Sup-
5   port of Administrative Motion for an Order Regarding NSO's Document Preservation Obligations
6   (the "Motion") and related exhibits should be sealed.

7   Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. ("NSO") have
8   moved to file portions of the following documents under seal: the Declaration of Aaron S. Craig in
9   Support of Defendants' Administrative Motion to File Status Report Under Seal (the "Craig Decla-
10  ration"), filed at Docket No. 193-1, Defendants' Status Report to the Court (the "Status Report"),
11  filed at Docket No. 193-2, the Declaration of Carla Christofferson in Support of Defendants' Ad-
12  ministrative Motion to File Under Seal (the "Christofferson Declaration"), filed at Docket No. 195-
13  1, Exhibits A and B to the Christofferson Declaration, filed at Docket Nos. 195-3 and 195-4, De-
14  fendants' Further Status Report to the Court (the "Further Status Report"), filed at Docket No. 195-
15  5, the Declaration of Aaron Craig in Support of Defendants' Administrative Motion to File Under
16  Seal, filed at Docket No. 198-1, and Exhibit A to the Craig Declaration, filed at Docket No. 198-2.

17  Plaintiffs file the Motion in order to supplement Plaintiffs' previous Administrative Motion
18  for an Order Regarding NSO's Document Preservation Obligations (Dkt. No. 197-1).  Plaintiffs'
19  Motion contains references to documents that NSO requested to file under seal.  Accordingly,
20  Plaintiffs now move the Court to consider whether Plaintiffs' material should be sealed.  *See* N.D.
21  Cal. Civil L. R. 79-5(f).  Plaintiffs take no position as to whether the Motion satisfies the require-
22  ments for sealing, and specifically reserve the right to challenge any confidentiality designations as
23  well as the sealability of the documents at issue.

24
25
26
27
28

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

| | |
|---|---|
| Dated:  August 21, 2023 | Respectfully Submitted, |
| | DAVIS POLK & WARDWELL LLP |
| | By: /s/ Micah G. Block |
| | Greg D. Andres |
| | Antonio J. Perez-Marques |
| | Craig T. Cagney |
| | (admitted *pro hac vice*) |
| | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| | Facsimile: (212) 701-5800 |
| | Email: greg.andres@davispolk.com |
| | antonio.perez@davispolk.com |
| | craig.cagney@davispolk.com |
| | |
| | Micah G. Block (SBN 270712) |
| | DAVIS POLK & WARDWELL LLP |
| | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| | Telephone: (650) 752-2000 |
| | Facsimile:  (650) 752-2111 |
| | Email: micah.block@davispolk.com |
| | |
| | *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.* |