Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), the Motion is hereby GRANTED / DENIED.

IT IS HEREBY ORDERED that the following documents will / will not remain sealed, as follows:

| ECF No. | Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|---|
| 202-2 | Declaration of Micah G. Block In Support of Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal | Portions of page 1 | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |
| 202-5 | Administrative Motion for Leave to File Supplemental Brief In Support of Administrative Motion for an Order Regarding NSO's Document Preservation Obligations (ECF No. 197-1) | Portions of pages 1 and 2 | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |
| 202-7 | Supplemental Brief In Support of Administrative Motion for an Order Regarding NSO's Document Preservation Obligations | Portions of pages 1 and 2 | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |
| 202-9 | Declaration of Micah G. Block In Support of Supplemental Brief In Support of Administrative Motion for an Order Regarding NSO's Document Preservation Obligations | Portions of page 1, Exs. B-1, B-2 | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |

Dated: _____        _____
Honorable Phyllis J. Hamilton
United States District Judge