Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, a Delaware corporation, and META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER REGARDING NSO'S DOCUMENT PRESERVATION OBLIGATIONS (ECF NO. 197-1)** |

1  Pursuant to Local Rules 7-3(d) and 7-11, Plaintiffs WhatsApp LLC and Meta Platforms,
2  Inc. (together, "Plaintiffs") move for leave to file a Supplemental Brief in Support of
3  Administrative Motion for an Order Regarding NSO's Document Preservation Obligations
4  ("Supplemental Brief in Support of Administrative Motion"), which is attached as Exhibit A.  The
5  Declaration of Micah G. Block in Support of Plaintiffs' Supplemental Brief in Support of
6  Administrative Motion is attached as Exhibit B.
7  This case was filed on October 29, 2019. Since that time, Plaintiffs have received virtually
8  none of the discovery they have requested from Defendants NSO Group Technologies Ltd. and Q
9  Cyber Technologies Ltd. ("NSO"), based on Defendants' invocation of alleged Israeli law
10 restrictions.
11 After NSO's Motion for a Protective Order was fully briefed, NSO provided a "Status
12 Report." (Dkt. No. 193.) ███████████████████████
13 ███████████████████████████████████
14 ███████████████████████████████████
15 ███████████████████████████████████
16 ███████████████████████████████████
17 ████████████████████████ Plaintiffs now seek leave to file a
18 short supplement to apprise the Court of recent developments ███████████████
19 ███████████████████████████
20 ███████████████████████
21 ███████████████████████████████████
22 ███████████████████████████████████
23 ███████████████████████████████████
24 ███████████████████████████████████
25 ███████████████████████████████████
26 ███████████████████████████████████
27 ███████████████████████████████████
28

1  █████████████████████████████████████████████████████
2  ████████████████████████████████████
3  ████████████████████████████████████████████████
4  █████████████████████████████████████████████████████
5  █████████████████████████████████████████████████████
6  ██████████████████████████████████████████████
7  █████████████████████████████████████████████████████
8  ████████████████████████████████████████████████
9  █████████████████████████████████████████████████████
10 ██████████████████████████████████████████████████
11 ██████████████████████████████████[1]

12    For the aforementioned reasons, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the Supplemental Brief in Support of Administrative Motion attached as Exhibit A.

---

[1] Plaintiffs sought NSO's consent to this motion, and NSO declined. (Block Decl. ¶ 8.)

2

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER REGARDING NSO'S DOCUMENT PRESERVATION OBLIGATIONS
CASE NO. 4:19-CV-07123-PJH

Dated: August 21, 2023

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: */s/ Micah G. Block*
    Greg D. Andres
    Antonio J. Perez-Marques
    Craig T. Cagney
    (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email: greg.andres@davispolk.com
           antonio.perez@davispolk.com
           craig.cagney@davispolk.com

    Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    Email: micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

3

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER REGARDING NSO'S DOCUMENT PRESERVATION OBLIGATIONS
CASE NO. 4:19-CV-07123-PJH