# EXHIBIT A

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, a Delaware corporation, and META PLATFORMS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**SUPPLEMENTAL BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER REGARDING NSO'S DOCUMENT PRESERVATION OBLIGATIONS** |

1     Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") respectfully supplement
2 their motion pursuant to Civil Local Rule 7-11 ███████████████
3–27 [text redacted]

28

1

1  █████████████████████████████████████████████████████
2  █████████████████████████████████████████████████████
3  █████████████████████████████████████████████████████
4  █████████████████████████████████████████████████████
5  █████████████████████████████████████████████████████
6  █████████████████████████████████████████████████████
7  █████████████████████████████████████████████████████
8  █████████████████████████████████████████████████████
9  █████████████████████████████████████████████████████
10 █████████████████████████████████████████████████████
11 █████████████████████████████████████████████████████
12 █████████████████████████████████████████████████████
13 █████████████████████████████████████████████████████
14 ██████████████████████████████████████

███████████████████████████████████████ Plaintiffs request that the Court either enter an order requiring NSO to take steps to maintain the status quo pending resolution of their Motion for Protective Order, or that the Court set a status conference to address these developments.

2

SUPPLEMENTAL BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER REGARDING NSO'S DOCUMENT PRESERVATION OBLIGATIONS
CASE NO. 4:19-CV-07123-PJH

Dated: August 21, 2023                Respectfully Submitted,

                                          DAVIS POLK & WARDWELL LLP

                                          By:   */s/ Micah G. Block*
                                                   Greg D. Andres
                                                   Antonio J. Perez-Marques
                                                   Craig T. Cagney
                                                     (admitted *pro hac vice*)
                                                 DAVIS POLK & WARDWELL LLP
                                               450 Lexington Avenue
                                               New York, New York 10017
                                               Telephone: (212) 450-4000
                                               Facsimile: (212) 701-5800
                                               Email:  greg.andres@davispolk.com
                                                         antonio.perez@davispolk.com
                                                         craig.cagney@davispolk.com

                                               Micah G. Block (SBN 270712)
                                               DAVIS POLK & WARDWELL LLP
                                               1600 El Camino Real
                                               Menlo Park, California 94025
                                               Telephone: (650) 752-2000
                                               Facsimile:  (650) 752-2111
                                               Email: micah.block@davispolk.com

                                               *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

3

SUPPLEMENTAL BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER REGARDING NSO'S DOCUMENT PRESERVATION OBLIGATIONS
CASE NO. 4:19-CV-07123-PJH