# EXHIBIT B

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
             antonio.perez@davispolk.com
             craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF MICAH G. BLOCK IN SUPPORT OF SUPPLEMENTAL BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER REGARDING NSO'S DOCUMENT PRESERVATION OBLIGATIONS** <br><br> Ctrm:   3 <br> Judge:  Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am a partner of the law firm Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration in Support of Plaintiffs' Administrative Motion for an Order Regarding NSO's Document Preservation Obligations (Dkt. No. 197-1).

3. On June 23, 2023, Plaintiffs filed their Administrative Motion for an Order Regarding NSO's Document Preservation Obligations. *See* Dkt. No. 197-1.

4. ███████████████████████████████████████████████████████

5. ███████████████████████████████████████████████████████

6. On August 11 and 17, 2023, Plaintiffs conferred with NSO about the parties' outstanding discovery requests ███████████████████████████████ In related email correspondence on August 17, 2023, (attached at Exhibit B-1) NSO's counsel stated:

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

7. In related email correspondence on August 18, 2023, (attached at Exhibit B-2) NSO's counsel stated:

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

1
DECLARATION OF MICAH G. BLOCK IN SUPPORT OF ADMINISTRATIVE MOTION
CASE NO. 4:19-CV-07123-PJH

8.  Plaintiffs inquired whether NSO would consent to Plaintiffs' filing a supplement to the prior Administrative Motion. NSO's counsel confirmed that NSO does not consent. Ex. B-1.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 21st day of August, 2023 at Menlo Park, California.

By:   */s/ Micah G. Block*
     Micah G. Block

# EXHIBIT B-1

| | |
|---|---|
| **From:** | Aaron Craig <ACraig@KSLAW.com> |
| **Sent:** | Thursday, August 17, 2023 18:00 |
| **To:** | Stotsky, Jonah J.; James Cone; Carla Christofferson; Joe Akrotirianakis; Christine Choi; Matt Noller; James Unger |
| **Cc:** | fb.nso |
| **Subject:** | RE: WhatsApp LLC v. NSO Group Technologies Ltd. |

HIGHLY CONFIDENTIAL AEO

Jonah: ▮▮▮▮▮

We do not consent to your filing a supplement ▮▮▮▮▮ I'm available this afternoon to discuss.

---

**From:** Stotsky, Jonah J. <jonah.stotsky@davispolk.com>
**Sent:** Thursday, August 17, 2023 2:52 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; James Cone <JCone@KSLAW.com>; Carla Christofferson <CChristofferson@KSLAW.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; Christine Choi <CChoi@KSLAW.com>; Matt Noller <MNoller@KSLAW.com>; James Unger <junger@kslaw.com>
**Cc:** fb.nso <fb.nso@davispolk.com>
**Subject:** WhatsApp LLC v. NSO Group Technologies Ltd.

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Aaron,

Given your statements during our most recent meet-and-confer ▮▮▮▮▮, we intend to seek the Court's leave to file a supplement to our prior administrative motion.

We intend to file tomorrow (August 18) by 6 PM Pacific. Please let us know by midday Pacific tomorrow if you consent to our filing a supplement. We can be available to discuss at a mutually convenient time if you wish.

Regards,
Jonah

**Jonah J. Stotsky**

+1 212 450 4375 office
+1 646 413 5505 mobile
jonah.stotsky@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or he information herein or taking any ac ion in reliance on the contents of this email or the information herein, by anyone other han the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is

strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.

# EXHIBIT B-2

| | |
|---|---|
| **From:** | Aaron Craig <ACraig@KSLAW.com> |
| **Sent:** | Friday, August 18, 2023 14:37 |
| **To:** | Block, Micah G. |
| **Cc:** | fb.nso; K&S NSO |
| **Subject:** | RE: Sealing |

Micah: ▮▮▮

Please let me know if you have any further questions.

---

**From:** Block, Micah G. <micah.block@davispolk.com>
**Sent:** Thursday, August 17, 2023 8:19 PM
**To:** Aaron Craig <ACraig@KSLAW.com>
**Cc:** fb.nso <fb.nso@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Subject:** Re: Sealing

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Aaron:

Please let us know by noon Pacific tomorrow if you have any further information ▮▮▮

Thanks,
Micah

> On Aug 17, 2023, at 6:09 PM, Aaron Craig <ACraig@kslaw.com> wrote:
>
> Micah: ▮▮▮
>
> Given that you waited six days after our conference to reach out about your concerns, I hope you will give us a chance to look into this before filing something immediately.
>
> Aaron
>
> ---
>
> **From:** Block, Micah G. <micah.block@davispolk.com>
> **Sent:** Thursday, August 17, 2023 5:39:17 PM
> **To:** Aaron Craig <ACraig@KSLAW.com>
> **Cc:** fb.nso <fb.nso@davispolk.com>
> **Subject:** RE: Sealing

1

> **CAUTION:** **MAIL FROM OUTSIDE THE FIRM**

Acknowledged, thanks.  We'll be careful about our obligations under the Court's Protective Order, as always.

Please remember to copy fb.nso on case-related correspondence.

Best,
Micah

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Thursday, August 17, 2023 5:35 PM
**To:** Block, Micah G. <micah.block@davispolk.com>
**Subject:** Sealing

Micah: while I vehemently dispute the propriety of whatever it is you're going to file, ███████ ███████████████████████████████████████████ ███ it needs to be filed under seal.

---

**Aaron Craig**
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
<image001.png>

kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.