Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
    (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
            antonio.perez@davispolk.com
            craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                              Plaintiffs,<br><br>          v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                              Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE OF UNREDACTED DOCUMENTS FILED UNDER SEAL** |

1

**<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that I am a citizen of the United States and employed in the County of San

3   Mateo, California. I am over the age of 18 years and not a party to the within-entitled action.

4      On August 21, 2023, I served a true and correct copy of the following document:

5   DECLARATION OF MICAH G. BLOCK IN SUPPORT OF ADMINISTRATIVE MOTION TO
    CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER
6   SEAL [FILED UNDER SEAL]

7
    PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
8   IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER REGARDING NSO'S
    DOCUMENT PRESERVATION OBLIGATIONS (ECF NO. 197-1) [FILED UNDER SEAL]
9

10  EXHIBITS A and B to PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE
    SUPPLEMENTAL BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER
11  REGARDING NSO'S DOCUMENT PRESERVATION OBLIGATIONS (ECF NO. 197-1)
    [FILED UNDER SEAL]
12

13      on the parties in this action addressed as follows on the service list below:

14                          Joseph N. Akrotirianakis
                              Aaron S. Craig
15                          KING & SPALDING LLP
                       633 West Fifth Street, Suite 1700
16                          Los Angeles, CA 90071
                          Email:  jakro@kslaw.com
17                              acraig@kslaw.com

18
                            *Attorneys for Defendants*
19

20      ☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable
        document format (PDF) to the email addresses set forth in the attached service list on this
21      date

22      I declare under penalty of perjury that the above is true and correct.

23      Executed on August 21, 2023 at Hayward, California.

24

25                          _____
                            Felicia Yu
26

27

28