# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## PRE-SETTLEMENT TELEPHONIC CONFERENCE MINUTES

| | |
|---|---|
| **Date:** 8/24/2023 | **Time:** 2:15pm - 2:59pm  **Judge:** Kandis A. Westmore |
| **Case No.**: 19-cv-07123-PJH (KAW) | **Case Name:** WhatsApp Inc. et al. v. NSO Group Technologies Limited et al. |

**For Plaintiffs:**
Antonio Perez−Marques, Greg Andres, and Micah Block,

**For Defendants:**
Joseph N. Akrotirianakis

**Deputy Clerk:** William F. Tabunut            **Not Reported.**

## PROCEEDINGS

Pre-settlement telephonic conference held. A settlement conference is set for 5/8/2024 via Zoom from 8:00am – 1:00pm. Confidential settlement conference statements are due on 4/29/2024. The parties are directed to review and comply with the Court's Settlement Conference Standing Order, available at: https://www.cand.uscourts.gov/judges/westmore-kandis-a-kaw/