1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
    633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
    Telephone:   (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
    LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION (ECF NO. 202-5)**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

UNREDACTED VERSION – FILED UNDER SEAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Plaintiffs' most recent administrative motion (Dkt. No. 202-5), which seeks leave to file a supplemental brief in support of a prior administrative motion (Dkt. No. 197-1), should be denied.

*First*, the original administrative motion itself was improper. Plaintiffs cannot seek injunctive relief in an administrative motion. Moreover, the original administrative motion was *de facto* a surreply to NSO and Q Cyber's motion for a protective order, and Plaintiffs did not obtain leave to file such a surreply. (*See generally* Dkt. No. 198-4). Plaintiffs' new round of briefing does not address either of these deficiencies, both of which require their original administrative motion to be denied.

*Second*, and more important, Plaintiffs identify no new facts or law that would justify a surreply. Their original administrative motion sought an injunction ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓. (*See* Dkt. No. 197-1 at 1:17-21). As NSO explained in opposition, however, ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. (*See* Dkt. No. 198-4 at 2:9-12). ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. (*See* Dkt. No. 133-11 at ¶¶ 3-4.) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. (*See* Dkt. No. 195-4 at ¶ 1.) Accordingly, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. (*Id.* at ¶ 3). Finally, as NSO already indicated in its prior opposition, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. (*See* Dkt. No. 198-4 at 4:12-15.)

In light of this, it is unclear what Plaintiffs are asking this Court to do. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. If Plaintiffs are asking

1  the Court ████████████████████████████████████████
2  ████████████████████████████████████████████████████
3  ████████████████████████████████████████████████████
4  ████████████████████████████████████████████████████
5  ████. If Plaintiffs are asking the Court ███████████
6  ████████████████████████████████████████████████████
7  ████████████████████████████████████████████████████
8  ████████████████████████████████████████████████████
9  ████████████████████████████████████████████████████
10 ████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████
12 ███████████████████████████████████. Moreover, █████
13 ██████████████████████████████████████. *Bright Sols. for Dyslexia,*
14 *Inc. v. Doe 1*, 2015 WL 5159125, at *2 (N.D. Cal. Sept. 2, 2015).

      Plaintiffs' motion for leave to file a surreply does not present any new evidence regarding these issues. To the contrary, their motion merely informs the Court (again) of ████████████████████████████████ and confirms that NSO is not ████ ████████████████████████████████████. (*See* Dkt. No. 202-5 at 1:22-2:2.) Plaintiffs also do not present any new legal authorities. As a result, they should not be permitted leave to file yet another brief. *See, e.g.*, *Andersen v. The Schwan Food Co.*, No. C 13-2362 PJH, 2013 WL 3989562, at *6 (N.D. Cal. Aug. 2, 2013) (Hamilton, J.).

      For the reasons set forth above, Plaintiffs' administrative motion should be denied.

| | | |
|---|---|---|
| 1 | DATED: August 25, 2023 | KING & SPALDING LLP |
| 2 | | By: */s/Aaron S. Craig* |
| 3 | |     JOSEPH N. AKROTIRIANAKIS<br>    AARON S. CRAIG |
| 4 | | |
| 5 | | Attorneys for Defendants NSO GROUP<br>TECHS. LTD. and Q CYBER TECHS. LTD. |

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

3

Case No. 4:19-cv-07123-PJH