UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION (ECF NO 202-5)**<br><br>Judge:   Hon. Phyllis J. Hamilton |

Before the Court is Plaintiffs WhatsApp Inc. and Facebook, Inc.'s Administrative Motion for Leave to File Supplemental Brief in Support of Administrative Motion for an Order Regarding NSO's Document Preservation Obligations (Dkt. No. 202-5). Having considered the motion and all supporting papers and opposition papers, IT IS HEREBY ORDERED that:

Plaintiffs' Administrative Motion for Leave to File Supplemental Brief in Support of Administrative Motion for an Order Regarding NSO's Document Preservation Obligations (Dkt. No. 202-5) is DENIED.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE