| | |
|---|---|
| 1 | CATALINA J. VERGARA (S.B. #223775) |
| 2 | cvergara@omm.com<br>O'MELVENY & MYERS LLP |
| 3 | 400 South Hope Street<br>Los Angeles, CA 90071-2899 |
| 4 | Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |
| 5 | MICHAEL R. DREEBEN (*Pro Hac Vice*) |
| 6 | mdreeben@omm.com<br>O'MELVENY & MYERS LLP |
| 7 | 1625 Eye St. NW, Washington, DC 20006<br>Telephone: (202) 383-5300 |
| 8 | *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**NOTICE OF APPEARANCE OF CATALINA J. VERGARA AS COUNSEL FOR PLAINTIFFS WHATSAPP LLC AND META PLATFORMS INC.** |

**TO THE CLERK, ALL PARTIES, AND ALL COUNSEL OF RECORD**:

Plaintiffs WhatsApp LLC and Meta Platforms Inc. notify the Court and all parties that Catalina J. Vergara of the law firm O'Melveny and Myers LLP hereby appears as Plaintiffs' counsel of record in this action. She is admitted to practice in California and before this Court. Her address, telephone, facsimile and mail address are as follows:

CATALINA J. VERGARA (S.B. #223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated:  August 25, 2023

O'MELVENY & MYERS LLP


By:   /s/ *Catalina J. Vergara*
             CATALINA J. VERGARA

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc*.