CATALINA J. VERGARA (S.B. #223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MICHAEL R. DREEBEN (*Pro Hac Vice*)
mdreeben@omm.com
O'MELVENY & MYERS LLP
1625 Eye St. NW, Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Northern District of California Local Rule 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") file this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.  In connection with the concurrently filed Joint Letter, Defendants have notified Plaintiffs of Defendants' desire to redact certain lines in the Joint Letter and request that this material be sealed.  The specific content that Defendants seek to seal is highlighted in the unredacted copy of the Joint Letter, which is being provisionally submitted under seal alongside this motion.  Plaintiffs take no position regarding the sealing of this material.

Dated:  August 25, 2023

>                             CATALINA VERGARA
>                             MICHAEL DREEBEN
>                             O'MELVENY & MYERS LLP
>
>
>                             By:   /s/ *Catalina J. Vergara*
>                                         CATALINA J. VERGARA
>
>                             *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc*.