**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

WHATSAPP LLC, and META PLATFORMS INC.,

Plaintiffs,

v.

NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,

Defendants.

Case No. 4:19-cv-07123-PJH

**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Upon consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the papers submitted in support and the response thereto, and good cause appearing, the motion is GRANTED. The portions of the parties' Joint Letter, as identified in the unredacted version submitted with the administrative motion, are to be sealed.

**IT IS SO ORDERED.**

Dated: ___________________

___________________________________
THE HONORABLE JUDGE PHYLLIS J. HAMILTON