CATALINA J. VERGARA (S.B. #223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MICHAEL R. DREEBEN (*Pro Hac Vice*)
mdreeben@omm.com
O'MELVENY & MYERS LLP
1625 Eye St. NW, Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and employed in Los Angeles, California. I am over the age of 18 years and not a party to the above-captioned action.

On August 25, 2023, I served a true and correct copy of the following documents:

**UNREDACTED VERSION OF PARTIES' JOINT LETTER RE DISCOVERY DISPUTE**

**PUBLIC REDACTED VERSION OF PARTIES' JOINT LETTER RE DISCOVERY DISPUTE**

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

on the parties in this action addressed as follows:

Joseph N. Akrotirianakis
Aaron S. Craig
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Email: jakro@kslaw.com
acraig@kslaw.com
*Attorneys for Defendants*

BY ELECTRONIC MAIL by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth above on this date.

I declare under penalty of perjury that the above is true and correct.

Executed on August 25, 2023 in Los Angeles, California.

_____
Daniel J. Cooper