JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over 18 years of age, and not a party to this action. I am employed by the law firm of King & Spalding LLP; my business address is 633 W. 5th Street, Suite 1600, Los Angeles, California 90071.

On the date specified below, I served the following documents in the manner described below:

**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [UNREDACTED VERSION – FILED UNDER SEAL]**

**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION (ECF NO. 202-5) [UNREDACTED VERSION – FILED UNDER SEAL]**

☐   BY ELECTRONIC SERVICE:  By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system on the parties in this action addressed as follows:

Greg D. Andres
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4724
Email: greg.andres@davispolk.com

Antonio J. Perez-Marques
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4559
Email: antonio.perez@davispolk.com

Craig T. Cagney
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-3162
Email: craig.cagney@davispolk.com

| | |
|---|---|
| 1 | Micah G. Block |
| 2 | DAVIS POLK & WARDWELL LLP |
|   | 1600 El Camino Real |
| 3 | Menlo Park, California 94025 |
|   | Telephone: (650) 752-2000 |
| 4 | Email: micah.block@davispolk.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2023, at Alhambra, California.

_Christine Choi_
Christine Choi