UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Hon. Phyllis J. Hamilton |

1  This Court, having considered the Administrative Motion to File Under Seal submitted by
2  Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively,
3  the "Defendants"), and the Declaration of Aaron S. Craig filed in support thereof, and GOOD
4  CAUSE THEREFOR APPEARING, finds that good cause supports the sealing of the court records
5  as specified in this Order.

| Documents To Be Sealed | Portion To Be Sealed |
|---|---|
| Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal Defendants' Local Rule 79-5(f)(3) Statement dated August 28, 2023 ("Craig Declaration") | Indicated portions of Paragraphs: 2-10, 12 |
| Administrative Motion for Leave to File Supplemental Brief in Support of Administrative Motion for an Order Regarding NSO's Document Preservation Obligations, ECF No. 202-5 | Indicated portions of pages 1 and 2 |
| Declaration of Micah G. Block In Support of Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal, ECF No. 202-2 | Indicated portion of page 1 |
| Supplemental Brief in Support of Administrative Motion for an Order Regarding NSO's Document Preservation Obligations, ECF No. 202-7 | Indicated portions of pages 1 and 2, Ex. A |
| Declaration of Micah G. Block In Support of Supplemental Brief in Support of Administrative Motion for an Order Regarding NSO's Document Preservation Obligations, ECF No. 202-9 | Indicated portions of page 1, Ex. B |
| Joint Letter Brief re: Discovery Dispute, ECF No. 209-1 | Indicated portions of pages 1, 3, 4, and 5 |

1 | The Documents to be Sealed contain traditionally nonpublic government information for which there is no constitutional right of access. *See, e.g.*, *N.Y. Times Co. v. Dep't of Justice*, 806 F.3d 682, 688 (2d Cir. 2015). Moreover, the spirit of international comity counsels that the Documents to be Sealed be kept confidential. *See, e.g.*, *Compal Elecs., Inc. v. Apple Inc.*, 2017 WL 11423604, at *3 (S.D. Cal. Sept. 5, 2017).

The Motion is accordingly GRANTED, and the documents described above are to be filed under seal. To the extent it is necessary in future court filings in this case for the parties to make reference to the sealed content of the Sealed Document, those matters may also be filed under seal pursuant to this Order.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE