1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO DISMISS FOR *FORUM NON CONVENIENS***<br><br>Date:   October 26, 2023<br>Time:   1:30 p.m.<br>Ctrm:   3<br><br>Action Filed:  10/29/2019 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of King & Spalding LLP, and I am lead California counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. I submit this declaration in support of the NSO Defendants' Motion to Dismiss for *Forum Non Conveniens*. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. On February 21, 2023, King & Spalding LLP applied to the Department of Commerce's Bureau of Industry and Security ("BIS") for a license to export information to the NSO Defendants. The license was intended to permit King & Spalding to discuss the Pegasus software, technology, and related information with the NSO Defendants, as well as similar items and information received from third parties, so that King & Spalding could prepare the NSO Defendants' defense to the complaint in this action. The application was returned without action on April 20, 2023. King & Spalding's subsequent discussions with BIS have not resulted in a license grant.

3. NSO's e-discovery consultant in this litigation, Deloitte, is represented by separate counsel. Based on my discussions with those counsel, I understand that Deloitte, separately and independently from King & Spalding or the NSO Defendants, on May 26, 2023, applied to BIS for a license that would permit Deloitte to provide the NSO Defendants with industry-standard e-discovery technology that would be required for the NSO Defendants to comply with their discovery obligations in this matter. My understanding based on my discussions with Deloitte's counsel is that Deloitte has not yet been able to obtain the requested license from BIS. As of the date of this declaration, that remains the case.

4. Attached as **Exhibit A** is a true and correct copy of portions of Meta's website, available at https://www.metacareers.com/locations/tel-aviv/?p[offices][0]=Tel%20Aviv%2C%20Israel&offices[0]=Tel%20Aviv%2C%20Israel.

5. Attached as **Exhibit B** is a true and correct copy of an online article titled "Second wave of Meta layoffs to hit Israel next week," available at

https://www.calcalistech.com/ctechnews/article/s1olohbf3#:~:text=The%20company%20employs%20about%20900%20workers%20in%20Israel.

6. Attached as **Exhibit C** is a data table titled "United States District Courts – National Judicial Caseload Profile," available at https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile1231.2022.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed September 8, 2023, at Los Angeles, California.

　　　　　　　　　　　　　　　/s/Joseph N. Akrotirianakis
　　　　　　　　　　　　　　　JOSEPH N. AKROTIRIANAKIS