# EXHIBIT A

∞ Meta

**Location**

# Tel Aviv, Israel

 View 22 Open Positions

## What's it like working at Meta in Tel Aviv?

The Meta office in Tel Aviv is expanding and improving connectivity around the globe. From designing human-centered experiences to building groundbreaking technology, the Tel Aviv office has a variety of opportunities to solve the complex problems that impact billions of people every day. Browse our Tel Aviv job openings to learn more about how we empower people and their communities through our products, apps and services.

Read the Blog

![Meta]



**Learn more about teams at this location**



178 Positions

Software Engineering

More info

Team 1 of 8

"People often assume that working at Meta means you don't have the chance to make a difference, because it's a big, corporate company. But that's a huge misconception. Not only do I get to do work that I love, but it's with a company that gives everyone a voice and empowers us to

Meta

—Tali M, Engineering Manager

Meta's Tel Aviv office brings their entrepreneurial spirit and diverse experiences. Hear what some of the them have to say.



"Working here truly feels like working for a startup. One of the implications is that we're trying to stay as flat as we can and give every individual the strength to operate freely - we encourage people to excel at their role and

∞ Meta

—Daniel P., Client Solutions Manager



"Family is everything to me. I work from home once a week, stay in the office longer on certain days, and other nights, I leave early. I'm open about family priorities, which is key. I tip my hat to Meta for allowing me to give my kids a great life and design my lifestyle around what matters to me most."

—Tahg A., Tel Aviv Recruiting Site Leader and Global Product and Software Recruiting Manager

∞ Meta



"Meta team members are people who want to learn, evolve, deliver a good product and make a difference—all without ego. We have an open office that encourages creativity. Because of this, the culture here is nothing short of empowering. In reality, Meta is the biggest startup in the world."

—Ori M., Engineering Director, Meta



Meta

and improvement of connectivity around the world. We build various products, apps and services to connect billions of people around the world, enabling them to live, work and play in a way that matters most to them."

—Amit F., Software Engineering Manager



"I get to work with talented people from other disciplines, like designers, data scientists and engineers. I have a lot of responsibility, and many people are interested in my research. People with my background might not think there's a job for them at a company like Meta. I want them to know that there is."

—Gili G., Quantitative Researcher, Tel Aviv

# Inside the Tel Aviv office at Meta

Learn what life is like at Meta's Tel Aviv office. We went live for a panel discussion with team members across leadership, software engineering and product to explore how their work helps connect people around the world.

Watch the Video



Video

Tel Aviv Facebook Live

Read more

∞ Meta



Product management interview Q&A: Hack the initial interview

Hear interviewing tips from product managers at Meta.



Ofer S.

**VP, Head of Custom Compute Platforms**

What is it like building new technology for the future of AR/VR?

The Head of Meta's custom compute platform team shares how his team is building next-generation AR/VR products for the metaverse.

∞ Meta



Women leaders who inspire their teams

Meta team members share their experiences of working with women leaders and how it has impacted their growth.



View all blog results

∞ Meta

# We're Hiring

Search positions in Tel Aviv, Israel

**1**
**Filters**

## Viewing 22 Jobs Related To:

**Start a New Search**

Tel Aviv, Israel

🔗 Copy link to this search

Viewing 1 - 22 of 22

---

### Software Engineer (Leadership) - Infrastructure

📍 Tel Aviv, Israel +7 more  |  Software Engineering  |  Engineering

---

### AI Research Scientist

📍 Tel Aviv, Israel  |  Research  |  Artificial Intelligence

---

### Computer Vision Engineer - XR Augmentation

📍 Tel Aviv, Israel  |  AR/VR +2 more  |  Computer Vision +2 more

---

### Computer Vision Engineer

📍 Tel Aviv, Israel  |  AR/VR  |  Artificial Intelligence +2 more

---

### Content Designer

∞ Meta

### Postdoctoral Researcher (PhD)

Tel Aviv, Israel +1 more | Facebook Reality Labs +2 more | Artificial Intelligence +3 more

### Manager, Technical Program Management

Zurich, Switzerland +1 more | AR/VR +2 more | Computer Vision +2 more

### Product Growth Analyst

Tel Aviv, Israel | Data & Analytics | Analytics

### Computer Vision Engineer

Tel Aviv, Israel | AR/VR | Computer Vision

### AI Research Scientist

Tel Aviv, Israel | Research | Artificial Intelligence

### Software Engineer, Infrastructure

Tel Aviv, Israel | Software Engineering | Engineering

### Manager, Product Management - Mobile Identity

Tel Aviv, Israel | Product Management | Machine Learning +1 more

### Product Manager - XR Tech

Zurich, Switzerland +1 more | Facebook Reality Labs +1 more | Computer Vision +2 more

### Product Manager - Mobile Identity

∞ Meta

### Research Scientist – Mixed Reality

Zurich, Switzerland +2 more | Facebook Reality Labs | Artificial Intelligence +2 more

### Product Manager - Financial Integrity Ops Scaling

Tel Aviv, Israel | Product Management | Product Strategy

### Product Manager - Financial Integrity Risk

Tel Aviv, Israel | Product Management | Product Strategy

### Product Manager - App Installer (Preloads)

Tel Aviv, Israel | Product Management | Product Strategy

### Production Engineer - FBLite

Tel Aviv, Israel | Facebook +1 more | Production Engineering

### Software Engineer, Infrastructure

Tel Aviv, Israel | Software Engineering | Engineering

### QA Engineering Lead

Tel Aviv, Israel | Data & Analytics | Analytics

### Product Manager - Carrier Monetization

Tel Aviv, Israel | Product Management | Product Strategy

∞ Meta

**Next Location - Europe, Middle East, & Africa**

Warsaw, Poland

---

Meta is proud to be an Equal Employment Opportunity and Affirmative Action employer. We do not discriminate based upon race, religion, color, national origin, sex (including pregnancy, childbirth, reproductive health decisions, or related medical conditions), sexual orientation, gender identity, gender expression, age, status as a protected veteran, status as an individual with a disability, genetic information, political views or activity, or other applicable legally protected characteristics. You may view our Equal Employment Opportunity notice here. We also consider qualified applicants with criminal histories, consistent with applicable federal, state and local law. We may use your information to maintain the safety and security of Meta, its employees, and others as required or permitted by law. You may view Meta's Pay Transparency Policy, Equal Employment Opportunity is the Law notice, and Notice to Applicants for Employment and Employees by clicking on their corresponding links. Additionally, Meta participates in the E-Verify program in certain locations, as required by law. Please note that Meta may leverage artificial intelligence and machine learning technologies in connection with applications for employment. You may view Meta's Notice Regarding Automated Employment Decision Tools here.

∞ Meta

disability, you may contact us at accommodations-ext@fb.com.

### About us

Company info

Newsroom

Careers FAQs

Looking for contractor roles?

### On social

Facebook

Instagram

LinkedIn

### Our policies

Candidate privacy statement

Cookies

Vaccination entry policy

### More resources

Family safety center

Meta for business

Meta for developers

Report a bug

© Meta 2023