JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CHAIM GELFAND IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO DISMISS FOR *FORUM NON CONVENIENS***<br><br>Date:  October 26, 2023<br>Time:  1:30 p.m.<br>Ctrm:  3<br><br>Action Filed:  10/29/2019 |

I, Chaim Gelfand, declare as follows:

1. I am an attorney licensed to practice law in Israel, and I am employed by NSO Group Technologies as its Head of Compliance. I have served in that position since I joined the company in January 2020. I have personal knowledge of the facts set forth below and, except as otherwise stated, could competently testify to each fact averred.

2. NSO maintains its principal place of business in Israel. As a result, Hebrew is the primary language used in the ordinary course of company operations. NSO's internal communications and documents are generally prepared in Hebrew. Many of NSO's employees, however, have at least some proficiency in English and are capable of reading and writing (to varying degrees) in English.

3. NSO has identified 23 document custodians in connection with this litigation, 16 of whom are no longer employed by the company.

4. On June 8, 2023, NSO applied to the Israeli Ministry of Defense ("MoD") for a license to export information relating to Pegasus to Plaintiffs, and their counsel, and the Court. To date, the MoD has not granted NSO's requested license.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed September 7, 2023, at Herzlyia, Israel.

_____
CHAIM GELFAND

DECLARATION OF C. GELFAND                                   Case No. 4:19-cv-07123-PJH