1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

11  WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,

Plaintiffs,

v.

NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,

Defendants.

Case No. 4:19-cv-07123-PJH

**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO DISMISS FOR *FORUM NON CONVENIENS***

Date:  October 26, 2023
Time:  1:30 p.m.
Ctrm:  3

Action Filed:  10/29/2019

Defendants NSO Group Technologies Limited ("NSO") and Q Cyber Technologies Limited ("Q Cyber") Motion to Dismiss for *Forum Non Conveniens* was heard at 1:30 p.m. on October 26, 2023, in Courtroom 3 of the above-entitled Court, the Honorable Phyllis J. Hamilton, Senior United States District Judge, presiding.

Having considered the motion and all memoranda of law and evidence filed in support of, and in opposition to the motion, including the arguments of counsel, and GOOD CAUSE THEREFOR APPEARING, it is hereby ORDERED that the Motion is GRANTED.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
The Honorable Phyllis J. Hamilton
Senior United States District Judge