Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO MOTION TO DISMISS FOR *FORUM NON CONVENIENS*** |

Pursuant to Local Rules 6-1(b) and 6-2, and as supported by the Declaration of Micah G. Block filed herewith, Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") (collectively, the "Parties") hereby stipulate, subject to the Court's approval, to extend the deadlines for briefing on Defendants' Motion to Dismiss for *Forum Non Conveniens* ("Motion") as follows:

WHEREAS, Defendants filed the Motion on September 8, 2023 (Dkt. No. 214-2), along with an administrative motion to seal the contents of the Motion (Dkt. No. 214);

WHEREAS, Plaintiffs' opposition to the Motion is currently due on September 22, 2023, and Defendants' reply in support of the Motion is currently due on September 29, 2023;

WHEREAS, the Motion requires both Parties to brief a variety of complex legal issues, including issues of foreign law that require the advice of foreign counsel;

WHEREAS, under Civil Local Rule 6-2(a), parties may file a stipulated request for an order changing time in connection with any deadline that requires papers to be filed or lodged with the Court;

WHEREAS, the Parties have corresponded and agree that enlarging their time to (respectively) oppose and reply in support of the Motion will allow a more complete presentation of the issues raised by Defendants' Motion;

WHEREAS, the Parties have been granted previous time modifications in this case, as discussed in the accompanying declaration (Block Decl. ¶ 3);

WHEREAS, the requested modification would modify the date for the hearing on the Motion, which is currently set for October 19, 2023;

NOW, THEREFORE, the parties agree and hereby stipulate that:

1. Plaintiffs shall file their opposition to the Motion, and any opposition to Defendants' administrative motion to seal, on **September 29, 2023**;

2. Defendants shall file their reply in support of their Motion and any reply in support of their administrative motion to seal, on **October 13, 2023**;

3. Setting the hearing on the Defendants' Motions to Dismiss for *Forum Non Conveniens* and for Protective Order on **November 2, 2023**, or at such other date thereafter convenient to the Court; and

4. The parties respectfully request that the Court enter the attached proposed order.

Dated: September 18, 2023

DAVIS POLK & WARDWELL LLP

By: /s/ *Micah G. Block*
    Greg D. Andres
    Antonio J. Perez-Marques
    Craig T. Cagney
    (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email: greg.andres@davispolk.com
           antonio.perez@davispolk.com
           craig.cagney@davispolk.com

    Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    Email: micah.block@davispolk.com

    *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KING & SPALDING LLP

By: /s/ Aaron S. Craig
    Joseph N. Akrotirianakis
    Aaron S. Craig
    KING & SPALDING LLP
    633 West Fifth Street, Suite 1600
    Los Angeles, CA 90071
    Telephone: (213) 443-4355
    Email: jakro@kslaw.com
           acraig@kslaw.com

*Attorneys for Defendants NSO Group Technologies Limited And Q Cyber Technologies Limited*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, Micah G. Block hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  September 18, 2023          /s/ *Micah G. Block*
                                    Micah G. Block

**PROPOSED ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Dated: _____     _____
HONORABLE PHYLLIS J. HAMILTON

United States District Judge