Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF MICAH G. BLOCK IN SUPPORT OF JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO MOTION TO DISMISS FOR *FORUM NON CONVENIENS*** |

I, Micah G. Block, declare as follows:

1. I am partner of the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms Inc. ("Plaintiffs") in the above-captioned action. I submit this Declaration in support of the Joint Stipulation to Enlarge Time to Respond to the Motion to Dismiss for *Forum Non Conveniens* ("Motion") filed by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") on September 8, 2023 (Dkt. No. 214-2).

2. Plaintiffs and Defendants (collectively, the "Parties") desire a mutual extension of time for briefing on the Motion, and agree that such extension is in the interest of efficient progress in this case. The additional two weeks will allow for additional consideration of the important issues that are the subject of the Motion, including issues of foreign law that require the advice of foreign counsel.

3. Pursuant to Local Rule 6-2(a)(2), the Court has previously issued the following time modifications in this case:

   a. granting Plaintiffs' request to reschedule the case management conference prior to the service of summons and complaint on Defendants (Dkt. No. 17);

   b. granting the Parties' request to enlarge the time to file their opposition and reply to Defendants' motion to dismiss (Dkt. No. 50);

   c. granting the Parties' request to enlarge the time to file their opposition and reply to Plaintiffs' motion to disqualify defense counsel (Dkt. No. 73);

   d. granting the Parties' request to enlarge the time for Defendants to file their reply in support of their motion to stay, and for Plaintiffs to file their reply in support of their motion to compel (Dkt. No. 138).

4. The requested modification would modify the date for the hearing on the Motion, which is currently set for October 19, 2023. This extension will not affect any other currently pending deadlines.

I declare under the penalty of perjury that the foregoing is true and correct.

1

DECLARATION OF M. BLOCK IN SUPPORT OF JOINT STIPULATION TO
ENLARGE TIME TO RESPOND TO MOTION TO DISMISS FOR FORUM NON CONVENIENS
CASE NO. 4:19-CV-07123-PJH

Executed on the 18th day of September, 2023 at Menlo Park, California.

*/s/ Micah G. Block*
Micah G. Block