Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and METHA PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** <br><br> Date:   November 2, 2023 <br> Time:   1:30 p.m. <br> Ctrm:   3 <br> Judge:  Hon. Phyllis J. Hamilton |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to consider whether Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Motion to Dismiss for *Forum Non Conveniens* (the "Opposition") should be sealed.

Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. ("NSO") have moved to file portions of the following documents under seal: the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal (the "Craig Declaration"), filed at Docket No. 214-1, Defendants' Motion to Dismiss for *Forum Non Conveniens*, filed at Docket No. 214-2, and the Declaration of Roy Blecher in Support of Defendants' Motion to Dismiss for *Forum Non Conveniens* (the "Blecher Declaration"), filed at Docket No. 214-3.

Plaintiffs' Opposition contains references to documents that NSO has designated for confidentiality pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action and/or sought leave to file under seal. Accordingly, Plaintiffs now move the Court to consider whether such references in Plaintiffs' Opposition should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs take no position as to whether these materials satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  September 29, 2023 | Respectfully Submitted, |
| 3 | | DAVIS POLK & WARDWELL LLP |
| 4 | | |
| 5 | | By: /s/ Micah G. Block |
| | | Greg D. Andres |
| 6 | | Antonio J. Perez-Marques |
| 7 | | Craig T. Cagney |
| | | (admitted *pro hac vice*) |
| 8 | | DAVIS POLK & WARDWELL LLP |
| | | 450 Lexington Avenue |
| 9 | | New York, New York 10017 |
| | | Telephone: (212) 450-4000 |
| 10 | | Facsimile: (212) 701-5800 |
| | | Email: greg.andres@davispolk.com |
| 11 | | antonio.perez@davispolk.com |
| | | craig.cagney@davispolk.com |
| 12 | | |
| 13 | | Micah G. Block (SBN 270712) |
| | | DAVIS POLK & WARDWELL LLP |
| 14 | | 1600 El Camino Real |
| | | Menlo Park, California 94025 |
| 15 | | Telephone: (650) 752-2000 |
| | | Facsimile:  (650) 752-2111 |
| 16 | | Email: micah.block@davispolk.com |
| 17 | | |
| | | *Attorneys for Plaintiffs WhatsApp LLC and* |
| 18 | | *Meta Platforms, Inc.* |