1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
6  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
7           craig.cagney@davispolk.com
8  Micah G. Block (SBN 270712)
9  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
10 Menlo Park, California 94025
   Telephone: (650) 752-2000
11 Facsimile:  (650) 752-2111
   Email:   micah.block@davispolk.com
12
13 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | **DECLARATION OF MICAH G. BLOCK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | Date:  November 2, 2023<br>Time:  1:30 p.m.<br>Ctrm:  3<br>Judge: Hon. Phyllis J. Hamilton |

I, Micah G. Block, declare as follows:

1. I am a partner of the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms Inc. ("Plaintiffs") in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to File Portions of Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Motion to Dismiss Under Seal (the "Motion") filed concurrently herewith.

3. On September 8, 2023, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO") filed the Motion to Dismiss for *Forum Non Conveniens* (and accompanying Craig and Blecher Declarations) under seal.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the unredacted version of the Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss (the "Opposition").

5. Portions of the Opposition refer to materials that have been designated by NSO as "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the above-captioned action, and materials that NSO has sought leave to file under seal. Plaintiffs take no position as to whether these materials satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations under the Stipulated Protective Order governing this Action as well as the sealability of the materials at issue.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 29th day of September, 2023 at Menlo Park, California

By:  */s/ Micah G. Block*
     Micah G. Block