1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
6  Email:   greg.andres@davispolk.com
7           antonio.perez@davispolk.com
            craig.cagney@davispolk.com
8
   Micah G. Block (SBN 270712)
9  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
10 Menlo Park, California 94025
   Telephone: (650) 752-2000
11 Facsimile:  (650) 752-2111
12 Email:   micah.block@davispolk.com

13 *Attorneys for Plaintiffs WhatsApp LLC and
   Meta Platforms, Inc.*
14

15                UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                         OAKLAND DIVISION

18 | WHATSAPP LLC, and | ) |
   | META PLATFORMS INC., | ) | Case No. 4:19-cv-07123-PJH
19 | | ) |
   | Plaintiffs, | ) | **[PROPOSED] ORDER REGARDING**
20 | | ) | **ADMINISTRATIVE MOTION TO**
   | | ) | **CONSIDER WHETHER ANOTHER**
21 | v. | ) | **PARTY'S MATERIAL SHOULD BE**
   | | ) | **FILED UNDER SEAL**
22 | NSO GROUP TECHNOLOGIES LIMITED | ) |
   | and Q CYBER TECHNOLOGIES LIMITED, | ) |
23 | | ) |
   | Defendants. | ) |
24 | | ) |

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), the Motion is hereby GRANTED / DENIED.

IT IS HEREBY ORDERED that the following documents will / will not remain sealed, as follows:

| ECF No. | Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|---|
| 221 | Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Motion to Dismiss for *Forum Non Conveniens* | Portions of pages ii, 1, 2–8, 10–19, 25 | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |

Dated: _____

                                          Honorable Phyllis J. Hamilton
                                          United States District Judge