Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF RONALD A. LEHMANN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS** <br><br> Date:   November 2, 2023 <br> Time:   1:30 p.m. <br> Ctrm:   3 <br> Judge:  Hon. Phyllis J. Hamilton |

I, Ronald A. Lehmann, declare as follows:

1. I am a partner of the law firm Fischer (FBC & Co.), which is based in Tel Aviv, Israel. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned action (the "Action"). I am admitted *pro hac vice* in the above-captioned action. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration in Support of Plaintiffs' Opposition to the Motion to Dismiss for *Forum Non Conveniens* filed by NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO"), which is filed concurrently herewith.

3. On November 26, 2019, six then-current employees and two former employees of NSO filed a statement of claim against Facebook, Inc., alleging that Facebook unlawfully removed access to their Facebook and/or Instagram accounts without justification or prior notice. *See Azarzar et al. v. Facebook, Inc.*

4. The *Azarzar* litigation involved steps taken by Plaintiffs with respect to the private Facebook and Instagram accounts of then-current and former employees of NSO, and did not reach a stage in which technical documents regarding NSO's technology or conduct were produced. The *Azarzar* litigation concluded with a judgment issued on December 12, 2020, confirming the settlement agreement between the parties.

5. On September 21, 2020, 23 employees of NSO filed a statement of claim against Facebook, Inc., alleging that Facebook unlawfully removed access to their Facebook and/or Instagram accounts without justification or prior notice. *See Levy et al. v. Facebook, Inc.*

6. The *Levy* litigation involved steps taken by Plaintiffs with respect to the private Facebook and Instagram accounts of then-current and former employees of NSO, and did not reach a stage in which technical documents regarding NSO's technology or conduct were produced. The *Levy* litigation concluded with a judgment issued on December 12, 2020, confirming the settlement agreement between the parties.

/
/

1  I declare under the penalty of perjury that the foregoing is true and correct.

2  Executed on the 29th day of September, 2023 at Israel.

By: _____
Ronald A. Lehmann