UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-07123-PJH<br><br>**ORDER RE JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 224 |

　　　　Before the court is the parties' joint discovery letter brief.  See Dkt. 224.  In the letter, defendants argue that plaintiffs' responses to defendants' requests for admission are deficient.  Plaintiffs in turn argue that defendants' position should be rejected as premature given the state of the case, whereby defendants have not yet produced a single document.  Plaintiffs further argue that, due to defendants' refusal to produce documents, "plaintiffs have imperfect information" about the facts of defendants' conduct.

　　　　The court concludes that defendants' request is indeed premature at this stage of the case.  As plaintiffs point out, defendants have refused to provide any discovery, and moreover, defendants have a currently-pending motion to dismiss the case in its entirety.  Given these circumstances, it would be premature to compel plaintiffs to supplement their responses to the requests for admission.  Accordingly, defendants' request is DENIED.

　　　　**IT IS SO ORDERED.**

Dated:  October 24, 2023

　　　　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge