JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**STATEMENT OF RECENT DECISION**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

In connection with their pending Motion to Dismiss for *Forum Non Conveniens*, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, "NSO") submit the attached order in *Khashoggi v. NSO Group Technologies Limited*, No. 1:23-cv-00779 (E.D. Va. Oct. 26, 2023), under Local Rule 7-3(d)(2). In that order, the United States District Court for the Eastern District of Virginia (Brinkema, J.) dismissed with prejudice claims brought against NSO by a plaintiff who alleged her phones were accessed by foreign governments using NSO's Pegasus technology. The district court dismissed for lack of personal jurisdiction, holding that the plaintiff had not established specific jurisdiction and that exercising personal jurisdiction over NSO in Virginia would be unreasonable. "Despite resolving the Motion to Dismiss on jurisdictional grounds," the court "recognize[d] that defendants posit strong arguments that a more appropriate forum for this civil action would be Israel and plaintiff likely fails to state claims upon which relief can be granted." Dismiss Order at 2 n.2.

DATED: October 27, 2023

KING & SPALDING LLP

By: */s/ Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG
    Attorneys for Defendants NSO GROUP
    TECHNOLOGIES LIMITED and Q
    CYBER TECHNOLOGIES LIMITED