UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: November 2, 2023 (Time: 1 hour, 43 mins)     JUDGE:  Phyllis J. Hamilton**

**Case No:** 19-cv-07123-PJH
**Case Name: WhatsApp Inc., et al v. NSO Group Technologies Limited, et al.**

**Attorney(s) for Plaintiff:   Greg Andres; Craig Cagney; Micah Block; Jeffrey Kopczynski; Antonio Perez-Marques**
**Attorney(s) for Defendant:  Joseph Akrotirianakis; Aaron Craig**

**Deputy Clerk: Kelly Collins           Liberty Recording: 1:33 – 3:16 (Sealed)**

### PROCEEDINGS

Defendants' Motion to Dismiss for Forum Non Conveniens Hearing-Held. The Court takes the matter under submission.

Defendants' Motion for Protective Order Hearing-DENIED as stated on the record.

At the parties request the proceedings are sealed by the Court. Transcript of proceedings ordered sealed. Discovery is now open for all purposes. Parties shall meet and confer to narrow down discovery issues.  Parties shall file joint letter briefs on any discovery disputes. Status hearing re discovery set for 11/9/2023 is VACATED.

**Order to be prepared by:    [] Pl [] Def [X] Court**

**cc: chambers**