| | |
|---|---|
| 1 | CATALINA VERGARA (S.B. #223775) |
| 2 | cvergara@omm.com<br>O'MELVENY & MYERS LLP |
| 3 | 400 South Hope Street<br>18th Floor |
| 4 | Los Angeles, California  90071-2899<br>Telephone:     +1 213 430 6000 |
| 5 | Facsimile:     +1 213 430 6407 |
| 6 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| WhatsApp Inc., et al. | Case No. 4:19-cv-07123-PJH |
| Plaintiff(s), | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| v. | |
| NSO Group Technologies Ltd., et al. | |
| Defendant(s). | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael Dreeben is no longer with O'Melveny & Myers LLP, and shall be removed from future pleadings, briefs and correspondence regarding this matter. Plaintiffs WhatsApp Inc., and Facebook, Inc. will continue to be represented by other counsel of record in this action.

|     |     |     |
| --- | --- | --- |
| 1   |     |     |

Dated:  December 15, 2023                    CATALINA VERGARA
O'MELVENY & MYERS LLP


By:     /s/ *Catalina Vergara*
                Catalina Vergara

Attorneys for Plaintiffs