Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** <br><br> Ctrm:   3 <br> Judge:  Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11
3  and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to
4  consider whether Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Mo-
5  tion to Compel Discovery (the "Motion to Compel") and the Declaration of Craig T. Cagney in
6  Support of the Motion to Compel (the "Cagney Declaration") and certain exhibits thereto should be
7  sealed.

8  Plaintiffs' Motion to Compel and the Cagney Declaration and certain exhibits thereto con-
9  tain references to documents that NSO has designated for confidentiality pursuant to the Stipulated
10 Protective Order (Dkt. No. 132) in the above-captioned action and/or sought leave to file under
11 seal.  Accordingly, Plaintiffs now move the Court to consider whether such references in Plaintiffs'
12 Motion to Compel and the Cagney Declaration and certain exhibits thereto should be sealed.  *See*
13 N.D. Cal. Civil L.R. 79-5(f).  Plaintiffs take no position as to whether these materials satisfy the
14 requirements for sealing, and specifically reserve the right to challenge any confidentiality designa-
15 tions as well as the sealability of the materials at issue.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 21, 2023 | Respectfully Submitted, |
| 3 | | DAVIS POLK & WARDWELL LLP |
| 4 | | |
| 5 | | By: /s/ Micah G. Block |
| | | Greg D. Andres |
| 6 | | Antonio J. Perez-Marques |
| 7 | | Craig T. Cagney |
| | | (admitted *pro hac vice*) |
| 8 | | DAVIS POLK & WARDWELL LLP |
| | | 450 Lexington Avenue |
| 9 | | New York, New York 10017 |
| 10 | | Telephone: (212) 450-4000 |
| | | Facsimile: (212) 701-5800 |
| 11 | | Email: greg.andres@davispolk.com |
| | | antonio.perez@davispolk.com |
| 12 | | craig.cagney@davispolk.com |
| 13 | | Micah G. Block (SBN 270712) |
| | | DAVIS POLK & WARDWELL LLP |
| 14 | | 1600 El Camino Real |
| 15 | | Menlo Park, California 94025 |
| | | Telephone: (650) 752-2000 |
| 16 | | Facsimile: (650) 752-2111 |
| | | Email: micah.block@davispolk.com |
| 17 | | |
| | | *Attorneys for Plaintiffs WhatsApp LLC and* |
| 18 | | *Meta Platforms, Inc.* |