Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and METHA PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), the Motion is hereby GRANTED / DENIED.

IT IS HEREBY ORDERED that the following documents will / will not remain sealed, as follows:

| ECF No. | Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|---|
| 235-2 | Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Compel Discovery | Portions of pages i, 1, 3, 4, 5, 6, 7, 8, 9, 10, 13, 14, and 15 | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |
| 235-3 | Declaration of Craig T. Cagney in Support of Plaintiffs' Motion to Compel Discovery | Portions of pages 3 and 4 | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |
| 235-4 | Exhibits A through P to the Declaration of Craig T. Cagney in Support of Plaintiffs' Motion to Compel Discovery | Portions of page 4 (and page 3 of attachment) of Ex. M, Exs. E, F, K, L and P | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |

Dated: _____

Honorable Phyllis J. Hamilton
United States District Judge

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
CASE NO. 4:19-CV-07123-PJH