Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY** <br><br> **DISCOVERY MATTER** <br><br> Ctrm:   3 <br> Judge:   Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

Before the Court is Plaintiffs' Motion to Compel Discovery. Having considered the motion and all supporting papers and opposition papers, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion to Compel Discovery is GRANTED.
2. By **February 15, 2024**, NSO must produce documents responsive to Requests for Production Nos. 1, 3, 5, 7, 9, 10, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 72, 73, 75, 76, 78, and 79, as those Requests for Production have been narrowed by Plaintiffs in their Motion to Compel (Dkt. No. 236 at 4–5, 11–15).
3. By **February 15, 2024**, NSO must produce documents responsive to Request for Production No. 30 or, in the alternative, NSO must immediately provide consent for Amazon Web Services ("AWS") to produce such documents pursuant to third-party subpoenas Plaintiffs served on AWS.
4. By **February 15, 2024**, NSO must respond to Interrogatories No. 1, 2, 3, 8, 9, and 10, as those Interrogatories have been narrowed by Plaintiffs in their Motion to Compel (Dkt. No. 236 at 5, 9–14).
5. By **February 15, 2024**, NSO must fully and fairly respond to Request for Admission No. 38, including by admitting whether it controlled any portion of the server identified in that Request.
6. NSO's objections to the foregoing discovery, including its objections based on Israeli law, are DENIED.

Dated: _____

THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE