| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
| | *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741) |
| | *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP |
| | 633 West Fifth Street, Suite 1700 |
| 4 | Los Angeles, CA 90071 |
| | Telephone: (213) 443-4355 |
| 5 | Facsimile: (213) 443-4310 |
| 6 | Attorneys for Defendants NSO GROUP TECHNOLOGIES |
| 7 | LIMITED and Q CYBER TECHNOLOGIES LIMITED |

3UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** <br><br> Action Filed:  10/29/2019 |

TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (together, "NSO") move the Court to consider whether certain portions of Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion to Compel Discovery (the "Motion to Compel") and of the Declaration of Aaron S. Craig in support of the Motion to Compel (the "Craig Declaration") should be sealed.

Defendants' Motion to Compel and the Craig Declaration both make reference to and describe a document created by Citizen Lab, which document was produced by Plaintiffs WhatsApp LLC, f/k/a WhatsApp Inc. ("WhatsApp"), and Meta Platforms, Inc., f/k/a Facebook, Inc. ("Facebook" and, collectively, "Plaintiffs") and designated by Plaintiffs as Highly Confidential Attorney's Eyes Only pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action.  Accordingly, Defendants now move the Court to consider whether such references in Defendants' Motion to Compel and the Craig Declaration should be sealed. Defendants take no position as to whether these materials satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

Defendants respectfully request that the Court permit Defendants' unredacted Motion to Compel and unredacted Declaration of Aaron S. Craig in Support of the Motion to Compel, to be conditionally filed under seal.

DATED:  December 22, 2023

KING & SPALDING LLP

By:  /s/ *Aaron S. Craig*
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG
    Attorneys for Defendants NSO GROUP
    TECHNOLOGIES LIMITED and Q
    CYBER TECHNOLOGIES LIMITED