1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO COMPEL DISCOVERY** |

Before the Court is Defendants' Motion to Compel Discovery. Having considered the motion and all supporting papers and opposition papers. IT IS HEREBY ORDERED that:

Defendants' Motion to Compel Discovery is GRANTED. Plaintiffs are hereby ordered to produce within seven days all documents responsive to Defendants Requests for Production Nos. 2, 3, 4, 107, 108, 113, 114 and 118.

Dated: _____    _____
THE HONORABLE PHYLLIS J. HAMILTON
CHIEF UNITED STATES DISTRICT JUDGE