1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   jakro@kslaw.com
2  AARON S. CRAIG (Bar No. 204741)
   acraig@kslaw.com
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:    (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S LOCAL RULE 79-5(F)(3) STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [RE DOCKET NO. 235, 235-2, 235-3 AND 235-4]**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

Pursuant to Civil Local Rule 79-5(f)(3), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, "Defendants"), by and through their undersigned counsel, hereby submit this Local Rule 79-5(f)(3) response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Administrative Motion") (Dkt. 235). Plaintiffs' Administrative Motion identifies certain portions of their Motion to Compel Discovery, the Declaration of Craig Cagney, and Exhibits A-P in support thereof ("Motion to Compel," Dkt. 235-2, 235-3 and 235-4) as making reference to materials designated confidential by Defendants. The portions of their Motion to Compel that Plaintiffs have identified in their Administrative Motion exclusively reference foreign materials with respect to which the Court has already granted motions to seal in its Order dated September 14, 2023 (Dkt. 217). Accordingly, Defendants respectfully request the Court to keep under seal the portions of Plaintiffs Opposition identified by Plaintiffs in their redacted Opposition, for the same reasons that the Court granted the prior motions to seal. Defendants also respectfully refer the Court to their earlier Local Rule 79-5(f)(3) statements, including the one filed August 28, 2023 (Dkt. 212.)

DATED: December 26, 2023

KING & SPALDING LLP

By: /s/Aaron S. Craig
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG
    Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED