Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
              antonio.perez@davispolk.com
              craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>       Plaintiffs,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>       Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G.<br>BLOCK IN SUPPORT OF JOINT<br>STIPULATION TO ENLARGE TIME<br>TO RESPOND TO MOTIONS TO<br>COMPEL**<br><br>Courtroom:   3<br>Judge:          Hon. Phyllis J. Hamilton<br><br>Action Filed:  October 29, 2019 |

I, Micah G. Block, declare as follows:

1.     I am partner of the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms Inc. ("Plaintiffs") in the above-captioned action. I submit this Declaration in support of the Joint Stipulation to Enlarge Time to Respond to the Motion to Compel filed by Plaintiffs against Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") on December 21, 2023 (Dkt. No. 236) ("Plaintiffs' Motion"), and Defendants' Motion to Compel filed against Plaintiffs (Dkt. No. 240) ("Defendants' Motion").

2.     On November 15, 2023, pursuant to the briefing schedule in the Court's Order, Dkt. No. 233, Defendants' opposition to Plaintiffs' Motion is currently due on December 28, 2023 and Plaintiffs' reply in support of Plaintiffs' Motion is currently due on January 2, 2024.

3.     On December 21, 2023, Plaintiffs filed Plaintiffs' Motion, and also filed an administrative motion to determine whether the contents of Plaintiffs' Motion should be sealed. *See* Motion to Compel Discovery, Dkt. No. 236; Am. Mot. to Consider Whether Another Party's Material Should be Filed Under Seal, Dkt. No. 235.

4.     On December 22, 2023, Defendants filed Defendants' Motion, and also filed an administrative motion to determine whether the contents of Defendants' Motion should be sealed. *See* Motion to Compel Discovery, Dkt. No. 240; Mot. to Consider Whether Another Party's Material Should be Filed Under Seal, Dkt. No. 239.

5.     Plaintiffs and Defendants (collectively, the "Parties") desire a mutual extension of time for briefing on the Motions, and agree that such extension is in the interest of efficient progress in this case. The additional time will allow for additional consideration of the important issues that are the subject of the Motions, and account for difficulties caused by the intervening holidays.

6.     Pursuant to Local Rule 6-2(a)(2), the Court has previously issued the following time modifications in this case:

a.    granting Plaintiffs' request to reschedule the case management conference prior to the service of summons and complaint on Defendants (Dkt. No. 17);

b.    granting the Parties' request to enlarge the time to file their opposition and reply to Defendants' motion to dismiss (Dkt. No. 50);

c.    granting the Parties' request to enlarge the time to file their opposition and reply to Plaintiffs' motion to disqualify defense counsel (Dkt. No. 73);

d.    granting the Parties' request to enlarge the time for Defendants to file their reply in support of their motion to stay, and for Plaintiffs to file their reply in support of their motion to compel (Dkt. No. 138); and

e.    granting the Parties' request to enlarge the time to file their opposition and reply to Defendants' motion to dismiss for *forum non conveniens* (Dkt. No. 219).

7.    This extension will not affect any other currently pending deadlines.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 27th day of December, 2023 at Menlo Park, California.

*/s/ Micah G. Block*
Micah G. Block