JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO MOTIONS TO COMPEL**<br><br>Courtroom:  3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:  10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court and a partner in the law firm of King & Spalding LLP, counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), defendants in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein. I submit this declaration in support of the Joint Stipulation to Enlarge Time to Respond to Motions to Compel (Dkt. No. 243) filed December 27, 2023.

2. The four senior attorneys that primarily represent Defendants in this litigation are myself, my partner Joseph N. Akrotirianakis, and two senior associates. Each of those four lawyers has had substantial constraints on their time since Plaintiffs filed their Motion to Compel (Dkt. No. 236) due to illness, travel or both.

3. Plaintiffs filed their motion on December 21, 2023. I started to develop severe flu-like symptoms on December 22, 2023. I am still suffering from those symptoms, which has greatly limited the amount of work I have been able to do since December 22, 2023.

4. Joseph Akrotirianakis tested positive for COVID-19 on December 20, 2023, the day before Plaintiffs filed their motion. He has had substantial COVID symptoms, which has greatly limited the amount of work he has been able to do since testing positive.

5. Of the two senior associates working on the case, one has been traveling this week on a pre-planned family vacation; the other has been traveling to visit family on the east coast since early last week, tested positive for COVID shortly after arriving, and continues to experience symptoms.

6. Because of the foregoing, Defendants have been unable to prepare an opposition that properly addresses the many complex issues raised by Plaintiff's Motion to Compel (Dkt. No. 236) prior to the filing of this declaration, and request that the Court grant the parties' Joint Stipulation.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 28th day of December 2023, at Pasadena, California.

_/s/Aaron S. Craig_
Aaron S. Craig