Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
             antonio.perez@davispolk.com
             craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC., | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO MOTIONS TO COMPEL** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED, | Courtroom:   3<br>Judge:        Hon. Phyllis J. Hamilton |
| Defendants. | Action Filed:  October 29, 2019 |

Pursuant to Local Rules 6-1(b) and 6-2, and as supported by the Declaration of Micah G. Block filed herewith, Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") (collectively, the "Parties") hereby stipulate, subject to the Court's approval, to extend the deadlines for briefing on Plaintiffs' Motion to Compel ("Plaintiffs' Motion") and Defendants' Motion to Compel ("Defendants' Motion," and with "Plaintiffs' Motion," the "Motions") as follows:

WHEREAS, Plaintiffs filed Plaintiffs' Motion on December 21, 2023 (Dkt. No. 236), along with an administrative motion to determine whether the contents of Plaintiffs' Motion should be sealed (Dkt. No. 235);

WHEREAS, pursuant to the Court's November 15, 2023 Order (Dkt. No. 233), Defendants' opposition to Plaintiffs' Motion is currently due on December 28, 2023, and Plaintiffs' reply in support of Plaintiffs' Motion is currently due on January 2, 2024;

WHEREAS, Defendants filed Defendants' Motion on December 22, 2023 (Dkt. No. 240), along with an administrative motion to determine whether the contents of Defendants' Motion should be sealed (Dkt. No. 239);

WHEREAS, Plaintiffs object to Defendants' Motion as inconsistent with the Court's Standing Order Regarding Discovery Disputes, Protective Orders, and ESI Orders, and reserve all rights;

WHEREAS Defendants respond to Plaintiffs' objection by stating that at the hearing on November 2, 2023, both Plaintiffs and Defendants raised the issue of each other's discovery non-compliance, and thereafter the Court issued its November 15, 2023 Order (Dkt. No. 233), which reads, in relevant part, "to facilitate the efficient resolution of any discovery disputes, the court sets forth the following streamlined briefing schedule for any upcoming motions to compel: the **moving party** shall file its opening motion, not to exceed fifteen (15) pages; then the **opposing party** shall file a response within 7 days, not to exceed fifteen (15) pages; then the **moving party** shall have three (3) days to file a reply, not to exceed ten (10) pages," and that the Court's use of

the terms "moving party" and "opposing party" necessarily implies that both parties, and not only Plaintiffs, are permitted to file motions to compel to facilitate the efficient resolution of discovery disputes;

WHEREAS, the Parties agree that, while reserving all objections to their respective Motions, the deadlines for responding should be extended in light of the intervening holidays, among other scheduling considerations;

WHEREAS, under Civil Local Rule 6-2(a), parties may file a stipulated request for an order changing time in connection with any deadline that requires papers to be filed or lodged with the Court;

WHEREAS, the Parties have corresponded and agree that enlarging their time to (respectively) oppose and reply in support of each Motion will allow a more complete presentation of the issues raised by the Motions;

WHEREAS, the Parties have been granted previous time modifications in this case, as discussed in the accompanying declaration (Block Decl. ¶ 3);

NOW, THEREFORE, the parties agree and hereby stipulate that:

1.      Oppositions or any other responses to the Motions, including any opposition or response to the administrative motions to determine whether any material should be sealed, shall be filed on **January 9, 2024**;

2.      Reply briefs in support of the Motions, including any reply in support of the administrative motions to determine whether any material should be sealed, shall be filed on **January 16, 2024**; and

3.      The parties respectfully request that the Court enter the attached proposed order.

2

Dated:  December 27, 2023

DAVIS POLK & WARDWELL LLP

By:  /s/ Micah G. Block
　　　Greg D. Andres
　　　Antonio J. Perez-Marques
　　　Craig T. Cagney
　　　(admitted *pro hac vice*)
　　　DAVIS POLK & WARDWELL LLP
　　　450 Lexington Avenue
　　　New York, New York 10017
　　　Telephone: (212) 450-4000
　　　Facsimile: (212) 701-5800
　　　Email: greg.andres@davispolk.com
　　　　　　 antonio.perez@davispolk.com
　　　　　　 craig.cagney@davispolk.com

　　　Micah G. Block (SBN 270712)
　　　DAVIS POLK & WARDWELL LLP
　　　1600 El Camino Real
　　　Menlo Park, California 94025
　　　Telephone: (650) 752-2000
　　　Facsimile:  (650) 752-2111
　　　Email: micah.block@davispolk.com

　　　*Attorneys for Plaintiffs WhatsApp LLC and*
　　　*Meta Platforms, Inc.*

KING & SPALDING LLP

By:  /s/ Aaron S. Craig
　　　Joseph N. Akrotirianakis
　　　Aaron S. Craig
　　　KING & SPALDING LLP
　　　633 West Fifth Street, Suite 1600
　　　Los Angeles, CA 90071
　　　Telephone: (213) 443-4355
　　　Email:  jakro@kslaw.com
　　　　　　 acraig@kslaw.com

　　　*Attorneys for Defendants NSO Group*
　　　*Technologies Limited And Q Cyber*
　　　*Technologies Limited*

3

1

## **FILER'S ATTESTATION**

2      Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, Micah G. Block hereby attests that

3   concurrence in the filing of the document has been obtained from all of the signatories above.

4

   Dated:  December 27, 2023                    /s/ Micah G. Block

5                                              Micah G. Block

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# ~~PROPOSED~~ ORDER

Pursuant to the stipulation, IT IS SO ORDERED.


Dated:   January 2, 2024

_____

HONORABLE ~~PHYLLIS J. HAMI~~LTON

United States District Judge