Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:  greg.andres@davispolk.com
        antonio.perez@davispolk.com
        craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:  micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**JOINT ADMINISTRATIVE MOTION TO OBTAIN SEALED TRANSCRIPT OF NOVEMBER 2, 2023 HEARING**<br><br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton |

1   Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), respectfully submit this administrative motion pursuant to Local Rule 7-11 to request the Court issue an order authorizing the official court reporter to release a transcript of the sealed hearing held on November 2, 2023 to counsel for Plaintiffs and to counsel for Defendants.

Counsel for Plaintiffs and counsel for Defendants were present throughout the November 2 hearing. Stip. in Supp. of Admin. Mot. ¶ 1. Accordingly, the transcript of the November 2, 2023 hearing is not confidential as to Counsel for Plaintiffs and counsel for Defendants.

Accordingly, the parties respectfully request that the Court grant this motion and permit the court reporter to issue copies of the hearing transcript to counsel for Plaintiffs and to counsel for Defendants.

Dated: January 4, 2024

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Micah G. Block

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
(admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
antonio.perez@davispolk.com
craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

KING & SPALDING LLP

By: /s/ Aaron S. Craig

Joseph N. Akrotirianakis
Aaron S. Craig
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Email: jakro@kslaw.com
acraig@kslaw.com

*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, Micah G. Block hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: January 4, 2024            /s/ *Micah G. Block*
                                  Micah G. Block