Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**STIPULATION PERMITTING PARTIES TO OBTAIN SEALED TRANSCRIPT OF NOVEMBER 2, 2023, HEARING**<br><br>Ctrm:　3<br>Judge:　Hon. Phyllis J. Hamilton |

1 | Pursuant to Civil Local Rule 7-12, Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

    1. WHEREAS, counsel for Plaintiffs and Defendants appeared for a hearing on November 2, 2023 (the "November 2 Hearing").

    2. WHEREAS, the Court sealed the courtroom near the outset of the November 2 Hearing.

    3. WHEREAS, the Court ordered that the transcript for the November 2 Hearing be sealed.

    4. WHEREAS, counsel for Plaintiffs and Defendants are unable to obtain a copy of the sealed transcript of the November 2 Hearing without a Court order authorizing the release of the transcript.

    5. WHEREAS, counsel for Plaintiffs and Defendants have agreed to exchange, within 21 days of release of the transcript, an identification of the portions (if any) of the transcript that each side designates for confidentiality under the Stipulated Protective Order entered in this case (Dkt. No. 132).

    6. WHEREAS, the parties have agreed that each of them shall treat the entire transcript as Highly Confidential—Attorney's Eyes Only under the Stipulated Protective Order entered in this case until the exchange of confidentiality designations agreed upon herein, and shall thereafter treat the transcript in accord with those designations pursuant to the Protective Order, as well as continuing to treat the transcript as sealed absent further order of the Court.

    NOW, THEREFORE, pursuant to Civil Local Rule 7-11, counsel for the parties jointly request that the Court order that the sealed transcript of the November 2 Hearing be released in electronic format to the attorneys of record for Plaintiffs and for Defendants.

    IT IS SO STIPULATED.

Dated: January 4, 2024

DAVIS POLK & WARDWELL LLP

By: /s/ Micah G. Block
　　Greg D. Andres
　　Antonio J. Perez-Marques
　　Craig T. Cagney
　　(admitted *pro hac vice*)
　　DAVIS POLK & WARDWELL LLP
　　450 Lexington Avenue
　　New York, New York 10017
　　Telephone: (212) 450-4000
　　Facsimile: (212) 701-5800
　　Email: greg.andres@davispolk.com
　　　　　　antonio.perez@davispolk.com
　　　　　　craig.cagney@davispolk.com

　　Micah G. Block (SBN 270712)
　　DAVIS POLK & WARDWELL LLP
　　1600 El Camino Real
　　Menlo Park, California 94025
　　Telephone: (650) 752-2000
　　Facsimile: (650) 752-2111
　　Email: micah.block@davispolk.com

　　*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

KING & SPALDING LLP

By: /s/ Aaron S. Craig
　　Joseph N. Akrotirianakis
　　Aaron S. Craig
　　KING & SPALDING LLP
　　633 West Fifth Street, Suite 1600
　　Los Angeles, CA 90071
　　Telephone: (213) 443-4355
　　Email: jakro@kslaw.com
　　　　　　acraig@kslaw.com

　　*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, Micah G. Block hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: January 4, 2024            /s/ *Micah G. Block*
                                  Micah G. Block