Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and METlA PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO OBTAIN SEALED TRANSCRIPT OF NOVEMBER 2, 2023 HEARING** <br><br> Ctrm:   3 <br> Judge:  Hon. Phyllis J. Hamilton |

Good cause appearing, the Court authorizes release of the November 2, 2023 sealed hearing transcript (the "Transcript") to counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. and counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited.

IT IS SO ORDERED.

Dated: _____

                              HON. PHYLLIS J. HAMILTON
                              United States District Judge

1

[Proposed] Order Granting Joint Administrative Motion to Obtain Sealed Transcript of Nov. 2, 2023 Hearing
Case No. 4:19-cv-07123-PJH