Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS, INC.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO OBTAIN SEALED TRANSCRIPT OF NOVEMBER 2, 2023 HEARING**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton |

1  Good cause appearing, the Court authorizes release of the November 2, 2023 sealed hearing
2  transcript (the "Transcript") to counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. and
3  counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited.
4  IT IS SO ORDERED.

Dated: January 5, 2023

HON. _____
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1

[Proposed] Order Granting Joint Administrative Motion to Obtain Sealed Transcript of Nov. 2, 2023 Hearing
Case No. 4:19-cv-07123-PJH