# EXHIBIT B

**Davis Polk**

Craig Cagney
+1 212 450 3162
craig.cagney@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

November 12, 2023

Re: *WhatsApp, LLC, et al., v. NSO Group Techs. Ltd. et al.*, 4:19-cv-7123 (PJH)

<u>Via Email</u>

Aaron Craig
King & Spalding LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

Dear Aaron:

We write on behalf of Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in response to the draft joint letter that you provided on November 6, 2023, and in connection with our forthcoming production of documents to Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. ("NSO").

In response to NSO's RFP Nos. 99 and 100, 102 through 109, 125 through 134, and 162, Plaintiffs intend to produce responsive and non-privileged documents from the following custodians:

- Jesus Barcons Palau
- Calvin Chin
- Otto Ebeling
- Aashin Gautam
- Saish Gersappa
- Claudiu Gheorghe
- Ibrahim Mohamed
- Veera Mutakana
- Cortney Padua
- Drew Robinson
- Wael Salloum
- Michael Scott
- Ke Wang

**Davis Polk**  Aaron Craig

- YuanYuan Wang

For the time period from April 29, 2019 to May 13, 2019, Plaintiffs have reviewed all of these custodians' emails, without limiting by search terms, and plan to produce all documents responsive to NSO's requests. In addition, for the time period from April 1, 2019 to October 29, 2019, Plaintiffs intend to review and produce emails hitting on the search terms below:

- NSO
- Citizen* W/3 Lab*
- Pegas*
- 178165
- 2019-3568
- CVE-2019-3568
- S-178165
- Remote W/4 Exploit*
- Phant*
- Novalpina
- SEV-178165
- Francisco W/3 Partner*

Plaintiffs also plan on producing additional documents, including centralized files.  These documents will be described in cover letters accompanying each production.

Very truly yours,

*/s/ Craig Cagney*

Craig Cagney


Cc:   Joseph Akrotirianakis (via email)
      Matthew Noller (via email)
      Carla Christofferson (via email)
      Christine Choi (via email)