1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
     *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
     *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11 | WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH
12 | and FACEBOOK, INC., a Delaware corporation, |
   |                                        | **DECLARATION OF JOSEPH N.**
13 |                                        | **AKROTIRIANAKIS IN SUPPORT OF**
   |              Plaintiffs,               | **DEFENDANTS NSO GROUP**
14 |                                        | **TECHNOLOGIES LIMITED AND**
   |          v.                            | **Q CYBER TECHNOLOGIES LIMITED'S**
15 |                                        | **OPPOSITION TO PLAINTIFFS'**
   | NSO GROUP TECHNOLOGIES LIMITED         | **MOTION TO COMPEL DISCOVERY**
16 | and Q CYBER TECHNOLOGIES LIMITED,      |
   |                                        | **REDACTED VERSION OF DOCUMENT**
17 |              Defendants.               | **FILED UNDER SEAL**

18

19                                           Date:   N/A
                                             Time:   N/A
20                                           Ctrm:   3

21                                           Action Filed:  10/29/2019

22

23

24

25

26

27

28

DECLARATION OF JOSEPH N.                                    Case No. 4:19-cv-07123-PJH
AKROTIRIANAKIS

1    I, Joseph N. Akrotirianakis, declare as follows:

2    1.    I am an attorney licensed to practice law in the State of California.  I am a partner

3    at the law firm of King & Spalding LLP, and I am lead California counsel for Defendants NSO

4    Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO") in the

5    above-entitled action.  I submit this declaration in support of NSO's Opposition to Plaintiffs'

6    Motion to Compel Discovery.  Except as where noted otherwise, I have personal knowledge of

7    the matters stated below and could testify to them competently.

8    2.    The parties, through counsel, held several conferences of counsel after this Court

9    issued its November 15, 2023, order denying NSO's motion for a protective order.  The primary

10   focus of those conferences was the nineteen document requests and six interrogatories to which

11   the plaintiffs provided their revised positions in light of the Court's ruling—i.e., Requests for

12   Production Nos. 1, 3, 5, 7, 9-10, 14-17, 19-26, and 28 and Interrogatories Nos. 1-3 and 8-10.

13   The parties did not address Requests for Production Nos. 27, 30, 72, 73, 75-76, 78, or 79, or

14   Request for Admission No. 38, except in passing during those conferences.

15   3.    To date, NSO has collected approximately 4 terabytes ("TB") of custodial

16   electronically stored information ("ESI").  After processing, deduplication, and date filtering,

17   and based on my firm's prior experience, it is estimated that approximately 2.4 TB will remain.

18   It is further estimated, based on my firm's prior experience, that 2.4 TB of data will translate into

19   approximately 2.4 million documents.

20   4.    ████████████████████████████████████████████

21   ████████.  First, as of the date below, NSO has not received a license under Israel's Defense

22   Export Control Law to release export-controlled materials to King & Spalding.  Second, ██████

23   ████████████████████████████████████████████████

24   ████████████████████████████████████████████████

25   //

26   //

27   //

28   //

DECLARATION OF JOSEPH N.                    1                    Case No. 4:19-cv-07123-PJH
AKROTIRIANAKIS

1      █████████.  I understand from NSO that ████████████████████████

2 ████████████████████████████████.

3         I declare under penalty of perjury that the foregoing is true and correct.  Executed on

4 January 9, 2024, in the County of Los Angeles, California.

5

6                                               */s/ Joseph N. Akrotirianakis*

7                                          JOSEPH N. AKROTIRIANAKIS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28