1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF YARON SHOHAT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**<br><br>**FILED UNDER SEAL – REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:  10/29/2019 |

I, Yaron Shohat, declare as follows:

1. I am a citizen and resident of Israel. I am currently the Chief Executive Officer of Defendant NSO Group Technologies Limited ("NSO").

2. In April and May 2019, I was employed by NSO as its Chief Operating Officer. Based on my roles as NSO's former COO and current CEO, I am familiar with NSO's products. I have personal knowledge of the facts set forth herein and could testify competently to each fact averred herein.

3. NSO is a technology company that designs and licenses technology to governments and government agencies for national security and law enforcement purposes. Among those products are a suite of different technologies and functions that are collectively branded and marketed as "Pegasus."

4. I understand that WhatsApp has questioned the completeness of my prior declaration filed in the above-captioned case. I make this declaration to clarify certain aspects of my prior declaration.

5. In my prior declaration, I explained that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I am informed that WhatsApp has argued that NSO has refused to confirm that this statement is true with respect to NSO products other than Pegasus. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. I am informed that WhatsApp has also argued that it should be allowed to take discovery about an NSO product marketed under the name "Phantom." ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DECLARATION OF YARON SHOHAT   1   Case No. 4:19-cv-07123-PJH

1  8.   █████████████████████████████████████
2  ████████████████████████████████████████████
3  ████████████████████████████████████████████
4  ████████████████████████████████████████████
5  ███████████████████████████

6  I declare under the penalty of perjury and the laws of the United States that the foregoing
7  is true and correct this 9th day of January 2024, at Herzliya, Israel.

_____
YARON SHOHAT