1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                                OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>        v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

1 | The Court has considered all of the filings and arguments in support of, and in opposition to, Plaintiffs WhatsApp LLC and Meta Platforms, Inc.'s Motion to Compel Discovery.  For the reasons set forth in Defendants NSO Group Technologies, Ltd. and Q Cyber Technologies, Ltd.'s opposition, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE