| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
| 2 | *jakro@kslaw.com*<br>AARON S. CRAIG (Bar No. 204741) |
| 3 | *acraig@kslaw.com*<br>KING & SPALDING LLP |
| 4 | 633 West Fifth Street, Suite 1700<br>Los Angeles, CA 90071 |
| 5 | Telephone: (213) 443-4355<br>Facsimile: (213) 443-4310 |
| 6 | Attorneys for Defendants NSO GROUP TECHNOLOGIES |
| 7 | LIMITED and Q CYBER TECHNOLOGIES LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CHRISTINE B. CHOI IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Action Filed:   10/29/2019 |

I, Christine B. Choi, declare as follows:

1. I am a member of the California State Bar and the bar of this court and an associate in the law firm of King & Spalding LLP, counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), Defendants in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration pursuant to Northern District of California Local Rule 79-5(f) in support of Defendants' Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed concurrently herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the unredacted version of Defendants' Reply Memorandum in Support of Motion to Compel Discovery (the "Reply").

4. Attached hereto as **Exhibit 2** is a true and correct copy of the unredacted version of the declaration of Matthew V.H. Noller and exhibits thereto in Support of the Reply.

5. Defendants' Reply contains references to documents that have been designated as "Highly Confidential-Attorneys' Eyes Only" by Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action.

6. The exhibits to the Declaration of Matthew V.H. Noller are all documents produced and designated as "Highly Confidential-Attorneys' Eyes Only" by Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action.

7. Defendants do not take any position as to whether the documents satisfy the requirements for sealing and reserve the right to challenge any confidentiality designations and sealability of the documents at issue under the Stipulated Protective Order.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 16th day of January 2024, at Los Angeles, California.

*/s/ Christine Choi*
_____
Christine B. Choi