1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>        v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Action Filed:   10/29/2019 |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Having considered the Motion to Consider Whether Another Party's Material Should Be Filed Under Seal ("the Motion") filed by NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Indicated portions of Defendants' Reply Memorandum in Support of Motion to Compel Discovery | Portions of pages 1-10 | Refers to materials designated by Plaintiffs as "Highly Confidential- Attorneys' Eyes Only" |
| Indicated portions of Declaration of Matthew V.H. Noller and Exhibits A-Q thereto | All | Materials designated by Plaintiffs as "Highly Confidential- Attorneys' Eyes Only" and references thereto. |

Dated: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE