1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7
                   UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

11  WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH
12  and FACEBOOK, INC., a Delaware corporation, |
                                                | **DECLARATION OF MATTHEW V.H.**
13                                              | **NOLLER IN SUPPORT OF**
           Plaintiffs,                          | **DEFENDANTS NSO GROUP**
14                                              | **TECHNOLOGIES LIMITED AND Q**
       v.                                       | **CYBER TECHNOLOGIES LIMITED'S**
15                                              | **MOTION TO COMPEL DISCOVERY**
    NSO GROUP TECHNOLOGIES LIMITED              |
16  and Q CYBER TECHNOLOGIES LIMITED,           | **[REDACTED VERSION OF DOCUMENT**
                                                | **SOUGHT TO BE SEALED]**
17         Defendants.                          |
                                                |
18                                              | Action Filed:  10/29/2019
19

20

21

22

23

24

25

26

27

28

I, Matthew V.H. Noller, declare as follows:

1. I am a member of the California State Bar and the bar of this court and an associate in the law firm of King & Spalding LLP, counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), defendants in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration in support of NSO's Motion to Compel Discovery ("Motion") filed concurrently herewith.

3. Each of the exhibits to this declaration was produced by Plaintiffs in discovery on January 2, 2024.

4. Attached hereto as **Exhibit A** is a true and correct copy of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only.

5. Attached hereto as **Exhibit B** is a true and correct copy of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only.

6. Attached hereto as **Exhibit C** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. Attached hereto as **Exhibit D** is a true and correct copy of an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8. Attached hereto as **Exhibit E** is a true and correct copy of a ▮▮▮▮▮ ▮▮▮▮▮ which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only. The document describes NSO as ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮.

9. Attached hereto as **Exhibit F** is a true and correct copy of an ▮▮▮▮▮ ▮▮▮▮▮ which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only. In the exchange, emails from Citzen Lab reference their ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮.

10. Attached hereto as **Exhibit G** is a true and correct copy of a document titled ▮▮▮▮▮ ▮▮▮▮▮ which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only. The document includes the ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮.

11. Attached hereto as **Exhibit H** is a true and correct copy of an ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only. ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮

DECLARATION OF MATTHEW V.H. NOLLER　　　2　　　Case No. 4:19-cv-07123-PJH

1  ██████████████████████████████████████
2  ██████████████████████████████████████
3  ██████████████████████████████████████
4  ██████████████████████████████████████
5  ██████████████████████████████████████
6  ██████████████████████████████████████
7  ██████████████████████████████████████
8  ██████████████████████████████████████
9  ████████████

10    12.    Attached hereto as **Exhibit I** is a true and correct copy of an ████████
11 ████████████████████████████████████████████ which Plaintiffs
12 have designated as Highly Confidential – Attorneys' Eyes Only.  In her email, Ms. Glick notes
13 that ████████████████████████████████████████████████████████████
14 ████████████████

15    13.    Attached hereto as **Exhibit J** is a true and correct copy of an email ████████
16 ████████████████████████████████████████████████████████████
17 ████████  which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only.  In her
18 email, Ms. Earlie states that John Scott-Railton of Citizen Lab ████████████████████
19 ████████████████████████████████████████████ (*Id*. Exh. O.)  Yet
20 no record of any such communication appears in the production.  Indeed, Plaintiffs have not
21 produced any communications between WhatsApp and Citizen Lab in the date range July 4–25,
22 2019.

23    14.    Attached hereto as **Exhibit K** is a true and correct copy of an ████████
24 ████████████████████████████████████████████████████████████
25 ████████████████████████████ which Plaintiffs have designated as Highly Confidential –
26 Attorneys' Eyes Only.  ████████████████████████████████████████
27 ████████████████████████████████████████████████████████████
28

1  ██████████████████████████████████████████████████████
2  ████████████████████████████████████  However, Plaintiffs have not produced this (or
3  any other) google documents.
4      15.    Attached hereto **as Exhibit L** is a true and correct copy of an ████████
5  ██████████████████████████████████████████████████████
6  ██████████████████████████  which Plaintiffs have designated as Highly Confidential
7  – Attorneys' Eyes Only. ██████████████████████████████████
8  ██████████████████████████████████████████████████████
9  ██████████████████████████████████████████████████████
10 ██████████████████████████████████████████████████████
11 ██████████████████████████████████████████████████████
12 ████
13     16.    Attached hereto as **Exhibit M** is a true and correct copy of ████████
14 ██████████████████████████████████████████  which Plaintiffs
15 have designated as Highly Confidential – Attorneys' Eyes Only. ██████████████
16 ██████████████████████████████████████████████████████
17 ██████████████████████████████████████████████████████
18 ████████████████████████████
19     17.    Attached hereto **as Exhibit N** is a true and correct copy of an ████████
20 ██████████████████████████████████████████████████████
21 which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only. ████
22 ██████████████████████████████████████████████████████
23 ██████████████████████████████████████████████████████
24 ██████████████████████████████████████████████████████
25 ██████████████████████████████████████████████████████
26 ██████████████████████████████████████████████████████
27
28

DECLARATION OF MATTHEW V.H. NOLLER     4     Case No. 4:19-cv-07123-PJH

1  ████████████████████████████████████████████████████████████████
2  ████████████████████████████████████████████████████

3      18.   ██████████████████████████████████████████████████████
4  ████████████████████████████████████████████, a true and correct copy of
5  which is attached as **Exhibit O**. ███████████████████████████████████
6  ████████████████████████████████████████████, a true and correct copy
7  of which is attached as **Exhibit P**, and which states: "████████████████████████████"
8  However, WhatsApp has not produced the fully signed agreement.

9      19.   Attached hereto as **Exhibit Q** is a true and correct copy of ████████
10 ████████████████████████████████████████████, which Plaintiffs
11 have designated as Highly Confidential – Attorneys' Eyes Only. ████████████
12 ████████████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████████████
14 ████████████████████████

   I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 16th day of January 2023, at El Cerrito, California.

   _____
   Matthew V.H. Noller