Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF CRAIG T. CAGNEY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** <br><br> **DISCOVERY MATTER** <br><br> Ctrm:   3 <br> Judge:   Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

I, Craig T. Cagney, declare as follows:

1.    I am an attorney duly admitted *pro hac vice* to practice in this Court, and a counsel with the law firm of Davis Polk & Wardwell LLP, counsel to Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), in the above-captioned matter.  I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2.    I submit this declaration in support of Plaintiffs' Reply Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Compel Discovery filed concurrently herewith.

3.    Attached hereto as Exhibit Q is a true and correct copy of an NSO Group Transparency and Responsibility Report dated June 30, 2021.  The report is publicly available at https://www.nsogroup.com/wp-content/uploads/2021/06/ReportBooklet.pdf, and was last accessed on January 15, 2024.

4.    Attached hereto as Exhibit R is a true and correct copy of a letter dated March 1, 2019 from Stephen Peel, Novalpina Capital Founding Partner to Amnesty International, Red en Defensa de los Derechos Digitales, Privacy International, Access Now, Human Rights Watch, Reporters Without Borders, the Robert L. Bernstein Institute for Human Rights at the NYU School of Law, and the Global Justice Clinic at the NYU School of Law.  The letter is publicly available at https://www.amnesty.org/en/documents/doc10/0210/2019/en/, and was last accessed on January 15, 2024.

I declare under the penalty of perjury that the foregoing is true and correct.


Executed this 16th day of January 2024 in New York, New York.


By:  */s/ Craig T. Cagney*
      Craig T. Cagney

1