1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
      *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
      *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

7

                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                           OAKLAND DIVISION
10

11 | WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH
   | and FACEBOOK, INC., a Delaware         |
12 | corporation,                           | **DECLARATION OF RONNI D.**
   |                                        | **SOLOMON IN SUPPORT OF**
13 |            Plaintiffs,                 | **DEFENDANTS NSO GROUP**
   |                                        | **TECHNOLOGIES LIMITED AND Q**
14 |       v.                               | **CYBER TECHNOLOGIES LIMITED'S**
   |                                        | **MOTION FOR RELIEF FROM CASE**
15 | NSO GROUP TECHNOLOGIES LIMITED         | **MANAGEMENT SCHEDULE**
   | and Q CYBER TECHNOLOGIES LIMITED,      |
16 |                                        | **REDACTED VERSION OF DOCUMENT**
   |            Defendants.                 | **FILED UNDER SEAL**
17

18

19                                          Action Filed:  10/29/2019

20

21

22

23

24

25

26

27

28

| DECLARATION OF RONNI D. SOLOMON | Case No. 4:19-cv-07123-PJH |

I, Ronni D. Solomon, declare as follows:

1. I am a partner at King & Spalding LLP and represent Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (together, "NSO") in connection with this litigation. I have been a litigator for almost thirty years and have worked exclusively in the field of e-discovery for over twenty years. I have been consistently ranked as one of the top e-discovery lawyers domestically and internationally in *Chambers USA, Chambers Global, Legal 500,* and *Who's Who Legal. Legal 500* has additionally designated me as a Leading Lawyer and *Who's Who Legal* has additionally designated me as a Thought Leader Global Elite. I was a member of the Steering Committee of Working Group 1 of The Sedona Conference on Best Practices for Electronic Discovery and Records Management.  I currently sit on the Advisory Board of the Georgetown Law Advanced E-Discovery Institute.  I am responsible for the review and production process in the above-styled matter. I submit this affidavit in support of NSO's Motion for Relief from Case Management Schedule.  This declaration is based on my personal knowledge unless otherwise noted.

2. Plaintiffs served broad requests for production ("RFPs") on June 3, 2020, May 12, 2023, August 7, 2023, and August 23, 2023.  These requests require the use of search terms and other filtering techniques to reduce the volume of ESI for review and potential production.

3. In 2020, NSO began identifying key current and former employees who may have potentially responsive information as custodians for this action.

4. Also in 2020, NSO retained Deloitte as its e-discovery vendor to provide e-discovery services such as preservation, collection, filtering, processing, searching, hosting, and production services.  NSO selected Deloitte based on its experience handling e-discovery in comparably large and complex cases in the United States and because Deloitte has a dedicated e-discovery team located in Israel.

5. At the time NSO engaged Deloitte, and continuing to date, ▬▬▬▬▬▬▬▬▬▬ Israel's Defense Export Control Law prohibited NSO from transferring ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

6. From 2020 to date, including while the litigation was stayed, Deloitte assisted NSO with preserving potentially relevant ESI from NSO's key custodians, including custodial mailboxes, mobile devices, and laptop computers. (To be clear, while the case was stayed, Deloitte continued to assist with preservation and collection activities in Israel. Processing, searching, and hosting services in Israel were suspended.) Deloitte has preserved and stored on NSO's premises over four terabytes of ESI for the key custodians alone. This is the equivalent of almost 6,000 CDs or 940 DVDs. This volume of ESI does not include non-custodial data sources that Deloitte has assisted NSO in preserving, including but not limited to shared drives, SharePoint sites, collaboration tools, and project-management tools. NSO and its counsel estimate that, after processing, deduplicating, and date filtering the four terabytes of ESI, there will be approximately 2.4 terabytes of documents. This is expected to translate into approximately 2.4 million documents.

7. After the stay was lifted in February 2023, NSO, King & Spalding, and Deloitte began strategizing on the document production process. NSO, King & Spalding and Deloitte developed a protocol for the processing, filtering, searching, review, and production of NSO's ESI in order to fulfill NSO's discovery obligations by the March 11, 2024 fact discovery deadline.

8. In May 2023, ███████████████████████████████████████████████████████████████████████████████████████████████████████████. This type of request is, in NSO's counsel's experience, routinely granted for e-discovery technology.

9. In August 2023, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

1  ████████████████████████████████████████
2  ████████████████████████████████████████
3  ████████████████████████████████████████
4  ██████████
5     10.   ████████████████████████████████
6  ████████████████████████████████████████
7  ████████████████████████████████████████
8  ████████████████████████████████████████
9  ████████████████████████████████████████
10 ████████████████████████████████████████
11 ██████████████
12    11.   ████████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████████████████████████
15 ████████████████████
16    12.   ████████████████████████████████
17 ████████████████████████████████████████
18 ████████████████████████████████████████
19 ██████████████████████████████
20    13.   ████████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 ████████████████████████████████████████
25    14.   ████████████████████████████████
26 ████████████████████████████████████████
27 NSO would not be able to assist in, among other things, (1) locating relevant documents, (2)
28

consulting with King & Spalding about documents, (3) explaining the content and context of technical documents, (4) determining whether documents were prepared by or reflected advice given by NSO in-house attorneys in anticipation of litigation, (5) determining the appropriate confidentiality levels to be applied to documents under protective orders and Israeli law, and (6) otherwise ensuring that the review and production process complies with Israeli law.

15. Since October 2023, NSO and King & Spalding have tried to find another e-discovery vendor in Israel who could provide Relativity or equivalent software that would allow NSO to have access to its ESI. Due to [REDACTED] and Israeli export control laws, NSO must retain an e-discovery vendor based in Israel who can host Relativity (or equivalent software) on servers in Israel, [REDACTED] NSO identified and interviewed at least four other e-discovery vendors based in Israel. One vendor said it could not provide Relativity (or equivalent software) due to NSO's inclusion on the BIS Entity List. None of the other vendors except one had Relativity (or equivalent software) installed on servers in Israel. The infrastructure of the one vendor that did have Relativity on servers in Israel could not support this case. The remaining e-discovery vendors said they would have to first install Relativity on servers in Israel to even provide the e-discovery services associated with Relativity. The e-discovery vendors also said it would take approximately two months to complete the installation of Relativity.

I declare under penalty of perjury that the foregoing is true and correct this 18th day of January 2024, at Atlanta, Georgia.

*/s/ Ronni Solomon*
_____
Ronni D. Solomon