| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
|   | *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741) |
|   | *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP |
|   | 633 West Fifth Street, Suite 1700 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 443-4355 |
| 5 | Facsimile: (213) 443-4310 |

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | **DECLARATION OF CHAIM GELFAND IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | **REDACTED VERSION OF DOCUMENT FILED UNDER SEAL** |
| | Action Filed:  10/29/2019 |

I, Chaim Gelfand, declare as follows:

1. I am an attorney licensed to practice law in Israel, and I am employed by NSO Group Technologies Limited ("NSO") as its Vice President for Compliance and Deputy General Counsel. I have served in that position (or similar positions) since I joined NSO in January 2020. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration in support of NSO's Motion for Relief from Case Management Schedule (the "Motion") filed concurrently herewith.

3. As I have previously stated in declarations submitted to this Court, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Pursuant to this same Order, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

4. On May 21, 2023, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ [Dkt. No. 195-4]. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

5. Shortly after receiving the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and others of which have not been answered. As part of this process of understanding ▉▉▉▉▉

1  ██████████████████████████████████████████████
2  ██████████████████████████████████████████████
3  ██████████████████████████████████████████████
4      6.    On May 30, 2023, ███████████████████
5  ██████████████████████████████████████████████
6  ██████████████████████████████████████████████
7  ██████████████████████████████████████████████
8  ███████████████████████████████
9      7.    Between June and September 2023, ████
10 ██████████████████████████████████████████████
11 ██████████████████████████
12     8.    Based on discussions with ████████████
13 ██████████████████████████████████████████████
14 ████████████████████████████
15     9.    On November 20, 2023, NSO ████████████
16 ██████████████████████████████████████████████
17 ██████████████████████████████████████████████
18 ██████████████████████████████████████████████
19 ██████████████████████████████████████████████
20 ████████████████████████████████████
21     10.   ██████████████████████████████████████
22 ██████████████████████████████████████████████
23 ██████████████████████████████████████████████
24 ████████████████████████████████████████████
25     11.   During the period November 2023 through January 2024, ████
26 ██████████████████████████████████████████████
27 ████
28

12. To the best of NSO's knowledge, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ In recent discussions, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ In the interim, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

13. In November 2023, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ so that my colleagues and I could assist King & Spalding LLP with the document review process. Due to the highly technical nature of the computer information requested in discovery by Plaintiffs, NSO's involvement in the document review process is critical to enable the proper materials to be designated as responsive to Plaintiffs' requests. This has led to substantial delays over the past several months in preparing a document review plan, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

DECA/Export Control Issues

14. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ NSO formally applied to Israel's Defense Export Control Agency ("DECA") on June 8, 2023, for an export license in connection with this litigation. The application sought permission to disclose export-controlled information to King & Spalding LLP, to plaintiffs and their counsel, and to the court.

15. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

16. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

1 ▮
2 ▮
3 ▮
4 ▮

17. NSO has continued to vigorously request issuance of licenses that include the plaintiffs' counsel and the court, ▮

▮ NSO, however, has continued to discuss its pending application with DECA and has requested several additional times between November 2023 and January 2024 that all the licenses NSO requested (including to Plaintiff's counsel) be granted.

18. ▮

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of January 2024, at Herzliya, Israel.

_____
Chaim Gelfand