1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Action Filed:   10/29/2019 |
|---|---|

DECLARATION OF JOSEPH N. AKROTIRIANAKIS                                                 Case No. 4:19-cv-07123-PJH

I, Joseph N. Akrotirianakis, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and am lead counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration in support of NSO's Motion for Relief from Case Management Schedule (the "Motion") filed concurrently herewith.

3. As of the date this declaration was executed, no depositions had been taken in this matter. None has even been definitively scheduled for a particular date, although two depositions by Plaintiffs are anticipated for late February.

4. On November 30, 2023, the plaintiffs served amended initial disclosures under Federal Rule of Civil Procedure 26(a)(1). Among other changes, the amended disclosures for the first time identified The Citizen Lab as a potential witness. NSO is thus in the process of seeking discovery from Citizen Lab, which is located at the University of Toronto in Canada. NSO's discovery relates to the fact that the plaintiffs contracted with Citizen Lab to investigate the allegations described in the Complaint, and asked Citizen Lab to identify which of the "Target Users" were members of "civil society," as opposed to being affiliated with terrorism or serious crime, thus laying the foundation for the plaintiffs' oft-repeated claim that NSO's technology was deployed against "attorneys, journalists, human rights advocates, political dissidents, diplomats and other senior foreign government officials." (Complaint ¶ 42.)

5. One key individual affiliated with Citizen Lab is John Scott-Railton. Mr. Scott-Railton has, for years, been an outspoken critic of NSO and its Pegasus technology. He has co-authored numerous publications criticizing NSO and/or Pegasus and been quoted in articles demonizing NSO and Pegasus (*see, e.g.* Dkt. 240-2, Exhibits O–R; T–U; X). He even participated in the production of a motion picture docudrama, "The Dissident," that was highly critical of NSO, portraying himself in the movie. Moreover, communications with Citizen Lab produced by

Plaintiffs in this case indicate that Mr. Scott-Railton was centrally involved in Citizen Lab's work identifying WhatsApp users allegedly targeted using Pegasus that Citizen Lab claims are members of "civil society" rather than being connected to terrorism or serious crime. *See, e.g.,* Dkt. 257-3, ¶¶ 6–7; 9–17; 18–19 & Exhibits C–D; F–N; P–Q). According to Mr. Scott-Railton's LinkedIn.com page, he is "Co-lead @ Citizen Lab" and is located in "Los Angeles, California, United States." NSO, however, has been unable to locate a current address in California (or otherwise) at which Mr. Scott-Railton could be served with a subpoena, despite engaging the services of licensed investigator Dan Whelan, of Whelan & Associates. (Mr. Whelan and your declarant have worked together for many years on many matters. Prior to his work as a licensed private investigator, Mr. Whelan was a Special Agent with the Federal Bureau of Investigation for more than 25 years.)

6. Should Mr. Scott-Railton or his relevant documents only be accessible through Citizen Lab, at the University of Toronto, NSO may be required to seek discovery from him and from Citizen Lab through the use of letters rogatory. It is unknown how long that procedure will take, but based on my experience with letters rogatory and other procedures for international discovery, it is expected to take many months.

7. Counsel for the parties conferred on January 2, 2024, to discuss modifications to the case schedule.

8. On January 5, 2024, Plaintiffs proposed extending certain discovery deadlines by one month, with no adjustment to other deadlines. A copy of Mr. Cagney's January 5, 2024, email message to me and my colleagues is attached hereto as Exhibit A. Plaintiff's proposed schedule, as "copied and pasted" from Mr. Cagney's email message is below.

| Deadline | Current Deadline | NSO's Proposal | Plaintiffs' Proposal |
|---|---|---|---|
| Expert disclosures | 2/26/2024 | 8/30/2024 | 3/26/2024 |
| Fact discovery cut-off | 3/11/2024 | 9/13/2024 | 4/11/2024 |
| Rebuttal expert disclosures | 4/8/2024 | 9/27/2024 | 5/8/2024 |
| Expert discovery cut-off | 5/27/2024 | 10/25/2024 | 6/27/2024 |

| | | | |
|---|---|---|---|
| **Dispositive Motions** | 8/1/2024 | 12/2/2024 | 8/1/2024 |
| **Pretrial Conference** | 11/7/2024 | 2/13/2025 | 11/7/2024 |
| **Trial Date** | 12/2/2024 | 3/3/2025 | 12/2/2024 |

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 18th day of January 2024, at Los Angeles, California.

                */s/ Joseph N. Akrotirianakis*
                Joseph N. Akrotirianakis