# EXHIBIT A

| | |
|---|---|
| **From:** | Cagney, Craig |
| **To:** | Aaron Craig |
| **Cc:** | Joe Akrotirianakis; Ben Lee; fb.nso; K&S NSO; Block, Micah G.; Marzorati, Luca |
| **Subject:** | RE: Case Schedule |
| **Date:** | Friday, January 5, 2024 3:10:08 PM |
| **Attachments:** | image001.png |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Aaron,

Plaintiffs cannot agree to delay the current trial date, or truncate the court's time to consider dispositive motions. Plaintiffs would be willing to agree to a one-month extension of the current fact and expert discovery deadlines, as set forth below, which preserves the current trial date. If NSO intends to move for the longer extension set forth in your email of January 2, Plaintiffs will oppose that request.

| Deadline | Current Deadline | NSO's Proposal | Plaintiffs' Proposal |
|---|---|---|---|
| Expert disclosures | 2/26/2024 | 8/30/2024 | 3/26/2024 |
| Fact discovery cut-off | 3/11/2024 | 9/13/2024 | 4/11/2024 |
| Rebuttal expert disclosures | 4/8/2024 | 9/27/2024 | 5/8/2024 |
| Expert discovery cut-off | 5/27/2024 | 10/25/2024 | 6/27/2024 |
| Dispositive Motions | 8/1/2024 | 12/2/2024 | 8/1/2024 |
| Pretrial Conference | 11/7/2024 | 2/13/2025 | 11/7/2024 |
| Trial Date | 12/2/2024 | 3/3/2025 | 12/2/2024 |

Regards,
Craig
**Craig Cagney**

**Davis Polk & Wardwell LLP**
+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Tuesday, January 2, 2024 3:25 PM
**To:** Cagney, Craig <craig.cagney@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; Marzorati, Luca <luca.marzorati@davispolk.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; blee@kslaw.com
**Subject:** Case Schedule

Craig, Micah and Luca: Thanks for your time today. Our proposed new dates are below. Please let

us know Plaintiffs' position as soon as possible.

Expert Disclosures:  8/30/2024 and 9/27/2024
Fact discovery cutoff:  9/13/2024
Expert Discovery cutoff:  10/25/2024
Dispositive Motions:  12/2/2024
Pretrial Conference:  2/13/2025
Trial Date:  3/3/2025

---

**Aaron Craig**
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

King & Spalding

kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.