JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF DANIEL WHELAN IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Action Filed:  10/29/2019 |

I, Daniel Whelan, declare as follows:

1. I am a licensed California Private Investigator (CA license 27919). I have operated my own private investigation company, Whelan & Associates, for the last 11 years. Prior to founding Whelan & Associates, I served as a Special Agent of the United States Federal Bureau of Investigation ("FBI") for 25 years. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. In my work as both an FBI agent and as a private investigator, I have substantial experience locating individuals who may be difficult to find. I use a number of tools and methods to locate people, including the use of private public records databases such as LexisNexis and TrueLookup, mail forwarding services, open-source review on the Internet, physical address visits, and identification of registered owners of vehicles when possible.

3. On December 12, 2023, I was engaged by the law firm King & Spalding LLP ("King & Spalding") to locate John Scott-Railton so that he could be served with a document subpoena in connection with the above-captioned lawsuit.

4. Upon my engagement, King & Spalding provided me with a document reflecting a prior attempt to locate Mr. Scott-Railton at a multi-family residential address in Berkeley, California, 1212 Neilson Street #2. The document stated that a woman found at that address stated that Mr. Scott-Railton had moved from that address over one year ago.

5. On December 12, 2023, I attempted to locate Mr. Scott-Railton's current address using my public records database. The database listed his current address as the same Berkeley, California address referenced in paragraph 4 above, where Scott-Railton previously was not found.

6. Between December 12, 2023, and January 18, 2024, I have attempted to find a current address for Mr. Scott-Railton using various additional investigative methods. I queried a mail forwarding service to determine if Scott-Railton had provided a mail forwarding address to the U.S. Postal Service, but the mail forwarding service identified no such address for Mr. Scott-Railton. I also searched open-source websites on the Internet in the hopes of identifying a current address for Mr. Scott-Railton, but those searches have been unsuccessful. Mr. Scott-Railton's LinkedIn webpage lists his city location as Los Angeles, California, but it lists no address for him.

7. On the night of January 17, 2024, and the morning of January 18, 2024, a Whelan & Associates investigator working under my direction drove by the residence at 1212 Neilson Street #2, Berkeley, CA 94706 and identified four vehicles parked at the location. A subsequent search of a vehicle registration database confirmed that none of those vehicles were registered to Mr. Scott-Railton.

8. In addition to the foregoing and other investigative techniques not described in detail herein, my team and I have continued to search open-source material on the Internet and query my public records databases to try to locate a current address for Mr. Scott-Railton. Despite these ongoing efforts, to date, I have not been able to identify a correct current address for him.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 18th day of January 2024, at Newport Beach, California.

_____
Daniel Whelan