UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND MODIFYING CASE SCHEDULE** |

The Court, having heard argument on the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited for relief from the case management schedule entered February 16, 2023, and having given full consideration to Defendants' motion, the parties' respective arguments, and all points and authorities filed in support of, and in opposition to, the motion, hereby finds that Defendants' motion presents good cause to modify the case management schedule as requested in the motion.

**GOOD CAUSE THEREFOR APPEARING, IT IS HEREBY ORDERED** that the case management schedule in this action be amended to provide the following case deadlines:

| **Case Event** | **Date** |
| --- | --- |
| Expert disclosures | 8/30/2024 |
| Fact discovery cut-off | 9/13/2024 |
| Rebuttal expert disclosures | 9/27/2024 |
| Expert discovery cut-off | 10/25/2024 |
| Settlement Conference | To be determined by Magistrate Judge Westmore |
| Dispositive Motions | 12/2/2024 |
| Pretrial Conference | 2/13/2025 |
| Trial Date | 3/3/2025 |

**IT IS SO ORDERED.**

Dated: _____, 2024   _____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE

Case No. 4:19-cv-07123-PJH