Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** <br><br> Ctrm:   3 <br> Judge:  Hon. Phyllis J. Hamilton <br><br> Action Filed:  10/29/2019 |

1    Having considered the Statement in Response to Defendants' Administrative Motion to
2 Consider Whether Another Party's Material Should be Filed Under Seal seeking to maintain certain
3 portions of Defendants' Reply in Support of their Motion to Compel Discovery (the "Reply"), the
4 Declaration of Matthew Noller (the "Noller Declaration"), and Exhibits A through Q in support
5 thereof (the "Exhibits"), under seal pursuant to Civil Local Rules 7-11 and 79-5, and good cause
6 appearing, the motion is hereby GRANTED.

7    IT IS HEREBY ORDERED that the highlighted portions of the Reply, the Noller Declaration,
8 and the Exhibits shall remain under seal.

9    IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule
10 79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed documents
11 or their contents absent further order of the Court.

Dated:

Honorable Phyllis J. Hamilton
United States District Judge