JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR MOTIONS TO COMPEL (DKT. NOS. 236, 240) AND BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (DKT. NO. 265)** <br><br> Action Filed: 10/29/2019 |

Pursuant to Local Rules 6-1(b) and 6-2, and as supported by the Declaration of Aaron Craig filed herewith, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), and Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") (collectively, the "Parties") hereby stipulate, subject to the Court's approval, to modified hearing dates and briefing schedules as follows:

WHEREAS, Plaintiffs filed their Motion to Compel on December 21, 2023 (Dkt. No. 236, "Plaintiffs' Motion to Compel");

WHEREAS, Defendants filed their Motion to Compel on December 22, 2023 (Dkt. No. 240, "Defendants' Motion to Compel");

WHEREAS, Plaintiffs requested a hearing on Plaintiffs' Motion to Compel and a hearing for February 8, 2024 now appears on the Court's calendar;

WHEREAS, Defendants have notified Plaintiffs that Defendants' counsel are unavailable February 8, 2024, due to a long-standing conflicting professional commitment;

WHEREAS, Defendants did not notice their Motion to Compel for a specific hearing date in reliance of the Court's November 15, 2023, Order stating that with respect to motions to compel, "after briefing is complete, the court will determine whether a hearing is necessary and will set a hearing by videoconference if so" (Dkt. No. 233);

WHEREAS, Defendants filed on January 18, 2024, a Motion for Relief from the Case Management Schedule (Dkt. No. 265, "Motion for Relief"), which it noticed for February 22, 2024, the earliest possible hearing date pursuant to the Northern District of California Local Rules and the Court set a hearing on this date;

WHEREAS, one of the deadlines from which Defendants seek relief in the Motion for Relief is a "Disclosure of Experts" deadline of February 26, 2024, which is just two business days after the current hearing date on the Motion for Relief;

WHEREAS, counsel for Plaintiffs and Defendants have conferred and are agreed that for the purpose of efficient case management it would be beneficial to know earlier than February 22,

1  2024 whether or not Defendants will obtain the relief they seek in the Motion for Relief, including
2  whether the Court will modify the February 26, 2024 deadline for Disclosure of Experts;
3      WHEREAS, Plaintiffs and Defendants are amenable to a briefing schedule on the Motion
4  for Relief (Dkt. No. 265) whereby Plaintiffs file their Opposition on January 26, 2024 and
5  Defendants file their Reply on February 2, 2024;
6      WHEREAS, given the possible impact on schedule deadlines as early as February 26, 2024
7  (as noted above), counsel for Plaintiffs and Defendants have agreed to contact the Court to
8  determine whether it is amenable to hearing from the parties on the Motion for Relief (Dkt. No.
9  265) on a mutually convenient date earlier than February 15, 2024, after all briefing is complete
10 (to the extent the Court decides to hear argument and is available);
11     WHEREAS, counsel for Plaintiffs and Defendants would all be available on February 15,
12 2024 and could attend hearings by videoconference on that date if acceptable to the Court;
13     NOW, THEREFORE, the parties agree and hereby stipulate that:
14     1.    Subject to the Court's approval, Plaintiffs' Motion to Compel (Dkt. No. 236),
15 Defendants' Motion to Compel (Dkt. No. 240), and the Motion for Relief (Dkt. No. 265) shall be
16 heard (to the extent the Court decides to hear argument and is available) by videoconference on
17 February 15, 2024, at 3:00 p.m. or such other date or time convenient for the Court;
18     2.    The Opposition to the Motion for Relief shall be filed on or before January 26,
19 2024;
20     3.    The Reply to the Motion for Relief shall be filed on or before February 2, 2024;
21 and
22     4.    The parties respectfully request that the Court enter the attached proposed order.

| | | |
|---|---|---|
| 1 | DATED: January 24, 2024 | KING & SPALDING LLP |

By:  /s/ *Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG
    KING & SPALDING LLP
    633 West Fifth Street, Suite 1600
    Los Angeles, CA 90071
    Telephone: (213) 443-4355
    Email:  jakro@kslaw.com
             acraig@kslaw.com

*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*

DAVIS POLK & WARDWELL LLP

By:  /s/ *Micah G. Block*
    Greg D. Andres
    Antonio J. Perez-Marques
    Craig T. Cagney
    (admitted pro hac vice)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email:    greg.andres@davispolk.com
               antonio.perez@davispolk.com
               craig.cagney@davispolk.com

    Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc*

## FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, Joseph N. Akrotirianakis hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: January 24, 2024          /s/ *Joseph N. Akrotirianakis*
                                           Joseph N. Akrotirianakis

**[PROPOSED] ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Dated: _____

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE