1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR MOTIONS TO COMPEL (DKT. NOS. 236, 240) AND BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (DKT. NO. 265)**<br><br>Action Filed:   10/29/2019 |
|---|---|

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court and a partner in the law firm of King & Spalding LLP, counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), defendants in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein. I submit this declaration in support of the Joint Stipulation and [Proposed] Order re Hearing Date for Motions to Compel (Dkt. Nos. 236, 240) and Briefing Schedule and Hearing Date for Motion for Relief from Case Management Schedule (Dkt. No. 265).

2. Plaintiffs filed their Motion to Compel on December 21, 2023 (Dkt. No. 236, "Plaintiffs' Motion to Compel").

3. Defendants filed their Motion to Compel on December 22, 2023 (Dkt. No. 240, "Defendants' Motion to Compel").

4. Plaintiffs requested a hearing on Plaintiffs' Motion to Compel and a hearing for February 8, 2024, now appears on the Court's calendar.

5. Defendants have notified Plaintiffs that Defendants' counsel are unavailable February 8, 2024, due to a long-standing conflicting professional commitment. Defendants' counsel are also unavailable on February 9, owing to the same conflicting commitment.

6. In reliance of the Court's November 15, 2023, Order stating that with respect to motions to compel, "after briefing is complete, the court will determine whether a hearing is necessary and will set a hearing by videoconference if so" (Dkt. No. 233), Defendants did not notice their Motion to Compel for a specific hearing date.

7. Defendants filed on January 18, 2024, a Motion for Relief from the Case Management Schedule (Dkt. No. 265, "Motion for Relief"), which it noticed for February 22, 2024, the earliest possible hearing date pursuant to the Northern District of California Local Rules and the Court set a hearing on this date.

8. One of the deadlines from which Defendants seek relief in the Motion for Relief is a "Disclosure of Experts" deadline of February 26, 2024, which is just two business days after the current hearing date on the Motion for Relief.

9. Counsel for Plaintiffs and Defendants have conferred and are agreed that for the purpose of efficient case management it would be beneficial to know earlier than February 22, 2024, whether or not Defendants will obtain the relief they seek in the Motion for Relief, including whether the Court will modify the February 26, 2024, deadline for Disclosure of Experts.

10. Plaintiffs and Defendants are amenable to a briefing schedule on the Motion for Relief (Dkt. No. 265), whereby Plaintiffs file their Opposition on January 25, 2024, and Defendants file their Reply on February 2, 2024.

11. Counsel for Plaintiffs and Defendants would all be available on February 15, 2024, and could attend hearings by videoconference on that date if acceptable to the Court.

12. Pursuant to Local Rule 6-2(a)(2), the Court has previously issued the following time modifications in this case, all but one of which relate simply to enlarging briefing schedules:

   a. Granting Plaintiffs' request to reschedule the case management conference prior to the service of summons and complaint on Defendants (Dkt. No. 17);

   b. Granting the Parties' request to enlarge the time to file their opposition and reply to Defendants' motion to dismiss (Dkt. No. 50);

   c. Granting the Parties' request to enlarge the time to file their opposition and reply to Plaintiffs' motion to disqualify defense counsel (Dkt. No. 73);

   d. Granting the Parties' request to enlarge the time for Defendants to file their reply in support of their motion to stay, and for Plaintiffs to file their reply in support of their motion to compel (Dkt. No. 138);

   e. Granting the Parties' request to enlarge the time to file their opposition and reply to Defendants' motion to dismiss for *forum non conveniens* (Dkt. No. 219); and

   f. Granting the Parties' request to enlarge the time to respond to motions to compel (Dkt. No. 245)

1 | I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 24th day of January 2023, at Los Angeles, California.

*Aaron S. Craig (signature)*

Aaron S. Craig