Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER MODIFYING CASE SCHEDULE** <br><br> Ctrm:   3 <br> Judge:  Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

Having considered the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited for relief from the case management schedule entered February 27, 2023, and having given full consideration to Defendants' motion, the parties' respective arguments, and all points and authorities filed in support of, and in opposition to, the motion, **IT IS HEREBY ORDERED** that the case management schedule in this action be amended to provide for the following case deadlines:

| Case Event | Deadline |
| --- | --- |
| Expert disclosures | March 26, 2024 |
| Fact discovery cut-off | April 11, 2024 |
| Rebuttal expert disclosures | May 8, 2024 |
| Expert discovery cut-off | June 27, 2024 (no change) |
| Dispositive motions | August 1, 2024 (no change) |
| Pretrial conference | November 7, 2024 (no change) |
| Trial date | December 2, 2024 (no change) |

Dated: _____

Honorable Phyllis J. Hamilton
United States District Judge