JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**SUPPLEMENTAL DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Action Filed:  10/29/2019 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and am lead counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration in support of NSO's Motion for Relief from Case Management Schedule and its associated reply.

3. Since filing this motion, NSO has continued its efforts to engage a new e-discovery vendor. NSO will be engaging a new vendor within the next week and the vendor estimates that it will be able to establish any required e-discovery infrastructure within approximately one month, rather than the two months previously estimated.

4. On January 26, 2024, Plaintiffs' counsel requested deposition dates for seven supposed NSO personnel. The seven proposed deponents include at least one former employee and at least one individual of whom NSO has no record of employment.

5. To complete depositions before the current fact discovery cutoff, Plaintiffs' counsel has proposed holding multiple depositions simultaneously—one in Washington, D.C., and one in Menlo Park, CA—on March 1, 2024.

6. On February 1, 2024, NSO's litigation team at King & Spalding LLP was contacted by a Canadian law firm stating it represents the University of Toronto, Citizen Lab, and the Citizen Lab's researchers related to this matter (with the exception of Bill Marczak). Counsel indicated that they would not voluntarily participate in any informal discovery and that they would resist recognition of any letters rogatory. My colleague responded to seek confirmation that the Canadian firm represented John Scott-Railton and to request that the firm provide his current contact information. On February 2, 2024, the Canadian firm confirmed that it represented Mr. Scott-Railton, but refused to provide his current contact information or to accept service on his behalf. To date, NSO has not located current contact information for Mr. Scott-Railton.

//

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of February 2024, at Los Angeles, California.

*/s/Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS