# EXHIBIT A

| | |
|---|---|
| **From:** | Aaron Craig <ACraig@KSLAW.com> |
| **Sent:** | Tuesday, February 6, 2024 6:46 PM |
| **To:** | Cagney, Craig |
| **Cc:** | Joe Akrotirianakis; K&S NSO; fb.nso; Marzorati, Luca; Block, Micah G. |
| **Subject:** | RE: Your call |

Craig:  We agreed that after the briefing was complete we would try to work together to find a date that all counsel would be available for a hearing earlier than February 15.  Luca called me to follow up about this on Thursday February 1 (before the briefing was complete), when I was in an all-day meeting out of state. I called him back between my afternoon and evening meetings, and told him we would need to discuss it with our client.  On that call, Luca shared his view that it might not make sense to call the court and ask to accelerate the hearing one or two days.  We filed our reply brief on February 2.  I then provided you with our position the following business day, which was yesterday.

As we have repeatedly told you, Joe and I are unavailable on February 8 or 9 due to a longstanding business conflict.  We are now unavailable on February 12 as well.  If your position has now changed to be that there is value in asking the court to accelerate the hearing on NSO's motion to the afternoon of February 13 or any time 14, rather that February 15, we are happy to call the clerk and explore that.  We think it is better, however, to have the scheduling motion be heard together with the motions to compel on February 15, due to the overlap of issues.  For avoidance of doubt, we are not willing to advance the motions to compel hearing.

Finally, we would be willing to agree to stipulate to the relief sought through our motion.  We do not agree to stipulate to extend only the deadlines that Facebook wants to extend, and only for the length of time Facebook wants to extend them.

Aaron

---

**From:** Cagney, Craig <craig.cagney@davispolk.com>
**Sent:** Tuesday, February 6, 2024 8:17 AM
**To:** Aaron Craig <ACraig@KSLAW.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>; fb.nso <fb.nso@davispolk.com>; Marzorati, Luca <luca.marzorati@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>
**Subject:** Re: Your call

| **CAUTION:** MAIL FROM OUTSIDE THE FIRM |
|---|

Aaron,

We agreed to amend the hearing date on the motions to compel, including pushing back the scheduled February 8 hearing on Plaintiffs' motion, based on your agreement to contact the Court after your reply was filed about scheduling an earlier hearing on NSO's motion for relief from the case management schedule.  We have been attempting to get your availability for an earlier hearing on that motion since last week, and it is unreasonable that you have waited until yesterday to inform us that no one at your firm can be available before next week to discuss NSO's own extension motion.

As we have explained, Plaintiffs need relief from the fast approaching February 26 expert deadline if all the motions will be heard on February 15.  Plaintiffs should know whether NSO will be producing any documents, and when, before Plaintiffs must produce their expert reports.  As it stands, however, NSO has not yet produced any documents, argues that it needs at least six more months to do so, and has only made Josh Shaner and Terry DiVittorio available for depositions, but only after the current expert deadline.  There is no reason that Plaintiffs should be prejudiced on the expert deadline by NSO's scheduling difficulties, especially when NSO is seeking a greater extension and our proposal is expressly without prejudice to that request.

Please let us know by close of business EST if NSO will stipulate to extending only the expert deadline to March 26, without prejudice to any of the relief sought in NSO's motion.  We are happy to include an extension of the rebuttal deadline to May 8, or wait to address that date on February 15, at your option.  Absent a stipulation, we intend to file a motion this evening seeking interim schedule relief, and shortening the time for responses so we can obtain relief by later this week.  We will assume you oppose those motions unless we hear otherwise.

Regards,

Craig

**Craig T. Cagney**
+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

**Davis Polk & Wardwell** LLP
Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at davispolk.com.

> On Feb 5, 2024, at 4:32 PM, Marzorati, Luca <luca.marzorati@davispolk.com> wrote:
>
> **From:** Aaron Craig <ACraig@KSLAW.com>
> **Sent:** Monday, February 5, 2024 4:32 PM
> **To:** Marzorati, Luca <luca.marzorati@davispolk.com>
> **Subject:** RE: Your call

Luca:  Defendants are unable to fit in a motion hearing into our calendars this week, and we agree with you that asking the court to accelerate the motions by one or two days next week is silly.  We are also not interested in stipulating to the "one-month extension" you suggested last week.

If there are other issues you want to discuss, please let me know and we can set up a time to talk.  Otherwise I will assume this addresses your reasons for calling.

Aaron

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Monday, February 5, 2024 10:29 AM
**To:** Aaron Craig <ACraig@KSLAW.com>
**Subject:** RE: Your call

**CAUTION:** **MAIL FROM OUTSIDE THE FIRM**

Hi Aaron,

Just left you a message on your work line.  Please let me know if you have a second to discuss.

Thanks,

Luca

**Luca Marzorati**

**Davis Polk & Wardwell LLP**

+1 212 450 3660 office
+1 718 304 6950 mobile

luca.marzorati@davispolk.com

**From:** Marzorati, Luca
**Sent:** Friday, February 2, 2024 11:20 AM

3

**To:** 'Aaron Craig' <ACraig@KSLAW.com>
**Subject:** RE: Your call

Let us know your thoughts on a scheduling stip when you get a chance?

We're happy to take the pen on a draft.

Thanks,

Luca

**Luca Marzorati**

**Davis Polk & Wardwell** LLP

+1 212 450 3660 office
+1 718 304 6950 mobile

luca.marzorati@davispolk.com

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Thursday, February 1, 2024 2:25 PM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Subject:** Your call

I'm in an all-day meeting in Chicago, so not sure that I can talk anytime soon.  What's up?

---

**Aaron Craig**
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

<image001.png>

kslaw.com

4

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.