Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
        antonio.perez@davispolk.com
        craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER FOR INTERIM SCHEDULE RELIEF** <br><br> Courtroom:  3 <br> Judge:        Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

Having considered the motion of Plaintiffs WhatsApp LLC and Meta Platforms, Inc. for interim relief from the case management schedule entered February 27, 2023, and having given full consideration to Plaintiffs' motion, the parties' respective arguments, and all points and authorities filed in support of, and in opposition to, the motion, **IT IS HEREBY ORDERED** that the case management schedule in this action be amended to provide for the following case deadline:

| Case Event | Deadline |
| --- | --- |
| Expert disclosures | March 26, 2024 |

The foregoing extension is without prejudice to any pending or future requests to further modify the case management schedule.

Dated: _____

                                              Honorable Phyllis J. Hamilton
                                              United States District Judge