Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO SHORTEN TIME TO RESPOND TO PLAINTIFFS' MOTION FOR INTERIM SCHEDULE RELIEF**<br><br>Ctrm:　　3<br>Judge:　Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

Pursuant to Local Rules 6-3 and 7-11 of the United States District Court for the Northern District of California, Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") seek an order to shorten time on Plaintiffs' Motion for Interim Schedule Relief (the "Motion"), filed concurrently herewith.

Plaintiffs request that the Court shorten the time for Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. ("Defendants") to file an opposition to the Motion, and require Defendants to file their opposition to the Motion by February 7, 2024. Plaintiffs waive their right to file a reply brief. Further, Plaintiffs submit, subject to the Court's views, that the Motion is appropriate for decision without oral argument.

Shortening time is justified because, under the default schedule provided by the Local Rules and this case schedule, Defendants' opposition to the Motion will not be due until February 19, 2024. That schedule is unworkable because the purpose of the Motion is to seek expedited relief, in advance of the hearing currently scheduled for February 15, 2024, in order to provide certainty regarding the affirmative expert-disclosure deadline currently set for February 26, 2024, for the reasons set forth in the Motion.

Defendants will not be prejudiced by accelerating briefing on the Motion. It is very short, and seeks interim relief that is expressly without prejudice to Defendants' pending request for longer extensions. Plaintiffs notified Defendants on the morning of February 6, 2024 that Plaintiffs would be seeking such interim relief, and moving to shorten Defendants' time to respond, if Defendants would not stipulate to the interim relief. (Block Decl. ¶ 7.) Moreover, Defendants have already set out their arguments on the case schedule in briefing for their motion to delay trial. (*See* Dkt. No. 264-2.) Defendants accordingly should have no trouble addressing this request in short order.

1

ADMINISTRATIVE MOTION TO SHORTEN TIME TO RESPOND TO PLAINTIFFS' MOTION FOR INTERIM SCHEDULE RELIEF
CASE NO. 4:19-CV-07123-PJH

Dated: February 6, 2024

DAVIS POLK & WARDWELL LLP

By: /s/ Micah G. Block
    Greg D. Andres
    Antonio J. Perez-Marques
    Craig T. Cagney
    (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email: greg.andres@davispolk.com
           antonio.perez@davispolk.com
           craig.cagney@davispolk.com

    Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    Email: micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

2

ADMINISTRATIVE MOTION TO SHORTEN TIME TO RESPOND TO PLAINTIFFS' MOTION FOR INTERIM SCHEDULE RELIEF
CASE NO. 4:19-CV-07123-PJH