1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
6  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
7           craig.cagney@davispolk.com

8  Micah G. Block (SBN 270712)
9  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
10 Menlo Park, California 94025
   Telephone: (650) 752-2000
11 Facsimile:  (650) 752-2111
   Email:   micah.block@davispolk.com
12
13 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SHORTEN TIME TO RESPOND TO PLAINTIFFS' MOTION FOR INTERIM SCHEDULE RELIEF** <br><br> Ctrm:  3 <br> Judge:  Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

Case 4:19-cv-07123-PJH Document 280-2 Filed 02/06/24 Page 2 of 2

The Court, having considered the Administrative Motion of Plaintiffs WhatsApp LLC and Meta Platforms, Inc. to shorten time to respond to Plaintiffs' Motion for Interim Schedule Relief, and good cause appearing, hereby GRANTS Plaintiffs' Administrative Motion.

**IT IS HEREBY ORDERED** that Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. ("Defendants") shall file any Opposition to Plaintiffs' Motion for Interim Schedule Relief by February 7, 2024.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs have waived their right to file a Reply in Support of Plaintiffs' Motion for Interim Schedule Relief, and Plaintiffs' Motion for Interim Schedule Relief shall be taken on submission once Defendants' Opposition, if any, is filed.

Dated: _____

                                             Honorable Phyllis J. Hamilton
                                             United States District Judge

1

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO SHORTEN TIME TO RESPOND TO PLAINTIFFS' MOTION FOR INTERIM SCHEDULE RELIEF - CASE NO. 4:19-CV-07123-PJH