Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile:  (415) 636-5965
sheri@zwillgen.com

Marc J. Zwillinger (*pro hac vice* forthcoming)
Steven L. Lane (*pro hac vie* forthcoming)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
marc@zwillgen.com
steven.lane@zwillgen.com

Attorneys for Non-Party
**Bill Marczak**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP, INC., *et al.*, | Case No. 4:19-CV-07123-PJH |
| Plaintiffs, | Hon. Phyllis J. Hamilton |
| v. | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF NON-PARTY BILL MARCZAK** |
| NSO GROUP TECHNOLOGIES LIMITED, *et al.*, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sheri Pan, of ZwillGen Law LLP, a member of the State Bar of California and admitted to practice in this Court, hereby appears on behalf of non-party Bill Marczak.

All pleadings, notices, orders, and other papers regarding this action should be served upon counsel at:

Sheri Pan
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile:  (415) 636-5965
sheri@zwillgen.com

DATED: February 13, 2024            **ZWILLGEN LAW LLP**

By: _/s/ Sheri Pan_
Sheri Pan (SBN 316136)
sheri@zwillgen.com

Attorney for Non-Party
**Bill Marczak**