JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION FOR ISSUANCE OF LETTER ROGATORY TO THE ONTARIO SUPERIOR COURT OF JUSTICE FOR THE CITIZEN LAB AT THE UNIVERSITY OF TORONTO'S MUNK SCHOOL OF GLOBAL AFFAIRS**<br><br>Action Filed:  10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court and a partner in the law firm of King & Spalding LLP, counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), defendants in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration in support of NSO's Motion for Issuance of Letter Rogatory to the Ontario Superior Court of Justice seeking information from The Citizen Lab at the Munk School of Global Affairs & Public Policy of the University of Toronto ("Citizen Lab") filed concurrently herewith.

3. On January 31, 2024, my colleague Benjamin Lee sent an email to Citizen Lab's Director, Ronald J. Deibert, and its Senior Legal Advisor, Siena Anstis, which identified King & Spalding as counsel to NSO in the above-captioned lawsuit and briefly summarized the bases on which NSO is seeking certain discovery from Citizen Lab that is highly relevant to claims and defenses at issue in the litigation. Mr. Lee's email attached Schedules A and B, respectively setting forth the documents and testimony sought from Citizen Lab and asked whether Citizen Lab would agree to provide the documents and testimony without the need for NSO to pursue a letter rogatory process. A true and correct copy of Mr. Lee's January 31, 2024, email to Mr. Deibert and Ms. Anstis, without the voluminous Attachments 1–3 to the Schedules, is as **Exhibit 1** hereto.

4. On February 1, 2024, Ren Bucholz of the Canadian law firm Paliare Roland Barristers emailed counsel representing NSO in response to NSO's request that Citizen Lab agree to provide the documents and testimony specified in Mr. Lee's January 31, 2024, email and Schedules A and B thereto. Mr. Bucholz identified Paliare Roland Barristers as counsel representing Citizen Lab for purposes of NSO's request and stated, on behalf of Citizen Lab that "Should your client decide to pursue letters rogatory, we intend to resist their recognition in Ontario . . . ."

5. Later on February 1, 2024, my colleague Matthew Dawson sent an email response to Mr. Bucholtz's email. Among other things, Mr. Dawson's email sought confirmation that

DECLARATION OF AARON S. CRAIG                                                      Case No. 4:19-cv-07123-PJH

1  "Citizen Lab will not provide any document(s) or make any witness(es) available for deposition
2  absent the formality of letters rogatory."  Mr. Dawson also sought confirmation that Mr. Bucholtz
3  and Paliare Roland Barristers represent Citizen Lab Senior Research John Scott-Railton for
4  purposes of NSO's request for third-party discovery in the above-captioned litigation.  Mr. Dawson
5  asked that Mr. Bucholtz confirm (i) Mr. Scott-Railton's current address and (ii) whether Paliare
6  Roland Barristers is authorized to accept service of process of a subpoena on Mr. Scott-Railton's
7  behalf.

8        6.  On February 2, 2024, Mr. Bucholtz responded to Mr. Dawson's email and
9  confirmed that "Citizen Lab and the University [of Toronto] will provide documents or testimony
10  in response to U.S. legal process only to the extent required to do so under Canadian law."  Mr.
11  Bucholtz further confirmed that he and Paliare Roland Barristers represent Mr. Scott-Railton for
12  purposes of NSO's discovery requests relating to the above-captioned lawsuit, but that Paliare
13  Roland Barristers is not authorized either to accept service of a subpoena on Mr. Scott-Railton's
14  behalf or to disclose his address.

15        7.  A true and correct copy of the February 1-2, 2024, email thread containing the
16  communications described in paragraphs 4–6 hereof is as **Exhibit 2** hereto.

17        I declare under the penalty of perjury and the laws of the United States that the foregoing
18  is true and correct this 14th day of February 2024, at Los Angeles, California.

19  
20  _____
           Aaron S. Craig

21
22
23
24
25
26
27
28

DECLARATION OF AARON S. CRAIG     2     Case No. 4:19-cv-07123-PJH