# EXHIBIT 2

| | |
|---|---|
| **From:** | Ren.Bucholz@paliareroland.com |
| **To:** | Matt Dawson; chloe.hendrie@paliareroland.com |
| **Cc:** | Joe Akrotirianakis; Aaron Craig; Ben Lee |
| **Subject:** | RE: WhatsApp LLC, et al. v. NSO Group Technologies Limited, et al. [IMAN-PRIMANAGE.FID408133] |
| **Date:** | Friday, February 2, 2024 11:47:55 AM |
| **Attachments:** | image001.png |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Mr. Dawson:

We confirm that the Citizen Lab and the University will provide documents or testimony in response to U.S. legal process only to the extent required to do so under Canadian law.  We further confirm that we represent John Scott-Railton, and you should treat Citizen Lab and John Scott-Railton as represented parties.  Furthermore, we are not authorized to accept service on his behalf or to disclose his address.  To the extent you seek to involve either of them in your pending proceeding, they reserve all rights, including objections on the basis of lack of personal jurisdiction, lack of proper service, and conflict of laws.

Regards,
Ren Bucholz
Paliare Roland Barristers
c. 416 725 5086
p. 416 646 6303
f. 416 646 4301

---

**From:** Matt Dawson <MDawson@KSLAW.com>
**Sent:** Thursday, February 1, 2024 6:58 PM
**To:** Ren Bucholz <Ren.Bucholz@paliareroland.com>; Chloe Hendrie <chloe.hendrie@paliareroland.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>; Ben Lee <BLee@KSLAW.com>
**Subject:** RE: WhatsApp LLC, et al. v. NSO Group Technologies Limited, et al. [IMAN-PRIMANAGE.FID408133]

Mr. Bucholz:

Thank you for getting in touch.  We disagree that NSO has "invoked" a subpoena process concerning anyone not "subject" thereto, and we further disagree that the "interests" you reference suffice to preclude NSO from seeking discovery that is relevant to the above-referenced litigation.

Although it seems evident, to avoid any doubt in the accuracy of our representations to the United States District Court, would you please confirm our understanding of your message to mean that Citizen Lab will not provide any document(s) or make any witness(es) available for deposition absent the formality of letters rogatory?  A simple "confirmed" in response would suffice.

Furthermore, please confirm your representation of John Scott-Railton and his current address.  If

you are authorized to accept the service of process (i.e., a subpoena) on Mr. Scott-Railton's behalf, we can provide it to you rather than seeking to serve him at his home or place of business, and we have no other interest in having Mr. Scott-Railton's address.

Yours,

---

**Matthew H. Dawson**
*Partner*

T: +1 650 422 6725  |  E: mdawson@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
601 South California Avenue
Suite 100
Palo Alto, CA 94304

King & Spalding



kslaw.com

---

**From:** Ren.Bucholz@paliareroland.com <Ren.Bucholz@paliareroland.com>
**Sent:** Thursday, February 1, 2024 11:57 AM
**To:** Matt Dawson <MDawson@KSLAW.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>; Ben Lee <BLee@KSLAW.com>
**Cc:** chloe.hendrie@paliareroland.com
**Subject:** WhatsApp LLC, et al. v. NSO Group Technologies Limited, et al. [IMAN-PRIMANAGE.FID408133]

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Good afternoon, all.

We are Canadian litigation counsel to the University of Toronto, Citizen Lab, and the Citizen Lab's researchers related to this matter.  We have received the correspondence you sent directly to the Citizen Lab, as well as the individual request you sent to one of its researchers.  Please send all future correspondence to Citizen Lab or any of its personnel (other than Dr. Marzack, who has US counsel) on this matter to my attention.

As you know, the Citizen Lab and the University are not resident in the United States, and are not subject to the subpoena process you have invoked.  Further, your client's efforts to obtain information from the Citizen Lab and its researchers affects the interests of multiple other parties, including individuals whose phones were allegedly hacked using your client's software.

Should your client decide to pursue letters rogatory, we intend to resist their recognition in Ontario as overbroad and inconsistent with our domestic discovery regime.

Regards,

Ren Bucholz
Paliare Roland Barristers
c. 416 725 5086
p. 416 646 6303
f. 416 646 4301

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any use, disclosure, dissemination, distribution or copying of any portion of this message or any attachment is strictly prohibited.

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.