UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** February 15, 2024 (Time: 1 hour, 52 minutes)  **JUDGE:** Phyllis J. Hamilton

**Case No:** 19-cv-07123-PJH
**Case Name:** WhatsApp Inc., et al v. NSO Group Technologies Limited et al.

**Attorney(s) for Plaintiff:** Antonio Perez-Marques; Craig Cagney; Micah Block; Greg Andres
**Attorney(s) for Defendant:** Joseph Akrotirianakis; Aaron Craig

**Deputy Clerk:** Kelly Collins      **Court Reporter:** Marla Knox

### PROCEEDINGS

Plaintiffs' Motion to Compel Discovery Hearing - Held via Zoom. The Court takes the matter under submission.

Defendants' Motion to Compel Discovery Hearing - Held via Zoom. The Court takes the matter under submission.

Defendants' Motion for Relief from Case Management Schedule Hearing – GRANTED as stated on the record.

Expert disclosures due by 8/30/2024. Jury trial continued to 3/3/2025 at 8:30 a.m. Parties shall meet and confer regarding other dates proposed in the motion for relief from case management schedule and submit a stipulation for the Court's approval. Plaintiffs shall withdraw the motion for interim schedule relief, docket #279.

Transcript of hearing is sealed. Court ordered counsel for plaintiffs and defendants may obtain copies of the sealed transcript.

**Order to be prepared by:** [] Pl [] Def [X] Court

cc: chambers