Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile:  (415) 636-5965
sheri@zwillgen.com

Marc J. Zwillinger (*pro hac vice*)
Steven L. Lane (*pro hac vice*)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
marc@zwillgen.com
steven.lane@zwillgen.com

Attorneys for Foreign Non-Party
**The Citizen Lab**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED, *et al.*, <br><br> Defendants. | Case No. 4:19-CV-07123-PJH <br><br> Hon. Phyllis J. Hamilton <br> United States District Judge <br><br> **DECLARATION OF STEVEN LANE IN SUPPORT OF CITIZEN LAB'S MOTION FOR LEAVE TO MAKE A SPECIAL APPEARANCE OR FILE AN AMICUS BRIEF** <br><br> Action Filed: October 29, 2019 <br> Date:           April 11, 2024 <br> Time:          1:30 p.m. <br> Courtroom:  3, 3rd Floor |

I, Steven L. Lane, declare as follows:

1. I am an attorney in the law firm of ZwillGen PLLC, a member of the Bar of the District of Columbia, and am admitted to practice *pro hac vice* before this Court in the above related matter as counsel for nonparty Dr. Bill Marczak (*see* ECF No. 287). I am one of the counsel for foreign nonparty, The Citizen Lab at the Munk School of Global Affairs & Public Policy at the University of Toronto ("Citizen Lab"). I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached hereto as Exhibit A is Citizen Lab's proposed brief opposing Defendants' Motion for the Issuance of Letter Rogatory (ECF No. 288).

3. Attached hereto as Exhibit B is a true and correct copy of *Actava TV, Inc. v. Matvil Corp.*, 2021 ONCA 105, a Canadian decision cited in Citizen Lab's proposed brief.

4. Attached hereto as Exhibit C is a true and correct copy of *R. v. National Post*, 2010 SCC 16, a Canadian decision cited in Citizen Lab's proposed brief.

5. Attached hereto as Exhibit D is a true and correct copy of *Globe and Mail v. Canada (Attorney General)*, 2010 SCC 41, a Canadian decision cited in Citizen Lab's proposed brief.

6. Attached hereto as Exhibit E is a true and correct copy of *Parent v. R.*, 2014 QCCS 132, a Canadian decision cited in Citizen Lab's proposed brief.

7. Attached hereto as Exhibit F is a true and correct copy of Ontario Rule of Civil Procedure 30.10, cited in Citizen Lab's proposed brief.

8. Attached hereto as Exhibit G is a true and correct copy of Ontario Rule of Civil Procedure 31.10, cited in Citizen Lab's proposed brief.

9. On February 27, 2024, counsel for Citizen Lab conferred by videoconference with counsel for Defendants about the relief Citizen Lab seeks in its Motion for Leave to Specially Appear or, Alternatively, File an Amicus Brief to Oppose Defendants' Motion for the Issuance of a Letter Rogatory. Counsel for Defendants stated that they take no position on Citizen Lab's Motion for Leave but reserved their right to oppose the Motion upon its filing.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Washington D.C.
February 28, 2024

By: /s/ *Steven L. Lane*
     Steven L. Lane