# Exhibit F

## Production from Non-Parties with Leave

### *Order for Inspection*

**30.10** (1) The court may, on motion by a party, order production for inspection of a document that is in the possession, control or power of a person not a party and is not privileged where the court is satisfied that,

- (a) the document is relevant to a material issue in the action; and
- (b) it would be unfair to require the moving party to proceed to trial without having discovery of the document.  R.R.O. 1990, Reg. 194, r. 30.10 (1).

### *Notice of Motion*

(2) A motion for an order under subrule (1) shall be made on notice,

- (a) to every other party; and
- (b) to the person not a party, served personally or by an alternative to personal service under rule 16.03.  R.R.O. 1990, Reg. 194, r. 30.10 (2).

### *Court may Inspect Document*

(3) Where privilege is claimed for a document referred to in subrule (1), or where the court is uncertain of the relevance of or necessity for discovery of the document, the court may inspect the document to determine the issue.  R.R.O. 1990, Reg. 194, r. 30.10 (3).

### *Preparation of Certified Copy*

(4) The court may give directions respecting the preparation of a certified copy of a document referred to in subrule (1) and the certified copy may be used for all purposes in place of the original.  R.R.O. 1990, Reg. 194, r. 30.10 (4).

### *Cost of Producing Document*

(5) The moving party is responsible for the reasonable cost incurred or to be incurred by the person not a party to produce a document referred to in subrule (1), unless the court orders otherwise.  O. Reg. 260/05, s. 5.