# Exhibit G

**Discovery of Non-Parties with Leave**

*General*

**31.10** (1) The court may grant leave, on such terms respecting costs and other matters as are just, to examine for discovery any person who there is reason to believe has information relevant to a material issue in the action, other than an expert engaged by or on behalf of a party in preparation for contemplated or pending litigation.  R.R.O. 1990, Reg. 194, r. 31.10 (1).

*Test for Granting Leave*

(2) An order under subrule (1) shall not be made unless the court is satisfied that,

- (a)  the moving party has been unable to obtain the information from other persons whom the moving party is entitled to examine for discovery, or from the person the party seeks to examine;
- (b)  it would be unfair to require the moving party to proceed to trial without having the opportunity of examining the person; and
- (c)  the examination will not,
    - (i)  unduly delay the commencement of the trial of the action,
    - (ii)  entail unreasonable expense for other parties, or
    - (iii)  result in unfairness to the person the moving party seeks to examine.  R.R.O. 1990, Reg. 194, r. 31.10 (2).

*Costs Consequences for Examining Party*

(3) A party who examines a person orally under this rule shall serve every party who attended or was represented on the examination with the transcript free of charge, unless the court orders otherwise.  R.R.O. 1990, Reg. 194, r. 31.10 (3).

(4) The examining party is not entitled to recover the costs of the examination from another party unless the court expressly orders otherwise.  R.R.O. 1990, Reg. 194, r. 31.10 (4).

*Limitation on Use at Trial*

(5) The evidence of a person examined under this rule may not be read into evidence at trial under subrule 31.11 (1).  R.R.O. 1990, Reg. 194, r. 31.10 (5).