Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile:  (415) 636-5965
sheri@zwillgen.com

Marc J. Zwillinger (*pro hac vice*)
Steven L. Lane (*pro hac vice*)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
marc@zwillgen.com
steven.lane@zwillgen.com

Attorneys for Foreign Non-Party
**The Citizen Lab**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP, INC., *et al.*, | Case No. 4:19-CV-07123-PJH |
| Plaintiffs, | Hon. Phyllis J. Hamilton<br>United States District Judge |
| v. | **[PROPOSED] ORDER GRANTING CITIZEN LAB LEAVE TO MAKE A SPECIAL APPEARANCE [OR] FILE AN AMICUS BRIEF** |
| NSO GROUP TECHNOLOGIES LIMITED, *et al.*, | |
| Defendants. | Action Filed: October 29, 2019<br>Date:         April 11, 2024<br>Time:         1:30 p.m.<br>Courtroom: 3, 3rd Floor |

Having considered foreign nonparty Citizen Lab's Motion for Leave to Specially Appear or, Alternatively, File an Amicus Brief to Oppose Defendants' Motion for the Issuance of a Letter Rogatory (the "Motion for Leave"), all associated pleadings and exhibits, the Court hereby rules and orders as follows:

**IT IS HEREBY ORDERED** that Citizen Lab's Motion for Leave is GRANTED, such that Citizen Lab shall be permitted to enter a limited and special appearance in this action, without submitting to this Court's jurisdiction, to **(i)** file the proposed brief enclosed with Citizen Lab's Motion for Leave, in order to oppose Defendants' Motion for the Issuance of a Letter Rogatory (ECF No. 288); and **(ii)** participate in any oral argument on Defendants' Motion.

**[OR]**

**IT IS HEREBY ORDERED** that Citizen Lab's Motion for Leave is GRANTED, such that Citizen Lab shall be permitted to appear as an *amicus curiae* in this action to **(i)** file the proposed brief enclosed with Citizen Lab's Motion for Leave, in order to oppose Defendants' Motion for the Issuance of a Letter Rogatory (ECF No. 288) and **(ii)** participate in any oral argument on Defendants' Motion.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. Phyllis J. Hamilton
United States District Judge