JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
  *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Action Filed:  10/29/2019 |

TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") move the Court to consider whether certain portions of Defendants' Response to Plaintiffs' Brief on Discovery from Citizen Lab ("Defendants' Response") and certain portions of the Declaration of Aaron Craig in Support of Defendants' Response (the "Craig Declaration") and two exhibits thereto should be sealed. Unredacted versions of Defendants' Response and the Craig Declaration are attached as Exhibits A and B to the declaration of Christine Choi filed concurrently herewith.

Defendants' Response makes reference to and describes two documents produced by Plaintiffs WhatsApp LLC, f/k/a WhatsApp Inc. ("WhatsApp"), and Meta Platforms, Inc., f/k/a Facebook, Inc. ("Facebook" and, collectively, "Plaintiffs") that Plaintiffs have designated as Highly Confidential Attorney's Eyes Only pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action. Defendants have attached these two documents as exhibits to the Craig Declaration. Defendants now move the Court to consider whether the exhibits to the Craig Declaration and the references to those exhibits in Defendants' Response and the Craig Declaration should be sealed. Defendants take no position as to whether these materials satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

Defendants respectfully request that the Court permit the unredacted Defendants' Response, the unredacted Craig Declaration and the exhibits to the Craig Declaration, to be conditionally filed under seal.

DATED: April 12, 2024

KING & SPALDING LLP

By: /s/ *Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG
Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED