1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Action Filed:  10/29/2019 |

Having considered the Motion to Consider Whether Another Party's Material Should Be Filed Under Seal ("the Motion") filed by NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
| --- | --- | --- |
| Defendants' Response to Plaintiffs' Brief on Discovery from Citizen Lab | Portions of pages 2, 5 | Refers to material designated by Plaintiffs as "Highly Confidential- Attorneys' Eyes Only" |
| Declaration of Aaron Craig in Support of Defendants' Response to Plaintiffs' Brief on Discovery from Citizen Lab | Portions of Paragraphs 4 through 7 | Refers to material designated by Plaintiffs as "Highly Confidential- Attorneys' Eyes Only" |
| Exhibits 1 and 2 to the Declaration of Aaron Craig in Support of Defendants' Response to Plaintiffs' Brief on Discovery from Citizen Lab | All | Material designated by Plaintiffs as "Highly Confidential- Attorneys' Eyes Only" |

Dated: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE