JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S RESPONSE TO PLAINTIFFS' BRIEF ON DISCOVERY FROM CITIZEN LAB**<br><br>**[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]**<br><br>Ctrm:   3<br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court, a partner in the law firm of King & Spalding LLP, and counsel of record to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"). This Declaration is made in support of Defendants' Response to Plaintiffs' Brief on Discovery from Citizen Lab. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of WA-NSO-00017162, Citizen Lab's "civil society" analysis, produced by Plaintiffs and designated by Plaintiffs as Highly Confidential – Attorneys' Eyes Only.

3. I have analyzed this document closely and made the following observations.

4. █████████████████████████████████████

5. █████████████████████████████████████

6. █████████████████████████████████████

7. █████████████████████████████████████

8. Attached hereto as **Exhibit 2** is a true and correct copy of WA-NSO-00064730, which is an email exchange between Stephen Heary of WhatsApp Ireland and John Scott Railton of Citizen Lab, which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on April 12, 2024.

AARON S. CRAIG

# Exhibit 1

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit 2

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**