1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants NSO GROUP
   TECHNOLOGIES LIMITED and Q CYBER
7  TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed:  10/29/2019 |

TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") submit this Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

Concurrently with this Motion, the parties filed a Joint Letter concerning Plaintiffs' Withholding of Pre-Filing Communications with Citizen Lab ("Joint Letter"). Exhibits B and C to the Joint Letter are documents produced in discovery by Plaintiffs WhatsApp LLC, f/k/a WhatsApp Inc. ("WhatsApp"), and Meta Platforms, Inc., f/k/a Facebook, Inc. ("Facebook" and, collectively, "Plaintiffs"). Plaintiffs have designated those two documents as "Highly Confidential - Attorney's Eyes Only" under the Stipulated Protective Order (Dkt. No. 132). Accordingly, Defendants move the Court to consider whether those two exhibits, and related discussion of those exhibits in the Joint Letter, should be sealed.[1] Similarly, Exhibit E to the Joint Letter is meet-and-confer correspondence providing Plaintiffs with information linking individuals who Plaintiffs claim were wrongfully surveilled to criminal, espionage, and terrorist investigations or activities. Exhibit E thus extensively discusses information designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only." Unredacted versions of Joint Letter, Exhibit B to the Letter, Exhibit C to the Letter, and Exhibit E to the Letter are attached to this motion. (*See* Decl. of Joseph N. Akrotirianakis Exhs. 1 through 4.)

Defendants take no position as to whether these materials or information derived from these materials satisfy the requirements for sealing. They reserve the right to challenge any confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

---

[1] Exhibit A to the Joint Letter, which contains excerpts from the parties' February 2024 motions hearing, includes certain redactions on page 42 of the transcript, lines 1 through 15. The Court previously ordered the redacted lines sealed. (*See, e.g.*, ECF No. 289.) Accordingly, no motion to seal is required. *See* Civil L.R. 79-5(b). The remaining excerpts submitted in Exhibit A were specifically unsealed by the Court at the hearing. (*See* Joint Letter Exh. A at 42:16-17.)

For the reasons set forth above, Defendants respectfully request that the Court permit the unredacted Joint Letter and the unredacted exhibits to the Akrotirianakis Declaration, to be conditionally filed under seal.

DATED: June 12, 2024

KING & SPALDING LLP

By: /s/ Joseph N. Akrotirianakis
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED