JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed:   10/29/2019 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and lead counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration pursuant to Civil Local Rule 79-5(f) in support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") filed concurrently herewith.

3. Attached hereto as **Exhibit 1** is a copy of the unredacted version of the Joint Letter concerning Plaintiffs' Withholding of Pre-Filing Communications with Citizen Lab ("Joint Letter").

4. Attached hereto as **Exhibit 2** is a copy of Exhibit B to the Joint Letter, which is a document produced by Plaintiffs in this litigation beginning with Bates WA-NSO-00154529. Plaintiffs have designated the document as "Highly Confidential – Attorneys' Eyes Only."

5. Attached hereto as **Exhibit 3** is a copy of Exhibit C to the Joint Letter, which is a document produced by Plaintiffs in this litigation beginning with Bates WA-NSO-00121329. Plaintiffs have designated the document as "Highly Confidential – Attorneys' Eyes Only."

6. Attached hereto as **Exhibit 4** is a copy of Exhibit E to the Joint Letter, which is a letter dated May 30, 2024, that contains extensive discussion of information designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only." The letter itself is thus designated as "Highly Confidential – Attorney Eyes' Only."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of June 2024, in New York City, New York.

    /s/ *Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS