UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed:  10/29/2019 |

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("the Motion") filed by NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Joint Letter concerning Plaintiffs' Withholding of Pre-Filing Communications with Citizen Lab<br><br>(Exhibit 1 to the Declaration of Joseph N. Akrotirianakis in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed) | Highlighted portions of pages 2-3 | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibits B, C to the Joint Letter<br><br>(Exhibits 2 and 3 to the Declaration of Joseph N. Akrotirianakis in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed) | All | Material designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibit E to the Joint Letter<br><br>(Exhibit 4 to the Declaration of Joseph N. Akrotirianakis in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed) | All | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |

Dated: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE