# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SETTLEMENT CONFERENCE MINUTES

| **Date:** 6/13/2024 | **Time:** 2:15pm - 2:44pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 19-cv-07123-PJH (KAW) | **Case Name:** WhatsApp Inc. v. NSO Group Technologies Limited et al. | |

**For Plaintiff:**
Micah Block with Luca Mazoratia

**For Defendant:**
Joseph Akrotirianakis

**Deputy Clerk:** William F. Tabunut               Not Reported

## PROCEEDINGS

Pre-settlement telephonic conference held. A settlement conference is set for 11/20/2024 via Zoom at 8:00am. Confidential settlement conference statements are due on 11/8/2024. The parties are directed to review and comply with the Court's Settlement Conference Standing Order, available at: https://www.cand.uscourts.gov/judges/westmore-kandis-a-kaw/