JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES
LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed:   10/29/2019 |

1   TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

2          PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants

3   NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") submit this

4   Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

5          Concurrently with this Motion, the parties filed a Joint Letter concerning Defendants'

6   renewed motion for issuance of a letter rogatory to Citizen Lab ("Joint Letter").  Exhibit A to the

7   Joint Letter is a document created by Defendants that contains certain names and descriptions

8   designated by Plaintiffs WhatsApp LLC, f/k/a WhatsApp Inc. ("WhatsApp"), and Meta Platforms,

9   Inc., f/k/a Facebook, Inc. ("Facebook" and, collectively, "Plaintiffs") as "Highly Confidential -

10  Attorney's Eyes Only."  Exhibit B to the Joint Letter is a document produced in discovery by

11  Plaintiffs that they have designated as "Highly Confidential - Attorney's Eyes Only" under the

12  Stipulated Protective Order (Dkt. No. 132).  Accordingly, Defendants move the Court to consider

13  whether those two exhibits, and related discussion of those exhibits in the Joint Letter, should be

14  sealed.  Unredacted versions of the Joint Letter, Exhibit A to the Letter, and Exhibit B to the Letter

15  are attached to this motion.  (*See* Decl. of Joseph N. Akrotirianakis Exhs. 1 through 3.)

16         Defendants take no position as to whether these materials or information derived from these

17  materials satisfy the requirements for sealing.  They reserve the right to challenge any

18  confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil

19  Local Rule 79-5(f)(4).

20         For the reasons set forth above, Defendants respectfully request that the Court permit the

21  unredacted Joint Letter and the unredacted exhibits to the Akrotirianakis Declaration, to be

22  conditionally filed under seal.

23

24

25

26

27

28

DEFENDANTS' MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL                 1                 Case No. 4:19-cv-07123-PJH
SHOULD BE SEALED

1   DATED:  June 14, 2024

2

3                                               KING & SPALDING LLP

4                                               By:  /s/ Joseph N. Akrotirianakis
                                                     JOSEPH N. AKROTIRIANAKIS
5                                                    AARON S. CRAIG

6                                               Attorneys for Defendants NSO GROUP
                                                TECHNOLOGIES LIMITED and Q
7                                               CYBER TECHNOLOGIES LIMITED

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28