JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed:   10/29/2019 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and lead counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration pursuant to Civil Local Rule 79-5(f) in support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") filed concurrently herewith.

3. Attached hereto as **Exhibit 1** is an unredacted copy of the Joint Letter concerning Defendants' renewed motion for issuance of a letter rogatory to Citizen Lab ("Joint Letter").

4. Attached hereto as **Exhibit 2** is a copy of Exhibit A to the Joint Letter, which is a document created by Defendants that contains information designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only." The document itself is thus designated as "Highly Confidential – Attorneys' Eyes Only."

5. Attached hereto as **Exhibit 3** is a copy of Exhibit B to the Joint Letter, which is a document produced by Plaintiffs in this litigation beginning with Bates WA-NSO-00017162. Plaintiffs have designated the document as "Highly Confidential – Attorneys' Eyes Only."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of June 2024, in Los Angeles, California.

    /s/ *Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS