1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
|---|---|
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | Action Filed:  10/29/2019 |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over 18 years of age, and not a party to this action. I am employed by the law firm of King & Spalding LLP; my business address is 633 W. 5th Street, Suite 1600, Los Angeles, California 90071.

On June 14, 2024, I served the following documents in the manner described below:

1. **DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL;**

2. **EXHIBIT 1 – JOINT LETTER BRIEF [UNREDACTED VERSION – FILED UNDER SEAL];**

3. **EXHIBIT 2 – JOINT LETTER EXHIBIT A [UNREDACTED VERSION – FILED UNDER SEAL]; AND**

4. **EXHIBIT 3 – JOINT LETTER EXHIBIT B [UNREDACTED VERSION – FILED UNDER SEAL]**

☑ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

Greg D. Andres
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4724
Email: greg.andres@davispolk.com

Antonio J. Perez-Marques
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4559
Email: antonio.perez@davispolk.com

Craig T. Cagney
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-3162
Email: craig.cagney@davispolk.com

Micah G. Block
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Email: micah.block@davispolk.com

Steven L Lane
ZwillGen PLLC
National Security Division
1900 M Street NW STE 250 20036
Washington, DC 20530
Telephone: (202) 296-3585
Email: steven.lane@zwillgen.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 14, 2024, at Fullerton, California.

								_____
								Christine B. Choi