Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:  10/29/2019 |

I, Craig T. Cagney, declare as follows:

1. I am an attorney duly admitted *pro hac vice* to practice in this Court, and a counsel with the law firm of Davis Polk & Wardwell LLP, counsel to Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rule 79-5 in support of the Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal filed concurrently herewith.

3. Plaintiffs seek to file under seal certain portions of NSO's joint letter concerning Plaintiffs' withholding of pre-filing communications with Citizen Lab (the "Joint Letter"), Dkt. No. 307-2, as well Exhibits B, C, and E to the Joint Letter (the "Exhibits"), Dkt. Nos. 307-3–307-6, that reveal confidential information, as indicated in Defendants' Administrative Motion. Pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the above-captioned action, Plaintiffs designated this information and produced it in discovery as "Highly Confidential – Attorney's Eyes Only."

4. The redacted portions of the Joint Letter, as well as Exhibits B and C, contain confidential communications among Plaintiffs' employees and a nonparty relating to Plaintiffs' business strategy, as well as relating to responses to regulators and others concerning the events described in Plaintiffs' complaint. Disclosure of these communications, and the quotations of those communications in the redacted portions of the Joint Letter, would reveal Plaintiffs' discussions and strategies when communicating with targeted users, which could pose a risk of harm to Plaintiffs' business and the targeted users, and would provide competitors an unfair advantage by providing access to internal business deliberations.

5. Exhibit E contains personal information about nonparties targeted in the attack described in the complaint, including information as to which Plaintiffs owe a duty of confidentiality to a third party. Disclosure of such information would violate Plaintiffs' obligations, and also violate these individual's privacy interests and may be abused if disclosed to the public.

1

6. For the reasons stated above, the public disclosure of the above-referenced confidential and sensitive information would prejudice Plaintiffs and nonparties.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 20th day of June 2024 in New York, New York.

*/s/ Craig T. Cagney*
Craig T. Cagney