Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>     Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>     Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: 10/29/2019 |

Having considered the Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal seeking to maintain certain portions of NSO's joint letter concerning Plaintiffs' withholding of pre-filing communications with Citizen Lab (the "Joint Letter"), Dkt. No. 307-2, as well Exhibits B, C, and E to the Joint Letter (the "Exhib-its"), Dkt. Nos. 307-3–307-6, under seal pursuant to Civil Local Rules 7-11 and 79-5, and good cause appearing, the motion is hereby GRANTED.

IT IS HEREBY ORDERED that the highlighted portions of the Joint Letter and the Exhibits shall remain under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated: _____

Honorable Phyllis J. Hamilton
United States District Judge