Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:  10/29/2019 |

I, Craig T. Cagney, declare as follows:

1. I am an attorney duly admitted *pro hac vice* to practice in this Court, and a counsel with the law firm of Davis Polk & Wardwell LLP, counsel to Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rule 79-5 in support of the Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal filed concurrently herewith.

3. Plaintiffs seek to file under seal certain portions of NSO's joint letter concerning NSO's renewed motion for issuance of a letter rogatory to Citizen Lab (the "Joint Letter"), Dkt. No. 313-2, as well Exhibits A and C to the Joint Letter (the "Exhibits"), Dkt. Nos. 313-3–313-4, that reveal confidential information, as indicated in Defendants' Administrative Motion. Pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the above-captioned action, Plaintiffs designated this information and produced it in discovery as "Highly Confidential – Attorney's Eyes Only."

4. The redacted portions of the Joint Letter, as well as Exhibits A and C, contain information that Plaintiffs obtained from Citizen Lab, a nonparty that Plaintiffs engaged to assist with victim identification and victim outreach. Citizen Lab provided its analysis to Plaintiffs pursuant to an agreement in which Plaintiffs agreed to maintain the confidentiality of Citizen Lab's work product. Allowing this information to be filed publicly, in contravention of Plaintiffs' agreement with Citizen Lab, could pose a risk of harm to Plaintiffs' business, as well as to Citizen Lab's work supporting members of civil society targeted by commercial spyware.

5. The redacted portions of the Joint Letter, as well as Exhibits A and C, also contain the personal information of certain WhatsApp users. Disclosure of this information could pose a risk of harm to Plaintiffs' business and to the users who Citizen Lab identified as being targeted by NSO's spyware.

1

DECL. OF C. CAGNEY ISO PLFS' STATEMENT IN RESPONSE TO DEFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL - CASE NO. 4:19-CV-07123-PJH

6. For the reasons stated above, the public disclosure of the above-referenced confidential and sensitive information would prejudice Plaintiffs and nonparties.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 21st day of June 2024 in New York, New York.

*/s/ Craig T. Cagney*
Craig T. Cagney

2

DECL. OF C. CAGNEY ISO PLFS' STATEMENT IN RESPONSE TO DEFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL - CASE NO. 4:19-CV-07123-PJH