1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3  Luca Marzorati
     (admitted *pro hac vice*)
4  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
5  New York, New York 10017
   Telephone: (212) 450-4000
6  Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8           craig.cagney@davispolk.com
            luca.marzorati@davispolk.com
9
   Micah G. Block (SBN 270712)
10 DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
11 Menlo Park, California 94025
   Telephone: (650) 752-2000
12 Facsimile:  (650) 752-2111
13 Email:   micah.block@davispolk.com

14 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*
15

16                UNITED STATES DISTRICT COURT
17             FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                       OAKLAND DIVISION

19 WHATSAPP LLC, and
   META PLATFORMS INC.,              Case No. 4:19-cv-07123-PJH
20
21              Plaintiffs,           **[PROPOSED] ORDER GRANTING
                                      ADMINISTRATIVE MOTION FOR
22       v.                           LEAVE TO FILE UNDER SEAL**

23 NSO GROUP TECHNOLOGIES LIMITED     Ctrm:   3
   and Q CYBER TECHNOLOGIES LIMITED,  Judge:  Hon. Phyllis J. Hamilton
24
25              Defendants.           Action Filed:  10/29/2019

Having considered the Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal seeking to maintain certain portions of NSO's joint letter concerning NSO's renewed motion for issuance of a letter rogatory to Citizen Lab (the "Joint Letter"), Dkt. No. 313-2, as well Exhibits A and C to the Joint Letter (the "Exhibits"), Dkt. Nos. 313-3–313-4, under seal pursuant to Civil Local Rules 7-11 and 79-5, and good cause appearing, the motion is hereby GRANTED.

IT IS HEREBY ORDERED that the highlighted portions of the Joint Letter and the Exhibits shall remain under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge