Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
             antonio.perez@davispolk.com
             craig.cagney@davispolk.com
             luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), the Motion is hereby GRANTED / DENIED.

IT IS HEREBY ORDERED that the following documents will / will not remain sealed, as follows:

| ECF No. | Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|---|
| 319-2 | Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Issuance of a Letter Rogatory | Portions of pages 3, 4, 7, 8, 9, 10 | Refers to materials designated by Defendants and non-parties Francisco Partners Management, L.P., Compass Stratagem, LLC, Terrence DiVittorio, and Josh Shaner as "Highly Confidential-Attorney's Eyes Only" |
| 319-3 | Declaration of Craig T. Cagney in Support of Plaintiffs' Motion for Issuance of a Letter Rogatory | Portions of pages 1 and 2 | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |
| 319-4 | Exhibits A through M to the Declaration of Craig T. Cagney in Support of Plaintiffs' Motion for Issuance of a Letter Rogatory | Exs. B through F, H through M | Refers to materials designated by non-parties Francisco Partners Management, L.P., Compass Stratagem, LLC, Terrence DiVittorio, and Josh Shaner as "Highly Confidential-Attorney's Eyes Only" |

Dated: _____          _____

                                         Honorable Phyllis J. Hamilton
                                         United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
CASE NO. 4:19-CV-07123-PJH