Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
              antonio.perez@davispolk.com
              craig.cagney@davispolk.com
              luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | **DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR ISSUANCE OF A LETTER ROGATORY PURSUANT TO THE HAGUE CONVENTION** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | **DISCOVERY MATTER** |
| | Date: August 1, 2024 |
| | Time: 1:30 p.m. |
| | Ctrm: 3 |
| | Judge: Hon. Phyllis J. Hamilton |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1    I, Craig T. Cagney, declare as follows:

2    1.    I am an attorney duly admitted *pro hac vice* to practice in this Court, and a counsel

3    with the law firm of Davis Polk & Wardwell LLP, counsel to Plaintiffs WhatsApp LLC and Meta

4    Platforms, Inc. ("Plaintiffs") in the above-captioned matter.  I have personal knowledge of the facts

5    set forth below and, if called as a witness in a court of law, could and would testify competently

6    thereto.

7    2.    I submit this declaration in support of Plaintiffs' Motion for Issuance of a Letter

8    Rogatory Pursuant to the Hague Convention (the "Motion") filed concurrently herewith, which seeks

9    the depositions of Ory Samorodnitzky, Tomer Timor, Nir Peisakhov, Michael Herman, Yossi

10   Mosingo, Alon Yudis, Shalev Hulio, Tami Mazel, Avi Itzhak, Guy Molho, and Sarit Bizinsky Gil

11   (the "NSO Witnesses").

12   3.    Attached hereto as **Exhibit A** is a true and correct copy of NSO's initial disclosures,

13   dated February 15, 2023.  NSO's initial disclosures list Mr. Hulio, Ms. Gil, Mr. Gazneli, and Mr.

14   Itzhak as individuals likely to have discoverable information that NSO may use to support its claims

15   or defenses.

16   4.    On January 26, 2024, I sent a letter to counsel for NSO requesting deposition dates

17   for Mr. Hulio, Ms. Gil, Mr. Gazneli, and Mr. Itzhak, as well as Mr. Shohat, Mr. Peisakhov (who

18   Plaintiffs originally identified under the name Nir Lifshitz), and Mr. Falek.

19   5.    On February 7, 2024, counsel for NSO responded by letter that ████████████

20   ███████████████████████████████████████████████████████████████████

21   ███████████████████████████████████████████████████████████████████

22   ███████████████████████████████████████████████████████████████████

23   ████████████

24   6.    On February 13, 2024 and March 3, 2024, I sent letters to counsel for NSO requesting

25   that NSO provide its availability to meet-and-confer regarding the scheduling of depositions for the

26   NSO Witnesses.

27

28

DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR ISSUANCE OF A LETTER ROGATORY
PURSUANT TO THE HAGUE CONVENTION
CASE NO. 4:19-CV-07123-PJH

7.      On March 7 and 12, 2024, counsel for Plaintiffs conferred with counsel for NSO regarding deposition scheduling.  I provided case law to NSO's counsel establishing that NSO would be obligated to provide officers, directors, or managing agents in response to a Rule 30(b)(1) deposition notice.  In order to better understand NSO's organizational structure, I also requested that NSO's counsel identify who NSO considers to be its officers, directors, or managing agents.

8.      On April 5, 2024, I sent a letter to counsel for NSO requesting NSO's position on whether it would make Shalev Hulio, Tamir Gazneli, Sarit Gil, and Avi Itzhak (the four individuals listed in its initial disclosures) available for a deposition; whether it would make Nir Peisakhov and Yaron Shohat (two of the three additional individuals listed in my January 26, 2024 letter) available; and requesting its position on nine other employees: Ory Samorodnitzky, Tomer Timor, Michael Herman, Yossi Mosingo, Alon Yudis, Tami Mazel, Ramon Eshkar, Omri Lavie, and Guy Molho.

9.      NSO's counsel responded by letter on April 18, 2024, ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮

10.      On April 29, 2024, I sent a letter to counsel for NSO again requesting NSO's position, by May 1, 2024, on whether it would make any of the 15 requested individuals available for deposition, while noting that Plaintiffs were reserving the right to file a motion for letter rogatory seeking an Israeli court to authorize the deposition of certain witnesses in the interim.

11.      NSO's counsel responded by letter on May 10, 2024, agreeing to make Mr. Shohat, Mr. Eshkar, and Mr. Gazneli available for a deposition, while failing to provide its position on whether any of the outstanding NSO Witnesses were officers, directors, or managing agents, or if they would otherwise be made available.  Counsel for NSO also clarified that Tomer Timor "has not been employed by NSO since 2020."

DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR ISSUANCE OF A LETTER ROGATORY
PURSUANT TO THE HAGUE CONVENTION
CASE NO. 4:19-CV-07123-PJH

12.     Attached hereto as **Exhibit B** is a true and correct copy of **COMPASS_WHATSAPP_00000231**, a text message dated May 1, 2018, which third-party Compass Stratagem has produced and designated as Highly Confidential – Attorney's Eyes Only.

13.     Attached hereto as **Exhibit C** is a true and correct copy of **DIVITTORIO_WHATSAPP_00000005**, a WhatsApp message dated February 5, 2018, which third-party Terrence DiVittorio, the former President of NSO's U.S. affiliate Westbridge Technologies, Inc., has produced and designated as Highly Confidential – Attorney's Eyes Only.

14.     Attached hereto as **Exhibit D** is a true and correct copy of **DIVITTORIO_WHATSAPP_00000003**, a WhatsApp message dated January 31, 2018, which Mr. DiVittorio has produced and designated as Highly Confidential – Attorney's Eyes Only.

15.     Attached hereto as **Exhibit E** is a true and correct copy of **DIVITTORIO_WHATSAPP_00000017**, a WhatsApp message dated April 10, 2018, which Mr. DiVittorio has produced and designated as Highly Confidential – Attorney's Eyes Only.

16.     Attached hereto as **Exhibit F** is a true and correct copy of **SHANER_WHATSAPP_00001489**, a WhatsApp message dated May 12, 2019, which third-party Josh Shaner, a former employee of NSO's U.S. affiliate Westbridge Technologies, Inc., has produced and designated as Highly Confidential – Attorney's Eyes Only.

17.     Attached hereto as **Exhibit G** is a true and correct copy of the public LinkedIn profile of Michael Herman.

18.     Attached hereto as **Exhibit H** is a true and correct copy of **SHANER_WHATSAPP_00001098**, a WhatsApp message dated December 5, 2018, which Mr. Shaner has produced and designated as Highly Confidential – Attorney's Eyes Only.

19.     Attached hereto as **Exhibit I** is a true and correct copy of **SHANER_WHATSAPP_00001835**, a WhatsApp message dated July 19, 2018, which Mr. Shaner has produced and designated as Highly Confidential – Attorney's Eyes Only.

20. Attached hereto as **Exhibit J** is a true and correct copy of **SHANER_WHATSAPP_00001121**, a WhatsApp message dated January 15, 2019, which Mr. Shaner has produced and designated as Highly Confidential – Attorney's Eyes Only.

21. Attached hereto as **Exhibit K** is a true and correct copy of **COMPASS_WHATSAPP_00000250**, a text message dated September 11, 2018, which Compass Stratagem has produced and designated as Highly Confidential – Attorney's Eyes Only.

22. Attached hereto as **Exhibit L** is a true and correct copy of **DIVITTORIO_WHATSAPP_00000063**, a WhatsApp message dated March 5, 2019, which Mr. DiVittorio has designated as Highly Confidential – Attorney's Eyes Only.

23. Attached hereto as **Exhibit M** is a true and correct copy of **FPM-00024620**, an email message dated November 4, 2018, which third-party Francisco Partners has produced and designated as Highly Confidential – Attorney's Eyes Only.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 26th day of June 2024 in New York, New York.

By: _/s/ Craig T. Cagney_
Craig T. Cagney

DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR ISSUANCE OF A LETTER ROGATORY
PURSUANT TO THE HAGUE CONVENTION
CASE NO. 4:19-CV-07123-PJH