Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile:  (415) 636-5965
sheri@zwillgen.com

Marc J. Zwillinger (*pro hac vice*)
Steven L. Lane (*pro hac vice*)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
marc@zwillgen.com
steven.lane@zwillgen.com

Attorneys for Nonparty
**Dr. William Marczak**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED, *et al.*, <br><br> Defendants. | Case No. 4:19-CV-07123-PJH <br><br> Hon. Phyllis J. Hamilton <br> United States District Judge <br><br> **NONPARTY DR. WILLIAM MARCZAK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Action Filed: October 29, 2019 |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Northern District of California Civil Local Rules 7-11 and 79-5(f), nonparty Dr. William Marczak ("Dr. Marczak") submits this Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

Concurrently with this Motion, the parties filed a Joint Letter concerning Dr. Marczak's Motion to Quash Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's ("Defendants") document and deposition subpoenas to Dr. Marczak ("Joint Letter"). The Joint Letter contains information that Plaintiffs have designated as "Highly Confidential - Attorney's Eyes Only" under the Stipulated Protective Order (Dkt. No. 132) in the above-captioned matter. Accordingly, Dr. Marczak moves the Court to consider whether the discussion of this information in the Joint Letter should be sealed. An unredacted version of the Joint Letter is attached as Exhibit A to the Declaration of Steven L. Lane ("Lane Decl.") filed concurrently herewith. (*See* Lane Decl., Ex. A.)

Dr. Marczak does not oppose keeping the designated information in the Joint Letter under seal.

For the reasons set forth above, nonparty Dr. Marczak respectfully requests that the Court permit the unredacted Joint Letter to be conditionally filed under seal.

DATED: June 27, 2024            **ZWILLGEN PLLC**

By: */s/ Steven L. Lane*
    Steven L. Lane (*pro hac vice*)
    Steven.lane@zwillgen.com

    Attorney for Nonparty
    Dr. William Marczak