Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile:  (415) 636-5965
sheri@zwillgen.com

Marc J. Zwillinger (*pro hac vice*)
Steven L. Lane (*pro hac vice*)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
marc@zwillgen.com
steven.lane@zwillgen.com

Attorneys for Nonparty
**Dr. William Marczak**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, *et al.*,<br><br>Defendants. | Case No. 4:19-CV-07123-PJH<br><br>Hon. Phyllis J. Hamilton<br>United States District Judge<br><br>**DECLARATION OF STEVEN LANE IN SUPPORT OF NONPARTY DR. WILLIAM MARCZAK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed: October 29, 2019 |

I, Steven L. Lane, declare as follows:

1. I am an attorney in the law firm of ZwillGen PLLC, a member of the Bar of the District of Columbia, and am admitted to practice *pro hac vice* before this Court in the above related matter as counsel for nonparty Dr. William Marczak ("Dr. Marczak") (*see* ECF No. 287). I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit the declaration pursuant to Civil Local Rules 7-11(1) and 79-5(f) in support of Dr. Marczak's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (the "Motion") filed concurrently herewith.

3. Attached hereto as Exhibit A is an unredacted copy of the Joint Letter concerning Dr. Marczak's motion to quash Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's ("Defendants") document and deposition subpoenas to him.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed this 27th day of June 2024, in Washington, D.C.

By: */s/ Steven L. Lane*
    Steven L. Lane

LANE DECLARATION IN SUPPORT OF NONPARTY DR. WILLIAM MARCZAK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED; CASE NO. 4:19-CV-07123-PJH