|  |  |
|---|---|
| 1 | Sheri Pan (SBN 316136) |
| 2 | ZWILLGEN LAW LLP |
|   | 369 Pine Street, Suite 506 |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 590-2335 |
| 4 | Facsimile: (415) 636-5965 |
| 5 | sheri@zwillgen.com |

Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965
sheri@zwillgen.com

Marc J. Zwillinger (*pro hac vice*)
Steven L. Lane (*pro hac vice*)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
marc@zwillgen.com
steven.lane@zwillgen.com

Attorneys for Nonparty
**Dr. William Marczak**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WHATSAPP, INC., *et al.*, | Case No. 4:19-CV-07123-PJH |
|---|---|
| Plaintiffs, | Hon. Phyllis J. Hamilton |
| v. | United States District Judge |
| NSO GROUP TECHNOLOGIES LIMITED, *et al.*, | **[PROPOSED] ORDER GRANTING NONPARTY DR. WILLIAM MARCZAK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| Defendants. | Action Filed: October 29, 2019 |

Having considered nonparty Dr. William Marczak's Motion to Consider Whether Another Party's Materials Should be Filed Under Seal (the "Motion"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following document WILL REMAIN SEALED, as follows:

| Document | Portion to Seal | Reason for Sealing |
|---|---|---|
| Joint Letter concerning nonparty Dr. William Marczak's motion to quash Defendants' document and deposition subpoenas | Highlighted portions of pages 6-7. | Refers to materials and information designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only" |

Dated: _____, 2024

Hon. Phyllis J. Hamilton
United States District Judge

1

[[PROPOSED] ORDER GRANTING NON-PARTY DR. WILLIAM MARCZAK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 4:19-CV-07123-PJH