Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile:  (415) 636-5965
sheri@zwillgen.com

Marc J. Zwillinger (*pro hac vice*)
Steven L. Lane (*pro hac vice*)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
marc@zwillgen.com
steven.lane@zwillgen.com

Attorneys for Nonparty
**Dr. William Marczak**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED, *et al.*, <br><br> Defendants. | Case No. 4:19-CV-07123-PJH <br><br> **CERTIFICATE OF SERVICE OF UNREDACTED DOCUMENT FILED UNDER SEAL** |

**CERTIFICATE OF SERVICE**

I hereby certify that I am a citizen of the United States over the age of eighteen years, and not a party to this action; I am employed by the law firm of ZwillGen PLLC; my business address is 1900 M Street NW, Suite 250, Washington, DC 20036.  On June 27, 2024 I served a true and correct copy of the following documents in the manner described below:

- **DECLARATION OF STEVEN LANE IN SUPPORT OF NONPARTY DR. WILLIAM MARCZAK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

- **EXHIBIT A – JOINT LETTER CONCERNING DR. MARCZAK'S MOTION TO QUASH DEFENDANT'S NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED DOCUMENT AND DEPOSITION SUBPOENAS [UNREDACTED VERSION – FILED UNDER SEAL]**

☒   BY ELECTRONIC SERVICE:  By electronically mailing a true and correct copy through ZwillGen PLLC's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

| | |
|---|---|
| Greg D. Andres<br>greg.andres@davispolk.com<br>Antonio J. Perez-Marques<br>antonio.perez@davispolk.com<br>Craig T. Cagney<br>craig.cagney@davispolk.com<br>Luca Marzorati<br>luca.marzorati@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br><br>Micah G. Block<br>micah.block@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California 94025<br><br>*Attorneys for Plaintiffs*<br>*WhatsApp LLC and Meta Platforms, Inc.* | Joseph N. Akrotirianakis<br>jakro@kslaw.com<br>Aaron S. Craig<br>acraig@kslaw.com<br>KING & SPALDING LLP<br>633 West Fifth Street, Suite 1700<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendants*<br>*NSO Group Technologies Limited and Q Cyber Technologies Limited* |

1    I declare under the penalty of perjury under the laws of the United States of America that the above is true and accurate.

2

3    Executed on June 27, 2024 in Washington, D.C.

4

5                                    /s/ Steven L. Lane
                                     Steven L. Lane