JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**STATEMENT PURSUANT TO LOCAL RULE 79-5(F)(3) OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED AND NON-PARTIES COMPASS STRATAGEM, LLC, TERRENCE DIVITTORIO AND JOSH SHANER IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [RE DOCKET NO. 319, 319-2, 319-3, 319-4]**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

Pursuant to Civil Local Rule 79-5(f)(3), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"), and non-parties Compass Strategem, LLC, Terrence DiVittorio and Josh Shaner (the non-parties), by and through their undersigned counsel, hereby submit this Local Rule 79-5(f)(3) response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal ("Administrative Motion") (Dkt. No. 319).  Plaintiffs' Administrative Motion identifies certain portions of their Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Issuance of Letters Rogatory (the "Letters Rogatory Motion") (Dkt. No. 319-2) and the Declaration of Craig T. Cagney in Support of the Motion for Issuance of Letters Rogatory (the "Cagney Declaration") (Dkt. No. 319-3) and certain exhibits thereto (Dkt. No. 319-4) (collectively, the "Letter Rogatory Papers") as making reference to materials designated confidential by Defendants and by non-parties Compass Stratagem, LLC, Terrence DiVittorio, and Josh Shaner (collectively "Non-Parties").  Specifically, as it pertains to Defendants and these Non-Parties, Plaintiff has filed under seal portions of pages 3, 4, 7, 8 9, 10 of the Letters Rogatory Motion (Dkt. 319-2); paragraphs 5 and 9 of the Cagney Declaration (Dkt. 319-3); and Exhibits B-F and H-L to the Cagney Declaration (Dkt. 319-4).  Each of those exclusively reference foreign materials with respect to which the Court has already granted motions to seal, including in its Order dated September 14, 2023 (Dkt. 217).  Accordingly, Defendants and Non-Parties respectfully request that the Court keep under seal those portions of Plaintiffs' Letter Rogatory papers identified herein, for the same reasons that the Court granted Defendants' prior motions to seal.  Defendants also respectfully refer the Court to their earlier Local Rule 79-5(f)(3) statements, including the one filed August 28, 2023 (Dkt. 212).

| | | |
|---|---|---|
| 1 | DATED: July 1, 2024 | KING & SPALDING LLP |
| 2 | | By: /s/Aaron S. Craig |
| 3 | | JOSEPH N. AKROTIRIANAKIS |
| | | AARON S. CRAIG |
| 4 | | Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED and for Non-Parties COMPASS STRATAGEM, LLC, TERRENCE DIVITTORIO AND JOSH SHANER |