1  MATTHEW G. BALL (SBN 208881)
   matthew.ball@klgates.com
2  K&L GATES LLP
   Four Embarcadero, Suite 1200
3  San Francisco, CA  94111
   Telephone: (415) 882-8200
4  Facsimile: (415) 882-8200

5  Attorneys for Third Party
   FRANCISCO PARTNERS MANAGEMENT
6  L.P.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 WHATSAPP LLC, and META PLATFORMS          Case No. 4:19-cv-07123-PJH
   INC.,
12                                           **NOTICE OF APPEARANCE**
                Plaintiff,
13
            v.
14
   NSO GROUP TECHNOLOGIES LIMITED
15 and Q CYBER TECHNOLOGIES LIMITED,         **DISCOVERY MATTER**

16
                Defendant.
17

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Matthew G. Ball hereby enters his appearance as counsel of record for Third Party FRANCISCO PARTNERS MANAGEMENT L.P. Copies of all pleadings, papers and notices should be served as follows:

> Matthew G. Ball
> matthew.ball@klgates.com
> K& L Gates LLP
> Four Embarcadero Center, Suite 1200
> San Francisco, CA 94111
> Telephone: 415.882.8200
> Facsimile: 415.882.8220

Dated: July 2, 2024				K&L GATES LLP

						By: /s/ *Matthew G. Ball*
						      Matthew G. Ball

						Attorneys for Third Party
						FRANCISCO PARTNERS
						MANAGEMENT L.P.