MATTHEW G. BALL (SBN 208881)
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8200

Attorneys for Third Party
FRANCISCO PARTNERS MANAGEMENT
L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendant. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF STEVE EISNER IN SUPPORT OF THIRD PARTY FRANCISCO PARTNERS MANAGEMENT L.P.'S L.R. 79-5(f)(3) STATEMENT RE: MAINTAINING SEAL OF MATERIALS FILED BY PLAINTIFFS IN SUPPORT OF MOTION FOR ISSUANCE OF A LETTER ROGATORY PURSUANT TO THE HAGUE CONVENTION [ECF No. 319]**<br><br>**DISCOVERY MATTER**<br><br>Judge: Hon. Phyllis J. Hamilton |

I, Steve Eisner, declare as follows:

1.      I am Partner, General Counsel and Chief Compliance Officer of third-party Francisco Partners Management L.P.  The facts stated herein are true of my personal knowledge, and, if called as a witness herein, I can and would testify competently thereto.

2.      I make this declaration in support of Third Party Francisco Partners Management L.P.'s L.R. 79-5(f)(3) Statement Re:  Maintaining Seal of Materials Filed By Plaintiff in Support of Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention.

3.      Attached as Exhibit M to the Declaration of Craig T. Cagney in Support of Plaintiffs' Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention is an email produced by Francisco Partners pursuant to Plaintiffs' subpoena as "Highly Confidential."

4.      The technology-focused investment firm industry is highly competitive.   As a result, the disclosure of Francisco Partners' business strategies and analyses to its competitors could cause significant harm to Francisco Partners by giving its competitors an unfair advantage.

5.      Exhibit M comprises Francisco Partners' highly confidential and sensitive commercial information that Francisco Partners protects from disclosure to the public.  Such information constitutes Francisco Partners' highly confidential business and commercially sensitive information that would harm Francisco Partners' competitive standing in the industry if such information were disclosed to the public.

6.      For example, the email contains the following sensitive information:

    a.   Francisco Partners' confidential assessments of its portfolio company and its management;

    b.   The factors Francisco Partners may use to assess the performance of a portfolio company; and

**DECL. OF S. EISNER ISO IN SUPPORT OF THIRD PARTY FRANCISCO PARTNERS MANAGEMENT L.P.'S L.R. 79-5(F)(3) STATEMENT RE MAINTAINING SEAL OF MATERIALS**

1     c. How Francisco Partners analyzes, assesses, and negotiates compensation

2      packages for the management of its portfolio companies.

3    7.  Due to the confidential and sensitive nature of the information Francisco Partners

4 now seeks to file under seal, Francisco Partners ensured that it would have the protection of the

5 protective order entered in this case before producing the document now attached as Exhibit M to the

6 Cagney Declaration.   The information Francisco Partners seeks to have filed under seal was

7 designated as "Highly Confidential" pursuant to the protective order.

8    8.  Francisco Partners seeks a narrowly tailored sealing order.   Attached as Exhibit A is

9 a proposed redacted version of Exhibit M to the Cagney Declaration that redacts only the

10 information described in Paragraph 6 a.-c.

11

12 I declare under penalty of perjury under the laws of the United States of America that the foregoing

13 is true and correct.   Executed at Los Angeles, CA on July 2, 2024.

14

15

16

17        Steve Eisner

18

19

20

21

22

23

24

25

26

27

28

**DECL. OF S. EISNER ISO IN SUPPORT OF THIRD PARTY FRANCISCO PARTNERS MANAGEMENT L.P.'S L.R. 79-5(F)(3) STATEMENT RE MAINTAINING SEAL OF MATERIALS**

# EXHIBIT A

## OSY board follow ups (DON'T FORWARD)

**From:**      Jonathan Murphy <murphy@franciscopartners.com>
**To:**        Mike Kohlsdorf <kohlsdorf@franciscopartners.com>, Andrew Kowal
               <kowal@franciscopartners.com>, Matt Spetzler <spetzler@franciscopartners.com>
**Cc:**        Jonathan Murphy <murphy@franciscopartners.com>
**Date:**      Sun, 04 Nov 2018 19:17:34 -0800
**Attachments:** Q Technologie strategic story board presentation.pdf (2.08 MB); Q Option
               Plan_v31.10.18_JM.xlsx (288.64 kB)

Here is what I had as OSY follow ups. Do NOT auto forward to Shalev given some of the commentary below. I will create a version that you can auto forward post tomorrow mornings call.

We are scheduled to speak at 8.30am PST tomorrow. We can cover some of this then.

I would say the main issue for me is I ███████████████████████████████████████████████
████████████████████  I could be wrong but hard to tell from our vantage point.

-       Strategic plan - see attached which was presented at the board (including here for convenience as I know you have this). ████████████████████████████████████████████████████
███████████████████████████████████████████

-       M&A - various acquisitions being considered now. ███████████████████████████████
████████████████ There is another element to this that we can discuss live.

-       Option plan - see attached what I would propose. I am planning to drive with Shalev and will send this file to him post tomorrow's call. From timing perspective, we want to get this locked asap. See notes below.

-       Bookings definition - ███████████████████████████████████████████████████████
██████████████████████████

-       ASC606 - need to decide on what we want to here. We need to take a decision in Q1 next year.

-       ████████████████████████████████████████████████████████████████████████████

We should figure out a framework for how this should work but shouldn't let that framework get in the way of getting this started and we should just say that effective today the team has authority ████ ██████████
████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████

-       ██████████████████████████████████████████████████████████

-       █████████████████████

-       ████████████████████████████████████████████████████████████



We should confirm this number is right also (I could be wrong. See slide 118 of the board which am not including here)

- Board reporting - want Gil to get involved here to make the materials crisper (I am remiss and need to sync with Gil)

Option plan details

-

o

?

-

_____

Jonathan Murphy
Francisco Partners
One Letterman Drive, Building C, Suite 410 |San Francisco, CA 94129
Direct: +1 415 418 2938 |US Mobile +1 415 298 1747 | UK Mobile: +44 (0) 7824 865 977

Highly Confidential

murphy@franciscopartners.com<mailto:murphy@franciscopartners.com> | web:
www.franciscopartners.com<http://www.franciscopartners.com/>

Highly Confidential

FPM-00024622