1  MATTHEW G. BALL (SBN 208881)
   matthew.ball@klgates.com
2  K&L GATES LLP
   Four Embarcadero, Suite 1200
3  San Francisco, CA  94111
   Telephone: (415) 882-8200
4  Facsimile: (415) 882-8200

5  Attorneys for Third Party
   FRANCISCO PARTNERS MANAGEMENT
6  L.P.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 WHATSAPP LLC, and META PLATFORMS         Case No. 4:19-cv-07123-PJH
   INC.,
12                                          **[PROPOSED] ORDER SEALING THIRD
            Plaintiff,                      PARTY FRANCISCO PARTNERS'
13                                          MANAGEMENT DOCUMENT
            v.                              ATTACHED AS EXHIBIT M TO THE
14                                          DECLARATION OF CRAIG CAGNEY
   NSO GROUP TECHNOLOGIES LIMITED           [ECF NO. 319]**
15 and Q CYBER TECHNOLOGIES LIMITED,
                                            **DISCOVERY MATTER**
16
            Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

                                    1
   **[PROPOSED] ORDER SEALING THIRD PARTY FRANCISCO PARTNERS' DOCUMENT ATTACHED
           AS EXHIBIT M TO THE DECLARATION OF CRAIG CAGNEY**

The Court has considered Third Party Francisco Partners' Management L.P.'s Local Rule 79-5(f)(3) Statement re Maintaining Seal of Materials Filed by Plaintiffs in Support of Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention [ECF No. 319], and Declaration of Steve Eisner attaching a redacted copy of Exhibit M to the Declaration of Craig Cagney.   The Court makes the following findings:

(1) Good cause supports the sealing of the redacted portions of Exhibit M, because the redacted portions of Exhibit M contain highly confidential and sensitive information that Francisco Partners protects from the public, and specifically contains the information detailed in the Eisner Declaration at Paragraph 6;

(2)  There is an overriding interest that overcomes the right of public access to the record and supports sealing the record;

(3)  A substantial probability exists that the overriding interest will be prejudiced if the record is not sealed;

(4) The sealing request is narrowly tailored, in that only highly confidential and sensitive information has been redacted from Exhibit M to the Cagney Declaration, as shown by the redacted copy attached as Exhibit A to the Eisner Declaration; and

(5) There are no less restrictive means to protect the overriding interest of Francisco Partners to keep its business analyses and strategies confidential.


Accordingly, the only the redacted copy of Exhibit M to the Cagney Declaration will be filed in the public file.  The unredacted copy shall be SEALED.


IT IS SO ORDERED.


_____

The Honorable Phyllis J. Hamilton

Chief United States District Judge

[PROPOSED] ORDER SEALING THIRD PARTY FRANCISCO PARTNERS' DOCUMENT ATTACHED
AS EXHIBIT M TO THE DECLARATION OF CRAIG CAGNEY