1   Greg D. Andres
2   Antonio J. Perez-Marques
    Craig T. Cagney
3   Luca Marzorati
       (admitted *pro hac vice*)
4   DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
5   New York, New York 10017
    Telephone: (212) 450-4000
6   Facsimile:  (212) 701-5800
7   Email:   greg.andres@davispolk.com
             antonio.perez@davispolk.com
8            craig.cagney@davispolk.com
             luca.marzorati@davispolk.com
9
    Micah G. Block (SBN 270712)
10  DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
11  Menlo Park, California 94025
    Telephone: (650) 752-2000
12  Facsimile:  (650) 752-2111
13  Email:   micah.block@davispolk.com

14  *Attorneys for Plaintiffs WhatsApp LLC and Meta*
    *Platforms, Inc.*
15

16                  UNITED STATES DISTRICT COURT

17           FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                        OAKLAND DIVISION

19  WHATSAPP LLC, and
    META PLATFORMS INC.,              )   Case No. 4:19-cv-07123-PJH
20                                    )
                                      )
21                  Plaintiffs,       )   **DECLARATION OF CRAIG T.**
                                      )   **CAGNEY IN SUPPORT OF**
                                      )   **PLAINTIFFS' STATEMENT IN**
22          v.                        )   **RESPONSE TO NONPARTY DR.**
                                      )   **WILLIAM MARCZAK'S**
23  NSO GROUP TECHNOLOGIES LIMITED    )   **ADMINISTRATIVE MOTION TO**
    and Q CYBER TECHNOLOGIES LIMITED, )   **CONSIDER WHETHER ANOTHER**
24                                    )   **PARTY'S MATERIAL SHOULD BE**
                                      )   **FILED UNDER SEAL**
                    Defendants.       )
25                                    )
                                      )   Ctrm:   3
26                                    )   Judge:  Hon. Phyllis J. Hamilton
                                      )
27                                    )   Action Filed:  10/29/2019

28

1    I, Craig T. Cagney, declare as follows:

2    1.    I am an attorney duly admitted *pro hac vice* to practice in this Court, and a counsel

3  with the law firm of Davis Polk & Wardwell LLP, counsel to Plaintiffs WhatsApp LLC and Meta

4  Platforms, Inc. ("Plaintiffs"), in the above-captioned matter.  I have personal knowledge of the facts

5  set forth below and, if called as a witness in a court of law, could and would testify competently

6  thereto.

7    2.    I submit this declaration pursuant to Civil Local Rule 79-5 in support of the Statement

8  in Response to nonparty Dr. William Marczak's Administrative Motion to Consider Whether

9  Another Party's Material Should be Filed Under Seal filed concurrently herewith.

10    3.    Plaintiffs seek to file under seal certain portions of the joint letter concerning Dr.

11  Marczak's motion to quash Defendants NSO Group Technologies Limited and Q Cyber

12  Technologies Limited's ("Defendants") document and deposition subpoenas to Dr. Marczak (the

13  "Joint Letter"), Dkt. No. 323-2, which reveal confidential information, as indicated in Dr. Marczak's

14  Administrative Motion.  Pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132)

15  in the above-captioned action, Plaintiffs designated this information and produced it in discovery as

16  "Highly Confidential – Attorney's Eyes Only."

17    4.    The redacted portions of the Joint Letter quote from confidential communications

18  among Plaintiffs' employees relating to Plaintiffs' business strategy, as well as relating to responses

19  to regulators and others concerning the events described in Plaintiffs' complaint.  Disclosure of these

20  communications, and the quotations of those communications in the redacted portions of the Joint

21  Letter, would reveal Plaintiffs' discussions and strategies and could pose a risk of harm to Plaintiffs'

22  business and would provide competitors an unfair advantage by providing access to internal business

23  deliberations.

24    5.    For the reasons stated above, the public disclosure of the above-referenced

25  confidential and sensitive information would prejudice Plaintiffs and nonparties.

26

27

28

1

1      I declare under the penalty of perjury that the foregoing is true and correct.

2      Executed this 3rd day of July 2024 in New York, New York.

3

4                                                         */s/ Craig T. Cagney*
                                                          Craig T. Cagney
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF C. CAGNEY ISO PLFS' STATEMENT IN RESPONSE TO DR. MARCZAK'S ADMIN. MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL - CASE NO. 4:19-CV-07123-PJH