| | |
|---|---|
| Greg D. Andres | Jeffrey A. N. Kopczynski (*Pro Hac Vice*) |
| Antonio J. Perez-Marques | O'MELVENY & MYERS LLP |
| Craig T. Cagney | 7 Times Square |
| Luca Marzorati | New York, NY 10036-6524 |
|   (admitted *pro hac vice*) | Telephone: (212) 326-2000 |
| DAVIS POLK & WARDWELL LLP | Email: jkopczynski@omm.com |
| 450 Lexington Avenue | |
| New York, New York 10017 | Catalina J. Vergara (S.B. #223775) |
| Telephone: (212) 450-4000 | O'MELVENY & MYERS LLP |
| Facsimile: (212) 701-5800 | 400 South Hope Street |
| Email: greg.andres@davispolk.com | Los Angeles, CA 90071-2899 |
|        antonio.perez@davispolk.com | Telephone: (213) 430-6000 |
|        craig.cagney@davispolk.com | Facsimile: (213) 430-6407 |
|        luca.marzorati@davispolk.com | Email: cvergara@omm.com |

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>              Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>  and Q CYBER TECHNOLOGIES LIMITED,<br><br>              Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to consider whether Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Compel Discovery Regarding AWS Server (the "Motion to Compel") and the Declaration of Craig T. Cagney in Support of the Motion to Compel (the "Cagney Declaration") and certain exhibits thereto should be sealed.

Plaintiffs' Motion to Compel and the Cagney Declaration and certain exhibits thereto contain references to documents that NSO and non-party Amazon Web Services Inc. ("AWS") have designated for confidentiality pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action and/or sought leave to file under seal. Accordingly, Plaintiffs now move the Court to consider whether such references in Plaintiffs' Motion to Compel and the Cagney Declaration and certain exhibits thereto should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs take no position as to whether these materials satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

This motion and copies of any relevant attachments will be served on all non-parties via email, since none have appeared.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

Dated: July 5, 2024

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: */s/ Micah G. Block*
    Greg D. Andres
    Antonio J. Perez-Marques
    Craig T. Cagney
    Luca Marzorati
      (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email: greg.andres@davispolk.com
           antonio.perez@davispolk.com
           craig.cagney@davispolk.com
           luca.marzorati@davispolk.com

    Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone: (650) 752-2000
    Facsimile: (650) 752-2111
    Email: micah.block@davispolk.com

    Jeffrey A. N. Kopczynski (*Pro Hac Vice*)
    O'MELVENY & MYERS LLP
    7 Times Square
    New York, NY 10036-6524
    Telephone: (212) 326-2000
    Email: jkopczynski@omm.com

    Catalina J. Vergara (S.B. #223775)
    O'MELVENY & MYERS LLP
    400 South Hope Street
    Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
    Email: cvergara@omm.com

    *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*