Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF MICAH G. BLOCK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** <br><br> Ctrm:   3 <br> Judge:  Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am a partner of the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms Inc. ("Plaintiffs") in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed concurrently herewith.

3. On November 15, 2023, the Court denied without prejudice Plaintiffs' joint letter brief concerning RFP No. 30 (the "AWS Dispute Letter"), and instructed the parties that the AWS Dispute Letter "may be re-presented to the court under the streamlined discovery procedure" outlined in the Court's order. (Dkt. No. 233 at 10).

4. Attached hereto as **Exhibit 1** is a true and correct copy of the unredacted version of Plaintiffs' Motion to Compel Discovery Regarding AWS Server (the "Motion to Compel").

5. Attached hereto as **Exhibit 2** is a true and correct copy of the unredacted version of the Declaration of Craig T. Cagney in Support of the Motion to Compel (the "Cagney Declaration").

6. Attached hereto as **Exhibit 3** is a true and correct copy of the unredacted version of the exhibits to the Cagney Declaration.

7. Portions of Plaintiffs' Motion to Compel and the Cagney Declaration and exhibits thereto refer to materials that have been designated by NSO and non-party Amazon Web Services Inc. ("AWS") as "Highly Confidential – Attorney's Eyes Only" or "Confidential" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the above-captioned action. Plaintiffs take no position as to whether these materials satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations under the Stipulated Protective Order governing this Action as well as the sealability of the materials at issue.

I declare under the penalty of perjury that the foregoing is true and correct.

1

DECLARATION OF M. BLOCK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

Executed on the 5th day of July, 2024 at Menlo Park, California

By:    */s/ Micah G. Block*
        Micah G. Block