1  Greg D. Andres
   Antonio J. Perez-Marques
2  Craig T. Cagney
   Luca Marzorati
3    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
6  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
7           craig.cagney@davispolk.com
            luca.marzorati@davispolk.com
8
   Micah G. Block (SBN 270712)
9  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
10 Menlo Park, California 94025
   Telephone: (650) 752-2000
11 Facsimile:  (650) 752-2111
   Email:   micah.block@davispolk.com
12

13 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

14

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY** <br><br> **DISCOVERY MATTER** <br><br> Date:  August 1, 2024 <br> Time:  1:30 p.m. <br> Ctrm:  3 <br> Judge: Hon. Phyllis J. Hamilton <br><br><br> Action Filed: October 29, 2019 |

Before the Court is Plaintiffs' Motion to Compel Discovery Regarding AWS Server (the "Motion to Compel"). Having considered the motion and all supporting papers and opposition papers, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion to Compel is GRANTED.
2. Within 14 days of the date of this Order, NSO must produce documents responsive to Request for Production No. 30.
3. Within 14 days of the date of this Order, NSO must fully and fairly respond to and/or supplement Request for Admission Nos. 38, 43, 44, 45, 46, 47, 48, 49, 50, 51, and 52.

Dated: _____

THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE