Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>               Plaintiffs,<br><br>       v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>               Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE OF UNREDACTED DOCUMENT FILED UNDER SEAL** |

## **CERTIFICATE OF SERVICE**

I hereby certify that I am a citizen of the United States and employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within-entitled action.

On July 5, 2024, I served a true and correct copy of the following document:

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY REGARDING AWS SERVER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT [FILED UNDER SEAL]

DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY REGARDING AWS SERVER; AND EXHIBITS A THROUGH F [FILED UNDER SEAL]

on the parties in this action addressed as follows on the service list below:

Joseph N. Akrotirianakis
Aaron S. Craig
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Email:  jakro@kslaw.com
         acraig@kslaw.com

*Attorneys for Defendants*

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth in the attached service list on this date

I declare under penalty of perjury that the above is true and correct.

Executed on July 5, 2024 at Menlo Park, California.

_____
Felicia Yu