JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO PLAINTIFFS' MOTION FOR ISSUANCE OF A LETTER ROGATORY PURSUANT TO THE HAGUE CONVENTION**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court and a partner in the law firm of King & Spalding LLP, counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), defendants in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein. I submit this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention.

2. Over the last several months, the parties have repeatedly discussed deposition scheduling. Plaintiffs have consistently refused to produce their witnesses at times convenient for Defendants' counsel and, in some cases, have refused to provide dates for witnesses at all.

3. Defendants have had great difficulty scheduling the depositions of Plaintiffs' employees. Defendants been attempting to take the deposition of former WhatsApp employee Susan Glick for months, having served subpoenas for three separate dates (March 4, 2024, June 4, 2024, and July 17, 2024) only to be told that Ms. Glick's only availability is the week of September 9, 2024 —the final week of fact discovery, leading to a fourth subpoena.

4. Despite repeated requests, WhatsApp has failed to provide dates for at least three requested witnesses, Claudiu Gheorghe, Jonathan Lee, and Michael Scott, while reneging on potential dates for a fourth witness, Carl Woog.

5. On April 5, 2024, Plaintiffs identified fifteen different current and former NSO employees in a letter to Defendants and demanded NSO's "position" as to all of them. In response, on April 18, 2024, we wrote to Plaintiffs that only six were current officers, directors, or managing agents of NSO.

6. On April 29, 2024, Plaintiffs wrote a letter to Defendants, asking which of the six were current officers, directors, or managing agents of NSO, as those depositions could be arranged by notice, and demanding a response within two days, to "avoid an unnecessary burden on both the U.S. and Israeli courts," while reserving their right to seek letters rogatory as to the remaining witnesses in the interim.

DECLARATION OF AARON S. CRAIG                                         Case No. 4:19-cv-07123-PJH

7. NSO agreed to produce three of its senior executives for deposition: its chief executive officer (Yaron Shohat), its Vice President Research & Development (Tamir Gazeli), and its Vice President Client Executives (Ramon Eshkar).

8. With respect to the other witnesses about which Plaintiffs inquired, their counsel did not request additional information or NSO's final position as to any of them.

9. I have repeatedly asked Plaintiffs' counsel for Plaintiffs' Rule 30(b)(6) deposition topics.  Plaintiffs have not provided them.

10. On June 26, 2024, Plaintiffs filed the current application for letters rogatory without any attempt to meet and confer with Defendants.

11. The day after Plaintiffs filed this motion, counsel for both sides participated in a conference of counsel regarding various discovery disputes.  During this conference, I informed Plaintiffs that at least two of the proposed Israeli deponents for whom Plaintiffs were seeking a letter rogatory, Michael Herman and Guy Mohlo, were not employed by Defendants during the relevant time period established by the Court.  Accordingly, I requested that Plaintiffs withdraw their application as to those two individuals.  Plaintiffs and their counsel have refused to respond to that request.

12. Mr. Herman permanently left his employment with Defendants on March 29, 2018 and Mr. Mohlo did the same on January 12, 2018.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 10th day of July 2024, at Los Angeles, California.

_____
Aaron S. Craig