1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

11 | WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH
12 | and FACEBOOK, INC., a Delaware corporation, |
13 |                                         | **PROOF OF SERVICE OF UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED DKT. NO. 335**
14 |           Plaintiffs,                   |
   |              v.                         | Action Filed: 10/29/2019
15 | NSO GROUP TECHNOLOGIES LIMITED          |
16 | and Q CYBER TECHNOLOGIES LIMITED,       |
17 |           Defendants.                   |

| PROOF OF SERVICE OF DOCUMENT SOUGHT TO BE SEALED DKT. 335 | Case No. 4:19-cv-07123-PJH |

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am a member of the bar of this Court. I am over the age of eighteen years and not a party to the within action.

On July 10, 2024, I served the following documents in the manner described below:

1. DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [UNREDACTED VERSION – FILED UNDER SEAL];

2. EXHIBIT 1 – DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO PLAINTIFFS' MOTION FOR ISSUANCE OF A LETTER ROGATORY PURSUANT TO THE HAGUE CONVENTION [UNREDACTED VERSION – FILED UNDER SEAL]

☑ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

Greg D. Andres
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4724
Email: greg.andres@davispolk.com

Antonio J. Perez-Marques
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4559
Email: antonio.perez@davispolk.com

Craig T. Cagney
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-3162
Email: craig.cagney@davispolk.com

Micah G. Block
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Email: micah.block@davispolk.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 10, 2024, at Fullerton, California.

By: _____
CHRISTINE B. CHOI