JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY REGARDING AWS SERVER**<br><br>Date:   August 1, 2024<br>Time:  1:30 p.m.<br>Ctrm:  3<br><br>Action Filed:   10/29/2019 |

# DECLARATION OF AARON S. CRAIG

I, Aaron S. Craig, declare as follows:

1. I am a partner in the law firm of King & Spalding LLP. I am licensed to practice law in the State of California and am lead counsel of record in this litigation for Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. (together, "NSO"). I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I could do so competently under oath.

2. At the February 15, 2024 Hearing on Plaintiff's Motion to Compel (Dkt. No. 235-2) ("Prior Motion"), Plaintiffs' counsel argued for the Court to issue an order requiring Defendants to produce the contents AWS Server. Specifically, when discussing category 4 in the Prior Motion which covered "Requests seeking Technical Information related to the Architecture of NSO's Network Servers, Plaintiffs' counsel stated that: "we have identified particular servers by their roughly 12 digit IP addresses. These are servers that our engineers have identified as being involved in the particular attacks. One of them, a server hosted . . . by Amazon Web Services . . . ." A true and correct copy of the portion of the February 15, 2024 hearing transcript relating to category 4 of the Prior Motion, pages 38-40, with minor portions designated as confidential having been redacted, is attached as Exhibit A.

3. Plaintiffs' counsel first presented the instant Motion to Defendants in a <u>ten-page</u> draft letter brief dated June 27, 2024. Plaintiffs' draft letter brief alleged that Plaintiffs violated their preservation obligations with respect to the AWS Server and again sought to compel production of its contents. At no time before receiving the brief on June 27, 2024, and at no time since, have I or any of my colleagues ever met and conferred with Plaintiffs' counsel about any claim that Defendants had violated their preservation obligations with respect to the AWS Server (or anything else). After reviewing the draft letter brief, I twice attempted to meet and confer with Plaintiffs about this contention, first on the following day, June 28, 2024, and then again on July 1, 2024. Attached as Exhibits B and C are copies of my email messages to Plaintiffs' counsel asking to meet and confer as to the allegation that Defendants had violated their preservation obligations. Plaintiffs refused both requests to confer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 12, 2024, in Los Angeles, California.

                                        */s/ Aaron S. Craig*
                                        AARON S. CRAIG