# EXHIBIT B

# Aaron Craig

| | |
|---|---|
| **From:** | Aaron Craig |
| **Sent:** | Friday, June 28, 2024 3:55 PM |
| **To:** | Marzorati, Luca; Block, Micah G.; Perez-Marques, Antonio J.; Andres, Greg D.; EXT - Craig Cagney |
| **Cc:** | Joe Akrotirianakis; Matt Dawson |
| **Subject:** | RE: WhatsApp v. NSO: Joint Letter re AWS Server |

Luca:  We would like to confer with you about both the form and substance of yesterday's joint letter.  We disagree that this, your third motion to compel with respect to RFP 30 (and second as to RFA 38), is the proper subject of a 10 page letter brief.

First, the November 15, 2023 Order anticipated a motion to compel discovery requests with "arguments as to the <u>Richmark</u> factors weigh in favor of ordering compliance or excusing non-compliance."  That brief can either be filed as a noticed motion, or, if the parties "would prefer to file a single joint letter brief (not to exceed 10 pages), they may do so."  Plaintiffs then went ahead and filed their Richmark motion to compel on December 21, 2023 (ECF Nos. 235-238), which included requests for an order compelling further responses and production as to RFP 30 and RFA 38.  That motion to compel involved comprehensive briefing on the Richmark factors.  This letter brief does not include any analysis of Richmark. Therefore it is <u>not</u> subject to the procedure the Court set forth in its November 15, 2023 Order.

Second, even if the procedure in the Court's November 15, 2023 Order were appropriate, the election of a 10 page joint letter brief has to be done <u>by agreement</u> of the parties.  "Alternatively, if the parties do not wish to file sequential briefs and would prefer to file a single joint letter brief, they may do so, with the letter not to exceed ten (10) pages."  Given the two options set forth in the November 15, 2023 Order, Defendants choose to file sequential briefs on this issue and do not agree to present this issue to the Court in a single joint letter brief procedure.

Third, and most importantly, the Court has already denied Plaintiffs' renewed motion to compel as to RFP 30 and RFA 38.  This denial was not without prejudice; it was a denial.  ECF 292 at 5 (denying Plaintiff's motion as to "Category 4," which included RFP 30 and RFA 38).  There have been no new facts or new law since you filed your motion to compel on December 21, 2023.  As your letter brief points out, Defendants served their responses to *inter alia*, RFAs 41-52 a full month before Plaintiffs filed their motion to compel.  Any arguments being made here could have been made in Plaintiffs' Motion to Compel.  Plaintiffs do not get a second bite at the apple.

To the extent your letter brief asks to compel further responses to Plaintiffs' second RFAs, those responses satisfy Rule 36(a)(4) and were and are accurate.

==Finally, to the extent that your letter brief is asking for sanctions or a finding of violation of NSO's preservation obligations, the parties have never met and conferred about this issue, which Judge Hamilton requires in her Standing Order Regarding Discovery Disputes==.

Please let us know your availability Monday to confer about both the form and substance of your proposed motion.

Aaron

---

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Friday, June 28, 2024 2:45 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; Block, Micah G. <micah.block@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Andres, Greg D. <greg.andres@davispolk.com>; EXT - Craig Cagney <craig.cagney@davispolk.com>

**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>
**Subject:** RE: WhatsApp v. NSO: Joint Letter re AWS Server

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Aaron,

I have dropped Andres Rey, who you inadvertently copied below.

This letter presents the issues first presented in the joint letter brief filed on August 25, 2023. Dkt. No. 208. On November 15, 2023, the Court denied the relief sought in that joint letter brief without prejudice, and stated that the letter "may be re-presented to the court under the streamlined discovery procedure," which included the option to "file a single joint letter brief . . . with the letter not to exceed ten (10) pages." Dkt. No. 233 at 11. Plaintiffs' portion of the attached letter spans five pages, giving NSO five pages to provide its position.

Please provide your portion of the joint letter by July 3.

Thanks,
Luca


**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Thursday, June 27, 2024 4:07 PM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Andres Rey <arey@osorioint.com>; Cagney, Craig <craig.cagney@davispolk.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>
**Subject:** FW: WhatsApp v. NSO: Joint Letter re AWS Server

Luca: This is five full pages. That gives us zero pages for our response. Please revise to fit Plaintiffs' portion onto 2.5 pages.

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Thursday, June 27, 2024 12:58 PM
**To:** Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>
**Cc:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; EXT - Craig Cagney <craig.cagney@davispolk.com>
**Subject:** WhatsApp v. NSO: Joint Letter re AWS Server

**CAUTION: MAIL FROM OUTSIDE THE FIRM**
Counsel,

Please see attached for Plaintiffs' portion of a joint letter regarding the AWS Server.

Please provide your portion of the joint letter by July 3.

Thanks,
Luca

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.