1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3  Luca Marzorati
     (admitted *pro hac vice*)
4  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
5  New York, New York 10017
   Telephone: (212) 450-4000
6  Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8           craig.cagney@davispolk.com
            luca.marzorati@davispolk.com
9
   Micah G. Block (SBN 270712)
10 DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
11 Menlo Park, California 94025
   Telephone: (650) 752-2000
12 Facsimile:  (650) 752-2111
13 Email:   micah.block@davispolk.com

14 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*
15

16                    UNITED STATES DISTRICT COURT
17                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                            OAKLAND DIVISION

19 WHATSAPP LLC, and
   META PLATFORMS INC.,                  ) Case No. 4:19-cv-07123-PJH
20                                       )
21         Plaintiffs,                   ) **ADMINISTRATIVE MOTION TO**
                                         ) **CONSIDER WHETHER ANOTHER**
22   v.                                  ) **PARTY'S MATERIAL SHOULD BE**
                                         ) **FILED UNDER SEAL**
23 NSO GROUP TECHNOLOGIES LIMITED        )
   and Q CYBER TECHNOLOGIES LIMITED,     ) Ctrm:   3
24                                       ) Judge:  Hon. Phyllis J. Hamilton
25         Defendants.                   )
                                         )
26                                       ) Action Filed: October 29, 2019

27
28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to consider whether Plaintiffs' Reply Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Issuance of Letter Rogatory (the "Letter Rogatory Reply") should be sealed.

Plaintiffs' Letter Rogatory Reply contains references to documents that NSO and nonparties Terrence DiVittorio and Josh Shaner have designated for confidentiality pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action and/or sought leave to file under seal. Accordingly, Plaintiffs now move the Court to consider whether such references in Plaintiffs' Letter Rogatory Reply should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs take no position as to whether these materials satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

This motion and copies of any relevant attachments will be served on counsel for Mr. DiVittorio and Mr. Shaner by email, since they have not appeared in this action as counsel for Mr. DiVittorio and Mr. Shaner.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

| | |
|---|---|
| Dated: July 17, 2024 | Respectfully Submitted, |
| | DAVIS POLK & WARDWELL LLP |
| | By: */s/ Micah G. Block* |
| | Micah G. Block (SBN 270712) |
| | DAVIS POLK & WARDWELL LLP |
| | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| | Email: micah.block@davispolk.com |
| | |
| | Greg D. Andres |
| | Antonio J. Perez-Marques |
| | Craig T. Cagney |
| | Luca Marzorati |
| |   (admitted *pro hac vice*) |
| | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| | Facsimile: (212) 701-5800 |
| | Email: greg.andres@davispolk.com |
| |        antonio.perez@davispolk.com |
| |        craig.cagney@davispolk.com |
| |        luca.marzorati@davispolk.com |
| | |
| | *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.* |

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH