Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am a partner of the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms Inc. ("Plaintiffs") in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed concurrently herewith.

3. Plaintiffs filed their motion for issuance of a letter rogatory (the "Letter Rogatory Motion") and a supporting declaration from Craig T. Cagney (the "Cagney Declaration") on June 16, 2024. Dkt. No. 319. Plaintiffs filed portions of the Letter Rogatory Motion and the Cagney Declaration and exhibits thereto under seal pursuant to Civil Local Rule 79-5, as these portions referred to materials that had been designated by NSO and nonparties Francisco Partners Management, L.P., Compass Stratagem, LLC, Terrence DiVittorio, and Josh Shaner as "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132).

4. On July 1, 2024, NSO filed a statement on its behalf, and on behalf of nonparties Compass Strategem, LLC, Terrence DiVittorio and Josh Shaner, requesting that the Court keep portions of the Letter Rogatory Motion and the Cagney Declaration and exhibits thereto under seal. Dkt. No. 326 at 2. The Court has yet to rule on this request.

5. On July 3, 2024, nonparty Francisco Partners L.P. filed a statement on its behalf, requesting that the Court keep an exhibit attached to the Cagney Declaration under seal. Dkt. No. 328 at 2–3. The Court has yet to rule on this request.

6. Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO") filed their opposition on July 10, 2024. Dkt. No. 336.

1

DECLARATION OF M. BLOCK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

7. Attached hereto as **Exhibit 1** is a true and correct copy of the unredacted version of Plaintiffs' Reply Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention (the "Letter Rogatory Reply").

8. Portions of the Letter Rogatory Reply refer to materials that have been designated by NSO and non-parties Terrence DiVittorio and Josh Shaner as "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the above-captioned action. Plaintiffs take no position as to whether these materials satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designations under the Stipulated Protective Order governing this Action as well as the sealability of the materials at issue.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 17th day of July, 2024 at Menlo Park, California

By: */s/ Micah G. Block*
      Micah G. Block