JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed:  10/29/2019 |

TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") move the Court to consider whether certain portions of Defendants' Surreply Re Motion to Compel Discovery Regarding AWS Server ("Surreply") and certain portions of and exhibit attached to the Supplemental Declaration of Aaron Craig in Support of the Surreply ("Supp. Craig Declaration") should be sealed. Unredacted versions of the Surreply, the Craig Declaration and the Exhibits to the Supp. Craig Declaration attached as Exhibits 1, 2 and 3 to the declaration of Christine Choi filed currently herewith.

Defendants' Surreply makes reference to and describes a document produced by Plaintiffs WhatsApp LLC, f/k/a WhatsApp Inc. ("WhatsApp"), and Meta Platforms, Inc., f/k/a Facebook, Inc. ("Facebook" and, collectively, "Plaintiffs") that Plaintiffs have designated as "Highly Confidential - Attorney's Eyes Only" under the Stipulated Protective Order (Dkt. No. 132). Defendants have described this document in the Supp. Craig Declaration and attached this document as Exhibit D to the Supp. Craig Declaration. Accordingly, Defendants move the Court to consider whether Exhibit D to the Supp. Craig Declaration and the references to that exhibit in the Surreply and the Supp. Craig Declaration (Choi Decl. Exhs. 1-3) should be sealed.

Defendants take no position as to whether these materials or information derived from these materials satisfy the requirements for sealing. They reserve the right to challenge any confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

For the reasons set forth above, Defendants respectfully request that the Court permit Defendants' unredacted Surreply, Supp. Craig Declaration and Exhibit D thereto, to be conditionally filed under seal.

| | |
|---|---|
| DATED: July 19, 2024 | KING & SPALDING LLP |
| | By: /s/ *Joseph N. Akrotirianakis* |
| | JOSEPH N. AKROTIRIANAKIS |
| | AARON S. CRAIG |
| | Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED |