JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CHRISTINE B. CHOI IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed: 10/29/2019 |

I, Christine B. Choi, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and lead counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration pursuant to Northern District of California Local Rule 79-5(f) in support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed concurrently herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the unredacted version of Defendants' Surreply Re Motion to Compel Discovery Regarding AWS Server (the "Surreply").

4. Attached hereto as **Exhibit 2** is a true and correct copy of the unredacted version of the Supplemental Declaration of Aaron Craig in Support of the Surreply.

5. Attached hereto as **Exhibit 3** is true and correct copy of Exhibits A and D to the Supplemental Declaration of Aaron Craig in Support of the Surreply.

6. Defendants' Surreply and the Supplemental Declaration of Aaron Craig in Support of the Surreply contain references to a document that has been produced and designated as Highly Confidential – Attorneys' Eyes Only" by Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action.

7. Exhibit D to the Supplemental Declaration of Aaron Craig in Support of the Surreply is a document that has been produced and designated as Highly Confidential – Attorneys' Eyes Only" by Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action.

8. Defendants take no position as to whether these materials or information derived from these materials satisfy the requirements for sealing. They reserve the right to challenge any confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th
2  day of July 2024, in Fullerton, California.

_____
CHRISTINE B. CHOI