# Exhibit 2

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)<br>   *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741)<br>   *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP<br>633 West Fifth Street, Suite 1700 |
| 4 | Los Angeles, CA 90071<br>Telephone: (213) 443-4355 |
| 5 | Facsimile: (213) 443-4310 |
| 6 | Attorneys for Defendants<br>NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>          Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**SUPPLEMENTAL DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S SURREPLY RE MOTION TO COMPEL DISCOVERY REGARDING AWS SERVER**<br><br>**UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**<br><br>Action Filed:  10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a partner in the law firm of King & Spalding LLP. I am licensed to practice law in the State of California and am lead counsel of record in this litigation for Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. (together, "NSO"). I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I could do so competently under oath.

2. Attached hereto as Exhibit A is a true and correct revised copy of Exhibit A to the Declaration of Aaron S. Craig in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Discovery Regarding AWS Server (Dkt. No. 339-3), which is the portion of the February 15, 2024 hearing transcript relating to category 4 of Plaintiff's Motion to Compel (Dkt. No. 235-2), pages 37-40.

3. Attached hereto as Exhibit D is a true and correct copy of an ■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■, which Plaintiffs have designated as Highly Confidential – Attorneys' Eyes Only. In these communications, on page 32, ■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of July 2024, in Los Angeles, California.

_____
Aaron S. Craig