UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOCLOGIES LTD. AND Q CYBER TECHNOLOGIES LTD.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY RE MOTION TO COMPEL DISCOVERY REGARDING AWS SERVER**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

This Court, having considered the Administrative Motion for Leave to File a Surreply in support of the Motion to Compel Discovery Regarding the AWS Server (the "Administrative Motion") submitted by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"), hereby GRANTS the motion.

The surreply and supplemental declaration attached as Exhibits 1 and 2 to the Declaration of Christine Choi filed in support of the Administrative Motion are deemed filed as of the date of the Court's ruling.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE