1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
    633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
    Telephone:   (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants
    NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PROOF OF SERVICE OF UNREDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED DKT. NO. 345**<br><br>Action Filed:   10/29/2019 |
|---|---|

PROOF OF SERVICE OF DOCUMENTS SOUGHT TO BE SEALED DKT. 345    Case No. 4:19-cv-07123-PJH

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am a member of the bar of this Court. I am over the age of eighteen years and not a party to the within action.

On July 19, 2024, I served the following documents in the manner described below:

1. EXHIBIT 1 – DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S SURREPLY RE MOTION TO COMPEL DISCOVERY REGARDING AWS SERVER [UNREDACTED VERSION – FILED UNDER SEAL];

2. EXHIBIT 2 – SUPPLEMENTAL DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S SURREPLY RE MOTION TO COMPEL DISCOVERY REGARDING AWS SERVER UNREDACTED VERSION – FILED UNDER SEAL];

3. EXHIBIT 3 – EXHIBIT D TO SUPPLEMENTAL DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S SURREPLY RE MOTION TO COMPEL DISCOVERY REGARDING AWS SERVER [UNREDACTED VERSION – FILED UNDER SEAL]

☑ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

Greg D. Andres
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4724
Email: greg.andres@davispolk.com

Antonio J. Perez-Marques
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4559
Email: antonio.perez@davispolk.com

Craig T. Cagney
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue

| PROOF OF SERVICE OF DOCUMENTS SOUGHT TO BE SEALED DKT. 345 | 1 | Case No. 4:19-cv-07123-PJH |
|---|---|---|

1  New York, New York 10017
   Telephone: (212) 450-3162
2  Email: craig.cagney@davispolk.com

3  Micah G. Block
   DAVIS POLK & WARDWELL LLP
4  1600 El Camino Real
   Menlo Park, California 94025
5  Telephone: (650) 752-2000
   Email: micah.block@davispolk.com
6

7       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on July 19, 2024, at Fullerton, California.

8

9                                                   By: /s/ Christine Choi
10                                                      CHRISTINE B. CHOI