JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

MATTHEW H. DAWSON (Bar No. 307350)
 mdawson@kslaw.com
MATTHEW NOLLER (Bar No. 325180)
 mnoller@kslaw.com
KING & SPALDING LLP
50 California St. # 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCESCO CORALLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, Q CYBER TECHNOLOGIES LIMITED, and APPLE INC.,<br><br>　　　　Defendants. | Case No. 3:22-cv-05229-RS<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF NSO DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Richard Seeborg<br><br>Action Filed: 11/13/2022 |

DECL. OF J. AKROTIRIANAKIS                                                         CASE NO. 3:22-CV-05229-RS

## DECLARATION OF JOSEPH N. AKROTIRIANAKIS

1. I am a partner in the law firm of King & Spalding LLP. I am licensed to practice law in the State of California and am lead counsel of record in this litigation for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (together, "NSO"). I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I could do so competently under oath.

2. The Case Management Conference in this matter is currently set for August 1, 2024. As a result, the parties' deadline for holding a Rule 26(f) conference was July 11, 2024. Plaintiff has not taken any steps to initiate the conference. The parties' joint case management statement and Rule 26(f) report are currently due July 25, 2024, and are required to include a proposed case schedule. Plaintiff has not provided a draft of the joint submission or any indication as to his positions on the topics that the joint submission must cover, including the case schedule.

3. On July 18, 2024, counsel for NSO contacted counsel for Apple and for Plaintiff, asking whether they would stipulate to a continuance of the case management conference. The request was made on the basis that both NSO and Apple have pending dispositive motions and the existence of a potential conflict with the current conference date. On July 19, 2024, counsel for Apple indicated that they were amenable to continuing the case management conference, while Plaintiff's counsel indicated that they were not.

4. NSO is a party to two additional actions pending in this District: *WhatsApp Inc. v. NSO Group Technologies Ltd. et al.*, Case No. 19-cv-07123-PHJ (N.D. Cal.) and *Apple Inc. v. NSO Group Technologies Ltd. et al.*, Case No. 3:21-cv-09078-JD (N.D. Cal.). In the *WhatsApp* matter, the plaintiff has noticed a motion for hearing on August 1, 2024. The *WhatsApp* court has not yet indicated whether it will hold a hearing on that date.

5. I currently anticipate being unavailable for much of late August and early September due to obligations in other matters. This includes international travel in late August and early September to prepare for and defend a series of depositions.

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed on July
2   19, 2024, in Los Angeles, California.

        */s/ Joseph N. Akrotirianakis*
        JOSEPH N. AKROTIRIANAKIS