UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCESCO CORALLO,<br><br>    Plaintiff,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, Q CYBER TECHNOLOGIES LIMITED, and APPLE INC.,<br><br>    Defendants. | Case No. 3:22-cv-05229-RS<br><br>**[PROPOSED] ORDER GRANTING NSO DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Richard Seeborg<br><br>Action Filed: 11/13/2022 |

**[PROPOSED] ORDER**

This Court, having considered the Administrative Motion to Continue Initial Case Management Conference submitted by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, "NSO") and all supporting and opposing documents, and good cause therefor appearing, GRANTS the relief requested.

It is hereby ORDERED that the Initial Case Management Conference be continued from August 1, 2024, to September 26, 2024, at 10:00 a.m.

**IT IS SO ORDERED**.

DATED:_____

The Honorable Richard Seeborg
Chief United States District Judge