

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Roy Falik__

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __6th__ day of __July__ A.D. __2023__ and that at the date hereof the said __Roy Falik__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __27th__ day of __June__ A.D. __2024__

**Cheryl Stevens**
Clerk

By _____
Deputy Clerk