UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHATSAPP INC., et al.,

    Plaintiffs,

    v.

NSO GROUP TECHNOLOGIES LIMITED, et al.,

    Defendants.

Case No. 19-cv-07123-PJH

**ORDER DENYING REQUEST FOR TELEPHONE CONFERENCE**

The court has reviewed counsel's emails to the Courtroom Deputy about their difficulties in scheduling depositions for which defendant has requested an emergency phone conference. The court declines to intervene and expects counsel to cooperate with each other in scheduling all discovery. Additionally, the court cautions defendant that it would be ill-advised to incur expenses traveling to a deposition of a witness who defendant has already been notified cannot appear. Counsel are directed to work it out.

**IT IS SO ORDERED.**

Dated: July 30, 2024

                                          /s/ *Phyllis J. Hamilton*
                                          PHYLLIS J. HAMILTON
                                          United States District Judge