UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed: 10/29/2019 |

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("the Motion") filed by NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents WILL REMAIN SEALED, as follows:

| **Document** | **Portion(s) to Seal** | **Reason for Sealing** |
| --- | --- | --- |
| Joint Letter Brief Regarding Defendants' Motion to Compel Responses to Second and Fourth Set of Requests for Production of Documents<br><br>(Exhibit A to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed) | Highlighted portions of page 2, 3, and 5 | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibits 3, 4, 5, 6, and 7 to the Joint Letter Brief Regarding Defendants' Motion to Compel Responses to Second and Fourth Set of Requests for Production of Documents | All (Exhibits 3-4, 6-7) and Highlighted Portions (Exhibit 5) | Material designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |

Dated: _____   _____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE