| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
| 2 | *jakro@kslaw.com*<br>AARON S. CRAIG (Bar No. 204741) |
| 3 | *acraig@kslaw.com*<br>KING & SPALDING LLP |
| 4 | 633 West Fifth Street, Suite 1700<br>Los Angeles, CA 90071 |
| 5 | Telephone: (213) 443-4355<br>Facsimile: (213) 443-4310 |
| 6 | Attorneys for Defendants |
| 7 | NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**NOTICE OF APPEARANCE OF JONATHAN WEINBERG**<br><br>Action Filed:   10/29/2019 |

PLEASE TAKE NOTICE that Jonathan Weinberg of King & Spalding LLP hereby appears as counsel in this action for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited.  Please direct copies of all pleadings, papers and orders to:

>Jonathan Weinberg
>KING & SPALDING LLP
>1700 Pennsylvania Avenue, NW, Suite 900
>Washington, DC 20006-4707
>Telephone:   (202) 207-3945
>Facsimile:   (202) 756-7411
>Email:       jweinberg@kslaw.com

DATED: August 16, 2024

KING & SPALDING LLP

By: */s/ Jonathan Weinberg*
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG
    JONATHAN WEINBERG

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED