1  Greg D. Andres
   Antonio J. Perez-Marques
2  Craig T. Cagney
   Luca Marzorati
3    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
6  Email:   greg.andres@davispolk.com
7            antonio.perez@davispolk.com
            craig.cagney@davispolk.com
8            luca.marzorati@davispolk.com

9
   Micah G. Block (SBN 270712)
10 DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
11 Menlo Park, California 94025
   Telephone: (650) 752-2000
12 Facsimile:  (650) 752-2111
   Email:   micah.block@davispolk.com
13

14 *Attorneys for Plaintiffs WhatsApp LLC and*
   *Meta Platforms, Inc.*
15

16                  UNITED STATES DISTRICT COURT

17         FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                       OAKLAND DIVISION

19 WHATSAPP LLC, and                    )
   META PLATFORMS INC.,                 )
20                                      )  Case No. 4:19-cv-07123-PJH
                                        )
21              Plaintiffs,             )  **DECLARATION OF MICAH G.**
                                        )  **BLOCK IN SUPPORT OF**
22     v.                               )  **ADMINISTRATIVE MOTION TO**
                                        )  **CONSIDER WHETHER ANOTHER**
23 NSO GROUP TECHNOLOGIES LIMITED       )  **PARTY'S MATERIAL SHOULD BE**
   and Q CYBER TECHNOLOGIES LIMITED,    )  **FILED UNDER SEAL**
24                                      )
                                        )  Ctrm:   3
25              Defendants.             )  Judge:  Hon. Phyllis J. Hamilton
                                        )
26                                      )
                                        )  Action Filed: October 29, 2019
27                                      )
                                        )
28 ────────────────────────────────────)

1    I, Micah G. Block, declare as follows:

2    1.    I am a partner of the law firm of Davis Polk & Wardwell LLP and admitted to

3    practice before this Court.  I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms Inc.

4    ("Plaintiffs") in the above-captioned action (the "Action").  I have personal knowledge of the facts

5    set forth below and, if called as a witness in a court of law, could and would testify competently

6    thereto.

7    2.    I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Ad-

8    ministrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal

9    (the "Motion") filed concurrently herewith.

10    3.    Plaintiffs filed their motion for issuance of a letter rogatory (the "Letter Rogatory

11    Motion") and a supporting declaration from Craig T. Cagney on June 16, 2024.  Dkt. No. 319.

12    Plaintiffs filed Exhibits F and H to the Cagney Declaration under seal pursuant to Civil Local Rule

13    79-5, as these exhibits referred to materials that had been designated by NSO and nonparty Josh

14    Shaner as "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipu-

15    lated Protective Order (Dkt. No. 132).

16    4.    On July 1, 2024, NSO filed a statement on its behalf, and on behalf of nonparty

17    Josh Shaner, requesting that the Court keep Exhibit F and H under seal.  Dkt. No. 326 at 2.  The

18    Court granted this request on August 1, 2024. *See* Dkt. No. 358.

19    5.    Attached hereto as **Exhibit 1** is a true and correct copy of the unredacted version

20    of Plaintiffs' Letter Regarding Designation of Experts and Disclosure of Confidential Information

21    Pursuant to Stipulated Protective Order (the "Letter").

22    6.    Attached hereto as **Exhibit 2** is a true and correct copy of the unredacted version

23    of the Declaration of Craig Cagney in Support of Plaintiffs' Letter (the "Cagney Declaration").

24    7.    Attached hereto as **Exhibit 3** is a true and correct copy of the unredacted version

25    of Exhibits B and E to the Cagney Declaration.

26    8.    Portions of the Letter and the Cagney Declaration and the exhibits thereto refer to

27    materials that have been designated by NSO and non-party Josh Shaner as "Highly Confidential –

28    Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132)

1

1   in the above-captioned action.  Plaintiffs take no position as to whether these materials satisfy the

2   requirements for sealing, and specifically reserve the right to challenge any confidentiality desig-

3   nations under the Stipulated Protective Order governing this Action as well as the sealability of

4   the materials at issue.

5        I declare under the penalty of perjury that the foregoing is true and correct.

6        Executed on the 21st day of August, 2024 at Menlo Park, California

7

8        By:  /s/ Micah G. Block
              Micah G. Block

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF M. BLOCK ISO ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FUS
CASE NO. 4:19-CV-07123-PJH