# EXHIBIT A

| Client | Service |
|--------|---------|
| 3D Printing Manufacturer | Incident Response |
| Aerospace Company | Investigation/Litigation |
| Aerospace Company | Investigation/Litigation |
| Aerospace Company | Readiness |
| AI Customer Engagement Solutions Company | Investigation/Litigation |
| AI Customer Engagement Solutions Company | Incident Response |
| Aluminum and Industrial Equipment | Investigation/Litigation |
| American Television Station | Incident Response |
| American University | Incident Response |
| American University | Incident Response |
| Asset Mangement Firm | Readiness |
| Asset Mangement Firm | Readiness |
| Asset Mangement Firm | Investigation/Litigation |
| Automobile Manufacturer | Incident Response |
| Automotive Parts Company | Readiness |
| Automotive Parts Distributor | Investigation/Litigation |
| Automotive Parts Manufacturer | Investigation/Litigation |
| Benchmarking Services | Incident Response |
| Biotechnology Company | Investigation/Litigation |
| City Government | Incident Response |
| Communications and Public Affairs | Incident Response |
| Company License Issuer | Readiness |
| Confidential Matter | Incident Response/Investigation |
| Confidential Matter | Incident Response/Investigation |
| Confidential Matter | Incident Response/Investigation |
| Confidential Matter | Incident Response/Investigation |
| Confidential Matter | Incident Response/Investigation |
| Confidential Matter | Incident Response/Investigation |
| Confidential Matter | Incident Response/Investigation |
| Confidential Matter | Incident Response/Investigation |
| Confidential Matter | Incident Response/Investigation |
| Confidential Matter | Incident Response/Investigation |
| Confidential Matter | Incident Response/Investigation |
| Consulting Firm | Incident Response |
| Credit Reporting Agency | Readiness |
| Cybersecurity Solutions | Readiness |
| Data Privacy Company | Investigation/Litigation |
| Digital Healthcare Platform Company | Investigation/Litigation |
| Digital Marketing Company | Investigation/Litigation |
| Digital Payment | Investigation/Litigation |
| Education Publishing Company | Investigation/Litigation |
| Employment Services | Investigation |
| Employment Services | Incident Response |
| Employment Services | Readiness |
| Employment Services | Readiness |
| Employment Services | Readiness |

| Client | Service |
|---|---|
| Employment Services | Investigation/Litigation |
| Energy Company | Readiness |
| Financial Services | Readiness |
| Financial Services | Readiness |
| Financial Services | Readiness |
| Financial Technology | Investigation/Litigation |
| Global Agricultre Company | Incident Response |
| Global Consulting Firm | Investigation/Litigation |
| Global Consulting Firm | Investigation/Litigation |
| Global Consulting Firm | Investigation/Litigation |
| Global Consulting Firm | Readiness |
| Global Consulting Firm | Incident Response |
| Global Energy Company | Incident Response/Investigation |
| Global Energy Trading Company | Investigation |
| Global Entertainment Company | Investigation/Litigation |
| Global Payment Card Service Company | Investigation/Litigation |
| Global Payment Card Service Company | Investigation/Litigation |
| Global Payment Card Service Company | Investigation |
| Global Professional Services Firm | Incident Response |
| Global Retail Company | Incident Response |
| Global Software Company | Investigation/Litigation |
| Global Technology Company | Readiness |
| Global Technology Company | Investigation/Litigation |
| Global Technology Company | Investigation/Litigation |
| Global Technology Company | Investigation/Litigation |
| Global Technology Company | Incident Response |
| Global Technology Company | Investigation/Litigation |
| Global Technology Company | Investigation/Litigation |
| Global Technology Company | Investigation |
| Global Technology Company | Investigation/Litigation |
| Global Technology Company | Investigation/Litigation |
| Global Transportation Company | Investigation/Litigation |
| Grocery Store Operator | Incident Response |
| Grocery Store Operator | Incident Response |
| Grocery Store Operator | Incident Response |
| Health Information Company | Investigation |
| Healthcare Company | Investigation/Litigation |
| Healthcare Company | Investigation/Litigation |
| Healthcare Company | Investigation/Litigation |
| Healthcare Company | Investigation/Litigation |
| Healthcare Company | Incident Response |
| Healthcare Company | Incident Response |
| Healthcare Company | Readiness |
| Healthcare Company | Investigation/Litigation |
| High Net Worth Individual | Investigation/Litigation |
| High Net Worth Individual | Investigation/Litigation |

| Client | Service |
|---|---|
| High Net Worth Individual | Investigation/Litigation |
| High Net Worth Individual | Investigation |
| Human Service Nonprofit | Incident Response |
| Information Services Company | Investigation/Litigation |
| Infrastructure Consulting Firm | Investigation/Litigation |
| Insurance | Incident Response/Investigation |
| Insurance Company | Investigation/Litigation |
| Insurance Company | Incident Response |
| Interior Building Products Distributor | Investigation/Litigation |
| International Government | Investigation/Litigation |
| Internet Technology Company | Readiness |
| Investment Mangement Firm | Investigation/Litigation |
| Investment Mangement Firm | Investigation/Litigation |
| Investment Mangement Firm | Incident Response |
| Investment Mangement Firm | Readiness |
| Investment Mangement Firm | Investigation |
| Investment Mangement Firm | Incident Response |
| Investment Mangement Firm | Readiness |
| Law Firm | Investigation/Litigation |
| Law Firm | Investigation/Litigation |
| Law Firm | Readiness |
| Law Firm | Readiness |
| Law Firm | Incident Response |
| Law Firm | Investigation/Litigation |
| Law Firm | Incident Response |
| Lighting Product Distributor | Investigation |
| Loan Manager | Incident Response |
| Management Consulting | Incident Response/Investigation |
| Manufacturing | Incident Response/Investigation |
| Media Company | Readiness |
| Media Company | Incident Response |
| Media Company | Readiness |
| Media Company | Investigation/Litigation |
| Medical Treatment Company | Investigation/Litigation |
| Multinational Conglomerate | Investigation/Litigation |
| Multinational Conglomerate | Readiness |
| Multinational Insurance Agency | Investigation/Litigation |
| Multi-service Law Firm | Investigation/Litigation |
| Online Datin Service | Investigation |
| Online Retailer | Readiness |
| Pharmaceuticals Company | Investigation/Litigation |
| Philanthropy | Investigation/Litigation |
| Power Tool Supplier | Incident Response |
| Private Bank | Investigation/Litigation |
| Private Bank | Incident Response |
| Private Equity | Readiness |

| Client | Service |
| --- | --- |
| Private Equity Investement Firm | Incident Response |
| Private Equity Investement Firm | Readiness |
| Production Company | Incident Response |
| Professional Services Firm | Incident Response |
| Radiation Protection Services | Incident Response |
| Real Estate Company | Incident Response |
| Robotics | Readiness |
| Satellite Communication Company | Investigation/Litigation |
| Security Devices | Investigation/Litigation |
| Security Services Firm | Incident Response |
| Security Services Firm | Incident Response |
| Seminary | Incident Response |
| Software Company | Investigation/Litigation |
| Software Company | Investigation/Litigation |
| Software Company | Incident Response |
| Software Company | Incident Response |
| Software Company | Incident Response |
| South American Mining Company | Incident Response |
| Tax Consulting Company | Readiness |
| Technical Research | Investigation |
| Technology | Incident Response/Investigation |
| Telecom Company | Investigation/Litigation |
| Textile Company | Incident Response |
| Tool  Manufacturing Company | Incident Response/Investigation |
| Transportation Company | Investigation/Litigation |
| University Healthcare System | Readiness |
| Video Communication Company | Security Assessment |
| Video Survelliance | Readiness |

# EXHIBIT B

EXHIBIT FILED UNDER SEAL

# EXHIBIT C

| Matter # | Staff - Aggregated | David Youssef | Matt McManus | Gabe Nobles | Matteson Williams | George Arden | Jared Best | Industry | Service Offering |
|---|---|---|---|---|---|---|---|---|---|
| Matter 0001 | George Arden | | | | | George Arden | | Professional Services | Investigation |
| Matter 0002 | David Youssef,George Arden | David Youssef | | | | George Arden | | Technology Hardware & Equipment | Readiness |
| Matter 0003 | George Arden | | | | | George Arden | | Software & Services | Readiness |
| Matter 0004 | George Arden | | | | | George Arden | | Consumer Services | Readiness |
| Matter 0005 | George Arden | | | | | George Arden | | Transportation | Readiness |
| Matter 0006 | George Arden | | | | | George Arden | | Technology Hardware & Equipment | Investigation |
| Matter 0007 | David Youssef,Matteson Williams,George Arden,Jared Best | David Youssef | | | Matteson Williams | George Arden | Jared Best | Commercial & Professional Services | Investigation |
| Matter 0008 | George Arden,Jared Best | | | | | George Arden | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0009 | David Youssef,Matteson Williams,George Arden,Jared Best | David Youssef | | | Matteson Williams | George Arden | Jared Best | Media & Entertainment | Incident Response |
| Matter 0010 | George Arden,Jared Best | | | | | George Arden | Jared Best | Software & Services | Incident Response |
| Matter 0011 | David Youssef,George Arden,Jared Best | David Youssef | | | | George Arden | Jared Best | Technology Hardware & Equipment | Incident Response |
| Matter 0012 | David Youssef,George Arden | David Youssef | | | | George Arden | | Executive, Legislative, and Other General Government Support | Incident Response |
| Matter 0013 | David Youssef,Gabe Nobles,George Arden,Jared Best | David Youssef | | Gabe Nobles | | George Arden | Jared Best | Financial Services | Incident Response |
| Matter 0014 | George Arden | | | | | George Arden | | Consumer Services | Investigation/Litigation |
| Matter 0015 | David Youssef,Matt McManus,Gabe Nobles,Matteson Williams,George Arden,Jared Best | David Youssef | Matt McManus | Gabe Nobles | Matteson Williams | George Arden | Jared Best | Financial Services | Incident Response |
| Matter 0016 | David Youssef,George Arden,Jared Best | David Youssef | | | | George Arden | Jared Best | Banks | Incident Response |
| Matter 0017 | David Youssef,George Arden,Jared Best | David Youssef | | | | George Arden | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0018 | George Arden,Jared Best | | | | | George Arden | Jared Best | Pharmaceuticals, Biotechnology & Life Sciences | Incident Response |
| Matter 0019 | George Arden | | | | | George Arden | | Financial Services | Readiness |
| Matter 0020 | David Youssef,Matt McManus,Matteson Williams,George Arden,Jared Best | David Youssef | Matt McManus | | Matteson Williams | George Arden | Jared Best | Capital Goods | Incident Response |
| Matter 0021 | David Youssef,George Arden | David Youssef | | | | George Arden | | Pharmaceuticals, Biotechnology & Life Sciences | Investigation |
| Matter 0022 | George Arden | | | | | George Arden | | Commercial & Professional Services | Incident Response |
| Matter 0023 | George Arden,Jared Best | | | | | George Arden | Jared Best | National Security and International Affairs | Incident Response |
| Matter 0024 | Matt McManus,George Arden,Jared Best | | Matt McManus | | | George Arden | Jared Best | Consumer Services | Incident Response |
| Matter 0025 | George Arden | | | | | George Arden | | Consumer Services | Investigation/Litigation |
| Matter 0026 | George Arden | | | | | George Arden | | Health Care Equipment & Services | Readiness |
| Matter 0027 | George Arden,Jared Best | | | | | George Arden | Jared Best | Pharmaceuticals, Biotechnology & Life Sciences | Incident Response |
| Matter 0028 | David Youssef,Matteson Williams,George Arden,Jared Best | David Youssef | | | Matteson Williams | George Arden | Jared Best | Software & Services | Incident Response |
| Matter 0029 | George Arden | | | | | George Arden | | Consumer Services | Investigation/Litigation |
| Matter 0030 | George Arden | | | | | George Arden | | Pharmaceuticals, Biotechnology & Life Sciences | Investigation/Litigation |
| Matter 0031 | George Arden | | | | | George Arden | | Media & Entertainment | Investigation/Litigation |
| Matter 0032 | David Youssef,George Arden,Jared Best | David Youssef | | | | George Arden | Jared Best | Transportation | Incident Response |
| Matter 0033 | George Arden | | | | | George Arden | | Health Care Equipment & Services | Incident Response |
| Matter 0034 | George Arden | | | | | George Arden | | Professional Services | Investigation |
| Matter 0035 | George Arden,Jared Best | | | | | George Arden | Jared Best | Consumer Staples Distribution & Retail | Incident Response |
| Matter 0036 | George Arden | | | | | George Arden | | Capital Goods | Investigation |
| Matter 0037 | David Youssef,George Arden,Jared Best | David Youssef | | | | George Arden | Jared Best | Consumer Services | Incident Response |
| Matter 0038 | David Youssef,Gabe Nobles,Matteson Williams | David Youssef | | Gabe Nobles | Matteson Williams | | | Commercial & Professional Services | Investigation/Litigation |
| Matter 0039 | David Youssef,Gabe Nobles,Matteson Williams | David Youssef | | Gabe Nobles | Matteson Williams | | | Commercial & Professional Services | Investigation/Litigation |
| Matter 0040 | Matt McManus,Gabe Nobles,Matteson Williams | | Matt McManus | Gabe Nobles | Matteson Williams | | | Software & Services | Readiness |
| Matter 0041 | Matteson Williams | | | | Matteson Williams | | | Commercial & Professional Services | Investigation/Litigation |
| Matter 0042 | Matteson Williams | | | | Matteson Williams | | | Health Care Equipment & Services | Investigation/Litigation |
| Matter 0043 | Matteson Williams | | | | Matteson Williams | | | Consumer Services | Investigation/Litigation |
| Matter 0044 | Matteson Williams | | | | Matteson Williams | | | Financial Services | Investigation/Litigation |
| Matter 0045 | Matteson Williams,Jared Best | | | | Matteson Williams | | Jared Best | Commercial & Professional Services | Investigation/Litigation |
| Matter 0046 | David Youssef,Gabe Nobles,Matteson Williams | David Youssef | | Gabe Nobles | Matteson Williams | | | Consumer Services | Investigation/Litigation |
| Matter 0047 | David Youssef,Matteson Williams | David Youssef | | | Matteson Williams | | | Consumer Services | Investigation/Litigation |
| Matter 0048 | Matteson Williams | | | | Matteson Williams | | | Financial Services | Readiness |
| Matter 0049 | Matteson Williams | | | | Matteson Williams | | | Software & Services | Readiness |
| Matter 0050 | Gabe Nobles,Matteson Williams | | | Gabe Nobles | Matteson Williams | | | Software & Services | Readiness |
| Matter 0051 | Matt McManus,Gabe Nobles,Matteson Williams | | Matt McManus | Gabe Nobles | Matteson Williams | | | Software & Services | Readiness |
| Matter 0052 | David Youssef,Matteson Williams,Jared Best | David Youssef | | | Matteson Williams | | Jared Best | Commercial  & Professional Services | Investigation/Litigation |
| Matter 0053 | Matt McManus,Matteson Williams | | Matt McManus | | Matteson Williams | | | Transportation | Investigation |
| Matter 0054 | Matteson Williams | | | | Matteson Williams | | | Financial Services | Readiness |
| Matter 0055 | Matteson Williams | | | | Matteson Williams | | | Software & Services | Readiness |
| Matter 0056 | Matteson Williams | | | | Matteson Williams | | | Health Care Equipment & Services | Readiness |
| Matter 0057 | David Youssef,Matteson Williams,Jared Best | David Youssef | | | Matteson Williams | | Jared Best | Health Care Equipment & Services | Investigation/Litigation |
| Matter 0058 | Matteson Williams | | | | Matteson Williams | | | Transportation | Incident Response |
| Matter 0059 | Matteson Williams | | | | Matteson Williams | | | Financial Services | Readiness |
| Matter 0060 | Matteson Williams | | | | Matteson Williams | | | Non-Profit | Readiness |

| Matter # | Staff - Aggregated | David Youssef | Matt McManus | Gabe Nobles | Matteson Williams | George Arden | Jared Best | Industry | Service Offering |
|---|---|---|---|---|---|---|---|---|---|
| Matter 0061 | Matt McManus,Matteson Williams | | Matt McManus | | Matteson Williams | | | Retailing | Readiness |
| Matter 0062 | Matteson Williams | | | | Matteson Williams | | | Consumer Services | Investigation/Litigation |
| Matter 0063 | Gabe Nobles,Matteson Williams | | | Gabe Nobles | Matteson Williams | | | Financial Services | Readiness |
| Matter 0064 | Matteson Williams | | | | Matteson Williams | | | Health Care Equipment & Services | Investigation/Litigation |
| Matter 0065 | Matteson Williams | | | | Matteson Williams | | | Financial Services | Readiness |
| Matter 0066 | Matteson Williams | | | | Matteson Williams | | | Professional Services | Readiness |
| Matter 0067 | Matteson Williams | | | | Matteson Williams | | | Technology Hardware & Equipment | Readiness |
| Matter 0068 | David Youssef,Matteson Williams,Jared Best | David Youssef | | | Matteson Williams | | Jared Best | Software & Services | Investigation/Litigation |
| Matter 0069 | David Youssef,Matteson Williams,Jared Best | David Youssef | | | Matteson Williams | | Jared Best | Insurance | Investigation/Litigation |
| Matter 0070 | Matteson Williams | | | | Matteson Williams | | | Software & Services | Incident Response |
| Matter 0071 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Software & Services | Incident Response |
| Matter 0072 | Jared Best | | | | | | Jared Best | Utilities | Incident Response |
| Matter 0073 | Jared Best | | | | | | Jared Best | Professional Services | Incident Response |
| Matter 0074 | Jared Best | | | | | | Jared Best | Municipality | Incident Response |
| Matter 0075 | David Youssef,Matt McManus,Jared Best | David Youssef | Matt McManus | | | | Jared Best | Software & Services | Incident Response |
| Matter 0076 | Jared Best | | | | | | Jared Best | Energy | Incident Response |
| Matter 0077 | Jared Best | | | | | | Jared Best | Professional Services | Incident Response |
| Matter 0078 | Jared Best | | | | | | Jared Best | Diversified Financials | Incident Response |
| Matter 0079 | Jared Best | | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0080 | Matt McManus,Gabe Nobles,Jared Best | | Matt McManus | Gabe Nobles | | | Jared Best | Media & Entertainment | Readiness |
| Matter 0081 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Software & Services | Incident Response |
| Matter 0082 | Jared Best | | | | | | Jared Best | Transportation | Incident Response |
| Matter 0083 | David Youssef,Matt McManus,Jared Best | David Youssef | Matt McManus | | | | Jared Best | Capital Goods | Incident Response |
| Matter 0084 | Jared Best | | | | | | Jared Best | Professional Services | Incident Response |
| Matter 0085 | Jared Best | | | | | | Jared Best | Software & Services | Incident Response |
| Matter 0086 | Jared Best | | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0087 | Jared Best | | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0088 | Jared Best | | | | | | Jared Best | Private Equity | Incident Response |
| Matter 0089 | Jared Best | | | | | | Jared Best | Consumer Services | Incident Response |
| Matter 0090 | Jared Best | | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0091 | Jared Best | | | | | | Jared Best | Transportation | Incident Response |
| Matter 0092 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0093 | Jared Best | | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0094 | Jared Best | | | | | | Jared Best | Energy | Incident Response |
| Matter 0095 | Jared Best | | | | | | Jared Best | Consumer Services | Incident Response |
| Matter 0096 | Jared Best | | | | | | Jared Best | Energy | Incident Response |
| Matter 0097 | Jared Best | | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0098 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Consumer Services | Incident Response |
| Matter 0099 | Jared Best | | | | | | Jared Best | Energy | Incident Response |
| Matter 0100 | Jared Best | | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0101 | Jared Best | | | | | | Jared Best | Private Equity | Incident Response |
| Matter 0102 | Jared Best | | | | | | Jared Best | Health Care Equipment & Services | Incident Response |
| Matter 0103 | David Youssef,Matt McManus,Jared Best | David Youssef | Matt McManus | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0104 | Matt McManus,Jared Best | | Matt McManus | | | | Jared Best | Health Care Equipment & Services | Incident Response |
| Matter 0105 | David Youssef,Matt McManus,Gabe Nobles,Jared Best | David Youssef | Matt McManus | Gabe Nobles | | | Jared Best | Consumer Services | Investigation |
| Matter 0106 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Health Care Equipment & Services | Incident Response |
| Matter 0107 | Jared Best | | | | | | Jared Best | Utilities | Incident Response |
| Matter 0108 | Matt McManus,Jared Best | | Matt McManus | | | | Jared Best | Commercial  & Professional Services | Incident Response |
| Matter 0109 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Pharmaceuticals, Biotechnology & Life Sciences | Incident Response |
| Matter 0110 | Jared Best | | | | | | Jared Best | Utilities | Incident Response |
| Matter 0111 | Jared Best | | | | | | Jared Best | Health Care Equipment & Services | Incident Response |
| Matter 0112 | Jared Best | | | | | | Jared Best | Consumer Services | Incident Response |
| Matter 0113 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Professional Services | Incident Response |
| Matter 0114 | Jared Best | | | | | | Jared Best | Software & Services | Incident Response |
| Matter 0115 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0116 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0117 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0118 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Executive, Legislative, and Other General Government Support | Incident Response |
| Matter 0119 | Jared Best | | | | | | Jared Best | Consumer Services | Incident Response |
| Matter 0120 | Jared Best | | | | | | Jared Best | Consumer Services | Incident Response |
| Matter 0121 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Consumer Services | Incident Response |
| Matter 0122 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Consumer Services | Incident Response |
| Matter 0123 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Commercial & Professional Services | Incident Response |
| Matter 0124 | Jared Best | | | | | | Jared Best | Health Care Equipment & Services | Incident Response |

| Matter # | Staff - Aggregated | David Youssef | Matt McManus | Gabe Nobles | Matteson Williams | George Arden | Jared Best | Industry | Service Offering |
|---|---|---|---|---|---|---|---|---|---|
| Matter 0125 | David Youssef,Jared Best | David Youssef | | | | | Jared Best | Health Care Equipment & Services | Incident Response |
| Matter 0126 | Jared Best | | | | | | Jared Best | Consumer Services | Incident Response |
| Matter 0127 | Jared Best | | | | | | Jared Best | Financial Services | Incident Response |
| Matter 0128 | Jared Best | | | | | | Jared Best | Pharmaceuticals, Biotechnology & Life Sciences | Incident Response |
| Matter 0129 | Jared Best | | | | | | Jared Best | Consumer Services | Incident Response |
| Matter 0130 | Matt McManus,Jared Best | | Matt McManus | | | | Jared Best | Financial Services | Incident Response |
| Matter 0131 | Matt McManus,Jared Best | | Matt McManus | | | | Jared Best | Financial Services | Incident Response |
| Matter 0132 | Matt McManus,Jared Best | | Matt McManus | | | | Jared Best | Media & Entertainment | Incident Response |
| Matter 0133 | David Youssef,Gabe Nobles,Jared Best | David Youssef | | Gabe Nobles | | | Jared Best | Commercial  & Professional Services | Investigation/Litigation |
| Matter 0134 | David Youssef | David Youssef | | | | | | High Net Worth Individual | Investigation/Litigation |
| Matter 0135 | David Youssef,Matt McManus | David Youssef | Matt McManus | | | | | Global Technology Company | Incident Response |
| Matter 0136 | David Youssef | David Youssef | | | | | | Professional Services Firm | Investigation/Litigation |
| Matter 0137 | David Youssef | David Youssef | | | | | | Financial Technology | Investigation/Litigation |
| Matter 0138 | David Youssef | David Youssef | | | | | | Digital Healthcare Platform Company | Investigation/Litigation |
| Matter 0139 | David Youssef | David Youssef | | | | | | High Net Worth Individual | Investigation/Litigation |
| Matter 0140 | David Youssef,Matteson Williams,Jared Best | David Youssef | | | Matteson Williams | | Jared Best | Healthcare Company | Investigation/Litigation |
| Matter 0141 | David Youssef,Matteson Williams,George Arden,Jared Best | David Youssef | | | Matteson Williams | George Arden | Jared Best | Global Technology Company | Investigation/Litigation |
| Matter 0142 | David Youssef | David Youssef | | | | | | Automotive Parts Distributor | Investigation/Litigation |
| Matter 0143 | David Youssef | David Youssef | | | | | | Investment Mangement Firm | Investigation/Litigation |
| Matter 0144 | David Youssef | David Youssef | | | | | | Multi-service Law Firm | Investigation/Litigation |
| Matter 0145 | David Youssef,George Arden,Jared Best | David Youssef | | | | George Arden | Jared Best | Multinational Insurance Agency | Investigation/Litigation |
| Matter 0146 | David Youssef | David Youssef | | | | | | Global Entertainment Company | Investigation/Litigation |
| Matter 0147 | David Youssef | David Youssef | | | | | | High Net Worth Individual | Investigation/Litigation |
| Matter 0148 | David Youssef | David Youssef | | | | | | Global Technology Company | Investigation/Litigation |
| Matter 0149 | David Youssef | David Youssef | | | | | | AI Customer Engagement Solutions Company | Investigation/Litigation |
| Matter 0150 | David Youssef | David Youssef | | | | | | Aerospace Company | Investigation/Litigation |
| Matter 0151 | David Youssef | David Youssef | | | | | | Automotive Parts Manufacturer | Investigation/Litigation |
| Matter 0152 | David Youssef | David Youssef | | | | | | Transportation Company | Investigation/Litigation |
| Matter 0153 | David Youssef | David Youssef | | | | | | Healthcare Company | Investigation/Litigation |
| Matter 0154 | David Youssef | David Youssef | | | | | | Global Payment Card Service Company | Investigation/Litigation |
| Matter 0155 | David Youssef | David Youssef | | | | | | Infrastructure Consulting Firm | Investigation/Litigation |
| Matter 0156 | David Youssef | David Youssef | | | | | | Investment Mangement Firm | Investigation |
| Matter 0157 | David Youssef | David Youssef | | | | | | Insurance Company | Investigation/Litigation |
| Matter 0158 | David Youssef | David Youssef | | | | | | Pharmaceuticals Company | Readiness |
| Matter 0159 | David Youssef,Gabe Nobles | David Youssef | | Gabe Nobles | | | | Data Privacy Company | Investigation/Litigation |
| Matter 0160 | David Youssef | David Youssef | | | | | | Law Firm | Investigation/Litigation |
| Matter 0161 | David Youssef | David Youssef | | | | | | Software Company | Investigation |
| Matter 0162 | David Youssef | David Youssef | | | | | | Global Consulting Firm | Investigation |
| Matter 0163 | David Youssef | David Youssef | | | | | | Telecom Company | Investigation |
| Matter 0164 | David Youssef | David Youssef | | | | | | Healthcare Company | Investigation |
| Matter 0165 | David Youssef | David Youssef | | | | | | Healthcare Company | Investigation |
| Matter 0166 | David Youssef | David Youssef | | | | | | Online Datin Service | Investigation |
| Matter 0167 | David Youssef | David Youssef | | | | | | Information Services Company | Investigation |
| Matter 0168 | David Youssef | David Youssef | | | | | | Global Energy Company | Investigation |
| Matter 0169 | David Youssef | David Youssef | | | | | | Global Technology Company | Readiness |
| Matter 0170 | David Youssef | David Youssef | | | | | | Interior Building Products Distributor | Investigation |
| Matter 0171 | David Youssef | David Youssef | | | | | | Miscellaneous | Investigation |
| Matter 0172 | David Youssef | David Youssef | | | | | | Miscellaneous | Investigation |
| Matter 0173 | David Youssef | David Youssef | | | | | | Employment Services | Investigation |
| Matter 0174 | David Youssef | David Youssef | | | | | | Lighting Product Distributor | Investigation |
| Matter 0175 | David Youssef | David Youssef | | | | | | Tool  Manufacturing Company | Investigation/Litigation |
| Matter 0176 | David Youssef | David Youssef | | | | | | Professional Services | Investigation/Litigation |
| Matter 0177 | David Youssef | David Youssef | | | | | | Manufacturing | Investigation |
| Matter 0178 | David Youssef | David Youssef | | | | | | Educational Services | Investigation/Litigation |
| Matter 0179 | David Youssef | David Youssef | | | | | | Media Company | Incident Response |
| Matter 0180 | David Youssef | David Youssef | | | | | | High Net Worth Individual | Readiness |
| Matter 0181 | David Youssef | David Youssef | | | | | | Professional Services | Incident Response |
| Matter 0182 | David Youssef | David Youssef | | | | | | Healthcare Company | Incident Response |
| Matter 0183 | David Youssef | David Youssef | | | | | | Global Energy Trading Company | Incident Response |
| Matter 0184 | David Youssef | David Youssef | | | | | | Professional Services | Readiness |
| Matter 0185 | David Youssef | David Youssef | | | | | | Grocery Store Operator | Incident Response |
| Matter 0186 | David Youssef | David Youssef | | | | | | Global Consulting Firm | Incident Response |
| Matter 0187 | David Youssef | David Youssef | | | | | | Financial Services | Incident Response |
| Matter 0188 | David Youssef | David Youssef | | | | | | Law Firm | Investigation |
| Matter 0189 | David Youssef,Matt McManus | David Youssef | Matt McManus | | | | | Global Consulting Firm | Readiness |

| Matter # | Staff - Aggregated | David Youssef | Matt McManus | Gabe Nobles | Matteson Williams | George Arden | Jared Best | Industry | Service Offering |
|---|---|---|---|---|---|---|---|---|---|
| Matter 0190 | David Youssef | David Youssef | | | | | | Education Publishing Company | Readiness |
| Matter 0191 | David Youssef,Matt McManus,Gabe Nobles | David Youssef | Matt McManus | Gabe Nobles | | | | Global Technology Company | Security Assessment |
| Matter 0192 | David Youssef,Gabe Nobles | David Youssef | | Gabe Nobles | | | | Employment Services | Incident Response |
| Matter 0193 | David Youssef | David Youssef | | | | | | Global Software Company | Investigation |
| Matter 0194 | David Youssef | David Youssef | | | | | | Global Technology Company | Investigation |
| Matter 0195 | David Youssef | David Youssef | | | | | | 3D Printing Manufacturer | Investigation |
| Matter 0196 | David Youssef | David Youssef | | | | | | Asset Mangement Firm | Incident Response |
| Matter 0197 | David Youssef | David Youssef | | | | | | Asset Mangement Firm | Incident Response |
| Matter 0198 | David Youssef | David Youssef | | | | | | Seminary | Incident Response |
| Matter 0199 | David Youssef | David Youssef | | | | | | Investment Mangement Firm | Incident Response |
| Matter 0200 | David Youssef | David Youssef | | | | | | Security Services Firm | Incident Response |
| Matter 0201 | David Youssef | David Youssef | | | | | | Law Firm | Incident Response |
| Matter 0202 | David Youssef | David Youssef | | | | | | Healthcare Company | Incident Response |
| Matter 0203 | David Youssef | David Youssef | | | | | | Law Firm | Incident Response |
| Matter 0204 | David Youssef | David Youssef | | | | | | Production Company | Readiness |
| Matter 0205 | David Youssef | David Youssef | | | | | | Global Consulting Firm | Investigation/Litigation |
| Matter 0206 | David Youssef | David Youssef | | | | | | Grocery Store Operator | Investigation/Litigation |
| Matter 0207 | David Youssef,Gabe Nobles | David Youssef | | Gabe Nobles | | | | Global Consulting Firm | Investigation |
| Matter 0208 | David Youssef,Matt McManus | David Youssef | Matt McManus | | | | | Real Estate Company | Investigation/Litigation |
| Matter 0209 | David Youssef | David Youssef | | | | | | City Government | Investigation/Litigation |
| Matter 0210 | David Youssef | David Youssef | | | | | | Food Distributor | Incident Response |
| Matter 0211 | David Youssef,Matt McManus,Gabe Nobles | David Youssef | Matt McManus | Gabe Nobles | | | | Tax Consulting Company | Readiness |
| Matter 0212 | David Youssef,Matt McManus | David Youssef | Matt McManus | | | | | Investment Mangement Firm | Readiness |
| Matter 0213 | David Youssef,Matt McManus | David Youssef | Matt McManus | | | | | Video Communication Company | Investigation/Litigation |
| Matter 0214 | David Youssef | David Youssef | | | | | | Healthcare Company | Investigation/Litigation |
| Matter 0215 | David Youssef | David Youssef | | | | | | Health Information Company | Investigation/Litigation |
| Matter 0216 | David Youssef | David Youssef | | | | | | Technical Research | Readiness |
| Matter 0217 | David Youssef | David Youssef | | | | | | Investment Mangement Firm | Incident Response |
| Matter 0218 | David Youssef | David Youssef | | | | | | Power Tool Supplier | Incident Response |
| Matter 0219 | David Youssef | David Youssef | | | | | | Investment Mangement Firm | Investigation |
| Matter 0220 | David Youssef | David Youssef | | | | | | Miscellaneous | Investigation |
| Matter 0221 | David Youssef | David Youssef | | | | | | American University | Incident Response |
| Matter 0222 | David Youssef | David Youssef | | | | | | American Television Station | Investigation/Litigation |
| Matter 0223 | David Youssef,Matt McManus,Gabe Nobles | David Youssef | Matt McManus | Gabe Nobles | | | | South American Mining Company | Incident Response |
| Matter 0224 | David Youssef | David Youssef | | | | | | Global Retail Company | Investigation/Litigation |
| Matter 0225 | David Youssef,Matt McManus | David Youssef | Matt McManus | | | | | Private Equity Investement Firm | Incident Response |
| Matter 0226 | David Youssef,Matt McManus | David Youssef | Matt McManus | | | | | Internet Technology Company | Investigation/Litigation |
| Matter 0227 | David Youssef | David Youssef | | | | | | Global Transportation Company | Readiness |
| Matter 0228 | David Youssef | David Youssef | | | | | | Global Technology Company | Readiness |
| Matter 0229 | David Youssef | David Youssef | | | | | | Global Technology Company | Incident Response |
| Matter 0230 | David Youssef,Matt McManus | David Youssef | Matt McManus | | | | | Global Technology Company | Readiness |
| Matter 0231 | David Youssef | David Youssef | | | | | | Global Technology Company | Readiness |
| Matter 0232 | David Youssef | David Youssef | | | | | | Global Agricultre Company | Investigation/Litigation |
| Matter 0233 | David Youssef | David Youssef | | | | | | Credit Reporting Agency | Investigation/Litigation |
| Matter 0234 | David Youssef | David Youssef | | | | | | Private Equity Investement Firm | Incident Response/Investigation |
| Matter 0235 | David Youssef | David Youssef | | | | | | Private Bank | Readiness |
| Matter 0236 | David Youssef | David Youssef | | | | | | Philanthropy | Incident Response |
| Matter 0237 | David Youssef | David Youssef | | | | | | Digital Marketing Company | Investigation/Litigation |
| Matter 0238 | David Youssef,Matt McManus,Gabe Nobles | David Youssef | Matt McManus | Gabe Nobles | | | | Law Firm | Investigation/Litigation |
| Matter 0239 | David Youssef | David Youssef | | | | | | Automotive Parts Company | Incident Response |
| Matter 0240 | David Youssef | David Youssef | | | | | | AI Customer Engagement Solutions Company | Readiness |
| Matter 0241 | David Youssef,Matt McManus,Gabe Nobles | David Youssef | Matt McManus | Gabe Nobles | | | | Media Company | Readiness |
| Matter 0242 | David Youssef | David Youssef | | | | | | High Net Worth Individual | Readiness |
| Matter 0243 | David Youssef | David Youssef | | | | | | Technology Hardware & Equipment | Readiness |
| Matter 0244 | David Youssef | David Youssef | | | | | | Communications and Public Affairs | Readiness |
| Matter 0245 | David Youssef | David Youssef | | | | | | Aluminum and Industrial Equipment | Readiness |
| Matter 0246 | David Youssef | David Youssef | | | | | | Grocery Store Operator | Readiness |
| Matter 0247 | David Youssef | David Youssef | | | | | | Multinational Conglomerate | Readiness |
| Matter 0248 | David Youssef | David Youssef | | | | | | Grocery Store Operator | Incident Response |
| Matter 0249 | David Youssef | David Youssef | | | | | | Medical Treatment Company | Readiness |
| Matter 0250 | David Youssef | David Youssef | | | | | | Cybersecurity Solutions | Investigation/Litigation |
| Matter 0251 | David Youssef,Matt McManus | David Youssef | Matt McManus | | | | | Investment Mangement Firm | Investigation/Litigation |
| Matter 0252 | David Youssef,Gabe Nobles | David Youssef | | Gabe Nobles | | | | Textile Company | Readiness |
| Matter 0253 | David Youssef | David Youssef | | | | | | Media Company | Readiness |
| Matter 0254 | David Youssef | David Youssef | | | | | | Employment Services | Investigation/Litigation |
| Matter 0255 | David Youssef | David Youssef | | | | | | Law Firm | Investigation/Litigation |

| Matter # | Staff - Aggregated | David Youssef | Matt McManus | Gabe Nobles | Matteson Williams | George Arden | Jared Best | Industry | Service Offering |
|---|---|---|---|---|---|---|---|---|---|
| Matter 0256 | David Youssef | David Youssef | | | | | | Media Company | Readiness |
| Matter 0257 | David Youssef | David Youssef | | | | | | Management Consulting | Incident Response |
| Matter 0258 | David Youssef | David Youssef | | | | | | Healthcare Company | Incident Response |
| Matter 0259 | David Youssef | David Youssef | | | | | | Insurance Company | Readiness |
| Matter 0260 | David Youssef,Matt McManus | David Youssef | Matt McManus | | | | | Software Company | Readiness |
| Matter 0261 | Gabe Nobles | | | Gabe Nobles | | | | International Government | Investigation/Litigation |
| Matter 0262 | Gabe Nobles | | | Gabe Nobles | | | | Global Professional Services Firm | Investigation/Litigation |
| Matter 0263 | Matt McManus,Gabe Nobles | | Matt McManus | Gabe Nobles | | | | Online Retailer | Readiness |
| Matter 0264 | Gabe Nobles | | | Gabe Nobles | | | | University Healthcare System | Investigation/Litigation |
| Matter 0265 | Gabe Nobles | | | Gabe Nobles | | | | Employment Services | Readiness |
| Matter 0266 | Gabe Nobles | | | Gabe Nobles | | | | Robotics | Investigation/Litigation |
| Matter 0267 | Gabe Nobles | | | Gabe Nobles | | | | Video Survelliance | Investigation/Litigation |
| Matter 0268 | Matt McManus,Gabe Nobles | | Matt McManus | Gabe Nobles | | | | Employment Services | Investigation/Litigation |
| Matter 0269 | Gabe Nobles | | | Gabe Nobles | | | | Private Equity | Investigation/Litigation |
| Matter 0270 | Gabe Nobles | | | Gabe Nobles | | | | American University | Investigation/Litigation |
| Matter 0271 | Matt McManus,Gabe Nobles | | Matt McManus | Gabe Nobles | | | | Multinational Conglomerate | Readiness |
| Matter 0272 | Gabe Nobles | | | Gabe Nobles | | | | Security Services Firm | Investigation/Litigation |
| Matter 0273 | Gabe Nobles | | | Gabe Nobles | | | | Energy Company | Investigation/Litigation |
| Matter 0274 | Gabe Nobles | | | Gabe Nobles | | | | Security Devices | Investigation/Litigation |
| Matter 0275 | Gabe Nobles | | | Gabe Nobles | | | | Employment Services | Investigation/Litigation |
| Matter 0276 | Gabe Nobles | | | Gabe Nobles | | | | Financial Services | Readiness |
| Matter 0277 | Gabe Nobles | | | Gabe Nobles | | | | Company License Issuer | Readiness |
| Matter 0278 | Gabe Nobles | | | Gabe Nobles | | | | Asset Mangement Firm | Investigation/Litigation |
| Matter 0279 | Matt McManus,Gabe Nobles | | Matt McManus | Gabe Nobles | | | | Healthcare Company | Readiness |
| Matter 0280 | Matt McManus,Gabe Nobles | | Matt McManus | Gabe Nobles | | | | Law Firm | Readiness |
| Matter 0281 | Gabe Nobles | | | Gabe Nobles | | | | Satellite Communication Company | Readiness |
| Matter 0282 | Gabe Nobles | | | Gabe Nobles | | | | Financial Services | Readiness |
| Matter 0283 | Gabe Nobles | | | Gabe Nobles | | | | Biotechnology Company | Readiness |
| Matter 0284 | Gabe Nobles | | | Gabe Nobles | | | | Software Company | Readiness |
| Matter 0285 | Gabe Nobles | | | Gabe Nobles | | | | Software Company | Readiness |
| Matter 0286 | Gabe Nobles | | | Gabe Nobles | | | | Financial Services | Readiness |
| Matter 0287 | Matt McManus,Gabe Nobles | | Matt McManus | Gabe Nobles | | | | Global Payment Card Service Company | Investigation/Litigation |
| Matter 0288 | Matt McManus | | Matt McManus | | | | | Loan Manager | Readiness |
| Matter 0289 | Matt McManus | | Matt McManus | | | | | Software Company | Investigation/Litigation |
| Matter 0290 | Matt McManus | | Matt McManus | | | | | Radiation Protection Services | Readiness |
| Matter 0291 | Matt McManus | | Matt McManus | | | | | Digital Payment | Readiness |
| Matter 0292 | Matt McManus | | Matt McManus | | | | | Aerospace Company | Investigation/Litigation |
| Matter 0293 | Matt McManus | | Matt McManus | | | | | Consulting Firm | Readiness |
| Matter 0294 | Matt McManus | | Matt McManus | | | | | Private Bank | Readiness |
| Matter 0295 | Matt McManus | | Matt McManus | | | | | Human Service Nonprofit | Readiness |
| Matter 0296 | Matt McManus | | Matt McManus | | | | | Aerospace Company | Investigation/Litigation |
| Matter 0297 | Matt McManus | | Matt McManus | | | | | Benchmarking Services | Investigation |
| Matter 0298 | Matt McManus | | Matt McManus | | | | | Global Payment Card Service Company | Readiness |
| Matter 0299 | Matt McManus | | Matt McManus | | | | | Automobile Manufacturer | Readiness |
| Matter 0300 | Matt McManus | | Matt McManus | | | | | Technology Services Provider | Readiness |
| Matter 0301 | Matt McManus | | Matt McManus | | | | | Media & Entertainment | Investigation/Litigation |
| Matter 0302 | Matt McManus | | Matt McManus | | | | | Media & Entertainment | Readiness |
| Matter 0303 | Matt McManus | | Matt McManus | | | | | Private Equity | Readiness |
| Matter 0304 | Matt McManus | | Matt McManus | | | | | Financial Services | Readiness |
| Matter 0305 | Matt McManus | | Matt McManus | | | | | Government Entity | Readiness |
| Matter 0306 | Matt McManus | | Matt McManus | | | | | Healthcare Company | Readiness |
| Matter 0307 | Matt McManus | | Matt McManus | | | | | Consumer Services | Readiness |
| Matter 0308 | Matt McManus | | Matt McManus | | | | | Commercial & Professional Services | Readiness |
| Matter 0309 | Matt McManus | | Matt McManus | | | | | Telecommunication Services | Readiness |
| Matter 0310 | Matt McManus | | Matt McManus | | | | | Administration of Economic Program | Investigation/Litigation |
| Matter 0311 | Matt McManus | | Matt McManus | | | | | Technology Services Provider | Readiness |
| Matter 0312 | Matt McManus | | Matt McManus | | | | | Private Equity | Readiness |
| Matter 0313 | Matt McManus | | Matt McManus | | | | | Consumer Services | Investigation |
| Matter 0314 | Matt McManus | | Matt McManus | | | | | Commercial & Professional Services | Readiness |
| Matter 0315 | Matt McManus | | Matt McManus | | | | | Diversified Financials | Investigation |
| Matter 0316 | Matt McManus | | Matt McManus | | | | | Software & Services | Readiness |
| Matter 0317 | Matt McManus | | Matt McManus | | | | | Financial Services | Incident Response |
| Matter 0318 | Matt McManus | | Matt McManus | | | | | Healthcare Company | Investigation |
| Matter 0319 | Matt McManus | | Matt McManus | | | | | Telecommunication Services | Litigation |

# EXHIBIT D

| | |
|---|---|
| **From:** | Cagney, Craig |
| **Sent:** | Wednesday, August 21, 2024 10:58 PM |
| **To:** | 'Aaron Craig'; K&S NSO |
| **Cc:** | Mathews, Meenu Ann; fb.nso; Marzorati, Luca; Block, Micah G. |
| **Subject:** | RE: WhatsApp v. NSO:  Designation of Experts for HC-AEO Material |

Aaron,

Our portion of the letter has not changed other than nits, but we've revised the introduction to explain why it is no longer a joint letter.  That new introduction is below.  The "note" we will include is this email thread, which we will file as an exhibit to the declaration that Section 7.4(c) requires.  We acknowledge that Defendants may have more to say and may make a further submission to the Court.  Again, we would not proceed this way except that expert reports are due in less than 10 days, so we feel compelled to seek the Court's assistance immediately.

> Plaintiffs WhatsApp LLC and Meta Platforms, Inc. respectfully submit this Letter pursuant to Section 1 of this Court's Standing Order Regarding Discovery Disputes, Protective Orders, and ESI Orders.  Plaintiffs shared a copy of this Letter with counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO") on August 20, 2024, but NSO did not provide a position statement by the time of this filing, and indicated it will submit a separate response.  Plaintiffs have proceeded to file this Letter because they require the Court's urgent intervention before the August 30, 2024 deadline for affirmative expert disclosures.

Regards,


**Craig Cagney**

**Davis Polk & Wardwell** LLP
+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Thursday, August 22, 2024 12:11 AM
**To:** Cagney, Craig <craig.cagney@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>; fb.nso <fb.nso@davispolk.com>; Marzorati, Luca <luca.marzorati@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

Craig:  For the avoidance of doubt, you do not have our permission to include any "note" from our correspondence without showing us what you're going to include – in fact we are directly telling you not to do so.

**From:** Aaron Craig
**Sent:** Wednesday, August 21, 2024 9:00 PM
**To:** Cagney, Craig <craig.cagney@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>; EXT - fb nso <fb.nso@davispolk.com>; EXT - Luca

Marzorati <luca.marzorati@davispolk.com>; EXT - Micah Block <micah.block@davispolk.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

I'm not sure what "note" you're talking about.  If what you are planning to file is different from the version you previously sent, please send us the new version for our review.

---

**From:** Cagney, Craig <craig.cagney@davispolk.com>
**Sent:** Wednesday, August 21, 2024 8:58 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>; EXT - fb nso <fb.nso@davispolk.com>; EXT - Luca Marzorati <luca.marzorati@davispolk.com>; EXT - Micah Block <micah.block@davispolk.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

| CAUTION: **MAIL FROM OUTSIDE THE FIRM** |
| --- |

Aaron,

We would be glad to withdraw the joint letter if NSO does decide to withdraw its objection, but without assurances that it will, we are compelled to file this evening given the time sensitivity.  The delay has already prejudiced Plaintiffs, and if we need the Court's intervention, we need to begin that process immediately.  We will include your note with our filing so that the court is aware of the circumstances.

We will be sending a letter shortly responding to your August 19 letter on the 30(b)(6) topics, and will propose times to confer about each party's notice.

Regards,


**Craig Cagney**

**Davis Polk & Wardwell** LLP
+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Wednesday, August 21, 2024 11:20 PM
**To:** Cagney, Craig <craig.cagney@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>; fb.nso <fb.nso@davispolk.com>; Marzorati, Luca <luca.marzorati@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

Craig:  I plan to look at these materials tonight or tomorrow morning, and will make every effort to provide you with our response, whether it be withdrawal of our objection or our portion of the joint letter, by tomorrow p.m.

On a separate topic, we are available to confer with Plaintiffs about their 30(b)(6) notice of deposition as required by the Federal Rules, and believe that we should do so this week.  When would you be available for such a conference?  We would like to discuss at the same time the issues that have arisen relating to Defendants' efforts to take the Rule 30(b)(6) depositions of Plaintiffs, including Plaintiffs' wholesale objections to certain topics, their improper narrowing of other topics, and the extent to which Mr. Woog and Mr. Gheorghe were not prepared to testify as to certain aspects of their designation.

**From:** Cagney, Craig <craig.cagney@davispolk.com>
**Sent:** Wednesday, August 21, 2024 3:10 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>; EXT - fb nso <fb.nso@davispolk.com>; EXT - Luca Marzorati <luca.marzorati@davispolk.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Aaron,

Our experts reports are due in less than 10 days, and we have been attempting to resolve your meritless objections since August 1, far longer than the 7 day meet-and-confer period set by the Protective Order. We are willing to confer this evening if there is a prospect of resolving NSO's objection, but if NSO will not withdraw its objections today, we need immediate relief and will be filing this evening. We will incorporate any position statement from NSO that we receive by 6 PM PST, but otherwise will indicate that we did not receive one in time for this filing but understand that you intend to file one separately.

As indicated in my email, I am attaching a document that now details the previous engagements for all of the FTI designees. In addition to the matters listed here, prior to his time at FTI, and while working for Prescient Global Risk Management & Intelligence Services, Eric Lunser served as an expert witness for Janet Janet and Suggs LLC, the attorneys representing the Plaintiff in *Estate of Karen Marie Goggin, Plaintiff, v. Blythe Construction Inc., Zachry Construction Corp., Johnson Mirmiran and Thompson Inc., Cowan Systems LLC, and John Allen Ferguson, Defendants*, in the United States District Court, D. South Carolina, Spartanburg Division. Aside from Mr. Lunser and Mr. Youssef, none of the other FTI designees have previously been retained as testifying experts in connection with litigation. Let us know if this information resolves any of NSO's objections.

Regards,

**Craig Cagney**

**Davis Polk & Wardwell** LLP
+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Wednesday, August 21, 2024 2:57 PM
**To:** Cagney, Craig <craig.cagney@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>; fb.nso <fb.nso@davispolk.com>; Marzorati, Luca <luca.marzorati@davispolk.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

Craig: We're evaluating your letter. We think it's outrageous that you would purport to give us a half-day to analyze and prepare a response to it. We will make every effort to provide you with our response by tomorrow p.m.

If you elect to file this today without our portion, we intend to contact the court to let them know when you first provided us with your portion of the letter, our ETA for filing our portion, and a chart setting forth each of the discovery dispute letters we have sent you in the course of this case, their subject matter/examples, and the amount of time we provided you for a response.

**From:** Cagney, Craig <craig.cagney@davispolk.com>
**Sent:** Tuesday, August 20, 2024 7:03 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>; EXT - fb nso <fb.nso@davispolk.com>; EXT - Luca Marzorati <luca.marzorati@davispolk.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

Please see Plaintiffs' portion of a joint letter regarding NSO's objection to the designation of Plaintiffs' experts from FTI.  Please provide your portion by noon PT tomorrow.  Given the impending expert disclosure deadline, we intend to file tomorrow even without NSO's position.

While we don't agree with your position on Section 7.4(a)(3)(5) with respect to Mr. Youssef's support staff, we are working to prepare that information and will provide it as soon as possible.  We expect it will overlap significantly with Mr. Youssef's prior engagements, and will have the same level of detail as to confidential matters, which is all that Section 7.4(a)(3)(5) requires.  If that will resolve your objection, let us know.

Regards,


**Craig Cagney**

**Davis Polk & Wardwell** LLP
+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Monday, August 19, 2024 2:44 PM
**To:** Cagney, Craig <craig.cagney@davispolk.com>; Mathews, Meenu Ann <meenu.mathews@davispolk.com>; fb.nso <fb.nso@davispolk.com>; Marzorati, Luca <luca.marzorati@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

Craig:  We can do 2:00 pm PDT if that works for you, and I'll send an invite.  In addition to our objection to your experts, we would like to confer as to your having objected to the majority of our 30(b)(6) deposition topics, and a possible revision to the deposition schedule.

**From:** Cagney, Craig <craig.cagney@davispolk.com>
**Sent:** Monday, August 19, 2024 10:43 AM
**To:** Aaron Craig <ACraig@KSLAW.com>; Mathews, Meenu Ann <meenu.mathews@davispolk.com>; EXT - fb nso <fb.nso@davispolk.com>; EXT - Luca Marzorati <luca.marzorati@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Aaron,

We're available after 2pm EST, except from 4-4:30 EST.  Please provide the basis for your continued objection "in detail" as required by Section 7.4(b) of the PO, as well as identifying the other issue you would like to discuss, so we can prepare accordingly.

Regards,
Craig

**Craig Cagney**

**Davis Polk & Wardwell LLP**
+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Monday, August 19, 2024 12:37 AM
**To:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>; fb.nso <fb.nso@davispolk.com>; Marzorati, Luca <luca.marzorati@davispolk.com>; Cagney, Craig <craig.cagney@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** Re: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

Craig, we do not withdraw our objection and can confer with you tomorrow afternoon about it, as well as another issue that has come to our attention.  Please let me know what time.

**From:** Cagney, Craig <craig.cagney@davispolk.com>
**Sent:** Sunday, August 18, 2024 9:33:40 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; Mathews, Meenu Ann <meenu.mathews@davispolk.com>; EXT - fb nso <fb.nso@davispolk.com>; EXT - Luca Marzorati <luca.marzorati@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

We provided information last Monday that resolves NSO's previously stated objection to Plaintiffs' designation of Mr. Youssef, Mr. McManus, Ms. Williams, Mr. Nobles, and Mr. Arden as Experts.  Despite our follow-ups, you have not indicated whether NSO has any continuing objection, or what the basis for such objection would be.  As we have previously notified you, NSO's delay is prejudicing Plaintiffs' ability to complete its expert reports by the August 30 deadline for expert disclosures.  Unless we hear anything further by noon PST tomorrow, we will assume NSO has withdrawn its objection and will proceed to share the HC-AEO material indicated below with Mr. Youssef, Mr. McManus, Ms. Williams, Mr. Nobles, and Mr. Arden.

Regards,

**Craig Cagney**

**Davis Polk & Wardwell LLP**
+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

**From:** Cagney, Craig <craig.cagney@davispolk.com>
**Sent:** Thursday, August 15, 2024 1:06 AM
**To:** 'Aaron Craig' <ACraig@KSLAW.com>; Mathews, Meenu Ann <meenu.mathews@davispolk.com>; fb.nso <fb.nso@davispolk.com>; Marzorati, Luca <luca.marzorati@davispolk.com>

**Cc:** 'K&S NSO' <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

Aaron,

Please let us know if the materials sent on Tuesday resolve NSO's objection, or else the basis for NSO's continued objection to Mr. Youssef, Mr. McManus, Ms. Williams, Mr. Nobles, and Mr. Arden.

Regards,
Craig

**Craig Cagney**

**Davis Polk & Wardwell** LLP
+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

---

**From:** Cagney, Craig
**Sent:** Tuesday, August 13, 2024 12:02 AM
**To:** 'Aaron Craig' <ACraig@KSLAW.com>; Mathews, Meenu Ann <meenu.mathews@davispolk.com>; fb.nso <fb.nso@davispolk.com>; Marzorati, Luca <luca.marzorati@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

Confirming receipt.

**Craig Cagney**

**Davis Polk & Wardwell** LLP
+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Monday, August 12, 2024 8:43 PM
**To:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>; fb.nso <fb.nso@davispolk.com>; Marzorati, Luca <luca.marzorati@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** Re: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

We will take a look.  Please confirm receipt of the discovery originally sent by Mina Tunson.

---

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Monday, August 12, 2024 5:36:05 PM
**To:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>; Aaron Craig <ACraig@KSLAW.com>; EXT - fb nso <fb.nso@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Aaron,

As discussed, please see attached for a description of the entities that have provided compensation for Mr. Yousef's areas of expertise, including in connection with litigation.

Please let us know if this resolves your objection.  If not, please let us know when you are available to confer.

Thanks,
Luca
**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

---

**Davis Polk & Wardwell** LLP
Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>
**Sent:** Friday, August 9, 2024 7:03 AM
**To:** Aaron Craig <ACraig@KSLAW.com>; fb.nso <fb.nso@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

Aaron,

Please explain the basis for your continued objection, and your availability tomorrow or Monday to confer.  If we cannot resolve the objection, we need to present the dispute to the Court immediately in light of the August 30 deadline for expert disclosures, unless you are willing to agree to adjourn Plaintiffs' deadline.

Best,
Meenu

**Meenu Ann Mathews**
Law Clerk

**Davis Polk & Wardwell** LLP
+1 212 450 3441 office
+1 646 830 4961 mobile
meenu.mathews@davispolk.com

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Thursday, August 8, 2024 7:20 PM
**To:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>; fb.nso <fb.nso@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

Meenu:  We maintain our objections to your providing any of Defendants' confidential material to David Youssef, Matt McManus, Gabe Nobles, George Arden and Matteson Williams.  I will let you know when we are available to confer.  We have several other discovery issues ahead of this in the queue about which we have sent joint discovery dispute letters this week.

We will respond to your designation of Mr. Lunser and Mr. Best after we evaluate it.

**From:** Mathews, Meenu Ann <meenu.mathews@davispolk.com>
**Sent:** Thursday, August 8, 2024 7:31 AM
**To:** Aaron Craig <ACraig@KSLAW.com>; EXT - fb nso <fb.nso@davispolk.com>

**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Aaron,

Mr. Youssef was retained by Pearson Education in *Collins v. Pearson Education, Inc.*, 1:23-cv-02219 (S.D.N.Y.) and Google in *Google LLC v. Saeed*, 23-cv-03369 (S.D.N.Y.).  Please see attached for a description of the entities that have provided compensation for Mr. Yousef's areas of expertise, including in connection with litigation. Mr. McManus, Ms. Williams, Mr. Nobles, and Mr. Arden have not been retained as expert witnesses in connection with any litigation.

Below are the cities and states of residence of each expert:
1.  David Youssef (New York, NY)
2.  Matt McManus (New York, NY)
3.  Gabe Nobles (Reston, VA)
4.  George Arden (New York, NY)
5.  Matteson Williams (Washington, DC)

We note that the revised descriptions provide the same level of detail as the disclosures for NSO's experts.   We trust that these revised disclosures now resolve NSO's objection.  Please let us know by the end of the day whether NSO withdraws its objection, or else when you are available to confer.

Finally, pursuant to Section 7.4(a)(3) of the Stipulated Protective Order (Dkt. No. 132), Plaintiffs hereby provide notice of their designation of Eric Lunser and Jared Best as Experts authorized to receive discovery designated in this case as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE."

This request encompasses discovery from any Designating Party that King & Spalding represents in connection with discovery in this matter, including without limitation the following:

1.  NSO Group Technologies Limited
2.  Q Cyber Technologies Limited
3.  Westbridge Technologies, Inc.
4.  Compass Stratagem, LLC
5.  Omri Lavie
6.  Josh Shaner
7.  Terrence DiVittorio

A copy of the Experts' CV and signed copies of the Experts' "Acknowledgment and Agreement to be Bound" (Exhibit A) are attached hereto.  The general categories of information that Plaintiffs seek to disclose to the Experts are documents and communications reflecting the operation, capabilities, design, installation, maintenance, and use of Defendants' spyware.  Pursuant to Section 7.3(d)(1) of the Stipulated Protective Order, disclosure to the above-referenced Experts is reasonably necessary for this litigation because they possess the technical expertise necessary to assist counsel in providing advice to Plaintiffs about these materials.  Mr. Lunser resides in Westtown, NY and Mr. Best resides in Arlington, VA.  Neither Mr. Lunser or Mr. Best have been retained as experts in connection with litigation.

Best,
Meenu

**Meenu Ann Mathews**
Law Clerk

**Davis Polk & Wardwell** LLP

+1 212 450 3441 office
+1 646 830 4961 mobile
meenu.mathews@davispolk.com

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Thursday, August 1, 2024 9:41 PM
**To:** fb.nso <fb.nso@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** FW: WhatsApp v. NSO: Designation of Experts for HC-AEO Material

Luca,

Pursuant to Section 7.4(b) of the Stipulated Protective Order (the "Protective Order") (Dkt. No. 132), Defendants object to Plaintiffs' request to disclose discovery designated in this case as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" to David Youssef, Matthew McManus, Matteson Williams, Gabe Nobles, and George J. Arden III as proposed Experts.

Plaintiffs' request fails to comply with Section 7.4(a)(3) of the Protective Order, as it fails to identify "each person or entity from whom the Expert has received compensation or funding for work in his or her areas of expertise or to whom the Expert has provided professional services, including in connection with a litigation, at any time during the preceding five years and the party to the litigation for whom such work was done." Protective Order, Section 7.4(a)(3)(5). Indeed, with respect to Mr. Youssef, Plaintiffs fail to identify any persons or entities to whom he has provided professional services, including in connection with litigation, at any time during the preceding five years and the party to the litigation for whom the work was done. Mr. Youssef provides only "summaries" of matters that Plaintiffs unilaterally contend are "pertinent," all of which fail to identify the persons or entities to whom Mr. Youssef provided services or from whom he received compensation or funding. Plaintiffs' request also fails to indicate the persons or entities engaging Mr. Youssef in his two listed litigation matters. The CVs of the remaining proposed Experts similarly fail to provide the information required by Section 7.4(a)(3)(5) of the Protective Order. Further, although the CV for Mr. McManus references his provision of expert testimony, neither his CV nor anything in Plaintiffs' request identifies any matters in which he has provided such expert testimony or the parties having engaged him, as required by Section 7.4(a)(3)(5) and Section 7.4(a)(3)(6) of the Protective Order.

In addition, Plaintiffs have failed to identify the cities and states of the proposed Experts' primary residences (instead providing only what appear to be business addresses) and to demonstrate that disclosure to these proposed Experts is reasonably necessary to the litigation and adequately protects Defendants' interests in the materials at issue.

We therefore object.

---

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Friday, July 19, 2024 12:37 PM
**To:** Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>
**Cc:** fb.nso <fb.nso@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Subject:** WhatsApp v. NSO: Designation of Experts for HC-AEO Material

CAUTION: **MAIL FROM OUTSIDE THE FIRM**

Counsel,

Pursuant to Section 7.4(a)(3) of the Stipulated Protective Order (Dkt. No. 132), Plaintiffs hereby provide notice of their designation of David Youssef, Matthew McManus, Matteson Williams, Gabe Nobles, and George J. Arden III as Experts authorized to receive discovery designated in this case as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE."

This request encompasses discovery from any Designating Party that King & Spalding represents in connection with discovery in this matter, including without limitation the following:

-    NSO Group Technologies Limited
-    Q Cyber Technologies Limited
-    Westbridge Technologies, Inc.
-    Compass Stratagem, LLC
-    Omri Lavie
-    Josh Shaner
-    Terrence DiVittorio

A copy of the Experts' CV and signed copies of the Experts' "Acknowledgment and Agreement to be Bound" (Exhibit A) are attached hereto.  The general categories of information that Plaintiffs seek to disclose to the Experts are documents and communications reflecting the operation, capabilities, design, installation, maintenance, and use of Defendants' spyware.  Pursuant to Section 7.3(d)(1) of the Stipulated Protective Order, disclosure to the above-referenced Experts is reasonably necessary for this litigation because they possesses the technical expertise necessary to assist counsel in providing advice to Plaintiffs about these materials.

Since his tenure with FTI Consulting began in 2017, Mr. Youssef has provided professional services to at least 166 unique client matters. The majority of these matters are related to incident response, digital forensics, and complex investigations.  Below are summaries of pertinent matters and matters related to providing litigation support in the past five years, to which Mr.  Youssef provided professional services:

- Litigation support matter defending a health and wellness company against an MSP hired for outsourced IT services. The healthcare company (Client) was hit with ransomware. Client did not believe the MSP was meeting the contractual terms and stopped paying. The MSP is suing Sharecare for not paying, but Sharecare is now countersuing claiming the MSP didn't meet proper IT protocols or security controls to prevent damage from the incident. As a result, the Client incurred more damage from the incident.
- Text message and email analysis in relation to ongoing litigation.
- Data breach investigation.
- A financial services company experienced several cybersecurity incidents over a six-year span. FTI Consulting was engaged to act as an independent cybersecurity expert witness. We analyzed the opposing expert's report, which was over 800 pages long, and was based on almost 1,000 pieces of underlying evidence. We analyzed this report and provided our findings in an expert report which critiqued the appropriateness of the alleged cybersecurity baseline.
- Corporate espionage and theft of trade secrets.
- FTI Cybersecurity was retained by a major technology company to investigate a "pay-per-install" ("PPI") service believed to be associated with the distribution of malware. The aim of the investigation was to disrupt the Cryptbot infostealer by taking down a major distribution arm and disabling Command and Control (C2) infrastructure. FTI Cybersecurity's primary efforts focused on gathering evidence to identify infrastructure that was currently or historically used in connection with this malware family. We provided an expert witness report based on our findings.
- FTI Cybersecurity was retained to provide expert services. Our report explained the cybersecurity risks posted to banks and their customers, and the procedures that banks implement to mitigate such risk. Our expert analyzed the cyber fraud schemes at issue in the matter and opined on the adherence to reasonable cybersecurity procedures in processing wires.
- Investigation of data exfiltration; Expert report; Search for possible PII exposure.
- Complex Cybersecurity Investigation; Litigation matter.
- Complex Cybersecurity Investigation; Litigation matter.
- Support related to litigation; imaging/preservation of data from client web application.

- Complex Cybersecurity Investigation; Litigation matter.
- Post-acquisition dispute.
- Complex Cybersecurity Investigation; Litigation matter.
- Complex Cybersecurity Investigation; Litigation matter.
- Conduct root cause analyses on potential data breach and provide an expert witness report in relation to civil litigation (Professional Malpractice).

Mr. Youssef has offered testimony in *Collins v. Pearson Education, Inc.*, 1:23-cv-02219 (S.D.N.Y.) and *Google LLC v. Saeed*, 23-cv-03369 (S.D.N.Y.).  The CVs of Mr. McManus, Ms. Williams, Mr. Nobles, and Mr. Arden III contain all of the additional information required by subsections (2) through (6).

Thanks,
Luca
**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

---

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

EXHIBIT E

EXHIBIT FILED UNDER SEAL