# King & Spalding

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, California 90071 USA

August 28, 2024

The Honorable Phyllis J. Hamilton, Senior U.S. District Judge
United States District Court, Northern District of California
Oakland Courthouse, Courtroom 3
1301 Clay Street, Oakland, CA 94612

Re:   Court's Order Re Discovery Letter Briefs, Motions to Seal (Dkt. No. 370)

On August 27, 2024, the Court denied as moot Defendants' Motion to Compel with respect to Plaintiffs' failure to produce a privilege log based on Plaintiffs' representation that they intended to produce a privilege log in advance of the first deposition of their witnesses. Unfortunately, that representation was an empty one. Plaintiffs have not produced a privilege log despite Defendants having taken three depositions of Plaintiffs' witnesses, the first of which was two weeks ago today, August 14, 2024.

Shortly after 1:00 a.m. PDT on August 28, 2024, Defendants asked Plaintiffs to produce their privilege log today. As of the filing of this update, no privilege log has been received.

In light of this, Defendants ask the Court to reconsider its ruling denying Defendants' motion to compel (Dkt. No. 359). In light of Plaintiffs' misrepresentation to the Court (or failure to promptly correct a representation to the Court that became inaccurate), the Court should order Plaintiffs to immediately produce all documents or portions of documents they have withheld on the basis of privilege.

Sincerely,

/s/ Aaron S. Craig

Aaron S. Craig, Counsel for Defendants