UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | Case No. 19-cv-07123-PJH<br><br>**ORDER RE AUGUST 28 LETTER BRIEF**<br><br>Re: Dkt. 371 |

On August 27, 2024, the court issued an order addressing a number of discovery disputes between the parties. See Dkt. 370. In relevant part, the court denied as moot defendants' request to compel plaintiffs to produce a privilege log, based on plaintiffs' representation "that they intend to produce a privilege log in advance of the first deposition of plaintiffs' witnesses." See id. at 1.

On August 28, defendants filed a letter brief asserting that the first deposition of a plaintiffs' witness took place on August 14, and that plaintiffs did not produce a privilege log in advance of the deposition, nor have they done so as of the letter brief's filing. See Dkt. 371.

The court construes defendants' letter brief as a motion for leave to file a motion for reconsideration based on a "material difference in fact . . . from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought," and GRANTS the motion for leave. See Civil L.R. 7-9(b)(1). Defendants may file a separate motion for reconsideration, not to exceed five (5) pages, by **Tuesday, September 3, 2024**, or defendants may stand on their current letter brief if they have

1  nothing to add.  Plaintiffs may file a response, not to exceed five (5) pages, by
2  **Wednesday, September 4, 2024**.

4  **IT IS SO ORDERED.**
5  Dated:  August 30, 2024

                                                                /s/ *Phyllis J. Hamilton*
                                          PHYLLIS J. HAMILTON
                                          United States District Judge