JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
  *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF MOTION OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED FOR RECONSIDERATION OF DISCOVERY ORDER AND TO COMPEL PRODUCTION OF DOCUMENTS DUE TO PLAINTIFFS' FAILURE TO PROVIDE A PRIVILEGE LOG**<br><br>Action Filed:  10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration in support of Defendants' concurrently-filed Motion for Reconsideration of Discovery Order and to Compel Production of Documents Due to Plaintiffs' Failure to Provide a Privilege Log.

3. Defendants have served six requests for productions of documents on dates March 8, 2023, May 1, 2023, December 8, 2023, April 22, 2024, July 24, 2024, and August 1, 2024.

4. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Production of Documents to Plaintiffs, dated April 17, 2023.

5. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' Second Set of Requests for Production of Documents to Plaintiffs, dated May 31, 2023.

6. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs' Amended Responses and Objections to Defendants' First Set of Requests for Production of Documents to Plaintiffs, dated August 24, 2023.

7. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' Amended Responses and Objections to Defendants' Second Set of Requests for Production of Documents to Plaintiffs, dated August 24, 2023.

8. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiffs' Second Amended Responses and Objections to Defendants' First Set of Requests for Production of Documents to Plaintiffs, dated September 8, 2023.

9. Attached hereto as **Exhibit F** is a true and correct copy of Plaintiffs' Second Amended Responses and Objections to Defendants' Second Set of Requests for Production of Documents to Plaintiffs, dated September 8, 2023.

10. Attached hereto as **Exhibit G** is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' Third Set of Requests for Production of Documents to Plaintiffs, dated January 10, 2024.

11. Attached hereto as **Exhibit H** is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' Fourth Set of Requests for Production of Documents to Plaintiffs, dated May 29, 2024.

12. Attached hereto as **Exhibit I** is a true and correct copy of a letter from Plaintiffs' counsel dated August 11, 2024, asserting claims of privilege and inadvertent production as to certain previously-produced documents.

13. Defendants have produced a log of their documents withheld or partially redacted based on the attorney-client privilege. Defendants have not withheld or redacted any documents based on work-product protection.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of September 2024, in London, United Kingdom.

_____
AARON S. CRAIG