# EXHIBIT I

**Davis Polk**

Craig Cagney
+1 212 450 3162
craig.cagney@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

August 11, 2024

Re: *WhatsApp LLC v. NSO Group Techs. Ltd*, No. 4:19-cv-7123 (PJH) (N.D. Cal.)

Aaron Craig
King & Spalding LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

Dear Counsel:

We write on behalf of Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in response to your letter dated July 22, 2024 and your email dated July 24, 2024 on behalf of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO").

Pursuant to Section 13 of the Stipulated Protective Order, Dkt. No. 132 at 20–21, we are providing notice of the inadvertent production of privileged material.

The document Bates stamped as WA-NSO-00154802 is protected from disclosure by the attorney-client privilege in its entirety.  In addition, portions of the document Bates stamped as WA-NSO-00060339 are protected from disclosure by the attorney-client privilege.  Plaintiffs will produce a revised version of WA-NSO-00060339 with all privileged material redacted.

Please promptly destroy all copies of the documents Bates stamped as WA-NSO-00154802 and WA-NSO-00060339 in your possession, custody, or control, and provide us with notification when the destruction is complete.  Pursuant to Federal Rule of Evidence 502, the inadvertent production of the documents Bates stamped as WA-NSO-00154802 and WA-NSO-00060339 does not constitute a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding.

Very truly yours,

*/s/ Craig Cagney*

Craig Cagney