# EXHIBIT A

SUBMITTED TO BE SEALED