JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF DEPOSITIONS**<br><br>Action Filed:   10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of King & Spalding LLP, and I am counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. Counsel for NSO Defendants and counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. (together, the "Parties") conferred extensively to schedule the depositions of fact witnesses prior to the present fact-discovery cutoff of September 13, 2024.

3. The parties ultimately agreed on a deposition schedule that allowed for almost all of the depositions to take place before September 13, 2024, but that required five witness depositions (two third-party witnesses and three of Plaintiffs' employees) to take place between September 17-25, 2024.

4. In coming to the agreed deposition schedule, counsel for the Parties worked to comply as closely as possible with the fact-discovery deadline while accommodating witness availability (and in one case, the witness' illness) but determined that additional time is necessary to complete all fact depositions, and request that the concurrently-filed court order be entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 13, 2024, at Los Angeles, California.

        /s/Aaron S. Craig
        AARON S. CRAIG