JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,

Plaintiffs,

v.

NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,

Defendants.

Case No. 4:19-cv-07123-PJH

**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Action Filed: 10/29/2019

TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") move the Court to consider whether certain portions of and exhibits attached to the parties' Joint Letter Brief Regarding Plaintiffs' Communications with Law Enforcement (the "Joint Letter Brief") should be sealed. Unredacted versions of the Joint Letter Brief and the Exhibits to the Joint Letter Brief are attached as Exhibits A and 1, 2, 3, and 4 to the Declaration of Aaron S. Craig filed currently herewith.

The Joint Letter Brief references and describes documents produced by or referencing materials designated by Plaintiffs WhatsApp LLC, f/k/a WhatsApp Inc. ("WhatsApp"), and Meta Platforms, Inc., f/k/a Facebook, Inc. ("Facebook" and, collectively, "Plaintiffs") that Plaintiffs have designated as "Highly Confidential - Attorney's Eyes Only" under the Stipulated Protective Order (Dkt. No. 132). Defendants have attached these documents as Exhibits 1, 2, and 3 to the Joint Letter Brief. Defendants move the Court to consider whether Exhibits 1, 2, and the yellow highlighted portions of Exhibit 3 at pages 5 (line 27-28), 6 (lines 1-18), 9 (lines 16-27), 12 (lines 3-17), and 14 (lines 1-13) to the Joint Letter Brief, and the yellow highlighted references to those exhibits in the Joint Letter Brief, should be sealed.[1]

Defendants take no position as to whether these materials or information derived from these materials satisfy the requirements for sealing. They reserve the right to challenge any confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

Defendants respectfully request that the Court permit the unredacted Joint Letter and Exhibits 1, 2, 3, and 4 to be conditionally filed under seal.

---

[1] Pursuant to Civil Local Rule 79-5(f)(5), this Administrative Motion addresses only portions of the Joint Letter Brief and Exhibits as to which Plaintiffs bear the burden to demonstrate the propriety of sealing. Concurrently herewith, Defendants have filed an Administrative Motion to File Under Seal, which addresses portions of the Joint Letter Brief and Exhibits as to which Defendants bear the burden to demonstrate the propriety of sealing.

DATED: September 20, 2024

KING & SPALDING LLP

By: */s/ Aaron S. Craig*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED