1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants
   NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

11

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
|---|---|
| Plaintiffs, | **DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | Action Filed: 10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration pursuant to Northern District of California Local Rule 79-5(f) in support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed concurrently herewith.

3. Attached hereto as **Exhibit A** is a true and correct copy of the unredacted version of the parties' Joint Letter Brief Regarding Plaintiffs' Communications with Law Enforcement (the "Joint Letter Brief").

4. Attached hereto as **Exhibits 1-4** are unredacted versions of Exhibits 1-4 to the Joint Letter Brief.

5. The yellow highlighted portions of the Joint Letter Brief contain references to documents that have been designated as Highly Confidential – Attorneys' Eyes Only" by Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action.

6. Exhibits 1 and 2 to the Joint Letter Brief contain excerpts of documents that have been designated as "Highly Confidential – Attorneys' Eyes Only" by Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action that are referenced in the Joint Letter Brief.

7. Exhibit 3 to the Joint Letter Brief contains excerpts of Plaintiffs' Responses and Objections to Defendants' Second Set of Interrogatories, portions of which reference documents that have been designated as Highly Confidential – Attorneys' Eyes Only" by Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action (the yellow highlighted portions of pages 5 (line 27-28), 6 (lines 1-18), 9 (lines 16-27), 12 (lines 3-17), and 14 (lines 1-13)), some of which are referenced in the Joint Letter Brief.

8. Defendants take no position as to whether these materials or information derived from these materials satisfy the requirements for sealing. They reserve the right to challenge any confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of September 2024, at Washington, D.C.

/s/ Aaron Craig
AARON S. CRAIG