1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             OAKLAND DIVISION

11

12  WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH
    and FACEBOOK, INC., a Delaware
    corporation,                            **[PROPOSED] ORDER GRANTING
13                                          DEFENDANTS NSO GROUP
                                            TECHNOLOGIES LIMITED AND Q
                   Plaintiffs,              CYBER TECHNOLOGIES LIMITED'S
14                                          ADMINISTRATIVE MOTION TO
           v.                               CONSIDER WHETHER ANOTHER
15                                          PARTY'S MATERIAL SHOULD BE
    NSO GROUP TECHNOLOGIES LIMITED          SEALED**
16  and Q CYBER TECHNOLOGIES LIMITED,
17                 Defendants.              Action Filed:  10/29/2019
18
19
20
21
22
23
24
25
26
27
28

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("the Motion") filed by NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Joint Letter Brief Regarding Defendants' Motion for Reconsideration and to Compel Production of Plaintiffs' Communications with Law Enforcement ("Joint Letter Brief") | Yellow highlighted portions of pages 2, 3, and 4[1] | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibits 1 and 2 the Joint Letter Brief | All portions | Material designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibit 3 the Joint Letter Brief | Yellow highlighted portions of pages 5 (line 27-28), 6 (lines 1-18), 9 (lines 16-27), 12 (lines 3-17), and 14 (lines 1-13) | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |

Dated: _____          _____
                                        THE HONORABLE PHYLLIS J. HAMILTON
                                        SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court will address sealing of portions of the Joint Letter Brief and Exhibits as to which Defendants bear the burden to demonstrate the propriety of sealing by separate order.