1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

CRAIG DECL.                                                      Case No. 4:19-cv-07123-PJH

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court, a partner in the law firm of King & Spalding LLP, and counsel of record to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"). This Declaration is made in support of Defendants' Administrative Motion to Seal filed concurrently herewith. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

2. Concurrently herewith, Defendants filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed and a supporting declaration (the "First Craig Declaration"), attaching the parties' Joint Letter Brief Regarding Plaintiffs' Communications with Law Enforcement (the "Joint Letter Brief") and Exhibits 1-4 thereto.

3. The green highlighted portions of the Joint Letter Brief (attached as Exhibit A to the First Craig Declaration) contain references to documents that have been designated as Highly Confidential – Attorneys' Eyes Only" by Defendants pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action.

4. The green highlighted portions of Exhibit 3 to the Joint Letter Brief (attached as Exhibit 3 to the First Craig Declaration) at pages 5 (lines 7-25), 6 (lines 19-28), and 9 (lines 1-14) contain references to documents that have been designated as Highly Confidential – Attorneys' Eyes Only" by Defendants pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action.

5. Exhibit 4 to the Joint Letter Brief (attached as Exhibit 4 to the First Craig Declaration) is a true and correct copy of the unredacted version of excerpts of the Deposition of Tamir Gazneli that was designated as Highly Confidential – Attorneys' Eyes Only" by Defendants pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action, which are referenced in the Joint Letter Brief.

6. The materials described in paragraphs 3-5 of this declaration reflect sensitive confidential business information of Defendants and their sovereign government customers. Disclosure of these materials would pose a risk of harm to Defendants' business, would provide competitors an unfair advantage by providing access to internal business deliberations and

1 information, and would also harm interests of Defendants' sovereign government customers, including potentially by impairing those customers' law enforcement and intelligence-gathering efforts.

7. Accordingly, good cause (and, if necessary, a compelling reason) exists to seal the materials described in paragraphs 3-5 of this declaration, and Defendants respectfully request that the Court grant the accompanying Administrative Motion to File Under Seal and order that these Exhibits be kept under seal.

8. The Declarant has carefully sought sealing of only those parts of the sealed documents as necessary.[1]

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct this 20th day of September 2024, at Washington, D.C.

　　　　　　　　　　　　　　/s/ *Aaron S. Craig*
　　　　　　　　　　　　　　AARON S. CRAIG

---

[1] To the extent the Court disagrees with Defendants' sealing request, the Declarant respectfully requests that the sealed documents and the unredacted version of this Declaration be stricken from the docket of this action and that any copies thereof be destroyed.