1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br><br>WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Hon. Phyllis J. Hamilton |

18
19
20
21
22
23
24
25
26
27
28

1    This Court, having considered the Administrative Motion to File Under Seal submitted by

2  Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively,

3  the "Defendants"), and the Declaration of Aaron S. Craig filed in support thereof, and GOOD

4  CAUSE THEREFOR APPEARING, finds that good cause supports the sealing of the court records

5  as specified in this Order.

| Documents To Be Sealed | Portion To Be Sealed |
|---|---|
| Joint Letter Brief Regarding Plaintiffs' Communications with Law Enforcement ("Joint Letter Brief") | Green highlighted portions |
| Joint Letter Brief Exhibit 3 – Excerpts of Plaintiffs' Responses and Objections to Defendants' Second Set of Interrogatories | Green highlighted portions of pages 5, 6, and 9 |
| Joint Letter Brief Exhibit 4 – Excerpts of the Deposition of Tamir Gazneli | All |

12    The Motion is accordingly GRANTED, and the documents described above are to be filed

13  under seal.  To the extent it is necessary in future court filings in this case for the parties to make

14  reference to the sealed content of the sealed documents, those matters may also be filed under seal

15  pursuant to this Order.[1]

16    **IT IS SO ORDERED.**

17  DATED: _____

19    THE HONORABLE PHYLLIS J. HAMILTON
    SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court will address sealing of portions of the Joint Letter Brief and Exhibits as to which Plaintiffs bear the burden to demonstrate the propriety of sealing by separate order.

[PROPOSED] ORDER GRANTING                                    Case No. 4:19-cv-07123-PJH
DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL