JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed:   10/29/2019 |

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over 18 years of age, and not a party to this action. I am employed by the law firm of King & Spalding LLP; my business address is 633 W. 5th Street, Suite 1600, Los Angeles, California 90071.

On September 20, 2024, I served the following documents in the manner described below:

1. **DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED;**

2. **EXHIBIT A – JOINT LETTER BRIEF (PI COMMUNICATIONS WITH DOJ) EXHIBITS 1 THROUGH 4 [UNREDACTED VERSION]**

☑   BY ELECTRONIC SERVICE:  By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

Counsel for Plaintiffs:

Greg D. Andres (greg.andres@davispolk.com)
Craig T. Cagney (craig.cagney@davispolk.com)
Antonio J. Perez- Marques (antonio.perez@davispolk.com)
**DAVIS POLK & WARDWELL LLP** (fb.nso@davispolk.com)
450 Lexington Avenue
New York, New York 10017

Micah G. Block (micah.block@davispolk.com)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California 94025

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on September 20, 2024, at Fullerton, California.

*/s/ Kathryn Bell-Taylor*
Kathryn Bell-Taylor