1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants
   NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12 | WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH
   | and FACEBOOK, INC., a Delaware |
13 | corporation, | **DECLARATION OF AARON S. CRAIG**
   | | **IN SUPPORT OF DEFENDANTS NSO**
14 | Plaintiffs, | **GROUP TECHNOLOGIES LIMITED**
   | | **AND Q CYBER TECHNOLOGIES**
15 | v. | **LIMITED'S ADMINISTRATIVE**
   | | **MOTION TO CONSIDER WHETHER**
16 | NSO GROUP TECHNOLOGIES LIMITED | **ANOTHER PARTY'S MATERIAL**
   | and Q CYBER TECHNOLOGIES LIMITED, | **SHOULD BE SEALED**
17 | |
   | Defendants. |
18 | | Action Filed:  10/29/2019

19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF AARON S. CRAIG                    Case No. 4:19-cv-07123-PJH

I, Aaron S. Craig, declare as follows:

1.      I am a member of the California State Bar and the bar of this court.  I am a partner in the law firm of King & Spalding LLP and counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action.  I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2.      I submit this declaration pursuant to Northern District of California Local Rule 79-5(f) in support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed concurrently herewith.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the unredacted version of the parties' Joint Letter Brief Regarding Defendants' Motion to Compel Responses to NSO's Fifth and Sixth Sets of Requests for Production of Documents and Second Set of Interrogatories (the "Joint Letter Brief").

4.      Attached hereto as **Exhibits 3-6** are unredacted versions of Exhibits 3-6 to the Joint Letter Brief.

5.      The Joint Letter Brief contains references documents that have been designated as Highly Confidential – Attorneys' Eyes Only" by Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action.

6.      Exhibits 3, 4, 5, and 6 to the Joint Letter Brief are documents or excerpts of documents that have been designated as "Highly Confidential – Attorneys' Eyes Only" by Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action.

7.      Defendants take no position as to whether these materials or information derived from these materials satisfy the requirements for sealing.  They reserve the right to challenge any confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

/ / /

/ / /

DECLARATION OF AARON S. CRAIG                    1                    Case No. 4:19-cv-07123-PJH

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th

2  day of September 2024, at Los Angeles, California.

3

4    _/s/ Aaron Craig_
          AARON S. CRAIG

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28