Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO ENLARGE PLAINTIFFS' TIME TO FILE DISCOVERY-RELATED MOTIONS UNDER CIVIL LOCAL RULE 37-3** <br><br> Courtroom 3 <br> Before the Honorable Phyllis J. Hamilton |

1    Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") respectfully move the Court,
2  pursuant to Civil Local Rules 6-3 and 37-3, to enlarge Plaintiffs' time to file any discovery-related
3  motions under Civil Local Rule 37-3 in the above-captioned matter.  Specifically, Plaintiffs request
4  until October 2, 2024 to file discovery-related motions under Civil Local Rule 37-3, in order to ensure
5  that Plaintiffs are able to conclude the meet-and-confer process, which may avoid certain discovery-
6  related motions being filed with the Court.
7    Under Civil Local Rule 37-3, the current deadline for fact-discovery-related motions is Sep-
8  tember 20, 2024, because the fact discovery cut-off was September 13, 2024.  However, pursuant to
9  the Parties' stipulation, which the Court so-ordered (Dkt. No. 380), five depositions were scheduled
10 after the close of fact discovery, with the last being scheduled for September 25, 2024.  In addition,
11 Plaintiffs have not yet received a response from Defendants on each of Defendants' discovery defi-
12 ciencies set forth in Plaintiffs' deficiency letter (the "Deficiency Letter"), which Plaintiffs sent De-
13 fendants on September 12, 2024.  For example, Defendants served a partial response to the Defi-
14 ciency Letter at 3:30 pm on September 20, 2024, which is the current deadline under Civil Local
15 Rule 37-3 for discovery-related motions.  In that response, Defendants admit that they have not re-
16 sponded to all of the deficiencies identified in Plaintiffs' Deficiency Letter, stating: "I am unable to
17 address your requests about depositions in this letter (Sections VI and VII of your letter)."  Given the
18 timing of Defendants' response, Plaintiffs have not had the opportunity to meet and confer with De-
19 fendants regarding the positions that Defendants set forth in their response.
20   Less than two hours after Plaintiffs' received Defendants' partial response to Plaintiffs' De-
21 ficiency Letter on the same, Plaintiffs requested that Defendants stipulate to the relief sought in this
22 motion.  Defendants did not respond.
23   Plaintiffs have good cause to seek this extension.  As the Court knows, Defendants requested
24 a six-month extension of the fact discovery period in order to produce documents, and previously
25 resisted the imposition of a deadline for substantial completion of document production.  Having
26 secured an extension, and avoided a substantial completion deadline, Defendants produced the vast
27 majority of their documents towards the end of the fact discovery period:  As of August 1, 2024,
28

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO ENLARGE PLAINTIFFS' TIME TO FILE DISCOVERY-RELATED MOTIONS
CASE NO. 4:19-CV-07123-PJH

Defendants had produced just 17 of their own documents. In late August, Defendants produced approximately 4,500 additional documents. Between September 3, 2024 and September 13, 2024, Defendants produced another approximately 330 documents. After the close of fact discovery, on September 15, 2024, Defendants' counsel also produced documents on behalf of Westbridge Technologies, Inc., Defendants' U.S. reseller. In light of these productions, as well as the compressed scheduled for depositions, expert discovery, and dispositive motions, Plaintiffs are continuing to evaluate Defendants' compliance with their discovery obligations. Plaintiffs also need additional time to complete the meet-and-confer process with Defendants regarding the already identified deficiencies in Defendants' production.

The short extension that Plaintiffs seek also will ensure compliance with Civil Local Rule 37-1, which requires counsel to "confer[] for the purpose of attempting to resolve all disputed issues." Defendants' delay in producing documents, and subsequent delay in responding to Plaintiffs on the deficiencies in Defendants' document production have made it impossible to satisfy both this Civil Local Rule and the deadline for discovery-related motions.

During the February 15, 2024 conference, the Court indicated that it was willing to hear a sanctions motion made by Plaintiffs if Defendants did not comply with their document production obligations by the close of fact discovery. Feb. 15, 2024 Tr. at 70:20–23. Plaintiffs are actively seeking to meet-and-confer with Defendants regarding Defendants' discovery deficiencies in the hopes of narrowing the issues for the Court to resolve. Thus, to the extent September 20, 2024 is the deadline for a sanctions motion, Plaintiffs would suffer substantial harm in the absence of an extension.

Finally, this motion to enlarge Plaintiffs' time to file discovery-related motions will not have any impact on other deadlines in this case. Even if Plaintiffs' discovery-related motions result in Defendants producing additional documents, Plaintiffs intend to proceed with filing their motion for summary judgment according to the Court's schedule.

For the foregoing reasons, Plaintiffs request that the Court grant its motion to enlarge Plaintiffs' time to file their discovery-related motions until October 2, 2024.

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO ENLARGE PLAINTIFFS' TIME TO FILE DISCOVERY-RELATED MOTIONS
CASE NO. 4:19-CV-07123-PJH

| | |
|---|---|
| Dated:  September 20, 2024 | Respectfully Submitted, |
| | DAVIS POLK & WARDWELL LLP |
| | By:  /s/ Micah G. Block |
| | Micah G. Block (SBN 270712) |
| | DAVIS POLK & WARDWELL LLP |
| | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| | Telephone: (650) 752-2000 |
| | Facsimile:  (650) 752-2111 |
| | Email: micah.block@davispolk.com |
| | |
| | Greg D. Andres |
| | Antonio J. Perez-Marques |
| | Craig T. Cagney |
| | Luca Marzorati |
| |   (admitted *pro hac vice*) |
| | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| | Facsimile: (212) 701-5800 |
| | Email: greg.andres@davispolk.com |
| |       antonio.perez@davispolk.com |
| |       craig.cagney@davispolk.com |
| |       luca.marzorati@davispolk.com |
| | |
| | *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.* |

3

PLAINTIFFS' ADMINISTRATIVE MOTION TO ENLARGE PLAINTIFFS' TIME TO FILE DISCOVERY-RELATED MOTIONS
CASE NO. 4:19-CV-07123-PJH