Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO ENLARGE PLAINTIFFS' TIME TO FILE DISCOVERY-RELATED MOTIONS UNDER CIVIL LOCAL RULE 37-3** <br><br> Ctrm:  3 <br> Judge:  Hon. Phyllis J. Hamilton |

1  The Court, having considered the Administrative Motion of Plaintiffs WhatsApp LLC and
2  Meta Platforms, Inc. ("Plaintiffs") to enlarge their time to file discovery-related motions under Civil
3  Local Rule 37-3, and good cause appearing, hereby GRANTS Plaintiffs' Administrative Motion.
4  **IT IS HEREBY ORDERED** that Plaintiffs shall file any discovery-related motions under
5  Civil Local Rule 37-3 by October 2, 2024.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge

1

[Proposed] Order Granting Plaintiffs' Administrative Motion to enlarge plaintiffs' time to file discovery-related motions under civil local rule 37-3 - Case No. 4:19-cv-07123-PJH