# EXHIBIT A

EXHIBIT A

LIST OF EIGHT DEPOSITIONS SOUGHT BY DEFENDANTS

AND UNILATERALLY POSTPONED BY PLAINTIFFS

- <u>Susan Glick</u> **(3 deposition postponements of agreed/subpoenaed dates for "unavailability")**: On January 29, 2024, Defendants served a subpoena on third party Ms. Glick for a March 4 deposition. Plaintiffs' counsel informed Defendants' counsel on February 29, 2024, that they were now representing Ms. Glick and that she was unavailable on March 4, but would be available May 8. On April 29, Plaintiffs cancelled the May 8 deposition. Defendants then requested May 13, which date was rejected by Plaintiffs. On May 30, Defendants served a subpoena for July 17. Plaintiffs then told Defendants Ms. Glick was unavailable in July, and the soonest that she would be available is the week of September 9. The deposition finally took place on September 9.

- <u>Jonathan Lee</u> **(2 postponements of agreed date for "unavailability" and illness)**: After Plaintiffs ignored four requests for deposition dates for Mr. Lee, Defendants served their portion of a joint discovery letter. Plaintiffs then offered deposition dates for Mr. Lee on July 30, 31, or August 1, or September 9-13. Defendants immediately accepted August 1 and duly served a deposition notice. On July 29, Plaintiffs told Defendants that Mr. Lee had suddenly become unavailable on August 1, and offered only September 10 as an alternate date. The day before Mr. Lee's September 10 deposition, Plaintiffs' counsel informed Defendants' counsel that Mr. Lee was too ill for his deposition to go forward on September 10, and the parties rescheduled it for September 25.

- <u>Aashin Gautam</u> **(postponement of agreed and subpoenaed date for "unavailability")**: Defendants requested deposition dates on June 18. On June 25, Plaintiffs responded that Mr. Gautam was unavailable in July but available in August. On July 25, Defendants selected August 7 as the date for Mr. Gautam's deposition and served a deposition subpoena. On August 1, Plaintiffs told Defendants that the August 7 date "will not work," and Mr. Gautam failed to appear for his August 7 deposition. The parties rescheduled Mr. Gautam's deposition for September 20.

- <u>Claudiu Gheorghe</u> **(postponement of agreed and subpoenaed date for "unavailability")**: Defendants requested deposition dates for Mr. Gheorghe on June 18 and again on June 28. On July 3, Plaintiffs responded that they would try to provide dates the following week. Defendants requested dates again on July 10 and yet again on July 17. After service of a joint letter, Plaintiffs informed Defendants on July 24 that Mr. Gheorghe was available before August 23. Defendants then served a subpoena and deposition notice for August 9. Plaintiffs then told Defendants on August 8 that Mr. Gheorghe would not appear for the August 9 deposition. The deposition was rescheduled for, and took place on, August 16.

- <u>Carl Woog</u> **(postponement of agreed and noticed date for "unavailability")**: Plaintiffs offered June 19 as a deposition date, and, on April 23, Defendants served a notice for June 19. Plaintiffs then told Defendants on April 29 that Mr. Woog was no longer available June 19, but was instead available from August 14-16. Plaintiffs then said Mr. Woog was no longer

available August 15 and 16 and was only available August 14.  The deposition of Mr. Woog took place on August 14.