Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, a Delaware corporation, and META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ADMINISTRATIVE MOTION TO ENLARGE TIME TO FILE DISCOVERY-RELATED MOTIONS UNDER CIVIL LOCAL RULE 37-3 (DKT NO. 388)** |

1    Pursuant to Local Rules 7-11, 6-1, and 6-3, Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move for leave to file a reply brief in support of their administrative motion to enlarge Plaintiffs' time to file discovery-related motions under Civil Local Rule 37-3 ("Reply Brief in Support of Administrative Motion"), which is attached as Exhibit A.

In opposing Plaintiffs' motion to enlarge time (Dkt. No. 388), Defendants misdescribe several facts, and Plaintiffs seek leave to file a short reply to address those representations.[1]  *See, e.g.*, *Illumina, Inc. v. BGI Genomics Co., Ltd*, 2021 WL 2662074, at *2-3 (N.D. Cal. June 29, 2021) (additional briefing is permitted to respond to new arguments raised for the first time in response to a motion).  For example, Defendants repeatedly represent to the Court that the stipulation permitting depositions to continue after the close of fact discovery stated that "[a]ll other deadlines of the Case Management Schedule remain in place." *See, e.g.* Dkt. 391 at 1.  But the Case Management Schedule is silent with respect to the deadline under Civil Local Rule 37-3, and the parties did not discuss that deadline when negotiating the stipulation.  Defendants, therefore, are wrong to claim that "Plaintiffs now ask to unravel the parties' stipulation." *Id.*

Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file their Reply Brief in Support of Administrative Motion attached as Exhibit A.

---

[1] Plaintiffs sought Defendants' consent to this motion, and Defendants did not respond

1

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION TO ENLARGE TIME TO FILE DISCOVERY-RELATED MOTIONS - CASE NO. 4:19-CV-07123-PJH

Dated:  September 24, 2024                 Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:  */s/ Micah G. Block*
    Greg D. Andres
    Antonio J. Perez-Marques
    Gina Cora
    Craig T. Cagney
    Luca Marzorati
      (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile:  (212) 701-5800
    Email:   greg.andres@davispolk.com
           antonio.perez@davispolk.com
           gina.cora@davispolk.com
           craig.cagney@davispolk.com
           luca.marzorati@davispolk.com

    Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    Email:   micah.block@davispolk.com

    *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

2

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION TO ENLARGE TIME TO FILE DISCOVERY-RELATED MOTIONS - CASE NO. 4:19-cv-07123-PJH