Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS, INC., <br><br>             Plaintiffs, <br><br>    v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br>             Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF MICAH G. BLOCK IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ADMINISTRATIVE MOTION TO ENLARGE PLAINTIFFS' TIME TO FILE DISCOVERY-RELATED MOTIONS UNDER CIVIL LOCAL RULE 37-3 (DKT NO. 388)** <br><br> Ctrm:    3 <br> Judge:   Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am partner of the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned action. I submit this Declaration in support of Plaintiffs' Administrative Motion to File a Reply Brief in Support of Plaintiffs' Administration Motion to Enlarge Plaintiffs' Time to File Discovery-Related Motions.

2. On September 20, 2024, Plaintiffs filed their Administration Motion to Enlarge Plaintiffs' Time to File Discovery-Related Motions (Dkt. No. 388).

3. On September 24, 2024, Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. ("Defendants") filed their Opposition to Plaintiffs' Administration Motion to Enlarge Plaintiffs' Time to File Discovery-Related Motions (Dkt. No. 391).

4. After Defendants filed their Opposition, Plaintiffs' counsel inquired whether Defendants' counsel would consent to Plaintiffs' filing a reply brief in support of their Administrative Motion. Defendants' counsel did not respond, and therefore a stipulation could not be obtained.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 24th day of September, 2024 at Los Angeles, California.

*/s/ Micah G. Block*
Micah G. Block

1

DECL. OF M. BLOCK ISO ADMIN. MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ADMIN. MOTION TO ENLARGE TIME TO FILE DISCOVERY-RELATED MOTIONS - CASE NO. 4:19-CV-07123-PJH