Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
        antonio.perez@davispolk.com
        gina.cora@davispolk.com
        craig.cagney@davispolk.com
        luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO ENLARGE PLAINTIFFS' TIME TO FILE DISCOVERY-RELATED MOTIONS UNDER CIVIL LOCAL RULE 37-3  (DKT NO. 388)** <br><br> Ctrm:   3 <br> Judge:   Hon. Phyllis J. Hamilton |

1    Having considered the Administrative Motion of Plaintiffs WhatsApp LLC and Meta Plat-
2 forms, Inc. ("Plaintiffs") for leave to file a reply in support of Plaintiffs' administrative motion to
3 enlarge their time to file discovery-related motions under Civil Local Rule 37-3, the Motion is hereby
4 GRANTED.

Dated: _____       _____
                                          Honorable Phyllis J. Hamilton
                                          United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF AD-
MINISTRATIVE MOTION TO ENLARGE TIME TO FILE DISCOVERY-RELATED MOTIONS - CASE NO. 4:19-CV-07123-PJH