Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br>     Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br>     Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** <br><br> Ctrm:    3 <br> Judge:   Hon. Phyllis J. Hamilton <br><br> Action Filed: 10/29/2019 |

1    Having considered the Statement in Response to Defendants' Administrative Motion to
2  Consider Whether Another Party's Material Should be Filed Under Seal seeking to maintain
3  portions of the Joint Letter Brief Regarding Plaintiffs' Communications with Law Enforcement (the
4  "Joint Letter Brief"), Dkt. No. 382-2, Exhibits A, 1, 2, and 3 thereto (collectively, the "Materials"),
5  under seal pursuant to Civil Local Rules 7-11 and 79-5, and good cause appearing, the motion is
6  hereby GRANTED.
7    IT IS HEREBY ORDERED that the Materials shall remain under seal.
8    IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule
9  79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed documents
10 or their contents absent further order of the Court.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge