UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | Case No. 19-cv-07123-PJH<br><br>**ORDER RE ADMINISTRATIVE MOTIONS**<br><br>Re: Dkt. 388, 392 |

Before the court are two administrative motions filed by plaintiffs. In the first motion, plaintiffs seek an enlargement of time, until October 2, 2024 to file any discovery-related motions under Civil Local Rule 37-3. See Dkt. 388. Defendants filed an opposition to the motion. See Dkt. 391.

In the second motion, plaintiffs seek leave to file a reply in support of their first administrative motion. See Dkt. 392. The deadline for defendants to file a response to the second motion has not yet passed. However, because the court believes that plaintiffs' first administrative motion can be resolved without the need for a reply, plaintiffs' second administrative motion (Dkt. 392) is DENIED, and defendants need not file a formal opposition to it.

As to the first motion, the court concludes that there is good cause to extend the deadline for discovery-related motions. Given the sheer number of discovery-related disputes throughout the history of this case, the court believes it would be advantageous to allow the parties to fully evaluate the opposing party's productions and to meet and confer to narrow disputes whenever possible. However, the court agrees with the

1  argument made in defendants' opposition, that any extension must be mutual.  <u>See</u> Dkt.
2  391 at 5.  Accordingly, plaintiffs' first administrative motion (Dkt. 388) is GRANTED, and
3  the deadline for both parties to file discovery-related motions under Civil Local Rule 37-3
4  shall be extended to **October 2, 2024**.

6  **IT IS SO ORDERED.**
7  Dated:  September 27, 2024

          /s/ *Phyllis J. Hamilton*
      PHYLLIS J. HAMILTON
      United States District Judge