UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:  Hon. Phyllis J. Hamilton |

1  This Court, having considered the Administrative Motion to File Under Seal submitted by
2  Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively,
3  the "Defendants"), and the Declaration of Aaron S. Craig filed in support thereof, and GOOD
4  CAUSE THEREFOR APPEARING, finds that good cause supports the sealing of the court records
5  as specified in this Order.

| Documents To Be Sealed | Portion To Be Sealed |
|---|---|
| Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal ("Craig Declaration") | Indicated portions of Paragraphs: 2-10, 12 |
| Craig Declaration Exhibit 1, Defendants' Motion to Dismiss or for Summary Judgment for Lack of Personal Jurisdiction and for Partial Summary Judgment (the "Summary Judgment Motion") | Indicated portion of pages 2-8, 10-13, and 15-25 |
| Craig Declaration Exhibit 2, Declaration of Yaron Shohat in Support of the Summary Judgment Motion (the "Shohat Declaration") and | Indicated portions of Paragraphs: 10, 12-15, 19-21 |
| Exhibits A-E to the Shohat Declaration | All |
| Craig Declaration Exhibit 3, Declaration of Terrence McGraw in Support of the Summary Judgment Motion (the "McGraw Declaration") and | All |
| Exhibit F to the McGraw Declaration | All |
| Craig Declaration Exhibit 4, Declaration of Joseph A. Akrotirianakis in Support of the Summary Judgment Motion (the "Akro. Declaration") and | Indicated portions of Paragraphs: 9-18 |
| Exhibits G-W to the Akro. Declaration | All |

The Documents to be Sealed contain traditionally nonpublic government information for which there is no constitutional right of access. *See, e.g.*, *N.Y. Times Co. v. Dep't of Justice*, 806 F.3d 682, 688 (2d Cir. 2015). Moreover, the spirit of international comity counsels that the Documents to be Sealed be kept confidential. *See, e.g.*, *Compal Elecs., Inc. v. Apple Inc.*, 2017 WL 11423604, at *3 (S.D. Cal. Sept. 5, 2017). The Documents to be Sealed also include "confidential business information" that the parties have designated as Highly Confidential-Attorneys' Eyes Only. *In re Qualcomm Litig.*, 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017).

The Motion is accordingly GRANTED, and the documents described above are to be filed

under seal. To the extent it is necessary in future court filings in this case for the parties to make reference to the sealed content of the Sealed Document, those matters may also be filed under seal pursuant to this Order.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE