JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES
LIMITED and Q CYBER TECHNOLOGIES LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT FOR LACK OF PERSONAL JURISDICTION AND FOR PARTIAL SUMMARY JUDGMENT** <br><br> Action Filed:  10/29/2019 |

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

I, Joseph N. Akrotirianakis, declare as follows:

1.      I am a member of the California State Bar and the bar of this court.  I am a partner in the law firm of King & Spalding LLP and lead counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action.  I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2.      Attached hereto as **Exhibit G** is a copy of excerpts from the transcript of the deposition of Terrence DiVittorio, taken September 18, 2024, in this action.

3.      Attached hereto as **Exhibit H** is a copy of excerpts from the transcript of the deposition of Yaron Shohat, taken August 29, 2024, in this action.

4.      Attached hereto as **Exhibit I** is a copy of excerpts from the transcript of the deposition of Tamir Gazneli, taken September 4, 2024, in this action.

5.      Attached hereto as **Exhibit J** is a copy of excerpts from the transcript of the deposition of Joshua Shaner, taken September 17, 2024, in this action.

6.      Attached hereto as **Exhibit K** is a copy of excerpts from the transcript of the deposition of Andrew Robinson, taken September 19, 2024, in this action.

7.      Attached hereto as **Exhibit L** is a copy of excerpts from the transcript of the deposition of Plaintiffs' Federal Rule of Civil Procedure 30(b)(6) designee, Claudiu Gheorghe, taken August 16, 2024, in this action.

8.      Attached hereto as **Exhibit M** is a copy of excerpts from the transcript of the deposition of Sarit Bizinsky Gil, taken September 6, 2024, in this action.

9.      Attached hereto as **Exhibit N** is a copy of a document produced in discovery by third party Terrence DiVittorio bearing control number DIVITTORIO_WHATSAPP_00000131.  It is ███████████████████ for the ████████████████ ██████████ to use ███████████████████, signed by ███████████████ ███████  It was authenticated by Mr. DiVittorio during his deposition.  The relevant testimony can be found in Exhibit G at 300:20-305:3.

10.     Attached hereto as **Exhibit O** is a copy of a document produced in discovery by third party Terrence DiVittorio bearing control number DIVITTORIO_WHATSAPP_00000132. It is a letter from ███████████████████████████████████████████████ ███████████████████████████████████████████████ signed by ████████████ ███████ It was authenticated by Mr. DiVittorio during his deposition.  The relevant testimony can be found in Exhibit G at 301:2-305:3.

11.     Attached hereto as **Exhibit P** is a copy of the first four pages from a document produced in discovery by Plaintiffs bearing control numbers beginning with WA-NSO-00125122. It is a presentation prepared by ██████████████████████████████████ ███████████████████████████████████████████████ and which was ███████████ ███████████████████████████ It was authenticated by Claudiu Gheorghe during his deposition as Plaintiffs' 30(b)(6) designee.  The relevant testimony can be found in Exhibit L at 38:2-39:7.

12.     Attached hereto as **Exhibit Q** is a copy of a document produced in discovery by Plaintiffs bearing control numbers WA-NSO-00014771–00014772.  It is a letter from ███████ ███████████████████████████████████████████████ in response to a subpoena issued by Plaintiffs in this action.  Exhibit Q shows that with respect to two IP addresses, ██████████████ ███████████████████████████████████████████████ I have reviewed all of the documents Plaintiffs produced in discovery in this action (1) obtained from Quadranet and (WA-NSO-00014771 through 00014774 and WA-NSO-00100513 through 100522), (2) obtained from 365 Online Technology (WA-NSO-00000001 through 00000120), and (3) obtained from Greencloud, which appears from Exhibit Q ██████████████████████████ (WA-NSO-00013227 through 00013346).  None of these documents indicate any relationship between any of these companies and Defendants, and none of these documents even mentions Defendants.

1  ████    Attached hereto as **Exhibit R** is a copy of a document Plaintiffs produced in bearing

2  control number WA-NSO-00166630.  This record of a regularly conducted activity is titled ████

3  ███████████████████████████████ and comprises

4  █████████████████████████  In describing the

5  vulnerability that is the subject of this litigation, ████████████████

6  ████  that ████████████████  demonstrating Plaintiffs'

7  knowledge that government customers, not Defendants themselves, use Pegasus operationally.

8      14.    Attached hereto as **Exhibit S** is a copy of a document Plaintiffs produced in

9  discovery bearing control numbers WA-NSO-00116568–00116569.  This record of a regularly

10  recorded activity contains a "task," created September 4, 2018, with the description ████

11  ████████████████ demonstrating Plaintiffs' knowledge that government

12  customers, not Defendants themselves, use Pegasus operationally.

13      15.    Attached hereto as **Exhibit T** is a copy of a document Plaintiffs produced in

14  discovery bearing control number WA-NSO-00116570.  This record of a regularly recorded

15  activity contains a task, created September 4, 2018, with the description ████████

16  █████████████ demonstrating Plaintiffs' knowledge that government

17  customers, not Defendants themselves, use Pegasus operationally.

18      16.    Attached hereto as **Exhibit U** is a copy of a document Plaintiffs produced in

19  discovery bearing control numbers WA-NSO-00116572–00116573.  This record of a regularly

20  recorded activity contains a task, created September 4, 2018, with the description ████████

21  █████████████ demonstrating Plaintiffs' knowledge that government

22  customers, not Defendants themselves, operateDefendants' technologies.

23      17.    Attached hereto as **Exhibit V** is a copy of a document Plaintiffs produced in

24  discovery bearing control numbers WA-NSO-00116717–00116718.  This record of a regularly

25  recorded activity contains a task, created September 4, 2018, with the description ████

26  █████████████ demonstrating Plaintiffs' knowledge that government

27  customers, not Defendants themselves, use Pegasus operationally.

28

18.     Attached hereto as **Exhibit W** is a copy of a document produced in discovery by Plaintiffs bearing control numbers WA-NSO-00053824-00053828.   This document contains messages sent among a group of WhatsApp and Facebook engineers.  It includes the message from Michael Scott: ██████████████████████████████████████████████████

██████████   ████████████████████████████████████████████   Plaintiffs have subsequently acknowledged that the ███████████████████████████████████████████

████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of September 2024, in Los Angeles, California.

　　　　　　　 */s/ Joseph N. Akrotirianakis*
　　　　　　　 JOSEPH N. AKROTIRIANAKIS

# Exhibit G

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit H

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit I

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit J

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit K

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit L

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit M

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit N

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit O

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit P

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit Q

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit R

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit S

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit T

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit U

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit V

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit W

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**