Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          gina.cora@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and METZA PLATFORMS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to consider whether Plaintiffs' Motion for Partial Summary Judgment (the "Summary Judgment Motion"), the Declaration of Micah G. Block in Support of Plaintiffs' Summary Judgment motion (the "Block Declaration"), certain exhibits thereto, the Declaration of Meghan Andre in support of Plaintiffs' Motion for Partial Summary Judgment (the "Andre Declaration"), and the exhibit thereo, should be sealed.

Plaintiffs' Summary Judgment Motion, the Block Declaration, certain exhibits thereto, the Andre Declaration, and the exhibit thereto, contain references to, or derive from, documents that NSO and/or nonparties E-Tel, Joshua Shaner, and Terrence DiVittorio have designated as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action and/or previously sought leave to file under seal. Accordingly, Plaintiffs now move the Court to consider whether such references in Plaintiffs' Summary Judgment Motion, the Block Declaration, certain exhibits thereto, the Andre Declaration, and the exhibit thereto should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs specifically reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

This motion and copies of any relevant attachments will be served on all non-parties by email, since they have not appeared in this action.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

Dated:  September 27, 2024                    Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:  /s/ Craig T. Cagney
     Greg D. Andres
     Antonio J. Perez-Marques
     Craig T. Cagney
     Gina Cora
     Luca Marzorati
      (admitted *pro hac vice*)
     DAVIS POLK & WARDWELL LLP
     450 Lexington Avenue
     New York, New York 10017
     Telephone: (212) 450-4000
     Facsimile: (212) 701-5800
     Email:  greg.andres@davispolk.com
            antonio.perez@davispolk.com
            craig.cagney@davispolk.com
            gina.cora@davispolk.com
            luca.marzorati@davispolk.com

     Micah G. Block (SBN 270712)
     DAVIS POLK & WARDWELL LLP
     1600 El Camino Real
     Menlo Park, California 94025
     Telephone: (650) 752-2000
     Facsimile:  (650) 752-2111
     Email:       micah.block@davispolk.com

     *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH