Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>              Plaintiffs,<br><br>       v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>              Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Craig T. Cagney, declare as follows:

1.  I am a counsel at the law firm of Davis Polk & Wardwell LLP and admitted to practice *pro hac vice* before this Court. I am counsel for Plaintiffs WhatsApp LLC ("WhatsApp") and Meta Platforms, Inc. (together, "Plaintiffs") in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2.  I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to File Under Seal filed concurrently herewith.

3.  Attached hereto are true and correct copies of the unredacted versions of Exhibit 3, 4, and 12 to the Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment (the "Block Declaration"). Portions of these Exhibits contain the names of certain of Plaintiffs' non-testifying employees whose identities are not pertinent to any issue in this Action. Disclosure of this confidential personal information would pose a risk of harm to the privacy interests of the listed individuals. In addition, I understand that the public disclosure of Plaintiffs' employees' names in connection with litigation has sometimes been followed by harassment, online threats, and/or suspicious phone calls, text-messages or emails, particularly in cases with significant media attention. There is little, if any public interest, in those identities, so the private interests justify sealing.

4.  Attached hereto are true and correct copies of the unredacted version of Exhibit 12, 26, and 34 to the Block Declaration. These Exhibits contain confidential personal information of certain of Plaintiffs' individual employees, including their hourly wages and other payment information. Disclosure of this confidential personal information would pose a risk of harm to the privacy interests of the listed individuals.

5.  Attached hereto are true and correct copies of the unredacted versions of Exhibits 18, 19, and 28 to the Block Declaration, and Exhibit A to the Declaration of Meghan Andre in support of Plaintiffs' Motion for Partial Summary Judgment (the "Andre Declaration"). These Exhibits contain confidential, personal identifying information of certain non-party WhatsApp us-

1

ers, including their phone numbers, IP addresses, and other identifiers.  Disclosure of this confidential personal information would pose a risk of harm to the privacy interests of the listed individuals.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 27th day of September, 2024 at New York, New York.

By:   */s/ Craig T. Cagney*
       Craig T. Cagney