1  Greg D. Andres
2  Antonio J. Perez-Marques
   Gina Cora
3  Craig T. Cagney
4  Luca Marzorati
     (admitted *pro hac vice*)
5  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
6  New York, New York 10017
7  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
8  Email:    greg.andres@davispolk.com
             antonio.perez@davispolk.com
9            gina.cora@davispolk.com
             craig.cagney@davispolk.com
10           luca.marzorati@davispolk.com

11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 1600 El Camino Real
   Menlo Park, California 94025
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:    micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and*
   *Meta Platforms, Inc.*
16

17                UNITED STATES DISTRICT COURT

18            FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                       OAKLAND DIVISION

20  WHATSAPP LLC, and
    META PLATFORMS INC.,                )
21                                       )   Case No. 4:19-cv-07123-PJH
                                         )
22                     Plaintiffs,       )   **[PROPOSED] ORDER GRANTING**
                                         )   **ADMINISTRATIVE MOTION TO**
23         v.                            )   **FILE UNDER SEAL**
                                         )
24  NSO GROUP TECHNOLOGIES LIMITED       )
25  and Q CYBER TECHNOLOGIES LIMITED,    )
                                         )
26                     Defendants.       )
                                         )
27
28

Having considered the Administrative Motion to File Under Seal filed by Plaintiffs WhatsApp LLC ("WhatsApp") and Meta Platforms, Inc. (together, "Plaintiffs"), the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the following document will remain sealed, as follows:

| Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|
| Exhibit 3 to the Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment (the "Block Declaration") | Highlighted portions | Reflects confidential personal information about Plaintiffs' individual employees |
| Exhibit 4 to the Block Declaration | Highlighted portions | Reflects confidential personal information about Plaintiffs' individual employees |
| Exhibit 12 to the Block Declaration | Highlighted portions | Reflects confidential personal information about Plaintiffs' individual employees and their compensation |
| Exhibit 18 to the Block Declaration | Entirety | Reflects confidential personal information about non-party WhatsApp Users |
| Exhibit 19 to the Block Declaration | Entirety | Reflects confidential personal information about non-party WhatsApp Users |
| Exhibit 26 to the Block Declaration | Highlighted portions | Reflects confidential personal information about Plaintiffs' individual employees and their compensation |
| Exhibit 28 to the Block Declaration | Entirety | Reflects confidential personal information about non-party WhatsApp User's |

| | | |
|---|---|---|
| Exhibit 34 to the Block Declaration | Highlighted portions | Reflects confidential personal information about Plaintiffs' individual employees and their compensation |
| Exhibit A to the Declaration of Megan Andre in Support of Plaintiffs' Motion for Partial Summary Judgment | Highlighted portions | Reflects confidential personal information about Plaintiffs' individual users |

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge