Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   November 1, 2024<br>Time:   1:30 p.m.<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

**[REDACTED VERSION]**

I, Micah G. Block, declare as follows:

1. I am an attorney licensed to practice law in the state of California and am admitted to practice before this Court. I am a partner at Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I submit this declaration in support of the Plaintiffs' Motion for Partial Summary Judgment. I am personally familiar with the legal proceedings in this matter and make this declaration from my own personal knowledge, and I could and would competently testify to the following if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct excerpt of the Expert Report of David Youssef, dated August 30, 2024.

3. Attached hereto as Exhibit 2 is a true and correct excerpt of the deposition transcript of Jonathan Lee, taken in this case on September 25, 2024.

4. Attached hereto as Exhibit 3 is a true and correct excerpt of the deposition transcript of Carl Woog, taken in this case on August 14, 2024.

5. Attached hereto as Exhibit 4 is a true and correct excerpt of the deposition transcript of Claudiu Gheorghe, taken in this case on August 16, 2024.

6. Attached hereto as Exhibit 5 is a true and correct copy of Defendant NSO Group Technologies Limited's Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories, dated September 13, 2024.

7. Attached hereto as Exhibit 6 is a true and correct excerpt of the deposition transcript of Tamir Gazneli, taken in this case on September 4, 2024.

8. Attached hereto as Exhibit 7 is a true and correct copy of a document that Defendants produced in this case with Bates numbers NSO_WHATSAPP_00045678 through NSO_WHATSAPP_00045711. This document was marked as Exhibit 2032 at the deposition of Tamir Gazneli, taken in this case on September 4, 2024.

9. Attached hereto as Exhibit 8 is a true and correct excerpt of the deposition transcript of Ramon Eshkar, taken in this case on August 27, 2024.

10. Attached hereto as Exhibit 9 is a true and correct copy of a December 5, 2018 WhatsApp exchange that third-party Joshua Shaner produced in this case with Bates numbers

SHANER_WHATSAPP_00001098 through SHANER_WHATSAPP_00001099.  This document was marked as exhibit 2007 at the deposition of Ramon Eshkar, taken in this case on August 27, 2024

11.     Attached hereto as Exhibit 10 is a true and correct excerpt of the deposition transcript of Yaron Shohat, taken in this case on August 29, 2024.

12.     Attached hereto as Exhibit 11 is a true and correct copy of a version of WhatsApp Terms of Service that Plaintiffs produced in this case with Bates numbers WA-NSO-00014825 through WA-NSO-00014836.  This document includes the text "[l]ast modified: August 25, 2016."

13.     Attached hereto as Exhibit 12 is a true and correct excerpt of the Expert Report of Dana Trexler, CPA/CFF, dated August 30, 2024.

14.     Attached hereto as Exhibit 13 is a true and correct copy of a June 12, 2019 WhatsApp exchange that third-party Joshua Shaner produced in this case with Bates numbers SHANER_WHATSAPP_00001513 through SHANER_WHATSAPP_00001515.  This document was marked as Exhibit 2058 at the deposition of Joshua Shaner, taken in this case on September 23, 2024.

15.     Attached hereto as Exhibit 14 is a true and correct copy of a May 12, 2019 WhatsApp exchange that third-party Joshua Shaner produced in this case with Bates numbers SHANER_WHATSAPP_00001489 through SHANER_WHATSAPP_00001490.  This document was marked as Exhibit 2039 at the deposition of Tamir Gazneli, taken in this case on September 4, 2024.

16.     Attached hereto as Exhibit 15 is a true and correct copy of a May 8, 2019 WhatsApp exchange that third-party Joshua Shaner produced in this case with Bates numbers SHANER_WHATSAPP_00001480 through SHANER_WHATSAPP_00001482.

17.     Attached hereto as Exhibit 16 is a true and correct excerpt of the deposition transcript of Joshua Shaner, taken in this case on September 17, 2024.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a document Defendants produced in this case with Bates numbers NSO_WHATSAPP_00044814 through NSO_WHATSAPP_00044835.  Defendants originally produced Exhibit 17 ███

1  ████████████████████████████████████████████████████████████
2  ████████████████████████████. Defendants produced an unredacted version on September 13,
3  2024 and designated it "Highly Confidential – Attorneys' Eyes Only." On September 16, 2024,
4  counsel for Plaintiffs sent an email to counsel for Defendants asking Defendants to "please confirm
5  that Plaintiffs may extract and share ████████████████████████ with the business
6  personnel necessary to ████████████████████████████████ for
7  use in this litigation," and asked to confer regarding Plaintiffs' challenge to the "HC-AEO
8  designation with respect to that information" if Defendants refused. Counsel for Defendants
9  responded on September 18, 2024 to request the "litigation need to share Defendants' confidential
10 business information with WhatsApp's business personnel," and offered to confer on Monday,
11 September 23, 2024. Counsel for Plaintiffs responded on September 18 and explained that "[t]he
12 litigation need is to determine whether ████████████████████████
13 ████████████████████████████████ and requested to meet and confer
14 before September 23. Counsel for Plaintiffs sent another email on September 23, 2024, "following
15 up on the request" and requesting that counsel for NSO provide either "consent to disclosure," or
16 their availability to confer. As of the filing of this Declaration, counsel for Defendants have not
17 responded to Plaintiffs' September 18 and 23 emails seeking consent to disclosure or availability to
18 confer. Several entries in Exhibit 17 show ████████████████████████████
19 ████████████████████████████████████████████████████████
20 ████████████████████████████████████████████████████████.

21        19.     Attached hereto as Exhibit 18 is a true and correct excerpt of an excel spreadsheet
22 that Plaintiffs produced in native form under a cover sheet with Bates number WA-NSO-00192176.
23 This excerpt is a print from the native file, after filtering to show only entries for which (1) the
24 "account_type" column has the value "attacker" or "NSO Group" and (2) the "deletion_reason"
25 column has the value "purge." In addition, for the "last_active," "registration" and "deletion_time"
26 columns, the excerpt selects a "Format Cells" option that displays the contents of those columns as
27 dates.

28        20.     Attached hereto as Exhibit 19 is a true and correct excerpt of an excel spreadsheet

3

that Plaintiffs produced in native form under a cover sheet with Bates number WA-NSO-00192176. This excerpt is a print from the native file, after filtering to show only entries for which the "account_type" column has the value "attacker." In addition, for the "last_active," "registration" and "deletion_time" columns, the excerpt selects a "Format Cells" option that displays the contents of those columns as dates.

21. Attached hereto as Exhibit 20 is a true and correct copy of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's Responses and Objections to Plaintiffs WhatsApp, Inc. and Meta Platforms, Inc. fka Facebook, Inc.'s First Set of Requests for Admission, dated April 17, 2023.

22. Attached hereto as Exhibit 21 is a true and correct excerpt of the deposition transcript of Sarit Bizinsky Gil, taken in this case on September 6, 2024.

23. Attached hereto as Exhibit 22 is a true and correct copy of a May 12, 2019 WhatsApp exchange that third-party Joshua Shaner produced in this case with Bates numbers SHANER_WHATSAPP_00001487 through SHANER_WHATSAPP_00001488. This document was marked as Exhibit 2057 at the deposition of Joshua Shaner, taken in this case on September 23, 2024.

24. Attached hereto as Exhibit 23 is a true and correct copy of a version of WhatsApp Terms of Service that Plaintiffs produced in this case with Bates numbers WA-NSO-00195067 through WA-NSO-00195075. This document includes the text "[l]ast modified: January 28, 2020."

25. Attached hereto as Exhibit 24 is a true and correct copy of a document that Defendants produced in this case with Bates numbers NSO_WHATSAPP_00008957 through NSO_WHATSAPP_00008962. This document was marked as Exhibit 2033 at the deposition of Tamir Gazneli, taken in this case on September 4, 2024.

26. Attached hereto as Exhibit 25 is a true and correct excerpt of the Expert Report of Anthony Vance, dated August 30, 2024.

27. Attached hereto as Exhibit 26 is a true and correct excerpt of the Supplemental Expert Report of Dana Trexler, CPA/CFF, dated September 21, 2024.

28. Attached hereto as Exhibit 27 is a true and correct copy of an excel spreadsheet that

Defendants produced in this case with Bates number NSO_WHATSAPP_00045858.  This document was marked as Exhibit 2045 at the deposition of Sarit Bizinsky Gil, taken in this case on September 6, 2024.

29. Attached hereto as Exhibit 28 is a true and correct copy of a document that Plaintiffs produced in this case with Bates number WA-NSO-00166473.

30. Attached hereto as Exhibit 29 is a true and correct excerpt of Expert Rebuttal Report of David Youssef, dated September 21, 2024.

31. Attached hereto as Exhibit 30 is a true and correct excerpt of Rebuttal Report of Terrence McGraw, dated September 21, 2024.

32. Attached hereto as Exhibit 31 is a true and correct copy of a document that third-party E-Tel produced in this case with Bates number E-Tel0000923, and that Plaintiffs reproduced to Defendants with Bates number WA-NSO-00004162.

33. Attached hereto as Exhibit 32 is a true and correct copy of a January 31, 2018 WhatsApp exchange that third-party Terrence DiVittorio produced in this case with Bates numbers DIVITTORIO_WHATSAPP_00000003 through DIVITTORIO_WHATSAPP_00000004.

34. Attached hereto as Exhibit 33 is a true and correct excerpt of the deposition transcript of Drew Robinson, taken in this case on September 19, 2024.

35. Attached hereto as Exhibit 34 is a true and correct excerpt of the Rebuttal Report of Gregory A. Pinsonneault, dated September 21, 2024.

36. Attached hereto as Exhibit 35 is a chart prepared by Plaintiffs' counsel. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that third-parties Joshua Shaner and Terrence DiVittorio produced in this litigation. The "Produced document source" column shows the Bates number of a document in which ▮▮▮▮▮▮▮▮▮▮▮▮. The "Confidentiality stamping" column indicates the confidentiality designation on the document indicated in the "Produced document source" column. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

37. Attached hereto as Exhibit 36 are all the documents identified by Bates number in

5

the "Produced document source" column in Exhibit 36.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 27th of September, 2024, in Redwood City, California.

                                                     */s/ Micah G. Block*
                                                     Micah G. Block