Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         gina.cora@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**[PROPOSED] ORDER**

Having considered Plaintiffs Meta Platforms, Inc. and WhatsApp LLC's ("Plaintiffs") Motion for Partial Summary Judgment, the accompanying Memorandum of Points and Authorities, the materials cited therein, all the pleadings and papers on file in the above-captioned matter, oral argument, and all other matters properly considered by this Court, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs have satisfied their burden of demonstrating that there is no genuine dispute of material fact for trial concerning Defendants' liability on Plaintiffs' claims under the Computer Fraud and Abuse Act ("CFAA"), California Comprehensive Computer Data Access and Fraud Act ("CDAFA"), and for breach of contract, because no reasonable trier of fact could find that Defendants were not liable to Plaintiffs on each of their claims. *See Soremekun v. Thrifty Payless, Inc.*, 509 F.3d 978, 984 (9th Cir. 2007). Accordingly, Plaintiffs' motion is GRANTED:

1. Judgment as to liability is entered in Plaintiffs' favor on Plaintiffs' First Cause of Action under Sections 1030(a)(2), (a)(4), (a)(6), (b), and (g) of the CFAA.
2. Judgment as to liability is entered in Plaintiffs' favor on Plaintiffs' Second Cause of Action under Sections 502(c)(1), (3), (6), (7), and (8) of the CDAFA.
3. Judgment as to liability is entered in Plaintiffs' favor on Plaintiffs' Third Cause of Action for breach of WhatsApp's Terms of Service.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE