<pre>
 1  Greg D. Andres
    Antonio J. Perez-Marques
 2  Craig T. Cagney
    Gina Cora
 3  Luca Marzorati
      (admitted pro hac vice)
 4  DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
 5  New York, New York 10017
    Telephone: (212) 450-4000
 6  Facsimile: (212) 701-5800
 7  Email:   greg.andres@davispolk.com
             antonio.perez@davispolk.com
 8           craig.cagney@davispolk.com
             gina.cora@davispolk.com
 9           luca.marzorati@davispolk.com
10
    Micah G. Block (SBN 270712)
11  DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
12  Menlo Park, California 94025
    Telephone: (650) 752-2000
13  Facsimile:  (650) 752-2111
    Email:   micah.block@davispolk.com
14
15  Attorneys for Plaintiffs WhatsApp Inc. and
    Facebook, Inc.
16
</pre>

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE OF UNREDACTED DOCUMENTS SOUGHT TO BE SEALED** |

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and employed in the County of New York, New York. I am over the age of 18 years and not a party to the within-entitled action.

On September 27, 2024, I served a true and correct copy of the following document:

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT
[FILED UNDER SEAL]

DECLARATION OF MICAH G. BLOCK IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT;
AND EXHIBITS 1 THROUGH 36 THERETO
[FILED UNDER SEAL]

DECLARATION OF MEGHAN ANDRE IN SUPPORT OF PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT; AND EXHBIT A THERETO
[FILED UNDER SEAL]

on the parties in this action addressed as follows on the service list below:

Joseph N. Akrotirianakis
Aaron S. Craig
Matt Noller
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Email:  jakro@kslaw.com
acraig@kslaw.com
mnoller@kslaw.com

*Attorneys for Defendants*

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth in the attached service list on this date

I declare under penalty of perjury that the above is true and correct.

Executed on September 27, 2024 at New York, New York.

_____
Gersham Johnson