MATTHEW DAWSON (Bar No. 307350)
KING & SPALDING LLP
50 California Street No. 3300
San Francisco, CA 94111
Telephone:     (415) 318-1200

Attorneys for Third Parties
WESTBRIDGE TECHNOLOGIES, INC.,
JOSH SHANER and TERRY DIVITTORIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MATTHEW DAWSON IN SUPPORT OF THIRD PARTIES WESTBRIDGE TECHNOLOGIES, JOSH SHANER AND TERRY DIVITTORIO'S MOTION FOR CLARIFICATION WITH RESPECT TO COURT'S ORDER RE ADMINISTRATIVE MOTIONS [DKT. NO 394]**<br><br>Date:   November 7, 2024<br>Time:   1:30 p.m.<br>Place:   Courtroom 3, Ronald V. Dellums Federal Building & U.S. Courthouse, 1301 Clay Street, Oakland, California<br><br>Action Filed:   10/29/2019 |

I, Matthew Dawson, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP, which represents Westbridge Technologies Inc. ("Westbridge"), Josh Shaner, and Terry DiVittorio ("Third Parties") in connection with third-party subpoenas received this action. I have personal knowledge of the facts set forth below and, except as otherwise stated, could testify competently to each fact herein. I submit this declaration in support of the Third Parties' Motion for Clarification with Respect to the Court's Order Regarding Administrative Motions [Dkt. No. 394].

2. On Saturday, September 7, 2024, Plaintiffs sent their portion of a joint discovery dispute letter to Westbridge. Westbridge returned its portion on Monday, September 16, 2024. Plaintiffs neither amended their argument nor filed the letter brief prior to the expiration of the discovery motion cutoff on September 20, 2024.

3. After the deadline on September 20, 2024 had passed, Plaintiffs sought to confer with Westbridge regarding the issues set forth in the joint letter. Counsel for the Third Parties met and conferred with counsel for Plaintiffs on September 30, 2024, including the Third Parties' intent to seek clarification of the Court's order, but no resolution was reached.

4. The Third Parties have produced over 2,000 documents (over 6,000 pages) in response to Plaintiffs' subpoenas, and Mr. Shaner and Mr. DiVittorio both appeared for depositions.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of October 2024, in Alameda, California.

      /s/ Matthew H. Dawson
    MATTHEW H. DAWSON