1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 11  WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THIRD PARTIES WESTBRIDGE TECHNOLOGIES, JOSH SHANER AND TERRY DIVITTORIO FOR CLARIFICATION WITH RESPECT TO COURT'S ORDER RE ADMINISTRATIVE MOTIONS**<br><br>Judge:  Hon. Phyllis J. Hamilton |

[PROPOSED] ORDER                                                                                              Case No. 4:19-cv-07123-PJH

1  Having considered the Motion of Third Parties Westbridge Technologies, Inc., Josh
2  Shaner, and Terry DiVittorio for Clarification with respect to the Court's Order re Administrative
3  Motions [Dkt. No. 394] (the "Prior Order"), this Court did not intend the Prior Order to allow the
4  parties to file discovery motions against third parties after September 27, 2024, and so clarifies the
5  Prior Order.
6  The Motion is accordingly GRANTED.
7  **IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE