Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         gina.cora@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC., | ) )<br>) ) Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | ) )<br>) ) **ADMINISTRATIVE MOTION TO** |
| v. | ) ) **CONSIDER WHETHER ANOTHER**<br>) ) **PARTY'S MATERIAL SHOULD BE**<br>) ) **FILED UNDER SEAL** |
| NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED, | ) )<br>) ) Ctrm:    3 |
| Defendants. | ) ) Judge:   Hon. Phyllis J. Hamilton<br>) )<br>) ) Action Filed: October 29, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to consider whether Plaintiffs' Motion for Sanctions, the Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions (the "Block Declaration"), and certain exhibits thereto should be sealed.

Plaintiffs' Motion for Sanctions and the Block Declaration and certain exhibits thereto contain references to documents that Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited have designated for confidentiality pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action and/or sought leave to file under seal.  Accordingly, Plaintiffs now move the Court to consider whether such references in Plaintiffs' Motion for Sanctions and the Block Declaration and certain exhibits thereto should be sealed.  *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

This motion and copies of any relevant attachments will be served on all non-parties by email, since they have not appeared in this action.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

Dated:  October 2, 2024                 Respectfully Submitted,


DAVIS POLK & WARDWELL LLP


By:  /s/ Micah G. Block

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: micah.block@davispolk.com

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
        antonio.perez@davispolk.com
        craig.cagney@davispolk.com
        gina.cora@davispolk.com
        luca.marzorati@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH