Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
 (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          gina.cora@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Date:   November 7, 2024<br>Time:   1:30 PM<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

**[REDACTED VERSION]**

I, Micah G. Block, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for Sanctions. I am personally familiar with the legal proceedings in this matter and make this declaration from my own personal knowledge, and I could and would competently testify to the following if called upon to do so.

2. On March 7, 2023, Plaintiffs served their First Set of Requests for Admission to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO"). NSO served its Responses and Objections to Plaintiffs' First Set of Requests for Admission on April 17, 2023. Attached hereto as Exhibit A is a true and correct copy of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's Responses and Objections to Plaintiffs WhatsApp, Inc. and Meta Platforms, Inc. fka Facebook, Inc.'s First Set of Requests for Admission, dated April 17, 2023.

3. On February 15, 2024, this Court held a hearing on a number of pending discovery and scheduling motions. Attached hereto as Exhibit B is a true and correct copy of the transcript for the February 15, 2024 hearing.

4. After becoming aware that a publicly available website published documents ███████████████, counsel for Plaintiffs sent a letter to counsel for NSO on July 2, 2024, which asked for NSO's position on the published documents by July 9, 2024. Attached hereto as Exhibit C is a true and correct copy of the July 2, 2024 letter.

5. NSO sent a response to the July 2, 2024 letter on July 12, 2024. Attached hereto as Exhibit D is a true and correct copy of the July 12, 2024 letter.

6. NSO sent a further response to the July 2, 2024 letter on July 26, 2024. Attached hereto as Exhibit E is a true and correct copy of the July 26, 2024 letter.

7. Counsel for Plaintiffs sent another letter to NSO on August 2, 2024, asking NSO to ███████████████████████████████████████████████████████████████████████████████

1

1. ▮▮▮ Attached hereto as Exhibit F is a true and correct copy of the August 2, 2024 letter.

8. NSO sent a response to the August 2, 2024 letter on August 15, 2024. In that letter, NSO stated, ▮▮▮ Attached hereto as Exhibit G is a true and correct copy of the August 15, 2024 letter.

9. As of October 1, 2024, Plaintiffs have not received from NSO any explanation ▮▮▮

10. As of August 1, 2024, NSO had produced just 17 of their own documents. In late August, NSO produced approximately 4,520 additional documents. Between September 3, 2024 and September 13, 2024, NSO produced another approximately 331 documents. ▮▮▮

11. On August 23, 2024, Roy Blecher, NSO's outside counsel in Israel, sent a letter to Ronald Lehmann, Plaintiffs' outside counsel in Israel, via email. ▮▮▮

12. That same day, counsel for Plaintiffs sought to confer with counsel for NSO regarding the correspondence sent to Plaintiffs' outside counsel in Israel. Plaintiffs followed up later that day, seeking to confer with counsel for NSO. Counsel for NSO did not respond.

2

1  13. On August 26, 2024, counsel for Plaintiffs sent a letter to counsel for NSO regarding NSO's document production in Israel.  Attached hereto as Exhibit I is a true and correct copy of the August 26, 2024 letter.

14. On September 4, 2024, counsel for NSO sent a letter to counsel for Plaintiffs regarding NSO's document production in Israel.  In that letter, counsel for NSO stated ███████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████ Attached hereto as Exhibit J is a true and correct copy of the September 4, 2024 letter.

15. On September 12, 2024, counsel for Plaintiffs sent counsel for NSO a letter responding to the September 4, 2024 letter and outlining deficiencies in NSO's discovery conduct—with respect to both documents and deposition testimony—and detailing ways in which NSO has violated the Court's orders throughout the discovery period.  Plaintiffs asked for NSO to cure their production deficiencies by September 13, 2024, which was the date that fact discovery was scheduled to close, other than for depositions that the Court permitted after that date.  Attached hereto as Exhibit K is a true and correct copy of the September 12, 2024 letter.

16. On September 20, 2024, counsel for NSO sent counsel for Plaintiffs a response to Plaintiffs' September 12, 2024 letter.  That letter responded to certain, but not all, issues identified in the Plaintiffs' September 12, 2024 letter.  Attached hereto as Exhibit L is a true and correct copy of the September 20, 2024 letter.

17. On September 23, 2024, counsel for Plaintiffs requested to confer with counsel for NSO regarding the topics in NSO's September 20, 2024 letter.  Counsel for NSO responded, "I'm afraid we're not able to confer on this today."  After counsel for Plaintiffs asked whether counsel for NSO could confer the following day, counsel for NSO responded, "Unless the court grants your administrative motion, the filing of any discovery motions is untimely, and therefore conferring about discovery disputes would be a poor use of both sides' resources."  Attached hereto as Exhibit M is a

true and correct copy of the email correspondence between counsel on September 23 and September 24, 2024.

18. On September 27, 2024, the Court granted Plaintiffs' motion to enlarge time and extended the deadline for both parties to file discovery-related motions to October 2, 2024. *See* Dkt. No. 394.

19. On September 30, 2024, the parties met and conferred regarding the contents of Plaintiffs' September 12, 2024 letter and NSO's September 20, 2024 letter. During this conference, NSO took the position that ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████████████████████ NSO maintained that it was otherwise compliant with the Court's discovery Orders.

20. Attached hereto as Exhibit N is a true and correct excerpt of the deposition transcript of Tamir Gazneli, taken in this case on September 4, 2024.

21. Attached hereto as Exhibit O is a true and correct excerpt of the deposition transcript of Ramon Eshkar, taken in this case on August 27, 2024.

22. Attached hereto as Exhibit P is a true and correct excerpt of the deposition transcript of Yaron Shohat, taken in this case on August 29, 2024.

23. Attached hereto as Exhibit Q is a true and correct excerpt of the deposition transcript of Sarit Bizinsky Gil, taken in this case on September 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2nd of October, 2024, in Menlo Park, California.

*/s/ Micah G. Block*
Micah G. Block