EXHIBIT A

EXHIBIT FILED UNDER SEAL

# EXHIBIT B

EXHIBIT FILED UNDER SEAL

# EXHIBIT C

EXHIBIT FILED UNDER SEAL

# EXHIBIT D

EXHIBIT FILED UNDER SEAL

# EXHIBIT E

EXHIBIT FILED UNDER SEAL

EXHIBIT F

EXHIBIT FILED UNDER SEAL

EXHIBIT G

EXHIBIT FILED UNDER SEAL

EXHIBIT H

EXHIBIT FILED UNDER SEAL

# EXHIBIT I

EXHIBIT FILED UNDER SEAL

EXHIBIT J

EXHIBIT FILED UNDER SEAL

# EXHIBIT K

EXHIBIT FILED UNDER SEAL

EXHIBIT L

EXHIBIT FILED UNDER SEAL

EXHIBIT M

| | |
|---|---|
| **From:** | Aaron Craig <ACraig@KSLAW.com> |
| **Sent:** | Tuesday, September 24, 2024 3:39 PM |
| **To:** | Marzorati, Luca; Mina Tunson-Stevenson; Cagney, Craig |
| **Cc:** | Joe Akrotirianakis; fb.nso; K&S NSO |
| **Subject:** | RE: WhatsApp LLC et al. v. NSO Group Technologies Ltd. et al., 4:19-cv-07123-PJH |

Luca, we will be filing our opposition to Plaintiffs' administrative motion today.  Unless the court grants your administrative motion, the filing of any discovery motions is untimely, and therefore conferring about discovery disputes would be a poor use of both sides' resources.

Aaron

---

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Monday, September 23, 2024 12:32 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; Mina Tunson-Stevenson <MTunson@KSLAW.com>; EXT - Craig Cagney <craig.cagney@davispolk.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; EXT - fb nso <fb.nso@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp LLC et al. v. NSO Group Technologies Ltd. et al., 4:19-cv-07123-PJH

**CAUTION:** **MAIL FROM OUTSIDE THE FIRM**

Aaron,

We are available tomorrow after 2 pm PT.  Are you available during that window?

Thanks,
Luca

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

---

**Davis Polk & Wardwell LLP**

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Monday, September 23, 2024 2:20 PM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>; Mina Tunson-Stevenson <MTunson@KSLAW.com>; Cagney, Craig <craig.cagney@davispolk.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; fb.nso <fb.nso@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp LLC et al. v. NSO Group Technologies Ltd. et al., 4:19-cv-07123-PJH

Luca, I'm afraid we're not able to confer on this today.

Aaron

---

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Monday, September 23, 2024 7:26 AM
**To:** Mina Tunson-Stevenson <MTunson@KSLAW.com>; EXT - Craig Cagney <craig.cagney@davispolk.com>
**Cc:** Aaron Craig <ACraig@KSLAW.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; EXT - fb nso <fb.nso@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: WhatsApp LLC et al. v. NSO Group Technologies Ltd. et al., 4:19-cv-07123-PJH

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

We would like to meet and confer with you regarding this letter, including with respect to the topics that the letter doesn't address. We also would like to meet and confer with you regarding Defendants' position regarding the Westbridge production, because we believe that we may be able to narrow the issues for the Court.

Are you available today between noon PT and 2 pm PT? If not, please let us know your available windows.

Thank you,
Luca

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

---

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Mina Tunson-Stevenson <MTunson@KSLAW.com>
**Sent:** Friday, September 20, 2024 6:30 PM
**To:** Cagney, Craig <craig.cagney@davispolk.com>
**Cc:** Aaron Craig <ACraig@KSLAW.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; fb.nso <fb.nso@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Subject:** WhatsApp LLC et al. v. NSO Group Technologies Ltd. et al., 4:19-cv-07123-PJH

Counsel,
Please see the attached correspondence from Mr. Craig. Thank you.

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender

immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

EXHIBIT N

EXHIBIT FILED UNDER SEAL

EXHIBIT O

EXHIBIT FILED UNDER SEAL

# EXHIBIT P

EXHIBIT FILED UNDER SEAL

EXHIBIT Q

EXHIBIT FILED UNDER SEAL