1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3  Gina Cora
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8           craig.cagney@davispolk.com
            gina.cora@davispolk.com
9           luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
12 Menlo Park, California 94025
   Telephone: (650) 752-2000
13 Facsimile:  (650) 752-2111
14 Email:   micah.block@davispolk.com

15
   *Attorneys for Plaintiffs WhatsApp LLC and*
16 *Meta Platforms, Inc.*

17               UNITED STATES DISTRICT COURT

18            FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                       OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>           Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>           Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Ctrm:  3<br>Judge:  Hon. Phyllis J. Hamilton |

The Motion for Sanctions ("Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") against Defendants NSO Group Technologies Limited and Q Cyber Technologies ("NSO") is before the Court. Having considered the law, and finding that the requirements for a default judgment, *see* Fed. R. Civ. P. 37(b)(2)(A), have all been met,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that default judgment be entered as set forth below.

1. Judgment as to liability is entered in Plaintiffs' favor on Plaintiffs' First Cause of Action under Sections 1030(a)(2), (a)(4), (a)(6), (b), and (g) of the CFAA.

2. Judgment as to liability is entered in Plaintiffs' favor on Plaintiffs' Second Cause of Action under Sections 502(c)(1), (3), (6), (7), and (8) of the CDAFA.

3. Judgment as to liability is entered in Plaintiffs' favor on Plaintiffs' Third Cause of Action for breach of WhatsApp's Terms of Service.

4. The Court shall hold further proceedings to determine the proper remedy for NSO's violations of the CFAA, CDAFA, and breach of the WhatsApp's Terms of Service, including the extent of Plaintiffs' damages and the scope of injunctive and declarative relief.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge