# EXHIBIT A

# Aaron Craig

| | |
|---|---|
| **From:** | Johnson, Gersham <gersham.johnson@davispolk.com> |
| **Sent:** | Tuesday, December 26, 2023 6:42 AM |
| **To:** | Aaron Craig; fb.nso |
| **Cc:** | K&S NSO |
| **Subject:** | RE: NSO House Counsel |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

Pursuant to Section 7.4(b) of the Stipulated Protective Order (Dkt. No. 132), Plaintiffs object to Defendants' request to disclose discovery designated in this case as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" to Nofar Azulay as Defendants' Designated House Counsel.

Under Section 2.11 of the Stipulated Protective Order, "House Counsel" refers to "attorneys who are employees of a party to this action." Defendants have described Ms. Azulay as a "legal pre-intern," indicating that she is neither an attorney nor an NSO employee. Accordingly, Ms. Azulay does not satisfy the definition of House Counsel as set forth in Section 2.11 of the Stipulated Protective Order, and thus fails to satisfy the requirements of Section 7.4 for access to the HC-AEO material. In addition, NSO has failed to demonstrate that disclosure to Ms. Azulay is reasonably necessary to the litigation and adequately protects Plaintiffs' interests in its HC-AEO material.

Best,
Gersham


**Gersham Johnson**

**Davis Polk & Wardwell** LLP
+1 212 450 3449 office
+1 646 617 0716 mobile
gersham.johnson@davispolk.com

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Tuesday, December 12, 2023 2:14 PM
**To:** fb.nso <fb.nso@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: NSO House Counsel

Counsel:

Pursuant to Section 7.4(a)(1) of the Stipulated Protective Order (Dkt. No. 132), Defendants request permission to disclose discovery designated in this case as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" to Nofar Azulay as Defendants' Designated House Counsel. This request encompasses discovery from any Designating Party that Davis Polk represents in connection with discovery in this matter, including Meta, Facebook and WhatsApp.

Pursuant to Section 7.3(b) of the Stipulated Protective Order, disclosure to Ms. Azulay is reasonably necessary for this litigation because she is assisting previously designated House Counsel. As set forth below, she has no involvement in

competitive decision-making. Signed copies of the "Acknowledgment and Agreement to be Bound" (Exhibit A) will follow under separate cover.

**Name:** Nofar Azulay
**Title:** Legal Pre-Intern at NSO GROUP TECHNOLOGIES LIMITED
**Current and reasonably foreseeable primary job duties and responsibilities:** As a legal pre-intern at NSO, Ms. Azulay's current primary job duties and responsibilities include assisting Mr. Sunray and Ms. Plotnik in overseeing litigation involving NSO. Ms. Azulay's responsibilities do not include "competitive decision-making" and she does not work on any product or service in competition with Plaintiffs. Ms. Azulay's reasonable foreseeable primary job duties and responsibilities are the same as her current ones.

---

**From:** Aaron Craig
**Sent:** Monday, November 27, 2023 12:55 PM
**To:** fb.nso <fb.nso@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** NSO House Counsel

Counsel:

Pursuant to Section 7.4(a)(1) of the Stipulated Protective Order (Dkt. No. 132), Defendants request permission to disclose discovery designated in this case as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" to Shmuel Sunray, Chaim Gelfand and Shira Plotnik as Defendants' Designated House Counsel. This request encompasses discovery from any Designating Party that Davis Polk represents in connection with discovery in this matter, including Meta, Facebook and WhatsApp.

Pursuant to Section 7.3(b) of the Stipulated Protective Order, disclosure to each of these individuals is reasonably necessary for this litigation because these individuals are the primary in-house counsel overseeing and directing this litigation on Defendants' behalf. As set forth below, each of them also qualifies as Designated House Counsel having no involvement in competitive decision-making. Signed copies of the "Acknowledgment and Agreement to be Bound" (Exhibit A) will follow under separate cover.

Thanks,
Aaron


**Name:** Shmuel Sunray
**Title:** General Counsel at NSO GROUP TECHNOLOGIES LIMITED
**Current and reasonably foreseeable primary job duties and responsibilities:** As General Counsel of NSO, Mr. Sunray's current primary job duties and responsibilities include providing legal advice and legal counsel to NSO's operating management, and he is responsible for overseeing litigation involving NSO. Mr. Sunray's responsibilities do not include "competitive decision-making" and he does not work on any product or service in competition with Plaintiffs. Mr. Sunray's reasonable foreseeable primary job duties and responsibilities are the same as his current ones.

**Name:** Chaim Gelfand
**Title:** Vice President, Compliance at NSO GROUP TECHNOLOGIES LIMITED
**Current and reasonably foreseeable primary job duties and responsibilities:** As Vice President, Compliance and Deputy GC at NSO, Mr. Gelfand's current primary job duties and responsibilities include overseeing and directing compliance at NSO, and he assists Mr. Sunray in overseeing litigation involving NSO. Mr. Gelfand's responsibilities do not include "competitive decision-making" and he does not work on any product or service in competition with Plaintiffs. Mr. Gelfand's reasonable foreseeable primary job duties and responsibilities are the same as his current ones.

**Name:**   Shira Plotnik
**Title:**   Legal Counsel at NSO GROUP TECHNOLOGIES LIMITED
**Current and reasonably foreseeable primary job duties and responsibilities:**  As legal counsel at NSO, Ms. Plotnik's current primary job duties and responsibilities include assisting Mr. Sunray in overseeing litigation involving NSO.  Ms. Plotink's responsibilities do not include "competitive decision-making" and she does not work on any product or service in competition with Plaintiffs.  Ms. Plotnik's reasonable foreseeable primary job duties and responsibilities are the same as her current ones.

---

**Aaron Craig**
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.