JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed:   10/29/2019 |

TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") move the Court to consider whether certain exhibits attached to the parties' Joint Letter Brief Regarding Defendants' Request for Sanctions (the "Joint Letter Brief") should be sealed (the "Sealed Documents"). Copies of the Sealed Documents are attached as Exhibits 1-6 to the declaration of Aaron S. Craig filed currently herewith.

The Sealed Documents are materials that Plaintiffs WhatsApp LLC, f/k/a WhatsApp Inc. ("WhatsApp"), and Meta Platforms, Inc., f/k/a Facebook, Inc. ("Facebook" and, collectively, "Plaintiffs") have designated as "Highly Confidential - Attorney's Eyes Only" under the Stipulated Protective Order (Dkt. No. 132) or that are otherwise required at this time to be treated as though so designated. Defendants have attached these documents as Exhibits 1-6 to the Joint Letter Brief. Accordingly, Defendants move the Court to consider whether the Sealed Documents should be sealed.

Defendants take no position as to whether these materials or information derived from these materials satisfy the requirements for sealing. They reserve the right to challenge any confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

For the reasons set forth above, Defendants respectfully request that the Court permit the Sealed Documents to be conditionally filed under seal.

DATED: October 2, 2024

KING & SPALDING LLP

By: /s/ Aaron S. Craig
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED