UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed:  10/29/2019 |

1  Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("the Motion") filed by NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents WILL REMAIN SEALED, as follows:

| Documents | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Exhibits 1-6 to the Joint Letter Brief Regarding Defendants' Request for Sanctions | All portions | Material designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" or otherwise required to be treated as though so designated under the Stipulated Protective Order (Dkt. No. 132) |

Dated: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE