| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
|   | *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741) |
|   | *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP |
|   | 633 West Fifth Street, Suite 1700 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone:   (213) 443-4355 |
| 5 | Facsimile:   (213) 443-4310 |

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | Action Filed:  10/29/2019 |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over 18 years of age, and not a party to this action. I am employed by the law firm of King & Spalding LLP; my business address is 633 W. 5th Street, Suite 1600, Los Angeles, California 90071.

On October 2, 2024, I served the following documents in the manner described below:

1. **DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED;**

2. **JOINT LETTER EXHIBITS 1 THROUGH 6 [UNREDACTED VERSION]**

☑  BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

<u>Counsel for Plaintiffs:</u>

Greg D. Andres (greg.andres@davispolk.com)
Craig T. Cagney (craig.cagney@davispolk.com)
Antonio J. Perez- Marques (antonio.perez@davispolk.com)
**DAVIS POLK & WARDWELL LLP** (fb.nso@davispolk.com)
450 Lexington Avenue
New York, New York 10017

Micah G. Block (micah.block@davispolk.com)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California 94025

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on October 2, 2024, at Fullerton, California.

*Kathryn Bell-Taylor*

Kathryn Bell-Taylor