UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (DKT. 399)**<br><br>Judge:  Hon. Phyllis J. Hamilton |

This Court, having considered the Statement Pursuant to Local Rule 79-5(f)(3) of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants") and Non-parties Terrence Divittorio and Josh Shaner in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal ("Motion"), and GOOD CAUSE THEREFOR APPEARING, Orders that the Motion is hereby GRANTED and that the following documents shall remain under seal.

| Documents To Remain Under Seal | Portion To Be Sealed |
| --- | --- |
| Plaintiffs' Motion for Partial Summary Judgment (the "Summary Judgment Motion") (Dkt. No. 399-2) | Indicated portion of pages i, 1-25 |
| Declaration of Micah G. Block in Support of Plaintiffs' Summary Judgment Motion (the "Block Declaration") (Dkt 399-3) | Indicated portions of paragraphs 18 and 36 |
| Exhibits 1, 5-10, 12-17, 20-22, 24-27, 29-30, 32, and 34-36 to the Block Declaration (Dkt. 399-4) | All |
| Exhibit A to the Declaration of Meghan Andrew in Support of Plaintiffs' Summary Judgment Motion (Dkt. 399-6) | All |

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE