# EXHIBIT 1

# Exhibit K

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

In the Matter of:

## WhatsApp Inc.

vs

## NSO Group Technologies Limited et al.

### ANDREW ROBINSON

*September 19, 2024*

*Highly Confidential*



Swivel Legal Solutions  |  Phone: 800.540.9099  |  www.swivellegal.com

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 4 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                              Page 1

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                     OAKLAND DIVISION

 4    - - - - - - - - - - - - - - - - - x

 5    WHATSAPP INC., a Delaware        :

 6    corporation, and FACEBOOK,       :

 7    INC., a Delaware corporation,    :

 8              Plaintiffs,            :   CASE NO.

 9    v.                               :   4:19-cv-07123-PJH

10    NSO GROUP TECHNOLOGIES LIMITED:

11    And Q CYBER TECHNOLOGIES         :

12    LIMITED,                         :

13              Defendants.            :

14    - - - - - - - - - - - - - - - - - x

15          HIGHLY CONFIDENTIAL, ATTORNEYS' EYES

16        VIDEOTAPED DEPOSITION OF ANDREW ROBINSON

17              Thursday, September 19, 2024

18                       9:36 a.m.

19

20

21    JOB NO.:  44484

22    Pages 1 through 389

23    Reported By:  CASSANDRA E. ELLIS, CSR-CA #14448,

24    CSR-HI #475, CCR-WA #3484, RPR, RMR, RDR, CRR,

25    Realtime Systems Administrator #823848
```

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 5 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                             Page 7

```
 1                  P R O C E E D I N G S
 2                  THE VIDEOGRAPHER:  Good morning.
 3      This is the beginning of media in the deposition
 4      of Andrew Robinson, taken in the matter of
 5      WhatsApp, Inc., a Delaware corporation, and
 6      Facebook, Inc., a Delaware corporation,
 7      plaintiffs, versus NSO Group Technologies
 8      Limited and Q Cyber Technologies Limited,
 9      defendants, Case Number 4:19-cv-07123- -- DJH --
10      PJH, held in the United States District Court,
11      Northern District of California, Oakland
12      division.  Today's date is September 19th, 2024,
13      and the time on the monitor is 9:36 a.m.
14                  My name is Robyn Ellis, and I am
15      the legal videographer.  The court reporter is
16      Cassandra Ellis.  We are representing Olender
17      Reporting.
18                  Counsel appearances will be noted
19      on the stenographic record.
20                  Will the court reporter please
21      swear in the witness, then you may proceed.
22                  (Witness sworn)
23                  MR. AKROTIRIANAKIS:  Good morning.
24      Joe Akrotirianakis and Jonathan Weinberg on
25      behalf of the defendants.
```

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 6 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ROBINSON, ANDREW on 09/19/2024
Highly Confidential, Job 3329
Page 8

```
 1              MR. MARZORATI:  Good morning.  Luca
 2   Marzorati from Davis Polk and Wardwell, on
 3   behalf of the plaintiffs.  With me here is
 4   Michael Chmelar from META Platforms, Inc.
 5              MR. AKROTIRIANAKIS:  We don't have
 6   a remote deal today, do we?
 7              MR. MARZORATI:  No.
 8              MR. AKROTIRIANAKIS:  All right.
 9                     ANDREW ROBINSON
10     having been duly sworn, testified as follows:
11                       EXAMINATION
12   BY MR. AKROTIRIANAKIS:
13        Q.   Good morning, Mr. Robinson.  My
14   name is Joe Akrotirianakis.  We met outside the
15   room.  I am the attorney for the defendants in
16   this case; do you understand that?
17        A.   I do.
18        Q.   Okay.  Your first name is Andrew,
19   but you generally go by Drew; do I understand
20   correctly?
21        A.   That is correct.
22        Q.   And would it be appropriate to
23   address you as Mr. Robinson?
24        A.   Sure.
25        Q.   In other words, you don't have,
```

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 7 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ROBINSON, ANDREW on 09/19/2024
Highly Confidential, Job 3329
Page 199

```
 1                    So could I direct your attention,
 2       once again, to Exhibit 1204, and there's, on
 3       line two of Exhibit 1204, there's a date of
 4       October 2015 and a reference to a vulnerability
 5       CVE-2019-3568.  Can you tell us what
 6       CVE-2019-3568 is meant to designate?
 7                    MR. MARZORATI:  Objection, lacks
 8       foundation.
 9              A.    CVEs are numbers which are commonly
10       used to document vulnerabilities in software.
11              Q.    And does CVE stand for something?
12              A.    It does, I am failing to recall
13       what it stands for, off the top of my med.
14              Q.    Okay.  Is it at least the V part
15       vulnerability?
16              A.    I believe so.
17              Q.    The vulnerability that is
18       designated in this document 1204, as
19       CVE-2019-3568, was something that existed in
20       WhatsApp's code base; is that right?
21                    MR. MARZORATI:  Object to form.
22                    THE WITNESS:  Sorry, could you
23       repeat the question?
24       BY MR. AKROTIRIANAKIS:
25              Q.    Is the vulnerability CVE-2019-3568
```

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 8 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                         Page 200

```
 1   something that existed in --
 2             MR. AKROTIRIANAKIS:  I'll just wait
 3   until they go by.
 4             Off the written record.
 5             (Discussion held off the written
 6   record.)
 7             MR. AKROTIRIANAKIS:  All right.
 8   Back on the written record.  The sirens have now
 9   gone.
10   BY MR. AKROTIRIANAKIS:
11        Q.   Mr. Robinson, do you see line two,
12   on Exhibit 1204?
13        A.   I do.
14        Q.   Okay.  And that date time is
15   October 2015; right?
16        A.   Yes.
17        Q.   And there's a reference to a
18   vulnerability CVE-2019-3568; do you see that?
19        A.   Yes.
20        Q.   Okay.  And it reads, in terms of
21   the event, that the vulnerability CVE-2019-3568
22   was introduced into the VoIP code base; do you
23   see that?
24        A.   Yes.
25        Q.   Okay.  You don't have any reason to
```

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 9 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                          Page 201

```
 1   believe that it was NSO or anybody affiliated
 2   with NSO that introduced the vulnerability
 3   designated CVE-2019-3568 into the WhatsApp VoIP
 4   code base; am I correct?
 5            MR. MARZORATI:  Objection to form.
 6            You can answer if you understand
 7   the question.
 8        A.   I don't believe anyone affiliated
 9   with NSO introduced the vulnerability into our
10   code base.
11        Q.   Okay.  And do you know, at all, who
12   introduced that vulnerability?
13            MR. MARZORATI:  Objection, calls
14   for speculation.
15        A.   I do not.
16        Q.   It was somehow imported by the
17   engineers of WhatsApp?
18            MR. MARZORATI:  Objection, calls
19   for speculation.
20        A.   I do not know.
21        Q.   Okay.  During your investigation of
22   S178165, which is a reference to a WhatsApp VoIP
23   stanza RCE affecting client, you never
24   determined that there had been any remote code
25   execution on WhatsApp servers, am I right?
```

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 10 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                              Page 202

```
 1                    MR. MARZORATI:  Objection to form.
 2                    MR. AKROTIRIANAKIS:  Give me 1501.
 3                    THE WITNESS:  Could you restate the
 4      question one more time for me?
 5                    MR. AKROTIRIANAKIS:  Sure.
 6      BY MR. AKROTIRIANAKIS:
 7            Q.   RCE is remote code execution;
 8      right?
 9            A.   Correct.
10            Q.   All right.  During your
11      investigation of S178165, you never determined
12      that there had been any remote code execution on
13      WhatsApp's servers; am I correct?
14                    MR. MARZORATI:  Objection to form.
15            A.   There had not been remote code
16      execution on WhatsApp servers, to mean that
17      there was no remote code execution vulnerability
18      on WhatsApp servers, themselves.
19                    MR. AKROTIRIANAKIS:  This is
20      Exhibit 1501.
21                    (Exhibit No. 1501 was marked for
22      identification.)
23      BY MR. AKROTIRIANAKIS:
24            Q.   I believe you previously testified
25      that a document like this is something called a
```

Case 4:19-cv-07123-PJH    Document 414-2    Filed 10/04/24    Page 11 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.             Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                       Page 203

1  Work Chat?
2       A.   It could be, yes.
3       Q.   Okay.  Do you recognize Exhibit
4  1501 as a Work Chat between yourself and ▮▮▮▮▮▮
5  ▮▮▮▮▮▮?
6       A.   I believe so, yes.
7       Q.   ▮▮▮▮▮▮▮▮ writes to you:  I am
8  looking into this task, and he gives the number
9  of the task that we previously saw in Exhibit
10 1105; correct?
11      A.   That is correct.
12      Q.   I'm looking into this task, and we
13 might have someone exploiting a bug on WhatsApp,
14 and I might need your help, not sure if it is
15 legit or not yet; do you see that?
16      A.   Yes.
17      Q.   Why is it that ▮▮▮▮▮▮▮▮ might
18 need your help in this situation?
19           MR. MARZORATI:  Objection, calls
20 for speculation.
21      A.   I'm not sure, but I can speculate
22 that it is because the issue, at present, was
23 the string that is present on page 10 of 1105,
24 which they needed me to analyze.
25      Q.   Okay.  And the reference that

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 12 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                            Page 248

```
 1    that's the CPCP, copy function within Linux.
 2                  The next command is a string that
 3    basically is attempting to stop the part of the
 4    WhatsApp voice calling service.
 5                  And then the next command kind of
 6    brings it all together to run the activity
 7    manager and stop -- stop the voice foreground
 8    service, that's -- that's foreground
 9    notifications that you're receiving a call in
10    WhatsApp.
11                  And then the last page sets up a
12    command to remove some of the files that were
13    created earlier, so that copy of activity
14    manager ends up getting removed, as well as any
15    other file that may start with the letter T
16    within that folder.
17                  And then they echo out the ELF file
18    contents, the hexadecimal contents into the T
19    file within the WhatsApp path.  They set it with
20    read/write and execute permissions, globally,
21    that's the CHMOD command we saw earlier.
22                  And then they run the command
23    piping the X file within the WhatsApp directory
24    structure, with the firewall be the TV file, and
25    then, finally, again CHMOD in that resulting
```

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 13 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.      Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                              Page 249

```
 1   file written with global read/write/execute.
 2              And then they invoke that newly
 3   downloaded file indicating that has been
 4   executable with four parameters, and then remove
 5   it, I believe that's -- yep, that's the last of
 6   it.
 7         Q.   And this executable was executed
 8   exclusively on the target device; correct?
 9              MR. MARZORATI:  Objection, lacks
10   foundation, calls for speculation.
11         A.   I speculate that it was intended to
12   execute on target devices.
13         Q.   You don't know if it was, in fact,
14   ever executed on any other target device?
15              MR. MARZORATI:  Objection, calls
16   for speculation.
17         A.   I believe that it was.
18         Q.   Executed exclusively on target
19   devices?
20         A.   Not exclusively, I believe it was
21   executed on any target device that was
22   explicitly this exploit.
23         Q.   Okay.  But what --
24         A.   It's what it would have given the
25   way that computers do exactly what you tell them
```

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 14 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                          Page 250

1  to do if somebody was executed on the
2  vulnerability.
3          Q.   Okay.  But it was not a script that
4  ever would have been executed on a WhatsApp
5  server; correct?
6          MR. MARZORATI:  Objection to form.
7          A.   Not to my knowledge.
8          Q.   Meaning, yes, I am correct?
9          A.   It would not have executed on
10 WhatsApp server, based on my knowledge.
11         Q.   Thank you.  That's one of the weird
12 things in deposition, when you say no and you
13 mean yes, it's just a weird way of speaking.
14              All right.  In terms of removing
15 files from the device, the only files that would
16 be removed by way of this code that you have
17 just walked us through would the running of the
18 script in the first place; is that right?
19         MR. MARZORATI:  Objection to form,
20 misstates testimony.
21         A.   Not necessarily.
22         Q.   I thought you were just walking us
23 through how the file disappeared, itself, for
24 lack of a better term, at the end?
25         A.   Mm-hmm.

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 15 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                              Page 251

```
 1                    MR. MARZORATI:  Objection.  Wait
 2       for a question.
 3                    THE WITNESS:  Oh, sorry.
 4       BY MR. AKROTIRIANAKIS:
 5            Q.   Is that correct?
 6                    MR. MARZORATI:  Objection,
 7       misstates testimony.
 8            A.   That is correct.
 9            Q.   Okay.  And the code, as you are
10       able to read it, does not, in and of itself,
11       remove any files from the target device based on
12       the running of the script that we're looking at
13       on pages 6, 7 and 8; right?
14                    MR. MARZORATI:  Objection,
15       misstates testimony.
16            A.   My reading of this is it would
17       remove files from the devices it ran on.
18            Q.   Okay.  And what -- what part of
19       that is the removal of files?
20            A.   That is the -- the two commands
21       that are noted as RN, dollar sign, curvy brace
22       T, close curvy brace star, R stands for remove.
23            Q.   And do you understand that to be a
24       remove of other files, other than the -- the
25       script that you've just walked us through?
```

Case 4:19-cv-07123-PJH   Document 414-2   Filed 10/04/24   Page 16 of 16
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                          Page 387

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2                   I, Cassandra E. Ellis, Registered
 3      Professional Reporter, the officer before whom
 4      the foregoing proceedings were taken, do hereby
 5      certify that the foregoing transcript is a true
 6      and correct record of the proceedings; that said
 7      proceedings were taken by me stenographically
 8      and thereafter reduced to typewriting under my
 9      supervision; and that I am neither counsel for,
10      related to, nor employed by any of the parties
11      to this case and have no interest, financial or
12      otherwise, in its outcome.
13                   IN WITNESS WHEREOF, I have hereunto
14      set my hand this 23RD day of September 2024.
15
16
17
18      _Cassandra E. Ellis_____
19      CASSANDRA E. ELLIS, CSR-CA #14448, CCR-WA #3484,
20                    CSR-HI #475, RPR, RMR, RDR,
21                    CRR, REALTIME SYSTEMS
22                    ADMINISTRATOR #823848
23
24
25
```