# EXHIBIT 2

# Exhibit L

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

In the Matter of:

**WhatsApp Inc.**

**vs**

**NSO Group Technologies Limited et al.**

---

**WHATSAPP INC.**

*August 16, 2024*

*30(b)(6), Attorneys Eyes Only*

---



Swivel Legal Solutions | Phone: 800.540.9099 | www.swivellegal.com

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 4 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4      _____

5    WHATSAPP INC., a Delaware              )
     corporation, and FACEBOOK, INC.,       )
6    a Delaware corporation,                )
     a Delaware corporation,                )
7                                           )
               Plaintiffs,                  )
8       v.                                  ) Case No.
                                            ) 4:19-cv-07123-PJH
9    NSO GROUP TECHNOLOGIES LIMITED         )
     and Q CYBER TECHNOLOGIES LIMITED,      )
10                                          )
                                            )
11             Defendants.                  )
     _____)
12

13      HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14        VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                  DEPOSITION OF

16    WHATSAPP INC., by and through its Designated

17                 Representative,

18              CLAUDIU GHEORGHE

19          Palo Alto, California 94304

20           Friday, August 16, 2024

21

22   Reported Stenographically by:
     MARY J. GOFF
23   CSR No. 13427
     WA CSR No. 21030779
24   Job No. 3296
     PAGES 1-295
25

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 5 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 8

1    joining remotely.  I think that Matt Dawson --

2    Matthew Dawson is probably joining remotely.

3            ATTORNEY MARZORATI:  It looks like Terry

4    McGraw also.

5            ATTORNEY CRAIG:  Yeah, Terry -- Terrence,

6    T-E-R-R-E-N-C-E, for the record.  McGraw,

7    M-C-G-R-A-W.

8            ATTORNEY WEINBERG:  All right.

9            ATTORNEY BLOCK:  I'm Micah Block from

10   Davis Polk for Plaintiffs.

11           With me from Davis Polk is Luca Marzorati.

12           We likely will be joined later in the

13   deposition by Meenu Matthews in person and by Craig

14   Cagney on the Zoom, neither of whom are yet present.

15           Also with us from META Platforms, Arif

16   Dhilla in person.  And we may have Michael Chmelar

17   on Zoom at this point.

18           And I will provide you spellings at a

19   break.

20           THE VIDEOGRAPHER:  Thank you.  Will the

21   court reporter please swear in the witness.

22               CLAUDIU GHEORGHE,

23   Being first duly sworn or affirmed to testify to the

24   truth, the whole truth, and nothing but the truth,

25   was examined and testified as follows:

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 6 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 9

```
 1                        EXAMINATION

 2   BY ATTORNEY WEINBERG:

 3        Q    All right.  Thank you, Mr. Gheorghe.

 4             I hope -- I will get that right by at the

 5   end of the day, I'm sure.

 6             Have you been deposed before.?

 7        A    No.  This is the first time ever.

 8        Q    Well, congratulations.

 9             You have been designated by WhatsApp on

10   certain topics to speak on behalf of WhatsApp under

11   Rule 30(b)(6).

12             You're also here under your personal

13   capacity under Rule 30(b)(1), so we would like to

14   just make sure that when we're talking to you, we

15   separate out those two personas, if you will.

16             We'll probably spend most of the day today

17   on your personal 30(b)(1) topics.  And when we go to

18   your 30(b)(6), we'll make a note for the record so

19   that we can note the times.

20        A    Sounds good.

21        Q    You have just sworn to tell the truth, so

22   you do understand you're under oath to tell the

23   truth?

24        A    Absolutely.

25        Q    So only answer if you have understood my
```

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 7 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}
Job 3296
Page 37

 1  partner that was assigned to WhatsApp.

 2          And part of the security team was not

 3  just -- not just hiring new people that worked full

 4  time for WhatsApp, but it was also working

 5  cross-functionally with other teams in Facebook like

 6  the Facebook security team.

 7          And there were already people assigned to

 8  WhatsApp before we had the team.  It was just not

 9  organized in the same way that we did it after.

10      Q    Do you remember in 2019, when you became

11  the software engineering manager for application

12  security, who you reported to?

13      A    The first manager that I had was Ehren

14  Kret.

15      Q    And you had another manager after that,

16  evidently?

17      A    Yeah, he left the company.  And then the

18  next manager that I had was ███████████.

19      Q    And then how big was your team by the end

20  of 2019?

21      A    By the end of 2019, I have to remember,

22  but I think we only had three years, I believe, in

23  the team.

24      Q    And who were they?

25      A    I believe ████████  ████████████ and ████████████

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 8 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024         {{Attorneys Eyes Only}}
Job 3296
Page 38

1  █████.

2      Q    Can I grab Exhibit 11 -- actually, it's

3  1083, but it'll be Document Exhibit 1149.  This was

4  used yesterday or two days ago.

5            ATTORNEY WEINBERG:  1083.

6            (Exhibit 1083 was marked for

7  identification and is attached to the transcript.)

8      Q    (BY ATTORNEY WEINBERG) Do you recognize

9  this document?

10     A    Oh.  It's a presentation.  Yes, I

11  recognize this document.

12     Q    What is Exhibit 1083?

13     A    It is a presentation of the technical

14  details of the attack that we found and remediated

15  in May 2019.

16            It was presented internally inside

17  Facebook.  It was not an external document.

18     Q    When was it presently internally?  Do you

19  remember?

20     A    I don't remember the exact date.

21  Somewhere between September and November 2019, I

22  believe.

23            ATTORNEY BLOCK:  I'm going to take this

24  opportunity before I forget to designate the

25  transcript for confidentiality with the designation

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 9 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                 Page 39

1   of "Highly Confidential, Attorneys' Eyes Only."

2       Q    (BY ATTORNEY WEINBERG) Who wrote this or

3   created this PowerPoint?  Do you know?

4       A    It was a collaboration between multiple

5   people.  I collaborated with.  Otto Ebeling

6   collaborated as well.  ███████████, I believe,

7   collaborated, and Andrey Labunets.

8       Q    Who is Otto Ebeling?

9       A    Otto Ebeling is a security engineer.  He

10  used to be in the Facebook security team at the end

11  of the investigation, and he worked closely with us

12  on the investigation.

13      Q    At the tail end of this Exhibit 1083, it

14  says -- on page 25, is a slide entitled "Going

15  Forward.  And it says:

16              The WhatsApp security team is

17              hiring.

18              Do you see that?

19      A    Yes.

20      Q    It says:

21              The WhatsApp security team has

22              been created and will be focusing

23              on engineering work to improve the

24              security of WhatsApp.  Reach out to

25              Claudiu Gheorghe if you want to

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 10 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                       Page 40

1                  join WhatsApp security.

2                  Do you see that?

3        A    Yes.

4        Q    So I was hoping you could tell me a little

5   bit more about this team and whether it was created,

6   it appears, in response to the stanzaming incident.

7                  ATTORNEY BLOCK:  Objection to the form of

8   the question.  Mischaracterizes the evidence;

9   assumes facts.

10       A    This team -- the scope of this team and

11  the plan to build a team like that existed prior to

12  the incident.

13       Q    (BY ATTORNEY WEINBERG) Oh.  When --

14       A    Every product team inside Facebook had a

15  security team at that moment, so I remember talking

16  about what -- about having a security team

17  beforehand.  I don't remember exactly the details of

18  the conversations.  I -- it's been a while since

19  then.

20                  But the idea of having a security team

21  already existed.  We already had security partners

22  championing that idea internally.

23                  The reason why we thought it was a good

24  thing to do is because we got so many ideas after

25  the incidents about what we can do, and it became --

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 11 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 80

1        A    Yes.

2        Q    (BY ATTORNEY WEINBERG) So we spoke about

3   two different kinds of messaging earlier, the

4   signaling servers and the relay servers.

5             I just want to make sure that we

6   distinguish those and talk a little bit about the

7   functionality of each of them.  So the White Paper

8   says that the application -- I'm sorry --

9                  The server application helps

10                 the clients establish a call.

11             Is this referring to the signaling server?

12   Let me --

13             ATTORNEY BLOCK:  I object -- I'm going to

14   object to the question.

15        Q    (BY ATTORNEY WEINBERG) -- let me withdraw

16   and rephrase.  I'm just trying to get a sense of --

17   when this paper -- White Paper is talking about the

18   server application, I'm trying to figure out if it's

19   talking about both of those kinds of servers or just

20   one.

21             So my first question is:  For establishing

22   a call, that's the signaling server, from my

23   understanding; is that correct?

24             ATTORNEY BLOCK:  Object to form.

25        A    It is partially correct.  So a starting of

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 12 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}
Job 3296
Page 81

1    the call -- the initiation of the call starts with

2    the signaling server, but there's -- there's some

3    parts of the communication between the phone that

4    also the relay is facilitating at the beginning.  So

5    it's --

6         Q    (BY ATTORNEY WEINBERG) So --

7         A    -- a shared responsibility between

8    signaling and the relay server.

9         Q    Okay.  Can you explain to me how that

10   works?

11        A    What part of it?

12        Q    You said that there was a shared

13   responsibility for initiating calls; the signaling

14   server performed some functions the relay server

15   performs some attended functions as well?

16        A    Yes.

17        Q    I just wanted you to break that out for me

18   so I understand what functions they perform and how

19   they perform them.

20             ATTORNEY BLOCK:  Objection to form.

21        A    The signaling server is used to initiate

22   the voice or video call.  Everything starts with the

23   signaling server.

24             It is using a previously authenticated

25   channel that is also used for messaging to initiate

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 13 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}
Job 3296
Page 82

1    the call and pass a basic configuration about the

2    call.

3             The signaling server, it is the one -- the

4    signaling server is the one that actually picks the

5    relay servers involved in the call.

6        Q    (BY ATTORNEY WEINBERG) What do you mean,

7    the signaling server picks the relay server?

8        A    So the signaling servers are just several

9    of them -- several clusters of them.   Sorry.

10            The signaling servers are running inside

11   the data centers along with the rest of the chat

12   servers, and we only have several locations -- in

13   2018, there were only a few locations in the U.S.

14   where the signaling servers would run.

15            On the other hand, the relay servers are

16   geographically distributed, and there's a very large

17   number of them.   More than a hundred locations.

18            So the signaling server, based on a

19   certain algorithm, picks the relay servers involved

20   in the call and passes that, both the caller and the

21   callee.

22       Q    Okay.   So let's start with the signaling

23   server clusters.   You said that there were only a

24   few locations where those were; is that right?

25       A    Yes.

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 14 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}             Page 83

 1       Q    How many signaling servers are there,

 2  period?

 3       A    Like, physical machines?

 4       Q    Well, logical machines or physical

 5  machines.

 6       A    Logically --

 7            ATTORNEY BLOCK:  Objection to form.

 8            Go ahead.

 9       A    -- logically, I assume you're referring to

10  a cluster in a particular data center?

11       Q    (BY ATTORNEY WEINBERG) Well, you

12  understand the concept of a logical server?

13       A    Yeah, it's like, a -- a cluster,

14  essentially.  Like a group of servers that act just

15  as one.

16       Q    Is --

17       A    That's what I'm understanding.

18       Q    Yeah.  And so the logical server could

19  receive messages and then route it to some physical

20  server.  Is that what we're talking about here?

21       A    All the messages are being processed only

22  by physical servers, but they're being ingested from

23  the Internet as logical servers.

24            They are behind -- so behind the load

25  balancer, they're the actual physical servers.

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 15 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}            Page 85

1    So first it gets to the edge load

2    balancer.  Then it gets to the data center load

3    balancer.  And the data center load balancer will

4    route the request to a server that is available at

5    that time and that it's not under a high load.

6        But eventually the message is being

7    processed by a physical server within that logical

8    cluster or logical server.

9    Q    When a request VoIP call initiation

10   request comes in, you said that -- or the first

11   layer of load balancing is the edge load balancer.

12       How does the system decide which edge load

13   balancer should receive the request?

14       ATTORNEY BLOCK:  Objection to form.

15   A    So for this, we use something called a

16   geographical targeting at the DNS level.

17       So it's a very sophisticated system that

18   basically based on the DNS resolver that's used, it

19   will give you the IP address of your closest edge

20   location.

21   Q    (BY ATTORNEY WEINBERG) So let me see if I

22   understand that particular step.

23       And we're talking about 2019 and how the

24   system worked at that time?

25   A    Yes.

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 16 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}          Page 86

1          Q    If I open up the WhatsApp -- WhatsApp
2    application and wanted to make a VoIP call, my phone
3    would make a request to some -- to my ISP for some
4    kind of URI; is that right?
5               ATTORNEY BLOCK:  Objection to form.
6          A    It would make -- it would make a request
7    to ISP for a DNS name.
8          Q    (BY ATTORNEY WEINBERG) And what DNS name
9    would it be in 2019?
10         A    I think it was something like
11   chat.whatsapp.com -- or whatsapp.net.
12              I think that was the domain that we used.
13         Q    Okay.  And my DNS request would be
14   resolved into some IP address; is that correct?
15         A    Yes.
16         Q    And what -- that resolution happens by the
17   DNS server, correct?
18         A    Yes.  It's based on the DNS resolver that
19   originated the request.
20         Q    Can you say more about that?
21         A    Yes.
22              ATTORNEY BLOCK:  Objection to form.
23         A    It's a hierarchical DNS system, so you
24   would -- the client would -- depending on your
25   network configuration, you would contact a

1   particular DNS server.

2           Typically that's, like, in your local

3   enter -- or your ISPs, DNS servers.  So if you're

4   connected to AT&T, you would contact the AT&T's DNS

5   resolver.  And further, AT&T's DNS resolver would

6   reach -- would contact the WhatsApp DNS resolver

7   with the original IP of the -- of the client that

8   asked for the resolution.

9       Q    (BY ATTORNEY WEINBERG) Okay.  So the

10  client asks for this URI, possibly

11  chat.WhatsApp.net, and then the local ISP has a DNS

12  resolver that resolves that URI to some IP address?

13      A    Yes.

14      Q    That DNS resolver is controlled by the

15  ISP, right?

16          ATTORNEY BLOCK:  Objection to form.

17      A    Which DNS resolver?

18      Q    (BY ATTORNEY WEINBERG) The IP -- the ISP's

19  DNS resolver is a server owned and operated by the

20  ISP?

21          ATTORNEY BLOCK:  Objection to form.

22      A    Yeah, I assume so.

23      Q    (BY ATTORNEY WEINBERG) Okay.  So the DNS

24  resolver of the ISP then resolves the URI into it

25  and IP address that goes to -- that points to the

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 18 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 88

1    WhatsApp DNS resolver?

2              ATTORNEY BLOCK:  Object to form.

3         A    It does not point to the WhatsApp DNS

4    resolver.

5         Q    (BY ATTORNEY WEINBERG) Okay.  So clarify

6    for me the relationship between the ISP's DNS

7    resolver and the WhatsApp DNS resolver.

8              ATTORNEY BLOCK:  Object to form.

9         A    Yeah, so in the DNS protocol, there's a

10   name server entry, so basically the -- the ISP's DNS

11   resolver is not an authoritative source of resolving

12   that IP.  It can only cache the result.

13             So what it does is it looks at the name

14   server entry, and it will contact the designated

15   server -- the official DNS server of WhatsApp, which

16   is controlled by WhatsApp.

17        Q    (BY ATTORNEY WEINBERG) Okay.  So now at

18   this point WhatsApp's DNS resolver will return an

19   IP address -- or sorry, not return -- will identify

20   an IP address of some server to receive the request;

21   is that right?

22        A    It will identify an IP address of an edge

23   location, which is also a logical set of machines.

24        Q    And the edge location, that's the

25   IP address of an edge load balancer?

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 19 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 89

1        A      Yes, that's accurate.  An edge load

2   balancer has multiple IP addresses, and this is one

3   of them.

4        Q      How does the WhatsApp DNS resolver decide

5   which edge load balancer to route the request to?

6        A      It's based on a complex data analysis of

7   latencies from the global network that Facebook has.

8   So we collect latency measurements from the device

9   -- and end devices for a period of time.

10              And based on those network measurements

11  and based on all the BGP routes that we collect from

12  all the edge locations across the globe, we have an

13  internal data set that basically knows almost every

14  network in this world, how far it is from the edge

15  locations that we have.

16              So it's based on latency and availability,

17  obviously.  Because in some cases if the cluster is

18  down, then it won't result it.

19        Q     So the WhatsApp DNS resolver is what

20  chooses which edge load balancer to route the

21  request to?

22        A     Yes.  The WhatsApp load balancer -- the

23  WhatsApp DNS resolver is actually using the same as

24  the Facebook DNS resolver with some customization.

25              So it's a custom data set for WhatsApp,

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 20 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024      {{Attorneys Eyes Only}}
Job 3296
Page 90

1   but it's the same system that Facebook uses for all

2   the other products like Instagram and other things.

3        Q    Can a request specify that it has to go to

4   a particular edge load balancer?

5             ATTORNEY BLOCK:  Objection to form.

6        A    Not that I'm aware of.

7        Q    (BY ATTORNEY WEINBERG) Where are -- I'm

8   sorry.  Scratch that.

9             You said the edge load balancer is a

10  logical server; is that correct?

11       A    Yes.

12       Q    How many are there -- or were there in

13  2019?

14       A    How many logical servers?

15       Q    How many logical -- how many logical

16  servers implemented the edge load balancing layer in

17  2019?

18            ATTORNEY BLOCK:  Objection to form.

19       A    So how many locations across the globe?

20       Q    (BY ATTORNEY WEINBERG) No.  So there -- we

21  spoke about logical servers and the physical

22  servers --

23       A    Yes.

24       Q    -- behind them?

25       A    Yeah.

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 21 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                 Page 91

1      Q    So when we're at the logical layer, the

2  WhatsApp DNS resolver is sending out this request to

3  its chosen edge load balancer, which it chooses on

4  its own?

5      A    Which is a logical, yes.

6      Q    So what I'm asking is:  How many choices

7  does the WhatsApp DNS resolver have?

8      A    Yes.  More than hundred.

9      Q    Over a hundred.

10          And so behind those 100 logical servers

11 that implement the edge load balancer, there are

12 also physical servers, correct?

13     A    Yes, at every layer of the load balancing

14 there are -- so every layer has its own logical and

15 physical set of servers.

16          In one PoP in one edge location there's

17 typically, like, either four or four racks of

18 servers, which is, like, somewhere between, like,

19 32 and 128, I think, servers for each edge location.

20     Q    So are all the physical servers of any

21 given logical server of the edge load balancer in

22 the same location?  Maybe I'll rephrase the question

23 for you.

24     A    Yes, please.

25     Q    You said that there's over a hundred

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 22 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 92

1   logical servers that implement edge load balancing?

2            ATTORNEY BLOCK:  Objection to form.

3       A    There are hundred -- more than a hundred

4   locations across the globe that are edge locations.

5       Q    (BY ATTORNEY WEINBERG) Okay.  And so each

6   one of these locations will have one or more logical

7   servers there that can be addressed by requests

8   coming from the WhatsApp DNS resolver?

9            ATTORNEY BLOCK:  Objection --

10      A    Yes.

11           ATTORNEY BLOCK:  -- to form.

12      Q    (BY ATTORNEY WEINBERG) Is it typically one

13  logical server per location or were there some

14  locations that had multiple logical servers?

15           ATTORNEY BLOCK:  Objection to form.

16      A    What I understand as a logical server in

17  this case is what we call a virtual IP.

18           And every edge location has a lot of

19  virtual IPs for every Facebook service.  So this is

20  shared infrastructure that all of Facebook services

21  use.

22           Instagram will have their own IP.

23  WhatsApp has their own IP.  And behind that IP is --

24  it's a virtual IP, so it'll have a bunch of servers

25  behind it.

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 23 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 93

1    Q    (BY ATTORNEY WEINBERG) All right.  So just

2   to be clear -- I just want to make sure that the --

3   once a request is sent to a logical server at a

4   particular edge location, the physical server that

5   will handle that request is going to be at that same

6   location at a particular location, the edge

7   location?

8            ATTORNEY BLOCK:  Objection to form.

9    A    What do you mean by "handling"?

10   Q    (BY ATTORNEY WEINBERG) Well, requests are

11  handled -- in a client server architecture, clients

12  send requests to servers and servers handle the

13  requests, right?

14            ATTORNEY BLOCK:  Objection to form.

15   A    So my understanding of the handling, it

16  depends on the layer of -- in the software stack.

17            The edge location will only do minimal

18  handling.  Like, it does some handling of the

19  request with regards to routing.

20            So it will unpack the header of the

21  request and look for some information in that header

22  to see to -- to see what data center it has to route

23  the request to, but it doesn't do more than that.

24   Q    (BY ATTORNEY WEINBERG) So there's two

25  different layers of load balancing that you

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 24 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 95

1       A     Yes.

2       Q     And the load balancer -- the edge load

3  balancer has a choice of which physical server to

4  use?

5       A     The edge load balancer?

6       Q     The logical server that is the edge load

7  balancer has a choice of which of the physical

8  servers to use?

9       A     I think there's a little confusing here

10 with the load balancing, because there are, like,

11 multiple layers involved.

12      Q     Yeah.

13      A     So in a PoP, in a particular edge

14 location, the load balancer that makes the load

15 balancing decision is at the -- what we call the L5

16 layer, so it looks at the -- basically the TCP

17 layer.

18            And that one is a different load balancer

19 than the one that unpacks the header and does what I

20 just mentioned.

21      Q     Okay.  Well, I think that -- I was trying

22 to ask a really simple question, but I'm having

23 difficulty asking it evidently, so let's just skip

24 to the next layer.

25            You said that the edge load balancer

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 25 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                 Page 96

1  decides which data center to use?

2        A      Yeah.

3        Q      So it has more than one data center it

4  could choose from, right?

5        A      Yes.

6        Q      And those data centers are in different

7  locations?

8        A      Yes.

9        Q      How does it make that decision of which

10 data center to use?

11       A      It is -- the decision is based on a

12 preference sent by the client with that special --

13 specific header.

14              That is a token that the client just

15 forwards.  It's something that is created at the

16 time of registration, from what I remember.

17              So when you -- when a user registers to

18 WhatsApp, it gets assigned to a particular region to

19 be handled.  And there's a token pass to the client

20 that they will have to set in the header.

21              However, it's subject to availability.  So

22 if the -- that region is not available, the load

23 balancer is entitled to send it to some other

24 available data center.

25       Q      Okay.  And so the client request has some

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 26 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                 Page 97

1  token in it that identifies a preference for a

2  certain geographic location?

3      A    Yes, so that -- but I want to make it --

4  be clear that that preference is set by the server

5  previously.

6            It's not something that, like, a human

7  would decide.  Like, it's not like you have an

8  option in the app to say:  Oh, I want to go to

9  Altoona or Prineville or whatever.

10     Q    Which server sets that token?

11     A    The chat server will create that token at

12  the time of the registration when the user

13  registrates for the first time on the platform.

14     Q    And how does that token make its way to

15  the edge load balancer?  Who created it?

16     A    It's sent in the header by the client.

17  It's a binary token that is sent in the header of

18  the noise protocol.

19     Q    Okay.  And the edge load balancer

20  considers that a preference, but it can make --

21  ultimately, it can make its decision to route this

22  request to any data center that it --

23     A    Is available.

24     Q    -- decides is appropriate; is that

25  correct?

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 27 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 98

1      A    Yes.

2      Q    The WhatsApp user doesn't have a choice in

3  setting this preference, right?

4      A    Yes.

5      Q    Okay.  So once the edge load balancer

6  picks a data center, my understanding is that it

7  forwards the request to another load balancer; is

8  that right?

9      A    That's accurate.

10      Q    And that load balancer is specific to that

11  data center?

12      A    Yes.

13      Q    And that load balancer decides which of

14  the physical servers in the data center to use to

15  process the request?

16      A    Yes, that's accurate.

17      Q    So I'm interested about this token that's

18  created by the -- is it the chatdserver?

19      A    Yes.

20      Q    What's the form of that token?  Could you

21  describe it?

22      A    My memory is a little unclear on this,

23  like, on the specifics.

24          It has the protocol -- the WhatsApp

25  protocol number in it, and it has another binary

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 28 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}               Page 99

1  field that specifies the region where to -- where to

2  route.  It's a very small header.  I think it's

3  something like six or eight bytes, from what I

4  remember.

5        Q    Is it sent in plain text?

6        A    Yeah.

7        Q    Is it part of the, pardon me, offer

8  stanza?

9        A    And it's not part of -- it's a different

10  layer.  It's a -- so it's part of the transport

11  layer.

12           WhatsApp uses a custom encryption layer

13  called noise.  And this is basically a part of that.

14  It's part of transport.

15           Stanza is at the application level, so

16  after it gets -- it's only in -- within the chat

17  servers that they have access to the stanzas.

18        Q    Got it.  Could you spell that noise?

19        A    Noise.  It's called noise just like the

20  word "noise."  Yeah.

21        Q    Is it an acronym?

22        A    No.  It's just the name of the protocol.

23  It's an equivalent to a HTTPS.

24        Q    And that's at the transport layer?

25        A    Yes.

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 29 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                 Page 101

1    optional?

2         A    Parts of the header are optional, yes.

3              Like, the protocol number is not, but I

4    think the preference for the location, it -- and if

5    it's missing where it's not there, I think we still

6    route it.

7              ATTORNEY WEINBERG:  I want to take a quick

8    break so we have one more session before lunch, if

9    that's all right with you guys.

10        A    Sure.  Yeah.

11             THE VIDEOGRAPHER:  11:41 a.m.

12             (A break was taken from 11:41 a.m. to

13   11:59 a.m.)

14             THE VIDEOGRAPHER:  We are back on the

15   record at 11:59 a.m.

16        Q    (BY ATTORNEY WEINBERG) All right.  Where

17   we left off, we were talking about the physical

18   infrastructure and logical infrastructure of how it

19   is that WhatsApp routes client requests from clients

20   all the way down to some physical machine that

21   processes the request, right?

22        A    Yes.

23             ATTORNEY BLOCK:  Objection to form.

24        Q    (BY ATTORNEY WEINBERG) And it's WhatsApp

25   that ultimately decides on how this routing is done,

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 30 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page  102

```
 1   correct?
 2            ATTORNEY BLOCK:  Objection to form.
 3       Q    (BY ATTORNEY WEINBERG) I'll rephrase.
 4            The ultimate choice of a physical server
 5   that processes the request is the result of
 6   WhatsApp's algorithms by choice?
 7            ATTORNEY BLOCK:  Objection to form;
 8   misleading.
 9       A    The load balancer that takes the decision
10   of which physical server is actually provided by
11   Facebook infrastructure.  That's not what the
12   WhatsApp team works on.
13       Q    (BY ATTORNEY WEINBERG) So the -- I guess
14   we did speak about WhatsApp's DNS.  We talked about
15   ISP's DNS.  And now we're talking about Facebook's
16   load balancers, right?
17       A    Yes.
18       Q    And those are all components owned by --
19   or operated by parties other than the user, correct?
20            ATTORNEY BLOCK:  Objection to form.
21       A    I'm not sure about the concept of, like,
22   parties other than the user.  What --
23       Q    (BY ATTORNEY WEINBERG) Those are --
24       A    -- does that mean?
25       Q    Those are server programs controlled by
```

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 31 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}               Page 103

1   Facebook and WhatsApp and the ISP?

2             ATTORNEY BLOCK:  Objection to form.

3      A     Facebook.

4      Q     (BY ATTORNEY WEINBERG) Okay.  The -- can a

5   user choose the specific physical server that

6   ultimately would process his request?

7             ATTORNEY BLOCK:  Objection to form.

8      A     By "user," you mean a human?

9      Q     (BY ATTORNEY WEINBERG) I'll try -- I'll

10  start with that, sure.

11     A     There's -- we don't provide a way for --

12  for the user to choose what server will process the

13  request.

14     Q     So it's not possible for a client to send

15  a request into WhatsApp's infrastructure and specify

16  which server -- physical server will process that

17  request?

18            ATTORNEY BLOCK:  Objection to form.

19     A     By "client," you mean an official WhatsApp

20  client?

21     Q     (BY ATTORNEY WEINBERG) Let's start with

22  that.

23     A     Sure.  A WhatsApp official client does not

24  allow setting the -- the physical server that will

25  handle the request.

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 32 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}        Page 104

1    Q    Okay.  Did Pegasus send requests that
2  specified the physical server that would handle the
3  request?
4              ATTORNEY BLOCK:  Objection to form;
5  foundation.
6              You can answer, if you know.
7    A    I don't know what Pegasus did.
8    Q    (BY ATTORNEY WEINBERG) All right.  But you
9  have no evidence or reason to believe then that
10 Pegasus sent requests into this infrastructure and
11 targeted a specific physical server location?
12             ATTORNEY BLOCK:  Objection,
13 mischaracterizes; calls for speculation.
14   A    I don't know whether they targeted or not.
15 I just don't know.
16   Q    (BY ATTORNEY WEINBERG) All right.  Can I
17 ask you a few questions about the -- hang on.
18 Scratch that.  All right.
19             That was a really great side from where we
20 left off with the signaling server.  I think that's
21 where we left off.  We were talking about the
22 signaling server initiating a VoIP call and how it
23 did that, and we just discussed the physical and
24 transport layer infrastructures, the routing
25 infrastructures that it uses.  So back up to the

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 33 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}             Page 116

1  established?

2      A     No.

3             ATTORNEY BLOCK:  Objection to form.

4      Q     (BY ATTORNEY WEINBERG) Okay.  So what

5  happens next?

6      A     Even before the answer happens, there's a

7  negotiation process between the caller and the

8  callee about the latency, about the bandwidth that

9  is going to be used.  So all that negotiation

10 happens before there's any -- any answer.

11     Q     Okay.  So then I'll go back one step.

12            The chatdserver sent the offer ACK to the

13 caller and now a negotiation process begins, you

14 say?

15            ATTORNEY BLOCK:  Objection to form.

16     A     Sorry.  So the -- the caller -- can you

17 repeat the last part?

18     Q     (BY ATTORNEY WEINBERG) The callee sends an

19 acknowledgment back to the chatdserver, the offer

20 acknowledgment, and what happens next?

21            You talked about a negotiation process.

22            ATTORNEY BLOCK:  Objection to form.

23     A     The chat server will forward the offer ACK

24 or send another stanza that I don't remember its

25 name.  But it would signal to the callee, the fact

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 34 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 117

 1  that the caller has been reached and the offer was

 2  ACK'd by the callee.

 3           And once they both know that -- both --

 4  they know about each other, that they're aware that

 5  there's a call happening, this is when the -- the

 6  relay and bandwidth negotiation starts happening.

 7       Q    (BY ATTORNEY WEINBERG) Okay.  Tell me

 8  about what you mean by "the relay and bandwidth

 9  negotiation."

10           ATTORNEY BLOCK:  Objection to form.

11       A    About each of them or --

12       Q    (BY ATTORNEY WEINBERG) I just want to know

13  the steps that are involved in the negotiation

14  process that you just mentioned.

15           ATTORNEY BLOCK:  Objection to form.

16           Wait for a question.

17       Q    (BY ATTORNEY WEINBERG) What are the steps

18  of the negotiation process you just mentioned?

19           ATTORNEY BLOCK:  Objection to form.

20       A    About what negotiation?

21       Q    (BY ATTORNEY WEINBERG) You testified that

22  the chatdserver sends the offer ACK back to the

23  caller.

24           And after that happens and the two -- the

25  caller and the callee know that they are now ready

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 35 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 118

1    to communicate, a negotiation process begins wherein

2    the caller and callee negotiate the relay and

3    bandwidth parameters.

4            I would like to understand, if you could

5    explain to me, what that negotiation entails.

6            ATTORNEY BLOCK:  Objection to form;

7    misstates.

8        A    So this negotiation, the relay

9    negotiation, starts by every -- both caller and

10   callee probing -- reaching all the relays in the

11   list of relays that were distributed by the chat

12   server.

13       Q    (BY ATTORNEY WEINBERG) Sorry.  Say that

14   again.

15       A    So both caller and callee will attempt

16   connecting to every relay in the list of relays that

17   they both -- they were both given by the signaling

18   server.

19       Q    Okay.  What's next?

20       A    This process is done not just by the

21   IP address, but also by an authorization token that

22   is unique to the call.  So both caller and callee

23   will be passed a unique authorization token to use

24   only those specific relays.

25            And using the token, both the caller and

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 36 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                      Page 119

1  callee attempt to connect to every relay in that

2  list using the authorization token.

3      Q    Okay.  So to rephrase what you said, the

4  chatdserver provides a list to the two clients of

5  relay servers and provides them authentication

6  credentials, and each one tries to connect to the --

7  to all of the relay servers provided to them by the

8  chatdserver?

9      A    Authorization token.

10          ATTORNEY BLOCK:  Objection to the form;

11  misstates.

12      A    Authorization token.  It's only

13  authorization.  It's not authentication.

14      Q    (BY ATTORNEY WEINBERG) Okay.  Tell me --

15  what is that authorization token?

16      A    So the relay server is designed in a way

17  that it does not perform advanced authentication of

18  the devices that send data to it.

19          It operates at a lower security level

20  where the only thing that it does is validates an

21  authorization token that has a low expiration time.

22          So as long as you have a valid token, you

23  can use the relay.  So that is authorization for

24  authentication, but we don't -- we don't

25  authenticate the users of the relay.

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 37 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}

Job 3296
Page 120

1      Q    (BY ATTORNEY WEINBERG) Okay.  What is the

2  purpose of trying to connect to all those relays?

3      A    The purpose of connecting to the relays is

4  firstly to see which one is available; and second,

5  to measure the latency to each of them.

6      Q    Let me ask:  How does the chatdserver

7  decide which relay servers to give to these two

8  clients?

9            ATTORNEY BLOCK:  Object to form.

10      A    The decision to pick -- to select the list

11  of relays is based on latency measurements.  And the

12  information that it uses is the caller IP address

13  and the last seen IP of the callee.

14            The algorithm that we used at that time

15  was essentially to find the top three of each --

16  based on each IP address, and we merged the list so

17  that the sum of the latency is -- is the lowest.

18            So we choose the top lowest latency sum in

19  that merged list of the relays, and that's the one

20  that we delivered to both of them.

21      Q    (BY ATTORNEY WEINBERG) Okay.  So the

22  chatdserver chooses which relay servers the clients

23  should attempt to connect to?

24            ATTORNEY BLOCK:  Object to form.

25      Q    (BY ATTORNEY WEINBERG) I think you just

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 38 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}
Job 3296
Page 121

1   got done saying that?

2        A    Yes, the chatdservers decide that.  Yes.

3        Q    Okay.  And then there's a second choice,

4   evidently, that you talked about just before this

5   where the clients connect to this list of relay

6   servers and then they -- each one decides which one

7   of the connections to then cure; is that --

8        A    I think it's a little confusing -- there's

9   some confusion in there, so let me clarify.

10       Q    Sure.

11       A    Both the server -- both the signaling

12  server and the clients make a decision in this

13  process.  It's a hybrid decision.

14            So the server picks the top five, let's

15  say, or three.  But in the end, each client picks

16  its own, like, relay to use, and that's just one.

17  But the client decides that based on the short list.

18       Q    Do the two clients have to agree on a

19  specific relay server to use?

20       A    They don't.  The -- the network paths are

21  completely asynchronous and, like, they don't need

22  to be the same.

23            So the packets -- if I initiate a voice

24  video call to you, the packets that I sent to you

25  don't need to take the same network path that

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 39 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}
Job 3296
Page 122

1  you sent -- the packets that you sent to me.

2  They're separate.

3          However, in most cases they'll use a

4  similar network path, but that's just statistics.

5     Q    All right.  And they make that choice

6  based on performance considerations, I assume?

7     A    Yes.

8     Q    All right.  What's an example of the

9  performance considerations?

10     A    What do you mean by "performance

11  consideration"?

12     Q    The client chooses a relay server based on

13  which server provides it the best performance,

14  generally speaking, correct?

15          ATTORNEY BLOCK:  Object to form.

16     A    The best latency.

17     Q    (BY ATTORNEY WEINBERG) The best latency.

18          So what is the definition of "latency"?

19     A    It's a roundtrip time between the client

20  device and the edge location or the relay.

21     Q    Okay.  So now the connection between the

22  clients and the relay server, is there a protocol

23  for establishing that connection?

24     A    Yes.

25     Q    And what protocol is that?

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 40 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 123

1        A    It's a custom STUN protocol.

2        Q    STUN?

3        A    STUN, S-T-U-N.

4        Q    STUN?

5        A    It is a -- STUN is a -- it's a protocol

6   format.  So the messages are -- are using the STUN

7   headers, but the protocol itself is designed by

8   WhatsApp.  It's proprietary.

9        Q    What do you mean by the -- which part of

10  it is proprietary and which part of it's not

11  proprietary?

12            ATTORNEY BLOCK:  Objection to form.

13       A    So for instance, the headers are standard.

14  They're part of the STUN message format.

15            But the payload inside the STUN messages

16  is customized for the face -- for the WhatsApp

17  network, particularly with regards to encryption.

18       Q    (BY ATTORNEY WEINBERG) What sorts of data

19  is in the payload of these STUN protocol messages?

20       A    The most important piece of information

21  that is sent in the payload, it's the authorization

22  token that I mentioned before, which is a preshared

23  key ex -- preshared key encryption mechanism that

24  has built-in expiration.

25       Q    So explain that to me.  You said earlier

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 41 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 128

1          Statistically speaking, this happens --

2   this is successful in about 50 percent of the cases.

3   And in that case -- in those cases, both the caller

4   and callee will not send the realtime packets

5   through the proxy and it will send them directly to

6   the other side instead.

7          Q    Okay.  So thanks for walking me through

8   the chatdserver.

9              At this point the chatdserver is no longer

10  involved, right, once there's already a

11  connection -- a peer-to-peer connection?

12             ATTORNEY BLOCK:  Objection to form.

13         A    I think it's still involved.  For

14  instance, if there's an update -- if there's an

15  interruption happening -- like, let's say the other

16  side doesn't send any realtime packets -- then the

17  client will attempt to use the signaling server to

18  reach the other end and see whether they're still

19  connected or...

20         Q    (BY ATTORNEY WEINBERG) Got it.  So if the

21  call drops and one of the clients has to reestablish

22  the connection, it would use the chatdserver again?

23         A    Yes.

24         Q    Okay.  And these protocols that you just

25  described, the chatdserver interacts with the

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 42 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}            Page 129

```
 1  clients through like a web API or what -- what kind

 2  of interface does it use to interact with the

 3  clients?

 4      A    The -- the protocol is noise.

 5      Q    Noise.

 6           And when the chatdserver receives a noise

 7  message, it processes it according to the functions

 8  that WhatsApp programmed it to perform?

 9           ATTORNEY BLOCK:  Objection to form.

10      A    Yes.  Generally, yes.

11      Q    (BY ATTORNEY WEINBERG) What do you mean by

12  "generally"?

13      A    I think it was -- would you repeat that,

14  please, again?

15      Q    When the chatdserver receives a message or

16  a client request, it processes that client request

17  using server-side code that WhatsApp wrote?

18           ATTORNEY BLOCK:  Objection to form.  And

19  that's a different question.

20      A    Yes, that's accurate.

21      Q    (BY ATTORNEY WEINBERG) And during that

22  execution the server will access only those parts of

23  the server that WhatsApp then programmed it to

24  access?

25           ATTORNEY BLOCK:  Objection to form.
```

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 43 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}
Job 3296
Page 130



1        A    I'm not sure what you mean by "the parts
2    of the server."

3        Q    (BY ATTORNEY WEINBERG) Areas in storage.

4            ATTORNEY BLOCK:  Same objection.

5        A    What storage?

6        Q    (BY ATTORNEY WEINBERG) Well, computers
7    have computer storage, right?  Memory?  Hard drives?

8        A    So the chat servers do not store
9    information on, like, themselves.

10        Q    When a computer operates, it accesses
11    memory, right?

12        A    Yes.

13        Q    Okay.  The chatdservers have memory that
14    they access?

15        A    Yes.

16        Q    And when they execute, they access that
17    memory?

18        A    Yes.

19        Q    And so when they execute code written by
20    WhatsApp, they access only those parts of the memory
21    that WhatsApp had programmed them to access?

22            ATTORNEY BLOCK:  Objection to form.

23        A    Yes.

24            ATTORNEY BLOCK:  I just want to do a time
25    check.  You had talked about --

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 44 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3296
WHATSAPP INC. on 08-16-2024         {{Attorneys Eyes Only}}                      Page 131

1          ATTORNEY WEINBERG:  Do you want to do

2    lunch?

3          ATTORNEY BLOCK:  -- it's 12:45 now.

4      A    Yeah, I can probably -- I mean, it's up to

5    guys as well.

6          ATTORNEY BLOCK:  Do you mind if we break?

7          ATTORNEY MARZORATI:  Yeah, let's do lunch.

8      A    No.

9          ATTORNEY WEINBERG:  Let's go off the

10   record.

11         THE VIDEOGRAPHER:  12:45 p.m.

12         (A break was taken from 12:45 p.m. to

13   1:49 p.m.)

14         THE VIDEOGRAPHER:  We are back on the

15   record at 1:49 p.m.

16     Q    (BY ATTORNEY WEINBERG) All right.  Thanks.

17   Welcome back from lunch.  Just a few cleanup items

18   of some of the topics we spoke about earlier today.

19         The -- we spoke about the servers, the

20   physical and logical servers and the whole

21   infrastructure for routing messages in WhatsApp's

22   VoIP infrastructure.  You spoke about the edge load

23   balancers.

24         I just want to confirm:  How many -- in

25   2019, how many servers were there that were

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 45 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 132

1   performing this edge load balancing?

2       A   Are you referring to how many locations,

3   like, clusters or logical servers or how many

4   physical servers?

5       Q   So let's start with the locations.

6       A   From my understanding, it was somewhere --

7   the number of locations was around a hundred.

8       Q   And where were those locations?

9       A   So the locations are basically Internet

10  exchange points on the Internet.  And they're

11  geographically distributed, so they're essentially

12  in many countries, continents, all over the globe.

13      Q   And how many servers were implementing

14  that edge load balancing layer?

15          ATTORNEY BLOCK:  Objection to form.

16      A   I don't remember exactly how many servers

17  we had in total in all these edge locations.  I just

18  know that in general the number was somewhere

19  between 32 and a 120.

20          Like, some of them even had 200 servers in

21  them, so I don't know the total number.

22      Q   (BY ATTORNEY WEINBERG) Okay.  And these

23  hundreds of locations, were any of them in

24  California?

25      A   Some of them are in California -- were in

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 46 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 133

```
 1   California.
 2        Q       In 2019?
 3        A       In 2019, yes.
 4        Q       Do you have an approximation of about how
 5   many?
 6        A       Two.
 7        Q       Two.
 8                Two total locations in California out of
 9   the 100?
10        A       Yes.
11        Q    Okay.  Are those data center locations?
12        A    Edge locations.  Not data centers.
13        Q    Okay.  So as far as the data centers, how
14   many data centers did WhatsApp utilize in 2019?
15        A    From my recollection, we had -- WhatsApp
16   had three data centers all located in the United
17   States in 2019 for chat.
18        Q    And where were they?
19        A    One of them was Altoona.  The other one
20   was in Virginia.  And then there was another one in
21   New Mexico, I believe.
22        Q    Altoona, that's --
23        A    That's in Iowa.
24        Q    -- Iowa?
25        A    Yeah.
```

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 47 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page  134

1       Q    Any others?

2       A    Not from what I remember.

3       Q    Okay.  So we spoke about the chatdservers

4  and the relay servers.  I'll start with the

5  chatdservers.

6            Where were they implemented?  The

7  computers that executed the chatd functionality,

8  where were they located?

9       A    They were located in the data centers that

10  we just mentioned.

11       Q    Okay.  And the relay servers, were they

12  also located in the data centers we just mentioned?

13       A    No.

14       Q    Okay.  Where were they located?

15       A    The relay servers were located in the edge

16  locations that we talked about earlier.

17       Q    And those edge locations are the 100

18  locations, including the two in California?

19       A    Yes.

20       Q    Okay.  In order to access one of these

21  servers, for example, the chatdserver or the relay

22  servers or one of these load balancing servers,

23  there is presumably some kind of either

24  authorization or authentication that occurs?  Yes?

25            ATTORNEY BLOCK:  Object to form.

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 48 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}               Page 135

1      A    Would you want to be more specific with

2  regards to, like, what authorization --

3      Q    (BY ATTORNEY WEINBERG) Sure.  Let's start

4  with the load balancers.  All right.

5           The edge load balancers, when it receives

6  a request, will it process it automatically or will

7  it check for some kind of authorization?

8           ATTORNEY BLOCK:  Object to form.

9      A    The edge location, in case of the relay,

10  it will check the author -- authorization token in

11  the STUN message that is sent by the client.

12           And if that token is not valid, it will

13  not allow the use of the relay.

14      Q    (BY ATTORNEY WEINBERG) And that's those

15  temporary tokens that don't do authorization -- I'm

16  sorry -- that don't do authentication --

17      A    Exactly.

18      Q    -- but instead do authorization?

19      A    Exactly.

20      Q    And what about the chatdservers?  What

21  kind of credentials are required for accessing the

22  functionality implemented by the chatdservers?

23           ATTORNEY BLOCK:  Objection to form.

24      A    The chatdservers -- and just to be clear,

25  we're talking about the servers in the data centers

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 49 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 182

 1       A    The memory on the client.  And prepare the

 2   memory for the -- for hijacking the execution at the

 3   end.

 4            So the messages -- like, what you see here

 5   are not the actual, like, malicious messages.  Like,

 6   the malicious message in this case not like a -- I

 7   don't know if I'm explaining this properly, but it's

 8   not like a script or anything like that.

 9            The only thing that happens in these steps

10   is just memory manipulation.

11       Q    On the client?

12       A    By the attacker, yes.

13       Q    The memory of the client?

14       A    The --

15            ATTORNEY BLOCK:  Object to form.

16       Q    (BY ATTORNEY WEINBERG) Just when you say

17   "memory manipulation," I want to confirm that you're

18   talking about the client device and not the servers.

19            ATTORNEY BLOCK:  Object to form; vague.

20       A    Yes, I meant the memory of the client.

21       Q    (BY ATTORNEY WEINBERG) And so on the

22   third -- sorry -- page 4 of this.  It's this

23   "Context" slide on the beginning of the --

24       A    This one?

25       Q    -- the next one.  The four bullet points.

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 50 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 183

1          So the fourth bullet point -- I think this

2    goes to what you were just saying -- the WhatsApp

3    servers were not compromised by this attack?  You

4    agree with that?

5              ATTORNEY BLOCK:  Object to form.

6        A    What do you mean by "compromised"?

7        Q    (BY ATTORNEY WEINBERG) Well, did it --

8    this operation impaired the availability of those

9    servers to perform their normal functions?

10             ATTORNEY BLOCK:  Object to form.

11       A    This does not impair the availability of

12   the servers.

13       Q    (BY ATTORNEY WEINBERG) Did it impair the

14   availability of any data on the servers?

15             ATTORNEY BLOCK:  Object to form.

16       A    What data are you referring to?

17       Q    (BY ATTORNEY WEINBERG) Data stored in the

18   servers.

19       A    I think that's too general.

20       Q    Did it impair the integrity of any data

21   that's stored in the servers?

22             ATTORNEY BLOCK:  Object to form.

23       A    The integrity of the data?

24       Q    (BY ATTORNEY WEINBERG) Yeah.  If

25   WhatsApp's servers stored some data that it needs to

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 51 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page  184

1    make available for its normal operation, did this

2    operation of Pegasus corrupt that data --

3              ATTORNEY BLOCK:  Object to form.

4        Q    (BY ATTORNEY WEINBERG) -- on the servers?

5              ATTORNEY BLOCK:  Object to form.

6        A    So this did not corrupt any data on the

7    signaling or the relay servers.

8              ATTORNEY BLOCK:  It's been a little more

9    than 15 minutes since we said 5 or 10, and I'm going

10   to need a bio break.

11             ATTORNEY WEINBERG:  Okay.

12             ATTORNEY BLOCK:  Thank you.  I appreciate

13   it.

14             THE VIDEOGRAPHER:  Off the record,

15   3:06 p.m.

16             (A break was taken from 3:06 p.m. to

17   3:25 p.m.)

18             THE VIDEOGRAPHER:  Back on the record at

19   3:25 p.m.

20             ATTORNEY BLOCK:  As I just mentioned off

21   the record, Mr. Gheorghe identified a correction he

22   wanted to make to some of his testimony while we

23   were on break.

24        Q    (BY ATTORNEY WEINBERG) I believe the

25   correction was on the location of the data centers

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 52 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 185

1  used for VoIP in 2019?

2       A    Yes.

3       Q    And where are those data centers of

4  servers located?

5       A    They are located in Prineville, Oregon;

6  Altoona, Iowa; and Forest City, North Carolina.

7       Q    And this is the location of the physical

8  chatdservers, correct?

9       A    Yes.

10      Q    Okay.  If you could take a quick look at

11 the final slide in Exhibit 1083.

12           It's -- I don't know if this is -- slide

13 is showing this, but it's my understanding from the

14 documents that ultimately the callee phone begins to

15 interact with a third party-server that's not

16 controlled by WhatsApp.

17           Is this being shown here?

18           ATTORNEY BLOCK:  Object to form.

19      A    I'm trying to understand what this slide

20 means.  The slide was some kind of appendix.  I

21 don't even know if it was even presented.

22      Q    (BY ATTORNEY WEINBERG) Okay.

23      A    Yeah, I really don't know what is the

24 purpose of this.  I think it could be just somewhat

25 unrelated with the attack.

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 53 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                 Page 201

1   3:59 p.m.

2        Q    (BY ATTORNEY WEINBERG) All right.  Just

3   before we broke we were talking about your

4   declaration, Exhibit 1164, and the origin and the

5   meaning of these two IP addresses listed in

6   paragraphs 4 and 5.

7             What is it that your analysis or Andrew

8   Robinson's analysis revealed was that these two

9   servers were being used for?

10            ATTORNEY BLOCK:  Objection to form.

11       A    So based on my recollection, I haven't

12  reviewed any documents recently with this detail.

13  But based on the -- my recollection from -- from

14  that from 2019, the code opened the socket to one of

15  those IPs, downloaded some data, and then executed

16  it.

17       Q    (BY ATTORNEY WEINBERG) Did WhatsApp ever

18  obtain the data that was downloaded from those --

19  purportedly downloaded from those servers?

20       A    No, not that I'm -- not that I'm aware of.

21            ATTORNEY BLOCK:  And I will just note for

22  the record that that answer is qualified by the

23  scope of Mr. Gheorghe's designation.

24       Q    (BY ATTORNEY WEINBERG) I think, as we

25  discussed, these the first topic is WhatsApp's

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 54 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                     Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                  Page 202

 1  factual basis for Plaintiffs' contention that

 2  Defendants purposely directed their conduct at

 3  California, including conduct at this QuadraNet

 4  server, which I believe is this "220 server" in

 5  paragraph 4?

 6            ATTORNEY BLOCK:  I object to the form of

 7  the question.  And that's not the witness's

 8  designation.

 9            ATTORNEY WEINBERG:  He's not designated on

10  Topic 1?

11            ATTORNEY BLOCK:  He's not designated on

12  what you read.

13            ATTORNEY WEINBERG:  Okay.  What is he

14  designated on for Topic 1?

15            ATTORNEY BLOCK:  He is designated to:

16                 Provide relevant nonprivileged

17                 information as to matters known or

18                 reasonably available to Plaintiffs

19                 regarding Plaintiffs' understanding

20                 of the operation of the NSO spyware

21                 involved in NSO's unauthorized

22                 access to Plaintiffs' computers in

23                 May and April 2019, including the

24                 contact of such spyware with

25                 California-based infrastructure,

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 55 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                 Page 203

1              including a QuadraNet server in

2              California.

3              And I will refer generally to Responses

4    and Objections that we served shortly after

5    receiving your amended notice.

6              ATTORNEY WEINBERG:  All right.  So I'm

7    asking about any factual basis that Plaintiffs have

8    to contend that Pegasus or NSO had access -- had

9    contact with this QuadraNet server.

10       Q    (BY ATTORNEY WEINBERG) And is your

11   contention that the analysis by Andrew Robinson was

12   simply that the user's target phone accessed this

13   QuadraNet server?

14             ATTORNEY BLOCK:  I object to the form of

15   the question.

16             The witness is here to provide testimony,

17   not contentions.  And the question misstates the

18   record.

19       Q    (BY ATTORNEY WEINBERG) Okay.  I think we

20   may have exhausted your knowledge about these -- the

21   nature of the contact with these servers.

22             Do you know anything about the QuadraNet

23   server, which is this Server 220 in paragraph 4?

24       A    I reviewed a document that showed that

25   this IP was assigned to QuadraNet as an

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 56 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}             Page 204

1    organization.  It was part of an IP range that was

2    assigned to QuadraNet.

3            So that's a document that I reviewed, and

4    I can confirm that that's accurate.

5        Q    (BY ATTORNEY WEINBERG) Okay.  What

6    document did you review that said that?

7        A    It was a document provided by -- I don't

8    remember the name of the person who provided the

9    document.

10           It was based on the MaxMind database, a

11   public IP -- GeoIP database that showed an IP range

12   that contained this IP address, and it was assigned

13   to QuadraNet.

14       Q    Was it the Mornin declaration, Joseph D.

15   Mornin?

16       A    That does not sound familiar, but...

17       Q    Okay.  You said that you confirmed it

18   yourself.  And that -- you may have just answered

19   this, but how did you confirm it yourself that this

20   IP address in 2019 was assigned to a physical server

21   in California?

22           ATTORNEY BLOCK:  Objection, vague;

23   misstates.

24       A    I did not confirm it.  I did not do any

25   work to confirm it.  I just reviewed the document

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 57 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 205

1  that showed that this IP was part of an IP range

2  assigned to QuadraNet in -- at that time.

3       Q    (BY ATTORNEY WEINBERG) Part of an IP range

4  assigned to QuadraNet?

5       A    Yes.

6       Q    And so this range is encompassing how many

7  IP addresses?

8       A    I don't remember the -- like, how large

9  was the IP range.

10      Q    Do you know whether this particular IP in

11 paragraph 4 was assigned to a server physically

12 located in California?

13      A    I know it was assigned to QuadraNet, but I

14 did not video QuadraNet data centers to verify that

15 myself.  I...

16      Q    What about the second IP address, the one

17 in paragraph 5 of your declaration, the 200 server?

18 What do you know about that IP address?

19      A    Unfortunately, I don't know anything about

20 that IP.

21      Q    Okay.  Do Plaintiffs know anything about

22 any server in California that was specifically

23 targeted by -- they believe was specifically

24 targeted by Pegasus software?

25           ATTORNEY BLOCK:  Object to form.

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 58 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}             Page 206

1      A     What kind of server?

2      Q     (BY ATTORNEY WEINBERG) Any server

3  physically located in California.

4            ATTORNEY BLOCK:  Same objection.

5      A     Any server owned by Facebook?

6      Q     (BY ATTORNEY WEINBERG) Any server in

7  California owned by anybody.

8            The question is:  Does -- do Plaintiffs

9  know about any server physically located in

10 California that was specifically targeted by Pegasus

11 software?

12           ATTORNEY BLOCK:  Objection to form.

13     A     The only thing that I know is that during

14 the attack that we observed, there were some servers

15 located in the edge locations in the San Jose and

16 Los Angeles metro areas that were involved in those

17 attacks, relay servers.

18           That's the only thing -- the only

19 information that I have.

20     Q     (BY ATTORNEY WEINBERG) Okay.  But do

21 you --

22           ATTORNEY BLOCK:  Can we take a short

23 break?

24           ATTORNEY WEINBERG:  Just one second.

25     Q     (BY ATTORNEY WEINBERG) The relay server

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 59 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024       {{Attorneys Eyes Only}}              Page 249

1  by having an official WhatsApp application that

2  starts a voice or a video call.  That's the only

3  way.

4      Q    (BY ATTORNEY WEINBERG) Okay.  But the

5  choice of which authorization tokens a client is

6  provided is made by the chatdserver that's

7  controlled by WhatsApp?

8          ATTORNEY BLOCK:  Object to form;

9  misstates.

10     A    It's the chat -- it's the VoIP signaling

11 logic that runs inside the chatdserver, yes.

12     Q    (BY ATTORNEY WEINBERG) Okay.  I want to

13 return to the effects, if any, of this -- of

14 Pegasus's operation on the effectiveness of the

15 chatdservers or the signaling servers or any of

16 WhatsApp's server infrastructure.

17         You recall that in the White Paper

18 PowerPoint, at page 4 there was statement that the

19 WhatsApp servers were not compromised by this

20 attack.  And I just wanted to take off exactly what

21 that means.  I think we started doing this earlier.

22         So for example, WhatsApp doesn't have any

23 reason to believe that the operation of Pegasus

24 slowed down materially, the operation of WhatsApp

25 servers?

Case 4:19-cv-07123-PJH    Document 414-3    Filed 10/04/24    Page 60 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 250

1           ATTORNEY BLOCK:  I object to the preamble,

2   and I object to a form of the question that followed

3   the preamble.

4       A    What do you mean by "slow down"?

5       Q    (BY ATTORNEY WEINBERG) Well, you know

6   computers, when they get a lot of work to do, they

7   slow down.  So when you have a server and the server

8   has too many server -- requests to service it, it

9   would probably slow down.

10          So my question is:  Do you have any reason

11  to believe that the operation of Pegasus slowed down

12  in any material way, any of WhatsApp's servers?

13          ATTORNEY BLOCK:  Same objections.

14      A    No, I don't believe the suspicious attack

15  that we observed slowed down the WhatsApp servers.

16      Q    (BY ATTORNEY WEINBERG) The volume of

17  the -- of these suspicious stanzas was quite small

18  compared to the size of WhatsApp's user base, wasn't

19  it?

20          ATTORNEY BLOCK:  Object to form.

21      A    Yes.

22      Q    (BY ATTORNEY WEINBERG) As far as WhatsApp

23  knows, Pegasus didn't delete any of WhatsApp's data

24  from WhatsApp's servers, correct?

25          ATTORNEY BLOCK:  Object to form.

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 61 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 251

```
 1          A     I'm not aware of any data being deleted.
 2          Q     (BY ATTORNEY WEINBERG) Is WhatsApp aware
 3   of any WhatsApp data that Pegasus altered on
 4   WhatsApp's servers --
 5               ATTORNEY BLOCK:  Object to form; vague.
 6          Q     (BY ATTORNEY WEINBERG) -- other than
 7   accessing the server in its usual way?
 8               ATTORNEY BLOCK:  Same objection.  And a
 9   partial scope objection, to the extent it seeks
10   testimony about the operation of Pegasus, which has
11   not been fully exposed to META.
12          Q     (BY ATTORNEY WEINBERG) Well, it's just
13   that sometimes servers will store data owned by a
14   company; and if there's some malicious cyberattack,
15   maybe the data gets wiped, maybe the data gets
16   locked out such that the owner can't access it
17   anymore.
18               Was there any such effect on WhatsApp
19   servers by the Pegasus software that you're aware
20   of?
21               ATTORNEY BLOCK:  Same objections.
22               You can answer, to the extent of what META
23   was able to observe.
24          A     Yeah, I'm not aware.
25          Q     (BY ATTORNEY WEINBERG) Is WhatsApp aware
```

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 62 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 252

1   of any evidence that Pegasus caused the deletion of

2   any data owned by WhatsApp from target devices?

3            ATTORNEY BLOCK:  Objection to form.  And

4   the same partial objection as to scope and the

5   operation of Pegasus.

6       A    So we have reason to believe that the

7   data -- the memory of the application -- of the

8   gen -- like, the WhatsApp application running on

9   victims' devices, the memory of that application was

10  altered.

11      Q    (BY ATTORNEY WEINBERG) Memory is altered

12  any time an application runs, right?

13      A    No, not in this way.

14           So it was done in a way where it altered

15  the normal execution -- the normal behavior of the

16  -- of the application.  Like, it made the

17  application do things it was not supposed to do.

18      Q    Okay.  But I think I'm getting at:  Did --

19  are you aware of Pegasus deleting people's data off

20  their phone?

21           ATTORNEY BLOCK:  Same objections.

22      A    The data in the memory is data, so -- and

23  I believe they altered that data.

24      Q    (BY ATTORNEY WEINBERG) Isn't it true that

25  every time an application runs on a computer, it

Case 4:19-cv-07123-PJH   Document 414-3   Filed 10/04/24   Page 63 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 294

1      I, MARY J. GOFF, CSR No. 13427, Certified

2  Shorthand Reporter of the State of California,

3  certify;

4      That the foregoing proceedings were taken

5  before me at the time and place herein set forth, at

6  which time the witness declared under penalty of

7  perjury; that the testimony of the witness and all

8  objections made at the time of the examination were

9  recorded stenographically by me and were thereafter

10 transcribed under my direction and supervision; that

11 the foregoing is a full, true, and correct

12 transcript of my shorthand notes so taken and of the

13 testimony so given;

14      That before completion of the deposition,

15 review of the transcript ( ) was (XX) was not

16 requested:   (   ) that the witness has failed or

17 refused to approve the transcript.

18      I further certify that I am not financially

19 interested in the action, and I am not a relative or

20 employee of any attorney of the parties, nor of any

21 of the parties.

22      I declare under penalty of perjury under the

23 laws of California that the foregoing is true and

24 correct, dated this   day of        , 2024.

25 _____
   MARY J. GOFF