# EXHIBIT 3

# Exhibit W

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

| | |
|---|---|
| **From:** | Michael Scott [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MIKES6C5] |
| **Sent:** | 5/6/2019 3:19:31 PM |
| **To:** | |
| **Subject:** | Re: [tasks] T43922633: WA Exploit Payload analysis |

# T43922633 - WA Exploit Payload analysis

**RECENT ACTIVITY**

**Michael Scott** commented:
95.179.187[.]227 is a Choopa IP in the US, not sure if they place nice

Comment · Close · Unsubscribe · Assign · Add Subscribers · Tag · Set Priority · Star

Was this email helpful? Yes · No

| | |
|---|---|
| **STATUS** | **Open** |
| **PRIORITY** | High |
| **PROGRESS** | **In Progress** |
| **OWNER** | |
| **CREATED** | May 3, 2019, 11:14 AM by Drew Robinson |
| **DESCRIPTION** | S178165 <br> https://our.intern.facebook.com/.../security/malware/details/... |
| **TAGS** | wa malware_queue |
| **SUBSCRIBERS** | Michael Scott   Drew Robinson |
| **BLOCKS** | #44022513 [MalwareAnalysis] Oncall Tracking Task (From: 2019-05-06 12:00 - To: 2019-05-13 12:00) <br> #43726061 [MalwareAnalysis] Oncall Tracking Task (From: 2019-04-29 12:00 - To: 2019-05-06 12:00) |
| **DEPENDS ON** | #43923891 Acct Review |

**COMMENT HISTORY**

**Michael Scott**
95.179.187[.]227 is a Choopa IP in the US, not sure if they place nice
May 6, 2019, 6:19 PM

**Drew Robinson**

Highly Confidential - Attorneys' Eyes Only                                                    WA-NSO-00053824

10 new c2 nodes based on additional logs provided:
Full list so far:
103.199.18[.]26
103.82.240[.]94
104.223.76[.]220
185.109.168[.]20
185.109.168[.]25
185.109.168[.]30
185.117.89[.]209
185.117.90[.]17
185.140.55[.]30
185.225.68[.]67
185.225.69[.]104
185.225.69[.]11
185.225.69[.]110
185.225.69[.]112
185.225.69[.]118
185.225.69[.]123
185.225.69[.]28
185.225.69[.]45
185.244.151[.]136
188.215.229[.]197
188.215.229[.]204
188.215.229[.]215
194.36.189[.]123
212.83.46[.]146
37.220.31[.]101
37.220.31[.]85
46.183.218[.]91
5.149.255[.]69
5.152.222[.]110
54.93.81[.]200
79.141.175[.]18
79.141.175[.]43
88.150.227[.]119
88.150.227[.]84
94.46.187[.]237
94.46.187[.]247
94.46.187[.]253
95.179.187[.]227
May 6, 2019, 6:17 PM

**Michael Scott**
I believe our n00b ▇▇▇▇▇▇▇▇ has RE'd the Android version of Pegasus (Chrysaor) as well, he's in MPK
May 6, 2019, 5:31 PM

▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇ - Feel free to use the document at the dropbox link below where we have already captured a good deal of what ▇▇▇▇ ▇▇▇▇▇▇▇▇ is asking for. It relies on 3rd party analysis since we don't have a copy of our own. You can also ask ▇▇▇▇▇▇▇▇ (ecrime manager) who used to work at Lookout and has analyzed older samples. The doc also covers "Chrysaor" which is aka "Pegasus for Android".
May 6, 2019, 4:57 PM

▇▇▇▇▇▇▇▇

Highly Confidential - Attorneys' Eyes Only                                                                                                                                    WA-NSO-00053825

▇▇▇▇ while we wait for additional samples, could you pull together some write-ups of Pegasus and aggregate functionality and features? We're getting questions about what's possible and likely. Since Pegasus is the most likely 2nd stage, having that set of capabilities laid out would be beneficial.

May 6, 2019, 4:35 PM

▇▇▇▇▇▇▇▇

switching owners for oncall switch. synced up with Drew, and no further malware RE needs to be done with samples we have so far. Michael Scott lmk if we get the second stage and needs analysis.

May 6, 2019, 3:23 PM

**Michael Scott**

two of the c2 servers are in the US, perhaps we could reach out and try to get possible second stage?
104.223.76[.]220 - QuadraNet
54.93.81[.]200 - AWS

May 6, 2019, 12:20 PM

▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇ - qtechnologies == NSO and Westbridge is a known regional subsidiary. Additional background context here if anyone is interested: https://www.dropbox.com/s/2…/NSO%20Group%20%5BFINAL%5D.docx…

May 6, 2019, 9:16 AM

**Drew Robinson**

Countries are country of target.
{2338841253053327}

May 6, 2019, 12:26 AM

**Drew Robinson**

Graph with clustering based on C2/Target countries.

May 6, 2019, 12:26 AM

**Drew Robinson**

Attaching the scripts I've used for extracting the C2's and parsing the logs.

May 5, 2019, 11:42 PM

**Drew Robinson**

Two new IP addresses from the most recent set of logs pulled (P63727422):

185.225.69[.]45:65281
185.225.69[.]11:65281

May 5, 2019, 10:57 PM

▇▇▇▇▇▇▇▇▇

Here's the full pDNS on that 54. IP:

54[.]93[.]81[.]200 access[.]2access[.]co
access[.]nsogroup[.]com
ec2-54-93-81-200[.]eu-central-1[.]compute[.]amazonaws[.]com
sip[.]2access[.]xyz
sip[.]nsogroup[.]com
sip[.]q[.]co
sip[.]qtechnologies[.]com

Another interesting side note, qtechnologies is linked to Westbridge Technologies (http://www.myvisajobs.com/…/Westbridge-…/1281558_Contact.htm). Westbridge is linked to possible sales to USG: https://www.fastcompany.com/…/the-billion-dollar-company-he…

May 3, 2019, 4:15 PM

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00053826

**Drew Robinson**
54.93.81[.]200 >> access.nsogroup[.]com on AWS cc ▮▮▮▮▮▮▮▮▮ Michael Scott
May 3, 2019, 4:14 PM

**Drew Robinson**
Correction to earlier IP list, had endianess wrong:

103.199.18[.]26:65281
103.82.240[.]94:65281
104.223.76[.]220:65281
185.109.168[.]20:65281
185.109.168[.]25:65281
185.117.89[.]209:65281
185.117.90[.]17:65281
185.140.55[.]30:65281
185.225.68[.]67:65281
185.225.69[.]104:65281
185.225.69[.]110:65281
185.244.151[.]136:65281
188.215.229[.]204:65281
194.36.189[.]123:65281
212.83.46[.]146:65281
37.220.31[.]101:65281
37.220.31[.]85:65281
46.183.218[.]91:65281
5.149.255[.]69:65281
54.93.81[.]200:65281
79.141.175[.]18:65281
79.141.175[.]43:65281
88.150.227[.]119:65281
88.150.227[.]84:65281
94.46.187[.]247:65281
94.46.187[.]253:65281
May 3, 2019, 3:45 PM

**Drew Robinson**
Closing this out for now. If we get more payloads coming in will reopen.
Shellcode opens a socket to IP/port, writes 0x10 bytes to the socket, reads 4 bytes from the socket (which is used as a size for the second read). and then writes the contents from the second read to stdout. (which by the bash commands gets piped to a file on disk. This second file is then executed using custom command line args (likely a Pegasus payload or something similar where the args are decryption keys).
May 3, 2019, 2:00 PM

**Drew Robinson**
P63638707 has logs from
>logs for the full fleet of chatd servers
P63640867 Script to extract:

123.189.36[.]194:511
91.218.183[.]46:511
247.187.46[.]94:511
25.168.109[.]185:511
67.68.225[.]185:511
104.69.225[.]185:511

30.55.140[.]185:511
17.90.117[.]185:511
69.255.149[.]5:511
94.240.82[.]103:511
220.76.223[.]104:511
110.69.225[.]185:511
204.229.215[.]188:511
146.46.83[.]212:511
18.175.141[.]79:511
101.31.220[.]37:511
119.227.150[.]88:511
26.18.199[.]103:511
200.81.93[.]54:511
136.151.244[.]185:511
209.89.117[.]185:511
May 3, 2019, 1:34 PM

Related task: Reviewing senders of malformed messages: T43923891
May 3, 2019, 11:48 AM

Customize your notifications at Email Settings

Highly Confidential - Attorneys' Eyes Only                                    WA-NSO-00053828