Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          gina.cora@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and <br> META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** <br><br> Ctrm:    3 <br> Judge:   Hon. Phyllis J. Hamilton <br><br> Action Filed:  10/29/2019 |

Having considered Plaintiffs' Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Filed Under Seal, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the following documents will remain sealed, as follows:

| Document | Portion(s) to Seal | Reasons for Sealing |
| --- | --- | --- |
| Exhibit R to the Declaration of Joseph Akrotirianakis in Support of Defendants' Motion for Summary Judgment (the "Akrotirianakis Declaration"), Dkt. No. 396-5, Ex. 4 | All | Reflects sensitive business information that would provide competitors an unfair advantage by providing access to internal business deliberations |
| Exhibit S to the Akrotirianakis Declaration | All | Reflects sensitive business information that would provide competitors an unfair advantage by providing access to internal business deliberations |
| Exhibit T to the Akrotirianakis Declaration | All | Reflects sensitive business information that would provide competitors an unfair advantage by providing access to internal business deliberations |
| Exhibit U to the Akrotirianakis Declaration | All | Reflects sensitive business information that would provide competitors an unfair advantage by providing access to internal business deliberations |
| Exhibit V to the Akrotirianakis Declaration | All | Reflects sensitive business information that would provide competitors an unfair advantage by providing access to internal business deliberations |

| Exhibit K to the Akrotirianakis Declaration | Redacted portions, as indicated in Exhibit 1 to the Declaration of Craig T. Cagney in Support of Plaintiffs' Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Filed Under Seal (the "Cagney Declaration") | Reflects confidential personal information about Plaintiffs' individual employees |
|---|---|---|
| Exhibit L to the Akrotirianakis Declaration | Redaction portions as indicated in Exhibit 2 to the Cagney Declaration | Reflects confidential personal information about Plaintiffs' individual employees |
| Exhibit W to the Akrotirianakis Declaration | Redacted portions as indicated in Exhibit 3 to the Cagney Declaration | Reflects confidential personal information about Plaintiffs' individual employees |

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated: _____    _____
                                    Honorable Phyllis J. Hamilton
                                    United States District Judge