UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>           Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (DKT. 405)**<br><br>Judge:  Hon. Phyllis J. Hamilton |

This Court, having considered the Statement Pursuant to Local Rule 79-5(f)(3) of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's (collectively, the "Defendants") in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal ("Motion"), and GOOD CAUSE THEREFOR APPEARING, Orders that the Motion is hereby GRANTED and that the following documents shall remain under seal.

| Documents To Remain Under Seal | Portion To Be Sealed |
|---|---|
| Plaintiffs' Motion for Sanctions (Dkt. No. 405-2) | Indicated portion of pages iii, 2-18, and 21-25 |
| Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions (the "Block Declaration") (Dkt. No. 405-3) | Indicated portions of paragraphs 4, 7-10, 14, and 19 |
| Exhibits A-G, I-L, and N-Q to the Block Declaration (Dkt. No. 405-4) | All |

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (DKT. 405)

Case No. 4:19-cv-07123-PJH