Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         gina.cora@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Craig T. Cagney, declare as follows:

1. I am a counsel at the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed concurrently herewith.

3. Attached hereto is a true and correct copy of the unredacted version of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment (the "Summary Judgment Opposition").

4. Attached hereto is a true and correct copy of the unredacted version of the Declaration of Micah G. Block in Support of Plaintiffs' Summary Judgment Opposition (the "Block Declaration").

5. Attached hereto is a true and correct copy of the unredacted versions of Exhibits 5-12, 16-17, 19-28, 30-39, and 43 to the Block Declaration.

6. Attached hereto is a true and correct copy of the unredacted version of the Declaration of David Youssef in Support of Plaintiffs' Motion for Partial Summary Judgment (the "Summary Judgment Motion") and Summary Judgment Opposition (the "Youssef Declaration").

7. Attached hereto is a true and correct copy of the unredacted version of Exhibits B and C to the Youssef Declaration.

8. Attached hereto is a true and correct copy of the unredacted version of Exhibits B and C to the Declaration of Dana Trexler in Support of the Summary Judgment Motion and Summary Judgment Opposition (the "Trexler Declaration").

9. Attached hereto is a true and correct copy of the unredacted version of Exhibit B to the Declaration of Anthony Vance in Support of the Summary Judgment Motion and Summary Judgment Opposition (the "Vance Declaration").

1

Decl. of C. Cagney iso Admin. Motion to Consider Whether Another Party's Material Should be FUS
Case No. 4:19-cv-07123-PJH

10. Portions of the Summary Judgment Opposition, the Block Declaration, and Exhibits 5-12, 16-17, 19-28, 30-39, and 43 thereto, portions of the Youssef Declaration and Exhibits B and C thereto, Exhibits B and C to the Trexler Declaration, and Exhibit B to the Vance Declaration contain, refer to, or derive from, materials that have been designated by Defendants and/or non-parties E-Tel, Joshua Shaner, Terrence DiVittorio, Westbridge Technologies Inc., Jefferies Group LLC, Francisco Partners, QuadraNet, and Greencloud as "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the Action. Plaintiffs reserve the right to challenge any confidentiality designations under the Stipulated Protective Order governing this Action as well as the sealability of the materials at issue.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of October, 2024 at New York, New York

By: */s/ Craig T. Cagney*
      Craig T. Cagney

2

DECL. OF C. CAGNEY ISO ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FUS
CASE NO. 4:19-CV-07123-PJH