Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         gina.cora@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and*
*Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>              Plaintiffs,<br><br>      v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

1    Having considered the Administrative Motion to Consider Whether Another Party's

2    Material Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta

3    Platforms, Inc. ("Plaintiffs"), concerning portions of Plaintiffs' Opposition to Defendants' Motion

4    for Summary Judgment or Partial Summary Judgment (the "Summary Judgment Opposition"),

5    portions of the Declaration of Micah G. Block in Support of the Summary Judgment Opposition

6    (the "Block Declaration"), and Exhibits 5-12, 16-17, 19-28, 30-39, and 43 to the Block Declaration,

7    portions of the Declaration of David Youssef in Support of Plaintiffs' Motion for Partial Summary

8    Judgment (the "Summary Judgment Motion") and the Summary Judgment Opposition, Exhibits B

9    and C to the Youssef Declaration, Exhibits B and C  to the Declaration of Dana Trexler in Support

10   of the Summary Judgment Motion and the Summary Judgment Opposition (the "Trexler

11   Declaration"), and Exhibit B to the Declaration of Anthony Vance in Support of the Summary

12   Judgment Motion and the Summary Judgment Opposition (the "Vance Declaration," and

13   collectively, the "Materials"), the Motion is hereby GRANTED / DENIED.

      IT IS HEREBY ORDERED that the Materials will / will not remain sealed.

Dated: _____          _____
                                                    Honorable Phyllis J. Hamilton
                                                    United States District Judge

1