1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  OAKLAND DIVISION

11 | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,

Plaintiffs,

v.

NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,

Defendants.

Case No. 4:19-cv-07123-PJH

**[PROPOSED] ORDER GRANTING DEFENDANTS' NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Judge:  Hon. Phyllis J. Hamilton

1  This Court, having considered the Administrative Motion to File Under Seal submitted by
2  Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively,
3  the "Defendants"), and the Declaration of Aaron S. Craig filed in support thereof, and
4  COMPELLING REASONS THEREFOR APPEARING, finds that compelling reasons support the
5  sealing of the court records as specified in this Order.

| Documents To Be Sealed | Portion To Be Sealed |
|---|---|
| Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal ("Craig Declaration") | Indicated portions of Paragraphs: 2, 4-13, and 15 |
| Craig Declaration Exhibit 1, Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment (the "Opposition") | Indicated portions of Pages: 1-2, 6-19, 21-25 |
| Craig Declaration Exhibit 2, Exhibits A and B to the Declaration of Terrence McGraw in Support of the Opposition (the "McGraw Declaration") | All |
| Craig Declaration Exhibit 3, Declaration of Tamir Gazneli in Support of the Opposition | Indicated portions of Paragraphs: 2-12 |
| Craig Declaration Exhibit 4, Declaration of Joseph A. Akrotirianakis in Support of the Opposition (the "Akro. Declaration") and | Indicated portions of Paragraphs: 10-11 and 14-16 |
| Exhibits A-F, I-J, and L-O to the Akro. Declaration and | All |
| Exhibit H to the Akro. Declaration | Indicated portions of Paragraphs: 10, 12-15, 19-21, and all Exhibits |

20  The Documents to be Sealed contain traditionally nonpublic government information for
21  which there is no constitutional right of access. *See, e.g., N.Y. Times Co. v. Dep't of Justice*, 806
22  F.3d 682, 688 (2d Cir. 2015).  Moreover, the spirit of international comity counsels that the
23  Documents to be Sealed be kept confidential. *See, e.g., Compal Elecs., Inc. v. Apple Inc.*, 2017
24  WL 11423604, at *3 (S.D. Cal. Sept. 5, 2017). The Documents to be Sealed also include
25  "confidential business information" that the parties have designated as Highly Confidential-
26  Attorneys' Eyes Only. *In re Qualcomm Litig.*, 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017).
27  The Motion is accordingly GRANTED, and the documents described above are to be filed

under seal. To the extent it is necessary in future court filings in this case for the parties to make reference to the sealed content of the Sealed Document, those matters may also be filed under seal pursuant to this Order.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE