1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3  Gina Cora
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
7  Facsimile:  (212) 701-5800
   Email:    greg.andres@davispolk.com
8            antonio.perez@davispolk.com
             craig.cagney@davispolk.com
9            gina.cora@davispolk.com
             luca.marzorati@davispolk.com
10
11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 1600 El Camino Real
   Menlo Park, California 94025
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:    micah.block@davispolk.com
15 *Attorneys for Plaintiffs WhatsApp LLC and
   Meta Platforms, Inc.*
16

17                  UNITED STATES DISTRICT COURT
18              FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                         OAKLAND DIVISION

20 | WHATSAPP LLC, and | )
21 | META PLATFORMS INC., | ) Case No. 4:19-cv-07123-PJH
22 |   Plaintiffs, | ) **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
23 |   v. | )
24 | NSO GROUP TECHNOLOGIES LIMITED | )
25 | and Q CYBER TECHNOLOGIES LIMITED, | )
26 |   Defendants. | )

27
28

1   Having considered the Administrative Motion to File Under Seal filed by Plaintiffs
2   WhatsApp LLC ("WhatsApp") and Meta Platforms, Inc. (together, "Plaintiffs"), the Motion is
3   hereby GRANTED.
4   IT IS HEREBY ORDERED that the following document will remain sealed, as follows:

| Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|
| Exhibit 2 to the Block Declaration | Highlighted portions | Reflects confidential personal information about Plaintiffs' individual employees |
| Exhibit 3 to the Block Declaration | Highlighted portions | Reflects confidential personal information about Plaintiffs' individual employees |
| Exhibit 15 to the Block Declaration | Entirety | Reflects confidential personal information about non-party WhatsApp Users |
| Exhibit 19 to the Block Declaration | Highlighted portions | Reflects confidential personal information about non-parties |
| Exhibit 20 to the Block Declaration | Highlighted portions | Reflects confidential personal information about non-parties |
| Exhibit 21 to the Block Declaration | Entirety | Reflects confidential personal information about non-parties |
| Exhibit 40 to the Block Declaration | Entirety | Reflects confidential personal information about non-party WhatsApp Users |
| Exhibit 41 to the Block Declaration | Entirety | Reflects confidential personal information about non-party WhatsApp Users |

| Exhibit 42 to the Block Declaration | Entirety | Reflects confidential personal information about non-party WhatsApp Users |
|---|---|---|
| Exhibit B to the Declaration of Dana Trexler in Support of Plaintiffs' Motion for Partial Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment (the "Trexler Declaration") | Highlighted portions | Reflects confidential personal information about Plaintiffs' individual employees |
| Exhibit C to the Trexler Declaration | Highlighted portions | Reflects confidential personal information about Plaintiffs' individual employees |

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge