JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>  Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF TERRENCE MCGRAW IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Terrence McGraw, declare as follows:

1. I am an Executive Consultant in Cybersecurity for Gray Analytics, and I have been engaged by Defendants NSO Group Technologies, Limited and Q Cyber Technologies Limited (collectively "NSO") as an expert in this matter.

2. In connection with my engagement, I have reviewed and evaluated technical materials produced by WhatsApp Inc. ("WhatsApp or "WA), Meta Platforms, Inc., f/k/a Facebook, Inc., and NSO. I have personal knowledge of the facts in this declaration, and I could and would testify competently to these facts if called as a witness.

3. In connection with my engagement, I prepared two reports setting forth (among other things) my qualifications, my opinions, the basis and reasons for my opinions, and the facts and data that I considered when forming my opinions.

4. Attached as **Exhibit A** are excerpts from the first report that I prepared, which is dated August 30, 2024, including paragraphs 19-26, 39-40, 75, 84, 102, 123-138, and 152.

5. Attached as **Exhibit B** are excerpts from the second report that I prepared, dated September 21, 2024, including paragraphs 24-29, 31, 51-52, and 87-98.

6. I affirm that the information, statements, and opinions set forth in Exhibits A and B were, and are, true and correct.

7. If called as a witness at trial, I could and would testify to the information, statements, and opinions set forth in Exhibits A and B.

I declare under penalty of perjury that the foregoing is true and correct. Executed October 10, 2024.

_____
TERRENCE MCGRAW

# Exhibit A

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Exhibit B

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**