Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         gina.cora@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>                        Plaintiffs,<br><br>            v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF ANTHONY VANCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Action Filed: October 29, 2019 |

1    I, Anthony Vance, declare as follows:

2    1.    I submit this declaration in support of Meta Platforms, Inc. and WhatsApp LLC's

3    (collectively, "Plaintiffs") Motion for Partial Summary Judgment ("Plaintiffs' Motion") and in

4    Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment ("NSO's

5    Motion") in the above-captioned action (the "Action").

6    2.    I am employed as the Ralph Medinger Lenz Chaired Professor and Commonwealth

7    Cyber Initiative Fellow at the Pamplin College of Business at Virginia Tech in Blacksburg,

8    Virginia. I have been engaged by Plaintiffs to serve as an expert in this Action.

9    3.    Attached as **Exhibit A** is a true and correct copy of my curriculum vitae.

10    4.    Attached as **Exhibit B** is a true and correct excerpt of the expert report I submitted

11    on August 30, 2024 (the "Opening Report"), which was attached as Exhibit 25 to the Declaration of

12    Micah G. Block in Support of Plaintiffs' Motion (Dkt. No. 401-1).

13    5.    I have personal knowledge of the facts set forth in this declaration and of the

14    opinions and bases for the opinions set forth in my Opening Report, including the excerpt in

15    Exhibit B, and if called upon as a witness, I could and would testify truthfully to them.

16    I declare under penalty of perjury that the foregoing is true and correct.

17    Executed on October 9, 2024 in Blacksburg, Virginia.

18

19

20    Anthony Vance

21

22

23

24

25

26

27

28                                        1

# EXHIBIT A

Curriculum Vitae

# Anthony Vance

Ralph Medinger Lenz Professor and Commonwealth Cyber Initiative Fellow
Director of Pamplin Integrated Security
Department of Business Information Technology
Pamplin College of Business
Virginia Tech

Senior Editor, *MIS Quarterly*
Board Member, *Journal of the Association for Information Systems*

Anthony@Vance.name
https://anthonyvance.com
+1 801 361 2531

Neurosecurity Lab
https://neurosecurity.net

Updated August 30, 2024

## EDUCATION

**Ph.D., Information Processing Science**                    2010
University of Oulu, Oulu, Finland

Dissertation: "Why Do Employees Violate IS Security Policies? Insights from Multiple Theoretical Perspectives"

**Ph.D., Computer Information Systems**
Georgia State University, Atlanta, Georgia, USA            2009

Joint-dissertation: "Trusting IT Artifacts: How Trust Affects our Use of Technology"

**Ph.D., Management Science**                              2008
Université Paris–Dauphine, Paris, France
Research Center in Management and Organization (DRM/CREPA)

Joint-dissertation: "Trusting IT Artifacts: How Trust Affects our Use of Technology"

**Master of Information Systems Management, Marriott School**     2004
Brigham Young University, Provo, Utah, USA

**Bachelor of Science, Information Systems, Marriott School**     2003
Brigham Young University, Provo, Utah, USA

## WORK EXPERIENCE

**Ralph Medinger Lenz Professor in Business**     2023–Present
Virginia Tech, Virginia, USA

**Professor & Commonwealth Cyber Initiative Fellow**     2021–2023
Virginia Tech, Virginia, USA

**Associate Professor & David Adamany Senior Research Fellow**  2018–2021
Temple University, Pennsylvania, USA

**Danny & Elsa Lui Distinguished Associate Professor**     2017–2018
University of Hawaiʻi at Mānoa, Hawaii, USA

**Associate Professor & Selvoy J. Boyer Fellow**     2015–2018
Brigham Young University, Utah, USA

**Assistant Professor**     2009–2015
Brigham Young University, Utah, USA

**Visiting Research Professor**     2008–2010
University of Oulu, Oulu, Finland

**Instructor**     2006–2008
Georgia State University, Atlanta, Georgia

**Fraud Investigator**     2005
Data Quality Integrity, Deloitte LLP, Atlanta, Georgia

**Information Security Consultant**     2004
Enterprise Risk Services, Deloitte LLP, Atlanta, Georgia

**RESEARCH INTERESTS**

1. Behavioral and organizational cybersecurity
2. Neuroscience applications to cybersecurity

**SCHOLARSHIP METRICS**

- 8876 citations per Google Scholar
- 31 H-index

**POPULAR PRESS**

5. **Anthony Vance** and Zeynep Sahin, "Why Do Employees Keep Ignoring Workplace Cybersecurity Rules?" ***The Wall Street Journal***, September 26, 2023, https://wsj.com/tech/cybersecurity/cybersecurity-risks-employees-training-c7415183.

4. Min-Seok Pang and **Anthony Vance**, "Your Personal Data Has Been Stolen. Will It Really Cost You Anything?" ***The Wall Street Journal***, June 6, 2023, https://www.wsj.com/articles/personal-data-stolen-what-cost-you-f0c8e6a1.

3. **Anthony Vance** and C. Brock Kirwan, "Why Do We Fall for Hackers? Blame Our Brains" ***The Wall Street Journal***, February 15, 2023, https://www.wsj.com/articles/why-do-we-fall-for-hackers-blame-our-brains-2fcb4d09.

2. **Anthony Vance** and Michelle Lowry, "How CISOs Can Wield More Power in Organizations," ***The Wall Street Journal***, December 5, 2022, https://www.wsj.com/articles/information-security-officers-power-companies-11670015448.

1. **Anthony Vance** and Michelle Lowry, "Why Corporate Boards Need More Cybersecurity Expertise," ***The Wall Street Journal***, September 7, 2022, https://www.wsj.com/articles/corporate-boards-cybersecurity-experts-11662494801.

**JOURNAL PUBLICATIONS**

36. Pang, M., **Vance, A**. "Breached and Denied: The Cost of Data Breaches on Individuals as Mortgage Application Denials," ***MIS Quarterly***, forthcoming.

35.  Sahin, Z., **Vance, A.** "What Do We Need to Know about the Chief Information Security Officer? A Literature Review and Research Agenda," Computers & Security, forthcoming.

34.  Kirwan, C., **Vance, A**., Jenkins, J., Anderson, B. 2023. "Embracing Brain and Behaviour: Designing Programs of Complementary Neurophysiological and Behavioural Studies," **Information Systems Journal**, 33 (2), pp. 324–349.

33.  **Vance, A.**, Eargle, D., Eggett, D., Straub, D., Ouimet, K. 2022. "Do Security Fear Appeals Work When They Interrupt Tasks? A Multi-Method Examination of Password Strength," ***MIS Quarterly***, 46 (3), pp. 1721–1738.

32.  Siponen, M., Soliman, W., **Vance, A.** 2022. "Common Misunderstandings of Deterrence Theory in Information Systems Research and Future Research Directions," ***DATA BASE for Advances in Information Systems***, 53 (1), pp. 25–60. Awarded DATA BASE's "**Best Paper**" for 2022.

31.  Abbasi, A., Dobolyi, D., **Vance, A.,** Zahedi, M. 2021. "The Phishing Funnel Model: A Design Artifact to Predict User Susceptibility to Phishing Websites," ***Information Systems Research***, 32 (2), pp. 410-436. Awarded ISR's "**Best Published Paper**" for 2021.

30.  Sarkar, S., **Vance, A.** Ramesh, B., Demestihas, M., Wu, D. 2020. "The Influence of Professional Subculture on Information Security Policy Violations: A Field Study in a Healthcare Context." ***Information Systems Research***, 31 (4), pp. 1240–1259.

29.  Kirwan, C., Bjornn, D., Anderson, B., **Vance, A**., Eargle, D., Jenkins, J. 2020. "Repetition of Computer Security Warnings Results in Differential Repetition Suppression Effects as Revealed With Functional MRI," **Frontiers in Psychology**, 11, pp. 1–10.

28.  **Vance, A**., Siponen, M., Straub, D. 2020. "The Effects of Sanctions, Moral Beliefs, and Neutralization on Information Security Policy Violations Across Cultures," ***Information & Management***, 57, pp. 1–9.

27.  Siponen, M., **Vance, A.**, Puhakainen, P. 2020. "Can Employees' Neutralizations be Overcome? A Field Experiment on Password Policy," ***Computers & Security***, 88, pp. 1–12.

26. **Vance, A.**, Jenkins, J., Anderson, B., Bjornn, D., Kirwan, B. 2018. "Tuning Out Security Warnings: A Longitudinal Examination of Habituation through fMRI, Eye Tracking, and Field Experiments," ***MIS Quarterly***, 42 (2), pp. 355–380.

25. Jenkins, J., Anderson, B., **Vance, A.**, Kirwan, B., Eargle, D. 2016. "More Harm than Good? How Security Messages that Interrupt Make Us Vulnerable," ***Information Systems Research***, 27 (4), pp. 880–896. Awarded ISR's "**Best Published Paper**" for 2016.

24. Anderson, B., Jenkins, J., **Vance, A.**, Kirwan, B., Eargle, D. 2016. "Your memory Is Working Against You: How Eye Tracking and Memory Explain Habituation to Security Warnings," ***Decision Support Systems***, 92, pp. 3–13.

23. Anderson, B., **Vance, A.**, Kirwan, B., Jenkins, J., Eargle, D. 2016. "From Warning to Wallpaper: Why the Brain Habituates to Security Warnings and What Can Be Done About It," ***Journal of Management Information Systems***, 33 (3), pp. 713–743.

22. Hui, K.L., **Vance, A.**, Zhdanov, D. 2016. "Securing Digital Assets," in ***MIS Quarterly Research Curations***, Ashley Bush and Arun Rai, Eds., http://misq.org/research-curations.

21. Anderson, B., **Vance, A.**, Kirwan, B., Eargle, D., Jenkins, J. 2016. "How Users Perceive and Respond to Security Messages: A NeuroIS Research Agenda and Empirical Study," ***European Journal of Information Systems***, 25 (4), pp. 364–390.

20. Anderson, B., Kirwan, B., Eargle, D., Jensen, S., **Vance, A.** 2015. "Neural Correlates of Gender Differences and Color in Distinguishing Security Warnings and Legitimate Websites: A Neurosecurity Study," **Journal of Cybersecurity**, 1 (1), pp. 109–120.

19. **Vance, A.**, Lowry, P.B., Eggett, D. 2015. "Increasing Accountability through User-Interface Design Artifacts: A New Approach to Addressing the Problem of Access-Policy Violations," ***MIS Quarterly***, 39 (2), pp. 345–366.

18. **Vance, A.**, Anderson, B., Kirwan, B., Eargle, D. 2014. "Using Measures of Risk Perception to Predict Information Security Behavior: Insights from Electroencephalography (EEG)," ***Journal of the Association for Information Systems***, 15 (10), pp. 679–722.

17. Siponen, M., **Vance, A.** 2014. "Guidelines for Improving the Contextual Relevance of Field Surveys: The Case of Information Security Policy Violations," ***European Journal of Information Systems***, 23 (3), pp. 289–305.

16. Lowry, P.B., Moody, G., Galletta, D., **Vance, A.** 2013. "The Drivers in the Use of Online Whistle-Blowing Reporting Systems," ***Journal of Management Information Systems***, 30 (1), pp. 153–190.

15. **Vance, A.**, Lowry, P.B., Eggett, D. 2013. "Using Accountability to Reduce Access Policy Violations in Information Systems," ***Journal of Management Information Systems***, 29 (4), pp. 263–289.

14. Abbasi, A., Albrecht, C., **Vance, A.**, Hansen, J. 2012. "MetaFraud: A Meta-Learning Framework for Detecting Financial Fraud," ***MIS Quarterly***, 36 (4), pp. 1293–1327.

13. Siponen, M., **Vance, A.**, Willison, R. 2012. "New Insights into the Problem of Software Piracy: The Effects of Neutralization, Shame, and Moral Beliefs," ***Information & Management***, 49 (7-8), pp. 334–341.

12. Mahmood, M., Siponen, M., López, F., **Vance, A.** 2012. "Measuring Electronic Commerce Technology Enabled Business Value: An Empirical Investigation," ***Journal of Organizational Computing and Electronic Commerce***, 22 (3), pp. 256–279.

11. **Vance, A.**, Siponen, M., Pahnila, S. 2012. "Motivating IS Security Compliance: Insights from Habit and Protection Motivation Theory," ***Information & Management***, 49, pp. 190–198.

10. Lowry, P.B., Moody, G., **Vance, A.**, Jensen, M., Jenkins, J., and Wells, T. 2012. "Using an Elaboration Likelihood Approach to Better Understand the Persuasiveness of Website Privacy Assurance Cues for Online Consumers," ***Journal of the American Society for Information Science and Technology***, 63 (4), pp. 755–776.

9. Borthick, F., Schneider, G., **Vance, A.** 2012. "Using Graphical Representations of Business Processes in Evaluating Internal Control," ***Issues in Accounting Education***, 27 (1), pp. 123–140.

8. **Vance, A.**, Siponen, M. 2012. "IS Security Policy Violations: A Rational Choice Perspective," ***Journal of Organizational and End User Computing***, 24 (1), pp. 21–41.

7. Barlow, J., Giboney, J., Keith, M., Wilson, D., Schuetzler, R., Lowry, P.B., **Vance, A.** 2011. "Overview and Guidance on Agile Development in Large Organizations," ***Communications of the AIS***, 29 (2), pp. 25–44.

6. Siponen, M., **Vance, A.** 2010. "Neutralization: New Insights into the Problem of Employee Information Systems Security Policy Violations," ***MIS Quarterly***, 34 (3), pp. 487–502.

5. Borthick, A. F., Schneider, G., **Vance, A.** 2010. **"**Preparing Graphical Representations of Business Processes and Making Inferences from Them," ***Issues in Accounting Education***, 25 (3), pp. 569–582.

4. **Vance, A.,** Lowry, P.B., Ogden, J. 2010. "Testing the Potential of RFID to Increase Supply-Chain Agility and to Mitigate the Bullwhip Effect," ***International Journal of Applied Logistics***, 1 (1), pp. 48–56.

3. Myyry, L., Siponen, M., Pahnila, S., Vartiainen, T., and **Vance, A**. 2009. "What Levels of Moral Reasoning and Values Explain Adherence to Information Security Rules? An Empirical Study," ***European Journal of Information Systems***, 18, pp. 126–139.

2. **Vance, A.**, Elie-dit-Cosaque, C., and Straub, D. 2008. "Examining Trust in Information Technology Artifacts: The Effects of System Quality and Culture," ***Journal of Management Information Systems***, 24 (4), pp. 73–100.

1. Lowry, P.B., **Vance, A.**, Moody, G., Beckman, B., Read, A. 2008. "Explaining and Predicting the Impact of Branding Alliances and Web Site Quality on Initial Consumer Trust of E-Commerce Web Sites," ***Journal of Management Information Systems***, 24 (4), pp. 201–227.

## CONFERENCE PUBLICATIONS

42. Gedris, K. and **Vance, A.** 2024. "'We Can't Help You – It's Not Criminal': Revealing Barriers to Reporting Cyberstalking through a Focal Concerns Perspective." *Proceedings of Americas Conference on Information Systems* (AMCIS), Salt Lake City, Utah. Awarded "**Best Emergent Research Forum (ERF) Paper**."

41. **Vance, A.**, Lowry, M., Sahin, Z. 2022. "Taking a Seat at the Table: The Quest for CISO Legitimacy," *International Conference on Information Systems*, Copenhagen, Denmark.

40. Dobolyi, D., Abbasi, A., Zahedi, F. **Vance, A.**, 2020. "An Ordinal Approach to Modeling and Visualizing Phishing Susceptibility" IEEE International Conference on Intelligence and Security Informatics (ISI).

39. Kirwan, B., Anderson, B., Eargle, D., Jenkins, J., & **Vance, A.** 2020. Using fMRI to measure stimulus generalization of software notification to security warnings. In *Information Systems and Neuroscience: NeuroIS Retreat 2019*, pp. 93–99.

38. Zou, W., **Vance, A.**, Straub, D., and Yan, J. 2020. "The Differential Role of Alternative Data in SME-Focused Fintech Lending," *ICIS 2020 Proceedings*. 13.

37. Zou, W., **Vance, A.**, and Yan, J. 2020. "The Differential Role of Alternative Data in SME-Focused Fintech Lending," *AMCIS 2020 Proceedings*. 7.

36. Havakhor, T. Ogbanufe, O., **Vance, A.**, 2020. "Are Personal Trades Worth a Thousand Words?" In *Workshop on the Economics of Information Security* (WEIS), Brussels, Belgium. 35% acceptance rate.

35. **Vance, A.**, Eargle, D., Jenkins, J. L., Kirwan, C. B., & Anderson, B. B. 2019. "The Fog of Warnings: How Non-essential Notifications Blur with Security Warnings." In *Fifteenth Symposium on Usable Privacy and Security* (SOUPS), San Jose, CA. 23% acceptance rate.

34. **Vance, A.**, Jenkins, J. L., Anderson, B. B., Brock Kirwan, C., & Bjornn, D. (2019). Improving Security Behavior through Better Security Message Comprehension: fMRI and Eye-tracking Insights. In *Information Systems and Neuroscience: NeuroIS Retreat 2018,* pp. 11–17.

33. **Vance, A.**, Jenkins, J. L., Anderson, B. B., Kirwan, C. B., & Bjornn, D. (2018). Why and How to Design Complementary NeuroIS and Behavioral Experiments. In *Information Systems and Neuroscience: Gmunden Retreat on NeuroIS 2017*, pp. 65–71.

32. **Vance, A.**, Kirwan, B., Bjornn, D., Jenkins, J., Anderson, B. 2017. "What Do We Really Know about How Habituation to Warnings Occurs Over Time? A Longitudinal fMRI Study of Habituation and Polymorphic Warnings," *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI), Denver, Colorado. 25% acceptance rate.

31. Dobolyi, D., Abbasi, A., Zahedi, F. M., & **Vance, A.** 2017. Predicting User Susceptibility to Phishing Websites. In *INFORMS Workshop on Data Science, Houston, TX*.

30. Anderson, B. B., **Vance, A.**, Jenkins, J. L., Kirwan, C. B., & Bjornn, D. (2017). It all blurs together: How the effects of habituation generalize across system notifications and security warnings. In *Information Systems and Neuroscience: Gmunden Retreat on NeuroIS 2016,* pp. 43-49.

29. Eargle, D., Galletta, D., Kirwan, B., **Vance, A.**, & Jenkins, J. 2016. Integrating Facial Cues of Threat into Security Warnings–An fMRI and Field Study. *AMCIS 2016 Proceedings*. 22.

28. Jenkins, J. L., Anderson, B. B., **Vance, A.**, & Jensen, S. R. 2016. When Training Gets Trumped: How dual-Task interference inhibits Security Training. In *European Conference on Information Systems, **163***.

27. Lerner, A. Saxena, A., Ouimet, K., Turley, B., **Vance, A.**, Kohno, Y., Roesner, F. 2015. "Analyzing the Use of Quick Response Codes in the Wild," *Proceedings of the Thirteenth International Conference on Mobile Systems, Applications and Services,* (MobiSys), Florence, Italy. 13% acceptance rate.

26. Anderson, B., Kirwan, B., Eargle, D., Jenkins, J., Howard, S, **Vance, A.** 2015. "How Polymorphic Warnings Reduce Habituation in the Brain– Insights from an fMRI Study," *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI), pp. 2883–2892. Seoul, Korea, 24% acceptance rate.

25. Anderson, B. B., **Vance, A.**, Kirwan, B., Jenkins, J., & Eargle, D. 2015. Using fMRI to explain the effect of dual-task interference on security behavior. In *Information Systems and Neuroscience: Gmunden Retreat on NeuroIS 2015*, pp. 145-150.

24. Anderson, B., **Vance, A.**, Kirwan, B., & Jenkins, J. 2015. "Not Now:" Using fMRI and Eye Tracking to Improve the Timing of Security Messages. *WISP 2015 Proceedings*. 23.

23. Anderson, B., Eargle, D., Jenkins, J., Kirwan, B., & **Vance, A.** 2015. The Impact of Technostress on Users' Responses to Security Warnings: A NeuroIS Study. *AMCIS 2015 Proceedings*. 37.

22. Anderson, B., **Vance, A.**, Kirwan, B., Eargle, D., Howard, S. 2014. "Users Aren't (Necessarily) Lazy: Using NeuroIS to Explain Habituation to Security Warnings," *International Conference on Information Systems*, Auckland, New Zealand.

21. Anderson, B., **Vance, A.**, Kirwan, B., Eargle, D., Howard, S. 2014. "Why Users Habituate to Security Warnings: Insights from fMRI," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Newcastle, UK.

20. Eargle, D., **Vance, A.**, Eggett, D., Lowry, P.B. 2013. "How Moral Intensity and Impulsivity Moderate the Influence of Accountability on Access Policy Violations in Information Systems," *Workshop on Information Security & Privacy*, AIS SIGSEC and IFIP TC11.1, Milan, Italy.

19. Anderson, B., **Vance, A.**, Eargle, D. 2013. "Is Your Susceptibility to Phishing Dependent on Your Memory?," *Workshop on Information Security & Privacy*, AIS SIGSEC and IFIP TC11.1, Milan, Italy.

18. Anderson, B., **Vance, A.**, Eargle, D., Brock, K. 2013. "Your Memory is Working Against You: How Eye Tracking and Memory Explain Susceptibility to Phishing," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Niagara, NY.

17. **Vance, A.**, Anderson, B., Brock, K., Eargle, D. 2013. "Using Measures of Risk Perception to Predict Information Security Behavior: Insights from Electroencephalography (EEG)," JAIS workshop, *Gmunden Retreat on NeuroIS*, Gmunden, Austria.

16. **Vance, A.**, Eargle, D., Ouimet, K., Straub, D. 2013. "Enhancing Password Security through Interactive Fear Appeals: A Web-based Field Experiment," *Hawaii International Conference on Systems Sciences*, Wailea, HI.

15. Eargle, D., **Vance, A.**, & Lowry, P. B. 2013. "How Moral Intensity and Impulsivity Moderate the Influence of Accountability on Access Policy Violations in Information Systems," In *WISP 2012 Proceedings. 37.*

14. Eargle, D., **Vance, A.**, Allen, G., Barrick, D., Peck, D., Bearnson, T., Tian, J. 2012. "Justifying Breaking the Glass: How Accountability Can Deter Unauthorized Access," *Workshop on Information Security & Privacy*, AIS SIGSEC and IFIP TC11.1, Orlando, FL.

13. Anderson, B., **Vance, A.**, Hansen, J., Kirwan, B., Eargle, D., Hinkle, L., Weagel, A. 2012. "Neural Correlates of Gender Differences in Distinguishing Malware Warnings and Legitimate Websites: A NeuroIS Study," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Provo, UT.

12. **Vance, A.**, Eargle, D., Ouimet, K., Straub, D. 2012. "How Interactivity Can Enhance the Effectiveness of Fear Appeals: A Web-based Field Experiment of Password Security," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Provo, UT.

11. **Vance, A.**, Molyneux, B., Lowry, P.B. 2012. "Reducing Unauthorized Access by Insiders through End-User Design: Making Users Accountable," *Hawaii International Conference on Systems Sciences*, Wailea, HI.

10. **Vance, A.**, Siponen, M., Warkentin, M. 2011. "Deterrence Without Borders: How National Culture Affects IS Security Policy Violations," *Workshop on Information Security & Privacy*, AIS SIGSEC and IFIP TC11.1, Shanghai.

9. **Vance, A.**, Molyneux, B., Lowry, P.B. 2011. "A New Approach to the Problem of Unauthorized Access: Raising Perceptions of Accountability through User Interface Design Features," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Blacksburg, VA.

8. **Vance, A.**, Allen, G., Molyneux, B., Lowry, P.B. 2010. "Making Systems Users Accountable: Using Accountability to Reduce Unauthorized Access of Information," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Waltham, MA.

7. Siponen, M., **Vance, A.**, and Willison, R. 2010. "New Insights for an Old Problem: Explaining Software Piracy through Neutralization Theory," *Hawaii International Conference on Systems Sciences*, Poipu, HI.

6. **Vance, A.**, Siponen, M., Pahnila, S. 2009. "How Personality and Habit Affect Protection Motivation," *Workshop on Information Systems & Privacy*, Phoenix, AZ.

5. Borthick, A. F., Schneider, G. P., and **Vance, A.** 2009. "Using Graphical Representations of Business Processes in Evaluating Internal Control," *American Accounting Association Annual Midyear Meeting*.

4. Borthick, F., **Vance, A.** 2007. "Preparing Graphical Representations of Business Processes and   Making Inferences from Them," *American Accounting Association Annual Meeting*.

3. **Vance, A.** 2007. "Modeling Sarbanes-Oxley Compliance as a Knowledge-intensive Process," *40th Annual Hawai'i International Conference on System Sciences*.

2. Pallud, J., Monod, E., **Vance, A.** 2006. "The Implications of the Linguistic Turn on IS," *Proceedings of the Twelfth Americas Conference on Information Systems*.

1. **Vance, A.** 2005. "An Empirical Test of the Potential of RFID Technology to Enhance Supply Chain Agility," *IFIP WG 8.6 Working Conference on Business Agility and IT Diffusion*.

## WORKING PAPERS AND MISCELLANEOUS

- Lowry, M. Vance, A., Vance, M. (2022) "Inexpert Supervision: Field Evidence on Boards' Oversight of Cybersecurity," available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4002794.

- Vance, A., Warkentin, M., & Johnston, A. (2023). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research.

- Warkentin, M., Vance, A., & Johnston, A. C. (2022). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research. In 55th Hawaii International Conference on System Sciences (HICSS) (pp. 4788).

- Furnell, S., Haskell-Dowland, P., Agrawal, M., Baskerville, R., Basu, A., Bishop, M., ... Vance, A., & Warkentin, M. (2021). Information security and privacy–challenges and outlook. *Advancing Research in Information and Communication Technology: IFIP's Exciting First 60+ Years, Views from the Technical Committees and Working Groups*, 383-401.

- Warkentin, M., Johnston, A., & Vance, A. (2021). Introduction to the Innovative Behavioral IS Security and Privacy Research Minitrack. In *54th Hawaii International Conference on System Sciences* (pp. 4517).

- Johnston, A., Warkentin, M., & Vance, A. (2020). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research.

- Warkentin, M., Johnston, A., & Vance, A. (2019). Introduction to the Innovative Behavioral IS Security and Privacy Research Minitrack. In *52nd Hawaii International Conference on System Sciences* (p. 4823).

- Warkentin, M., Vance, A., & Johnston, A. C. (2018). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research. In 51st Hawaii International Conference on System Sciences (HICSS) (p. 3657).

- Warkentin, M., Vance, A., & Johnston, A. C. (2017, January). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research. In 2016 49th Hawaii International Conference on System Sciences (HICSS) (pp. 4001).

- Warkentin, M., Vance, A., & Johnston, A. C. (2016, January). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research. In 2016 49th Hawaii International Conference on System Sciences (HICSS) (pp. 3635-3635). IEEE.

- Warkentin, M., Johnston, A., & Vance, A. (2015, January). Introduction to the Innovative Behavioral IS Security and Privacy Research Minitrack. In *2015 48th Hawaii International Conference on System Sciences* (pp. 3452-3452). IEEE.

## PATENTS

- Baskerville, R., Grace, M., Straub, D., Stucke, C., Vaishnavi, V., Vandenberg, A., ... & Vance, A. (2014). "Trusted query network systems and methods," U.S. Patent No. 8,775,402. Washington, DC: U.S. Patent and Trademark Office.

## EXTERNAL GRANTS

- 2021 Commonwealth Cyber Initiative Southwest Virginia, $100,000.

- 2018 NSF Secure & Trustworthy Cyberspace for proposal entitled, "The Blurring of Non-essential Notifications and Critical Security Warnings: Examining the Problem of Generalization in the Brain" (CNS-1814721). Awarded $151,823 with Drs. Bonnie Anderson and Brock Kirwan.

- 2016 NSF award to supplement grant, "The Force of Habit: Using fMRI to Explain Users' Habituation" (CNS-1422831). Awarded $58,185 with Drs. Bonnie Anderson and Brock Kirwan.

- 2016 Google Faculty Research Award for proposal entitled "Improving Adherence to Security Messages through Intelligent Timing: A Neurosecurity Study." Awarded $34,200 with Drs. Bonnie Anderson and Brock Kirwan.

- 2015 Google Faculty Research Award for proposal entitled, "Has Your Warning Turned into Wallpaper? Using Neuroscience to Design Habituation-Resistant Security Messages." Awarded $35,503 with Drs. Bonnie Anderson and Brock Kirwan.

- 2014 NSF Secure & Trustworthy Cyberspace for proposal entitled, "The Force of Habit: Using fMRI to Explain Users' Habituation to Security Warnings" (CNS-1422831). Awarded $294,341 with Drs. Bonnie Anderson and Brock Kirwan.

## UNIVERSITY GRANTS AND STUDENT MENTORING

- 2019 Young Scholar Award. Mentored Leting Zhang for a $2,000 award
- 2019 Young Scholar Award. Mentored Weifei Zou for a $1,500 award
- 2015 Extension of Magnetic Resonance Imaging Research Facility Initiation Grant, "Understanding the Efficacy of Video-Based Software Privacy Policies." Awarded $5,000 with Drs. Mark Keith and Bonnie Anderson, Brigham Young University
- 2014 Mentoring Environment Grant for proposal entitled "Your Memory is Working Against You: Using fMRI to Explain How Memory Affects Susceptibility to Phishing." Awarded $19,527 to fund mentored research with MISM graduate students, Brigham Young University
- 2014 Magnetic Resonance Imaging Research Facility Initiation Grant, "Understanding the Efficacy of Video-Based Software Privacy Policies." Awarded $5,000 with Drs. Mark Keith and Bonnie Anderson, Brigham Young University.
- 2014 ORCA grant for proposal entitled "Look Sharp! How Eye Tracking and Memory Explain Susceptibility to Phishing." Mentored BSIS students Ian Jones, Thomas Kelly, and Jeff Penovich for a $1,500 grant, Brigham Young University.
- 2012 Mentoring Environment Grant for proposal entitled "Accountability through Justification: A New Approach to the Problem of Unauthorized Access of Information Systems." Awarded $19,704 to fund mentored research with MISM graduate students, Brigham Young University.
- 2012 Global Management Center Grant for International Business Research, for "Deterrence without Borders: How National Culture Affects Information Security Policy Violations." Awarded $1,000, Brigham Young University.
- 2011 ORCA grant for proposal entitled "Making Systems Users Accountable through User Interface Design Features." Mentored BSIS student Lee Wood for his $1,500 grant, Brigham Young University.
- 2011 ORCA grant for proposal entitled "Enhancing Password Security through Interactive Fear Appeals." Mentored BSIS student Kirk Ouimet for his $1,500 grant, Brigham Young University.

**EXTERNAL SERVICE**

- Senior editor, *MIS Quarterly*, 2021–present
- Chair, IFIP WG8.11/WG11.13 Information Systems Security Research, 2021–present
- Editorial board member and guest senior editor for *Journal of the Association for Information Systems*, 2015–present
- Editor, IFIP Working Group 8.11/11.13 Information Systems Security Research, 2010–present
- Minitrack chair, "Innovative Behavioral IS Security and Privacy Research," HICSS, 2015–present
- Associate editor, *MIS Quarterly*, 2016–2021
- USENIX Enigma 2020 Program committee member
- AMCIS 2020 Doctoral Consortium co-chair
- Program Committee member of the NeuroIS Retreat, 2015–2019, Vienna, Austria
- AE for *European Journal of Information Systems*, special issue on "Security and Privacy in 21st Century Organisations"
- AE for *Decision Support Systems*, special issue on "A Comprehensive Perspective on Information Systems Security: Technical Advances and Behavioral Issues"
- AE for *International Conference on Information Systems* (ICIS), 2011–2017, "Security and Privacy of Information and IS" track
- AE for ECIS 2015, "IS Privacy and Security" track, Münster, Germany
- AE for ECIS 2014, "Information Security and Privacy" track, Tel-Aviv, Israel
- Session chair for ICIS 2013, "Security and Privacy" track, Milan, Italy
- Program committee member, Workshop on Information Security & Privacy (WISP), AIS SIGSEC and IFIP TC11.1, Milan, Italy, 2013
- AE for PACIS 2013, Information Security, Jeju, Korea
- General chair, Dewald Roode Workshop on Information Systems Security Research, IFIP Working Group 8.11/11.13, 2012, Provo, UT
- AE for ECIS 2012, "Information Security and Privacy" track, Barcelona, Spain
- Program committee member, European Security Conference, 2012, Örebro, Sweden
- Track chair for ECIS 2011, "Information Security and Privacy" track, Helsinki, Finland
- Program committee member, Privacy Enhanced Technology and Security Engineering 2011, Busan, Korea

- Program chair, Dewald Roode Workshop on Information Systems Security Research, IFIP Working Group 8.11/11.13, 2010, Waltham, MA

**DISSERTATION COMMITTEE SERVICE**

- Dissertation advisor, Zeynep Sahin, Virginia Tech, 2021–present
- Dissertation committee member, Leting Zhang, Temple University, 2020–2022
- External reviewer, Amir Fard Bahreini, University of British Columbia, 2021
- Dissertation advisor, Calvin Nobles, Executive Doctorate in Business Administration, Temple University, 2019–2021
- Dissertation committee member, Siddharth Bhattacharya, Temple University, 2020–2021
- Dissertation committee member, Shan Xiao, Mississippi State University, 2019–2021
- Dissertation committee member, Christopher Barhorst, Virginia Tech, 2019–present
- Dissertation committee member, Daniel Bjornn, Department of Psychology and Neuroscience Center, Brigham Young University, 2018
- Dissertation committee member, David Eargle, Information Systems and Technology Management, University of Pittsburgh, 2017
- Dissertation committee member, Sumantra Sarkar, Computer Information Systems Department, Georgia State University, 2014
- Dissertation opponent for Ella Kolkowska, Örebro University, Sweden, 2013

**UNIVERSITY SERVICE**

- Director of Pamplin Integrated Security, Pamplin College of Business, Virginia Tech, 2022–present
- Director of the Center for Cybersecurity, Fox School of Business, Temple University, 2018–2021
- Doctoral Program Director, MIS Department, Temple University, 2019–2021
- Course coordinator for MIS major capstone MIS 4596: Managing Enterprise Cybersecurity, 2018–2021
- Fox School Promotion and Tenure Committee member, 2019–2020
- Hiring committee member, Temple University, 2018–2021
- Information Security and Privacy Committee member, BYU, 2014–2017
- PhD-Preparation coordinator, Marriott School, BYU, 2016–2017
- Behavioral Lab Steering Committee member, Marriott School, BYU, 2010–2017
- Faculty recruiting committee member, BYU, 2010–2017
- Information Security & Digital Forensics track director, Masters of Information Systems Management, BYU, 2012–2017
- PhD Preparation track director, Masters of Information Systems Management program, BYU, 2011–2016
- Alumni Relations Committee Chair, BYU, 2014–2016

**SPECIAL RECOGNITIONS/AWARDS**

- Erskine Fellow, University of Canterbury, Christchurch, New Zealand, 2023
- Ralph Medinger Lenz Professor in Business, Virginia Tech, 2023
- "Best Published Paper Award," *Information Systems Research* for papers published in 2021, for article Abbasi, A., Dobolyi, D., Vance, A., Zahedi, M. 2021. "The Phishing Funnel Model: A Design Artifact to Predict User Susceptibility to Phishing Websites," 32 (2), pp. 410-436.
- University of Jyväskylä, Finland Visiting Fellow, 2022
- Commonwealth Cyber Initiative Fellow, Virginia, 2021
- David Adamany Senior Research Fellow, Temple University, 2020–2021
- MIS Quarterly Outstanding Associate Editor Award, 2019
- AIS Distinguished Member–Cum Laude, 2019
- Elmer R. Deaver Senior Research Fellow, Temple University, 2018–2020

- Lieu Distinguished Professor of MIS, University of Hawai'i at Mānoa, 2017–2018
- Selvoy J. Boyer Fellowship, Marriott School of Management, 2012–2018
- Kavli Fellow, U.S. National Academy of Sciences
- "Best Published Paper Award," *Information Systems Research* for papers published in 2016, for article, "More Harm than Good? How Messages that Interrupt Can Make Us Vulnerable," 27 (4), pp. 880–896
- Outstanding Research, 2014 Marriott School of Management
- Nominated for best paper, "Reducing Unauthorized Access by Insiders through End-User Design: Making Users Accountable," **Vance, A.**, Molyneux, B., and Lowry, P.B., *Hawaii International Conference on Systems Sciences*, 2012
- Dissertation awarded grade "excellent" (5/5) by the University of Oulu, Finland, 2010
- Nominated for best paper, "New Insights for an Old Problem: Explaining Software Piracy through Neutralization Theory," Siponen, M., **Vance, A.**, and Willison, R., *Hawaii International Conference on Systems Sciences*, 2010
- Best Case Award, Borthick, A. F., Schneider, G. P., and **Vance, A.** "Using Graphical Representations of Business Processes in Evaluating Internal Control", American Accounting Association Annual Midyear Meeting, 2010
- Outstanding Education Paper Award, Borthick, A. F., Schneider, G. P., and **Vance, A.** "Preparing Graphical Representations of Business Processes and Making Inferences from Them", American Accounting Association Annual Midyear Meeting, 2009
- J. Mack Robinson College of Business GTA Teaching Excellence Award, Georgia State University, 2008
- Nominated for best reviewer, 6th Annual Workshop on HCI in MIS, Montreal, 2007

**PROFESSIONAL AFFILIATIONS**

- Founding member, IFIP Working Group 8.11/11.13, "Information Systems Security Research"
- Special Interest Group on Security (SIGSEC), Association for Information Systems

# EXHIBIT B

## FILED UNDER SEAL