Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         gina.cora@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF DAVID J. YOUSSEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Action Filed: October 29, 2019 |

[REDACTED VERSION]

I, David J. Youssef, declare as follows:

1. I submit this declaration in support of Meta Platforms, Inc. and WhatsApp LLC's (collectively, "Plaintiffs") Motion for Partial Summary Judgment ("Plaintiffs' Motion") and in Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment ("NSO's Motion") in the above-captioned action (the "Action").

2. I am employed as a Managing Director at FTI Consulting, Inc. in its Cybersecurity practice. I have been engaged by Plaintiffs' counsel to serve as a technical expert in this Action.

3. Attached as **Exhibit A** is a true and correct copy of my curriculum vitae.

4. Attached as **Exhibit B** is a true and correct excerpt of the expert report I submitted on August 30, 2024 (the "Opening Report), which was attached as Exhibit 1 to the Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 401-1 (the "Block Declaration")).

5. Attached as **Exhibit C** is a true and correct excerpt of the rebuttal expert report I submitted on September 21, 2024 (the "Rebuttal Report") in response to the report of Terrence McGraw, dated August 30, 2024, which was attached as Exhibit 29 to the Block Declaration.

6. I have personal knowledge of the facts set forth in this declaration and of the opinions and bases for the opinions set forth in my Opening and Rebuttal Reports, including the excerpts in Exhibits B and C, and if called upon as a witness, I could and would testify truthfully to them.

7. In preparing this declaration, I have further reviewed the Declaration of Terrence McGraw in Support of NSO's Motion (Dkt. No. 397-2 ("McGraw Decl.")).

8. [REDACTED]

1  ████████████████████████████████████████
2  ██████████
3     9.  ████████████████████████████████
4  ████████████████████████████████████████
5  ████████████████████████████████████████
6  ████████████████████████████████████████
7  ████████████████████████████████████████
8  ████████████████████████████████████████
9  ██████████████████
10    10. ████████████████████████████████
11 ████████████████████████████████████████
12 ████████████████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████████████████████████
15 ████████████████████████████████████████
16 ████████████████████████████████████████
17 ████████████████████████████████████████
18 ████████████████████████████████████████
19 ████████████████████████████████████████
20 ████████████████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 ████████████████████████████████████████
25    11. ████████████████████████████████
26 ████████████████████████████████████████
27 ████████████████████████████████████████
28

2

Declaration of David Youssef in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment
Case No. 4:19-cv-07123-PJH

1
2  12. ████████████████████████████████████████
3  ████████████████████████████████████████
4  ████████████████████████████████████
5  ██████████████████
6  ████████████████████████████████████████
7  ████████████████████████████████████████
8  13. ████████████████████████████████████
9  ████████████████████████████████████
10 ████████████████████████████████████████
11 ████████████████████████████████████████
12 ████████████████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████████████████████████
15 ██████████████████████
16 14. ████████████████████████████████
17 ████████████████████████████████████████
18 ████████████████████████████████████████
19 ████████████████████████████████████████
20 ████████████████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 ████████████████████████████████████████
25 ████████████████████████████████████
26 ████████████████████████████████████
27 ████████████████████████████████████████
28

3

DECLARATION OF DAVID YOUSSEF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT
CASE NO. 4:19-CV-07123-PJH

1  ████████████████████████████████████████████████

2  ██████████████████████████████

3     15. ███████████████████████████████████████

4  ████████████████████████████████████████████████

5  ████████████████████████████████████████████████

6  ████████████████████████████████████████████████

7  ████████████████████████████████████████████████

8  ████████████████████████████████████████████████

9  ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11    I declare under penalty of perjury that the foregoing is true and correct.

12    Executed on October 11, 2024 in New York, NY.

                                    David J. Youssef

---

1 ████████████████████████████████

4

DECLARATION OF DAVID YOUSSEF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT
CASE NO. 4:19-cv-07123-PJH

# EXHIBIT A

## APPENDIX A: CURRICULUM VITAE

At FTI Consulting, Mr. Youssef provides cybersecurity expertise in a broad range of matters involving litigation support and complex investigations, breach response, data privacy, online advertising and tracking technology, crisis management, botnet takedowns, advanced cybersecurity assessments, source code review, cyber-regulatory compliance, and advanced threat detection and prevention. Currently, Mr. Youssef leads North America's incident response efforts and serves as a computer scientist and technology subject matter expert. In this capacity, he guides teams of experts in tackling complex cyber threats, evaluating data privacy and risk, and offering specialized assistance in areas such as sophisticated cyber breaches, global botnets utilizing diverse distribution methods like the online advertising ecosystem, and litigation support pertaining to data privacy issues like advertising trackers and other third-party risks.

Prior to joining FTI Consulting, Mr. Youssef served as Vice President and Global Lead of the Integrated Cyber Threat Analysis Team at Citigroup's Cyber Security Fusion Center. There, he coordinated Citi's intelligence-led, threat-focused approach to incident avoidance and risk reduction. Mr. Youssef was the lead coordinator of response efforts during critical cyber events and crises, orchestrating evidence collection, intelligence integration, and mitigation efforts among Fusion Center teams. In addition, he spearheaded the creation of an interdisciplinary Advanced Persistent Threat hunt capability that focused on proactively defending and protecting against advanced malware distributed by sophisticated nation state and cyber-criminal groups.

Before his role at Citi's Fusion Center, Mr. Youssef served as Assistant Vice President for Citi Security and Investigative Services, responding to global cyber incidents, and specializing in digital forensics, electronic crimes, and malware analysis. He actively engaged in liaison activities with various US-based and international law enforcement and government agencies to best understand emerging cyber threats, and he aided in the disruption of several malware botnets cyber-criminal rings.

Mr. Youssef was an Adjunct Professor of Cybersecurity at Fordham University where he taught various graduate and undergraduate courses on topics including incident response, digital forensics, network security, penetration testing, and critical infrastructure.

Also at Fordham, Mr. Youssef served on the organizing committee of the International Conference on Cyber Security (ICCS), an annual summit held in partnership with the Federal Bureau of Investigation in which experts from the government, the private sector, and academia gather to share critical intelligence on issues shaping the future of cybersecurity.

## Expert Retention

*United States District Court Southern District of New York (1:23-cv-02219). Google LLC, Plaintiff, v. Zubair Saeed; Raheel Arshad; Mohammad Rasheed Siddiqui; and Does 1-15, Defendants. (S.D.N.Y. Apr. 21, 2023)*

*United States District Court Southern District of New York (23-cv-03369). John Collins, on behalf of himself and all others similarly situated, Plaintiff, v. Pearson Education, Inc.*

# EXHIBIT B
## FILED UNDER SEAL

# EXHIBIT C
FILED UNDER SEAL