Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          gina.cora@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE OF UNREDACTED DOCUMENTS SOUGHT TO BE SEALED** |

# **CERTIFICATE OF SERVICE**

I hereby certify that I am a citizen of the United States and employed in the County of New York, New York. I am over the age of 18 years and not a party to the within-entitled action.

On October 11, 2024, I caused a true and correct copy of the following documents to be served via email:

PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT OR PARTIAL SUMMARY JUDGMENT
[FILED UNDER SEAL]

DECLARATION OF MICAH G. BLOCK IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT;
AND EXHIBITS 2-3, 5-12, 15, 16-17, 19-28, 30-39, AND 40-43 THERETO
[FILED UNDER SEAL]

EXHIBITS B AND C TO THE DECLARATION OF DANA TREXLER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OR PARTIAL SUMMARY JUDGMENT
[FILED UNDER SEAL]

DECLARATION OF DAVID J. YOUSSEF IN SUPPORT OF PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT;
AND EXHBIT B AND C THERETO
[FILED UNDER SEAL]

EXHIBIT B TO THE DECLARATION OF ANTHONY VANCE IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION FOR
SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT
[FILED UNDER SEAL]

on the parties in this action addressed as follows on the service list below:

Joseph N. Akrotirianakis
Aaron S. Craig
Matt Noller
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Email:  jakro@kslaw.com
acraig@kslaw.com
mnoller@kslaw.com

*Attorneys for Defendants
and Non-Parties Joshua Shaner, Terrence DiVittorio, and
Westbridge Technologies Inc.*

Copies of the Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal and each non-party's respective documents were also served via email on:

- E-Tel (james.macpherson@akerman.com),
- Jefferies Group LLC (jared.stein@hsf.com),
- Francisco Partners (matthew.ball@klgates.com),
- Quadranet (subpoena@quadranet.com), and
- Greencloud (admin@greencloudvps.com).

I declare under penalty of perjury that the above is true and correct.

Executed on October 11, 2024 at New York, New York.

*/s/ Craig T. Cagney*
Craig T. Cagney