EXHIBIT 1

# Exhibit A

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

Case 4:19-cv-07123-PJH   Document 425-2   Filed 10/15/24   Page 3 of 31

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024              {{Attorneys Eyes Only}}            Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  OAKLAND DIVISION

4                      --oOo--

5

6  WHATSAPP INC., a Delaware corporation,
   and FACEBOOK, INC., a Delaware
7  corporation,

8          Plaintiffs,
   v.                      Case No.  4:19-cv-07123-PJH
9
   NSO GROUP TECHNOLOGIES LIMITED
10 and Q CYBER TECHNOLOGIES LIMITED,

11         Defendants.
                                                    /
12

13        **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

14         STENOGRAPHIC REPORTER'S VIDEOTAPED

15            DEPOSITION TRANSCRIPT OF

16             JESUS BARCONS PALAU

17            FRIDAY, SEPTEMBER 13, 2024

18

19

20 Reported Stenographically by:

21 KIMBERLY D'URSO, CSR 11372, RPR

22 Job No.  3326

23

24

25

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 4 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3326
JESUS PALAU on 09-13-2024               {{Attorneys Eyes Only}}                           Page 4

1                    --oOo--

2           BE IT REMEMBERED, that set on Friday, the

3  13th day of September, 2024, commencing at the hour of

4  9:11 a.m., thereof, JESUS BARCONS PALAU appeared at King

5  & Spalding LLP, 601 South California Avenue, Suite 100,

6  Palo Alto, CA, California, before me, Kimberly E. D'Urso,

7  an RPR and Certified Shorthand Reporter No. 11372 of the

8  State of California, the following deposition was

9  stenographically reported by me:

10          THE VIDEOGRAPHER:  We are on the record.  My

11  name is Cody Furin, contracted by Swivel Legal Solutions.

12  I'm not financially interested in this action, nor am I a

13  relative or employee of any of the attorneys or any of

14  the parties.

15          Today is September 13, 2024.  The time is

16  9:11 a.m. Pacific Time.  This deposition is taken at 601

17  California Avenue, Palo Alto, California.  The name of

18  this case is WhatsApp Inc. v. NSO Technologies Limited,

19  filed in the United States District Court, Northern

20  District of California, Oakland Division, case Number

21  4:19-cv-07123-PJH.

22          This is the video-recorded deposition

23  Jesus Barcons Palau, Volume 1.  The attorney taking

24  this deposition is Joseph Akrotirianakis.

25          Would all present please identify themselves,

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024              {{Attorneys Eyes Only}}              Page  5

1  beginning with the deponent, Jesus Barcons Palau.

2          THE WITNESS:  Hi.  My name is Jesus Barcons

3  Palau.

4          MR. AKROTIRIANAKIS:  Joe Akrotirianakis and

5  Jonathan Weinstein [sic] on behalf of the defendants.

6          MR. WEINBERG:  Weinberg.

7          MR. AKROTIRIANAKIS:  Oh, I'm sorry.  Weinberg.

8          Can you report that correctly?

9          THE CERTIFIED STENOGRAPHIC REPORTER:  Yes, I

10  will.

11          MR. BLOCK:  Micah Block from Davis Polk, for

12  Plaintiff.  With me are Luca Marzorati from Davis Polk,

13  and Arif Dhilla from Meta Platforms.

14          THE VIDEOGRAPHER:  The court reporter today is

15  Kimberly D'Urso with Swivel Legal Solutions.

16          Would the reporter please swear in the witness.

17          THE CERTIFIED STENOGRAPHIC REPORTER:  Okay.  I

18  am Kimberly D'Urso.  I am licensed court reporter in the

19  state of California, license No. 11372.

20          And I will have you raise your right and I will

21  swear you in.

22          (Whereby the oath was administered by the

23          Certified Shorthand Reporter.)

24          THE WITNESS:  Yes, I do.

25          THE CERTIFIED STENOGRAPHIC REPORTER:  Thank

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 6 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024        {{Attorneys Eyes Only}}                  Page 126

1  BY MR. AKROTIRIANAKIS:

2      Q.   Well,  appears to believe that it is

3  XML.

4      A.   XML, it's just a convenient way to visualize

5  things for human beings.  So when we are actually

6  rendering on the screen the -- what's being exchanged

7  between client and server, yes, we are rendering them as

8  XML, just for convenience.  But we are not using XML; we

9  are using WhatsApp protocol, which is private and

10  proprietary protocol.

11      Q.   All right.  Well, what is                 referring to

12  when he says to you:  "Just FYI, I'm doing the cross

13  platform XML signaling on client side.  Feel free to

14  ping me on any stanza issues"?

15          MR. BLOCK:  Object to form.  Foundation.

16          THE WITNESS:  I forgot what -- what he really

17  means.  I can try to guess.  Do you want me to guess?

18  BY MR. AKROTIRIANAKIS:

19      Q.   No, I don't want you to guess.  You don't know

20  what he's talking about?

21      A.   No.

22      Q.   Okay.

23      A.   Not really.

24      Q.   But it looks like he thinks that there is XML,

25  and you're telling me there isn't; fair?



```
1        A.    Take XML as a synonym for WhatsApp protocol.

2    Clients don't exchange XML with server.  They exchange

3    messages over WAP.  WAP, we render it as XML because

4    it's just nicer on the eyes.  But we're not really using

5    XML.  XML is more verbose and more formal, in a way, not

6    -- yeah.

7        Q.    Can you turn to page 9?

8        A.    I'm there.

9        Q.    All right.  Do you see your last entry on the

10   page you write:  "Found this call offer.  Worth taking a

11   look"?

12       A.    Yes.

13       Q.    What did you mean by that?

14       A.    That I found something very, very anomalous in

15   a call offer.

16       Q.    Okay.  And do you see that -- well, and you see

17   CC Otto Ebeling and ███████████.  Do you see that?

18       A.    I see that.

19       Q.    And then ████████████ responds:  "There is

20   this string."  Do you see that?

21       A.    Yes.

22       Q.    He's referring to the same call offer that you

23   found; is that right?

24       A.    Yes.

25       Q.    And if you turn the page over to the top of
```

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 8 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                           Job 3326
JESUS PALAU on 09-13-2024              {{Attorneys Eyes Only}}                    Page  128



1    page 10, we see code.  Do you see that?

2        A.   Yes.

3        Q.   And ████████ writes:  "Not sure if that is

4    testing or a real exploit!!"  Right?

5        A.   Right.

6        Q.   And then he writes:  "Searching for where

7    connecting_tone_desc" --

8            (Reporter clarification.)

9    BY MR. AKROTIRIANAKIS:

10       Q.   ████████ writes to you:  "Searching for

11   where connecting_tone_desc is used."  Do you see that?

12       A.   Yes.

13       Q.   Okay.  Now "connecting_tone_desc" is what?

14       A.   It seems that we don't see it in this -- in

15   this document.  But what you are seeing, that string

16   that has, you know, that code, right, this seems to be

17   the value of the parameter or attribute

18   connecting_tone_desc.

19           MR. BLOCK:  I'll designate the transcript

20   "Highly Confidential - Attorneys' Eyes Only."

21           THE CERTIFIED STENOGRAPHER:  Yes.

22   BY MR. AKROTIRIANAKIS:

23       Q.   Connecting_tone_desc is a server-only field?

24       A.   I don't know.  I don't recall.

25       Q.   Okay.  But the value that you found in the call

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 9 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3326
JESUS PALAU on 09-13-2024              {{Attorneys Eyes Only}}         Page  129

1   offer that you and ███████████ are referring to is all

2   of this code at the top of page 10; is that right?

3       A.   Yes, this is right.  This is what caught my

4   eye.

5       Q.   And you thought that that was very anomalous,

6   to use your terminology; right?

7       A.   Oh, yes.

8       Q.   All right.  So if it was not anomalous, in

9   other words if it was normal -- are you with me?  If it

10  was normal, not anomalous, what would you have expected

11  to see in the connecting_tone_desc field in this call

12  offer?

13          MR. BLOCK:  Objection to form.

14          THE WITNESS:  You see, I don't think that the

15  interesting part is that it was in this particular field.

16  What was really interesting is that under no

17  circumstances an official clients, one of our official

18  clients, would send something like that some.

19          This is obviously a malicious client, and it's

20  sending this code.  It's not that one parameter --

21          (Reporter clarification.)

22          THE WITNESS:  -- is a little bit off, right,

23  perhaps reporting a latency that, you know, we don't

24  expect; right?  This is obviously code.  And for me, this

25  is -- this is enough.  I'm not a security engineer. I'm a

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 10 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024            {{Attorneys Eyes Only}}              Page 130

1  backend software engineer.  And at that point, this --

2  this was more than enough for me to flag this stanza to

3  Otto and ████, so they could take over from here.

4  BY MR. AKROTIRIANAKIS:

5      Q.   Okay.  I'm asking you maybe a little bit of a

6  different question.  I do appreciate your explanation,

7  but my question is just:  What would you have expected

8  to see in the connecting_tone_desc field, if not this,

9  which we see at the top of page 10?

10        MR. BLOCK:  Objection to form.

11 BY MR. AKROTIRIANAKIS:

12     Q.   Would it be numbers?  Would it be a word?

13 Would it be alphanumeric characters?  Would it be

14 gibberish?  What would you expect to see in a normal

15 call offer?

16        MR. BLOCK:  Objection to form.

17        THE WITNESS:  I do not know.  And actually,

18 this field, I don't know if it was something that was

19 actively used.  This is not the kind of parameter that

20 was passed often.

21        But I think that this is not really the

22 interesting part for me.  I cannot answer your question

23 on what was the type, what we would see after this field.

24 I don't know.  I don't know if it was a string or a

25 value.

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 11 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024            {{Attorneys Eyes Only}}                Page 131

1   BY MR. AKROTIRIANAKIS:

2       Q.   I'm just trying to understand your testimony,

3   Mr. Barcons.  You said that you found this call offer --

4       A.   Uh-huh.

5       Q.   -- that was worth taking a look because you

6   thought that it was "very anomalous."

7            And is your testimony that the series of code

8   that we see at the top of page 10 is not what you found

9   to be anomalous?

10           MR. BLOCK:  Objection to form.

11           THE WITNESS:  So you see, earlier on when I was

12  seeing some anomalies in the stanzas, I was thinking VoIP

13  client engineers, because a maybe it was, you know, a

14  problem in the spec, we didn't update it, you know, and I

15  have to know that.

16           In this case, it's so obvious, like this is

17  something that our official clients will never ever send.

18  Like, this is up to no good.  Like, this doesn't smell

19  good at all.  This is not the kind of thing that I will

20  report to our client engineers to take a look.  This is

21  when I will loop directly Otto and ███████.  And yeah, it

22  seems that ████████ pasted here exactly what I didn't want

23  to paste, and this is why I actually put the link.

24  BY MR. AKROTIRIANAKIS:

25      Q.   What he pasted is what you found to be

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 12 of 31

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}                Page  132

1   anomalous?

2    A.   Yes.

3    Q.   And it's "obvious," in your words; right?

4    A.   Yes.

5    Q.   Okay.  And once you started looking at what the

6   signaling servers were allowing, you found this "obvious

7   anomaly"; correct?

8        MR. BLOCK:  Objection to form.  Misstates.

9   BY MR. AKROTIRIANAKIS:

10    Q.   You're shaking your head yes, but you have to

11   answer out loud so she can take it down.

12        MR. BLOCK:  Objection to the form of that

13   question.

14        THE WITNESS:  The stanza validation that we had

15   in place found that this was a noncompliant stanza,

16   according to the spec that we had in place.

17   BY MR. AKROTIRIANAKIS:

18    Q.   The spec that you developed for this task?

19    A.   Yes.

20        MR. BLOCK:  Objection to the form of that

21   question as well.

22        THE WITNESS:  One of the multiple --

23        (Reporter clarification.)

24        THE WITNESS:  -- specs.  We have to have a spec

25   for every single VoIP stanza, and we have a few.

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 13 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024              {{Attorneys Eyes Only}}              Page 133

1  BY MR. AKROTIRIANAKIS:

2      Q.   What is an "APK"?

3      A.   This is some jargon related to client -- to

4  client engineering.  I'm server-side engineer.  I don't

5  know.

6      Q.   Okay.  So on the next page, 11, when Mr. Wang

7  is referring to an APK that he uploaded, you don't know

8  what he's talking about?

9          MR. BLOCK:  Object to the form.

10          THE WITNESS:  I have some understanding.  If

11  you want, I can take a guess.

12  BY MR. AKROTIRIANAKIS:

13      Q.   Well, your understanding I would appreciate.

14  If you're really just guessing, then that's not helpful.

15      A.   You know, everything in life I know with

16  certain degree of certainty --

17          (Simultaneous speakers.)

18      Q.   All right.  Well, tell me about APK and how

19  it's used in this context, and then you can qualify it

20  with whatever degree of certainty you feel is

21  appropriate.

22          MR. BLOCK:  Objection to form.

23          THE WITNESS:  My -- with my very limited

24  knowledge on client-side development, as in building apps

25  for phones, it seems that Yuanyuan was making a change to

1    correct?

2       A.   That's correct.

3       Q.   Do you remember what time?

4       A.   It was afternoon when I found that malicious

5    call offer.

6       Q.   Okay.  And do you remember what time it was

7    that you had sent out for review the diff that would

8    drop failed stanzas?

9       A.   No, I don't remember.

10       Q.    Now, the call offer that you and ██████████

11    are posting about on May 2, 2019, is something called a

12    "shell script"; right?

13       A.    That is part of it, but there is also an ELF

14    binary in there.

15          (Reporter clarification.)

16    BY MR. AKROTIRIANAKIS:

17       Q.    What is a "shell script"?

18       A.    A "script" is an "interpreted language versus

19    compile."  And "shell" means that "it's interpreted by

20    the shell, by the Unix in a shell."

21       Q.    What is an "ELF binary"?

22       A.    An "ELF binary" is a "collection of

23    instructions in machine code that it's understandable

24    for unique-type systems -- Linux systems."

25       Q.    The shell script is the first how many lines?

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 15 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024         {{Attorneys Eyes Only}}                Page 139

```
 1        MR. BLOCK:  Object to form.

 2        THE WITNESS:  Sorry.  If you asked something, I

 3  missed it.

 4  BY MR. AKROTIRIANAKIS:

 5     Q.   I'm trying to understand your testimony

 6  relative to the call offer here.  You said it contains a

 7  shell script and an ELF binary.  Or is it that the shell

 8  script contains an ELF binary?

 9     A.   My eyes can see shell commands in what put

10  together this script.  And my eyes also see an ELF

11  binary that, obviously, what comes after, my eyes cannot

12  really decode.  But this is -- yeah, machine

13  instructions.

14        Again, just for the record here, like I'm a

15  backend software engineer.  This is not the kind of

16  thing -- like the ELF binary, it's not really the kind

17  of thing I see --

18        (Simultaneous speakers.)

19     Q.   Well --

20     A.   -- frequent.

21     Q.   Well, let me ask you, perhaps, a simpler

22  question.  There's nothing here that was encrypted or in

23  any way sort of making it difficult to see that this was

24  anomalous once you started looking at the values in the

25  connecting_tone_desc field; right?
```

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 16 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}                 Page  140

1      A.   It was very, very obvious that this was

2   something malicious, yes.

3      Q.   You've used that term "malicious" on several

4   occasions now.  What do you mean by it?

5      A.   It's not only the code that I'm looking at or

6   that, you know, shell script, it's not only not valid

7   according to our specs, you can kind of smell some

8   intent in there; right?  Like, this is not really my

9   area of expertise.

10          I'm not a security engineer.  But you can

11   really tell this is trying to do something; in that

12   case, the receiver's device.

13      Q.   Well, and in your mind the "something" is

14   "malicious"; right?

15      A.   Yes.

16      Q.   Okay.  And why do you say that?

17      A.   Which kind -- I cannot really imagine any good

18   situation in which this can end good.  You know, like,

19   like -- I don't really know how to explain this to

20   transmit what's in my head more easily, because, I mean,

21    cannot really imagine any good outcome out of that;

22   right?

23          Our official clients are not really sending

24   that.  They cannot send these; right?  Someone has gone

25   through the effort of creating a fake client and send

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024            {{Attorneys Eyes Only}}                Page 141

1   what seems to be a shell script and an ELF binary after

2   that; right?

3        This takes an incredible amount of time,

4   effort, resources, money.  I cannot really imagine that

5   someone did that for any good intent.

6        Does this help?

7      Q.   I think I understand your testimony.

8        In any event, the signaling server, prior to

9   you undertaking this task that is described in Exhibit

10   1105, would have allowed the shell script that we see

11   here at the top of page 10 to be passed along; correct?

12        MR. BLOCK:  Objection to form.

13        THE WITNESS:  Prior to that, such a stanza

14  would have been routed to the destination device

15  specified in the "To" field stanza.  This is not

16  something that we can see here, given that that device

17  existed.

18  BY MR. AKROTIRIANAKIS:

19      Q.   I think that's a yes.

20        MR. BLOCK:  Objection to form.

21  BY MR. AKROTIRIANAKIS:

22      Q.   Are you agreeing with me that prior to the task

23   described in Exhibit 1105 being undertaken and

24   completed, that this shell script that we see at the top

25   of page 10 would have been allowed to pass through the

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 18 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                     Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}                 Page 142

1  signaling server?

2       MR. BLOCK:  Objection to form.

3       THE WITNESS:  The stanza containing this

4  payload that we are seeing in page 10, would have been

5  able to -- would have been routed to the recipient.  But

6  this also depends like is the target phone number --

7       (Reporter clarification due to accent.)

8       MR. BLOCK:  -- "some user registered on

9  WhatsApp."

10       THE WITNESS:  Yeah.  If this is being targeted

11  to an account that doesn't exist in WhatsApp, it's never

12  going to reach that device because there is no such

13  device.

14       If that device is registered and is active and

15  happens to be connected, then the server is going to

16  route the stanza containing this payload.

17  BY MR. AKROTIRIANAKIS:

18     Q.   Regardless of whether it ever ends up at its

19  intended or any other destination, the server is going

20  to route this stanza, prior to the task that's being

21  described here in Exhibit 1105; correct?

22       MR. BLOCK:  Objection to form.

23       THE WITNESS:  The server is going to accept the

24  stanza and route it.

25  BY MR. AKROTIRIANAKIS:

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 19 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}                Page 143

1      Q.    Okay.  In other words, there would not have

2    been, at that time, any technical restriction that would

3    have prevented the routing of the stanza that we see at

4    the top of page 10; right?

5          MR. BLOCK:  Objection to form.  Calls for a

6    legal conclusion.

7          But you can answer to the extent that you

8    understand.

9          THE WITNESS:  This particular call offer stanza

10    with this payload would have been routed through our

11    system.  And in the cases that there is a device that is

12    registered and connected, it would have been delivered to

13    the recipient device.

14    BY MR. AKROTIRIANAKIS:

15      Q.    And we talked earlier about the meaning of

16    validating.  Prior to the task that's described here in

17    Exhibit 1105, there was no validating by the signaling

18    server of the value of the connecting desc_tone field;

19    correct?

20          MR. BLOCK:  Objection to form.  Foundation.

21          THE WITNESS:  It seems to me that this

22    particular field was not validated.

23    BY MR. AKROTIRIANAKIS:

24      Q.    All right.  Thank you.

25          MR. AKROTIRIANAKIS:  It's almost 1:00 o'clock.

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 20 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024         {{Attorneys Eyes Only}}                 Page  144

1    Do you guys want to take a lunch break now?

2         THE VIDEOGRAPHER:  The time is 12:57 p.m.

3         (Lunch break taken.)

4         THE VIDEOGRAPHER:  All right.  The time is 1:47

5    p.m.  We are back on the record.

6    BY MR. AKROTIRIANAKIS:

7         Q.   All right.  1167 is this one?

8         A.   You may want to get the mic.

9         Q.   We'll start with Exhibit 1167.  Do you have

10   that before you, Mr. Barcons?

11        A.   Yes, I do.

12        Q.   All right.  And you remain under oath; right?

13        A.   Yes, I do.

14        Q.   All right.  So can you turn to page 2?

15        A.   I'm there.

16        Q.   And in the middle of the page there's this

17   entry from ███████████ that says:  "Pd: WS is

18   WhatsApp."  And then in parentheses:  "(WA for everyone

19   else)."

20        Do you see that?

21        A.   I do.

22        Q.   Have you heard of, internally to WhatsApp or

23   Facebook, WhatsApp being referred to as "WA"?

24        A.   Yes.

25        Q.   And have you also refer -- seen or heard

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 21 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}                Page  150

1  software, find a way, you know, somehow, an

2  understanding -- not only the protocol, but also the

3  inner workings of some of our systems or business logic

4  to understand what could pass, what could not pass;

5  right?  And also analyze, very carefully, some of the

6  code of the application to see if there was some

7  vulnerability that could be exploited.

8          So, no, a WhatsApp client didn't send the

9  modified stanza.  A fake or unofficial, malicious

10  WhatsApp client sent a modified stanza.

11          (Reporter requests the witness to slow down.)

12          (Reporter clarification.)

13  BY MR. AKROTIRIANAKIS:

14      Q.   All right.  What ▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote, in

15  any event, was that "an actor sent from a WhatsApp

16  client, a modified stanza to another WhatsApp client";

17  right?

18      A.   This is what he wrote.  And given the context,

19  one can understand that it's actually not an official

20  WhatsApp client, but a fake WhatsApp client.

21          Again, if I have to distill this line, this is

22  what it says, but it's incorrect.  An "official" client

23  can never send a modified stanza.

24      Q.   I'm just asking what the document says.

25      A.   This is what the document says.

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 22 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024              {{Attorneys Eyes Only}}            Page 151

1    Q.   Okay.  He goes on to write:  "The modified

2    stanza contains a bash script that is malicious."

3         You don't take issue with that, I take it;

4    right?

5         MR. BLOCK:  Objection to form.

6         THE WITNESS:  I agree with this, yes.

7    BY MR. AKROTIRIANAKIS:

8    Q.   "The suspicious stanza received in 97336700200

9    running Android-2.19.115."  Do you see that?

10   A.   Yes.

11   Q.   What is the number there that starts with

12   "973"?

13   A.   I don't know.  If you give me some time, I can

14   try to find some reference in this document and try to

15   figure it out.

16   Q.   We'll see if we can come back to that.

17        He goes on to write:  "The malicious stanza was

18   being sent on 2019/05/02-16:16:33."  Do you see that?

19   A.   Yes.

20   Q.   All right.  And you understand that to be 4:16

21   and 33 seconds, on May 2nd, 2019; correct?

22   A.   Yes, correct.  I don't know which time zone

23   this refers to.

24   Q.   Well, you testified earlier when I asked you

25   what time day on May 2nd you made your discovery, that

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 23 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024              {{Attorneys Eyes Only}}             Page 152

1    it was in the afternoon.  Do you recall that?

2        A.   Yes.

3        Q.   Okay.  And does 4:16 p.m. roughly comport with

4    your memory?

5            MR. BLOCK:  Objection to form.

6            THE WITNESS:  Let's see what I remember.  Yeah,

7    perhaps it's around that time.  I mean, it doesn't strike

8    me as completely wrong.  It seems like very possible that

9    i was around that time.

10   BY MR. AKROTIRIANAKIS:

11       Q.   "There are 4 calls from the malicious number."

12   Do you see that?

13       A.   Yes.

14       Q.   And what was that your finding?

15       A.   I don't recall if this was some further

16   analysis.  I don't know.

17       Q.   "2 of the calls had the malicious

18   connecting_tone_desc."  Do you see that?

19       A.   Yes.

20       Q.   And what are you -- well, what do you

21   understand connecting_tone_desc as used this context to

22   be?

23       A.   That was the attribute that was used to stuff

24   the value, that malicious payload with bash and ELF

25   binary.

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 24 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}              Page 153

1    Q.   All right.  Now, connecting_tone_desc, is a --

2  actually, let me back up a second.

3        I'm going to hand you --

4        MR. AKROTIRIANAKIS:  I don't know that it's in

5  here.  I have no copy of that.

6        All right.  We'll come back to Exhibit 1613.

7  BY MR. AKROTIRIANAKIS:

8    Q.   What is an "XOR cipher"?

9    A.   I suppose that this is something that you read

10  in the document.  Maybe you can point me to there.

11    Q.   Yeah.  Are you familiar with "XOR cipher"?

12    A.   Yes.

13    Q.   What is an "XOR cipher"?

14    A.   That is logic operator called XOR.  It takes as

15  input bits and it generates as output bits, according to

16  some rules, XOR rules.  That's known as "exclusive R."

17        A "cipher," it means that it seems that we take

18  some data, we can call it "plain text," and then we take

19  some other part of data, which is -- we can call it

20  "secret," and when we XOR the plain text and the secret,

21  it generates some XOR encrypted data.

22        You can reverse that by XOR'g again the result

23  with the secret, and you will get the plain text again.

24    Q.   So you can "cipher" and "decipher," in other

25  words; right?

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 25 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}                Page 184

1  BY MR. AKROTIRIANAKIS:

2      Q.   Who is ▓▓▓▓▓▓▓?

3      A.   An engineer on the client team for VoIP.

4      Q.   And the last name is spelled ▓; correct?

5      A.   Yes.

6      Q.   Okay.  Is that a "Mr. ▓" or "Ms. ▓"?

7      A.   ▓▓▓▓▓

8      Q.   Okay.  Do you see that about halfway down the

9  page, ▓▓▓ at 836 writes:  "Relay has a set of keys and

10  will try all of them to decrypt."

11     A.   I can't read this line.

12     Q.   And three lines down, Mr. Gheorghe addresses

13  that.  Do you see that?

14         MR. BLOCK:  Object to form.

15         THE WITNESS:  I can see a message from Claudiu

16  that reads:  "XR cipher is not encryption.  It's just

17  obfuscation."  Is this the message?

18  BY MR. AKROTIRIANAKIS:

19     Q.   That is correct; right?

20         MR. BLOCK:  Objection to form.  Foundation.

21         THE WITNESS:  That's what I can read.  Again,

22  I'm server-side engineer.  I'm signaling, this more on

23  relay side.  The expert here is Claudiu.  As far as I

24  know, he is the one that came up with the XOR cipher,

25  this application and then the concept of XOR cipher.  My

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 26 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024        {{Attorneys Eyes Only}}                   Page 185

1  understanding is very superficial.

2  BY MR. AKROTIRIANAKIS:

3      Q.  Is it your understanding that XOR cipher is not

4  encryption, that it's just obfuscation?

5      A.  I will defer to Claudiu's words because he is

6  the expert and this seems also accurate to me.

7      Q.  And then ████, at 841, writes:  "To be clear,

8  XOR is not end-to-end encryption and relay server is

9  aware of the XOR process."

10     A.  I'm sorry about that.  I don't see any 841.  I

11  see now.  Sorry about that.

12         Yes.  I can see that.

13     Q.  And that is also your understanding; correct?

14         MR. BLOCK:  Objection to form.  Foundation.

15         THE WITNESS:  With my very superficial

16  understanding and whatever before from Claudiu, yes, XOR

17  is not part of end-to-end encryption because client and

18  server both know about the secret, so it can't be

19  end-to-end encryption.

20  BY MR. AKROTIRIANAKIS:

21     Q.  And it's also true that the relay server is

22  aware of the XOR or process?

23         MR. BLOCK:  Objection to form.  Foundation.

24         THE WITNESS:  Again, I'm really the wrong

25  person to ask for that.  I will try to do my best with my

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 27 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3326
JESUS PALAU on 09-13-2024        {{Attorneys Eyes Only}}              Page 186

1  limited knowledge because I was not really working on

2  relays.

3        But my is that understanding if client is

4  XOR'ing data and the receiver of this data is the relay

5  serve, the relay server better know how to XOR it again

6  with the right secret, otherwise, yep, it will not mean

7  anything at all for the relay server.

8        So, yeah, so it has to be aware of that other

9  part of XOR -- let's call it "secret" -- and it has to

10  know how to work with it.

11  BY MR. AKROTIRIANAKIS:

12     Q.   How to deobfuscate it?

13     A.   Yeah, I think that would be good word for it,

14  yes.

15     Q.   All right.  Now Mr. Ebeling writes:  "The

16  malicious stanzas seem to have a custom XOR cipher in

17  them."

18        Do you see his statement?

19     A.   I see this statement.

20     Q.   And Mr. Gheorghe, who you identified as the

21  expert on XOR cipher, corrects that misstatement; right?

22        MR. BLOCK:  Objection to form.

23        THE WITNESS:  Can you be more precise in which

24  place?

25  BY MR. AKROTIRIANAKIS:

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 28 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}            Page  187



1     Q.   Sure.  Mr. Ebeling makes the statement that the

2   stanzas have a "custom XOR cipher in them."

3        And Mr. Gheorghe, on the next page, corrects

4   that and says that:  "If we cannot read the XOR cipher

5   packet, we cannot tell what packet it is, and we drop

6   it."

7        MR. BLOCK:  Objection to form.  Misstates the

8   document.

9        THE WITNESS:  Right.  I mean, my understanding

10  is following one; right?  So we are seeing a value for an

11  XOR cipher sent by the client.  And that's the value that

12  both client and the relay server will use to deobfuscate

13  the packets that go from client to server.

14        It seems that if that -- that value -- that

15  value -- XOR value that clients are using that the relay

16  server is not aware of, it will not be able to perform

17  the deobfuscation and hence, drop the packets because it

18  doesn't know how to process them.

19  BY MR. AKROTIRIANAKIS:

20     Q.   So the if relay server is not able to

21  deobfuscate, then it will drop the packet?

22     A.   Yes.

23        MR. BLOCK:  Objection to form.

24  BY MR. AKROTIRIANAKIS:

25     Q.   And that's what you're talking about when you

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 29 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}              Page 188

1  say here, at the top of page 2, that:  "If they have a

2  custom set of xor cipher keys that is different the one

3  we have in EdgeRay, packets will not be able to be

4  decoded in EdgeRay and be dropped;" right?

5      A.   This is what I --

6           (Simultaneous speakers.)

7           MR. BLOCK:  Objection to form.

8           THE WITNESS:  This is what I wrote in the

9  document.  I think that Claudiu and I are saying the same

10  thing, that EdgeRay must know that value in order to, I

11  call it "decode."  Claudiu calls it "deobfuscate."  I

12  would perhaps stick to his wording because it seems more

13  accurate than mine.  He's the expert, and I'm not really

14  talking on my area of knowledge.

15  BY MR. AKROTIRIANAKIS:

16      Q.   Okay.  And when you write a little bit further

17  down, at 851:  "Confirmed, they have the same XOR cipher

18  numbers," what you're confirming is that there is no

19  custom cipher -- custom XOR cipher; correct?

20           MR. BLOCK:  Objection to form.

21           THE WITNESS:  It seems that I'm confirming that

22  whatever value they chose the clients are sending, and I

23  don't think clients should be sending this value, happens

24  to be one of the values that we know on the server side.

25  So because of that, we can decode the package on EdgeRay.

Case 4:19-cv-07123-PJH     Document 425-2     Filed 10/15/24     Page 30 of 31
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                   Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}                                Page 189



1        MR. AKROTIRIANAKIS:  Okay.  This is Exhibit

2   1148.

3        THE WITNESS:  Thank you.

4        MR. BLOCK:  Previously marked and also marked

5   for this deposition.

6        (Reporter Note:  Mr. Akrotirianakis did not

7        mark Exhibit 1148 for this witness.

8        Previously marked Exhibit 1148 to the

9        9/12/24 Yuanyuan Wang deposition was handed

10        to witness Jesus Barcons Palau.)

11        MR. AKROTIRIANAKIS:  And I will give you

12   Exhibit 1083, same --

13        THE WITNESS:  Thank you.

14        MR. AKROTIRIANAKIS:  -- also.

15        (Mr. Akrotirianakis did not mark Exhibit 1083

16        for this witness. Previously marked Exhibit

17        Number 1083 to the Yuanyan Wang deposition was

18        handed to witness Jesus Barcons Palau.)

19        THE WITNESS:  Thank you.

20   BY MR. AKROTIRIANAKIS:

21    Q.   Prior to today, Mr. Barcons, do you recall ever

22   having seen Exhibit 1148?

23    A.   Perhaps.  I wouldn't be surprised if I saw it,

24   but I cannot be hundred percent sure.  This was long

25   time ago.

Case 4:19-cv-07123-PJH    Document 425-2    Filed 10/15/24    Page 31 of 31

WhatsApp Inc. vs NSO Group Technologies Limited et al.    Job 3326
JESUS PALAU on 09-13-2024    {{Attorneys Eyes Only}}    Page 217

1  STATE OF CALIFORNIA      )
                         ) ss:
2  COUNTY OF ALAMEDA        )

3

            I, KIMBERLY E. D'URSO, do hereby certify:
4

5          That the witness named in the foregoing

6  deposition was present and duly sworn to testify to the

7  truth in the within-entitled action on the day and date

8  and at the time and place therein specified;

9          That the testimony of said witness was reported

10  by me in shorthand and was thereafter transcribed through

11  computer-aided transcription;

12          That the foregoing constitutes a full, true and

13  correct transcript of said deposition and of the

14  proceedings which took place;

15          Further, that if the foregoing pertains to the

16  original transcript of a deposition in a federal case,

17  before completion of the proceedings, review of the

18  transcript [ ] was [ ] was not requested.

19          That I am a certified stenographic reporter and

20  a disinterested person to the said action;

21          IN WITNESS WHEREOF, I have hereunder subscribed

22  my hand this 15th day of September, 2024.

23  _____

24  KIMBERLY D'URSO, CSR NO. 11372, RPR

25