# EXHIBIT 2

# Exhibit B

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

Case 4:19-cv-07123-PJH   Document 425-3   Filed 10/15/24   Page 3 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                      Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4    - - - - - - - - - - - - - - - - x

5    WHATSAPP INC., a Delaware     :

6    corporation, and FACEBOOK,    :

7    INC., a Delaware corporation, :

8             Plaintiffs,          :   CASE NO.

9    v.                            :   4:19-cv-07123-PJH

10   NSO GROUP TECHNOLOGIES LIMITED:

11   And Q CYBER TECHNOLOGIES       :

12   LIMITED,                       :

13             Defendants.          :

14   - - - - - - - - - - - - - - - - x

15        HIGHLY CONFIDENTIAL, ATTORNEYS' EYES

16     VIDEOTAPED DEPOSITION OF ANDREW ROBINSON

17           Thursday, September 19, 2024

18                    9:36 a.m.

19

20

21   JOB NO.:  44484

22   Pages 1 through 389

23   Reported By:  CASSANDRA E. ELLIS, CSR-CA #14448,

24   CSR-HI #475, CCR-WA #3484, RPR, RMR, RDR, CRR,

25   Realtime Systems Administrator #823848

Case 4:19-cv-07123-PJH   Document 425-3   Filed 10/15/24   Page 4 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                                  Page 7

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | THE VIDEOGRAPHER:  Good morning. |
| 3 | This is the beginning of media in the deposition |
| 4 | of Andrew Robinson, taken in the matter of |
| 5 | WhatsApp, Inc., a Delaware corporation, and |
| 6 | Facebook, Inc., a Delaware corporation, |
| 7 | plaintiffs, versus NSO Group Technologies |
| 8 | Limited and Q Cyber Technologies Limited, |
| 9 | defendants, Case Number 4:19-cv-07123- -- DJH -- |
| 10 | PJH, held in the United States District Court, |
| 11 | Northern District of California, Oakland |
| 12 | division.  Today's date is September 19th, 2024, |
| 13 | and the time on the monitor is 9:36 a.m. |
| 14 | My name is Robyn Ellis, and I am |
| 15 | the legal videographer.  The court reporter is |
| 16 | Cassandra Ellis.  We are representing Olender |
| 17 | Reporting. |
| 18 | Counsel appearances will be noted |
| 19 | on the stenographic record. |
| 20 | Will the court reporter please |
| 21 | swear in the witness, then you may proceed. |
| 22 | (Witness sworn) |
| 23 | MR. AKROTIRIANAKIS:  Good morning. |
| 24 | Joe Akrotirianakis and Jonathan Weinberg on |
| 25 | behalf of the defendants. |

Case 4:19-cv-07123-PJH   Document 425-3   Filed 10/15/24   Page 5 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                           Page 8

```
1                    MR. MARZORATI:  Good morning.  Luca

2       Marzorati from Davis Polk and Wardwell, on

3       behalf of the plaintiffs.  With me here is

4       Michael Chmelar from META Platforms, Inc.

5                    MR. AKROTIRIANAKIS:  We don't have

6       a remote deal today, do we?

7                    MR. MARZORATI:  No.

8                    MR. AKROTIRIANAKIS:  All right.

9                    ANDREW ROBINSON

10        having been duly sworn, testified as follows:

11                       EXAMINATION

12      BY MR. AKROTIRIANAKIS:

13                    Q.   Good morning, Mr. Robinson.  My

14      name is Joe Akrotirianakis.  We met outside the

15      room.  I am the attorney for the defendants in

16      this case; do you understand that?

17                    A.   I do.

18                    Q.   Okay.  Your first name is Andrew,

19      but you generally go by Drew; do I understand

20      correctly?

21                    A.   That is correct.

22                    Q.   And would it be appropriate to

23      address you as Mr. Robinson?

24                    A.   Sure.

25                    Q.   In other words, you don't have,
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 6 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 107

```
1              A.   I believe so, I'm not positive.

2              Q.   Are there any other installation

3    kits in the Facebook family, that you're aware

4    of, that interact with -- or that are based on

5    the mobile application, mobile messaging

6    application?

7              A.   I'm sorry, can you repeat the

8    question?

9              Q.   Yeah, I did a hash out of that.

10             MR. AKROTIRIANAKIS:  I'm sorry,

11   Ms. Court reporter.

12   BY MR. AKROTIRIANAKIS:

13             Q.   All right.  Other than the ones

14   that you've mentioned so far, are there any

15   other installation kits, that you're aware of,

16   that can be used to work together with a mobile

17   messaging application that's owned by Facebook?

18             MR. MARZORATI:  Objection to form.

19             A.   I'm only aware of the official SDKs

20   which we release.

21             Q.   Okay.  And SDK is software

22   development kit?

23             A.   Correct.

24             Q.   Okay.  And that's how you would

25   officially identify what you called an
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 7 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                                    Page 108

1    installation kit; right?

2              A.   I don't know what an installation

3    kit is, that's not a term I'm familiar with.

4              Q.   I beg your pardon, software

5    development kit, so let me -- let me make this

6    clearer, so that it's real clear.

7                   Facebook, META, WhatsApp, Instagram

8    publishes or makes available to the public

9    software development kits for the development of

10   applications that go together with things like

11   Facebook Messenger, WhatsApp and Instagram

12   Messenger; right?

13                  MR. MARZORATI:   Objection to form.

14             A.   That is correct.

15             Q.   Are there other open source

16   software, that you're aware of, that can be used

17   to develop applications that would work

18   compatibly with Facebook Messenger, WhatsApp,

19   Instagram Messenger and the like?

20                  MR. MARZORATI:   Objection to form.

21             A.   I am aware of other open source

22   software that attempts to interface with our

23   services, if that's what you're asking.

24             Q.   Okay.   And what software are you

25   thinking of?

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 8 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 109

1          A.   I don't know if it has name.  I
2   just know of, like, things that people put in
3   open source repositories that attempt to
4   leverage our infrastructure.
5          Q.   And where would somebody go to find
6   that software?
7               MR. MARZORATI:  Objection to form,
8   calls for speculation.
9          A.   I -- like I said, it's published in
10  GitHub, so GitHub.
11         Q.   It's available, generally, on the
12  internet?
13              MR. MARZORATI:  Objection to form,
14  misstates testimony.
15         A.   It would not be in private
16  repositories within GitHub.
17         Q.   Where would it be?
18         A.   Public repositories.
19         Q.   On GitHub?
20         A.   As one example, there may be
21  others.
22         Q.   And as an example, what is GitHub?
23         A.   GitHub is a website run by or owned
24  by Microsoft that -- where software developers
25  can upload code and keep track of their -- the

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 9 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                        Page 110

1    history of their code.

2         Q.    What's a decompiler?

3         A.    A decompiler is something which

4    takes machine code and turns it into assembly or

5    some other similar form, depending on the

6    architecture for which the decompiler is

7    inclined to operate.

8         Q.    And how would someone use a

9    decompiler?

10        A.    So I would take a -- one would take

11   a decompiler and pass a compiled binary into it

12   in order to understand how that application

13   functions.

14        Q.    That's something you do from time

15   to time?

16        A.    With malware, usually.

17        Q.    Prior to becoming a Facebook

18   employee, you have used decompilers?

19        A.    Yes.

20        Q.    For legitimate purposes?

21        A.    Yes.

22        Q.    Are you familiar with the names of

23   any commonly available decompilers?

24        A.    Sure, there's Ida, Ghidra, there is

25   JEB, there -- what's the other -- there's a --

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 10 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 111

1    there's -- there's one that I used to work, was

2    created by somebody I used to work with, I've

3    forgot -- forgotten what it's called.

4         Q.   Are you familiar with WhatsApp?

5         A.   I am familiar with WhatsApp.

6         Q.   And you use -- you use WhatsApp,

7    yourself; right?

8         A.   Yes.

9         Q.   Okay.  And if someone who didn't

10   have -- well, does WhatsApp come preloaded onto

11   any mobile phones, that you're aware of?

12            MR. MARZORATI:  Objection, calls

13   for speculation.

14         A.   Not that I'm aware of.

15         Q.   Okay.  So how would somebody, if

16   they had a phone, access WhatsApp?

17            MR. MARZORATI:  Objection, calls

18   for speculation.

19   BY MR. AKROTIRIANAKIS:

20         Q.   Now, you've done this; right?

21            MR. MARZORATI:  Objection to form.

22         A.   Download it from our website or the

23   Google Play store or the IOS app store.

24         Q.   Okay.  And the downloading of

25   WhatsApp from either WhatsApp's website or the

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 11 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                              Page 112

1     Google Play store or the IOS app store is

2     something that can be done without actually

3     signing up for a WhatsApp account; correct?

4               MR. MARZORATI:  Objection, calls

5     for speculation.

6               A.   I don't know.  I believe -- I

7     believe from the Google Play store or the Apple

8     App store you may be able to download it without

9     a -- without a WhatsApp account, but I'm not

10    sure about from our website.

11              Q.   And putting aside, you know, the

12    separate question of why would somebody download

13    it without setting up a WhatsApp account, it can

14    be done?

15              MR. MARZORATI:  Objection to form,

16    asked and answered.

17              THE WITNESS:  The -- I'm sorry,

18    repeat the question.

19              MR. AKROTIRIANAKIS:  Yeah.

20    BY MR. AKROTIRIANAKIS:

21              Q.   Putting aside the question why

22    somebody would download WhatsApp, without then

23    creating a WhatsApp account, it is -- it is a

24    possible thing that can be done to download

25    WhatsApp without creating a WhatsApp account;

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 12 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 113

1  correct?

2          MR. MARZORATI:  Objection to form,

3  calls for speculation, and asked and answered.

4          A.   As I said, I believe -- I believe

5  it is possible.

6          Q.   So, like, if I took my phone, right

7  here, and went to the Google Play store, let's

8  say, I could download WhatsApp and then just

9  stop right then, and do nothing more; right?

10          MR. MARZORATI:  Objection to form.

11          A.   I believe so, yes.

12          Q.   And it's free?

13          A.   As far as I'm aware.

14          Q.   Okay.  Now, could I then decompile

15  the WhatsApp code?

16          MR. MARZORATI:  Objection, calls

17  for speculation.

18          A.   Yes, I suppose you could.

19          Q.   Using JEB or Ida or any of the

20  other publicly available decompilers that you've

21  testified to?

22          MR. MARZORATI:  Objection to form,

23  calls for speculation.

24          A.   You would need an Android specific

25  compiler or an IOS specific compiler, but yes.

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 13 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                              Page 114

1          Q.   And then I could choose, if I
2    wanted to, either to set up a WhatsApp account
3    or not set up a WhatsApp account; correct?
4                MR. MARZORATI:   Objection, calls
5    for speculation.
6          A.   I suppose so.
7          Q.   All right.  Now, let's talk about
8    the process of setting up a WhatsApp account.
9                There are -- when you go to set up
10   a WhatsApp account you need to have a phone
11   number; right?
12               MR. MARZORATI:   Objection, calls
13   for speculation, lacks foundation.
14         A.   Unless you're an internal employee,
15   yes.
16         Q.   Okay.  Got to be a mobile phone
17   number?
18               MR. MARZORATI:   Same objections.
19         A.   Yes.
20         Q.   Is there any other unique
21   identifier that is necessary to open a WhatsApp
22   account?
23               MR. MARZORATI:   Same objections.
24         A.   I believe we tie a credential of
25   some form to that, to that phone number.

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 14 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.        Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                    Page 115

1          Q.   Right.  But as far as what is

2    provided by the person who's opening the

3    account, is there anything other than the unique

4    phone number that's -- that's necessary?

5          A.   That's what I'm saying, the user

6    would provide a credential.

7          Q.   Well, what would be -- what would

8    be the credential?

9          A.   A password.

10         Q.   I see.  So a phone number and then

11   a password selected by the user?

12         A.   I believe that's the case.

13         Q.   Anything else?

14         A.   I believe those are what we would

15   use to authenticate you to our services.

16         Q.   Okay.  So if I wanted to put in no

17   other information into any of the fields I would

18   be able to, to your understanding, open up a

19   WhatsApp account with my mobile phone number and

20   a password of my choosing?

21         A.   I believe there's also some terms

22   of service that you would have to agree to.

23         Q.   Well, in terms of what I would be

24   providing in terms of information?

25         A.   Oh, I see.

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 15 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 121

1  utilize Facebook for or WhatsApp or other

2  Facebook properties, there's a separate

3  interface that the businesses would use.

4          Q.   Okay.

5          A.   But it would all still come through

6  in the client.

7          Q.   When you say:  The client, you're

8  referring to the WhatsApp app that you would

9  download from the Google Play store or the IOS

10  app store; right?

11          A.   That is correct.

12          Q.   How is messaging or calling using

13  WhatsApp different from messaging using, like,

14  the text message app on your phone or the

15  network phone calling?

16              MR. MARZORATI:  Objection to form,

17  lacks foundation.

18          A.   So I'm certainly not terribly well

19  versed in the internals of WhatsApp, but my

20  understanding of it is that we -- WhatsApp does

21  not leverage the cellular network in the same

22  way that cellular calls or cellular text

23  messages relate, it is a separate protocol.

24          Q.   And it uses the internet as opposed

25  to cellular networks; correct?

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 16 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 122

```
 1              A.    That would be correct.

 2              Q.    And the texts and voice calls and

 3    video calls that are used, that are sent and

 4    completed using WhatsApp, are encrypted in their

 5    content; correct?

 6              A.    Could you repeat the question?

 7    Sorry.

 8              Q.    Yeah, what is encryption?

 9              A.    Encryption is the mechanism of

10    taking a plain text and running it through a

11    series of mathematical operations, such that you

12    cannot get back to derive a cypher text, such

13    that you cannot get back to the plain text

14    without having the key which was used to derive

15    the cypher text from the plain text.

16              Q.    So just to give an example, if you

17    and I were sending written messages to each

18    other, using WhatsApp, I would write it in

19    actual characters, letters on my phone, and you

20    would see it in letters, the same letters, on

21    your phone; right?

22              MR. MARZORATI:  Objection to form.

23              A.    Two clients communicating by

24    WhatsApp would see both the plain text end of

25    the communication.
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 17 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                    Page 123

1        Q.    But while the message is in transit

2    between our two cell phones, it would be

3    encrypted; is that right?

4              MR. MARZORATI:   Objection to form,

5    lacks foundation.

6         A.    That would be correct, the content

7    of what would pass between the clients would

8    be -- have been the encrypted text.

9         Q.    Okay.   And so to the extent that it

10   was intercepted in transit, that would just be

11   gobbledygook, it wouldn't be understandable to

12   anyone, even with the assistance of technology;

13   correct?

14             MR. MARZORATI:   Objection to form.

15        A.    Not necessarily, if there are

16   weaknesses in the encryption algorithm or

17   mathematical flaws you could exploit, you could

18   potentially get back to a plain text or if you

19   had the key you could get back to a plain text.

20        Q.    Do you know of such weaknesses in

21   WhatsApp's encryption algorithm?

22        A.    I'm not aware of any.

23        Q.    And the keys are WhatsApp's keys;

24   right?

25             MR. MARZORATI:   Objection to form,

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 18 of 63

WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 124

1    lacks foundation.

2             A.    The keys are actually derived, I

3    believe, on a client-to-client basis.

4                  MR. MARZORATI:    Counsel, we've been

5    going for about an hour, whenever you get to a

6    good stopping point I would like to take a

7    break.

8                  MR. AKROTIRIANAKIS:    Sure.    Can we

9    go on for a couple minutes or do you need a

10   break right now?

11                 MR. MARZORATI:    Sure.

12   BY MR. AKROTIRIANAKIS:

13            Q.    So the same would be the case in

14   terms of the encryption with voice calls and

15   video calls?

16                 MR. MARZORATI:    Objection to form,

17   lacks foundation.

18            A.    To my knowledge.

19            Q.    So in other words, I call you using

20   WhatsApp, the content of our communication,

21   meaning the words that you and I speak to each

22   other, would be encrypted in transmission;

23   right?

24                 MR. MARZORATI:    Same objections.

25            A.    To my knowledge.

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 19 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 125

1           Q.   Okay.  And so while I would hear

2    your voice, and you would hear my voice, someone

3    who's sort of listening in, in the middle, would

4    not hear voices, they would hear gobbledygook?

5           A.   That is correct.

6           Q.   And the same is true with video

7    calls?

8           A.   Well, I should say, in the middle

9    being if they were not on the device which -- so

10   the device that is receiving the transmission,

11   the call or the text would be the device which

12   decrypts it, so if somebody had a mechanism for

13   running code or an implant, like Pegasus, on

14   that device then they would be able to access

15   the clear text of that communication.

16           Q.   And if they didn't have something

17   like Pegasus then they wouldn't be able to

18   access it?

19              MR. MARZORATI:  Objection to form,

20   calls for speculation.

21           A.   If they had physical access to the

22   phone, they could also retrieve the clear text

23   there.

24           Q.   Okay.  If they didn't have physical

25   access to the phone, and they didn't have remote

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 20 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                            Page 126

```
 1    access to the phone, through something like

 2    Pegasus, would they be able to access the

 3    content of the communication?

 4                  MR. MARZORATI:  Objection to form,

 5    calls for speculation.

 6            A.    Barring -- barring access to some

 7    other mathematical flaw or encryption algorithm

 8    that I'm unaware of they would not have access

 9    to that communication.

10                  MR. AKROTIRIANAKIS:  Okay.  We can

11    take that break now.

12                  MR. MARZORATI:  Thank you.

13                  THE VIDEOGRAPHER:  The time is now

14    11:57.

15                  We're off the record.

16                  (Recess.)

17                  THE VIDEOGRAPHER:  The time is now

18    12:12.

19                  We're back on the record.

20                  (Previously marked Exhibit No. 1167

21    was identified for the record.)

22    BY MR. AKROTIRIANAKIS:

23            Q.    All right.  Mr. Robinson, you

24    remain under oath; do you understand that?

25            A.    I understand that.
```

Case 4:19-cv-07123-PJH   Document 425-3   Filed 10/15/24   Page 21 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.     Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                             Page 127

1          Q.    Before you, I believe, is Exhibit

2    1167.

3          A.    I have that exhibit.

4          Q.    Okay.  And is this a SEV?

5          A.    This is the documentation of a SEV,

6    yes.

7          Q.    Okay.  So earlier today, when I was

8    asking you what you did to prepare to testify,

9    and you said that you reviewed some tasks, you

10   reviewed some SEVs, you reviewed WhatsApp Chat

11   and you reviewed e-mails; do you recall that

12   testimony?

13         A.    I do.

14         Q.    Okay.  This is an example of a SEV;

15   right?

16         A.    Yes.

17         Q.    All right.  And --

18         A.    The document -- the documentation

19   of a SEV.

20         Q.    Sure.

21         A.    Yeah.

22         Q.    But it's what you were referring to

23   in terms of kinds of documentation that you

24   referred to; right?

25               I'm sorry.

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 22 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                              Page 133

1    classify as security engineers.

2          Q.   And what about Mr. Gheorghe?

3          A.   As I believe I said, I believe he's

4    an engineering manager.

5          Q.   For managing security engineers?

6          A.   I believe so.

7          Q.   Going back to our earlier

8    discussion, about applications that interface

9    with other applications, you understand that

10   there are a lot of third-party commercial

11   software applications and programs that interact

12   with WhatsApp; right?

13              MR. MARZORATI:  Objection to form,

14   calls for speculation.

15         A.   I am not aware of -- I'm not aware

16   of them, no.

17         Q.   You -- you believe that there are

18   no third-party commercial software applications

19   and programs that -- that work compatibly with

20   WhatsApp?

21              MR. MARZORATI:  Objection to form,

22   misstates the witness's testimony.

23         A.   I know there are some that

24   interface with our software development kit, but

25   that is -- and then I know that there are some

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 23 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 134

1    that attempt to interface with our

2    infrastructure and services through illegitimate

3    means.

4            Q.   Well, what are -- what are some of

5    the ones that you can think of that interface

6    with the WhatsApp software development kit?

7            A.   They would all be business related,

8    so I believe, speculating, I think -- I think

9    Shopify has -- has some -- some interaction

10   with -- with the WhatsApp SDK.

11           Q.   Can you think of any others?

12           A.   Not off the top of my head, no.

13           Q.   Are you familiar with an

14   application called Just Call?

15           A.   I am not.

16           Q.   What about Coobi, C-o-o-b-i?

17           A.   I am not.

18           Q.   Are you familiar with WADI,

19   W-A-D-I?

20           A.   I am not.

21           Q.   Are you familiar with Message Bird?

22           A.   I am not.

23           Q.   Are you familiar with Happy Fox?

24           A.   I am not.

25           Q.   What is Twilio?

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 24 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.         Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                            Page 135

1                    MR. MARZORATI:  Objection,

2       foundation.

3               A.   I believe that is a desktop-based

4       messaging client.

5               Q.   Happy Fox markets itself as

6       helpdesk software that seamlessly integrates

7       with WhatsApp via Twilio; is that something that

8       you ever heard of as a concept, even if you're

9       unfamiliar with Happy Fox?

10                   MR. MARZORATI:  Objection to form.

11              A.   It is not.

12                   MR. AKROTIRIANAKIS:  Do you have a

13      blank sticker?

14   BY MR. AKROTIRIANAKIS:

15              Q.   Are you familiar with a WhapPext,

16      W-h-a-p-P-e-x-t, application?

17              A.   I am not.

18                   MR. AKROTIRIANAKIS:  This is

19      Exhibit 1516.

20                   (Exhibit No. 1516 was marked for

21      identification.)

22                   MR. AKROTIRIANAKIS:  Shoot, I'm one

23      shy.

24                   MR. MARZORATI:  That's okay.

25      ///

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 25 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                    Page 136

1    BY MR. AKROTIRIANAKIS:

2              Q.    Have you had a chance to review

3    Exhibit 1516?

4              A.    I have skimmed it.

5              Q.    I take it you haven't reviewed

6    Exhibit 1516 prior to today?

7              A.    No, this is my first time seeing

8    this.

9              Q.    Okay.  And it's a -- it's an

10   article, an internet article, that discusses

11   some applications and tools that interact

12   with -- with WhatsApp; is that how you

13   understand the document?

14              MR. MARZORATI:  Objection to form,

15   if you need more time to look at it, to answer

16   that question, Mr. Robinson, you should feel

17   free.

18              A.    I would say it looks to be stuff

19   that interfaces with our business SDK rather

20   than WhatsApp, generically.

21              Q.    Okay.  Do you know a Gaurav Sharma,

22   the person who reviewed this?

23              A.    I do not.

24              Q.    Do you know whether that is -- that

25   person is either a WhatsApp or a Facebook

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 26 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                           Page 137

```
 1   employee?
 2              MR. MARZORATI:   Objection, lacks
 3   foundation.
 4         A.    I'm not sure.
 5         Q.    Well, let's use the example that
 6   you -- that you mentioned, Shopify.
 7              WhatsApp frequently issues software
 8   updates and patches; correct?
 9              MR. MARZORATI:   Objection,
10   foundation.   You can answer, if you know.
11         A.    I'm not sure.   I'm not involved
12   with their patch cycle.
13         Q.    Well, what about -- what about
14   Facebook, does Facebook frequently issue
15   software updates and patches?
16              MR. MARZORATI:   Same objection.
17   You can answer, if you know.
18         A.    To what aspect of it?
19         Q.    Any aspect.
20         A.    Our website is continuously
21   updated.
22         Q.    Okay.   And what about Facebook
23   Messenger, the app?
24              MR. MARZORATI:   Same objection.
25         A.    I'm not involved with their patch
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 27 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 138

1    cycle.

2          Q.   Even if you're not personally

3    involved in it, do you understand that Facebook

4    frequently issues software updates with respect

5    to the Facebook Messenger?

6               MR. MARZORATI:   Objection to

7    foundation.   You can answer, if you know.

8          A.   I understand they issue software

9    updates.

10         Q.   Okay.   And are you aware of other

11   applications that interface with Facebook

12   Messenger?

13              MR. MARZORATI:   Objection to form.

14              THE WITNESS:   I'm sorry, repeat the

15   question.

16   BY MR. AKROTIRIANAKIS:

17         Q.   I asked you earlier whether you

18   were aware of applications that interfaced with

19   WhatsApp, and you mentioned Shopify.   I'm now

20   asking you whether you're aware of applications

21   that interact with Facebook Messenger?

22         A.   Similarly, I believe there are

23   other business applications that are allowed to

24   interface with messenger.

25         Q.   Okay.   And sometimes, when

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 28 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 139

 1    Messenger or something like Messenger would

 2    issue a new version of its software, the

 3    corresponding or interfacing applications would

 4    also have to version up in order to continue to

 5    be compatible?

 6                    MR. MARZORATI:  Objection to form,

 7    calls for speculation.

 8            A.   I'm not an engineer on Messenger,

 9    so I can speculate as to what would be required,

10    but I don't know for sure.

11            Q.   Well, I'm just asking based on your

12    experience, training and education in software

13    engineering.

14                    MR. MARZORATI:  Objection to form,

15    misstates the training and education, and also

16    calls for speculation.

17                    THE WITNESS:  Sorry, please repeat

18    the question.

19                    MR. AKROTIRIANAKIS:  Sure.

20    BY MR. AKROTIRIANAKIS:

21            Q.   You have studied computer science

22    for a number of years; correct?

23            A.   Yes, I went to school for computer

24    science.

25            Q.   Okay.  And you have worked in the

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 29 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 140

```
 1     field of computer science, including software
 2     engineering, for, what, 14, 15 years?
 3                 MR. MARZORATI:  Objection to form.
 4   BY MR. AKROTIRIANAKIS:
 5                 Q.   I'm sorry?
 6                 A.   I would classify my work more as
 7     malware analysis and threat intelligence.
 8                 Q.   Okay.  You understand how software
 9     code works?
10                 A.   Yes.
11                 Q.   Okay.  And if two applications
12     interface with each other, and one of them has a
13     version upgrade, the other may need to also
14     upgrade in order to continue to be compatible;
15     is that right?
16                 MR. MARZORATI:  Objection to form,
17     calls for speculation.  You can answer, if you
18     know.
19                 A.   Depends heavily on the application
20     and the update and the nature of the update.
21                 Q.   Okay.  You're saying in some
22     circumstances that would be the case; correct?
23                 MR. MARZORATI:  Objection to form,
24     calls for speculation.
25                 A.   Potentially, in some, it might.
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 30 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 141

 1         Q.   Okay.  And that would be true, you

 2    know, regardless whether you would consider the

 3    interfacing application to be legitimate or

 4    illegitimate?

 5              MR. MARZORATI:  Objection to form,

 6    calls for speculation, also calls for a legal

 7    conclusion.

 8              THE WITNESS:  Sorry, repeat the --

 9    repeat the question.

10              MR. AKROTIRIANAKIS:  Sure.

11    BY MR. AKROTIRIANAKIS:

12         Q.   I'll just given an example:  Like,

13    let's say that Shopify is interfacing with

14    either WhatsApp or Facebook Messenger or some

15    sort of mobile messaging application, okay?  And

16    the application is updated, in my hypothetical

17    this would be WhatsApp or Facebook, such that

18    the code has changed; are you with me so far?

19         A.   I believe so.

20         Q.   Okay.  Shopify may have to alter

21    its code in order to remain compatible with the

22    mobile messaging app that we're talking about;

23    is that right?

24         A.   No.

25              MR. MARZORATI:  Object.  Objection,

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 31 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 142

1    calls for speculation, and to the form of the

2    question.

3   BY MR. AKROTIRIANAKIS:

4         Q.    You don't believe there's any

5    circumstances in which, in my hypothetical,

6    Shopify would have to come out with a new

7    version in order to remain compatible with

8    either WhatsApp or Facebook Messenger?

9         MR. MARZORATI:   Objection to form,

10   calls for speculation, and misstates the

11   witness's testimony.

12        A.    I would say that it would only

13   require an update if the SDK to which there's

14   interface, to which they interface with, was

15   updated with -- sorry, to add -- with a breaking

16   change, which isn't necessarily always the case.

17        Q.    With a breaking change, is that

18   what you said?

19        A.    It is.

20        Q.    Okay.   And what does that mean?

21        A.    That would be a change that is not

22   comparable with prior versions of the SDK.

23        Q.    And what is that called, when you

24   try and maintain compatibility with earlier

25   versions?

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 32 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 143

1          MR. MARZORATI:  Objection, lacks

2    foundation.

3          A.   I believe that's called reverse

4    compatibility or backwards compatibility.

5          Q.   What is the reason that WhatsApp

6    publishes beta versions of its updates?

7          MR. MARZORATI:  Objection, lacks

8    foundation, calls for speculation.

9          A.   I'm not sure.  You would need to

10   ask somebody who works on the WhatsApp side.

11         Q.   Why would Facebook publish beta

12   versions of software updates?

13         MR. MARZORATI:  Same objections,

14   calls for speculation.

15         A.   I would say similar answer, I don't

16   know.  You would have to ask somebody who works

17   in Facebook release cycle, project cycle.

18         Q.   WhatsApp and Facebook do, in fact,

19   sometimes make breaking changes to software

20   development kits; correct?

21         MR. MARZORATI:  Objection, calls

22   for speculation.  You can answer, if you know.

23         A.   I don't know.

24         Q.   What is a breaking change, what

25   would be an example?

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 33 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 144

1        A.    A breaking change might be one that

2    says -- either removes an endpoint which was

3    previously available or changes the way in which

4    a customer could interact with it.

5        Q.    And so if an application were to

6    update a new version with a breaking change,

7    that could require the applications that

8    interface with that application also to alter

9    their code; correct?

10            MR. MARZORATI:  Objection to form,

11    lacks foundation, also calls for speculation.

12        A.    Not necessarily, we -- we publish

13    versions of our SDK, and those older versions

14    typically remain available, and so it would just

15    mean that if they wanted to move to the new

16    version they would have to accommodate the

17    changes.

18        Q.    By changing their own code to

19    continue to be able to interface?

20            MR. MARZORATI:  Same objections.

21        A.    I believe so, I -- they may have

22    other ways of doing it.

23        Q.    But that would --

24        A.    I don't usually work in developing

25    stuff that interfaces with our SDK.

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 34 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 145

1                    Q.    What is a backwards compatibility?

2                    A.    As I said before, it would be

3      the -- the act of maintaining the interfaces

4      that systems may use from older versions in

5      carrying that forward to current or future

6      versions.

7                    Q.    And does WhatsApp sometimes -- are

8      you okay?

9                    A.    Yeah, I'm good.

10                    Q.    Okay.  Let me start that question

11      again.

12                    Does WhatsApp sometimes, in your

13      experience, use older versions or carry forward

14      older versions in order to maintain backwards

15      compatibility?

16                    MR. MARZORATI:  Objection to form,

17      lacks foundation.

18                    A.    I -- excuse me.

19                    I don't know.

20                    Q.    Really?

21                    MR. MARZORATI:  Objection to form.

22                    A.    I do not know.

23                    MR. AKROTIRIANAKIS:  Can I have

24      Exhibit 1206, please.

25      ///

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 35 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                     Page 147

1    BY MR. AKROTIRIANAKIS:

2           Q.    I take it that you recognize the

3    first page?

4           A.    I do.

5           Q.    I mean the title page?

6           A.    Oh, Facebook?  Yes.

7           Q.    That's your -- that's who you're

8    employed by; right?

9           A.    It is.

10          Q.    And the title of this presentation,

11   on the second page, is:  NSO days, Drew

12   Robinson; do you see that?

13          A.    I see that.

14          Q.    That's you; right?

15          A.    That is me.

16          Q.    So this is a deck that -- that you

17   worked on as part of a presentation that you

18   gave; right?

19                MR. MARZORATI:  Objection to form.

20          A.    I did give this presentation, yes.

21          Q.    Is this one of the documents that

22   you reviewed in preparing to testify?

23          A.    It is not.

24                MR. MARZORATI:  Is there a Bates

25   number for this?

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 36 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 148

 1                    MR. AKROTIRIANAKIS:  Oh, I'm sorry,

 2      it was produced native --

 3                    MR. MARZORATI:  Okay.  Thanks.

 4                    MR. AKROTIRIANAKIS:  -- as

 5      WA-NSO-00191340.

 6                    MR. MARZORATI:  Thank you.

 7    BY MR. AKROTIRIANAKIS:

 8           Q.    And this is Exhibit 1206.

 9                  Can I -- there's not page numbers

10      on this --

11           A.    Okay.

12           Q.    -- but I'll just page into it, is

13      yours double-sided or single-sided?  Double?

14      Okay.

15                  Can you page about eight pages in,

16      and there's a slide that has the heading:

17      Connecting_tone_desc?

18           A.    I see that.

19           Q.    All right.  And these three bullet

20      points would have been points that you made when

21      you were giving the presentation that's Exhibit

22      1206?

23           A.    Yes.

24           Q.    All right.  And the third point

25      here is:  Sent an old format which existed --

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 37 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 149

 1   which still existed for backward compat reasons

 2   to the negotiation server; do you see that?

 3          A.    I do.

 4          Q.    Okay.  And backward compat is

 5   backwards compatibility; right?

 6          A.    It is.

 7          Q.    And for the record, this is page 16

 8   of Exhibit 1206.

 9                So my question to you, again,

10   Mr. Robinson, is:  Does WhatsApp sometimes, in

11   your experience, carry forward older versions in

12   order to maintain backwards compatibility?

13                MR. MARZORATI:  Objection to form,

14   calls for speculation.

15          A.    I wouldn't say older versions.

16          Q.    How would you put it?

17          A.    Previous features, older features.

18          Q.    And is that what you're describing

19   on page 16 of Exhibit 1206?

20          A.    I believe that to be the case, yes.

21          Q.    All right.  You can put that one

22   aside.

23          A.    Okay.

24          Q.    Let's go back to Exhibit 1167.

25   That's this one.

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 38 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.        Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024        Page 150

```
 1              A.    I don't know if I still -- oh.

 2              Q.    It's hanging there.

 3              A.    Oh, there we go.  Okay.

 4              Q.    So in 2019, WhatsApp tracked

 5   security incidents using a system called SEV

 6   manager; is that right?

 7              A.    I'm sorry, repeat -- I'm sorry,

 8   repeat the question.

 9              Q.    You recognize this document as

10   coming from 2019, Exhibit 1167; correct?

11              A.    Correct.

12              Q.    All right.  And in 2019, WhatsApp

13   and Facebook tracked security incidents using a

14   system called SEV manager; right?

15                    MR. MARZORATI:  Objection to form,

16   lacks foundation.

17              A.    I believe that's the title of the

18   tool that we used for tracking SEVs, yes.

19              Q.    And this document, Exhibit 1167,

20   concerns a security incident numbered S178165;

21   correct?

22              A.    That is correct.

23              Q.    And the S stands for SEV; right?

24              A.    Yes.

25              Q.    And the title of this SEV, is:
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 39 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                            Page 199

1                    So could I direct your attention,

2       once again, to Exhibit 1204, and there's, on

3       line two of Exhibit 1204, there's a date of

4       October 2015 and a reference to a vulnerability

5       CVE-2019-3568.  Can you tell us what

6       CVE-2019-3568 is meant to designate?

7                    MR. MARZORATI:  Objection, lacks

8       foundation.

9            A.    CVEs are numbers which are commonly

10      used to document vulnerabilities in software.

11           Q.    And does CVE stand for something?

12           A.    It does, I am failing to recall

13      what it stands for, off the top of my med.

14           Q.    Okay.  Is it at least the V part

15      vulnerability?

16           A.    I believe so.

17           Q.    The vulnerability that is

18      designated in this document 1204, as

19      CVE-2019-3568, was something that existed in

20      WhatsApp's code base; is that right?

21                   MR. MARZORATI:  Object to form.

22                   THE WITNESS:  Sorry, could you

23      repeat the question?

24      BY MR. AKROTIRIANAKIS:

25           Q.    Is the vulnerability CVE-2019-3568

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 40 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                        Page 200

1    something that existed in --

2                    MR. AKROTIRIANAKIS:  I'll just wait

3    until they go by.

4                    Off the written record.

5                    (Discussion held off the written

6    record.)

7                    MR. AKROTIRIANAKIS:  All right.

8    Back on the written record.  The sirens have now

9    gone.

10   BY MR. AKROTIRIANAKIS:

11            Q.    Mr. Robinson, do you see line two,

12   on Exhibit 1204?

13            A.    I do.

14            Q.    Okay.  And that date time is

15   October 2015; right?

16            A.    Yes.

17            Q.    And there's a reference to a

18   vulnerability CVE-2019-3568; do you see that?

19            A.    Yes.

20            Q.    Okay.  And it reads, in terms of

21   the event, that the vulnerability CVE-2019-3568

22   was introduced into the VoIP code base; do you

23   see that?

24            A.    Yes.

25            Q.    Okay.  You don't have any reason to

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 41 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.       Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                               Page 201

1    believe that it was NSO or anybody affiliated

2    with NSO that introduced the vulnerability

3    designated CVE-2019-3568 into the WhatsApp VoIP

4    code base; am I correct?

5              MR. MARZORATI:  Objection to form.

6              You can answer if you understand

7    the question.

8         A.   I don't believe anyone affiliated

9    with NSO introduced the vulnerability into our

10   code base.

11        Q.   Okay.  And do you know, at all, who

12   introduced that vulnerability?

13             MR. MARZORATI:  Objection, calls

14   for speculation.

15        A.   I do not.

16        Q.   It was somehow imported by the

17   engineers of WhatsApp?

18             MR. MARZORATI:  Objection, calls

19   for speculation.

20        A.   I do not know.

21        Q.   Okay.  During your investigation of

22   S178165, which is a reference to a WhatsApp VoIP

23   stanza RCE affecting client, you never

24   determined that there had been any remote code

25   execution on WhatsApp servers, am I right?

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 42 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                              Page 202

```
 1                      MR. MARZORATI:  Objection to form.

 2                      MR. AKROTIRIANAKIS:  Give me 1501.

 3                      THE WITNESS:  Could you restate the

 4      question one more time for me?

 5                      MR. AKROTIRIANAKIS:  Sure.

 6   BY MR. AKROTIRIANAKIS:

 7           Q.   RCE is remote code execution;

 8      right?

 9           A.   Correct.

10           Q.   All right.  During your

11      investigation of S178165, you never determined

12      that there had been any remote code execution on

13      WhatsApp's servers; am I correct?

14                      MR. MARZORATI:  Objection to form.

15           A.   There had not been remote code

16      execution on WhatsApp servers, to mean that

17      there was no remote code execution vulnerability

18      on WhatsApp servers, themselves.

19                      MR. AKROTIRIANAKIS:  This is

20      Exhibit 1501.

21                      (Exhibit No. 1501 was marked for

22      identification.)

23   BY MR. AKROTIRIANAKIS:

24           Q.   I believe you previously testified

25      that a document like this is something called a
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 43 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                            Page 248

 1    that's the CPCP, copy function within Linux.

 2                    The next command is a string that

 3    basically is attempting to stop the part of the

 4    WhatsApp voice calling service.

 5                    And then the next command kind of

 6    brings it all together to run the activity

 7    manager and stop -- stop the voice foreground

 8    service, that's -- that's foreground

 9    notifications that you're receiving a call in

10    WhatsApp.

11                    And then the last page sets up a

12    command to remove some of the files that were

13    created earlier, so that copy of activity

14    manager ends up getting removed, as well as any

15    other file that may start with the letter T

16    within that folder.

17                    And then they echo out the ELF file

18    contents, the hexadecimal contents into the T

19    file within the WhatsApp path.  They set it with

20    read/write and execute permissions, globally,

21    that's the CHMOD command we saw earlier.

22                    And then they run the command

23    piping the X file within the WhatsApp directory

24    structure, with the firewall be the TV file, and

25    then, finally, again CHMOD in that resulting

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 44 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 249

```
 1   file written with global read/write/execute.
 2              And then they invoke that newly
 3   downloaded file indicating that has been
 4   executable with four parameters, and then remove
 5   it, I believe that's -- yep, that's the last of
 6   it.
 7         Q.   And this executable was executed
 8   exclusively on the target device; correct?
 9              MR. MARZORATI:  Objection, lacks
10   foundation, calls for speculation.
11         A.   I speculate that it was intended to
12   execute on target devices.
13         Q.   You don't know if it was, in fact,
14   ever executed on any other target device?
15              MR. MARZORATI:  Objection, calls
16   for speculation.
17         A.   I believe that it was.
18         Q.   Executed exclusively on target
19   devices?
20         A.   Not exclusively, I believe it was
21   executed on any target device that was
22   explicitly this exploit.
23         Q.   Okay.  But what --
24         A.   It's what it would have given the
25   way that computers do exactly what you tell them
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 45 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                        Page 250

1   to do if somebody was executed on the

2   vulnerability.

3          Q.    Okay.  But it was not a script that

4   ever would have been executed on a WhatsApp

5   server; correct?

6              MR. MARZORATI:  Objection to form.

7          A.    Not to my knowledge.

8          Q.    Meaning, yes, I am correct?

9          A.    It would not have executed on

10  WhatsApp server, based on my knowledge.

11         Q.    Thank you.  That's one of the weird

12  things in deposition, when you say no and you

13  mean yes, it's just a weird way of speaking.

14              All right.  In terms of removing

15  files from the device, the only files that would

16  be removed by way of this code that you have

17  just walked us through would the running of the

18  script in the first place; is that right?

19              MR. MARZORATI:  Objection to form,

20  misstates testimony.

21         A.    Not necessarily.

22         Q.    I thought you were just walking us

23  through how the file disappeared, itself, for

24  lack of a better term, at the end?

25         A.    Mm-hmm.

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 46 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 251

 1                    MR. MARZORATI:  Objection.  Wait

 2     for a question.

 3                    THE WITNESS:  Oh, sorry.

 4     BY MR. AKROTIRIANAKIS:

 5             Q.    Is that correct?

 6                    MR. MARZORATI:  Objection,

 7     misstates testimony.

 8             A.    That is correct.

 9             Q.    Okay.  And the code, as you are

10     able to read it, does not, in and of itself,

11     remove any files from the target device based on

12     the running of the script that we're looking at

13     on pages 6, 7 and 8; right?

14                    MR. MARZORATI:  Objection,

15     misstates testimony.

16             A.    My reading of this is it would

17     remove files from the devices it ran on.

18             Q.    Okay.  And what -- what part of

19     that is the removal of files?

20             A.    That is the -- the two commands

21     that are noted as RN, dollar sign, curvy brace

22     T, close curvy brace star, R stands for remove.

23             Q.    And do you understand that to be a

24     remove of other files, other than the -- the

25     script that you've just walked us through?

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 47 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 301

1    2019?

2            A.    I don't know.

3            Q.    What with a was ████████'s

4    (phonetic) title in May 2019?

5            A.    I don't know.

6            Q.    What did ████████ do with respect to

7    responding to defendant's exploit in May 2019?

8            A.    I don't know the full extent, but I

9    believe he had, let's see, I believe he had some

10   investigation into the -- or some work as to

11   the -- the vulnerability, but I don't know -- I

12   don't know the extent of his work.

13           Q.    Have you met ████████ (phonetic)?

14           A.    I don't believe so.

15           Q.    So you're not aware that ████████

16   was paid over 1.1 million dollars by plaintiffs

17   in 2019?

18           A.    I am unaware of that.

19           Q.    Okay.

20           MR. MARZORATI:    That's outside the

21   scope of his testimony, sorry for late

22   objection.

23   BY MR. CRAIG:

24           Q.    Did NSO cause WhatsApp to fix the

25   client-side buffer overflow?

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 48 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 302

```
 1                    MR. MARZORATI:  Objection, calls
 2     for a legal conclusion.  Also, outside the scope
 3     of his 30(b)(6) testimony.
 4             A.    We certainly would not have -- at
 5     least I don't believe we would have -- had cause
 6     to immediately fix it had NSO Group not been
 7     exploiting it.
 8             Q.    So if -- if WhatsApp had discovered
 9     the client-side buffer overflow, and would not
10     have fixed it in -- in the absence of NSO?
11                    MR. MARZORATI:  Objection, outside
12     the scope of 30(b)(6) testimony, calls for
13     speculation.
14             A.    I -- well, I can speculate that we
15     were already investigating issues like buffer
16     overflows and similar things, and if it was
17     found eventually we would have fixed it, but
18     without -- there's no way to tell if we would
19     have known -- known of its existence if NSO had
20     not exploited it.
21             Q.    Did NSO cause WhatsApp to fix the
22     lacks server-side validation?
23                    MR. MARZORATI:  Objection, outside
24     the scope of his 30(b)(6) testimony, calls for a
25     legal conclusion, also, calls for speculation.
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 49 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 303

1          A.    We were investigating server-side

2    validation prior to the discovery of the

3    incidence.

4          Q.    And before the -- your awareness

5    of -- of the NSO exploit, were there plans to

6    fix the lacks server-side validation?

7                MR. MARZORATI:  Objection, outside

8    the scope of his 30(b)(6) testimony.  You can

9    answer, if you know.

10         A.    I'm not aware.  I believe that

11   there were some plans to do something about it,

12   but I don't know the extent of those plans.

13         Q.    Did -- was it plaintiff's plan to

14   fix any vulnerability that it became aware of

15   with respect to lacks server-side validation?

16               MR. MARZORATI:  Objection, outside

17   the scope of his 30(b)(6) testimony, also calls

18   for speculation.

19         A.    I don't know.

20         Q.    What did you say when you -- what

21   did you mean when you said there was some plans

22   to do something about lacks server-side

23   validation?

24         A.    So in Exhibit 1105, I -- on

25   December 5th, 2018, there was mention of -- by

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 50 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 304

1    Jesus Palau, who says that he brought awareness

2    to this stanza validation, talked through it,

3    and he will be engaging with PSAA teams, and

4    they are beginning to experiment with doing the

5    validation.

6            Q.   Did you understand what Mr. Palau

7    wrote to mean that -- that WhatsApp was going to

8    fix this -- the lacks server-side validation?

9                 MR. MARZORATI:   Objection as

10   outside the scope of his corporate testimony.

11   Also, calls for speculation as to what Mr. Palau

12   meant.

13           A.   I don't know the full extent of

14   what was planned by the WhatsApp engineers with

15   regards to fixes for the server-side

16   implementations.

17           Q.   Let's -- my question is a pretty

18   simple question:   If there was no Pegasus and no

19   NSO would WhatsApp have fixed the lacks

20   server-side validation?

21                MR. MARZORATI:   Objection to the

22   form of the question, it's also outside the

23   scope of Mr. Robinson's 30(b)(6) testimony,

24   calls for speculation, as well.

25           A.   It's impossible to know.

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 51 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                              Page 305

1          Q.    Is your answer the same with

2     respect to the client-side buffer overflow?

3               MR. MARZORATI:  Same objections as

4     before, calls for speculation, outside the scope

5     of his 30(b)(6) testimony.

6               THE WITNESS:  Please repeat the

7     question.

8               MR. CRAIG:  Yeah.

9     BY MR. CRAIG:

10          Q.    Is your answer -- well, this may

11     ask the question a different way.

12               If there was no Pegasus and no NSO,

13     would WhatsApp have fixed its client-side buffer

14     overflow vulnerability?

15               MR. MARZORATI:  Object to the form

16     of the question, also outside the scope of his

17     30(b)(6) testimony, and also calls for

18     speculation.

19          A.    I can speculate about what we would

20     have done, had we found it, without NSO having

21     exploited it, so that allowed us to find it, but

22     that's about it.

23          Q.    Well, what is your belief?

24               MR. MARZORATI:  Objection, form of

25     the question, same objections as to before, and

Case 4:19-cv-07123-PJH   Document 425-3   Filed 10/15/24   Page 52 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.              Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                    Page 306

1      also misstates his testimony as to his belief.

2                    THE WITNESS:  Sorry, I got lost.

3                    And what was the question again?

4    BY MR. CRAIG:

5            Q.    What is your belief?

6            A.    I'm not sure to what belief you're

7      referring to with the question.

8            Q.    About whether, in the absence of

9      NSO and Pegasus, whether WhatsApp would have

10     ever done anything about the client-side buffer

11     overflow vulnerability?

12                    MR. MARZORATI:  Objection to the

13     form of the question.  We're outside the scope

14     of his 30(b)(6) testimony, and also calls for

15     speculation.

16            A.    Would have been entirely dependent

17     on if we had been able to identify the exploit,

18     which there were efforts to do.

19            Q.    Yeah, if you were able to identify

20     it then you would have fixed it; right?

21                    MR. MARZORATI:  Objection to the

22     question, the form of the question.  We're

23     outside the scope of his 30(b)(6) testimony.

24            A.    Potentially.

25                    MR. CRAIG:  I have nothing more,

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 53 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                         Page 307

1    going to pass it back to my -- yeah, can we go

2    off the record?

3                    THE VIDEOGRAPHER:  The time is now

4    5:11.

5                    We're off the record.

6                    (Recess.)

7                    THE VIDEOGRAPHER:  The time is now

8    5:29.

9                    We're back on the record.

10                    EXAMINATION

11   BY MR. AKROTIRIANAKIS:

12                    Q.   All right.  Mr. Robinson, you

13   remain under oath; do you understand?

14                    A.   I understand.

15                    Q.   Before you is Exhibit 1206.  Would

16   you turn in the document to the page that's

17   called connecting_tone_desc.

18                    WhatsApp determined that this was a

19   server-side vulnerability; correct?

20                    A.   There were two vulnerabilities, the

21   one I'm referring to here in this slide is the

22   server-side vulnerability.

23                    Q.   And your words were that modern

24   code is supposed to filter those settings which

25   result from the negotiation phase; correct?

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 54 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                        Page 308

1           A.   I don't recall the exact context

2     from when I wrote this bullet, and I believe I

3     was referring to current versions of the

4     WhatsApp client in regards to how it does its

5     call negotiation, but I would defer to the

6     expertise of the WhatsApp engineers to validate

7     that.

8           Q.   In any event, you did write:

9     Modern code is supposed to filter those settings

10    which result from the negotiation phase;

11    correct?

12          A.   Yes.

13          Q.   And then you also wrote that, sent

14    in old format; do you see that?

15          A.   I see that.

16          Q.   What is sent?  What's sent?

17               MR. MARZORATI:  Object to form.

18    BY MR. AKROTIRIANAKIS:

19          Q.   Who or what sent, as you say here,

20    sent in old format?

21          A.   The attackers sent an old format.

22          Q.   And that old format still existed,

23    and the reason for its continued existence was

24    backward compatibility reasons?

25               MR. MARZORATI:  Object to form.

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 55 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 309

```
 1              A.    That is my understanding.
 2              Q.    All right.  Now, the server fix for
 3     this server-side vulnerability was to validate
 4     offer stanzas; correct?
 5              A.    I believe that is correct.
 6              Q.    And there was a process of -- of
 7     beginning to validate offer stanzas at the time
 8     that the exploit was discovered?
 9                    MR. MARZORATI:  Objection, calls
10     for speculation.
11                    THE WITNESS:  I'm sorry, could you
12     repeat the question?
13     BY MR. AKROTIRIANAKIS:
14              Q.    There was a -- an ongoing process
15     of a project to begin the validation of offer
16     stanzas at the time that the exploit was
17     discovered; correct?
18                    MR. MARZORATI:  Objection, calls
19     for speculation.
20              A.    The exploit was discovered during
21     the course of validating stanzas, was my
22     understanding.
23              Q.    Right, the beginning of actually
24     validating stanzas was how the exploit was found
25     in the first place; correct?
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 56 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 310

1          A.    That is my understanding.

2          Q.    And so it's fair to say that --

3    that the exploit was discovered because WhatsApp

4    was in the process of fixing the vulnerability

5    that the exploit was taking advantage of;

6    correct?

7                MR. MARZORATI:   Objection to form.

8          A.    No, not necessarily.  The -- well,

9    not necessarily.

10         Q.    Why -- why do you say that?

11         A.    Well, the -- the stanza validation

12   encom -- could have encompassed more than just

13   issues that were being exploited here, like the

14   issue may not have ever -- may not have been

15   found as a result of those efforts.

16         Q.    But once those efforts were put in

17   place the vulnerability was found; correct?

18                MR. MARZORATI:   Objection to form.

19         A.    The vulnerability -- vulnerability

20   was found after efforts were made to log stanzas

21   that were invalid.

22         Q.    All right.  Let's go to the "our

23   fix" slide.  Are you there?

24         A.    I'm there.

25         Q.    All right.  Here you wrote, in the

Case 4:19-cv-07123-PJH   Document 425-3   Filed 10/15/24   Page 57 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                              Page 311

1    first bullet point:  Coordinating the patch was

2    complicated; right?

3           A.   I did.

4           Q.   And what was complicated?

5                MR. MARZORATI:  Objection, misreads

6    the document.

7    BY MR. AKROTIRIANAKIS:

8           Q.   What was complicated about

9    coordinating the patch?

10          A.   There were a lot of individuals,

11   people, and things to make sure that we were due

12   to make sure that we were complete in our fix.

13          Q.   Well, how long did it take to -- to

14   develop a server-side fix?

15          A.   Oh, we pushed the server-side fix

16   on May 10th.

17          Q.   I know you pushed it on May 10th,

18   but how long did it take to develop it from the

19   time that the vulnerability was discovered on

20   May 2nd?

21               MR. MARZORATI:  Objection, lacks

22   foundation.

23          A.   I believe we had a server-side fix

24   ready on or around May 6th.

25          Q.   What document are you referring to?

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 58 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                              Page 374

1    attempted to log into the AWS server.

2              Q.    Okay.  You can put that aside.

3                    I want to ask you about one more

4    thing, very quickly.

5                    I understand that you're designated

6    by the company to testify about the process by

7    which users in Israel could accept WhatsApp's

8    terms of service during the period 2018 to 2020?

9                    MR. MARZORATI:  Objection.  He's

10   not testifying -- he's not designated on that.

11                   MR. AKROTIRIANAKIS:  Oh, who is

12   designated on that?

13                   MR. MARZORATI:  Jonathan Lee will

14   be designated on that topic, as indicated -- as

15   caveated by the responses to the objection.

16                   MR. AKROTIRIANAKIS:  Oh, okay.  But

17   I just don't want to later hear, oh, well, you

18   had your chance with that with Mr. Robinson.

19                   MR. MARZORATI:  And you won't hear

20   that from me but, also, I want to let you know

21   we're at seven hours.

22                   MR. AKROTIRIANAKIS:  You owe me one

23   or two minutes.

24                   MR. MARZORATI:  I will give you two

25   minutes.

Case 4:19-cv-07123-PJH     Document 425-3     Filed 10/15/24     Page 59 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                           Page 375

```
1                     MR. AKROTIRIANAKIS:  That's all I
2        wanted.  I'm not an unreasonable person,
3        Mr. Luca.
4                     MR. MARZORATI:  Objection to that
5        statement on the record.
6                     MR. AKROTIRIANAKIS:  You're asking
7        for a finding that I am an unreasonable person?
8     BY MR. AKROTIRIANAKIS:
9           Q.   All right.  Mr. Robinson, I know
10       it's been a long day, and I appreciate your
11       perseverance.
12                   Do you see Exhibit 1511 before you?
13          A.   I do.
14          Q.   And there's a reference here that
15       legal wasn't supposed to hear that; do you see
16       that?
17          A.   I see that.
18          Q.   Okay.  What's the -- what are you
19       and Mr. Scott talking about here?
20                   MR. MARZORATI:  Objection to form,
21       foundation.
22          A.   I believe that Michael and I were
23       discussing a conversation I had had with a -- an
24       employee at AWS.
25          Q.   I see.  And who was the person at
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 60 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 376

1    AWS that you were speaking with?

2          A.    ▆▆▆▆▆▆▆▆▆

3          Q.    And what did ▆▆▆▆▆▆▆ and you

4    talk about?

5          A.    The AWS server that we had

6    identified as a payload server.

7          Q.    Okay.  And why were you not

8    supposed to be talking to ▆▆▆▆▆▆▆ about that?

9               MR. MARZORATI:  Objection,

10   misstates testimony.

11   BY MR. AKROTIRIANAKIS:

12         Q.    Why was legal not supposed to hear

13   the fact that you were having this conversation

14   with the AWS person?

15         A.    Legal is typically fairly

16   restrictive around what we share with

17   individuals in other companies.

18         Q.    Well, what did you share with

19   ▆▆▆▆▆▆▆?

20         A.    The server and the context within

21   which we saw it.

22         Q.    Anything else?

23         A.    No.

24         Q.    And what did he tell you?

25         A.    He told me that there were snippets

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 61 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 377

1    of these server scripts that -- or he -- he saw

2    the python scripts that were present on the

3    server, and I believe he told me information

4    about who the -- the customer was.

5        Q.    And what did he tell you?

6        A.    That it was NSO Group.

7        Q.    And how -- what was his basis for

8    that, if you know?

9        A.    Whatever information AWS has

10   available to them, client information.  I

11   don't -- I don't know --

12       Q.    Okay.

13       A.    -- all of it.

14       Q.    You don't know what it is?

15       A.    I don't --

16             MR. MARZORATI:  Objection to form.

17       A.    I know what he told me, which was

18   it was an NSO-owned instance.

19       Q.    All I'm trying to understand is

20   whether he told you anything more detailed than

21   that?

22       A.    He told me it was an NSO-owned

23   instance, and I believe that's the extent of

24   what told me --

25       Q.    Okay.

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 62 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                           Page 378

```
 1                    A.    -- in that regard.

 2                    MR. AKROTIRIANAKIS:  Weinberg, do

 3     you want me to ask anything else?  I think I'm

 4     done.

 5                    All right.  Thank you very much,

 6     Mr. Robinson.

 7                    MR. MARZORATI:  Can we take a quick

 8     break?  I may have a few questions for

 9     Mr. Robinson.

10                    MR. AKROTIRIANAKIS:  Okay.

11                    THE VIDEOGRAPHER:  The time is now

12     7:03.

13                    We're off the record.

14                    (Recess.)

15                    THE VIDEOGRAPHER:  The time is now

16     7:13.

17                    We're back on the record.

18                         EXAMINATION

19   BY MR. MARZORATI:

20               Q.   Mr. Robinson, I'd like to direct

21     your attention to Exhibit 1206, and specifically

22     page 11 of what's been marked as Exhibit 1206,

23     and that's entitled:  Secondary payload server

24     SPS extraction.

25                    My question is:  How did you know
```

Case 4:19-cv-07123-PJH    Document 425-3    Filed 10/15/24    Page 63 of 63
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024    Page 387

1              CERTIFICATE OF SHORTHAND REPORTER

2                    I, Cassandra E. Ellis, Registered

3     Professional Reporter, the officer before whom

4     the foregoing proceedings were taken, do hereby

5     certify that the foregoing transcript is a true

6     and correct record of the proceedings; that said

7     proceedings were taken by me stenographically

8     and thereafter reduced to typewriting under my

9     supervision; and that I am neither counsel for,

10    related to, nor employed by any of the parties

11    to this case and have no interest, financial or

12    otherwise, in its outcome.

13                    IN WITNESS WHEREOF, I have hereunto

14    set my hand this 23RD day of September 2024.

15

16

17

18    _Cassandra E. Ellis_____

19    CASSANDRA E. ELLIS, CSR-CA #14448, CCR-WA #3484,

20                        CSR-HI #475, RPR, RMR, RDR,

21                        CRR, REALTIME SYSTEMS

22                        ADMINISTRATOR #823848

23

24

25