EXHIBIT 3

# Exhibit C

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

Case 4:19-cv-07123-PJH   Document 425-4   Filed 10/15/24   Page 3 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              OAKLAND DIVISION

4   _____

5   WHATSAPP INC., a Delaware          )
    corporation, and FACEBOOK, INC.,   )
6   a Delaware corporation,            )
    a Delaware corporation,            )
7                                      )
            Plaintiffs,                )
8       v.                             ) Case No.
                                       ) 4:19-cv-07123-PJH
9   NSO GROUP TECHNOLOGIES LIMITED     )
    and Q CYBER TECHNOLOGIES LIMITED,  )
10                                     )
                                       )
11          Defendants.                )
    _____ )

12

13      HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14      VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15              DEPOSITION OF

16   WHATSAPP INC., by and through its Designated

17              Representative,

18          CLAUDIU GHEORGHE

19      Palo Alto, California 94304

20      Friday, August 16, 2024

21

22   Reported Stenographically by:
    MARY J. GOFF
23   CSR No. 13427
    WA CSR No. 21030779
24   Job No. 3296
    PAGES 1-295

25

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 4 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}                     Page  8

1  joining remotely.  I think that Matt Dawson --

2  Matthew Dawson is probably joining remotely.

3          ATTORNEY MARZORATI:  It looks like Terry

4  McGraw also.

5          ATTORNEY CRAIG:  Yeah, Terry -- Terrence,

6  T-E-R-R-E-N-C-E, for the record.  McGraw,

7  M-C-G-R-A-W.

8          ATTORNEY WEINBERG:  All right.

9          ATTORNEY BLOCK:  I'm Micah Block from

10  Davis Polk for Plaintiffs.

11          With me from Davis Polk is Luca Marzorati.

12          We likely will be joined later in the

13  deposition by Meenu Matthews in person and by Craig

14  Cagney on the Zoom, neither of whom are yet present.

15          Also with us from META Platforms, Arif

16  Dhilla in person.  And we may have Michael Chmelar

17  on Zoom at this point.

18          And I will provide you spellings at a

19  break.

20          THE VIDEOGRAPHER:  Thank you.  Will the

21  court reporter please swear in the witness.

22              CLAUDIU GHEORGHE,

23  Being first duly sworn or affirmed to testify to the

24  truth, the whole truth, and nothing but the truth,

25  was examined and testified as follows:

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 5 of 35

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page  43

 1  to monitor it and see it in action basically changed

 2  my life.

 3      Q    Okay.  So interest then --

 4      A    Yes.

 5      Q    -- is why you're here?

 6      A    Yeah.

 7      Q    Okay.

 8          ATTORNEY WEINBERG:  We have been going for

 9  about one hour.  Would you guys want to take a quick

10  break?

11          ATTORNEY BLOCK:  Sure.

12          ATTORNEY WEINBERG:  Can we go off the

13  record?

14          THE VIDEOGRAPHER:  The time is 10:02 a.m.

15          (A break was taken from 10:02 a.m. to

16  10:13 a.m.)

17          THE VIDEOGRAPHER:  We are back on the

18  record at 10:13 a.m.

19      Q    (BY ATTORNEY WEINBERG) Thank you.

20          So we just got done speaking about

21  security practices at WhatsApp.  And you testified

22  that there was typically some security employees

23  embedded with each product team.

24          Is that -- am I characterizing your

25  testimony properly?

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 6 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page  44

1            ATTORNEY BLOCK:  Objection to form.

2       A    What do you mean by "embedded"

3   specifically?

4       Q    (BY ATTORNEY WEINBERG) You said that each

5   product team had security focused employees; is that

6   accurate?

7            ATTORNEY BLOCK:  Objection, misstates.

8       A    From my knowledge, most of the product

9   teams inside Facebook -- like Instagram or Oculus --

10  each had a designated security team.

11      Q    (BY ATTORNEY WEINBERG) Did the VoIP team

12  have a dedicated security team?

13           ATTORNEY BLOCK:  Object to form.

14      A    The VoIP team did not have a designated

15  security team.

16      Q    (BY ATTORNEY WEINBERG) Okay.  Did it ever

17  obtain one?

18      A    We were collaborating with security

19  engineers like Otto.

20      Q    So even after the incident, the VoIP team

21  didn't --

22      A    Not even today.  They don't have a

23  security team.

24      Q    Okay.  So generally WhatsApp had employees

25  whose job it was to identify and fix vulnerabilities

Case 4:19-cv-07123-PJH   Document 425-4   Filed 10/15/24   Page 7 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                 Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 45

1  in the software; is that accurate?

2      A    Yes.

3      Q    Do you know about how many?

4      A    In what time?  Sorry.

5      Q    In 2019.

6      A    In 2019.

7          I actually -- like, I honestly don't know.

8  I don't know the number.

9      Q    Would it be in the thousands?

10         ATTORNEY BLOCK:  Objection to form.

11     A    It -- it's not in the thousands.

12     Q    (BY ATTORNEY WEINBERG) What about

13 Facebook, generally?

14         ATTORNEY BLOCK:  Objection to form.

15     A    It's possible that Facebook, generally.

16 Like, the security organization in Facebook, it's

17 possible that it had a thousand -- like, thousands

18 of employees, but I'm not sure.  I don't know the

19 answer.

20     Q    (BY ATTORNEY WEINBERG) Was there a uniform

21 process or procedure that WhatsApp security

22 employees followed to detect and remediate

23 vulnerabilities in the software?

24     A    Yes.

25     Q    And what was that?

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 8 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}        Job 3296
Page  46

1      A    So the process was the process -- the

2    standard process that they would -- that they had

3    for looking at the code, talking, collaborating with

4    the team, and understanding what the code does.

5           And whenever they would find and issue,

6    they would file either a task or a SEV with a

7    particular urgency and give a timeline to the team

8    to remediate.

9      Q    How did they find these vulnerabilities?

10          ATTORNEY BLOCK:  Objection to form.

11   Objection --

12     A    There are -- there are multiple ways of

13   finding vulnerabilities that they were -- that the

14   security engineers used.

15          One of them is by manually reading the

16   code.

17          A second one was using automated tools

18   like static analysis tools.

19          And the third one was fuzzing by doing

20   fuzz testing on particular components.

21     Q    (BY ATTORNEY WEINBERG) Okay.  What is a

22   static analysis tool?

23     A    A static analysis tool is a complex

24   software similar to a complier that analyzes

25   automatically the code and finds potential



Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 9 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}
Job 3296
Page 47

1  vulnerabilities in the code automatically.

2        It's an automated tool.

3    Q    Were WhatsApp engineers using static

4  analysis tools in 2019 to identify vulnerabilities

5  in the code?

6    A    I don't remember.

7    Q    You mentioned "fuzzing."

8        Could you say more about what fuzzing is?

9    A    Yes.

10   Q    Is it a kind of dynamic analysis or what

11  s it?

12   A    Fuzzing is a form of testing that provides

13  arbitrary and unexpected or random inputs to

14  programs in order to detect un -- in order to find

15  unexpected behavior in the program.

16   Q    So it's as type of dynamic analysis?

17   A    It is dynamic analysis, yes.

18   Q    You said that once the WhatsApp engineers

19  or security engineers identified a vulnerability,

20  they would create an SEV and then provide --

21   A    Or a task.

22        ATTORNEY BLOCK:  I'm going to object to

23  form and ask you to wait for a question to finish

24  before you give an answer.

25   Q    (BY ATTORNEY WEINBERG) So you have

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 10 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}

Job 3296
Page  48

1  mentioned that once the security engineers found

2  this vulnerability, they would create a task or an

3  SEV documenting that vulnerability; is that correct?

4         ATTORNEY BLOCK:  Objection to form.

5     A    Yes.

6     Q    (BY ATTORNEY WEINBERG) And so how did the

7  project team then respond when they were -- this SEV

8  or task was created?  What did they do?

9         ATTORNEY BLOCK:  Objection to form.

10    A    It depends on the team.  I can tell you

11 what my team was doing.

12    Q    (BY ATTORNEY WEINBERG) Okay.  The VoIP

13 team?

14    A    The VoIP infra team, we would look at the

15 ticket or the SEV, understand the severity, and

16 prioritize it based on the urgency together with all

17 the other work that we had.

18         And at some point we allocated an engineer

19 who then would work on implementing the remediation

20 for it.  And then we would file a CVE, depending on

21 the urgency, after it was remediated.

22    Q    About -- scratch that.

23         What is a CVE?

24    A    A CVE is a Common Vulnerabilities and

25 Exposure.  It is a constant used by MITRE, a

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 11 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024            {{Attorneys Eyes Only}}              Page 49

1 governmental organization, tracking vulnerabilities

2 in software.

3    Q    Do you remember about how many CVEs

4 WhatsApp filed in 2019?

5    A    I can't remember off the top of my head,

6 the number.

7    Q    I think it's about 10.

8        Would that sound about right?

9        ATTORNEY BLOCK:  Objection to form;

10 foundation; calls for speculation.

11    A    Yeah, I don't remember the actual number.

12    Q    (BY ATTORNEY WEINBERG) Do you remember how

13 many WhatsApp filed in 2020?

14    A    I don't remember the actual number again.

15    Q    Can I grab 1163?

16        (Exhibit 1163 was marked for

17 identification and is attached to the transcript.)

18    Q    (BY ATTORNEY WEINBERG) So I will represent

19 to you that -- what this document is.  You mentioned

20 that MITRE Corporation keeps track of CVEs and has a

21 publicly accessible database; is that correct?

22        ATTORNEY BLOCK:  Objection to form;

23 foundation.

24    A    I'm not an expert in how MITRE works and

25 how they store their data.

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 12 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}               Page  128

1          Statistically speaking, this happens --

2    this is successful in about 50 percent of the cases.

3    And in that case -- in those cases, both the caller

4    and callee will not send the realtime packets

5    through the proxy and it will send them directly to

6    the other side instead.

7        Q    Okay.  So thanks for walking me through

8    the chatdserver.

9          At this point the chatdserver is no longer

10   involved, right, once there's already a

11   connection -- a peer-to-peer connection?

12          ATTORNEY BLOCK:  Objection to form.

13       A    I think it's still involved.  For

14   instance, if there's an update -- if there's an

15   interruption happening -- like, let's say the other

16   side doesn't send any realtime packets -- then the

17   client will attempt to use the signaling server to

18   reach the other end and see whether they're still

19   connected or...

20       Q    (BY ATTORNEY WEINBERG) Got it.  So if the

21   call drops and one of the clients has to reestablish

22   the connection, it would use the chatdserver again?

23       A    Yes.

24       Q    Okay.  And these protocols that you just

25   described, the chatdserver interacts with the

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 13 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}               Page 129

1  clients through like a web API or what -- what kind

2  of interface does it use to interact with the

3  clients?

4      A    The -- the protocol is noise.

5      Q    Noise.

6          And when the chatdserver receives a noise

7  message, it processes it according to the functions

8  that WhatsApp programmed it to perform?

9          ATTORNEY BLOCK:  Objection to form.

10     A    Yes.  Generally, yes.

11     Q    (BY ATTORNEY WEINBERG) What do you mean by

12  "generally"?

13     A    I think it was -- would you repeat that,

14  please, again?

15     Q    When the chatdserver receives a message or

16  a client request, it processes that client request

17  using server-side code that WhatsApp wrote?

18          ATTORNEY BLOCK:  Objection to form.  And

19  that's a different question.

20     A    Yes, that's accurate.

21     Q    (BY ATTORNEY WEINBERG) And during that

22  execution the server will access only those parts of

23  the server that WhatsApp then programmed it to

24  access?

25          ATTORNEY BLOCK:  Objection to form.

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 14 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}
Job 3296
Page 130



1    A    I'm not sure what you mean by "the parts

2  of the server."

3    Q    (BY ATTORNEY WEINBERG) Areas in storage.

4        ATTORNEY BLOCK:  Same objection.

5    A    What storage?

6    Q    (BY ATTORNEY WEINBERG) Well, computers

7  have computer storage, right?  Memory?  Hard drives?

8    A    So the chat servers do not store

9  information on, like, themselves.

10    Q    When a computer operates, it accesses

11  memory, right?

12    A    Yes.

13    Q    Okay.  The chatservers have memory that

14  they access?

15    A    Yes.

16    Q    And when they execute, they access that

17  memory?

18    A    Yes.

19    Q    And so when they execute code written by

20  WhatsApp, they access only those parts of the memory

21  that WhatsApp had programmed them to access?

22        ATTORNEY BLOCK:  Objection to form.

23    A    Yes.

24        ATTORNEY BLOCK:  I just want to do a time

25  check.  You had talked about --

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 131

1    ATTORNEY WEINBERG:  Do you want to do

2 lunch?

3    ATTORNEY BLOCK:  -- it's 12:45 now.

4    A    Yeah, I can probably -- I mean, it's up to

5 guys as well.

6    ATTORNEY BLOCK:  Do you mind if we break?

7    ATTORNEY MARZORATI:  Yeah, let's do lunch.

8    A    No.

9    ATTORNEY WEINBERG:  Let's go off the

10 record.

11    THE VIDEOGRAPHER:  12:45 p.m.

12    (A break was taken from 12:45 p.m. to

13 1:49 p.m.)

14    THE VIDEOGRAPHER:  We are back on the

15 record at 1:49 p.m.

16    Q    (BY ATTORNEY WEINBERG) All right.  Thanks.

17 Welcome back from lunch.  Just a few cleanup items

18 of some of the topics we spoke about earlier today.

19    The -- we spoke about the servers, the

20 physical and logical servers and the whole

21 infrastructure for routing messages in WhatsApp's

22 VoIP infrastructure.  You spoke about the edge load

23 balancers.

24    I just want to confirm:  How many -- in

25 2019, how many servers were there that were

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 16 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page  160

1    A    Yes.

2         ATTORNEY BLOCK:  Objection to form.

3    A    Yes, that's accurate.

4    Q    (BY ATTORNEY WEINBERG) And "logging" would

5  be where you simply observe whether the stanza is

6  malformed or not and write down in the log

7  whether -- the results of that analysis --

8         ATTORNEY BLOCK:  Objection to form.

9    Q    (BY ATTORNEY WEINBERG) -- is that correct?

10   A    Yes.

11   Q    So when ███████ says in Exhibit 1167,

12 page 1, that the server "didn't enforce the schema

13 n server side." he's referring to a lack of

14 enforcement of the schema on the server side?

15        ATTORNEY BLOCK:  Object to form.

16        I can't find that phrase, although I'm

17 probably just not seeing it.

18   Q    (BY ATTORNEY WEINBERG) Do you remember you

19 said:

20             WS implemented this

21         functionality and defined a valid

22         schema, but didn't enforce the

23         schema server side?

24             WS added server-side logging

25         to WhatsApp for invalid stanzas

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 17 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 161



1          (XML protocol) a few weeks ago?

2     A    Yes, that's -- that statement is accurate.

3     Q    Okay.  So there was no enforcement as of

4  the writing of this statement on Friday, May 3,

5  2019, no enforcement of a stanza validity?

6          ATTORNEY BLOCK:  Object to form;

7  misstates.

8     Q    (BY ATTORNEY WEINBERG) Enforcement?

9     A    There was no enforcement.  We were

10  validating, but not enforcing.

11     Q    To avoid confusion, can we agree on some

12  terms there, because "validating" is a bit

13  ambiguous.

14          So the way that you use -- you're using

15  "validating" is just to compare the input to a

16  schema and say whether it complies or doesn't, but

17  not necessarily taking any kind of action based on

18  that?

19     A    Yes, that's --

20          ATTORNEY BLOCK:  Objection --

21     A    -- correct.

22          ATTORNEY BLOCK:  -- to form.

23     Q    (BY ATTORNEY WEINBERG) Okay.  So your

24  answer here is that as of May 3, there was at least

25  some level of validation and that you were logging

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 18 of 35

WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}

Job 3296
Page  162

1  invalid stanzas, but there was no enforcement to

2  stop invalid stanzas from passing through the

3  chatdserver?

4          ATTORNEY BLOCK:  Object to form.

5     A    Yes.

6     Q    (BY ATTORNEY WEINBERG) And he says here

7  that:

8              This logging of invalid

9          stanzas was added "a few weeks

10          ago."

11          So it was a relatively recent addition, as

12  of May 3, 2019, even just the logging?

13          ATTORNEY BLOCK:  Objection to form.

14     A    I don't remember the exact timeline.  What

15   can tell you is what I remember based on

16  Jesus's -- Jesus's work is that he actually started

17  working on that in December of 2018.  It was a very

18  complex project that required a lot of design and

19  discussions and a lot of revisions.

20          And the standard way of rolling these

21  features out is you -- you basically do exactly what

22  we did.  We -- you personally validate, log,

23  analyze.  In some cases it's just random behavior.

24          And then when you validate and verify

25  everything, then you go and enforce after that.

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 19 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page  163

1      Q    (BY ATTORNEY WEINBERG) Makes sense to me.

2           If you look back at Exhibit 1105, this is

3   the task that -- for validating stanzas.  I'm

4   looking at page 3.  And it looks like the first

5   message is -- Otto Ebeling sent a message on page 3.

6   And that was December 4, 2018.  And he says:

7               It would be a lot cleaner and

8            safer to have the server enforce

9            the proper schema for all messages.

10           Do you see that?

11     A    Yeah --

12          ATTORNEY BLOCK:  Object to form.

13     A    -- I can see Otto's message.

14     Q    (BY ATTORNEY WEINBERG) So before

15  December 4, 2018, the chatdserver was not enforcing

16  proper schemas for all messages?  Do you agree with

17  that?

18          ATTORNEY BLOCK:  Object to form.

19     A    I don't agree with that.

20     Q    (BY ATTORNEY WEINBERG) It was enforcing

21  proper schema for all messages already?

22     A    It was -- so enforcing and validating the

23  schemas is a relative and a best-effort thing.  We

24  were enforcing and validating certain parts of

25  the -- the stanzas.

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 20 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}                        Page 164

1        Was it complete?  Was it, like exhaustive?

2   No, it wasn't.  But there was some -- some level of

3   validation and enforcement happening already in the

4   chatd code.  Not just for VoIP.  For all the other

5   stanzas as well.

6       Q    Take a look at page 4.  There's

7   Jesus again -- Jesus again.  On December 5, he says:

8            Today I have brought awareness

9            of the need for stanza validation

10           during the weekly server tech talk.

11           So he's saying there's a need for server

12   validation?

13           ATTORNEY BLOCK:  Is that a question?

14   Sorry.  Are you done?

15           ATTORNEY WEINBERG:  Yeah, that's my

16   question.

17           ATTORNEY BLOCK:  I object to the form.

18   That mischaracterizes.

19       A    Sorry.  What was the question?

20       Q    (BY ATTORNEY WEINBERG) So as of

21   December 5, when this message was written, it

22   appears as though -- how do you pronounce his name?

23   Is it Jesus?

24       A    Jesus, yeah.  Yeah, I think Jesus sounds

25   good.

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 21 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 165

1    Q    (BY ATTORNEY WEINBERG) Okay.  As of

2  December 8, when Jesus -- December 5, when Jesus

3  wrote this message, he was brining awareness to the

4  need for a stanza validation, meaning that there

5  were at least some stanzas that were not being

6  validated or enforced?

7          ATTORNEY BLOCK:  Sorry.  Are you finished?

8  I object to the form of the question.  And it's a

9  misstatement of the message.

10    A    So based on this -- what he said here -- I

11  mean, I can try to speculate what he meant, but I

12  don't know exactly what he meant.  I can make a

13  comment on it --

14    Q    (BY ATTORNEY WEINBERG) Sure.

15    A    -- on what I believe it is, but --

16    Q    Well, like, I think at the end of the day

17  it's just -- it's relatively obvious that there were

18  some stanzas that simply weren't being enforced.

19  That's what this document is showing.  And we can go

20  through a few more examples, if you would like.

21          But is it the case that the server was not

22  validating every VoIP stanza that was going through?

23          ATTORNEY BLOCK:  I object to the preamble

24  before the question, and I object to the form of the

25  question.

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 22 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024         {{Attorneys Eyes Only}}              Page 166

1    A    At the time of the attack?

2    Q    (BY ATTORNEY WEINBERG) Yes.

3    A    So yes, at the time of the attack, it's

4  possible that there were some stanzas that we were

5  not validating.

6    Q    Back at 1140 -- so 1083 of the PowerPoint.

7    A    Sorry.  What document?

8    Q    1180 -- sorry.  1083, the PowerPoint.

9         ATTORNEY BLOCK:  Make sure it's the one

10  he's referring to.

11    Q    (BY ATTORNEY WEINBERG) That's the one.

12    A    This page?

13    Q    Page 8.  This offer stanza we talked about

14  having a connecting_tone_description variable and

15  the value at the time of this incident, this --

16  WhatsApp servers were not validating and enforcing

17  of -- this parameter?

18         ATTORNEY BLOCK:  Objection to form --

19    A    At --

20         ATTORNEY BLOCK:  -- misstates.

21    A    -- this time, the server was validating

22  and logging only, not -- so it was not validation

23  and blocking.  It was validation and logging.

24    Q    (BY ATTORNEY WEINBERG) Okay.  So as of

25  May 1, 2019, the chatdserver did not enforce the

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 23 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 167

1  validity -- the validity of the

2  connecting_tone_description variable?  Agree?

3       ATTORNEY BLOCK:  Object to the form of the

4  question.

5    A    What date did you mention?

6    Q    (BY ATTORNEY WEINBERG) May 1, 2019.

7    A    So --

8    Q    Enforce is my question.

9       ATTORNEY BLOCK:  I object to the form.

10   A    What was the question?

11   Q    (BY ATTORNEY WEINBERG) As of May 1, 2019,

12  there was no -- sorry.  Let me start again.

13       As of May 1, 2019, the chatdserver did not

14  validate the value of the

15  connecting_tone_description variable shown here on

16  -- on page 8?

17       ATTORNEY BLOCK:  Objection to form;

18  misstates.

19   Q    (BY ATTORNEY WEINBERG) I'm sorry.  Did not

20  enforce the stanza?

21       ATTORNEY BLOCK:  Objection to form.

22   Q    (BY ATTORNEY WEINBERG) I'll ask the whole

23  question again.  So let's -- maybe -- this shouldn't

24  be a hard question.  Let me -- do you recall that

25  ███████  said that:

Case 4:19-cv-07123-PJH   Document 425-4   Filed 10/15/24   Page 24 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 168

1           WhatsApp "identified invalid

2       suspicious stanzas in the

3       just-added logging"?

4           So what that means is that WhatsApp added

5   logging and the logging identified a -- a stanza

6   that was invalid, right?

7           ATTORNEY BLOCK:  Object to the form of the

8   question; misstates the document.

9     A    So what ▇▇▇▇ mentioned -- what line are

10   you referring to?

11     Q    (BY ATTORNEY WEINBERG) The very last line

12   on page 1 of Exhibit 1167 or:

13           How was detected:  WS

14       identified invalid/suspicious

15       stanzas in the just-added logging.

16           So what I understand from that is that

17   Jesus was creating logging for these stanzas.  He

18   was adding new validation of more stanzas.  And the

19   case -- and eventually he added logging for this

20   offer stanza, and that logging -- that newly added

21   logging identified this suspicious offer stanza that

22   we see on page 8 of Exhibit 1083?  Is that your

23   understanding of what happened?

24           ATTORNEY BLOCK:  Object to the form of the

25   question.

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 25 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page  169

1       A    My understanding of what happened is that

2   Jesus -- Jesus added the logging that led to the

3   discovery of the -- of the attack.

4       Q    (BY ATTORNEY WEINBERG) All right.  And

5   before he added it, there was no logging that

6   validated that connecting_tone_description variable?

7            ATTORNEY BLOCK:  Object to the form of the

8   question.

9       A    Before he added the logging, I don't know

10  whether we had any logging for this or not.

11      Q    (BY ATTORNEY WEINBERG) Did you have any

12  enforcement of this connecting_tone_description

13  variable --

14           ATTORNEY BLOCK:  Object to form.

15      Q    (BY ATTORNEY WEINBERG) -- as of May 1,

16  2019?

17           ATTORNEY BLOCK:  Same objection.

18      A    As of May 1, 2019?

19      Q    (BY ATTORNEY WEINBERG) Did you enforce the

20  value -- the validity of this

21  connecting_tone_description variable?

22           ATTORNEY BLOCK:  Object to form; vague.

23      A    We were just rolling out the system, so we

24  were only logging at that point and not enforcing.

25      Q    (BY ATTORNEY WEINBERG) Okay.  This

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 26 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 170

1  variable tone -- connecting_tone_description, it's

2  followed by what looks like, a -- is that a shell

3  script of some sort?

4          ATTORNEY BLOCK:  Object to form.

5      Q    (BY ATTORNEY WEINBERG) Maybe I'll just

6  open it up generally.

7          What is this variable value?

8          ATTORNEY BLOCK:  Object to form.

9      A    I'm not an expert in malware or shell

10  scripts, but it looks like some malicious code.

11      Q    (BY ATTORNEY WEINBERG) You don't know what

12  t does?

13      A    I don't understand all the things that it

14  does.

15      Q    Did this code -- when you say "malicious

16  code," you mean something that's executable?

17          ATTORNEY BLOCK:  Object to form.

18      A    It's a technical term for user security

19  engineering for a piece of text that it's meant to

20  be executed as -- in shell on Linux.

21      Q    (BY ATTORNEY WEINBERG) Did the chatdserver

22  execute this malicious code?

23      A    No.

24      Q    So it passed it on to the -- the callee,

25  what's labeled the "victim" here; is that correct?

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 27 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page  182

1      A    The memory on the client.  And prepare the

2   memory for the -- for hijacking the execution at the

3   end.

4          So the messages -- like, what you see here

5   are not the actual, like, malicious messages.  Like,

6   the malicious message in this case not like a -- I

7   don't know if I'm explaining this properly, but it's

8   not like a script or anything like that.

9          The only thing that happens in these steps

10   is just memory manipulation.

11      Q    On the client?

12      A    By the attacker, yes.

13      Q    The memory of the client?

14      A    The --

15          ATTORNEY BLOCK:  Object to form.

16      Q    (BY ATTORNEY WEINBERG) Just when you say

17   "memory manipulation," I want to confirm that you're

18   talking about the client device and not the servers.

19          ATTORNEY BLOCK:  Object to form; vague.

20      A    Yes, I meant the memory of the client.

21      Q    (BY ATTORNEY WEINBERG) And so on the

22   third -- sorry -- page 4 of this.  It's this

23   "Context" slide on the beginning of the --

24      A    This one?

25      Q    -- the next one.  The four bullet points.

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 28 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}                  Page  183



1          So the fourth bullet point -- I think this

2   goes to what you were just saying -- the WhatsApp

3   servers were not compromised by this attack?  You

4   agree with that?

5          ATTORNEY BLOCK:  Object to form.

6       A    What do you mean by "compromised"?

7       Q    (BY ATTORNEY WEINBERG) Well, did it --

8   this operation impaired the availability of those

9   servers to perform their normal functions?

10          ATTORNEY BLOCK:  Object to form.

11      A    This does not impair the availability of

12   the servers.

13      Q    (BY ATTORNEY WEINBERG) Did it impair the

14   availability of any data on the servers?

15          ATTORNEY BLOCK:  Object to form.

16      A    What data are you referring to?

17      Q    (BY ATTORNEY WEINBERG) Data stored in the

18   servers.

19      A    I think that's too general.

20      Q    Did it impair the integrity of any data

21   that's stored in the servers?

22          ATTORNEY BLOCK:  Object to form.

23      A    The integrity of the data?

24      Q    (BY ATTORNEY WEINBERG) Yeah.  If

25   WhatsApp's servers stored some data that it needs to

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 29 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Job 3296
WHATSAPP INC. on 08-16-2024         {{Attorneys Eyes Only}}    Page  184



1   make available for its normal operation, did this

2   operation of Pegasus corrupt that data --

3           ATTORNEY BLOCK:  Object to form.

4      Q    (BY ATTORNEY WEINBERG) -- on the servers?

5           ATTORNEY BLOCK:  Object to form.

6      A    So this did not corrupt any data on the

7   signaling or the relay servers.

8           ATTORNEY BLOCK:  It's been a little more

9   than 15 minutes since we said 5 or 10, and I'm going

10  to need a bio break.

11          ATTORNEY WEINBERG:  Okay.

12          ATTORNEY BLOCK:  Thank you.  I appreciate

13  t.

14          THE VIDEOGRAPHER:  Off the record,

15  3:06 p.m.

16          (A break was taken from 3:06 p.m. to

17  3:25 p.m.)

18          THE VIDEOGRAPHER:  Back on the record at

19  3:25 p.m.

20          ATTORNEY BLOCK:  As I just mentioned off

21  the record, Mr. Gheorghe identified a correction he

22  wanted to make to some of his testimony while we

23  were on break.

24     Q    (BY ATTORNEY WEINBERG) I believe the

25  correction was on the location of the data centers

Case 4:19-cv-07123-PJH     Document 425-4     Filed 10/15/24     Page 30 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}               Page 185

1  used for VoIP in 2019?

2      A    Yes.

3      Q    And where are those data centers of

4  servers located?

5      A    They are located in Prineville, Oregon;

6  Altoona, Iowa; and Forest City, North Carolina.

7      Q    And this is the location of the physical

8  chatdservers, correct?

9      A    Yes.

10     Q    Okay.  If you could take a quick look at

11  the final slide in Exhibit 1083.

12          It's -- I don't know if this is -- slide

13  s showing this, but it's my understanding from the

14  documents that ultimately the callee phone begins to

15   nteract with a third party-server that's not

16  controlled by WhatsApp.

17          Is this being shown here?

18          ATTORNEY BLOCK:  Object to form.

19     A    I'm trying to understand what this slide

20  means.  The slide was some kind of appendix.  I

21  don't even know if it was even presented.

22     Q    (BY ATTORNEY WEINBERG) Okay.

23     A    Yeah, I really don't know what is the

24  purpose of this.  I think it could be just somewhat

25  unrelated with the attack.

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 31 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 249

1  by having an official WhatsApp application that

2  starts a voice or a video call.  That's the only

3  way.

4      Q    (BY ATTORNEY WEINBERG) Okay.  But the

5  choice of which authorization tokens a client is

6  provided is made by the chatdserver that's

7  controlled by WhatsApp?

8          ATTORNEY BLOCK:  Object to form;

9  misstates.

10     A    It's the chat -- it's the VoIP signaling

11  logic that runs inside the chatdserver, yes.

12     Q    (BY ATTORNEY WEINBERG) Okay.  I want to

13  return to the effects, if any, of this -- of

14  Pegasus's operation on the effectiveness of the

15  chatdservers or the signaling servers or any of

16  WhatsApp's server infrastructure.

17          You recall that in the White Paper

18  PowerPoint, at page 4 there was statement that the

19  WhatsApp servers were not compromised by this

20  attack.  And I just wanted to take off exactly what

21  that means.  I think we started doing this earlier.

22          So for example, WhatsApp doesn't have any

23  reason to believe that the operation of Pegasus

24  slowed down materially, the operation of WhatsApp

25  servers?

Case 4:19-cv-07123-PJH     Document 425-4     Filed 10/15/24     Page 32 of 35

WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}          Page 250

1        ATTORNEY BLOCK:  I object to the preamble,

2   and I object to a form of the question that followed

3   the preamble.

4       A    What do you mean by "slow down"?

5       Q    (BY ATTORNEY WEINBERG) Well, you know

6   computers, when they get a lot of work to do, they

7   slow down.  So when you have a server and the server

8   has too many server -- requests to service it, it

9   would probably slow down.

10        So my question is:  Do you have any reason

11   to believe that the operation of Pegasus slowed down

12   in any material way, any of WhatsApp's servers?

13        ATTORNEY BLOCK:  Same objections.

14       A    No, I don't believe the suspicious attack

15   that we observed slowed down the WhatsApp servers.

16       Q    (BY ATTORNEY WEINBERG) The volume of

17   the -- of these suspicious stanzas was quite small

18   compared to the size of WhatsApp's user base, wasn't

19   it?

20        ATTORNEY BLOCK:  Object to form.

21       A    Yes.

22       Q    (BY ATTORNEY WEINBERG) As far as WhatsApp

23   knows, Pegasus didn't delete any of WhatsApp's data

24   from WhatsApp's servers, correct?

25        ATTORNEY BLOCK:  Object to form.

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 33 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page  251

1    A   I'm not aware of any data being deleted.

2    Q   (BY ATTORNEY WEINBERG) Is WhatsApp aware

3  of any WhatsApp data that Pegasus altered on

4  WhatsApp's servers --

5        ATTORNEY BLOCK:  Object to form; vague.

6    Q   (BY ATTORNEY WEINBERG) -- other than

7  accessing the server in its usual way?

8        ATTORNEY BLOCK:  Same objection.  And a

9  partial scope objection, to the extent it seeks

10  testimony about the operation of Pegasus, which has

11  not been fully exposed to META.

12    Q   (BY ATTORNEY WEINBERG) Well, it's just

13  that sometimes servers will store data owned by a

14  company; and if there's some malicious cyberattack,

15  maybe the data gets wiped, maybe the data gets

16  locked out such that the owner can't access it

17  anymore.

18        Was there any such effect on WhatsApp

19  servers by the Pegasus software that you're aware

20  of?

21        ATTORNEY BLOCK:  Same objections.

22        You can answer, to the extent of what META

23  was able to observe.

24    A   Yeah, I'm not aware.

25    Q   (BY ATTORNEY WEINBERG) Is WhatsApp aware

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 34 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 252

1  of any evidence that Pegasus caused the deletion of

2  any data owned by WhatsApp from target devices?

3        ATTORNEY BLOCK:  Objection to form.  And

4  the same partial objection as to scope and the

5  operation of Pegasus.

6     A    So we have reason to believe that the

7  data -- the memory of the application -- of the

8  gen -- like, the WhatsApp application running on

9  victims' devices, the memory of that application was

10 altered.

11    Q    (BY ATTORNEY WEINBERG) Memory is altered

12 any time an application runs, right?

13    A    No, not in this way.

14        So it was done in a way where it altered

15 the normal execution -- the normal behavior of the

16 -- of the application.  Like, it made the

17 application do things it was not supposed to do.

18    Q    Okay.  But I think I'm getting at:  Did --

19 are you aware of Pegasus deleting people's data off

20 their phone?

21        ATTORNEY BLOCK:  Same objections.

22    A    The data in the memory is data, so -- and

23  believe they altered that data.

24    Q    (BY ATTORNEY WEINBERG) Isn't it true that

25 every time an application runs on a computer, it

Case 4:19-cv-07123-PJH    Document 425-4    Filed 10/15/24    Page 35 of 35
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}    Page 294

1    I, MARY J. GOFF, CSR No. 13427, Certified

2  Shorthand Reporter of the State of California,

3  certify;

4    That the foregoing proceedings were taken

5  before me at the time and place herein set forth, at

6  which time the witness declared under penalty of

7  perjury; that the testimony of the witness and all

8  objections made at the time of the examination were

9  recorded stenographically by me and were thereafter

10  transcribed under my direction and supervision; that

11  the foregoing is a full, true, and correct

12  transcript of my shorthand notes so taken and of the

13  testimony so given;

14    That before completion of the deposition,

15  review of the transcript ( ) was (XX) was not

16  requested:   (   ) that the witness has failed or

17  refused to approve the transcript.

18    I further certify that I am not financially

19  interested in the action, and I am not a relative or

20  employee of any attorney of the parties, nor of any

21  of the parties.

22    I declare under penalty of perjury under the

23  laws of California that the foregoing is true and

24  correct, dated this    day of        , 2024.

25    _____
      MARY J. GOFF