1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3  Gina Cora
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
7  Facsimile:  (212) 701-5800
   Email:   greg.andres@davispolk.com
8           antonio.perez@davispolk.com
            craig.cagney@davispolk.com
9           gina.cora@davispolk.com
            luca.marzorati@davispolk.com
10
11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 1600 El Camino Real
   Menlo Park, California 94025
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:    micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*
16

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** <br><br> Ctrm:     3 <br> Judge:    Hon. Phyllis J. Hamilton <br><br> Action Filed:  10/29/2019 |

1   Having considered Plaintiffs' Opposition and Statement in Response to Defendants'
2   Administrative Motion to Consider Whether Another Party's Materials Should be Filed Under Seal,
3   the Motion is hereby GRANTED.
4   IT IS HEREBY ORDERED that the following documents will remain sealed, as follows:

| Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|
| Exhibit A to the Akrotirianakis Declaration | Redacted portions, as indicated in Exhibit 1 to the Declaration of Craig T. Cagney in Support of Plaintiffs' Opposition and Statement in Response to Defendants' Administrative Motion to File Under Seal (the "Cagney Declaration") | Reflects the names of non-testifying individual employees of Plaintiffs |
| Exhibit B to the Akrotirianakis Declaration | Redacted portions as indicated in Exhibit 2 to the Cagney Declaration | Reflects the names of non-testifying individual employees of Plaintiffs and a nonparty |
| Exhibit C to the Akrotirianakis Declaration | Redacted portions as indicated in Exhibit 3 to the Cagney Declaration | Reflects the names of non-testifying individual employees of Plaintiffs |

1  IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule
2  79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed documents
3  or their contents absent further order of the Court.

Dated: _____                                         _____
                                                                  Honorable Phyllis J. Hamilton
                                                                  United States District Judge