Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          gina.cora@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>          Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:    3<br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11

3    and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. move the Court to consider whether

4    certain portions of their Opposition to the Motion of Third Parties Westbridge Technologies, Josh

5    Shaner, and Terrance DiVittorio for Clarification  ("Plaintiffs' Opposition"), certain portions of the

6    Declaration of Micah G. Block in Support of Plaintiffs' Opposition (the "Block Declaration"), and

7    the exhibits to the Block Declaration (together, the "Confidential Materials") should be sealed.

8    The Confidential Materials contain, refer to, or derive from, documents that Defendants

9    and/or nonparties Joshua Shaner and Terrence DiVittorio have designated as Highly Confidential-

10   Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-cap-

11   tioned action.  Accordingly, Plaintiffs now move the Court to consider whether the Confidential

12   Materials should be sealed.  *See* N.D. Cal. Civil L.R. 79-5(f).  Plaintiffs specifically reserve the

13   right to challenge any confidentiality designations as well as the sealability of the materials at issue.

14   This motion and copies of any relevant attachments will be served on all non-parties by email,

15   because they have not appeared in this action.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Dated:  October 16, 2024

Respectfully Submitted,

2

DAVIS POLK & WARDWELL LLP

3

4

By:  /s/ Craig T. Cagney

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: micah.block@davispolk.com

5

6

7

8

9

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
        antonio.perez@davispolk.com
        craig.cagney@davispolk.com
        gina.cora@davispolk.com
        luca.marzorati@davispolk.com

10

11

12

13

14

15

16

17

18

19

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

20

21

22

23

24

25

26

27

28

2