1  Greg D. Andres
   Antonio J. Perez-Marques
2  Craig T. Cagney
   Gina Cora
3  Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
7  Email:   greg.andres@davispolk.com
8           antonio.perez@davispolk.com
            craig.cagney@davispolk.com
9           gina.cora@davispolk.com
            luca.marzorati@davispolk.com
10
11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 1600 El Camino Real
   Menlo Park, California 94025
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:   micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and*
   *Meta Platforms, Inc.*
16

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Craig T. Cagney, declare as follows:

1. I am counsel at the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned action. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed concurrently herewith.

3. Attached hereto is a true and correct copy of the unredacted version of Plaintiffs' Opposition to the Motion of Third Parties Westbridge Technologies, Josh Shaner, and Terrence DiVittorio for Clarification ("Plaintiffs' Opposition").

4. Attached hereto is a true and correct copy of the unredacted version of the Declaration of Micah G. Block in Support of Plaintiffs' Opposition (the "Block Declaration").

5. Attached hereto is a true and correct copy of the unredacted version of Exhibits A, B, and C to the Block Declaration.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 16th day of October, 2024 at New York, New York

By: */s/ Craig T. Cagney*
     Craig T. Cagney

1

DECL. OF C. CAGNEY ISO ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FUS
CASE NO. 4:19-CV-07123-PJH