1  Greg D. Andres
   Antonio J. Perez-Marques
2  Craig T. Cagney
   Gina Cora
3  Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8           craig.cagney@davispolk.com
            gina.cora@davispolk.com
9           luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
12 Menlo Park, California 94025
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:    micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and*
   *Meta Platforms, Inc.*
16

17                    UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                         OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION OF THIRD PARTIES WESTBRIDGE TECHNOLOGIES, JOSH SHANER, AND TERRENCE DIVITTORIO FOR CLARIFICATION**<br><br>Date:　November 7, 2024<br>Time:　1:30 p.m.<br>Ctrm:　3<br>Judge:　Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

                        **[REDACTED VERSION]**

I, Micah G. Block, declare as follows:

1. I am partner of the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned action. I submit this Declaration in support of Plaintiffs' Opposition to the Motion of Third Parties Westbridge Technologies, Inc., Josh Shaner, and Terrence DiVittorio for Clarification, which is filed herewith.

2. On June 18, 2024, Aaron S. Craig of King & Spalding LLP, counsel for Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. ("NSO"), Westbridge, Mr. Shaner, and Mr. DiVittorio, wrote to Plaintiffs' counsel that █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

3. On September 15, 2024, two days after the close of fact discovery, Westbridge produced 81 documents to Plaintiffs.

4. On September 27, 2024, the Court granted Plaintiffs' motion to enlarge time. Dkt. No. 394. After the Court issued this ruling, Plaintiffs immediately sought to meet and confer again on this issue, and Westbridge agreed to meet-and-confer on September 30, 2024.

5. In connection with the September 30, 2024 meet-and-confer discussions, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6. On October 7, 2024, NSO produced 43 documents, none of which had been previously produced to Plaintiffs. NSO's October 7, 2024 production includes ████████████████████████████████████

---

1

1  ▮
2  ▮

3      7.      NSO's October 7, 2024 production includes ▮
4  ▮
5  ▮
6  ▮
7  ▮

8      8.      Westbridge has yet to make any additional document productions since its September 15, 2024 production.

10     9.      Attached hereto as Exhibit B is a true and correct excerpt of the deposition transcript of Joshua Shaner, taken in this case on September 17, 2024.

12     10.     Attached hereto as Exhibit C is a true and correct excerpt of the deposition transcript of Terrence DiVittorio, taken in this case on September 18, 2024.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 16th day of October, 2024 at Menlo Park, California.

                                           */s/ Micah G. Block*
                                           Micah G. Block