JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF TERRENCE MCGRAW IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL** |

I, Terrence McGraw, declare as follows:

1. I am an Executive Consultant in Cybersecurity for Gray Analytics, and I have been engaged by Defendants NSO Group Technologies, Limited and Q Cyber Technologies Limited (collectively "NSO") as an expert in this matter.

2. In connection with my engagement, I have reviewed and evaluated technical materials produced by WhatsApp Inc. ("WhatsApp or "WA), Meta Platforms, Inc., f/k/a Facebook, Inc., and NSO. I have personal knowledge of the facts in this declaration, and I could and would testify competently to these facts if called as a witness.

3. From reading the expert disclosure of David Youssef, I understand that Plaintiffs ███████████████████████████████████████████████████████████████████████. Plaintiffs produced materials ███████████████████, and I have reviewed and analyzed that production.

4. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. Plaintiffs withheld the files that most clearly demonstrate this important fact until Production Volume No. 038, which was produced on the final day of fact discovery, September 13, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed October 15, 2024.

_____
TERRENCE MCGRAW