| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
| 2 | *jakro@kslaw.com*<br>AARON S. CRAIG (Bar No. 204741) |
| 3 | *acraig@kslaw.com*<br>KING & SPALDING LLP |
| 4 | 633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071 |
| 5 | Telephone: (213) 443-4355<br>Facsimile: (213) 443-4310 |
| 6 | Attorneys for Defendants NSO GROUP TECHNOLOGIES |
| 7 | LIMITED and Q CYBER TECHNOLOGIES LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF TAMIR GAZNELI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Action Filed:  10/29/2019<br><br>**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL** |

I, Tamir Gazneli, declare as follows:

1. I am Tamir Gazneli, I have personal knowledge of the facts set forth herein, and except as otherwise stated, I could testify competently to each fact herein.

2. I am the Director of Research and Development at NSO Group ("NSO"). Based on my experience in that position, I am familiar with the operation of the Pegasus software, including ███████████████████████████████████████████████ ███████████████████████████████████████████████.

3. I have reviewed parts of the website of the Israeli law firm Fischer (FBC & Co.). From that review, I understand that attorney Ronald Lehmann is a partner in the Fischer law firm. Moreover, based on my review of Mr. Lehman's personal page, https://www.fbclawyers.com/lawyer/ronald-lehmann/, I understand that Mr. Lehman is admitted to practice law in the states of New York and Connecticut, and in the District of Columbia, in addition to Israel. I understand from NSO's outside attorneys in this matter that Mr. Lehmann is among the numerous counsel of record on behalf of the Plaintiffs in WhatsApp's lawsuit against NSO.

4. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5. NSO uses Confluence, a team workspace that helps NSO employees collaborate, create, and organize work. It is in some ways similar in function to Microsoft Teams. NSO's Confluence system architecture documents, Confluence configuration documents and

1  specification drafts, Confluence release notes and other Confluence documents, as well NSO's
2  product manuals/product description documents, customer training materials, bills of materials for
3  the Pegasus system, and testing protocols, all of which were produced by Defendants in this case
4  in the United States, set forth the full functionality of Pegasus.

5        6.      On September 4, 2024, I gave a deposition in this lawsuit.  During the deposition,
6  I testified that I had reviewed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8  ▮▮▮▮▮.  The lawyer questioning me on behalf of WhatsApp did not ask me ▮▮▮▮▮▮
9  ▮▮▮▮▮.  If he had, I would have informed him that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

13       7.      At one point in my deposition, I was asked whether ▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

17       8.      One of Plaintiffs' document requests (No. 5) asks for "All Documents and
18 Communications concerning the identification of WhatsApp application or network
19 vulnerabilities, including but not limited to any payments for bounties for WhatsApp
20 vulnerabilities, contracts for services by vendors, or analyst work product and reports, as limited
21 through the use of search terms and custodians."  NSO ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮▮.  For operational security reasons, this is a common industry practice.

25       9.      I do not know of any NSO documents identifying ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
26 ▮▮▮▮▮▮▮▮ that existed during any period of time since I began working at NSO in 2015,
27 including the period April 29, 2018, through May 10, 2020, and it is not surprising to me that a
28

1  comprehensive search of the documents of 25 custodians (including myself) resulted in no
2  responsive documents.  NSO does not have any ████████████████████████████████
3  ████████████████████████████████████████████████████████████████████████████
4  ████████████████████████████████████████████████████████████████████████████
5  ████████████████████████████████████████████████████████████████████████████.
6      10.    The Defendants in this lawsuit (as well as their employees, who are Israelis living
7  in Israel) ██████████████████████████████████████████████████████████████████
8  ████████████████████████████████████████████████████████████████████████████
9  ██████████████████████████████████.
10     11.    ████████████████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████████████████████████████
12 ████████████████████████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████████████████████████████
15 ██████████████████████████████████████████████████████████████████████████.
16     I declare under penalty of perjury under the laws of the United States of America that the
17 foregoing is true and correct.
18     Executed on October 15, 2024.

_____
TAMIR GAZNELI