JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CHAIM GELFAND IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL** |

I, Chaim Gelfand, declare as follows:

1. I am an attorney licensed to practice law in Israel, and I am employed by Defendants (collectively "NSO") as their Vice President for Compliance and Deputy General Counsel. I have served in that position (or similar positions) since I joined NSO in January 2020. In this capacity, I make frequent reference to Israel's Defense Export Control Law, 5766-2007 ("DECL"),[1] I study and keep abreast of developments in the law, and I have published on the DECL. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Sanctions.

3. DECL prohibits the transferring of defense know-how outside of the country or from transferring defense know-how, even within Israel, to a person who is neither an Israeli citizen nor an Israeli resident, and from transferring defense know-how to a foreign corporation.

4. ███████████████████████████████████████████████████████████████████

5. The transfer of defense know-how is prohibited by "any means, including orally."

6. After this Court ruled on the applicable scope of discovery in its order dated February 23, 2024, ███████████████████████████████████████████████████████████████████

---

[1] I understand that an unofficial translation of DECL has previously been provided to the Court. (*See* Dkt. No. 45-12.)

DECLARATION OF CHAIM GELFAND   1   Case No. 4:19-cv-07123-PJH

1  7. █████████████████████████████████████████
2  ████████████████████████████████████████████
3  ████████████████████████████████████████████
4  ████████████████████████████████████████████
5  ████████████████████████████████████████████
6  ████████████████████████████████████████████
7  ████████████████████████████████████████████
8  ████████████████████████████████████████████
9  ████████████████████████████████████████████
10 ████████████████████████████████████████████
11 ████████████████████████████████████████████
12 ████████████████████████████████████████████
13 ████████████████████████████████████████████
14 ████████████████████████████████████████████
15 ████████████████████████████████████████████
16 ████████████████████████████████████████████
17 ████████████████████████████████████████████
18 ███
19 8. ████████████████████████████████████████
20 ████████████████████████████████████████████
21 ████████████████████████████████████████████
22 ███████████████████████████████ [Dkt. No. 195-4].
23 9. ████████████████████████████████████████
24 ████████████████████████████████████████████
25 ████████████████████████████████████████████
26 ████████████████████████████████████████████
27 ████████████████████████████████████████████
28

10. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ four Israeli employees of Defendants appeared for depositions on August 27, 2024, August 29, 2024, September 4, 2024, and September 6, 2024, and offered testimony ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 15, 2024.



CHAIM GELFAND