JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE OF UNREDACTED DOCUMENTS SOUGHT TO BE SEALED** |

# **CERTIFICATE OF SERVICE**

I hereby certify that I am a citizen of the United States, over 18 years of age, and not a party to the within action. My business address is 601 S. California Avenue, Suite 100, Palo Alto, California 94304.

On October 16, 2024, I served the following document(s):

- **DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL;**

- **DECLARATION OF MATTHEW H. DAWSON IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [UNREDACTED];**

- **EXHIBIT A – DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO MOTION FOR SANCTIONS [UNREDACTED];**

- **EXHIBIT B – DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO MOTION FOR SANCTIONS; EXHIBITS 1-100 [UNREDACTED];**

- **EXHIBIT C – DECLARATION OF TERRENCE MCGRAW IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO MOTION FOR SANCTIONS [UNREDACTED];**

- **EXHIBIT D – DECLARATION OF TAMIR GAZNELI IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO MOTION FOR SANCTIONS [UNREDACTED];**

- **EXHIBIT E – DECLARATION OF CHAIM GELFAND IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO MOTION FOR SANCTIONS [UNREDACTED]**

☒ ELECTRONIC MAIL SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below. The transmission was reported as complete and without error.

on the following parties in this action:

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
DAVIS POLK & WARDELL LLP
450 Lexington Avenue

1  New York, New York 10017
    Email: greg.andres@davispolk.com
2          antonio.perez@davispolk.com
           craig.cagney@davispolk.com
3          fb.nso@davispolk.com

4  Micah G. Block
   DAVIS POLK & WARDELL LLP
5  1600 El Camino Real
   Menlo Park, California 94025
6  Email: micah.block@davispolk.com

7

8     I declare penalty of perjury that the foregoing is true and correct.  Executed on October 16, 2024, at Santa Clara, California.

9

10

11                                            _____
                                              Shaina K. Butler

2

CERTIFICATE OF SERVICE                                               Case No. 4:19-cv-07123