UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (DKT. 418)**<br><br>Judge:   Hon. Phyllis J. Hamilton |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (DKT. 418)

Case No. 4:19-cv-07123-PJH

1  This Court, having considered the Statement Pursuant to Local Rule 79-5(f)(3) of
2  Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's (collectively,
3  the "Defendants") in Response to Plaintiffs' Administrative Motion to Consider Whether Another
4  Party's Material Should be Filed Under Seal ("Motion") (Dkt, 418), finds that the following
5  information filed under seal by Plaintiffs need not be sealed:  **Plaintiffs Opposition**: page 1 line
6  24, page 2 lines 19-20, page 4 lines 18-19, page 5 lines 9-10 and 28, page 10 line 9, page 11 line
7  5 and 26, page 12 line 20, page 13 lines 16-17, page 15 line 28, page 16 line 1 and 21-23, page 18
8  lines 7-8, and page 19 lines 7-9; **the entirety of the Block declaration** (Dkt. 418-4); **the following**
9  **portions of exhibits to the Block declaration** (Dkt. No. 418-5):  Exhibit 6 pages 1-6 and 25-27,
10 Exhibit 19, Exhibit 20, Exhibit 21, Exhibit 37, and Exhibit 43 pages 1-3 and 38-40; **the following**
11 **paragraphs of the Youssef Declaration** (Dkt. No. 418-8):  paragraphs 1-7 and 15; **the following**
12 **paragraphs of Exhibit B to the Youssef Declaration** (Dkt. No. 418-8): 32-39; 96-97; 135; 145-
13 147; **the following portions of Exhibit B to the Declaration of Dana Trexler** (Dkt. 418-6):
14 paragraphs 1-11, 13, 47-88 and Table 3; and **the following portions of Exhibit C to the**
15 **Declaration of Data Trexler** (Dkt. 418-6): paragraphs 1-5 and 49-50 (the "Unsealable Material").
16  The Court further finds that good cause and compelling reasons support the sealing of the
17 court records as specified below.  Accordingly, the Court Orders that the Motion is hereby
18 GRANTED IN PART and that the following documents shall remain under seal.
19

| Documents To Remain Under Seal | Portion To Be Sealed |
|---|---|
| Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment (Dkt. 418-3) ("Plaintiffs' Opposition") | Indicated portion of pages 1-25 with the exception of the Unsealable Material |
| Exhibits 5-12, 16-17, 22-28, 30-39, and 43 to the Block Declaration(Dkt. 418-5) | All, with the exception of Exhibit 6 pages 1-6 and 25-27 and Exhibit 43 pages 1-3 and 38-40 |
| Declaration of David Youssef in Support of Plaintiffs' Opposition ("Youssef Declaration") (Dkt. 418-8) | Paragraphs 8-14 |

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE FILED
UNDER SEAL (DKT. 418)

Case No. 4:19-cv-07123-PJH

| | |
|---|---|
| Exhibits B and C to the Youssef Declaration (Dkt. 418-8) | Exhibit B: Paragraphs 28-31, 43-96, 98-134, 136-144, 148-161<br>Exhibit C: All |
| Exhibit B to the Declaration of Dana Trexler in Support of Plaintiffs' Opposition ("Trexler Declaration") (Dkt. 418-6) | Paragraph 12 and Table 1, and Paragraphs 89-129 |
| Exhibit C to the Trexler Declaration (Dkt. 418-6) | Paragraphs 6-48 |
| Exhibit B to the Declaration of Anthony Vance in Support of Plaintiffs' Opposition (Dkt. 418-7) | All |

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE