1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 11  WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>13         Plaintiffs,<br><br>14         v.<br><br>15  NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>17         Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:  Hon. Phyllis J. Hamilton |

18
19
20
21
22
23
24
25
26
27
28

1  This Court, having considered the Administrative Motion to File Under Seal submitted by
2  Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively,
3  the "Defendants"), and the Declaration of Matthew H. Dawson filed in support thereof, and
4  COMPELLING REASONS THEREFOR APPEARING, finds that compelling reasons support the
5  sealing of the court records as specified in this Order.

| Documents To Be Sealed | Portion To Be Sealed |
|---|---|
| Declaration of Matthew H. Dawson in Support of Defendants' Administrative Motion to File Under Seal | Indicated portions of paragraphs: 2, 4-13, 15-16, 18, 20-21 & 24 |
| Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment for Lack of Personal Jurisdiction and for Partial Summary Judgment ("Defendants' Reply") | Indicated portions of pages: 1-15 |
| Supplemental Declaration of Tamir Gazneli in Support of Defendants' Reply | Indicated portions of paragraphs: 2-15 |
| Supplemental Declaration of Terrence McGraw in Support of Defendants' Reply | Indicated portions of paragraphs: 7-13 |
| Exhibits X and Y to the Supplemental McGraw Declaration | All |
| Exhibits Z-CC to the Supplemental Declaration of Joseph A. Akrotirianakis in Support of Defendants' Reply | All |

The Documents to be Sealed contain traditionally nonpublic government information for which there is no constitutional right of access. *See, e.g., N.Y. Times Co. v. Dep't of Justice*, 806 F.3d 682, 688 (2d Cir. 2015). Moreover, the spirit of international comity counsels that the Documents to be Sealed be kept confidential. *See, e.g., Compal Elecs., Inc. v. Apple Inc.*, 2017 WL 11423604, at *3 (S.D. Cal. Sept. 5, 2017). The Documents to be Sealed also include "confidential business information" that the parties have designated as Highly Confidential-Attorneys' Eyes Only. *In re Qualcomm Litig.*, 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017).

The Motion is accordingly GRANTED, and the documents described above are to be filed under seal. To the extent it is necessary in future court filings in this case for the parties to make

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Case No. 4:19-cv-07123-PJH

1  reference to the sealed content of the Sealed Document, those matters may also be filed under seal
2  pursuant to this Order.
3  **IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE