1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
     *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
     *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

8                UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11  | WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
    | and FACEBOOK, INC., a Delaware | |

12  | corporation, | **SUPPLEMENTAL DECLARATION OF** |
    | | **JOSEPH N. AKROTIRIANAKIS IN** |

13  | Plaintiffs, | **FURTHER SUPPORT OF DEFENDANTS'** |
    | | **MOTION TO DISMISS OR FOR** |

14  | v. | **SUMMARY JUDGMENT FOR LACK OF** |
    | | **PERSONAL JURISDICTION AND FOR** |

15  | NSO GROUP TECHNOLOGIES LIMITED | **PARTIAL SUMMARY JUDGMENT** |
    | and Q CYBER TECHNOLOGIES LIMITED, | |

16  | | |

17  | Defendants. | Action Filed:  10/29/2019 |

18

19

20

21

22

23

24

25

26

27

28

1    I, Joseph N. Akrotirianakis, declare as follows:

2    1.    I am a member of the California State Bar and the bar of this court.  I am a partner

3 in the law firm of King & Spalding LLP and lead counsel to NSO Group Technologies Limited

4 and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action.  I have

5 personal knowledge of the facts set forth herein and, except as otherwise stated, could testify

6 competently to each fact herein.

7    2.    Attached hereto as **Exhibit Z** is a copy of excerpts from the transcript of the

8 deposition of Terrence DiVittorio, taken September 18, 2024, in this action.

9    3.    Attached hereto as **Exhibit AA** is a copy of excerpts from the transcript of the

10 deposition of Plaintiffs' Federal Rule of Civil Procedure 30(b)(6) designee, Jesus Barcons Palau,

11 taken September 13, 2024, in this action.

12    4.    Attached hereto as **Exhibit BB** is a copy of excerpts from the transcript of the

13 deposition of Plaintiffs' Federal Rule of Civil Procedure 30(b)(6) designee, Claudiu Gheorghe,

14 taken August 16, 2024, in this action.

15    5.    Attached hereto as **Exhibit CC** is a copy of excerpts from the Expert Report of

16 Plaintiffs' Expert Anthony Vance, submitted in this action and dated August 30, 2024.

17

18    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th

19 day of October 2024, in Los Angeles, California.

20
     /s/ *Joseph N. Akrotirianakis*
21    JOSEPH N. AKROTIRIANAKIS

22

23

24

25

26

27

28

# Exhibit Z

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit AA

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# Exhibit BB

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit CC

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**