JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE OF UNREDACTED DOCUMENTS SOUGHT TO BE SEALED** |

**CERTIFICATE OF SERVICE**

I hereby certify that I am a citizen of the United States, over 18 years of age, and not a party to the within action. My business address is 601 S. California Avenue, Suite 100, Palo Alto, California 94304.

On October 18, 2024, I served the following document(s):

- **DECLARATION OF MATTHEW H. DAWSON IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [UNREDACTED];**

- **EXHIBIT 1 – DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT FOR LACK OF PERSONAL JURISDICTION AND FOR PARTIAL SUMMARY JUDGMENT [UNREDACTED];**

- **EXHIBIT 2 – DECLARATION OF TAMIR GAZNELI IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT [UNREDACTED];**

- **EXHIBIT 3 – SUPPLEMENTAL DECLARATION OF TERRENCE MCGRAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT [UNREDACTED]; AND**

- **EXHIBIT 4 – SUPPLEMENTAL DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT FOR LACK OF PERSONAL JURISDICTION AND FOR PARTIAL SUMMARY JUDGMENT [UNREDACTED]**

☒   ELECTRONIC MAIL SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below. The transmission was reported as complete and without error.

on the following parties in this action:

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
DAVIS POLK & WARDELL LLP
450 Lexington Avenue
New York, New York 10017
Email: greg.andres@davispolk.com
antonio.perez@davispolk.com
craig.cagney@davispolk.com
luca.marzorati@davispolk.com
fb.nso@davispolk.com

1  Micah G. Block
   DAVIS POLK & WARDELL LLP
2  1600 El Camino Real
   Menlo Park, California 94025
3  Email: micah.block@davispolk.com
4
5
6  I declare penalty of perjury that the foregoing is true and correct.  Executed on October
7  18, 2024, at Santa Clara, California.
8
9  _____
   Shaina K. Butler
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2