Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
　(admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:　greg.andres@davispolk.com
　　　　antonio.perez@davispolk.com
　　　　craig.cagney@davispolk.com
　　　　gina.cora@davispolk.com
　　　　luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:　micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and METO PLATFORMS INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:　3<br>Judge:　Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to consider whether Plaintiffs' Reply in Support of Motion for Partial Summary Judgment (the "Summary Judgment Reply"), certain exhibits to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Summary Judgment Reply (the "Block Reply Declaration"), and the Reply Declaration of David Youssef in Support of Plaintiffs' Summary Judgment Reply (the "Youssef Reply Declaration") and certain exhibits thereto (the "Confidential Materials"), should be sealed.

The Confidential Materials contain, refer to, or derive from, documents that NSO and/or nonparty Joshua Shaner have designated as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action and/or previously sought leave to file under seal. Accordingly, Plaintiffs now move the Court to consider whether the Confidential Materials should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs specifically reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

This motion and copies of any relevant attachments will be served on all non-parties by email, since they have not appeared in this action.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

| | | |
|---|---|---|
| 1 | Dated: October 18, 2024 | Respectfully Submitted, |
| 2 | | DAVIS POLK & WARDWELL LLP |
| 4 | | By: */s/ Craig T. Cagney* |

                        Greg D. Andres
                        Antonio J. Perez-Marques
                        Craig T. Cagney
                        Gina Cora
                        Luca Marzorati
                          (admitted *pro hac vice*)
                        DAVIS POLK & WARDWELL LLP
                        450 Lexington Avenue
                        New York, New York 10017
                        Telephone: (212) 450-4000
                        Facsimile: (212) 701-5800
                        Email: greg.andres@davispolk.com
                                  antonio.perez@davispolk.com
                                  craig.cagney@davispolk.com
                                  gina.cora@davispolk.com
                                  luca.marzorati@davispolk.com

                        Micah G. Block (SBN 270712)
                        DAVIS POLK & WARDWELL LLP
                        1600 El Camino Real
                        Menlo Park, California 94025
                        Telephone: (650) 752-2000
                        Facsimile:  (650) 752-2111
                        Email:       micah.block@davispolk.com

                        *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH