1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3  Gina Cora
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8           craig.cagney@davispolk.com
            gina.cora@davispolk.com
9           luca.marzorati@davispolk.com

11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 1600 El Camino Real
   Menlo Park, California 94025
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:   micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and*
   *Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>           Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>           Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Craig T. Cagney, declare as follows:

1. I am a counsel at the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed concurrently herewith.

3. Attached hereto is a true and correct copy of the unredacted version of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment (the "Summary Judgment Reply").

4. Attached hereto is a true and correct copy of the unredacted versions of Exhibits 37, 38, 40, and 41 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Summary Judgment Reply (the "Block Reply Declaration").

5. Attached hereto is a true and correct copy of the unredacted version of the Reply Declaration of David Youssef in Support of Plaintiffs' Summary Judgment Reply (the "Youssef Reply Declaration").

6. Attached hereto is a true and correct copy of the unredacted version of Exhibits A and B to the Youssef Reply Declaration.

7. Portions of the Summary Judgment Reply, Exhibits 37, 38, 40, and 41 to the Block Reply Declaration, and portions of the Youssef Reply Declaration and Exhibits A and B thereto, contain, refer to, or derive from, materials that have been designated by Defendants and/or non-party Joshua Shaner as "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the Action. Plaintiffs reserve the right to challenge any confidentiality designations under the Stipulated Protective Order governing this Action as well as the sealability of the materials at issue.

1

DECL. OF C. CAGNEY ISO ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FUS
CASE NO. 4:19-CV-07123-PJH

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of October, 2024 at New York, New York

By:   */s/ Craig T. Cagney*
       Craig T. Cagney

2

DECL. OF C. CAGNEY ISO ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FUS
CASE NO. 4:19-CV-07123-PJH