1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3  Gina Cora
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8           craig.cagney@davispolk.com
            gina.cora@davispolk.com
9           luca.marzorati@davispolk.com

10 Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
12 Menlo Park, California 94025
   Telephone: (650) 752-2000
13 Facsimile:  (650) 752-2111
   Email:   micah.block@davispolk.com
14
15 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

1  Having considered the Administrative Motion to Consider Whether Another Party's
2  Material Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta
3  Platforms, Inc. ("Plaintiffs"), concerning portions of Plaintiffs' Reply in Support of Motion for
4  Partial Summary Judgment (the "Summary Judgment Reply"), Exhibits 37, 38, 40, and 41 to the
5  Reply Declaration of Micah G. Block in Support of the Summary Judgment Reply (the "Block
6  Reply Declaration"), portions of the Reply Declaration of David Youssef in Support of Plaintiffs'
7  Summary Judgment Reply (the "Youssef Reply Declaration"), and Exhibits A and B to the Youssef
8  Reply Declaration (collectively, the "Materials"), the Motion is hereby GRANTED / DENIED.
9  IT IS HEREBY ORDERED that the Materials will / will not remain sealed.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge