Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>           Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**REPLY DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   November 1, 2024<br>Time:   1:30 p.m.<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am an attorney licensed to practice law in the state of California and am admitted to practice before this Court. I am a partner at Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I submit this declaration in support of the Reply in Support of Plaintiffs' Motion for Partial Summary Judgment. I am personally familiar with the legal proceedings in this matter and make this declaration from my own personal knowledge, and I could and would competently testify to the following if called upon to do so.

2. Attached hereto as Exhibit 37 is a true and correct additional excerpt of the deposition transcript of Tamir Gazneli, taken in this case on September 4, 2024.

3. Attached hereto as Exhibit 38 is a true and correct additional excerpt of the deposition transcript of Yaron Shohat, taken in this case on August 29, 2024.

4. Attached hereto as Exhibit 39 is a true and correct additional excerpt of the deposition transcript of Claudiu Gheorghe, taken in this case on August 16, 2024.

5. Attached hereto as Exhibit 40 is a true and correct excerpt of a document that Plaintiffs produced in this case with Bates numbers WA-NSO-00125122 through WA-NSO-00125149. This document was marked as Exhibit 1083 at the deposition of YuanYuan Wang, taken in this case on September 12, 2024.

6. Attached hereto as Exhibit 41 is a true and correct copy of a January 15, 2019 WhatsApp exchange that third-party Josh Shaner produced in this case with Bates numbers SHANER_WHATSAPP_00001121 through SHANER_WHATSAPP_00001124. This document was marked as Exhibit 2038 at the deposition of Tamir Gazneli, taken in this case on September 4, 2024.

7. Attached hereto as Exhibit 42 is a true and correct copy of a United States Department of Justice press release titled "Four Russian Government Employees Charged in Two Historical Hacking Campaigns Targeting Critical Infrastructure Worldwide," dated March 24, 2022. This document is available at https://www.justice.gov/opa/pr/four-russian-government-employees-charged-two-historical-hacking-campaigns-targeting-critical.

1

REPLY DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 4:19-CV-07123-PJH

8. Attached hereto as Exhibit 43 is a true and correct copy of the grand jury indictment for *United States v. Gladkikh*, dated June 29, 2021, which is a hyperlinked attachment in Exhibit 42. This document is available at https://www.justice.gov/opa/press-release/file/1486831/dl.

9. Attached hereto as Exhibit 44 is a true and correct copy of the grand jury indictment for *United States v. Akulov*, dated August 26, 2021, which is a hyperlinked attachment in Exhibit 42. This document is available at https://www.justice.gov/opa/press-release/file/1486836/dl.

10. Attached hereto as Exhibit 45 is a true and correct copy of a United States Department of Justice press release titled "Russian National Charged for Conspiring with Russian Military Intelligence to Destroy Ukrainian Government Computer Systems and Data," dated June 26, 2024. This document is available at https://www.justice.gov/opa/pr/russian-national-charged-conspiring-russia-military-intelligence-destroy-ukrainian.

11. Attached hereto as Exhibit 46 is a true and correct copy of the grand jury indictment for *United States v. Stigal*, dated June 25, 2024, which is the hyperlinked indictment in Exhibit 45. This document is available at https://www.justice.gov/d9/2024-06/amin_stigal_unsealed_indictment_0.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 18th of October 2024, in Redwood City, California.

                                                    */s/ Micah G. Block*
                                                    Micah G. Block

2

REPLY DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - CASE NO. 4:19-CV-07123-PJH