Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          gina.cora@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:      micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC., | ) ) ) | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | ) ) ) ) | **DECLARATION OF CRAIG T. CAGNEY IN SUPPORT OF PLAINTIFFS' OPPOSITION AND STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | ) ) | |
| NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED, | ) ) ) ) | |
| Defendants. | ) ) ) ) | Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:  October 29, 2019 |

I, Craig T. Cagney, declare as follows:

1.    I am an attorney duly admitted *pro hac vice* to practice in this Court, and a counsel with the law firm of Davis Polk & Wardwell LLP, counsel to Plaintiffs WhatsApp LLC and Meta Platforms, Inc., in the above-captioned matter (the "Action"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2.    I submit this declaration pursuant to Civil Local Rules 7-11 and 79-5 in support of Plaintiffs' Opposition and Statement in Response to the Administrative Motion for File Under Seal (the "Administrative Motion") filed by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO").

3.    Exhibits AA and BB of the Supplemental Akrotirianakis Declaration, Dkt. No. 433-5, contain confidential personal information of one of Plaintiffs' non-testifying individual employees, whose identity is not pertinent to any issue in this Action. Disclosure of this employee's name would pose a risk of harm to the privacy interests of the listed individual and his employer. In addition, I understand that the public disclosure of Plaintiffs' employees' names in connection with litigation has sometimes been followed by harassment, online threats, and/or suspicious phone calls, text messages or emails, particularly in cases with significant media attention. There is little, if any, public interest in those identities, so the private interests justify sealing.

4.    Attached hereto is a true and correct copy of Exhibit AA to the Supplemental Akrotirianakis Declaration with the limited portions that Plaintiffs seek to remain under seal redacted therefrom.

5.    Attached hereto is a true and correct copy of Exhibit BB to the Supplemental Akrotirianakis Declaration with the limited portions that Plaintiffs seek to remain under seal redacted therefrom.

6.    For the reasons stated above, the public disclosure of the above-referenced confidential personal information would prejudice Plaintiffs.

1

1    I declare under the penalty of perjury that the foregoing is true and correct.

2    Executed this 22nd day of October, 2024 in New York, New York.

3

4                                                      /s/ Craig T. Cagney
                                                        Craig T. Cagney
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. of C. Cagney ISO Pls.' Opp. and Statement in Resp. to Defs.' Admin. Mot. to File Under Seal
Case No. 4:19-Cv-07123-PJH