# Exhibit AA

**UNREDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

Case 4:19-cv-07123-PJH   Document 440-2   Filed 10/22/24   Page 2 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.   Job 3326
JESUS PALAU on 09-13-2024   {{Attorneys Eyes Only}}   Page 1

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                       OAKLAND DIVISION

 4                           --oOo--

 5


 6   WHATSAPP INC., a Delaware corporation,
     and FACEBOOK, INC., a Delaware
 7   corporation,

 8            Plaintiffs,
     v.                              Case No.  4:19-cv-07123-PJH
 9
     NSO GROUP TECHNOLOGIES LIMITED
10   and Q CYBER TECHNOLOGIES LIMITED,

11            Defendants.
     _____/
12

13           **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

14             STENOGRAPHIC REPORTER'S VIDEOTAPED

15                   DEPOSITION TRANSCRIPT OF

16                     JESUS BARCONS PALAU

17                   FRIDAY, SEPTEMBER 13, 2024

18


19


20   Reported Stenographically by:

21   KIMBERLY D'URSO, CSR 11372, RPR

22   Job No.  3326

23


24


25
```

Case 4:19-cv-07123-PJH   Document 440-2   Filed 10/22/24   Page 3 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024      {{Attorneys Eyes Only}}                    Page 4

```
 1                       --oOo--
 2              BE IT REMEMBERED, that set on Friday, the
 3   13th day of September, 2024, commencing at the hour of
 4   9:11 a.m., thereof, JESUS BARCONS PALAU appeared at King
 5   & Spalding LLP, 601 South California Avenue, Suite 100,
 6   Palo Alto, CA, California, before me, Kimberly E. D'Urso,
 7   an RPR and Certified Shorthand Reporter No. 11372 of the
 8   State of California, the following deposition was
 9   stenographically reported by me:
10              THE VIDEOGRAPHER:  We are on the record.  My
11   name is Cody Furin, contracted by Swivel Legal Solutions.
12   I'm not financially interested in this action, nor am I a
13   relative or employee of any of the attorneys or any of
14   the parties.
15              Today is September 13, 2024.  The time is
16   9:11 a.m. Pacific Time.  This deposition is taken at 601
17   California Avenue, Palo Alto, California.  The name of
18   this case is WhatsApp Inc. v. NSO Technologies Limited,
19   filed in the United States District Court, Northern
20   District of California, Oakland Division, case Number
21   4:19-cv-07123-PJH.
22              This is the video-recorded deposition
23   Jesus Barcons Palau, Volume 1.  The attorney taking
24   this deposition is Joseph Akrotirianakis.
25              Would all present please identify themselves,
```

Case 4:19-cv-07123-PJH   Document 440-2   Filed 10/22/24   Page 4 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3326
JESUS PALAU on 09-13-2024        {{Attorneys Eyes Only}}              Page  5

1  beginning with the deponent, Jesus Barcons Palau.
2               THE WITNESS:  Hi.  My name is Jesus Barcons
3  Palau.
4               MR. AKROTIRIANAKIS:  Joe Akrotirianakis and
5  Jonathan Weinstein [sic] on behalf of the defendants.
6               MR. WEINBERG:  Weinberg.
7               MR. AKROTIRIANAKIS:  Oh, I'm sorry.  Weinberg.
8               Can you report that correctly?
9               THE CERTIFIED STENOGRAPHIC REPORTER:  Yes, I
10 will.
11              MR. BLOCK:  Micah Block from Davis Polk, for
12 Plaintiff.  With me are Luca Marzorati from Davis Polk,
13 and Arif Dhilla from Meta Platforms.
14              THE VIDEOGRAPHER:  The court reporter today is
15 Kimberly D'Urso with Swivel Legal Solutions.
16              Would the reporter please swear in the witness.
17              THE CERTIFIED STENOGRAPHIC REPORTER:  Okay.  I
18 am Kimberly D'Urso.  I am licensed court reporter in the
19 state of California, license No. 11372.
20              And I will have you raise your right and I will
21 swear you in.
22              (Whereby the oath was administered by the
23              Certified Shorthand Reporter.)
24              THE WITNESS:  Yes, I do.
25              THE CERTIFIED STENOGRAPHIC REPORTER:  Thank

Case 4:19-cv-07123-PJH   Document 440-2   Filed 10/22/24   Page 5 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3326
JESUS PALAU on 09-13-2024        {{Attorneys Eyes Only}}              Page 139

1            MR. BLOCK:  Object to form.
2            THE WITNESS:  Sorry.  If you asked something, I
3  missed it.
4  BY MR. AKROTIRIANAKIS:
5       Q.   I'm trying to understand your testimony
6  relative to the call offer here.  You said it contains a
7  shell script and an ELF binary.  Or is it that the shell
8  script contains an ELF binary?
9       A.   My eyes can see shell commands in what put
10 together this script.  And my eyes also see an ELF
11 binary that, obviously, what comes after, my eyes cannot
12 really decode.  But this is -- yeah, machine
13 instructions.
14           Again, just for the record here, like I'm a
15 backend software engineer.  This is not the kind of
16 thing -- like the ELF binary, it's not really the kind
17 of thing I see --
18           (Simultaneous speakers.)
19      Q.   Well --
20      A.   -- frequent.
21      Q.   Well, let me ask you, perhaps, a simpler
22 question.  There's nothing here that was encrypted or in
23 any way sort of making it difficult to see that this was
24 anomalous once you started looking at the values in the
25 connecting_tone_desc field; right?

Case 4:19-cv-07123-PJH   Document 440-2   Filed 10/22/24   Page 6 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}                Page 140

1    A.    It was very, very obvious that this was
2    something malicious, yes.
3          Q.    You've used that term "malicious" on several
4    occasions now.  What do you mean by it?
5          A.    It's not only the code that I'm looking at or
6    that, you know, shell script, it's not only not valid
7    according to our specs, you can kind of smell some
8    intent in there; right?  Like, this is not really my
9    area of expertise.
10               I'm not a security engineer.  But you can
11   really tell this is trying to do something; in that
12   case, the receiver's device.
13         Q.    Well, and in your mind the "something" is
14   "malicious"; right?
15         A.    Yes.
16         Q.    Okay.  And why do you say that?
17         A.    Which kind -- I cannot really imagine any good
18   situation in which this can end good.  You know, like,
19   like -- I don't really know how to explain this to
20   transmit what's in my head more easily, because, I mean,
21   I cannot really imagine any good outcome out of that;
22   right?
23               Our official clients are not really sending
24   that.  They cannot send these; right?  Someone has gone
25   through the effort of creating a fake client and send

Case 4:19-cv-07123-PJH   Document 440-2   Filed 10/22/24   Page 7 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024     {{Attorneys Eyes Only}}                   Page 141

1  what seems to be a shell script and an ELF binary after
2  that; right?
3           This takes an incredible amount of time,
4  effort, resources, money.  I cannot really imagine that
5  someone did that for any good intent.
6           Does this help?
7      Q.   I think I understand your testimony.
8           In any event, the signaling server, prior to
9  you undertaking this task that is described in Exhibit
10 1105, would have allowed the shell script that we see
11 here at the top of page 10 to be passed along; correct?
12          MR. BLOCK:  Objection to form.
13          THE WITNESS:  Prior to that, such a stanza
14 would have been routed to the destination device
15 specified in the "To" field stanza.  This is not
16 something that we can see here, given that that device
17 existed.
18 BY MR. AKROTIRIANAKIS:
19     Q.   I think that's a yes.
20          MR. BLOCK:  Objection to form.
21 BY MR. AKROTIRIANAKIS:
22     Q.   Are you agreeing with me that prior to the task
23 described in Exhibit 1105 being undertaken and
24 completed, that this shell script that we see at the top
25 of page 10 would have been allowed to pass through the

Case 4:19-cv-07123-PJH   Document 440-2   Filed 10/22/24   Page 8 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024      {{Attorneys Eyes Only}}                   Page 142

1  signaling server?

2          MR. BLOCK:  Objection to form.

3          THE WITNESS:  The stanza containing this

4  payload that we are seeing in page 10, would have been

5  able to -- would have been routed to the recipient.  But

6  this also depends like is the target phone number --

7          (Reporter clarification due to accent.)

8          MR. BLOCK:  -- "some user registered on

9  WhatsApp."

10         THE WITNESS:  Yeah.  If this is being targeted

11 to an account that doesn't exist in WhatsApp, it's never

12 going to reach that device because there is no such

13 device.

14         If that device is registered and is active and

15 happens to be connected, then the server is going to

16 route the stanza containing this payload.

17 BY MR. AKROTIRIANAKIS:

18    Q.   Regardless of whether it ever ends up at its

19  intended or any other destination, the server is going

20  to route this stanza, prior to the task that's being

21  described here in Exhibit 1105; correct?

22         MR. BLOCK:  Objection to form.

23         THE WITNESS:  The server is going to accept the

24 stanza and route it.

25 BY MR. AKROTIRIANAKIS:

Case 4:19-cv-07123-PJH   Document 440-2   Filed 10/22/24   Page 9 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024        {{Attorneys Eyes Only}}                  Page 143

1    Q.   Okay.  In other words, there would not have
2 been, at that time, any technical restriction that would
3 have prevented the routing of the stanza that we see at
4 the top of page 10; right?
5         MR. BLOCK:  Objection to form.  Calls for a
6 legal conclusion.
7         But you can answer to the extent that you
8 understand.
9         THE WITNESS:  This particular call offer stanza
10 with this payload would have been routed through our
11 system.  And in the cases that there is a device that is
12 registered and connected, it would have been delivered to
13 the recipient device.
14 BY MR. AKROTIRIANAKIS:
15   Q.   And we talked earlier about the meaning of
16 validating.  Prior to the task that's described here in
17 Exhibit 1105, there was no validating by the signaling
18 server of the value of the connecting desc_tone field;
19 correct?
20        MR. BLOCK:  Objection to form.  Foundation.
21        THE WITNESS:  It seems to me that this
22 particular field was not validated.
23 BY MR. AKROTIRIANAKIS:
24   Q.   All right.  Thank you.
25        MR. AKROTIRIANAKIS:  It's almost 1:00 o'clock.

```
 1   Do you guys want to take a lunch break now?
 2           THE VIDEOGRAPHER:  The time is 12:57 p.m.
 3           (Lunch break taken.)
 4           THE VIDEOGRAPHER:  All right.  The time is 1:47
 5   p.m.  We are back on the record.
 6   BY MR. AKROTIRIANAKIS:
 7       Q.   All right.  1167 is this one?
 8       A.   You may want to get the mic.
 9       Q.   We'll start with Exhibit 1167.  Do you have
10   that before you, Mr. Barcons?
11       A.   Yes, I do.
12       Q.   All right.  And you remain under oath; right?
13       A.   Yes, I do.
14       Q.   All right.  So can you turn to page 2?
15       A.   I'm there.
16       Q.   And in the middle of the page there's this
17   entry from ▮▮▮▮▮▮▮▮▮▮ that says:  "Pd: WS is
18   WhatsApp."  And then in parentheses:  "(WA for everyone
19   else)."
20           Do you see that?
21       A.   I do.
22       Q.   Have you heard of, internally to WhatsApp or
23   Facebook, WhatsApp being referred to as "WA"?
24       A.   Yes.
25       Q.   And have you also refer -- seen or heard
```

Case 4:19-cv-07123-PJH    Document 440-2    Filed 10/22/24    Page 11 of 11

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024    {{Attorneys Eyes Only}}                    Page 217

```
 1  STATE OF CALIFORNIA        )
                               ) ss:
 2  COUNTY OF ALAMEDA          )

 3
                I, KIMBERLY E. D'URSO, do hereby certify:
 4

 5              That the witness named in the foregoing

 6  deposition was present and duly sworn to testify to the

 7  truth in the within-entitled action on the day and date

 8  and at the time and place therein specified;

 9              That the testimony of said witness was reported

10  by me in shorthand and was thereafter transcribed through

11  computer-aided transcription;

12              That the foregoing constitutes a full, true and

13  correct transcript of said deposition and of the

14  proceedings which took place;

15              Further, that if the foregoing pertains to the

16  original transcript of a deposition in a federal case,

17  before completion of the proceedings, review of the

18  transcript [ ] was [ ] was not requested.

19              That I am a certified stenographic reporter and

20  a disinterested person to the said action;

21              IN WITNESS WHEREOF, I have hereunder subscribed

22  my hand this 15th day of September, 2024.

        *Kimberly D'Urso*
23  _____

24  KIMBERLY D'URSO, CSR NO. 11372, RPR

25
```