# Exhibit BB

**UNREDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

Case 4:19-cv-07123-PJH   Document 440-3   Filed 10/22/24   Page 2 of 15
WhatsApp Inc. vs NSO Group Technologies Limited et al.   Job 3296
WHATSAPP INC. on 08-16-2024    {{Attorneys Eyes Only}}   Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                    OAKLAND DIVISION

 4   _____

 5   WHATSAPP INC., a Delaware           )
     corporation, and FACEBOOK, INC.,    )
 6   a Delaware corporation,             )
     a Delaware corporation,             )
 7                                       )
                  Plaintiffs,            )
 8       v.                              ) Case No.
                                         ) 4:19-cv-07123-PJH
 9   NSO GROUP TECHNOLOGIES LIMITED      )
     and Q CYBER TECHNOLOGIES LIMITED,   )
10                                       )
                                         )
11                Defendants.            )
     _____)
12

13      HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14         VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                    DEPOSITION OF

16     WHATSAPP INC., by and through its Designated

17                    Representative,

18                  CLAUDIU GHEORGHE

19             Palo Alto, California 94304

20                Friday, August 16, 2024

21

22   Reported Stenographically by:
     MARY J. GOFF
23   CSR No. 13427
     WA CSR No. 21030779
24   Job No. 3296
     PAGES 1-295
25
```

Case 4:19-cv-07123-PJH    Document 440-3    Filed 10/22/24    Page 3 of 15
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024    {{Attorneys Eyes Only}}                    Page 8

1  joining remotely.  I think that Matt Dawson --
2  Matthew Dawson is probably joining remotely.
3              ATTORNEY MARZORATI:  It looks like Terry
4  McGraw also.
5              ATTORNEY CRAIG:  Yeah, Terry -- Terrence,
6  T-E-R-R-E-N-C-E, for the record.  McGraw,
7  M-C-G-R-A-W.
8              ATTORNEY WEINBERG:  All right.
9              ATTORNEY BLOCK:  I'm Micah Block from
10 Davis Polk for Plaintiffs.
11             With me from Davis Polk is Luca Marzorati.
12             We likely will be joined later in the
13 deposition by Meenu Matthews in person and by Craig
14 Cagney on the Zoom, neither of whom are yet present.
15             Also with us from META Platforms, Arif
16 Dhilla in person.  And we may have Michael Chmelar
17 on Zoom at this point.
18             And I will provide you spellings at a
19 break.
20             THE VIDEOGRAPHER:  Thank you.  Will the
21 court reporter please swear in the witness.
22                       CLAUDIU GHEORGHE,
23 Being first duly sworn or affirmed to testify to the
24 truth, the whole truth, and nothing but the truth,
25 was examined and testified as follows:

```
 1      A    Yes.
 2           ATTORNEY BLOCK:  Objection to form.
 3      A    Yes, that's accurate.
 4      Q    (BY ATTORNEY WEINBERG) And "logging" would
 5 be where you simply observe whether the stanza is
 6 malformed or not and write down in the log
 7 whether -- the results of that analysis --
 8           ATTORNEY BLOCK:  Objection to form.
 9      Q    (BY ATTORNEY WEINBERG) -- is that correct?
10      A    Yes.
11      Q    So when ████ says in Exhibit 1167,
12 page 1, that the server "didn't enforce the schema
13 in server side." he's referring to a lack of
14 enforcement of the schema on the server side?
15           ATTORNEY BLOCK:  Object to form.
16           I can't find that phrase, although I'm
17 probably just not seeing it.
18      Q    (BY ATTORNEY WEINBERG) Do you remember you
19 said:
20              WS implemented this
21           functionality and defined a valid
22           schema, but didn't enforce the
23           schema server side?
24              WS added server-side logging
25           to WhatsApp for invalid stanzas
```

Case 4:19-cv-07123-PJH   Document 440-3   Filed 10/22/24   Page 5 of 15
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024     {{Attorneys Eyes Only}}                   Page 161

1                (XML protocol) a few weeks ago?
2         A     Yes, that's -- that statement is accurate.
3         Q     Okay.  So there was no enforcement as of
4    the writing of this statement on Friday, May 3,
5    2019, no enforcement of a stanza validity?
6                ATTORNEY BLOCK:  Object to form;
7    misstates.
8         Q     (BY ATTORNEY WEINBERG) Enforcement?
9         A     There was no enforcement.  We were
10   validating, but not enforcing.
11        Q     To avoid confusion, can we agree on some
12   terms there, because "validating" is a bit
13   ambiguous.
14               So the way that you use -- you're using
15   "validating" is just to compare the input to a
16   schema and say whether it complies or doesn't, but
17   not necessarily taking any kind of action based on
18   that?
19        A     Yes, that's --
20               ATTORNEY BLOCK:  Objection --
21        A     -- correct.
22               ATTORNEY BLOCK:  -- to form.
23        Q     (BY ATTORNEY WEINBERG) Okay.  So your
24   answer here is that as of May 3, there was at least
25   some level of validation and that you were logging

Case 4:19-cv-07123-PJH    Document 440-3    Filed 10/22/24    Page 6 of 15
WhatsApp Inc. vs NSO Group Technologies Limited et al.                      Job 3296
WHATSAPP INC. on 08-16-2024      {{Attorneys Eyes Only}}                  Page 162

```
 1  invalid stanzas, but there was no enforcement to
 2  stop invalid stanzas from passing through the
 3  chatdserver?
 4            ATTORNEY BLOCK:  Object to form.
 5       A    Yes.
 6       Q    (BY ATTORNEY WEINBERG) And he says here
 7  that:
 8                 This logging of invalid
 9            stanzas was added "a few weeks
10            ago."
11            So it was a relatively recent addition, as
12  of May 3, 2019, even just the logging?
13            ATTORNEY BLOCK:  Objection to form.
14       A    I don't remember the exact timeline.  What
15  I can tell you is what I remember based on
16  Jesus's -- Jesus's work is that he actually started
17  working on that in December of 2018.  It was a very
18  complex project that required a lot of design and
19  discussions and a lot of revisions.
20            And the standard way of rolling these
21  features out is you -- you basically do exactly what
22  we did.  We -- you personally validate, log,
23  analyze.  In some cases it's just random behavior.
24            And then when you validate and verify
25  everything, then you go and enforce after that.
```

Case 4:19-cv-07123-PJH   Document 440-3   Filed 10/22/24   Page 7 of 15
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024    {{Attorneys Eyes Only}}                  Page 163

1    Q    (BY ATTORNEY WEINBERG) Makes sense to me.
2         If you look back at Exhibit 1105, this is
3    the task that -- for validating stanzas. I'm
4    looking at page 3. And it looks like the first
5    message is -- Otto Ebeling sent a message on page 3.
6    And that was December 4, 2018. And he says:
7              It would be a lot cleaner and
8         safer to have the server enforce
9         the proper schema for all messages.
10        Do you see that?
11   A    Yeah --
12        ATTORNEY BLOCK:  Object to form.
13   A    -- I can see Otto's message.
14   Q    (BY ATTORNEY WEINBERG) So before
15   December 4, 2018, the chatdserver was not enforcing
16   proper schemas for all messages? Do you agree with
17   that?
18        ATTORNEY BLOCK:  Object to form.
19   A    I don't agree with that.
20   Q    (BY ATTORNEY WEINBERG) It was enforcing
21   proper schema for all messages already?
22   A    It was -- so enforcing and validating the
23   schemas is a relative and a best-effort thing. We
24   were enforcing and validating certain parts of
25   the -- the stanzas.

Case 4:19-cv-07123-PJH    Document 440-3    Filed 10/22/24    Page 8 of 15
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024      {{Attorneys Eyes Only}}                  Page 164

```
 1              Was it complete?  Was it, like exhaustive?
 2   No, it wasn't.  But there was some -- some level of
 3   validation and enforcement happening already in the
 4   chatd code.  Not just for VoIP.  For all the other
 5   stanzas as well.
 6       Q    Take a look at page 4.  There's
 7   Jesus again -- Jesus again.  On December 5, he says:
 8                Today I have brought awareness
 9           of the need for stanza validation
10           during the weekly server tech talk.
11           So he's saying there's a need for server
12   validation?
13              ATTORNEY BLOCK:  Is that a question?
14   Sorry.  Are you done?
15              ATTORNEY WEINBERG:  Yeah, that's my
16   question.
17              ATTORNEY BLOCK:  I object to the form.
18   That mischaracterizes.
19       A    Sorry.  What was the question?
20       Q    (BY ATTORNEY WEINBERG) So as of
21   December 5, when this message was written, it
22   appears as though -- how do you pronounce his name?
23   Is it Jesus?
24       A    Jesus, yeah.  Yeah, I think Jesus sounds
25   good.
```

Case 4:19-cv-07123-PJH   Document 440-3   Filed 10/22/24   Page 9 of 15
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024   {{Attorneys Eyes Only}}
Job 3296
Page 165

1      Q    (BY ATTORNEY WEINBERG) Okay.  As of
2  December 8, when Jesus -- December 5, when Jesus
3  wrote this message, he was brining awareness to the
4  need for a stanza validation, meaning that there
5  were at least some stanzas that were not being
6  validated or enforced?
7           ATTORNEY BLOCK:  Sorry.  Are you finished?
8  I object to the form of the question.  And it's a
9  misstatement of the message.
10     A    So based on this -- what he said here -- I
11 mean, I can try to speculate what he meant, but I
12 don't know exactly what he meant.  I can make a
13 comment on it --
14     Q    (BY ATTORNEY WEINBERG) Sure.
15     A    -- on what I believe it is, but --
16     Q    Well, like, I think at the end of the day
17 it's just -- it's relatively obvious that there were
18 some stanzas that simply weren't being enforced.
19 That's what this document is showing.  And we can go
20 through a few more examples, if you would like.
21          But is it the case that the server was not
22 validating every VoIP stanza that was going through?
23          ATTORNEY BLOCK:  I object to the preamble
24 before the question, and I object to the form of the
25 question.

Case 4:19-cv-07123-PJH   Document 440-3   Filed 10/22/24   Page 10 of 15
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024   {{Attorneys Eyes Only}}                     Page 166

1    A    At the time of the attack?

2    Q    (BY ATTORNEY WEINBERG) Yes.

3    A    So yes, at the time of the attack, it's
4  possible that there were some stanzas that we were
5  not validating.

6    Q    Back at 1140 -- so 1083 of the PowerPoint.

7    A    Sorry.  What document?

8    Q    1180 -- sorry.  1083, the PowerPoint.

9         ATTORNEY BLOCK:  Make sure it's the one
10 he's referring to.

11   Q    (BY ATTORNEY WEINBERG) That's the one.

12   A    This page?

13   Q    Page 8.  This offer stanza we talked about
14 having a connecting_tone_description variable and
15 the value at the time of this incident, this --
16 WhatsApp servers were not validating and enforcing
17 of -- this parameter?

18        ATTORNEY BLOCK:  Objection to form --

19   A    At --

20        ATTORNEY BLOCK:  -- misstates.

21   A    -- this time, the server was validating
22 and logging only, not -- so it was not validation
23 and blocking.  It was validation and logging.

24   Q    (BY ATTORNEY WEINBERG) Okay.  So as of
25 May 1, 2019, the chatdserver did not enforce the

```
 1  validity -- the validity of the
 2  connecting_tone_description variable?  Agree?
 3          ATTORNEY BLOCK:  Object to the form of the
 4  question.
 5      A   What date did you mention?
 6      Q   (BY ATTORNEY WEINBERG) May 1, 2019.
 7      A   So --
 8      Q   Enforce is my question.
 9          ATTORNEY BLOCK:  I object to the form.
10      A   What was the question?
11      Q   (BY ATTORNEY WEINBERG) As of May 1, 2019,
12  there was no -- sorry.  Let me start again.
13          As of May 1, 2019, the chatdserver did not
14  validate the value of the
15  connecting_tone_description variable shown here on
16  -- on page 8?
17          ATTORNEY BLOCK:  Objection to form;
18  misstates.
19      Q   (BY ATTORNEY WEINBERG) I'm sorry.  Did not
20  enforce the stanza?
21          ATTORNEY BLOCK:  Objection to form.
22      Q   (BY ATTORNEY WEINBERG) I'll ask the whole
23  question again.  So let's -- maybe -- this shouldn't
24  be a hard question.  Let me -- do you recall that
25  ███████    said that:
```

```
 1              WhatsApp "identified invalid
 2         suspicious stanzas in the
 3         just-added logging"?
 4              So what that means is that WhatsApp added
 5  logging and the logging identified a -- a stanza
 6  that was invalid, right?
 7              ATTORNEY BLOCK:  Object to the form of the
 8  question; misstates the document.
 9       A    So what ▓▓▓▓ mentioned -- what line are
10  you referring to?
11       Q    (BY ATTORNEY WEINBERG) The very last line
12  on page 1 of Exhibit 1167 or:
13              How was detected:  WS
14         identified invalid/suspicious
15         stanzas in the just-added logging.
16              So what I understand from that is that
17  Jesus was creating logging for these stanzas.  He
18  was adding new validation of more stanzas.  And the
19  case -- and eventually he added logging for this
20  offer stanza, and that logging -- that newly added
21  logging identified this suspicious offer stanza that
22  we see on page 8 of Exhibit 1083?  Is that your
23  understanding of what happened?
24              ATTORNEY BLOCK:  Object to the form of the
25  question.
```

Case 4:19-cv-07123-PJH   Document 440-3   Filed 10/22/24   Page 13 of 15
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024    {{Attorneys Eyes Only}}                  Page 169

1     A     My understanding of what happened is that
2  Jesus -- Jesus added the logging that led to the
3  discovery of the -- of the attack.
4     Q     (BY ATTORNEY WEINBERG) All right.  And
5  before he added it, there was no logging that
6  validated that connecting_tone_description variable?
7           ATTORNEY BLOCK:  Object to the form of the
8  question.
9     A     Before he added the logging, I don't know
10 whether we had any logging for this or not.
11    Q     (BY ATTORNEY WEINBERG) Did you have any
12 enforcement of this connecting_tone_description
13 variable --
14          ATTORNEY BLOCK:  Object to form.
15    Q     (BY ATTORNEY WEINBERG) -- as of May 1,
16 2019?
17          ATTORNEY BLOCK:  Same objection.
18    A     As of May 1, 2019?
19    Q     (BY ATTORNEY WEINBERG) Did you enforce the
20 value -- the validity of this
21 connecting_tone_description variable?
22          ATTORNEY BLOCK:  Object to form; vague.
23    A     We were just rolling out the system, so we
24 were only logging at that point and not enforcing.
25    Q     (BY ATTORNEY WEINBERG) Okay.  This

Case 4:19-cv-07123-PJH   Document 440-3   Filed 10/22/24   Page 14 of 15
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024      {{Attorneys Eyes Only}}                Page 170

1  variable tone -- connecting_tone_description, it's
2  followed by what looks like, a -- is that a shell
3  script of some sort?
4          ATTORNEY BLOCK:  Object to form.
5      Q   (BY ATTORNEY WEINBERG) Maybe I'll just
6  open it up generally.
7          What is this variable value?
8          ATTORNEY BLOCK:  Object to form.
9      A   I'm not an expert in malware or shell
10 scripts, but it looks like some malicious code.
11     Q   (BY ATTORNEY WEINBERG) You don't know what
12 it does?
13     A   I don't understand all the things that it
14 does.
15     Q   Did this code -- when you say "malicious
16 code," you mean something that's executable?
17         ATTORNEY BLOCK:  Object to form.
18     A   It's a technical term for user security
19 engineering for a piece of text that it's meant to
20 be executed as -- in shell on Linux.
21     Q   (BY ATTORNEY WEINBERG) Did the chatserver
22 execute this malicious code?
23     A   No.
24     Q   So it passed it on to the -- the callee,
25 what's labeled the "victim" here; is that correct?

Case 4:19-cv-07123-PJH   Document 440-3   Filed 10/22/24   Page 15 of 15

WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024      {{Attorneys Eyes Only}}

Job 3296
Page 294

1    I, MARY J. GOFF, CSR No. 13427, Certified
2  Shorthand Reporter of the State of California,
3  certify;
4    That the foregoing proceedings were taken
5  before me at the time and place herein set forth, at
6  which time the witness declared under penalty of
7  perjury; that the testimony of the witness and all
8  objections made at the time of the examination were
9  recorded stenographically by me and were thereafter
10 transcribed under my direction and supervision; that
11 the foregoing is a full, true, and correct
12 transcript of my shorthand notes so taken and of the
13 testimony so given;
14   That before completion of the deposition,
15 review of the transcript ( ) was (XX) was not
16 requested:    (   ) that the witness has failed or
17 refused to approve the transcript.
18   I further certify that I am not financially
19 interested in the action, and I am not a relative or
20 employee of any attorney of the parties, nor of any
21 of the parties.
22   I declare under penalty of perjury under the
23 laws of California that the foregoing is true and
24 correct, dated this     day of       , 2024.
25

*Mary Goff*
_____
MARY J. GOFF