Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          gina.cora@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:      micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Ctrm:    3<br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:  10/29/2019 |

Having considered Plaintiffs' Opposition and Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Filed Under Seal, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the following documents will remain sealed, as follows:

| Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|
| Exhibit AA to the Supplemental Akrotirianakis Declaration | Redacted portions, as indicated in the redacted version attached to the Declaration of Craig T. Cagney in Support of Plaintiffs' Opposition and Statement in Response to Defendants' Administrative Motion to File Under Seal (the "Cagney Declaration") | Reflects the names of non-testifying individual employees of Plaintiffs |
| Exhibit BB to the Supplemental Akrotirianakis Declaration | Redacted portions, as indicated in the redacted version attached to the Cagney Declaration | Reflects the names of non-testifying individual employees of Plaintiffs |

1

1      IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule

2 79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed documents

3 or their contents absent further order of the Court.

4

5 Dated: _____          _____

6                                       Honorable Phyllis J. Hamilton

7                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28