UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (DKT. 426)**<br><br>Judge:  Hon. Phyllis J. Hamilton |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (DKT. 426)

Case No. 4:19-cv-07123-PJH

This Court, having considered the Statement Pursuant to Local Rule 79-5(f)(3) of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's (collectively, the "Defendants") in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal ("Motion") (Dkt. 426), finds that good cause supports the sealing of the court records as specified below.  Accordingly, the Court Orders that the Motion is hereby GRANTED and that the following documents shall remain under seal.

| Documents To Remain Under Seal | Portion To Be Sealed |
| --- | --- |
| Plaintiffs' Opposition to the Motion of Third Parties Westbridge Technologies, Josh Shaner, and Terrance DiVittorio for Clarification  ("Plaintiffs' Opposition") (Dkt. 426-3) | Highlighted portions of pages/lines 3:21-22, and 4:20-21 |
| Declaration of Micah G. Block in Support of Plaintiffs' Opposition (the "Block Declaration") (Dkt. 426-4) | Highlighted portions of pages/lines 1:12-13, and 2:3-7 |
| Exhibit A to the Block Declaration (Dkt. 426-5) | All |
| Exhibit B to the Block Declaration (Dkt. 426-5) | Pages/lines 330:1-332:7 and 333:7-12 |
| Exhibit B to the Block Declaration (Dkt. 426-5) | Page/lines 10:8-13 |

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (DKT. 426)

Case No. 4:19-cv-07123-PJH