Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          gina.cora@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                          Plaintiffs,<br><br>         v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                          Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11
3   and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to
4   consider whether Plaintiffs' Reply Memorandum of Points and Authorities in Support of Motion for
5   Sanctions (the "Reply") and Exhibit R to the Reply Declaration of Micah G. Block in Support of
6   Plaintiffs' Motion for Sanctions (the "Block Reply Declaration"), should be sealed.

7   The Reply and Exhibit R to the Block Reply Declaration contain references to documents that
8   Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited have designated
9   for confidentiality pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned
10  action and/or sought leave to file under seal. Accordingly, Plaintiffs now move the Court to consider
11  whether such references in the Reply and Exhibit R to the Block Reply Declaration should be sealed.
12  *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs reserve the right to challenge any confidentiality desig-
13  nations as well as the sealability of the materials at issue.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

| | |
|---|---|
| Dated:  October 23, 2024 | Respectfully Submitted, |

DAVIS POLK & WARDWELL LLP

By:  */s/ Micah G. Block*
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:  micah.block@davispolk.com

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:  greg.andres@davispolk.com
           antonio.perez@davispolk.com
           craig.cagney@davispolk.com
           gina.cora@davispolk.com
           luca.marzorati@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*