1  Greg D. Andres
   Antonio J. Perez-Marques
2  Craig T. Cagney
   Gina Cora
3  Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
7  Email:    greg.andres@davispolk.com
8            antonio.perez@davispolk.com
             craig.cagney@davispolk.com
9            gina.cora@davispolk.com
             luca.marzorati@davispolk.com
10
11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 1600 El Camino Real
   Menlo Park, California 94025
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:    micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and*
16 *Meta Platforms, Inc.*

17                     UNITED STATES DISTRICT COURT

18                FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                            OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>              Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>              Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am a partner of the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal filed concurrently herewith.

3. Attached hereto is a true and correct copy of the unredacted version of Plaintiffs' Reply Memorandum of Points and Authorities in Support of Motion for Sanctions (the "Reply").

4. Attached hereto is a true and correct copy of the unredacted version of Exhibit R to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions (the "Block Reply Declaration").

5. Portions of the Reply and Exhibit R to the Block Reply Declaration refer to materials that have been designated by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited as "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the above-captioned action.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of October, 2024 in San Francisco, California

By:

*/s/ Micah G. Block*
Micah G. Block

1

DECL. OF M. BLOCK ISO ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FUS
CASE NO. 4:19-CV-07123-PJH