Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          gina.cora@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>      Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), the Motion is hereby GRANTED / DENIED.

IT IS HEREBY ORDERED that the following documents will / will not remain sealed, as follows:

| Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|
| Plaintiffs' Reply Memorandum of Points and Authorities in Support of Motion for Sanctions | Portions of pages ii, 1–11, 13–15 | Refers to materials designated by Defendants as "Confidential" or "Highly Confidential-Attorney's Eyes Only" |
| Exhibit R to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions (the "Block Reply Declaration") | Entirety | Refers to materials designated by Defendants as "Confidential" or "Highly Confidential-Attorney's Eyes Only" |

Dated: _____

Honorable Phyllis J. Hamilton
United States District Judge

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
CASE NO. 4:19-CV-07123-PJH