# EXHIBIT R

EXHIBIT FILED UNDER SEAL