Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         gina.cora@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>       v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE OF UNREDACTED DOCUMENTS SOUGHT TO BE SEALED** |

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within-entitled action.

On October 23, 2024, I served a true and correct copy of the following document:

PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF MOTION FOR SANCTIONS
[FILED UNDER SEAL]

EXHIBIT R TO THE REPLY DECLARATION OF MICAH G. BLOCK
IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS
[FILED UNDER SEAL]

on the parties in this action addressed as follows on the service list below:

KING & SPALDING LLP
Joseph N. Akrotirianakis
Aaron S. Craig
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Email:  jakro@kslaw.com
acraig@kslaw.com

Matthew H. Dawson
50 California Street, Suite 3300
San Francisco, CA 94111
Email:  mdawson@kslaw.com

*Attorneys for Defendants and
Non-Parties Joshua Shaner, Terrence DiVittorio, and
Westbridge Technologies Inc.*

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth in the attached service list on this date

I declare under penalty of perjury that the above is true and correct.

Executed on October 23, 2024 at Menlo Park, California.

_____
Bruno Silva