UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (DKT. 436)**<br><br>Judge:  Hon. Phyllis J. Hamilton |

This Court, having considered the Statement Pursuant to Local Rule 79-5(f)(3) of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's (collectively, the "Defendants") in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal ("Motion") (Dkt. 436), finds that compelling reasons support the sealing of the court records as specified below. Accordingly, the Court Orders that the Motion is hereby GRANTED and that the following documents shall remain under seal.

| **Documents To Remain Under Seal** | **Portion To Be Sealed** |
|---|---|
| Plaintiffs' Reply in Support of Motion for Partial Summary Judgment (the "Summary Judgment Reply") | Indicated portions of pages i & 1-15 |
| Exhibits 37, 38, 40, and 41 to the Reply Declaration of Micah G. Block in Support of the Summary Judgment Reply | All |
| Reply Declaration of David Youssef in Support of Plaintiffs' Summary Judgment Reply (the "Youssef Reply Declaration") | Indicated portions of paragraphs 7-13 & 16 |
| Exhibits A and B to the Youssef Reply Declaration | All |

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE