Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         gina.cora@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                         Plaintiffs,<br><br>          v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                         Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Ctrm:    3<br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

Pursuant to Local Rule 6-1(b), and supported by the accompanying Declaration of Micah G. Block (the "Block Declaration"), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants," and, collectively with Plaintiffs, the "Parties") hereby stipulate:

WHEREAS, on February 15, 2024, the Court granted Defendants' Motion for Relief from Case Management Schedule and extended the fact-discovery cutoff to September 13, 2024 (Dkt. No. 289);

WHEREAS, on February 23, 2024, the Court issued a written order following the February 15, 2024, hearing, ordering that the Parties' expert disclosures were due by August 30, 2024, and ordering the Parties to "meet and confer regarding other dates proposed in the motion for relief from case management schedule and submit a stipulation for the Court's approval" (Dkt. No. 292);

WHEREAS, on July 18, 2024, the Parties filed a stipulation and proposed scheduling order that would require expert discovery to be completed on or before October 25, 2024 (Dkt. No. 344 at 4);

WHEREAS, on July 31, 2024, the Court granted the Parties' stipulation and so-ordered the Parties' proposed scheduling order (Dkt. No. 357);

WHEREAS, on August 31, 2024, Plaintiffs served affirmative expert reports from Dana Trexler, Anthony Vance, and David Youssef, and Defendants served affirmative expert reports from Terrence McGraw, Col. Ty M. Shepard (Ret.), and John "Jay" Town;

WHEREAS, in order to accommodate the Parties' agreed-upon schedule and witness availability, the Parties agreed that the depositions of five fact witnesses should be taken shortly after the fact-discovery cutoff during the weeks of September 16, 2024, and of September 23, 2024 (Dkt. No. 378 at 1);

WHEREAS, on September 16, 2024, the Court granted the Parties' stipulation and allowed depositions after the fact-discovery cutoff during the weeks of September 16, 2024, and of September 23, 2024 (Dkt. No. 380);

WHEREAS, on September 21, 2024, Plaintiffs served a supplemental expert report from Dana Trexler and rebuttal expert reports from Anthony Vance, and David Youssef, and Defendants served rebuttal expert reports from Terrence McGraw and Gregory A. Pinsonneault;

WHEREAS, the Parties have coordinated extensively to complete fact discovery (including fact depositions) and serve opening and rebuttal experts before the September 27, 2024 deadline for filing dispositive motions;

WHEREAS, the Parties have designated a total of seven experts, who are located in five different states, and thus their depositions will require travel on the part of counsel for one or both Parties;

WHEREAS, the Parties have met and conferred to discuss the scheduling of expert depositions, and due to the schedules of experts and the Parties' counsel, the Parties agree that additional time is required to complete expert discovery;

WHEREAS, the Parties believe that additional time to complete expert discovery would not interfere with the dispositive motion briefing schedule, the dispositive motion hearing, or any other aspect of the pretrial process;

NOW, THEREFORE, the Parties agree and hereby stipulate that the expert discovery cut-off be extended from October 25, 2024, to December 16, 2024, so that the Parties can complete expert discovery, and respectfully request that the Court enter the Parties' proposed order submitted herewith.

Dated:  October 25, 2024

                        DAVIS POLK & WARDWELL LLP

                        By:  */s/ Micah G. Block*
                               Micah G. Block (SBN 270712)

                            *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

                        KING & SPALDING LLP

                        By:  */s/ Joseph N. Akrotirianakis*
                               Joseph N. Akrotirianakis

                            *Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, Micah G. Block hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  October 25, 2024             /s/ *Micah G. Block*
                                      Micah G. Block

**PROPOSED ORDER**

Pursuant to the stipulation of the parties and good cause for the modification of the existing Case Management Schedule having been shown, the Court hereby orders that the expert discovery cut-off shall be **December 16, 2024,** in order for the Parties to complete expert discovery. For the avoidance of doubt, and pursuant to Civil Local Rule 37-3, the deadline to file motions related to expert discovery shall be **December 23, 2024**.

All other deadlines of the Case Management Schedule (*see* Dkt. No. 357) remain in place.

IT IS SO ORDERED.

Dated:_____          _____
                                THE HONORABLE PHYLLIS J. HAMILTON
                                Senior United States District Judge