Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
 (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         craig.cagney@davispolk.com
         gina.cora@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am partner of the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned action. I submit this Declaration in support of the Stipulation and [Proposed] Scheduling Order to extend the expert discovery cut-off, which is filed herewith.

2. Plaintiffs served affirmative expert reports from Dana Trexler, Anthony Vance, and David Youssef on August 31, 2024. Ms. Trexler is located in Pennsylvania, Mr. Vance is located in Virginia, and Mr. Youssef is located in New York.

3. Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants," and, collectively with Plaintiffs, the "Parties") served affirmative expert reports from Terrence McGraw, Col. Ty M. Shepard (Ret.), and John "Jay" Town on August 31, 2024. I understand that Mr. McGraw and Mr. Town are located in Alabama, and Col. Shepard is located in California.

4. Plaintiffs served rebuttal expert reports from Ms. Trexler, Mr. Vance, and Mr. Youssef on September 21, 2024.

5. Defendants served rebuttal expert reports from Mr. McGraw and Gregory A. Pinsonneault on September 21, 2024. I understand that Mr. Pinsonneault is located in California.

6. Counsel for the Parties conferred on October 8, 2024 regarding the scheduling of expert depositions. I understand that, during that conference, counsel for the Parties agreed that an extension of the expert discovery cut-off was necessary in order to ensure that the Parties had sufficient time to complete all seven expert depositions.

7. Pursuant to Civil Local Rule 6-2(a)(2), the Court has previously issued the following time modifications in this case:

    a. granting Plaintiffs' request to reschedule the case management conference prior to the service of summons and complaint on Defendants (Dkt. No. 17);

    b. granting the Parties' request to enlarge the time to file their opposition and reply to Defendants' motion to dismiss (Dkt. No. 50);

  c. granting the Parties' request to enlarge the time to file their opposition and reply to Plaintiffs' motion to disqualify defense counsel (Dkt. No. 73);

  d. granting the Parties' request to enlarge the time for Defendants to file their reply in support of their motion to stay, and for Plaintiffs to file their reply in support of their motion to compel (Dkt. No. 138);

  e. granting the Parties' request to enlarge the time to file their opposition and reply to Defendants' motion to dismiss for *forum non conveniens* (Dkt. No. 219);

  f. granting the Parties' request to enlarge the time to respond to motions to compel (Dkt. No. 245);

  g. granting the Parties' request to hear Plaintiffs' motion to compel, Defendants' motion to compel, and the motion for relief on February 15, 2024 (Dkt. No. 271);

  h. granting Defendants' motion for relief from case management schedule (Dkt. No. 292);

  i. granting the Parties' request to conduct depositions after the close of fact discovery (Dkt. No. 380); and

  j. granting Plaintiffs' request to extend the time to file discovery-related motions (Dkt. No. 392).

8. The Parties' request to extend the discovery cut-off will not affect any other currently pending deadlines.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 25th day of October, 2024 at Menlo Park, California.

                */s/ Micah G. Block*
                Micah G. Block