JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>                     Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                     Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CLOSE THE NOVEMBER 7, 2024 HEARING** |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of King & Spalding LLP, and I am lead counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO") in the above-entitled action. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of NSO's Administrative Motion to Close the November 7, 2024 Hearing.

2. On October 28, 2024, counsel for NSO sent counsel for Plaintiffs a letter, asking whether Plaintiffs would agree to conduct the November 7, 2024, hearing in a closed session, as the Court has previously permitted. The letter explained that the November 7th hearing would require discussion of confidential information, including information designated as "highly confidential – attorneys' eyes only" by both Plaintiffs and Defendants. This would include both details regarding NSO's technologies and information subject to legal restrictions. The letter requested a response by close of business on October 30, 2024, and clarified that the parties could provide narrowly tailored redactions to the final hearing transcript within a set period of time after receiving it.

3. On October 31, 2024, Plaintiffs responded by email that they would object to closing the hearing. No additional detail was provided.

4. Counsel for NSO and counsel for Plaintiffs met and conferred by videoconference on November 1, 2024. Based on discussion with the King & Spalding lawyers who attended the videoconference, I understand that Plaintiffs maintained their objection to closing the hearing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 1, 2024, at Los Angeles, California.

        */s/ Joseph N. Akrotirianakis*
        JOSEPH N. AKROTIRIANAKIS