1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **OAKLAND DIVISION**

11

12  WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,

Case No. 4:19-cv-07123-PJH

13  Plaintiffs,

**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LTD. AND Q CYBER TECHNOLOGIES LTD.'S ADMINISTRATIVE MOTION TO CLOSE THE NOVEMBER 7, 2024 HEARING**

14  v.

15  NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,

16

17  Defendants.

18

19

20

21

22

23

24

25

26

27

28

Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited filed an Administrative Motion to Close the November 7, 2024 Hearing. Having considered the briefing submitted, the motion is hereby **GRANTED**.

(1)     The November 7, 2024 hearing shall be closed to the public;

(2)     Following oral argument, the hearing transcript shall remain temporarily under seal;

(3)     Within twenty-one (21) days after the Parties' receipt of the final hearing transcript, Defendants will review the hearing transcript and will submit narrowly tailored redactions to the hearing transcript.

**IT IS SO ORDERED.**


DATED: _____          _____

The Honorable Phyllis J. Hamilton
Senior United States District Judge