JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE NOTICE OF ERRATA UNDER SEAL (RE DKT. NO. 419-5, AKROTIRIANAKIS DECLARATION, EXHIBIT H)**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

In connection with their October 11, 2024 opposition to Plaintiffs' Motion for Summary Judgment, Defendants inadvertently filed under seal a redacted declaration of Yaron Shohat dated September 26, 2024 (Dkt. No. 419-5 Akro. Decl. Exh. H) instead of the unredacted version ("Shohat Declaration"). Defendants now file a notice of errata to fix that inadvertent error. Pursuant to Civil Local Rules 7-11 and 79-5(d), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"), by and through their undersigned counsel, hereby submit this Administrative Motion to File Under Seal (the "Motion") the notice of errata filed concurrently herewith and the unredacted Shohat Declaration attached as Exhibit H thereto. The Shohat Declaration is submitted to the Court in connection with Defendants' Opposition to Plaintiffs' Motion for Summary Judgment (Dkt. No. 419-2).

Defendants previously moved to file under seal the unredacted Shohat Declaration in connection with the filing of their Opposition to Plaintiffs' Motion for Summary Judgment, and hereby incorporate by reference their prior request that it be filed under seal for the reasons set forth in Defendants' October 11, 2024 Application to File Under Seal (Dkt. No. 419).

Defendants are not filing a new [proposed] order concurrently herewith; Defendants hereby refer the Court to their [Proposed] Order Granting Defendants' NSO Group Technologies Limited and Q Cyber Technologies Limited's Administrative Motion to File Under Seal dated October 11, 2024 (Dkt. No. 419-9) which requests that the applicable paragraphs and exhibits of the Shohat Declaration be filed under seal.

DATED: November 5, 2024

KING & SPALDING LLP

By: /s/Aaron S. Craig
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG
    Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED