1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
    633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
    Telephone:   (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
    LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
13 | | **PROOF OF SERVICE** |
14 | Plaintiffs, | Action Filed: 10/29/2019 |
15 | v. | |
16 | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
17 | Defendants. | |

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the county of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction this service was made. My business address is 633 West Fifth Street, Suite 1600, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the within action.

On November 5, 2024, I served the following documents in the manner described below:

1. **DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S NOTICE OF ERRATA RE DKT. NO. 419-5, AKROTIRIANAKIS DECLARATION, EXHIBIT H**

X   BY ELECTRONIC SERVICE:  By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

## SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 5, 2024, at Los Angeles, California.

*Kathryn Bell-Taylor* (signature)

Kathryn Bell-Taylor

**SERVICE LIST**

Counsel for Plaintiffs:

Greg D. Andres (greg.andres@davispolk.com)
Craig T. Cagney (craig.cagney@davispolk.com)
Antonio J. Perez- Marques (antonio.perez@davispolk.com)
**DAVIS POLK & WARDWELL LLP** (fb.nso@davispolk.com)
450 Lexington Avenue
New York, New York 10017

Micah G. Block (micah.block@davispolk.com)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California 94025