UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WHATSAPP INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | Case No. 19-cv-07123-PJH<br><br>**ORDER RE MOTION TO CLOSE HEARING**<br><br>Re: Dkt. 455 |
|---|---|

Defendants have filed an administrative motion to close the courtroom to the public for the November 7, 2024 hearing on the parties' cross-motions for summary judgment and plaintiffs' motion for sanctions. See Dkt. 455. Plaintiffs have filed an opposition to the motion. See Dkt. 458.

"Those who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy." Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006). The "compelling reasons" standard is higher than the "good cause" standard applicable to non-dispositive motions. See id. ("It is important to emphasize the difference between the 'compelling reasons' standard and the 'good cause' standard.").

In connection with past, non-dispositive motions, the court has granted requests to close hearings to the public. However, based on the material presented in the briefs and in the accompanying motions to seal, the court does not believe that closing the courtroom for the November 7 hearing is justified under the applicable "compelling reasons" standard. Accordingly, defendants' motion to close the courtroom for the

1  November 7 hearing is DENIED.

3  **IT IS SO ORDERED.**

4  Dated:  November 6, 2024

                                                /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge