UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** November 7, 2024 (Time: 2 hours, 28 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** 19-cv-07123-PJH
**Case Name:** WhatsApp Inc., et al v. NSO Group Technologies Limited et al.

**Attorney(s) for Plaintiff:** Antonio Perez-Marques; Craig Cagney; Micah Block; Greg Andres; Gina Cora; Luca Marzorati

**Attorney(s) for Defendant:** Joseph Akrotirianakis; Matthew Dawson; Matthew Noller (Associate Counsel)

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Summer Fisher via Zoom

### PROCEEDINGS

Plaintiffs' Motion for Summary Judgment Hearing - Held. The Court takes the matter under submission.

Plaintiffs' Motion for Sanctions Hearing – Held. The Court takes the matter under submission.

Defendants' Motion for Summary Judgment Hearing - Held. The Court takes the matter under submission.

All documents filed under seal in support of the motions for summary judgment must be filed unredacted on the docket within one week.

All documents filed under seal in support of the motion for sanctions, except for foreign restrictions, must be filed unredacted on the docket within one week.

**Order to be prepared by:**   [] Pl [] Def [X] Court

cc: chambers