1  Greg D. Andres
   Antonio J. Perez-Marques
2  Craig T. Cagney
   Gina Cora
3  Luca Marzorati
     (admitted *pro hac vice*)
4  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
5  New York, New York 10017
   Telephone: (212) 450-4000
6  Facsimile:  (212) 701-5800
7  Email:    greg.andres@davispolk.com
             antonio.perez@davispolk.com
8            craig.cagney@davispolk.com
             gina.cora@davispolk.com
9            luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
12 Menlo Park, California 94025
   Telephone: (650) 752-2000
13 Facsimile:  (650) 752-2111
   Email:    micah.block@davispolk.com
14
15 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), the Motion is hereby GRANTED / DENIED.

IT IS HEREBY ORDERED that the following documents will / will not remain sealed, as follows:

| Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|
| Plaintiffs' Notice of Motion and Motion for Sanctions: Memorandum of Points and Authorities in Support Thereof | Indicated portions of pages iii, 3-5, 7-10, 14, 16-18, 21-22, 24-25. | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |
| Plaintiffs' Reply Memorandum of Points and Authorities in Support of Motion for Sanctions | Indicated portions of pages 2-4, 8-11, 14. | Refers to materials designated by Defendants as "Highly Confidential-Attorney's Eyes Only" |

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge