1  Greg D. Andres
2  Antonio J. Perez-Marques
   Craig T. Cagney
3  Gina Cora
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
7  Facsimile: (212) 701-5800
   Email:   greg.andres@davispolk.com
8           antonio.perez@davispolk.com
            craig.cagney@davispolk.com
9           gina.cora@davispolk.com
            luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
12 Menlo Park, California 94025
   Telephone: (650) 752-2000
13 Facsimile:  (650) 752-2111
   Email:   micah.block@davispolk.com
14

15 *Attorneys for Plaintiffs WhatsApp Inc. and*
   *Facebook, Inc.*
16
                 UNITED STATES DISTRICT COURT
17
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
18
                      OAKLAND DIVISION
19

20  WHATSAPP LLC, and
    META PLATFORMS, INC.,                  )  Case No. 4:19-cv-07123-PJH
21                                         )
                     Plaintiffs,           )
22                                         )  **CERTIFICATE OF SERVICE OF**
              v.                           )  **UNREDACTED DOCUMENTS SOUGHT**
23                                         )  **TO BE SEALED**
    NSO GROUP TECHNOLOGIES LIMITED         )
24   and Q CYBER TECHNOLOGIES LIMITED,     )
                                           )
25                   Defendants.           )
                                           )
26                                         )

27

28

1

## CERTIFICATE OF SERVICE

2   I hereby certify that I am a citizen of the United States and employed in the County of San

3   Mateo, California. I am over the age of 18 years and not a party to the within-entitled action.

4   On November 14, 2024, I served a true and correct copy of the following document:

5   PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SANCTIONS;
    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
6   [FILED UNDER SEAL]

7   PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND
    AUTHORITIES IN SUPPORT OF MOTION FOR SANCTIONS
8   [FILED UNDER SEAL]

9

10   on the parties in this action addressed as follows on the service list below:

11   KING & SPALDING LLP
     Joseph N. Akrotirianakis
12   Aaron S. Craig
     633 West Fifth Street, Suite 1700
13   Los Angeles, CA 90071
     Email:  jakro@kslaw.com
14   acraig@kslaw.com

15

16   Matthew H. Dawson
     50 California Street, Suite 3300
17   San Francisco, CA 94111
     Email:  mdawson@kslaw.com

18

19   *Attorneys for Defendants and*
     *Non-Parties Joshua Shaner, Terrence DiVittorio, and*
20   *Westbridge Technologies Inc.*

21   ☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable
     document format (PDF) to the email addresses set forth in the attached service list on this
22   date

23   I declare under penalty of perjury that the above is true and correct.

24   Executed on November 14, 2024 at San Jose, California.

25

26   _____
     Bruno Silva

27

28

1

CERTIFICATE OF SERVICE
CASE NO. 4:19-CV-07123-PJH