UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHATSAPP INC., a Delaware corporation and FACEBOOK, Inc. a Delaware corporation

          Plaintiff(s),

vs.

NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

          Defendant(s).

Case No. 4:19-cv-07123-PJH

NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on November 7, 2024 and was reported by Summer Fisher, the official court reporter.

Dated: November 18, 2024

/s/Joseph N. Akrotirianakis

Attorney for Defendant
Address:
King & Spalding LLP
633 W. Fifth Street, Suite 1600
Los Angeles, CA 90071