| | |
|---|---|
| 1 | Greg D. Andres |
| | Antonio J. Perez-Marques |
| 2 | Craig T. Cagney |
| | Luca Marzorati |
| 3 |   (admitted *pro hac vice*) |
| | DAVIS POLK & WARDWELL LLP |
| 4 | 450 Lexington Avenue |
| | New York, New York 10017 |
| 5 | Telephone: (212) 450-4000 |
| 6 | Facsimile: (212) 701-5800 |
| | Email:    greg.andres@davispolk.com |
| 7 |               antonio.perez@davispolk.com |
| | craig.cagney@davispolk.com |
| 8 | luca.marzorati@davispolk.com |
| 9 | Micah G. Block (SBN 270712) |
| | DAVIS POLK & WARDWELL LLP |
| 10 | 900 Middlefield Road, Suite 200 |
| 11 | Redwood City, CA 94063 |
| | Telephone: (650) 752-2000 |
| 12 | Facsimile:  (650) 752-2111 |
| | Email:   micah.block@davispolk.com |
| 13 | |
| 14 | *Attorneys for Plaintiffs* |
| | *WhatsApp LLC and Meta Platforms, Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and METR PLATFORMS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>       v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**NOTICE OF CHANGE OF ADDRESS** |

1  Micah G. Block, attorney for defendants WhatsApp LLC and Meta Platforms, Inc., submits this notice of change of address.

PLEASE TAKE NOTICE that as of December 9, 2024, the mailing address for Davis Polk & Wardwell LLP's Northern California office will be as follows: 900 Middlefield Road, Suite 200, Redwood City, CA 94063.  Mr. Block's email address and telephone number remain the same.

Dated:  December 10, 2024

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:  /s/ Micah G. Block
     Greg D. Andres
     Antonio J. Perez-Marques
     Craig T. Cagney
     Luca Marzorati
       (admitted pro hac vice)
     DAVIS POLK & WARDWELL LLP
     450 Lexington Avenue
     New York, New York 10017
     Telephone: (212) 450-4000
     Facsimile: (212) 701-5800
     Email: greg.andres@davispolk.com
            antonio.perez@davispolk.com
            craig.cagney@davispolk.com
            luca.marzorati@davispolk.com

     Micah G. Block (SBN 270712)
     DAVIS POLK & WARDWELL LLP
     900 Middlefield Road, Suite 200
     Redwood City, CA 94063
     Telephone: (650) 752-2000
     Facsimile:  (650) 752-2111
     Email: micah.block@davispolk.com

     *Attorneys for Plaintiffs*
     *WhatsApp LLC and Meta Platforms, Inc.*