# EXHIBIT B



**A skilled and highly accomplished former U.S. Attorney, Josh Minkler effectively counsels and defends his clients in white collar criminal law matters and government investigations. His trial and appeals experience is second only to his stellar reputation as a dedicated, straightforward and meticulous practitioner.**

Josh focuses his practice on white collar criminal defense, compliance, internal investigations, and -complex business litigation. He insists on clarity in communication – with his clients and colleagues, as well as with agencies and judicial officials – so that there is unified understanding as to the goal at hand and the direction to achieve that goal.

He represents individuals and corporate entities at virtually every stage of the criminal defense process, handling parallel civil and administrative litigation, grand jury subpoenas, multijurisdictional matters, and congressional and agency inquiries. Josh advises clients on cases involving the False Claims Act (FCA), and healthcare fraud, among others, from onset through settlement, trial and appeal. He has represented healthcare systems and facilities in investigations conducted by federal agencies, the Indiana Attorney General, and the U.S. Health and Human Services Office of Inspector General.

Most recently, Josh was the U.S. Attorney for the Southern District of Indiana, responsible for setting, communicating and implementing federal law enforcement priorities and prosecuting federal crimes. He was with the U.S. Department of Justice (DOJ) for 26 years, a good deal of those focusing on violations of federal laws involving public corruption and public integrity, such as drug trafficking, money laundering, and firearms offenses. Critically, during this time, Josh led massive federal investigations, where he managed internal groups of attorneys and the entire process.

## EDUCATION

Indiana University School of Law-Bloomington, J.D., 1988

Wabash College, B.A., 1985

## BAR ADMISSIONS

Indiana

## COURT ADMISSIONS

U.S. District Court for the Southern District of Indiana

U.S. Court of Appeals for the Seventh Circuit

## LANGUAGES

English

## PRACTICES

Financial and Regulatory Litigation

Litigation

White Collar and Investigations

## INDUSTRIES

Fraud and Abuse Compliance and Defense

Healthcare

Hospitals and Healthcare Facilities

As U.S. Attorney, Josh supervised significant cyber-crimes investigations and data breaches. Since joining Barnes & Thornburg, Josh has represented and advised clients interacting with the FBI Cyber-Crimes Division on cyber thefts and data breaches.

As a federal prosecutor, Josh tried more than 20 cases before juries in the Southern District of Indiana and prepared and argued dozens of appeals in the U.S. Court of Appeals for the Seventh Circuit

While with the DOJ, Josh regularly interacted with the heads of federal agencies including, but not limited to, the Federal Bureau of Investigation (FBI), the Internal Revenue Service – Criminal Investigations Division (IRS-CID), the Department of Health and Human Services – Office of the Inspector General (HHS-OIG), and the Securities and Exchange Commission (SEC).

Josh is a relationship builder who makes it a priority to get to know his clients and then work diligently to understand what is most important to them so he can leverage his extensive knowledge and skills to help them. He strives to alleviate and curtail their criminal exposure by offering practical guidance and counsel when crafting strategies to defend against such proceedings. With an intricate knowledge of federal agencies and the law, Josh brings his passion for justice and the legal process to serving his clients as they face complex investigations and criminal charges.

Before joining the U.S. Attorney's office in Indianapolis, Josh was an assistant prosecuting attorney in the Office of the Kent County Prosecuting Attorney in Michigan.

**Professional and Community Involvement**

Former co-chair, U.S. Department of Justice Domestic Terrorism Executive Committee

Former member, U.S. Department of Justice Domestic Terrorism Working Group

Former member, U.S. Department of Justice Attorney General Advisory Committee

Former co-chair, U.S. Department of Justice Child Exploitation and Obscenity Working Group

Former member, U.S. Department of Justice Terrorism and National Security Subcommittee

Former member, U.S. Department of Justice Violent and Organized Crime Subcommittee

**Honors**

The Best Lawyers in America, 2024-2025

Chambers USA, 2023-2024

Honorary Chief of Police Award, Indianapolis Metropolitan Police Department, 2015

Patriotic Employer Award, Office of the Secretary of the Department of Defense, 2012

Certificate of Appreciation and Recognition, Federal Bureau of Investigation, Commendation, 2008-2009

Outstanding Organized Crime Drug Enforcement Task Force Case, Great Lakes Region, Department of Justice, 2007

Certificate of Appreciation and Recognition, U.S. Drug Enforcement Administration, 2006

Certificate of Appreciation, United States Postal Inspection Service, 2004

Integrity Award, Department of Health and Human Services, Office of Inspector General, 2003

Commendation and Recognition, Federal Bureau of Investigation, 2000

Special Achievement Award, U.S. Department of Justice, 1999

Commendation and Recognition, U.S. Customs Service, Office of Investigations, 1999

Certificate of Commendation, Indianapolis Police Department, 1998

Certificate of Appreciation and Recognition, Department of Treasury, Bureau of Alcohol, Tobacco and Firearms, 1998