# EXHIBIT C

# KING & SPALDING

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Tel: +1 213 443 4355
Fax: +1 213 443 4310
www.kslaw.com

Joseph N. Akrotirianakis
Partner
jakro@kslaw.com

**HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY**

November 27, 2024

VIA EMAIL

Greg Andres, Esq.
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Re: *WhatsApp LLC et al. v. NSO Group Technologies Ltd. et al.,* 4:19-cv-07123-PJH

Counsel:

This letter is to notify Plaintiffs that John "Jay" Town, previously designated by NSO pursuant to Federal Rule of Civil Procedure 26(a)(2), has given notice that he needs to withdraw from this matter and will be unavailable to testify at the March 3, 2024, trial of this matter because he will be beginning a presidentially-appointed position in the federal government, which he expects to commence in January 2025.

Parties may substitute experts for good cause, which standard "primarily considers the diligence of the party seeking" the substitution. *U.S. ex rel. Agate Steel, Inc. v. Jaynes Corp.*, 2015 WL 1546717 (D. Nev. 2015) (finding a 2-3 month delay to be "reasonably diligent"); *In Re Northrop Grumman Corp. ERISA Lit.*, 2016 WL 6826171 (C.D. Cal. 2016).

NSO intends to substitute attorney Joshua Minkler for Mr. Town. Mr. Minkler will provide a Rule 26 disclosure and be made reasonably available for deposition. Mr. Minkler's written disclosure will not be contrary to or inconsistent with Mr. Town's written disclosure. *Jaynes Corp.,* 2015 WL 1546717 at *2.

NSO requests that Plaintiffs agree to a stipulated motion to permit the substitution described herein. We are working with Mr. Minkler on his deposition availability. If Mr. Minkler is unavailable for deposition during the current expert discovery period, the relief requested by NSO's contemplated motion would also include a request for an extension of the expert discovery period for the limited purpose of permitting a deposition of Mr. Minkler.

Greg Andres, Esq.
November 27, 2024
Page 2

Please provide your position on the foregoing.  Thank you.

                                      Very truly yours,

                                      Joseph N. Akrotirianakis

cc:    fb.nso@davispolk.com
        k&snso@kslaw.com