# EXHIBIT D

| | |
|---|---|
| **From:** | Marzorati, Luca |
| **To:** | Joe Akrotirianakis; Cora, Gina; Aaron Craig; EXT - fb nso |
| **Cc:** | K&S NSO |
| **Subject:** | RE: Briefing schedule for motions to strike |
| **Date:** | Friday, December 6, 2024 5:09:32 PM |
| **Attachments:** | image001.png |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

We object to the substitution of Mr. Town with Mr. Minkler, and will oppose NSO's motion to substitute experts and extend the expert discovery period.

In addition to the reasons we provided at yesterday's meet-and-confer, we also believe that Mr. Minkler's anticipated expert report would be duplicative of Col. Shepard's expert report, and irrelevant to any issue in the case.

Thanks,
Luca

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

---

**From:** Joe Akrotirianakis <JAkro@KSLAW.com>

**Sent:** Friday, December 6, 2024 6:11 PM

**To:** Cora, Gina <gina.cora@davispolk.com>; Aaron Craig <ACraig@KSLAW.com>; Marzorati, Luca <luca.marzorati@davispolk.com>; fb.nso <fb.nso@davispolk.com>

**Cc:** K&S NSO <K&SNSO@KSLAW.com>

**Subject:** RE: Briefing schedule for motions to strike

Separately, do you have a position on our contemplated motion re Town/Minkler?

———

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

---

**From:** Cora, Gina <gina.cora@davispolk.com>

**Sent:** Friday, December 6, 2024 3:00 PM

**To:** Aaron Craig <ACraig@KSLAW.com>; EXT - Luca Marzorati <luca.marzorati@davispolk.com>; EXT

- fb nso <fb.nso@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: Briefing schedule for motions to strike

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Aaron,

Would NSO be amenable for the parties to agree a briefing schedule for all expert-discovery related motions under Local Civil Rule 37-3, including the contemplated motions to strike?  Otherwise, any 37-3 motions will be due on December 23, with the oppositions due January 6.  In terms of timing for briefing such motions, we would be fine with the dates you propose, with the clarification I added in red to your proposed schedule below.

Also, just to be clear, this schedule would not change the deadline for Daubert motions that we discussed yesterday; they would remain due on January 9, 2025.

Please let us know what you think, and I'm happy to discuss if helpful.
Thank you,
Gina


**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Friday, December 6, 2024 2:55 PM
**To:** Cora, Gina <gina.cora@davispolk.com>; Marzorati, Luca <luca.marzorati@davispolk.com>; fb.nso <fb.nso@davispolk.com>
**Cc:** K&S NSO <K&SNSO@KSLAW.com>
**Subject:** Briefing schedule for motions to strike

Gina and Luca:  Is this schedule agreeable to Plaintiffs?

- Opening brief by no later than Dec. 19
- Opposition brief by no later than Jan. 13
- Reply by no later Jan. 23


---

**Aaron Craig**
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.