UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE DEFENDANTS' EXPERT JOHN TOWN**<br><br>Judge:  Hon. Phyllis J. Hamilton |

This Court, having fully considered Defendants' Motion to Substitute Defendants' Expert John Town, and good cause therefor appearing, hereby GRANTS Defendants' motion.

1. Defendants may substitute Joshua Minkler for John Town as a witness.
2. The existing deadline for expert discovery is extended until January 8, 2025, for the limited purpose of permitting Plaintiffs to depose Mr. Minkler.
3. The existing deadline for any expert discovery motions, motions in limine and Daubert motions related to Mr. Minkler is extended to January 15, 2025.
4. All other deadlines and scheduled dates previously ordered remain in effect.

**IT IS SO ORDERED.**

DATED: _____

                                    THE HONORABLE PHYLLIS J. HAMILTON
                                    SENIOR UNITED STATES DISTRICT JUDGE