1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO SUBSTITUTE EXPERT JOHN TOWN**<br><br>*[Filed concurrently with Proposed Order]*<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |
|---|---|

In connection with their concurrently filed Motion to Substitute Defendants' Expert Jay Town, Defendants ("NSO") hereby move under Local Rule 7-11 to shorten the briefing schedule for the Motion to Substitute. Specifically, NSO requests the following schedule:

- Motion to Substitute: December 11, 2024
- Plaintiffs' Opposition: December 18, 2024
- NSO's Reply: December 20, 2024, by 1:30 p.m.

The requested schedule is necessary to ensure that the Court is able to resolve the Motion to Substitute in time for Plaintiffs to depose Mr. Minkler and file any *in limine* motion concerning Mr. Minkler's testimony without having any negative impact on the current case schedule. Seven days is more than adequate for Plaintiffs to prepare an opposition to NSO's Motion to Substitute because that Motion is four pages long and the issues raised are straightforward. NSO attempted to obtain consent for the requested relief of this shortened briefing schedule, but Plaintiffs have not agreed to it. (*See* Akro. Decl. ¶ 10.)

Accordingly, the Court should grant this Administrative Motion and enter the accompanying Order shortening the briefing schedule for NSO's Motion to Substitute.

DATED: December 11, 2024

KING & SPALDING LLP

By: */s/Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG

    Attorneys for Defendants NSO GROUP
    TECHNOLOGIES LIMITED and Q
    CYBER TECHNOLOGIES LIMITED