UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO SUBSTITUTE EXPERT JAY TOWN**<br><br>Judge:   Hon. Phyllis J. Hamilton |

1   This Court, having fully considered Defendants' Administrative Motion to Shorten Briefing Schedule for Defendants' Motion to Substitute Expert John Town, and good cause appearing therefor, hereby GRANTS the Administrative Motion.

Plaintiffs shall file any opposition to Defendants' Motion to Substitute no later than December 18, 2024, and Defendants shall file any Reply no later than 1:30 p.m. on December 20, 2024.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE