JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
  *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE**<br><br>Action Filed:  10/29/2019 |

Pursuant to Civil Local Rules 6-1(b) and 6-2, and as supported by the Declaration of Aaron Craig filed herewith, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), and Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") (collectively, the "Parties") hereby stipulate and agree to the following briefing schedule with respect to Defendants' anticipated motion to strike the supplemental report of Dana Trexler and Plaintiffs' anticipated motion to strike the second supplemental report of Greg Pinsonneault.

WHEREAS, on November 8, 2024, the Court ordered that the expert discovery cut-off shall be December 16, 2024 and that the deadline to file motions related to expert discovery pursuant to Civil Local Rule 37-3 shall be December 23, 2024 (Dkt. No. 462);

WHEREAS, the parties have informed each other that they anticipate filing a motion to strike a supplemental expert report—Plaintiffs' motion to strike the second supplemental report of Greg Pinsonneault, and Defendants' motion to strike the supplemental report of Dana Trexler and (collectively, the "motions to strike")—and have met and conferred as to the motions to strike;

WHEREAS, pursuant to the Court's Order (Dkt. No. 462) and Civil Local Rule 37-3, if the motions to strike were filed on December 23, 2024, the oppositions to the motions to strike would be due on January 6, 2025, and pursuant to Civil Local Rule 7-3(c), the replies in support of the motions to strike would be due on January 13, 2025;

WHEREAS, to avoid opposition briefs being due shortly after the Christmas and New Years holidays, the Parties have agreed on a briefing schedule with respect to the motions whereby the motions to strike would be due no later than December 19, 2024, the opposition to the motions to strike would be due no later than January 13, 2025, and the replies in support of the motions to strike would be due no later than January 23, 2025;

NOW THEREFORE, the Parties respectfully request that the Court grant the proposed order submitted herewith with the agreed-upon briefing schedule of the motions.

DATED: December 12, 2024         KING & SPALDING LLP

By: /s/ *Aaron S. Craig*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG
Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED

By: */s/ Micah G. Block*
Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Micah G. Block
DAVIS POLK & WARDWELL LLP
Attorneys for Plaintiffs
WHATSAPP LLC AND META PLATFORMS, INC

## L.R. 5-1 ATTESTATION

I, Aaron S. Craig, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:    */s/*       *Aaron S. Craig*
                     AARON S. CRAIG

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause therefor having been shown, the Court orders that the briefing schedule of Defendants' anticipated motion to strike the supplemental report of Dana Trexler and Plaintiffs' anticipated motion to strike the second supplemental report of Greg Pinsonneault will be as follows:

1. The opening briefs shall be due no later than December 19, 2024;
2. The opposition briefs shall be due no later than January 13, 2025; and

3.   The reply briefs shall be due no later than January 23, 2025.

**IT IS SO ORDERED**.

Dated:  December ___, 2025

_____
The Honorable Phyllis J. Hamilton
United States District Judge