| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
|   | *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741) |
|   | *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP |
|   | 633 West Fifth Street, Suite 1700 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone:   (213) 443-4355 |
| 5 | Facsimile:    (213) 443-4310 |

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner in the law firm of King & Spalding LLP, and I am counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. Plaintiffs have advised Defendants of their intention to file a motion to strike the second supplemental report of Defendants' economics expert Greg Pinsonneault, and Defendants have advised Plaintiffs of their intention to file a motion to strike the supplemental expert report of Plaintiffs' economics expert Dana Trexler (the "motions to strike"). The parties have met and conferred on the motions to strike.

3. If the parties filed the motions to strike on December 23, 2024, the oppositions to the motions would be due on January 6, 2025, pursuant to Civil Local Rule 7-3(a), and the replies in support of the motions would be due on January 13, 2025, pursuant to Civil Local Rule 7-3(c).

4. To avoid the opposition briefs being due shortly after the Christmas and New Years holiday, counsel for NSO Defendants and counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. (together, the "Parties") conferred regarding the briefing schedule of the motions to strike and agreed that, subject to the Court's consent, the motions to strike would be due no later than December 19, 2024, the oppositions to the motions to strike would be due no later than January 13, 2025, and the replies in support of the motions to strike would be due no later than January 23, 2025.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct on this 12th day of December 2024, at Los Angeles, California.

        /s/ *Aaron S. Craig*
        AARON S. CRAIG