JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>               Plaintiffs,<br><br>       v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>               Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S NOTICE TO COURT RE DEFENDANTS' MOTION TO SUBSTITUTE EXPERT**<br><br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:  10/29/2019 |

On December 11, 2024, Defendants filed a Motion to Substitute Expert (Dkt. No. 480) and a supporting declaration of Joseph N. Akrotirianakis (Dkt. No. 480-1), both of which provided that Defendants expected that the Rule 26 disclosure of Defendants' substitute expert Joshua Minkler would be served on Plaintiffs by Friday December 13, 2024.  Mr. Minkler is still in process of preparing his report and it has not yet been finalized or served.  Defendants now expect the disclosure to be served on Tuesday December 17, 2024, or at the latest, Wednesday December 18, 2024 (two or three business days after Defendants' initial estimate).

Defendants apologize for their overly optimistic estimate.

DATED: December 16, 2024

KING & SPALDING LLP

By: */s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED