1  Greg D. Andres
2  Antonio J. Perez-Marques
   Gina Cora
3  Craig T. Cagney
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8           gina.cora@davispolk.com
            craig.cagney@davispolk.com
9           luca.marzorati@davispolk.com
10
11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 900 Middlefield Road
   Redwood City, CA 94063
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:   micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF GINA CORA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE**<br><br>Ctrm:　3<br>Judge:　Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Gina Cora, declare as follows:

1. I am a counsel at the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned action. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rules 6-3(b) and 7-11(b) in support of Plaintiffs' Opposition to the Administrative Motion of Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. (collectively, "NSO") to Shorten the Briefing Schedule for Defendants' Motion to Substitute Expert John Town, filed concurrently herewith.

3. On October 25, 2024, the parties filed a stipulation and proposed order extending the expert deposition period to December 16, 2024. Dkt. No. 450. Prior to filing that stipulation, the parties agreed that Plaintiffs would depose NSO's main technical expert, Terrence McGraw, on December 16, 2024. The Court so-ordered that stipulation on November 8, 2024. Dkt. No. 462.

4. On December 6, 2024, Plaintiffs' counsel informed NSO's counsel that Plaintiffs would oppose NSO's motion to substitute its previously designated expert witness, John Town, with a new person, Joshua Minkler.

5. On December 10, 2024, counsel for NSO took the deposition of Plaintiffs' main technical expert, David Youssef.

6. On December 11, 2024, counsel for NSO first informed Plaintiffs' counsel in a phone call that NSO would be filing a motion, later that same day, seeking an expedited briefing schedule for its motion to substitute. NSO explained that its motion to expedite would seek to have Plaintiffs' opposition to NSO's motion to substitute due on December 18, 2024. NSO asked if Plaintiffs would oppose NSO's motion to expedite.

7. Plaintiffs' counsel told NSO's counsel that Plaintiffs could not agree to the precise expedited schedule NSO proposed. Plaintiffs' counsel explained that they could not agree to a December 18 deadline for their opposition brief because of other constraints on Plaintiffs' counsel's time, including needing to prepare for and take Mr. McGraw's deposition on December 16,

1

Decl. of G. Cora iso Pls.' Opp. to Defs.' Mot. to Shorten Briefing Sch. for Defs.' Mot. to Sub. Expert John town - Case No. 4:19-cv-07123-PJH

other pre-existing work-related demands, and illness among Plaintiffs' counsel. Plaintiffs' counsel, however, did offer to agree to an expedited briefing schedule in which Plaintiffs would file their opposition on December 20, rather than December 23 when it would otherwise be due, and NSO's reply would be due on December 23 or 24 (whichever NSO preferred). NSO's counsel rejected that offer, insisting on a December 18 date for Plaintiffs' opposition.

8. As of the filing of this Declaration, Mr. Minkler has not submitted an expert report in this matter.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 16th day of December, 2024 at New York, New York.

By:

    */s/ Gina Cora*
    Gina Cora

2

DECL. OF G. CORA ISO PLS.' OPP. TO DEFS.' MOT. TO SHORTEN BRIEFING SCH. FOR DEFS.' MOT. TO SUB. EXPERT JOHN TOWN - CASE NO. 4:19-CV-07123-PJH