Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO SUBSTITUTE EXPERT JOHN TOWN** <br><br> Ctrm:  3 <br> Judge:  Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

Having considered Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited Administrative Motion to Shorten Briefing Schedule for Defendants' Motion to Substitute Expert John Town (the "Motion") (Dkt. No. 481) and all supporting papers and opposition papers, **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED**.

Dated: _____

                                                           Honorable Phyllis J. Hamilton
                                                         United States District Judge

1

[Proposed] Order Denying Defs.' Mot. to Shorten Briefing Sch. for Defs.' Mot. to Sub. Expert John town
Case No. 4:19-cv-07123-PJH