UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | Case No. 19-cv-07123-PJH<br><br>**ORDER RE ADMINISTRATIVE MOTION TO SHORTEN TIME**<br><br>Re: Dkt. 481 |

    In connection with their motion to substitute an expert, defendants have filed an administrative motion to shorten the briefing schedule on said motion. See Dkt. 481. Defendants' administrative motion, which is not supported by any declaration, argues that their requested schedule is necessary to avoid a negative impact on the current case schedule. Id. at 2. Defendants' motion requests an opposition due date of December 18, and a reply due date of December 20. See id.

    Plaintiffs timely filed a response to defendants' administrative motion on December 16. See Dkt. 484. Among other things, plaintiffs argue that defendants delayed in filing their motion to substitute. See id. at 2-3.

    In the court's view, if defendants' motion to substitute is granted, it would necessarily disrupt the case schedule, regardless of whether it is briefed on a shortened schedule. Moreover, the parties having recently stipulated to modify the briefing schedule on other motions to avoid deadlines during the holidays, the court finds that it would be burdensome to impose a shortened schedule here. Accordingly, defendants' administrative motion to shorten time is DENIED, and defendants' motion to substitute

their expert will be briefed on the standard schedule set forth in the local rules.

**IT IS SO ORDERED.**

Dated:  December 18, 2024

                        /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge