UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO SEAL**<br><br>Action Filed:  10/29/2019 |

Having considered the Administrative Motion to Seal ("the Motion") filed by NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Defendants' Motion to Strike the Supplemental Report of Dana Trexler, CPA/CFF<br><br>(Exhibit 1 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to Seal and in Support of Defendants' Motion to Strike) | Highlighted portions of pages 1–4 & 6–8 | Refers to confidential and commercially sensitive materials designated by parties as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibits A, B, C, and D to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to Seal | All (Exhibits A, B, C, and D) | Refers to confidential and commercially sensitive materials designated by parties as "Highly Confidential - Attorneys' Eyes Only" |

Dated: _____          _____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE