UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF DANA TREXLER, CPA/CFF**<br><br>Action Filed:  10/29/2019 |

Having considered the Motion to Strike the Supplemental Expert Report of Dana Trexler, CPA/CFF ("the Motion") filed by NSO Group Technologies Limited and Q Cyber Technologies Limited, the related briefing, exhibits, and the parties' arguments, and finding good cause to issue the following ruling on the Motion, this Court HEREBY ORDERS that the Motion is GRANTED.

Dated: _____       _____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                                         Case No. 4:19-cv-07123-PJH