JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PROOF OF SERVICE**<br><br>Action Filed:  10/29/2019 |

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the county of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction this service was made. My business address is 633 West Fifth Street, Suite 1600, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the within action.

On December 18, 2024, I served the following documents in the manner described below:

1. **DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL AND IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF DANA TREXLER, CPA/CFF;**

2. **EXHIBIT 1 - MOTION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF DANA TREXLER, CPA/CFF; AND**

3. **EXHIBITS A-D**

X    BY ELECTRONIC SERVICE:  By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

## SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 18, 2024, at Los Angeles, California.

*/s/ Kathryn Bell-Taylor*
Kathryn Bell-Taylor

## SERVICE LIST

<u>Counsel for Plaintiffs:</u>

Greg D. Andres (greg.andres@davispolk.com)
Craig T. Cagney (craig.cagney@davispolk.com)
Antonio J. Perez- Marques (antonio.perez@davispolk.com)
**DAVIS POLK & WARDWELL LLP** (fb.nso@davispolk.com)
450 Lexington Avenue
New York, New York 10017

Micah G. Block (micah.block@davispolk.com)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California 94025