1  Greg D. Andres
   Antonio J. Perez-Marques
2  Gina Cora
   Craig T. Cagney
3  Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
7  Email:   greg.andres@davispolk.com
8           antonio.perez@davispolk.com
            gina.cora@davispolk.com
9           craig.cagney@davispolk.com
            luca.marzorati@davispolk.com
10
11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 900 Middlefield Road
   Redwood City, California 94063
13 Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
14 Email:   micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and
   Meta Platforms, Inc.*
16

17              UNITED STATES DISTRICT COURT

18           FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                       OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF LUCA MARZORATI IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Luca Marzorati, declare as follows:

1. I am an associate at the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal filed concurrently herewith.

3. Attached hereto is a true and correct copy of the unredacted version of Plaintiffs' Notice of Motion and Motion to Strike the Second Supplemental Rebuttal Expert Report of Gregory A. Pinsonneault (the "Motion to Strike").

4. Attached hereto is a true and correct copy of the unredacted versions of Exhibits A through D to the Declaration of Luca Marzorati in Support of the Motion to Strike (the "Marzorati Declaration").

5. Portions of the Motion to Strike and Exhibits A through D to the Marzorati Declaration thereto, contain, refer to, or derive from, materials that have been designated by Defendants as "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the Action. Plaintiffs reserve the right to challenge any confidentiality designations under the Stipulated Protective Order governing this Action as well as the sealability of the materials at issue.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of December, 2024 at New York, New York.

By: /s/ Luca Marzorati
Luca Marzorati

1

DECL. OF L. MARZORATI ISO ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FUS
CASE NO. 4:19-CV-07123-PJH