1  Greg D. Andres
   Antonio J. Perez-Marques
2  Gina Cora
   Craig T. Cagney
3  Luca Marzorati
     (admitted *pro hac vice*)
4  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
5  New York, New York 10017
   Telephone: (212) 450-4000
6  Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8           gina.cora@davispolk.com
            craig.cagney@davispolk.com
9           luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   900 Middlefield Road
12 Redwood City, California 94063
   Telephone: (650) 752-2000
13 Facsimile:  (650) 752-2111
14 Email:   micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and
   Meta Platforms, Inc.*

16

17                    UNITED STATES DISTRICT COURT

18                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                              OAKLAND DIVISION

| | |
|---|---|
| 20  WHATSAPP LLC, and<br>     META PLATFORMS INC.,<br>21<br>22                        Plaintiffs,<br>23           v.<br>24  NSO GROUP TECHNOLOGIES LIMITED<br>     and Q CYBER TECHNOLOGIES LIMITED,<br>25<br>26                        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

27

28

1  Having considered the Administrative Motion to Consider Whether Another Party's Material
2  Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms,
3  Inc. ("Plaintiffs"), concerning portions of Plaintiffs' Notice of Motion and Motion to Strike the
4  Second Supplemental Rebuttal Expert Report of Gregory A. Pinsonneault (the "Motion to Strike")
5  and Exhibits A through D to the Declaration of Luca Marzorati in Support of the Motion to Strike
6  (the "Marzorati Declaration") (collectively, the "Materials"), the Motion is hereby GRANTED /
7  DENIED.

8  IT IS HEREBY ORDERED that the Materials will / will not remain sealed.

Dated: _____          _____
                                        Honorable Phyllis J. Hamilton
                                        United States District Judge