Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712) DAVIS
POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., | ) ) ) |
| Plaintiffs, | ) Case No. 4:19-cv-07123-PJH ) ) **[PROPOSED] ORDER GRANTING** |
| v. | ) **PLAINTIFFS' MOTION TO STRIKE** ) **THE SECOND SUPPLEMENTAL** ) **REBUTTAL EXPERT REPORT OF** ) **GREGORY A. PINSONNEAULT** |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | ) ) ) |
| Defendants. | ) ) ) |

1      Having considered the Motion to Strike the Second Supplemental Rebuttal Expert Report of

2 Gregory A. Pinsonneault filed by Plaintiffs Meta Platforms, Inc. and WhatsApp LLC's ("Plaintiffs"),

3      IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike the Second Supplemental

4 Rebuttal Expert Report of Gregory A. Pinsonneault is GRANTED.

5

6 **IT IS SO ORDERED.**

7

8  Dated: _____

                                      _____

9                                        THE HONORABLE PHYLLIS J. HAMILTON
                                        U.S. DISTRICT JUDGE

1