1   Greg D. Andres
    Antonio J. Perez-Marques
2   Gina Cora
    Craig T. Cagney
3   Luca Marzorati
      (admitted *pro hac vice*)
4   DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
5   New York, New York 10017
    Telephone: (212) 450-4000
6   Facsimile: (212) 701-5800
7   Email:   greg.andres@davispolk.com
             antonio.perez@davispolk.com
8            gina.cora@davispolk.com
             craig.cagney@davispolk.com
9            luca.marzorati@davispolk.com
10
11  Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
12  900 Middlefield Road
    Redwood City, California 94063
13  Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
14  Email:   micah.block@davispolk.com
15
    *Attorneys for Plaintiffs*
16  *WhatsApp LLC and Meta Platforms, Inc.*

17                   UNITED STATES DISTRICT COURT

18            FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                         OAKLAND DIVISION

20

21                                         )   Case No. 4:19-cv-07123-PJH
    WHATSAPP LLC and                       )
22  META PLATFORMS, INC., a Delaware       )   **DECLARATION OF LUCA**
    corporation,                           )   **MARZORATI IN SUPPORT OF**
23                                         )   **PLAINTIFFS' MOTION TO STRIKE**
                          Plaintiffs,      )   **THE SECOND SUPPLEMENTAL**
24                                         )   **REBUTTAL EXPERT REPORT OF**
          v.                               )   **GREGORY A. PINSONNEAULT**
25                                         )
    NSO GROUP TECHNOLOGIES LIMITED         )
26  and Q CYBER TECHNOLOGIES LIMITED,      )
                                           )
27                        Defendants.      )
                                           )
28                                         )

I, Luca Marzorati, declare as follows:

1.      I am an associate with the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court.  I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned matter.  I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2.      I submit this declaration in support of Plaintiffs' Motion to Strike the Second Supplemental Rebuttal Report of Gregory A. Pinsonneault filed concurrently herewith.

3.      On August 26, 2024, NSO produced a spreadsheet that appeared to include revenue information for certain NSO products.  *See* Dkt. No. 487-4.  Plaintiffs did not fully understand how the values in the spreadsheet were calculated, or the source of the information.

4.      On August 30, 2024, Plaintiffs served the Expert Report of Dana Trexler, CPA/CFF. *See* Dkt. No. 487-3.  At the time that Ms. Trexler submitted her report, NSO had not finished producing all of its documents.  Between September 3, 2024 and September 13, 2024, NSO produced another approximately 330 documents.

5.      On September 6, 2024, Plaintiffs took the deposition Sarit Bizinsky Gil, NSO's vice president of global business operations.  Plaintiffs asked Ms. Gil numerous questions about the spreadsheet produced on August 26, 2024.

6.      On September 21, 2024, Plaintiffs served the Supplemental Expert Report of Dana Trexler, CPA/CFF.  Dkt. No. 487-6.  NSO did not object to the Trexler Supplemental Report as untimely when served.  The same day, NSO served the Rebuttal Expert Report of Gregory A. Pinsonneault.  Dkt. No. 487-5.

7.      At the November 7, 2024 hearing, Plaintiffs' counsel asked the Court to grant the scheduling stipulation that the parties had previously filed.  Attached hereto as **Exhibit A** is a true and correct excerpt of the November 7, 2024 hearing.

8.      On November 8, 2024, NSO served the Supplemental Rebuttal Expert Report of Gregory A. Pinsonneault.  Attached hereto as **Exhibit B** is a true and correct copy of the Supplemental Rebuttal Expert Report of Gregory A. Pinsonnault, dated November 8, 2024.

1

9.      On November 20, 2024, Plaintiffs took the deposition of Mr. Pinsonneault.  Attached hereto as **Exhibit C** is a true and correct excerpt of the deposition transcript of Gregory A. Pinsonneault, taken in this case on November 20, 2024.

10.     On November 27, 2024, NSO served the Second Supplemental Rebuttal Expert Report of Gregory A. Pinsonneault.  Attached hereto as **Exhibit D** is a true and correct copy of the Second Supplemental Rebuttal Expert Report of Gregory A. Pinsonneault, dated November 27, 2024.

11.     On December 2, 2024, Plaintiffs' counsel asked NSO's counsel to "to meet and confer with you regarding Plaintiffs' anticipated motion to strike the second supplemental report of Greg Pinsonneault."

12.     In response, NSO's counsel requested to meet and confer with Plaintiffs' counsel regarding NSO's "our contemplated motion to strike the supplemental Trexler report."

13.     The parties met-and-conferred on December 5, 2024 regarding Plaintiffs' motion to strike the Second Supplemental Rebuttal Report of Gregory A. Pinsonneault but were unable to resolve their dispute.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 19th day of December 2024 in New York, New York.


By:   */s/ Luca Marzorati*
      Luca Marzorati

DECLARATION OF LUCA MARZORATI IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE SECOND SUPPLEMENTAL REPORT OF GREGORY A. PINSONNEAULT - CASE NO. 4:19-CV-07123-PJH