Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          gina.cora@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |  |
|---|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation, | ) ) ) | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | ) ) ) | **CERTIFICATE OF SERVICE OF UNREDACTED DOCUMENTS SOUGHT TO BE SEALED** |
| v. | ) ) | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | ) ) ) | |
| Defendants. | ) ) | |

1
<u>**CERTIFICATE OF SERVICE**</u>

2
I hereby certify that I am a citizen of the United States and employed in the County of San

3
Mateo, California. I am over the age of 18 years and not a party to the within-entitled action.

4
On December 19, 2024, I caused a true and correct copy of the following documents to be

5
served via email:

6
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE THE SECOND
7
SUPPLEMENTAL REBUTTAL EXPERT REPORT OF GREGORY A. PINSONNEAULT
[FILED UNDER SEAL]

8
EXHIBITS A THROUGH D TO DECLARATION OF LUCA MARZORATI IN SUPPORT OF
9
MOTION TO STRIKE THE SECOND SUPPLEMENTAL REBUTTAL EXPERT REPORT OF
GREGORY A. PINSONNEAULT
10
[FILED UNDER SEAL]

11
on the parties in this action addressed as follows on the service list below:

12
Joseph N. Akrotirianakis
13
Aaron S. Craig
Matt Noller
14
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
15
Los Angeles, CA 90071
Email:  jakro@kslaw.com
16
acraig@kslaw.com
17
mnoller@kslaw.com

18
*Attorneys for Defendants*
*and Non-Parties Joshua Shaner, Terrence DiVittorio, and*
19
*Westbridge Technologies Inc.*

20

21
I declare under penalty of perjury that the above is true and correct.

22
Executed on December 19, 2024 at Hayward, California.

23

24
Felicia Yu

25

26

27

28