UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [RE DOCKET NO. 490]**<br><br>Action Filed:  10/29/2019 |

Having considered the Administrative Motion to Seal ("the Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Plaintiffs' Motion to Strike the Second Supplemental Rebuttal Expert Report of Gregory A. Pinsonneault (the "Motion to Strike") [Dkt. 490-3] | Highlighted portions of Page 3, lines 10–11 (text beginning with "between" and ending prior to the "*Id.* ¶ 8" citation) and lines 20–21 (text beginning with "between" and ending prior to the "*Id.* ¶ 127" citation); Page 7, lines 17–18 (text beginning with "NSO has" and ending prior to the "*See*" citation); and Page 8, lines 7–8 (text beginning with "Pegasus" and ending with "2020.") | Refers to material subject to foreign law restrictions on public disclosure and/or confidential and commercially sensitive materials designated as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibits B, C, and D to the Declaration of Luca Marzorati in Support of the Motion to Strike [Dkt. 490-4] | All (Exhibits B, C, and D) | Refers to material subject to foreign law restrictions on public disclosure and/or confidential and commercially sensitive materials designated as "Highly Confidential - Attorneys' Eyes Only" |

Dated: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE