JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S FIRST ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed:   10/29/2019 |

TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") move the Court to consider whether certain portions of and exhibits attached to Defendants' Motion to Exclude Certain Opinions of Dana Trexler, CPA/CFF (the "Motion to Exclude" and, together with the exhibits filed under seal, the "Sealed Materials") should be sealed. Unredacted versions of the Sealed Materials are attached as Exhibits 1 and A, B, C, D and F to the declaration of Aaron S. Craig filed currently herewith.[1]

The Sealed Materials constitute, refer to, and/or describe materials that Plaintiffs WhatsApp LLC, f/k/a WhatsApp Inc. ("WhatsApp"), and Meta Platforms, Inc., f/k/a Facebook, Inc. ("Facebook" and, collectively, "Plaintiffs") have designated as "Highly Confidential - Attorney's Eyes Only" under the Stipulated Protective Order (Dkt. No. 132). Accordingly, Defendants move the Court to consider whether the Sealed Materials should be sealed.

Other than with respect to Exhibit A and F (as discussed in Defendants' Administrative Motion to Seal), Defendants take no position as to whether the Sealed Materials satisfy the requirements for sealing. They reserve the right to challenge any confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

For the reasons set forth above, Defendants respectfully request that the Court permit the unredacted Motion to Exclude (Craig Decl. Exh. 1) and Exhibits A, B, C, D and F thereto (Craig Decl. Exhs. A, B, C, D and F) to be conditionally filed under seal.

/ / /

/ / /

/ / /

---

[1] Defendants have separately filed a "second" administrative motion to seal Exhibits A and F for reasons set forth therein and in the Craig Declaration. Defendants do not contend or believe that Exhibit E warrants sealing.

DEFENDANTS' MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED

Case No. 4:19-cv-07123-PJH

| | | |
|---|---|---|
| 1 | DATED: January 9, 2025 | KING & SPALDING LLP |
| 2 | | |
| 3 | | By: /s/ Aaron S. Craig |
| 4 | | JOSEPH N. AKROTIRIANAKIS<br>AARON S. CRAIG |
| 5 | | |
| 6 | | Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED |