Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC., | ) ) ) Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | ) ) ) |
| v. | ) ) **ADMINISTRATIVE MOTION TO** ) **CONSIDER WHETHER ANOTHER** ) **PARTY'S MATERIAL SHOULD BE** ) **FILED UNDER SEAL** |
| NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED, | ) ) Ctrm:    3 ) Judge:   Hon. Phyllis J. Hamilton |
| Defendants. | ) ) ) Action Filed: October 29, 2019 |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11

3    and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. move the Court to consider whether

4    certain portions of Plaintiffs' Notice of Motion and Motion to Exclude the Expert Testimony of Col.

5    Ty Shepard ("Motion to Exclude") and Exhibit B to the Declaration of Micah G. Block in Support

6    of the Motion to Exclude (collectively, the "Confidential Materials") should be sealed.

7    Defendants designated Exhibit B, which is the transcript of the deposition of Colonel Ty

8    Shepard, as "Highly Confidential—Attorneys' Eyes Only" pursuant to the Stipulated Protective Or-

9    der (Dkt. No. 132) in the above-captioned action.  Plaintiffs, therefore, must, under the terms of the

10    Stipulated Protective Order, file the Exhibit B under seal and redact the portions of the Motion to

11    Exclude that quote Exhibit B.[1]

12    Accordingly, Plaintiffs now move the Court to consider whether the Confidential Materials

13    should be sealed.  *See* N.D. Cal. Civil L.R. 79-5(f).  *See* N.D. Cal. Civil L.R. 79-5(f).  Plaintiffs

14    reserve the right to challenge any confidentiality designations as well as the sealability of the mate-

15    rials at issue.

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Plaintiffs sought to get Defendants' approval to file the Confidential Materials publicly, and thus avoid this motion, but Defendants were unable to review Exhibit B before the filing deadline.

1

1    Dated:  January 9, 2025                    Respectfully Submitted,

2

3                                              DAVIS POLK & WARDWELL LLP

4                                              By:  /s/ Micah G. Block

5                                                   Micah G. Block (SBN 270712)
                                                    DAVIS POLK & WARDWELL LLP
6                                                   900 Middlefield Road, Suite 200
                                                    Redwood City, California 94063
7                                                   Telephone: (650) 752-2000
                                                    Facsimile:  (650) 752-2111
8                                                   Email: micah.block@davispolk.com

9                                                   Greg D. Andres
10                                                  Antonio J. Perez-Marques
                                                    Craig T. Cagney
11                                                  Gina Cora
                                                    Luca Marzorati
12                                                    (admitted *pro hac vice*)
                                                    DAVIS POLK & WARDWELL LLP
13                                                  450 Lexington Avenue
                                                    New York, New York 10017
14                                                  Telephone: (212) 450-4000
                                                    Facsimile: (212) 701-5800
15                                                  Email: greg.andres@davispolk.com
16                                                         antonio.perez@davispolk.com
                                                           craig.cagney@davispolk.com
17                                                         gina.cora@davispolk.com
                                                           luca.marzorati@davispolk.com
18

19                                                  *Attorneys for Plaintiffs WhatsApp LLC and*
                                                    *Meta Platforms, Inc.*
20

21

22

23

24

25

26

27

28

2