1  Greg D. Andres
2  Antonio J. Perez-Marques
   Gina Cora
3  Craig T. Cagney
4  Luca Marzorati
     (admitted *pro hac vice*)
5  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
6  New York, New York 10017
   Telephone: (212) 450-4000
7  Facsimile:  (212) 701-5800
   Email:   greg.andres@davispolk.com
8           antonio.perez@davispolk.com
            gina.cora@davispolk.com
9           craig.cagney@davispolk.com
            luca.marzorati@davispolk.com
10
11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 900 Middlefield Road, Suite 200
   Redwood City, California 94063
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:   micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and
   Meta Platforms, Inc.*
16

17                          UNITED STATES DISTRICT COURT

18                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                                    OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                     Plaintiffs,<br><br>         v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                     Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:  3<br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc., concerning (i) Exhibit B to the Declaration of Micah G. Block in Support of the Motion to Exclude the Expert Testimony of Col. Ty Shepard and (ii) portions of Plaintiffs' Notice of Motion and Motion to Exclude the Expert Testimony of Col. Ty Shepard that quote Exhibit B (collectively, the "Materials"), the Motion is hereby GRANTED / DENIED.

IT IS HEREBY ORDERED that the Materials will / will not remain sealed.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge