1  Greg D. Andres
   Antonio J. Perez-Marques
2  Gina Cora
   Craig T. Cagney
3  Luca Marzorati
     (admitted *pro hac vice*)
4  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
5  New York, New York 10017
   Telephone: (212) 450-4000
6  Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8           gina.cora@davispolk.com
            craig.cagney@davispolk.com
9           luca.marzorati@davispolk.com

10 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
11 900 Middlefield Road, Suite 200
   Redwood City, California 94063
12 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
13 Email:   micah.block@davispolk.com
14

15 *Attorneys for Plaintiffs WhatsApp LLC and*
   *Meta Platforms, Inc.*
16

17                     UNITED STATES DISTRICT COURT

18                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                              OAKLAND DIVISION

20 | WHATSAPP LLC, and                  )
   | META PLATFORMS INC.,               )  Case No. 4:19-cv-07123-PJH
21 |                                    )
   |                                    )  **[PROPOSED] ORDER GRANTING**
22 |              Plaintiffs,           )  **PLAINTIFFS' MOTION TO EXCLUDE**
   |                                    )  **THE EXPERT TESTIMONY OF COL.**
23 |        v.                          )  **TY SHEPARD**
   |                                    )
24 | NSO GROUP TECHNOLOGIES LIMITED     )
   |   and Q CYBER TECHNOLOGIES LIMITED,)
25 |                                    )
   |                                    )
26 |              Defendants.           )
   |                                    )
27

28

1   Having considered the Motion to Exclude the Expert Testimony of Col. Ty Shepard filed by
2   Plaintiffs Meta Platforms, Inc. and WhatsApp LLC,
3   IT IS HEREBY ORDERED that Plaintiffs' Motion to Exclude the Expert Testimony of Col.
4   Ty Shepard is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF COL. TY SHEPARD
CASE NO. 4:19-CV-07123-PJH