1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants
   NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.
7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
|---|---|
| Plaintiffs, | **DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S FIRST AND SECOND ADMINISTRATIVE MOTIONS TO SEAL AND IN SUPPORT OF MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER, CPA/CFF** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | Action Filed:   10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration in support of (i) Defendants' First Administrative Motion to Consider Whether Another Party's Material Should Be Sealed; (ii) Defendants' Second Administrative Motion to File Under Seal; and (iii) Defendants' Motion to Exclude Certain Opinions of Dana Trexler, CPA/CFF (the "Motion to Exclude").

3. Attached hereto as **Exhibit 1** is a true and correct copy of the unredacted version of Defendants' Motion to Exclude Certain Opinions of Dana Trexler, CPA/CFF.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Dana Trexler, CPA/CFF (omitting certain Exhibits thereto that are not relevant to Defendants' Motion to Exclude), which Plaintiffs in this action served on Defendants on August 30, 2024. Plaintiffs designated Ms. Trexler's August 30, 2024 report as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action. In addition, Exhibit A contains discussion of confidential and competitively sensitive documents and information produced by both parties and designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the September 19, 2024 deposition testimony of Plaintiff's Rule 30(b)(6) witness Andrew Robinson, whom Plaintiffs designated to testify concerning "time spent by Plaintiffs' employees in responding to Defendants' exploits." Plaintiffs designated Mr. Robinson's deposition transcript as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action.

6. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the Rebuttal Expert Report of Gregory A. Pinsonneault, which Defendants served on Plaintiffs on September 21, 2024. Exhibit C includes discussion and rebuttal of information contained in Ms. Trexler's August 30, 2024 report, which Plaintiffs designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

7. Attached hereto as **Exhibit D** is a true and correct copy of a document that Plaintiffs' counsel has represented is a hard copy printout of the document produced by Plaintiffs in native form bearing bates label WA-NSO-00192854. Plaintiffs designated this document as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

8. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the November 20, 2024 deposition testimony of Defendants' expert witness, Gregory Pinsonneault.

9. Attached hereto as **Exhibit F** is a true and correct copy of the Supplemental Expert Report of Dana Trexler, CPA/CFF (omitting certain Exhibits thereto that are not relevant to Defendants' Motion to Exclude), which Plaintiffs in this action served on Defendants on September 21, 2024. Plaintiffs designated Ms. Trexler's September 21, 2024 supplemental report as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 132) in this action. In addition, Exhibit F contains discussion of confidential and competitively sensitive documents and information produced by both parties and designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of January 2025, at Pasadena, California.

                    */s/ Aaron S. Craig*
                    AARON S. CRAIG