# Exhibit E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,

Plaintiffs,

vs.

NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,

Defendants.

Case No. 4:19-CV-07123-PJH

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF
GREGORY PINSONNEAULT

Wednesday, November 20, 2024
San Francisco, California

Stenographically Reported By:
Hanna Kim, CLR, CSR No. 13083

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,

Plaintiffs,

vs.

NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,

Defendants.

Case No. 4:19-CV-07123-PJH

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY, video-recorded videoconference deposition of GREGORY PINSONNEAULT, taken on behalf of the Plaintiffs, located at Davis Polk & Wardwell LLP, 44 Montgomery Street, Suite 1050, San Francisco, California 94104, on Wednesday, November 20, 2024, before Hanna Kim, CLR, Certified Shorthand Reporter, No. 13083.

or Meta, the -- the -- the parent company.

BY MR. CRAIG:

Q. And can you explain why?

MR. BLOCK: Objection to form.

THE WITNESS: So there would be no opportunity cost because the costs that was [verbatim] incurred in the time period analyzed by Ms. Trexler would have been the same -- would be the same under your assumptions for when it was actually discovered and -- and fixed. The -- the vulnerability was closed.

So therefore, the expense, whether it's in 2019 or some later date, there's no additional cost.

BY MR. CRAIG:

Q. Thank you. I'd like to ask you now about fully burdened labor cost.

Approximately how many times have you seen parties in litigation calculate a fully burdened labor cost for any reason?

MR. BLOCK: Objection to form.

THE WITNESS: I would estimate in between 50 to 75 cases, the issue of fully burdened labor cost or expenses come up.

BY MR. CRAIG:

Q. In any of those 50 -- between 50 and 75

instances before this case, have you ever seen a party include restricted stock units or any grant of stock or stock options as part of a fully burdened labor -- fully burdened labor cost?

MR. BLOCK: Objection to form.

THE WITNESS: I do not recall any -- in any of the cases that I've worked on where an opposing expert or I, myself, have included a RSU or stock option related expense as part of the fully burdened labor cost.

MR. CRAIG: Anything else?

THE COURT REPORTER: One second. Microphones are live.

MR. CRAIG: All right. Nothing else.

MR. BLOCK: No more.

MR. CRAIG: No mas.

THE VIDEOGRAPHER: I'll go ahead and conclude.

This concludes today's testimony given by Gregory Pinsonneault. Total number of media used was eight and will be retained by Veritext Legal Solutions.

We are going off the record. The time is 8:23 p.m.

(Time noted: 8:23 p.m., PST.)