| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 11 | | |
| 12 | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
| 13 | | **[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER, CPA/CFF** |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| 17 | Defendants. | Action Filed: 10/29/2019 |

1  Having considered the Motion to Exclude Certain Opinions of Dana Trexler, CPA/CFF
2  ("the Motion") filed by NSO Group Technologies Limited and Q Cyber Technologies Limited,
3  the related briefing, exhibits, and the parties' arguments, and finding good cause to issue the
4  following ruling on the Motion, this Court HEREBY ORDERS that the Motion is GRANTED and
5  that Ms. Trexler's opinions incorporating (i) the amounts set forth in Exhibit 2.2 to her August 30,
6  2024 report and (ii) alleged RSU-related expenses in the labor costs Plaintiffs seek to recover are
7  hereby excluded.

Dated: _____   _____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE