# EXHIBIT A

| | |
|---|---|
| **From:** | Marzorati, Luca <luca.marzorati@davispolk.com> |
| **Sent:** | Tuesday, July 9, 2024 8:03 PM |
| **To:** | Joe Akrotirianakis; Aaron Craig |
| **Cc:** | fb.nso |
| **Subject:** | WhatsApp v. NSO:  Designation of Expert for HC-AEO Material |
| **Attachments:** | Anthony Vance vita.pdf; 2020.08.31 [Dkt. 132] - WhatsApp v. NSO - Protective Order - Vance signed.pdf |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

Pursuant to Section 7.4(a)(3) of the Stipulated Protective Order (Dkt. No. 132), Plaintiffs hereby provide notice of their designation of Anthony Vance as an Expert authorized to receive discovery designated in this case as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE."

This request encompasses discovery from any Designating Party that King & Spalding represents in connection with discovery in this matter, including without limitation the following:

- NSO Group Technologies Limited
- Q Cyber Technologies Limited
- Westbridge Technologies, Inc.
- Compass Stratagem, LLC
- Omri Lavie
- Josh Shaner
- Terrence DiVittorio

A copy of Dr. Vance's CV is attached hereto, along with a signed copy of his "Acknowledgment and Agreement to be Bound" (Exhibit A).  Set forth below is the additional information required by subsections (1) through (6) of Section 7.4(a)(3):

1. The general categories of information that Plaintiffs seek to disclose to Dr. Vance are documents and communications reflecting the operation, capabilities, design, installation, maintenance, and use of Defendants' spyware.  Pursuant to Section 7.3(d)(1) of the Stipulated Protective Order, disclosure to the above-referenced Expert is reasonably necessary for this litigation because he possesses the technical expertise necessary to assist counsel in providing advice to Plaintiffs about these materials.
2. Anthony Vance, Blacksburg, Virginia
3. Dr. Vance's current resume is attached
4. Virginia Tech
5. Virginia Tech; Temple University; University of Jyväskylä; University of Canterbury; University of Hong Kong; Ryanair DAC; Vox Marketing Group; Discernible, Inc.; Dow Jones & Company, Inc.
6. *Ryanair DAC v. Booking Holdings Inc.*, C.A. No. 20-1191-WCB (D. Del.); *Vox Mktg. Grp., LLC v. Prodigy Promos L.C.*, No. 2:18-cv-00632-HCN-JCB (D. Utah)

Thanks,
Luca


**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

---

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.