# Exhibit B

## Mina Tunson-Stevenson

| | |
|---|---|
| **From:** | EXT - Luca Marzorati |
| **Sent:** | Friday, July 19, 2024 12:37 PM |
| **To:** | Joe Akrotirianakis; Aaron Craig |
| **Cc:** | EXT - fb nso; K&S NSO |
| **Subject:** | WhatsApp v. NSO:  Designation of Experts for HC-AEO Material |
| **Attachments:** | FTI - CVs.zip; FTI - Protective Orders.zip |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

Pursuant to Section 7.4(a)(3) of the Stipulated Protective Order (Dkt. No. 132), Plaintiffs hereby provide notice of their designation of David Youssef, Matthew McManus, Matteson Williams, Gabe Nobles, and George J. Arden III as Experts authorized to receive discovery designated in this case as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE."

This request encompasses discovery from any Designating Party that King & Spalding represents in connection with discovery in this matter, including without limitation the following:

- NSO Group Technologies Limited
- Q Cyber Technologies Limited
- Westbridge Technologies, Inc.
- Compass Stratagem, LLC
- Omri Lavie
- Josh Shaner
- Terrence DiVittorio

A copy of the Experts' CV and signed copies of the Experts' "Acknowledgment and Agreement to be Bound" (Exhibit A) are attached hereto.  The general categories of information that Plaintiffs seek to disclose to the Experts are documents and communications reflecting the operation, capabilities, design, installation, maintenance, and use of Defendants' spyware.  Pursuant to Section 7.3(d)(1) of the Stipulated Protective Order, disclosure to the above-referenced Experts is reasonably necessary for this litigation because they possesses the technical expertise necessary to assist counsel in providing advice to Plaintiffs about these materials.

Since his tenure with FTI Consulting began in 2017, Mr. Youssef has provided professional services to at least 166 unique client matters. The majority of these matters are related to incident response, digital forensics, and complex investigations.  Below are summaries of pertinent matters and matters related to providing litigation support in the past five years, to which Mr.  Youssef provided professional services:

- Litigation support matter defending a health and wellness company against an MSP hired for outsourced IT services. The healthcare company (Client) was hit with ransomware. Client did not believe the MSP was meeting the contractual terms and stopped paying. The MSP is suing Sharecare for not paying, but Sharecare is now countersuing claiming the MSP didn't meet proper IT protocols or security controls to prevent damage from the incident. As a result, the Client incurred more damage from the incident.
- Text message and email analysis in relation to ongoing litigation.
- Data breach investigation.
- A financial services company experienced several cybersecurity incidents over a six-year span. FTI Consulting was engaged to act as an independent cybersecurity expert

witness. We analyzed the opposing expert's report, which was over 800 pages long, and was based on almost 1,000 pieces of underlying evidence. We analyzed this report and provided our findings in an expert report which critiqued the appropriateness of the alleged cybersecurity baseline.
- Corporate espionage and theft of trade secrets.
- FTI Cybersecurity was retained by a major technology company to investigate a "pay-per-install" ("PPI") service believed to be associated with the distribution of malware. The aim of the investigation was to disrupt the Cryptbot infostealer by taking down a major distribution arm and disabling Command and Control (C2) infrastructure. FTI Cybersecurity's primary efforts focused on gathering evidence to identify infrastructure that was currently or historically used in connection with this malware family. We provided an expert witness report based on our findings.
- FTI Cybersecurity was retained to provide expert services. Our report explained the cybersecurity risks posted to banks and their customers, and the procedures that banks implement to mitigate such risk. Our expert analyzed the cyber fraud schemes at issue in the matter and opined on the adherence to reasonable cybersecurity procedures in processing wires.
- Investigation of data exfiltration; Expert report; Search for possible PII exposure.
- Complex Cybersecurity Investigation; Litigation matter.
- Complex Cybersecurity Investigation; Litigation matter.
- Support related to litigation; imaging/preservation of data from client web application.
- Complex Cybersecurity Investigation; Litigation matter.
- Post-acquisition dispute.
- Complex Cybersecurity Investigation; Litigation matter.
- Complex Cybersecurity Investigation; Litigation matter.
- Conduct root cause analyses on potential data breach and provide an expert witness report in relation to civil litigation (Professional Malpractice).

Mr. Youssef has offered testimony in *Collins v. Pearson Education, Inc.*, 1:23-cv-02219 (S.D.N.Y.) and *Google LLC v. Saeed*, 23-cv-03369 (S.D.N.Y.).  The CVs of Mr. McManus, Ms. Williams, Mr. Nobles, and Mr. Arden III contain all of the additional information required by subsections (2) through (6).

Thanks,
Luca


**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

---

**Davis Polk & Wardwell LLP**

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.