# Exhibit C

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| WHATSAPP INC. and META PLATFORMS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Case No. 19-cv-07123-PJH |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | ) ) ) ) | |
| Defendants. | | |

---

### EXPERT REPORT OF ANTHONY VANCE

August 30, 2024

### HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

---

1



DEPOSITION EXHIBIT
1601
11/14/24
Rich Germosen, FAPR, RDR, CRR

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

## I.    SCOPE AND SUMMARY OF TESTIMONY

I intend to provide expert opinions and analysis of data on behalf of Plaintiffs WhatsApp, LLC, et al. ("WhatsApp") on the following topics, as well as other subjects addressed in this report:

    a.  Plaintiffs took reasonable steps to secure the WhatsApp platform to prevent against unauthorized activity (see Section V).

    b.  Plaintiffs made at least two changes to the WhatsApp servers in December 2018 that prevented, restricted, or interrupted the operation of NSO Malware (see Section VI).

    c.  Defendants took steps to circumvent WhatsApp's December 2018 changes to the WhatsApp servers that had prevented, restricted, or interrupted the operation of NSO Malware (see Section VII).

    d.  The May 2019 attacks described in the Complaint were conducted by NSO Malware (see Section VIII).

    e.  Defendants used or tested NSO Malware against WhatsApp servers and Target Devices themselves (See Section IX).

    f.  The May 2019 attacks described in the Complaint were part of an exploit chain used to install Pegasus or similar NSO Malware on target devices for the purpose of extracting information from those devices (See Section X).

    g.  Plaintiffs took reasonable steps to remediate the May 2019 attacks (see Section XI).

    h.  Defendants used or attempted to use malware to access WhatsApp servers or Target Devices after Plaintiffs remediated the May 2019 attacks (see Section XII).

    i.  Defendants are likely to target WhatsApp or Plaintiffs' other products in the future (see Section XIII).

This report sets forth the basis and reasons for my opinions, including the materials and information relied upon in forming those opinions and conclusions, and the facts or data considered by me in forming my opinions.

This report is based on information currently available to me. I understand from Counsel that, as of August 23, 2024, Defendants had not produced any code or documents about the apparent exploit. Further, I understand that Defendants placed restrictions on my access to any materials produced on and after August 23, 2024 that prevented my review of those materials. I reserve the right to continue my investigation and analysis, which may include a review of these materials, materials not yet available to me, materials not yet produced, and testimony from depositions that have not yet occurred or for which transcripts are not yet available. I further reserve the right to expand or otherwise modify my opinions and conclusions as my investigation and study continues, and to supplement my opinions and conclusions in response to any additional information that becomes available, to any matters raised by Defendants, or to any opinions or conclusions possessed by experts for Defendants.

## II.    QUALIFICATIONS AND EXPERIENCE

### A.    Education

I received a Bachelor of Science degree in Information Systems from Brigham Young University in 2003 and a Master of Information Systems Management, also from Brigham Young

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

University, in 2004. I was awarded a Ph.D. in Management Science from the Université Paris–Dauphine in Paris, France in 2008; a Ph.D. in Computer Information Systems from Georgia State University in Atlanta, Georgia in 2009; and a Ph.D. in Information Processing Science from the University of Oulu, in Oulu, Finland in 2010.

### B.    Employment

I am employed as the Ralph Medinger Lenz Chaired Professor and Commonwealth Cyber Initiative Fellow at the Pamplin College of Business at Virginia Tech in Blacksburg, Virginia. I was employed as an Information Security Consultant in the Enterprise Risk Services department of Deloitte, LLP in Atlanta, Georgia from 2004–2005. I served as a Fraud Investigator in the Data Quality Integrity department of Deloitte, also in Atlanta, in 2005. I was an instructor at Georgia State University in cybersecurity, digital forensics, networking, and accounting information systems from 2006–2008. I served as a visiting research professor at the University of Oulu in Oulu, Finland from 2008–2010 where I researched cybersecurity issues in organizations. I served as an assistant professor from 2009–2015 and an associate professor from 2015–2018 at Brigham Young University, in Provo, Utah. I was the Danny and Elsa Lui Distinguished Associate Professor at the University of Hawai'i at Mānoa, Hawaii from 2017–2018. I was the Director of the Center for Cybersecurity at the Fox School of Business at Temple University in Philadelphia, Pennsylvania where I was also an associate professor and the Elmer R. Deaver Senior Research Fellow in the Department of Management Information Systems at Temple University. From Temple University I moved to my current position at Virginia Tech. I have researched cybersecurity issues since 2005 and taught cybersecurity and digital forensics courses since 2006.

### C.    Expertise

My education, employment, research, and teaching experience are in the field of cybersecurity, which involves the protection of organizations' data, systems, and networks from unauthorized access and other attacks. Through my research, I collaborate with and advise businesses on methods to implement and improve security measures to protect themselves against unauthorized access. One of methods I use is analyzing qualitative data to draw inferences about the meaning of individuals' statements and individuals' intended actions. I also teach students about how hackers and others access systems without authorization by exploiting software vulnerabilities and using other techniques, as well as how to defend against such attacks. I therefore consider myself an expert on cybersecurity, software exploitation, and unauthorized access. A copy of my *curriculum vita* is attached as Appendix B.

## III.    REQUIRED DISCLOSURES

### A.    Materials Considered

The documents I have considered in forming my opinions are the exhibits and information referenced in this report and the additional materials identified in Appendix A.  Professionals from Intuity Consulting, including Dave Martens and David Znidarsic, have assisted me on this assignment.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

### B.    Previous Expert Testimony

I have submitted an expert report and provided deposition testimony as an expert witness on behalf of the plaintiff in *Vox Marketing Group v. Prodigy Promos*, No. 2:18-CV-632 (D. Utah filed Aug. 10, 2018). I have also submitted a report and provided deposition testimony on behalf of the plaintiff in *Ryanair DAC v. Booking Holdings Inc. et al.*, No. 1:20-CV-1191 (D. Del. filed Sep. 4, 2020).

### C.    Publications

My *curriculum vita* includes a list of all publications on which I have been listed as an author in the ten years before the date of this report.

### D.    Compensation

I am being compensated for my time at $400 per hour. My compensation is not dependent on the substance of the opinions I offer below, or upon the outcome of this litigation.

### E.    Affiliations with Parties

I am not currently, and have not previously been, an employee of WhatsApp, Meta, or their affiliates or subsidiaries. Similarly, I am not, nor have I previously been, an employee of any of the Defendants.

Counsel for Meta contacted me regarding potentially providing expert testimony in this litigation. Counsel engaged me for this litigation, and I received a protective order for signature on July 8, 2024, which I signed and returned on the next day.

## IV.    Background Factual Information

I understand that this litigation arises from events on April and May, 2019, when Plaintiffs suffered an attack on the WhatsApp platform in which approximately 1,400 mobile phones and devices ("Target Devices") were compromised by exploiting a previously undisclosed software vulnerability (i.e., a "zero day"[1]) in WhatsApp client software.[2] This attack involved WhatsApp servers, which were used to send the Defendants' malicious code to victims' Target Devices to trigger the exploit. Once Target Devices were compromised, malicious software downloaded NSO's Pegasus malware or its equivalent from the Defendants' servers to extract the victims' data from the Target Devices. In May, 2019, Plaintiffs remediated the particular exploit used by Defendants in those attacks. This lawsuit filed, in which Plaintiffs alleged that Defendants accessed their servers and target devices in violation of federal and state law, and breached Plaintiffs' Terms of Service.

## V.    Plaintiffs took reasonable steps to secure the WhatsApp platform to prevent against

---

[1] https://csrc.nist.gov/glossary/term/zero_day_attack, accessed August 30, 2024.
[2] https://nvd.nist.gov/vuln/detail/CVE-2019-3568, accessed August 30, 2024.

4

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

### malicious or unauthorized activity (a)

It is my opinion that Plaintiffs took reasonable steps to secure the WhatsApp platform, including WhatsApp servers and client software, both before and after the May 2019 attack. These reasonable steps include (1) designing WhatsApp to use an end-to-end encryption (E2EE) communication protocol, (2) taking ongoing efforts to increase the security of WhatsApp, (3) using secure coding practices, and (4) having security personnel to support WhatsApp and its development team.

First, in November 2014, Facebook initiated a project to transition WhatsApp to use the end-to-end encryption (E2EE) Signal Protocol, designed by Whisper Systems, which it completed in 2016.[3] This Signal protocol has been scrutinized in several formal security analyses and audited by external security experts who have found that the protocol is cryptographically sound.[4] As a result, WhatsApp uses E2EE by default for every user, making WhatsApp communications sent over the Signal Protocol highly resistant to attacks.

Second, my review of documents produced by Plaintiffs shows that WhatsApp took ongoing measures to strengthen the security of the WhatsApp platform. For example, a Facebook product security team conducted a security review of WhatsApp in 2018 and recommended that WhatsApp protocol messages, known as stanzas, have a valid defined format known as a *schema*.[5] This review led to the creation of an extensive project entitled "Server to validate call stanzas as defined in the protocol," initiated on October 4, 2018, to define schemas for "hundreds" of different stanza types.[6] As each stanza message type was defined, stanzas received that did not meet the predetermined format were logged for observation and eventually blocked as a rule. Furthermore, it was this logging capability that enabled the detection of Defendants' May 2019 attacks described in the complaint.[7] Furthermore, it was this logging capability that enabled the detection of Defendants' May 2019 attacks described in the complaint,[8] illustrating its value as a security control measure.

Third, WhatsApp employees used secure software coding practices, including:

- Following a standard process to identify and remediate vulnerabilities in its software.[9]
- Conducting a static analysis using code review and a software tool to find vulnerabilities.[10]
- Using dynamic analysis techniques to find vulnerabilities.[11]
- Responding to reports from "white hat" ethical security researchers, such as Google's

---

[3] https://signal.org/blog/whatsapp, accessed 8/27/2024; https://signal.org/blog/whatsapp-complete, accessed 8/27/2024.

[4] E.g., Cohn-Gordon et al. 2019, https://eprint.iacr.org/2016/1013.pdf, accessed 8/27/2024. See also https://community.signalusers.org/t/overview-of-third-party-security-audits/13243, accessed 8/27/2024.

[5] WA-NSO-00164559, p. WA-NSO-00164559, "ProdSec evaluated product and requested to have a valid defined schema for these stanzas."

[6] Gheorghe Dep., Aug. 16, 2024, at 157:13 –15 ("The process of building that is we star[t]ed doing stanza validation for all the stanzas that WhatsApp uses. There's – there are hundreds of them.").

[7] Ibid., at 154:6–8.

[8] Ibid., at 154:6–8.

[9] Ibid., at 45:20–25; 46:1–20.

[10] Gheorghe Dep., Aug. 16, 2024, at 52:21–25.  Ibid., at 53:1–25; 54:1–21; 55:7 – 20.

[11] Ibid., at 46:19–20; 47:7–17.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

Project Zero.[12] When reports were received from outside security researchers, a standard process was followed to remediate them.[13] This secure software practice resulted in remediating an exploit in December 2018 that is discussed in more detail in Sections VI and VII.

Fourth, Meta (formerly known as Facebook) provided security personnel to support WhatsApp and its development team, including:

- A security team, with at least one security team member devoted to WhatsApp full time.[14]
- A malware security team that assisted with security incident investigations.[15] In my experience, very few organizations have a dedicated team to detect, investigate, and remediate malware incidents.
- An incident response team.[16]
- A "red team" that simulated attackers and helped to identify potential exploitation vectors in WhatsApp.[17]

The above points demonstrate that security was a high priority for WhatsApp and Meta generally, that Plaintiffs took reasonable measures to secure the WhatsApp platform, and that it proactively carried out projects to improve the security of the same.

## VI.    WhatsApp made at least two changes to the WhatsApp servers in December 2018 that prevented, restricted, or interrupted the operation of NSO Malware



This issue was remediated in a software update on WhatsApp's servers that was deployed between December 3–5. On December 5 at 1:27pm. WhatsApp received confirmation from the external security researcher that the issue was remediated.[20]

---

[12] See, e.g., https://googleprojectzero.blogspot.com/2018/12/adventures-in-video-conferencing-part-3.html and https://googleprojectzero.blogspot.com/2018/12/adventures-in-video-conferencing-part-4.html, accessed 8/27/2024.
[13] Gheorghe Dep., Aug. 16, 2024, at 52:21–25. Ibid. at 53:1–25; 54:1–21; 55:7 – 20.
[14] Ibid., at 36:17–25; 37:1–9; 68:6–13.
[15] Ibid., at 190–191:24–25, 1–3.
[16] Ibid., at 74:5–14.
[17] Ibid., at 57:1–23.
[18] See WA-NSO-00166464, p. 1.
[19] Ibid.
[20] Ibid.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



[21] See Plaintiffs' Notice of Motion and Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention; Memorandum of Points and Authorities and Support, (Dkt. 335-2) at p. 7.

[22] SHANER_WHATSAPP_00001100.

[23] Eshkar Dep. 122:24 – 123:2; 124:6 – 8; In cybersecurity, an attack vector is a method or means of attacking a victim computer. See *DRAFT NIST Special Publication 800-154: Guide to Data-Centric System Threat Modeling*, p. 5, https://csrc.nist.gov/pubs/sp/800/154/ipd, accessed 8/30/2024.

[24] See Decl. of Chaim Gelfand in Support , filed 7/15/2024.

[25] WA-NSO-00016952, line 2. The files of the AWS Server produced were acquired November 9, 2020. *See* Decl. of Chaim Gelfand Supp. Defs. Opp. To Pls. Mot. to Compel Discovery Regarding AWS Server (Dkt. 339-1), at 3:16.

[26] WA-NSO-00016952, line 10.

[27] See *Plaintiffs' Notice of Motion and Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention; Memorandum of Points and Authorities and Support*, (Dkt. 335-2) at p. 7.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



The above NSO communications, which took place shortly after the remediation of the ""T33535414 - Malformed Whatsapp voip_settings" vulnerability establishes that WhatsApp's changes to the WhatsApp client application and WhatsApp servers prevented, restricted, or interrupted the operation of NSO malware prior to May 2019.



---

[28] SHANER_WHATSAPP_00001098-SHANER_WHATSAPP_00001099.

[30] WA-NSO-00166464.

[31] Ibid., Eshkar Dep. Rough Draft, Aug. 27, 2024, at 77:19-22 ("Westbridge is an entity that could promote and sell NSO product."); NSO_WHATSAPP_00000176 (org chart showing Westbridge affiliation); Shohat Dep., Aug. 24, 2024, at 68:1-71:9.

[32] See SHANER_WHATSAPP_00001102.

[33] WA-NSO-00192815 (referencing D9650871, which was addressed in September 2018).

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



---

[34] WA-NSO-00017140.

[35] Ibid., line 1167.

[36] Ibid., line 1170.

[37] WA-NSO-00192812: D13309896 (December 2018)

9

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



**VII.    Defendants intentionally circumvented WhatsApp's December 5, 2018 changes to the WhatsApp client application and WhatsApp servers prior to the May 2019 attacks**



---

[38] WA-NSO-00017140.

[39] Ibid., line 4205.

[40] Ibid., line 4207.

[41] See SHANER_WHATSAPP_00001098.

[42] See SHANER_WHATSAPP_00001102.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



"Eden" is an upgraded version of Heaven, and like Heaven, is a covert or zero-click installation vector for NSO Malware that used WhatsApp.[44] These communications establish that at least by February 4th, Defendants were able once again to circumvent WhatsApp's December 5, 2018 updates or changes to the WhatsApp servers in order to carry out the attacks in May 2019 described in the complaint.

**VIII.   The May 2019 attacks described in the Complaint were conducted by NSO (d)**



---

[43] SHANER_WHATSAPP_00001194– SHANER_WHATSAPP_00001196

[46] See Decl. of Chaim Gelfand in Support , filed 7/15/2024.
[47] WA-NSO-00000121

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



[48] SHANER_WHATSAPP_00001487 – SHANER_WHATSAPP_00001487.
[49] SHANER_WHATSAPP_00001489, at SHANER_WHATSAPP_00001490.
[50] WA-NSO-00016432.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

████████████

The exchange between NSO employee ████████████████ and the Facebook employee is a clear admission of NSO's involvement in the May 2019 attack.

## IX.    Defendants used or tested NSO malware on WhatsApp servers and clients (e)



---

[51] WA-NSO-00016429

[52] *Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's Opposition to Plaintiffs' Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention*, (Dkt. 336) at 5: 3–5(explaining the ties of Mr. Shaner and Mr. DiVittorio to NSO affiliate Westbridge).

[53] *See, e.g.*, Eshkar Dep. Rough Draft, Aug. 27, 2024, at 142:11-23 (disclosing that "NOC" is "network operations center").

[54] SHANER_WHATSAPP_00001453.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



[55] SHANER_WHATSAPP_00001486

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



---

[57] SHANER_WHATSAPP_00001484–SHANER_WHATSAPP_00001485.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



---

[58] SHANER_WHATSAPP_00001476.



HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

---

[59] SHANER_WHATSAPP_00001478.
[60] SHANER_WHATSAPP_00001477–SHANER_WHATSAPP_00001477.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



---

[61] SHANER_WHATSAPP_00001411.
[62] SHANER_WHATSAPP_00001411, at SHANER_WHATSAPP_00001414.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



19

[63] SHANER_WHATSAPP_00001416

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



## X.  The May 2019 attacks described in the Complaint were used to install Pegasus or similar NSO malware on Target Devices for the purpose of extracting information from those devices

It is my opinion that the May 2019 attacks described in the Complaint were used to install Pegasus or similar NSO malware on Target Devices for the purpose of extracting information from those devices.

20

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



---

[64] Shohat Dep., Aug. 29, 2024, at 38:17-19.

[65] WESTBRIDGE_WHATSAPP_00000660, at WESTBRIDGE_WHATSAPP_00000663 –
WESTBRIDGE_WHATSAPP_00000663.

[66] Ibid., p. WESTBRIDGE_WHATSAPP_00000663– WESTBRIDGE_WHATSAPP_00000664.

[67] Shohat Dep. Rough Draft, Aug. 27, 2024 at 149:24–150:1.

[68] NSO_WHATSAPP_ 00000287.

[69] Eshkar Dep. Rough Draft, Aug. 29, 2024, at 122:24–125:24.

[70] See Decl. of Chaim Gelfand in Support , filed 7/15/2024.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



Second, as detailed in Section IX, around May 7–9, 2019 Defendants' employees themselves in at least sixteen attacks used Eden/Hummingbird to install Pegasus on Target devices. As the primary purpose of Pegasus is to extract information,[73] it is my opinion that Pegasus was installed on Target Devices for the purpose of extracting information from those devices.

## XI.    Plaintiffs took reasonable steps to remediate the May 2019 attacks (g)

It is my opinion that Plaintiffs took reasonable steps to remediate the May 2019 attacks described in the Complaint filed in this matter. On May 2, 2019, Plaintiffs detected unusual activity through the logging capability that Plaintiffs' engineers had developed, as described in Section V.[74] On the same day, a SEV was started,[75] which is "a formal document used by Facebook to track the operational or security incidents within the company."[76]

According to Claudiu Gheorghe, who had been employed as a Software Engineering Manager for WhatsApp, "[a]t least ten engineers based in WhatsApp Inc. and Facebook, Inc.'s California offices worked on investigation and remediation for this attack. There were additional engineers working on this investigation and remediation located in the United States, as well as other locations."[77]

By Friday, May 3, a decision was made not to immediately issue a software update to block the attacks so that Plaintiffs' engineers could better understand the attackers' behaviors. Andrey Labunets, a member of the Meta security incident response team,[78] summarized the rationale behind this choice:

> Made a decision to not roll out the server-side fix dropping the stanzas because we don't understand the root cause, the impact for users, and other possible attacker numbers/techniques. We are working to scope the issue properly and understand those

---

[71] WA-NSO-00016952, line 2. The files of the AWS Server produced were acquired November 9, 2020.*Declaration of Chaim Gelfand in Support of Defendants' Opposition to Plaintiff's Motion to Compel Discovery Regarding AWS Server* (Dkt. 339-1), at 3:16.

[72] WA-NSO-00016952, line 10.

[73] Shohat Dep. Rough Draft, Aug. 27, 2024, at 32:7–9; WESTBRIDGE_WHATSAPP_00000660, p. WESTBRIDGE_WHATSAPP_00000661.

[74] WA-NSO-00022111

[75] WA-NSO-00164559

[76] Gheorghe Dep., Aug. 16, 2024, at 28:13–16.

[77] *Declaration of Claudiu Gheorghe in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss*, (Dkt. 55-2).

[78] Gheorghe Dep., Aug. 16, 2024, at 74:5–9.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

three things (cause, impact, other TTPs [the tactics, techniques, and procedures of the attacker[79]]). We have confirmed support from Whatsapp engineers to do deploy emergency updates this weekend if needed[80]

In my opinion, Plaintiffs decision to delay remediation to ensure that the nature and scope of the attack was well understood is a valid and accepted practice in incident response. For example, the U.S. National Institute of Standards and Technology's (NIST) *Computer Security Incident Handling Guide*, recommends that:

When the [incident response] team believes that an incident has occurred, the team should rapidly perform an initial analysis to determine the incident's scope, such as which networks, systems, or applications are affected; who or what originated the incident; and how the incident is occurring (e.g., what tools or attack methods are being used, what vulnerabilities are being exploited). The initial analysis should provide enough information for the team to prioritize subsequent activities, such as containment of the incident and deeper analysis of the effects of the incident.[81]

If an attack is blocked too soon, security professionals risk not fully understanding the scope of the attack and the behaviors of the attackers. This can lead to a failure to completely eradicate the incident or to similar attacks recurring.

On Friday, May 10, 2019, Meta deployed a software update to block the May 2019 attack on WhatsApp relay servers[82] and verified that this was successful in disrupting the attack. Meta engineer Saish Gersappa noted:

However, the WhatsApp client software was deliberately not simultaneously updated to allow Plaintiffs' engineers to observe how attackers responded. Claudiu Gheorghe explained (emphasis added):

And as an effect [of the software update for the WhatsApp server], we observed immediately a different behavior in the pattern of the attacks, so we knew for sure that -- that we -- we broke their exploit.

It seemed kind of like it was broken, but it wasn't clear. It seemed broken, but it wasn't clear that we actually found it. And **we did it -- that intentionally to monitor their behavior.**[84]

---

[79] https://csrc.nist.gov/glossary/term/Tactics_Techniques_and_Procedures, accessed 8/29/2024.

[80] WA-NSO-00164561

[81] National Institute of Standards and Technology, 2012. SP 800-61: *Computer Security Incident Handling Guide*, p. 29.

[82] WA-NSO-00164564.

[83] Ibid.

[84] Gheorghe Dep., Aug. 16, 2024, 274:14–21.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

Here again, Meta demonstrated the principle of waiting to thoroughly understand an attacker's behavior before fully remediating an incident.

Software updates for WhatsApp on Android and iPhone devices, as well as chatd servers, were released on May 13, 2019.[85] Plaintiffs' engineers also confirmed that the exploit used in the May 2019 attack was successfully blocked, demonstrating that the remediation effort had been successful.[86]

An important step of responding to a security incident is reviewing the incident and taking steps to prevent similar attacks in the future.[87] As part of its review of the May 2019 attacks, Meta conducted a debriefing of the incident[88] and took at least the following steps to enhance the security of the WhatsApp platform:

- Establish a dedicated security team for WhatsApp.[89]
- Appoint a software engineering manager for application security to lead efforts to enhance the security of WhatsApp.[90]
- Initiate a strategic security review of WhatsApp to identify security issues outside of VOIP calling and begin work to mitigate them.[91]

From the foregoing, it is clear that Plaintiffs took reasonable steps to remediate the May 2019 attacks.

## XII.    Defendants used or attempted to use malware to access WhatsApp servers or Target Devices after Plaintiffs remediated the May 2019 attacks (h)

On June 12, 2019, WhatsApp observed suspicious activity related to how the WhatsApp client handles images:



---

[85] WA-NSO-00164564.

[86] Ibid.

[87] National Institute of Standards and Technology, 2012. SP 800-61: *Computer Security Incident Handling Guide*, p. 38.

[88] WA-NSO-00125122.

[89] Gheorghe Dep., Aug. 16, 2024, at 39:21–25; 40:1–25; 41:1–9.

[90] Gheorghe Dep., Aug. 16, 2024, at 35:22–25; 36:1 – 10.

[91] WA-NSO-00125146, Gheorghe Dep., Aug. 16, 2024, 36:7–10.

[92] WA-NSO-00192781

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



---

[93] WA-NSO-00153192.
[94] WA-NSO-00153192, at WA-NSO-00153193.
[95] WA-NSO-00153192, at WA-NSO-00153194.
[96] WA-NSO-00192781, at WA-NSO-00192784.
[97] WA-NSO-00016565, WA-NSO-00016957, and WA-NSO-00017089.
[98] WA-NSO-00192765.
[99] WA-NSO-00192765.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



suspicious activity observed by Plaintiffs' engineers documented above conclusively establishes that Defendants used or attempted to use malware to access WhatsApp servers or Target Devices after Plaintiffs remediated the May 2019 attacks.

## XIII.    Defendants are likely to target WhatsApp or Plaintiffs' other products in the future (i)

NSO has shown a pattern of developing new exploits when past vulnerabilities are remediated.

---

[101] WA-NSO-00192781 at 192782-192783.

[102] I have color-coded the parts of the

[103] See Plaintiffs' Notice of Motion and Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention; Memorandum of Points and Authorities and Support, (Dkt. 335-2) at p. 7.

[104] SHANER_WHATSAPP_00001098–SHANER_WHATSAPP_00001099.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

This message shows that NSO's top priority was to "provide a solution" to enable them to again exploit WhatsApp to gain access to Plaintiffs' servers and target devices. As discussed in Section VII, at least by February 4, 2019, NSO once again had a working exploit against WhatsApp.

Similarly, on May 12, 2019, after WhatsApp remediated the issue exploited in the May 2019 attack,

---

[105] See Plaintiffs' Notice of Motion and Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention; Memorandum of Points and Authorities and Support, (Dkt. 335-2) at p. 7.

[106] SHANER_WHATSAPP_00001490.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

The above messages sent by [REDACTED] are consistent with the statements by NSO employees in the popular press. In one article, "a vice-president for product development at NSO" identified only by his first name "Omer" said, referring to the remediation/exploitation cycle: "It's a cat-and-mouse game."[108] He was also quoted saying:

- "We follow the publications, we follow the [software] beta versions of whatever apps we're targeting"
- "'newer [software] features usually have some holes in their armor,' making them 'more easy to target.'"
- [With reference to an iOS remediation] "'We saw it coming. We just counted the days until it happened.' He and others at the company said the next exploit is an inevitability. 'There might be some gaps. It could take two weeks to come up with a mitigation on our side, some work-around.'"

Shalev Hulio, NSO Group co-founder and its former CEO, was quoted as saying "Every day, things are being patched…This [finding new exploits] is the routine work here."[109] Likewise, in an in-depth profile of NSO published in *The New York Times*, journalists commented on NSO's unique ability to consistently find new "zero day" exploits:

All of those [NSO] engineers would work daily to find "zero days," i.e., new vulnerabilities in phone software that could be exploited to install Pegasus. Unlike rival firms, which generally struggled to find even a single zero day and therefore could be shut down if it were made public, NSO would be able to discover and bank multitudes of them. If someone locked one back door, the company could quickly open another.[110]

Based on statements made by NSO employees in the private communications quoted above and in the popular press, and based on NSO's pattern of behavior detailed in this report, it is my opinion that Defendants are likely to target WhatsApp or Plaintiffs' other products in the future.

---

[107] NSO_WHATSAPP_00000823 at NSO_WHATSAPP_00000824 [REDACTED]

[108] Farrow, Ronan. "How Democracies Spy on Their Citizens." *The New Yorker*, April 18, 2022. https://www.newyorker.com/magazine/2022/04/25/how-democracies-spy-on-their-citizens, accessed 8/29/2024.
[109] Ibid.
[110] Bergman, R. and Mazzetti, M. 2022. "The Battle for the World's Most Powerful Cyberweapon," *The New York Times*, January 28, 2022, https://www.nytimes.com/2022/01/28/magazine/nso-group-israel-spyware.html, accessed 8/29/2024.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

/s/ Anthony Vance

August 30, 2024

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

## APPENDIX A

**MOTIONS**
- Complaint (Dkt. 1)
- Declaration of Chaim Gelfand in Support of Defendants' Opposition to Motions to Compel Discovery Regarding AWS Server ¶ 6-8 (Dkt. No. 339-1)
- Declaration of Shalev Hulio in Support of Defendants' Motion to Dismiss (Dkt. No. 45-11)
- Defendants' Opposition to Motion to Compel Discovery Regarding AWS Server (Dkt. No. 339)
- Defendants' Responses & Objections to Plaintiffs' Requests for Admission, Response to RFA No. 14

**DEPOSITIONS**
- Deposition of Claudiu Gheorghe, WhatsApp Incorporated (Aug. 16, 2024), including relevant exhibits
- Deposition of Yaron Shohat; Rough Draft, August 29, NSO Group Technologies Limited (Aug. 28, 2024).
- Plaintiffs' Opposition to Defendants' Motion to Dismiss (Dkt. No. 55-6 through 55-17) (Apr. 23, 2020).
- Plaintiffs' Motion to Compel Discovery Regarding AWS Server (Dkt. No. 332) (Jul. 5, 2024).
- Plaintiffs' Reply Memorandum ISO Motion to Compel Regarding AWS Server (Dkt. No. 340) (Jul. 15, 2024).

**DEFENDANTS' PRODUCTIONS**
- NSO_WHATSAPP_00000823 – NSO_WHATSAPP_00000826
- NSO_WHATSAPP_00008957 – NSO_WHATSAPP_00008962

**PLAINTIFFS' PRODUCTIONS**
- WA-NSO-00166464
- WA-NSO-00016429
- WA-NSO-00000121
- WA-NSO-00016429
- WA-NSO-00016432
- WA-NSO-00016565
- WA-NSO-00016952
- WA-NSO-00022111
- WA-NSO-00125122
- WA-NSO-00125146
- WA-NSO-00153192
- WA-NSO-00164559
- WA-NSO-00166464
- WA-NSO-00166465
- WA-NSO-00192765

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

- WA-NSO-00192781
- WA-NSO-00192812
- WA-NSO-00192815
- WA-NSO-00017577
- WA-NSO-00017581
- WA-NSO-00060737
- WA-NSO-00166025

**THIRD-PARTY PRODUCTIONS**
- All documents produced by Joshua Shaner in connection with this litigation.
- WESTBRIDGE_WHATSAPP_00000660
- WESTBRIDGE_WHATSAPP_00002330
- WESTBRIDGE_WHATSAPP_00002338
- WESTBRIDGE_WHATSAPP_00001351
- WESTBRIDGE_WHATSAPP_00003027
- WESTBRIDGE_WHATSAPP_00002330
- WESTBRIDGE_WHATSAPP_00000660
- WESTBRIDGE_WHATSAPP_00003572
- WESTBRIDGE_WHATSAPP_00002912
- FPM-00016163
- DIVITTORIO_WHATSAPP_00000048

**SECONDARY SOURCES**
- Cohn-Gordon et al. 2019, https://eprint.iacr.org/2016/1013.pdf, accessed 8/27/2024.
- https://community.signalusers.org/t/overview-of-third-party-security-audits/13243, accessed 8/27/2024.
- NIST Special Publication 800-154: Guide to Data-Centric System Threat Modeling, p.at 5-6, https://csrc.nist.gov/files/pubs/sp/800/154/ipd/docs/sp800_154_draft.pdf accessed 8/30/2024.
- https://csrc.nist.gov/glossary/term/Tactics_Techniques_and_Procedures, accessed 8/29/2024
- National Institute of Standards and Technology, 2012. SP 800-61: Computer Security Incident Handling Guide
- Farrow, Ronan. "How Democracies Spy on Their Citizens." The New Yorker, April 18, 2022. https://www.newyorker.com/magazine/2022/04/25/how-democracies-spy-on-their-citizens, accessed 8/29/2024.
- Bergman, R. and Mazzetti, M. 2022. "The Battle for the World's Most Powerful Cyberweapon," New York Times, January 28, 2022, https://www.nytimes.com/2022/01/28/magazine/nso-group-israel-spyware.html, accessed 8/29/2024.
- https://googleprojectzero.blogspot.com/2018/12/adventures-in-video-conferencing-part-3.html
- https://googleprojectzero.blogspot.com/2018/12/adventures-in-video-conferencing-part-4.html, accessed 8/27/2024.
- https://signal.org/blog/whatsapp, accessed 8/27/2024

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

- https://signal.org/blog/whatsapp-complete, accessed 8/27/2024

Curriculum Vitae

# Anthony Vance

Ralph Medinger Lenz Professor and Commonwealth Cyber Initiative Fellow
Director of Pamplin Integrated Security
Department of Business Information Technology
Pamplin College of Business
Virginia Tech

Senior Editor, *MIS Quarterly*
Board Member, *Journal of the Association for Information Systems*

Anthony@Vance.name
https://anthonyvance.com
+1 801 361 2531

Neurosecurity Lab
https://neurosecurity.net

Updated August 30, 2024

**EDUCATION**

| | |
|---|---|
| **Ph.D., Information Processing Science** | 2010 |
| University of Oulu, Oulu, Finland | |

Dissertation: "Why Do Employees Violate IS Security Policies? Insights from Multiple Theoretical Perspectives"

| | |
|---|---|
| **Ph.D., Computer Information Systems** | |
| Georgia State University, Atlanta, Georgia, USA | 2009 |

Joint-dissertation: "Trusting IT Artifacts: How Trust Affects our Use of Technology"

| | |
|---|---|
| **Ph.D., Management Science** | 2008 |
| Université Paris–Dauphine, Paris, France | |
| Research Center in Management and Organization (DRM/CREPA) | |

Joint-dissertation: "Trusting IT Artifacts: How Trust Affects our Use of Technology"

**Master of Information Systems Management, Marriott School**     2004
Brigham Young University, Provo, Utah, USA

**Bachelor of Science, Information Systems, Marriott School**     2003
Brigham Young University, Provo, Utah, USA

## WORK EXPERIENCE

**Ralph Medinger Lenz Professor in Business**     2023–Present
Virginia Tech, Virginia, USA

**Professor & Commonwealth Cyber Initiative Fellow**     2021–2023
Virginia Tech, Virginia, USA

**Associate Professor & David Adamany Senior Research Fellow**   2018–2021
Temple University, Pennsylvania, USA

**Danny & Elsa Lui Distinguished Associate Professor**     2017–2018
University of Hawaiʻi at Mānoa, Hawaii, USA

**Associate Professor & Selvoy J. Boyer Fellow**     2015–2018
Brigham Young University, Utah, USA

**Assistant Professor**     2009–2015
Brigham Young University, Utah, USA

**Visiting Research Professor**     2008–2010
University of Oulu, Oulu, Finland

**Instructor**     2006–2008
Georgia State University, Atlanta, Georgia

**Fraud Investigator**     2005
Data Quality Integrity, Deloitte LLP, Atlanta, Georgia

**Information Security Consultant**     2004
Enterprise Risk Services, Deloitte LLP, Atlanta, Georgia

## RESEARCH INTERESTS

1. Behavioral and organizational cybersecurity
2. Neuroscience applications to cybersecurity

## SCHOLARSHIP METRICS

- 8876 citations per Google Scholar
- 31 H-index

**POPULAR PRESS**

5.  **Anthony Vance** and Zeynep Sahin, "Why Do Employees Keep Ignoring Workplace Cybersecurity Rules?" *The Wall Street Journal*, September 26, 2023, https://wsj.com/tech/cybersecurity/cybersecurity-risks-employees-training-c7415183.

4.  Min-Seok Pang and **Anthony Vance**, "Your Personal Data Has Been Stolen. Will It Really Cost You Anything?" *The Wall Street Journal*, June 6, 2023, https://www.wsj.com/articles/personal-data-stolen-what-cost-you-f0c8e6a1.

3.  **Anthony Vance** and C. Brock Kirwan, "Why Do We Fall for Hackers? Blame Our Brains" *The Wall Street Journal*, February 15, 2023, https://www.wsj.com/articles/why-do-we-fall-for-hackers-blame-our-brains-2fcb4d09.

2.  **Anthony Vance** and Michelle Lowry, "How CISOs Can Wield More Power in Organizations," *The Wall Street Journal*, December 5, 2022, https://www.wsj.com/articles/information-security-officers-power-companies-11670015448.

1.  **Anthony Vance** and Michelle Lowry, "Why Corporate Boards Need More Cybersecurity Expertise," *The Wall Street Journal*, September 7, 2022, https://www.wsj.com/articles/corporate-boards-cybersecurity-experts-11662494801.

**JOURNAL PUBLICATIONS**

36. Pang, M., **Vance, A.** "Breached and Denied: The Cost of Data Breaches on Individuals as Mortgage Application Denials," *MIS Quarterly*, forthcoming.

35. Sahin, Z., **Vance, A.** "What Do We Need to Know about the Chief Information Security Officer? A Literature Review and Research Agenda," Computers & Security, forthcoming.

34. Kirwan, C., **Vance, A.**, Jenkins, J., Anderson, B. 2023. "Embracing Brain and Behaviour: Designing Programs of Complementary Neurophysiological and Behavioural Studies," **Information Systems Journal**, 33 (2), pp. 324–349.

33. **Vance, A.**, Eargle, D., Eggett, D., Straub, D., Ouimet, K. 2022. "Do Security Fear Appeals Work When They Interrupt Tasks? A Multi-Method Examination of Password Strength," *MIS Quarterly*, 46 (3), pp. 1721–1738.

32. Siponen, M., Soliman, W., **Vance, A.** 2022. "Common Misunderstandings of Deterrence Theory in Information Systems Research and Future Research Directions," *DATA BASE for Advances in Information Systems*, 53 (1), pp. 25–60. Awarded DATA BASE's "**Best Paper**" for 2022.

31. Abbasi, A., Dobolyi, D., **Vance, A.,** Zahedi, M. 2021. "The Phishing Funnel Model: A Design Artifact to Predict User Susceptibility to Phishing Websites," *Information Systems Research*, 32 (2), pp. 410–436. Awarded ISR's "**Best Published Paper**" for 2021.

30. Sarkar, S., **Vance, A.** Ramesh, B., Demestihas, M., Wu, D. 2020. "The Influence of Professional Subculture on Information Security Policy Violations: A Field Study in a Healthcare Context." *Information Systems Research*, 31 (4), pp. 1240–1259.

29. Kirwan, C., Bjornn, D., Anderson, B., **Vance, A**., Eargle, D., Jenkins, J. 2020. "Repetition of Computer Security Warnings Results in Differential Repetition Suppression Effects as Revealed With Functional MRI," **Frontiers in Psychology**, 11, pp. 1–10.

28. **Vance, A**., Siponen, M., Straub, D. 2020. "The Effects of Sanctions, Moral Beliefs, and Neutralization on Information Security Policy Violations Across Cultures," *Information & Management*, 57, pp. 1–9.

27. Siponen, M., **Vance, A.**, Puhakainen, P. 2020. "Can Employees' Neutralizations be Overcome? A Field Experiment on Password Policy," *Computers & Security*, 88, pp. 1–12.

26. **Vance, A.**, Jenkins, J., Anderson, B., Bjornn, D., Kirwan, B. 2018. "Tuning Out Security Warnings: A Longitudinal Examination of Habituation through fMRI, Eye Tracking, and Field Experiments," *MIS Quarterly*, 42 (2), pp. 355–380.

25. Jenkins, J., Anderson, B., **Vance, A.**, Kirwan, B., Eargle, D. 2016. "More Harm than Good? How Security Messages that Interrupt Make Us Vulnerable," *Information Systems Research*, 27 (4), pp. 880–896. Awarded ISR's "**Best Published Paper**" for 2016.

24. Anderson, B., Jenkins, J., **Vance, A.**, Kirwan, B., Eargle, D. 2016. "Your memory Is Working Against You: How Eye Tracking and Memory Explain Habituation to Security Warnings," *Decision Support Systems*, 92, pp. 3–13.

23. Anderson, B., **Vance, A.**, Kirwan, B., Jenkins, J., Eargle, D. 2016. "From Warning to Wallpaper: Why the Brain Habituates to Security Warnings and What Can Be Done About It," *Journal of Management Information Systems*, 33 (3), pp. 713–743.

22. Hui, K.L., **Vance, A.**, Zhdanov, D. 2016. "Securing Digital Assets," in *MIS Quarterly Research Curations*, Ashley Bush and Arun Rai, Eds., http://misq.org/research-curations.

21. Anderson, B., **Vance, A.**, Kirwan, B., Eargle, D., Jenkins, J. 2016. "How Users Perceive and Respond to Security Messages: A NeuroIS Research Agenda and Empirical Study," *European Journal of Information Systems*, 25 (4), pp. 364–390.

20. Anderson, B., Kirwan, B., Eargle, D., Jensen, S., **Vance, A.** 2015. "Neural Correlates of Gender Differences and Color in Distinguishing Security Warnings and Legitimate Websites: A Neurosecurity Study," **Journal of Cybersecurity**, 1 (1), pp.

109–120.

19. **Vance, A.**, Lowry, P.B., Eggett, D. 2015. "Increasing Accountability through User-Interface Design Artifacts: A New Approach to Addressing the Problem of Access-Policy Violations," *MIS Quarterly*, 39 (2), pp. 345–366.

18. **Vance, A.**, Anderson, B., Kirwan, B., Eargle, D. 2014. "Using Measures of Risk Perception to Predict Information Security Behavior: Insights from Electroencephalography (EEG)," *Journal of the Association for Information Systems*, 15 (10), pp. 679–722.

17. Siponen, M., **Vance, A.** 2014. "Guidelines for Improving the Contextual Relevance of Field Surveys: The Case of Information Security Policy Violations," *European Journal of Information Systems*, 23 (3), pp. 289–305.

16. Lowry, P.B., Moody, G., Galletta, D., **Vance, A.** 2013. "The Drivers in the Use of Online Whistle-Blowing Reporting Systems," *Journal of Management Information Systems*, 30 (1), pp. 153–190.

15. **Vance, A.**, Lowry, P.B., Eggett, D. 2013. "Using Accountability to Reduce Access Policy Violations in Information Systems," *Journal of Management Information Systems*, 29 (4), pp. 263–289.

14. Abbasi, A., Albrecht, C., **Vance, A.**, Hansen, J. 2012. "MetaFraud: A Meta-Learning Framework for Detecting Financial Fraud," *MIS Quarterly*, 36 (4), pp. 1293–1327.

13. Siponen, M., **Vance, A.**, Willison, R. 2012. "New Insights into the Problem of Software Piracy: The Effects of Neutralization, Shame, and Moral Beliefs," *Information & Management*, 49 (7-8), pp. 334–341.

12. Mahmood, M., Siponen, M., López, F., **Vance, A.** 2012. "Measuring Electronic Commerce Technology Enabled Business Value: An Empirical Investigation," *Journal of Organizational Computing and Electronic Commerce*, 22 (3), pp. 256–279.

11. **Vance, A.**, Siponen, M., Pahnila, S. 2012. "Motivating IS Security Compliance: Insights from Habit and Protection Motivation Theory," *Information & Management*, 49, pp. 190–198.

10. Lowry, P.B., Moody, G., **Vance, A.**, Jensen, M., Jenkins, J., and Wells, T. 2012. "Using an Elaboration Likelihood Approach to Better Understand the Persuasiveness of Website Privacy Assurance Cues for Online Consumers," *Journal of the American Society for Information Science and Technology*, 63 (4), pp. 755–776.

9. Borthick, F., Schneider, G., **Vance, A.** 2012. "Using Graphical Representations of Business Processes in Evaluating Internal Control," *Issues in Accounting Education*, 27 (1), pp. 123–140.

8. **Vance, A.**, Siponen, M. 2012. "IS Security Policy Violations: A Rational Choice Perspective," *Journal of Organizational and End User Computing*, 24 (1), pp. 21–

41.

7.   Barlow, J., Giboney, J., Keith, M., Wilson, D., Schuetzler, R., Lowry, P.B., **Vance, A.** 2011. "Overview and Guidance on Agile Development in Large Organizations," *Communications of the AIS*, 29 (2), pp. 25–44.

6.   Siponen, M., **Vance, A.** 2010. "Neutralization: New Insights into the Problem of Employee Information Systems Security Policy Violations," *MIS Quarterly*, 34 (3), pp. 487–502.

5.   Borthick, A. F., Schneider, G., **Vance, A.** 2010. "Preparing Graphical Representations of Business Processes and Making Inferences from Them," *Issues in Accounting Education*, 25 (3), pp. 569–582.

4.   **Vance, A.,** Lowry, P.B., Ogden, J. 2010. "Testing the Potential of RFID to Increase Supply-Chain Agility and to Mitigate the Bullwhip Effect," *International Journal of Applied Logistics*, 1 (1), pp. 48–56.

3.   Myyry, L., Siponen, M., Pahnila, S., Vartiainen, T., and **Vance, A.** 2009. "What Levels of Moral Reasoning and Values Explain Adherence to Information Security Rules? An Empirical Study," *European Journal of Information Systems*, 18, pp. 126–139.

2.   **Vance, A.,** Elie-dit-Cosaque, C., and Straub, D. 2008. "Examining Trust in Information Technology Artifacts: The Effects of System Quality and Culture," *Journal of Management Information Systems*, 24 (4), pp. 73–100.

1.   Lowry, P.B., **Vance, A.,** Moody, G., Beckman, B., Read, A. 2008. "Explaining and Predicting the Impact of Branding Alliances and Web Site Quality on Initial Consumer Trust of E-Commerce Web Sites," *Journal of Management Information Systems*, 24 (4), pp. 201–227.

## CONFERENCE PUBLICATIONS

42.   Gedris, K. and **Vance, A.** 2024. "'We Can't Help You – It's Not Criminal': Revealing Barriers to Reporting Cyberstalking through a Focal Concerns Perspective." *Proceedings of Americas Conference on Information Systems* (AMCIS), Salt Lake City, Utah. Awarded "**Best Emergent Research Forum (ERF) Paper.**"

41.   **Vance, A.,** Lowry, M., Sahin, Z. 2022. "Taking a Seat at the Table: The Quest for CISO Legitimacy," *International Conference on Information Systems*, Copenhagen, Denmark.

40.   Dobolyi, D., Abbasi, A., Zahedi, F. **Vance, A.,** 2020. "An Ordinal Approach to Modeling and Visualizing Phishing Susceptibility" IEEE International Conference on Intelligence and Security Informatics (ISI).

39.   Kirwan, B., Anderson, B., Eargle, D., Jenkins, J., & **Vance, A.** 2020. Using fMRI to measure stimulus generalization of software notification to security warnings. In *Information Systems and Neuroscience: NeuroIS Retreat 2019*,  pp. 93–99.

38. Zou, W., **Vance, A.,** Straub, D., and Yan, J. 2020. "The Differential Role of Alternative Data in SME-Focused Fintech Lending," *ICIS 2020 Proceedings*. 13.

37. Zou, W., **Vance, A.,** and Yan, J. 2020. "The Differential Role of Alternative Data in SME-Focused Fintech Lending," *AMCIS 2020 Proceedings*. 7.

36. Havakhor, T. Ogbanufe, O., **Vance, A.,** 2020. "Are Personal Trades Worth a Thousand Words?" In *Workshop on the Economics of Information Security* (WEIS), Brussels, Belgium. 35% acceptance rate.

35. **Vance, A.,** Eargle, D., Jenkins, J. L., Kirwan, C. B., & Anderson, B. B. 2019. "The Fog of Warnings: How Non-essential Notifications Blur with Security Warnings." In *Fifteenth Symposium on Usable Privacy and Security* (SOUPS), San Jose, CA. 23% acceptance rate.

34. **Vance, A.,** Jenkins, J. L., Anderson, B. B., Brock Kirwan, C., & Bjornn, D. (2019). Improving Security Behavior through Better Security Message Comprehension: fMRI and Eye-tracking Insights. In *Information Systems and Neuroscience: NeuroIS Retreat 2018,* pp. 11–17.

33. **Vance, A.,** Jenkins, J. L., Anderson, B. B., Kirwan, C. B., & Bjornn, D. (2018). Why and How to Design Complementary NeuroIS and Behavioral Experiments. In *Information Systems and Neuroscience: Gmunden Retreat on NeuroIS 2017*, pp. 65–71.

32. **Vance, A.,** Kirwan, B., Bjornn, D., Jenkins, J., Anderson, B. 2017. "What Do We Really Know about How Habituation to Warnings Occurs Over Time? A Longitudinal fMRI Study of Habituation and Polymorphic Warnings," *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI), Denver, Colorado. 25% acceptance rate.

31. Dobolyi, D., Abbasi, A., Zahedi, F. M., & **Vance, A.** 2017. Predicting User Susceptibility to Phishing Websites. In *INFORMS Workshop on Data Science, Houston, TX*.

30. Anderson, B. B., **Vance, A.,** Jenkins, J. L., Kirwan, C. B., & Bjornn, D. (2017). It all blurs together: How the effects of habituation generalize across system notifications and security warnings. In *Information Systems and Neuroscience: Gmunden Retreat on NeuroIS 2016,* pp. 43-49.

29. Eargle, D., Galletta, D., Kirwan, B., **Vance, A.,** & Jenkins, J. 2016. Integrating Facial Cues of Threat into Security Warnings–An fMRI and Field Study. *AMCIS 2016 Proceedings*. 22.

28. Jenkins, J. L., Anderson, B. B., **Vance, A.,** & Jensen, S. R. 2016. When Training Gets Trumped: How dual-Task interference inhibits Security Training. In *European Conference on Information Systems, **163**.*

27.  Lerner, A. Saxena, A., Ouimet, K., Turley, B., **Vance, A.**, Kohno, Y., Roesner, F. 2015. "Analyzing the Use of Quick Response Codes in the Wild," *Proceedings of the Thirteenth International Conference on Mobile Systems, Applications and Services,* (MobiSys), Florence, Italy. 13% acceptance rate.

26.  Anderson, B., Kirwan, B., Eargle, D., Jenkins, J., Howard, S, **Vance, A.** 2015. "How Polymorphic Warnings Reduce Habituation in the Brain—Insights from an fMRI Study," *Proceedings of the ACM Conference on Human Factors in Computing Systems* (CHI), pp. 2883–2892. Seoul, Korea, 24% acceptance rate.

25.  Anderson, B. B., **Vance, A.**, Kirwan, B., Jenkins, J., & Eargle, D. 2015. Using fMRI to explain the effect of dual-task interference on security behavior. In *Information Systems and Neuroscience: Gmunden Retreat on NeuroIS 2015*, pp. 145-150.

24.  Anderson, B., **Vance, A.**, Kirwan, B., & Jenkins, J. 2015. "Not Now:" Using fMRI and Eye Tracking to Improve the Timing of Security Messages. *WISP 2015 Proceedings*. 23.

23.  Anderson, B., Eargle, D., Jenkins, J., Kirwan, B., & **Vance, A.** 2015. The Impact of Technostress on Users' Responses to Security Warnings: A NeuroIS Study. *AMCIS 2015 Proceedings*. 37.

22.  Anderson, B., **Vance, A.**, Kirwan, B., Eargle, D., Howard, S. 2014. "Users Aren't (Necessarily) Lazy: Using NeuroIS to Explain Habituation to Security Warnings," *International Conference on Information Systems*, Auckland, New Zealand.

21.  Anderson, B., **Vance, A.**, Kirwan, B., Eargle, D., Howard, S. 2014. "Why Users Habituate to Security Warnings: Insights from fMRI," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Newcastle, UK.

20.  Eargle, D., **Vance, A.**, Eggett, D., Lowry, P.B. 2013. "How Moral Intensity and Impulsivity Moderate the Influence of Accountability on Access Policy Violations in Information Systems," *Workshop on Information Security & Privacy*, AIS SIGSEC and IFIP TC11.1, Milan, Italy.

19.  Anderson, B., **Vance, A.**, Eargle, D. 2013. "Is Your Susceptibility to Phishing Dependent on Your Memory?," *Workshop on Information Security & Privacy*, AIS SIGSEC and IFIP TC11.1, Milan, Italy.

18. Anderson, B., **Vance, A.,** Eargle, D., Brock, K. 2013. "Your Memory is Working Against You: How Eye Tracking and Memory Explain Susceptibility to Phishing," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Niagara, NY.

17. **Vance, A.,** Anderson, B., Brock, K., Eargle, D. 2013. "Using Measures of Risk Perception to Predict Information Security Behavior: Insights from Electroencephalography (EEG)," JAIS workshop, *Gmunden Retreat on NeuroIS*, Gmunden, Austria.

16. **Vance, A.,** Eargle, D., Ouimet, K., Straub, D. 2013. "Enhancing Password Security through Interactive Fear Appeals: A Web-based Field Experiment," *Hawaii International Conference on Systems Sciences*, Wailea, HI.

15. Eargle, D., **Vance, A.,** & Lowry, P. B. 2013. "How Moral Intensity and Impulsivity Moderate the Influence of Accountability on Access Policy Violations in Information Systems," In *WISP 2012 Proceedings. 37.*

14. Eargle, D., **Vance, A.,** Allen, G., Barrick, D., Peck, D., Bearnson, T., Tian, J. 2012. "Justifying Breaking the Glass: How Accountability Can Deter Unauthorized Access," *Workshop on Information Security & Privacy*, AIS SIGSEC and IFIP TC11.1, Orlando, FL.

13. Anderson, B., **Vance, A.,** Hansen, J., Kirwan, B., Eargle, D., Hinkle, L., Weagel, A. 2012. "Neural Correlates of Gender Differences in Distinguishing Malware Warnings and Legitimate Websites: A NeuroIS Study," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Provo, UT.

12. **Vance, A.,** Eargle, D., Ouimet, K., Straub, D. 2012. "How Interactivity Can Enhance the Effectiveness of Fear Appeals: A Web-based Field Experiment of Password Security," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Provo, UT.

11. **Vance, A.,** Molyneux, B., Lowry, P.B. 2012. "Reducing Unauthorized Access by Insiders through End-User Design: Making Users Accountable," *Hawaii International Conference on Systems Sciences*, Wailea, HI.

10. **Vance, A.,** Siponen, M., Warkentin, M. 2011. "Deterrence Without Borders: How National Culture Affects IS Security Policy Violations," *Workshop on Information Security & Privacy*, AIS SIGSEC and IFIP TC11.1, Shanghai.

9. **Vance, A.**, Molyneux, B., Lowry, P.B. 2011. "A New Approach to the Problem of Unauthorized Access: Raising Perceptions of Accountability through User Interface Design Features," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Blacksburg, VA.

8. **Vance, A.**, Allen, G., Molyneux, B., Lowry, P.B. 2010. "Making Systems Users Accountable: Using Accountability to Reduce Unauthorized Access of Information," *The Dewald Roode Workshop on Information Systems Security Research*, IFIP WG8.11/WG11.13, Waltham, MA.

7. Siponen, M., **Vance, A.**, and Willison, R. 2010. "New Insights for an Old Problem: Explaining Software Piracy through Neutralization Theory," *Hawaii International Conference on Systems Sciences*, Poipu, HI.

6. **Vance, A.**, Siponen, M., Pahnila, S. 2009. "How Personality and Habit Affect Protection Motivation," *Workshop on Information Systems & Privacy*, Phoenix, AZ.

5. Borthick, A. F., Schneider, G. P., and **Vance, A.** 2009. "Using Graphical Representations of Business Processes in Evaluating Internal Control," *American Accounting Association Annual Midyear Meeting*.

4. Borthick, F., **Vance, A.** 2007. "Preparing Graphical Representations of Business Processes and   Making Inferences from Them," *American Accounting Association Annual Meeting*.

3. **Vance, A.** 2007. "Modeling Sarbanes-Oxley Compliance as a Knowledge-intensive Process," *40th Annual Hawai'i International Conference on System Sciences*.

2. Pallud, J., Monod, E., **Vance, A.** 2006. "The Implications of the Linguistic Turn on IS," *Proceedings of the Twelfth Americas Conference on Information Systems*.

1. **Vance, A.** 2005. "An Empirical Test of the Potential of RFID Technology to Enhance Supply Chain Agility," *IFIP WG 8.6 Working Conference on Business Agility and IT Diffusion*.

**WORKING PAPERS AND MISCELLANEOUS**

- Lowry, M. Vance, A., Vance, M. (2022) "Inexpert Supervision: Field Evidence on Boards' Oversight of Cybersecurity," available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4002794.

- Vance, A., Warkentin, M., & Johnston, A. (2023). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research.

- Warkentin, M., Vance, A., & Johnston, A. C. (2022). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research. In 55th Hawaii International Conference on System Sciences (HICSS) (pp. 4788).

- Furnell, S., Haskell-Dowland, P., Agrawal, M., Baskerville, R., Basu, A., Bishop, M., ... Vance, A., & Warkentin, M. (2021). Information security and privacy–challenges and outlook. *Advancing Research in Information and Communication Technology:*

*IFIP's Exciting First 60+ Years, Views from the Technical Committees and Working Groups*, 383-401.

- Warkentin, M., Johnston, A., & Vance, A. (2021). Introduction to the Innovative Behavioral IS Security and Privacy Research Minitrack. In *54th Hawaii International Conference on System Sciences* (pp. 4517).

- Johnston, A., Warkentin, M., & Vance, A. (2020). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research.

- Warkentin, M., Johnston, A., & Vance, A. (2019). Introduction to the Innovative Behavioral IS Security and Privacy Research Minitrack. In *52nd Hawaii International Conference on System Sciences* (p. 4823).

- Warkentin, M., Vance, A., & Johnston, A. C. (2018). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research. In 51st Hawaii International Conference on System Sciences (HICSS) (p. 3657).

- Warkentin, M., Vance, A., & Johnston, A. C. (2017, January). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research. In 2016 49th Hawaii International Conference on System Sciences (HICSS) (pp. 4001).

- Warkentin, M., Vance, A., & Johnston, A. C. (2016, January). Introduction to the Minitrack on Innovative Behavioral IS Security and Privacy Research. In 2016 49th Hawaii International Conference on System Sciences (HICSS) (pp. 3635-3635). IEEE.

- Warkentin, M., Johnston, A., & Vance, A. (2015, January). Introduction to the Innovative Behavioral IS Security and Privacy Research Minitrack. In *2015 48th Hawaii International Conference on System Sciences* (pp. 3452-3452). IEEE.

## PATENTS

- Baskerville, R., Grace, M., Straub, D., Stucke, C., Vaishnavi, V., Vandenberg, A., ... & Vance, A. (2014). "Trusted query network systems and methods," U.S. Patent No. 8,775,402. Washington, DC: U.S. Patent and Trademark Office.

## EXTERNAL GRANTS

- 2021 Commonwealth Cyber Initiative Southwest Virginia, $100,000.

- 2018 NSF Secure & Trustworthy Cyberspace for proposal entitled, "The Blurring of Non-essential Notifications and Critical Security Warnings: Examining the Problem of Generalization in the Brain" (CNS-1814721). Awarded $151,823 with Drs. Bonnie Anderson and Brock Kirwan.

- 2016 NSF award to supplement grant, "The Force of Habit: Using fMRI to Explain Users' Habituation" (CNS-1422831). Awarded $58,185 with Drs. Bonnie Anderson and Brock Kirwan.

- 2016 Google Faculty Research Award for proposal entitled "Improving Adherence to Security Messages through Intelligent Timing: A Neurosecurity Study." Awarded $34,200 with Drs. Bonnie Anderson and Brock Kirwan.

- 2015 Google Faculty Research Award for proposal entitled, "Has Your Warning Turned into Wallpaper? Using Neuroscience to Design Habituation-Resistant Security Messages." Awarded $35,503 with Drs. Bonnie Anderson and Brock Kirwan.

- 2014 NSF Secure & Trustworthy Cyberspace for proposal entitled, "The Force of Habit: Using fMRI to Explain Users' Habituation to Security Warnings" (CNS-1422831). Awarded $294,341 with Drs. Bonnie Anderson and Brock Kirwan.

**UNIVERSITY GRANTS AND STUDENT MENTORING**

- 2019 Young Scholar Award. Mentored Leting Zhang for a $2,000 award
- 2019 Young Scholar Award. Mentored Weifei Zou for a $1,500 award
- 2015 Extension of Magnetic Resonance Imaging Research Facility Initiation Grant, "Understanding the Efficacy of Video-Based Software Privacy Policies." Awarded $5,000 with Drs. Mark Keith and Bonnie Anderson, Brigham Young University
- 2014 Mentoring Environment Grant for proposal entitled "Your Memory is Working Against You: Using fMRI to Explain How Memory Affects Susceptibility to Phishing." Awarded $19,527 to fund mentored research with MISM graduate students, Brigham Young University
- 2014 Magnetic Resonance Imaging Research Facility Initiation Grant, "Understanding the Efficacy of Video-Based Software Privacy Policies." Awarded $5,000 with Drs. Mark Keith and Bonnie Anderson, Brigham Young University.
- 2014 ORCA grant for proposal entitled "Look Sharp! How Eye Tracking and Memory Explain Susceptibility to Phishing." Mentored BSIS students Ian Jones, Thomas Kelly, and Jeff Penovich for a $1,500 grant, Brigham Young University.
- 2012 Mentoring Environment Grant for proposal entitled "Accountability through Justification: A New Approach to the Problem of Unauthorized Access of Information Systems." Awarded $19,704 to fund mentored research with MISM graduate students, Brigham Young University.
- 2012 Global Management Center Grant for International Business Research, for "Deterrence without Borders: How National Culture Affects Information Security Policy Violations." Awarded $1,000, Brigham Young University.
- 2011 ORCA grant for proposal entitled "Making Systems Users Accountable through User Interface Design Features." Mentored BSIS student Lee Wood for his $1,500 grant, Brigham Young University.
- 2011 ORCA grant for proposal entitled "Enhancing Password Security through Interactive Fear Appeals." Mentored BSIS student Kirk Ouimet for his $1,500 grant, Brigham Young University.

**EXTERNAL SERVICE**

- Senior editor, *MIS Quarterly*, 2021–present
- Chair, IFIP WG8.11/WG11.13 Information Systems Security Research, 2021–present
- Editorial board member and guest senior editor for *Journal of the Association for Information Systems*, 2015–present
- Editor, IFIP Working Group 8.11/11.13 Information Systems Security Research, 2010–present
- Minitrack chair, "Innovative Behavioral IS Security and Privacy Research," HICSS, 2015–present
- Associate editor, *MIS Quarterly*, 2016–2021
- USENIX Enigma 2020 Program committee member
- AMCIS 2020 Doctoral Consortium co-chair
- Program Committee member of the NeuroIS Retreat, 2015–2019, Vienna, Austria
- AE for *European Journal of Information Systems*, special issue on "Security and Privacy in 21st Century Organisations"
- AE for *Decision Support Systems*, special issue on "A Comprehensive Perspective on Information Systems Security: Technical Advances and Behavioral Issues"
- AE for *International Conference on Information Systems* (ICIS), 2011–2017, "Security and Privacy of Information and IS" track
- AE for ECIS 2015, "IS Privacy and Security" track, Münster, Germany
- AE for ECIS 2014, "Information Security and Privacy" track, Tel-Aviv, Israel
- Session chair for ICIS 2013, "Security and Privacy" track, Milan, Italy
- Program committee member, Workshop on Information Security & Privacy (WISP), AIS SIGSEC and IFIP TC11.1, Milan, Italy, 2013
- AE for PACIS 2013, Information Security, Jeju, Korea
- General chair, Dewald Roode Workshop on Information Systems Security Research, IFIP Working Group 8.11/11.13, 2012, Provo, UT
- AE for ECIS 2012, "Information Security and Privacy" track, Barcelona, Spain
- Program committee member, European Security Conference, 2012, Örebro, Sweden
- Track chair for ECIS 2011, "Information Security and Privacy" track, Helsinki, Finland
- Program committee member, Privacy Enhanced Technology and Security Engineering 2011, Busan, Korea
- Program chair, Dewald Roode Workshop on Information Systems Security Research, IFIP Working Group 8.11/11.13, 2010, Waltham, MA

**DISSERTATION COMMITTEE SERVICE**

- Dissertation advisor, Zeynep Sahin, Virginia Tech, 2021–present
- Dissertation committee member, Leting Zhang, Temple University, 2020–2022
- External reviewer, Amir Fard Bahreini, University of British Columbia, 2021
- Dissertation advisor, Calvin Nobles, Executive Doctorate in Business Administration, Temple University, 2019–2021
- Dissertation committee member, Siddharth Bhattacharya, Temple University,

2020–2021
- Dissertation committee member, Shan Xiao, Mississippi State University, 2019–2021
- Dissertation committee member, Christopher Barhorst, Virginia Tech, 2019–present
- Dissertation committee member, Daniel Bjornn, Department of Psychology and Neuroscience Center, Brigham Young University, 2018
- Dissertation committee member, David Eargle, Information Systems and Technology Management, University of Pittsburgh, 2017
- Dissertation committee member, Sumantra Sarkar, Computer Information Systems Department, Georgia State University, 2014
- Dissertation opponent for Ella Kolkowska, Örebro University, Sweden, 2013

**UNIVERSITY SERVICE**
- Director of Pamplin Integrated Security, Pamplin College of Business, Virginia Tech, 2022–present
- Director of the Center for Cybersecurity, Fox School of Business, Temple University, 2018–2021
- Doctoral Program Director, MIS Department, Temple University, 2019–2021
- Course coordinator for MIS major capstone MIS 4596: Managing Enterprise Cybersecurity, 2018–2021
- Fox School Promotion and Tenure Committee member, 2019–2020
- Hiring committee member, Temple University, 2018—2021
- Information Security and Privacy Committee member, BYU, 2014–2017
- PhD-Preparation coordinator, Marriott School, BYU, 2016–2017
- Behavioral Lab Steering Committee member, Marriott School, BYU, 2010–2017
- Faculty recruiting committee member, BYU, 2010–2017
- Information Security & Digital Forensics track director, Masters of Information Systems Management, BYU, 2012–2017
- PhD Preparation track director, Masters of Information Systems Management program, BYU, 2011–2016
- Alumni Relations Committee Chair, BYU, 2014–2016

**SPECIAL RECOGNITIONS/AWARDS**
- Erskine Fellow, University of Canterbury, Christchurch, New Zealand, 2023
- Ralph Medinger Lenz Professor in Business, Virginia Tech, 2023
- "Best Published Paper Award," *Information Systems Research* for papers published in 2021, for article Abbasi, A., Dobolyi, D., Vance, A., Zahedi, M. 2021. "The Phishing Funnel Model: A Design Artifact to Predict User Susceptibility to Phishing Websites," 32 (2), pp. 410–436.
- University of Jyväskylä, Finland Visiting Fellow, 2022
- Commonwealth Cyber Initiative Fellow, Virginia, 2021

- David Adamany Senior Research Fellow, Temple University, 2020–2021
- MIS Quarterly Outstanding Associate Editor Award, 2019
- AIS Distinguished Member—Cum Laude, 2019
- Elmer R. Deaver Senior Research Fellow, Temple University, 2018–2020
- Lieu Distinguished Professor of MIS, University of Hawaiʻi at Mānoa, 2017–2018
- Selvoy J. Boyer Fellowship, Marriott School of Management, 2012—2018
- Kavli Fellow, U.S. National Academy of Sciences
- "Best Published Paper Award," *Information Systems Research* for papers published in 2016, for article, "More Harm than Good? How Messages that Interrupt Can Make Us Vulnerable," 27 (4), pp. 880–896
- Outstanding Research, 2014 Marriott School of Management
- Nominated for best paper, "Reducing Unauthorized Access by Insiders through End-User Design: Making Users Accountable," **Vance, A.**, Molyneux, B., and Lowry, P.B., *Hawaii International Conference on Systems Sciences*, 2012
- Dissertation awarded grade "excellent" (5/5) by the University of Oulu, Finland, 2010
- Nominated for best paper, "New Insights for an Old Problem: Explaining Software Piracy through Neutralization Theory," Siponen, M., **Vance, A.**, and Willison, R., *Hawaii International Conference on Systems Sciences*, 2010
- Best Case Award, Borthick, A. F., Schneider, G. P., and **Vance, A.** "Using Graphical Representations of Business Processes in Evaluating Internal Control", American Accounting Association Annual Midyear Meeting, 2010
- Outstanding Education Paper Award, Borthick, A. F., Schneider, G. P., and **Vance, A.** "Preparing Graphical Representations of Business Processes and Making Inferences from Them", American Accounting Association Annual Midyear Meeting, 2009
- J. Mack Robinson College of Business GTA Teaching Excellence Award, Georgia State University, 2008
- Nominated for best reviewer, 6th Annual Workshop on HCI in MIS, Montreal, 2007

**PROFESSIONAL AFFILIATIONS**

- Founding member, IFIP Working Group 8.11/11.13, "Information Systems Security Research"
- Special Interest Group on Security (SIGSEC), Association for Information Systems