# Exhibit E

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

1            UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3    ---------------------------------------x

4    WHATSAPP INC., a Delaware corporation,

5    and FACEBOOK, INC., A Delaware

6    corporation,

7                        Plaintiffs,

8        -against-                    Civil Action No.

9    NSO GROUP TECHNOLOGIES LIMITED      4:19-cv-07123-PJH

10   and Q CYBER TECHNOLOGIES LIMITED,

11                       Defendants.

12   ---------------------------------------x

13          VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                ANTHONY O. VANCE, Ph.D.
14            Thursday, November 14, 2024
                New York, New York
15             9:09 a.m. - 5:54 p.m.
              ***HYBRID DEPOSITION***

16

17

18

19

20

21

22          Reported stenographically by:
          Richard Germosen, FAPR, CA CSR No. 14391
23     RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
          NCRA/NJ/NY/CA Certified Realtime Reporter
24        NCRA Realtime Systems Administrator
                    Job No. 3460
25

Case 4:19-cv-07123-PJH   Document 509-6   Filed 01/09/25   Page 3 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                    Job 3460

```
 1   ----------------------------------------------------
 2                   P R O C E E D I N G S
 3                        9:09 a.m.
 4                    New York, New York
 5   ----------------------------------------------------
 6          THE VIDEOGRAPHER:  Stand by, please.
 7          This is the beginning of Media Number 1
 8   in the deposition of Anthony Vance in the
 9   matter of WhatsApp, Inc., versus NSO Group
10   Technologies Limited, et al., held at King &
11   Spalding.  This deposition is being taken on
12   November 14, 2024, at approximately 9:09 a.m.
13   eastern time.
14          I am Richard Morales, the videographer
15   on behalf of Swivel Legal Solutions.  This
16   deposition is being videotaped at all times
17   unless specified to go off the video record.
18   All appearances will be noted on the
19   stenographic record.
20          Will the court reporter, Rich Germosen,
21   please swear in the witness.
22          CERTIFIED STENOGRAPHER:  Good morning.
23   My name is Rich Germosen.  I am a certified
24   stenographic reporter.  My license is
25   available for inspection.
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 4 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

```
 1                            - - -

 2                    (Whereupon, the Certified

 3   Stenographic Reporter administered the oath to

 4   the witness.)

 5                            - - -

 6   A N T H O N Y   O.   V A N C E,   Ph.D.,

 7   (the witness produced a State of Virginia driver's

 8   license), having been first duly sworn or affirmed,

 9   was examined and testified as follows:

10   EXAMINATION BY ATTORNEY AKROTIRIANAKIS:

11   BY ATTORNEY AKROTIRIANAKIS:

12        Q.    Good morning, Dr. Vance.

13        A.    Good morning.

14        Q.    My name is Joe Akrotirianakis.  I

15   am an attorney on behalf of the defendants in

16   this case.  I'm going to ask you a series of

17   questions today.

18              If you don't understand one of my

19   questions, would you please ask me to repeat

20   it or rephrase it, otherwise I'll assume that

21   you completely understood it, okay?

22        A.    Okay.

23        Q.    All right.

24              You understand that we're here

25   because the plaintiffs in this case, WhatsApp
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 5 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                           Job 3460
ANTHONY VANCE on 11-14-2024

 1  would in court.  That's what the rules

 2  require.  That's what I expect from you.

 3  We're going to have a problem if you're not

 4  going to follow the rules.

 5          ATTORNEY CORA:  We're going to have a

 6  big problem if you take that tone with me,

 7  Joe.

 8          ATTORNEY AKROTIRIANAKIS:  Oh, I'm sorry

 9  about your tone.  Just --

10          ATTORNEY CORA:  No, that's your tone.

11  You're not allowed to take that tone with me,

12  and I won't permit it so --

13          ATTORNEY AKROTIRIANAKIS:  You can do

14  whatever you want, counsel.

15          Would you please repeat my question to

16  the witness?

17          ATTORNEY CORA:  Well, the point is you

18  cannot do whatever you want, Joe.

19          ATTORNEY AKROTIRIANAKIS:  I'm just

20  asking -- I'm just asking questions.  He

21  hasn't answered them.

22          ATTORNEY CORA:  Your question is vague

23  and objectionable; compound and inappropriate.

24          So go ahead.

25          ATTORNEY AKROTIRIANAKIS:  If you would,

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 6 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3460
ANTHONY VANCE on 11-14-2024

1    please.

2          CERTIFIED STENOGRAPHER:  (Complies.)

3             (Whereupon, the requested portion

4    is read back by the certified stenographer as

5    follows:

6             "QUESTION:  Are they a complete

7    statement of the opinions that you formed in

8    this case and that you intend to express?")

9          ATTORNEY CORA:  And I have all the same

10   objections:  It's vague, compound, and it's

11   been asked and answered.

12        A.    These two reports reflect my

13   opinions accurately as I have reviewed the

14   evidence to this point, and I reserve the

15   right to express other opinions if further

16   evidence comes to light.

17   BY ATTORNEY AKROTIRIANAKIS:

18        Q.    Are you familiar with the Federal

19   Rules of Civil Procedure?

20          ATTORNEY CORA:  Objection to the form.

21   The witness is not a legal expert.

22        A.    I'm a lawyer, but I am casually

23   familiar with them.

24        Q.    Have you read the one that is

25   entitled:  Disclosure of Expert Testimony?

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 7 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

```
 1              ATTORNEY CORA:  Objection to the form.
 2   This is irrelevant.  He's not a legal expert.
 3        A.    You may read it to me if you wish.
 4        Q.    Do you understand my question?
 5        A.    I do understand your question.
 6        Q.    Can you answer it, please?
 7        A.    I haven't read that --
 8              ATTORNEY CORA:  I have all the same
 9   objections.
10        A.    I'm not a lawyer and I haven't
11   reviewed the rules immediately prior to coming
12   into this room so.
13        Q.    Well, have you ever reviewed
14   Federal Rules of Civil Procedure 26(a)(2)
15   titled:  Disclosure of Expert Testimony?
16              ATTORNEY CORA:  Objection to the form.
17   Outside the scope of his expert testimony.  He
18   is not a lawyer, and this is badgering the
19   witness in minute 10 of the deposition.
20        A.    I have reviewed it before.
21        Q.    Okay.  And do you understand that
22   it requires for experts, who must provide a
23   written report, the report to contain a
24   complete statement of all opinions the witness
25   will express and the basis and reasons for
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 8 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                            Job 3460
ANTHONY VANCE on 11-14-2024

```
 1   those opinions?

 2           ATTORNEY CORA:  Objection to the form.

 3   It's outside the scope of his expert report

 4   and he is not a lawyer.  It's also an

 5   incomplete statement of the law.

 6       A.    I'll just say again that this

 7   reflects my opinions of all the evidence I've

 8   reviewed up to this point.

 9       Q.    Okay.  So you have no other

10   opinions other than what are expressed in

11   Exhibits 1601 and 1610; is that fair?

12           ATTORNEY CORA:  Objection to the form.

13   Mischaracterizes the witness' testimony.  This

14   is asked and answered.

15       A.    These are my opinions as of today.

16       Q.    Okay.  And you have no other

17   opinions as of today other than as expressed

18   in Exhibits 1601 and 1610?

19           ATTORNEY CORA:  Objection to the form.

20   Mischaracterizes the witness' testimony.

21   Asked and answered.

22       A.    I believe I've already answered

23   that question.

24       Q.    Just for the clarity of the record,

25   could you indulge us to answer it again
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 9 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                                    Job 3460

```
 1   because I would disagree that you have
 2   answered it, so I'll ask it again.
 3            You have no other opinions as of
 4   today other than as expressed in Exhibits 1601
 5   and 1610?
 6            ATTORNEY CORA:  Objection to the form.
 7   The question is vague.
 8            Mr. -- Professor Vance presumably has
 9   lots of opinions in his life.  So this
10   question is unclear and it's also been asked
11   and answered.
12       A.    These are the opinions I wish to
13   give relative to this case with the evidence I
14   have at this point of time, but I reserve the
15   right to have other opinions as further
16   evidence is given to me.
17       Q.    And by these opinions, you're
18   referring to those opinions as stated in
19   Exhibits 1601 and 1610?
20       A.    Yes.
21       Q.    Do Exhibits 1601 and 1610 include
22   what you consider to be a complete statement
23   of your relevant qualifications?
24            ATTORNEY CORA:  Objection to the form.
25       A.    These reports give an accurate
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 10 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3460
ANTHONY VANCE on 11-14-2024

1    consultant at Deloitte that you believe is

2    relevant to the opinions that you intend to

3    express in this case?

4            ATTORNEY CORA:  Objection to the form.

5        A.    I think it was all relevant.

6        Q.    Okay.  So what else would be

7    relevant other than evaluating clients

8    information security controls and how those

9    controls mitigate threats?

10            ATTORNEY CORA:  Objection to the form.

11    Asked and answered.

12        A.    I think that's accurate.  I think

13    that's broad.  I think that includes the

14    relevant experience that's pertinent to this

15    case.

16        Q.    All right.

17            So you're not able to point back to

18    anything else from your position as an

19    information security consultant at Deloitte

20    that is experience relevant to the opinions

21    you intend to express in this case?

22            ATTORNEY CORA:  Objection to the form.

23    Mischaracterizes the witness' testimony.  Your

24    question is vague and it's difficult to

25    answer.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 11 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                      Job 3460
ANTHONY VANCE on 11-14-2024

1      A.    I worked there for a period between

2    2004 and 2005.  I worked at many clients, had

3    many experiences.  I think all of them were

4    relevant to this case, and I think the

5    description I gave you is accurate in how it

6    relates to this case.

7      Q.    Well, what are the experiences that

8    you're thinking of that you think are relevant

9    to the -- let me back up.

10            You understand that expert

11   witnesses are allowed to testify to opinions

12   that are helpful to the trier of fact based on

13   the expert's education, training, and

14   experience; correct?

15          ATTORNEY CORA:  Objection to the form.

16   He's not a legal -- he's not a lawyer.

17      A.    I'm not a lawyer, but I'll accept

18   that.

19      Q.    Okay.  So I'm asking you:  What

20   experiences from your position as an

21   information security consultant at Deloitte do

22   you believe are relevant to your opinions that

23   you intend to express in this case?

24          ATTORNEY CORA:  Objection to the form.

25   Asked and answered.  You don't like his

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 12 of 103

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    answer, but he's answered it now three times.

2         A.    So this is 20 years ago.  I can't

3    recall all the experiences I had at this time,

4    and if I could, it would exhaust your seven

5    hours, but I think the answer I gave you is

6    sufficient to tell you what is relevant to my

7    opinions in this case.

8         Q.    Okay.  So you don't intend to

9    express anything more about your experience as

10   a information security consultant at Deloitte

11   as supportive of your ability to express the

12   opinions that you intend to express in this

13   case?

14        ATTORNEY CORA:  Objection to the form.

15   That question is vague, confusing, and to the

16   extent you're trying to give him some sort of

17   legal instruction, I strongly object, and you

18   should ignore it.

19        If you want to ask specific questions

20   about his experience specifically, you can do

21   that.  He already answered your questions.  He

22   said his entire year from 2004 to 2005 is

23   relevant to his expert opinion.

24        A.    So I've had a broad experience, and

25   I can't -- I can't encapsulate in a very short

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 13 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                Job 3460
ANTHONY VANCE on 11-14-2024

1    looking at security from a societal level.  It

2    involves a number of dimensions of security,

3    such as economic security, food security, and

4    cybersecurity, and many others, and in data

5    governance and privacy, it looks at various

6    risks involved with large data sets and large

7    online systems.

8              I can go on, but I think it's

9    sufficient.

10        Q.    You said that you taught a class

11   called defending against cybercrime?

12        A.    Yes.

13        Q.    And what types of cybercrime were

14   you teaching about?

15        A.    Hacking.

16        Q.    Such as?

17        A.    Such as software exploitation;

18   network intrusion; insider threats.  There are

19   many crimes, but those are -- those are some

20   of them.  Those are the main ones.

21        Q.    Your CV lists different areas of

22   research that you've undertaken?

23        A.    Yes, it does.

24            ATTORNEY CORA:  I'll caution the

25   witness to just wait for the questioner to ask

Case 4:19-cv-07123-PJH   Document 509-6   Filed 01/09/25   Page 14 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                    Job 3460

1    a question before answering.

2         THE WITNESS:   Sorry.   I thought that

3    was a question.

4         Q.     For example, one of your

5    specialties is behavioral and organizational

6    cybersecurity; is that right?

7         A.     That's right.

8         Q.     And you've published papers, for

9    example, on predicting user susceptibility to

10   phishing websites?

11        A.     Yes.

12        Q.     And why employees keep ignoring

13   workplace cybersecurity rules?

14        A.     Yes.

15        Q.     Your second specialty is

16   neuroscience applications to cybersecurity; is

17   that right?

18        A.     Yes.

19        Q.     What does that mean?

20        A.     It grows out of behavioral --

21   people's behavior relative to cybersecurity.

22   It looks at some of the neural biases that we

23   have, how we process security warnings, for

24   example, in the brain and how that influences

25   subsequent behavior.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 15 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3460
ANTHONY VANCE on 11-14-2024

1        Q.    And you've published papers
2    measuring the effects of repeated computer
3    security warnings with a functional MRI?
4        A.    Yes.
5        Q.    What does that mean?
6        A.    Which row are you looking at?
7    Which line?
8        Q.    It's Number 29.  Repetition of
9    computer security warnings results in
10   differential repetition supression effects as
11   we deal with functional MRI?
12       A.    Yeah, so this is a part of a
13   research stream that spans multiple papers,
14   but it's about how people respond to security
15   messages and how our neural response to
16   security messages changes over time and how we
17   tune them out over time.
18       Q.    That's the basic idea; right?
19       A.    That's the basic idea.
20       Q.    It just becomes background noise?
21       A.    Like, for example, your brains have
22   tuned out the sound of the air conditioner,
23   but now that I've mentioned it, you're
24   focusing on it.  So we do the same thing with
25   warnings.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 16 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                        Job 3460

1      Q.    You wrote a publication about:  The

2   Habituation of the Brain to Security Warnings.

3   It's Number 23?

4      A.    Yeah, that's part of the same --

5          ATTORNEY CORA:  He needs to ask a

6   question.

7          THE WITNESS:  Sorry.

8      Q.    Is that correct, Dr. Vance?

9      A.    Sorry, ask the question again.

10      Q.    You wrote a paper on The

11   Habituation of the Brain to Security Warnings;

12   correct?

13      A.    Yes.

14      Q.    All right.

15          And that's part of the same thread

16   that goes through a lot of these publications

17   here, basically that over security warning

18   results in people tuning out the warning?

19          ATTORNEY CORA:  Objection to the form.

20      A.    Yes.

21      Q.    What is the neurosecurity lab at

22   BYU?

23      A.    That is a team of researchers, of

24   which I was a member, and we studied the

25   problem of cybersecurity issues through the

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 17 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    lens of neuroscience.  On our team were

2    several neuroscientists and we collaborated on

3    those problems.

4              ATTORNEY AKROTIRIANAKIS:  1604.

5              CERTIFIED STENOGRAPHER:  Number 1604.

6                        -  -  -

7              (Whereupon, document entitled BYU

8    Lab, Neurosecurity, is received and marked as

9    Exhibit 1604 for Identification.)

10                       -  -  -

11   BY ATTORNEY AKROTIRIANAKIS:

12        Q.    Do you recognize this as the --

13   from the website of the BYU neurosecurity lab?

14        A.    I do.

15        Q.    I see a younger Dr. Vance on

16   Page 4.

17              ATTORNEY CORA:  Objection.

18        Q.    Is that right, Dr. Vance?

19        A.    Yes, chronologically.  Physically

20   too.

21        Q.    Your research, as you wrote here,

22   focuses on how to help individuals and

23   organizations improve their cybersecurity

24   posture, particularly from behavioral,

25   organizational, and neuroscience perspectives;

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 18 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3460
ANTHONY VANCE on 11-14-2024

1    spyware.

2         Q.    Have you written about lawful --

3              ATTORNEY CORA:  Wait a second.  The

4    witness was about to complete his answer.

5         A.    I was mid-sentence, but a number of

6    my publications talk about security incidents

7    that involve exploitation.

8         Q.    You've not written specifically

9    about commercial spyware; correct?

10             ATTORNEY CORA:  Objection to the form.

11   Asked and answered.

12        A.    I've not written specifically about

13   software exploitation using spyware, but I

14   have written papers that involve software

15   exploitation as part of incidents.

16        Q.    So if I read the, I don't know, 80

17   or so publications here, would I find a

18   reference to commercial spyware?

19             ATTORNEY CORA:  Objection to the form.

20        A.    I can't recall whether I discuss

21   that term sitting here today.  It's quite

22   possible, but it certainly involves

23   exploitation in hacking.

24        Q.    Okay.  As far as you recall,

25   nothing about commercial spyware?

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 19 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

```
 1              ATTORNEY CORA:  Objection to the form.

 2    Asked and answered.

 3         A.    I'll say again if you'd like.  As I

 4    sit here, I cannot recall whether I used the

 5    term "spyware," but I certainly reference

 6    hacking and software exploitation in my

 7    publications.

 8         Q.    Do you have any publications about

 9    lawful intercept technology?

10              ATTORNEY CORA:  Objection to the form.

11         A.    No.

12         Q.    Do you have any publications about

13    the benefits or risks of unbreakable

14    end-to-end encryption?

15              ATTORNEY CORA:  Objection to the form.

16         A.    I do not talk about end-to-end

17    encryption in my research directly, but those

18    are topics, as well as the topic of

19    exploitation, in addition to lawful intercept,

20    those are topics I commonly refer to in my

21    classes.

22         Q.    Have you written anything about the

23    benefits or risks of unbreakable end-to-end

24    encryption?

25              ATTORNEY CORA:  Objection to the form.
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 20 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                      Job 3460

1    Asked and answered.

2          A.    I haven't written directly about

3    that, but that is a topic that's featured in

4    several of my classes.

5          Q.    Have you written indirectly about

6    it?

7              ATTORNEY CORA:  Objection to the form.

8          A.    I think so, yes.  I don't recall

9    sitting here, which publications, but --

10         Q.    But you think you have.  You just

11   don't recall?

12         A.    I think so.  It's just foundational

13   security control.

14         Q.    All right.  But you don't know

15   which of any of these relate to the benefits

16   or risks of unbreakable end-to-end encryption?

17             ATTORNEY CORA:  Objection to the form.

18         A.    I can't recall which of these

19   publications refer specifically to the

20   benefits of end-to-end encryption, however,

21   that's a foundational control that very likely

22   appears in my publications.  But I can say

23   it's directly addressed in a number of my

24   courses.

25         Q.    Have you ever written about the

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 21 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1   differences between lawful intercept or lawful

2   enforcement technologies and exploitation

3   software?

4         ATTORNEY CORA:  Objection to the form.

5         A.    My answer is similar to the one I

6   gave previously, that I haven't written about

7   that specifically, but that many of my courses

8   refer to this issue.

9         Q.    Meaning, that you've debated with

10  your students the differences between lawful

11  intercept or lawful enforcement technologies

12  and exploitation software?

13        ATTORNEY CORA:  Objection to the form.

14  Mischaracterizes the witness' testimony.

15        A.    In these courses, I've laid out the

16  various equities involved, some of the

17  interests involved on various sides of the

18  debate, some of the technology involved, the

19  ethical issues involved, victims involved.

20        Q.    On both sides of the issue?

21        A.    Yes.

22        Q.    Okay.  And what do you consider to

23  be the equities involved in the favor lawful

24  intercept and law enforcement technology?

25        ATTORNEY CORA:  I would --

Case 4:19-cv-07123-PJH   Document 509-6   Filed 01/09/25   Page 22 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1      Q.     Those are unbreakable end-to-end

2   encryption?

3        ATTORNEY CORA:  Objection to the form.

4      A.     There are arguments about the need

5   for government to access communications of

6   suspects.

7      Q.     Did you finish your answer?

8      A.     Yes.

9      Q.     I mean, that happens all the time;

10  right?

11     A.     Yes.

12       ATTORNEY CORA:  Objection to the form.

13     Q.     Quite lawfully; correct?

14     A.     Quite lawful what?

15     Q.     Quite lawfully governments access

16  communications of suspected criminals and

17  terrorists?

18       ATTORNEY CORA:  Objection to the form.

19  Outside the scope of his expert opinion.

20     A.     That's outside the scope of my

21  report, but I know that's -- that is something

22  that happens frequently.

23     Q.     And lawfully?

24       ATTORNEY CORA:  Objection to the form.

25  He's not a legal expert either.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 23 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                                Job 3460

1        A.    I'm not a legal expert, but

2   certainly under the parameters of law, but

3   there is also a number of cases where

4   government have abused their access, intercept

5   technology to commit crimes or abuses against

6   noncriminal groups.

7        Q.    You understand that there are

8   entire legal regimes in the United States

9   about the lawful intercept of communications

10  between expected criminals; correct?

11            ATTORNEY CORA:  Objection to the form.

12  Lacks foundation.  Outside the scope of his

13  expert opinion.  To the extent it calls for a

14  legal conclusion, it's inappropriate.  He's

15  not a lawyer.

16       A.    I'm not a lawyer, so I don't want

17  to opine about legal issues involved here.

18       Q.    Well, do you opine about them to

19  your students?

20       A.    I wasn't finished.

21       Q.    Okay.  Go ahead.  Finish and then

22  we'll get to my question.

23            Go ahead.

24            ATTORNEY CORA:  Please don't badger the

25  witness.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 24 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                                Job 3460

1         A.    So I don't mean to opine about the

2    legal issues involved here, but I will point

3    out that cybersecurity is a multinational

4    issue, and the United States may have a system

5    of determining what is lawful intercept, but

6    so does -- so do many other countries,

7    including China, including Russia, including

8    Iraq, including Iran, and we just can't speak

9    about one country without recognizing that the

10   very same intercept technologies may be used

11   by regimes around the world for a variety of

12   purposes, lawful and otherwise.

13        Q.    Do you know about the lawful

14   intercept regimes of any country?

15            ATTORNEY CORA:  Objection to the form.

16        Q.    Including the ones you mentioned?

17            ATTORNEY CORA:  Objection to the form.

18        A.    I'm not a lawyer, so I'm not going

19   to opine about the specifics of their -- of

20   their lawful intercepts procedures or rules or

21   processes, but I know they have them and I

22   know they use intercept technologies for a

23   variety of purposes, both lawful and purposes

24   that involve abuse.

25        Q.    Okay.  So my question was whether

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 25 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3460
ANTHONY VANCE on 11-14-2024

1  you know about the lawful intercept regimes of

2  any country?

3        ATTORNEY CORA:  Objection to the form.

4  Your question embeds the word "lawful."

5        A.    I'm not a lawyer, so I'm not going

6  to opine about the laws of various countries,

7  but I know that they use intercept

8  technologies within their legal frameworks and

9  that they use it for legal purposes, but also

10  to commit abuses against -- in some cases,

11  commit abuses against noncriminal groups.

12        Q.    And what countries are you accusing

13  of committing abuses against noncriminal

14  groups?

15        ATTORNEY CORA:  Objection to the form.

16  Mischaracterizes the witness' testimony.

17  Lacks foundation.

18        A.    I'm not making accusations, but

19  what I am doing is referring to a number of

20  incidents that have been documented in the

21  public press.  For example, on Page 8 and 9 of

22  my report, I list some examples.  This is a

23  nonexclusive list of examples, but this list

24  includes various governments, including

25  Morocco, including Mexico, including

Case 4:19-cv-07123-PJH   Document 509-6   Filed 01/09/25   Page 26 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                Job 3460

 1   answer.

 2                Now, I'm asking the question again.

 3   Where in your publications have you made --

 4   where in your publications have you written

 5   about vulnerable populations or civil society,

 6   if anywhere?

 7        ATTORNEY CORA:  Objection to the form.

 8   The witness gave an answer.  It was asked and

 9   answered.  Just because you don't like it

10   doesn't mean it's not responsive.

11        A.    I answered that question and I

12   could give it again if you'd like.

13        Q.    I just want to know where, if

14   anywhere, in your publications you have

15   written about vulnerable populations or civil

16   society?

17        ATTORNEY CORA:  There is no question

18   pending right now.

19        Q.    Do you understand my question,

20   Dr. Vance?

21        ATTORNEY CORA:  There is no question

22   pending.

23        A.    Would you restate your question?

24        Q.    Where, if anywhere, in your

25   publications have you written about vulnerable

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 27 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

1    populations or civil society?

2           ATTORNEY CORA:  Objection to the form.

3    Asked and answered.

4           A.    I've already given an answer on

5    this question.

6           Q.    You have to answer it again.

7           A.    I will.

8           Q.    Go ahead.

9           A.    But it will be the same answer.

10          Q.    Okay.  Go ahead.

11          ATTORNEY CORA:  Objection to the form.

12          Q.    Just point to the numbers where I

13   would read these publications and find

14   references either to vulnerable populations or

15   civil society, if there are any?

16          ATTORNEY CORA:  Objection to the form.

17          There is also no question pending.

18          Q.    Do you write about civil society or

19   vulnerable populations in any of your numerous

20   publications that we see here in your CV?

21          ATTORNEY CORA:  Objection to the form.

22          A.    I do not write about civil society

23   specifically, but my research is -- much of my

24   research involves vulnerable groups of some

25   kind or another, but more specifically, my

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 28 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3460
ANTHONY VANCE on 11-14-2024

1    teaching, I talk about these topics in depth.

2         Q.    Okay.  In the publications of

3    vulnerable populations?  Yes or no?

4              ATTORNEY CORA:  Objection to the form.

5              Yes or no what?

6         Q.    You said that you haven't written

7    about civil society.  I'm asking you now if

8    you've written about vulnerable populations?

9              ATTORNEY CORA:  Objection to the form.

10        Q.    Do you understand the question,

11   Dr. Vance?

12        A.    I do.

13             ATTORNEY CORA:  It's also asked --

14   objection to the form.  Asked and answered.

15             ATTORNEY AKROTIRIANAKIS:  Okay.

16        Q.    So which publications, if any, do

17   you write about vulnerable populations?

18             ATTORNEY CORA:  Objection to the form.

19   Asked and answered.

20        A.    Many of my publications relate to

21   vulnerable populations of some extent or

22   another.

23        Q.    All right.

24             Why don't you give us just three

25   examples.  Pick the best three.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 29 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

```
 1              ATTORNEY CORA:  Objection to the form.

 2              I think you need to ask a question.

 3   There is no question pending.  Why don't you

 4   give us just three examples --

 5              ATTORNEY AKROTIRIANAKIS:  Please stop

 6   talking and let him answer the question,

 7   counsel.

 8              ATTORNEY CORA:  You have to ask a

 9   question.

10              ATTORNEY AKROTIRIANAKIS:  There is a

11   question pending.

12              ATTORNEY CORA:  What's your question?

13   BY ATTORNEY AKROTIRIANAKIS:

14       Q.    Do you understand the question,

15   Dr. Vance?

16              ATTORNEY CORA:  What is the question

17   that you have pending?

18       Q.    Do you understand my question,

19   Dr. Vance?

20       A.    So Rich can read this back if you'd

21   like, but I believe your question is:  Which

22   of your publications have you addressed

23   vulnerable groups specifically?

24       Q.    Yes.  You understood my question.

25              Can you answer it, please?
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 30 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1      A.    My publications do not address

2  vulnerable publications [sic] directly, but

3  they involve vulnerable groups.  They're

4  definitely related to vulnerable groups, and I

5  don't recall -- I don't recall if some of this

6  research directly addresses those vulnerable

7  groups, but I'll say again that my teaching

8  directly addresses these topics in-depth.

9      Q.    All right.

10      ATTORNEY AKROTIRIANAKIS:  I'm going to

11  move to strike everything after, My

12  publications do not address vulnerable

13  populations directly.

14      ATTORNEY CORA:  And we object to that.

15      ATTORNEY AKROTIRIANAKIS:  Uh-huh.

16  BY ATTORNEY AKROTIRIANAKIS:

17      Q.    Have you ever written about law

18  enforcement or anti-terrorism investigations?

19      ATTORNEY CORA:  Objection to the form.

20      A.    Not directly.

21      Q.    Have you ever written about

22  military operations or intelligence

23  operations?

24      ATTORNEY CORA:  Objection to the form.

25      A.    No.

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1      Q.    Have you ever held a position in a

2   law enforcement agency?

3      A.    No.

4      Q.    Have you ever held a position in an

5   anti-terrorism agency?

6      A.    No.

7      Q.    Have you ever served in the

8   military?

9      A.    No.

10     Q.    Have you ever held a position in an

11  intelligence agency?

12     A.    No.

13       ATTORNEY CORA:  Objection to the form.

14     Q.    Have you ever participated in a law

15  enforcement investigation?

16       ATTORNEY CORA:  Objection to the form.

17     A.    I've participated in law

18  enforcement investigation that overlapped with

19  a legal case in which I was an expert, and I

20  believe they relied on my analysis and

21  conclusions.

22     Q.    Have you ever -- what was the

23  suspected crime in that investigation?

24     A.    This is the legal matter which is

25  listed in my vitae, which is the matter of Fox

Case 4:19-cv-07123-PJH   Document 509-6   Filed 01/09/25   Page 32 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    versus Prodigy and the crime involved is theft

2    of intellectual property.

3        Q.    Any other crimes that you've

4    investigated?

5        A.    No.

6          ATTORNEY CORA:  Objection to the form.

7        Q.    So no drug trafficking, no human

8    trafficking, no child sex trafficking, nothing

9    like that?

10         ATTORNEY CORA:  Objection to form.

11       A.    I listed -- I mentioned the one

12   involvement with law enforcement.

13       Q.    Okay.  Have you ever participated

14   in an anti-terrorism investigation?

15         ATTORNEY CORA:  Objection to the form.

16   Asked and answered.

17       A.    No.

18       Q.    Have you ever participated in a

19   military or intelligence operation?

20       A.    No.

21       Q.    Do you have any formal training or

22   certifications in law enforcement

23   investigations, anti-terrorism investigations,

24   military or intelligence operations?

25       A.    I'm a cybersecurity expert, and

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 33 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

1    many of my expertise overlaps with law

2    enforcement as it relates to cybercrime.

3         Q.    Do you have any formal training or

4    certification in law enforcement or

5    anti-terrorism investigation or military or

6    intelligence operations?

7              ATTORNEY CORA:  Objection to the form.

8    Asked and answered.

9         A.    I just gave an answer to that

10    question I believe.

11        Q.    Okay.  What certificates do you

12    hold?

13        A.    Certifications?

14        Q.    Yeah.

15        A.    I hold a Security+ certification --

16    sorry, a Network+ certification, but my focus

17    is not obtaining certifications.

18        Q.    So does the Network+ certification

19    relate to anti-terrorism or military or

20    intelligence operations?

21             ATTORNEY CORA:  Objection to the form.

22        A.    Insofar as those operations involve

23    cybersecurity, yes.

24        Q.    Okay.  Which aspects of

25    anti-terrorism or military or intelligence

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 34 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                                Job 3460

1  operations are you referring to?

2        ATTORNEY CORA:  Objection to the form.

3  Mischaracterizes the witness' testimony.

4        A.    So those operations, as far as they

5  involve cybersecurity, would involve

6  intrusion, would include incident response,

7  and protections against those attacks.

8        Q.    Have you published articles or

9  research papers on law enforcement or

10  anti-terrorism investigations or military or

11  intelligence operations?

12        A.    No.

13        Q.    Have you ever provided consulting

14  services to any anti-terrorism or military or

15  intelligence organization?

16        ATTORNEY CORA:  Objection to the form.

17        A.    No.

18        Q.    Have you ever provided consulting

19  services to any National Security

20  organization?

21        ATTORNEY CORA:  Objection to the form.

22        A.    I've spoken at events sponsored by

23  intelligence agencies, namely the FBI.

24        Q.    You spoke to the FBI about National

25  Security?

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 35 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1          ATTORNEY CORA:  Objection to the form.

2    Mischaracterizes his testimony.

3          A.    So I've spoken at conferences

4    sponsored by intelligence agency and namely

5    the FBI about cybersecurity because there is

6    significant overlap between cybersecurity and

7    law enforcement interests.

8          Q.    I agree with that.

9                What did you talk about?

10         A.    I talked about access and violation

11   of access.

12         Q.    Meaning what?

13         A.    Meaning how employees with broad

14   access rights violate those access rights

15   and -- and exploit the information of their

16   employer.

17         Q.    In a way that could comprise

18   National Security in the United States?

19         ATTORNEY CORA:  Objection to the form.

20         A.    That is certainly applicable.

21         Q.    Any other topics to which you've

22   spoken on National Security?

23         ATTORNEY CORA:  Objection to the form.

24         A.    I don't speak on National Security

25   specifically.  I speak about cybersecurity and

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 36 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                        Job 3460

```
 1                  - - -

 2                  (Clarification requested by the

 3      stenographer.)

 4                  - - -

 5          ATTORNEY AKROTIRIANAKIS:  I thought I

 6      said allowed, A-L-L-O-W-E-D.

 7          ATTORNEY CORA:  And I'm going to object

 8      to the form.  Also to the extent it calls for

 9      a legal conclusion.

10          A.    I'm not familiar with all of the

11      instances of what is allowed or not in these

12      two trials.

13          Q.    I'm sorry, you said you're not

14      familiar or you are familiar?

15          A.    I am not.

16          Q.    Okay.

17                Do you know whether either the VOX

18      or the Ryanair court has limited or excluded

19      the opinions you would be allowed to offer?

20          ATTORNEY CORA:  Objection to the form.

21          A.    Yes, in both cases portions of my

22      testimony were excluded.

23          Q.    In both of those cases you've

24      testified on behalf of the plaintiff at

25      deposition; correct?
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 37 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3460
ANTHONY VANCE on 11-14-2024

1        A.      That's correct.

2        Q.      And in the Ryanair case, you

3    submitted a rebuttal report where you offered

4    opinions about whether the access in that case

5    was authorized or unauthorized; is that right?

6            ATTORNEY CORA:  Objection to the form.

7        A.      I don't think so.  Part of the

8    confusion is that unauthorized access is a

9    term of art in cybersecurity and has been

10   since the early '70s, whereas the Computer

11   Fraud and Abuse Act is a 1980s law that's

12   subsequent.  So there is confusion over

13   terminology, but my report does not attempt to

14   make any legal conclusion, including the CFAA.

15       Q.      Okay.  And, in other words, you're

16   not in that case, the Ryanair case, expressing

17   an opinion about whether the access at issue

18   was unauthorized within the meaning of the

19   CFAA; right?

20       A.      My scope for that case was to offer

21   opinions about whether the defendants

22   improperly accessed Ryanair's systems,

23   obviating controls that Ryanair had set up and

24   had extracted information.

25            So I give opinion relative to those

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 38 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    points of view, which in cybersecurity can be

2    called unauthorized access, but it was not my

3    purpose to make legal conclusions about those

4    activities.

5        Q.    All right.

6              So in the Ryanair case, you were

7    not expressing an opinion about whether the

8    access was unauthorized within the meaning of

9    the CFAA; am I correct?

10        ATTORNEY CORA:  Objection to the form.

11    Asked and answered.

12        A.    I was clear in that report about my

13    purpose and I was expressly clear that I was

14    not making an opinion about the CFAA, but did

15    talk about unauthorized access and called it

16    hacking and gave definitions, popular

17    definitions for both of those terms.

18        Q.    And in this case, are you

19    expressing an opinion about whether access was

20    either authorized or unauthorized as that term

21    is used in the Computer Fraud and Abuse Act?

22        ATTORNEY CORA:  Objection to the form.

23        A.    No.

24        Q.    Have you ever been engaged by a

25    party who was a defendant in a lawsuit to

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 39 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                    Job 3460

1    express an opinion?

2            ATTORNEY CORA:  Objection to the form.

3        A.    No.

4        Q.    Have you ever issued a report in

5    which you expressed an opinion about whether

6    access was either authorized or unauthorized

7    within the meaning of the Computer Fraud and

8    Abuse Act?

9            ATTORNEY CORA:  Objection to the form.

10       A.    In my view, no, however in the VOX

11   matter, I rebutted an expert, namely -- his

12   name is Orin Kerr and he is a law professor,

13   and I was asked to rebut his opinion, which

14   was essentially a legal opinion, which was

15   later excluded.

16            And in that report, I discussed

17   this confusion of terms "unauthorized access"

18   as used in the cybersecurity field and in the

19   law and gave my view that I was talking about

20   cybersecurity from the cybersecurity

21   perspective -- sorry, unauthorized access from

22   the cybersecurity perspective and that opinion

23   was excluded, both of them, Mr. Kerr and my

24   own.

25       Q.    And were any other opinions that

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 40 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3460
ANTHONY VANCE on 11-14-2024

1    of interest, then I could see myself doing it

2    again.

3         Q.    And is this case of interest to

4    you?

5         A.    It is.

6         Q.    What is it about this case that

7    makes it interesting to you?

8         A.    There are many aspects of this

9    case.  One is, it's a multinational case.  It

10   involves a debate about exploitation software

11   and the harms of exploitation software, and

12   that's right in the area of my expertise, and

13   I just have an interest in the public debate

14   and I'll leave it there.

15        Q.    What side of the debate do you come

16   down on?

17             ATTORNEY CORA:  Objection to the form.

18        A.    I don't think it's fair to pose

19   this debate as a dichotomy.  I think both

20   sides have valid points, valid interests.

21             Obviously, I have an opinion here

22   supporting plaintiffs, and I give my reasons

23   for that.

24        Q.    What are the -- you used the term

25   "I think both sides have valid points, valid

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 41 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    interests."  How do you see those?

2            ATTORNEY CORA:  Objection to the form.

3    Also objection to the extent it exceeds the

4    scope of his expert testimony and lacks

5    foundation.

6        A.    So -- well, first of all, the

7    larger debate is outside the scope of my

8    report and my rebuttal report, the whole

9    extent of it, but I grant that there are

10   instances where governments may need to

11   collect information from various individuals,

12   but at the same time I can see the significant

13   dangers of these technologies.

14       Q.    What are the instances that you're

15   aware of where governments may need to collect

16   information from various individuals?

17           ATTORNEY CORA:  Objection to the form.

18       A.    This is not something I render an

19   opinion on in my report.  It's outside the

20   scope of what I've been asked to opine on and

21   also outside the scope my expertise.

22       Q.    Okay.  But what are the instances

23   that you're aware of in which governments may

24   need to collect information from various

25   individuals?

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 42 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1              ATTORNEY CORA:  Objection to the form.

2     Also, outside the scope of his expert opinion

3     as he just said.

4         A.    So it's outside the scope of my

5     expert opinion and outside the scope of these

6     two reports, but part of this could be the

7     investigation of individuals suspected of

8     various crimes.

9         Q.    Can you give any examples of the

10    types of crimes?

11             ATTORNEY CORA:  Objection to the form.

12    Calls for a legal conclusion.  Lacks

13    foundation.  Outside the scope of the expert

14    testimony.

15        A.    It's outside the scope of this

16    testimony, of my testimony, and it's also an

17    open set.  It's basically any level of

18    criminality, if there is a range of crimes

19    that could possibly be investigated.

20        Q.    Can you give some examples then?

21        A.    I --

22             ATTORNEY CORA:  Objection to the form.

23    All the same objections.

24        A.    I don't give examples -- I'm not

25    sure if I do give examples of legitimate uses.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 43 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3460
ANTHONY VANCE on 11-14-2024

1    I certainly give examples of what I view as

2    inappropriate uses, but there is all kinds of

3    crimes that could be investigated.  Like, for

4    example, I have here.  Where is this?

5         Q.    At which exhibit?

6         A.    This is Exhibit 1610.

7         Q.    Okay.  Go ahead.  And which page

8    are you on?

9         A.    This is Page 9.  So Expert Town

10   gave an opinion pointing to Mr. Guzman, known

11   as El Chapo, and how he was investigated for

12   drug-related crimes by Mexico.

13        Q.    Okay.  So that's an example of --

14   cartel level drug trafficking would be an

15   example of a crime that could be investigated

16   using the type of technologies that we're

17   talking about in this case?

18            ATTORNEY CORA:  Objection to the form.

19        A.    That's outside my expertise, but

20   that's potentially such a crime.

21        Q.    Do you believe that that's an

22   instance where a government may need to

23   collect information from various individuals?

24            ATTORNEY CORA:  Objection to the form.

25        A.    I'm not offering an opinion about

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 44 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

1    that.

2        Q.    Right.  But even if you're not, you

3    know, offering an opinion about it, is it your

4    belief that cartel level drug trafficking is

5    an instance where a government may need to

6    collect information from individuals?

7            ATTORNEY CORA:  Objection to the form.

8    Calls for speculation.  It's an incomplete

9    hypothetical.  It lacks foundation.  Outside

10    the scope of his expert opinion.

11        A.    That's not my belief, because I

12    don't have an opinion about that, but I can

13    see that that is a documented instance where

14    governments have used intercept technology

15    against a criminal.

16        Q.    Okay.  Are you aware of any other

17    instances where governments have used

18    intercept technology to investigate or

19    prosecute criminal activity?

20            ATTORNEY CORA:  Objection to the form.

21        A.    You mentioned the case of

22    San Bernardino.  That would be another one.

23        Q.    The terrorist attack in

24    San Bernardino earlier this century?

25        A.    That's right.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 45 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1      Q.    Any other crimes you can think of?

2         ATTORNEY CORA:  Objection to the form.

3      A.    Not at the moment.

4      Q.    Do you know -- you said you read

5   the testimony of Mr. Robinson; right?

6      A.    Robinson?

7      Q.    Robertson maybe?  Is a gentleman

8   who is employed by Facebook?

9         ATTORNEY CORA:  Objection to the form.

10     Q.    I thought that you listed

11  earlier --

12     A.    Which -- which -- talking about

13  Andrew?

14     Q.    Yeah, Andrew Robinson.  Is it

15  Robinson or Robertson?  I don't mean to

16  identify him incorrectly.

17        ATTORNEY DAWSON:  Robinson.

18     A.    Well, let me look.

19     Q.    Andrew Robinson.  Goes by Drew.

20     A.    Yes, I did read his deposition.

21     Q.    Okay.  Did you read the -- did you

22  read his entire deposition?

23     A.    As I recall, yes.

24     Q.    Did you read the parts where he was

25  talking about the investment that Meta and

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 46 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                    Job 3460

```
 1        A.     What do you mean?

 2             ATTORNEY CORA:  Objection to the form.

 3   Calls for speculation.

 4        A.     Would you clarify in how it may be

 5   used anonymously?

 6        Q.     Well, do you know whether you have

 7   to provide any information about yourself in

 8   order to use WhatsApp?

 9             ATTORNEY CORA:  Objection to the form.

10   Outside the scope of his expert testimony.

11        A.     I don't have an opinion about that.

12   I don't recall the specific piece of

13   information that WhatsApp requires when you

14   sign up.

15        Q.     You don't know?

16        A.     I don't recall at this moment.

17        Q.     Okay.  You do know that WhatsApp

18   collects very little, if any, information

19   about its users?

20             ATTORNEY CORA:  Objection to the form.

21   This is asked and answered.  It lacks

22   foundation.

23        A.     As I said, I don't recall the

24   specific information that WhatsApp requires of

25   its users.
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 47 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

1        Q.      If any?

2             ATTORNEY CORA:  Objection to the form.

3        A.     I'll say it again.  I don't

4    remember the specific information that

5    WhatsApp requires of its users.

6        Q.     Do you agree that a government has

7    an interest in protecting the public?

8             ATTORNEY CORA:  Objection to the form.

9    It's vague.  It's outside the scope of his

10   expert testimony.

11       A.      Protecting citizens is one of the

12   interests of governments, but there are also

13   potentials for government abuse.  When we talk

14   about governments and their interests, we have

15   to recognize that there are approximately 200

16   governments around the world, countries,

17   sovereign states that have different agendas,

18   different human rights interests, and for that

19   matter different human rights abuse records.

20   And so when we talk about governments and

21   their capabilities, we have to acknowledge

22   that it is a range of possibilities.

23       Q.     Well, you've studied the

24   limitations on the appropriate use of Pegasus

25   by NSO's customers?

Case 4:19-cv-07123-PJH   Document 509-6   Filed 01/09/25   Page 48 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                    Job 3460

1          ATTORNEY CORA:  Objection to the form

2    and there is no question.

3         A.    Say that again.

4         Q.    Have you studied the limitations

5    that are placed on the appropriate use of

6    Pegasus by NSO's customers?

7          ATTORNEY CORA:  Objection to the form.

8    Lacks foundation.

9         A.    I don't recall seeing specific

10   limitations that NSO imposes on its customers.

11        Q.    Do I recall correctly that you

12   wrote about end user license certifications

13   licensing by NSO's government and those types

14   of safeguards?

15        A.    They'd be --

16         ATTORNEY CORA:  Objection to the form.

17                         - - -

18          (Unintelligible, simultaneous

19   testimony interrupted by the certified

20   stenographer.)

21                         - - -

22         CERTIFIED STENOGRAPHER:  I need one at

23   a time, please.

24         ATTORNEY CORA:  I'm going to object on

25   the form.  It mischaracterizes his report to

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 49 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    the extent he's trying to say he wrote

2    something differently from what he did.

3         A.    So that is not the focus of my

4    report.  I understand that the expert

5    witnesses in this case supporting NSO have

6    opined on those matters.

7         Q.    Do you know whether NSO or the

8    Israeli government take into consideration

9    potential customers' human rights record when

10   deciding whether or not to license Pegasus to

11   that country?

12        ATTORNEY CORA:  Objection to the form.

13   Calls for rank speculation.  Lacks foundation.

14        A.    As I recall, NSO has made

15   statements to that effect, however, I also

16   detail on Page 8 through Page 10 abuses of

17   Pegasus.  So we're left to reconcile what NSO

18   has publicly said about its supposed

19   limitations and to whom they sell Pegasus with

20   the demonstrable record of the abuses of

21   Pegasus around the world.

22             So given those two and given that

23   NSO is not forthcoming with its list of

24   customers or the specific technological

25   controls that are imposed on Pegasus

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 50 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3460
ANTHONY VANCE on 11-14-2024

1    customers, I'm led to conclude from the record

2    that NSO, Pegasus has been used for a number

3    of human rights abuses.

4         Q.    On how many occasions do you

5    understand that Pegasus has been used as a

6    legitimate law enforcement counterterrorism

7    tool?

8         ATTORNEY CORA:  Objection to the form.

9    Lacks foundation.  Calls for speculation.

10        A.    It's outside the scope of my report

11   and also I don't believe Pegasus has

12   documented a set of instances.

13        Q.    So you don't know what the number

14   is of times that Pegasus has been used as a

15   legitimate law enforcement or counterterrorism

16   tool?

17        ATTORNEY CORA:  Objection to the form.

18   Lacks foundation.  Calls for speculation.  And

19   there is no question.

20        A.    Pegasus hasn't published those

21   types of instances.  If we had such instances,

22   this debate would be a lot clearer.

23        Q.    Okay.

24        A.    So they have not been forthcoming,

25   even though they have the ability to be

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 51 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    forthcoming about that.  The one instance that

2    Mr. McGraw points to is El Chapo and that is

3    the only one in this entire case that I've

4    seen.

5        Q.    Okay.  But you don't know how many

6    more there would be, legitimate instances like

7    that, like the El Chapo example, where Pegasus

8    was used legitimately and lawfully as a law

9    enforcement or counterterrorism tool?

10        ATTORNEY CORA:  So I'm going to --

11        Q.    Is that fair?

12        ATTORNEY CORA:  I'm going to object to

13    the form for a lot of reasons, but including

14    it mischaracterizes his testimony and it lacks

15    foundation.  It calls for speculation, and

16    it's also asked and answered, and to the

17    extent it's embedding a legal conclusion as to

18    the legitimacy and lawfulness, Dr. Vance is

19    not a legal expert.

20        A.    I'll say again, that El Chapo is

21    the only instance, only example points to as

22    someone investigated using Pegasus.

23            Although that's claimed, I don't

24    have the details of that, I'm also not aware

25    of the legality of that situation.  I'm also

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 52 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

1   not a lawyer and can't opine whether that was

2   appropriate legally or not.

3        Q.   Well, you seem to minimize the

4   abuse of WhatsApp by claiming that it was

5   legitimately used in so many more situations;

6   right?

7        ATTORNEY CORA:  Objection to the form.

8   Mischaracterizes his testimony.

9        A.   Would you be more specific with

10  your question?

11       Q.   Yeah, I was asking you about the

12  abuse of WhatsApp and you're like, Well,

13  2 billion people are using it and most of them

14  are using it legitimately; right?

15       ATTORNEY CORA:  Objection to the form.

16  I also object to the tone.  To the extent

17  you're speaking to Dr. Vance with derision,

18  it's unwarranted.

19       THE WITNESS:  I'm fine with the tone.

20  This is New York.

21       A.   So as I said earlier, WhatsApp has

22  a huge user base, 2 billion users, over

23  2 billion users.  The difference here, as I

24  said before, is that Pegasus is a cyber

25  weapon.  WhatsApp is not.  They're clearly

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 53 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                          Job 3460

1    qualitatively categorically different and it's

2    not useful at all to compare the two.  Yes,

3    someone may misuse a communication technology,

4    but that's not the same thing as giving one

5    the equivalent of a loaded gun in

6    cybersecurity terms and selling those things.

7         Q.    And how is it that -- I mean,

8    that's quite an inflammatory remark.  How is

9    it that it's a loaded gun?

10        ATTORNEY CORA:  Objection to the form.

11   Mischaracterizes his testimony.

12        Q.    I'm going to need to put this in my

13   motion in limine.  So go ahead and explain it

14   for us if you want to talk about guns --

15        ATTORNEY CORA:  Objection.

16        Q.    -- in Oakland, Dr. Vance.

17        ATTORNEY CORA:  Objection to the form.

18   This is at his deposition.  He's answering

19   your questions.

20        A.    Motion in limine?  I don't

21   understand.

22        ATTORNEY CORA:  He's not a legal

23   expert.

24        Q.    Just tell me why you think it's a

25   gun.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 54 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                    Job 3460

1    entity list because of concerns about human

2    rights and other things.  So we need to ask

3    about my assessment, part of it is to review

4    the evidence.  Part of it is to look at what

5    the U.S. Government itself has said, not only

6    U.S. commerce department, but the executive,

7    the White House has said about this, and I

8    detailed this in my report.

9        Q.    I've asked you to explain your

10   methodology.

11           Do you understand that, that term?

12        ATTORNEY CORA:  Objection to the form.

13        A.    I understand.

14        Q.    Okay.

15        A.    And I believe I've answered that.

16   I have reviewed the evidence.  I've reviewed

17   the facts of this case as I see them in the

18   documents provided to me.  I've reviewed

19   public analyses of how NSO has been used, and

20   I reviewed the statements of the White House

21   and U.S. Department of Commerce relative to

22   the threats of Pegasus, and this is detailed

23   on Pages 11 through 14 of my report.

24        Q.    Anything else part of your supposed

25   methodology that you applied --

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 55 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1           ATTORNEY CORA:  Objection to the form.

2      Q.    -- to determine that the --

3      A.    I think that --

4      Q.    Hold on.  Sorry.  Anything else

5  about your methodology that you applied to

6  determine that the risks of the abuse of

7  Pegasus outweigh its potential benefits?

8           ATTORNEY CORA:  Object to form.

9      A.    I think that is a comprehensive set

10 of steps.

11     Q.    Okay.  And just to make it clear,

12 it's you review the evidence.  You reviewed

13 facts, I'm not sure how that's different from

14 reviewing the evidence, but you reviewed

15 evidence.  You reviewed facts.  You reviewed

16 public analysis, and you reviewed White House

17 and Department of Commerce statements?

18     A.    About Pegasus, about NSO.

19     Q.    Anything else?

20     A.    That is the scope of my report.

21     Q.    Are you aware that in the United

22 States, there is not an absolute right to

23 privacy, but rather a right against searches

24 and seizures that are unreasonable?

25           ATTORNEY CORA:  Objection to the form.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 56 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3460
ANTHONY VANCE on 11-14-2024

1   Clearly calls for a legal conclusion.

2        A.    I'm not a lawyer, and I don't want

3   to opine about that issue, but I point out

4   that there are 2 billion users of WhatsApp

5   around the world with many governments and

6   some jurisdictions where they do have a right

7   to privacy.

8        Q.    I'm just -- do you remember my

9   question?

10       A.    I do.

11       Q.    Okay.  Is that the kind of thing

12  you talk about with your students ever?

13            ATTORNEY CORA:  Objection to the form.

14       A.    Yes.

15       Q.    Okay.  Then you're an expert;

16  right?

17            ATTORNEY CORA:  Objection to the form.

18       Q.    Are you aware that in the United

19  States, even that there is no absolute right

20  to privacy and only against searches and

21  seizures that are unreasonable; correct?

22            ATTORNEY CORA:  Objection to the form.

23  Calls for a legal conclusion.  Outside the

24  scope of his expert testimony.

25       A.    I'm not offering an opinion about

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 57 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

1    that, but I'll say, again, that this matter

2    involves countries and citizens around the

3    world, not only those in the United States,

4    and that all of these users have legitimate

5    privacy concerns.

6         Q.    Do you remember my question,

7    Dr. Vance?

8         A.    I do.

9         Q.    Will you answer it, please?

10        A.    I just did.

11          ATTORNEY CORA:  Objection.

12        Q.    I didn't ask you about anything

13   about the world.  I asked you about the

14   absoluteness of the right to privacy in the

15   United States.

16          ATTORNEY CORA:  And I keep objecting

17   because you're asking an expert witness, who

18   is not a lawyer, a legal conclusion.

19        Q.    You said that you discussed this

20   with your students; right?  You justified your

21   expertise in many areas by saying, Well, I

22   didn't publish on it, but I do talk about it

23   with my students; right?

24          ATTORNEY CORA:  Objection to the form.

25   You can't badger the witness.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 58 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

1      Q.    Right?

2      A.    That's not how I would characterize

3  it.

4      Q.    Well, are you able to answer my

5  question or aren't you?

6          ATTORNEY CORA:  Objection to the form.

7  It's been a long enough time.  Can you please

8  ask your question again?

9      Q.    Do you remember my question?

10      A.    I believe I've answered your

11  question twice.

12      Q.    I don't think you answered it

13  either time.  Are you able to answer it or

14  not?

15          ATTORNEY CORA:  Objection to the form.

16  He is not -- he is not a legal expert.  Your

17  question calls for a legal conclusion.

18      A.    You can ask it again if you'd like.

19      Q.    You understand that even in the

20  United States, there is not an absolute right

21  to privacy, rather a right against searches

22  that are unreasonable; correct?

23          ATTORNEY CORA:  Objection to the form.

24  Again, calls for a legal conclusion.  It's

25  outside the scope of his expert opinion.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 59 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                        Job 3460

```
 1        A.    I'm not a lawyer.  I'm not an

 2  expert in the right to privacy in the United

 3  States, and I'll say again that this matter

 4  involves the privacy concerns of citizens in

 5  governments around the world.

 6        Q.    Where you also are unfamiliar with

 7  the rights that the people have; correct?

 8        ATTORNEY CORA:  Objection to the form.

 9        A.    To be consistent, I'm also

10  unfamiliar with the legal implications of the

11  privacy rights of the citizens around the

12  world.

13        Q.    Right.

14        A.    I know that they have privacy

15  rights.

16        Q.    But you don't know what they are?

17        A.    I do.  It's documented in my

18  report.

19        Q.    Okay.  Do you know where it is that

20  those privacy rights yield to legitimate law

21  enforcement interests or is that not something

22  you're familiar with?

23        ATTORNEY CORA:  Objection to the form.

24  He's not a legal expert.

25        A.    I will turn to the relevant portion
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 60 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                                    Job 3460

1    of my report.

2        Q.    Page 2 and 3 of your rebuttal

3    report.  My question is like:  Are you able to

4    talk about privacy rights or aren't you?

5        A.    I am.

6          ATTORNEY CORA:  Objection to the form.

7        Q.    Okay.

8        A.    And to the extent that I'm

9    comfortable opining about this, I do so in my

10   report on Pages 2 and 3, which are -- which is

11   that millions of WhatsApp users live in

12   jurisdictions where they have a legal right to

13   privacy, for example, the charter of

14   fundamental rights of the European Union

15   states that everyone has -- this is the quote,

16   has the right to respect for his or her

17   private and family life, home and

18   communications, and that everyone has the

19   right to the protection of personal data

20   concerning him or her, and I go on, but I

21   don't want to use your time, but I'm not a

22   lawyer and I just want to state that these are

23   the rights that have been espoused, but I'm

24   not going to opine about the limitation of

25   those rights and how they're enforced.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 61 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3460
ANTHONY VANCE on 11-14-2024

 1   doesn't appear that I cite this document in my

 2   report, but I may have reviewed this.

 3        Q.    Does it look familiar to you now

 4   having had the opportunity to review it?

 5        A.    It looks similar to many documents

 6   I've reviewed on this topic and published by

 7   WhatsApp.

 8        Q.    You recognize that this is a

 9   WhatsApp publication?

10        A.    I do.

11        Q.    So to start with, WhatsApp cannot

12   and does not produce the content of its users'

13   messages in response to government requests;

14   correct?

15          ATTORNEY CORA:  Objection to the form.

16        A.    I haven't read this document.  I

17   don't recall the precise details of this

18   document, but I can say that WhatsApp overall

19   as an end-to-end encryption platform cannot

20   produce specific messages to law enforcement.

21   It does not have the technological ability to

22   do so.

23        Q.    Do you know what lawful intercept

24   technologies other than Pegasus are available

25   to accomplish the things that you were just

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 62 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    listing in your report, like obtaining the

2    content of text messages and emails and things

3    like that?

4         ATTORNEY CORA:  Objection to the form.

5    To the extent you're asking for a legal

6    conclusion regarding the lawfulness, I object

7    because Dr. Vance is not a legal expert and I

8    think it lacks foundation.

9         A.   So before I give a long answer

10   about this, do you want to give me a more

11   specific question?

12        Q.   Yeah.

13             In your report, your rebuttal

14   report on Pages 3 and 4, Exhibit 1610, you

15   talk about the sources of data, including cell

16   phone carrier record, cell phone tower

17   records, SMS messages, ISP logs, email, social

18   media account records, GPS location data, and

19   other sources that are available to law

20   enforcement and National Security

21   investigators; right?

22        A.   Where is the question there?  So I

23   see the list of these things, yes, I see those

24   mentioned.

25        Q.   Okay.  And are you familiar with

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 63 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3460
ANTHONY VANCE on 11-14-2024

1   what the lawful intercept technologies are

2   that allow law enforcement to get those

3   different things?

4        A.    I don't work in law enforcement, so

5   I don't know the specific intercept

6   technologies, but many of them do not even

7   require intercept technologies.  They require

8   a subpoena.

9        Q.    Or a search warrant?

10       A.    Yes.

11       Q.    Or a wiretap order?

12          ATTORNEY CORA:  Object to the -- object

13   to the extent you're asking the witness

14   questions about legal conclusions.

15       A.    Yes.

16       Q.    Do you know if any of those or

17   other law enforcement and National Security

18   technology allow investigators to review the

19   content of end-to-end encrypted messaging?

20          ATTORNEY CORA:  Objection to the form.

21   Lacks foundation.

22       A.    Those tools, those means of law

23   enforcement are unavailing for end-to-end

24   encryption because the service providers are

25   technically unable to provide the contents of

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 64 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3460
ANTHONY VANCE on 11-14-2024

1    those messages.

2         Q.    Are you aware of any law

3    enforcement technology other than Pegasus that

4    allows law enforcement or National Security

5    investigators to obtain the content of

6    end-to-end encrypted communications?

7         ATTORNEY CORA:  Objection to the form.

8         A.    I do not accept that Pegasus is a

9    lawful intercept tool of law enforcement.  So

10   I reject that premise, but there are many

11   different tools like Pegasus that are used and

12   they're mentioned in my rebuttal report, those

13   that have been similarly sanctioned by the

14   commerce department and also most recently in

15   September of 2023 calling out Intellexa, which

16   is a close competitor of Pegasus, so there are

17   a variety of tools that have been -- that are

18   available.

19        Q.    Let me ask my same question a

20   little bit differently.

21             Is there any technology that you

22   would agree is a lawful tool for law

23   enforcement and which would allow law

24   enforcement or National Security investigators

25   to obtain the content of end-to-end encrypted

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 65 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

1    technologies because it allows for the

2    complete compromise of devices, and that is

3    what has led to the abuses that I list on

4    Pages 8, 9, and 10, because with that full

5    access, there are a range of harms that may

6    occur, and those harms are not available with

7    traditional surveillance technology, not to

8    the same extent.

9         Q.    Okay.  I'm really asking a

10   different question.

11              Are you familiar or unfamiliar with

12   the legal requirements that exist either here

13   in the United States or in other countries,

14   statutory rules about communications being

15   intercepted and what court review is required

16   for those interceptions?

17              ATTORNEY CORA:  Okay.  Objecting to the

18   form.  It's a compound, vague, ambiguous

19   question, and he's asked and answered this.

20        A.    I'm not an expert in those rules,

21   and I'll point out again that NSO's experts

22   have not provided that information.  They've

23   not opined on this either.

24              ATTORNEY CORA:  Do you need a break?

25              THE WITNESS:  I'm fine.

Case 4:19-cv-07123-PJH   Document 509-6   Filed 01/09/25   Page 66 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                    Job 3460

```
 1            ATTORNEY CORA:  Okay.

 2            THE WITNESS:  Let's just roll.

 3   BY ATTORNEY AKROTIRIANAKIS:

 4       Q.    Have you obtained any data about

 5   the use of Pegasus and the outcomes of that

 6   use from any law enforcement or national

 7   intelligence agency?

 8            ATTORNEY CORA:  Objection to the form.

 9   That lacks foundation.

10       A.    No, I have not.

11       Q.    Have you obtained any data about

12   the use of Pegasus or the outcomes of that use

13   from any government agency of any kind?

14            ATTORNEY CORA:  Objection to the form.

15   Lacks foundation.

16       A.    That's outside the scope of my

17   report.  So, no, I have not.

18       Q.    Do you intend to reference any

19   potential misuse of Pegasus other than the

20   instances referenced in your report when you

21   testify at trial?

22            ATTORNEY CORA:  Objection to the form.

23       A.    I guess I'm not sure what I'm

24   legally able to do.  These are examples I give

25   in my reports and I've said there are many
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 67 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

1   more that I could cite, but I said this will

2   suffice.  I think these examples do suffice to

3   make my point and I don't think I need to

4   belabor them, but do I know of more instances?

5   Yes.  I can't think of one at the moment that

6   I could refer to, but I do provide many

7   instances in this citation -- in my citations,

8   including the Pegasus report, which is

9   extensive.

10        Q.    Are you aware of instances where

11   Pegasus was used to surveil criminals other

12   than El Chapo?

13        ATTORNEY CORA:  Objection to the form.

14        A.    I don't recall.

15        Q.    Are you aware of instances where

16   Pegasus was used to surveil a terrorist?

17        ATTORNEY MARZORATI:  Objection to the

18   form.

19        A.    I believe NSO has not been

20   forthcoming with that information.

21        Q.    So are you aware of any such

22   instances?

23        A.    I'm not aware of such instances

24   because NSO has not been forthcoming with that

25   data.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 68 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    the world, whereas we do not have evidence

2    like that from NSO.

3            Q.    What's the cutoff in your analysis?

4            ATTORNEY CORA:  Objection to the form.

5            Q.    Like, for example, if you had a

6    99 percent lawful and legitimate use of

7    Pegasus, would you agree that the benefits of

8    Pegasus outweigh the risk of harm?

9            ATTORNEY CORA:  So objection to the

10   form.  Outside the scope of his expert

11   testimony.  It also lacks foundation, and to

12   the extent you're embedding legal conclusions

13   in the question, I object.  He's not a lawyer.

14           A.    So this is the issue here and that

15   is all governments are not the same.  I give

16   examples in this case of Russia using NSO

17   technology.  I don't have evidence that Russia

18   was a customer of NSO.  That has not been

19   disclosed, but I detail in my reports that

20   they're using, and this is detailed by Google,

21   Project Zero by Google saying that the

22   instances of abuse by Pegasus and NSO is

23   either the same technology or near -- either

24   identical or nearly identical, and so when we

25   talk about governments, we have to recognize

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 69 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

1    that there are a range of governments around

2    the world with different intentions, different

3    records for human rights abuse, and we just

4    can't say that government has legitimate

5    interests and, therefore, governments should

6    be able to do anything it wants with software

7    exploitation tools.

8              The point in this case that I see

9    is most relevant, which we have not yet

10   addressed, is that Meta as a company is in a

11   really difficult position, because they are

12   attacked literally by governments around the

13   world, and they have no way to differentiate

14   between a nation state actor, between

15   governments using Pegasus, or Intellexa or

16   whatever else.  All they can do is do their

17   best to protect Meta customers, WhatsApp

18   customers, and that's my point.

19        Q.    Yeah.

20              I was asking you a hypothetical

21   question that if Pegasus was legitimately and

22   lawfully used in 99 percent of cases, would

23   you agree that the benefits outweigh the

24   potential harms?

25              ATTORNEY CORA:  And I'm going to object

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 70 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                              Job 3460

1    because it calls for speculation.  It lacks

2    foundation.  He's not a legal expert.  It's

3    outside the scope of his expert opinion.

4         A.     So this is outside of scope of my

5    opinion, but to answer your question, it would

6    depend on the context.  It would depend on the

7    cases involved.  It's not a simple binary.

8    It's not a simple weighing of 99 to one, and I

9    don't believe it's the case from the evidence

10   we have.

11        Q.    What about 99.9 percent of cases,

12   would you agree that if in .1 percent of cases

13   Pegasus was abused rather than lawfully and

14   legitimately used, would you agree that the

15   benefits outweigh the potential harms?

16        ATTORNEY CORA:  Objection to the form.

17   Calls for speculation.  Incomplete

18   hypothetical.  Lacking foundation.  He's not a

19   legal expert, and it's outside the scope of

20   his expert opinion.

21        A.     I think it depends on the context.

22   What I have from the record is rather the

23   reverse to what you're describing.  What I see

24   is the 99.9 of abuses relative to the one,

25   literally the one that your experts have

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 71 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    provided, which is El Chapo.

2          Q.    Right.  So you've got on the one

3    hand El Chapo, and then I think your testimony

4    was dozens or scores of alleged abuses on the

5    other hand; right?

6          A.    And the record --

7              THE WITNESS:  Sorry.

8              ATTORNEY CORA:  I'm going to object on

9    the form.

10          Go ahead.

11          A.    In the record approached by NSO

12    experts, that is the balance that I see here.

13    That is the balance that I have provided in

14    this report.

15          Q.    Okay.

16          A.    I will respond to the evidence

17    that's available.

18          Q.    But I am able to ask you

19    hypothetical questions.  You understand that;

20    right?

21          A.    Yeah.  Okay.

22          Q.    Okay.

23              So I'm asking you a hypothetical.

24    You have let's say your dozens of scores on

25    one side of the scale and 99 percent of the

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 72 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                        Job 3460

```
 1   question.
 2              Do you recall whether the executive
 3   order makes reference to NSO?
 4              ATTORNEY CORA:  Objection to the form.
 5   Asked and answered.
 6        A.    No, the executive order does not by
 7   name reference NSO.
 8        Q.    It doesn't by name reference any
 9   company; correct?
10        A.    I don't recall.  I don't believe
11   so.
12        Q.    Did you read the executive order?
13        A.    I did.
14        Q.    Okay.  Because you don't cite it in
15   your --
16        A.    I do.
17        Q.    You cite the executive order or you
18   cite press releases and similar -- where do
19   you cite the executive order?
20              ATTORNEY CORA:  Objection to the form.
21        A.    Well, I guess I don't.  I cite the
22   fact sheet that goes with the executive order,
23   but the fact sheet links directly to the
24   executive order.
25        Q.    Okay.  And you say you've read it;
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 73 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                    Job 3460

```
 1   right?
 2        A.    Yes, I did.
 3        Q.    All right.
 4             ATTORNEY AKROTIRIANAKIS:  This is
 5   Exhibit 1617.
 6                           -  -  -
 7             (Whereupon, document entitled March
 8   27, 2023, Executive Order on Prohibition on
 9   Use by the United States Government of
10   Commercial Spyware that Poses Risks to
11   National Security, is received and marked as
12   Exhibit 1617 for Identification.)
13                           -  -  -
14        CERTIFIED STENOGRAPHER:  Exhibit
15   Number 1617.
16        THE WITNESS:  Thanks.
17   BY ATTORNEY AKROTIRIANAKIS:
18        Q.    Do you recognize Exhibit 1617 as
19   the executive order?
20        A.    Yes, I do.
21        Q.    It actually doesn't preclude the
22   use of commercial spyware; correct?
23        ATTORNEY CORA:  Objection to the form.
24   Also I object to the extent you're asking for
25   a legal conclusion.
```

1          A.     From what I read, this executive

2    order does not preclude the use of commercial

3    spyware per se, but it does state that there

4    are conditions where it should not be used and

5    it lists number of risks, the risks of spyware

6    use.

7          Q.     You wrote in your report that the

8    U.S. Government barred commercial spyware

9    generally; right?

10         A.     Where do I say that?

11         Q.     Well, do you recall having said

12   that?

13         A.     I believe so, but where is that

14   said?

15         Q.     That's on Page 11 of Exhibit 1610.

16   The heading at the top of the page:  The

17   U.S. Government --

18         A.     Thank you.

19         Q.     -- has, and then at the end of the

20   sentence, barred commercial spyware generally.

21             Do you see that?

22         A.     I do see that.

23         Q.     That's a reference to the executive

24   order?

25         A.     That's a reference to the executive

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 75 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3460
ANTHONY VANCE on 11-14-2024

1    order and to the Department of Commerce's

2    entity list.

3         Q.    Okay.  Well, the Department of

4    Commerce doesn't have the ability to bar the

5    use of commercial spyware or anything.  It

6    regulates imports and exports; right?

7         ATTORNEY CORA:  Objection to the form.

8    Also calls for a legal conclusion.

9         A.    Which is why I referred to this

10   executive order and to the Department of

11   Commerce.

12        Q.    Right.  But what the executive

13   order says is not that, as you put it,

14   commercial spyware generally is barred; does

15   it?

16        ATTORNEY CORA:  Objection to the form.

17        A.    I'll refer to how the White House

18   characterizes this executive order.  They

19   characterized this as this order prohibits

20   departments and agencies across the federal

21   government from operationally using commercial

22   spyware tools that pose significant

23   counterintelligence or security risks to the

24   U.S. Government or significantly risks of --

25   maybe that's messed up there too -- of

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 76 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                     Job 3460
ANTHONY VANCE on 11-14-2024

1   improper use by a foreign government or a

2   foreign person, including to target Americans

3   or enable human rights abuses.

4            Now, this example -- this -- this

5   clarification of this executive order

6   coincides with incidents such as the

7   U.S. Embassy in Uganda where government agents

8   were targeted by Pegasus.

9            It also follows an incident where

10  over 50 U.S. Government agents, some high

11  ranking, were targeted by Pegasus and like

12  tools.

13       Q.    Well, this executive order actually

14  contemplates that the United States Government

15  would use commercial spyware.  It just

16  regulates how it should use it.  Is that fair?

17            ATTORNEY CORA:  Objection to the form,

18  and seeks a legal conclusion.

19       A.    My understanding based on this

20  statement is that U.S. Government is posing

21  those commercial spyware tools that pose

22  significant risks to counterintelligence and

23  security risks and abuses.

24       Q.    So you're just -- I mean, your

25  counsel just objected that I'm seeking a legal

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 77 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                          Job 3460

1    conclusion.  You're just reading this

2    document; right?

3          ATTORNEY CORA:  Objection.

4          Q.    In fact, you're just reading a

5    statement out of the document, right, just

6    like anybody who can read would do?

7          ATTORNEY CORA:  Objection to the form.

8    You're mischaracterizing what he's reading

9    even.

10         A.    What is your point?

11         Q.    Well, my point is that:  Are you or

12   are you not able to say what the meaning of

13   the executive order is?

14         ATTORNEY CORA:  Objection to the form.

15   You're asking him a legal conclusion, and I am

16   objecting to the extent you're seeking a legal

17   conclusion.

18         A.    I am merely citing the White

19   House's interpretation of this executive

20   order.  I don't cite the executive order in my

21   report.  I cite the conclusion, this

22   interpretation of the White House, and I think

23   that's sufficient.

24         Q.    All right.

25               Did you read the part of the

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 78 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1   executive order that -- it says:  To advance

2   these interests and promote responsible use of

3   commercial spyware, the United States must

4   establish robust protections and procedures to

5   ensure that any United States Government use

6   of commercial spyware helps protect its

7   information systems and intelligence in law

8   enforcement activities against significant

9   counterintelligence or security risks?

10          ATTORNEY CORA:  Objection to the form

11   as an incomplete.

12       A.    The keyword there -- term there is

13   responsible use, and my report makes clear

14   that Pegasus is not a responsible tool and,

15   therefore, on that first clause, responsible

16   use in my view, that negates the use of

17   Pegasus.

18       Q.    And you know this because you

19   discussed it with President Biden or, I mean,

20   what?  You're literally just reading this,

21   putting some shine on it; right?

22          ATTORNEY CORA:  Objection to the form.

23   You're badgering the witness, and it's a

24   compound question.

25       A.    I'll point out that --

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 79 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1        CERTIFIED STENOGRAPHER:  I could use a
2    break whenever, yes.
3        ATTORNEY AKROTIRIANAKIS:  All right.
4    Give us just a minute.
5    BY ATTORNEY AKROTIRIANAKIS:
6        Q.    I'm trying to ask you, Dr. Vance,
7    whether you understand that the executive
8    order contemplates that there is some use of
9    commercial spyware?
10        ATTORNEY CORA:  Objection to the form.
11        A.    In my view, it does contemplate the
12    potential for using spyware responsibly,
13    however, the tenor of this executive order,
14    the reason why it was granted -- the United
15    States Government did not have to issue this
16    executive order.  It had no -- no requirement
17    to do so.  It may have chosen not to issue
18    such an order and law enforcement could
19    continue using spyware all it wishes.
20            The fact is that this executive
21    order comes on the heels of several -- of
22    years, literally years of abuses against
23    noncriminal groups by the use of Pegasus,
24    including diplomats and U.S. agents in the
25    Ugandan -- in the U.S. Embassy in Uganda, and

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 80 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    in other instances where over 50

2    U.S. Government agents have been targeted by

3    Pegasus.

4         Q.    What U.S. diplomat are you

5    referring to?

6         A.    And that -- I'll finish my

7    question -- my answer.

8              And that is -- that is what

9    precipitated this executive record at least

10   chronologically.  The United States Government

11   did not have to issue this.  The fact that

12   they are doing this is to put guardrails to

13   the use of spyware, which previously did not

14   exist, and that's also the basis also

15   chronologically with the addition of NSO to

16   the entity list, it follows the same

17   chronological series of events.

18        Q.    So what guardrails would you

19   envision that would result in the responsible

20   use of commercial spyware?

21             ATTORNEY CORA:  Objection to the --

22   objection to the form.  It lacks foundation.

23   Calls for speculation.

24        A.    That's outside the scope of my

25   report, and I don't intend to give opinions

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 81 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3460
ANTHONY VANCE on 11-14-2024

1    about guardrails for spyware.

2          Q.    Well, it's in the executive order;

3    isn't it?

4          ATTORNEY CORA:  Objection to the form.

5    There is no question.

6          A.    I don't cite the executive order in

7    my report.

8          Q.    Does the executive order not say

9    that agencies in using commercial spyware

10   should consider among a series of

11   considerations different things that I suppose

12   you would call guardrails?

13         ATTORNEY CORA:  Objection to the form.

14   This is asked and answered.

15         A.    Would you point out what you're

16   referring to specifically?

17         Q.    Yeah, on Page 4, in determining

18   whether the operational use of commercial

19   spyware poses significant counterintelligence

20   or security risks to the United States

21   Government and it goes on and on and gives a

22   list of factors to be considered.

23         Do you see that Romanette iii?

24         ATTORNEY CORA:  I do not see where you

25   are.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 82 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                              Job 3460

1          THE WITNESS:  It's on Page 4, Paragraph

2     Roman Numeral III, and it's right in the

3     middle of it.

4          ATTORNEY CORA:  So I'm going to object

5     that this is a selective quotation.  I think

6     that --

7     BY ATTORNEY AKROTIRIANAKIS:

8          Q.    Here is my point, Dr. Vance:  The

9     executive order does not bar commercial

10    spyware generally.  Can we agree on that?

11    Rather it sets out factors for the use of

12    commercial spyware?

13          ATTORNEY CORA:  Objection to the form.

14    This is asked and answered.

15          A.    I've already answered that

16    question.  It does not bar spyware as a

17    category, but rather points to the risks and

18    harms of the use of such spyware.  In this

19    paragraph that you refer to, it shows -- it

20    says that:  Agencies shall consider among

21    other relevant considerations whether the

22    entity furnishing the commercial spyware knew

23    or reasonably should have known that the

24    spyware posed risks described in Subsections

25    A, I, or 2 of the section, and whether the

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 83 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    entity has taken appropriate measures to

2    remove such risks, such as canceling relevant

3    licensing agreements or contracts that prevent

4    such risks.

5              What I document in my report is the

6    persistent and continued misuse of Pegasus

7    against vulnerable groups contrary to public

8    statements of NSO that it has such guardrails,

9    such guidelines.

10             What you cannot do is show me that

11   NSO has complied with what is contemplated in

12   the paragraph you've just shown me.

13        Q.   Well, let me ask you this:  In your

14   report, you don't analyze these factors that

15   are set forth in the executive order; correct?

16        ATTORNEY CORA:  Objection to the form.

17        A.   That was not my purpose in writing

18   the report.

19        Q.   All right.  So, yes, you do not

20   analyze these factors?

21        A.   I do not analyze those factors in

22   my report.

23        ATTORNEY CORA:  Objection to the form.

24        Q.   You didn't request a review, any

25   information about NSO's attempts to avoid,

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 84 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    mitigate, or remove the risks that are

2    identified in the order?

3         ATTORNEY CORA:  Objection to the form.

4         A.    I'll say, no, I've not reviewed

5    those things and neither have the experts that

6    NSO has engaged for this.  They do not discuss

7    these guardrails or provide evidence of them.

8         Q.    Are you aware of whether NSO has

9    canceled licensing agreements?

10        ATTORNEY CORA:  Objection to the form.

11   Lacks foundation.  Calls for speculation.

12        A.    I'll say again that NSO has not

13   provided detailed list of its customer base.

14   It has said that it has canceled licensing

15   agreements, yet we see abuses continuing from

16   various regions around the world.

17        Q.    Are you aware that NSO's marketing

18   and licensing activities are approved by the

19   Israeli Ministry of Defense?

20        ATTORNEY CORA:  Objection to the form.

21        A.    I actually wasn't finished with my

22   answer.

23        Q.    Oh, sorry.

24        A.    For example, Mexico has exhibited

25   human rights abuses involving the Pegasus tool

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 85 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    element as you're describing it in the last

2    paragraph on Page 9 of your report would be in

3    your opinion --

4        A.    Hacking.

5        Q.    -- hacking, which is the

6    information security unauthorized access as

7    opposed to the CFAA unauthorized access?

8            ATTORNEY CORA:  Objection to the form.

9        A.    That is right.  This is a classic

10   example of hacking.

11       Q.    Okay.  And you recognize that not

12   all hacking, as you use the term, is

13   actionable under the Computer Fraud and Abuse

14   Act; correct?

15           ATTORNEY CORA:  Objection to the form.

16   Calls for a legal conclusion.  Outside the

17   scope of his expert testimony.

18       A.    That may be.  I'm not an expert in

19   the CFAA, but I am an expert in cybersecurity

20   and an expert in hacking.  This is hacking.

21       Q.    Okay.  In fact, another judge has

22   excluded certain opinions of yours about

23   whether hacking equates to unauthorized access

24   under the CFAA; right?

25           ATTORNEY CORA:  Objection to the form.

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 86 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3460
ANTHONY VANCE on 11-14-2024

 1   Mischaracterizes the record.

 2        A.    Which matter are you referring to?

 3        Q.    Just one of the ones where there

 4   was a Daubert order.

 5        ATTORNEY CORA:  Objection.

 6        Q.    I'm not sure which one it was as

 7   I'm sitting here.

 8        A.    Well --

 9        ATTORNEY CORA:  Objection to the form.

10        A.    There are different concerns in

11   both cases.  So there is some nuance there.  I

12   can't respond to that unless you want to be

13   specific.

14        Q.    Here is what I'm getting at:  When

15   you're talking about hacking and your

16   criticism of the group update elements setting

17   and so on, you're not expressing an opinion

18   about whether that hacking, to use your term,

19   constitutes unauthorized access within the

20   meaning of the Computer Fraud and Abuse Act;

21   correct?

22        A.    I am not.  So I am pointing out

23   that this is hacking.  This is classic

24   hacking.  This is a severe instance of the

25   abuse of WhatsApp's system to send malware to

1    victims' target devices, but what I am not

2    doing is making an opinion about whether this

3    hacking falls under the CFAA.  I'll leave that

4    to others to make that conclusion.

5         Q.    And then the subsequent revisions

6    to the Pegasus code don't have anything to do

7    with ███████████████████████; correct?

8         ATTORNEY CORA:  Objection to the form.

9         A.    Are you saying that the

10   developments to Pegasus after December 2018,

11   that it -- that those updates to Pegasus no

12   longer use ████████████████████?

13        Q.    Yes.

14        A.    That is correct.

15        Q.    Okay.  And going back to the

16   September 2018 code change, that related to

17   ██████████████████████; right?

18        A.    Yes.

19        Q.    Okay.  And the subsequent code

20   changes in the Pegasus code did not relate to

21   ███████████████████; correct?

22        A.    Right.  After these -- these

23   changes were made, I document my report from

24   communication, internal communication from NSO

25   that those patches were effective in blocking

1  the Pegasus delivery mechanism at that point

2  in time, but at some point prior to May, NSO

3  found another way to deliver their malware to

4  victims' target devices.

5       Q.    All I'm trying to get at here is

6  that you're saying that -- well, let me ask it

7  this way:  Changes were made that related to

8  ██████████████████████████, correct, in

9  September 2018?

10      A.    Correct.

11      Q.    Okay.  And then after that, NSO did

12  not use ████████████████████?

13         ATTORNEY CORA:  Objection.

14      Q.    Correct?

15         ATTORNEY CORA:  Objection to the form.

16  Lacks foundation.

17      A.    I believe that's what I just said,

18  yes.

19      Q.    And then in December 2018, changes

20  were made to the WhatsApp code that related to

21  ████████████████████; correct?

22      A.    Right.

23      Q.    And thereafter, Pegasus code did

24  not make use of ██████████████████████;

25  correct?

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 89 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                        Job 3460

1              ATTORNEY CORA:  Objection to the form.

2      Lacks foundation.

3          A.    As far as I know.

4          Q.    All right.  So are you familiar

5      with the WhatsApp server architecture in terms

6      of like where within the server like regular

7      WhatsApp messages would travel?

8              ATTORNEY CORA:  Objection to the form.

9      Outside the scope of his expert testimony.

10         A.    I am generally familiar with the

11     WhatsApp protocol and the various servers that

12     are involved, but my report has different

13     scope.  The scope of Mr. Youssef addresses the

14     protocol in the servers involved directly.

15         Q.    So you express no opinion about

16     whether Pegasus traveled to parts of a server

17     that would have been an area to which a

18     regular WhatsApp message would not travel?

19             ATTORNEY CORA:  Objection to the form.

20         A.    I've not seen any evidence to show

21     me that this particular attack, nor the

22     May 2019 attack, nor the June 2019 attack,

23     compromised different components of the

24     server, however, I've been often provided NSO

25     code, Pegasus code, so I'm not sure exactly

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 90 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    what all it performed, but the fact that

2    Pegasus was routing malware through the

3    servers is in my view a compromise.

4              So in my understanding, that is a

5    compromise of the server, even if different

6    sections of the server were not accessed.

7         Q.    Well, you understand that the

8    investigators within WhatsApp concluded that

9    the WhatsApp servers had not been compromised

10   by the May 2018 use of Pegasus?

11             ATTORNEY CORA:  Objection to the form.

12        A.    So I'm aware of that statement.

13   That statement was given at a point in time.

14   It doesn't reflect all of Meta's investigation

15   around the server, but I'll say again that

16   even if -- just assume that no component of

17   the server was accessed, beyond the fact that

18   malware was routed through the server, that

19   alone is a compromise because it was a

20   compromise of the entire WhatsApp system and

21   it required, therefore, the updating of the

22   server to block those malicious

23   communications.  So it's not enough to say

24   this component of the system wasn't

25   compromised.  The entire system was

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 91 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3460
ANTHONY VANCE on 11-14-2024

1    compromised and those servers were a part, a

2    large part of how that attack was performed.

3        Q.    Okay.  And here again we're talking

4    about your conception of hacking as opposed to

5    unauthorized access as defined under the

6    Computer Fraud and Abuse Act; correct?

7            ATTORNEY CORA:  Objection to the form.

8        A.    Correct.  I'm talking about how

9    hacking was used in this instance to send

10   malware through the servers to the victim

11   target devices.  This was a highly

12   sophisticated hacking attack at the level of a

13   nation state actor.  That is a country, a

14   government with a military specializing this.

15   This is the capability of NSO, and it's laid

16   there in this case.

17       Q.    All right.

18            You're not expressing an opinion

19   about whether anything in September 2018 or

20   December 2018 or May 2019 violated the

21   Computer Fraud and Abuse Act?

22           ATTORNEY CORA:  Objection to the

23   form --

24       Q.    Through unauthorized access;

25   correct?

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 92 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                          Job 3460

```
 1              ATTORNEY CORA:  Objection to the form.
 2         A.   No, but I'll add to that list the
 3   June 2019 attacks.
 4         Q.   Also you would say you express no
 5   opinion about violation of the Computer Fraud
 6   and Abuse Act by unauthorized access?
 7         A.   No, my opinion --
 8              ATTORNEY CORA:  Objection.  Go ahead.
 9         A.   No, my opinion is that those
10   instances were instances of hacking.
11         Q.   As distinct from unauthorized
12   access as that term is used in the Computer
13   Fraud and Abuse Act?
14              ATTORNEY CORA:  Objection to the form.
15         A.   I'm not making any claims relative
16   to the CFAA.  So the terms -- the legal term
17   of unauthorized access and hacking, there is
18   overlap.  So I'm saying that this hacking was
19   not unauthorized access.  It may be that legal
20   analysis may make that conclusion, but I am
21   not making that analysis.  I'm not making that
22   claim, but I am saying it is hacking and it is
23   potentially within the CFAA, although I don't
24   make that claim.
25         Q.   So Mr. --
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 93 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1          ATTORNEY AKROTIRIANAKIS:  Show me that.

2    Do we have that testimony?  I've got it here.

3          Q.    So Mr. Gazneli testified that the

4    AWS server was used for -- only for testing

5    and demonstration purposes.  You don't have a

6    basis to differ with that; do you?

7          ATTORNEY CORA:  Objection to the form.

8          A.    I believe Mr. Youssef's report

9    shows that that server was involved in a

10   number of attacks during the time period.

11         Q.    Okay.  So any thought you would

12   have on that just comes from you reviewing

13   Mr. Youssef's report?

14         ATTORNEY CORA:  Objection to the form.

15         A.    Well, let me see what I say about

16   the AW server.

17              All right.  This is the statement I

18   want to make.  This is a point that's been --

19   needs to be made and that is testing and

20   research and development by NSO against

21   WhatsApp is hacking.  The fact that they're

22   doing research and development of exploitation

23   tools is hacking.  The fact that this tool

24   exists, Pegasus, is evidence that NSO has

25   themselves, not any of its customers, that NSO

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 94 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3460
ANTHONY VANCE on 11-14-2024

1    that is.

2        Q.    At least according to what you

3    reference here on Page 20 of your report, this

4    phone number that we're now talking about

5    refers to demonstrations by a person named

6    Martin; right?

7        ATTORNEY CORA:  Objection to the form.

8        A.    That's what I write here.

9        Q.    Okay.  And the other phone number,

10   the 202 number, you refer to text messaging

11   that indicates that this is being used for

12   demonstrations by Josh Shaner; correct?

13       ATTORNEY CORA:  Objection to the form.

14       A.    So it appears that this phone

15   number, the 202 number, is being used in the

16   attack being performed by Josh Shaner, who is

17   an employee of Westbridge, which is an NSO

18   affiliate, but I don't know who owns that

19   device.

20       Q.    Okay.  And the other Peruvian phone

21   number is also being used in connection with

22   demonstrations as far as you know; correct?

23       ATTORNEY CORA:  Objection to the form.

24       A.    It appears that's the case.

25       ATTORNEY AKROTIRIANAKIS:  Why don't we

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 95 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                              Job 3460

1    take a final short break?

2           ATTORNEY CORA:  Okay.

3           THE VIDEOGRAPHER:  The time is 5:17

4    p.m.

5           We're going off the record.

6                        -  -  -

7           (Whereupon, a short recess was

8    taken.)

9                        -  -  -

10          THE VIDEOGRAPHER:  Stand by, please.

11          The time is 5:30 p.m.

12          We're back on the record.

13   BY ATTORNEY AKROTIRIANAKIS:

14       Q.    Have you ever encountered the

15   entity list prior to your work in this case?

16          ATTORNEY CORA:  Objection to the form.

17       A.    Yes.

18       Q.    And what is the entity list?

19       A.    I describe the entity list in my

20   report.  It's the relevant place.

21       Q.    Are you able to describe it other

22   than by reference to your report?

23       A.    I'd rather reference my report

24   because I use precise wording.

25       Q.    Did you find it?

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 96 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1      A.    Yes, I'm looking where I give a
2  description what the entity list is.  I don't
3  have a definition here, but what the entity
4  list is is described by my statement here,
5  which is that as a consequence of being on the
6  entity list, that NSO is blocked from
7  purchasing technology from U.S. companies
8  without a license.
9           So NSO, this is a quotation:  NSO
10 can no longer legally buy Windows operating
11 systems, iPhones, Amazon Cloud services, the
12 kind of products it uses to run its business
13 and build its spyware.
14     Q.    That's a quote from a New Yorker
15 article?
16     A.    That is.
17     Q.    You said that this was not your
18 first encounter with the entity list.  What
19 other times in your career have you dealt with
20 the entity list?
21           ATTORNEY CORA:  Objection to the form.
22     A.    I was -- an instance I was made
23 aware of the entity list was when NSO was
24 added by the U.S. Government by the Department
25 of Commerce.  I became aware of that before I

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 97 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3460
ANTHONY VANCE on 11-14-2024

1    was engaged in this case.

2        Q.    All right.  But other than NSO

3    being placed on the entity list, have you ever

4    dealt with the entity list in any other

5    context?

6        ATTORNEY CORA:  Objection to the form.

7        A.    No, I've had no reason to.  My

8    first -- as far as I'm aware, this is the

9    first time that the Department of Commerce

10   added an exploitation software company to its

11   list.

12       Q.    Do you know what government agency

13   or agencies administer the entity list?

14       A.    The U.S. Department of Commerce.

15       Q.    Any others?

16       A.    As far as I'm aware, it's the U.S.

17   Department of Commerce's Bureau of Industry

18   and Security -- Bureau of Industry and

19   Security.

20       Q.    And what's the process for adding

21   companies to the entity list, if you know?

22       ATTORNEY CORA:  Objection to the form.

23       A.    Well, there is a definition for the

24   entity list here.  So it describes what the

25   entity list is.  It says on Page 11:  The

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 98 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3460
ANTHONY VANCE on 11-14-2024

1    entity list identifies entities for which

2    there is reasonable cause to believe based on

3    specific and articulable facts that the

4    entities have been involved or involved -- are

5    involved or pose a significant risk of being

6    or becoming involved in activities contrary to

7    the National Security or foreign policy

8    interests of the United States.

9            I'm not going to read this whole

10   statement, but I don't know the details of the

11   process, but I know that this is the goal, the

12   purpose of the entity list, and I know that

13   the Department of Commerce has concluded that

14   the NSO and three other spyware companies

15   should be on that list.

16       Q.    Do you know what's entailed of any

17   investigation by the Department of Commerce?

18       ATTORNEY CORA:  Objection to the form.

19   Outside the scope of his expert opinion.

20       A.    I don't know the details of the

21   investigation, if there was one that the U.S.

22   Department of Commerce performed.

23            What I do know is that this rule,

24   this decision came off public outcry in the

25   cybersecurity community in the global

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 99 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3460
ANTHONY VANCE on 11-14-2024

1    community in discussing democratic interests.

2    This has been building over years as abuses by

3    NSO, have become repeatedly documented, and

4    culminating I think with the attack on the

5    U.S. Embassy in Uganda.

6              So with this growing crescendo of

7    concern for people around the world, I think

8    that precipitated this decision.

9        Q.    Do you know how it is that entities

10   are removed from the entity list or if it's

11   even possible?

12       A.    I'm not familiar.

13         ATTORNEY CORA:  Objection to the form.

14       Q.    Do you know whether placement on

15   the entity list is a unilateral political

16   decision as opposed to the result of some sort

17   of adjudicative process?

18         ATTORNEY CORA:  Objection to the form.

19       A.    I'm not familiar with that process.

20       Q.    Do you know what committee it is

21   that oversees the list and makes editions

22   about -- editions, removals, or other

23   modifications to it?

24       A.    I am not.

25       Q.    Have you ever published any paper

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 100 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1    article regarding the entity list?

2          A.    No, I have not, but I teach about

3    it in my courses.

4          Q.    Okay.  And that's by referring to

5    the Federal Register that you quote here in

6    your rebuttal report?

7          ATTORNEY CORA:  Objection to the form.

8          A.    I refer to this case of NSO being

9    added to the entity lists.

10               I also mentioned U.S. executive

11   order from the White House, and I will mention

12   the future courses, the sanction of the

13   U.S. Treasury Department against a competitor

14   of NSO of the same class of product, which is

15   Intellexa.  So those are three government

16   agencies or three government bodies who have

17   made determinations relative to NSO or a close

18   competitor of NSO because of perceived dangers

19   posed by those spyware vendors.

20         Q.    Well, Intellexa is a Russian

21   company; correct?

22         A.    I'm not sure.

23         Q.    Okay.  Do you hold yourself out as

24   an expert in U.S. export control laws?

25         A.    No, I'm an expert in cybersecurity

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 101 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                          Job 3460

1    and that is relevant to this discussion.

2         Q.    Are you an expert in international

3    trade law?

4         A.    No, but I'm an expert in

5    cybersecurity, which I also see as relevant to

6    this matter.

7         Q.    Are you an expert in National

8    Security?

9         A.    Insofar as National Security

10   intersects with cybersecurity, yes.

11        Q.    On Page 11 of your rebuttal report,

12   you refer to the U.S. Government has

13   sanctioned NSO Group specifically?

14        A.    You're reading the heading?  Yes.

15        Q.    Yes.  So and there is two parts

16   here, the U.S. Government has sanctioned NSO

17   Group specifically and barred commercial

18   spyware generally; right?

19        A.    That's what my heading says.

20        Q.    Okay.  And the first half of that

21   sentence is a reference to the entity list

22   placement; correct?

23        A.    That is correct.

24        Q.    Okay.  And the second part is a

25   reference to the executive order; correct?

WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024                                              Job 3460

```
 1          A.    Yes.

 2          Q.    Okay.  On Page 20 of your rebuttal

 3   report, you refer to this formula?

 4          A.    Yes.

 5          Q.    You said you've reviewed the

 6   deposition testimony of Claudiu Gheorghe;

 7   right?

 8          A.    I have.

 9          Q.    Okay.  And his testimony was that

10   the Pegasus messages did not execute any code

11   on any WhatsApp server.

12                Do you recall that?

13        ATTORNEY CORA:  Objection to the form.

14          A.    I don't remember the precise

15   wording of what he said, but he said something

16   to that effect.

17          Q.    Okay.  His testimony was that the

18   Pegasus messages did not impair the

19   availability of the WhatsApp service; correct?

20        ATTORNEY CORA:  Objection to the form.

21          A.    Again, I don't remember the precise

22   wording.  We can discuss the precise wording

23   if you wish, but I recall he spoke on that

24   topic.

25          Q.    Okay.  My question really is:  Do
```

Case 4:19-cv-07123-PJH    Document 509-6    Filed 01/09/25    Page 103 of 103
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024

1            CERTIFICATE OF REPORTER

2

3        I, Richard Germosen, a New Jersey Certified
   Shorthand Reporter, California Certified Shorthand
4  Reporter, do hereby certify:
           That prior to being examined, the witness in
5  the foregoing deposition was by me duly sworn to
   testify to tell the truth, the whole truth, and
6  nothing but the truth.
           That the foregoing deposition was taken in
7  person at the time and date therein set forth and was
   taken down by me in shorthand and thereafter
8  transcribed into typewriting under my direction and
   supervision; said transcript being a true record of
9  said proceedings.
           I further certify that l am neither counsel
10 for, nor related to, any of the parties to said
   deposition, nor in any way interested in the outcome
11 of this cause.
           Further, that if the foregoing pertains to the
12 original transcript of a deposition in a federal
   case, before completion of the proceedings, review of
13 the transcript was not requested.
           In witness whereof, I have hereunto subscribed
14 my name on this 21st day of November 2024.

15 Richard Germosen, CCR-NJ, CSR-CA #1439]

16
   *Richard Germosen*
17 ----------------------------------------
   RICHARD GERMOSEN,
18 FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
   NYACR, NYRCR
19 LICENSE NO. 30XI00184700
   LICENSE NO. 30XR00016800
20 California CSR No. 14391
   California CRR No. 198

21

22

23

24

25