UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO EXCLUDE OR LIMIT THE OPINIONS OF PLAINTIFFS' PROPOSED EXPERT DR. ANTHONY VANCE**<br><br>Judge:  Hon. Phyllis J. Hamilton |

1   On February 13, 2025, at 2:00 p.m., the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"), came on for hearing. After full consideration of all points and authorities filed in support of, and in opposition to, the motion, and GOOD CAUSE THEREFOR APPEARING, IT IS HEREBY ORDERED THAT:

  1. The Motion is GRANTED.

  2. The opinion testimony of Dr. Anthony Vance., is excluded or limited as described in Defendants' motion pursuant to Federal Rules of Evidence 403, 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

  Counsel for Plaintiff shall instruct any witness Plaintiff intends to call on the substance of this Order and shall instruct such witness accordingly.

  **IT IS SO ORDERED.**

  DATED: _____

  _____
  THE HONORABLE PHYLLIS J. HAMILTON
  SENIOR UNITED STATES DISTRICT JUDGE