Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION TO EXLUDE CERTAIN EXPERT TESTIMONY OF GREGORY A. PINSONNEAULT** |

I, Micah G. Block, declare as follows:

1. I am partner with the the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault filed concurrently herewith.

3. On September 4, 2024, Plaintiffs took the deposition of Mr. Gazneli. Attached hereto as **Exhibit A** is a true and correct excerpt of the deposition transcript of Mr. Gazneli, taken in this case on September 4, 2024.

4. On September 21, 2024, NSO served the Rebuttal Expert Report of Gregory A. Pinsonneault. Attached hereto as **Exhibit B** is a true and correct copy of the Rebuttal Expert Report of Gregory A. Pinsonneault, dated September 21, 2024.

5. On November 20, 2024, Plaintiffs took the deposition of Mr. Pinsonneault. Attached hereto as **Exhibit C** is a true and correct excerpt of the deposition transcript of Gregory A. Pinsonneault, taken in this case on November 20, 2024.

6. Attached hereto as **Exhibit D** is a true and correct copy of a document that NSO produced with Bates number NSO_WHATSAPP_00000287 that describes the development of Covert Android.

7. Attached hereto as **Exhibit E** is a true and correct excerpt of a document produced to Plaintiffs by the third-party Jefferies with Bates numbers WA-NSO-00074999 through WA-NSO-00075081.

8. Attached hereto as **Exhibit F** is a true and correct excerpt of a document produced by the third-party Jefferies with Bates numbers JEFF00007831 through JEFF00007876.

9. Attached hereto as **Exhibit G** is a true and correct excerpt of a document produced by the third-party Francisco Partners with Bates numbers FPM-00026827 through FPM-00026876.

1

DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF GREGORY A. PINSONNEAULT- CASE NO. 4:19-CV-07123-PJH

1  I declare under the penalty of perjury that the foregoing is true and correct.

2  Executed this 9th day of January, 2025 in Redwood City, California.

By: /s/ *Micah G. Block*
     Micah G. Block