1  Greg D. Andres
2  Antonio J. Perez-Marques
   Gina Cora
3  Craig T. Cagney
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
7  Email:    greg.andres@davispolk.com
             antonio.perez@davispolk.com
8            gina.cora@davispolk.com
             craig.cagney@davispolk.com
9            luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   900 Middlefield Road, Suite 200
12 Redwood City, California 94063
   Telephone: (650) 752-2000
13 Facsimile:  (650) 752-2111
   Email:    micah.block@davispolk.com
14
15 *Attorneys for Plaintiffs WhatsApp LLC and
   Meta Platforms, Inc.*
16

17                          UNITED STATES DISTRICT COURT

18                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                                   OAKLAND DIVISION

| | |
|---|---|
| 20  WHATSAPP LLC, and<br>     META PLATFORMS INC.,<br>21<br>22                     Plaintiffs,<br>23         v.<br>24  NSO GROUP TECHNOLOGIES LIMITED<br>     and Q CYBER TECHNOLOGIES LIMITED,<br>25<br>26                     Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIOMNY OF GREGORY A. PINSONNEAULT** |

27

28

Having considered the Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault filed by Plaintiffs Meta Platforms, Inc. and WhatsApp LLC's ("Plaintiffs"),

IT IS HEREBY ORDERED that Plaintiffs' Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault is GRANTED.

**IT IS SO ORDERED.**

Dated: _____                          _____
                                                THE HONORABLE PHYLLIS J. HAMILTON
                                                U.S. DISTRICT JUDGE

1

[Proposed] Order Granting Plaintiffs' Motion to exclude Certain Expert Testimony of Gregory A. Pinsonneault - Case No. 4:19-cv-07123-PJH