# EXHIBIT G

In the Matter of:

# WhatsApp Inc.

## vs

# NSO Group Technologies Limited et al.

## JESUS PALAU

*September 13, 2024*

*Attorneys Eyes Only*



Swivel Legal Solutions   |   Phone: 800.540.9099   |   www.swivellegal.com

Case 4:19-cv-07123-PJH   Document 512-8   Filed 01/09/25   Page 3 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024    {{Attorneys Eyes Only}}                      Page 1

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                       OAKLAND DIVISION

 4                           --oOo--

 5

 6   WHATSAPP INC., a Delaware corporation,
     and FACEBOOK, INC., a Delaware
 7   corporation,

 8            Plaintiffs,
     v.                              Case No.  4:19-cv-07123-PJH
 9
     NSO GROUP TECHNOLOGIES LIMITED
10   and Q CYBER TECHNOLOGIES LIMITED,

11            Defendants.
     _____/
12

13          **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

14            STENOGRAPHIC REPORTER'S VIDEOTAPED

15                  DEPOSITION TRANSCRIPT OF

16                     JESUS BARCONS PALAU

17                  FRIDAY, SEPTEMBER 13, 2024

18

19

20   Reported Stenographically by:

21   KIMBERLY D'URSO, CSR 11372, RPR

22   Job No.  3326

23

24

25
```

Case 4:19-cv-07123-PJH   Document 512-8   Filed 01/09/25   Page 4 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3326
JESUS PALAU on 09-13-2024    {{Attorneys Eyes Only}}                   Page 2

```
 1                      APPEARANCES

 2

 3   FOR THE PLAINTIFFS:

 4           DAVIS POLK & WARDWELL LLP
             BY:  MICAH G. BLOCK, ESQ.
 5                LUCA MARZORATI, ESQ.
             1600 El Camino Real
 6           Menlo Park, California 94025
             650.752.2000
 7           micah.block@davispolk.com
             luca.marzorati@davispolk.com
 8

 9   FOR THE DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED and
     Q CYBER TECHNOLOGIES LIMITED:
10
             KING & SPALDING LLP
11           BY:  JOSEPH N. AKROTIRIANAKIS, ESQ.
                  JONATHAN WEINBERG, ESQ.
12           633 West Fifth Street, Suite 1700
             Los Angeles, CA 90071
13           213.443-4355
             jakro@kslaw.com
14           jweinberg@kslaw.com

15

16   ALSO PRESENT:  Arif Dhilla, Meta Platforms

17                  Cody Furlin, Videographer

18                       --oOo--

19

20

21

22

23

24

25
```

Case 4:19-cv-07123-PJH   Document 512-8   Filed 01/09/25   Page 5 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.   Job 3326
JESUS PALAU on 09-13-2024   {{Attorneys Eyes Only}}   Page 3

```
 1                    INDEX OF EXAMINATION

 2   WITNESS:  JESUS BARCONS PALAU

 3   EXAMINATION BY                                      PAGE

 4        MR. AKROTIRIANAKIS.....................6

 5


 6              EXHIBITS MARKED FOR REFERENCE

 7   EXHIBIT                DESCRIPTION               PAGE

 8   Exh 1316 -Email/WorkChat dated 5/2/19............168

 9   Exh 1317 -LinkedIn Profile "Jesus B.".............32

10   Exh 1106 -Email/WorkChat dated 5/3/19............154

11   Exh 1122 -Email/WorkChat dated 5/6/19............180

12   Exh 1080 -Email/WorkChat dated 5/10/19.......... --
              (This exhibit was not verbally referenced
13             but maybe marked(?) by Mr. Akrotirianakis.
               It was in exhibit stack left for reporter.)
14

15

16   PREVIOUSLY MARKED EXHIBITS FOR REFERENCE FROM 9/12/24
     DEPOSITION OF YUANYUAN WANG, BUT NOT MARKED BY
17   MR. AKROTIRIANAKIS:

18
     Exh 1105 -"Follow-up Server to Validate Call".....58
19
     Exh 1167 -SEV S178165.............................46
20
     Exh 1148 -Technical Analysis Report..............189
21
     Exh 1083 -Technical Analysis Report..............189
22
     Exh 1158 -Email dated 5/16/19....................197
23
     Exh 1113 -Task titled:  "Collect all the numbers
24            affected by S178165....................200

25                          --oOo--
```

Case 4:19-cv-07123-PJH   Document 512-8   Filed 01/09/25   Page 6 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024      {{Attorneys Eyes Only}}                    Page 4

```
 1                          --oOo--
 2            BE IT REMEMBERED, that set on Friday, the
 3   13th day of September, 2024, commencing at the hour of
 4   9:11 a.m., thereof, JESUS BARCONS PALAU appeared at King
 5   & Spalding LLP, 601 South California Avenue, Suite 100,
 6   Palo Alto, CA, California, before me, Kimberly E. D'Urso,
 7   an RPR and Certified Shorthand Reporter No. 11372 of the
 8   State of California, the following deposition was
 9   stenographically reported by me:
10            THE VIDEOGRAPHER:  We are on the record.  My
11   name is Cody Furin, contracted by Swivel Legal Solutions.
12   I'm not financially interested in this action, nor am I a
13   relative or employee of any of the attorneys or any of
14   the parties.
15            Today is September 13, 2024.  The time is
16   9:11 a.m. Pacific Time.  This deposition is taken at 601
17   California Avenue, Palo Alto, California.  The name of
18   this case is WhatsApp Inc. v. NSO Technologies Limited,
19   filed in the United States District Court, Northern
20   District of California, Oakland Division, case Number
21   4:19-cv-07123-PJH.
22            This is the video-recorded deposition
23   Jesus Barcons Palau, Volume 1.  The attorney taking
24   this deposition is Joseph Akrotirianakis.
25            Would all present please identify themselves,
```

Case 4:19-cv-07123-PJH   Document 512-8   Filed 01/09/25   Page 7 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3326
JESUS PALAU on 09-13-2024    {{Attorneys Eyes Only}}                  Page 5

```
 1  beginning with the deponent, Jesus Barcons Palau.
 2              THE WITNESS:  Hi.  My name is Jesus Barcons
 3  Palau.
 4              MR. AKROTIRIANAKIS:  Joe Akrotirianakis and
 5  Jonathan Weinstein [sic] on behalf of the defendants.
 6              MR. WEINBERG:  Weinberg.
 7              MR. AKROTIRIANAKIS:  Oh, I'm sorry.  Weinberg.
 8              Can you report that correctly?
 9              THE CERTIFIED STENOGRAPHIC REPORTER:  Yes, I
10  will.
11              MR. BLOCK:  Micah Block from Davis Polk, for
12  Plaintiff.  With me are Luca Marzorati from Davis Polk,
13  and Arif Dhilla from Meta Platforms.
14              THE VIDEOGRAPHER:  The court reporter today is
15  Kimberly D'Urso with Swivel Legal Solutions.
16              Would the reporter please swear in the witness.
17              THE CERTIFIED STENOGRAPHIC REPORTER:  Okay.  I
18  am Kimberly D'Urso.  I am licensed court reporter in the
19  state of California, license No. 11372.
20              And I will have you raise your right and I will
21  swear you in.
22              (Whereby the oath was administered by the
23              Certified Shorthand Reporter.)
24              THE WITNESS:  Yes, I do.
25              THE CERTIFIED STENOGRAPHIC REPORTER:  Thank
```

Case 4:19-cv-07123-PJH    Document 512-8    Filed 01/09/25    Page 8 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3326
JESUS PALAU on 09-13-2024    {{Attorneys Eyes Only}}                  Page 205

```
 1           MR. BLOCK:  Objection to form.
 2           THE WITNESS:  I will read that, if it's okay
 3   with you.
 4   BY MR. AKROTIRIANAKIS:
 5       Q.   Yeah.  The preceding message, above yours.
 6       A.   Oh.
 7       Q.   I'm sorry.  Above the one we just looked at.
 8       A.   It says:  "Sweden (SE,46) numbers and Cyprus,
 9   (CY,357) are the phone numbers."  I don't know if there
10   is a relation with that.  There is some context that
11   seems may have been lost in -- with time, that was not
12   written down.
13       Q.   Okay.  Can you turn to page 32?
14       A.   I'm there.
15       Q.   All right.  Did you see your comment on this
16   page that:  "For the record, not all the numbers in the
17   all" slash [sic] -- "all_victims.txt are victims"?
18       A.   Yes.
19       Q.   Okay.  And you go on to write:  "Some numbers
20   are debug numbers of attackers and for some of the other
21   numbers the attack may not have been successful."
22           Do you see that?
23       A.   I can see that.
24       Q.   What did you mean by that comment?
25       A.   To the best of my understanding, in the -- I'm
```

Case 4:19-cv-07123-PJH   Document 512-8   Filed 01/09/25   Page 9 of 11

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024        {{Attorneys Eyes Only}}                 Page 206

1  just pointing out that perhaps not all the phone numbers
2  in that text file were actual victims.  And it seems
3  there are two categories for which the phone numbers
4  would not be victims, even if they're in this file.
5          One is that, with high likelihood, I believe
6  that those were the bug numbers that were being used by
7  attackers to maybe test, validate, debug, deploy,
8  develop the exploit.
9          And in order for the attack to be successful,
10 it was a multistage attack.  And I think that along the
11 process we discovered that sending that malicious call
12 offer was just one of the prerequisites that required
13 for the exploit to actually work; right?
14         So perhaps some of the steps after that didn't
15 succeed, were not successful, hence those are candidates
16 to victims, but not victims, proper -- at least in my
17 understanding -- because the full attack -- the full
18 multistep complex attack didn't reach to its final step.
19     Q.   All right.  So let me see if I understand.  In
20 this task, you were going to collect all the numbers
21 affected by the SEV that we've been talking about today;
22 correct?
23     A.   Yes, that's correct.
24     Q.   Okay.  And you began by collecting together any
25 number that was the recipient of a suspicious call

Case 4:19-cv-07123-PJH   Document 512-8   Filed 01/09/25   Page 10 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024      {{Attorneys Eyes Only}}                  Page 207

1  offer?

2      A.   Yes, I think that this is how I did it.

3      Q.   Okay.  And now what you're pointing out, on

4  page 32, and in your testimony, is that simply receiving

5  a suspicious call offer wouldn't mean that there was a

6  successful installation of the Pegasus on that phone; is

7  that right?

8           MR. BLOCK:  Objection to form.  Misstates.

9           THE WITNESS:  I don't even know if at that time

10 I knew what Pegasus was or that it would lead to that.  I

11 don't really know when I learned that.

12          But I'm just pointing out that, yes, not all

13 those devices are actually -- all those phone numbers are

14 actually victims for -- as you well said, that -- that

15 the complex multistep attack, that's not always complete

16 successfully.  For instance, you can send a call offer,

17 but if the device is not connected, I don't think that

18 it's going to be successful.

19 BY MR. AKROTIRIANAKIS:

20     Q.   And in addition to receiving a suspicious call

21 offer, not meaning that there was a successful

22 installation, even if there were an installation, that

23 wouldn't mean that data was obtained from the targeted

24 phone?

25     A.   This is beyond --

Case 4:19-cv-07123-PJH    Document 512-8    Filed 01/09/25    Page 11 of 11
WhatsApp Inc. vs NSO Group Technologies Limited et al.
JESUS PALAU on 09-13-2024    {{Attorneys Eyes Only}}
Job 3326
Page 217

```
 1  STATE OF CALIFORNIA        )
                               ) ss:
 2  COUNTY OF ALAMEDA          )

 3
              I, KIMBERLY E. D'URSO, do hereby certify:
 4

 5            That the witness named in the foregoing

 6  deposition was present and duly sworn to testify to the

 7  truth in the within-entitled action on the day and date

 8  and at the time and place therein specified;

 9            That the testimony of said witness was reported

10  by me in shorthand and was thereafter transcribed through

11  computer-aided transcription;

12            That the foregoing constitutes a full, true and

13  correct transcript of said deposition and of the

14  proceedings which took place;

15            Further, that if the foregoing pertains to the

16  original transcript of a deposition in a federal case,

17  before completion of the proceedings, review of the

18  transcript [ ] was [ ] was not requested.

19            That I am a certified stenographic reporter and

20  a disinterested person to the said action;

21            IN WITNESS WHEREOF, I have hereunder subscribed

22  my hand this 15th day of September, 2024.

23  _____
        Kimberly D'Urso

24  KIMBERLY D'URSO, CSR NO. 11372, RPR

25
```