# EXHIBIT H

In the Matter of:

**WhatsApp Inc.**

**vs**

**NSO Group Technologies Limited et al.**

---

**WHATSAPP INC.**

*August 16, 2024*

*30(b)(6), Attorneys Eyes Only*

---



Swivel Legal Solutions  |  Phone: 800.540.9099  |  www.swivellegal.com

Case 4:19-cv-07123-PJH   Document 512-9   Filed 01/09/25   Page 3 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4   _____

5   WHATSAPP INC., a Delaware          )
    corporation, and FACEBOOK, INC.,   )
6   a Delaware corporation,            )
    a Delaware corporation,            )
7                                      )
              Plaintiffs,              )
8      v.                              ) Case No.
                                       ) 4:19-cv-07123-PJH
9   NSO GROUP TECHNOLOGIES LIMITED     )
    and Q CYBER TECHNOLOGIES LIMITED,  )
10                                     )
                                       )
11            Defendants.              )
    _____)

12

13      HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14        VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                   DEPOSITION OF

16    WHATSAPP INC., by and through its Designated

17                  Representative,

18              CLAUDIU GHEORGHE

19          Palo Alto, California 94304

20            Friday, August 16, 2024

21

22  Reported Stenographically by:
    MARY J. GOFF
23  CSR No. 13427
    WA CSR No. 21030779
24  Job No. 3296
    PAGES 1-295

25

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 4 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                      Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}                Page 2

1

2

3

4

5            HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

6     VIDEO-RECORDED 30(b)(6) and 30(b)(1) DEPOSITION of

7        CLAUDIU GHEORGHE, Volume I, taken on behalf of

8   Defendants, NSO Group Technologies Limited and

9        Q Cyber Technologies Limited, at King &

10     Spalding LLP, 601 California Avenue, Suite 100,

11        Palo Alto, California 94304, beginning at

12        9:14 a.m. and ending at 7:23 p.m., on Friday,

13     August 16, 2024, before MARY J. GOFF, California

14    Certified Shorthand Reporter No. 13427 and WA CSR

15                   No. 21030779.

16

17

18

19

20

21

22

23

24

25

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 5 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 3

```
 1   APPEARANCES:

 2   For Plaintiffs WhatsApp Inc. and Facebook, Inc.

 3        Davis Polk & Wardwell LLP

 4        BY:  MICAH G. BLOCK

 5             LUCA MARZORATI

 6             MEENU MATHEWS

 7             CRAIG CAGNEY

 8        Attorneys at Law

 9        450 Lexington Avenue

10        New York, New York 10017

11        micah.block@davispolk.com

12        luca.marzorati@davispolk.com

13        meenu.mathews@davispolk.com

14        212-450-4724

15   For Defendants NSO Group Technologies Limited and

16   Q Cyber Technologies Limited

17        King & Spalding LLP

18        BY:  JONATHAN WEINBERG

19             JOSEPH N. AKROTIRIANAKIS, AARON CRAIG

20        Attorneys at Law

21        633 West Fifth Street, Suite 1700

22        Los Angeles, California 90071

23        j.weinberg@kslaw.com

24        jakro@kslaw.com

25        213-443-4355
```

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 6 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page  4

1   APPEARANCES CONTINUED:

2   ALSO PRESENT:  Arif Dhilla, META in-house counsel;

3   Terry McGraw and Nate Epperson from Gray Analytics;

4   Matthew Dawson; Rick Hein; Michael Chmelar

5   Videographer:  Brad Lipetz

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 4:19-cv-07123-PJH   Document 512-9   Filed 01/09/25   Page 7 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                 Page 5

```
 1                        INDEX

 2   WITNESS                                    EXAMINATION

 3   CLAUDIU GHEORGHE

 4   Volume I

 5

 6                      ATTORNEY WEINBERG          9, 289

 7                      ATTORNEY BLOCK               288

 8

 9   NUMBER              DESCRIPTION              PAGE

10   Exhibit 1167   SEV 2 S178165 Stanzaming         28
                    WA-NSO-00164559-566

11

12   Exhibit 1083   Presentation:  Technical         38
                    analysis of the WhatsApp
13                  0-click exploit
                    WA-NSO-00125122-149
14

15   Exhibit 1163   CVE Search Results               49
                    WA-NSO-00
16

17   Exhibit 1158   5-16-2019 email                  55
                    Message Summary
18                  WA-NSO-00121072-73

19   Exhibit 1159   9-5-2019 email                   67
                    Message summary, Semmle evaluation
20                  WA-NSO-00125063

21   Exhibit 1148   Technical Analysis of            71
                    WhatsApp Zero-Click Exploit
22                  October 2019, Andrey Labunets
                    Otto Ebeling, Ibrahim Mohamed,
23                  Brendon Tiszka
                    WA-NSO-00121258-269
24

25
```

Case 4:19-cv-07123-PJH   Document 512-9   Filed 01/09/25   Page 8 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 6

1   EXHIBITS CONTINUED:                                           PAGE

2   Exhibit 1085   Defendants' Amended Notice            143
                   of Video-recorded Deposition
3                  Pursuant to Federal Rules 30(b)(6)
                   to Plaintiffs
4

5   Exhibit 1105   T34775320 Server to validate          158
                   10-21-2020
6                  WA-NSO-00017583-604

7   Exhibit 1164   Declaration of Claudiu                186
                   Gheorghe
8

9   Exhibit 1106   5-3-2019 email                        214
                   Message summary
10                 WA-NSO-00115239-253

11  Exhibit 1107   5-13-2019 email                       221
                   Constantine Pavlis
12                 WA-NSO-00055228-232

13  Exhibit 1080   5-10-2019 email                       268
                   Message summary
14                 WA-NSO-00111009-014

15  Exhibit 1119   5-14-2019 email                       272
                   Message Summary
16                 WA-NSO-00111069-74

17  Exhibit 1156   6-20-2019 email                       283
                   Message summary
18                 WA-NSO-00125034

19  MARKED BY PLAINTIFFS WHATSAPP and FACEBOOK:

20  Exhibit 2000   Declaration of                        287
                   Joseph D. Mornin
21

22

23

24

25

Case 4:19-cv-07123-PJH   Document 512-9   Filed 01/09/25   Page 9 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                           Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                        Page 7

1                    Palo Alto, California

2                  Friday, August 16, 2024

3                       9:14 a.m.

4          THE VIDEOGRAPHER:  We are on the video

5    record.  The time is 9:14.  Today is August 16,

6    2024.

7              We are located at 601 California Avenue,

8    Suite 100, in Palo Alto, California.  This is

9    Media Unit 1, Volume I in the deposition of Claudiu

10   Gheorghe, in the matter of WhatsApp Incorporated,

11   versus NSO Group Technologies Limited, et al., being

12   heard in the United States District Court, Northern

13   District of California.  The Case Number is

14   4:19-cv-07123-PJH.

15             The videographer is Brad Lipetz.  And our

16   court reporter is Mary Goff, on behalf of Swivel

17   Legal Solutions of Alhambra, California.

18             Will counsel please identify themselves

19   starting with taking counsel, please.

20             ATTORNEY WEINBERG:  I'm Jonathan Weinberg

21   of King & Spalding here for Defendants, accompanied

22   with Joe Akrotirianakis.

23             And Rick Hein is joining remotely.

24             ATTORNEY BLOCK:  And Mr. Craig.

25             ATTORNEY AKROTIRIANAKIS:  Aaron Craig is

Case 4:19-cv-07123-PJH   Document 512-9   Filed 01/09/25   Page 10 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}                  Page  8

1  joining remotely.  I think that Matt Dawson --

2  Matthew Dawson is probably joining remotely.

3              ATTORNEY MARZORATI:  It looks like Terry

4  McGraw also.

5              ATTORNEY CRAIG:  Yeah, Terry -- Terrence,

6  T-E-R-R-E-N-C-E, for the record.  McGraw,

7  M-C-G-R-A-W.

8              ATTORNEY WEINBERG:  All right.

9              ATTORNEY BLOCK:  I'm Micah Block from

10  Davis Polk for Plaintiffs.

11              With me from Davis Polk is Luca Marzorati.

12              We likely will be joined later in the

13  deposition by Meenu Matthews in person and by Craig

14  Cagney on the Zoom, neither of whom are yet present.

15              Also with us from META Platforms, Arif

16  Dhilla in person.  And we may have Michael Chmelar

17  on Zoom at this point.

18              And I will provide you spellings at a

19  break.

20              THE VIDEOGRAPHER:  Thank you.  Will the

21  court reporter please swear in the witness.

22                    CLAUDIU GHEORGHE,

23  Being first duly sworn or affirmed to testify to the

24  truth, the whole truth, and nothing but the truth,

25  was examined and testified as follows:

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 11 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 183

1              So the fourth bullet point -- I think this

2    goes to what you were just saying -- the WhatsApp

3    servers were not compromised by this attack?  You

4    agree with that?

5              ATTORNEY BLOCK:  Object to form.

6        A    What do you mean by "compromised"?

7        Q    (BY ATTORNEY WEINBERG) Well, did it --

8    this operation impaired the availability of those

9    servers to perform their normal functions?

10             ATTORNEY BLOCK:  Object to form.

11       A    This does not impair the availability of

12   the servers.

13       Q    (BY ATTORNEY WEINBERG) Did it impair the

14   availability of any data on the servers?

15             ATTORNEY BLOCK:  Object to form.

16       A    What data are you referring to?

17       Q    (BY ATTORNEY WEINBERG) Data stored in the

18   servers.

19       A    I think that's too general.

20       Q    Did it impair the integrity of any data

21   that's stored in the servers?

22             ATTORNEY BLOCK:  Object to form.

23       A    The integrity of the data?

24       Q    (BY ATTORNEY WEINBERG) Yeah.  If

25   WhatsApp's servers stored some data that it needs to

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 12 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                      Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                 Page 184

1   make available for its normal operation, did this

2   operation of Pegasus corrupt that data --

3            ATTORNEY BLOCK:  Object to form.

4       Q    (BY ATTORNEY WEINBERG) -- on the servers?

5            ATTORNEY BLOCK:  Object to form.

6       A    So this did not corrupt any data on the

7   signaling or the relay servers.

8            ATTORNEY BLOCK:  It's been a little more

9   than 15 minutes since we said 5 or 10, and I'm going

10  to need a bio break.

11           ATTORNEY WEINBERG:  Okay.

12           ATTORNEY BLOCK:  Thank you.  I appreciate

13  it.

14           THE VIDEOGRAPHER:  Off the record,

15  3:06 p.m.

16           (A break was taken from 3:06 p.m. to

17  3:25 p.m.)

18           THE VIDEOGRAPHER:  Back on the record at

19  3:25 p.m.

20           ATTORNEY BLOCK:  As I just mentioned off

21  the record, Mr. Gheorghe identified a correction he

22  wanted to make to some of his testimony while we

23  were on break.

24      Q    (BY ATTORNEY WEINBERG) I believe the

25  correction was on the location of the data centers

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 13 of 22

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                 Page 231

1    answer that --

2        A    I -- I don't -- I just don't know.

3        Q    (BY ATTORNEY WEINBERG) All right.  You're

4    aware that Pegasus is only sold to governments,

5    right?

6             ATTORNEY BLOCK:  Objection, assumes facts;

7    calls for speculation; outside the scope.

8        A    I -- yeah, I don't know.  I don't know

9    about their business model and how it works, so...

10       Q    (BY ATTORNEY WEINBERG) Okay.  For any

11   given user, was WhatsApp able to determine whether

12   or not the Pegasus agent was successfully installed

13   on the user's phone?

14       A    What do you mean by "successfully

15   installed"?

16       Q    Well, my understanding is that the

17   final -- at some point in this Pegasus operation,

18   there's some agent that gets installed on a -- on

19   the phone.  I guess you testified that you have no

20   idea how Pegasus works, so --

21       A    Yeah, I'm not an expert on Pegasus for

22   sure.  I know generally, like, how spyware works,

23   but I have never done analysis of Pegasus, so...

24       Q    So you're aware that there's some software

25   that would sit on the user's phone and be used by

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 14 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}               Page 232

1  the Pegasus user?

2        ATTORNEY BLOCK:  Objection to form; vague.

3     A   So yeah, generally, like, I know Pegasus

4  is installing on phones and has persistent -- like,

5  it can basically obtain private information from the

6  phone.

7        It has full control of the phone.  That's

8  from what I read about it, but I never, like, saw

9  exactly how it works.  Like, I have never seen --

10 seen it in action.

11    Q   (BY ATTORNEY WEINBERG) Does WhatsApp know

12 whether Pegasus was able to take over somebody's

13 phone?

14        ATTORNEY BLOCK:  Objection to form.

15        And a portion of that, I think, is within

16 the scope, so you can answer to the extent you know.

17    A   So to the extent that I know, we were

18 observing some attempts being unsuccessful by -- the

19 crashes that would happen.

20        So this exploit is not always reliable.

21 Like, sometimes it would work, sometimes not.

22        And we noticed some instances that were

23 causing crashes, and in those cases we knew that it

24 did not work.  But in all the other cases that were

25 not crashes, we were assuming that it was

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 15 of 22

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 233

1    successfully installed.

2         Q    (BY ATTORNEY WEINBERG) Okay.  So when you

3    analyzed the crash logs, if you saw crashes, then

4    you assumed that that was an attempt to install

5    Pegasus that was unsuccessful?

6              ATTORNEY BLOCK:  Object to form.

7         A    So we were seeing crashes specifically on

8    the victims' devices that were -- the memory was

9    corrupted.  So it was confirming the fact that they

10   were being exploited.

11             Because the crash had a very abnormal,

12   like, stack trays that, like, would not make any

13   sense, so it was clearly pointing to the memory -- a

14   corrupted memory on the victim's device.

15             But in the case of -- there were also

16   cases where there was no crash.  So in those cases,

17   we would just assume that it worked.

18             But the other thing that we know that --

19   from the malicious code that we observed, they were

20   leaving the call log on the phone.  And we did

21   have -- from I remember, we did have some reports

22   from some victims that they could not see their past

23   call logs and -- which that -- which means that they

24   were successfully, like, running to the later stages

25   of the -- of the exploit.

Case 4:19-cv-07123-PJH   Document 512-9   Filed 01/09/25   Page 16 of 22

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                Page 234

1        Q     (BY ATTORNEY WEINBERG) So the crash logs,

2   you're saying if -- if it crashed, you assume it was

3   not successfully installed --

4        A     Yes.

5        Q     -- correct?

6              But if it did not crash, then you would

7   continue on and look for additional data to figure

8   out if the installation was successful, as in the

9   crash log was a disqualifier; it was a filter?

10       A     Yes, if there was a crash, it means it was

11  not successful, for --

12       Q     If --

13       A     -- sure.

14       Q     -- there was no crash, that doesn't mean

15  it was successful?

16             ATTORNEY BLOCK:  Object to form.

17       A     Yeah, we don't know.  We don't have --

18       Q     (BY ATTORNEY WEINBERG) Right.

19       A     -- evidence for that.

20       Q     Okay.  I'm still on the same question

21  about the successful installs.  I think that you

22  understand what I mean by "successfully installed on

23  the target phone," right?  There's an attempt to

24  deliver -- there's an attempt to deliver the -- to

25  install on the phone.  And as far as I -- the crash

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 17 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}               Page 235

1    logs can't tell you if it was successful.  We have

2    already gotten there.

3            Can anything else -- did -- was WhatsApp

4    able to find anything else to say that this was --

5    the installation attempt was successful?

6            ATTORNEY BLOCK:  I object to the preamble

7    of the question because it misstates.  And I object

8    to the form of the question that followed the

9    preamble.

10    Q    (BY ATTORNEY WEINBERG) Ultimately, my

11   question is:  For any given user, was WhatsApp able

12   to determine that Pegasus was successfully installed

13   on that phone?

14            ATTORNEY BLOCK:  Partially in scope.

15            You can answer, to the extent you know.

16    A    The only evidence that I remember was the

17   clearing of the call log that would point to a

18   successful install.

19            But otherwise, I'm not aware of -- I

20   haven't seen other information that points to a

21   successful installment.

22    Q    (BY ATTORNEY WEINBERG) On what basis is

23   clearing of the call log an indication of a

24   successful install?

25            ATTORNEY BLOCK:  Object to form.

Case 4:19-cv-07123-PJH   Document 512-9   Filed 01/09/25   Page 18 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 236

1       A    It's just the -- the exploit would involve

2  ringing at the beginning.  And many -- we talked

3  with some victims.

4            We got some reports from some victims who

5  we knew they were targeted, and they said they

6  observed incoming logs.  And after that they

7  couldn't find it in the call logs, so that's one

8  thing that I remember.

9            ATTORNEY WEINBERG:  Can we take five

10  minutes?

11           THE VIDEOGRAPHER:  5:12 p.m.

12           (A break was taken from 5:12 p.m. to

13  5:29 p.m.)

14           THE VIDEOGRAPHER:  We were on the record,

15  and the time is 5:29 p.m.

16           ATTORNEY BLOCK:  Just a quick housekeeping

17  thing.  Did we get Rick Hein?  I think his name got

18  on the record, but did we get who he is on the

19  recording at the beginning of the deposition?

20           ATTORNEY AKROTIRIANAKIS:  Yeah, he is with

21  Gray Analytics.  They all signed the protective

22  order, and he would have disclosed whomever.

23           ATTORNEY BLOCK:  Great.  And did anybody

24  else from Gray Analytics join during the deposition?

25           ATTORNEY AKROTIRIANAKIS:  Yeah.  Well,

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 19 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 238

1    I cannot tell.

2         Q    (BY ATTORNEY WEINBERG) Okay.  Beyond the

3    Pegasus installation, my next question is:  What

4    evidence does WhatsApp have that any data was

5    exfiltrated from a targeted user?

6              ATTORNEY BLOCK:  Object to form.  It's

7    partially in scope.

8              So you can give your testimony within your

9    scope.

10        A    I don't have any information that shows --

11   that confirms -- as evidence of the data

12   exfiltration from the phone.

13             But we know in general that that's the

14   only reason -- like, that's the main reason why you

15   would install a spyware and attack someone's

16   computer is to exfiltrate some -- some data.

17   There's no other reason to install.

18        Q    (BY ATTORNEY WEINBERG) Well, that's an

19   intention, right?  All right.

20             When I say the -- use the phrase "C2

21   servers," do you know what I'm referring to,

22   command-and-control servers?

23        A    Yes.

24        Q    Did WhatsApp obtain the IP addresses of

25   any servers that WhatsApp contends were used as C2

Case 4:19-cv-07123-PJH   Document 512-9   Filed 01/09/25   Page 20 of 22

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}               Page 250

1          ATTORNEY BLOCK:  I object to the preamble,

2   and I object to a form of the question that followed

3   the preamble.

4        A    What do you mean by "slow down"?

5        Q    (BY ATTORNEY WEINBERG) Well, you know

6   computers, when they get a lot of work to do, they

7   slow down.  So when you have a server and the server

8   has too many server -- requests to service it, it

9   would probably slow down.

10          So my question is:  Do you have any reason

11   to believe that the operation of Pegasus slowed down

12   in any material way, any of WhatsApp's servers?

13          ATTORNEY BLOCK:  Same objections.

14        A    No, I don't believe the suspicious attack

15   that we observed slowed down the WhatsApp servers.

16        Q    (BY ATTORNEY WEINBERG) The volume of

17   the -- of these suspicious stanzas was quite small

18   compared to the size of WhatsApp's user base, wasn't

19   it?

20          ATTORNEY BLOCK:  Object to form.

21        A    Yes.

22        Q    (BY ATTORNEY WEINBERG) As far as WhatsApp

23   knows, Pegasus didn't delete any of WhatsApp's data

24   from WhatsApp's servers, correct?

25          ATTORNEY BLOCK:  Object to form.

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 21 of 22
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Page 251

1        A     I'm not aware of any data being deleted.

2        Q     (BY ATTORNEY WEINBERG) Is WhatsApp aware

3   of any WhatsApp data that Pegasus altered on

4   WhatsApp's servers --

5              ATTORNEY BLOCK:  Object to form; vague.

6        Q     (BY ATTORNEY WEINBERG) -- other than

7   accessing the server in its usual way?

8              ATTORNEY BLOCK:  Same objection.  And a

9   partial scope objection, to the extent it seeks

10  testimony about the operation of Pegasus, which has

11  not been fully exposed to META.

12       Q     (BY ATTORNEY WEINBERG) Well, it's just

13  that sometimes servers will store data owned by a

14  company; and if there's some malicious cyberattack,

15  maybe the data gets wiped, maybe the data gets

16  locked out such that the owner can't access it

17  anymore.

18              Was there any such effect on WhatsApp

19  servers by the Pegasus software that you're aware

20  of?

21              ATTORNEY BLOCK:  Same objections.

22              You can answer, to the extent of what META

23  was able to observe.

24       A     Yeah, I'm not aware.

25       Q     (BY ATTORNEY WEINBERG) Is WhatsApp aware

Case 4:19-cv-07123-PJH    Document 512-9    Filed 01/09/25    Page 22 of 22

WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}

Job 3296
Page 294

1        I, MARY J. GOFF, CSR No. 13427, Certified

2    Shorthand Reporter of the State of California,

3    certify;

4        That the foregoing proceedings were taken

5    before me at the time and place herein set forth, at

6    which time the witness declared under penalty of

7    perjury; that the testimony of the witness and all

8    objections made at the time of the examination were

9    recorded stenographically by me and were thereafter

10   transcribed under my direction and supervision; that

11   the foregoing is a full, true, and correct

12   transcript of my shorthand notes so taken and of the

13   testimony so given;

14       That before completion of the deposition,

15   review of the transcript ( ) was (XX) was not

16   requested:   (   ) that the witness has failed or

17   refused to approve the transcript.

18       I further certify that I am not financially

19   interested in the action, and I am not a relative or

20   employee of any attorney of the parties, nor of any

21   of the parties.

22       I declare under penalty of perjury under the

23   laws of California that the foregoing is true and

24   correct, dated this    day of       , 2024.

25   _____
             *Mary Goff*
     MARY J. GOFF