# EXHIBIT I

In the Matter of:

# WhatsApp Inc.

## vs

## NSO Group Technologies Limited et al.

### ANDREW ROBINSON

*September 19, 2024*

*Highly Confidential*



Swivel Legal Solutions  |  Phone: 800.540.9099  |  www.swivellegal.com

Case 4:19-cv-07123-PJH   Document 512-10   Filed 01/09/25   Page 3 of 12
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                                  Page 1

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                     OAKLAND DIVISION

 4   - - - - - - - - - - - - - - - - x

 5   WHATSAPP INC., a Delaware        :

 6   corporation, and FACEBOOK,       :

 7   INC., a Delaware corporation,    :

 8           Plaintiffs,              :   CASE NO.

 9   v.                               :   4:19-cv-07123-PJH

10   NSO GROUP TECHNOLOGIES LIMITED:

11   And Q CYBER TECHNOLOGIES         :

12   LIMITED,                         :

13           Defendants.              :

14   - - - - - - - - - - - - - - - - x

15         HIGHLY CONFIDENTIAL, ATTORNEYS' EYES

16      VIDEOTAPED DEPOSITION OF ANDREW ROBINSON

17             Thursday, September 19, 2024

18                      9:36 a.m.

19

20

21   JOB NO.:  44484

22   Pages 1 through 389

23   Reported By:  CASSANDRA E. ELLIS, CSR-CA #14448,

24   CSR-HI #475, CCR-WA #3484, RPR, RMR, RDR, CRR,

25   Realtime Systems Administrator #823848
```

Case 4:19-cv-07123-PJH   Document 512-10   Filed 01/09/25   Page 4 of 12
WhatsApp Inc. vs NSO Group Technologies Limited et al.   Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024   Page 2

1          Videotaped Deposition of ANDREW
2   ROBINSON, held pursuant to agreement, before
3   Cassandra E. Ellis, Certified Shorthand Reporter
4   -- Hawaii #475, Certified Court Reporter -
5   Washington #3484, Certified Shorthand Reporter -
6   California - #14448, Registered Professional
7   Reporter, Registered Merit Reporter, Registered
8   Diplomate Reporter, Certified Realtime Reporter,
9   Realtime Systems Administrator #823848.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 4:19-cv-07123-PJH   Document 512-10   Filed 01/09/25   Page 5 of 12
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                              Page 3

```
 1              A P P E A R A N C E S
 2        ON BEHALF OF THE COMPLAINANT:
 3             LUCA MARZORATI, ESQUIRE
 4             DAVIS POLK & WARDWELL LLP
 5             450 Lexington Avenue
 6             New York, New York  10027
 7             (212) 450-3660
 8             Luca.marzorati@davispolk.com
 9
10
11        ON BEHALF OF THE RESPONDENTS:
12             JOSEPH N. AKROTIRIANAKIS, ESQUIRE
13             JONATHAN WEINBERG, ESQUIRE
14             AARON CRAIG, ESQUIRE
15             KING & SPALDING LLP
16             633 West Fifth Street, Suite 1700
17             Los Angeles, California  90071
18             (213) 443-4355
19             Jakro@kslaw.com
20
21   ALSO PRESENT:
22   Robyn Ellis, videographer;
23   Michael Chmelar - META
24
25
```

Case 4:19-cv-07123-PJH   Document 512-10   Filed 01/09/25   Page 6 of 12
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                                  Page 4

C O N T E N T S

| EXAMINATION OF ANDREW ROBINSON | PAGE |
|---|---|
| By Mr. Akrotirianakis | 8 |
| By Mr. Craig | 273 |
| By Mr. Akrotirianakis | 307 |
| By Mr. Marzorati | 378 |
| By Mr. Akrotirianakis | 381 |

E X H I B I T S

(Attached to the Transcript)

ANDREW ROBINSON

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1167 | 07/09/2021 SEV Print Bates Stamped WA-NSO-00164559 | 88 |
| Exhibit 1204 | Stanzaming - timeline Bates Stamped WA-NSO-00166474-494 | 89 |
| Exhibit 1205 | Appendix to S178165 - Understanding the Exploit Bates Stamped WA-NSO-00166499-578 | 89 |
| Exhibit 1206 | Facebook NSO Days Presentation Slide Deck | 146 |
| Exhibit 1207 | Infrastructure Related to Exploit Targeting WA VoIP Vulnerability Bates Stamped WA-NSO-00192007-017 | 337 |

Case 4:19-cv-07123-PJH   Document 512-10   Filed 01/09/25   Page 7 of 12
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                              Page 5

```
 1           E X H I B I T S    C O N T I N U E D
 2                (Attached to the Transcript)
 3    ANDREW ROBINSON
 4    EXHIBIT              DESCRIPTION                PAGE
 5    Exhibit 1208  S178165 - Scope affected users    348
 6         Bates Stamped WA-NSO-00192740-762
 7    Exhibit 1501  05/02/2019 E-mail Bates           202
 8         Stamped WA-NSO-00115952
 9    Exhibit 1502  05/02/2019 E-mail Bates           154
10         Stamped WA-NSO-00115955-957
11    Exhibit 1503  05/03/2019 E-mail Bates           312
12         Stamped WA-NSO-00115961-962
13    Exhibit 1508  05/13/2019 E-mail Bates           334
14         Stamped WA-NSO-00115998
15    Exhibit 1511  05/13/2019 E-mail Bates           371
16         Stamped WA-NSO-00116470-472
17    Exhibit 1515  S178165 - Data breach             369
18         Analysis and extended risk Bates
19         Stamped WA-NSO-00167777-781
20    Exhibit 1516  SMS Software Best Tool to         135
21         Manage WhatsApp for Business
22    Exhibit 1517  List of Names and Roles           286
23
24
25
```

Case 4:19-cv-07123-PJH   Document 512-10   Filed 01/09/25   Page 8 of 12
WhatsApp Inc. vs NSO Group Technologies Limited et al.   Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024   Page 6

```
             E X H I B I T S   C O N T I N U E D
                   (Attached to the Transcript)
ANDREW ROBINSON

EXHIBIT                 DESCRIPTION                  PAGE
              (Previously Marked Exhibits)
Exhibit 1001   Complaint Demand For Jury             217
     Trial
Exhibit 1083   Technical analysis of the             206
     WhatsApp 0-click exploit Bates
     Stamped WA-NSO-00125122-149
Exhibit 1105   T34775320 [Follow-up]                 91
     Server to validate call stanzas as
     De-lined in the protocols, tasks
     Bates Stamped WA-NSO-00017583-604
Exhibit 1148   10/2019 Technical                     215
     Analysis of WhatsApp Zero-click exploit
     Bates Stamped WA-NSO-00121258-269
```

Case 4:19-cv-07123-PJH   Document 512-10   Filed 01/09/25   Page 9 of 12
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                              Page 7

```
 1                P R O C E E D I N G S
 2               THE VIDEOGRAPHER:  Good morning.
 3   This is the beginning of media in the deposition
 4   of Andrew Robinson, taken in the matter of
 5   WhatsApp, Inc., a Delaware corporation, and
 6   Facebook, Inc., a Delaware corporation,
 7   plaintiffs, versus NSO Group Technologies
 8   Limited and Q Cyber Technologies Limited,
 9   defendants, Case Number 4:19-cv-07123- -- DJH --
10   PJH, held in the United States District Court,
11   Northern District of California, Oakland
12   division.  Today's date is September 19th, 2024,
13   and the time on the monitor is 9:36 a.m.
14               My name is Robyn Ellis, and I am
15   the legal videographer.  The court reporter is
16   Cassandra Ellis.  We are representing Olender
17   Reporting.
18               Counsel appearances will be noted
19   on the stenographic record.
20               Will the court reporter please
21   swear in the witness, then you may proceed.
22               (Witness sworn)
23               MR. AKROTIRIANAKIS:  Good morning.
24   Joe Akrotirianakis and Jonathan Weinberg on
25   behalf of the defendants.
```

Case 4:19-cv-07123-PJH   Document 512-10   Filed 01/09/25   Page 10 of 12
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ROBINSON, ANDREW on 09/19/2024
Highly Confidential, Job 3329
Page 250

1  to do if somebody was executed on the
2  vulnerability.
3           Q.    Okay.  But it was not a script that
4  ever would have been executed on a WhatsApp
5  server; correct?
6           MR. MARZORATI:  Objection to form.
7           A.    Not to my knowledge.
8           Q.    Meaning, yes, I am correct?
9           A.    It would not have executed on
10 WhatsApp server, based on my knowledge.
11          Q.    Thank you.  That's one of the weird
12 things in deposition, when you say no and you
13 mean yes, it's just a weird way of speaking.
14          All right.  In terms of removing
15 files from the device, the only files that would
16 be removed by way of this code that you have
17 just walked us through would the running of the
18 script in the first place; is that right?
19          MR. MARZORATI:  Objection to form,
20 misstates testimony.
21          A.    Not necessarily.
22          Q.    I thought you were just walking us
23 through how the file disappeared, itself, for
24 lack of a better term, at the end?
25          A.    Mm-hmm.

Case 4:19-cv-07123-PJH   Document 512-10   Filed 01/09/25   Page 11 of 12
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                           Page 268

```
 1            Q.   Your understanding is that the
 2   target device would be requested to download a
 3   secondary payload from this secondary payload
 4   server?
 5            A.   That is correct.
 6            Q.   And the downloading doesn't involve
 7   any WhatsApp server; correct?
 8            A.   Only to the extent that our server
 9   was used to relay the command.
10            Q.   No code is executed on any WhatsApp
11   server?
12            MR. MARZORATI:   Objection to form.
13            A.   The commands we went through
14   earlier are not executed on WhatsApp servers.
15            Q.   All right.  What is the code that
16   we're looking at on this slide, which is the
17   12th page of Exhibit 1206, titled:  Secondary
18   payload server, SPS extraction?
19            A.   It is an excerpt from a path on
20   this script that I wrote.
21            Q.   And that's the script used to
22   extract the IP addresses from the secondary
23   payload servers?
24            A.   No.
25            Q.   How did you extract the IP
```

Case 4:19-cv-07123-PJH   Document 512-10   Filed 01/09/25   Page 12 of 12
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                                Page 387

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2                  I, Cassandra E. Ellis, Registered
 3     Professional Reporter, the officer before whom
 4     the foregoing proceedings were taken, do hereby
 5     certify that the foregoing transcript is a true
 6     and correct record of the proceedings; that said
 7     proceedings were taken by me stenographically
 8     and thereafter reduced to typewriting under my
 9     supervision; and that I am neither counsel for,
10     related to, nor employed by any of the parties
11     to this case and have no interest, financial or
12     otherwise, in its outcome.
13                  IN WITNESS WHEREOF, I have hereunto
14     set my hand this 23RD day of September 2024.
15
16
17
18     _Cassandra E. Ellis_____
19     CASSANDRA E. ELLIS, CSR-CA #14448, CCR-WA #3484,
20                  CSR-HI #475, RPR, RMR, RDR,
21                  CRR, REALTIME SYSTEMS
22                  ADMINISTRATOR #823848
23
24
25
```