1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO EXCLUDE OR LIMIT THE OPINIONS OF PLAINTIFFS' PROPOSED EXPERT MR. DAVID J. YOUSSEF**<br><br>Action Filed:  10/29/2019 |

Having considered the Motion to Exclude Certain Opinions of David Youssef ("the Motion") filed by NSO Group Technologies Limited and Q Cyber Technologies Limited, the related briefing, exhibits, and the parties' arguments, and finding good cause to issue the following ruling on the Motion, this Court HEREBY ORDERS that the Motion is GRANTED and that Mr. Youssef's opinions are hereby excluded.

Dated: _____  _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE