Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF TERRENCE MCGRAW**<br><br>Date:　February 13, 2025<br>Time:　1:30 PM<br>Ctrm:　3<br>Judge:　Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I submit this declaration in support of the Plaintiffs' Notice of Motion and Motion to Exclude the Expert Testimony of Terrence McGraw. I am personally familiar with the legal proceedings in this matter and make this declaration from my own personal knowledge, and I could and would competently testify to the following it called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Report of Terrence McGraw, dated August 30, 2024.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Rebuttal Report of Terrence McGraw, dated September 21, 2024.

4. Attached hereto as **Exhibit C** is a true and correct excerpt of the deposition transcript of Terrence McGraw, taken in this case on December 16, 2024.

5. Attached hereto as **Exhibit D** is a true and correct excerpt of the deposition transcript of Tamir Gazneli, taken in this case on September 4, 2024.

6. Attached hereto as **Exhibit E** is a true and correct excerpt of the deposition transcript of Yaron Shohat, taken in this case on August 29, 2024.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Expert Report of David Youssef, dated August 30, 2024.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 9th day of January, 2025, in Redwood City, California.

By: */s/ Micah G. Block*
Micah G. Block

1

DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF TERRENCE MCGRAW - CASE NO. 4:19-CV-07123-PJH