1  Greg D. Andres
   Antonio J. Perez-Marques
2  Gina Cora
   Craig T. Cagney
3  Luca Marzorati
     (admitted *pro hac vice*)
4  DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
8           antonio.perez@davispolk.com
            gina.cora@davispolk.com
9           craig.cagney@davispolk.com
            luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   900 Middlefield Road, Suite 200
12 Redwood City, CA 94063
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:        micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and
   Meta Platforms, Inc.*
16

17                     UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                          OAKLAND DIVISION

| | |
|---|---|
| 20  WHATSAPP LLC, and<br>   META PLATFORMS INC., )<br>21                                  )<br>                                    )  Case No. 4:19-cv-07123-PJH<br>22                   Plaintiffs,  )<br>                                    )  **[PROPOSED] ORDER GRANTING**<br>                                    )  **PLAINTIFFS' MOTION TO EXCLUDE**<br>                                    )  **THE EXPERT TESTIMONY OF**<br>23           v.                     )  **TERRENCE MCGRAW**<br>                                    )<br>24  NSO GROUP TECHNOLOGIES LIMITED )<br>25   and Q CYBER TECHNOLOGIES LIMITED, )<br>                                    )<br>26                   Defendants.   )<br>                                    )<br>27 | |

28

1       Having considered the Motion to Exclude the Expert Testimony of Terrence McGraw filed

2  by Plaintiffs Meta Platforms, Inc. and WhatsApp LLC,

3       IT IS HEREBY ORDERED that Plaintiffs' Motion to Exclude the Expert Testimony of

4  Terrence McGraw is GRANTED.

5

6  **IT IS SO ORDERED.**

7

8    Dated: _____

                               _____

9                                   THE HONORABLE PHYLLIS J. HAMILTON
                                 U.S. DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1