JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**NOTICE OF ERRATA RE DKT. NO. 512**<br><br>Action Filed:  10/29/2019 |

TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the document filed in this action on January 10, 2025, as Docket No. 512-1 and entitled Declaration of Joseph N. Akrotirianakis in Support of Motion to Exclude or Limit the Opinions of Plaintiffs' Proposed Expert Anthony Vance, Ph.d., was not the correct declaration to accompany the Motion filed as Docket No. 512, Motion to Limit or Exclude the Opinions of Plaintiffs' Proposed Expert Davis Youssef.  The correct Declaration that Defendants intended to file as Docket 512-1, the Declaration of Joseph N. Akrotirianakis in Support to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's Motion to Exclude or Limit the Opinion of Plaintiffs' Proposed Expert David J. Youssef, is attached as **Exhibit 1** to this Notice of Errata. It is also simultaneously (and separately) being filed through the Court's ECF system as the Corrected Declaration of Joseph N. Akrotirianakis in Support Defendants NSO Technologies Limited's Motion to Exclude or Limit the Opinions of Plaintiffs' Proposed Expert David J. Youssef.

Undersigned counsel apologizes for any confusion the inadvertent filing caused the Court or its staff.

DATED:  January 10, 2025

KING & SPALDING LLP

By: /s/ Joseph N. Akrotirianakis
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED