1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11 | WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH
   | and FACEBOOK, INC., a Delaware |
12 | corporation, | **JOINT STIPULATION AND**
   | | **[PROPOSED] ORDER RE PRETRIAL**
13 | Plaintiffs, | **FILING DEADLINES [BASED ON**
   | | **UNAVAILABILITY OF COUNSEL DUE**
14 | v. | **TO EATON WILDFIRE]**
15 | NSO GROUP TECHNOLOGIES LIMITED |
   | and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:   10/29/2019
16 | |
   | Defendants. |
17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Civil Local Rules 6-1(b) and 6-2, and as supported by the Declaration of Joseph

2  N. Akrotirianakis filed herewith, Defendants NSO Group Technologies Limited and Q Cyber

3  Technologies Limited ("Defendants"), and Plaintiffs WhatsApp LLC and Meta Platforms, Inc.

4  ("Plaintiffs") (collectively, the "Parties") hereby stipulate and agree to the following and

5  respectfully request that the Court extend by one week the January 16, 2025, deadline for pretrial

6  filings and the deadlines set forth in the Court's January 10, 2025 order related to Defendants'

7  substitution of its expert witness.

8  WHEREAS, section B of the Court's Civil Pretrial Instructions, entitled "Final Pretrial

9  Conference," provides, in paragraph B.3, that counsel for the parties shall prepare and file

10  numerous joint or individual pretrial documents and exchange all trial exhibits.

11  WHEREAS, on January 7, 2025, the Eaton Fire started began in Altadena, California, has

12  displaced many thousands of residents in Altadena and its surrounding communities, including the

13  families of Defendants' trial counsel, Joe Akrotirianakis and Aaron Craig.

14  WHEREAS, the current containment of the Eaton Fire is announced to be 3%;

15  WHEREAS, even prior to mandatory evacuations, what remains of Altadena has been

16  without electricity and has not had water for several days, and between evacuating and relocating

17  their families and attending to other matters related to the Eaton fire, Defendants' counsel have

18  had extremely limited ability to perform any work on Defendants' pretrial filings.

19  WHEREAS, there has been no announcement when evacuation orders will be lifted or

20  power or water restored, with suggestion by some public officials that evacuation orders may

21  continue until Friday, January 17, 2025;

22  WHEREAS, on January 10, 2025, the Court issued an order granting Defendants' Motion

23  to Substitute their expert, John Town, with Joshua Minkler and provided, on page two of that order,

24  a schedule related to the substitution beginning with deadlines on January 16, 2025 (Dkt. No. 519);

25  NOW THEREFORE, the Parties respectfully request that the Court grant the proposed

26  order submitted herewith and continue by one week the deadlines in paragraph B.3 and B.5 of the

27  Court's Civil Pretrial Instructions, continue by one week the deadlines related to the omnibus

28

1  sealing motions described on page 15 of the Court's December 20, 2024, Order re Motions for

2  Summary Judgment, Motion for Sanctions, and Discovery Letter Briefs (Dkt. No. 494), and

3  continue by one week the deadlines on page two of the Court's January 10, 2025 Order re Motion

4  to Substitute Expert, Discovery Letter Brief (Dkt. No. 519).

5  DATED: January 11, 2025                    KING & SPALDING LLP

6

7
                                      By: /s/ *Joseph N. Akrotirianakis*
8                                          JOSEPH N. AKROTIRIANAKIS
                                           AARON S. CRAIG
9                                          Attorneys for Defendants
                                           NSO GROUP TECHNOLOGIES
10                                         LIMITED AND Q CYBER
                                           TECHNOLOGIES LIMITED
11

12
                                      By: */s/ Micah G. Block*
13                                         Greg D. Andres
                                           Antonio J. Perez-Marques
14                                         Craig T. Cagney
                                           Micah G. Block
15                                         DAVIS POLK & WARDWELL LLP
                                           Attorneys for Plaintiffs
16                                         WHATSAPP LLC AND META
                                           PLATFORMS, INC
17

18

19                     **L.R. 5-1 ATTESTATION**

20        I, Joseph N. Akrotirianakis, attest that all signatories listed herein, and on whose behalf

21  this filing is submitted, concur in this filing's content and have authorized this filing.

22
                                      By:    /s/     *Joseph N. Akrotirianakis*
23                                                 JOSEPH N. AKROTIRIANAKIS

24

25

26

27

28

1

## [PROPOSED] ORDER

2      Pursuant to the stipulation of the parties and good cause therefor having been shown, the

3 Court orders that the deadline for the filings required by paragraph B.3 of the Court's Civil Pretrial

4 Instructions, entitled "Final Pretrial Conference," will be continued until Thursday, January 23,

5 2025, the deadline for the filings required by paragraph B.5 of the Court's Civil Pretrial

6 Instructions will be continued until February 6, 2025, the deadlines for the Ominbus sealing

7 motions described on described on page 15 of the Court's December 20, 2024, Order re Motions

8 for Summary Judgment, Motion for Sanctions, and Discovery Letter Briefs (Dkt. No. 494) will be

9 continued until January 24 and January 31, 2025; and the deadlines related to Defendants'

10 substitution of its expert witness set forth in the Court's January 10, 2025 Order re Motion to

11 Substitute Expert, Discovery Letter Brief (Dkt. No. 519) will be continued to January 23, 2025

12 (for deposition of Mr. Minkler), January 30, 2025 (to file a Daubert motion or motion in limine

13 pertaining to Mr. Minkler's testimony), February 6, 2025 (for oppositions to such motions),

14 January 23, 2025 for any rebuttal expert report; January 29, 2025 (to depose that rebuttal expert

15 (if any); February 3, 2025 (to file a Daubert motion or motion in limine pertaining that rebuttal

16 testimony); and February 7, 2025 (to oppose any such motions).

17

18      **IT IS SO ORDERED**.

19

20 Dated:  January ___, 2025

21                                                                  _____
                                                                    The Honorable Phyllis J. Hamilton

22                                                                  Senior United States District Judge

23

24

25

26

27

28