JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE**<br><br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: 10/29/2019 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner in the law firm of King & Spalding LLP, and I am lead counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. I live in Altadena, California. The Eaton fire started approximately three blocks from our home. Altadena has been without power or running water for several days, and we were ordered to evacuate on the evening of January 7. We relocated to the home of a family friend in Arcadia, California, and were subsequently evacuated from that location.

3. Aaron Craig's family lives in La Canada, California, and was also ordered to evacuate due to the Eaton Fire.

4. Public officials have reported that the current containment of the Eaton Fire is 3%.

5. Even prior to mandatory evacuations, what remains of Altadena has been without electricity and has not had water for several days, and between evacuating and relocating our families and attending to other matters related to the Eaton Fire, Mr. Craig and I have had extremely limited ability to perform any work on Defendants' pretrial filings.

6. There has been no announcement when evacuation orders will be lifted or power or water restored, with suggestion by some public officials (I believe the mayor of neighboring Sierra Madre) that evacuation orders may continue until Friday, January 17, 2025. According to the news I have seen additional wind gusts are expected this weekend.

7. The continued deadlines requested in the accompanying stipulation need not affect any other deadlines in the case, such as the February 13, 2025, Pretrial Conference, but Defendants would of course be agreeable to that date moving along with the deadline for pretrial filings, so as not to inconvenience the Court.

8. Pursuant to Civil Local Rule 6-2(a)(2), the Court has previously issued the following time modifications in this case:

a. granting Plaintiffs' request to reschedule the case management conference prior to the service of summons and complaint on Defendants (Dkt. No. 17);

b. granting the Parties' request to enlarge the time to file their opposition and reply to Defendants' motion to dismiss (Dkt. No. 50);

c. granting the Parties' request to enlarge the time to file their opposition and reply to Plaintiffs' motion to disqualify defense counsel (Dkt. No. 73);

d. granting the Parties' request to enlarge the time for Defendants to file their reply in support of their motion to stay, and for Plaintiffs to file their reply in support of their motion to compel (Dkt. No. 138);

e. granting the Parties' request to enlarge the time to file their opposition and reply to Defendants' motion to dismiss for forum non conveniens (Dkt. No. 219);

f. granting the Parties' request to enlarge the time to respond to motions to compel (Dkt. No. 245);

g. granting the Parties' request to hear Plaintiffs' motion to compel, Defendants' motion to compel, and the motion for relief on February 15, 2024 (Dkt. No. 271);

h. granting Defendants' motion for relief from case management schedule (Dkt. No. 292);

i. granting the Parties' request to conduct depositions after the close of fact discovery (Dkt. No. 380);

j. granting Plaintiffs' request to extend the time to file discovery-related motions (Dkt. No. 392);

k. granting the Parties' request to extend the close of expert discovery (Dkt. No. 462); and

l. granting the Parties' request with respect to a revised briefing schedule to file motions, oppositions and replies with respect to striking certain expert disclosures of Dana Trexler and Greg Pinsonneault (Dkt. No. 485).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Arcadia, California, on this 11th day of January 2025.

       /s/ *Joseph N. Akrotirianakis*
       Joseph N. Akrotirianakis