Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          gina.cora@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Ctrm:  3<br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

Having considered Plaintiffs' Statement in Response to Defendants' First Administrative Motion to Consider Whether Another Party's Material Should Sealed, Dkt. No. 502, (the "Administrative Motion"), the Administrative Motion is hereby GRANTED.

| Document | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|
| Exhibit 1 to the Declaration of Aaron S. Craig in Support of NSO's First and Second Administrative Motions to Seal and in Support of the Motion (the "Craig Declaration"). | Highlighted portions | Refers to materials designated by Plaintiffs as "Highly Confidential-Attorney's Eyes Only" and reflects (i) confidential private information about Plaintiffs' individual employees' compensation and (ii) Plaintiffs' internal business practices. |
| Exhibits A, B, C, D, and F to the Craig Declaration. | Entirety | Materials designated by Plaintiffs as "Highly Confidential-Attorney's Eyes Only" and reflecting (i) confidential private information about Plaintiffs' individual employees' compensation and (ii) Plaintiffs' internal business practices. |

IT IS HEREBY ORDERED that the materials will remain sealed.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge