| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
|   | *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741) |
|   | *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP |
|   | 633 West Fifth Street, Suite 1700 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone:  (213) 443-4355 |
| 5 | Facsimile:  (213) 443-4310 |

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | **SUPPLEMENTAL DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Judge:  Hon. Phyllis J. Hamilton |
| Defendants. | Action Filed:  10/29/2019 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner in the law firm of King & Spalding LLP, and I am lead counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. This declaration supplements my declaration of January 11, 2025. As I stated therein, I live in Altadena, California, and the Eaton fire started approximately three blocks from our home. Depending how "destructiveness" is measured, the Eaton Fire is now either the second or fourth most destructive wildfire in the history of California, with the ongoing Palisades Fire being the first or third most destructive.

3. We were ordered to evacuate on the evening of January 7. Altadena has been without power or running water for several days. Gas service was subsequently shut off (on January 11), and there has been no announcement when it will be restored other than that it can be restored only on an individual residence-by-residence basis, that each residence may take two hours to restore, and that it may be "weeks" before gas service is restored.

4. I evacuated with my spouse and young children, and I did so without my materials related to this case. While part of my "case file" is at my office in Los Angeles, some of my materials—including Rule 16 pretrial preparation materials—are in my home office in Altadena.

5. Today, I will be relocating for the fifth time since the mandatory evacuation order was issued. There has been no announcement when evacuation orders for my "Evacuation Zone" will be lifted and they are being actively enforced by the National Guard stationed at every intersection entering upper Altadena (where I live). I have no ability to access my home even to get medicine, let alone deposition designations and other Rule 16 materials. I continue to have extremely limited ability to perform any work on Defendants' pretrial filings due to matters related to the Eaton Fire.

6. As indicated in my prior declaration, Aaron Craig's family lives in La Cañada, California, and was also ordered to evacuate due to the Eaton Fire. While the La Cañada

evacuation order has now been downgraded to an "evacuation warning," that and other effects of the Southern California Wildfires continue to impact Mr. Craig's ability to work on NSO's pretrial filings in this matter.

      I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed this 13th day of January 2025.

          /s/ *Joseph N. Akrotirianakis*
          Joseph N. Akrotirianakis