# EXHIBIT A

| | |
|---|---|
| **From:** | Aaron Craig |
| **To:** | EXT - fb nso |
| **Cc:** | K&S NSO |
| **Subject:** | Second Supplemental Report of Greg Pinsonneault |
| **Date:** | Wednesday, November 27, 2024 7:34:15 PM |
| **Attachments:** | NSO Group Second Supplemental Expert Report of Gregory A. Pinsonneault with Exhibits.pdf |
| | image001.png |

Counsel:  Attached is the second supplemental report of Greg Pinsonneault, setting forth rebuttal disgorgement calculations for the time periods in 2018-2020 calculated by Dana Trexler, using the identical methodology set forth in Mr. Pinsonneault's earlier reports with respect to the January 2019-May 19, 2019 period.  If you wish to conduct a further short deposition of Mr. Pinsonneault about this second supplemental report, he is widely available between now and the end of the expert discovery period.

---

**Aaron Craig**
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071



kslaw.com