Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>               Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>               Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. move the Court to consider whether certain portions of Plaintiffs' Opposition to Defendants' Motion to Strike the Supplemental Expert Report of Dana Trexler ("Opposition") and certain exhibits to the Declaration of Micah G. Block in Support of the Opposition (collectively, the "Confidential Materials") should be sealed.

Defendants designated certain exhibits as "Highly Confidential—Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action. Plaintiffs, therefore, must, under the terms of the Stipulated Protective Order, file the exhibits under seal and redact the portions of the Opposition Motion that quote or reference the exhibits.

Accordingly, Plaintiffs now move the Court to consider whether the Confidential Materials should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-cv-07123-PJH


Dated: January 13, 2025

Respectfully Submitted,

D<small>AVIS</small> P<small>OLK</small> & W<small>ARDWELL</small> LLP

By: */s/ Micah G. Block*
    Micah G. Block (SBN 270712)
    D<small>AVIS</small> P<small>OLK</small> & W<small>ARDWELL</small> LLP
    900 Middlefield Road, Suite 200
    Redwood City, California 94063
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    Email: micah.block@davispolk.com

    Greg D. Andres
    Antonio J. Perez-Marques
    Craig T. Cagney
    Gina Cora
    Luca Marzorati
      (admitted *pro hac vice*)
    D<small>AVIS</small> P<small>OLK</small> & W<small>ARDWELL</small> LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email: greg.andres@davispolk.com
           antonio.perez@davispolk.com
           craig.cagney@davispolk.com
           gina.cora@davispolk.com
           luca.marzorati@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

A<small>DMINISTRATIVE</small> M<small>OTION TO</small> C<small>ONSIDER</small> W<small>HETHER</small> A<small>NOTHER</small> P<small>ARTY'S</small> M<small>ATERIAL</small> S<small>HOULD</small> B<small>E</small> F<small>ILED</small> U<small>NDER</small> S<small>EAL</small>
C<small>ASE</small> N<small>O</small>. 4:19-<small>CV</small>-07123-PJH