Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLANTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF DANA TREXLER** |

I, Micah G. Block, declare as follows:

1. I am partner with the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Strike the Supplemental Expert Report of Dana Trexler, filed concurrently herewith.

3. On September 6, 2024, Plaintiffs took the deposition of Sarit Bizinsky Gil, NSO's vice president of global business operations. Attached hereto as **Exhibit A** is a true and correct excerpt of the deposition transcript of Ms. Gil, taken in this case on September 6, 2024.

4. On September 21, 2024, Plaintiffs served the Supplemental Expert Report of Dana Trexler, CPA/CFF. Between September 6, 2024 and September 21, 2024, Plaintiffs and Ms. Trexler worked diligently to complete the Supplemental Expert Report.

5. On November 8, 2024, NSO notified Plaintiffs that they would not proceed with the scheduled deposition of Ms. Trexler.

6. On November 20, 2024, Plaintiffs took the deposition of Gregory A. Pinsonneault. Attached hereto as **Exhibit B** is a true and correct excerpt of the deposition transcript of Gregory A. Pinsonneault, taken in this case on November 20, 2024.

7. On December 2, 2024, Plaintiffs' counsel asked NSO's counsel to meet and confer "regarding Plaintiffs' anticipated motion to strike the second supplemental report of Greg Pinsonneault."

8. In response, on December 3, 2024, NSO's counsel requested to meet and confer with Plaintiffs' counsel regarding NSO's "contemplated motion to strike the supplemental Trexler report."

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January, 2025 in Redwood City, California.

By: */s/ Micah G. Block*
Micah G. Block