JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE PRETRIAL FILING DEADLINES [BASED ON UNAVAILABILITY OF COUNSEL DUE TO EATON WILDFIRE]**<br><br>Action Filed:   10/29/2019 |

Pursuant to Civil Local Rules 6-1(b) and 6-2, and as supported by the Declaration of Joseph N. Akrotirianakis filed herewith, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), and Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") (collectively, the "Parties") hereby stipulate and agree to the following and respectfully request that the Court extend by one week the January 16, 2025, deadline for pretrial filings and the deadlines set forth in the Court's January 10, 2025 order related to Defendants' substitution of its expert witness.

WHEREAS, section B of the Court's Civil Pretrial Instructions, entitled "Final Pretrial Conference," provides, in paragraph B.3, that counsel for the parties shall prepare and file numerous joint or individual pretrial documents and exchange all trial exhibits.

WHEREAS, on January 7, 2025, the Eaton Fire started began in Altadena, California, has displaced many thousands of residents in Altadena and its surrounding communities, including the families of Defendants' trial counsel, Joe Akrotirianakis and Aaron Craig.

WHEREAS, the current containment of the Eaton Fire is announced to be 3%;

WHEREAS, even prior to mandatory evacuations, what remains of Altadena has been without electricity and has not had water for several days, and between evacuating and relocating their families and attending to other matters related to the Eaton fire, Defendants' counsel have had extremely limited ability to perform any work on Defendants' pretrial filings.

WHEREAS, there has been no announcement when evacuation orders will be lifted or power or water restored, with suggestion by some public officials that evacuation orders may continue until Friday, January 17, 2025;

WHEREAS, on January 10, 2025, the Court issued an order granting Defendants' Motion to Substitute their expert, John Town, with Joshua Minkler and provided, on page two of that order, a schedule related to the substitution beginning with deadlines on January 16, 2025 (Dkt. No. 519);

NOW THEREFORE, the Parties respectfully request that the Court grant the proposed order submitted herewith and continue by one week the deadlines in paragraph B.3 and B.5 of the Court's Civil Pretrial Instructions, continue by one week the deadlines related to the omnibus

sealing motions described on page 15 of the Court's December 20, 2024, Order re Motions for Summary Judgment, Motion for Sanctions, and Discovery Letter Briefs (Dkt. No. 494), and continue by one week the deadlines on page two of the Court's January 10, 2025 Order re Motion to Substitute Expert, Discovery Letter Brief (Dkt. No. 519).

DATED: January 11, 2025

KING & SPALDING LLP

By: /s/ *Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG
    Attorneys for Defendants
    NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED

By: /s/ *Micah G. Block*
    Greg D. Andres
    Antonio J. Perez-Marques
    Craig T. Cagney
    Micah G. Block
    DAVIS POLK & WARDWELL LLP
    Attorneys for Plaintiffs
    WHATSAPP LLC AND META PLATFORMS, INC

### L.R. 5-1 ATTESTATION

I, Joseph N. Akrotirianakis, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/    *Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause therefor having been shown, the Court orders that the deadline for the filings required by paragraph B.3 of the Court's Civil Pretrial Instructions, entitled "Final Pretrial Conference," will be continued until Thursday, January 23, 2025, the deadline for the filings required by paragraph B.5 of the Court's Civil Pretrial Instructions will be continued until February 6, 2025, the deadlines for the Ominbus sealing motions described on described on page 15 of the Court's December 20, 2024, Order re Motions for Summary Judgment, Motion for Sanctions, and Discovery Letter Briefs (Dkt. No. 494) will be continued until January 24 and January 31, 2025; and the deadlines related to Defendants' substitution of its expert witness set forth in the Court's January 10, 2025 Order re Motion to Substitute Expert, Discovery Letter Brief (Dkt. No. 519) will be continued to January 23, 2025 (for deposition of Mr. Minkler), January 30, 2025 (to file a Daubert motion or motion in limine pertaining to Mr. Minkler's testimony), February 6, 2025 (for oppositions to such motions), January 23, 2025 for any rebuttal expert report; January 29, 2025 (to depose that rebuttal expert (if any); February 3, 2025 (to file a Daubert motion or motion in limine pertaining that rebuttal testimony); and February 7, 2025 (to oppose any such motions).

**IT IS SO ORDERED**.

Dated: January 14, 2025



_____
The Honorable Phyllis J. Hamilton
Senior United States District Judge