January 16, 2025

Re:     *WhatsApp LLC. v. NSO Group Technologies Limited*, 4:19-CV-07123-PJH

The Honorable Phyllis J. Hamilton
United States District Court for the Northern District of California
1301 Clay Street
Oakland, CA 94612

Dear Judge Hamilton:

Plaintiffs WhatsApp LLC and Meta Platforms, Inc. and Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. submit this joint letter in response to the Court's directive "to meet and confer to determine if any expert-related motions are mooted by" the Court's December 20, 2024 Order.  Dkt. No. 494 at 16.

The parties have met and conferred and, at this time, none of the eight pending expert-related motions is moot. *See* Dkt. Nos. 488, 491, 505, 506, 509, 510, 512, and 514.[1]

Six of the pending expert-related motions are *Daubert* challenges that raise live disagreements regarding what expert testimony is appropriate for the forthcoming damages-only trial.  *See* Dkt. Nos. 505, 506, 509, 510, 512 and 514.  In the two other pending expert-related motions, each party seeks to strike a supplemental report of the opposing party's damages expert.  *See* Dkt. Nos. 488, 491.

The parties intend to continue discussing the scope of the damages trial and will promptly alert the Court if they are able to resolve or moot any expert-related motion or part thereof.

Respectfully submitted,

By: /s/  *Micah G. Block*
Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP

By: /s/  *Aaron S. Craig*
Joseph N. Akrotirianakis (SBN 197971)
Aaron S. Craig (SBN 204741)
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile:   (213) 443-4310

---

[1] The Court has already resolved two expert-related motions that were pending on December 20, 2024.  *See* Dkt. No. 519.

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email: greg.andres@davispolk.com
       antonio.perez@davispolk.com
       craig.cagney@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

Email: jakro@kslaw.com
       acraig@kslaw.com

*Attorneys for Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd.*