UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>   Defendants. | Case No. 19-cv-07123-PJH<br><br>**ORDER RE PRETRIAL CONFERENCE AND TRIAL DATES** |

The court, having approved the parties' request to extend pretrial filing deadlines in light of the impact of the Southern California fires, and in view of the court's unavailability during February, the Pretrial Conference now scheduled for February 13, 2025, is continued to **February 27, 2025**, at **9:30 a.m.** The trial scheduled to commence on March 3, 2025 will now commence on **March 10, 2025** for a period of 5 days instead of 10, since liability is no longer at issue, only damages.

  **IT IS SO ORDERED.**

Dated: January 16, 2025

              /s/ *Phyllis J. Hamilton*
              PHYLLIS J. HAMILTON
              United States District Judge