1  Greg D. Andres
2  Antonio J. Perez-Marques
   Gina Cora
3  Craig T. Cagney
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
7  Facsimile:  (212) 701-5800
   Email:    greg.andres@davispolk.com
8            antonio.perez@davispolk.com
             gina.cora@davispolk.com
9            craig.cagney@davispolk.com
             luca.marzorati@davispolk.com
10
11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 900 Middlefield Road, Suite 200
   Redwood City, California 94063
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:    micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and
   Meta Platforms, Inc.*
16

17                    UNITED STATES DISTRICT COURT

18               FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                            OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. move the Court to consider whether Exhibit F to the Declaration of Micah G. Block in Support of Plaintiffs' Notice Motion and Motion to Exclude the Expert Testimony of Terrence McGraw should be sealed.[1]  Exhibit F to the Block Declaration is the report of Plaintiffs' technical expert, David Youssef (the "Youssef Report").

The Youssef Report contains references to documents that Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited have designated as confidential pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action.  Defendants have also sought leave to file the Youssef Report under seal.  *See* Dkt. No. 511 at 2–3.

Accordingly, Plaintiffs now move the Court to consider whether Exhibit F should be sealed.  *See* N.D. Cal. Civil L.R. 79-5(f).  Plaintiffs reserve the right to challenge any confidentiality designations as well as the sealability of Exhibit F.

---

[1] This is a supplementary motion relating to Exhibit F only.  Plaintiffs previously filed an Administrative Motion To Consider Whether Another Party's Material Should Be Filed Under Seal in relation to portions of Plaintiffs' Notice Motion and Motion to Exclude the Expert Testimony of Terrence McGraw and Exhibits A through E to the supporting Declaration of Micah G. Block.  Dkt No. 513.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

| | | |
|---|---|---|
| 1 | Dated: January 16, 2025 | Respectfully Submitted, |
| 2 | | |
| 3 | | DAVIS POLK & WARDWELL LLP |
| 4 | | By: /s/ Micah G. Block |
| 5 | | Micah G. Block (SBN 270712) |
| | | DAVIS POLK & WARDWELL LLP |
| 6 | | 900 Middlefield Road, Suite 200 |
| 7 | | Redwood City, California 94063 |
| | | Telephone: (650) 752-2000 |
| 8 | | Facsimile: (650) 752-2111 |
| | | Email: micah.block@davispolk.com |
| 9 | | |
| 10 | | Greg D. Andres |
| | | Antonio J. Perez-Marques |
| 11 | | Craig T. Cagney |
| | | Gina Cora |
| 12 | | Luca Marzorati |
| | | (admitted *pro hac vice*) |
| 13 | | DAVIS POLK & WARDWELL LLP |
| 14 | | 450 Lexington Avenue |
| | | New York, New York 10017 |
| 15 | | Telephone: (212) 450-4000 |
| | | Facsimile: (212) 701-5800 |
| 16 | | Email: greg.andres@davispolk.com |
| | | antonio.perez@davispolk.com |
| 17 | | craig.cagney@davispolk.com |
| | | gina.cora@davispolk.com |
| 18 | | luca.marzorati@davispolk.com |
| 19 | | *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.* |

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH