1  Greg D. Andres
2  Antonio J. Perez-Marques
   Gina Cora
3  Craig T. Cagney
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
7  Facsimile:  (212) 701-5800
   Email:   greg.andres@davispolk.com
8            antonio.perez@davispolk.com
             gina.cora@davispolk.com
9            craig.cagney@davispolk.com
             luca.marzorati@davispolk.com
10
11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 900 Middlefield Road, Suite 200
   Redwood City, California 94063
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:   micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*
16

17                UNITED STATES DISTRICT COURT

18            FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                       OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and METkA PLATFORMS INC., | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. NO. 514-2)** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Ctrm:   3<br>Judge:   Hon. Phyllis J. Hamilton |
| Defendants. | Action Filed: October 29, 2019 |

1    Plaintiffs respectfully request that the Court order that Dkt. No. 514-2 be removed from the ECF docket on the grounds that it includes a document that was incorrectly filed publicly rather than under seal.

2    On January 9, 2024, Plaintiffs filed their Notice of Motion and Motion to Exclude the Expert Testimony of Terrence McGraw ("McGraw *Daubert* Motion") (Dkt. No. 514), and in support thereof, filed the Declaration of Micah G. Block ("Block Declaration") (Dkt. No. 514-1) and Exhibits A through F thereto (Dkt. No. 514-2). Exhibit F to the Block Declaration is an unredacted version of the report of Plaintiffs' technical expert, David Youssef (the "Youssef Report").

3    Also on January 9, 2024, Defendants filed the Youssef Report under seal in connection with one of their *Daubert* motions. *See* Dkt. No. 511. Defendants' sealing motion noted that while Plaintiffs had designated the Youssef Report as Highly Confidential—Attorney's Eyes Only pursuant to the Stipulated Protective Order (Dkt. No. 132), the Youssef Report contained "discussion of confidential and competitively sensitive documents and information produced by *both parties*" (Dkt. No. 511 at 2–3) (emphasis added).

4    On January 13, 2025, Plaintiffs promptly contacted Defendants after noticing the parties' inconsistent sealing of the Youssef Report, stating that Plaintiffs would leave the Youssef Report on the public docket absent Defendants' request for Plaintiffs to remove it and file it under seal instead. Defendants responded on January 15, 2025, stating that they would like the Youssef Report to be filed under seal for the reasons articulated in Defendants' sealing motion.

5    In order to facilitate removing the Youssef Report from the public docket, Plaintiffs contacted the Court's Case Systems Administrator for Civil Case Docketing & Docket Correction, as well as the ECF Help Desk, and were told that Exhibits A through F to the McGraw *Daubert* Motion (Dkt. 514-2) need to be removed from the docket, as opposed to just Exhibit F, which is the Youssef Report.

6    Accordingly, Plaintiffs respectfully move the Court to remove Exhibits A through F to the McGraw *Daubert* Motion (Dkt. No. 514-2) from ECF. Plaintiffs will promptly file a supplemental Motion to Consider Whether Another Party's Material Should be Filed Under Seal, a redacted public

version of Exhibits A through F to the McGraw *Daubert* Motion (Dkt. 514-2), and an unredacted sealed version of Exhibit F pursuant to Local Rule 79-5.

Dated: January 16, 2025

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Micah G. Block
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
       antonio.perez@davispolk.com
       gina.cora@davispolk.com
       craig.cagney@davispolk.com
       luca.marzorati@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*