# EXHIBIT A

## FILED UNDER SEAL

# EXHIBIT B

## FILED UNDER SEAL

# EXHIBIT C

## FILED UNDER SEAL

# EXHIBIT D

## FILED UNDER SEAL

# EXHIBIT E

## FILED UNDER SEAL

# EXHIBIT F

## FILED UNDER SEAL