1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                                   OAKLAND DIVISION
11

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [RE DOCKET NO. 508]**<br><br>Action Filed: 10/29/2019 |

[PROPOSED] ORDER                                              Case No. 4:19-cv-07123-PJH

Having considered the Administrative Motion to Seal ("the Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and the following documents WILL BE SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Plaintiffs' Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault ("The Motion to Exclude") [Dkt. 508-3] | Highlighted portions of Page 14, lines 17-22 (text beginning with "that NSO" and ending with "Android"); Pages 15, lines 2-7 (text beginning with "that" and ending with "Pegasus"); Page 16, line 6 (text beginning after "that" and ending "timeframe"); Pages 16-17, lines 22-2 (text beginning with "claimed" and ending with "vector"); Page 17, lines 16-17 (text beginning with "that" and ending with "period"); Page 17, lines 20-22 (text beginning after "that" and ending with "research-and-development"); Page 17, line 26 (text beginning after "were" and ending with "Android.") | Refers to highly confidential and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Deposition Excerpts of Tamir Gazneli, Exhibit A to the Declaration of Micah G. Block in Support of the Motion to Exclude ("Block Decl.") [Dkt. 508-4] | Tr. 52:16-53:25<br>Tr. 102:1-109:25 | Refers to material subject to foreign law restrictions on public disclosure and/or confidential and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only" |

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Rebuttal Expert Report of Gregory A. Pinsonneault, Block Decl. Exh. B [Dkt. 508-4] | All | Refers to highly confidential and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Deposition Excerpts of Greg Pinsonneault, Block Decl. Exh. C [Dkt. 508-4] | Tr. 308:4-309:25 | Refers to highly confidential and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Android Product Management Confluence Document, Block Decl. Exh. D [Dkt. 508-4] | All | Refers to material subject to foreign law restrictions on public disclosure and/or confidential and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| NSO Lender Presentation, Block Decl. Exh. G [Dkt. 508-4] | Page FPM-0002684, chart titled "Summary Financials". | Refers to highly confidential and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only" |

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE