UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [RE DOCKET NO. 504]**<br><br>Action Filed: 10/29/2019 |

[PROPOSED] ORDER  Case No. 4:19-cv-07123-PJH

Having considered the Administrative Motion to Seal ("the Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Plaintiffs' Motion to Exclude Certain Expert Testimony of Colonel Ty Shepard ("The Motion to Exclude") [Dkt. 504-3] | Highlighted portions | Refers to certain highly confidential operations of the United States government and foreign governments to combat terrorism, human trafficking and organized crime, the disclosure of which would jeopardize the national security interests of the United States and foreign governments. |
| Exhibit B to the Declaration of Micah G. Block in Support of the Motion to Exclude ("Block Declaration") [Dkt. 504-4] | All | Refers to certain highly confidential operations of the United States government and foreign governments to combat terrorism, human trafficking and organized crime, the disclosure of which would jeopardize the national security interests of the United States and foreign governments. |

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE