UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WHATSAPP INC., et al., | Case No. 19-cv-07123-PJH |
|---|---|
| Plaintiffs, | |
| v. | **ORDER CONTINUING TRIAL TO APRIL 28 DUE TO SOUTHERN CALIFORNIA WILDFIRES** |
| NSO GROUP TECHNOLOGIES LIMITED, et al., | |
| Defendants. | Re: Dkt. No. 538 |

The parties in the above-captioned case have filed a stipulation to continue the trial date and certain pretrial deadlines due to the Southern California wildfires and their impact on defendants' trial counsel. Because of the extraordinary and unforeseeable nature of the fires, the court GRANTS the parties' stipulation and continues the pretrial conference to **April 10, 2025**, and the start of trial to **April 28, 2025**, with other pretrial deadlines set according to the parties' stipulation (Dkt. 538). No further continuances will be granted.

**IT IS SO ORDERED.**

Dated: January 22, 2025

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge