Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:　3<br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal filed concurrently herewith.

3. Attached hereto is a true and correct copy of the unredacted version of Plaintiffs' Reply in Support of Plaintiffs' Motion to Strike the Second Supplemental Rebuttal Expert Report of Gregory A. Pinsonneault (the "Motion to Strike").

4. Attached hereto is a true and correct copy of the unredacted version of Exhibit A to the Declaration of Micah G. Block in Support of the Motion to Strike (the "Block Declaration").

5. Portions of the Motion to Strike and Exhibit A to the Block Declaration thereto, contain, refer to, or derive from, materials that have been designated by Defendants as "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the Action. Plaintiffs, therefore, must, under the terms of the Stipulated Protective Order, file Exhibit A under seal and redact portions of the Motion to Exclude.

6. Plaintiffs reserve the right to challenge any confidentiality designations under the Stipulated Protective Order governing this Action as well as the sealability of the materials at issue.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of January, 2025 at Redwood City, California.

By: _/s/ Micah G. Block_
Micah G. Block