Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
　(admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:　greg.andres@davispolk.com
　　　　antonio.perez@davispolk.com
　　　　gina.cora@davispolk.com
　　　　craig.cagney@davispolk.com
　　　　luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:　micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and
Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and METvA PLATFORMS, INC., a Delaware corporation,　　　　　　　　　　） ） ）<br><br>　　　　　　　Plaintiffs,　　） ）<br>　　　v.　　　　　　　） ）<br>NSO GROUP TECHNOLOGIES LIMITED ） and Q CYBER TECHNOLOGIES LIMITED, ） ） ）<br>　　　　　　　Defendants.　　） ） | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE OF UNREDACTED DOCUMENTS SOUGHT TO BE SEALED** |

**CERTIFICATE OF SERVICE**

I hereby certify that I am a citizen of the United States and employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within-entitled action.

On January 23, 2025, I caused a true and correct copy of the following documents to be served via email:

PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO STRIKE THE SECOND SUPPLEMENTAL REBUTTAL EXPERT REPORT OF GREGORY A. PINSONNEAULT [FILED UNDER SEAL]

EXHIBIT A TO DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE SECOND SUPPLEMENTAL REBUTTAL REPORT OF GREGORY A. PINSONNEAULT [FILED UNDER SEAL]

on the parties in this action addressed as follows on the service list below:

Joseph N. Akrotirianakis
Aaron S. Craig
Matt Noller
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Email: jakro@kslaw.com
acraig@kslaw.com
mnoller@kslaw.com

*Attorneys for Defendants*

I declare under penalty of perjury that the above is true and correct.

Executed on January 23, 2025 at Redwood City, California.

_____
Bruno Silva