Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' UNOPPOSED OMNIBUS ADMINISTRATIVE MOTION TO SEAL**<br><br>Ctrm:   3<br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Micah G. Block declare as follows:

1. I am a partner with the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC ("WhatsApp") and Meta Platforms, Inc. (together, "Plaintiffs") in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of Plaintiffs' Unopposed Omnibus Administrative Motion to Seal ("Plaintiffs' Omnibus Sealing Motion") filed concurrently herewith.

3. In accordance with the Court's Order dated December 20, 2024 (Dkt. No. 494) directing the parties to meet and confer with the purpose of filing omnibus motions to seal that cover all material sought to be sealed in the exhibits and declarations filed in connection with the parties' motions for summary judgment and Plaintiffs' motion for sanctions, the parties met and conferred by phone and email (including by phone on January 21, 2025). I am informed that the parties shared with each other the list of exhibits that each party wants to maintain under seal, in whole or part, and discussed each other's lists. The parties were able to agree not to oppose the other party's sealing requests and instead to take no position on those requests. With that understanding, each party agreed to file its own omnibus sealing motion covering its own materials and agreed that neither party would file any opposition, which the Court's December 20, 2024 order also permitted.

4. Plaintiffs do not seek to maintain under seal any exhibits filed in connection with Plaintiffs' motion for sanctions. This motion only requests that the Court maintain under seal Confidential Materials that implicate Plaintiffs' confidentiality interest and that Plaintiffs filed in connection with the parties' summary judgment briefing.[1]

---

[1] Pursuant to the Stipulated Protective Order (Dkt. No. 132), Plaintiffs have also filed certain material under seal in respect of Defendants' assertions of confidentiality interests. This motion does not address materials as to which only Defendants assert confidentiality interests. Accordingly, it does not address any of the materials that Plaintiffs filed under seal in connection with their motion for sanctions, and it addresses only a minority of the materials that Plaintiffs filed under seal in relation to the parties' summary judgment motions.

1

Decl. of Micah G. Block iso Plaintiffs' Unopposed Omnibus Admin. Motion to Seal
Case No. 4:19-cv-07123-PJH

5. Plaintiffs seek to maintain under seal the documents and portions thereof identified in the table below, for the reasons identified in the table below and explained in more detail in Plaintiffs' Omnibus Sealing Motion filed herewith. I understand that the public disclosure of Plaintiffs' employees' names in connection with litigation in the past has sometimes been followed by harassment, online threats, and/or suspicious phone calls, text-messages or emails, particularly in cases with significant media attention.

6. The following table reflects the materials Plaintiffs seek to maintain under seal, and the associated reasons for sealing:

| Document To Remain Sealed | Sealing Mot. (Dkt. No.), Support [Dkt. No.] | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Ex. 3 to the Declaration of Micah G. Block ("Block Decl.") filed in support of Pls.' Mot. for Partial Summary Judgment ("Plaintiffs' MSJ") (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portion on p. 174 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. 4 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portions on pp. 29, 37-38 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. 12 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portions on pp. 3-4, 30-31 | Reflects the names of Plaintiffs' non-testifying individual employees and the compensation of Plaintiffs' individual employees |
| Ex. 18 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. 19 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. | Sealing Mot. (Dkt. No. 400) | Entirety | Reflects confidential personal information |

| | | | |
|---|---|---|---|
| 401-2 [Public]; 400-2 [Sealed]) | | | of non-party WhatsApp users |
| Ex. 26 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portions on pp. 2-3 | Reflects compensation of Plaintiffs' individual employees |
| Ex. 28 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. 34 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portions on pp. 28-29 | Reflects compensation of Plaintiffs' individual employees |
| Ex. A to the Declaration of Meghan Andre filed in support of Plaintiffs' MSJ (Dkt. Nos. 401-3 [Public]; 400-3 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portions on pp. 1-2 | Reflects confidential personal information of non-party WhatsApp users |
| Ex. K to the Declaration of Joe Akrotiriankis ("Akrotiriankis Decl.") filed in support of Defendants' motion for summary judgment ("Defendants' MSJ") (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Name appearing at 203:4-5; 7, 17, as indicated in redacted version filed at Dkt. No. 414-2, Ex. 1 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. L to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Names appearing at 37:18, 25; 38:1; 39:6, as indicated in redacted version filed at Dkt. No. 414-3, Ex. 2 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. R to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Entirety | Reflects sensitive business information that would provide Plaintiffs' competitors an unfair advantage by providing access to internal business deliberations |

3

Decl. of Micah G. Block iso Plaintiffs' Unopposed Omnibus Admin. Motion to Seal
Case No. 4:19-cv-07123-PJH

| | | | |
|---|---|---|---|
| Ex. S to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Entirety | Reflects sensitive and confidential internal security operations and procedures that would pose a risk of harm to Plaintiffs' business and/or provide competitors an unfair advantage by providing access to internal business deliberations |
| Ex. T to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Entirety | Reflects sensitive and confidential internal security operations and procedures that would pose a risk of harm to Plaintiffs' business and/or provide competitors an unfair advantage by providing access to internal business deliberations |
| Ex. U to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Entirety | Reflects sensitive and confidential internal security operations and procedures that would pose a risk of harm to Plaintiffs' business and/or provide competitors an unfair advantage by providing access to internal business deliberations |
| Ex. V to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Entirety | Reflects sensitive and confidential internal security operations and procedures that would pose a risk of harm to Plaintiffs' |

|   |   |   |   |
|---|---|---|---|
|   |   |   | business and/or provide competitors an unfair advantage by providing access to internal business deliberations |
| Ex. W to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | All names appearing in this document except "Michael Scott" and "Drew Robinson," as indicated the redacted version filed at Dkt. No. 414-4, Ex. 3, pgs. 3-7 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. 2 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portion on p. 174 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. 3 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portions on pp. 29, 37 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. 15 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. 19 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portions on p. 1 | Reflects confidential personal information of non-parties |
| Ex. 20 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portions on pp. 1-2 | Reflects confidential personal information of non-parties |

5

| | | | |
|---|---|---|---|
| Ex. 21 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Entirety | Reflects confidential personal information of non-parties |
| Ex. 40 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. 41 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. 42 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. B to the Declaration of Dana Trexler ("Trexler Decl.") filed in support of Plaintiffs Opp. to Defendants' MSJ (Dkt. Nos. 422-3 [Public]; 420-4 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portions on pp. 3, 4, 30, 31 | Reflects the names of Plaintiffs' non-testifying individual employees and the compensation of Plaintiffs' individual employees |
| Ex. C to Trexler Decl. ISO Plaintiffs Opp. to Defendants' MSJ (Dkt. Nos. 422-3 [Public]; 420-4 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portions on pp. 2, 3 | Reflects compensation of Plaintiffs' individual employees |
| Ex. A to Akrotirianakis Decl. ISO Defendants' Opp. to Plaintiffs' MSJ (Dkt. Nos. 421-3 [Public]; 419-5 [Sealed]) | Sealing Mot. (Dkt. No. 419); Support [Dkt. No. 425] | Names appearing on 126:2, 11; 127:17, 19; 128:3, 10; 129:1; 130:3; 131:21-22; 138:10; 144:17; 150:14; 184:2, 4, 6-7, 9; 185:7, as indicated in the redacted version filed at Dkt. No. 425-2, Ex. 1 | Reflects the names of Plaintiffs' non-testifying individual employees |

| | | | |
|---|---|---|---|
| Ex. B to Akrotirianakis Decl. ISO Defendants' Opp. to Plaintiffs' MSJ (Dkt. Nos. 421-3 [Public]; 419-5 [Sealed]) | Sealing Mot. (Dkt. No. 419); Support [Dkt. No. 425] | Names appearing on 301:3, 6, 13, 15; 376:2-3, 8, 19, as indicated in the redacted version filed at Dkt. No. 425-3, Ex. 2 | Reflects the names of Plaintiffs' non-testifying individual employees and the name of a non-testifying non-party |
| Ex. C to Akrotirianakis Decl. ISO Defendants' Opp. to Plaintiffs' MSJ (Dkt. Nos. 421-3 [Public]; 419-5 [Sealed]) | Sealing Mot. (Dkt. No. 419); Support [Dkt. No. 425] | Names appearing on 160:11; 167:25; 168:9, as indicated in the redacted version filed at Dkt. No. 425-4, Ex. 3 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. AA to Akrotirianakis Decl. ISO Defendants' MSJ Reply (Dkt. Nos. 434-3 [Public]; 433-5 [Sealed]) | Sealing Mot. (Dkt. No. 433); Support [Dkt. No. 440] | Name appearing on 144:17, as indicated in the redacted version filed at Dkt. No. 440-2 | Reflects the name of Plaintiffs' non-testifying individual employee |
| Ex. BB to Akrotirianakis Decl. ISO Defendants' MSJ Reply (Dkt. Nos. 434-3 [Public]; 433-5 [Sealed]) | Sealing Mot. (Dkt. No. 433); Support [Dkt. No. 440] | Names appearing on 160:11; 167:25; 168:9 as indicated in the redacted version filed at Dkt. No. 440-3 | Reflects the names of Plaintiffs' non-testifying individual employees |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 24th day of January in Redwood City, California.

By: */s/ Micah G. Block*
   Micah G. Block