Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
           antonio.perez@davispolk.com
           gina.cora@davispolk.com
           craig.cagney@davispolk.com
           luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED OMNIBUS ADMINISTRATIVE MOTION TO SEAL** |

1   Having considered the Unopposed Omnibus Administrative Motion to Seal filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc., the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the following documents or portions thereof will remain sealed, as follows:

| Document To Remain Sealed | Sealing Mot. (Dkt. No.), Support [Dkt. No.] | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| Ex. 3 to the Declaration of Micah G. Block ("Block Decl.") filed in support of Pls.' Mot. for Partial Summary Judgment ("Plaintiffs' MSJ") (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portion on p. 174 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. 4 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portions on pp. 29, 37-38 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. 12 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portions on pp. 3-4, 30-31 | Reflects the names of Plaintiffs' non-testifying individual employees and the compensation of Plaintiffs' individual employees |
| Ex. 18 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. 19 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. 26 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portions on pp. 2-3 | Reflects compensation of Plaintiffs' individual employees |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED OMNIBUS ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:19-CV-07123-PJH

| Document | Motion | Portion to Seal | Reason |
|---|---|---|---|
| Ex. 28 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. 34 to Block Decl. ISO Plaintiffs' MSJ (Dkt. Nos. 401-2 [Public]; 400-2 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portions on pp. 28-29 | Reflects compensation of Plaintiffs' individual employees |
| Ex. A to the Declaration of Meghan Andre filed in support of Plaintiffs' MSJ (Dkt. Nos. 401-3 [Public]; 400-3 [Sealed]) | Sealing Mot. (Dkt. No. 400) | Yellow highlighted portions on pp. 1-2 | Reflects confidential personal information of non-party WhatsApp users |
| Ex. K to the Declaration of Joe Akrotiriankis ("Akrotiriankis Decl.") filed in support of Defendants' motion for summary judgment ("Defendants' MSJ") (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Name appearing at 203:4-5; 7, 17, as indicated in redacted version filed at Dkt. No. 414-2, Ex. 1 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. L to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Names appearing at 37:18, 25; 38:1; 39:6, as indicated in redacted version filed at Dkt. No. 414-3, Ex. 2 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. R to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Entirety | Reflects sensitive business information that would provide Plaintiffs' competitors an unfair advantage by providing access to internal business deliberations |
| Ex. S to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Entirety | Reflects sensitive and confidential internal security operations and procedures that would pose a risk of harm to Plaintiffs' |

| | | | |
|---|---|---|---|
| | | | business and/or provide competitors an unfair advantage by providing access to internal business deliberations |
| Ex. T to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Entirety | Reflects sensitive and confidential internal security operations and procedures that would pose a risk of harm to Plaintiffs' business and/or provide competitors an unfair advantage by providing access to internal business deliberations |
| Ex. U to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Entirety | Reflects sensitive and confidential internal security operations and procedures that would pose a risk of harm to Plaintiffs' business and/or provide competitors an unfair advantage by providing access to internal business deliberations |
| Ex. V to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | Entirety | Reflects sensitive and confidential internal security operations and procedures that would pose a risk of harm to Plaintiffs' business and/or provide competitors an unfair advantage by providing access to internal business deliberations |

| | | | |
|---|---|---|---|
| Ex. W to Akrotirianakis Decl. ISO Defendants' MSJ (Dkt. Nos. 397-3 [Public]; 396-5 [Sealed]). | Sealing Mot. (Dkt. No. 396); Support [Dkt. No. 414] | All names appearing in this document except "Michael Scott" and "Drew Robinson," as indicated the redacted version filed at Dkt. No. 414-4, Ex. 3, pgs. 3-7 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. 2 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portion on p. 174 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. 3 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portions on pp. 29, 37 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. 15 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. 19 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portions on p. 1 | Reflects confidential personal information of non-parties |
| Ex. 20 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portions on pp. 1-2 | Reflects confidential personal information of non-parties |
| Ex. 21 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Entirety | Reflects confidential personal information of non-parties |

| | | | |
|---|---|---|---|
| Ex. 40 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. 41 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. 42 to Block Decl. ISO Plaintiffs' Opp. to Defendants' MSJ (Dkt. Nos. 422-2 [Public]; 420-3 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Entirety | Reflects confidential personal information of non-party WhatsApp users |
| Ex. B to the Declaration of Dana Trexler ("Trexler Decl.") filed in support of Plaintiffs Opp. to Defendants' MSJ (Dkt. Nos. 422-3 [Public]; 420-4 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portions on pp. 3, 4, 30, 31 | Reflects the names of Plaintiffs' non-testifying individual employees and the compensation of Plaintiffs' individual employees |
| Ex. C to Trexler Decl. ISO Plaintiffs Opp. to Defendants' MSJ (Dkt. Nos. 422-3 [Public]; 420-4 [Sealed]) | Sealing Mot. (Dkt. No. 420) | Yellow highlighted portions on pp. 2, 3 | Reflects compensation of Plaintiffs' individual employees |
| Ex. A to Akrotirianakis Decl. ISO Defendants' Opp. to Plaintiffs' MSJ (Dkt. Nos. 421-3 [Public]; 419-5 [Sealed]) | Sealing Mot. (Dkt. No. 419); Support [Dkt. No. 425] | Names appearing on 126:2, 11; 127:17, 19; 128:3, 10; 129:1; 130:3; 131:21-22; 138:10; 144:17; 150:14; 184:2, 4, 6-7, 9; 185:7, as indicated in the redacted version filed at Dkt. No. 425-2, Ex. 1 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. B to Akrotirianakis Decl. ISO Defendants' Opp. to Plaintiffs' MSJ (Dkt. Nos. | Sealing Mot. (Dkt. No. 419); Support | Names appearing on 301:3, 6, 13, 15; 376:2-3, 8, 19, as indicated in the | Reflects the names of Plaintiffs' non-testifying individual employees and the |

5

| 421-3 [Public]; 419-5 [Sealed]) | [Dkt. No. 425] | redacted version filed at Dkt. No. 425-3, Ex. 2 | name of a non-testifying non-party |
| Ex. C to Akrotirianakis Decl. ISO Defendants' Opp. to Plaintiffs' MSJ (Dkt. Nos. 421-3 [Public]; 419-5 [Sealed]) | Sealing Mot. (Dkt. No. 419); Support [Dkt. No. 425] | Names appearing on 160:11; 167:25; 168:9, as indicated in the redacted version filed at Dkt. No. 425-4, Ex. 3 | Reflects the names of Plaintiffs' non-testifying individual employees |
| Ex. AA to Akrotirianakis Decl. ISO Defendants' MSJ Reply (Dkt. Nos. 434-3 [Public]; 433-5 [Sealed]) | Sealing Mot. (Dkt. No. 433); Support [Dkt. No. 440] | Name appearing on 144:17, as indicated in the redacted version filed at Dkt. No. 440-2 | Reflects the name of Plaintiffs' non-testifying individual employee |
| Ex. BB to Akrotirianakis Decl. ISO Defendants' MSJ Reply (Dkt. Nos. 434-3 [Public]; 433-5 [Sealed]) | Sealing Mot. (Dkt. No. 433); Support [Dkt. No. 440] | Names appearing on 160:11; 167:25; 168:9 as indicated in the redacted version filed at Dkt. No. 440-3 | Reflects the names of Plaintiffs' non-testifying individual employees |

IT IS SO ORDERED.

Dated: _____     _____
                                                                            Honorable Phyllis J. Hamilton
                                                                            United States District Judge