# EXHIBIT A

EXHIBIT A to Unopposed Omnibus Administrative Motion to File Under Seal - Chart of Sealing Requests

| Row No. | Dkt. No. | Document | Portions to be Sealed | Previous Sealing Motions | Sealing Standard | Reason for Sealing |
|---|---|---|---|---|---|---|
| 1 | 399-4 | Exhibit 1 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 1 | Dkt. 413 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 2 | 399-4 | Exhibit 5 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Supplemental Responses 1-3 | Dkt. 413 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 3 | 399-4 | Exhibit 6 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 6 | Dkt. 413 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 4 | 399-4 | Exhibit 7 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 7 | Dkt. 413 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 5 | 399-4 | Exhibit 8 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 8 | Dkt. 413 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." Contains confidential communications with Defendants' customers. Contains names of Defendants' employees. |
| 6 | 399-4 | Exhibit 9 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 9 | Dkt. 413 | Compelling Reasons | Contains names, email addresses, and phone numbers of certain of Defendants' non-testifying employees non-testifying employees. |
| 7 | 399-4 | Exhibit 10 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 10 | Dkt. 413 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." Contains confidential communications with Defendants' customers. Contains names of Defendants' non-testifying employees. |
| 8 | 399-4 | Exhibits 13-15 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibits 13-15 | Dkt. 413 | Compelling Reasons | Contains names, email addresses, and phone numbers of certain of Defendants' non-testifying employees. |
| 9 | 399-4 | Exhibit 17 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 17 | Dkt. 413 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 10 | 399-4 | Exhibit 21 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 21 | Dkt. 413 | Compelling Reasons | Contains Defendants' witnesses phone numbers. Contains confidential information regarding details of contracts with Defendants' customers. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | 399-4 | Exhibit 22 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 22 | Dkt. 413 | Compelling Reasons | Contains names, email addresses, and phone numbers of certain Defendants' non-testifying employees. |
| 12 | 399-4 | Exhibit 24 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 24 | Dkt. 413 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 13 | 399-4 | Exhibit 25 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 25 | Dkt. 413 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." Contains names of Plaintiffs' non-testifying employees. |
| 14 | 399-4 | Exhibit 26 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Paragraphs 6-8, 10, 47-48; Supplemental Exhibit 1, 1.1 | Dkt. 413 | Compelling Reasons | Contains confidential non-public information about Defendants' revenues and profits. |
| 15 | 399-4 | Exhibit 27 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 27 | Dkt. 413 | Compelling Reasons | Contains extensive discussion of Defendants' highly confidential customer information (including specific technologies licensed) and financial information (including Defendants' contract terms, revenues, and profits). |
| 16 | 399-4 | Exhibit 29 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 29 | Dkt. 413 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 17 | 399-4 | Exhibit 30 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 30 | Dkt. 413 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 18 | 399-4 | Exhibit 32 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 32 | Dkt. 413 | Compelling Reasons | Contains names, email addresses, and phone numbers of Defendants' non-testifying employees. |
| 19 | 399-4 | Exhibit 35-36 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 35-36 | Dkt. 413 | Compelling Reasons | Contains names, phone numbers, and WhatsApp account numbers of Defendants' non-testifying employees. |
| 20 | 396-1 | Declaration of Aaron S. Craig filed concurrently with Defendants' Motion to Seal documents filed in connection with Defendants' Summary Judgement Motion | Indicated portions of Paragraphs: 2-10, 12 | Dkt. 396 | Compelling Reasons | Discussion of sealed foreign proceedings and orders. |

| # | Dkt | Document | Portions | Dkt. | Standard | Reasons |
|---|---|---|---|---|---|---|
| 21 | 396-3 | Declaration of Yaron Shohat in Support of Defendants' Summary Judgement Motion and Exhibits A, B, D, and E to Shohat's Declaration attached as Exhibit 2 to Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | Certain language in paragraphs 10, 12-15, 19-21 to the Declaration of Yaron Shohat; all of Exhibits A, B, D, and E. | Dkt. 396 | Compelling Reasons | Contains discussion of and examples of Defendants' highly confidential contracts, demonstratives, export control licenses, and intercompany distribution agreements. |
| 22 | 396-4 | Declaration of Terrence McGraw in Support of the Summary Judgment Motion and Exhibit F to the McGraw Declaration attached as Exhibit 3 to Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of McGraw's Decl. and all of Exhibit F | Dkt. 396 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only, " including discussion of Defendants' confidential computer source code. |
| 23 | 396-5 | Declaration of Joseph N. Akrotirianakis in Support of Defendants' Summary Judgement Motion attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | Indicated portions of Paragraphs: 9-18 | Dkt. 396 | Compelling Reasons | Contains discussion of information belonging to US Government (FBI) that the FBI has not made public in response to FOIA requests. Contains names of Plaintiffs' non-testifying employees. Contains discussion of NSO's customers. Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 24 | 396-5 | Exhibit G to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of Exhibit G | Dkt. 396 | Compelling Reasons | Contains discussion of information belonging to US Government (FBI) that the FBI has not made public in response to FOIA requests. Contains confidential information regarding Defendants' products that are not relevant to this litigation. |
| 25 | 396-5 | Exhibit H to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of Exhibit H | Dkt. 396 | Compelling Reasons | Contains highly confidential information regarding Defendants' relationships with customers. Contains information regarding Defendants' investigations into misuse of its technology. Contains names of Defendants' non-testifying employees. |
| 26 | 396-5 | Exhibit I to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of Exhibit I | Dkt. 396 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 27 | 396-5 | Exhibit M to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of Exhibit M | Dkt. 396 | Compelling Reasons | Contains Defendants' highly confidential business and contracting information. |

| # | Dkt | Description | Portion | Dkt Ref | Basis | Reason |
|---|---|---|---|---|---|---|
| 28 | 396-5 | Exhibit N-O to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of Exhibits N-O | Dkt. 396 | Compelling Reasons | Contains information belonging to the US Government (FBI) that the FBI has not made public in response to FOIA requests. |
| 29 | 418-7 | Exhibit B to the Declaration of Anthony Vance to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgement or Partial Summary Judgement | All of Exhibit B | Dkt. 432 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 30 | 418-8 | Exhibits B and C to the Declaration of David Youssef to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibits B and C | Dkt. 432 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 31 | 418-5 | Exhibit 5 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 5 | Dkt. 432 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 32 | 418-5 | Exhibit 6 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Supplemental responses 1-3 | Dkt. 432 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 33 | 418-5 | Exhibit 7 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 7 | Dkt. 432 | Compelling Reasons | Contains information about Defendants' highly confidential communications with customers. Contains personal identifying information of Defendants' non-testifying employees. |
| 34 | 418-5 | Exhibit 8 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 8 | Dkt. 432 | Compelling Reasons | Contains names, email addresses, and phone numbers of Defendants' non-testifying employees. |
| 35 | 418-5 | Exhibit 9 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 9 | Dkt. 432 | Compelling Reasons | Contains confidential information about Defendants' relationships with customers and investigations of misuse of Defendants' technology. Contains names of Defendants' non-testifying employees. |
| 36 | 418-5 | Exhibit 10-12, 17, 31-34 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibits 10-12, 17, 31-34 | Dkt. 432 | Compelling Reasons | Contains names, email addresses, and phone numbers of Defendants' non-testifying employees. Contains phone numbers of Defendants' witnesses. |
| 37 | 418-5 | Exhibit 16 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 16 | Dkt. 432 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 38 | 418-5 | Exhibit 22 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 22 | Dkt. 432 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |

| # | | Document | Portion to Seal | Prior Dkt. | Basis | Reason |
|---|---|---|---|---|---|---|
| 39 | 418-5 | Exhibit 23 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Pages 67682-67683 | Dkt. 432 | Compelling Reasons | Contains confidential information about legal structure of Defendants' parent, subsidiary and affiliate organizations as well as Defendants' borrowing terms. |
| 40 | 418-5 | Exhibit 24 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 24 | Dkt. 432 | Compelling Reasons | Contains confidential information about Defendants' borrowing terms. |
| 41 | 418-5 | Exhibit 26 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 26 | Dkt. 432 | Compelling Reasons | Contains confidential information about Defendants' customers. |
| 42 | 418-5 | Exhibit 27 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 27 | Dkt. 432 | Compelling Reasons | Contains names of Defendants' non-testifying employees. Contains discussion of confidential terms of intercompany distribution agreements. Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 43 | 418-5 | Exhibit 30 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 30 | Dkt. 432 | Compelling Reasons | Contains non-public salary information of Defendants' witness, Terrence DiVittorio. Contains names of certain Defendants' non-testifying employees. |
| 44 | 418-5 | Exhibit 35 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Tr. 91:8 | Dkt. 432 | Compelling Reasons | Contains Defendants' witness' personal phone number. |
| 45 | 418-5 | Exhibit 36 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 36 | Dkt. 432 | Compelling Reasons | Contains confidential information about legal structure of Defendants' parent, subsidiary and affiliate organizations. |
| 46 | 418-5 | Exhibit 37 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 37 | Dkt. 432 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 47 | 418-5 | Exhibit 38 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 38 | Dkt. 432 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 48 | 418-5 | Exhibit 39 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 39 | Dkt. 432 | Compelling Reasons | Contains confidential information about Defendants' contracts and pricing. |
| 49 | 418-5 | Exhibit 43 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Pages 1-3 and 38-40 | Dkt. 432 | Compelling Reasons | Contains references to highly confidential and non-public foreign orders. |

| # | Dkt. | Description | Portion | Dkt. | Basis | Reason |
|---|---|---|---|---|---|---|
| 50 | 418-6 | Exhibit B to the Declaration of Dana Trexler in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | Paragraph 12 and Table 1, and Paragraphs 89-129 | Dkt. 432 | Compelling Reasons | Contains confidential information about Defendants' contracts and pricing. |
| 51 | 418-6 | Exhibit C to the Declaration of Dana Trexler in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit C | Dkt. 432 | Compelling Reasons | Contains confidential information about Defendants' contracts and pricing. |
| 52 | 419-3 | Exhibit 2 to Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 2 | Dkt. 419 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 53 | 419-4 | Exhibit 3 to Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | Indicated portions of Paragraphs: 2-12 | Dkt. 419 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 54 | 419-5 | Exhibit A to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit A | Dkt. 419 | Compelling Reasons | Contains highly confidential and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 55 | 419-5 | Exhibit D to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit D | Dkt. 419 | Compelling Reasons | Contains confidential information about Defendants' compliance process and communications with customers. |
| 56 | 419-5 | Exhibit E to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit E | Dkt. 419 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |

| # | Dkt | Description | Portions | Docket | Basis | Reason |
|---|---|---|---|---|---|---|
| 57 | 419-5 | Exhibit F, I and J to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | All of Exhibits F, I and J | Dkt. 419 | Compelling Reasons | Contains discussion of information belonging to US Government (FBI) that the FBI has not made public in response to FOIA requests. |
| 58 | 419-5 | Exhibit H to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | Indicated portions of Paragraphs: 10, 12-15, 19-21, and all Exhibits | Dkt. 419 | Compelling Reasons | Contains confidential information about Defendants' compliance process and communications with customers. |
| 59 | 433-1 | Declaration of Matthew H. Dawson filed concurrently with Defendants' Administrative Motion to File Under Seal filed with Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | Indicated portions of paragraphs: 2, 4-13, 15-16, 18, 20-21 & 24 | Dkt. 433 | Compelling Reasons | Contains discussion of non-public and highly confidential foreign proceedings and orders. |
| 60 | 433-3 | Declaration of Tamir Gazneli in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | Indicated portions of paragraphs: 2-15 | Dkt. 433 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 61 | 433-4 | Declaration of Terrence McGraw in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | Indicated portions of paragraphs: 7-13 | Dkt. 433 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 62 | 433-4 | Exhibits X and Y to the Declaration of McGraw in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | All of Exhibits X and Y | Dkt. 433 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 63 | 433-5 | Exhibit CC to Joseph N. Akrotirianakis Supplemental Declaration in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | All of Exhibit CC | Dkt. 433 | Compelling Reasons | Contains the names of Defendants' non-testifying employees. |
| 64 | 436-5, 436-6 | Reply Declaration of David J. Youssef in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment and Exhibits A and B to the Declaration | All of Youssef's Reply Declaration; All of Exhibits A and B | Dkt. 446 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 65 | 436-4 | Exhibit 37 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment | All of Exhibit 37 | Dkt. 446 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | 436-4 | Exhibit 38 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment | All of Exhibit 38 | Dkt. 446 | Compelling Reasons | Contains analysis of Defendants' compliance process and communications with Defendants' customers. Contains names of certain Defendants' non-testifying employees. |
| 67 | 436-4 | Exhibit 39 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment | All of Exhibit 39 | Dkt. 446 | Compelling Reasons | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 68 | 436-4 | Exhibit 41 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment | All of Exhibit 41 | Dkt. 446 | Compelling Reasons | Contains names, email addresses, and phone numbers of certain Defendants' non-testifying employees. |
| 69 | 405-3 | Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Indicated portions of paragraphs 4, 7-10, 14, and 19 | Dkt. 417 | Good Cause | Contains discussion of sealed foreign proceedings and orders. |
| 70 | 405-4 | Exhibit A to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | All of Exhibit A | Dkt. 417 | Good Cause | Contains discussion of sealed foreign proceedings and orders. |
| 71 | 405-4 | Exhibits C-G to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | All of Exhibits C-G | Dkt. 417 | Good Cause | Contains discussion of sealed foreign proceedings and orders. |
| 72 | 405-4 | Exhibits H-K to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | All of Exhibits H-K | Dkt. 417 | Good Cause | Contains discussion of sealed foreign proceedings and orders. |
| 73 | 405-4 | Exhibits N-Q to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | All of Exhibits N-Q | Dkt. 417 | Good Cause | Contains testimony about Defendants' highly confidential technical information and communications with Defendants' customers. Contains names of certain of Defendants' non-testifying employees. |
| 74 | 429-3 | Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | Paragraphs 3, 7-8 | Dkt. 429 | Good Cause | Contains testimony about Defendants' highly confidential technical information and discussion of confidential foreign government licenses. |
| 75 | 429-4 | Exhibit 1 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | Should be reacted (Suppl. Responses 1-3) | Dkt. 429 | Good Cause | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 76 | 429-4 | Exhibit 2 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibit 2 | Dkt. 429 | Good Cause | Contains testimony about Defendants' highly confidential technical information and discussion of confidential foreign government licenses. Contains names of certain of Defendants' non-testifying employees. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 | 429-4 | Exhibit 6 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibit 6 | Dkt. 429 | Good Cause | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 78 | 429-4 | Exhibit 7 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibit 7 | Dkt. 429 | Good Cause | Contains portion of Defendants' highly confidential computer code. |
| 79 | 429-4 | Exhibit 9 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibit 9 | Dkt. 429 | Good Cause | Contain sensitive business information about Defendants' contracts and contracting practices. |
| 80 | 429-5 | Exhibits 11-12 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibits 11-12 | Dkt. 429 | Good Cause | Contains financial information of non-party Triangle Holdings. |
| 81 | 429-5 | Exhibits 19-20 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibits 19-20 | Dkt. 429 | Good Cause | Contains private shareholder information. |
| 82 | 429-5 through 429-16 | Exhibits 21-100 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibits 21-100 | Dkt. 429 | Good Cause | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 83 | 429-16 | Exhibits 2045 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions | All of Exhibit 2045 | Dkt. 429 | Good Cause | Contains non-public information about Defendants' contracts, revenues and profits. |
| 84 | 429-17 | Declaration of Terrence McGraw in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit C to Declaration of Matthew Dawson | Indicated portions of pages: 1 | Dkt. 429 | Good Cause | Contains information about Plaintiffs' communications with the Department of Justice. Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |
| 85 | 429-18 | Declaration of Tamir Gazneli in Support of the Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit D to Declaration of Matthew Dawson | Indicated portions of paragraphs: 2, 4, 6-11 | Dkt. 429 | Good Cause | Contains highly confidential technical and commercially sensitive materials designated as "Highly Confidential – Attorneys' Eyes Only." |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | 429-19 | Declaration of Chaim Gelfand in Support of the Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit E to Declaration of Matthew Dawson | Indicated portions of paragraphs: 4, 6-10 | Dkt. 429 | Good Cause | Contains information about sealed foreign government proceedings and orders and about confidential foreign government licenses. |
| 87 | 443-4 | Exhibit R to Declaration of Micah R. Block in Support of Plaintiffs' Reply in Support of Motion for Sanctions | All of Exhibit R | Dkt. 454 | Good Cause | Contains sensitive business information about Defendants' contracts and contracting practices and internal financial practices and about technologies not relevant to the litigation. |