UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S UNOPPOSED OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Action Filed: 10/29/2019 |

1  This Court, having considered the Unopposed Omnibus Administrative Motion to File
2  Under Seal submitted by Defendants NSO Group Technologies Limited and Q Cyber
3  Technologies Limited (collectively, the "Defendants"), and the Declaration of Aaron S. Craig
4  filed in support thereof IT IS HEREBY ORDERED that the Motion is GRANTED and the
5  following documents WILL BE SEALED, as follows:

| Row No. | Docket No. | Document | Portion(s) to Seal |
|---|---|---|---|
|  |  | Declaration of Aaron S. Craig in Support of Defendants' Unopposed Omnibus Administrative Motion to File Under Seal ("Craig Declaration") | Indicated portions of paragraphs: 2-11 |
| 1 | 399-4 | Exhibit 1 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 1 |
| 2 | 399-4 | Exhibit 5 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Supplemental Responses 1-3 |
| 3 | 399-4 | Exhibit 6 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 6 |
| 4 | 399-4 | Exhibit 7 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 7 |
| 5 | 399-4 | Exhibit 8 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 8 |
| 6 | 399-4 | Exhibit 9 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 9 |
| 7 | 399-4 | Exhibit 10 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 10 |
| 8 | 399-4 | Exhibits 13-15 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibits 13-15 |
| 9 | 399-4 | Exhibit 17 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 17 |
| 10 | 399-4 | Exhibit 21 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 21 |
| 11 | 399-4 | Exhibit 22 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial | All of Exhibit 22 |

| Row No. | Docket No. | Document | Portion(s) to Seal |
|---|---|---|---|
| | | Summary Judgment | |
| 12 | 399-4 | Exhibit 24 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 24 |
| 13 | 399-4 | Exhibit 25 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 25 |
| 14 | 399-4 | Exhibit 26 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Paragraphs 6-8, 10, 47-48; Supplemental Exhibit 1, 1.1 |
| 15 | 399-4 | Exhibit 27 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 27 |
| 16 | 399-4 | Exhibit 29 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 29 |
| 17 | 399-4 | Exhibit 30 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 30 |
| 18 | 399-4 | Exhibit 32 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 32 |
| 19 | 399-4 | Exhibit 35-36 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 35-36 |
| 20 | 396-1 | Declaration of Aaron S. Craig filed concurrently with Defendants' Motion to Seal documents filed in connection with Defendants' Summary Judgement Motion | Indicated portions of Paragraphs: 2-10, 12 |
| 21 | 396-3 | Declaration of Yaron Shohat in Support of Defendants' Summary Judgement Motion and Exhibits A, B, D, and E to Shohat's Declaration attached as Exhibit 2 to Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | Certain language in paragraphs 10, 12-15, 19-21 to the Declaration of Yaron Shohat; all of Exhibits A, B, D, and E. |
| 22 | 396-4 | Declaration of Terrence McGraw in Support of the Summary Judgment Motion and Exhibit F to the McGraw Declaration attached as Exhibit 3 to Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of McGraw's Decl. and all of Exhibit F |

[PROPOSED] ORDER GRANTING
DEFENDANTS' UNOPPOSED
OMNIBUS MOTION TO FILE UNDER SEAL

| Row No. | Docket No. | Document | Portion(s) to Seal |
|---|---|---|---|
| 23 | 396-5 | Declaration of Joseph N. Akrotirianakis in Support of Defendants' Summary Judgement Motion attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | Indicated portions of Paragraphs: 9-18 |
| 24 | 396-5 | Exhibit G to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of Exhibit G |
| 25 | 396-5 | Exhibit H to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of Exhibit H |
| 26 | 396-5 | Exhibit I to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of Exhibit I |
| 27 | 396-5 | Exhibit M to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of Exhibit M |
| 28 | 396-5 | Exhibit N-O to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | All of Exhibits N-O |
| 29 | 418-7 | Exhibit B to the Declaration of Anthony Vance to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgement or Partial Summary Judgement | All of Exhibit B |
| 30 | 418-8 | Exhibits B and C to the Declaration of David Youssef to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibits B and C |
| 31 | 418-5 | Exhibit 5 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 5 |
| 32 | 418-5 | Exhibit 6 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Supplemental responses 1-3 |
| 33 | 418-5 | Exhibit 7 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 7 |
| 34 | 418-5 | Exhibit 8 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 8 |

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED OMNIBUS MOTION TO FILE UNDER SEAL

| Row No. | Docket No. | Document | Portion(s) to Seal |
|---|---|---|---|
| 35 | 418-5 | Exhibit 9 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 9 |
| 36 | 418-5 | Exhibit 10-12, 17, 31-34 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibits 10-12, 17, 31-34 |
| 37 | 418-5 | Exhibit 16 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 16 |
| 38 | 418-5 | Exhibit 22 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 22 |
| 39 | 418-5 | Exhibit 23 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Pages 67682-67683 |
| 40 | 418-5 | Exhibit 24 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 24 |
| 41 | 418-5 | Exhibit 26 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 26 |
| 42 | 418-5 | Exhibit 27 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 27 |
| 43 | 418-5 | Exhibit 30 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 30 |
| 44 | 418-5 | Exhibit 35 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Tr. 91:8 |
| 45 | 418-5 | Exhibit 36 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 36 |
| 46 | 418-5 | Exhibit 37 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 37 |
| 47 | 418-5 | Exhibit 38 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 38 |
| 48 | 418-5 | Exhibit 39 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | All of Exhibit 39 |

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED OMNIBUS MOTION TO FILE UNDER SEAL

| Row No. | Docket No. | Document | Portion(s) to Seal |
|---|---|---|---|
| 49 | 418-5 | Exhibit 43 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Pages 1-3 and 38-40 |
| 50 | 418-6 | Exhibit B to the Declaration of Dana Trexler in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | Paragraph 12 and Table 1, and Paragraphs 89-129 |
| 51 | 418-6 | Exhibit C to the Declaration of Dana Trexler in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit C |
| 52 | 419-3 | Exhibit 2 to Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit 2 |
| 53 | 419-4 | Exhibit 3 to Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | Indicated portions of Paragraphs: 2-12 |
| 54 | 419-5 | Exhibit A to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit A |
| 55 | 419-5 | Exhibit D to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit D |
| 56 | 419-5 | Exhibit E to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | All of Exhibit E |
| 57 | 419-5 | Exhibit F, I and J to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Partial | All of Exhibits F, I and J |

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED OMNIBUS MOTION TO FILE UNDER SEAL

| Row No. | Docket No. | Document | Portion(s) to Seal |
|---|---|---|---|
| | | Summary Judgment filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | |
| 58 | 419-5 | Exhibit H to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | Indicated portions of Paragraphs: 10, 12-15, 19-21, and all Exhibits |
| 59 | 433-1 | Declaration of Matthew H. Dawson filed concurrently with Defendants' Administrative Motion to File Under Seal filed with Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | Indicated portions of paragraphs: 2, 4-13, 15-16, 18, 20-21 & 24 |
| 60 | 433-3 | Declaration of Tamir Gazneli in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | Indicated portions of paragraphs: 2-15 |
| 61 | 433-4 | Declaration of Terrence McGraw in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | Indicated portions of paragraphs: 7-13 |
| 62 | 433-4 | Exhibits X and Y to the Declaration of McGraw in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | All of Exhibits X and Y |
| 63 | 433-5 | Exhibit CC to Joseph N. Akrotirianakis Supplemental Declaration in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | All of Exhibit CC |
| 64 | 436-5, 436-6 | Reply Declaration of David J. Youssef in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment and Exhibits A and B to the Declaration | All of Youssef's Reply Declaration; All of Exhibits A and B |
| 65 | 436-4 | Exhibit 37 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment | All of Exhibit 37 |
| 66 | 436-4 | Exhibit 38 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment | All of Exhibit 38 |
| 67 | 436-4 | Exhibit 39 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment | All of Exhibit 39 |
| 68 | 436-4 | Exhibit 41 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support | All of Exhibit 41 |

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED OMNIBUS MOTION TO FILE UNDER SEAL

| Row No. | Docket No. | Document | Portion(s) to Seal |
|---|---|---|---|
| | | of Motion for Partial Summary Judgment | |
| 69 | 405-3 | Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Indicated portions of paragraphs 4, 7-10, 14, and 19 |
| 70 | 405-4 | Exhibit A to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | All of Exhibit A |
| 71 | 405-4 | Exhibits C-G to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | All of Exhibits C-G |
| 72 | 405-4 | Exhibits H-K to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | All of Exhibits H-K |
| 73 | 405-4 | Exhibits N-Q to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | All of Exhibits N-Q |
| 74 | 429-3 | Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | Paragraphs 3, 7-8 |
| 75 | 429-4 | Exhibit 1 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | Should be reacted (Suppl. Responses 1-3) |
| 76 | 429-4 | Exhibit 2 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibit 2 |
| 77 | 429-4 | Exhibit 6 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibit 6 |
| 78 | 429-4 | Exhibit 7 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibit 7 |
| 79 | 429-4 | Exhibit 9 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibit 9 |
| 80 | 429-5 | Exhibits 11-12 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibits 11-12 |
| 81 | 429-5 | Exhibits 19-20 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition | All of Exhibits 19-20 |

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED OMNIBUS MOTION TO FILE UNDER SEAL

| Row No. | Docket No. | Document | Portion(s) to Seal |
|---|---|---|---|
| | | to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | |
| 82 | 429-5 through 429-16 | Exhibits 21-100 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | All of Exhibits 21-100 |
| 83 | 429-16 | Exhibits 2045 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions | All of Exhibit 2045 |
| 84 | 429-17 | Declaration of Terrence McGraw in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit C to Declaration of Matthew Dawson | Indicated portions of pages: 1 |
| 85 | 429-18 | Declaration of Tamir Gazneli in Support of the Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit D to Declaration of Matthew Dawson | Indicated portions of paragraphs: 2, 4, 6-11 |
| 86 | 429-19 | Declaration of Chaim Gelfand in Support of the Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit E to Declaration of Matthew Dawson | Indicated portions of paragraphs: 4, 6-10 |
| 87 | 443-4 | Exhibit R to Declaration of Micah R. Block in Support of Plaintiffs' Reply in Support of Motion for Sanctions | All of Exhibit R |

To the extent it is necessary in future court filings in this case for the parties to make reference to the sealed content of the Sealed Documents, those matters may also be filed under seal pursuant to this Order.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE