# KING & SPALDING

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, California 90071

Tel: +1 213 443 4355
Fax: +1 213 443 4310
kslaw.com

Joseph N. Akrotirianakis
Partner
jakro@kslaw.com

February 19, 2025

**ECF FILING**

The Honorable Phyllis J. Hamilton
United States District Court, Northern District of California

    **Re:**     **Judge Paul Watford (ret.)**
                **Notice Under Rule 1.12 of the California Rules of Professional Conduct**

*Whatsapp, LLC, et al v. NSO Group Technologies Ltd., et al, 4:19-CV-07123-PJH*

Dear Judge Hamilton:

    I write on behalf of King & Spalding LLP ("King & Spalding") to inform the Court and all recipients of this letter that Judge Paul Watford (ret.), who previously served as a United States Circuit Judge, United States Court of Appeals for the Ninth Circuit, from 2012 to 2023, joined King & Spalding as a partner on February 19, 2025. This letter is submitted to provide the required written notice to the Court and all parties to the matter that King & Spalding and Judge Watford are in compliance with Rule 1.12 of the California Rules of Professional Conduct.

    King & Spalding represents NSO Group Technologies Ltd. ("NSO") in the above-referenced matter, which is pending before this Court. The matter was previously before the Ninth Circuit during Judge Watford's tenure as a Circuit Judge. Under Rule 1.12 of the California Rules of Professional Conduct, Judge Watford is personally disqualified from representing any party in a matter in which he participated personally and substantially during his tenure as a Circuit Judge. King & Spalding will continue to represent its client, NSO, in the matter. To prevent imputed disqualification of other King & Spalding attorneys, King & Spalding has taken the following actions:

February 19, 2025
Page 2

    1. King & Spalding has implemented a formal ethical wall that prohibits Judge Watford from any form of participation in the above-referenced matter, and he has not and will not be apportioned fees therefrom.

    2. The procedures being taken to screen Judge Watford from the matter are: (i) a prohibition against him speaking about the matter with or in the presence of any King & Spalding personnel; (ii) a prohibition against any of the King & Spalding personnel working on the matter speaking about it in the presence of Judge Watford; (iii) a prohibition against Judge Watford bringing to King & Spalding any documents, files, or materials in any form or medium about the matter; and (iv) a prohibition against Judge Watford accessing, reading, or reviewing any documents, files, or materials in any form or medium about the matter. King & Spalding will distribute to all personnel who are working on or in the future are added to the matter a written notification setting forth these prohibitions and the obligation to abide by them strictly.

                                               Respectfully submitted,

                                               */s/Joseph N. Akrotirianakis*
                                               Joseph N. Akrotirianakis