Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
             antonio.perez@davispolk.com
             gina.cora@davispolk.com
             craig.cagney@davispolk.com
             luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                              Plaintiffs,<br><br>         v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                              Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to consider whether Plaintiffs' Notice of Motion and Motion for Permanent Injunction (the "Motion for Permanent Injunction") should be sealed.

Portions of the Motion for Permanent Injunction contain, refer to, or derive from, documents that Defendants and/or nonparty Joshua Shaner have designated as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action. Plaintiffs, therefore, must, under the terms of the Stipulated Protective Order, redact the portions of the Motion for Permanent Injunction that quote or reference these materials. Accordingly, Plaintiffs now move the Court to consider whether the Motion for Permanent Injunction should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

Dated: February 24, 2025

Respectfully Submitted,

D<small>AVIS</small> P<small>OLK</small> & W<small>ARDWELL</small> LLP

By: */s/ Micah G. Block*

Micah G. Block (SBN 270712)
D<small>AVIS</small> P<small>OLK</small> & W<small>ARDWELL</small> LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
 (admitted *pro hac vice*)
D<small>AVIS</small> P<small>OLK</small> & W<small>ARDWELL</small> LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
 antonio.perez@davispolk.com
 craig.cagney@davispolk.com
 gina.cora@davispolk.com
 luca.marzorati@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

2

A<small>DMINISTRATIVE</small> M<small>OTION TO</small> C<small>ONSIDER</small> W<small>HETHER</small> A<small>NOTHER</small> P<small>ARTY'S</small> M<small>ATERIAL</small> S<small>HOULD</small> B<small>E</small> F<small>ILED</small> U<small>NDER</small> S<small>EAL</small>
C<small>ASE</small> N<small>O</small>. 4:19-<small>CV</small>-07123-PJH