Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:  3<br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

1  Having considered the Administrative Motion to Consider Whether Another Party's Material
2  Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms,
3  Inc. ("Plaintiffs"), concerning portions of Plaintiffs' Notice of Motion and Motion for Permanent
4  Injunction, the Motion is hereby GRANTED / DENIED.
5  IT IS HEREBY ORDERED that the Motion for Permanent Injunction will / will not remain
6  sealed.

Dated: _____  _____
Honorable Phyllis J. Hamilton
United States District Judge

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
CASE NO. 4:19-CV-07123-PJH