Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>                   Plaintiffs,<br><br>       v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                   Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLANTIFFS' MOTION FOR PERMANENT INJUNCTION** |

I, Micah G. Block, declare as follows:

1. I am a partner with the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a January 8, 2025 *Substack* post by Vas Panagiotopoulos titled, "*NSO Group Owner: 'We Will Appeal, Justice Was Not Served*," which is available at https://vaspanagiotopoulos.substack.com/p/nso-group-owner-we-will-appeal-justice.

3. On January 22, 2025, the parties engaged in a settlement conference before Magistrate Judge Sallie Kim. The discussion addressed Plaintiffs' proposed injunctive relief, but the parties did not reach an agreement. *See* Dkt. No. 542.

4. On February 3, 2025, the parties met-and-conferred regarding Plaintiffs' proposed permanent injunction.

5. On February 7, 2025, Plaintiffs' counsel sent an email to NSO's counsel containing the elements of Plaintiffs' proposed permanent injunction.

6. On February 10, 2025, the parties met-and-conferred regarding Plaintiffs' proposed permanent injunction. The parties did not reach an agreement.

7. On February 12, 2025, NSO's counsel sent a response to Plaintiffs' counsel that did not agree to the relief Plaintiffs seek.

8. On February 14, 2025, Plaintiffs responded to NSO's February 12, 2025 email, confirming Plaintiffs' intention to file this motion.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 24th day of February, 2025 in Redwood City, California.

By: */s/ Micah G. Block*
Micah G. Block