| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
| | *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741) |
| | *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP |
| | 633 West Fifth Street, Suite 1700 |
| 4 | Los Angeles, CA 90071 |
| | Telephone: (213) 443-4355 |
| 5 | Facsimile: (213) 443-4310 |
| 6 | Attorneys for Defendants NSO GROUP TECHNOLOGIES |
| | LIMITED and Q CYBER TECHNOLOGIES LIMITED |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | | Case No. 4:19-cv-07123-PJH |
| | Plaintiffs, | **DECLARATION OF AARON S. CRAIG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE BRIEFING DEADLINES AND HEARING DATE ON PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION (ECF NO. 558)** |
| v. | | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | | |
| | Defendants. | Action Filed:  10/29/2019 |

DECLARATION OF AARON S. CRAIG         Case No. 4:19-cv-07123-PJH

I, Aaron S. Craig, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of King & Spalding LLP, and I am counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. At the request of Plaintiffs' counsel, my partner Joseph N. Akrotirianakis and I conferred with Plaintiffs' counsel Micah Block, Gina Cora and Luca Marzorati on February 3, 2025 about a possible motion for permanent injunction. During the conference of counsel, I asked Plaintiffs' counsel why they thought filing a motion for permanent injunction before the presentation of any testimony from witnesses was procedurally proper. Their only response was that the Motion could be brought because the Court had granted summary judgment on liability.

3. Plaintiffs filed a Motion for Permanent Injunction on February 24, 2025, three weeks following the conference of counsel referenced in paragraph 2 above. On February 25, 2025, I had a conference of counsel with Plaintiffs' counsel Gina Cora. I asked Ms. Cora if Plaintiffs would stipulate to the relief requested by this Administrative Motion, and she told me that Plaintiffs would not. Ms. Cora later confirmed this in an email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 26, 2026, at Los Angeles, California.

*/s/ Aaron S. Craig*
AARON S. CRAIG