UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONTINUE BRIEFING DEADLINES AND HEARING DATE ON PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION (ECF NO. 558)**<br><br>Judge:  Hon. Phyllis J. Hamilton |

This Court, having considered the Administrative Motion to Continue Briefing Deadlines and Hearing Date on Plaintiffs' Motion for Permanent Injunction (ECF No. 558) submitted by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"), and all matters filed in support and opposition to the Administrative Motion, and GOOD CAUSE THEREFOR APPEARING, hereby grants the Administrative Motion. The April 10 hearing date for Plaintiffs' Motion for Permanent Injunction is hereby vacated. After the conclusion of the trial commencing April 28, 2025, Plaintiffs may re-notice their Motion if they wish to do so. The briefing schedule will be set by Civil Local Rule 7-3(a).

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE
