# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti,** Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify,* that, in the Supreme Court at **Hartford** on the **14th** day of **June, 2021**

**Emmett F. Gilles**

of

**New Haven, CT**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*



*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day  **February 21, 2025**

Carl D. Cicchetti
Chief Clerk