United States District Court
Northern District of California

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4  WhatsApp Inc., et al.            ,          Case No. 4:19-cv-07123-PJH

5           Plaintiff(s),

6      v.                                      **APPLICATION FOR ADMISSION OF
                                               ATTORNEY PRO HAC VICE**
7  NSO Group Technologies, Ltd   ,             (CIVIL LOCAL RULE 11-3)

8           Defendant(s).

9

10      I, Jonathan M. Freiman_____, an active member in good standing of the bar of

11  Connecticut_____, hereby respectfully apply for admission to practice pro hac

12  vice in the Northern District of California representing: NSO Group Technologies, Ltd.   in the

13  above-entitled action. My local co-counsel in this case is Joseph N. Akrotirianakis_____, an

14  attorney who is a member of the bar of this Court in good standing and who maintains an office

15  within the State of California.  Local co-counsel's bar number is: 197971_____.

16  Wiggin and Dana LLP                         King & Spalding LLP
    One Century Tower, 265 Church Street        633 West Fifth Street, Suite 1600
17  New Haven, CT 06510                          Los Angeles, CA 90071
    MY ADDRESS OF RECORD                        LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  (203) 498-4584                              (213) 443-4313
19  MY TELEPHONE # OF RECORD                     LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20  jfreiman@wiggin.com                          jakro@kslaw.com
    MY EMAIL ADDRESS OF RECORD                   LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22      I am an active member in good standing of a United States Court or of the highest court of

23  another State or the District of Columbia, as indicated above; my bar number is: 418928_____.

24      A true and correct copy of a certificate of good standing or equivalent official document

25  from said bar is attached to this application.

26      I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

27  preceding this application.

28

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: ___2/28/2025_____          ___Jonathan M. Freiman_____
                                             APPLICANT
5

6   ================================================================

7

8                        ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of __Jonathan M. Freiman____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: ____February 28, 2025_____

16

17  _____

18  UNITED STATES DISTRICT                                        JUDGE



19

20

21

22

23

24

25

26

27

28