UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WhatsApp Inc., et al.,

Plaintiff(s),

v.

NSO Group Technologies, Ltd,

Defendant(s).

Case No. 4:19-cv-07123-PJH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Emmett Gilles, an active member in good standing of the bar of Connecticut, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: NSO Group Technologies, Ltd. in the above-entitled action. My local co-counsel in this case is Joseph N. Akrotirianakis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 197971.

| | |
|---|---|
| Wiggin and Dana LLP<br>One Century Tower, 265 Church Street<br>New Haven, CT 06510<br>MY ADDRESS OF RECORD | King & Spalding LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (203) 498-4353<br>MY TELEPHONE # OF RECORD | (213) 443-4313<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| egilles@wiggin.com<br>MY EMAIL ADDRESS OF RECORD | jakro@kslaw.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 442464.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __2/28/2025__                                                        __Emmett Gilles__
                                                                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Emmett Gilles__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __February 28, 2025__



_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE