1  Greg D. Andres
   Antonio J. Perez-Marques
2  Gina Cora
   Craig T. Cagney
3  Luca Marzorati
     (admitted *pro hac vice*)
4  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
5  New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
7  Email:    greg.andres@davispolk.com
             antonio.perez@davispolk.com
8            gina.cora@davispolk.com
             craig.cagney@davispolk.com
9            luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   900 Middlefield Road, Suite 200
12 Redwood City, California 94063
   Telephone: (650) 752-2000
13 Facsimile:  (650) 752-2111
   Email:    micah.block@davispolk.com
14
15 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

16

17                UNITED STATES DISTRICT COURT

18            FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                       OAKLAND DIVISION

20 WHATSAPP LLC, and                 )
   META PLATFORMS INC.,              )   Case No. 4:19-cv-07123-PJH
21                                   )
                                     )   **[PROPOSED] ORDER DENYING
22              Plaintiffs,          )   DEFENDANTS' ADMINISTRATIVE
                                     )   MOTION TO CONTINUE BRIEFING
23         v.                        )   DEADLINES AND HEARING DATE ON
                                     )   PLAINTIFFS' MOTION FOR
24 NSO GROUP TECHNOLOGIES LIMITED    )   PERMANENT INJUNCTION
   and Q CYBER TECHNOLOGIES LIMITED, )   (ECF NO. 558)**
25                                   )
                                     )
26              Defendants.          )
                                     )
27

28

1  Having considered the Administrative Motion to Continue Briefing Deadlines and Hearing
2  Date on Plaintiffs' Motion for Permanent Injunction (ECF No. 558) filed by Defendants NSO Group
3  Technologies Limited and Q Cyber Technologies Limited ("Defendants"),
4  IT IS HEREBY ORDERED that Defendants' Administrative Motion to Continue Briefing
5  Deadlines and Hearing Date on Plaintiffs' Motion for Permanent Injunction is DENIED.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE

1

[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE BRIEFING DEADLINES AND HEARING DATE ON PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION - CASE NO. 4:19-CV-07123-PJH