1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
     *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
     *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11 | WHATSAPP INC., a Delaware corporation,    | Case No. 4:19-cv-07123-PJH
   | and FACEBOOK, INC., a Delaware
12 | corporation,                               | **STIPULATION AND [PROPOSED]
   |                                            | ORDER RE BRIEFING DEADLINES ON
13 |                 Plaintiffs,                | PLAINTIFFS' MOTION FOR
   |                                            | PERMANENT INJUNCTION**
14 |        v.
15 | NSO GROUP TECHNOLOGIES LIMITED             | Action Filed:   10/29/2019
   | and Q CYBER TECHNOLOGIES LIMITED,
16 |
17 |                 Defendants.

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 6-1(b) and 6-2, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), and Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") (collectively, the "Parties") submit this stipulated request for an order changing time.

WHEREAS, on February 24, 2025, Plaintiffs filed a Motion for Permanent Injunction and set hearing on the Motion for April 10, 2025 (ECF No. 558);

WHEREAS, on February 26, 2025, Defendants filed an Administrative Motion to Continue Briefing Deadlines and Hearing Date on Plaintiffs' Motion for Permanent Injunction, arguing that resolution of the motion requires an evidentiary hearing and requesting that all remaining briefing deadlines be continued until after the evidentiary hearing (ECF No. 560);

WHEREAS, on March 3, 2025, Plaintiffs opposed the Administrative Motion, arguing that an injunction is warranted on the basis of undisputed facts and no evidentiary hearing is required (ECF No. 568);

WHEREAS, the Administrative Motion is currently pending before the Court;

WHEREAS, under the default briefing deadlines established by the Civil Local Rules, Defendants' opposition to Plaintiffs' Motion for Permanent Injunction is currently due Monday, March 10, 2025, and Defendants' reply in support of their Motion for Permanent Injunction is currently due on Monday, March 17, 2025;

WHEREAS, the Parties' primary pretrial filings are due on Thursday, March 13, 2025;

WHEREAS, while Defendants' Administrative Motion is pending or in the event that the Court denies the Administrative Motion and rules that the hearing on Plaintiffs' Motion for Permanent Injunction shall proceed on April 10, 2025, the Parties have agreed to a short extension of the pending deadlines for Defendants to oppose – and for Plaintiffs to reply to – the Motion for Permanent Injunction;

WHEREAS, the short extension will permit the Parties time to prepare and file both their primary pretrial filings and (if the Court denies the pending Administrative Motion) their briefing on Plaintiffs' Motion for Permanent Injunction;

1    WHEREAS, this agreed extension is not intended to moot Defendants' Administrative

2    Motion requesting an evidentiary hearing on Plaintiffs' Motion for a Permanent Injunction and

3    continuing all briefing deadlines until after such a hearing;

4    NOW THEREFORE, while Defendants' Administrative Motion is pending or in the event

5    that the Court denies the Administrative Motion and confirms oral argument on Plaintiffs' Motion

6    for Permanent Injunction for April 10, 2025, the Parties respectfully submit this stipulated request

7    for an order continuing Defendants' deadline for opposing Plaintiffs' Motion for Permanent

8    Injunction until Friday, March 14, 2025, and continuing Plaintiffs' deadline for submitting a reply

9    in support of their Motion for Permanent Injunction until Tuesday, March 25, 2025. Such an order

10   would provide the court with sixteen days between the filing of the reply and the April 10, 2025

11   hearing date.

12

13   DATED: March 6, 2025                        KING & SPALDING LLP

14

15                                               By:  /s/ Aaron S. Craig
                                                      JOSEPH N. AKROTIRIANAKIS
16                                                    AARON S. CRAIG
                                                      Attorneys for Defendants
17                                                    NSO GROUP TECHNOLOGIES
                                                      LIMITED AND Q CYBER
18                                                    TECHNOLOGIES LIMITED

19

20                                               By:  /s/ Micah G. Block
                                                      Greg D. Andres
21                                                    Antonio J. Perez-Marques
                                                      Craig T. Cagney
22                                                    Micah G. Block
                                                      DAVIS POLK & WARDWELL LLP
23                                                    Attorneys for Plaintiffs
                                                      WHATSAPP LLC AND META
24                                                    PLATFORMS, INC

25

26

27

28

1    **IT IS SO ORDERED**.

2    Dated:  March ___, 2025

3                                                                    _____
                                                                    The Honorable Phyllis J. Hamilton
                                                                    Senior United States District Judge

4

5

6                                    **<u>L.R. 5-1 ATTESTATION</u>**

7         I, Aaron S. Craig, attest that all signatories listed herein, and on whose behalf this filing is

8    submitted, concur in this filing's content and have authorized this filing.

9                                         By:    *<u>/s/     Aaron S. Craig    </u>*

10                                                    AARON S. CRAIG

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28