JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE BRIEFING DEADLINES ON PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner in the law firm of King & Spalding LLP, and I am counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. On February 24, 2025, Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") filed a Motion for Permanent Injunction and set hearing on the Motion for April 10, 2025 (ECF No. 558).

3. On February 26, 2025, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") filed an Administrative Motion to Continue Briefing Deadlines and Hearing Date on Plaintiffs' Motion for Permanent Injunction, arguing that resolution of the motion would require an evidentiary hearing and requesting that all remaining briefing deadlines be continued until after the evidentiary hearing (ECF No. 560).

4. On March 3, 2025, Plaintiffs opposed the Administrative Motion, arguing that an injunction is warranted on the basis of undisputed facts and no evidentiary hearing is required (ECF No. 568).

5. As of 4 PM on March 6, 2025, the Court has not yet ruled on the Administrative Motion.

6. Under the default briefing deadlines established by the Civil Local Rules, Defendants' opposition to Plaintiffs' Motion for Permanent Injunction is currently due on Monday, March 10, 2025, and Defendants' reply in support of their Motion for Permanent Injunction is currently due on Monday, March 17, 2025.

7. The Parties' primary pretrial filings are due on Thursday, March 13, 2025.

8. The Parties have agreed to a short extension of the pending default deadlines for Defendants to oppose, and for Plaintiffs to reply to, the Motion for Permanent Injunction. Pursuant to the Parties' agreement, Defendants' opposition would be due on Friday, March 14, 2025, and

Plaintiffs' reply would be due on Tuesday, March 25, 2025. This would leave the Court with sixteen days between the filing of the reply and the April 10, 2025 hearing date.

9. The extension will permit the Parties time to prepare both their primary pretrial filings and (if the Court denies the pending Administrative Motion) their briefing on Plaintiffs' Motion for Permanent Injunction. The extension is not intended to moot Defendants' Administrative Motion requesting an evidentiary hearing on Plaintiffs' Motion for a Permanent Injunction and continuing all briefing deadlines until after such a hearing

10. The extension will not affect any other deadlines in the matter.

11. In addition to the alterations of the case schedule described in the January 16, 2025, declaration of Joseph N. Akrotirianakis (Dkt. No. 538-1), this Court on January 22, 2025, issued orders and notices (Dkt. Nos. 540, 541, 543) continuing the pretrial conference until April 10, 2025, continuing the start of trial until April 28, 2025, and continuing related or trailing pretrial and motion deadlines.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of March 2025.

                /s/ *Aaron S. Craig*
                Aaron S. Craig