Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Date:  April 10, 2025<br>Time:  2:00 p.m.<br>Ctrm:  3<br>Judge: Hon. Phyllis J. Hamilton<br>Action Filed:  October 29, 2019 |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. move the Court to consider whether certain portions of Plaintiffs' Notice of Motion and Motion to Exclude the Expert Testimony of Joshua J. Minkler ("Motion to Exclude"), certain portions of Exhibit A to the Declaration of Gina Cora in Support of the Motion to Exclude the Expert Testimony of Joshua J. Minkler (the "Cora Declaration"), and Exhibit B to the Cora Declaration (collectively, the "Confidential Materials") should be sealed.

Defendants designated both the Report of Joshua J. Minkler dated December 18, 2024 (the "Minkler Report"), and the transcript of the deposition of Mr. Minkler taken on February 11, 2025, as "Confidential" pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action.  Exhibit A to the Cora Declaration is the Minkler Report, and Exhibit B to the Cora Declaration is an excerpt from the transcript of Mr. Minkler's deposition.  In response to Plaintiffs' request for permission to file the Minkler Report publicly, Defendants withdrew the "Confidential" designation over the Minkler Report except as to Paragraphs 29, 30, and 33.[1]  Plaintiffs, therefore, must, under the terms of the Stipulated Protective Order, file those paragraphs of Exhibit A, as well as Exhibit B, under seal and redact the portions of the Motion to Exclude that quote the Confidential Materials.

Accordingly, Plaintiffs now move the Court to consider whether the Confidential Materials should be sealed.  See N.D. Cal. Civil L.R. 79-5(f).  Plaintiffs reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

---

[1] Plaintiffs also sought Defendants' approval to file excerpts of the transcript of Mr. Minkler's deposition publicly, and thus avoid this Administrative Motion, but Defendants were not able to provide that consent in time.  See ¶ 6 of the Declaration of Gina Cora in Support of Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, filed herewith.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

Dated: March 6, 2025        Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Gina Cora
    Greg D. Andres
    Antonio J. Perez-Marques
    Gina Cora
    Craig T. Cagney
    Luca Marzorati
      (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email: greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

    Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
    900 Middlefield Road
    Redwood City, California 94063
    Telephone: (650) 752-2000
    Facsimile: (650) 752-2111
    Email: micah.block@davispolk.com

    *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH