Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF GINA CORA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Date:   April 10, 2025<br>Time:  2:00 p.m.<br>Ctrm:  3<br>Judge: Hon. Phyllis J. Hamilton<br>Action Filed:   October 29, 2019 |

I, Gina Cora, declare as follows:

1. I am a counsel at the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned action. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal filed concurrently herewith.

3. Attached hereto is a true and correct copy of the unredacted version of Plaintiffs' Notice of Motion and Motion to Exclude the Expert Testimony of Joshua J. Minkler (the "Motion to Exclude").

4. Attached hereto is a true and correct copy of the unredacted versions of Exhibits A and B to the Declaration of Gina Cora in Support of the Motion to Exclude the Expert Testimony of Joshua J. Minkler (the "Cora Declaration"). Exhibit A to the Cora Declaration is the Report of Joshua J. Minkler dated December 18, 2024 (the "Minkler Report"), and Exhibit B to the Cora Declaration is an excerpt from the transcript of the deposition of Mr. Minkler taken on February 11, 2025.

5. Defendants designated Exhibits A and B to the Cora Declaration as "Confidential" pursuant to the August 31, 2020, Stipulated Protective Order (Dkt. No. 132) in the Action. Portions of the Motion to Exclude contain, refer to, or derive from Exhibits A and B that have been designated "Confidential."

6. On March 4, 2025, I emailed counsel for Defendants to seek approval to file the Minkler Report and deposition transcript publicly. On March 5, 2025, Matt Dawson, counsel for Defendants, responded that, with respect to the report, Defendants' counsel would discuss with Mr. Minkler and Defendants. With respect to the deposition transcript, Mr. Dawson asked for specific pages that Plaintiffs intended to file in connection with their Motion to Exclude. On March 6, 2025, I spoke with Mr. Dawson over the phone and subsequently emailed him the specific transcript pages Plaintiffs intended to file. Later on March 6, Mr. Dawson emailed me that, with

1  respect to the Minkler Report, Plaintiffs withdrew the confidentiality designation except as to Par-
2  agraphs 29, 30, and 33. Mr. Dawson's email also represented that, given the volume of transcript
3  excerpts, Defendants could not complete their assessment of whether the excerpts can be made
4  public before the deadline to file the Motion to Exclude.

5    7.    Plaintiffs reserve the right to challenge any confidentiality designations under the
6  Stipulated Protective Order governing this Action as well as the sealability of the materials at issue.
7  I declare under the penalty of perjury that the foregoing is true and correct.
8  Executed on the 6th day of March, 2025 at New York, New York.

By:   */s/ Gina Cora*
       Gina Cora