Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
            gina.cora@davispolk.com
            craig.cagney@davispolk.com
            luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** <br><br> Date: April 10, 2025 <br> Time: 2:00 p.m. <br> Ctrm: 3 <br> Judge: Hon. Phyllis J. Hamilton <br> Action Filed:  October 29, 2019 |

1  Having considered the Administrative Motion to Consider Whether Another Party's Material
2  Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms,
3  Inc., concerning portions of Plaintiffs' Notice of Motion and Motion to Exclude the Expert Testimony
4  of Joshua J. Minkler (the "Motion to Exclude") and Exhibits A and B to the Declaration of Gina Cora
5  in Support of the Motion to Exclude (the "Cora Declaration") (collectively, the "Materials"), the
6  Motion is hereby GRANTED / DENIED.
7  IT IS HEREBY ORDERED that the Materials will / will not remain sealed.

Dated: _____   _____
Honorable Phyllis J. Hamilton
United States District Judge