1  Greg D. Andres
   Antonio J. Perez-Marques
2  Gina Cora
   Craig T. Cagney
3  Luca Marzorati
     (admitted *pro hac vice*)
4  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
5  New York, New York 10017
   Telephone: (212) 450-4000
6  Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8           gina.cora@davispolk.com
            craig.cagney@davispolk.com
9           luca.marzorati@davispolk.com

10 Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   900 Middlefield Road, Suite 200
12 Redwood City, California 94063
   Telephone: (650) 752-2000
13 Facsimile:  (650) 752-2111
   Email:   micah.block@davispolk.com
14

15 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

16

17                       UNITED STATES DISTRICT COURT

18                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                               OAKLAND DIVISION

20 | WHATSAPP LLC, and              )
   | META PLATFORMS INC.,           )  Case No. 4:19-cv-07123-PJH
21 |                                )
   |                                )  **[PROPOSED] ORDER GRANTING**
22 |               Plaintiffs,      )  **PLAINTIFFS' MOTION TO EXCLUDE**
   |                                )  **THE EXPERT TESTIMONY OF**
23 |         v.                     )  **JOSHUA J. MINKLER**
   |                                )
24 | NSO GROUP TECHNOLOGIES LIMITED )
   | and Q CYBER TECHNOLOGIES LIMITED, )
25 |                                )
   |               Defendants.      )
26 |                                )

27

28

Having considered the Motion to Exclude the Expert Testimony of Joshua J. Minkler filed by Plaintiffs Meta Platforms, Inc. and WhatsApp LLC,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Exclude the Expert Testimony of Joshua J. Minkler is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY JOSHUA J. MINKLER
CASE NO. 4:19-CV-07123-PJH