Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>             Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>             Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF GINA CORA IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JOSHUA J. MINKLER**<br><br>Date:   April 10, 2025<br>Time:   2:00 PM<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

I, Gina Cora, declare as follows:

1.  I am an attorney licensed to practice law in the state of New York. I am a counsel at Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I submit this declaration in support of Plaintiffs' Notice of Motion and Motion to Exclude the Expert Testimony of Joshua J. Minkler. I am personally familiar with the legal proceedings in this matter and make this declaration from my own personal knowledge, and I could and would competently testify to the following if called upon to do so.

2.  On December 18, 2024, Defendants served Plaintiffs with the expert report of Joshua J. Minkler. Attached hereto as Exhibit A is a true and correct copy of Mr. Minkler's report.

3.  On February 11, 2025, Plaintiffs deposed Mr. Minkler. Attached hereto as Exhibit B is a true and correct excerpt of the transcript of the deposition of Joshua J. Minkler taken in this case on February 11, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 6th day of March, 2025, in New York, New York.

*/s/ Gina Cora*
Gina Cora

1

Decl. of Gina Cora in Supp. of Pls.' Mot. to Exclude the Expert Testimony of Joshua J. Minkler
Case No. 4:19-cv-07123-PJH