Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
       antonio.perez@davispolk.com
       gina.cora@davispolk.com
       craig.cagney@davispolk.com
       luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp Inc. and
Facebook, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>      v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE OF UNREDACTED DOCUMENTS SOUGHT TO BE SEALED** |

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within-entitled action.

On March 6, 2025, I caused a true and correct copy of the following documents to be served via email:

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE
EXPERT TESTIMONY OF JOSHUA J. MINKLER
[FILED UNDER SEAL]

EXHIBITS A AND B TO DECLARATION OF GINA CORA IN SUPPORT OF PLAINTIFFS'
MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JOSHUA J. MINKLER
[FILED UNDER SEAL]

on the parties in this action addressed as follows on the service list below:

Joseph N. Akrotirianakis
Aaron S. Craig
Matt Noller
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Email:  jakro@kslaw.com
acraig@kslaw.com
mnoller@kslaw.com

*Attorneys for Defendants*

I declare under penalty of perjury that the above is true and correct.

Executed on March 6, 2025 at Hayward, California.

_____
Felicia Yu