UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [RE DOCKET NO. 568]**<br><br>Action Filed: 10/29/2019 |

[PROPOSED] ORDER                                                                 Case No. 4:19-cv-07123-PJH

Having considered the Administrative Motion to Seal ("the Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") (Dkt. No. 568) and Defendants' Local Rule 79-5(F)(3) Statement, IT IS HEREBY ORDERED that the Motion is GRANTED and the following portions of Plaintiffs' Opposition to Defendants' Administrative Motion to Continue Briefing Deadlines and Hearing Date on Plaintiffs' Motion for Permanent Injunction (the "Opposition") WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Plaintiffs' Opposition to Defendants' Administrative Motion to Continue Briefing Deadlines and Hearing Date on Plaintiffs' Motion for Permanent Injunction [Dkt. 568] | Highlighted portions of page 3 | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE