1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [RE DOCKET NO. 572]**<br><br>Action Filed: 10/29/2019 |

Having considered the Administrative Motion to Seal ("the Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Exhibit A to the Declaration of Gina Cora in Support of the Motion to Exclude ("Cora Declaration") [Dkt. 572-4] | Highlighted portions | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit B to the Declaration of Gina Cora in Support of the Motion to Exclude ("Cora Declaration") [Dkt. 572-4] | 76:10-13, 116:17-18, 116:21-117:1, 233:5-7, and 233:10-20 | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" Refers to undisclosed information relating to the Federal Bureau of Investigation ("FBI") that the FBI has elected to not produce in response to Freedom of Information Act Requests |

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE
