Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and METcA PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **PLAINTIFFS' WITNESS LIST** <br><br> Pretrial Conference Date: April 10, 2025 <br> Time:  2:00 p.m. <br> Ctrm:  3 <br> Judge:  Hon. Phyllis J. Hamilton <br> Trial Date: April 28, 2025 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A), and the Court's Case Management and Pretrial Order, Dkt. No. 168, Plaintiffs WhatsApp LLC ("WhatsApp") and Meta Platforms, Inc. ("Meta"; together with WhatsApp, "Plaintiffs") provide the following list of witnesses to be called at trial, in person or by deposition, other than solely for impeachment or rebuttal of the witnesses and evidence that Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, "Defendants") may present, with a brief statement describing the substance of the testimony to be given.

By listing these witnesses, Plaintiffs do not commit to calling them at trial or to otherwise make them available to testify. Plaintiffs reserve the right to call any witnesses that Defendants may identify on their witness list. In addition, the substance of testimony is subject to the Court's evidentiary rulings, including on Plaintiffs' motions in limine, and by disclosing potential testimony here Plaintiffs do not assert or concede that all such testimony is or should be admissible at trial.

## WITNESSES TO BE CALLED

| Witness | In Person / By Deposition | Substance of Testimony |
|---|---|---|
| Claudiu Gheorghe | In Person | Mr. Gheorghe, a former software engineer at WhatsApp, worked on WhatsApp's VoIP calling program and helped lead WhatsApp's response to the May 2019 attack. He will provide damages-related testimony regarding Plaintiffs' efforts to respond to NSO's attack and remediate the vulnerability, also explaining in that context the functioning of WhatsApp's VoIP infrastructure, and how this infrastructure was exploited in NSO's attack. |
| Andrew Robinson | In Person | Mr. Robinson, a security engineer at Meta, worked on Plaintiffs' investigation of the May 2019 attack. He will provide damages-related testimony regarding other aspects (not addressed by Mr. Gheorghe) of Plaintiffs' efforts to investigate, attribute to NSO, and respond to NSO's attack and remediate the vulnerability exploited. |
| Dana Trexler | In Person | Ms. Trexler, a managing director of Stout Risius Ross, LLC, is Plaintiffs' damages expert. She will provide expert testimony on behalf of Plaintiffs regarding Plaintiffs' damages within the scope of her Rule 26 disclosures, including with respect to Plaintiffs' costs in responding to NSO's attack, and NSO's profits from its relevant spyware. |

| Witness | In Person / By Deposition | Substance of Testimony |
|---|---|---|
| Anthony Vance | In Person | Mr. Vance, a professor of cybersecurity at Virginia Tech, is one of Plaintiffs' technical experts. He will provide expert testimony on behalf of Plaintiffs within the scope of his Rule 26 disclosures and relevant to damages, including regarding Plaintiffs' security and remediation measures, the technical operation of NSO's exploit, and NSO's efforts to circumvent WhatsApp's security measures. |
| Carlin Woog | In Person | Mr. Woog, vice president of global communications at WhatsApp, helped oversee WhatsApp's response to NSO's attack. He will provide damages-related testimony regarding how NSO's attack harmed Plaintiffs, Plaintiffs' efforts to notify affected users of NSO's attack, and Plaintiffs' response to the attack, in the context of the WhatsApp Terms of Service and the nature of Plaintiffs' products and services. |
| David Youssef | In Person | Mr. Youssef, managing director at FTI Consulting, is one of Plaintiffs' technical experts. He will provide expert testimony on behalf of Plaintiffs within the scope of his Rule 26 disclosures and relevant to damages, including regarding the operation of NSO's exploit and NSO's efforts to circumvent WhatsApp's security measures. |
| Ramon Eskhar | In Person or By Deposition | Mr. Eshkar, senior vice president for the customer-based division at NSO, will provide damages-related testimony in both his individual capacity and on behalf of Defendants regarding NSO's customer contracts, customer services and support, including the creation of WhatsApp accounts and NSO's efforts to conceal its own and its customers' identities. |
| Tamir Gazneli | In Person or By Deposition | Mr. Gazneli, vice president of research and development at NSO, will provide damages-related testimony in both his individual capacity and on behalf of Defendants regarding the importance of WhatsApp to NSO's business and the function of its spyware, NSO's need to rely on WhatsApp infrastructure, NSO's development (for sale) of exploits through decompiling and reverse-engineering WhatsApp code, NSO's efforts to conceal its activities from WhatsApp and others, and the value of the WhatsApp exploit to NSO. |
| Sarit Bizinsky Gil | In Person or By Deposition | Ms. Gil, vice president of global business operations at NSO, will provide damages-related testimony in both her individual capacity and on behalf of Defendants regarding NSO's revenue from its spyware, its marketing activities and due diligence processes, and the financial terms of NSO's spyware. |

| Witness | In Person / By Deposition | Substance of Testimony |
|---|---|---|
| Yaron Shohat | In Person or By Deposition | Mr. Shohat, chief executive officer of NSO, will provide damages-related testimony in both his individual capacity and on behalf of Defendants regarding the importance of NSO's spyware to NSO, the company's marketing activities and due diligence processes, customer support, and misuse of NSO's spyware. |
| Terrence DiVittorio | By Deposition | Mr. DiVittorio, former president of Westbridge Technologies Inc. ("Westbridge"), will provide testimony in order to authenticate documents (depending on stipulations and/or objections regarding facts, law, or the authenticity of exhibits), and will provide damages-related testimony regarding the pricing of licenses for NSO's spyware and NSO's continued efforts to access Plaintiffs' servers and WhatsApp. |
| Joshua Shaner | By Deposition | Mr. Shaner, former North America presales manager at Westbridge, will provide testimony in order to authenticate documents (depending on stipulations and/or objections regarding facts, law, or the authenticity of exhibits), and will provide damages-related testimony regarding NSO's efforts to conceal its own and its customers' identities, and NSO's continued efforts to access and use Plaintiffs' infrastructure to install its spyware including the impact of WhatsApp software updates on those efforts. |

Dated: March 13, 2025

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By: */s/ Greg D. Andres*
Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
       antonio.perez@davispolk.com
       gina.cora@davispolk.com
       craig.cagney@davispolk.com
       luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*