Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PLAINTIFFS' TRIAL EXHIBIT LIST**<br><br>Pretrial Conference Date: April 10, 2025<br>Time:   2:00 p.m.<br>Ctrm:   3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

TO THE COURT, THE PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs WhatsApp LLC and Meta Platforms, Inc. hereby submit the numerical list of exhibits that Plaintiffs intend to introduce into evidence as part of their case-in-chief at the time of trial. Plaintiffs' Trial Exhibit List is attached hereto as Exhibit 1.

PLEASE TAKE NOTICE that this Exhibit List does not include documents or things which Plaintiffs may need to use for impeachment or rebuttal purposes. Plaintiffs expressly reserve the right, subject to the Court's discretion, to use additional documents or things for impeachment or rebuttal purposes should the need arise at the time of trial. Plaintiffs submit this Exhibit List subject to the arguments made in their concurrently filed motions in *limine* and expressly note that some exhibits may be excluded pursuant to those motions in *limine*. By including a document in this Exhibit List, Plaintiffs do not assert or concede that it is necessarily admissible. Plaintiffs also reserve the right to use any exhibit listed on Defendants' proposed exhibits, demonstratives, and other similar documentary materials to be introduced at trial.

| | |
|---|---|
| Dated: March 13, 2025 | Respectfully Submitted,<br><br>DAVIS POLK & WARDWELL LLP<br><br>By:  */s/ Greg D. Andres*<br>    Greg D. Andres<br>    Antonio J. Perez-Marques<br>    Gina Cora<br>    Craig T. Cagney<br>    Luca Marzorati<br>      (admitted *pro hac vice*)<br>    DAVIS POLK & WARDWELL LLP<br>    450 Lexington Avenue<br>    New York, New York 10017<br>    Telephone: (212) 450-4000<br>    Facsimile: (212) 701-5800<br>    Email: greg.andres@davispolk.com<br>           antonio.perez@davispolk.com<br>           gina.cora@davispolk.com<br>           craig.cagney@davispolk.com<br>           luca.marzorati@davispolk.com<br><br>    Micah G. Block (SBN 270712)<br>    DAVIS POLK & WARDWELL LLP<br>    900 Middlefield Road, Suite 200<br>    Redwood City, California 94063<br>    Telephone: (650) 752-2000<br>    Facsimile: (650) 752-2111<br>    Email: micah.block@davispolk.com<br><br>    *Attorneys for Plaintiffs*<br>    *WhatsApp LLC and Meta Platforms, Inc.* |