Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
    (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
            antonio.perez@davispolk.com
            gina.cora@davispolk.com
            craig.cagney@davispolk.com
            luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>                              Plaintiffs,<br><br>            v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                              Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PLAINTIFFS' LIST OF DEPOSITION EXCERPTS AND OTHER DISCOVERY RESPONSES**<br><br>Pretrial Conference Date: April 10, 2025<br>Time:  2:00 p.m.<br>Ctrm:  3<br>Judge:  Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

TO THE COURT, THE PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs WhatsApp LLC and Meta Platforms, Inc. submit the following (a) list of deposition excerpts for witnesses who will not or may not testify in person and (b) list of discovery responses that will be offered at trial. The deposition excerpts also include excerpts of testimony of Defendants under Rule 30(b)(6). *See* Fed. R. Civ. P. 32(a)(3).

(a)     List of Deposition Excerpts

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Bizinsky Gil, Sarit | 9 | 12 | 9 | 16 |
| Bizinsky Gil, Sarit | 10 | 21 | 10 | 25 |
| Bizinsky Gil, Sarit | 11 | 3 | 11 | 16 |
| Bizinsky Gil, Sarit | 12 | 12 | 12 | 19 |
| Bizinsky Gil, Sarit | 16 | 11 | 16 | 22 |
| Bizinsky Gil, Sarit | 17 | 18 | 17 | 21 |
| Bizinsky Gil, Sarit | 38 | 12 | 38 | 12 |
| Bizinsky Gil, Sarit | 38 | 16 | 38 | 21 |
| Bizinsky Gil, Sarit | 38 | 23 | 38 | 24 |
| Bizinsky Gil, Sarit | 39 | 3 | 39 | 6 |
| Bizinsky Gil, Sarit | 42 | 4 | 42 | 6 |
| Bizinsky Gil, Sarit | 43 | 7 | 43 | 12 |
| Bizinsky Gil, Sarit | 43 | 17 | 43 | 21 |
| Bizinsky Gil, Sarit | 44 | 1 | 44 | 15 |
| Bizinsky Gil, Sarit | 51 | 12 | 51 | 19 |
| Bizinsky Gil, Sarit | 52 | 13 | 52 | 22 |
| Bizinsky Gil, Sarit | 52 | 24 | 53 | 24 |
| Bizinsky Gil, Sarit | 53 | 10 | 53 | 16 |
| Bizinsky Gil, Sarit | 54 | 12 | 54 | 14 |
| Bizinsky Gil, Sarit | 54 | 16 | 54 | 17 |
| Bizinsky Gil, Sarit | 54 | 19 | 54 | 19 |
| Bizinsky Gil, Sarit | 59 | 10 | 59 | 16 |
| Bizinsky Gil, Sarit | 82 | 3 | 82 | 11 |
| Bizinsky Gil, Sarit | 82 | 20 | 83 | 21 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Bizinsky Gil, Sarit | 83 | 23 | 84 | 4 |
| Bizinsky Gil, Sarit | 84 | 6 | 84 | 20 |
| Bizinsky Gil, Sarit | 84 | 22 | 85 | 15 |
| Bizinsky Gil, Sarit | 85 | 22 | 86 | 1 |
| Bizinsky Gil, Sarit | 86 | 5 | 86 | 5 |
| Bizinsky Gil, Sarit | 87 | 11 | 87 | 16 |
| Bizinsky Gil, Sarit | 88 | 25 | 89 | 4 |
| Bizinsky Gil, Sarit | 90 | 14 | 90 | 18 |
| Bizinsky Gil, Sarit | 92 | 15 | 92 | 19 |
| Bizinsky Gil, Sarit | 93 | 16 | 93 | 18 |
| Bizinsky Gil, Sarit | 93 | 20 | 94 | 1 |
| Bizinsky Gil, Sarit | 94 | 6 | 94 | 10 |
| Bizinsky Gil, Sarit | 106 | 21 | 106 | 22 |
| Bizinsky Gil, Sarit | 107 | 3 | 107 | 4 |
| Bizinsky Gil, Sarit | 108 | 12 | 108 | 14 |
| Bizinsky Gil, Sarit | 108 | 17 | 108 | 18 |
| Bizinsky Gil, Sarit | 109 | 5 | 109 | 10 |
| Bizinsky Gil, Sarit | 109 | 13 | 109 | 18 |
| Bizinsky Gil, Sarit | 110 | 22 | 110 | 23 |
| Bizinsky Gil, Sarit | 111 | 1 | 111 | 1 |
| Bizinsky Gil, Sarit | 111 | 16 | 111 | 17 |
| Bizinsky Gil, Sarit | 111 | 19 | 112 | 1 |
| Bizinsky Gil, Sarit | 112 | 11 | 112 | 16 |
| Bizinsky Gil, Sarit | 112 | 18 | 113 | 3 |
| Bizinsky Gil, Sarit | 113 | 6 | 113 | 23 |
| Bizinsky Gil, Sarit | 113 | 25 | 114 | 1 |
| Bizinsky Gil, Sarit | 114 | 4 | 114 | 5 |
| Bizinsky Gil, Sarit | 115 | 4 | 115 | 11 |
| Bizinsky Gil, Sarit | 119 | 17 | 120 | 25 |
| Bizinsky Gil, Sarit | 121 | 2 | 121 | 3 |
| Bizinsky Gil, Sarit | 121 | 5 | 121 | 5 |
| Bizinsky Gil, Sarit | 121 | 21 | 122 | 4 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Bizinsky Gil, Sarit | 122 | 7 | 122 | 12 |
| Bizinsky Gil, Sarit | 124 | 13 | 124 | 18 |
| Bizinsky Gil, Sarit | 124 | 23 | 125 | 6 |
| Bizinsky Gil, Sarit | 125 | 8 | 126 | 5 |
| Bizinsky Gil, Sarit | 126 | 13 | 126 | 17 |
| Bizinsky Gil, Sarit | 126 | 21 | 126 | 22 |
| Bizinsky Gil, Sarit | 126 | 24 | 127 | 6 |
| Bizinsky Gil, Sarit | 135 | 12 | 135 | 25 |
| Bizinsky Gil, Sarit | 136 | 6 | 137 | 8 |
| Bizinsky Gil, Sarit | 137 | 10 | 137 | 21 |
| Bizinsky Gil, Sarit | 137 | 23 | 137 | 23 |
| Bizinsky Gil, Sarit | 137 | 25 | 138 | 6 |
| Bizinsky Gil, Sarit | 138 | 11 | 138 | 23 |
| Bizinsky Gil, Sarit | 138 | 25 | 138 | 25 |
| Bizinsky Gil, Sarit | 139 | 3 | 139 | 9 |
| Bizinsky Gil, Sarit | 139 | 11 | 139 | 16 |
| Bizinsky Gil, Sarit | 140 | 2 | 140 | 18 |
| Bizinsky Gil, Sarit | 140 | 20 | 140 | 24 |
| Bizinsky Gil, Sarit | 141 | 1 | 142 | 13 |
| Bizinsky Gil, Sarit | 144 | 4 | 144 | 6 |
| Bizinsky Gil, Sarit | 144 | 13 | 145 | 11 |
| Bizinsky Gil, Sarit | 145 | 13 | 145 | 19 |
| Bizinsky Gil, Sarit | 145 | 21 | 146 | 17 |
| Bizinsky Gil, Sarit | 146 | 19 | 146 | 23 |
| Bizinsky Gil, Sarit | 146 | 25 | 146 | 25 |
| Bizinsky Gil, Sarit | 147 | 3 | 147 | 8 |
| Bizinsky Gil, Sarit | 147 | 10 | 147 | 14 |
| Bizinsky Gil, Sarit | 147 | 16 | 147 | 20 |
| Bizinsky Gil, Sarit | 155 | 12 | 155 | 15 |
| Bizinsky Gil, Sarit | 155 | 17 | 156 | 3 |
| Bizinsky Gil, Sarit | 158 | 3 | 158 | 4 |
| Bizinsky Gil, Sarit | 158 | 7 | 158 | 15 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Bizinsky Gil, Sarit | 158 | 17 | 159 | 10 |
| Bizinsky Gil, Sarit | 158 | 18 | 159 | 12 |
| Bizinsky Gil, Sarit | 159 | 14 | 159 | 19 |
| Bizinsky Gil, Sarit | 159 | 21 | 161 | 2 |
| Bizinsky Gil, Sarit | 160 | 1 | 160 | 12 |
| Bizinsky Gil, Sarit | 160 | 6 | 160 | 8 |
| Bizinsky Gil, Sarit | 160 | 19 | 160 | 25 |
| Bizinsky Gil, Sarit | 161 | 4 | 164 | 12 |
| Bizinsky Gil, Sarit | 162 | 20 | 163 | 25 |
| Bizinsky Gil, Sarit | 166 | 17 | 166 | 18 |
| Bizinsky Gil, Sarit | 166 | 20 | 166 | 25 |
| Bizinsky Gil, Sarit | 166 | 20 | 167 | 1 |
| Bizinsky Gil, Sarit | 167 | 3 | 168 | 2 |
| Bizinsky Gil, Sarit | 168 | 4 | 168 | 10 |
| Bizinsky Gil, Sarit | 169 | 23 | 170 | 3 |
| Bizinsky Gil, Sarit | 170 | 11 | 170 | 18 |
| Bizinsky Gil, Sarit | 170 | 21 | 171 | 10 |
| Bizinsky Gil, Sarit | 171 | 12 | 171 | 12 |
| Bizinsky Gil, Sarit | 171 | 22 | 171 | 25 |
| Bizinsky Gil, Sarit | 172 | 2 | 172 | 4 |
| Bizinsky Gil, Sarit | 172 | 15 | 172 | 19 |
| Bizinsky Gil, Sarit | 174 | 9 | 174 | 12 |
| Bizinsky Gil, Sarit | 174 | 14 | 175 | 2 |
| Bizinsky Gil, Sarit | 175 | 4 | 175 | 6 |
| Bizinsky Gil, Sarit | 175 | 12 | 175 | 15 |
| Bizinsky Gil, Sarit | 176 | 25 | 177 | 10 |
| Bizinsky Gil, Sarit | 178 | 22 | 178 | 24 |
| Bizinsky Gil, Sarit | 179 | 3 | 179 | 7 |
| Bizinsky Gil, Sarit | 182 | 6 | 183 | 5 |
| Bizinsky Gil, Sarit | 183 | 7 | 183 | 17 |
| Bizinsky Gil, Sarit | 183 | 20 | 183 | 24 |
| Bizinsky Gil, Sarit | 185 | 3 | 185 | 14 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Bizinsky Gil, Sarit | 185 | 16 | 185 | 18 |
| Bizinsky Gil, Sarit | 185 | 20 | 186 | 9 |
| Bizinsky Gil, Sarit | 186 | 15 | 186 | 16 |
| Bizinsky Gil, Sarit | 186 | 18 | 186 | 18 |
| Bizinsky Gil, Sarit | 187 | 2 | 187 | 7 |
| Bizinsky Gil, Sarit | 194 | 24 | 195 | 11 |
| Bizinsky Gil, Sarit | 195 | 16 | 195 | 17 |
| Bizinsky Gil, Sarit | 195 | 19 | 195 | 22 |
| Bizinsky Gil, Sarit | 196 | 22 | 197 | 15 |
| Bizinsky Gil, Sarit | 198 | 6 | 198 | 8 |
| Bizinsky Gil, Sarit | 198 | 10 | 198 | 15 |
| Bizinsky Gil, Sarit | 201 | 12 | 202 | 3 |
| Bizinsky Gil, Sarit | 206 | 4 | 206 | 11 |
| Bizinsky Gil, Sarit | 206 | 13 | 206 | 20 |
| Bizinsky Gil, Sarit | 207 | 6 | 207 | 12 |
| Bizinsky Gil, Sarit | 210 | 24 | 212 | 11 |
| Bizinsky Gil, Sarit | 212 | 13 | 212 | 23 |
| Bizinsky Gil, Sarit | 212 | 25 | 213 | 10 |
| Bizinsky Gil, Sarit | 213 | 12 | 213 | 16 |
| Bizinsky Gil, Sarit | 214 | 2 | 214 | 15 |
| Bizinsky Gil, Sarit | 214 | 17 | 215 | 8 |
| Bizinsky Gil, Sarit | 215 | 12 | 215 | 19 |
| Bizinsky Gil, Sarit | 216 | 9 | 216 | 20 |
| Bizinsky Gil, Sarit | 216 | 10 | 216 | 17 |
| Bizinsky Gil, Sarit | 217 | 20 | 217 | 21 |
| Bizinsky Gil, Sarit | 217 | 23 | 218 | 16 |
| Bizinsky Gil, Sarit | 218 | 3 | 218 | 16 |
| Bizinsky Gil, Sarit | 218 | 19 | 219 | 3 |
| Bizinsky Gil, Sarit | 219 | 5 | 219 | 7 |
| Bizinsky Gil, Sarit | 241 | 1 | 242 | 2 |
| Bizinsky Gil, Sarit | 242 | 5 | 242 | 7 |
| Bizinsky Gil, Sarit | 242 | 9 | 242 | 13 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Bizinsky Gil, Sarit | 242 | 15 | 242 | 16 |
| Bizinsky Gil, Sarit | 242 | 18 | 242 | 24 |
| DiVittorio, Terrence P. | 194 | 21 | 202 | 1 |
| DiVittorio, Terrence P. | 202 | 2 | 209 | 20 |
| DiVittorio, Terrence P. | 215 | 2 | 221 | 9 |
| DiVittorio, Terrence P. | 221 | 14 | 223 | 15 |
| DiVittorio, Terrence P. | 224 | 2 | 226 | 17 |
| DiVittorio, Terrence P. | 226 | 21 | 231 | 11 |
| DiVittorio, Terrence P. | 231 | 16 | 238 | 16 |
| DiVittorio, Terrence P. | 238 | 20 | 241 | 10 |
| DiVittorio, Terrence P. | 241 | 15 | 246 | 17 |
| DiVittorio, Terrence P. | 246 | 21 | 251 | 1 |
| DiVittorio, Terrence P. | 251 | 6 | 252 | 13 |
| DiVittorio, Terrence P. | 252 | 18 | 256 | 5 |
| DiVittorio, Terrence P. | 256 | 6 | 262 | 14 |
| DiVittorio, Terrence P. | 262 | 21 | 267 | 12 |
| DiVittorio, Terrence P. | 275 | 19 | 284 | 8 |
| DiVittorio, Terrence P. | 284 | 9 | 287 | 12 |
| DiVittorio, Terrence P. | 287 | 4 | 287 | 17 |
| DiVittorio, Terrence P. | 292 | 11 | 297 | 22 |
| DiVittorio, Terrence P. | 298 | 2 | 301 | 16 |
| DiVittorio, Terrence P. | 300 | 4 | 305 | 15 |
| DiVittorio, Terrence P. | 305 | 16 | 312 | 5 |
| DiVittorio, Terrence P. | 312 | 6 | 313 | 22 |
| DiVittorio, Terrence P. | 314 | 1 | 319 | 20 |
| DiVittorio, Terrence P. | 325 | 19 | 328 | 20 |
| Eshkar, Ramon | 7 | 20 | 7 | 23 |
| Eshkar, Ramon | 10 | 11 | 10 | 19 |
| Eshkar, Ramon | 13 | 20 | 14 | 15 |
| Eshkar, Ramon | 15 | 21 | 15 | 23 |
| Eshkar, Ramon | 16 | 8 | 16 | 13 |
| Eshkar, Ramon | 17 | 5 | 17 | 7 |

| Witness | Start Page | Start Line | End Page | End Line |
|---------|-----------|------------|----------|----------|
| Eshkar, Ramon | 17 | 9 | 17 | 9 |
| Eshkar, Ramon | 17 | 13 | 17 | 15 |
| Eshkar, Ramon | 18 | 13 | 18 | 17 |
| Eshkar, Ramon | 18 | 23 | 19 | 24 |
| Eshkar, Ramon | 20 | 2 | 20 | 5 |
| Eshkar, Ramon | 20 | 9 | 20 | 12 |
| Eshkar, Ramon | 22 | 4 | 22 | 10 |
| Eshkar, Ramon | 27 | 8 | 27 | 11 |
| Eshkar, Ramon | 28 | 11 | 28 | 12 |
| Eshkar, Ramon | 28 | 15 | 28 | 18 |
| Eshkar, Ramon | 28 | 20 | 28 | 20 |
| Eshkar, Ramon | 46 | 8 | 46 | 11 |
| Eshkar, Ramon | 46 | 13 | 46 | 13 |
| Eshkar, Ramon | 46 | 20 | 46 | 21 |
| Eshkar, Ramon | 46 | 23 | 47 | 7 |
| Eshkar, Ramon | 47 | 10 | 47 | 11 |
| Eshkar, Ramon | 61 | 13 | 62 | 10 |
| Eshkar, Ramon | 100 | 1 | 101 | 13 |
| Eshkar, Ramon | 101 | 16 | 101 | 17 |
| Eshkar, Ramon | 103 | 22 | 103 | 25 |
| Eshkar, Ramon | 104 | 3 | 104 | 18 |
| Eshkar, Ramon | 104 | 20 | 104 | 22 |
| Eshkar, Ramon | 151 | 18 | 151 | 20 |
| Eshkar, Ramon | 151 | 23 | 152 | 6 |
| Eshkar, Ramon | 152 | 9 | 152 | 19 |
| Eshkar, Ramon | 152 | 21 | 153 | 2 |
| Eshkar, Ramon | 153 | 4 | 153 | 8 |
| Eshkar, Ramon | 161 | 7 | 161 | 18 |
| Eshkar, Ramon | 161 | 21 | 163 | 16 |
| Eshkar, Ramon | 163 | 18 | 164 | 22 |
| Eshkar, Ramon | 165 | 1 | 165 | 5 |
| Eshkar, Ramon | 165 | 8 | 165 | 14 |

| Witness | Start Page | Start Line | End Page | End Line |
|---------|-----------|-----------|----------|----------|
| Eshkar, Ramon | 182 | 17 | 183 | 4 |
| Eshkar, Ramon | 183 | 10 | 184 | 11 |
| Eshkar, Ramon | 184 | 14 | 184 | 24 |
| Eshkar, Ramon | 185 | 2 | 185 | 13 |
| Eshkar, Ramon | 186 | 1 | 186 | 10 |
| Eshkar, Ramon | 186 | 2 | 186 | 15 |
| Eshkar, Ramon | 186 | 17 | 188 | 12 |
| Eshkar, Ramon | 188 | 13 | 189 | 5 |
| Eshkar, Ramon | 189 | 8 | 190 | 14 |
| Eshkar, Ramon | 192 | 3 | 192 | 6 |
| Eshkar, Ramon | 192 | 9 | 192 | 17 |
| Eshkar, Ramon | 194 | 5 | 194 | 9 |
| Eshkar, Ramon | 194 | 12 | 194 | 23 |
| Eshkar, Ramon | 195 | 1 | 195 | 6 |
| Eshkar, Ramon | 195 | 9 | 195 | 9 |
| Eshkar, Ramon | 198 | 12 | 198 | 24 |
| Eshkar, Ramon | 198 | 13 | 200 | 24 |
| Eshkar, Ramon | 199 | 15 | 200 | 15 |
| Eshkar, Ramon | 200 | 25 | 202 | 9 |
| Eshkar, Ramon | 202 | 11 | 202 | 14 |
| Eshkar, Ramon | 203 | 11 | 204 | 4 |
| Eshkar, Ramon | 204 | 8 | 204 | 20 |
| Eshkar, Ramon | 205 | 6 | 205 | 18 |
| Eshkar, Ramon | 205 | 21 | 206 | 22 |
| Eshkar, Ramon | 206 | 25 | 207 | 13 |
| Eshkar, Ramon | 207 | 16 | 208 | 7 |
| Eshkar, Ramon | 208 | 17 | 209 | 15 |
| Eshkar, Ramon | 212 | 13 | 212 | 23 |
| Eshkar, Ramon | 215 | 18 | 216 | 25 |
| Eshkar, Ramon | 219 | 6 | 219 | 22 |
| Eshkar, Ramon | 220 | 3 | 220 | 4 |
| Eshkar, Ramon | 220 | 6 | 220 | 10 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Eshkar, Ramon | 220 | 12 | 220 | 21 |
| Eshkar, Ramon | 222 | 17 | 222 | 17 |
| Eshkar, Ramon | 222 | 21 | 224 | 15 |
| Eshkar, Ramon | 222 | 21 | 223 | 8 |
| Eshkar, Ramon | 224 | 22 | 225 | 1 |
| Eshkar, Ramon | 225 | 4 | 225 | 10 |
| Eshkar, Ramon | 225 | 13 | 225 | 17 |
| Eshkar, Ramon | 225 | 20 | 225 | 24 |
| Eshkar, Ramon | 226 | 1 | 226 | 21 |
| Eshkar, Ramon | 228 | 13 | 229 | 3 |
| Eshkar, Ramon | 229 | 6 | 229 | 10 |
| Eshkar, Ramon | 233 | 20 | 234 | 9 |
| Eshkar, Ramon | 234 | 12 | 234 | 25 |
| Eshkar, Ramon | 235 | 3 | 235 | 10 |
| Eshkar, Ramon | 235 | 13 | 236 | 3 |
| Eshkar, Ramon | 236 | 12 | 237 | 7 |
| Eshkar, Ramon | 237 | 8 | 237 | 22 |
| Eshkar, Ramon | 237 | 9 | 238 | 2 |
| Eshkar, Ramon | 238 | 5 | 238 | 8 |
| Eshkar, Ramon | 238 | 10 | 238 | 17 |
| Eshkar, Ramon | 242 | 20 | 242 | 20 |
| Eshkar, Ramon | 242 | 24 | 243 | 25 |
| Eshkar, Ramon | 244 | 6 | 245 | 8 |
| Eshkar, Ramon | 245 | 9 | 245 | 20 |
| Eshkar, Ramon | 245 | 22 | 245 | 24 |
| Eshkar, Ramon | 246 | 3 | 246 | 22 |
| Eshkar, Ramon | 262 | 2 | 262 | 5 |
| Eshkar, Ramon | 262 | 7 | 262 | 12 |
| Eshkar, Ramon | 262 | 15 | 263 | 22 |
| Eshkar, Ramon | 263 | 25 | 264 | 6 |
| Eshkar, Ramon | 264 | 9 | 264 | 14 |
| Gazneli, Tamir | 8 | 7 | 10 | 2 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Gazneli, Tamir | 19 | 21 | 22 | 11 |
| Gazneli, Tamir | 23 | 23 | 24 | 3 |
| Gazneli, Tamir | 25 | 9 | 25 | 11 |
| Gazneli, Tamir | 28 | 9 | 28 | 19 |
| Gazneli, Tamir | 29 | 6 | 29 | 9 |
| Gazneli, Tamir | 29 | 12 | 29 | 12 |
| Gazneli, Tamir | 29 | 21 | 30 | 10 |
| Gazneli, Tamir | 30 | 13 | 30 | 23 |
| Gazneli, Tamir | 32 | 2 | 32 | 10 |
| Gazneli, Tamir | 37 | 24 | 38 | 1 |
| Gazneli, Tamir | 39 | 1 | 39 | 7 |
| Gazneli, Tamir | 39 | 10 | 39 | 14 |
| Gazneli, Tamir | 39 | 16 | 40 | 4 |
| Gazneli, Tamir | 42 | 23 | 43 | 5 |
| Gazneli, Tamir | 44 | 19 | 44 | 24 |
| Gazneli, Tamir | 45 | 9 | 45 | 10 |
| Gazneli, Tamir | 45 | 13 | 45 | 16 |
| Gazneli, Tamir | 45 | 19 | 46 | 3 |
| Gazneli, Tamir | 46 | 6 | 47 | 6 |
| Gazneli, Tamir | 47 | 7 | 47 | 15 |
| Gazneli, Tamir | 50 | 4 | 50 | 7 |
| Gazneli, Tamir | 50 | 8 | 50 | 15 |
| Gazneli, Tamir | 52 | 16 | 52 | 18 |
| Gazneli, Tamir | 52 | 19 | 52 | 24 |
| Gazneli, Tamir | 52 | 25 | 52 | 25 |
| Gazneli, Tamir | 53 | 2 | 53 | 7 |
| Gazneli, Tamir | 53 | 13 | 53 | 16 |
| Gazneli, Tamir | 53 | 20 | 53 | 22 |
| Gazneli, Tamir | 54 | 4 | 54 | 6 |
| Gazneli, Tamir | 54 | 7 | 54 | 12 |
| Gazneli, Tamir | 55 | 5 | 56 | 5 |
| Gazneli, Tamir | 56 | 8 | 56 | 15 |

| Witness | Start Page | Start Line | End Page | End Line |
|---------|-----------|-----------|----------|----------|
| Gazneli, Tamir | 57 | 1 | 57 | 14 |
| Gazneli, Tamir | 57 | 17 | 57 | 23 |
| Gazneli, Tamir | 58 | 1 | 58 | 4 |
| Gazneli, Tamir | 58 | 7 | 58 | 23 |
| Gazneli, Tamir | 61 | 10 | 61 | 14 |
| Gazneli, Tamir | 63 | 3 | 63 | 13 |
| Gazneli, Tamir | 66 | 2 | 66 | 23 |
| Gazneli, Tamir | 67 | 1 | 67 | 5 |
| Gazneli, Tamir | 67 | 6 | 67 | 9 |
| Gazneli, Tamir | 67 | 12 | 67 | 24 |
| Gazneli, Tamir | 67 | 25 | 68 | 20 |
| Gazneli, Tamir | 68 | 23 | 69 | 9 |
| Gazneli, Tamir | 69 | 11 | 70 | 4 |
| Gazneli, Tamir | 70 | 7 | 70 | 24 |
| Gazneli, Tamir | 71 | 2 | 71 | 22 |
| Gazneli, Tamir | 71 | 25 | 73 | 2 |
| Gazneli, Tamir | 73 | 5 | 74 | 5 |
| Gazneli, Tamir | 74 | 6 | 74 | 25 |
| Gazneli, Tamir | 75 | 8 | 75 | 13 |
| Gazneli, Tamir | 75 | 16 | 76 | 15 |
| Gazneli, Tamir | 76 | 18 | 77 | 2 |
| Gazneli, Tamir | 80 | 2 | 80 | 5 |
| Gazneli, Tamir | 81 | 3 | 81 | 15 |
| Gazneli, Tamir | 81 | 16 | 81 | 19 |
| Gazneli, Tamir | 81 | 21 | 82 | 3 |
| Gazneli, Tamir | 82 | 6 | 82 | 6 |
| Gazneli, Tamir | 82 | 20 | 82 | 23 |
| Gazneli, Tamir | 82 | 25 | 83 | 3 |
| Gazneli, Tamir | 83 | 9 | 83 | 17 |
| Gazneli, Tamir | 83 | 20 | 83 | 21 |
| Gazneli, Tamir | 83 | 22 | 84 | 2 |
| Gazneli, Tamir | 84 | 4 | 84 | 23 |

| Witness | Start Page | Start Line | End Page | End Line |
|---------|-----------|-----------|----------|----------|
| Gazneli, Tamir | 86 | 23 | 87 | 18 |
| Gazneli, Tamir | 87 | 19 | 88 | 15 |
| Gazneli, Tamir | 88 | 18 | 88 | 21 |
| Gazneli, Tamir | 89 | 2 | 89 | 20 |
| Gazneli, Tamir | 91 | 18 | 91 | 23 |
| Gazneli, Tamir | 92 | 10 | 92 | 16 |
| Gazneli, Tamir | 92 | 19 | 92 | 19 |
| Gazneli, Tamir | 92 | 20 | 93 | 6 |
| Gazneli, Tamir | 93 | 7 | 93 | 12 |
| Gazneli, Tamir | 96 | 12 | 96 | 17 |
| Gazneli, Tamir | 96 | 20 | 96 | 23 |
| Gazneli, Tamir | 97 | 1 | 97 | 7 |
| Gazneli, Tamir | 97 | 10 | 97 | 22 |
| Gazneli, Tamir | 97 | 23 | 98 | 15 |
| Gazneli, Tamir | 98 | 17 | 98 | 20 |
| Gazneli, Tamir | 98 | 22 | 99 | 9 |
| Gazneli, Tamir | 99 | 12 | 99 | 20 |
| Gazneli, Tamir | 103 | 6 | 103 | 14 |
| Gazneli, Tamir | 105 | 22 | 106 | 2 |
| Gazneli, Tamir | 106 | 5 | 106 | 8 |
| Gazneli, Tamir | 107 | 5 | 107 | 18 |
| Gazneli, Tamir | 108 | 20 | 111 | 2 |
| Gazneli, Tamir | 111 | 3 | 111 | 8 |
| Gazneli, Tamir | 111 | 11 | 111 | 14 |
| Gazneli, Tamir | 111 | 17 | 111 | 24 |
| Gazneli, Tamir | 112 | 3 | 112 | 9 |
| Gazneli, Tamir | 112 | 12 | 112 | 14 |
| Gazneli, Tamir | 112 | 23 | 113 | 2 |
| Gazneli, Tamir | 113 | 3 | 113 | 13 |
| Gazneli, Tamir | 113 | 16 | 113 | 17 |
| Gazneli, Tamir | 113 | 20 | 113 | 25 |
| Gazneli, Tamir | 114 | 2 | 114 | 9 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Gazneli, Tamir | 114 | 13 | 114 | 20 |
| Gazneli, Tamir | 114 | 23 | 115 | 3 |
| Gazneli, Tamir | 116 | 3 | 116 | 6 |
| Gazneli, Tamir | 116 | 9 | 117 | 15 |
| Gazneli, Tamir | 118 | 2 | 118 | 14 |
| Gazneli, Tamir | 119 | 25 | 120 | 3 |
| Gazneli, Tamir | 120 | 18 | 120 | 22 |
| Gazneli, Tamir | 123 | 2 | 123 | 4 |
| Gazneli, Tamir | 123 | 8 | 123 | 16 |
| Gazneli, Tamir | 123 | 18 | 123 | 23 |
| Gazneli, Tamir | 125 | 11 | 125 | 19 |
| Gazneli, Tamir | 126 | 13 | 127 | 21 |
| Gazneli, Tamir | 128 | 17 | 129 | 18 |
| Gazneli, Tamir | 129 | 19 | 129 | 20 |
| Gazneli, Tamir | 129 | 22 | 130 | 1 |
| Gazneli, Tamir | 130 | 11 | 130 | 13 |
| Gazneli, Tamir | 130 | 17 | 130 | 24 |
| Gazneli, Tamir | 131 | 3 | 131 | 7 |
| Gazneli, Tamir | 131 | 11 | 131 | 17 |
| Gazneli, Tamir | 131 | 21 | 132 | 18 |
| Gazneli, Tamir | 132 | 21 | 133 | 13 |
| Gazneli, Tamir | 133 | 16 | 133 | 23 |
| Gazneli, Tamir | 137 | 24 | 138 | 21 |
| Gazneli, Tamir | 138 | 22 | 139 | 9 |
| Gazneli, Tamir | 139 | 13 | 139 | 17 |
| Gazneli, Tamir | 139 | 18 | 139 | 21 |
| Gazneli, Tamir | 139 | 25 | 140 | 1 |
| Gazneli, Tamir | 140 | 14 | 140 | 16 |
| Gazneli, Tamir | 140 | 19 | 141 | 3 |
| Gazneli, Tamir | 141 | 16 | 142 | 4 |
| Gazneli, Tamir | 142 | 18 | 145 | 13 |
| Gazneli, Tamir | 145 | 14 | 145 | 17 |

| Witness | Start Page | Start Line | End Page | End Line |
|---------|-----------|-----------|----------|----------|
| Gazneli, Tamir | 145 | 20 | 145 | 22 |
| Gazneli, Tamir | 146 | 13 | 146 | 14 |
| Gazneli, Tamir | 146 | 16 | 146 | 25 |
| Gazneli, Tamir | 147 | 3 | 147 | 9 |
| Gazneli, Tamir | 152 | 24 | 153 | 17 |
| Gazneli, Tamir | 153 | 20 | 154 | 8 |
| Gazneli, Tamir | 154 | 9 | 154 | 13 |
| Gazneli, Tamir | 154 | 15 | 154 | 16 |
| Gazneli, Tamir | 154 | 17 | 155 | 3 |
| Gazneli, Tamir | 155 | 6 | 155 | 9 |
| Gazneli, Tamir | 155 | 11 | 156 | 2 |
| Gazneli, Tamir | 157 | 7 | 157 | 13 |
| Gazneli, Tamir | 157 | 16 | 158 | 1 |
| Gazneli, Tamir | 158 | 2 | 158 | 18 |
| Gazneli, Tamir | 158 | 21 | 158 | 24 |
| Gazneli, Tamir | 159 | 2 | 159 | 13 |
| Gazneli, Tamir | 159 | 19 | 160 | 19 |
| Gazneli, Tamir | 160 | 22 | 161 | 3 |
| Gazneli, Tamir | 161 | 5 | 161 | 5 |
| Gazneli, Tamir | 161 | 8 | 161 | 10 |
| Gazneli, Tamir | 161 | 13 | 161 | 25 |
| Gazneli, Tamir | 163 | 20 | 163 | 22 |
| Gazneli, Tamir | 163 | 25 | 164 | 17 |
| Gazneli, Tamir | 172 | 1 | 172 | 25 |
| Gazneli, Tamir | 173 | 11 | 174 | 10 |
| Gazneli, Tamir | 174 | 13 | 174 | 15 |
| Gazneli, Tamir | 175 | 3 | 175 | 9 |
| Gazneli, Tamir | 175 | 12 | 175 | 21 |
| Gazneli, Tamir | 178 | 11 | 180 | 9 |
| Gazneli, Tamir | 180 | 10 | 180 | 25 |
| Gazneli, Tamir | 181 | 24 | 182 | 17 |
| Gazneli, Tamir | 183 | 4 | 183 | 13 |

| Witness | Start Page | Start Line | End Page | End Line |
|---------|-----------|-----------|----------|----------|
| Gazneli, Tamir | 183 | 16 | 184 | 13 |
| Gazneli, Tamir | 186 | 10 | 187 | 7 |
| Gazneli, Tamir | 187 | 10 | 189 | 24 |
| Gazneli, Tamir | 189 | 25 | 192 | 15 |
| Gazneli, Tamir | 192 | 18 | 195 | 16 |
| Gazneli, Tamir | 195 | 19 | 197 | 11 |
| Gazneli, Tamir | 199 | 3 | 199 | 10 |
| Gazneli, Tamir | 201 | 3 | 201 | 25 |
| Gazneli, Tamir | 203 | 8 | 203 | 10 |
| Gazneli, Tamir | 203 | 13 | 203 | 16 |
| Gazneli, Tamir | 205 | 4 | 205 | 7 |
| Gazneli, Tamir | 205 | 9 | 205 | 23 |
| Gazneli, Tamir | 206 | 12 | 208 | 5 |
| Gazneli, Tamir | 208 | 8 | 208 | 12 |
| Gazneli, Tamir | 208 | 15 | 209 | 5 |
| Gazneli, Tamir | 209 | 22 | 210 | 2 |
| Gazneli, Tamir | 210 | 5 | 210 | 12 |
| Gazneli, Tamir | 212 | 6 | 212 | 17 |
| Gazneli, Tamir | 212 | 20 | 213 | 3 |
| Gazneli, Tamir | 214 | 5 | 214 | 15 |
| Gazneli, Tamir | 214 | 18 | 214 | 18 |
| Gazneli, Tamir | 222 | 1 | 222 | 11 |
| Gazneli, Tamir | 222 | 14 | 222 | 23 |
| Gazneli, Tamir | 223 | 1 | 223 | 7 |
| Gazneli, Tamir | 223 | 10 | 223 | 16 |
| Gazneli, Tamir | 223 | 19 | 224 | 7 |
| Gazneli, Tamir | 224 | 10 | 224 | 14 |
| Gazneli, Tamir | 226 | 17 | 227 | 5 |
| Gazneli, Tamir | 228 | 22 | 228 | 25 |
| Gazneli, Tamir | 229 | 2 | 229 | 23 |
| Gazneli, Tamir | 230 | 1 | 230 | 18 |
| Gazneli, Tamir | 230 | 21 | 231 | 10 |

| Witness | Start Page | Start Line | End Page | End Line |
|---------|-----------|-----------|----------|----------|
| Gazneli, Tamir | 231 | 13 | 231 | 25 |
| Gazneli, Tamir | 235 | 19 | 235 | 22 |
| Gazneli, Tamir | 235 | 25 | 237 | 1 |
| Gazneli, Tamir | 237 | 2 | 237 | 6 |
| Gazneli, Tamir | 237 | 10 | 237 | 13 |
| Gazneli, Tamir | 238 | 17 | 239 | 4 |
| Gazneli, Tamir | 241 | 17 | 241 | 23 |
| Gazneli, Tamir | 242 | 1 | 242 | 11 |
| Gazneli, Tamir | 242 | 14 | 242 | 18 |
| Gazneli, Tamir | 242 | 21 | 243 | 2 |
| Gazneli, Tamir | 243 | 5 | 243 | 9 |
| Gazneli, Tamir | 243 | 10 | 245 | 12 |
| Gazneli, Tamir | 245 | 15 | 245 | 17 |
| Gazneli, Tamir | 245 | 18 | 247 | 1 |
| Gazneli, Tamir | 247 | 4 | 247 | 17 |
| Gazneli, Tamir | 247 | 18 | 247 | 23 |
| Gazneli, Tamir | 248 | 1 | 248 | 13 |
| Gazneli, Tamir | 248 | 16 | 249 | 3 |
| Gazneli, Tamir | 250 | 4 | 250 | 23 |
| Gazneli, Tamir | 250 | 24 | 251 | 1 |
| Gazneli, Tamir | 251 | 4 | 251 | 17 |
| Gazneli, Tamir | 251 | 18 | 251 | 24 |
| Gazneli, Tamir | 252 | 11 | 253 | 18 |
| Gazneli, Tamir | 252 | 12 | 253 | 18 |
| Gazneli, Tamir | 253 | 21 | 254 | 1 |
| Gazneli, Tamir | 254 | 2 | 255 | 4 |
| Gazneli, Tamir | 255 | 7 | 255 | 12 |
| Gazneli, Tamir | 255 | 15 | 255 | 17 |
| Gazneli, Tamir | 256 | 16 | 257 | 2 |
| Gazneli, Tamir | 257 | 3 | 258 | 16 |
| Gazneli, Tamir | 262 | 2 | 262 | 24 |
| Gazneli, Tamir | 263 | 1 | 263 | 19 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Gazneli, Tamir | 263 | 22 | 264 | 5 |
| Gazneli, Tamir | 264 | 8 | 264 | 9 |
| Gazneli, Tamir | 264 | 12 | 264 | 19 |
| Gazneli, Tamir | 264 | 22 | 264 | 25 |
| Gazneli, Tamir | 265 | 1 | 266 | 8 |
| Gazneli, Tamir | 266 | 10 | 266 | 10 |
| Gazneli, Tamir | 266 | 11 | 267 | 4 |
| Gazneli, Tamir | 267 | 15 | 268 | 8 |
| Gazneli, Tamir | 268 | 10 | 268 | 16 |
| Gazneli, Tamir | 268 | 17 | 269 | 18 |
| Gazneli, Tamir | 269 | 19 | 269 | 23 |
| Gazneli, Tamir | 270 | 1 | 270 | 10 |
| Gazneli, Tamir | 270 | 13 | 270 | 24 |
| Gazneli, Tamir | 271 | 1 | 271 | 8 |
| Gazneli, Tamir | 272 | 9 | 273 | 11 |
| Gazneli, Tamir | 273 | 14 | 275 | 17 |
| Gazneli, Tamir | 275 | 20 | 275 | 25 |
| Gazneli, Tamir | 276 | 3 | 276 | 5 |
| Gazneli, Tamir | 278 | 16 | 279 | 6 |
| Gazneli, Tamir | 285 | 19 | 286 | 9 |
| Gazneli, Tamir | 289 | 22 | 290 | 8 |
| Gazneli, Tamir | 290 | 11 | 290 | 24 |
| Gazneli, Tamir | 293 | 16 | 293 | 24 |
| Gazneli, Tamir | 294 | 1 | 294 | 15 |
| Gazneli, Tamir | 299 | 21 | 300 | 23 |
| Gazneli, Tamir | 319 | 23 | 320 | 12 |
| Gazneli, Tamir | 320 | 15 | 321 | 22 |
| Gazneli, Tamir | 325 | 3 | 325 | 8 |
| Gazneli, Tamir | 325 | 23 | 326 | 19 |
| Shaner, Joshua | 46 | 21 | 50 | 10 |
| Shaner, Joshua | 61 | 24 | 71 | 16 |
| Shaner, Joshua | 72 | 12 | 88 | 1 |

| Witness | Start Page | Start Line | End Page | End Line |
|---------|-----------|-----------|----------|----------|
| Shaner, Joshua | 111 | 17 | 130 | 3 |
| Shaner, Joshua | 137 | 20 | 152 | 16 |
| Shaner, Joshua | 152 | 17 | 154 | 18 |
| Shaner, Joshua | 154 | 19 | 159 | 3 |
| Shaner, Joshua | 159 | 4 | 163 | 20 |
| Shaner, Joshua | 163 | 21 | 171 | 25 |
| Shaner, Joshua | 168 | 16 | 171 | 24 |
| Shaner, Joshua | 171 | 25 | 172 | 15 |
| Shaner, Joshua | 172 | 16 | 177 | 4 |
| Shaner, Joshua | 186 | 9 | 191 | 5 |
| Shaner, Joshua | 191 | 6 | 192 | 25 |
| Shaner, Joshua | 193 | 2 | 193 | 14 |
| Shaner, Joshua | 193 | 15 | 195 | 14 |
| Shaner, Joshua | 195 | 15 | 198 | 23 |
| Shaner, Joshua | 199 | 13 | 200 | 14 |
| Shaner, Joshua | 200 | 15 | 207 | 4 |
| Shaner, Joshua | 207 | 6 | 215 | 4 |
| Shaner, Joshua | 215 | 5 | 221 | 12 |
| Shaner, Joshua | 221 | 14 | 229 | 24 |
| Shaner, Joshua | 230 | 1 | 233 | 5 |
| Shaner, Joshua | 233 | 6 | 233 | 25 |
| Shaner, Joshua | 234 | 1 | 236 | 5 |
| Shaner, Joshua | 236 | 6 | 237 | 5 |
| Shaner, Joshua | 238 | 7 | 242 | 17 |
| Shaner, Joshua | 242 | 18 | 244 | 16 |
| Shaner, Joshua | 251 | 18 | 252 | 15 |
| Shaner, Joshua | 252 | 16 | 253 | 3 |
| Shaner, Joshua | 253 | 4 | 253 | 16 |
| Shaner, Joshua | 253 | 17 | 253 | 25 |
| Shaner, Joshua | 254 | 1 | 254 | 10 |
| Shaner, Joshua | 254 | 12 | 254 | 19 |
| Shaner, Joshua | 254 | 21 | 255 | 3 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Shaner, Joshua | 255 | 5 | 255 | 12 |
| Shaner, Joshua | 255 | 14 | 255 | 18 |
| Shaner, Joshua | 255 | 19 | 255 | 23 |
| Shaner, Joshua | 255 | 24 | 257 | 4 |
| Shaner, Joshua | 277 | 24 | 280 | 14 |
| Shaner, Joshua | 280 | 21 | 283 | 23 |
| Shaner, Joshua | 296 | 6 | 300 | 4 |
| Shaner, Joshua | 300 | 5 | 302 | 24 |
| Shaner, Joshua | 316 | 22 | 319 | 1 |
| Shaner, Joshua | 322 | 24 | 325 | 4 |
| Shohat, Yaron | 11 | 15 | 11 | 15 |
| Shohat, Yaron | 11 | 17 | 11 | 17 |
| Shohat, Yaron | 15 | 16 | 15 | 16 |
| Shohat, Yaron | 17 | 18 | 17 | 18 |
| Shohat, Yaron | 17 | 20 | 17 | 20 |
| Shohat, Yaron | 18 | 22 | 19 | 4 |
| Shohat, Yaron | 19 | 21 | 19 | 21 |
| Shohat, Yaron | 20 | 6 | 20 | 13 |
| Shohat, Yaron | 20 | 24 | 20 | 24 |
| Shohat, Yaron | 21 | 16 | 21 | 25 |
| Shohat, Yaron | 30 | 21 | 30 | 22 |
| Shohat, Yaron | 30 | 24 | 31 | 2 |
| Shohat, Yaron | 31 | 5 | 31 | 8 |
| Shohat, Yaron | 31 | 22 | 32 | 14 |
| Shohat, Yaron | 34 | 25 | 35 | 9 |
| Shohat, Yaron | 39 | 25 | 40 | 5 |
| Shohat, Yaron | 40 | 7 | 40 | 9 |
| Shohat, Yaron | 40 | 11 | 40 | 15 |
| Shohat, Yaron | 43 | 14 | 43 | 24 |
| Shohat, Yaron | 44 | 13 | 44 | 22 |
| Shohat, Yaron | 45 | 8 | 45 | 13 |
| Shohat, Yaron | 45 | 15 | 46 | 12 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Shohat, Yaron | 46 | 14 | 46 | 17 |
| Shohat, Yaron | 46 | 15 | 46 | 22 |
| Shohat, Yaron | 47 | 2 | 47 | 9 |
| Shohat, Yaron | 54 | 20 | 55 | 10 |
| Shohat, Yaron | 54 | 20 | 55 | 16 |
| Shohat, Yaron | 55 | 18 | 56 | 12 |
| Shohat, Yaron | 56 | 14 | 56 | 18 |
| Shohat, Yaron | 56 | 20 | 56 | 23 |
| Shohat, Yaron | 57 | 25 | 58 | 2 |
| Shohat, Yaron | 58 | 4 | 58 | 20 |
| Shohat, Yaron | 62 | 7 | 62 | 15 |
| Shohat, Yaron | 62 | 17 | 62 | 17 |
| Shohat, Yaron | 64 | 1 | 64 | 22 |
| Shohat, Yaron | 69 | 5 | 69 | 9 |
| Shohat, Yaron | 76 | 7 | 76 | 14 |
| Shohat, Yaron | 76 | 18 | 77 | 7 |
| Shohat, Yaron | 77 | 9 | 78 | 11 |
| Shohat, Yaron | 78 | 24 | 79 | 5 |
| Shohat, Yaron | 83 | 12 | 83 | 23 |
| Shohat, Yaron | 84 | 3 | 84 | 7 |
| Shohat, Yaron | 84 | 9 | 84 | 13 |
| Shohat, Yaron | 84 | 22 | 84 | 24 |
| Shohat, Yaron | 85 | 1 | 85 | 23 |
| Shohat, Yaron | 85 | 25 | 87 | 15 |
| Shohat, Yaron | 87 | 18 | 88 | 3 |
| Shohat, Yaron | 88 | 5 | 88 | 11 |
| Shohat, Yaron | 88 | 13 | 88 | 13 |
| Shohat, Yaron | 97 | 15 | 98 | 3 |
| Shohat, Yaron | 98 | 5 | 98 | 15 |
| Shohat, Yaron | 100 | 18 | 101 | 4 |
| Shohat, Yaron | 100 | 18 | 101 | 5 |
| Shohat, Yaron | 101 | 7 | 101 | 16 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Shohat, Yaron | 103 | 2 | 103 | 14 |
| Shohat, Yaron | 103 | 16 | 104 | 5 |
| Shohat, Yaron | 104 | 6 | 104 | 17 |
| Shohat, Yaron | 111 | 21 | 112 | 2 |
| Shohat, Yaron | 112 | 4 | 112 | 11 |
| Shohat, Yaron | 115 | 21 | 116 | 1 |
| Shohat, Yaron | 116 | 3 | 116 | 8 |
| Shohat, Yaron | 116 | 10 | 116 | 11 |
| Shohat, Yaron | 117 | 18 | 118 | 3 |
| Shohat, Yaron | 118 | 5 | 118 | 7 |
| Shohat, Yaron | 118 | 9 | 118 | 11 |
| Shohat, Yaron | 118 | 13 | 118 | 13 |
| Shohat, Yaron | 119 | 4 | 119 | 14 |
| Shohat, Yaron | 119 | 16 | 120 | 6 |
| Shohat, Yaron | 120 | 8 | 120 | 13 |
| Shohat, Yaron | 120 | 15 | 120 | 20 |
| Shohat, Yaron | 120 | 22 | 121 | 6 |
| Shohat, Yaron | 121 | 8 | 121 | 13 |
| Shohat, Yaron | 121 | 15 | 121 | 17 |
| Shohat, Yaron | 121 | 19 | 121 | 23 |
| Shohat, Yaron | 124 | 11 | 125 | 3 |
| Shohat, Yaron | 125 | 5 | 125 | 25 |
| Shohat, Yaron | 126 | 2 | 126 | 6 |
| Shohat, Yaron | 126 | 8 | 126 | 13 |
| Shohat, Yaron | 126 | 14 | 126 | 22 |
| Shohat, Yaron | 127 | 14 | 127 | 20 |
| Shohat, Yaron | 128 | 17 | 129 | 3 |
| Shohat, Yaron | 129 | 25 | 19 | 5 |
| Shohat, Yaron | 133 | 8 | 133 | 10 |
| Shohat, Yaron | 133 | 13 | 133 | 18 |
| Shohat, Yaron | 133 | 21 | 133 | 23 |
| Shohat, Yaron | 133 | 25 | 134 | 7 |

| Witness | Start Page | Start Line | End Page | End Line |
|---------|-----------|------------|----------|----------|
| Shohat, Yaron | 134 | 10 | 134 | 23 |
| Shohat, Yaron | 134 | 25 | 135 | 12 |
| Shohat, Yaron | 136 | 13 | 136 | 21 |
| Shohat, Yaron | 136 | 14 | 136 | 21 |
| Shohat, Yaron | 157 | 8 | 157 | 12 |
| Shohat, Yaron | 158 | 4 | 159 | 19 |
| Shohat, Yaron | 159 | 21 | 159 | 25 |
| Shohat, Yaron | 160 | 2 | 160 | 20 |
| Shohat, Yaron | 160 | 22 | 160 | 24 |
| Shohat, Yaron | 161 | 16 | 161 | 23 |
| Shohat, Yaron | 162 | 6 | 162 | 9 |
| Shohat, Yaron | 162 | 12 | 162 | 19 |
| Shohat, Yaron | 181 | 6 | 181 | 12 |
| Shohat, Yaron | 181 | 15 | 181 | 15 |
| Shohat, Yaron | 184 | 13 | 184 | 15 |
| Shohat, Yaron | 189 | 8 | 189 | 12 |
| Shohat, Yaron | 190 | 14 | 190 | 17 |
| Shohat, Yaron | 191 | 18 | 191 | 22 |
| Shohat, Yaron | 191 | 25 | 192 | 6 |
| Shohat, Yaron | 192 | 9 | 192 | 12 |
| Shohat, Yaron | 192 | 14 | 192 | 14 |
| Shohat, Yaron | 218 | 24 | 221 | 9 |
| Shohat, Yaron | 221 | 11 | 221 | 21 |
| Shohat, Yaron | 222 | 23 | 223 | 7 |
| Shohat, Yaron | 223 | 11 | 225 | 22 |
| Shohat, Yaron | 223 | 12 | 223 | 18 |
| Shohat, Yaron | 224 | 19 | 224 | 22 |
| Shohat, Yaron | 224 | 23 | 225 | 7 |
| Shohat, Yaron | 225 | 25 | 226 | 11 |
| Shohat, Yaron | 226 | 13 | 226 | 25 |
| Shohat, Yaron | 227 | 1 | 227 | 7 |
| Shohat, Yaron | 227 | 9 | 227 | 13 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Shohat, Yaron | 228 | 17 | 228 | 18 |
| Shohat, Yaron | 228 | 20 | 228 | 21 |
| Shohat, Yaron | 228 | 23 | 229 | 1 |
| Shohat, Yaron | 229 | 3 | 229 | 8 |
| Shohat, Yaron | 229 | 10 | 229 | 21 |
| Shohat, Yaron | 231 | 21 | 231 | 21 |
| Shohat, Yaron | 231 | 23 | 232 | 6 |
| Shohat, Yaron | 232 | 12 | 232 | 25 |
| Shohat, Yaron | 233 | 3 | 233 | 5 |
| Shohat, Yaron | 233 | 7 | 233 | 7 |
| Shohat, Yaron | 243 | 5 | 244 | 3 |
| Shohat, Yaron | 244 | 8 | 244 | 22 |
| Shohat, Yaron | 244 | 24 | 245 | 21 |
| Shohat, Yaron | 245 | 23 | 246 | 2 |
| Shohat, Yaron | 246 | 4 | 246 | 5 |
| Shohat, Yaron | 246 | 8 | 246 | 24 |

(b)     List of Discovery Responses

    i.     Josh Shaner's Objections to Plaintiffs' Subpoena for Documents to Non-Party Josh Shaner (Jun. 25, 2020)

    ii.     Responses and Objections to Amended Subpoena to Josh Shaner (Aug. 17, 2020)

    iii.     Amended Objections and Responses to Revised Subpoena for Documents to Josh Shaner (Feb. 28, 2023)

    iv.     Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Admissions (Apr. 17, 2023)

    v.     Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories (May 10, 2023)

    vi.     Defendants' Objections and Responses to Plaintiffs' Second Set of Interrogatories (Oct. 30, 2023)

23

vii.    Defendants' Responses and Objections to Plaintiffs' Second Requests for Admissions (Nov. 22, 2023)

viii.    Plaintiffs' Amended Initial Disclosures (Nov. 30, 2023)

ix.    Defendants' Responses and Objections to Plaintiffs' Third Set of Requests for Admission (Nos. 59–79) (Sep. 10, 2024)

x.    Defendants' Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories Nos. 1–3, 6–9 (Sep. 13, 2024)

xi.    Defendants' Objections and Responses to Plaintiffs' Third Set of Interrogatories (Sep. 16, 2024)

Dated:  March 13, 2025                        Respectfully Submitted,

                                              DAVIS POLK & WARDWELL LLP

                                              By:  /s/ Greg D. Andres
                                                   Greg D. Andres
                                                   Antonio J. Perez-Marques
                                                   Gina Cora
                                                   Craig T. Cagney
                                                   Luca Marzorati
                                                     (admitted *pro hac vice*)
                                                   DAVIS POLK & WARDWELL LLP
                                                   450 Lexington Avenue
                                                   New York, New York 10017
                                                   Telephone: (212) 450-4000
                                                   Facsimile: (212) 701-5800
                                                   Email: greg.andres@davispolk.com
                                                          antonio.perez@davispolk.com
                                                          gina.cora@davispolk.com
                                                          craig.cagney@davispolk.com
                                                          luca.marzorati@davispolk.com

                                                   Micah G. Block (SBN 270712)
                                                   DAVIS POLK & WARDWELL LLP
                                                   900 Middlefield Road, Suite 200
                                                   Redwood City, California 94063
                                                   Telephone: (650) 752-2000
                                                   Facsimile:  (650) 752-2111
                                                   Email: micah.block@davispolk.com

                                                   *Attorneys for Plaintiffs*
                                                   *WhatsApp LLC and Meta Platforms, Inc.*