| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
|   | *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741) |
|   | *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP |
|   | 633 West Fifth Street, Suite 1700 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone:   (213) 443-4355 |
| 5 | Facsimile:   (213) 443-4310 |
| 6 | Attorneys for Defendants |
| 7 | NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **TRIAL WITNESS LIST OF DEFENDANTS NSO GROUP TECHS. LTD AND Q CYBER TECHS. LTD.** <br><br> Pretrial Conference Date: April 10, 2025 <br> Time: 2:00 p.m. <br> Ctrm: 3 <br> Judge: Hon. Phyllis J. Hamilton <br> Trial Date: April 28, 2025 <br><br> Action Filed: 10/29/2019 |

Pursuant to the Federal Rule of Civil Procedure 26(a)(3)(A), Defendants NSO Group Techs. Ltd. and Q Cyber Techs. Ltd. (collectively "Defendants'"), hereby give notice of its intention to call the following witnesses at trial, other than for impeachment or rebuttal:

|   | Witness | Live/Deposition | Brief Description of Testimony |
|---|---------|-----------------|-------------------------------|
| 1. | Ramon Eshkar, NSO | Live | Defendants' policies and practices; Defendants' contracts with customers; the need for Defendants' technology; uses of Defendants' technology made by customers |
| 2. | Tamir Gazneli, NSO | Live | Defendants' technology; interaction of Defendants' technology with Plaintiffs' technology |
| 3. | Sarit Bizinsky Gil, Q Cyber | Live | Defendants' contracts with customers, Defendants' financial condition |
| 4. | Yaron Shohat, Q Cyber | Live | Defendants' policies and practices; the need for Defendants' technology |
| 5. | Terrence McGraw, NSO expert witness | Live | Defendants' technology; interaction of Defendants' technology with Plaintiffs' technology |
| 6. | Joshua Minkler, NSO expert witness | Live | The need for, and beneficial uses of, Defendants' technology and other subjects of Mr. Minkler's expert report |
| 7. | Gregory Pinsonneault, NSO expert witness | Live | Ways in which Plaintiffs' claimed damages are overstated and other subjects of Mr. Pinsonneault's expert report |
| 8. | Ty Shepard, NSO expert witness | Live | The need for, and beneficial uses of, Defendants' technology and other |

| | | | |
|---|---|---|---|
| | | | subjects of Col. Shepard's expert report |
| 9. | Aashin Gautam, WhatsApp | Live | Overstatement of Plaintiffs' claimed damages; whether Defendants' conduct was oppressive, malicious, or fraudulent; whether Plaintiffs have suffered irreparable harm; whether the balance of hardships and public interest support issuance of Plaintiffs' requested injunction. |
| 10. | Claudiu Gheorghe, WhatsApp | Live | Overstatement of Plaintiffs' claimed damages; whether Defendants' conduct was oppressive, malicious, or fraudulent; whether Plaintiffs have suffered irreparable harm; whether the balance of hardships and public interest support issuance of Plaintiffs' requested injunction; interaction of Defendants' technology with Plaintiffs' technology |
| 11. | Susan Glick, former WhatsApp | Deposition | Whether Defendants' conduct was oppressive, malicious, or fraudulent; whether the balance of hardships and public interest support issuance of Plaintiffs' requested injunction |
| 12. | Jonathan Lee, WhatsApp | Live | Whether Defendants' conduct was oppressive, malicious, or fraudulent; whether Plaintiffs have suffered irreparable harm; whether the balance of |

| | | | hardships and public interest support issuance of Plaintiffs' requested injunction |
|---|---|---|---|
| 13. | Cortney Padua, WhatsApp | Live | Overstatement of Plaintiffs' claimed damages |
| 14. | Jesus Barcons Palau, WhatsApp | Live | Overstatement of Plaintiffs' claimed damages |
| 15. | Andrew Robinson, WhatsApp | Live | Overstatement of Plaintiffs' claimed damages; whether Defendants' conduct was oppressive, malicious, or fraudulent; whether Plaintiffs have suffered irreparable harm; whether the balance of hardships and public interest support issuance of Plaintiffs' requested injunction; interaction of Defendants' technology with Plaintiffs' technology |
| 16. | Yuanyaun Wang, WhatsApp | Live | Overstatement of Plaintiffs' claimed damages |
| 17. | Carl Woog, WhatsApp | Live | Whether punitive damages are warranted; whether Plaintiffs have suffered irreparable harm; whether the balance of hardships and public interest support issuance of Plaintiffs' requested injunction; need for Defendants' technologies |
| 18. | Terrence Divittorio, third party | Deposition | The need for Defendants' technology; Westbridge policies and practices; |

3

WITNESS LIST                                                        Case No. 4:19-cv-07123-PJH

| | | | |
|---|---|---|---|
| | | | Pegasus demonstrations and licenses |
| 19. | Joshua Shaner, third party | Deposition | The need for Defendants' technology; Pegasus demonstrations and licenses; Westbridge sales practices |

Defendants' further reserves the right to call any witness disclosed by Plaintiffs' but otherwise not listed herein.

Dated: March 13, 2025

KING & SPALDING LLP

By: */s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG

*Attorneys for Defendants*
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.