| | |
|---|---|
| Greg D. Andres | Joseph N. Akrotirianakis (Cal. Bar. No. 197971) |
| Antonio J. Perez-Marques | Aaron S. Craig (Cal. Bar. No. 204741) |
| Gina Cora | KING & SPALDING LLP |
| Craig T. Cagney | 633 West Fifth Street, Suite 1600 |
| Luca Marzorati | Los Angeles, CA 90071 |
| (admitted *pro hac vice*) | Telephone: (213) 443-4355 |
| DAVIS POLK & WARDWELL LLP | Email: jakro@kslaw.com |
| 450 Lexington Avenue | acraig@kslaw.com |
| New York, New York 10017 | |
| Telephone: (212) 450-4000 | *Attorneys for Defendants NSO Group* |
| Facsimile: (212) 701-5800 | *Technologies Limited and Q Cyber* |
| Email: greg.andres@davispolk.com | *Technologies Limited* |
|   antonio.perez@davispolk.com | |
|   gina.cora@davispolk.com | |
|   craig.cagney@davispolk.com | |
|   luca.marzorati@davispolk.com | |

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **PROPOSED JURY INSTRUCTIONS** <br><br> Pretrial Conference Date: April 10, 2025 <br> Time: 2:00 p.m. <br> Ctrm: 3 <br> Judge: Hon. Phyllis J. Hamilton <br> Trial Date: April 28, 2025 |

Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") (collectively, the "Parties") hereby respectfully submit these Proposed Jury Instructions pursuant to the Court's Case Management and Pretrial Order, Dkt. No. 168.

The Parties agree to certain Proposed Jury Instructions, but were unable to agree on the remaining instructions.

The Proposed Jury Instructions are attached as follows:

<u>Exhibit A</u>: Joint Proposed Jury Instructions

<u>Exhibit B</u>: Blind Copy of Joint Proposed Jury Instructions

<u>Exhibit C</u>: Plaintiffs' Proposed Jury Instructions

<u>Exhibit D</u>: Blind Copy of Plaintiffs' Proposed Jury Instructions

<u>Exhibit E</u>: Defendants' Proposed Jury Instructions

<u>Exhibit F</u>: Blind Copy of Defendants' Proposed Jury Instructions

The jury instructions are subject to revision to account for the evidence that is received at trial.

Dated: March 13, 2025

DAVIS POLK & WARDWELL LLP

By: /s/ Greg D. Andres
Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Gina Cora
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

KING & SPALDING LLP

By: /s/ Joseph N. Akrotirianakis
Joseph N. Akrotirianakis
Aaron S. Craig
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Email: jakro@kslaw.com
         acraig@kslaw.com

*Attorneys for Defendants NSO Group*
*Technologies Limited and Q Cyber*
*Technologies Limited*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Greg D. Andres hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:   March 13, 2025                                  /s/ Greg D. Andres
                                                          Greg D. Andres