JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS' DEPOSITION DESIGNATIONS**<br><br>Pretrial Conference Date: April 10, 2025<br>Time: 2:00 p.m.<br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date:  April 28, 2025<br><br>Action Filed: 10/29/2019 |

1  I.   **DEPOSITION DESINGATIONS TO BE OFFERED AT TRIAL**

2  **Terrence DiVittorio**, Former President, Westbridge Technologies

| DIVITTORIO, TERRENCE (09/18/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 17:5–22:10 | | | |
| 25:19–53:1 | | | |
| 53:9–62:2 | | | |
| 62:15–71:13 | | | |
| 72:5–75:7 | | | |
| 83:9–18 | | | |
| 118:18–119:10 | | | |
| 158:16–160:7 | | | |
| 174:19-175:7 | | | |
| 176:10–177:13 | | | |
| 190:3–192:4 | | | |
| 252:18–254:6 | | | |
| 269:8–270:14 | | | |
| 272:7-275:18 | | | |
| 276:2–16 | | | |
| 284:20–290:13 | | | |
| 290:16–291:21 | | | |
| 293:11-294:16 | | | |
| 297:9-22 | | | |
| 300:4–303:3 | | | |
| 303:11–305:15 | | | |
| 309:5-312:5 | | | |
| 313:19–316:4 | | | |
| 316:21–318:11 | | | |

| DIVITTORIO, TERRENCE (09/18/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 318:15–322:16 | | | |
| 322:21–323:12 | | | |
| 324:12–16 | | | |
| 324:19–325:5 | | | |
| 326:12–328:20 | | | |
| 331:3–332:19 | | | |
| 332:22–333:9 | | | |
| 333:12–334:12 | | | |

**Joshua Shaner**, Former Presale Engineer/ Manager, Westbridge Technologies

| SHANER, JOSHUA (09/17/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 9:25–11:8 | | | |
| 61:24–62:15 | | | |
| 63:2–9 | | | |
| 64:4–11 | | | |
| 67:9–22 | | | |
| 89:9–25 | | | |
| 103:21–24 | | | |
| 104:13–105:20 | | | |
| 150:17–151:1 | | | |
| 184:4–23 | | | |
| 200:15–202:5 | | | |
| 202:23–203:16 | | | |
| 211:4–16 | | | |

| | SHANER, JOSHUA (09/17/24) | | | |
|---|---|---|---|---|
| | **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 3 | 215:5–217:17 | | | |
| 4 | 258:16–274:20 | | | |
| 5 | 275:15–276:20 | | | |
| 6 | 276:23–277:15 | | | |
| 7 | 277:18–279:12 | | | |
| 8 | 284:12–288:11 | | | |
| 9 | 288:14–24 | | | |
| 10 | 289:2–290:24 | | | |
| 11 | 291:12–292:2 | | | |
| 12 | 292:5–22 | | | |
| 13 | 292:25–294:6 | | | |
| 14 | 294:14–297:8 | | | |
| 15 | 297:21–298:21 | | | |
| 16 | 299:24–302:22 | | | |
| 17 | 302:25–303:7 | | | |
| 18 | 303:10–304:23 | | | |
| 19 | 304:24–305:2 | | | |
| 20 | 305:5–7 | | | |
| 21 | 305:19–306:5 | | | |
| 22 | 306:7–23 | | | |
| 23 | 307:2–11 | | | |
| 24 | 307:17–308:10 | | | |
| 25 | 308:13–309:23 | | | |
| 26 | 310:1–6 | | | |
| 27 | 310:19–311:17 | | | |

| SHANER, JOSHUA (09/17/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 312:5–25 | | | |
| 314:2–16 | | | |
| 314:19–20 | | | |
| 314:22–24 | | | |
| 315:1–3 | | | |
| 315:5–23 | | | |
| 316:1–11 | | | |
| 318:9–319:5 | | | |

**Susan Glick**, Former Public Policy Manager, WhatsApp

| GLICK, SUSAN (09/09/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Responseto Objections** |
| 10:24-13:16 | | | |
| 14:3-17 | | | |
| 14:21-15:11 | | | |
| 17:21-18:3 | | | |
| 21:10-22 | | | |
| 22:9-24:5 | | | |
| 25:12-13 | | | |
| 25:18-26:5 | | | |
| 26:16-27:2 | | | |
| 47:18-21 | | | |
| 49:23-50:13 | | | |
| 50:23-25 | | | |

| | GLICK, SUSAN (09/09/24) | | | |
|---|---|---|---|---|
| | **Designations** | **Objections** | **Counter Designations** | **Responseto Objections** |
| 1 | 52:10-53:17 | | | |
| 2 | 53:20-54:5 | | | |
| 3 | 54:8-16 | | | |
| 4 | 55:6-16 | | | |
| 5 | 56:16-58:1 | | | |
| 6 | 58:4-20 | | | |
| 7 | 58:23-59:5 | | | |
| 8 | 59:8-17 | | | |
| 9 | 59:20-25 | | | |
| 10 | 60:3-6, 8 | | | |
| 11 | 60:10-61:7 | | | |
| 12 | 61:10-62:1 | | | |
| 13 | 63:13-64:2 | | | |
| 14 | 64:5-10 | | | |
| 15 | 64:22-65:22 | | | |
| 16 | 65:25-67:6 | | | |
| 17 | 67:11-12 | | | |
| 18 | 67:15-68:5 | | | |
| 19 | 68:8-13 | | | |
| 20 | 68:17 | | | |
| 21 | 68:19-69:8 | | | |
| 22 | 70:22-71:20 | | | |
| 23 | 76:18-78:13 | | | |
| 24 | 78:16 | | | |
| 25 | 80:16-81:1 | | | |

| | | | |
|---|---|---|---|
| **GLICK, SUSAN (09/09/24)** | | | |
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 83:10-13 | | | |
| 86:14-88:6 | | | |
| 93:6-12 | | | |
| 94:12-20 | | | |
| 95:9-96:24 | | | |
| 97:8-10 | | | |
| 97:13 | | | |
| 97:16-98:10 | | | |
| 98:13-99:4 | | | |
| 99:7-12 | | | |
| 100:9-103:12 | | | |
| 103:15-19 | | | |
| 103:22-104:3 | | | |
| 104:6-14 | | | |
| 105:16-107:16 | | | |
| 107:19-20 | | | |
| 107:25-108:7 | | | |
| 108:8-110:5 | | | |
| 110:8-111:2 | | | |
| 112:24-113:7 | | | |
| 114:8-21 | | | |
| 117:5-23 | | | |
| 118:1-14 | | | |
| 118:17-119:10 | | | |
| 119:13-120:2 | | | |

| GLICK, SUSAN (09/09/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Responseto Objections** |
| 120:5-25 | | | |
| 121:3 | | | |
| 121:18-122:4 | | | |
| 129:16 | | | |
| 132:10-134:13 | | | |
| 135:8-136:15 | | | |
| 136:18-23 | | | |
| 137:1-12 | | | |
| 148:24-149:7 | | | |
| 149:10-14 | | | |
| 149:17-19 | | | |
| 159:16-160:2 | | | |
| 163:1-170:20 | | | |
| 171:20-172:9 | | | |
| 172:16-173:15 | | | |
| 177:2-182:10 | | | |
| 185:7-18 | | | |

**Aashin Gautam, Director of Product Management, WhatsApp**

| GAUTAM, AASHIN (09/20/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 9:17-10:6 | | | |
| 12:12-14 | | | |
| 12:16 | | | |
| 13:6-13 | | | |

| | | | | |
|---|---|---|---|---|
| 1 | **GAUTAM, AASHIN (09/20/24)** | | | |
| 2 | **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 3 | 14:2-8 | | | |
| 4 | 14:11-15:16 | | | |
| 5 | 16:1-6 | | | |
| 6 | 16:9-16 | | | |
| 7 | 16:23-24 | | | |
| 8 | 17:4-8 | | | |
| 9 | 17:11-25 | | | |
| 10 | 18:2-5 | | | |
| 11 | 18:7-15 | | | |
| 12 | 18:17-22 | | | |
| 13 | 18:24-19:2 | | | |
| 14 | 19:7-12 | | | |
| 15 | 19:17-21 | | | |
| 16 | 19:23-20:7 | | | |
| 17 | 20:13-22 | | | |
| 18 | 21:3-7 | | | |
| 19 | 21:10-25 | | | |
| 20 | 22:20-23 | | | |
| 21 | 23:1-14, 17 | | | |
| 22 | 23:20-24:1 | | | |
| 23 | 24:4-15 | | | |
| 24 | 25:5-18 | | | |
| 25 | 25:20-26:9 | | | |
| 26 | 26:14-22 | | | |
| 27 | 26:25-27:4 | | | |
| 28 | | | | |

| | GAUTAM, AASHIN (09/20/24) | | | |
|---|---|---|---|---|
| | **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 3 | 29:11-17 | | | |
| 4 | 29:19-30:9 | | | |
| 5 | 30:14-20 | | | |
| 6 | 30:24-31:10 | | | |
| 7 | 31:13-21 | | | |
| 8 | 31:23-32:2 | | | |
| 9 | 32:4-7 | | | |
| 10 | 32:9-12 | | | |
| 11 | 37:18-39:16 | | | |
| 12 | 39:17-19 | | | |
| 13 | 39:22-40:18 | | | |
| 14 | 40:20-23 | | | |
| 15 | 41:1-6 | | | |
| 16 | 41:9-21 | | | |
| 17 | 41:23-44:1 | | | |
| 18 | 44:3-12 | | | |
| 19 | 44:14-45:2 | | | |
| 20 | 45:4-10 | | | |
| 21 | 45:12-20 | | | |
| 22 | 45:22-46:4 | | | |
| 23 | 46:7-11, 13 | | | |
| 24 | 59:11-12 | | | |
| 25 | 59:15-22 | | | |
| 26 | 59:25-60:2 | | | |
| 27 | 60:4-6 | | | |

| GAUTAM, AASHIN (09/20/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 60:8-11, 14 | | | |
| 77:3-20 | | | |
| 78:15-16 | | | |
| 78:18-21 | | | |
| 78:24 | | | |
| 79:20-25 | | | |
| 80:2-6 | | | |
| 80:11-20 | | | |
| 80:24-81:11 | | | |
| 81:15-20, 22 | | | |
| 84:21-23 | | | |
| 84:25-85:7 | | | |
| 85:9-12 | | | |
| 85:14-17 | | | |
| 85:20-86:19 | | | |
| 87:15-19 | | | |
| 87:21-88:1 | | | |
| 88:7-16 | | | |
| 88:18 | | | |
| 90:3-15 | | | |
| 115:8-12, 14 | | | |
| 117:1-2 | | | |
| 118:20-119:5 | | | |
| 119:9-120:7 | | | |
| 120:10-121:11 | | | |

| | GAUTAM, AASHIN (09/20/24) | | | |
|---|---|---|---|---|
| | **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 3 | 121:14-18 | | | |
| 4 | 121:21-24 | | | |
| 5 | 122:3-8 | | | |
| 6 | 122:10-19 | | | |
| 7 | 122:21-23 | | | |
| 8 | 122:25-123:12 | | | |
| 9 | 123:14-16 | | | |
| 10 | 124:24-125:4 | | | |
| 11 | 125:7-10 | | | |
| 12 | 125:13-20 | | | |
| 13 | 125:25-126:6 | | | |
| 14 | 126:10-17 | | | |
| 15 | 126:19-23 | | | |
| 16 | 127:2-3 | | | |
| 17 | 128:3-20 | | | |
| 18 | 128:23 | | | |
| 19 | 129:3-11 | | | |
| 20 | 129:13-18 | | | |
| 21 | 129:21-130:15 | | | |
| 22 | 131:24-132:7 | | | |
| 23 | 132:10-24 | | | |
| 24 | 133:1-20 | | | |
| 25 | 133:23-24 | | | |
| 26 | 134:2-14 | | | |
| 27 | 134:16-20 | | | |

| | GAUTAM, AASHIN (09/20/24) | | | |
|---|---|---|---|---|
| | **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| | 134:23-135:3 | | | |
| | 135:5-16 | | | |
| | 135:19-136:16 | | | |
| | 141:5-142:12 | | | |
| | 142:15-142:22 | | | |
| | 142:25-143:7 | | | |
| | 148:22-25 | | | |
| | 149:3-13 | | | |
| | 149:22-24 | | | |
| | 150:1 | | | |
| | 155:12-19 | | | |
| | 155:21-24 | | | |
| | 156:2 | | | |
| | 166:21-167:14 | | | |
| | 167:17-20 | | | |
| | 167:22-168:8 | | | |
| | 168:11-16 | | | |
| | 168:19-21 | | | |
| | 168:23-169:6 | | | |
| | 169:9 | | | |
| | 170:14-17 | | | |
| | 170:20-22 | | | |
| | 170:24-25 | | | |
| | 171:3-4 | | | |
| | 171:7-9 | | | |

DEFENDANTS' DEPOSITION DESIGNATIONS                   Case No. 4:19-cv-07123-PJH

| GAUTAM, AASHIN (09/20/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 171:12-16 | | | |
| 171:20-22, 25 | | | |
| 172:5-174:6 | | | |
| 175:18-20, 22-24 | | | |
| 176:2-17 | | | |
| 176:20-22 | | | |
| 176:25-177:3 | | | |
| 177:6-10 | | | |
| 177:13-16 | | | |
| 177:20-25 | | | |
| 178:3-6 | | | |
| 178:9-19 | | | |
| 178:22-25 | | | |
| 179:2-8 | | | |
| 179:14-180:3 | | | |
| 180:7-10 | | | |
| 180:16-181:4 | | | |
| 181:9-17 | | | |
| 181:20 | | | |
| 183:6-8 | | | |
| 183:10-184:9 | | | |
| 184:11-25 | | | |
| 185:2-12 | | | |
| 185:15-21 | | | |
| 185:23-186-11 | | | |

| | | | |
|---|---|---|---|
| **GAUTAM, AASHIN (09/20/24)** | | | |
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 186:24-187:2 | | | |
| 187:4-12 | | | |
| 187:14-17 | | | |
| 193:2 | | | |
| 183:21-194:2 | | | |
| 194:5-6 | | | |
| 196:23-197:13 | | | |
| 197:16-20 | | | |
| 197:23-198:3 | | | |
| 198:5-10 | | | |
| 198:13-21 | | | |
| 198:24-199:3 | | | |
| 199:8-19 | | | |
| 199:22-24 | | | |
| 203:2-5 | | | |
| 203:7 | | | |

**Jonathan Lee, Head of Global Public Policy, WhatsApp**

| | | | |
|---|---|---|---|
| **LEE, JONATHAN (09/25/24)** | | | |
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 9:20-10:5 | | | |
| 15:25-16:9 | | | |
| 16:24-17:11 | | | |
| 20:18-21:8 | | | |
| 21:17-25 | | | |

| LEE, JONATHAN (09/25/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 23:20-25:7 | | | |
| 25:18-26:7 | | | |
| 26:13-27:5 | | | |
| 27:15-25 | | | |
| 32:19-33:23 | | | |
| 33:25-35:18 | | | |
| 35:20-36:10 | | | |
| 36:22-37:7 | | | |
| 37:18-21 | | | |
| 39:2-12 | | | |
| 40:5-18 | | | |
| 41:21-43:12 | | | |
| 43:18-20 | | | |
| 43:24-47:12 | | | |
| 47:22-48:20 | | | |
| 49:13-50:19 | | | |
| 84:12-85:9 | | | |
| 85:19-90:20 | | | |
| 133:16-23 | | | |
| 150:3-11 | | | |
| 162:7-164:4 | | | |
| 169:20-170:19 | | | |
| 171:24-173:1 | | | |
| 201:16-203:8 | | | |
| 219:14-220:10 | | | |

| LEE, JONATHAN (09/25/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 220:11-12 | | | |
| 220:21-221:1 | | | |
| 224:8-13 | | | |
| 225:2-10 | | | |
| 225:12-19 | | | |
| 226:12-20 | | | |
| 229:21-230:5 | | | |
| 231:12-232:3 | | | |
| 248:13-15 | | | |
| 248:19-249:8 | | | |
| 252:22-25 | | | |
| 253:2-15 | | | |
| 255:19-25 | | | |
| 256:23-257:6 | | | |
| 259:24-263:22 | | | |
| 266:20-24 | | | |
| 267:7-270:10 | | | |
| 270:18 | | | |
| 271:7-14 | | | |
| 271:25-273:2 | | | |
| 276:24-278:3 | | | |
| 278:5-12 | | | |
| 285:7 | | | |
| 285:20-25 | | | |
| 288:24-290:10 | | | |

| LEE, JONATHAN (09/25/24) | | | |
|---|---|---|---|
| **Designations** | **Objections** | **Counter Designations** | **Response to Objections** |
| 290:12-291:9 | | | |
| 296:21 | | | |
| 296:25-297:11 | | | |
| 298:18:299:5 | | | |
| 303:9-23 | | | |
| 311:15-312:10 | | | |

II.   **PLAINTIFFS' DISCOVERY RESPONSES TO BE OFFERED AT TRIAL:**

Defendants intend to offer the following discovery responses at trial:

Responses to Second Set of Requests for Admission Nos. 93-175

Responses to Third Set of Requests for Admission Nos. 176-180

Responses to First Set of Interrogatories Nos. 3-4

Supplemental Responses to First Set of Interrogatories Nos. 3-4

Responses to Second Set of Interrogatories Nos. 6-7

Dated: March 13, 2025
KING & SPALDING LLP

By: */s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG
*Attorneys for Defendants*