Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

Joseph N. Akrotirianakis (Cal. Bar. No. 197971)
Aaron S. Craig (Cal. Bar. No. 204741)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Email: jakro@kslaw.com
       acraig@kslaw.com

*Attorneys for Defendants NSO Group*
*Technologies Limited and Q Cyber*
*Technologies Limited*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **PROPOSED VERDICT FORM** <br><br> Pretrial Conference Date: April 10, 2025 <br> Time:   2:00 p.m. <br> Ctrm:   3 <br> Judge:  Hon. Phyllis J. Hamilton <br> Trial Date: April 28, 2025 |

Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") (collectively, the "Parties") hereby respectfully submit these Proposed Verdict Forms pursuant to the Court's Case Management and Pretrial Order, Dkt. No. 168.

The Parties were unable to agree on a Joint Proposed Verdict Form.

The Proposed Verdict Forms are attached as follows:

Exhibit A: Plaintiffs' Proposed Verdict Form

Exhibit B: Defendants' Proposed Verdict Form

Dated: March 13, 2025

                DAVIS POLK & WARDWELL LLP

By: */s/ Greg D. Andres*
      Greg D. Andres
      Antonio J. Perez-Marques
      Craig T. Cagney
      Gina Cora
      Luca Marzorati
        (admitted *pro hac vice*)
      DAVIS POLK & WARDWELL LLP
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 450-4000
      Facsimile: (212) 701-5800
      Email: greg.andres@davispolk.com
             antonio.perez@davispolk.com
             gina.cora@davispolk.com
             craig.cagney@davispolk.com
             luca.marzorati@davispolk.com

      Micah G. Block (SBN 270712)
      DAVIS POLK & WARDWELL LLP
      900 Middlefield Road, Suite 200
      Redwood City, California 94063
      Telephone: (650) 752-2000
      Facsimile: (650) 752-2111
      Email: micah.block@davispolk.com

      *Attorneys for Plaintiffs*
      *WhatsApp LLC and Meta Platforms, Inc.*

KING & SPALDING LLP

By: */s/ Joseph N. Akrotirianakis*
      Joseph N. Akrotirianakis
      Aaron S. Craig
      KING & SPALDING LLP
      633 West Fifth Street, Suite 1600
      Los Angeles, CA 90071
      Telephone: (213) 443-4355
      Email: jakro@kslaw.com
             acraig@kslaw.com

      *Attorneys for Defendants NSO Group*
      *Technologies Limited and Q Cyber*
      *Technologies Limited*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Greg D. Andres hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:   March 13, 2025                         */s/ Greg D. Andres*
                                                                  Greg D. Andres