# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] VERDICT FORM**<br><br>Trial Date: April 28, 2025<br>Time:　8:30 a.m.<br>Ctrm:　3<br>Judge:　Hon. Phyllis J. Hamilton |

Instructions: When answering the following questions and filing out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

In this verdict form, "WhatsApp" refers collectively to Plaintiffs WhatsApp LLC and Meta Platforms, Inc., and "NSO" refers collectively to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited.

**QUESTIONS AND ANSWERS**

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case:

**FINDINGS ON DAMAGES**

1. What amount of compensatory damages should NSO pay?

    $ _____ USD

2. (a) Has WhatsApp proven by clear and convincing evidence that NSO acted with malice, oppression, or fraud in violating the California Comprehensive Data Access and Fraud Act?

    _____ YES                _____ NO

   (b) If you answered "YES" to question 2(a), should punitive damages be imposed based on the factors set forth in Jury Instruction [●]?

    _____ YES                _____ NO

3. If you answered "YES" to questions 2(a) and 2(b) what is the amount of punitive damages that NSO should pay?

$ _____ USD

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the court personnel that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATE: _____

PRESIDING JUROR SIGNATURE: _____