Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>           Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>           Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLANTIFFS' MOTIONS** ***IN LIMINE***<br><br>Pretrial Conference Date: April 10, 2025<br>Time:   2 p.m.<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

I, Micah G. Block, declare as follows:

1. I am an attorney licensed to practice law in the state of California and am admitted to practice before this Court. I am a partner with the law firm of Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motions *in Limine*. I have personal knowledge of the facts set forth below, and I could and would competently testify to the following if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct excerpt of Defendants' Responses and Objections to Plaintiffs' Fifth Requests for Production, dated May 20, 2024.

3. Attached hereto as Exhibit 2 is a true and correct excerpt of the deposition transcript of Yaron Shohat, taken in this case on August 29, 2024.

4. Attached hereto as Exhibit 3 is a true and correct excerpt of the deposition transcript of Ramon Eshkar, taken in this case on August 27, 2024.

5. Attached hereto as Exhibit 4 is a true and correct excerpt of the deposition transcript of Sarit Bizinsky Gil, taken in this case on September 6, 2024.

6. Attached hereto as Exhibit 5 is a true and correct copy of the expert Report of Joshua J. Minkler, dated December 18, 2024.

7. Attached hereto as Exhibit 6 is a true and correct excerpt of the deposition transcript of Joshua J. Minkler, taken in this case on February 11, 2025.

8. Attached hereto as Exhibit 7 is a true and correct excerpt of a document titled "Transparency and Responsibility Report 2021," which was marked as Exhibit 2028 at the deposition of Yaron Shohat on August 29, 2024.

9. Attached hereto as Exhibit 8 is a true and correct excerpt of the deposition transcript of Carl Woog, taken in this case on August 14, 2024.

10. Attached hereto as Exhibit 9 is a true and correct copy of the expert Report of Col. Ty M. Shepard (Ret.), dated August 30, 2024.

11. Attached hereto as Exhibit 10 is a true and correct excerpt of the expert Report of Terrence McGraw, dated August 30, 2024.

12. Attached hereto as Exhibit 11 is a true and correct excerpt of the deposition transcript of Terrence McGraw, taken in this case on December 16, 2024.

13. Attached hereto as Exhibit 12 is a true and correct excerpt of the deposition transcript of Col. Ty M. Shepard (Ret.), taken in this case on November 21, 2024.

14. Attached hereto as Exhibit 13 is a true and correct excerpt of the deposition transcript of Susan Glick, taken in this case on September 9, 2024.

15. Attached hereto as Exhibit 14 is a true and correct excerpt of Defendants' Fourth Set of Requests for Production, dated April 22, 2024.

16. Attached hereto as Exhibit 15 is a true and correct excerpt of the expert Rebuttal Report of Terrence McGraw, dated September 21, 2024.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 13th day of March, 2025 in Redwood City, California.

By: /s/ *Micah G. Block*
Micah G. Block