Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                 Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>               Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFFS' MOTIONS *IN LIMINE***<br><br>Pretrial Conference Date: April 10, 2025<br>Time:   2 p.m.<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

1

**[PROPOSED] ORDER**

2    Upon consideration of Plaintiffs WhatsApp LLC ("WhatsApp") and Meta Platforms, Inc's

3 Motions *in Limine* seeking to preclude Defendants NSO Group Technologies Limited and Q Cyber

4 Technologies Limited (together, "NSO") from offering certain evidence, testimony, and argument at

5 trial, and finding that good cause exists, the Court hereby grants the following:

6    1. Plaintiffs' Motion *in Limine* No. 1 precluding evidence, testimony, and argument by NSO

7       regarding the alleged identities of its customers or prospective customers, including

8       governments or law enforcement, military, or intelligence agencies;

9    2. Plaintiffs' Motion *in Limine* No. 2 precluding evidence, testimony, and argument by NSO

10      that Pegasus is used or needed to investigate crime, including child sex exploitation and

11      terrorism;

12   3. Plaintiffs' Motion *in Limine* No. 3 precluding evidence, testimony, and argument by NSO

13      regarding its customer due diligence;

14   4. Plaintiffs' Motion *in Limine* No. 4 precluding evidence, testimony, and argument by NSO

15      regarding its lack of control over its customers;

16   5. Plaintiffs' Motion *in Limine* No. 5 precluding evidence, testimony, and argument by NSO

17      regarding the alleged insufficiency of WhatsApp's security measures;

18   6. Plaintiffs' Motion *in Limine* No. 6 precluding evidence, testimony, and argument by NSO

19      regarding the purported use of WhatsApp by bad actors, including characterizing the

20      WhatsApp users who were targeted in NSO's attacks as purported bad actors;

21   7. Plaintiffs' Motion *in Limine* No. 7 precluding evidence, testimony, and argument by NSO

22      regarding Plaintiffs' reputation; and

23   8. Plaintiffs' Motion *in Limine* No. 8 precluding expert testimony from Col. Ty Shepard and

24      Joshua J. Minkler, and testimony from any other NSO witness offering similar policy

25      opinions.

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS *IN LIMINE* CASE NO. 4:19-CV-07123-PJH

1  **IT IS SO ORDERED.**

2

3  Dated: _____          _____
                                        Honorable Phyllis J. Hamilton
4                                       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2