1  Greg D. Andres
2  Antonio J. Perez-Marques
   Gina Cora
3  Craig T. Cagney
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
7  Facsimile: (212) 701-5800
   Email:   greg.andres@davispolk.com
8           antonio.perez@davispolk.com
            gina.cora@davispolk.com
9           craig.cagney@davispolk.com
            luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   900 Middlefield Road, Suite 200
12 Redwood City, California 94063
   Telephone: (650) 752-2000
13 Facsimile:  (650) 752-2111
   Email:   micah.block@davispolk.com
14
15 *Attorneys for Plaintiffs WhatsApp Inc. and Facebook, Inc.*
16
17                   UNITED STATES DISTRICT COURT
18               FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                          OAKLAND DIVISION

20  WHATSAPP LLC and
    META PLATFORMS, INC., a Delaware         )  Case No. 4:19-cv-07123-PJH
21  corporation,                             )
                                             )
22                  Plaintiffs,              )  **CERTIFICATE OF SERVICE OF**
                                             )  **UNREDACTED DOCUMENTS SOUGHT**
23           v.                              )  **TO BE SEALED**
                                             )
24  NSO GROUP TECHNOLOGIES LIMITED           )
    and Q CYBER TECHNOLOGIES LIMITED,        )
25                                           )
                    Defendants.              )
26                                           )
27
28

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within-entitled action.

On March 13, 2025, I caused a true and correct copy of the following documents to be served via email:

PLAINTIFFS' MOTION *IN LIMINE*
[FILED UNDER SEAL]

EXHIBITS 2-5, 10-12, AND 15 TO DECLARATION OF MICAH G. BLOCK
IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE*
[FILED UNDER SEAL]

on the parties in this action addressed as follows on the service list below:

Joseph N. Akrotirianakis
Aaron S. Craig
Matt Noller
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Email:  jakro@kslaw.com
acraig@kslaw.com
mnoller@kslaw.com

*Attorneys for Defendants*

I declare under penalty of perjury that the above is true and correct.

Executed on March 13, 2025 at Hayward, California.

_____
Felicia Yu