# EXHIBIT A

| | |
|---|---|
| **From:** | Marzorati, Luca |
| **To:** | Joe Akrotirianakis; Aaron Craig; Perez-Marques, Antonio J. |
| **Cc:** | Block, Micah G.; Andres, Greg D.; EXT - Craig Cagney; Matt Noller; Matt Dawson |
| **Subject:** | RE: NSO and "Reputational Damages" |
| **Date:** | Wednesday, April 10, 2024 7:38:39 PM |
| **Attachments:** | image001.png |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Joe,

We have previously said we are not seeking to admit evidence of reputational harm or loss of goodwill to obtain money damages, and we have now confirmed that we are also not seeking to use such evidence to obtain equitable relief.  Nor do we intend to use such evidence to otherwise inject those issues into the litigation for any part of our case-in-chief. If you have other specific issues in mind as to which harm to Plaintiffs' reputation may be relevant, we are happy to discuss those issues.

We reserve all rights in the event NSO makes some argument that in fairness requires us to raise these issues in response, but we are not aware of any such issues at this time.

Thanks,
Luca
**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.