# EXHIBIT O

Exhibit O will be filed manually