UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Action Filed: 10/29/2019 |

[PROPOSED] ORDER                                                                                       Case No. 4:19-cv-07123-PJH

Having considered the Administrative Motion to File Under Seal filed by NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Declaration of Aaron S. Craig in Support of Administrative Motions to Seal filed concurrently with Defendants' Trial Brief and Defendants' Motions in Limine | Indicated portions of paragraphs: 2-10, 12 | Refers to Defendants' highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Defendants' Trial Brief ("Trial Brief")<br><br>(Exhibit 1 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | Indicated portions in yellow of pages: 1-4, 11, 17 | Refers to Defendants' highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Defendants' Motions in Limine ("Motions in Limine")<br><br>(Exhibit 2 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | Indicated portions in yellow of pages: 14-17 | Refers to Defendants' highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Declaration of Joseph N. Akrotirianakis in Support of Defendants' Trial Brief and Defendants' Motions in Limine ("Akrotirianakis Decl.")<br><br>(Exhibit 3 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | Paragraph 16 | Refers to Defendants' highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibits J to the Declaration of Joseph N. Akrotirianakis in Support of the Trial Brief and Motions in Limine ("Akrotirianakis Decl.")<br><br>(Exhibit 3 to the Declaration of Aaron S. | All | Refers to Defendants' highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' |

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Craig in Support of Defendants' Administrative Motions) | | Eyes Only" |
| Exhibits M to the Declaration of Joseph N. Akrotirianakis in Support of the Trial Brief and Motions in Limine ("Akrotirianakis Decl.") <br><br> (Exhibit 3 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | All | Refers to Defendants' highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |

**IT IS SO ORDERED.**

DATED: _____

                         THE HONORABLE PHYLLIS J. HAMILTON
                         SENIOR UNITED STATES DISTRICT JUDGE