JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Pretrial Conference Date: April 10, 2025<br>Time: 2:00 p.m.<br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(f)(3), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, "Defendants") move the Court to consider whether certain portions of Defendants' Trial Brief ("Trial Brief"), Defendants' Motions in Limine ("Motions in Limine"), and Exhibits C through G, K, and L attached to the Declaration of Joseph N. Akrotirianakis in Support of the Trial Brief and the Motions in Limine ("Akrotirianakis Declaration") should be sealed. Unredacted versions of the Trial Brief, the Motions in Limine, and the Exhibits to the Akrotirianakis Declaration are attached as Exhibits 1, 2 and 3 to the declaration of Aaron S. Craig to in Support of Defendants Administrative Motion to File Under Seal and Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Craig Declaration").

Portions of the Trial Brief, the Motions in Limine, and Exhibits C through G, K, and L to the Akrotirianakis Declaration thereto, contain, refer to, or derive from, materials that have been designated by Plaintiffs as "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the Action. Accordingly, Defendants move the Court to consider whether those exhibits and the references to them in the Trial Brief and Motions in Limine (Craig Decl. Exhs. 1-3) should be sealed.  See N.D. Cal. Civil L.R. 79-5(f). Defendants reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

Dated: March 13, 2025

KING & SPALDING LLP

By: */s/ Aaron S. Craig*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG
*Attorneys for Defendants*