UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed: 10/29/2019 |

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Defendants' Trial Brief ("Trial Brief") (Exhibit 1 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | Indicated portions in green of pages: 4-5, 7 10 | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Defendants' Motions in Limine ("Motion in Limine") (Exhibit 2 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | Indicated portions in green of pages: 2, 7, 11, 17 | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibit C to the Declaration of Joseph N. Akrotirianakis in Support of the Trial Brief and Motions in Limine ("Akrotirianakis Decl.") (Exhibit 3 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | All | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibit D to the Declaration of Joseph N. Akrotirianakis in Support of the Trial Brief and Motions in Limine ("Akrotirianakis Decl.") (Exhibit 3 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | All | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibit E to the Declaration of Joseph N. Akrotirianakis in Support of the Trial Brief and Motions in Limine ("Akrotirianakis Decl.") (Exhibit 3 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | All | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibit F to the Declaration of Joseph N. Akrotirianakis in Support of the Trial Brief and Defendants' Motions in | All | Refers to materials designated by Plaintiffs as "Highly Confidential - |

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Limine ("Akrotirianakis Decl.")<br><br>(Exhibit 3 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | | Attorneys' Eyes Only" |
| Exhibits G to the Declaration of Joseph N. Akrotirianakis in Support of the Trial Brief and Defendants' Motions in Limine ("Akrotirianakis Decl.")<br><br>(Exhibit 3 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | All | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibits K to the Declaration of Joseph N. Akrotirianakis in Support of the Trial Brief and Motions in Limine ("Akrotirianakis Decl.")<br><br>(Exhibit 3 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | All | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |
| Exhibits L to the Declaration of Joseph N. Akrotirianakis in Support of the Trial Brief and Motions in Limine ("Akrotirianakis Decl.")<br><br>(Exhibit 3 to the Declaration of Aaron S. Craig in Support of Defendants' Administrative Motions) | All | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE