# EXHIBIT H

PageVault

| | |
|---|---|
| Document title: | Bihar: Three, including a journalist, arrested with explosives, Naxal literature recovered |
| Capture URL: | https://www.opindia.com/2019/06/bihar-three-including-a-journalist-arrested-with-explosives-naxal-literature-recovered/ |
| Page loaded at (UTC): | Tue, 11 Mar 2025 23:30:46 GMT |
| Capture timestamp (UTC): | Tue, 11 Mar 2025 23:31:24 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | hcDU89Wa9JVDxRxc2jQYuJ |
| Display Name: | BDukes |

PDF REFERENCE #:    moUyf4LSobD7pCft8z6idH



POLITICS    OPINIONS    FACT-CHECK    MEDIA    VARIETY    SPECIALS    MORE...    SUPPORT US    हिन्दी में    ગુજરાતીમાં



**Gene Hackman's Net Worth Left His Family In Tears**
Vetob

OPEN

Home › News Reports › Bihar: Three, including a journalist, arrested with explosives, Naxal literature recovered    Updated: 9 June, 2019

News Reports

# Bihar: Three, including a journalist, arrested with explosives, Naxal literature recovered

*The Police had information that Rupesh was delivering explosives for his organisation Maoist Communist Centre(MCC) which eventually merged into Communist Party of India (Maoist)*

9 June, 2019                                                                                                OpIndia Staff



*Shrinking Left-wing extremism (Representational image)*

    



**Struggling With Short Drives? Try This Simple 15-...**
Performance Golf

Bihar and Bokaro Police conducted a joint raid in a house in Sector 12A Bokaro Steel City and recovered laptops, Naxal literature and other incriminating evidence. On Friday, independent journalist Rupesh Kumar Singh along with his two associates Mithilesh Kumar and Mohammad Kalam were arrested by Bihar Police in Bhagalpur's Dobhi region.

As per reports, on Friday, the trio was arrested and huge quantity of explosives and Naxal literature was recovered from their car when they were on their way to

- Advertisement -



**How To Stay Down And Compress The Golf Ball...**
Performance Golf

≡ Read all the latest news

**Latest News** ━━━

 After targeting vulnerable Hindus, Christian missionaries embark on "Mission Muslim": Evangelicals in UP intensify efforts to convert Muslims to Christianity

 Mahakumbh: Uttar Pradesh CM Yogi shares story of boatman earning Rs 30 crores during the historic event

 'Punjab can't be a dharna state': AAP, which supported farmers' dharna at Delhi border, now hits out at farmers for organising a dharna in...

 India's historic breakthrough: Extreme poverty nearly eradicated, sharpest inequality decline in decades, reveals new study

 Serbian Parliament witnesses chaotic scenes as opposition politicians hurl smoke grenades and tear gas inside the house, several politicians injured



POLITICS   OPINIONS   FACT-CHECK   MEDIA   VARIETY   SPECIALS   MORE...   SUPPORT US   हिन्दी में   ગુજરાતીમાં

Stoti City and recovered laptops, Naxal literature and other incriminating evidence.

On Friday, the same Rupesh Kumar Singh along with his associates Mithilesh Kumar and Mohammad Kalam were arrested by Bihar Police in Bhagalpur's Dobhi region.

As per reports, on Friday, the trio was arrested and huge quantity of explosives and Naxal literature was recovered from their car when they were on their way to Chhakarbandha. As per the police, they were on their way to deliver the explosives to the Naxals. 15 bundles of detonators and 32 gelatin rods were recovered.

As per DCP Ravish Kumar, Rupesh who was arrested along with Mithilesh Kumar and the driver Mohammad Kalam were all residents of Ramgadh (Jharkhand). The Police had information that Rupesh was delivering explosives for his organisation Maoist Communist Centre(MCC) which eventually merged into Communist Party of India (Maoist). The Police increased the security and upon checking the vehicle, found explosives in the car. As per Police, Rupesh confessed working for MCC. He was also an Editor of a magazine 'Lal Singh Mati' published in Jharkhand.


Serbian Parliament witnesses chaotic scenes as opposition politicians hurl smoke grenades and tear gas inside the house, several politicians injured


Bangladesh: Nephew of Hamid Mia attempts to encroach land of Hindu family, attacks with sharp weapon on resisting


China, Canada retaliate to US tariffs by announcing counter-tariffs on US goods, Mexico prepares a backup plan


Madhya Pradesh: Waqf Board lays claim to Hindu-majority village including Shivling; villagers outrage


Muhammad Yunus lies through his teeth about 'law and order' situation in Bangladesh during BBC interview, human rights report exposes him

West Bengal: BJP challenges TMC's Voter Roll purge claim, accuses it of removing names of Hindu refugees, linguistic minorities




Struggling With Short Drives? Try This Simple 15-...
Performance Golf



| TOPICS | Bihar | Explosives | Journalist | Left Wing | Left Wing Terrorism | Naxal | Urban Naxals |

**OpIndia Staff**
https://www.opindia.com
Staff reporter at OpIndia

Subscribe to our Newsletter

Each morning, get an email to keep updated with all the news, opinions and analysis published by OpIndia.



Document title: Bihar: Three, including a journalist, arrested with explosives, Naxal literature recovered
Capture URL: https://www.opindia.com/2019/06/bihar-three-including-a-journalist-arrested-with-explosives-naxal-literature-recovered/
Capture timestamp (UTC): Tue, 11 Mar 2025 23:31:24 GMT                                                                                Page 2 of 5

   

Share on :

More

## Related Articles

Naxals behead man in Bihar, hide bombs in his body and throw it near temple

14 August, 2018

As Rana Ayyub laments the arrest of six 'journalists': Here are details of their anti-India activities that the propagandist would not talk about

4 October, 2023

Naxals cut throat of tribal woman in Bihar for refusing to join them

4 September, 2018

Subscribe to our Newsletter

Each morning, get an email to keep updated with all the news, opinions and analysis published by OpIndia.

Enter your email address:

Subscribe

Browse by months

Select Month

Search for
1. ELON MUSK'S TOP 5 CRYPTOS
2. VALUE OF MY USED CAR
3. FREE LOCAL DATING
4. TOP 3 STOCKS TO BUY
5. WATCH LIVE STREAMING
6. PERSONAL LOANS WITH MONTHLY
7. EMERGENCY CASH ASSISTANCE
Ad | Popular Trends




Naxals cut throat of tribal woman in Bihar for refusing to join them
- 5 September, 2018



Enter your email address:

Subscribe

## Trending now



News Reports

**After targeting vulnerable Hindus, Christian missionaries embark on "Mission Muslim": Evangelicals in UP intensify efforts to convert Muslims to Christianity**

Shraddha Pandey - 4 March, 2025

The Christian Missionaries in UP have set their eyes on a new target: vulnerable Muslims, who could be lured into eschewing their faith for Christianity.



India's historic breakthrough: Extreme poverty nearly eradicated, sharpest inequality decline in decades, reveals new study
4 March, 2025



China, Canada retaliate to US tariffs by announcing counter-tariffs on US goods, Mexico prepares a backup plan
4 March, 2025



News Reports

**'Punjab can't be a dharna state': AAP, which supported farmers' dharna at Delhi border, now hits out at farmers for organising a dharna in...**

OpIndia Staff - 4 March, 2025

The farmers have organised a "Chandigarh Chalo" protest on 5th March against Punjab government. Bhagwant Mann wanted them to withdraw the protest but they refused.



Bangladesh: Nephew of Hamid Mia attempts to encroach land of Hindu family, attacks with sharp weapon on resisting
4 March, 2025

Muhammad Yunus lies through his teeth about 'law and order' situation in Bangladesh during BBC interview, human rights report exposes him
4 March, 2025

### Browse by months

Select Month



## ABOUT US

News and opinion website that brings you reports and narrative from a perspective often ignored or suppressed by the mainstream media of India.

Contact: info@opindia.com

## FOLLOW US



Subscribe

Browse by months

Select Month

## Trending now



News Reports

**After targeting vulnerable Hindus, Christian missionaries embark on "Mission Muslim": Evangelicals in UP intensify efforts to convert Muslims to Christianity**

Shraddha Pandey - 4 March, 2025

The Christian Missionaries in UP have set their eyes on a new target: vulnerable Muslims, who could be lured into eschewing their faith for Christianity.



**India's historic breakthrough: Extreme poverty nearly eradicated, sharpest inequality decline in decades, reveals new study**

4 March, 2025



**China, Canada retaliate to US tariffs by announcing counter-tariffs on US goods, Mexico prepares a backup plan**

4 March, 2025

News Reports

**'Punjab can't be a dharna state': AAP, which supported farmers' dharna at Delhi border, now hits out at farmers for organising a dharna in…**

OpIndia Staff - 4 March, 2025

The farmers have organised a "Chandigarh Chalo" protest on 5th March against Punjab government. Bhagwant Mann wanted them to withdraw the protest but they refused.



**Bangladesh: Nephew of Hamid Mia attempts to encroach land of Hindu family, attacks with sharp weapon on resisting**

4 March, 2025



**Muhammad Yunus lies through his teeth about 'law and order' situation in Bangladesh during BBC interview, human rights report exposes him**

4 March, 2025



