# Exhibit L

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**