| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
| | *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741) |
| | *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP |
| | 633 West Fifth Street, Suite 1600 |
| 4 | Los Angeles, CA 90071 |
| | Telephone:   (213) 443-4355 |
| 5 | Facsimile:   (213) 443-4310 |
| 6 | Attorneys for Defendants NSO GROUP TECHNOLOGIES |
| | LIMITED and Q CYBER TECHNOLOGIES LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>         Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>         Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Pretrial Conference Date:  April 10, 2025<br>Time:  2:00 p.m.<br>Ctrm:  3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date:  April 28, 2025<br><br>Action Filed:  10/29/2019 |

# CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the county of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction this service was made. My business address is 633 West Fifth Street, Suite 1600, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the within action.

On March 13, 2025, I served the following documents in the manner described below:

1. DECLARATION OF AARON S. CRAIG IN SUPPORT OF (1) DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; AND (2) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [UNREDACTED]
2. EXHIBIT 1 DEFENDANTS' TRIAL BRIEF [UNREDACTED]
3. EXHIBIT 2 DEFENDANTS' MOTIONS IN LIMINE NOS. 1-10 [UNREDACTED]
4. EXHIBIT 3 DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE AND TRIAL BRIEF;
5. AND EXHIBITS

[X] BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 13, 2025, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kathryn Bell-Taylor*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kathryn Bell-Taylor

## SERVICE LIST

Counsel for Plaintiffs:

Greg D. Andres (greg.andres@davispolk.com)
Craig T. Cagney (craig.cagney@davispolk.com)
Antonio J. Perez- Marques (antonio.perez@davispolk.com)
**DAVIS POLK & WARDWELL LLP** (fb.nso@davispolk.com)
450 Lexington Avenue
New York, New York 10017

Micah G. Block (micah.block@davispolk.com)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California 94025