# EXHIBIT B

| | |
|---|---|
| **From:** | EXT - Luca Marzorati |
| **To:** | Aaron Craig; EXT - fb nso |
| **Cc:** | Joe Akrotirianakis; Matt Dawson; Matt Noller |
| **Subject:** | RE: Draft joint verdict form -- KS Edits |
| **Date:** | Wednesday, March 12, 2025 10:23:30 AM |
| **Attachments:** | image001.png<br>DRAFT PLS [Proposed] Verdict Form.docx<br>Comparison Redline - DRAFT PLS Proposed Verdict Form (KS markup) and DRAFT PLS [Proposed] Verdict Form-99659391-v12.pdf |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Aaron,

We've attached a revised proposed draft of the verdict form, which remains subject to our client's review.

Plaintiffs no longer intend to seek disgorgement, and believe that a simple verdict form is appropriate for Plaintiffs' request for compensatory damages.

Cal. Penal Code § 502(e)(4) does not impose a standalone requirement that Plaintiffs prove that Defendants' conduct was "willful."  *See* Cal. Penal Code § 502(e)(4) (requiring plaintiff to "prove[] by clear and convincing evidence that a defendant has been guilty of oppression, fraud, or malice").  We have not located, and you have not provided, any support for that proposition, whether in case law or precedent jury instructions or verdict forms.  If you have any basis for adding this additional requirement, please provide it to us.

For the avoidance of doubt, Plaintiffs oppose Defendants' request for a bifurcated trial.

Thanks,
Luca

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Friday, March 7, 2025 1:38 PM
**To:** fb.nso <fb.nso@davispolk.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>; Matt Noller <MNoller@KSLAW.com>
**Subject:** Draft joint verdict form -- KS Edits

Micah et al.,

Attached are our proposed edits to your joint verdict form.  We are still discussing internally questions 1 and 2 and are happy to confer with you at your convenience.

---

**Aaron Craig**
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

King & Spalding


kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error.  Click here to view our Privacy Notice.