# EXHIBIT O

1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11 | WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH
12 | and FACEBOOK, INC., a Delaware corporation, | **MANUAL FILING NOTIFICATION**
13 |                     Plaintiffs,    |
14 |             v.                     | Action Filed: 10/29/2019
15 | NSO GROUP TECHNOLOGIES LIMITED
16 | and Q CYBER TECHNOLOGIES LIMITED,
17 |                     Defendants.

# MANUAL FILING NOTIFICATION

Regarding: Exhibit O to the Declaration of Joseph N. Akrotirianakis in Support of Defendants' Motions in Limine and Trial Brief.  Dkt. No. 600 and 601.

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

Dated: March 14, 2025

KING & SPALDING LLP

By: */s/ Joseph N. Akrotirianaki*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG

*Attorneys for Defendants*
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.