# EXHIBIT O

JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
  *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**MANUAL FILING NOTIFICATION**<br><br>Action Filed:   10/29/2019 |

## MANUAL FILING NOTIFICATION

Regarding: Exhibit O to the Declaration of Joseph N. Akrotirianakis in Support of Defendants' Motions in Limine and Trial Brief. Dkt. No. 600 and 601.

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

Dated: March 14, 2025

KING & SPALDING LLP

By: */s/ Joseph N. Akrotirianaki*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG

*Attorneys for Defendants*
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.