1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

7
                      UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                            OAKLAND DIVISION
10

11 | WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
12 | and FACEBOOK, INC., a Delaware corporation, | **NOTICE RE PUBLIC FILINGS OF DEFENDANTS' TRIAL BRIEF AND MOTIONS IN LIMINE [DKT. NOS. 600, 601]** |
13 | Plaintiffs, | |
14 | v. | Judge:   Hon. Phyllis J. Hamilton |
15 | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:   10/29/2019 |
17 | Defendants. | |

TO THE COURT AND TO PLAINTIFFS AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT Docket Nos. 600 and 601, filed today, correct the ECF "events" for case related materials (redacted versions of Defendants' trial brief, motions in limine, and the declaration of Joseph N. Akrotirianakis and exhibits in support) that were timely filed and served by Defendants on March 13, 2025, as part of Docket No. 598. Defendants apologize for any confusion this may have caused.

DATED: March 14, 2025

KING & SPALDING LLP

By: /s/Aaron S. Craig
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG
    Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED