JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
  *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>      Plaintiffs,<br>  v.<br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>      Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed: 10/29/2019 |

# CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the county of Santa Clara, State of California., in the office of a member of the bar of this Court, at whose direction this service was made. My business address is 245 Lytton Avenue, Suite 150, Palo Alto, California 94301. I am over the age of eighteen years and not a party to the within action.

On March 14, 2025, I served the following documents in the manner described below:

- **EXHIBIT O TO THE DECLARATION OF JOSEPH N. AKROTIRIANAKIS [USB DRIVE]**

☒ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

on the following parties in this action:

Micha G. Block
DAVIS POLK & WARDELL LLP
1600 El Camino Real
Menlo Park, California 94025
Email: micah.block@davispolk.com

*Counsel for Plaintiffs*

I declare penalty of perjury that the foregoing is true and correct. Executed on March 14, 2025, at Palo Alto, California.

*[signature]*
Shaina K. Butler