UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Action Filed: 10/29/2019 |

This Court, having considered the Administrative Motion to File Under Seal submitted by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"), and the Declaration of Aaron S. Craig filed in support thereof IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents WILL BE SEALED, as follows:

| Document | Portion(s) to Seal |
|---|---|
| Declaration of Aaron S. Craig in Support of Defendants' Opposition to Plaintiffs' Motion for Permanent Injunction | Indicated portions of paragraphs: 2-11, 13 |
| Defendants' Opposition to Plaintiffs' Motion for Permanent Injunction ("Defendants' Opposition) | Indicated portions of pages: 2, 3, 15 |
| Declaration of Yaron Shohat in Support of Defendants' Opposition | Indicated portions of paragraphs: 6, 7 |
| Exhibit A to the Declaration of Joshua J. Minkler in Support of Defendants' Opposition | Indicated portions of paragraphs: 29, 30, 33 |

To the extent it is necessary in future court filings in this case for the parties to make reference to the sealed content of the Sealed Documents, those matters may also be filed under seal pursuant to this Order.

**IT IS SO ORDERED.**

DATED: _____

                              THE HONORABLE PHYLLIS J. HAMILTON
                              SENIOR UNITED STATES DISTRICT JUDGE