JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
*acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed:   10/29/2019 |

# CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the county of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction this service was made. My business address is 633 West Fifth Street, Suite 1600, Los Angeles, California 90071.  I am over the age of eighteen years and not a party to the within action.

On March 14, 2025, I served the following documents in the manner described below:

1. **DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED' ADMINISTRATIVE MOTION TO FILE UNDER SEAL [UNREDACTED];**

2. **DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION [UNREDACTED];**

3. **DECLARATION OF YARON SHOHAT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION [UNREDACTED]; AND**

4. **DECLARATION OF JOSHUA J. MINKLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND EXHIBIT A [UNREDACTED]**

[X]   BY ELECTRONIC SERVICE:  By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

## SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 14, 2025, at Los Angeles, California.

_____
MINA TUNSON

**SERVICE LIST**

Counsel for Plaintiffs:

Greg D. Andres (greg.andres@davispolk.com)
Craig T. Cagney (craig.cagney@davispolk.com)
Antonio J. Perez- Marques (antonio.perez@davispolk.com)
**DAVIS POLK & WARDWELL LLP** (fb.nso@davispolk.com)
450 Lexington Avenue
New York, New York 10017

Micah G. Block (micah.block@davispolk.com)
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road
Redwood City, CA 94063