# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [RE DOCKET NO. 592]**<br><br>Action Filed: 10/29/2019 |

1  Having considered the Administrative Motion to Seal ("the Motion") filed by Plaintiffs
2  WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), IT IS HEREBY ORDERED that the
3  Motion is GRANTED IN PART and the following documents WILL REMAIN SEALED, as
4  follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Plaintiffs' Motions *in Limine* [Dkt. 592-3] | Highlighted portions on page 2, page 7, and page 15 (lines 23-24 only) | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 2 to the Declaration of Micah G. Block in Support of Plaintiffs' Motions *in Limine* ("Block Declaration") [Dkt. 592-4], Deposition Transcript of Yaron Shohat | All | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 3 to the Block Declaration, Deposition Transcript of Ramon Eshkar | 154:1-8; 155:11-157:28; 270:1-23 | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 4 to the Block Declaration, Deposition Transcript of Sarit Bizinsky Gil | 131:10-133:25 | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 5 to the Block Declaration, Expert report of Joshua Minkler | Paragraphs 29, 30 and 33 | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 11 to the Block Declaration, Deposition Transcript of Terrence McGraw | 298:15-299:7 | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' |

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| | | Eyes Only" |
| Exhibit 12 to the Block Declaration, Deposition Transcript of Col. Ty Shepard | 66:1-12, 68:19-73:25; 90:1-93:25; 114:1-116:7; 116:12-117:25; 242:6-245:12; 278:1-12; 279:5-22; 280:18-25; 282:6-21; 283:18-22; 304:20-23; 305:7-10 | Refers to certain highly confidential operations of the United States government and foreign governments to combat terrorism, human trafficking and organized crime, the disclosure of which would jeopardize the national security interests of the United States and foreign governments. |

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER            Case No. 4:19-cv-07123-PJH