| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
|   | *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741) |
|   | *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP |
|   | 633 West Fifth Street, Suite 1700 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 443-4355 |
| 5 | Facsimile: (213) 443-4310 |
| 6 | Attorneys for Defendants |
|   | NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | **DECLARATION OF MATTHEW H. DAWSON IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | Action Filed: 10/29/2019 |

I, Matthew H. Dawson, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal filed concurrently herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the unredacted version of Defendants' Opposition to Plaintiffs' Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault (the "Opposition").

4. Attached hereto as **Exhibit 2** is a true and correct copy of the unredacted version of the Declaration of Aaron S. Craig in Support of the Opposition (the "Craig Declaration") and Exhibits A, B, C, D, E, F, G, H, I, and J thereto.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the unredacted version of the Declaration of Yifa Idisis in Support of the Opposition (the "Idisis Declaration").

6. The yellow highlighted portions of the Opposition and the Ididis Declaration contain sensitive confidential non-public financial and technical information of Defendants, including information about Defendants' research and development expenditures, profit margins, financial record keeping, and affiliated entities, as well as the technical capabilities of Defendants' products and technology solutions. The public disclosure of this information would harm Defendants competitively.

7. The green highlighted portions of the Opposition, and Exhibits B, C, D, F, G, H, I and J to the Craig Declaration contain materials designated by Plaintiffs as confidential. These are the subject of a separately filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Local Rule 79-5(f).

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th
2  day of March 2025, at San Francisco, California.

_____
MATTHEW H. DAWSON