JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F)**<br><br>Action Filed:  10/29/2019 |

TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") move the Court to consider whether certain indicated (green highlighting) portions of Defendants' Opposition to Plaintiffs' Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault (the "Opposition"), certain indicated (green highlighting) portions of Paragraphs 8 and 9 of the declaration of Aaron S. Craig; and exhibits B-D and F-J to the Declaration of Aaron S. Craig in support of the Opposition ("Craig Declaration") (collectively, the "Sealed Materials") should be sealed.

Plaintiffs WhatsApp LLC, f/k/a WhatsApp Inc. ("WhatsApp"), and Meta Platforms, Inc., f/k/a Facebook, Inc. ("Facebook" and, collectively, "Plaintiffs") designated the information set forth in the Sealed Materials as "Highly Confidential - Attorney's Eyes Only" under the Stipulated Protective Order (Dkt. No. 132). Accordingly, under the terms of the Stipulated Protective Order, Defendants must file the Sealed Materials under seal and redact the portions of the Opposition and the Craig Declaration that quote or reference the exhibits.

Accordingly, Defendants now move the Court to consider whether the Sealed Materials should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Defendants take no position as to whether the Sealed Materials satisfy the requirements for sealing. They reserve the right to challenge any confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

1  DATED: March 20, 2025

KING & SPALDING LLP

By: <u>/s/ Aaron S. Craig</u>
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG

    Attorneys for Defendants NSO GROUP
    TECHNOLOGIES LIMITED and Q
    CYBER TECHNOLOGIES LIMITED

DEFENDANTS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

2

Case No. 4:19-cv-07123-PJH