JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF GREGORY A. PINSONNEAULT**<br><br>**FILED UNDER SEAL**<br><br>**[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]**<br><br>Action Filed:   10/29/2019 |

I, Aaron S. Craig, declare as follows:

1.      I am a member of the California State Bar and the bar of this court.  I am a partner in the law firm of King & Spalding LLP and counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action.  I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2.      I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault.

3.      Attached hereto as **Exhibit A** is a copy of excerpts from the transcript of the September 9, 2024 deposition of Plaintiff WhatsApp Inc.'s ("WhatsApp") former Public Policy Manager, Susan Glick.

4.      Attached hereto as **Exhibit B** is a copy of excerpts from the transcript of the September 20, 2024 deposition of WhatsApp's Director of Product Management and former Head of WhatsApp Customer Operations, Aashin Gautam.

5.      Attached hereto as **Exhibit C** is a copy of excerpts from the transcript of the August 16, 2024 deposition of Plaintiffs' Federal Rule of Civil Procedure 30(b)(6) designee, Claudiu Gheorghe.

6.      Attached hereto as **Exhibit D** is a copy of excerpts from the transcript of the August 20, 2024 deposition of Plaintiff Meta Platforms, Inc. (f/k/a Facebook, Inc.) security engineer, Cortney Padua.

7.      Attached hereto as **Exhibit E** is a copy of excerpts from the transcript of the November 20, 2024 deposition of Gregory A. Pinsonneault.

8.      Attached hereto as **Exhibit F** is a copy of Trial Exhibit A-1026, which includes an

9.      Attached hereto as **Exhibits G, H, I and J** are copies of Trial Exhibits A-1775 through A-1778, inclusive, showing ███████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of March 2025, at Los Angeles, California.

           */s/ Aaron S. Craig*
              AARON S. CRAIG

# Exhibit A

In the Matter of:

**WhatsApp Inc.**

**vs**

**NSO Group Technologies Limited et al.**

---

**SUSAN GLICK**

***September 09, 2024***

---



Case 4:19-cv-07123-PJH    Document 610-1    Filed 03/20/25    Page 6 of 30
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3228
SUSAN GLICK on 09-09-2024                                                 Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4   WHATSAPP INC., a Delaware    )
    corporation, and FACEBOOK,   )
5   INC., a Delaware corporation,)
                                 )
6            Plaintiffs,         )
                                 )
7   vs.                          )Case No. 4:19-CV-07123-PJH
                                 )
8   NSO GROUP TECHNOLOGIES       )
    LIMITED and Q CYBER          )
9   TECHNOLOGIES LIMITED,        )
                                 )
10           Defendants.         )
    _____)

11

12

13        VIDEOTAPED DEPOSITION OF SUSAN GLICK

14            MONDAY, SEPTEMBER 9, 2024

15             9:28 A.M. to 3:00 P.M.

16  _____

17            Taken by the Defendants
                at K&L Gates, LLP
18      301 Hillsborough Street, Suite 1200
            Raleigh, North Carolina 27603

19

20

21

22

23

24

25     Reported by: Sophie Brock, RPR, RMR, RDR, CRR

WhatsApp Inc. vs NSO Group Technologies Limited et al.
SUSAN GLICK on 09-09-2024

Job 3228
Page 2

```
1                    A P P E A R A N C E S

2   ON BEHALF OF THE PLAINTIFFS:

3                  DAVIS POLK & WARDWELL LLP
                   450 Lexington Avenue
4                  New York, New York 10017
                   Telephone: (212) 450-4724
5                  By:   GREG D. ANDRES, ESQ.
                         greg.andres@davispolk.com
6                        ESTHER C. TOWNES, ESQ.
                         esther.townes@davispolk.com
7

8   ON BEHALF OF THE DEFENDANTS:

9                  KING & SPALDING
                   633 West 5th Street, Suite 1600
10                 Los Angeles, California 90071
                   Telephone: (213) 443-4313
11                 By:   JOSEPH N. AKROTIRIANAKIS, ESQ.
                         jakro@kslaw.com
12                       AARON S. CRAIG, ESQ.
                         acraig@kslaw.com
13

14

15  ALSO PRESENT:

16                 Tyler Smith - In-house counsel, Meta

17                 Chaim Gelfand - Q Cyber and NSO Group
    Technologies
18

19

20  VIDEOGRAPHER:

21                 Kerri-Ann Pisano

22

23

24

25
```

Case 4:19-cv-07123-PJH    Document 610-1    Filed 03/20/25    Page 8 of 30    Job 3228
WhatsApp Inc. vs NSO Group Technologies Limited et al.
SUSAN GLICK on 09-09-2024                                                            Page 5

1              P R O C E E D I N G S

2                  THE VIDEOGRAPHER:  On record at

3      9:28 a.m.

4                  Today's date is September 9th, 2024.

5                  This is the deposition of Susan Glick in the

6      matter of WhatsApp Inc. v. NSO Group Technologies

7      Limited, et al., in the United States District Court

8      for the Northern District of California.  Civil Action

9      No. 4:19-cv-07123-PJH.

10                  Counsel, please introduce yourselves, after

11     which our court reporter will swear in the witness.

12                      MR. AKROTIRIANAKIS:  Good morning.  Joe

13     Akrotirianakis and Aaron Craig on behalf of NSO Group

14     and Q Cyber.  And also with us in the room is Chaim

15     Gelfand from Q Cyber and NSO.

16                      MR. ANDRES:  Greg Andres and Esther

17     Townes from Davis Polk for the plaintiff WhatsApp and

18     Meta, and also with us is Tyler Smith, who's in-house

19     at Meta.  Thank you.

20                  (Continued on the following page.)

21

22

23

24

25

Case 4:19-cv-07123-PJH    Document 610-1    Filed 03/20/25    Page 9 of 30
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3228
SUSAN GLICK on 09-09-2024                                              Page 6

 1    Whereupon,

 2                        SUSAN GLICK,

 3          having first been duly sworn/affirmed,

 4            was examined and testified as follows:

 5          EXAMINATION BY COUNSEL FOR THE DEFENDANTS

 6    BY MR. AKROTIRIANAKIS:

 7          Q.  Good morning, Ms. Glick.  How are you today?

 8          A.  I'm good.  Thank you.

 9          Q.  All right.  I'm Joe Akrotirianakis.  I am an

10    attorney for NSO Group in this case.  Okay?

11              I've reviewed your LinkedIn profile to get

12    ready for today.  Is that something that you wrote

13    yourself?

14          A.  Yes.

15          Q.  And you keep it updated?

16          A.  Yeah, from time to time.

17          Q.  It looks like you must have updated it

18    recently, since you're in your new job for just two

19    months; right?

20          A.  Correct.

21          Q.  Okay.  Was it accurate as of the time you

22    last updated it?

23          A.  To the best of my own knowledge, yes.

24          Q.  Okay.  Do you know approximately when that

25    was?

Case 4:19-cv-07123-PJH    Document 610-1    Filed 03/20/25    Page 10 of 30
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3228
SUSAN GLICK on 09-09-2024                                                 Page 64

 1              And my question for you is was that a

 2     concern to WhatsApp?

 3                     MR. ANDRES:  Objection.  Asked and

 4     answered.

 5                     THE WITNESS:  Of the names that we were

 6     able to identify, the concern, and the categories of

 7     people who that was, didn't encapsulate criminals, to

 8     the best of my knowledge, except for a handful that we

 9     wanted to check to see if they were on any kind of

10     sanctions or antiterrorism list.

11     BY MR. AKROTIRIANAKIS:

12         Q.  Okay.  So did you ultimately -- let me state

13     that better.

14              Did WhatsApp ultimately notify the 1,470

15     WhatsApp users?

16         A.  We ultimately sent out a notification.

17         Q.  Did WhatsApp ultimately notify the 1,470

18     WhatsApp users?

19         A.  I don't know.

20         Q.  Who would know?

21         A.  I don't know.

22         Q.  Let me ask a basic question.  What is your

23     understanding of why WhatsApp chose to notify the

24     1,470 WhatsApp account-holders?

25         A.  We wanted to make them aware that their

1    phones may have been compromised.

2        Q.  Any other reasons?

3        A.  Not that I can recall.

4        Q.  And why is it that you wanted to notify these

5    1,470 WhatsApp users that their phones may have been

6    compromised?

7        A.  Because WhatsApp is a private messaging

8    platform, and when a messaging platform gets hacked,

9    you generally owe it to your users to let them know

10   that they may have been the victim of a hack.

11       Q.  What's the basis of that general belief?

12       A.  That when you're in the business of private

13   messaging, you're in the business of helping people

14   keep their information private and secure.

15       Q.  Even if those people are abusing the platform

16   in order to engage in criminal activity?

17       A.  Which people?

18       Q.  The users.

19       A.  WhatsApp believed that people who are using

20   their platform had a right to private messaging.

21       Q.  Including criminals using the platform to

22   facilitate criminal activity?

23            MR. ANDRES:  Objection.  Asked and

24   answered.

25            THE WITNESS:  Answered.

Case 4:19-cv-07123-PJH    Document 610-1    Filed 03/20/25    Page 12 of 30
WhatsApp Inc. vs NSO Group Technologies Limited et al.
SUSAN GLICK on 09-09-2024

Job 3228
Page 202

1        CERTIFICATE OF REPORTER

2              ---o0o---

3        I, Sophie Brock, Registered Diplomate Reporter and

4    Certified Realtime Reporter, do hereby certify:

5        That prior to being examined, the witness in the

6    foregoing deposition was by me duly sworn to testify to

7    tell the truth, the whole truth, and nothing but the

8    truth.

9        That the foregoing deposition was taken in-person

10   at the time and date therein set forth and was taken

11   down by me in shorthand and thereafter transcribed into

12   typewriting under my direction and supervision; said

13   transcript being a true record of said proceedings.

14       I further certify that I am neither counsel for,

15   nor related to, any of the parties to said deposition,

16   nor in any way interested in the outcome of this cause.

17       Further, that if the foregoing pertains to the

18   original transcript of a deposition in a federal case,

19   before completion of the proceedings, review of the

20   transcript was requested.

21       In witness whereof, I have hereunto subscribed my

22   name on this 10th day of September, 2024.

23       *Sophie Brock*
         _____

24
         Sophie Brock, RDR, CRR
25       Notary Number: 200834000001

# Exhibit B

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit C

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit D

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit E

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                OAKLAND DIVISION

4

5    WHATSAPP INC., a Delaware        )

     corporation, and FACEBOOK,       )

6    INC., a Delaware corporation,    )

                                      )

7          Plaintiffs,                )

                                      )

8          vs.                        ) Case No.

                                      ) 4:19-CV-07123-PJH

9    NSO GROUP TECHNOLOGIES LIMITED   )

     and Q CYBER TECHNOLOGIES         )

10   LIMITED,                         )

                                      )

11         Defendants.                )

     _____ )

12

13

14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15    VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF

16              GREGORY PINSONNEAULT

17

18        Wednesday, November 20, 2024

19          San Francisco, California

20

21

22

23   Stenographically Reported By:

24   Hanna Kim, CLR, CSR No. 13083

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

1                UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                     OAKLAND DIVISION

4

5    WHATSAPP INC., a Delaware        )

     corporation, and FACEBOOK,       )

6    INC., a Delaware corporation,    )

                                      )

7            Plaintiffs,              )

                                      )

8            vs.                      ) Case No.

                                      ) 4:19-CV-07123-PJH

9    NSO GROUP TECHNOLOGIES LIMITED   )

     and Q CYBER TECHNOLOGIES         )

10   LIMITED,                         )

                                      )

11           Defendants.              )

     ─────────────────────────────── )

12

13

14           HIGHLY CONFIDENTIAL - ATTORNEYS' EYES

15   ONLY, video-recorded videoconference deposition of

16   GREGORY PINSONNEAULT, taken on behalf of the

17   Plaintiffs, located at Davis Polk & Wardwell LLP,

18   44 Montgomery Street, Suite 1050, San Francisco,

19   California 94104, on Wednesday, November 20, 2024,

20   before Hanna Kim, CLR, Certified Shorthand Reporter,

21   No. 13083.

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

1              APPEARANCES OF COUNSEL:

2

3    For Plaintiffs:

4              DAVIS POLK & WARDWELL LLP

5              BY:  MICAH G. BLOCK, ESQ.

6              1600 El Camino Real

7              Menlo Park, California 94025

8              650.752.2000

9              micah.block@davispolk.com

10             -and-

11             BY:  LUCA MARZORATI, ESQ.

12             450 Lexington Avenue

13             New York, New York 10017

14             212.450.4724

15             luca.marzorati@davispolk.com

16

17   For Defendants:

18             KING & SPALDING LLP

19             BY:  AARON CRAIG, ESQ.

20             633 West Fifth Street, Suite 1600

21             Los Angeles, California 90071

22             213.443.4313

23             acraig@kslaw.com

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 4

1          APPEARANCES OF COUNSEL:   (CONTINUED)

2

3    Also Present:

4              TYLER CONROY, Davis Polk

5              JEFFREY PRESS, Stout (Via Zoom)

6              ARIF DHILLA, Meta Platforms (Via Zoom)

7              SHMUEL SUNRAY, NSO Group (Via Zoom)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 8

```
 1              San Francisco, California
 2             Wednesday, November 20, 2024
 3          12:06 p.m., Pacific Standard Time
 4                      --o0o--
 5          THE VIDEOGRAPHER:  Good afternoon.  We're
 6   on the record.  The time is 12:06 p.m. on
 7   November 20th, 2024.
 8          Please note that microphones are sensitive
 9   and may pick up whispering and private
10   conversations.
11          Please mute your phones at this time.
12          Audio and video recording will continue to
13   take place unless all parties agree to go off the
14   record.
15          This is Media Unit 1 of the video-recorded
16   deposition of Gregory Pinsonneault taken by counsel
17   for Plaintiff in the matter of WhatsApp, LLC et al.
18   versus NSO Group Technologies Limited et al. filed
19   in the United States District Court, for the
20   Northern District of California, Oakland Division.
21          Case number is 4:19-cv-07123-PJH.
22          The location of this deposition is
23   44 Montgomery Street in San Francisco, California.
24          My name is Joseph Blea.  I represent
25   Veritext Legal Solutions, and I'm the videographer.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 9

1                  The court reporter is Hanna Kim, also from

2      the firm Veritext Legal Solutions.

3                  I am not authorized to administer an oath.

4      I'm not related to any party in this action, nor am

5      I financially interested in the outcome.

6                  If there are any objections to proceeding,

7      please state them at the time of your appearance.

8      Zoom appearances will be noted on the written

9      record.

10                 Counsel and all present will now state

11     their appearances and affiliations for the record,

12     beginning with the noticing attorney.

13                 MR. BLOCK:  Micah Block from the law firm

14     of Davis Polk for Plaintiffs.

15                 With me, also from Davis Polk are Luca

16     Marzorati and Tyler Conroy.  Also, present on Zoom,

17     Jeffrey Press from Stout.  And I expect we will have

18     joining Arif Dhilla from Meta Platforms.  I'm not

19     sure when he'll jump on.

20                 MR. CRAIG:  Aaron Craig from King &

21     Spalding.

22                 With me is Shmuel Sunray of NSO Group.

23                 THE VIDEOGRAPHER:  Thank you.  Will the

24     court reporter please swear in the witness and

25     counsel may proceed.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                           Page 10

1                    GREGORY PINSONNEAULT,

2            having been duly administered an oath,

3            was examined and testified as follows:

4

5                       EXAMINATION

6    BY MR. BLOCK:

7         Q.   Good afternoon, Mr. Pinsonneault.

8         A.   Good afternoon.

9         Q.   You've been deposed many times; right?

10        A.   Yes, I have.

11        Q.   Because I will dispense with the

12   instructions about how the process proceeds.

13             Is there any reason you can't give

14   complete and accurate testimony today?

15        A.   No.

16             MR. BLOCK:  I'll mark two exhibits.

17             (Pinsonneault Deposition Exhibit 2089 was

18             marked for identification.)

19             (Pinsonneault Deposition Exhibit 2090 was

20             marked for identification.)

21             MR. BLOCK:  This is -- why don't you go

22   ahead and mark it.  Is it 2039?

23             THE COURT REPORTER:  2089.

24   BY MR. BLOCK:

25        Q.   Mr. Pinsonneault, you've been handed two
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 206

1  Ms. Trexler.

2  BY MR. BLOCK:

3      Q.   Yeah.  Maybe you think the jury ought to

4  return no damages, but you're not -- you haven't

5  performed a calculation where you try to figure out

6  what you think actual damages are and you come up

7  with the number zero; is that accurate?

8          MR. CRAIG:  Object to form.

9          THE WITNESS:  I -- I think that question

10  is accurate as I understood your question.

11  BY MR. BLOCK:

12      Q.   What do you understand to be the meaning

13  of the phrase "actual damages"?

14      A.   So I've -- I've also -- often heard actual

15  damages referred to as lost profits.  It's -- it's

16  effectively the -- the damages to the -- the

17  plaintiff.

18          And I realize actual damages is not always

19  lost profits, but it's -- it's damage caused to the

20  plaintiffs whether in the form of an expense that it

21  had to incur or a revenue that it did not earn due

22  to some -- some sort of ac- -- action.

23      Q.   For purposes of your opinions in this

24  case, you assume that Defendants are liable in

25  Plaintiffs' claims; correct?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 321

1                    CERTIFICATE OF REPORTER

2            I, Hanna Kim, a Certified Shorthand

3    Reporter, do hereby certify:

4            That prior to being examined, the witness

5    in the foregoing proceedings was by me duly sworn to

6    testify to the truth, the whole truth, and nothing

7    but the truth;

8            That said proceedings were taken before me

9    at the time and place therein set forth and were

10   taken down by me in shorthand and thereafter

11   transcribed into typewriting under my direction and

12   supervision;

13           I further certify that I am neither

14   counsel for, nor related to, any party to said

15   proceedings, not in anywise interested in the

16   outcome thereof.

17           Further, that if the foregoing pertains to

18   the original transcript of a deposition in a federal

19   case, before completion of the proceedings, review

20   of the transcript [X] was [ ] was not requested.

21           In witness whereof, I have hereunto

     subscribed my name.

22   Dated:  This 26th day of November, 2024.

23

24   _____

     Hanna Kim

25   CLR, CSR No. 13083

# Exhibit F

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit G

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit H

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit I

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit J

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**