1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF YIFA IDISIS IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF GREGORY A. PINSONNEAULT**<br><br>**FILED UNDER SEAL**<br><br>**[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]**<br><br>Action Filed:   10/29/2019 |

I, Yifa Idisis, declare as follows:

1. I am a citizen and resident of Israel. I am the Chief Financial Officer ("CFO") for Defendant NSO Group Technologies Limited ("NSO") and have held that position since July 2023. Prior to assuming my role as NSO's CFO, I held the roles of VP Finance (from November 2021 – July 2023) and Director of Finance, Head of Finance Israel and Global Financial Planning & Analysis (from 2017 – November 2021) at NSO. By virtue of my service in these roles, I am familiar with the financial accounting practices and financial accounting record-keeping of NSO and Defendant Q Cyber Technologies Limited ("Q Cyber" and, collectively with NSO, "Defendants") during time periods discussed in paragraphs 3 and 4 of this declaration.

2. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

3. [REDACTED]

4. [REDACTED]

5. [REDACTED]

DECLARATION OF YIFA IDISIS    Case No. 4:19-cv-07123-PJH

1  I declare under the penalty of perjury and the laws of the United States that the foregoing
2  is true and correct this  20  day of March, 2025, at  Herzliya , Israel.

YIFA IDISIS