Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Pretrial Conference Date:  April 10, 2025<br>Time:  2:00 p.m.<br>Ctrm:  3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date:  April 28, 2025 |

1  Having considered Statement in Response to Defendants' Administrative Motions to
2  Consider Whether Another Party's Material Should be Filed Under Seal filed by Plaintiffs
3  WhatsApp LLC and Meta Platforms, Inc., the Motion is hereby GRANTED.
4  IT IS HEREBY ORDERED that the following documents will remain under seal, as follows:

| Document to be Sealed | Dkt. Nos. | Portions to Seal | Basis for Sealing |
|---|---|---|---|
| **Defendants' Trial Brief** | 596-2 (unsealed); 598-1; 600-0 (redacted). | On page 4, all text on line 2 following "For example, …" through to "… These are typical" on line 7. | Reflects names of two nonparty WhatsApp users targeted by NSO in connection with this action. |
| **Declaration of Joseph N. Akrotirianakis in support of Defendants' Motions *In Limine* and Trial Brief ("Akrotirianakis Decl.")** | 596-4 (unsealed); 598-3; 600-1; 601-1 (redacted). | On page 3, at ¶ 15, all text on line 5. | Reflects identifying information regarding one of Plaintiffs' non-testifying individual employees, whose identity is not pertinent to any issues, claim, or defense in this action. |
| **Akrotirianakis Decl., Ex. E** | 596-9 (unsealed); 598-8; 600-6; 601-6 (redacted). | At 301:16, the words between "was paid" and "by Plaintiffs." | Reflects individual compensation details of one of Plaintiffs' employees. |
| **Akrotirianakis Decl., Ex. L** | 596-16 (unsealed); 598-15; 600-13; 601-13 (redacted). | The name and email address appearing at the end of the 'To' field, after 'Claudiu Gheorghe' and his email address. The name appearing on the fourth row of text in the body of the email between the words "talked with" and "and he's quite…" The name appearing at the start of the 12th row of text in the body of the email preceding "(6/20/2019 14:12:34 PDT):" | Reflects identifying information regarding two of Plaintiffs' non-testifying individual employees, whose identities are not pertinent to any issues, claim, or defense in this action. |

1

Dated: _____                    _____
                                                                    Honorable Phyllis J. Hamilton
                                                                    United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 4:19-CV-07123-PJH