1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
    633 West Fifth Street, Suite 1600
4  Los Angeles, CA 90071
    Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants
    NSO GROUP TECHNOLOGIES LIMITED and
7  Q CYBER TECHNOLOGIES LIMITED

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12 | WHATSAPP INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
   and FACEBOOK, INC., a Delaware
13 | corporation, | **DECLARATION OF JOSEPH N.** |
                                              **AKROTIRIANAKIS IN SUPPORT OF**
14 |               Plaintiffs, | **DEFENDANTS' OPPOSITION TO** |
                                 **PLAINTIFFS' MOTION TO EXCLUDE**
15 |        v. | **EXPERT TESTIMONY OF COL. TY** |
                 **SHEPARD**
16 | NSO GROUP TECHNOLOGIES LIMITED |
   and Q CYBER TECHNOLOGIES LIMITED, | Action Filed: 10/29/2019
17 |               Defendants. |

18

19

20

21

22

23

24

25

26

27

28

1    I, Joseph N. Akrotirianakis, declare as follows:

2    1.    I am a member of the California State Bar and the bar of this court. I am a partner

3    in the law firm of King & Spalding LLP and am lead counsel to NSO Group Technologies Limited

4    and Q Cyber Technologies Limited (collectively "NSO or "Defendants") in this action. I have

5    personal knowledge of the facts set forth herein and, except as otherwise stated, could testify

6    competently to each fact herein.

7    2.    On November 21, 2024, Col. Ty Shepard (ret.) appeared for deposition in this

8    matter.  Attached as **Exhibit A** are copies of excerpts from the transcript of that deposition.  The

9    transcript of Col. Shepard's deposition has been designated as "Highly Confidential—Attorney's

10    Eyes Only" pursuant to the Stipulated Protected Order in this case (Dkt. 132).

11    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th

12    of March 2025, in New York, New York.

13

14    */s/ Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# Exhibit A

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**