1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
    633 West Fifth Street, Suite 1600
4  Los Angeles, CA 90071
    Telephone:    (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
    LIMITED and Q CYBER TECHNOLOGIES LIMITED

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9                  OAKLAND DIVISION

10  WHATSAPP INC., a Delaware corporation,        Case No. 4:19-cv-07123-PJH
     and FACEBOOK, INC., a Delaware
11  corporation,                                  **DECLARATION OF AARON S. CRAIG
                                                   IN SUPPORT OF DEFENDANTS NSO
12                  Plaintiffs,                    GROUP TECHNOLOGIES LIMITED
                                                   AND Q CYBER TECHNOLOGIES
13          v.                                     LIMITED'S ADMINISTRATIVE
                                                   MOTION TO FILE UNDER SEAL**
14  NSO GROUP TECHNOLOGIES LIMITED
     and Q CYBER TECHNOLOGIES LIMITED,
15                                                 Judge:   Hon. Phyllis J. Hamilton
                   Defendants.
16                                                 Action Filed:  10/29/2019

17

18

19

20

21

22

23

24

25

26

27

28

I, Aaron S. Craig, declare as follows:

1.      I am a member of the California State Bar and the bar of this court, a partner in the law firm of King & Spalding LLP, and counsel of record to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants").  This Declaration is made in support of Defendants' Administrative Motion to File Under Seal.  I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

2.      I file this declaration in support of Defendants' Administrative Motion to File Under Seal one portion of Defendants' Opposition to Plaintiffs' Motion to Exclude Testimony of NSO's expert Lt. Col. Terrance McGraw (ret.) (Dkt. No. 514), attached as **Exhibit 1** hereto.

3.      Defendants seek to file under seal a portion of one sentence in the Opposition.  That portion includes highly confidential information from Mr. McGraw's deposition in this matter. The transcript of that deposition, relevant excerpts of which Plaintiffs filed under seal in connection with their motion (Dkt. 513-4, Exh. C), has been designated as "Highly Confidential— Attorney's Eyes Only" pursuant to the Stipulated Protective Order in this case.

4.      Good cause and compelling reasons exist to seal the designated portion of Defendants' Opposition. It describes Mr. McGraw's testimony as to highly confidential operations in which he was involved during his tenure in the U.S. military and intelligence services.  Public disclosure of that information could jeopardize the national security interests of the United States.

5.      Accordingly, good cause and compelling reasons exist to seal the selected portion of the Opposition, and Defendants respectfully request that the Court grant the accompanying Administrative Motion to File Under Seal and order the information selected for sealing be kept under seal.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct this 20th day of March 2025, at Los Angeles, California.


                    /s/ *Aaron S. Craig*
                    AARON S. CRAIG