JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
  *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed:  October 29, 2019<br>Pretrial Conference Date:  April 10, 2025<br>Time: 2:00 p.m.<br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

1

**CERTIFICATE OF SERVICE**

2    I am a citizen of the United States and resident of the State of California. I am employed

3  in the county of Los Angeles, State of California., in the office of a member of the bar of this

4  Court, at whose direction this service was made. My business address is 633 West Fifth Street,

5  Suite 1600, Los Angeles, California 90071. I am over the age of eighteen years and not a party to

6  the within action.

7    On March 20, 2025, I served the following documents in the manner described below:

8    **DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q**
     **CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO PLAINTIFFS'**
9    **MOTION TO EXCLUDE EXPERT TESTIMONY OF TERRANCE**
     **MCGRAW [FILED UNDER SEAL]**
10

11   ☒    ELECTRONIC MAIL SERVICE: By electronically mailing a true and correct copy
           through King & Spalding LLP's electronic mail system to the email addresses set
12         forth below. The transmission was reported as complete and without error.

13  on the following parties in this action:

14   Greg D. Andres                          *Counsel for Plaintiffs*
     Antonio J. Perez-Marques
15   Craig T. Cagney
     Gina Cora
16   Luca Marzorati
     DAVIS POLK & WARDWELL LLP
17   450 Lexington Avenue
     New York, New York 10017
18   Email: greg.andres@davispolk.com
           antonio.perez@davispolk.com
19         craig.cagney@davispolk.com
           gina.cora@davispolk.com
20         luca.marzorati@davispolk.com
           fb.nso@davispolk.com
21
     Micah G. Block
22   DAVIS POLK & WARDWELL LLP
     900 Middlefield Road, Suite 200
23   Redwood City, California 94063
     Email: micah.block@davispolk.com
24

25   I declare penalty of perjury that the foregoing is true and correct. Executed on March 20,

26  2025, at Los Angeles, California.

27

28                                         _____
                                           Kathryn Bell-Taylor

1