EXHIBIT A

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 2 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                               Page 1

1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3   ---------------------------------------x

4   WHATSAPP INC., a Delaware corporation,

5   and FACEBOOK, INC., A Delaware

6   corporation,

7                        Plaintiffs,

8       -against-                        Civil Action No.

9   NSO GROUP TECHNOLOGIES LIMITED      4:19-cv-07123-PJH

10  and Q CYBER TECHNOLOGIES LIMITED,

11                       Defendants.

12  ---------------------------------------x

13          VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                   ANTHONY O. VANCE, Ph.D.
14             Thursday, November 14, 2024
                    New York, New York
15             9:09 a.m. - 5:54 p.m.
                ***HYBRID DEPOSITION***
16

17

18

19

20

21

22          Reported stenographically by:
        Richard Germosen, FAPR, CA CSR No. 14391
23      RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
        NCRA/NJ/NY/CA Certified Realtime Reporter
24        NCRA Realtime Systems Administrator
                    Job No. 3460
25

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 3 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3460

ANTHONY VANCE on 11-14-2024                                          Page 40

1   to the subject matter of this case in your

2   view?

3        A.    My work is on cybersecurity, so in

4   that sense, they all relate to this case.

5   None of them relate to the specifics of this

6   case.

7        Q.    Other than additional citations and

8   forthcoming articles, is there anything else

9   you would need to add to your CV attached to

10  Exhibit 1601 in order to make it complete?

11        ATTORNEY CORA:  Objection to the form.

12  "Complete" is vague.

13        A.    I think otherwise it would be

14  materially the same.

15        Q.    Would you describe your educational

16  background, please.

17        A.    Sure.  My education is listed in my

18  CV.  I have a Bachelor of Science in

19  information systems from Brigham Young

20  University.  This is a business degree.

21             I have also a similar degree, a

22  master's of information systems management

23  from the Marriott School at Brigham Young

24  University.

25             Would you like me to continue?

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 4 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 41

1       Q.      Yes.

2       A.      I have the Ph.D. in management

3    science from the University of Paris Dauphine

4    in France.  I have a Ph.D. in computer

5    information systems from Georgia State

6    University in Atlanta, Georgia, and I have a

7    Ph.D. in information processing science from

8    Olu, Finland.

9       Q.      What does information systems mean?

10      A.      Information systems is an academic

11   field.  It studies the use of technology in

12   organizations and how people in organizations

13   use that technology.

14      Q.      What would be an example?

15      A.      My specialty in information systems

16   is cybersecurity.  So, for example, how

17   individuals use information security tools or

18   follow information security policies or how

19   organizations make decisions relative to

20   cybersecurity.

21      Q.      And what would be an example of an

22   information security tool?

23      A.      For example, a password manager

24   would be such a tool.

25      Q.      Can you think of others?

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 5 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.          Job 3460
ANTHONY VANCE on 11-14-2024                                      Page 56

1    incidents, I'm not sure I can characterize

2    what proportion of those incidents, but

3    several, if not many of those incidents,

4    involved software exploitation.

5         Q.    Okay.  And what do you mean when

6    you use the term "software exploitation"?

7         A.    Software exploitation is a

8    technique that hackers use to gain some kind

9    of access in a system beyond what is designed

10   by the developers of those software tools or

11   to cause some other effect that was not

12   designed by the developers of those software

13   tools.

14        Q.    Okay.  And how would you describe

15   your involvement in software exploitation

16   during your time at Deloitte?

17             ATTORNEY CORA:  Objection to the form.

18        A.    Just in the way I described to you

19   in talking with managers about their

20   experiences in dealing with those incidents.

21        Q.    Are you familiar with the term

22   "white hat security research"?

23        A.    I am.

24        Q.    What does that mean to you?

25        A.    As it is conventionally used, white

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 6 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 87

 1    a question before answering.

 2            THE WITNESS:  Sorry.  I thought that

 3    was a question.

 4        Q.    For example, one of your

 5    specialties is behavioral and organizational

 6    cybersecurity; is that right?

 7        A.    That's right.

 8        Q.    And you've published papers, for

 9    example, on predicting user susceptibility to

10    phishing websites?

11        A.    Yes.

12        Q.    And why employees keep ignoring

13    workplace cybersecurity rules?

14        A.    Yes.

15        Q.    Your second specialty is

16    neuroscience applications to cybersecurity; is

17    that right?

18        A.    Yes.

19        Q.    What does that mean?

20        A.    It grows out of behavioral --

21    people's behavior relative to cybersecurity.

22    It looks at some of the neural biases that we

23    have, how we process security warnings, for

24    example, in the brain and how that influences

25    subsequent behavior.

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 7 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3460
ANTHONY VANCE on 11-14-2024                                                    Page 88

1      Q.    And you've published papers

2   measuring the effects of repeated computer

3   security warnings with a functional MRI?

4      A.    Yes.

5      Q.    What does that mean?

6      A.    Which row are you looking at?

7   Which line?

8      Q.    It's Number 29.  Repetition of

9   computer security warnings results in

10  differential repetition supression effects as

11  we deal with functional MRI?

12     A.    Yeah, so this is a part of a

13  research stream that spans multiple papers,

14  but it's about how people respond to security

15  messages and how our neural response to

16  security messages changes over time and how we

17  tune them out over time.

18     Q.    That's the basic idea; right?

19     A.    That's the basic idea.

20     Q.    It just becomes background noise?

21     A.    Like, for example, your brains have

22  tuned out the sound of the air conditioner,

23  but now that I've mentioned it, you're

24  focusing on it.  So we do the same thing with

25  warnings.

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 8 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3460
ANTHONY VANCE on 11-14-2024                                          Page 89

1    Q.   You wrote a publication about:  The

2    Habituation of the Brain to Security Warnings.

3    It's Number 23?

4    A.   Yeah, that's part of the same --

5         ATTORNEY CORA:  He needs to ask a

6    question.

7         THE WITNESS:  Sorry.

8    Q.   Is that correct, Dr. Vance?

9    A.   Sorry, ask the question again.

10   Q.   You wrote a paper on The

11   Habituation of the Brain to Security Warnings;

12   correct?

13   A.   Yes.

14   Q.   All right.

15        And that's part of the same thread

16   that goes through a lot of these publications

17   here, basically that over security warning

18   results in people tuning out the warning?

19        ATTORNEY CORA:  Objection to the form.

20   A.   Yes.

21   Q.   What is the neurosecurity lab at

22   BYU?

23   A.   That is a team of researchers, of

24   which I was a member, and we studied the

25   problem of cybersecurity issues through the

Case 4:19-cv-07123-PJH  Document 624-2  Filed 03/20/25  Page 9 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                               Page 94

1           ATTORNEY CORA:  Under -- okay.

2           ATTORNEY AKROTIRIANAKIS:  All right.

3   BY ATTORNEY AKROTIRIANAKIS:

4       Q.    Are any of the publications that

5   are listed here in your CV attached to

6   Exhibit 1601 about how to respond to a

7   cybersecurity incident?

8           ATTORNEY CORA:  Objection to the form.

9   Asked and answered.

10      A.    So I could go through a number of

11  these publications to show how they are

12  related to the incident response process.

13  More directly, 35, which is about CISOs --

14      Q.    Yeah, I'm not really asking about

15  stuff --

16          ATTORNEY CORA:  Let the witness finish.

17      Q.    -- that's related to the incident

18  response process.  I'm asking you if you've

19  written any publications that are about how to

20  respond to a cybersecurity incident or

21  evaluating a response to a cybersecurity

22  incident?

23          ATTORNEY CORA:  Objection to the form.

24  There is no question pending, but also counsel

25  cut off the witness when he was giving an

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 10 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                               Page 95

1    answer and the witness needs to be able to

2    give his full answer to the questions asked.

3        Q.    Do you understand my question,

4    Dr. Vance?

5        A.    I think I do.

6            ATTORNEY CORA:  There is no question

7    pending.

8            ATTORNEY AKROTIRIANAKIS:  All right.

9    Go ahead.

10           ATTORNEY CORA:  Can you please read

11   back the question that's pending?  If there is

12   one.

13           CERTIFIED STENOGRAPHER:  (Complies.)

14               (Whereupon, the requested portion

15   is read back by the certified stenographer as

16   follows:

17               "QUESTION:  Are any of the

18   publications that are listed here in your CV

19   attached to Exhibit 1601 about how to respond

20   to a cybersecurity incident?")

21           ATTORNEY CORA:  He answered that

22   question.  That's not the question pending.

23   That question has been answered.

24           ATTORNEY AKROTIRIANAKIS:  All right.

25   I'll do it.  It's fine.

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 11 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 96

 1   BY ATTORNEY AKROTIRIANAKIS:

 2        Q.    I'm asking you, Dr. Vance, whether

 3   you have -- not about things that are related

 4   to cybersecurity incidents, but whether you

 5   have written any publications about how to

 6   respond to a cybersecurity incident or

 7   evaluating a response to a cybersecurity

 8   incident, okay?

 9        ATTORNEY CORA:  Objection to the form.

10   Vague.  Compound.  Misleading.  Asked and

11   answered.

12        A.    Give me a moment.

13             Many of my publications are related

14   to incident response, including the oversight

15   from management of incident response through

16   the entire process, so that's not tangential.

17   That is the management of the process.

18             If you want to ask more

19   specifically, I can do that.

20        Q.    I'm just asking you which of your

21   publications are either about how to respond

22   to a cybersecurity incident or an evaluation

23   of a response to a cybersecurity incident?

24        ATTORNEY CORA:  Objection to the form.

25   Compound.  Vague.  Asked and answered.

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 12 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                               Page 97

1        A.    So Number 35 in my view.  I can

2   read the title for the record if that's

3   helpful.

4        Q.    No, that's fine.

5              Anything else other than 35?

6        A.    Yes.  Securing digital assets is

7   another.

8        Q.    Which number is that?

9        A.    That's 22.

10       Q.    And Number 22 relates to which one?

11  How to respond to a cybersecurity incident or

12  evaluating a response to a cybersecurity

13  incident?

14             ATTORNEY CORA:  Objection to the form.

15  Multiple questions.

16       A.    Securing digital assets covers many

17  types of incidents and how organizations

18  respond to them, and I'll say again that my

19  other publications are related to incident

20  response.

21       Q.    Other publications that aren't set

22  forth here in Exhibit 1601?

23             ATTORNEY CORA:  Objection to the form.

24  Mischaracterizes the witness' testimony.

25       A.    I'm saying these other publications

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 13 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 98

1   that are listed on this form.

2        Q.    Yeah, I'm just asking which ones?

3   Are you saying they all are related?

4        A.    Many of them are, but I can go

5   through one by one, which I was doing

6   initially, but then you cut me off.

7        Q.    Well, you were saying -- you were

8   identifying things that you thought were

9   related to the topic of cybersecurity

10  incidents, and I was trying to focus you on

11  what I was actually asking, which was whether

12  you have written articles about how to respond

13  to a cybersecurity incident or evaluating

14  someone else's response to a cybersecurity

15  incident.  So having that much in mind, are

16  you able to point to any of your numerous

17  publications that either give instruction on

18  how to respond to a cybersecurity incident or

19  evaluate another's response to a cybersecurity

20  incident?

21       ATTORNEY CORA:  Okay.  So objection to

22  the form.  There is -- that was not a cogent

23  question.  This question has also been asked

24  and answered, and it mischaracterizes the

25  witness' prior testimony.

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 14 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.
ANTHONY VANCE on 11-14-2024

Job 3460
Page 99

1    A.    I'll add 31 to the list, as well as

2    being directly about incident response.  And

3    I'll say again that many of my publications

4    relate to incident response.

5    Q.    Are any of your publications about

6    how to respond to a cybersecurity incident or

7    evaluating another's response to a

8    cybersecurity incident?

9        ATTORNEY CORA:  Objection to the form.

10    Asked and answered many times.

11    A.    I can give you the same answer if

12    you'd like.

13    Q.    So 35, 22, and 31, that's your

14    answer?

15        ATTORNEY CORA:  Objection to the form.

16    Mischaracterizes the witness' testimony.

17    A.    No.  My answer is that the

18    publications I listed, 35, 31, 22, are

19    directly related to incident response and that

20    many of my other publications are related not

21    only to incident response, but in your words,

22    how people -- evaluating how people respond

23    to -- evaluating how people perform incident

24    response.

25    Q.    Have you written on remediation of

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 15 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 100

1    cybersecurity incidents?

2         ATTORNEY CORA:  Objection to the form.

3         A.    Yes.

4         Q.    What cybersecurity incidents have

5    you written about the remediation of?

6         ATTORNEY CORA:  Objection to the form.

7         A.    First of all, many of my

8    publications relate to the remediation of

9    cybersecurity incidents, specifically those

10   that talk directly about remediation are 36,

11   35 -- well, just many of these.  22.  I can

12   include more.

13        Q.    Well, I'm asking you about specific

14   cybersecurity incidents.  Are you able to

15   identify, because I think we are just talking

16   past each other.  I don't know if that's

17   intentional, but are you able to identify

18   specific cybersecurity incidents that you've

19   written about?

20        ATTORNEY CORA:  Objection to the form.

21        I also object to the characterization

22   that Dr. Vance is doing anything other than

23   providing good faith answers to your confusing

24   questions.  So if you're talking past each

25   other, it's intentional on your part, if there

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 16 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 101

1   is any intention on it.

2        A.    I'm giving accurate answers to the

3   best I can.

4        Q.    What cybersecurity incidents come

5   to mind that you've written about?

6            ATTORNEY CORA:  Objection to the form.

7        A.    I have a paper that is forthcoming

8   that's Number 36.  That's one of my most

9   recent publications that involves the security

10  incident, data breach for the State of South

11  Carolina affecting millions of people in how

12  the state responded to that incident and how

13  they remediated the incident by responding to

14  the victims.

15       Q.    Any others?

16       A.    There are many related to

17  remediation.  Remediation is --

18       Q.    No, no, no --

19       A.    It's a large face.  That's the

20  response.

21       Q.    Sorry, I --

22           ATTORNEY CORA:  You have to let the

23  witness complete his answer.

24       Q.    I'm just trying to keep us on the

25  same question and answer.

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 17 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 107

1           ATTORNEY CORA:  Objection to the form.
2     Asked and answered.
3         A.    I'll say again if you'd like.  As I
4     sit here, I cannot recall whether I used the
5     term "spyware," but I certainly reference
6     hacking and software exploitation in my
7     publications.
8         Q.    Do you have any publications about
9     lawful intercept technology?
10          ATTORNEY CORA:  Objection to the form.
11        A.    No.
12        Q.    Do you have any publications about
13    the benefits or risks of unbreakable
14    end-to-end encryption?
15          ATTORNEY CORA:  Objection to the form.
16        A.    I do not talk about end-to-end
17    encryption in my research directly, but those
18    are topics, as well as the topic of
19    exploitation, in addition to lawful intercept,
20    those are topics I commonly refer to in my
21    classes.
22        Q.    Have you written anything about the
23    benefits or risks of unbreakable end-to-end
24    encryption?
25          ATTORNEY CORA:  Objection to the form.

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 18 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 108

1  Asked and answered.

2       A.    I haven't written directly about

3  that, but that is a topic that's featured in

4  several of my classes.

5       Q.    Have you written indirectly about

6  it?

7           ATTORNEY CORA:  Objection to the form.

8       A.    I think so, yes.  I don't recall

9  sitting here, which publications, but --

10      Q.    But you think you have.  You just

11 don't recall?

12      A.    I think so.  It's just foundational

13 security control.

14      Q.    All right.  But you don't know

15 which of any of these relate to the benefits

16 or risks of unbreakable end-to-end encryption?

17          ATTORNEY CORA:  Objection to the form.

18      A.    I can't recall which of these

19 publications refer specifically to the

20 benefits of end-to-end encryption, however,

21 that's a foundational control that very likely

22 appears in my publications.  But I can say

23 it's directly addressed in a number of my

24 courses.

25      Q.    Have you ever written about the

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 19 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 119

1   world who have been accused of using Pegasus

2   specifically in targeting noncriminal groups.

3       Q.    All right.

4             So other than the ones that you've

5   now mentioned and which are mentioned in your

6   report, what others are you referring to?

7             ATTORNEY CORA:  Objection to the form.

8   Asked and answered.

9       A.    So I say in my report:  Although

10  listing all instances of forensic analyses

11  revealing abuses of Pegasus is beyond the

12  scope of this report and NSO refused to

13  produce or discuss those instances with the

14  exception of a few, they're publicly

15  documented by investigative journalists, such

16  as those on the Pegasus Project consortium of

17  80 journalists from 17 media organizations in

18  10 countries around the world.  For the

19  purposes of this rebuttal report, it will

20  suffice to list a few cases supported by

21  forensic analyses of victims' devices, and

22  then are the bullets in which I referred to

23  Saudi Arabia, Morocco, and so forth.  But this

24  is not intended to be an nonexclusive list

25  and -- and this suits my purposes.

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 20 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                          Page 123

1    Morocco, and Saudi Arabia?

2            ATTORNEY CORA:  And I have all the same

3    objections to this line of questioning.

4        A.    I would give similar answers to

5    those -- to those countries.  Again,

6    cybersecurity is a multinational problem, as

7    is software exploitation, as is spyware, and

8    it's not constrained to any one jurisdiction.

9        Q.    I'm just trying to understand the

10   scope of your expertise as you understand it.

11           You would not be able to say

12   whether intercept in any of the countries that

13   we're talking about was either lawful or

14   unlawful pursuant to those country's laws;

15   correct?

16           ATTORNEY CORA:  Objection to the form.

17       A.    I'm not a lawyer and I don't intend

18   to opine about the legality of lawful

19   intercept decisions.

20       Q.    Okay.  And that would be true even

21   about lawful intercept in the United States;

22   correct?

23           ATTORNEY CORA:  Objection to the form.

24       A.    That is correct, but what I will

25   give opinion to is the use of these

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 21 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 124

1   technologies against vulnerable groups and

2   noncriminal groups and that's what my report

3   says.

4       Q.    Where in your CV have you

5   identified any publications that you've made

6   about vulnerable populations or civil society?

7           ATTORNEY CORA:  Objection to the form.

8       A.    You won't find that in the title of

9   my publications, at least civil society, but

10  many of my research involves vulnerable

11  groups.  I think many people are vulnerable.

12  Most people are vulnerable to one extent or

13  another, but if you want to talk about this

14  more directly, I discuss this in depth in my

15  courses.

16      Q.    I'm only asking now about where in

17  your publications you have written about civil

18  society or vulnerable populations?

19          ATTORNEY CORA:  Objection to the form.

20  Asked and answered.

21      A.    That sounds like a statement.

22      Q.    My question was:  Where in your CV

23  have you identified any publications that

24  you've made about vulnerable populations or

25  civil society?  You gave a nonresponsive

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 22 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                         Page 125

```
 1   answer.
 2               Now, I'm asking the question again.
 3   Where in your publications have you made --
 4   where in your publications have you written
 5   about vulnerable populations or civil society,
 6   if anywhere?
 7          ATTORNEY CORA:  Objection to the form.
 8   The witness gave an answer.  It was asked and
 9   answered.  Just because you don't like it
10   doesn't mean it's not responsive.
11       A.    I answered that question and I
12   could give it again if you'd like.
13       Q.    I just want to know where, if
14   anywhere, in your publications you have
15   written about vulnerable populations or civil
16   society?
17          ATTORNEY CORA:  There is no question
18   pending right now.
19       Q.    Do you understand my question,
20   Dr. Vance?
21          ATTORNEY CORA:  There is no question
22   pending.
23       A.    Would you restate your question?
24       Q.    Where, if anywhere, in your
25   publications have you written about vulnerable
```

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 23 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                            Page 126

 1   populations or civil society?

 2          ATTORNEY CORA:  Objection to the form.

 3   Asked and answered.

 4      A.    I've already given an answer on

 5   this question.

 6      Q.    You have to answer it again.

 7      A.    I will.

 8      Q.    Go ahead.

 9      A.    But it will be the same answer.

10      Q.    Okay.  Go ahead.

11          ATTORNEY CORA:  Objection to the form.

12      Q.    Just point to the numbers where I

13   would read these publications and find

14   references either to vulnerable populations or

15   civil society, if there are any?

16          ATTORNEY CORA:  Objection to the form.

17          There is also no question pending.

18      Q.    Do you write about civil society or

19   vulnerable populations in any of your numerous

20   publications that we see here in your CV?

21          ATTORNEY CORA:  Objection to the form.

22      A.    I do not write about civil society

23   specifically, but my research is -- much of my

24   research involves vulnerable groups of some

25   kind or another, but more specifically, my

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 24 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                            Page 127

1   teaching, I talk about these topics in depth.

2        Q.   Okay.  In the publications of

3   vulnerable populations?  Yes or no?

4        ATTORNEY CORA:  Objection to the form.

5        Yes or no what?

6        Q.   You said that you haven't written

7   about civil society.  I'm asking you now if

8   you've written about vulnerable populations?

9        ATTORNEY CORA:  Objection to the form.

10       Q.   Do you understand the question,

11  Dr. Vance?

12       A.   I do.

13       ATTORNEY CORA:  It's also asked --

14  objection to the form.  Asked and answered.

15       ATTORNEY AKROTIRIANAKIS:  Okay.

16       Q.   So which publications, if any, do

17  you write about vulnerable populations?

18       ATTORNEY CORA:  Objection to the form.

19  Asked and answered.

20       A.   Many of my publications relate to

21  vulnerable populations of some extent or

22  another.

23       Q.   All right.

24            Why don't you give us just three

25  examples.  Pick the best three.

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 25 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3460
ANTHONY VANCE on 11-14-2024                                       Page 128

```
 1           ATTORNEY CORA:  Objection to the form.

 2           I think you need to ask a question.

 3   There is no question pending.  Why don't you

 4   give us just three examples --

 5           ATTORNEY AKROTIRIANAKIS:  Please stop

 6   talking and let him answer the question,

 7   counsel.

 8           ATTORNEY CORA:  You have to ask a

 9   question.

10           ATTORNEY AKROTIRIANAKIS:  There is a

11   question pending.

12           ATTORNEY CORA:  What's your question?

13   BY ATTORNEY AKROTIRIANAKIS:

14      Q.   Do you understand the question,

15   Dr. Vance?

16           ATTORNEY CORA:  What is the question

17   that you have pending?

18      Q.   Do you understand my question,

19   Dr. Vance?

20      A.   So Rich can read this back if you'd

21   like, but I believe your question is:  Which

22   of your publications have you addressed

23   vulnerable groups specifically?

24      Q.   Yes.  You understood my question.

25           Can you answer it, please?
```

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 26 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.    Job 3460
ANTHONY VANCE on 11-14-2024    Page 129

1          A.    My publications do not address

2     vulnerable publications [sic] directly, but

3     they involve vulnerable groups.  They're

4     definitely related to vulnerable groups, and I

5     don't recall -- I don't recall if some of this

6     research directly addresses those vulnerable

7     groups, but I'll say again that my teaching

8     directly addresses these topics in-depth.

9          Q.    All right.

10          ATTORNEY AKROTIRIANAKIS:  I'm going to

11     move to strike everything after, My

12     publications do not address vulnerable

13     populations directly.

14          ATTORNEY CORA:  And we object to that.

15          ATTORNEY AKROTIRIANAKIS:  Uh-huh.

16     BY ATTORNEY AKROTIRIANAKIS:

17          Q.    Have you ever written about law

18     enforcement or anti-terrorism investigations?

19          ATTORNEY CORA:  Objection to the form.

20          A.    Not directly.

21          Q.    Have you ever written about

22     military operations or intelligence

23     operations?

24          ATTORNEY CORA:  Objection to the form.

25          A.    No.

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 27 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                          Page 133

1   operations are you referring to?

2           ATTORNEY CORA:  Objection to the form.

3   Mischaracterizes the witness' testimony.

4       A.    So those operations, as far as they

5   involve cybersecurity, would involve

6   intrusion, would include incident response,

7   and protections against those attacks.

8       Q.    Have you published articles or

9   research papers on law enforcement or

10  anti-terrorism investigations or military or

11  intelligence operations?

12      A.    No.

13      Q.    Have you ever provided consulting

14  services to any anti-terrorism or military or

15  intelligence organization?

16          ATTORNEY CORA:  Objection to the form.

17      A.    No.

18      Q.    Have you ever provided consulting

19  services to any National Security

20  organization?

21          ATTORNEY CORA:  Objection to the form.

22      A.    I've spoken at events sponsored by

23  intelligence agencies, namely the FBI.

24      Q.    You spoke to the FBI about National

25  Security?

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 28 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                               Page 134

1          ATTORNEY CORA:  Objection to the form.

2    Mischaracterizes his testimony.

3        A.    So I've spoken at conferences

4    sponsored by intelligence agency and namely

5    the FBI about cybersecurity because there is

6    significant overlap between cybersecurity and

7    law enforcement interests.

8        Q.    I agree with that.

9              What did you talk about?

10       A.    I talked about access and violation

11   of access.

12       Q.    Meaning what?

13       A.    Meaning how employees with broad

14   access rights violate those access rights

15   and -- and exploit the information of their

16   employer.

17       Q.    In a way that could comprise

18   National Security in the United States?

19          ATTORNEY CORA:  Objection to the form.

20       A.    That is certainly applicable.

21       Q.    Any other topics to which you've

22   spoken on National Security?

23          ATTORNEY CORA:  Objection to the form.

24       A.    I don't speak on National Security

25   specifically.  I speak about cybersecurity and

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 29 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                            Page 135

1   many of those topics relate to cybersecurity

2   as it is applied in National Security.

3        Q.    Along the same lines that you just

4   mentioned where broad access could result in

5   compromise of National Security?

6         ATTORNEY CORA:  Objection to the form.

7        A.    That is one example.

8        Q.    Can you think of others?

9        A.    My work is broadly relevant to

10  cybersecurity as it is used by National

11  Security.

12       Q.    Right.  Are you able to describe

13  other ways other than the one that we've

14  talked about right now?

15        ATTORNEY CORA:  Objection to the form.

16  Ambiguous.

17       A.    I don't recall, but that suffices.

18       Q.    Have you ever been engaged as an

19  expert in a case involving digital

20  surveillance?

21        ATTORNEY CORA:  Objection to the form.

22       A.    Beyond this legal matter, no.

23       Q.    Have you ever -- have you been

24  engaged in other matters, other than the VOX

25  and the Ryanair matter, to provide expert

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 30 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                           Page 136

1    witness services?

2        A.    No.

3        Q.    Are you familiar with the

4    regulations that apply to law enforcement and

5    National Security operations?

6            ATTORNEY CORA:  Objection to the form.

7    Vague and ambiguous.  Outside the scope of his

8    expert testimony.

9        A.    That's a very broad question, and

10   I'm not an expert in the regulations of

11   government as it relates to -- I guess I

12   forgot the last thing you said.

13       Q.    Law enforcement international

14   security operations.

15       A.    That's not the area of my

16   expertise.  My area of expertise is

17   cybersecurity, and there is an intersection

18   there, but I'm not expert in those regulations

19   as you broadly framed them.

20           ATTORNEY AKROTIRIANAKIS:  Want to go

21   off the record?

22           ATTORNEY CORA:  Sure.  Is this

23   lunchtime?

24           THE VIDEOGRAPHER:  The time is 11:56

25   a.m.

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 31 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 137

1           We're going off the record.

2                              - - -

3           (Whereupon, a luncheon recess is

4    taken at 11:56 a.m.)

5    *     *     *     *     *     *     *     *     *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 32 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 138

1   A F T E R N O O N   S E S S I O N

2   (12:53 p.m.)

3          THE VIDEOGRAPHER:  Stand by, please.

4          The time is 12:53 p.m.

5          We're back on the record.

6          ATTORNEY AKROTIRIANAKIS:  All right.

7   BY ATTORNEY AKROTIRIANAKIS:

8          Q.    Dr. Vance, I understood your

9   previous testimony to be that you have served

10  as an expert in two lawsuits.  One on behalf

11  of VOX Marketing Group and the other on behalf

12  of Ryanair; is that correct?

13         A.    That's correct.

14         Q.    And did either of those matters go

15  to trial?

16         A.    Yes.  The Ryanair trial was

17  completed in August I believe, August about.

18         Q.    August of this year?

19         A.    Yes, finding in favor of Ryanair

20  and the other case is going to trial in

21  January.

22         Q.    Okay.  And have the courts in those

23  cases ruled on the scope of allowing expert

24  testimony?

25         ATTORNEY CORA:  Objection to the form.

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 33 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 139

```
 1                - - -

 2                (Clarification requested by the

 3      stenographer.)

 4                - - -

 5           ATTORNEY AKROTIRIANAKIS:  I thought I

 6      said allowed, A-L-L-O-W-E-D.

 7           ATTORNEY CORA:  And I'm going to object

 8      to the form.  Also to the extent it calls for

 9      a legal conclusion.

10      A.    I'm not familiar with all of the

11      instances of what is allowed or not in these

12      two trials.

13      Q.    I'm sorry, you said you're not

14      familiar or you are familiar?

15      A.    I am not.

16      Q.    Okay.

17                Do you know whether either the VOX

18      or the Ryanair court has limited or excluded

19      the opinions you would be allowed to offer?

20           ATTORNEY CORA:  Objection to the form.

21      A.    Yes, in both cases portions of my

22      testimony were excluded.

23      Q.    In both of those cases you've

24      testified on behalf of the plaintiff at

25      deposition; correct?
```

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 34 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.          Job 3460
ANTHONY VANCE on 11-14-2024                                     Page 140

1      A.      That's correct.

2      Q.      And in the Ryanair case, you

3  submitted a rebuttal report where you offered

4  opinions about whether the access in that case

5  was authorized or unauthorized; is that right?

6          ATTORNEY CORA:  Objection to the form.

7      A.      I don't think so.  Part of the

8  confusion is that unauthorized access is a

9  term of art in cybersecurity and has been

10  since the early '70s, whereas the Computer

11  Fraud and Abuse Act is a 1980s law that's

12  subsequent.  So there is confusion over

13  terminology, but my report does not attempt to

14  make any legal conclusion, including the CFAA.

15      Q.      Okay.  And, in other words, you're

16  not in that case, the Ryanair case, expressing

17  an opinion about whether the access at issue

18  was unauthorized within the meaning of the

19  CFAA; right?

20      A.      My scope for that case was to offer

21  opinions about whether the defendants

22  improperly accessed Ryanair's systems,

23  obviating controls that Ryanair had set up and

24  had extracted information.

25              So I give opinion relative to those

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 35 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 141

1  points of view, which in cybersecurity can be

2  called unauthorized access, but it was not my

3  purpose to make legal conclusions about those

4  activities.

5      Q.    All right.

6            So in the Ryanair case, you were

7  not expressing an opinion about whether the

8  access was unauthorized within the meaning of

9  the CFAA; am I correct?

10     ATTORNEY CORA:  Objection to the form.

11 Asked and answered.

12     A.    I was clear in that report about my

13 purpose and I was expressly clear that I was

14 not making an opinion about the CFAA, but did

15 talk about unauthorized access and called it

16 hacking and gave definitions, popular

17 definitions for both of those terms.

18     Q.    And in this case, are you

19 expressing an opinion about whether access was

20 either authorized or unauthorized as that term

21 is used in the Computer Fraud and Abuse Act?

22     ATTORNEY CORA:  Objection to the form.

23     A.    No.

24     Q.    Have you ever been engaged by a

25 party who was a defendant in a lawsuit to

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 36 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 186

1        A.    Or at least -- hang on.  Yes, they

2   were.

3        Q.    Do you know what NSO is?

4           ATTORNEY CORA:  Objection to the form.

5        A.    I do.

6        Q.    What is NSO?

7        A.    It is a software company that

8   develops exploits.

9        Q.    And who are the customers of NSO?

10          ATTORNEY CORA:  Objection to the form.

11  Lacks foundation.  Calls for speculation.

12       A.    NSO has not been forthcoming about

13  their customers and specifics.

14       Q.    Well, in general, who do you

15  understand the customers of NSO to be?

16          ATTORNEY CORA:  Objection to the form.

17  Calls for speculation and lacks foundation.

18       A.    NSO has made claims about their

19  customers, but I have no idea if those claims

20  are accurate or not.

21       Q.    Who do you understand the customers

22  of NSO to be?

23          ATTORNEY CORA:  Objection to the form.

24  It's asked and answered.  It's also -- it

25  lacks foundation.  It calls for speculation.

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 37 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 187

1   He already said NSO hasn't been forthcoming,

2   so how is he supposed to know?

3        A.    NSO has said that they sell Pegasus

4   and other exploitation tools to governments,

5   but they have not released their list of

6   customers, and I don't know if that is the

7   full extent of their customer list.

8        Q.    Do you know of any nongovernmental

9   customer of NSO?

10        ATTORNEY CORA:  Objection to the form.

11   It lacks foundation.  It calls for

12   speculation.

13        A.    NSO has not disclosed their

14   customer lists.  So I don't know the extent of

15   their customers --

16        Q.    Okay.

17        A.    -- and the nature of those

18   customers.

19        Q.    Do you understand that what you are

20   referring to on Pages 12 and 13 are --

21        A.    It begins on 13 and continues

22   through -- through 20.

23        Q.    Do you understand that these are

24   demonstrations of the Pegasus technology as

25   opposed to execution of the Pegasus technology

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 38 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.          Job 3460
ANTHONY VANCE on 11-14-2024                                    Page 212

1                          -  -  -

2              THE VIDEOGRAPHER:  Stand by, please.

3              The time is 2:35 p.m.

4              We're back on the record.

5    BY ATTORNEY AKROTIRIANAKIS:

6         Q.    Dr. Vance, would you turn to your

7    rebuttal report, Exhibit 1610, please.

8         A.    All right.

9         Q.    On Page 2, you have a heading

10   called:  The policy implications of Pegasus.

11             Do you see that?

12        A.    I do see that.

13        Q.    Have you ever published an article

14   or a paper on the policy implications of

15   Pegasus or similar software?

16             ATTORNEY CORA:  Objection to the form.

17        A.    No, but this is a topic that I go

18   into in depth in my courses.

19        Q.    Okay.  And what about it do you

20   discuss in your courses?

21        A.    In my courses, I discuss software

22   exploitation, hacking tools.  I talk about

23   spyware and how that class of tools can be

24   used to -- for good and ill, and I discuss

25   similar cases to the ones I outline in my

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 39 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 213

1  report, namely on Page 8 of this rebuttal

2  report.

3      Q.    Do you believe that WhatsApp can be

4  used for good and ill?

5          ATTORNEY CORA:  Objection to the form.

6  Outside the scope of his expert testimony.

7      A.    As a technologist in general, I

8  view that most technology can be used for good

9  and ill.

10     Q.    In fact, most tools can be used for

11  good and ill technology or otherwise; correct?

12          ATTORNEY CORA:  Objection to the form.

13     A.    I would agree with you on that.

14  The difference is is that software

15  exploitation tools, in this case with NSO,

16  their purpose is to exploit software tools and

17  corporations and -- and although governments

18  may have specific needs for interception, like

19  we said earlier, I think it's clear from my

20  reports that there are legitimate harms caused

21  by software exploitation.  I think as a class,

22  software exploitation is a dangerous business.

23     Q.    You believe that there are

24  dangerous harms that can be caused through the

25  abuse of all different kinds of technology?

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 40 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                      Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 214

1              ATTORNEY CORA:  Objection to the form.

2        A.    Yes, but especially exploitation.

3        Q.    Do you agree that there are harms

4    that -- well, let's take WhatsApp, for

5    example.  What is the purpose of WhatsApp as

6    far as you understand?

7              ATTORNEY CORA:  Objection to the form.

8        A.    The purpose of WhatsApp is -- I'm

9    not opining about the purpose of WhatsApp, but

10   as I see it, it's to facilitate communication

11   among users all around the world.

12       Q.    And do you agree that WhatsApp can

13   be abused in ways that its creators did not

14   intend or perhaps even foresee?

15             ATTORNEY CORA:  Objection to the form.

16   Lacks foundation.

17       A.    As a communication tool, yes, I do

18   see that there are certain harms that could be

19   used with any communication tool, including

20   WhatsApp.

21       Q.    Okay.  And we talked about what

22   some of those might be; right?

23       A.    Yes.

24       Q.    When somebody uses WhatsApp to

25   commit a crime or to engage in terrorism, is

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 41 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3460
ANTHONY VANCE on 11-14-2024                                          Page 215

1    that WhatsApp fault?

2            ATTORNEY CORA:  Objection to the form.

3    Also calls for speculation.  It's an

4    incomplete hypothetical.  It's outside the

5    scope of his expert opinion.  I also object to

6    the extent it's looking for a legal

7    conclusion.

8        A.    I don't have an opinion about

9    WhatsApp's responsibilities relative to

10   terrorism.  I think there are 2 billion

11   WhatsApp users and that WhatsApp's

12   responsibility is to serve that overall

13   population.  There may be bad actors in that

14   mix, but it's a huge population of planet

15   earth that uses WhatsApp.

16       Q.    So when somebody uses WhatsApp to

17   commit or facilitate a crime, is the

18   responsibility for that crime WhatsApp's

19   responsibility?

20           ATTORNEY CORA:  Objection to the form.

21   Calls for speculation.  It's an incomplete

22   hypothetical.  It's outside the scope of his

23   expert opinion.  I also object to the extent

24   it's looking for a legal conclusion.  It's

25   also asked and answered.

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 42 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460

ANTHONY VANCE on 11-14-2024                                              Page 216

1       A.    I'm not an expert in the law or in

2   communication technology provider's

3   responsibility for the communications of its

4   users.

5       Q.    Well, you seem to suggest in your

6   reports that if someone abuses Pegasus

7   technology in a way not intended by its

8   creators, that that responsibility lies at the

9   feet of NSO; is that fair?

10          ATTORNEY CORA:  Objection to the form.

11   That mischaracterizes his report.  It lacks

12   foundation.  It calls for speculation.  It

13   calls into question facts that are not in the

14   record.

15          A.    The difference is is that WhatsApp

16   is a communication tool.  NSO makes weapons.

17   It makes cyber weapons.  It makes tools that

18   are used to compromise the organizations of

19   companies around the world and to compromise

20   the devices of individuals around the world.

21   It is literally the definition of a cyber

22   weapon, and so as a manufacturer of cyber

23   weapons, yes, I do lay additional

24   responsibility on the manufacturer of those

25   weapons in both the capabilities they enable

Case 4:19-cv-07123-PJH   Document 624-2   Filed 03/20/25   Page 43 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 217

1    and to whom they sell those capabilities.

2         Q.    Well, to whom does WhatsApp sell

3    WhatsApp?

4         ATTORNEY CORA:  Objection to the form.

5         A.    WhatsApp is freely available.

6         Q.    To anyone?

7         A.    Freely available --

8         ATTORNEY CORA:  Objection to the form.

9         A.    Freely available to anyone.

10        Q.    And when you say "freely

11   available," meaning anybody can get it and

12   they can get it for free; right?

13        ATTORNEY CORA:  Objection to the form.

14   Outside the scope of his expert opinion.

15        Q.    Right?

16        A.    Correct.  People can download

17   WhatsApp and use it.

18        Q.    Or abuse it; right?

19        ATTORNEY CORA:  Objection to the form.

20        A.    As any communication tool, WhatsApp

21   may be misused.

22        Q.    And it --

23        A.    Difference is is that WhatsApp is

24   not a weapon.

25        Q.    WhatsApp can be abused anonymously?

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 44 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                           Page 221

1    the extent he's trying to say he wrote

2    something differently from what he did.

3         A.    So that is not the focus of my

4    report.  I understand that the expert

5    witnesses in this case supporting NSO have

6    opined on those matters.

7         Q.    Do you know whether NSO or the

8    Israeli government take into consideration

9    potential customers' human rights record when

10   deciding whether or not to license Pegasus to

11   that country?

12        ATTORNEY CORA:  Objection to the form.

13   Calls for rank speculation.  Lacks foundation.

14        A.    As I recall, NSO has made

15   statements to that effect, however, I also

16   detail on Page 8 through Page 10 abuses of

17   Pegasus.  So we're left to reconcile what NSO

18   has publicly said about its supposed

19   limitations and to whom they sell Pegasus with

20   the demonstrable record of the abuses of

21   Pegasus around the world.

22             So given those two and given that

23   NSO is not forthcoming with its list of

24   customers or the specific technological

25   controls that are imposed on Pegasus

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 45 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                               Page 222

1    customers, I'm led to conclude from the record

2    that NSO, Pegasus has been used for a number

3    of human rights abuses.

4        Q.    On how many occasions do you

5    understand that Pegasus has been used as a

6    legitimate law enforcement counterterrorism

7    tool?

8           ATTORNEY CORA:  Objection to the form.

9    Lacks foundation.  Calls for speculation.

10       A.    It's outside the scope of my report

11   and also I don't believe Pegasus has

12   documented a set of instances.

13       Q.    So you don't know what the number

14   is of times that Pegasus has been used as a

15   legitimate law enforcement or counterterrorism

16   tool?

17          ATTORNEY CORA:  Objection to the form.

18   Lacks foundation.  Calls for speculation.  And

19   there is no question.

20       A.    Pegasus hasn't published those

21   types of instances.  If we had such instances,

22   this debate would be a lot clearer.

23       Q.    Okay.

24       A.    So they have not been forthcoming,

25   even though they have the ability to be

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 46 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                             Page 228

1    but you are giving speeches, and you're

2    blatantly doing it to coach the witness.

3             ATTORNEY CORA:  It's not true, but the

4    record will speak for itself.

5             ATTORNEY AKROTIRIANAKIS:  Yeah, it

6    will.  All right.

7    BY ATTORNEY AKROTIRIANAKIS:

8        Q.    What is your methodology for

9    determining that the risks of abuse of Pegasus

10   outweigh its potential benefits?

11            THE WITNESS:  I'm sorry, are we on the

12   record?

13            THE VIDEOGRAPHER:  Yes.

14       A.    Would you ask it one more time,

15   please?

16       Q.    What is your methodology for

17   determining that the risks of abuse of Pegasus

18   outweigh its potential benefits?

19            ATTORNEY CORA:  Objection to the form.

20       A.    My assessment is based on the

21   review of evidence as I document in this

22   report, and I want to point out that this is

23   not only my view, not only my assessment, but

24   also United States Government Department of

25   Commerce has placed NSO specifically on its

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 47 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                     Job 3460
ANTHONY VANCE on 11-14-2024                                               Page 229

1    entity list because of concerns about human

2    rights and other things.  So we need to ask

3    about my assessment, part of it is to review

4    the evidence.  Part of it is to look at what

5    the U.S. Government itself has said, not only

6    U.S. commerce department, but the executive,

7    the White House has said about this, and I

8    detailed this in my report.

9         Q.    I've asked you to explain your

10   methodology.

11            Do you understand that, that term?

12         ATTORNEY CORA:  Objection to the form.

13         A.    I understand.

14         Q.    Okay.

15         A.    And I believe I've answered that.

16   I have reviewed the evidence.  I've reviewed

17   the facts of this case as I see them in the

18   documents provided to me.  I've reviewed

19   public analyses of how NSO has been used, and

20   I reviewed the statements of the White House

21   and U.S. Department of Commerce relative to

22   the threats of Pegasus, and this is detailed

23   on Pages 11 through 14 of my report.

24         Q.    Anything else part of your supposed

25   methodology that you applied --

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 48 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Job 3460
ANTHONY VANCE on 11-14-2024    Page 235

1    of my report.

2        Q.    Page 2 and 3 of your rebuttal

3    report.  My question is like:  Are you able to

4    talk about privacy rights or aren't you?

5        A.    I am.

6          ATTORNEY CORA:  Objection to the form.

7        Q.    Okay.

8        A.    And to the extent that I'm

9    comfortable opining about this, I do so in my

10   report on Pages 2 and 3, which are -- which is

11   that millions of WhatsApp users live in

12   jurisdictions where they have a legal right to

13   privacy, for example, the charter of

14   fundamental rights of the European Union

15   states that everyone has -- this is the quote,

16   has the right to respect for his or her

17   private and family life, home and

18   communications, and that everyone has the

19   right to the protection of personal data

20   concerning him or her, and I go on, but I

21   don't want to use your time, but I'm not a

22   lawyer and I just want to state that these are

23   the rights that have been espoused, but I'm

24   not going to opine about the limitation of

25   those rights and how they're enforced.

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 49 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.          Job 3460
ANTHONY VANCE on 11-14-2024                                      Page 236

1        Q.    And you don't know whether those

2   rights and when those rights yield to

3   legitimate law enforcement or National

4   Security requirements?

5        ATTORNEY CORA:  Objection to the form.

6        Q.    Correct?

7        A.    I'm not a lawyer and that's outside

8   the scope of my report.

9        Q.    So that's a yes, you don't know?

10       ATTORNEY CORA:  Objection.  Objection

11  to the form.  Asked and answered.

12       A.    Because I'm not a lawyer and

13  because it's outside the scope of my report,

14  I'm not able to answer that.

15       Q.    So you're able, although not a

16  lawyer, to understand people's privacy rights,

17  but you're not able to understand where those

18  rights yield to legitimate law enforcement and

19  National Security requirements?

20       ATTORNEY CORA:  Objection to the form.

21  Mischaracterizes his testimony.

22       A.    That's right.  I can state what

23  these rights are as they're written as they're

24  published, but what you're describing is not

25  something that's laid out in my reports or

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 50 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                          Page 238

1   document various uses, but that's just not

2   available.

3       Q.   Do you agree that the use of

4   encrypted messages services like WhatsApp can

5   in some circumstances prevent successful

6   policing in criminal matters?

7           ATTORNEY CORA:  Objection to the form.

8   Calls for speculation.

9       A.   I don't think that's necessarily

10  the case.

11      Q.   You don't think that the use of

12  encrypted messaging ever exceeds or thwarts

13  the ability to investigate crimes?

14          ATTORNEY CORA:  Objection to the form.

15  Calls for speculation.

16      A.   I address this matter in my report.

17          All right.  I don't want to use up

18  your time too much, but it's under -- the

19  reference to the golden age of surveillance.

20          THE WITNESS:  If anyone finds it before

21  I do, let me know.

22      A.   Here it is, Footnote 16.  This is

23  on Page 4.  Okay.  So on Pages 3 and 4, so it

24  says:  I'm responding to the concerns, the

25  statements of Shepard and Town, who say that:

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 51 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 242

1        Q.    What did you mean when you said

2    that plaintiffs comply with all lawful

3    government data requests?

4        A.    If you'd like, I could read Section

5    B of my report on Page 4.

6        Q.    I don't need you to read your

7    report.

8              What I really want to know is

9    what's the basis for that opinion that you say

10   you have?

11       A.    Sure.

12             So Footnote 19 points to a website

13   that Meta publishes, which is

14   transparency.Meta.com, slash, enforcement, and

15   there Meta documents legal requests that it

16   has responded to for various governments

17   around the world, and it delineates it by

18   platform I believe.

19       Q.    So any other basis for that

20   statement?

21       A.    Yes, there is a fact that's listed

22   here under Footnote 20, WhatsApp safety, and

23   about community admin controls.  There is also

24   a blog post I point to, Footnote 21, which is

25   what is traceability and what does -- why does

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 52 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 278

1   conclusion.  You're just reading this

2   document; right?

3        ATTORNEY CORA:  Objection.

4        Q.    In fact, you're just reading a

5   statement out of the document, right, just

6   like anybody who can read would do?

7        ATTORNEY CORA:  Objection to the form.

8   You're mischaracterizing what he's reading

9   even.

10       A.    What is your point?

11       Q.    Well, my point is that:  Are you or

12   are you not able to say what the meaning of

13   the executive order is?

14       ATTORNEY CORA:  Objection to the form.

15   You're asking him a legal conclusion, and I am

16   objecting to the extent you're seeking a legal

17   conclusion.

18       A.    I am merely citing the White

19   House's interpretation of this executive

20   order.  I don't cite the executive order in my

21   report.  I cite the conclusion, this

22   interpretation of the White House, and I think

23   that's sufficient.

24       Q.    All right.

25             Did you read the part of the

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 53 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 285

1        THE WITNESS:  It's on Page 4, Paragraph

2    Roman Numeral III, and it's right in the

3    middle of it.

4        ATTORNEY CORA:  So I'm going to object

5    that this is a selective quotation.  I think

6    that --

7    BY ATTORNEY AKROTIRIANAKIS:

8        Q.    Here is my point, Dr. Vance:  The

9    executive order does not bar commercial

10    spyware generally.  Can we agree on that?

11    Rather it sets out factors for the use of

12    commercial spyware?

13        ATTORNEY CORA:  Objection to the form.

14    This is asked and answered.

15        A.    I've already answered that

16    question.  It does not bar spyware as a

17    category, but rather points to the risks and

18    harms of the use of such spyware.  In this

19    paragraph that you refer to, it shows -- it

20    says that:  Agencies shall consider among

21    other relevant considerations whether the

22    entity furnishing the commercial spyware knew

23    or reasonably should have known that the

24    spyware posed risks described in Subsections

25    A, I, or 2 of the section, and whether the

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 54 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 286

1    entity has taken appropriate measures to

2    remove such risks, such as canceling relevant

3    licensing agreements or contracts that prevent

4    such risks.

5            What I document in my report is the

6    persistent and continued misuse of Pegasus

7    against vulnerable groups contrary to public

8    statements of NSO that it has such guardrails,

9    such guidelines.

10           What you cannot do is show me that

11   NSO has complied with what is contemplated in

12   the paragraph you've just shown me.

13        Q.    Well, let me ask you this:  In your

14   report, you don't analyze these factors that

15   are set forth in the executive order; correct?

16        ATTORNEY CORA:  Objection to the form.

17        A.    That was not my purpose in writing

18   the report.

19        Q.    All right.  So, yes, you do not

20   analyze these factors?

21        A.    I do not analyze those factors in

22   my report.

23        ATTORNEY CORA:  Objection to the form.

24        Q.    You didn't request a review, any

25   information about NSO's attempts to avoid,

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 55 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 287

1  mitigate, or remove the risks that are

2  identified in the order?

3       ATTORNEY CORA:  Objection to the form.

4       A.    I'll say, no, I've not reviewed

5  those things and neither have the experts that

6  NSO has engaged for this.  They do not discuss

7  these guardrails or provide evidence of them.

8       Q.    Are you aware of whether NSO has

9  canceled licensing agreements?

10       ATTORNEY CORA:  Objection to the form.

11  Lacks foundation.  Calls for speculation.

12       A.    I'll say again that NSO has not

13  provided detailed list of its customer base.

14  It has said that it has canceled licensing

15  agreements, yet we see abuses continuing from

16  various regions around the world.

17       Q.    Are you aware that NSO's marketing

18  and licensing activities are approved by the

19  Israeli Ministry of Defense?

20       ATTORNEY CORA:  Objection to the form.

21       A.    I actually wasn't finished with my

22  answer.

23       Q.    Oh, sorry.

24       A.    For example, Mexico has exhibited

25  human rights abuses involving the Pegasus tool

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 56 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 318

1    element was permitted through the server, but

2    this is a classic example of hacking, where

3    NSO reverse-engineered the protocol and found

4    a way to deliver their malware through the

5    NSO -- through WhatsApp's servers to victims'

6    target devices.

7         Q.    We talked before about what

8    constitutes unauthorized access in sort of

9    like an information security understanding

10   versus a computer fraud and abuse terminology.

11             Do you recall that?

12        A.    Yeah.

13        Q.    Okay.  And you recognize that

14   they're two different things; right?

15        A.    The legal usage of unauthorized

16   access and the cybersecurity usage of

17   unauthorized access?

18        Q.    Yes.

19        A.    Yes, and I prefer for our context,

20   our discussion here to use the word "hacking"

21   because in my view, it means the same thing as

22   the cybersecurity usage of the term

23   "unauthorized access."

24        Q.    Okay.  So you would say in your

25   opinion that the use of the group update

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 57 of 58

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                            Page 320

 1    Mischaracterizes the record.

 2         A.    Which matter are you referring to?

 3         Q.    Just one of the ones where there

 4    was a Daubert order.

 5         ATTORNEY CORA:  Objection.

 6         Q.    I'm not sure which one it was as

 7    I'm sitting here.

 8         A.    Well --

 9         ATTORNEY CORA:  Objection to the form.

10         A.    There are different concerns in

11    both cases.  So there is some nuance there.  I

12    can't respond to that unless you want to be

13    specific.

14         Q.    Here is what I'm getting at:  When

15    you're talking about hacking and your

16    criticism of the group update elements setting

17    and so on, you're not expressing an opinion

18    about whether that hacking, to use your term,

19    constitutes unauthorized access within the

20    meaning of the Computer Fraud and Abuse Act;

21    correct?

22         A.    I am not.  So I am pointing out

23    that this is hacking.  This is classic

24    hacking.  This is a severe instance of the

25    abuse of WhatsApp's system to send malware to

Case 4:19-cv-07123-PJH    Document 624-2    Filed 03/20/25    Page 58 of 58
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3460
ANTHONY VANCE on 11-14-2024                                              Page 352

1                    CERTIFICATE OF REPORTER

2

3        I, Richard Germosen, a New Jersey Certified
    Shorthand Reporter, California Certified Shorthand
4    Reporter, do hereby certify:
            That prior to being examined, the witness in
5    the foregoing deposition was by me duly sworn to
    testify to tell the truth, the whole truth, and
6    nothing but the truth.
            That the foregoing deposition was taken in
7    person at the time and date therein set forth and was
    taken down by me in shorthand and thereafter
8    transcribed into typewriting under my direction and
    supervision; said transcript being a true record of
9    said proceedings.
            I further certify that l am neither counsel
10   for, nor related to, any of the parties to said
    deposition, nor in any way interested in the outcome
11   of this cause.
            Further, that if the foregoing pertains to the
12   original transcript of a deposition in a federal
    case, before completion of the proceedings, review of
13   the transcript was not requested.
            In witness whereof, I have hereunto subscribed
14   my name on this 21st day of November 2024.

15   Richard Germosen, CCR-NJ, CSR-CA #1439]

16

17   *Richard Germosen*
    ---------------------------------------
    RICHARD GERMOSEN,
18   FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
    NYACR, NYRCR
19   LICENSE NO. 30XI00184700
    LICENSE NO. 30XR00016800
20   California CSR No. 14391
    California CRR No. 198

21

22

23

24

25