Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and METE PLATFORMS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11
3   and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to
4   consider whether portions of Plaintiffs' Opposition to Defendants' Motion to Exclude or Limit the
5   Opinions of Plaintiffs' Proposed Expert David J. Youssef ("Plaintiffs' Opposition") and Exhibit A
6   to the Declaration of Micah G. Block in Support of Plaintiffs' Opposition (collectively, the "Confi-
7   dential Materials") thereto should be sealed.

8   The Confidential Materials contain, refer to, or derive from, documents that Defendants have
9   designated as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated
10  Protective Order (Dkt. No. 132) in the above-captioned action. Accordingly, Plaintiffs now move
11  the Court to consider whether the Confidential Materials should be sealed. *See* N.D. Cal. Civil L.R.
12  79-5(f). Plaintiffs reserve the right to challenge any confidentiality designations as well as the seal-
13  ability of the materials at issue.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

Dated:  March 20, 2025                Respectfully Submitted,

                                     DAVIS POLK & WARDWELL LLP


                                     By:  /s/ Micah G. Block
                                          Micah G. Block (SBN 270712)
                                          DAVIS POLK & WARDWELL LLP
                                          900 Middlefield Road, Suite 200
                                          Redwood City, California 94063
                                          Telephone: (650) 752-2000
                                          Facsimile:  (650) 752-2111
                                          Email: micah.block@davispolk.com

                                          Greg D. Andres
                                          Antonio J. Perez-Marques
                                          Craig T. Cagney
                                          Gina Cora
                                          Luca Marzorati
                                            (admitted *pro hac vice*)
                                          DAVIS POLK & WARDWELL LLP
                                          450 Lexington Avenue
                                          New York, New York 10017
                                          Telephone: (212) 450-4000
                                          Facsimile: (212) 701-5800
                                          Email: greg.andres@davispolk.com
                                                 antonio.perez@davispolk.com
                                                 craig.cagney@davispolk.com
                                                 gina.cora@davispolk.com
                                                 luca.marzorati@davispolk.com

                                          *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH