Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** <br><br> Ctrm: 3 <br> Judge: Hon. Phyllis J. Hamilton <br> Action Filed: October 29, 2019 |

1    Having considered the Administrative Motion to Consider Whether Another Party's Material

2  Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms,

3  Inc., concerning portions of Plaintiffs' Opposition to Defendants' Motion to Exclude or Limit the

4  Opinions of Plaintiffs' Proposed Expert David J. Youssef ("Plaintiffs' Opposition") and Exhibit A

5  to the Declaration of Micah G. Block in Support of Plaintiffs' Opposition (the "Block Declaration")

6  (collectively, the "Materials"), the Motion is hereby GRANTED / DENIED.

7    IT IS HEREBY ORDERED that the Materials will / will not remain sealed.

8

9

10  Dated: _____        _____

11                                                    Honorable Phyllis J. Hamilton
                                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1