1  Greg D. Andres
2  Antonio J. Perez-Marques
   Gina Cora
3  Craig T. Cagney
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
7  Facsimile: (212) 701-5800
   Email:   greg.andres@davispolk.com
8            antonio.perez@davispolk.com
             gina.cora@davispolk.com
9            craig.cagney@davispolk.com
             luca.marzorati@davispolk.com
10
11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 900 Middlefield Road
   Redwood City, California 94063
13 Telephone: (650) 752-2000
14 Facsimile:  (650) 752-2111
   Email:   micah.block@davispolk.com
15
   *Attorneys for Plaintiffs*
16 *WhatsApp LLC and Meta Platforms, Inc.*

17                    UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                             OAKLAND DIVISION

20

| | |
|---|---|
| WHATSAPP LLC and METO PLATFORMS, INC., Plaintiffs, v. NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, Defendants. | Case No. 4:19-cv-07123-PJH **DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE OR LIMIT THE OPINIONS OF DAVID J. YOUSSEF** Date: April 10, 2025 Time: 2:00 PM Ctrm: 3 Judge: Hon. Phyllis J. Hamilton Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I submit this declaration in support of the Plaintiffs' Opposition to Defendants' Motion to Exclude or Limit the Opinions of Plaintiffs' Proposed Expert David J. Youssef. I am personally familiar with the legal proceedings in this matter and make this declaration from my own personal knowledge, and I could and would competently testify to the following if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct excerpt of the deposition transcript of David J. Youssef, taken in this case on December 10, 2024.

3. Attached hereto as **Exhibit B** is a true and correct excerpt of the deposition transcript of Claudiu Gheorghe, taken in this case on August 16, 2024.

4. Attached hereto as **Exhibit C** is a true and correct excerpt of the deposition transcript of Andrew Robinson, taken in this case on September 19, 2024.

5. Attached hereto as **Exhibit D** is a true and correct excerpt of the deposition transcript of Jesus Barcons Palau, taken in this case on September 13, 2024.

6. Attached hereto as **Exhibit E** is a true and correct excerpt of the deposition transcript of Yuanyuan Wang, taken in this case on September 12, 2024.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March 2025 in Redwood City, California.

By:   */s/ Micah G. Block*
      Micah G. Block

1

DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE OR LIMIT THE OPINIONS OF DAVID J. YOUSSEF - CASE NO. 4:19-CV-07123-PJH