# EXHIBIT B

Case 4:19-cv-07123-PJH   Document 627-3   Filed 03/20/25   Page 2 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}                       Page 1

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                      OAKLAND DIVISION

 4    _____

 5    WHATSAPP INC., a Delaware          )
      corporation, and FACEBOOK, INC.,   )
 6    a Delaware corporation,            )
      a Delaware corporation,            )
 7                                       )
                 Plaintiffs,             )
 8         v.                            ) Case No.
                                         ) 4:19-cv-07123-PJH
 9    NSO GROUP TECHNOLOGIES LIMITED     )
      and Q CYBER TECHNOLOGIES LIMITED,  )
10                                       )
                                         )
11               Defendants.             )
      _____)
12

13       HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14         VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                    DEPOSITION OF

16    WHATSAPP INC., by and through its Designated

17                   Representative,

18                  CLAUDIU GHEORGHE

19             Palo Alto, California 94304

20               Friday, August 16, 2024

21

22    Reported Stenographically by:
      MARY J. GOFF
23    CSR No. 13427
      WA CSR No. 21030779
24    Job No. 3296
      PAGES 1-295
25
```

Case 4:19-cv-07123-PJH   Document 627-3   Filed 03/20/25   Page 3 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024    {{Attorneys Eyes Only}}                   Page 171

1    A    Yes.

2    Q    On page 9, the next page --

3    A    Step 1?

4    Q    -- yeah.  Well, Step 1, "Attack
5  Initiation."  Unfortunately, it's the same title on
6  both page 8 and page 9.

7         Could you explain what this slide is
8  showing as the next stage of the attack?

9         ATTORNEY BLOCK:  Object to the form of the
10 question.

11   A    I'm not sure what you mean.  Like, do you
12 want me to explain what this slide does or what it
13 is communicating?

14   Q    (BY ATTORNEY WEINBERG) It looks like the
15 same slide as before, except the -- that box
16 call-out changed.

17        So this is, I suppose, an additional
18 explanation of what this signaling server message is
19 doing, so I am just wondering what's happening in
20 this slide.

21        ATTORNEY BLOCK:  Object to the form of the
22 question.

23   A    So I did not author these slides,
24 especially not this one, so I cannot know for sure
25 what the author meant with this slide.

Case 4:19-cv-07123-PJH   Document 627-3   Filed 03/20/25   Page 4 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024   {{Attorneys Eyes Only}}
Job 3296
Page 172

1       But it looks like, based on the content of
2  the box, that it provides more -- more insights into
3  what connecting_tone_desc variable was -- like, how
4  it was used on the client --
5       Q    (BY ATTORNEY WEINBERG) Okay.
6       A    And what are the challenges -- challenges
7  with the attack in that step.
8       Q    So page 10, we have a -- it shows here the
9  caller sends a packet to the relay server and then
10 the relay server forwards it to the callee.
11      What is this text below at the bottom of
12 the slide?
13           ATTORNEY BLOCK:  Object to the preamble
14 before the question and to the form of the question
15 that followed it.
16      A    Above?  Do you mean like these two lines
17 right here?
18      Q    (BY ATTORNEY WEINBERG) Yeah, I think just
19 generally:  What's -- what is this slide showing as
20 the next stage of the -- of the operation?
21           ATTORNEY BLOCK:  I object to form.
22      A    So this -- this slide talks about the
23 bandwidth estimation protocol logic on the client
24 side that handles the RTCPSR and RR -- RR types of
25 packets.

Case 4:19-cv-07123-PJH     Document 627-3     Filed 03/20/25     Page 5 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024     {{Attorneys Eyes Only}}
Job 3296
Page 294

```
 1         I, MARY J. GOFF, CSR No. 13427, Certified
 2   Shorthand Reporter of the State of California,
 3   certify;
 4         That the foregoing proceedings were taken
 5   before me at the time and place herein set forth, at
 6   which time the witness declared under penalty of
 7   perjury; that the testimony of the witness and all
 8   objections made at the time of the examination were
 9   recorded stenographically by me and were thereafter
10   transcribed under my direction and supervision; that
11   the foregoing is a full, true, and correct
12   transcript of my shorthand notes so taken and of the
13   testimony so given;
14         That before completion of the deposition,
15   review of the transcript ( ) was (XX) was not
16   requested:    (   ) that the witness has failed or
17   refused to approve the transcript.
18         I further certify that I am not financially
19   interested in the action, and I am not a relative or
20   employee of any attorney of the parties, nor of any
21   of the parties.
22         I declare under penalty of perjury under the
23   laws of California that the foregoing is true and
24   correct, dated this    day of       , 2024.
25                         _Mary Goff_____
                           MARY J. GOFF
```