# EXHIBIT C

Case 4:19-cv-07123-PJH   Document 627-4   Filed 03/20/25   Page 2 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                                    Page 1

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                     OAKLAND DIVISION
4    - - - - - - - - - - - - - - - - - x
5    WHATSAPP INC., a Delaware       :
6    corporation, and FACEBOOK,      :
7    INC., a Delaware corporation,   :
8            Plaintiffs,             :   CASE NO.
9    v.                              :   4:19-cv-07123-PJH
10   NSO GROUP TECHNOLOGIES LIMITED:
11   And Q CYBER TECHNOLOGIES        :
12   LIMITED,                        :
13           Defendants.             :
14   - - - - - - - - - - - - - - - - - x
15         HIGHLY CONFIDENTIAL, ATTORNEYS' EYES
16       VIDEOTAPED DEPOSITION OF ANDREW ROBINSON
17              Thursday, September 19, 2024
18                      9:36 a.m.
19
20
21   JOB NO.:  44484
22   Pages 1 through 389
23   Reported By:  CASSANDRA E. ELLIS, CSR-CA #14448,
24   CSR-HI #475, CCR-WA #3484, RPR, RMR, RDR, CRR,
25   Realtime Systems Administrator #823848
```

Case 4:19-cv-07123-PJH    Document 627-4    Filed 03/20/25    Page 3 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                        Page 206

1     how -- a call that will happen over WhatsApp is
2     to occur.
3            Q.   And is there something called a
4     signaling server?
5            A.   I think so, but you would have
6     to -- I would refer to the expertise of a
7     WhatsApp security engineer or WhatsApp engineer,
8     generally.
9            Q.   Someone like Mr. Gheorghe?
10           A.   Yes, someone like him.
11                MR. AKROTIRIANAKIS:  Do you have
12    the white paper?
13                (Previously marked Exhibit No. 1083
14    was identified for the record.)
15    BY MR. AKROTIRIANAKIS:
16           Q.   This is Exhibit 1083.
17                And my question is going to be
18    whether you recognize that -- what appears to be
19    a presentation.
20           A.   Was the question, again, am I
21    familiar with this presentation?
22           Q.   My question is going to be whether
23    you recognize Exhibit 1083.
24           A.   I don't know if I recall or I
25    recognize this specific presentation.

Case 4:19-cv-07123-PJH   Document 627-4   Filed 03/20/25   Page 4 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.   Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024
Page 207

1    Q.   Have you ever seen a presentation
2    that concerned a technical analysis of the
3    WhatsApp zero Click exploit?
4              MR. MARZORATI:  Objection as to
5    form.
6              THE WITNESS:  Sorry, repeat the
7    question.
8    BY MR. AKROTIRIANAKIS:
9         Q.   Have you ever seen a presentation
10   that concerned a technical analysis of the
11   WhatsApp zero-click exploit?
12        A.   I have seen presentations of
13   analysis of a WhatsApp zero-click exploit.  I
14   don't know that I've seen this one.
15        Q.   Is this not a document that you
16   reviewed in preparation for your testimony
17   today?
18             MR. MARZORATI:  Objection to form.
19             And Drew, returning here to the
20   distinction we made earlier, which is about
21   preparing for your corporate testimony and
22   preparing for your individual testimony, I would
23   ask that you only answer to the extent, yes or
24   no, if this relates to the preparation for your
25   30(b)(6) corporate testimony.

Case 4:19-cv-07123-PJH   Document 627-4   Filed 03/20/25   Page 5 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                              Page 387

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2                   I, Cassandra E. Ellis, Registered
 3       Professional Reporter, the officer before whom
 4       the foregoing proceedings were taken, do hereby
 5       certify that the foregoing transcript is a true
 6       and correct record of the proceedings; that said
 7       proceedings were taken by me stenographically
 8       and thereafter reduced to typewriting under my
 9       supervision; and that I am neither counsel for,
10       related to, nor employed by any of the parties
11       to this case and have no interest, financial or
12       otherwise, in its outcome.
13                   IN WITNESS WHEREOF, I have hereunto
14       set my hand this 23RD day of September 2024.
15
16
17
18       _Cassandra E. Ellis_____
19       CASSANDRA E. ELLIS, CSR-CA #14448, CCR-WA #3484,
20                       CSR-HI #475, RPR, RMR, RDR,
21                       CRR, REALTIME SYSTEMS
22                       ADMINISTRATOR #823848
23
24
25
```