# EXHIBIT D

Case 4:19-cv-07123-PJH   Document 627-5   Filed 03/20/25   Page 2 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024              {{Attorneys Eyes Only}}             Page 1

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                     OAKLAND DIVISION

4                        --oOo--

5

6   WHATSAPP INC., a Delaware corporation,
    and FACEBOOK, INC., a Delaware
7   corporation,

8              Plaintiffs,
    v.                        Case No.  4:19-cv-07123-PJH
9
    NSO GROUP TECHNOLOGIES LIMITED
10  and Q CYBER TECHNOLOGIES LIMITED,

11             Defendants.
    _____/
12

13          **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

14           STENOGRAPHIC REPORTER'S VIDEOTAPED

15               DEPOSITION TRANSCRIPT OF

16               JESUS BARCONS PALAU

17             FRIDAY, SEPTEMBER 13, 2024

18

19

20  Reported Stenographically by:

21  KIMBERLY D'URSO, CSR 11372, RPR

22  Job No.  3326

23

24

25

Case 4:19-cv-07123-PJH    Document 627-5    Filed 03/20/25    Page 3 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}              Page 116

```
 1              (Reporter clarification.)

 2              THE WITNESS:  -- issue a hot fix if the problem

 3  is a specific a single server, to a single machine.  Only

 4  if it's widespread this may warrant a hot fix.

 5  BY MR. AKROTIRIANAKIS:

 6      Q.   If the server is somehow being compromised by

 7   the problem?

 8              MR. BLOCK:  Objection to form.

 9              THE WITNESS:  Can you use more precise

10  language, please?

11  BY MR. AKROTIRIANAKIS:

12      Q.   I can only use the language that's in the

13   documents that we got from WhatsApp, unfortunately.

14              Do you not understand my question?

15      A.   Not really.  "Compromised" may mean very

16   different things.  Did you use the word "compromised"?

17      Q.   Well, I said "damaged," and you didn't like

18   "damaged," so I'm trying to find some language that we

19   can communicate on.

20              How about "impairment" or "integrity" or

21   "availability of data," a "program," or "system," or

22   "information"; are you comfortable with that language?

23              MR. BLOCK:  Objection.

24              THE WITNESS:  This is so generic, you know.

25  It's like saying:  I'm sick; should we operate?  Well,
```

Case 4:19-cv-07123-PJH    Document 627-5    Filed 03/20/25    Page 4 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}              Page 195

1   right?

2        A.   I can read that.

3        Q.   Okay.  And that -- all what I just read from

4   this slide covers part of the work that you did in

5   discovering the invalid stanzas; right?

6            MR. BLOCK:  Objection to form.

7            THE WITNESS:  Part of my work would be

8   considered captured in those statements.

9   BY MR. AKROTIRIANAKIS:

10       Q.   Does that help you remember whether you have

11  been present for the presentation of this slide deck?

12       A.   No, not really.  I mean, perhaps -- perhaps I

13  was present, but I don't recall being present on the

14  preparation of this deck.  I think would I remember.  I

15  don't think I was doing that.

16       Q.   Okay.  So you don't think that you remember

17  ever having been present for the presentation of this

18  deck?

19           MR. BLOCK:  Object to form.

20           THE WITNESS:  I don't remember.  I could have

21  been there for the presentation.  Perhaps it was rude of

22  me not to go, so perhaps it's very likely that I went.

23  But really I don't remember.  It's very well likely.  I

24  can just not give you my hundred percent answer.

25  BY MR. AKROTIRIANAKIS:

Case 4:19-cv-07123-PJH   Document 627-5   Filed 03/20/25   Page 5 of 5

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326

JESUS PALAU on 09-13-2024          {{Attorneys Eyes Only}}                 Page 217

```
 1  STATE OF CALIFORNIA        )
                               ) ss:
 2  COUNTY OF ALAMEDA          )

 3
               I, KIMBERLY E. D'URSO, do hereby certify:
 4

 5             That the witness named in the foregoing

 6  deposition was present and duly sworn to testify to the

 7  truth in the within-entitled action on the day and date

 8  and at the time and place therein specified;

 9             That the testimony of said witness was reported

10  by me in shorthand and was thereafter transcribed through

11  computer-aided transcription;

12             That the foregoing constitutes a full, true and

13  correct transcript of said deposition and of the

14  proceedings which took place;

15             Further, that if the foregoing pertains to the

16  original transcript of a deposition in a federal case,

17  before completion of the proceedings, review of the

18  transcript [ ] was [ ] was not requested.

19             That I am a certified stenographic reporter and

20  a disinterested person to the said action;

21             IN WITNESS WHEREOF, I have hereunder subscribed

22  my hand this 15th day of September, 2024.
        Kimberly D'Urso
23  _____

24  KIMBERLY D'URSO, CSR NO. 11372, RPR

25
```