# EXHIBIT E

Case 4:19-cv-07123-PJH   Document 627-6   Filed 03/20/25   Page 2 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3327
YUANYUAN WANG on 09-12-2024    {{Attorneys Eyes Only}}                          Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                    OAKLAND DIVISION

 4                       --oOo--

 5


 6   WHATSAPP INC., a Delaware corporation,
     and FACEBOOK, INC., a Delaware
 7   corporation,

 8             Plaintiffs,
     v.                                Case No.  4:19-cv-07123-PJH
 9
     NSO GROUP TECHNOLOGIES LIMITED
10   and Q CYBER TECHNOLOGIES LIMITED,

11             Defendants.
     _____/
12

13      **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

14            STENOGRAPHIC REPORTER'S VIDEOTAPED

15                 DEPOSITION TRANSCRIPT OF

16                     YUANYUAN WANG

17              THURSDAY, SEPTEMBER 12, 2024

18

19

20

21

22   Reported Stenographically by:

23   KIMBERLY D'URSO, CSR 11372, RPR

24   Job No.  3327

25
```

Case 4:19-cv-07123-PJH   Document 627-6   Filed 03/20/25   Page 3 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.
YUANYUAN WANG on 09-12-2024    {{Attorneys Eyes Only}}
Job 3327
Page 139

```
 1  BY MR. WEINBERG:
 2      Q.   My question is whether you recall having in the
 3  past disagreed with anything that was in that paper when
 4  you read it in the past?
 5           MR. BLOCK:  Objection to form.  Assumes facts.
 6           THE WITNESS:  I do not remember that I paid
 7  attention to the details of this document.
 8           MR. WEINBERG:  Can I get Exhibit 1083?  This
 9  was previously marked in the Gheorghe deposition.  This
10  is WA-NSO-00125122.  It's Exhibit 1083.
11           (Exhibit Number 1083 was marked.)
12           THE WITNESS:  Thank you.
13           MR. WEINBERG:  You're welcome.
14           MR. BLOCK:  Oh, I'm sorry.  Thank you.
15  BY MR. WEINBERG:
16      Q.   Do you recognize this slide deck?
17      A.   Sorry, I want to read it first.
18           I do not remember about this.  But there's one
19  page that says:  "WhatsApp security team is hiring," so
20  it could be published by the WhatsApp security team.
21           (Reporter clarification.)
22  BY MR. WEINBERG:
23      Q.   Have you ever seen this document before?
24      A.   I do not remember this.  I may have seen this
25  because it's related to the SEV, and seems like it's
```

Case 4:19-cv-07123-PJH   Document 627-6   Filed 03/20/25   Page 4 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.
YUANYUAN WANG on 09-12-2024    {{Attorneys Eyes Only}}
Job 3327
Page 140

1   produced by WhatsApp security team.  So I may have seen
2   it, but I do not have any memories now.
3   BY MR. WEINBERG:
4        Q.   You don't know who the authors of this document
5   are?
6        A.   Could be WhatsApp security team.  Could be the
7   Facebook security team.
8        Q.   And you've never watched somebody give a
9   presentation with this PowerPoint?
10       A.   I may have.  There are many presentations.  I
11  do not have memory of this particular one.
12            MR. WEINBERG:  Can we take a look at Exhibit
13  1080?  This was previously marked in the Gheorghe
14  deposition as 1080.  It is Bates numbered
15  WA-NSO-00111009.
16            (Exhibit Number 1080 was marked.)
17            MR. BLOCK:  Oh.
18            THE WITNESS:  Sorry.
19            MR. WEINBERG:  No problem.
20  BY MR. WEINBERG:
21       Q.   Do you recognize this as a WorkChat that you
22  participated in?
23       A.   Yes.  My name is listed in the document.
24       Q.   On the last page of this document, Andrey
25  Labunets asks one question which I think wasn't

Case 4:19-cv-07123-PJH   Document 627-6   Filed 03/20/25   Page 5 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.
YUANYUAN WANG on 09-12-2024    {{Attorneys Eyes Only}}
Job 3327
Page 158

```
 1  STATE OF CALIFORNIA        )
 2                             ) ss:
 3  COUNTY OF ALAMEDA          )
 4
 5          I, KIMBERLY E. D'URSO, do hereby certify:
 6          That the witness named in the foregoing
 7  deposition was present and duly sworn to testify to the
 8  truth in the within-entitled action on the day and date
 9  and at the time and place therein specified;
10          That the testimony of said witness was reported
11  by me in shorthand and was thereafter transcribed through
12  computer-aided transcription;
13          That the foregoing constitutes a full, true and
14  correct transcript of said deposition and of the
15  proceedings which took place;
16          Further, that if the foregoing pertains to the
17  original transcript of a deposition in a federal case,
18  before completion of the proceedings, review of the
19  transcript [ ] was [ ] was not requested.
20          That I am a certified stenographic reporter and
21  a disinterested person to the said action;
22          IN WITNESS WHEREOF, I have hereunder subscribed
23  my hand this 16th day of September, 2024.
24  _____
25  KIMBERLY D'URSO, CSR NO. 11372, RPR
```

*Kimberly D'Urso* (signature)