Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br> and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE OR LIMIT THE OPINIONS OF PLAINTIFFS' PROPOSED EXPERT DAVID J. YOUSSEF** |

1	Having considered Defendants' Motion to Exclude or Limit the Opinions of Plaintiffs'
2	Proposed Expert David J. Youssef and Plaintiffs' Opposition to that Motion,
3	IT IS HEREBY ORDERED that Defendants' Motion to Exclude or Limit the Opinions of
4	Plaintiffs' Proposed Expert David J. Youssef is DENIED.

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE

1

[Proposed] Order Denying Defs.' Mot. to Exclude or Limit the Opinions of Pls' Proposed Expert David J. Youssef
Case No. 4:19-cv-07123-PJH