Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                              Plaintiffs,<br><br>        v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                              Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") move the Court to consider whether portions of Plaintiffs' Opposition to Defendants' Motion to Exclude Certain Opinions of Dana Trexler ("Plaintiffs' Opposition") and Exhibit C to the Declaration of Micah G. Block in Support of Plaintiffs' Opposition thereto (collectively, the Confidential Materials") should be sealed.

3   The Confidential Materials contain, refer to, or derive from, documents that Defendants have designated as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action. Accordingly, Plaintiffs now move the Court to consider whether the Confidential Materials should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

Dated:  March 20, 2025

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: */s/ Micah G. Block*
　　Micah G. Block (SBN 270712)
　　DAVIS POLK & WARDWELL LLP
　　900 Middlefield Road, Suite 200
　　Redwood City, California 94063
　　Telephone: (650) 752-2000
　　Facsimile:  (650) 752-2111
　　Email: micah.block@davispolk.com

　　Greg D. Andres
　　Antonio J. Perez-Marques
　　Craig T. Cagney
　　Gina Cora
　　Luca Marzorati
　　  (admitted *pro hac vice*)
　　DAVIS POLK & WARDWELL LLP
　　450 Lexington Avenue
　　New York, New York 10017
　　Telephone: (212) 450-4000
　　Facsimile: (212) 701-5800
　　Email: greg.andres@davispolk.com
　　　　　antonio.perez@davispolk.com
　　　　　craig.cagney@davispolk.com
　　　　　gina.cora@davispolk.com
　　　　　luca.marzorati@davispolk.com

　　*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH