Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** <br><br> Ctrm: 3 <br> Judge: Hon. Phyllis J. Hamilton <br> Action Filed: October 29, 2019 |

1  Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (the "Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), concerning portions of Plaintiffs' Opposition to Defendants' Motion to Exclude Certain Opinions of Dana Trexler ("Plaintiffs' Opposition") and Exhibit C to the Declaration of Micah G. Block in Support of Plaintiffs' Opposition (collectively, the "Materials"), the Motion is hereby GRANTED / DENIED.

IT IS HEREBY ORDERED that the Materials will / will not remain sealed.

Dated: _____  _____
Honorable Phyllis J. Hamilton
United States District Judge