1  Greg D. Andres
   Antonio J. Perez-Marques
2  Craig T. Cagney
   Gina Cora
3  Luca Marzorati
     (admitted *pro hac vice*)
4  DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8           craig.cagney@davispolk.com
            gina.cora@davispolk.com
9           luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   900 Middlefield Road, Suite 200
12 Redwood City, California 94063
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:   micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and*
   *Meta Platforms, Inc.*
16

17                UNITED STATES DISTRICT COURT

18            FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                       OAKLAND DIVISION

20 

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF LUCA MARZORATI IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Pretrial Conference Date: April 10, 2025<br>Time: 2:00 p.m.<br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

I, Luca Marzorati, declare as follows:

1. I am an associate at the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rule 79-5 in support of Plaintiffs' Administrative Motion to File Under Seal filed concurrently herewith.

3. Attached hereto is a true and correct copy of the unredacted version of Exhibit B to the Declaration of Micah G. Block ("Block Declaration") in Support of Plaintiffs' Opposition to Defendants' Motion to Exclude Certain Opinions of Dana Trexler ("Trexler Opposition"). Portions of Exhibit B contain the names of certain of Plaintiffs' non-testifying employees whose identities are not pertinent to any issue, claim, or defense in this action. Disclosure of this confidential personal information would pose a risk of harm to the privacy interests of the listed individuals. In addition, I understand that the public disclosure of Plaintiffs' employees' names in connection with litigation has sometimes been followed by harassment, online threats, and/or suspicious phone calls, text-messages or emails, particularly in cases with significant media attention. There is little, if any public interest, in those identities, so the private interests justify sealing.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 20th day of March, 2025 at New York, New York.

By: */s/ Luca Marzorati*
     Luca Marzorati

1