Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLANTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER** |

I, Micah G. Block, declare as follows:

1. I am partner with the law firm of Davis Polk & Wardwell LLP and admitted to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude Certain Opinions of Dana Trexler, filed concurrently herewith.

3. On August 15, 2024, Plaintiffs served on Defendants their Responses and Objections to Defendants' Amended Notice of Videorecorded Deposition Pursuant to Fed. R. Civ. P. 30(b)(6). Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' Amended Notice of Videorecorded Deposition Pursuant to Fed. R. Civ. P. 30(b)(6).

4. Attached hereto as **Exhibit B** is a true and correct excerpt of the deposition transcript of Claudiu Gheorghe, taken in this case on August 16, 2024.

5. Attached hereto as **Exhibit C** is a true and correct excerpt of the deposition transcript of Gregory A. Pinsonneault, taken in this case on November 20, 2024.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March, 2025 in Redwood City, California.

By: */s/ Micah G. Block*
Micah G. Block

1

DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER - CASE NO. 4:19-CV-07123-PJH