# EXHIBIT B

PUBLIC REDACTED VERSION

Case 4:19-cv-07123-PJH   Document 631-3   Filed 03/20/25   Page 2 of 10
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024       {{Attorneys Eyes Only}}                 Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                     OAKLAND DIVISION

 4   _____

 5   WHATSAPP INC., a Delaware           )
     corporation, and FACEBOOK, INC.,    )
 6   a Delaware corporation,             )
     a Delaware corporation,             )
 7                                       )
                 Plaintiffs,             )
 8       v.                              ) Case No.
                                         ) 4:19-cv-07123-PJH
 9   NSO GROUP TECHNOLOGIES LIMITED      )
     and Q CYBER TECHNOLOGIES LIMITED,   )
10                                       )
                                         )
11               Defendants.             )
     _____)
12

13       HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14         VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                    DEPOSITION OF

16     WHATSAPP INC., by and through its Designated

17                   Representative,

18                  CLAUDIU GHEORGHE

19            Palo Alto, California 94304

20              Friday, August 16, 2024

21

22   Reported Stenographically by:
     MARY J. GOFF
23   CSR No. 13427
     WA CSR No. 21030779
24   Job No. 3296
     PAGES 1-295
25
```

Case 4:19-cv-07123-PJH   Document 631-3   Filed 03/20/25   Page 3 of 10
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3296
WHATSAPP INC. on 08-16-2024       {{Attorneys Eyes Only}}                          Page 21

1           So it started then.  But yeah, software
2  evolves very rapidly, so a lot of things changed
3  across -- like, as we evolved it.
4      Q     (BY ATTORNEY WEINBERG) But you were
5  working on the system throughout those years, and so
6  you're familiar with the way that it evolved?
7           ATTORNEY BLOCK:  Objection to form.
8      A     Yes.
9      Q     (BY ATTORNEY WEINBERG) In 2017 through
10 2019, you had a different position at WhatsApp as
11 the software engineering manager of VoIP
12 infrastructure; is that correct?
13     A     Yes.
14     Q     Could you describe your work and
15 responsibilities in that position?
16     A     Yes.  So my role was a mix of people
17 management and also technical contributions, so
18 inside Facebook we call this a TLM, a Technical Lead
19 Manager.
20          So I was still involved with technical
21 design and implementation, but additionally, I would
22 also -- I was also responsible for hiring and
23 growing the team, doing performance management for
24 people on the team and so on.
25     Q     Got it.  It says that you "built a team

```
 1  responsible for voice and video calling
 2  infrastructure"; is that accurate?
 3       A    Yes.
 4       Q    And so how big was your team that you
 5  managed?
 6       A    I can't remember the actual size.  I think
 7  it was somewhere around, like, several people.  Like
 8  seven to eight.  I don't remember the actual number.
 9       Q    Okay.  And do you remember any of their
10  names?
11       A    Yeah.  So Saish was part of the team.
12            What year are you asking, by the way?
13       Q    In 2019.
14       A    In 2019.  Yes.  So Saish, Jesus.
15       Q    Palau?
16       A    Jesus Palau, Nasraun Jalidle, (phonetic),
17  John Altemiller.
18            Who else was on the team?
19            ███████████████████████  And I think we
20  had a couple of interns as well in 2019.
21       Q    And who did you report to?
22       A    ████████████████████████████████  was my
23  manager.
24       Q    Do you know what his title was?
25       A    I believe he was an engineering manager.
```

Case 4:19-cv-07123-PJH   Document 631-3   Filed 03/20/25   Page 5 of 10
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024      {{Attorneys Eyes Only}}                  Page 74

1    A    I don't know the reason for that.
2    Q    There's four authors listed on the front
3　of this paper.  I just want to run through who each
4　of these people are.
5         Who is Andrey Labunets?
6    A    Andrey.
7    Q    Andrey Labunets.
8    A    He's a member of the incident response
9　team -- security incident response team at Facebook.
10   Q    And what was his relationship to this
11　project?
12   A    He was one of the main coordinators of the
13　project on the security side.  Me and him were
14　basically the main coordinators for the project.
15   Q    When you say "on the security side," what
16　do you mean by that?
17   A    So in order to fulfill the investigation
18　and the remediation, it was a collaboration between
19　experts in WhatsApp and also WhatsApp en -- also
20　experts outside of the WhatsApp team like Andrey and
21　Otto and all the other members of this presentation.
22   Q    All right.  So we spoke about Otto Ebeling
23　before.  You said that he was highly involved with
24　this project?  That's correct?
25   A    Yes.

1  Q  Who is ▮▮▮▮▮▮▮▮?
2  A  He is a team member of Otto working from
3  London on understanding the attack. He's a security
4  engineer.
5  Q  So he reported to Otto?
6  A  I don't think so. Otto was not a manager.
7  He was a senior IC on his team. And ▮▮▮▮▮ was
8  another individual contributor on the same team with
9  Otto.
10 Q  So ▮▮▮▮ and Otto would be peers within
11 the organization?
12 A  Yes.
13 Q  And who is Brendon Tiszka?
14 A  He is a security engineer, a member of the
15 Facebook security team in Menlo Park.
16 Q  Do you know why or -- scratch that -- how
17 WhatsApp chose who would be the authors of this
18 report?
19    ATTORNEY BLOCK: Objection to form.
20 A  WhatsApp did not choose the authors of
21 this report.
22 Q  (BY ATTORNEY WEINBERG) You contributed to
23 this report, didn't you?
24 A  My contribution was limited only with the
25 review of the document and making suggestions on it,

Case 4:19-cv-07123-PJH   Document 631-3   Filed 03/20/25   Page 7 of 10
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 268

1  at Exhibit 1080.
2           (Exhibit 1080 was marked for
3  identification and is attached to the transcript.)
4           ATTORNEY WEINBERG:  Joe, do you have 1080?
5           ATTORNEY AKROTIRIANAKIS:  1080 or 1180?
6           ATTORNEY WEINBERG:  I think 1080.  This
7  might have been used.  It used to be 1133.
8       Q   (BY ATTORNEY WEINBERG) This is another
9  WorkChat that you're on.
10          ATTORNEY BLOCK:  Take all the time you
11 need.
12      A   Okay.
13      Q   (BY ATTORNEY WEINBERG) Okay.  There's a
14 portion of this on the second page -- and that's
15 111010 -- where Aby John provides notes from a
16 meeting.
17          Who is Aby John?
18          ATTORNEY BLOCK:  Objection, scope.
19          You can answer, if you know.
20      A   I remember he was a part of the WhatsApp
21 team.  Potentially a PM.  But I don't remember
22 exactly his role.
23      Q   (BY ATTORNEY WEINBERG) So he reports about
24 halfway down through this note on -- at 11:30:58
25 that:

Case 4:19-cv-07123-PJH   Document 631-3   Filed 03/20/25   Page 8 of 10
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}              Page 294

```
 1          I, MARY J. GOFF, CSR No. 13427, Certified
 2   Shorthand Reporter of the State of California,
 3   certify;
 4          That the foregoing proceedings were taken
 5   before me at the time and place herein set forth, at
 6   which time the witness declared under penalty of
 7   perjury; that the testimony of the witness and all
 8   objections made at the time of the examination were
 9   recorded stenographically by me and were thereafter
10   transcribed under my direction and supervision; that
11   the foregoing is a full, true, and correct
12   transcript of my shorthand notes so taken and of the
13   testimony so given;
14          That before completion of the deposition,
15   review of the transcript ( ) was (XX) was not
16   requested:     (   ) that the witness has failed or
17   refused to approve the transcript.
18          I further certify that I am not financially
19   interested in the action, and I am not a relative or
20   employee of any attorney of the parties, nor of any
21   of the parties.
22          I declare under penalty of perjury under the
23   laws of California that the foregoing is true and
24   correct, dated this    day of       , 2024.
25                    /s/ Mary Goff
                      _____
                      MARY J. GOFF
```

# ERRATA SHEET

Re: *WhatsApp LLC v. NSO Group Technologies Limited*, No. 4:19-cv-07123-PJH (N.D. Cal.)

Deponent: Claudiu Gheorghe

Date of Deposition: August 16, 2024

Job No.: 3296

| Page:Line(s) | From | To | Reason |
|---|---|---|---|
| 13:19 | and Arif Dhilla | and Arif Dhilla (WhatsApp in-house counsel) | Clarification |
| 15:17 | distributed computing systems | distributed computer systems | Clarification |
| 22:16 | Nasraun Jalidle | Nasrin Jaleel | Typographical error |
| 22:17 | (phonetic) John Altemiller | John Altenmueller | Typographical error |
| 22:19 | ■■■■■■■■ | ■■■■■■■■ | Typographical error |
| 24:18 | Stamzining | Stanzaming | Typographical error |
| 29:18 | "coordinate -- well, | "coordinate"-- well, | Typographical error |
| 31:12 | flagged at | flagged as | Typographical error |
| 32:6 | What's difference | What's the difference | Typographical error |
| 35:14 | in other instance it | in other instances it | Typographical error |
| 37:22 | had three years | had two engineers | Transcription error |
| 37:25-38:1 | ■■■■■■■■ | ■■■■■■■■ | Typographical error |
| 38:20 | I don't remember the exact date. | I don't remember the actual date. | Transcription error |
| 39:5 | people.  I collaborated with. | people I collaborated with. | Typographical error |
| 39:14-15 | slide entitled "Going Forward. | slide entitled "Going Forward." | Typographical error |
| 39:21 | The WhatsApp security team | A WhatsApp security team | Clarification |
| 41:9 | of work to prevent... | of work, to prevent. | Clarification |
| 42:5 | that 10-year -- ten-year mark | that ten-year -- ten-year mark | Typographical error |

## **ACKNOWLEDGEMENT**

    I, CLAUDIU GHEORGHE, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

Executed on September 23, 2024.

*Claudiu Gheorghe*

Claudiu Gheorghe