1  Greg D. Andres
2  Antonio J. Perez-Marques
   Gina Cora
3  Craig T. Cagney
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
7  Email:    greg.andres@davispolk.com
             antonio.perez@davispolk.com
8            gina.cora@davispolk.com
             craig.cagney@davispolk.com
9            luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   900 Middlefield Road, Suite 200
12 Redwood City, California 94063
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:    micah.block@davispolk.com

15 *Attorneys for Plaintiffs*
   *WhatsApp LLC and Meta Platforms, Inc.*
16

17                    UNITED STATES DISTRICT COURT

18                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                              OAKLAND DIVISION

20  WHATSAPP LLC, and                      )
    META PLATFORMS INC.,                   )  Case No. 4:19-cv-07123-PJH
21                                         )
                                           )  **[PROPOSED] ORDER DENYING**
22               Plaintiffs,               )  **DEFENDANTS' MOTION TO**
                                           )  **EXCLUDE CERTAIN OPINIONS OF**
23       v.                                )  **DANA TREXLER**
                                           )
24  NSO GROUP TECHNOLOGIES LIMITED         )
    and Q CYBER TECHNOLOGIES LIMITED,      )
25                                         )
                                           )
26               Defendants.               )
                                           )
27
28

Having considered Defendants' Motion to Exclude Certain Opinions of Dana Trexler and Plaintiffs' opposition to that motion,

IT IS HEREBY ORDERED that Defendants' Motion to Exclude Certain Opinions of Dana Trexler is DENIED.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE

1

[Proposed] Order Denying Defs.' Mot. to Exclude Certain Opinions of Dana Trexler
Case No. 4:19-cv-07123-PJH