JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. 598-1, 598-3, 600, 600-1 AND 601-1)**<br><br>Action Filed:   10/29/2019 |

1    Defendants respectfully request that the Court order that the documents filed as Dkt. Nos. 598-1, 598-3, 600, 600-1 and 600-3 all be removed from the ECF docket on the ground that each contains unredacted information that Plaintiffs have requested be redacted.

On March 13 and 14, 2025, Defendants filed the redacted version of their Trial Brief (Dkt. Nos. 598-1 and 600), and the redacted version of the Declaration of Joseph N. Akrotirianakis in Support of their Trial Brief and Motions in Limine (Dkt. Nos. 598-3, 600-1, and 601-1) ("Akro Declaration").[1]

On March 18, Plaintiffs promptly contacted Defendants to request that a small amount of additional information be redacted from both Defendants' Trial Brief and the Akro Declaration. Defendants have agreed to do so.

In order to facilitate removing Defendants' Trial Brief and the Akro Declaration from the public docket, Defendants contacted the Court's Case Systems Administrator for Civil Case Docketing & Docket Correction, as well as the ECF Help Desk, and those documents have been temporarily locked.

Accordingly, Defendants respectfully move the Court to remove the Defendants' Redacted Trial Brief (Dkt. Nos. 598-1 and 600) and the Redacted Akro Declaration (Dkt. Nos. 598-3, 600-1 and 601-1) from ECF.  Defendants will promptly file new versions of Defendants' Redacted Trial Brief and the Redacted Akro Declaration that contain the additional redactions requested by Plaintiffs.

DATED:  March 21, 2025

KING & SPALDING LLO

By: *Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG
Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED

---

[1] Sealed unredacted versions of these documents are located at Dkt. Nos. 596-2 and 596-4.  No change is requested with respect to those filings.