UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. 598-1, 598-3, 600, 600-1 AND 601-1)**<br><br>Action Filed: 10/29/2019 |

| | |
|---|---|
| 1 | Having considered the Administrative Motion to Seal to Remove Incorrectly Filed |
| 2 | Documents (Dkt. Nos. 598-1, 598-3, 600, 600-1 and 601-1), IT IS HEREBY ORDERED that the |
| 3 | Motion is GRANTED.  The Redacted Defendants' Trial Brief (Dkt. 598-1 and 600) and the |
| 4 | Redacted Akrotirianakis Declaration (Dkt. 598-3, 600-1 and 601-1) shall be removed from the |
| 5 | Docket.  Defendants are ordered to file a new Redacted Trial Brief and a Redacted Akrotirianakis |
| 6 | Declaration. |
| 7 | **IT IS SO ORDERED.** |
| 8 | |
| 9 | DATED: _____ |
| 10 | THE HONORABLE PHYLLIS J. HAMILTON<br>SENIOR UNITED STATES DISTRICT JUDGE |