1    JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
       *jakro@kslaw.com*
2    AARON S. CRAIG (Bar No. 204741)
       *acraig@kslaw.com*
3    KING & SPALDING LLP
     633 West Fifth Street, Suite 1700
4    Los Angeles, CA 90071
     Telephone: (213) 443-4355
5    Facsimile: (213) 443-4310

6    Attorneys for Defendants NSO GROUP TECHNOLOGIES
     LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

                   UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                         OAKLAND DIVISION
10

11   | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
12   |---|---|
     | | **CORRECTION OF DKT. NOS. 598-1, 598-3, 600, 600-1 AND 601-1** |
13   | Plaintiffs, | |
     | | **DEFENDANTS' TRIAL BRIEF AND DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE AND TRIAL BRIEF** |
14   | v. | |
15   | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
16   | | |
     | Defendants. | |
17   | | Action Filed:   10/29/2019 |