UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [RE DOCKET NO. 625]**<br><br>Action Filed: 10/29/2019 |

Having considered the Administrative Motion to Seal ("the Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Exclude or Limit the Opinions of Plaintiffs' Proposed Expert David J. Youssef ("Plaintiffs' Opposition") [Dkt. 625-3] | Highlighted portions on page 4 (lines 9-12 only), 11, 14 (lines 1-5 only), 15 (lines 9 - 18 only), 17 (lines 9 - 11 only), 18. | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit A to the Declaration of Micah G. Block in Support of Plaintiffs' Opposition ("Block Declaration") [Dkt. 625-4] | 159:5-161: 25 | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE