# EXHIBIT A

Plaintiffs' Counter Designations to Defendants' Deposition Designations

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Divittorio, Terrence 9/18/2024 | 17:5–22:10 | |
| Divittorio, Terrence 9/18/2024 | 25:19–53:1 | |
| Divittorio, Terrence 9/18/2024 | 53:9–62:2 | |
| Divittorio, Terrence 9/18/2024 | 62:15–71:13 | |
| Divittorio, Terrence 9/18/2024 | 72:5–75:7 | 76:20-22; 77:7-18; 78:5-15; 79:3-8; 79:17-21 |
| Divittorio, Terrence 9/18/2024 | 83:9–18 | 84:22-85:10 |
| Divittorio, Terrence 9/18/2024 | 118:18–119:10 | |
| Divittorio, Terrence 9/18/2024 | 158:16–160:7 | 161:8-162:13; 164:3-6; 166:21-167:1; 167:5; 168:4-9; 170:18-171:1; 171:6-12; 171:16-19; 172:10-13; 172:17; 242:2; 244:15-245:-3; 296:11-297:1; 297:4; 297:6-8 |
| Divittorio, Terrence 9/18/2024 | 174:19-175:7 | |
| Divittorio, Terrence 9/18/2024 | 176:10–177:13 | |
| Divittorio, Terrence 9/18/2024 | 190:3–192:4 | 193:19-22; 194:2; 194:5-10; 194:14 |
| Divittorio, Terrence 9/18/2024 | 252:18–254:6 | |
| Divittorio, Terrence 9/18/2024 | 269:8–270:14 | 270:15-271:2 |
| Divittorio, Terrence 9/18/2024 | 272:7-275:18 | 87:4-19; 93:11-12; 93:15-21; 94:2-15; 96:21-97:10; 98:13-19; 99:2-8; 99:16-18 (starting at "I'm asking"); 99:21; 132:17-18; 132:21-133:6; 271:15-272:6 |
| Divittorio, Terrence 9/18/2024 | 276:2–16 | |
| Divittorio, Terrence 9/18/2024 | 284:20–290:13 | |
| Divittorio, Terrence 9/18/2024 | 290:16–291:21 | 292:2-7 |
| Divittorio, Terrence 9/18/2024 | 293:11-294:16 | |
| Divittorio, Terrence 9/18/2024 | 297:9-22 | 103:21-106:6; 112:17-113:15; 170:18-171:1; 171:6-12; 171:16-19; 172:10-13; 172:17; 175:8-12; 175:15; 242:2; 244:15-245:-3; 296:11-297:1; 297:4; 297:6-8 |
| Divittorio, Terrence 9/18/2024 | 300:4–303:3 | |
| Divittorio, Terrence 9/18/2024 | 303:11–305:15 | |
| Divittorio, Terrence 9/18/2024 | 309:5-312:5 | |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Divittorio, Terrence 9/18/2024 | 313:19–316:4 | |
| Divittorio, Terrence 9/18/2024 | 316:21–318:11 | |
| Divittorio, Terrence 9/18/2024 | 318:15–322:16 | |
| Divittorio, Terrence 9/18/2024 | 322:21–323:12 | |
| Divittorio, Terrence 9/18/2024 | 324:12–16 | 103:21-105:21; 105:22-106:6; 112:17-113:15 |
| Divittorio, Terrence 9/18/2024 | 324:19–325:5 | 103:21-105:21; 105:22-106:6; 112:17-113:15 |
| Divittorio, Terrence 9/18/2024 | 326:12–328:20 | 337:17-339:11; 339:14; 339:18-340:12; 340:15; 340:17-18 |
| Divittorio, Terrence 9/18/2024 | 331:3–332:19 | |
| Divittorio, Terrence 9/18/2024 | 332:22–333:9 | |
| Divittorio, Terrence 9/18/2024 | 333:12–334:12 | 86:9-16 |
| Shaner, Joshua 9/17/2024 | 9:25–11:8 | |
| Shaner, Joshua 9/17/2024 | 61:24–62:15 | |
| Shaner, Joshua 9/17/2024 | 63:2–9 | |
| Shaner, Joshua 9/17/2024 | 64:4–11 | |
| Shaner, Joshua 9/17/2024 | 67:9–22 | |
| Shaner, Joshua 9/17/2024 | 89:9–25 | |
| Shaner, Joshua 9/17/2024 | 103:21–24 | 102:18-103:1, 103:4-8, 103:12-19, 103:25-104:4, 319:22-322:2, 322:5-6 |
| Shaner, Joshua 9/17/2024 | 104:13–105:20 | 106:19-107:7 |
| Shaner, Joshua 9/17/2024 | 150:17–151:1 | |
| Shaner, Joshua 9/17/2024 | 184:4–23 | 185:24-186:7, 319:22-322:2, 322:5-6 |
| Shaner, Joshua 9/17/2024 | 185:4-23 | 185:24-186:7, 319:22-322:2, 322:5-6 |
| Shaner, Joshua 9/17/2024 | 200:15–202:5 | |
| Shaner, Joshua 9/17/2024 | 202:23–203:16 | |
| Shaner, Joshua 9/17/2024 | 211:4–16 | 200:3-14, 211:17-21 |
| Shaner, Joshua 9/17/2024 | 215:5–217:17 | 217:18-19, 217:22-218:1, 218:5-9 |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Shaner, Joshua 9/17/2024 | 258:16–274:20 | 319:22-322:2, 322:5-6 |
| Shaner, Joshua 9/17/2024 | 275:15–276:20 | 322:24-324:5 |
| Shaner, Joshua 9/17/2024 | 276:23–277:15 | 29:1-11, 35:12-36:8, 36:12-21, 39:1-8, 319:22-322:2, 322:5-6, 322:24-324:5 |
| Shaner, Joshua 9/17/2024 | 277:18–279:12 | 322:24-324:5 |
| Shaner, Joshua 9/17/2024 | 284:12–288:11 | 181:6-10, 182:4-183:6, 202:6-12, 203:17-19, 203:23-25, 204:2, 204:5-8, 204:11-15 |
| Shaner, Joshua 9/17/2024 | 288:14–24 | 29:1-11, 33:22-34:14, 35:12-36:8, 36:12-21, 39:1-8, 39:24-40:6, 44:3-12, 44:15-17, 150:5-16, 181:6-10, 182:4-183:6, 202:6-12, 203:17-19, 203:23-25, 204:2, 204:5-8, 204:11-15, 211:17-21, 279:23-280:2, 319:22-322:2, 322:5-6, 332:21-24, 322:24-324:5 |
| Shaner, Joshua 9/17/2024 | 289:2–290:24 | 181:6-10, 182:4-183:6 |
| Shaner, Joshua 9/17/2024 | 291:12–292:2 | 181:6-10, 182:4-183:6 |
| Shaner, Joshua 9/17/2024 | 292:5–22 | 181:6-10, 182:4-183:6, 325:25-326:20, 326:23-327:3, 327:7-328:10, 328:13-329:4, 329:6-330:11 |
| Shaner, Joshua 9/17/2024 | 292:25–294:6 | 297:9-20, 325:25-326:20, 326:23-327:3, 327:7-328:10, 328:13-329:4, 329:6-330:11 |
| Shaner, Joshua 9/17/2024 | 294:14–297:8 | 297:9-20, 325:25-326:20, 326:23-327:3, 327:7-328:10, 328:13-329:4, 329:6-330:11 |
| Shaner, Joshua 9/17/2024 | 297:21–298:21 | 325:25-326:20, 326:23-327:3, 327:7-328:10, 328:13-329:4, 329:6-330:11 |
| Shaner, Joshua 9/17/2024 | 299:24–302:22 | |
| Shaner, Joshua 9/17/2024 | 302:25–303:7 | |
| Shaner, Joshua 9/17/2024 | 303:10–304:23 | |
| Shaner, Joshua 9/17/2024 | 304:24–305:2 | |
| Shaner, Joshua 9/17/2024 | 305:5–7 | |
| Shaner, Joshua 9/17/2024 | 305:19–306:5 | 319:22-322:2, 322:5-6, 325:25-326:20, 326:23-327:3, 327:7-328:10, 328:13-329:4, 329:6-330:11 |
| Shaner, Joshua 9/17/2024 | 306:7–23 | 319:22-322:2, 322:5-6, 325:25-326:20, 326:23-327:3, 327:7-328:10, 328:13-329:4, 329:6-330:11 |
| Shaner, Joshua 9/17/2024 | 307:2–11 | 307:12-16, 325:25-326:20, 326:23-327:3, 327:7-328:10, 328:13-329:4, 329:6-330:11 |
| Shaner, Joshua 9/17/2024 | 307:17–308:10 | 325:25-326:20, 326:23-327:3, 327:7-328:10, 328:13-329:4, 329:6-330:11 |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Shaner, Joshua 9/17/2024 | 308:13–309:23 | 325:25-326:20, 326:23-327:3, 327:7-328:10, 328:13-329:4, 329:6-330:11 |
| Shaner, Joshua 9/17/2024 | 310:1–6 | |
| Shaner, Joshua 9/17/2024 | 310:19–311:17 | 325:25-326:20, 326:23-327:3, 327:7-328:10, 328:13-329:4, 329:6-330:11 |
| Shaner, Joshua 9/17/2024 | 312:5–25 | 43:5-10, 45:7-11, 313:1-11, 313-14-17, 319:22-322:2, 322:5-6 |
| Shaner, Joshua 9/17/2024 | 314:2–16 | 181:6-10, 182:4-183:6, 325:25-326:20, 326:23-327:3, 327:7-328:10, 328:13-329:4, 329:6-330:11 |
| Shaner, Joshua 9/17/2024 | 314:19–20 | 181:6-10, 182:4-183:6, 331:21-332:7, 332:21-24 |
| Shaner, Joshua 9/17/2024 | 314:22–24 | 181:6-10, 182:4-183:6, 331:21-332:7, 332:21-24 |
| Shaner, Joshua 9/17/2024 | 315:1–3 | 181:6-10, 182:4-183:6, 200:3-14 |
| Shaner, Joshua 9/17/2024 | 315:5–23 | 44:3-12, 44:15-17, 150:5-16, 152:3-13, 181:6-10, 182:4-183:6, 200:3-14, 319:22-322:2, 322:5-6 |
| Shaner, Joshua 9/17/2024 | 316:1–11 | 44:3-12, 44:15-17, 150:5-16, 152:3-13, 319:22-322:2, 322:5-6 |
| Shaner, Joshua 9/17/2024 | 318:9–319:5 | 200:3-14, 202:6-12, 203:17-19, 203:23-25, 204:2, 204:5-8, 204:11-15, 319:22-322:2, 322:5-6 |
| Glick, Susan 9/9/2024 | 10:24-13:16 | 15:17-16:18 |
| Glick, Susan 9/9/2024 | 14:3-17 | |
| Glick, Susan 9/9/2024 | 14:21-15:11 | |
| Glick, Susan 9/9/2024 | 17:21-18:3 | |
| Glick, Susan 9/9/2024 | 21:10-22 | 21:8-9; 21:23-22:8; 74:15-75:18 |
| Glick, Susan 9/9/2024 | 22:9-24:5 | 24:12-19 |
| Glick, Susan 9/9/2024 | 25:12-13 | |
| Glick, Susan 9/9/2024 | 25:18-26:5 | |
| Glick, Susan 9/9/2024 | 26:16-27:2 | 27:3-22 |
| Glick, Susan 9/9/2024 | 47:18-21 | 47:22-48:8 |
| Glick, Susan 9/9/2024 | 49:23-50:13 | 50:14-50:20 |
| Glick, Susan 9/9/2024 | 50:23-25 | 51:3-52:9 |
| Glick, Susan 9/9/2024 | 52:10-53:17 | |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Glick, Susan 9/9/2024 | 53:20-54:5 | |
| Glick, Susan 9/9/2024 | 54:8-16 | 54:17-54:24; 55:2-55:4 |
| Glick, Susan 9/9/2024 | 55:6-16 | 55:17-20; 130:23-4; 131:11-19; 131:20-132:2 |
| Glick, Susan 9/9/2024 | 56:16-58:1 | |
| Glick, Susan 9/9/2024 | 58:4-20 | |
| Glick, Susan 9/9/2024 | 58:23-59:5 | |
| Glick, Susan 9/9/2024 | 59:8-17 | |
| Glick, Susan 9/9/2024 | 59:20-25 | |
| Glick, Susan 9/9/2024 | 60:3-6, 8 | |
| Glick, Susan 9/9/2024 | 60:10-61:7 | 62:10-63:12; 75:19-76:17 |
| Glick, Susan 9/9/2024 | 61:10-62:1 | |
| Glick, Susan 9/9/2024 | 63:13-64:2 | |
| Glick, Susan 9/9/2024 | 64:5-10 | 67:7-10 |
| Glick, Susan 9/9/2024 | 64:22-65:22 | 64:14-21; 81:3-9 |
| Glick, Susan 9/9/2024 | 65:25-67:6 | |
| Glick, Susan 9/9/2024 | 67:11-12 | |
| Glick, Susan 9/9/2024 | 67:15-68:5 | |
| Glick, Susan 9/9/2024 | 68:8-13 | |
| Glick, Susan 9/9/2024 | 68:17 | |
| Glick, Susan 9/9/2024 | 68:19-69:8 | |
| Glick, Susan 9/9/2024 | 70:22-71:20 | 69:9-14; 70:9-21; 71:21-72:8; 72:21-73:15 |
| Glick, Susan 9/9/2024 | 76:18-78:13 | |
| Glick, Susan 9/9/2024 | 78:16 | |
| Glick, Susan 9/9/2024 | 80:16-81:1 | 78:18-79:6 |
| Glick, Susan 9/9/2024 | 83:10-13 | 150:22-151:14; 151:17-152:6; 152:25-153:1; 153:4-5 |

Plaintiffs' Counter Designations to Defendants' Deposition Designations

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Glick, Susan 9/9/2024 | 86:14-88:6 | 84:23-86:13; 88:7-17; 88:25-89:2; 89:5-10; 89:13-19; 89:22-90:4; 93:13-19; 94:4-7; 96:25-97:7 |
| Glick, Susan 9/9/2024 | 93:6-12 | |
| Glick, Susan 9/9/2024 | 94:12-20 | |
| Glick, Susan 9/9/2024 | 95:9-96:24 | |
| Glick, Susan 9/9/2024 | 97:8-10 | |
| Glick, Susan 9/9/2024 | 97:13 | |
| Glick, Susan 9/9/2024 | 97:16-98:10 | |
| Glick, Susan 9/9/2024 | 98:13-99:4 | |
| Glick, Susan 9/9/2024 | 99:7-12 | 99:13-22 |
| Glick, Susan 9/9/2024 | 100:9-103:12 | |
| Glick, Susan 9/9/2024 | 103:15-19 | |
| Glick, Susan 9/9/2024 | 103:22-104:3 | |
| Glick, Susan 9/9/2024 | 104:6-14 | 104:16-19 |
| Glick, Susan 9/9/2024 | 105:16-107:16 | 105:8-15 |
| Glick, Susan 9/9/2024 | 107:19-20 | |
| Glick, Susan 9/9/2024 | 107:25-108:7 | 107:22-24 |
| Glick, Susan 9/9/2024 | 108:8-110:5 | |
| Glick, Susan 9/9/2024 | 110:8-111:2 | 111:3-23 |
| Glick, Susan 9/9/2024 | 112:24-113:7 | 113:8-19 |
| Glick, Susan 9/9/2024 | 114:8-21 | 114:22-115:2; 134:14-135:7 |
| Glick, Susan 9/9/2024 | 117:5-23 | 124:6-9 |
| Glick, Susan 9/9/2024 | 118:1-14 | |
| Glick, Susan 9/9/2024 | 118:17-119:10 | |
| Glick, Susan 9/9/2024 | 119:13-120:2 | |
| Glick, Susan 9/9/2024 | 120:5-25 | |

Plaintiffs' Counter Designations to Defendants' Deposition Designations

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Glick, Susan 9/9/2024 | 121:3 | 121:5-7; 121:9 |
| Glick, Susan 9/9/2024 | 121:18-122:4 | 122:5-14 |
| Glick, Susan 9/9/2024 | 129:16 | |
| Glick, Susan 9/9/2024 | 132:10-134:13 | 161:6-162:4; 162:7-10; 196:16-20 |
| Glick, Susan 9/9/2024 | 135:8-136:15 | |
| Glick, Susan 9/9/2024 | 136:18-23 | |
| Glick, Susan 9/9/2024 | 137:1-12 | 137:13-20; 138:10-13 |
| Glick, Susan 9/9/2024 | 148:24-149:7 | |
| Glick, Susan 9/9/2024 | 149:10-14 | |
| Glick, Susan 9/9/2024 | 149:17-19 | 149:21-150:4 |
| Glick, Susan 9/9/2024 | 159:16-160:2 | |
| Glick, Susan 9/9/2024 | 163:1-170:20 | |
| Glick, Susan 9/9/2024 | 171:20-172:9 | 172:10-15 |
| Glick, Susan 9/9/2024 | 172:16-173:15 | 173:16-18 |
| Glick, Susan 9/9/2024 | 177:2-182:10 | 182:11-14; 182:24-185:21; 185:24-25 |
| Glick, Susan 9/9/2024 | 185:7-18 | |
| Gautam, Aashin 9/20/2024 | 9:17-10:6 | 10:9-21; 11:8-12; 52:5-10; 52:11-16; 53:18-54:1; 54:5-13; 94:19-95:3; 96:7-25; 72:19-72:22; 72:24-73:3; 33:12-19; 35:7-33:12; 35:16-36:1; 36:2-35:6; 150:24-151:1; 151:3-5; 151:9-13 |
| Gautam, Aashin 9/20/2024 | 12:12-14 | 13:14-13:19 |
| Gautam, Aashin 9/20/2024 | 12:16 | 13:21-14:1 |
| Gautam, Aashin 9/20/2024 | 13:6-13 | 218:10-221:2 |
| Gautam, Aashin 9/20/2024 | 14:2-8 | |
| Gautam, Aashin 9/20/2024 | 14:11-15:16 | |
| Gautam, Aashin 9/20/2024 | 16:1-6 | |
| Gautam, Aashin 9/20/2024 | 16:9-16 | |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Gautam, Aashin 9/20/2024 | 16:23-24 | |
| Gautam, Aashin 9/20/2024 | 17:4-8 | |
| Gautam, Aashin 9/20/2024 | 17:11-25 | |
| Gautam, Aashin 9/20/2024 | 18:2-5 | |
| Gautam, Aashin 9/20/2024 | 18:7-15 | |
| Gautam, Aashin 9/20/2024 | 18:17-22 | |
| Gautam, Aashin 9/20/2024 | 18:24-19:2 | |
| Gautam, Aashin 9/20/2024 | 19:7-12 | |
| Gautam, Aashin 9/20/2024 | 19:17-21 | |
| Gautam, Aashin 9/20/2024 | 19:23-20:7 | |
| Gautam, Aashin 9/20/2024 | 20:13-22 | |
| Gautam, Aashin 9/20/2024 | 21:3-7 | |
| Gautam, Aashin 9/20/2024 | 21:10-25 | |
| Gautam, Aashin 9/20/2024 | 22:20-23 | 22:1-5; 22:10-12; 22:18-19; 27:24-28:3; 28:10-28:13; 28:20-29:9 |
| Gautam, Aashin 9/20/2024 | 23:1-14, 17 | |
| Gautam, Aashin 9/20/2024 | 23:20-24:1 | |
| Gautam, Aashin 9/20/2024 | 24:4-15 | |
| Gautam, Aashin 9/20/2024 | 25:5-18 | |
| Gautam, Aashin 9/20/2024 | 25:20-26:9 | |
| Gautam, Aashin 9/20/2024 | 26:14-22 | |
| Gautam, Aashin 9/20/2024 | 26:25-27:4 | |
| Gautam, Aashin 9/20/2024 | 29:11-17 | |
| Gautam, Aashin 9/20/2024 | 29:19-30:9 | 90:16-90:22; 90:25-91:16; 91:22-25; 92:3-9; 92:12-18; 148:10-11 |
| Gautam, Aashin 9/20/2024 | 30:14-20 | |
| Gautam, Aashin 9/20/2024 | 30:24-31:10 | |

Plaintiffs' Counter Designations to Defendants' Deposition Designations

| NAME<br>(DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Gautam, Aashin 9/20/2024 | 31:13-21 | |
| Gautam, Aashin 9/20/2024 | 31:23-32:2 | |
| Gautam, Aashin 9/20/2024 | 32:4-7 | |
| Gautam, Aashin 9/20/2024 | 32:9-12 | |
| Gautam, Aashin 9/20/2024 | 37:18-39:16 | |
| Gautam, Aashin 9/20/2024 | 39:17-19 | |
| Gautam, Aashin 9/20/2024 | 39:22-40:18 | |
| Gautam, Aashin 9/20/2024 | 40:20-23 | |
| Gautam, Aashin 9/20/2024 | 41:1-6 | |
| Gautam, Aashin 9/20/2024 | 41:9-21 | |
| Gautam, Aashin 9/20/2024 | 41:23-44:1 | |
| Gautam, Aashin 9/20/2024 | 44:3-12 | |
| Gautam, Aashin 9/20/2024 | 44:14-45:2 | |
| Gautam, Aashin 9/20/2024 | 45:4-10 | |
| Gautam, Aashin 9/20/2024 | 45:12-20 | |
| Gautam, Aashin 9/20/2024 | 45:22-46:4 | |
| Gautam, Aashin 9/20/2024 | 46:7-11, 13 | |
| Gautam, Aashin 9/20/2024 | 59:11-12 | |
| Gautam, Aashin 9/20/2024 | 59:15-22 | |
| Gautam, Aashin 9/20/2024 | 59:25-60:2 | |
| Gautam, Aashin 9/20/2024 | 60:4-6 | |
| Gautam, Aashin 9/20/2024 | 60:8-11, 14 | 86:20-23; 86:25-87:10; 87:13-14 |
| Gautam, Aashin 9/20/2024 | 77:3-20 | |
| Gautam, Aashin 9/20/2024 | 78:15-16 | |
| Gautam, Aashin 9/20/2024 | 78:18-21 | |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME<br>(DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Gautam, Aashin 9/20/2024 | 78:24 | |
| Gautam, Aashin 9/20/2024 | 79:20-25 | |
| Gautam, Aashin 9/20/2024 | 80:2-6 | |
| Gautam, Aashin 9/20/2024 | 80:11-20 | |
| Gautam, Aashin 9/20/2024 | 80:24-81:11 | |
| Gautam, Aashin 9/20/2024 | 81:15-20, 22 | |
| Gautam, Aashin 9/20/2024 | 84:21-23 | |
| Gautam, Aashin 9/20/2024 | 84:25-85:7 | |
| Gautam, Aashin 9/20/2024 | 85:9-12 | |
| Gautam, Aashin 9/20/2024 | 85:14-17 | |
| Gautam, Aashin 9/20/2024 | 85:20-86:19 | |
| Gautam, Aashin 9/20/2024 | 87:15-19 | |
| Gautam, Aashin 9/20/2024 | 87:21-88:1 | |
| Gautam, Aashin 9/20/2024 | 88:7-16 | |
| Gautam, Aashin 9/20/2024 | 88:18 | |
| Gautam, Aashin 9/20/2024 | 90:3-15 | |
| Gautam, Aashin 9/20/2024 | 115:8-12, 14 | 98:14-23; 113:2-5; 113:8-16 |
| Gautam, Aashin 9/20/2024 | 117:1-2 | 118:3-118:4; 118:8-118:10 |
| Gautam, Aashin 9/20/2024 | 118:20-119:5 | |
| Gautam, Aashin 9/20/2024 | 119:9-120:7 | |
| Gautam, Aashin 9/20/2024 | 120:10-121:11 | |
| Gautam, Aashin 9/20/2024 | 121:14-18 | |
| Gautam, Aashin 9/20/2024 | 121:21-24 | |
| Gautam, Aashin 9/20/2024 | 122:3-8 | |
| Gautam, Aashin 9/20/2024 | 122:10-19 | |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Gautam, Aashin 9/20/2024 | 122:21-23 | |
| Gautam, Aashin 9/20/2024 | 122:25-123:12 | 123:17-123:19; 123:22; 143:11-14; 143:17-19; 143:22-144:4; 144:6-6 |
| Gautam, Aashin 9/20/2024 | 123:14-16 | 124:8-12; 124:16-17 |
| Gautam, Aashin 9/20/2024 | 124:24-125:4 | |
| Gautam, Aashin 9/20/2024 | 125:7-10 | |
| Gautam, Aashin 9/20/2024 | 125:13-20 | |
| Gautam, Aashin 9/20/2024 | 125:25-126:6 | |
| Gautam, Aashin 9/20/2024 | 126:10-17 | |
| Gautam, Aashin 9/20/2024 | 126:19-23 | |
| Gautam, Aashin 9/20/2024 | 127:2-3 | 127:20-22; 128:1-2 |
| Gautam, Aashin 9/20/2024 | 128:3-20 | |
| Gautam, Aashin 9/20/2024 | 128:23 | |
| Gautam, Aashin 9/20/2024 | 129:3-11 | |
| Gautam, Aashin 9/20/2024 | 129:13-18 | |
| Gautam, Aashin 9/20/2024 | 129:21-130:15 | |
| Gautam, Aashin 9/20/2024 | 131:24-132:7 | |
| Gautam, Aashin 9/20/2024 | 132:10-24 | |
| Gautam, Aashin 9/20/2024 | 133:1-20 | |
| Gautam, Aashin 9/20/2024 | 133:23-24 | |
| Gautam, Aashin 9/20/2024 | 134:2-14 | |
| Gautam, Aashin 9/20/2024 | 134:16-20 | |
| Gautam, Aashin 9/20/2024 | 134:23-135:3 | |
| Gautam, Aashin 9/20/2024 | 135:5-16 | |
| Gautam, Aashin 9/20/2024 | 135:19-136:16 | |
| Gautam, Aashin 9/20/2024 | 141:5-142:12 | |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME<br>(DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Gautam, Aashin 9/20/2024 | 142:15-142:22 | |
| Gautam, Aashin 9/20/2024 | 142:25-143:7 | |
| Gautam, Aashin 9/20/2024 | 148:22-25 | |
| Gautam, Aashin 9/20/2024 | 149:3-13 | |
| Gautam, Aashin 9/20/2024 | 149:22-24 | |
| Gautam, Aashin 9/20/2024 | 150:1 | |
| Gautam, Aashin 9/20/2024 | 155:12-19 | |
| Gautam, Aashin 9/20/2024 | 155:21-24 | |
| Gautam, Aashin 9/20/2024 | 156:2 | |
| Gautam, Aashin 9/20/2024 | 166:21-167:14 | |
| Gautam, Aashin 9/20/2024 | 167:17-20 | |
| Gautam, Aashin 9/20/2024 | 167:22-168:8 | |
| Gautam, Aashin 9/20/2024 | 168:11-16 | |
| Gautam, Aashin 9/20/2024 | 168:19-21 | |
| Gautam, Aashin 9/20/2024 | 168:23-169:6 | |
| Gautam, Aashin 9/20/2024 | 169:9 | 169:17-18 |
| Gautam, Aashin 9/20/2024 | 170:14-17 | |
| Gautam, Aashin 9/20/2024 | 170:20-22 | |
| Gautam, Aashin 9/20/2024 | 170:24-25 | |
| Gautam, Aashin 9/20/2024 | 171:3-4 | |
| Gautam, Aashin 9/20/2024 | 171:7-9 | |
| Gautam, Aashin 9/20/2024 | 171:12-16 | |
| Gautam, Aashin 9/20/2024 | 171:20-22, 25 | |
| Gautam, Aashin 9/20/2024 | 172:5-174:6 | 174:7-14 |
| Gautam, Aashin 9/20/2024 | 175:18-20, 22-24 | |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME<br>(DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Gautam, Aashin 9/20/2024 | 176:2-17 | |
| Gautam, Aashin 9/20/2024 | 176:20-22 | |
| Gautam, Aashin 9/20/2024 | 176:25-177:3 | |
| Gautam, Aashin 9/20/2024 | 177:6-10 | |
| Gautam, Aashin 9/20/2024 | 177:13-16 | |
| Gautam, Aashin 9/20/2024 | 177:20-25 | |
| Gautam, Aashin 9/20/2024 | 178:3-6 | |
| Gautam, Aashin 9/20/2024 | 178:9-19 | |
| Gautam, Aashin 9/20/2024 | 178:22-25 | |
| Gautam, Aashin 9/20/2024 | 179:2-8 | |
| Gautam, Aashin 9/20/2024 | 179:14-180:3 | |
| Gautam, Aashin 9/20/2024 | 180:7-10 | |
| Gautam, Aashin 9/20/2024 | 180:16-181:4 | |
| Gautam, Aashin 9/20/2024 | 181:9-17 | |
| Gautam, Aashin 9/20/2024 | 181:20 | |
| Gautam, Aashin 9/20/2024 | 183:6-8 | |
| Gautam, Aashin 9/20/2024 | 183:10-184:9 | |
| Gautam, Aashin 9/20/2024 | 184:11-25 | |
| Gautam, Aashin 9/20/2024 | 185:2-12 | |
| Gautam, Aashin 9/20/2024 | 185:15-21 | |
| Gautam, Aashin 9/20/2024 | 185:23-186-11 | |
| Gautam, Aashin 9/20/2024 | 186:24-187:2 | |
| Gautam, Aashin 9/20/2024 | 187:4-12 | |
| Gautam, Aashin 9/20/2024 | 187:14-17 | |
| Gautam, Aashin 9/20/2024 | 193:2 | |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Gautam, Aashin 9/20/2024 | 183:21-194:2 | |
| Gautam, Aashin 9/20/2024 | 194:5-6 | |
| Gautam, Aashin 9/20/2024 | 196:23-197:13 | |
| Gautam, Aashin 9/20/2024 | 197:16-20 | |
| Gautam, Aashin 9/20/2024 | 197:23-198:3 | |
| Gautam, Aashin 9/20/2024 | 198:5-10 | |
| Gautam, Aashin 9/20/2024 | 198:13-21 | |
| Gautam, Aashin 9/20/2024 | 198:24-199:3 | |
| Gautam, Aashin 9/20/2024 | 199:8-19 | |
| Gautam, Aashin 9/20/2024 | 199:22-24 | |
| Gautam, Aashin 9/20/2024 | 203:2-5 | |
| Gautam, Aashin 9/20/2024 | 203:7 | |
| Lee, Jonathan 9/25/2024 | 9:20-10:5 | |
| Lee, Jonathan 9/25/2024 | 15:25-16:9 | 16:10-18; 16:20-22 |
| Lee, Jonathan 9/25/2024 | 16:24-17:11 | 17:12-18:15; 68:22-25; 73:23-24; 74:1-8 |
| Lee, Jonathan 9/25/2024 | 20:18-21:8 | 21:9-16 |
| Lee, Jonathan 9/25/2024 | 21:17-25 | 22:1-4; 22:6-12 |
| Lee, Jonathan 9/25/2024 | 23:20-25:7 | |
| Lee, Jonathan 9/25/2024 | 25:18-26:7 | |
| Lee, Jonathan 9/25/2024 | 26:13-27:5 | 27:7-9; 27:11-13 |
| Lee, Jonathan 9/25/2024 | 27:15-25 | |
| Lee, Jonathan 9/25/2024 | 32:19-33:23 | 31:8-12; 31:13-23; 31:25-32:1; 32:14-18 |
| Lee, Jonathan 9/25/2024 | 33:25-35:18 | |
| Lee, Jonathan 9/25/2024 | 35:20-36:10 | 36:11-14; 36:16-20 |
| Lee, Jonathan 9/25/2024 | 36:22-37:7 | |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Lee, Jonathan 9/25/2024 | 37:18-21 | 37:22-38:3; 37:13-16; 37:18-38:24 |
| Lee, Jonathan 9/25/2024 | 39:2-12 | |
| Lee, Jonathan 9/25/2024 | 40:5-18 | 40:20-41:3; 41:5-10 |
| Lee, Jonathan 9/25/2024 | 41:21-43:12 | |
| Lee, Jonathan 9/25/2024 | 43:18-20 | |
| Lee, Jonathan 9/25/2024 | 43:24-47:12 | 51:1-5; 51:8-18; 54:3-5; 54:9-13; 54:24-25; 55:2-7 |
| Lee, Jonathan 9/25/2024 | 47:22-48:20 | |
| Lee, Jonathan 9/25/2024 | 49:13-50:19 | 174:4-6; 174:8-21 |
| Lee, Jonathan 9/25/2024 | 84:12-85:9 | 83:21-23 |
| Lee, Jonathan 9/25/2024 | 85:19-90:20 | |
| Lee, Jonathan 9/25/2024 | 133:16-23 | 132:16-23; 132:24-133:6; 133:9-14; 133:9-14; 125:17-19; 125:25-126:1; 126:3-6; 127:19-20; 127:23-128:6; 150:12-15; 150:23-151:12 |
| Lee, Jonathan 9/25/2024 | 150:3-11 | |
| Lee, Jonathan 9/25/2024 | 162:7-164:4 | 138:10-12; 138:14-139:13; 139:15-23; 140:1-7; 140:10-15 |
| Lee, Jonathan 9/25/2024 | 169:20-170:19 | 165:16-17; 166:10-17; 166:19-167:1; 167:3-3; 168:8-25; 169:7-19 |
| Lee, Jonathan 9/25/2024 | 171:24-173:1 | 171:14-22; 11:2-12:7; 12:25-15:3; 15:5-7; 176:13-177:6; 177:8-13 |
| Lee, Jonathan 9/25/2024 | 201:16-203:8 | 201:9-15; 203:10-11; 203:14-21 |
| Lee, Jonathan 9/25/2024 | 219:14-220:10 | 220:19-20; 223:19-20; 223:22-24 |
| Lee, Jonathan 9/25/2024 | 220:11-12 | 220:19-20; 223:19-20; 223:22-24 |
| Lee, Jonathan 9/25/2024 | 220:21-221:1 | |
| Lee, Jonathan 9/25/2024 | 224:8-13 | |
| Lee, Jonathan 9/25/2024 | 225:2-10 | 224:2-7 |
| Lee, Jonathan 9/25/2024 | 225:12-19 | |
| Lee, Jonathan 9/25/2024 | 226:12-20 | |
| Lee, Jonathan 9/25/2024 | 229:21-230:5 | |

**Plaintiffs' Counter Designations to Defendants' Deposition Designations**

| NAME (DATE) | DEFENDANTS DESIGNATIONS | PLAINTIFFS' COUNTER DESIGNATIONS |
|---|---|---|
| Lee, Jonathan 9/25/2024 | 231:12-232:3 | |
| Lee, Jonathan 9/25/2024 | 248:13-15 | |
| Lee, Jonathan 9/25/2024 | 248:19-249:8 | 249:9-250:14 |
| Lee, Jonathan 9/25/2024 | 252:22-25 | |
| Lee, Jonathan 9/25/2024 | 253:2-15 | 253:20-24; 254:1-6 |
| Lee, Jonathan 9/25/2024 | 255:19-25 | 256:5-22 |
| Lee, Jonathan 9/25/2024 | 256:23-257:6 | 257:7-12; 257:14-14; 258:2-3; 258:5-8 |
| Lee, Jonathan 9/25/2024 | 259:24-263:22 | 259:18-19; 259:21-22 |
| Lee, Jonathan 9/25/2024 | 266:20-24 | 266:25-267:6 |
| Lee, Jonathan 9/25/2024 | 267:7-270:10 | 270:12-270:17; 273:23-274:13; 274:16-22 |
| Lee, Jonathan 9/25/2024 | 270:18 | 271:4-6 |
| Lee, Jonathan 9/25/2024 | 271:7-14 | |
| Lee, Jonathan 9/25/2024 | 271:25-273:2 | 271:20-23; 271:16-17; 128:8-18; 128:20-24; 129:1-10; 129:12-16; 131:6-8; 131:10-16; 131:18-23; 133:25-134:5; 134:7-13; 134:15-15; 134:17-135:10; 135:12-13; 137:2-5; 137:7-12 |
| Lee, Jonathan 9/25/2024 | 276:24-278:3 | |
| Lee, Jonathan 9/25/2024 | 278:5-12 | |
| Lee, Jonathan 9/25/2024 | 285:7 | |
| Lee, Jonathan 9/25/2024 | 285:20-25 | 286:1-2; 286:4-6 |
| Lee, Jonathan 9/25/2024 | 288:24-290:10 | |
| Lee, Jonathan 9/25/2024 | 290:12-291:9 | 291:11-17 |
| Lee, Jonathan 9/25/2024 | 296:21 | |
| Lee, Jonathan 9/25/2024 | 296:25-297:11 | |
| Lee, Jonathan 9/25/2024 | 298:18:299:5 | 299:7-13 |
| Lee, Jonathan 9/25/2024 | 303:9-23 | |
| Lee, Jonathan 9/25/2024 | 311:15-312:10 | 312:15-313:22; 313:24-314:3 |