| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
|   |   *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741) |
|   |   *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP |
|   | 633 West Fifth Street, Suite 1700 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 443-4355 |
| 5 | Facsimile: (213) 443-4310 |
| 6 | Attorneys for Defendants |
|   | NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | **DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER, CPA/CFF** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | Action Filed: 10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and counsel to Defendants in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration in support of Defendants' Reply in Support of Their Motion to Exclude Certain Opinions of Dana Trexler, CPA/CFF.

3. Attached hereto as **Exhibit A** is a pdf copy of a native Microsoft Excel file bearing control number WA-NSO-00192854 that Plaintiffs produced in this action and identify at page 7 of their Opposition as the "RSU Spreadsheet" showing the "RSU Expense to Meta, for work performed in 2019 by relevant employee" that Ms. Trexler considered in preparing her report dated August 30, 2024.

4. Attached hereto as **Exhibit B** is a pdf copy of an excerpt of a native Microsoft Excel file bearing control number WA-NSO-00192851 that Plaintiffs produced in this action and identify at page 7 of their Opposition as among the "the source files that contain the facts and data which support the RSU Spreadsheet" that Ms. Trexler considered in preparing her report dated August 30, 2024.

5. Attached hereto as **Exhibit C** is a copy of excerpts from the transcript of the September 19, 2024, deposition of Plaintiffs' Federal Rule of Civil Procedure 30(b)(6) designee, Andrew Robinson.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of March 2025, at Los Angeles, California.

_____
AARON S. CRAIG