JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER, CPA/CFF**<br><br>Action Filed:  10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. I submit this declaration in support of Defendants' Reply Memorandum in support of their Motion to Exclude Certain Opinions of Dana Trexler, CPA/CFF.

3. Attached hereto as **Exhibit A** is a pdf copy of a native Microsoft Excel file bearing control number WA-NSO-00192854 that Plaintiffs produced in this action and identify at page 7 of their opposition to Defendants' Motion to Exclude Certain Opinions of Dana Trexler, CPA/CFF (the "Opposition") as the "RSU Spreadsheet" showing the "RSU Expense to Meta, for work performed in 2019 by relevant employee" that Ms. Trexler considered in preparing her report dated August 30, 2024.

4. Attached hereto as **Exhibit B** is a pdf copy of an excerpt of a native Microsoft Excel file bearing control number WA-NSO-00192851 that Plaintiffs produced in this action and identify at page 7 of their Opposition as among the "the source files that contain the facts and data which support the RSU Spreadsheet" that Ms. Trexler considered in preparing her report dated August 30, 2024.

5. Attached hereto as **Exhibit C** is a copy of excerpts from the transcript of the September 19, 2024, deposition of Plaintiffs' Federal Rule of Civil Procedure 30(b)(6) designee, Andrew Robinson.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of March 2025, at Los Angeles, California.



AARON S. CRAIG

DECLARATION OF AARON S. CRAIG                             Case No. 4:19-cv-07123-PJH