Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Ctrm:  3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:  October 29, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. move the Court to consider whether certain portions of Plaintiffs' Opposition to Defendants' Motions *in Limine* ("Plaintiffs' Opposition") should be sealed.

Portions of Plaintiffs' Opposition refer to or derive from documents that Defendants have designated as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action and/or previously sought leave to file under seal. Plaintiffs understand from the Court's Order on the Omnibus Sealing Motions (Dkt. No. 633) (the "Order") that the parties have until April 4, 2025 to re-file documents subject to the Order and that sealing in connection with Daubert motions will be discussed at the pretrial conference. *See* Dkt. No. 633 at 12. Plaintiffs also understand from Defendants that Defendants intend to seek relief from the Court's Order. Accordingly, with this filing, Plaintiffs have included redactions to Plaintiffs' Opposition for references to materials that the Court ordered be unsealed on April 4, 2025.

Accordingly, Plaintiffs now move the Court to consider whether portions of Plaintiffs' Opposition should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs specifically reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

1    Dated:  March 27, 2025                    Respectfully Submitted,

2

3                                              DAVIS POLK & WARDWELL LLP

4                                              By:  /s/ Micah G. Block

5                                                   Greg D. Andres
                                                    Antonio J. Perez-Marques
6                                                   Gina Cora
                                                    Craig T. Cagney
7                                                   Luca Marzorati
                                                      (admitted pro hac vice)
8                                                   DAVIS POLK & WARDWELL LLP
                                                    450 Lexington Avenue
9                                                   New York, New York 10017
                                                    Telephone: (212) 450-4000
10                                                  Facsimile: (212) 701-5800
                                                    Email: greg.andres@davispolk.com
11                                                         antonio.perez@davispolk.com
12                                                         gina.cora@davispolk.com
                                                           craig.cagney@davispolk.com
13                                                         luca.marzorati@davispolk.com

14                                                  Micah G. Block (SBN 270712)
15                                                  DAVIS POLK & WARDWELL LLP
                                                    900 Middlefield Road
16                                                  Redwood City, California 94063
                                                    Telephone: (650) 752-2000
17                                                  Facsimile:  (650) 752-2111
                                                    Email: micah.block@davispolk.com
18

19                                                  *Attorneys for Plaintiffs WhatsApp LLC and
                                                    Meta Platforms, Inc.*
20

21

22

23

24

25

26

27

28

2