1  Greg D. Andres
   Antonio J. Perez-Marques
2  Craig T. Cagney
   Gina Cora
3  Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
8           antonio.perez@davispolk.com
            craig.cagney@davispolk.com
9           gina.cora@davispolk.com
            luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
12 Menlo Park, California 94025
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:   micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and*
   *Meta Platforms, Inc.*
16

17                    UNITED STATES DISTRICT COURT

18                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                              OAKLAND DIVISION

20 WHATSAPP LLC, and                    )
21 META PLATFORMS INC.,                 )  Case No. 4:19-cv-07123-PJH
                                        )
22              Plaintiffs,             )  **DECLARATION OF MICAH G.**
                                        )  **BLOCK IN SUPPORT OF**
23      v.                              )  **ADMINISTRATIVE MOTION TO**
                                        )  **CONSIDER WHETHER ANOTHER**
24 NSO GROUP TECHNOLOGIES LIMITED       )  **PARTY'S MATERIAL SHOULD BE**
25 and Q CYBER TECHNOLOGIES LIMITED,    )  **FILED UNDER SEAL**
                                        )
26              Defendants.             )  Ctrm:   3
                                        )  Judge:  Hon. Phyllis J. Hamilton
27                                      )
                                        )  Action Filed: October 29, 2019
28                                      )

I, Micah G. Block, declare as follows:

1. I am an attorney licensed to practice law in the state of California and am admitted to practice before this Court. I am a partner with the law firm of Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal filed concurrently herewith.

3. Attached hereto is a true and correct copy of the unredacted version of Plaintiffs' Opposition to Defendants' Motions *in Limine* ("Plaintiffs' Opposition").

4. Portions of Plaintiffs' Opposition refer to or derive from materials that have been designated by Defendants as "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to the August 31, 2020 Stipulated Protective Order (Dkt. No. 132) in the Action.

5. Plaintiffs understand from the Court's Order on the Omnibus Sealing Motions (Dkt. No. 633) (the "Order") that the parties have until April 4, 2025 to re-file documents subject to the Order and that sealing in connection with Daubert motions will be discussed at the pretrial conference. *See* Dkt. No. 633 at 12. Plaintiffs also understand from Defendants that Defendants intend to seek relief from the Court's Order. Accordingly, with this filing, Plaintiffs have included redactions to Plaintiffs' Opposition for references to materials that the Court ordered be unsealed on April 4, 2025.

6. Plaintiffs reserve the right to challenge any confidentiality designations under the Stipulated Protective Order governing this action as well as the sealability of the materials at issue.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 27th day of March, 2025 in Washington, D.C.

By: */s/ Micah G. Block*
    Micah G. Block

1