Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and*
*Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC., | ) )<br>) | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | ) ) ) | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| v. | ) ) ) | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | ) ) ) | Date:   April 10, 2025<br>Time:   2:00 p.m.<br>Ctrm:  3 |
| Defendants. | ) ) ) ) | Judge: Hon. Phyllis J. Hamilton<br>Action Filed:  October 29, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. move the Court to consider whether certain portions of Plaintiffs' Reply in Support of its Motion to Exclude Col. Ty Shepard ("Reply") and Exhibit B to the Declaration of Gina Cora in Support of the Reply (collectively, the "Confidential Materials") should be sealed.

Defendants designated Exhibit B, which is an excerpt of the transcript of the deposition of Colonel Ty Shepard, as "Highly Confidential—Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above captioned action. Plaintiffs, therefore, must, under the terms of the Stipulated Protective Order, file Exhibit B under seal and redact the portions of the Reply that quote Exhibit B.

Accordingly, Plaintiffs now move the Court to consider whether the Confidential Materials should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

1

1  Dated:  March 27, 2025          Respectfully Submitted,

2

3                                                      DAVIS POLK & WARDWELL LLP

4                                         By:  /s/ Gina Cora

5                                                      Greg D. Andres
                                                         Antonio J. Perez-Marques
6                                                      Gina Cora
                                                         Craig T. Cagney
7                                                      Luca Marzorati
                                                            (admitted *pro hac vice*)
8                                                      DAVIS POLK & WARDWELL LLP
                                                         450 Lexington Avenue
9                                                      New York, New York 10017
                                                         Telephone: (212) 450-4000
10                                                     Facsimile: (212) 701-5800
                                                         Email: greg.andres@davispolk.com
11                                                                antonio.perez@davispolk.com
12                                                                gina.cora@davispolk.com
                                                                   craig.cagney@davispolk.com
13                                                                luca.marzorati@davispolk.com

14                                                     Micah G. Block (SBN 270712)
15                                                     DAVIS POLK & WARDWELL LLP
                                                         900 Middlefield Road, Suite 200
16                                                     Redwood City, California 94063
                                                         Telephone: (650) 752-2000
17                                                     Facsimile:  (650) 752-2111
                                                         Email: micah.block@davispolk.com
18

19                                                     *Attorneys for Plaintiffs WhatsApp LLC and*
                                                         *Meta Platforms, Inc.*
20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH