1   Greg D. Andres
    Antonio J. Perez-Marques
2   Gina Cora
    Craig T. Cagney
3   Luca Marzorati
      (admitted *pro hac vice*)
4   DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
5   New York, New York 10017
    Telephone: (212) 450-4000
6   Facsimile:  (212) 701-5800
    Email:    greg.andres@davispolk.com
7             antonio.perez@davispolk.com
              gina.cora@davispolk.com
8             craig.cagney@davispolk.com
              luca.marzorati@davispolk.com
9
10
    Micah G. Block (SBN 270712)
11  DAVIS POLK & WARDWELL LLP
    900 Middlefield Road, Suite 200
12  Redwood City, California 94063
    Telephone: (650) 752-2000
13  Facsimile:  (650) 752-2111
    Email:    micah.block@davispolk.com
14

15  *Attorneys for Plaintiffs WhatsApp LLC and*
    *Meta Platforms, Inc.*
16

17                  UNITED STATES DISTRICT COURT

18`             FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                        OAKLAND DIVISION

20  WHATSAPP LLC, and                      )
    META PLATFORMS INC.,                   )   Case No. 4:19-cv-07123-PJH
21                                         )
                                           )
22                  Plaintiffs,            )   **DECLARATION OF GINA CORA IN**
                                           )   **SUPPORT OF ADMINISTRATIVE**
23        v.                               )   **MOTION TO CONSIDER WHETHER**
                                           )   **ANOTHER PARTY'S MATERIAL**
24                                         )   **SHOULD BE FILED UNDER SEAL**
    NSO GROUP TECHNOLOGIES LIMITED         )
25  and Q CYBER TECHNOLOGIES LIMITED,      )
                                           )   Date:   April 10, 2025
26                  Defendants.            )   Time:   2:00 p.m.
                                           )   Ctrm:   3
27                                         )   Judge: Hon. Phyllis J. Hamilton
                                           )   Action Filed:   October 29, 2019
28                                         )

1    I, Gina Cora, declare as follows:

2    1.    I am a counsel at the law firm of Davis Polk & Wardwell LLP and admitted *pro*

3  *hac vice* to practice before this Court.  I am counsel for Plaintiffs WhatsApp LLC and Meta Plat-

4  forms, Inc. in the above-captioned action.  I have personal knowledge of the facts set forth below

5  and, if called as a witness in a court of law, could and would testify competently thereto.

6    2.    I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Ad-

7  ministrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal

8  filed concurrently herewith.

9    3.    Attached hereto is a true and correct copy of the unredacted version of Plaintiffs'

10  Reply in Support of its Motion to Exclude Col. Ty Shepard ("Reply").

11    4.    Attached hereto is a true and correct copy of Exhibit B to the Declaration of Gina

12  Cora in Support of the Reply.

13    5.    Defendants designated Exhibit B, which is an excerpt of the transcript of the depo-

14  sition of Col. Ty Shepard, as "Highly Confidential—Attorneys' Eyes Only" pursuant to the Stip-

15  ulated Protective Order (Dkt. No. 132) in the above-captioned action.  Plaintiffs, therefore, must,

16  under the terms of the Stipulated Protective Order, file Exhibit B under seal and redact the portions

17  of the Reply that quote Exhibit B should be sealed.

18    6.    Plaintiffs reserve the right to challenge any confidentiality designations under the

19  Stipulated Protective Order governing this Action as well as the sealability of the materials at issue.

20    I declare under the penalty of perjury that the foregoing is true and correct.

21    Executed on the 27th day of March, 2025 at New York, New York.

22    By:    */s/ Gina Cora*
                    Gina Cora
23

24

25

26

27

28

DECL. OF G. CORA ISO ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FUS
CASE NO. 4:19-CV-07123-PJH