Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** <br><br> Date:  April 10, 2025 <br> Time:  2:00 p.m. <br> Ctrm:  3 <br> Judge: Hon. Phyllis J. Hamilton <br> Action Filed:  October 29, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rules 7-11 and 79-5(f), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. move the Court to consider whether certain portions of Plaintiffs' Reply in Support of Motion to Exclude the Expert Testimony of Terrence McGraw ("Plaintiffs' Reply") and Exhibit B to the Declaration of Antonio J. Perez-Marques in Support of Plaintiffs' Reply (the "Perez-Marques Declaration") be sealed.

Portions of Plaintiffs' Reply and Exhibit B to the Perez-Marques Declaration contain, refer to, or derive from the Report of Terrence McGraw dated August 30, 2024 (the "McGraw Report"), the Rebuttal Report of Terrence McGraw dated September 21, 2024 (the "McGraw Rebuttal Report"), and the Transcript of the Deposition of Terrence McGraw taken on December 16, 2024 (the "McGraw Transcript"). Defendants designated these materials as "Highly Confidential—Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above captioned action.

Plaintiffs understand from the Court's Order on the Omnibus Sealing Motions (Dkt. No. 633) (the "Order") that the parties have until April 4, 2025 to re-file documents subject to the Order and that sealing in connection with *Daubert* motions will be discussed at the pretrial conference. *See* Dkt. No. 633 at 12. Plaintiffs also understand from Defendants that Defendants intend to seek relief from the Court's Order. Accordingly, with this filing, Plaintiffs have included redactions to and/or sealed the portions of Plaintiffs' Reply and Exhibit B to the Perez-Marques Declaration referencing materials that the Court ordered be unsealed on April 4, 2024.

Accordingly, Plaintiffs now move the Court to consider whether the materials should be sealed. *See* N.D. Cal. Civil L.R. 79-5(f). Plaintiffs reserve the right to challenge any confidentiality designations as well as the sealability of the materials at issue.

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

Dated: March 27, 2025

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Antonio J. Perez-Marques
    Greg D. Andres
    Antonio J. Perez-Marques
    Gina Cora
    Craig T. Cagney
    Luca Marzorati
      (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email: greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

    Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
    900 Middlefield Road
    Redwood City, California 94063
    Telephone: (650) 752-2000
    Facsimile: (650) 752-2111
    Email: micah.block@davispolk.com

    *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 4:19-CV-07123-PJH