1  Greg D. Andres
   Antonio J. Perez-Marques
2  Gina Cora
   Craig T. Cagney
3  Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800
7  Email:   greg.andres@davispolk.com
8           antonio.perez@davispolk.com
            gina.cora@davispolk.com
9           craig.cagney@davispolk.com
            luca.marzorati@davispolk.com
10
11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 900 Middlefield Road, Suite 200
   Redwood City, California 94063
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:   micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and*
   *Meta Platforms, Inc.*
16

17                  UNITED STATES DISTRICT COURT

18             FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                         OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>      Plaintiffs,<br><br> v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>      Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Date: April 10, 2025<br>Time: 2:00 p.m.<br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

I, Antonio J. Perez-Marques, declare as follows:

1. I am a partner at the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned action. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this Declaration pursuant to Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal filed concurrently herewith.

3. Attached hereto is a true and correct copy of the unredacted version of Plaintiffs' Reply in Support of Motion to Exclude the Expert Testimony of Terrence McGraw ("Plaintiffs' Reply").

4. Attached hereto is a true and correct copy of the unredacted version of Exhibit B to the Declaration of Antonio J. Perez-Marques in Support of Plaintiffs' Reply (the "Perez-Marques Declaration").

5. Portions of Plaintiffs' Reply and Exhibit B to the Perez-Marques Declaration contain, refer to, or derive from the Report of Terrence McGraw dated August 30, 2024 (the "McGraw Report"), the Rebuttal Report of Terrence McGraw dated September 21, 2024 (the "McGraw Rebuttal Report"), and the Transcript of the Deposition of Terrence McGraw taken on December 16, 2024 (the "McGraw Transcript").

6. Defendants designated these materials as "Highly Confidential—Attorney's Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 132) in the above-captioned action.

7. Plaintiffs understand from the Court's Order on the Omnibus Sealing Motions (Dkt. No. 633) (the "Order") that the parties have until April 4, 2025 to re-file documents subject to the Order and that sealing in connection with *Daubert* motions will be discussed at the pretrial conference. *See* Dkt. No. 633 at 12. Plaintiffs also understand from Defendants that Defendants intend to seek relief from the Court's Order. Accordingly, with this filing, Plaintiffs have included redactions to and/or sealed the portions of Plaintiffs' Reply and Exhibit B to the Perez-Marques Declaration referencing materials that the Court ordered be unsealed on April 4, 2024.

1

DECL. OF ANTONIO J. PEREZ-MARQUES ISO ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL - CASE NO. 4:19-CV-07123-PJH

8. Plaintiffs reserve the right to challenge any confidentiality designations under the Stipulated Protective Order governing this Action as well as the sealability of the materials at issue.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 27th day of March, 2025 at New York, New York.

By: /s/ Antonio J. Perez-Marques
Antonio J. Perez-Marques