# EXHIBIT A

Case 4:19-cv-07123-PJH   Document 653-2   Filed 03/27/25   Page 2 of 7
WhatsApp Inc. vs NSO Group Technologies Limited et al.      Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                      Page 1

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                     OAKLAND DIVISION

 4   - - - - - - - - - - - - - - - - - x

 5   WHATSAPP INC., a Delaware        :

 6   corporation, and FACEBOOK,       :

 7   INC., a Delaware corporation,    :

 8            Plaintiffs,             :   CASE NO.

 9   v.                               :   4:19-cv-07123-PJH

10   NSO GROUP TECHNOLOGIES LIMITED:

11   And Q CYBER TECHNOLOGIES         :

12   LIMITED,                         :

13            Defendants.             :

14   - - - - - - - - - - - - - - - - - x

15        HIGHLY CONFIDENTIAL, ATTORNEYS' EYES

16      VIDEOTAPED DEPOSITION OF ANDREW ROBINSON

17            Thursday, September 19, 2024

18                      9:36 a.m.

19

20

21   JOB NO.:  44484

22   Pages 1 through 389

23   Reported By:  CASSANDRA E. ELLIS, CSR-CA #14448,

24   CSR-HI #475, CCR-WA #3484, RPR, RMR, RDR, CRR,

25   Realtime Systems Administrator #823848
```

Case 4:19-cv-07123-PJH   Document 653-2   Filed 03/27/25   Page 3 of 7
WhatsApp Inc. vs NSO Group Technologies Limited et al.         Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                            Page 2

```
1              Videotaped Deposition of ANDREW
2    ROBINSON, held pursuant to agreement, before
3    Cassandra E. Ellis, Certified Shorthand Reporter
4    -- Hawaii #475, Certified Court Reporter -
5    Washington #3484, Certified Shorthand Reporter -
6    California - #14448, Registered Professional
7    Reporter, Registered Merit Reporter, Registered
8    Diplomate Reporter, Certified Realtime Reporter,
9    Realtime Systems Administrator #823848.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 4:19-cv-07123-PJH   Document 653-2   Filed 03/27/25   Page 4 of 7
WhatsApp Inc. vs NSO Group Technologies Limited et al.
ROBINSON, ANDREW on 09/19/2024
Highly Confidential, Job 3329
Page 370

1         MR. AKROTIRIANAKIS:  1511.
2         A.   I don't believe I -- I was not the
3    sole compiler of this.
4         Q.   You were a contributor to this
5    document, Exhibit 1515?
6         A.   That is correct.
7         Q.   You and Mr. Scott wrote this
8    document?
9         A.   I -- I don't know if it was limited
10   to the two of us, but we were two contributors
11   to it.
12        Q.   Well, it identifies you as the
13   lead; do you see that?
14             MR. MARZORATI:  Objection to form.
15        A.   I see both myself and Michael Scott
16   identified as leads in this document.
17        Q.   Do you see a point number two,
18   under current, it says:  Pull second stage
19   payload failed?
20        A.   I see that.
21        Q.   What does that mean?
22        A.   That means that the attempt to use
23   the program that I had put together, to retrieve
24   that second stage payload, did not work.
25        Q.   And could you look where it says:

Case 4:19-cv-07123-PJH   Document 653-2   Filed 03/27/25   Page 5 of 7
WhatsApp Inc. vs NSO Group Technologies Limited et al.   Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                            Page 386

1    ACKNOWLEDGMENT OF DEPONENT

2         I, ANDREW ROBINSON, do hereby

3    acknowledge that I have read and examined the

4    foregoing testimony, and the same is a true,

5    correct and complete transcription of the

6    testimony given by me and any corrections appear

7    on the attached Errata sheet signed by me.

8

9    _____        _____

10        (DATE)                        (SIGNATURE)

Case 4:19-cv-07123-PJH    Document 653-2    Filed 03/27/25    Page 6 of 7
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024                                                              Page 387

```
 1               CERTIFICATE OF SHORTHAND REPORTER
 2                   I, Cassandra E. Ellis, Registered
 3      Professional Reporter, the officer before whom
 4      the foregoing proceedings were taken, do hereby
 5      certify that the foregoing transcript is a true
 6      and correct record of the proceedings; that said
 7      proceedings were taken by me stenographically
 8      and thereafter reduced to typewriting under my
 9      supervision; and that I am neither counsel for,
10      related to, nor employed by any of the parties
11      to this case and have no interest, financial or
12      otherwise, in its outcome.
13                   IN WITNESS WHEREOF, I have hereunto
14      set my hand this 23RD day of September 2024.
15
16
17
18      _Cassandra E. Ellis_____
19      CASSANDRA E. ELLIS, CSR-CA #14448, CCR-WA #3484,
20                       CSR-HI #475, RPR, RMR, RDR,
21                       CRR, REALTIME SYSTEMS
22                       ADMINISTRATOR #823848
23
24
25
```

# EXHIBIT B

FILED UNDER SEAL