|   |   |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
|   | *jakro@kslaw.com* |
| 2 | AARON S. CRAIG (Bar No. 204741) |
|   | *acraig@kslaw.com* |
| 3 | KING & SPALDING LLP |
|   | 633 West Fifth Street, Suite 1600 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 443-4355 |
| 5 | Facsimile: (213) 443-4310 |

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>            Plaintiffs,<br>  v.<br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Pretrial Conference: April 10, 2025<br>Time: 2:00 p.m.<br>Ctrm: 3<br>Trial Date: April 28, 2025<br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

# CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the county of Los Angeles, State of California., in the office of a member of the bar of this Court, at whose direction this service was made. My business address is 633 West Fifth Street, Suite 1600, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the within action.

On March 27, 2025, I served the following documents in the manner described below:

- **REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DAVID J. YOUSSEF [FILED UNDER SEAL]**

☒ ELECTRONIC MAIL SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below. The transmission was reported as complete and without error.

on the following parties in this action:

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
DAVIS POLK & WARDELL LLP
450 Lexington Avenue
New York, New York 10017
Email: greg.andres@davispolk.com
       antonio.perez@davispolk.com
       craig.cagney@davispolk.com
       gina.cora@davispolk.com
       luca.marzorati@davispolk.com
       fb.nso@davispolk.com

Micah G. Block
DAVIS POLK & WARDELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Email: micah.block@davispolk.com

*Counsel for Plaintiffs*

I declare penalty of perjury that the foregoing is true and correct. Executed on March 27, 2025, at Los Angeles, California.

_____
Kathryn Bell-Taylor