JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Pretrial Conference: April 10, 2025<br>Time: 2:00 p.m.<br>Ctrm: 3<br>Trial Date: April 28, 2025<br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

## CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the county of Los Angeles, State of California., in the office of a member of the bar of this Court, at whose direction this service was made. My business address is 633 West Fifth Street, Suite 1600, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the within action.

On March 27, 2025, I served the following documents in the manner described below:

- **REPLY IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER, CPA/CFF [FILED UNDER SEAL]**

- **EXHIBIT A TO THE DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER, CPA/CFF [FILED UNDER SEAL]**

- **EXHIBIT B TO THE DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER, CPA/CFF [FILED UNDER SEAL]**

- **EXHIBIT C TO THE DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER, CPA/CFF [FILED UNDER SEAL]**

☒ ELECTRONIC MAIL SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below. The transmission was reported as complete and without error.

on the following parties in this action:

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
DAVIS POLK & WARDELL LLP
450 Lexington Avenue
New York, New York 10017
Email: greg.andres@davispolk.com
        antonio.perez@davispolk.com
        craig.cagney@davispolk.com

gina.cora@davispolk.com
luca.marzorati@davispolk.com
fb.nso@davispolk.com

Micah G. Block
DAVIS POLK & WARDELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Email: micah.block@davispolk.com

*Counsel for Plaintiffs*

I declare penalty of perjury that the foregoing is true and correct. Executed on March 27, 2025, at Los Angeles, California.

_____
Kathryn Bell-Taylor