Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and METHA PLATFORMS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF GINA CORA IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE JOSHUA J. MINKLER**<br><br>Date:　April 10, 2025<br>Time:　2:00 PM<br>Ctrm:　3<br>Judge:　Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

I, Gina Cora, declare as follows:

1.  I am an attorney licensed to practice law in the state of New York. I am a counsel at Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I submit this declaration in support of Plaintiffs' Reply in Support of Motion to Exclude Joshua J. Minkler. I am personally familiar with the legal proceedings in this matter and make this declaration from my own personal knowledge, and I could and would competently testify to the following if called upon to do so.

2.  On February 11, 2025, Plaintiffs deposed Mr. Minkler. Attached hereto as Exhibit A is a true and correct excerpt of the transcript of the deposition of Joshua J. Minkler taken in this case on February 11, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 27th day of March, 2025, in New York, New York.

*/s/ Gina Cora*
Gina Cora