Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF GINA CORA IN SUPPORT OF PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [DKT NO. 609]**<br><br>Pretrial Conference Date:  April 10, 2025<br>Time:  2:00 p.m.<br>Ctrm:  3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date:  April 28, 2025 |

I, Gina Cora, declare as follows:

1. I am a counsel at the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rule 79-5(f)(3) in support of Plaintiffs' Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal ("Plaintiffs' Statement"), filed concurrently herewith.

3. Plaintiffs seek to maintain under seal certain portions of the documents identified in the table below, for the reasons identified in the table below and as set forth in greater detail in Plaintiffs' Statement filed concurrently herewith.

4. The following table reflects the materials Plaintiffs seek to maintain under seal, and the associated reasons for sealing:

| Document to be Sealed | Portions to Seal | Basis for Sealing |
|---|---|---|
| Defendants' Opposition to Plaintiffs' Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault (Dkt. No. 608-2) (the "Opposition") | On page 5, footnote 1, redact all words between "and intelligence investigations," and "Exhs. G-J." | Reflects confidential business strategy, including internal communications regarding Plaintiffs' responses to regulatory inquiries. |
| Declaration of Aaron S. Craig filed in support of Defendants' Opposition (Dkt. No. 608-3) (the "Craig Declaration") | On page 1, paragraph 8, redact all words after "email written by" to the end of the paragraph. | Reflects confidential business strategy, including internal communications regarding Plaintiffs' responses to regulatory inquiries. |

1

Decl. Of Gina Cora ISO Pls' Statement in Response to Defs' Admin. Motion to Consider Whether Another Party's Material Should be Filed Under Seal [Dkt No. 609] Case No. 4:19-Cv-07123-PJH

| Document to be Sealed | Portions to Seal | Basis for Sealing |
|---|---|---|
| Exhibit F to the Craig Declaration (Dkt. No. 608-3, Ex. F) | On page 1, redact the phone number that appears in the signature of the email at the top of the page, and redact everything below the line that ends with "doing the heavy lifting" to the end of the page. On pages 2 and 3, redact the entire pages except for the confidentiality designations and Bates numbers in the footer. | Reflects confidential business strategy, including internal communications regarding Plaintiffs' responses to regulatory inquiries, and materials to which Plaintiffs owe a duty of confidentiality to a third party. Reflects the personal phone number of one of Plaintiffs' testifying employees. |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March 2025 in New York, New York.

By: /s/ Gina Cora
Gina Cora

2

DECL. OF GINA CORA ISO PLS' STATEMENT IN RESPONSE TO DEFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [DKT NO. 609] CASE NO. 4:19-CV-07123-PJH