Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and METO PLATFORMS INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>  Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Pretrial Conference Date: April 10, 2025<br>Time:  2:00 p.m.<br>Ctrm:  3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

Having considered Plaintiffs' Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the following documents will remain under seal, as follows:

| Document to be Sealed | Portions to Seal | Basis for Sealing |
|---|---|---|
| Defendants' Opposition to Plaintiffs' Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault (Dkt. No. 608-2) (the "Opposition") | On page 5, footnote 1, redact all words between "and intelligence investigations," and "Exhs. G-J" | Reflects confidential business strategy, including internal communications regarding Plaintiffs' responses to regulatory inquiries. |
| Declaration of Aaron S. Craig filed in support of Defendants' Opposition (Dkt. No. 608-3) (the "Craig Declaration") | On page 1, paragraph 8, redact all words after "email written by" to the end of the paragraph. | Reflects confidential business strategy, including internal communications regarding Plaintiffs' responses to regulatory inquiries. |
| Exhibit F to the Craig Declaration (Dkt. No. 608-3, Ex. F) | On page 1, redact the phone number that appears in the signature of the email at the top of the page, and redact everything below the line ending with "doing the heavy lifting" to the end of the page.<br><br>On pages 2 and 3, redact the entire pages except for the confidentiality designations and Bates numbers in the footer. | Reflects confidential business strategy, including internal communications regarding Plaintiffs' responses to regulatory inquiries, and materials to which Plaintiffs owe a duty of confidentiality to a third party.<br><br>Reflects the personal phone number of one of Plaintiffs' testifying employees. |

Dated: _____    _____
Honorable Phyllis J. Hamilton
United States District Judge