1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:  (213) 443-4355
5  Facsimile:  (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARARTION OF TAMIR GAZNELI IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION FOR A STAY PENDING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION AND FURTHER RECONSIDERATION OF THE ORDER DENYING IN PART MOTION TO SEAL**<br><br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:  10/29/2019 |
|---|---|

# DECLARATION OF TAMIR GAZNELI

I, Tamir Gazneli, declare as follows:

1. I currently serve as the Director of Research and Development at NSO Group Technologies. I submit this declaration in support of Defendants' Emergency Motion for a Stay Pending Motion for Leave to File a Motion for Reconsideration and Further Reconsideration of the Order Denying in Part Motion to Seal. I have personal knowledge of the facts stated herein, and if called upon to do so, could and would competently testify thereto.

2. In its March 21, 2025 Order, the Court directed Defendants to make public proprietary commercial and defense information that provides a detailed, technical description of the operation of Defendants' software. To give one example, the Court required Defendants to publicly file the McGraw Declaration. *See* Dkt. 396-4. That declaration provides a granular explanation concerning how Defendants' software operates and was intended to present information sufficient to show the full functioning of the software. Indeed, material that is contained in these documents provides substantially the same type of information that could be obtained from the source code for that technology, which the Court has permitted to remain under seal.

3. Revealing this proprietary information would irreparably harm Defendants. It would allow third parties, including hostile state parties, to deduce Defendants' research and working methods, Defendants' capabilities and strategies, and could also be used to determine how Defendants identify vulnerabilities and develop tools to facilitate lawfully ordered surveillance of criminal and terrorist suspects.

4. Making such information publicly available would damage NSO's competitive standing by permitting its business rivals an insight into NSO's proprietary methodologies.

5. In addition, this information could also be exploited by the targets of NSO's clients—including criminal and terrorist suspects around the globe.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.

_____
Tamir Gazneli