UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER RE: MOTION TO STAY** |

The Court, having considered Defendants' Emergency Motion for a Stay of Portions of the Order Denying in Part Motion to Seal, filed March 28, 2025, and any opposition thereto, hereby **ORDERS** that Defendants' Motion be **GRANTED**. The following documents do not need to be publicly filing pending resolution of Defendants' forthcoming motion for leave to file a motion for reconsideration.

| DKT. NO. | DOCUMENTS COVERED BY THIS ORDER | CATEGORY |
|---|---|---|
| 399-4 | Exhibit 8 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Employee names; Export controlled documents |
| 399-4 | Exhibit 9 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Employee names |
| 399-4 | Exhibit 10 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Employee names; Export controlled documents |
| 399-4 | Exhibits 13-15 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Employee names |
| 399-4 | Exhibit 22 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Employee names |
| 399-4 | Exhibit 25 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Employee names; Export controlled documents |
| 399-4 | Exhibit 32 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Employee names |
| 399-4 | Exhibit 35-36 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Employee names |

| | | |
|---|---|---|
| 418-7 | Exhibit B to the Declaration of Anthony Vance to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgement or Partial Summary Judgement | Employee names; Export controlled documents |
| 418-5 | Exhibit 8 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Employee names |
| 418-5 | Exhibit 10-12, 17, 31-34 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Employee names |
| 418-5 | Exhibit 30 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Employee names; Export controlled documents |
| 436-4 | Exhibit 41 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment | Employee names |
| 399-4 | Exhibit 1 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Export controlled documents |
| 399-4 | Exhibit 5 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Export controlled documents |
| 399-4 | Exhibit 6 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Export controlled documents |
| 399-4 | Exhibit 17 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Export controlled documents |
| 399-4 | Exhibit 21 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Export controlled documents |
| 399-4 | Exhibit 29 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Export controlled documents |

| | | |
|---|---|---|
| 399-4 | Exhibit 30 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Export controlled documents |
| 396-4 | Declaration of Terrence McGraw in Support of the Summary Judgment Motion and Exhibit F to the McGraw Declaration attached as Exhibit 3 to Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | Export controlled documents |
| 396-5 | Exhibit H to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | Export controlled documents |
| 396-5 | Exhibit I to Declaration of Joseph N. Akrotirianakis attached as Exhibit 4 to the Aaron S. Craig Declaration filed in connection with Defendants' Summary Judgement Motion | Export controlled documents |
| 418-8 | Exhibits B and C to the Declaration of David Youssef to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Export controlled documents |
| 418-5 | Exhibit 5 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Export controlled documents |
| 418-5 | Exhibit 6 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Export controlled documents |
| 418-5 | Exhibit 7 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Export controlled documents |

3

| | | |
|---|---|---|
| 418-5 | Exhibit 9 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Export controlled documents |
| 418-5 | Exhibit 22 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Export controlled documents |
| 418-5 | Exhibit 26 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Export controlled documents |
| 418-5 | Exhibit 27 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Export controlled documents |
| 419-3 | Exhibit 2 to Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | Export controlled documents |
| 419-4 | Exhibit 3 to Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | Export controlled documents |
| 419-5 | Exhibit D to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | Export controlled documents |
| 419-5 | Exhibit E to Joseph N. Akrotirianakis Declaration in Support of Defendants' Opposition to Plaintiffs' | Export controlled documents |

| | | |
|---|---|---|
| | Motion for Partial Summary Judgment filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | |
| 433-3 | Declaration of Tamir Gazneli in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | Export controlled documents |
| 433-4 | Declaration of Terrence McGraw in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | Export controlled documents |
| 433-4 | Exhibits X and Y to the Declaration of McGraw in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | Export controlled documents |
| 433-5 | Exhibit CC to Joseph N. Akrotirianakis Supplemental Declaration in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss or for Summary Judgment | Export controlled documents |
| 436-5, 436-6 | Reply Declaration of David J. Youssef in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment and Exhibits A and B to the Declaration | Export controlled documents |
| 436-4 | Exhibit 37 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment | Export controlled documents |
| 436-4 | Exhibit 38 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment | Export controlled documents |

5

[PROPOSED] ORDER RE
MOTION TO STAY

Case No. 4:19-cv-07123

| | | | |
|---|---|---|---|
| 1 2 | 405-4 | Exhibits N-Q to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Export controlled documents |
| 3 4 5 6 | 429-4 | Exhibit 1 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | Export controlled documents |
| 7 8 9 10 | 429-4 | Exhibit 2 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | Export controlled documents |
| 11 12 13 14 | 429-4 | Exhibit 6 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | Export controlled documents |
| 15 16 17 18 | 429-5 through 429-16 | Exhibits 21-100 to the Declaration of Aaron S. Craig in Support of the Defendants' Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit B to Declaration of Matthew Dawson | Export controlled documents |
| 19 20 21 | 429-18 | Declaration of Tamir Gazneli in Support of the Opposition to Plaintiffs' Motion for Sanctions attached as Exhibit D to Declaration of Matthew Dawson | Export controlled documents |
| 22 23 | 443-4 | Exhibit R to Declaration of Micah R. Block in Support of Plaintiffs' Reply in Support of Motion for Sanctions | Export controlled documents |
| 24 25 26 | 418-5 | Exhibit 43 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement | Foreign governmental proceedings |
| 27 28 | 405-4 | Exhibit A to Declaration of Micah G. Block in Support | Foreign governmental |

6

[PROPOSED] ORDER RE
MOTION TO STAY

Case No. 4:19-cv-07123

| | | |
|---|---|---|
| | of Plaintiffs' Motion for Sanctions | proceedings |
| 405-4 | Exhibits D-G to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Foreign governmental proceedings |
| 405-4 | Exhibit I to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Foreign governmental proceedings |

IT IS SO **ORDERED**, this _____ day of _____, 2025.

_____
PHYLLIS HAMILTON
United States District Judge