UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER RE: EMERGENCY MOTION FOR EXPEDITED BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR STAY OR, ALTERNATIVELY, ADMINISTRATIVE MOTION TO STAY COMPLIANCE DATE** |

    The Court, having considered Defendants' Emergency Motion for Expedited Briefing Schedule Regarding Defendants' Motion for Stay Or, Alternatively, Administrative Motion to Stay Compliance Date, filed March 28, 2025, hereby **ORDERS** that Defendants' Motion for Expedited Briefing Schedule be **GRANTED**. Plaintiffs' Opposition to Defendants' Motion for a Stay Pending Motion for Leave to File A Motion for Reconsideration and Further Reconsideration of the Order Denying in Part the Motion to Seal is due on April 1, 2025 and Defendants' Reply is due on April 2, 2025.

IT IS SO **ORDERED**, this _____ day of _____, 2025.

_____
PHYLLIS HAMILTON
United States District Judge