UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER RE: EMERGENCY MOTION FOR EXPEDITED BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR STAY OR, ALTERNATIVELY, ADMINISTRATIVE MOTION TO STAY COMPLIANCE DATE** |

The Court, having considered Defendants' Emergency Motion for Expedited Briefing Schedule Regarding Defendants' Motion for Stay Or, Alternatively, Administrative Motion to Stay Compliance Date, filed March 28, 2025, hereby **ORDERS** that Defendants' Administrative Motion to Stay be **GRANTED**. Defendants must make the required disclosure no later than 7 days after the Court's resolution of the pending Motion to Stay, in the event such motion is denied.

IT IS SO **ORDERED**, this _____ day of _____, 2025.

_____
PHYLLIS HAMILTON
United States District Judge