UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [RE DOCKET NO. 651]**<br><br>Action Filed: 10/29/2019 |

Having considered the Administrative Motion to Seal ("the Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Plaintiffs' Reply in Support of Motion to Exclude the Expert Testimony of Terrence McGraw ("Plaintiffs' Reply")[Dkt. 651-3] | Highlighted portions of page 5 (at lines 22-23 and footnote 3), page 6 line 25 to page 7 line 2, page 10, and page 14 footnote 9. | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit B to the Declaration of Antonio J. Perez-Marques in Support of Plaintiffs' Reply [Dkt. 651-4] | Pages 245-254. | Refers to highly confidential and commercially sensitive technical materials designated as "Highly Confidential – Attorneys' Eyes Only" |

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE