UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [RE DOCKET NO. 648]**<br><br>Action Filed: 10/29/2019 |

Having considered the Administrative Motion to Seal ("the Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Plaintiffs' Reply in Support of its Motion to Exclude Col. Ty Shepard ("Plaintiffs' Reply") [Dkt. 648-3] | Highlighted portions on page 3 (lines 20 through 21, 22 through 23, 25 through 27), page 4 (line 1, lines 3 through 4, lines 8 through 12, lines 14 through 17, footnote 2) page 8, page 9, page 10 (lines 18 through 19, 21 through 25), page 11 (line 22) | Refers to certain highly confidential operations of the United States government and foreign governments to combat terrorism, human trafficking and organized crime, the disclosure of which would jeopardize the national security interests of the United States and foreign governments. |
| Exhibit B to the Declaration of Gina Cora in Support of Plaintiffs' Reply [Dkt. 648-4] | 35:19-36:12; 37:23-25, 66:1-12, 68:19-84:20, 85:5-103:25, 106:4-20,107:5-24, 108:12-109:1, 110:8-116:7, 116:12-118:21, 119:6-120:2, 177:3-25, 198:13-22, 199:2-201:25, 238:1-4, 238:16-239:21, 242:6-245:12, 246:2-248:18, 249:14-250:4, 250:19-251:25, 252:14-20, 274:2-275:4, 275:10-19, 277:13-24, 286:22-287:8, 289:14-21, 299:8-12, 307:5-308:8, 308:17-20, 308:24-309:19, 314:1-2, 314:19-320:10, 321:5-13, 336:7-337:25, 346:16-347:8, 383:13-385:25, 412:20-413:20 | Refers to certain highly confidential operations of the United States government and foreign governments to combat terrorism, human trafficking and organized crime, the disclosure of which would jeopardize the national security interests of the United States and foreign governments. |

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE