Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>     Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>     Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF LUCA MARZORATI IN SUPPORT OF PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [DKT NO. 640]**<br><br>Pretrial Conference Date:  April 10, 2025<br>Time:  2:00 p.m.<br>Ctrm:  3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date:  April 28, 2025 |

I, Luca Marzorati, declare as follows:

1. I am an associate at the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rule 79-5(f)(3) in support of Plaintiffs' Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal ("Plaintiffs' Statement"), filed concurrently herewith.

3. Plaintiffs seek to maintain under seal certain portions of the documents identified below, for the reasons identified below and as set forth in greater detail in Plaintiffs' Statement filed concurrently herewith.

4. I understand that the public disclosure of Plaintiffs' employees' names in connection with litigation in the past has sometimes been followed by harassment, online threats, and/or suspicious phone calls, text-messages, or emails, particularly in cases with significant media attention.

5. In Exhibit A to the Declaration of Aaron S. Craig filed in Support of Defendants' Reply in Support of Their Motion to Exclude Certain Opinions of Dana Trexler, Dkt. No. 640-3, the employees listed under the column headings "First" and "Last Name" at rows 2, 4–6, 12, 19, 21–22, 28, 31, and 33, and the employee named in the "Comments" column on row 21, are not testifying in this action, and Plaintiffs do not seek compensatory damages based on the work of these employees.

6. Exhibit B to the Declaration of Aaron S. Craig filed in Support of Defendants' Reply in Support of Their Motion to Exclude Certain Opinions of Dana Trexler, Dkt. No. 640-4, contains sensitive personal information regarding financial transactions associated with one of Plaintiffs' testifying employees. I understand that the identification numbers appearing under the "Tax Details ID" and "Award ID" column headings are specific to the particular financial transactions listed therein and operate similarly to identification numbers associated with bank account transactions.

1

DECL. OF LUCA MARZORATI ISO PLS' STATEMENT IN RESPONSE TO DEFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [DKT NO. 640] CASE NO. 4:19-CV-07123-PJH

1 | I declare under the penalty of perjury that the foregoing is true and correct.

2 | Executed this 3rd day of April 2025 in New York, New York.

By:   */s/ Luca Marzorati*
        Luca Marzorati