Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Pretrial Conference Date:  April 10, 2025<br>Time:  2:00 p.m.<br>Ctrm:  3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date:  April 28, 2025 |

1    Having considered Plaintiffs' Statement in Response to Defendants' Administrative Motion
2 to Consider Whether Another Party's Material Should be Filed Under Seal (Dkt. No. 640) (the
3 "Response Motion"), the Response Motion is hereby GRANTED.
4    IT IS HEREBY ORDERED that the following documents will remain under seal, as follows:

| Document to be Sealed | Portions to Seal | Basis for Sealing |
|---|---|---|
| Exhibit A to the Declaration of Aaron S. Craig filed in Support of Defendants' Reply in Support of Their Motion to Exclude Certain Opinions of Dana Trexler (Dkt. No. 640-3) | On page 1, where row 1 is the first row beneath the column headings, redact:<br><br>• The names appearing under the column headings "First" and "Last Name" at rows: 2, 4–6, 12, 19, 21–22, 28, 31, and 33.<br><br>• The name appearing in the "Comments" column on row 21. | Reflects the names of 11 of Plaintiffs' non-testifying employees. |
| Exhibit B to the Declaration of Aaron S. Craig filed in Support of Defendants' Reply in Support of Their Motion to Exclude Certain Opinions of Dana Trexler (Dkt. No. 640-4) | On page 1, redact all numbers appearing under the column headings "Tax Details ID" and "Award ID." | Reflects sensitive and confidential personal financial information, namely tax and other transaction identification numbers associated with one of Plaintiffs' testifying employees. |

Dated: _____

                                                                    _____
                                                                    Honorable Phyllis J. Hamilton
                                                                    United States District Judge