1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10               OAKLAND DIVISION

11

12  WHATSAPP INC., a Delaware corporation,        Case No. 4:19-cv-07123-PJH
    and FACEBOOK, INC., a Delaware
    corporation,                                  **[PROPOSED] ORDER GRANTING**
13                                                **PLAINTIFFS' ADMINISTRATIVE**
                                                  **MOTION TO CONSIDER WHETHER**
14              Plaintiffs,                        **ANOTHER PARTY'S MATERIAL**
                                                  **SHOULD BE FILED UNDER SEAL [RE**
15         v.                                      **DOCKET NO. 644]**

16  NSO GROUP TECHNOLOGIES LIMITED
    and Q CYBER TECHNOLOGIES LIMITED,

17              Defendants.                        Action Filed: 10/29/2019

18

19

20

21

22

23

24

25

26

27

28

Having considered the Administrative Motion to Seal ("the Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and the following documents WILL REMAIN SEALED, as follows:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Plaintiffs' Opposition to Defendants' Motions *in Limine* [Dkt. 644-3] | Highlighted portions on pages i, 10-12 | Refers to highly confidential foreign proceedings |

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE