JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S NOTICE OF PUBLIC FILING OF EXHIBITS M, N, AND O IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (DKT. 419-5)**<br><br>Action Filed:   10/29/2019 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF PUBLIC FILING OF EXHIBITS

Defendants hereby submit this notice of their public filing, pursuant to the Court's Order re Omnibus Motions to Seal dated March 21, 2025 (Dkt. No. 633), of Exhibits M, N, and O in support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment (Dkt. 419-5).


DATED:  April 4, 2025                          KING & SPALDING LLP


                                               By:  /s/ Aaron S. Craig
                                                    JOSEPH N. AKROTIRIANAKIS
                                                    AARON S. CRAIG

                                                    Attorneys for Defendants NSO GROUP
                                                    TECHNOLOGIES LIMITED and Q
                                                    CYBER TECHNOLOGIES LIMITED

# Exhibit M

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**





# NSODays

**Drew Robinson**

Corp Threat Intel

# How Calls on WA Work

- Person A wants to call Person B
- Each person in a potential convo will have different capabilities
- Negotiation phase, facilitated by WA server
- Performs things like bandwidth estimation, codec identification
- Each member in a call sends info on the negotiation to WA server which relays it to others.

# connecting_tone_desc

- Server-side vulnerability
- Modern code is supposed to filter those settings which result from the negotiation phase.
- Sent an old format which still existed for backward compat reasons to the negotiation server

# Exhibit N

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Technical analysis of the WhatsApp 0-click exploit

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00125122

# Agenda

- Context & topic of this presentation

- Previous security work

- Vulnerability details

- Mitigation and fixes

- Going forward

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00125123

# Context

## WhatsApp voice calls used to inject Israeli spyware on phones

Messaging app discovers vulnerability that has been open for weeks



WhatsApp said teams of engineers had worked around the clock to close the vulnerability
montage/Dreamstime

**Mehul Srivastava** in Tel Aviv MAY 13 2019

← → C 🔒 m.facebook.com/security/a...    ☆  🅂 | ⏻

← **Facebook**

**CVE-2019-3568**

**Description:** A buffer overflow vulnerability in WhatsApp VOIP stack allowed remote code execution via specially crafted series of RTCP packets sent to target phone number.

**Affected Versions:** The issue affects WhatsApp for Android prior to v2.19.134, WhatsApp Business for Android prior to v2.19.44, WhatsApp for iOS prior to v2.19.51, WhatsApp Business for iOS prior to v2.19.51, WhatsApp for Windows Phone prior to v2.18.348, and WhatsApp for Tizen prior to v2.18.15.

**Last Updated:** 2019-08-13

💬 337  🖶

Highly Confidential - Attorneys' Eyes Only

# Context

- This talk is about an incident back in May 2019 which resulted from **a client-side vulnerability** (CVE-2019-3568) combined with lax server-side validation of certain signalling messages

- A client-side vulnerability was an unchecked assumption in the code that comprises the mobile application

- WhatsApp messages are protected by end-to-end encryption, but exploiting this vulnerability gave access to one of the "ends"

- The WhatsApp servers were not compromised by this attack

Highly Confidential - Attorneys' Eyes Only

# Exhibit O

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion":"eu-central-1","sourceIPAddress":"AWS Internal","userAgent":"signin.amazonaws.com","requestParameters":{"instancesSet":{},"filterSet":{},"includeAllInstances":false},"responseElements":null,"requestID":"836b1ea7-45b6-479e-908f-42f809eb4e4c","eventID":"09c9b603-6c09-4e1f-be9e-eb477e4205f0","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:35Z","eventSource":"elasticloadbalancing.amazonaws.com","eventName":"DescribeLoadBalancers","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"pageSize":300},"responseElements":null,"requestID":"0c7bcc68-6cde-11e9-ba77-b139b1304c44","eventID":"7ea3e0d9-b97c-4c8a-a73d-414d512bc701","eventType":"AwsApiCall","apiVersion":"2015-12-01","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-central-1","sourceIPAddress":"AWS Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-1b"}]}}]}},"responseElements":null,"requestID":"0aed0c77-8a23-429b-b831-d48c8aa4020e","eventID":"c1a9901b-c8e7-4f88-809f-4cf05e87eb66","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAccountAttributes","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"accountAttributeNameSet":{"items":[{"attributeName":"supported-platforms"}]},"filterSet":{}},"responseElements":null,"requestID":"5d49c529-8045-4947-8a6b-802bb4758ddd","eventID":"5b6496bd-1fb3-4e70-9048-b709cd17ae44","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:35Z","eventSource":"elasticloadbalancing.amazonaws.com","eventName":"DescribeLoadBalancers","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"pageSize":300},"responseElements":null,"requestID":"0c7bccb7-6cde-11e9-b235-8f70a32a6ccb","eventID":"366fa01a-ed4b-44ef-8c6d-0d4ada6a5e0f","eventType":"AwsApiCall","apiVersion":"2012-06-01","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ

D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSecurityGroups","awsRegio
n":"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"maxR
esults":1000,"securityGroupSet":{},"securityGroupIdSet":{},"filterSet":{}},"responseElements":null,"requestI
D":"c093ab14-41d9-4148-9a8c-1491c4fca9f5","eventID":"cb8b08a0-1340-47de-9d90-
bb063cdc35cc","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:35Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAvailabilityZones","awsRegi
on":"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"availa
bilityZoneSet":{},"availabilityZoneIdSet":{}},"responseElements":null,"requestID":"83fbbc80-5e32-436b-
a877-e7cd1592d1ff","eventID":"2b0c8d70-9ef5-442f-9580-
d8a210f35fed","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribePlacementGroups","awsRe
gion":"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"place
mentGroupSet":{},"filterSet":{}},"responseElements":null,"requestID":"7a290a00-7d59-4590-bf29-
ca89fbd4baeb","eventID":"1d1d3ff3-3cf7-4c4f-bc97-
32aa3e9a5bab","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-
central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"maxR
esults":1000,"instancesSet":{},"filterSet":{}},"responseElements":null,"requestID":"b119557e-1b49-4ab6-
85f7-011da86c66bf","eventID":"6b31cd39-5d6b-4c6b-89a8-
f48608f4b677","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion
":"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"instan
cesSet":{},"filterSet":{},"includeAllInstances":false},"responseElements":null,"requestID":"24aa5135-b83a-
4d5a-8cbe-35750eaeda99","eventID":"256164c7-40b5-4638-bb3e-
2bb328e2ef3b","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:32:10Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAddresses","awsRegion":"e
u-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"publ
icIpsSet":{},"filterSet":{},"allocationIdsSet":{}},"responseElements":null,"requestID":"c1184679-4e44-40a5-

bbed-60f35b02a312","eventID":"3dc476ac-83e1-434e-bbe1-
5b568ad5ca76","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:28:54Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-
central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"volum
eSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1a"}]}}]}},"responseElements":null,"requestID":"3d3401d2-54bd-4eb2-8285-
8212c151021d","eventID":"8e14bbd8-8824-4ab0-963c-
d74c7bed2934","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:28:46Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSnapshots","awsRegion":"e
u-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"snaps
hotSet":{},"ownersSet":{},"sharedUsersSet":{"items":[{"user":"self"}]},"filterSet":{}},"responseElements":null
,"requestID":"cdc0a6ce-70c3-4e8d-96e3-f8483a343882","eventID":"271740ba-0d03-41ea-a85d-
749f9da21cc2","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-
central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"maxResults":1000,"instancesSet":{
},"filterSet":{}},"responseElements":null,"requestID":"edbfcfe4-69ad-451a-863e-
6abb4918b107","eventID":"8e822906-8d9a-41e6-875c-
610ab651b398","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:01Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion
":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"inst
ancesSet":{"items":[{"instanceId":"i-
03ef9ce5e62872caa"}]},"filterSet":{},"includeAllInstances":false},"responseElements":null,"requestID":"d0b
d63df-6f6f-48d5-a236-f239ebb14062","eventID":"36cbef49-a5f6-43ee-8f68-
7a61388baefd","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion
":"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"instan
cesSet":{},"filterSet":{},"includeAllInstances":false},"responseElements":null,"requestID":"57462f6a-9ae1-
48ff-bc3b-bc76dd0e647b","eventID":"738204cc-ae31-402b-a7ae-
e20ca6f94983","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ

D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:28:49Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion
":"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"instan
cesSet":{},"filterSet":{},"includeAllInstances":false},"responseElements":null,"requestID":"408ef0ba-bf8e-
4a35-84c9-7641701f9e27","eventID":"8931a363-c2f8-4a1e-939a-
c6b16aa5694f","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:45Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceAttribute","awsRegi
on":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"inst
anceId":"i-
03ef9ce5e62872caa","attribute":"disableApiTermination"},"responseElements":null,"requestID":"5204988f-
7c7a-4927-b72e-8676d6196ac3","eventID":"08223355-7d4f-4953-9f78-
28fae96b219b","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion
":"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"
name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1c"}]}}]}},"responseElements":null,"requestID":"cba2817b-8070-4e9b-85e7-
868b0c52b22a","eventID":"59ae983c-68fb-4613-85b5-
15b552d9b0d8","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:32:10Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion
":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"inst
ancesSet":{},"filterSet":{},"includeAllInstances":false},"responseElements":null,"requestID":"7a83fb3b-
122e-4d91-b86b-a4083e87fd58","eventID":"210728c8-de79-457a-972a-
730ff4bafa36","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:35Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeKeyPairs","awsRegion":"eu-
central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"keySet
":{},"filterSet":{}},"responseElements":null,"requestID":"e8068e2b-0d61-4b16-ae1c-
de76c7b5fce6","eventID":"35048ff1-8794-4096-b09f-
e8113c8e561a","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeIdFormat","awsRegion":"eu-
central-

1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":null,"responseElements":null,"requestID":"51dea52f-0c7f-4a8b-a476-9e5ed2ea8057","eventID":"0ac268ea-93ab-4aba-aba7-1f2750d9b3db","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSnapshots","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"snapshotSet":{},"ownersSet":{"items":[{"owner":"self"}]},"sharedUsersSet":{},"filterSet":{}},"responseElements":null,"requestID":"1db7fe1e-bba2-4db8-b76c-182c7adbc6ab","eventID":"9f2f4e21-f1db-4b8f-8919-fcd13de616dd","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAddresses","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"publicIpsSet":{},"filterSet":{},"allocationIdsSet":{}},"responseElements":null,"requestID":"9d5e304a-1025-4c42-9a06-bd699ce7d681","eventID":"3e768880-8d6b-4c2a-aebb-639951d2c3b2","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:57Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSecurityGroups","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"maxResults":1000,"securityGroupSet":{},"securityGroupIdSet":{},"filterSet":{}},"responseElements":null,"requestID":"487298ee-2d73-45d2-989f-1edd6f731194","eventID":"33115887-822f-41d2-9a6c-ab2395e4984d","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:42Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceCreditSpecifications","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"DescribeInstanceCreditSpecificationsRequest":{"InstanceId":{"tag":1,"content":"i-03ef9ce5e62872caa"}}},"responseElements":null,"requestID":"0f2fb31e-a211-427d-a9a0-910d4573ea63","eventID":"860afc05-4ab5-4388-bbb2-7eb7f84bf1bb","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeLaunchTemplates","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"DescribeLaunchTemplatesRequest":{"MaxResults":200}},"responseElements":null,"requestID":"6e13d0e9-b286-46e4-8a85-236f88f71947","eventID":"e69c09ac-ea50-4e05-b3b7-e4d4bb378870","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ

D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:42Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceAttribute","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"instanceId":"i-03ef9ce5e62872caa","attribute":"disableApiTermination"},"responseElements":null,"requestID":"712fcf3e-0c6e-4a80-817e-b5795fca235b","eventID":"a6c4c876-a69e-4827-b908-78e2039ae94e","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"instancesSet":{"items":[{"instanceId":"i-03ef9ce5e62872caa"}]},"filterSet":{},"includeAllInstances":true},"responseElements":null,"requestID":"c3aa1fbf-a610-493d-96fc-ac3a9375d30f","eventID":"66ec25f1-4e1e-4176-84db-537c451fa5da","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{"items":[{"volumeId":"vol-06a0c1f88fa944d07"}]},"filterSet":{"items":[{"name":"attachment.status","valueSet":{"items":[{"value":"attaching"}]}}]}},"responseElements":null,"requestID":"99b77932-f443-4228-9b99-b5288fb5cfa4","eventID":"5833969a-4a9e-43e4-a6b1-3f715043938b","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{"items":[{"volumeId":"vol-06a0c1f88fa944d07"}]},"filterSet":{"items":[{"name":"volume-status.status","valueSet":{"items":[{"value":"impaired"}]}},{"name":"volume-status.details-name","valueSet":{"items":[{"value":"io-enabled"}]}},{"name":"volume-status.details-status","valueSet":{"items":[{"value":"failed"}]}}]}},"responseElements":null,"requestID":"060cae82-1bc3-46ba-9774-3c5863e4fc36","eventID":"bcbb0636-50f8-47b3-aea5-b0af55dfa565","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"instancesSet":{"items":[{"instanceId":"i-03ef9ce5e62872caa"}]},"filterSet":{}},"responseElements":null,"requestID":"c46ff056-0106-4d64-bd28-9325091f5a1e","eventID":"1f2106ed-9ab0-4660-80ab-bb8c8de33cdd","eventType":"AwsApiCall","recipientAccountId":"483437831854"}

{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBZDD42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-1b"}]}}]}},"responseElements":null,"requestID":"00565e18-54c2-4549-bdd0-d3b915fbf8aa","eventID":"67228d05-1d45-40b0-a89d-affdb3293985","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBZDD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:28:45Z","eventSource":"elasticloadbalancing.amazonaws.com","eventName":"DescribeLoadBalancers","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"pageSize":300},"responseElements":null,"requestID":"3623dbf9-6cde-11e9-88b8-d182f338aaec","eventID":"4c8d7f45-cfbb-4055-a314-d859205f6fac","eventType":"AwsApiCall","apiVersion":"2012-06-01","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBZDD42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAvailabilityZones","awsRegion":"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"availabilityZoneSet":{},"availabilityZoneIdSet":{}},"responseElements":null,"requestID":"1937afef-41e4-4153-8cc7-eea60a733ee8","eventID":"6353236d-d9b6-43ac-ac08-580fd74a2882","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBZDD42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion":"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-1b"}]}}]}},"responseElements":null,"requestID":"cf42c090-14b8-4046-a888-778999986615","eventID":"448f9e42-bf6c-43e7-8dc4-dbee679ff996","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBZDD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:42Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeTags","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"maxResults":10000,"filterSet":{"items":[{"name":"resource-id","valueSet":{"items":[{"value":"i-03ef9ce5e62872caa"}]}}]}},"responseElements":null,"requestID":"0a1f02dc-6ab5-469a-afe8-b134702f0e99","eventID":"250a978a-5ebf-432d-8934-972dd9de30fd","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBZD

D42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-
central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"maxResults":1000,"instancesSet":{
},"filterSet":{}},"responseElements":null,"requestID":"ff312419-227a-40de-b488-
1647e9e24fb0","eventID":"6447800d-b0e8-47d7-91c0-
5ff3befe8dac","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:29:03Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSecurityGroups","awsRegio
n":"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"maxR
esults":1000,"securityGroupSet":{},"securityGroupIdSet":{},"filterSet":{}},"responseElements":null,"requestI
D":"f66134b8-934d-4a27-a996-63bbf6e8d6c1","eventID":"1aaebb6a-7c46-451b-9f1c-
25916660bc44","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:32:04Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeTags","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"max
Results":10000,"filterSet":{}},"responseElements":null,"requestID":"bc98aad9-9db3-442e-918b-
59f000ef2cc4","eventID":"b4c1830c-9fe4-409a-b239-
c33b33ca47ae","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"inst
ancesSet":{"items":[{"instanceId":"i-
03ef9ce5e62872caa"}]},"filterSet":{}},"responseElements":null,"requestID":"5dda00e4-1503-4f5c-8c15-
1625a351735d","eventID":"80c79cc3-77a7-4db4-aa89-
deb4d422c8ff","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volu
meSet":{"items":[{"volumeId":"vol-
06a0c1f88fa944d07"}]},"filterSet":{"items":[{"name":"attachment.status","valueSet":{"items":[{"value":"attac
hing"}]}}]}},"responseElements":null,"requestID":"4806b67c-504f-4930-a1f8-
78512eb37394","eventID":"0c11e296-05b5-4b01-8fdd-
cc9621310580","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion

":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"inst
ancesSet":{"items":[{"instanceId":"i-
03ef9ce5e62872caa"}]},"filterSet":{},"includeAllInstances":true},"responseElements":null,"requestID":"bcef
7af0-3c9e-483f-a8de-91bd05dbd561","eventID":"e943ba31-7b2c-4830-a17e-
f99f909c38c9","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAvailabilityZones","awsRegi
on":"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"availabilityZoneSet":{},"availabilityZ
oneIdSet":{}},"responseElements":null,"requestID":"09bc8d73-d02e-44f7-bbbb-
b19076db9b8c","eventID":"f4230103-e126-482f-8339-
b4dc25e572d0","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"monitoring.amazonaws.com","eventName":"DescribeAlarms","awsRegion"
:"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"maxR
ecords":100},"responseElements":null,"requestID":"0d143bb6-6cde-11e9-bfe3-
d9de9c0340fe","eventID":"73125d83-9eed-4c0f-9afc-
5f39e099505a","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-
central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"
name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1a"}]}}]}},"responseElements":null,"requestID":"b0d40a79-e57c-438f-a5d2-
70ba7ce508c7","eventID":"ea8fdaa7-1759-4ffe-b61b-
54ef4c0284f8","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion"
:"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volu
meSet":{"items":[{"volumeId":"vol-06a0c1f88fa944d07"}]},"filterSet":{"items":[{"name":"volume-
status.status","valueSet":{"items":[{"value":"impaired"}]}},{"name":"volume-status.details-
name","valueSet":{"items":[{"value":"io-enabled"}]}},{"name":"volume-status.details-
status","valueSet":{"items":[{"value":"failed"}]}}]}},"responseElements":null,"requestID":"fb1870fc-7e55-
44b8-8fe3-f763411d09a5","eventID":"8cdb8b53-8821-47f7-bdb5-
de1dd91d7835","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:40Z","eventSource":"elasticloadbalancing.amazonaws.com","eventName":"DescribeLoadBalan
cers","awsRegion":"eu-central-1","sourceIPAddress":"AWS

Internal","userAgent":"signin.amazonaws.com","requestParameters":null,"responseElements":null,"reques
tID":"7a919000-6cde-11e9-b3ac-5dafbb21e5c1","eventID":"02ee1bf8-2eee-41ab-a0e6-
df5c6cd4984b","eventType":"AwsApiCall","apiVersion":"2012-06-
01","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:28:54Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumesModifications","aws
Region":"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"Descri
beVolumesModificationsRequest":{"MaxResults:1000}},"responseElements":null,"requestID":"379c7646-
33f5-4713-ab39-2792c030db14","eventID":"99654916-0f0f-4fa0-9373-
d132c4db3d16","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:28:54Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-
central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"volum
eSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1c"}]}}]}},"responseElements":null,"requestID":"20c9f902-c28c-4ece-b05c-
92022e4efc4d","eventID":"45653a3b-32fd-4da6-8526-
825df8203c36","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:42Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion
":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"inst
anceSet":{},"filterSet":{},"includeAllInstances":false},"responseElements":null,"requestID":"fae8dcca-f01c-
4c44-a3ad-2b1b1cbb5a70","eventID":"65e36e93-e24e-475e-ab07-
82b963bd2ec6","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeTags","awsRegion":"eu-
central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"maxResults":10000,"filterSet":{}},"r
esponseElements":null,"requestID":"10438e24-b4b2-46de-8dc1-dfcd4ab210c9","eventID":"86d98f95-
152a-4fa7-a81d-c99b3d3403ab","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:08Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeTags","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"max
Results":10000,"filterSet":{}},"responseElements":null,"requestID":"1c90e128-94b9-4dc0-8a20-
85e737493e63","eventID":"fb48b0e5-6448-4b7d-aeef-
078da889bbfc","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ

D42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion
":"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"instancesSet":{},"filterSet":{},"includ
eAllInstances":false},"responseElements":null,"requestID":"1b804f81-3376-475c-9209-
af2bc12f3a7f","eventID":"fa552e46-d308-425a-a5aa-
d892016c5a26","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:28:50Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeTags","awsRegion":"eu-
central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"maxR
esults":10000,"filterSet":{}},"responseElements":null,"requestID":"8e31c695-9572-4fa6-8549-
0ab50dc99bfe","eventID":"801c9a18-aa9c-4acb-9553-
2d777e30aada","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:32:00Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volu
meSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1b"}]}}]}},"responseElements":null,"requestID":"bb8b4479-7135-41ba-b17b-
2198e962c661","eventID":"ca31bcd9-b9b0-4d8f-84a1-
f4e04bf39d27","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:28:54Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-
central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"volum
eSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1b"}]}}]}},"responseElements":null,"requestID":"29a6b67c-500f-4b0d-9aae-
84ff5f2c64da","eventID":"73c35471-aa89-4fbd-b007-
739f1607614d","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:28:54Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion"
:"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"volum
eSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1c"}]}}]}},"responseElements":null,"requestID":"076c14ff-7146-41e4-91de-
0c6e601fd701","eventID":"66b4ecaa-fe80-46ef-b4ab-
2fe3c8d2365d","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"monitoring.amazonaws.com","eventName":"DescribeAlarms","awsRegion"

:"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"max
Records":100},"responseElements":null,"requestID":"8764f213-6cde-11e9-9df0-
c743cceabb1b","eventID":"11778806-de16-4ad5-9c08-
ecf1d79315bb","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion"
:"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"volum
eSet":{},"filterSet":{}},"responseElements":null,"requestID":"68dbd654-4e09-42d0-a079-
ec161382becf","eventID":"2ff31f14-8cf7-4242-999d-
9bf2e8bb312c1","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:43Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-
central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"volum
eSet":{"items":[{"volumeId":"vol-
06a0c1f88fa944d07"}]},"filterSet":{"items":[{"name":"attachment.status","valueSet":{"items":[{"value":"attac
hing"}]}}]}},"responseElements":null,"requestID":"ec17b62c-8fd2-4c86-b0f5-
e72ae59dab4f","eventID":"e42c0db8-b7fd-4fbb-b216-
08db289fb27c","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:43Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-
central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"instan
cesSet":{"items":[{"instanceId":"i-
03ef9ce5e62872caa"}]},"filterSet":{}},"responseElements":null,"requestID":"2250ec49-8c06-4ace-9fa0-
fa549ecd5179","eventID":"1e39ed3a-ef6a-42f7-8b2c-
00202b0b0aa2","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:43Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion
":"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"instan
cesSet":{"items":[{"instanceId":"i-
03ef9ce5e62872caa"}]},"filterSet":{},"includeAllInstances":true},"responseElements":null,"requestID":"cb02
214c-be8e-4d42-9751-729e7e528012","eventID":"1bd4a24f-61c0-479f-87fd-
b47edeab3c2a","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:43Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion"
:"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"volum

eSet":{"items":[{"volumeId":"vol-06a0c1f88fa944d07"}]},"filterSet":{"items":[{"name":"volume-status.status","valueSet":{"items":[{"value":"impaired"}]}},{"name":"volume-status.details-name","valueSet":{"items":[{"value":"io-enabled"}]}},{"name":"volume-status.details-status","valueSet":{"items":[{"value":"failed"}]}}]}},"responseElements":null,"requestID":"99e453be-b144-4338-ae73-efe74104587c","eventID":"723d2e12-06df-49a7-bbe9-b0c04de5310c","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-central-1","sourceIPAddress":"AWS Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-1c"}]}}]}},"responseElements":null,"requestID":"6e4f92d3-4b97-4fec-a316-b5a20d582c40","eventID":"7ffd9b3b-8c01-43e5-a187-82ab1a686ffd","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:31:01Z","eventSource":"ec2.amazonaws.com","eventName":"ModifyNetworkInterfaceAttribute","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"networkInterfaceId":"eni-08861a8320296ac9f","groupSet":{"items":[{"groupId":"sg-036f21a0ec73a4fc0"},{"groupId":"sg-02f48e428b29c74b9"},{"groupId":"sg-00b08d9cdde7b4fd5"},{"groupId":"sg-019d575c0f6db9a1a"}]}},"responseElements":{"requestId":"f547d469-e83e-4e16-8bf2-7909d7e89239","_return":true},"requestID":"f547d469-e83e-4e16-8bf2-7909d7e89239","eventID":"047a6967-9e9a-407b-9e5c-b8d11aaeda27","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:28:49Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"maxResults":1000,"instancesSet":{},"filterSet":{}},"responseElements":null,"requestID":"26a3abd6-fe28-4594-9acf-422c395016a0","eventID":"11d215a6-baa9-4478-8f1f-d361833f30e6","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:31Z","eventSource":"elasticloadbalancing.amazonaws.com","eventName":"DescribeLoadBalancers","awsRegion":"eu-central-1","sourceIPAddress":"AWS Internal","userAgent":"signin.amazonaws.com","requestParameters":null,"responseElements":null,"requestID":"09bde521-6cde-11e9-8d91-ef0d23d0b72d","eventID":"823e4765-ac7c-45f0-89ac-66a0575279e1","eventType":"AwsApiCall","apiVersion":"2012-06-01","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:32:00Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-

central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volu
meSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1c"}]}}]}},"responseElements":null,"requestID":"490ec58b-e1e2-41c4-8c3b-
2bab32516de6","eventID":"bf70d5ed-735a-4019-8520-
16d395f3c9d7","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSnapshots","awsRegion":"e
u-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"snapshotSet":{},"ownersSet":{},"sh
aredUsersSet":{"items":[{"user":"self"}]},"filterSet":{}},"responseElements":null,"requestID":"aa9dbf58-3944-
45d2-91bd-d5f15d836c78","eventID":"dff8adcb-03c9-4dbd-afb3-
e9c483c26779","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:42Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeLaunchTemplates","awsReg
ion":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"Des
cribeLaunchTemplatesRequest":{"MaxResults":200}},"responseElements":null,"requestID":"9ced326d-
250e-4c8c-9277-510eb79a351a","eventID":"7e277d62-aa34-454a-bd8f-
296387030b82","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:44Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSecurityGroups","awsRegio
n":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"max
Results":1000,"securityGroupSet":{},"securityGroupIdSet":{},"filterSet":{}},"responseElements":null,"reques
tID":"e50b5737-ce85-40ea-a7b8-20238b57cd42","eventID":"72802171-9f75-434f-aa91-
5e0385d19dc2","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceAttribute","awsRegi
on":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"inst
anceId":"i-
03ef9ce5e62872caa","attribute":"disableApiTermination"}},"responseElements":null,"requestID":"02e155c8-
eb46-4131-804d-ebb51f14a1e7","eventID":"8a2383c2-1e1f-4c3a-9d98-
ab7fca01d3e7","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:32:00Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumesModifications","aws
Region":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"Des
cribeVolumesModificationsRequest":{"MaxResults":1000}},"responseElements":null,"requestID":"daf04dd
d-8a7a-4f9b-b600-5bc4b47d9e7d","eventID":"9601aa41-bb54-4d7b-84ca-

f661a048455f","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:32:04Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSnapshots","awsRegion":"e
u-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"sna
pshotSet":{},"ownersSet":{},"sharedUsersSet":{"items":[{"user":"self"}]},"filterSet":{}},"responseElements":n
ull,"requestID":"e617a613-16e3-4bb4-a3af-2c1b79023a54","eventID":"e16d3b77-7378-465f-8b43-
399bcd4a4dfb","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAccountAttributes","awsReg
ion":"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"accou
ntAttributeNameSet":{"items":[{"attributeName":"default-
vpc"}]},"filterSet":{}},"responseElements":null,"requestID":"07e2e4a3-66c5-4db1-a156-
e45e0240f951","eventID":"7d9715c1-2aea-4d8f-be2a-
8fc2f36fceba","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSnapshots","awsRegion":"e
u-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"snapshotSet":{},"ownersSet":{},"sh
aredUsersSet":{"items":[{"user":"self"}]},"filterSet":{}},"responseElements":null,"requestID":"8f955b07-ea48-
4e0f-8eb7-c79fe9896a9d","eventID":"1cd9b370-6e0a-48ea-8451-
6498a24b4a7d","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:45Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVpcs","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"vpc
Set":{"items":[{"vpcId":"vpc-
0d90b8bff94002e31"}]},"filterSet":{}},"responseElements":null,"requestID":"f8b5e16b-8197-4165-97d0-
b409f5c26a5f","eventID":"95052147-c9e8-4a3e-b73e-
04c94f762012","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:42Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAddresses","awsRegion":"e
u-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"publ
icIpsSet":{},"filterSet":{},"allocationIdsSet":{}},"responseElements":null,"requestID":"29048922-d444-4c17-
9871-f70191cff6a2","eventID":"c61c8888-9edc-4a0f-b3bb-
40624e388024","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati

onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:45Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceCreditSpecifications","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"DescribeInstanceCreditSpecificationsRequest":{"InstanceId":{"tag":1,"content":"i-03ef9ce5e62872caa"}}},"responseElements":null,"requestID":"b1eb1d2d-1064-4914-9c17-4136aa78f2b8","eventID":"625035c5-34af-4016-8afd-ca6b71ad41bd","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:42Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"maxResults":1000,"instancesSet":{},"filterSet":{}},"responseElements":null,"requestID":"ad50271f-3722-4d41-a260-aa86131c0a86","eventID":"738bf14f-08e2-44ea-938a-cdd5586d6a06","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:31:01Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"instancesSet":{"items":[{"instanceId":"i-03ef9ce5e62872caa"}]},"filterSet":{}},"responseElements":null,"requestID":"2cde4dbf-7ce4-43c8-b7df-646d1b188525","eventID":"615c581a-d7ca-43ec-9f4c-80800b4e3bf1","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeTags","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"maxResults":10000,"filterSet":{"items":[{"name":"resource-id","valueSet":{"items":[{"value":"i-03ef9ce5e62872caa"}]}}]}},"responseElements":null,"requestID":"6ae235c5-6bb9-496e-bdb0-935c4fdfefbb","eventID":"d3585a5b-706a-46df-8384-63d5fd64354b","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:28:49Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAddresses","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"publicIpsSet":{},"filterSet":{},"allocationIdsSet":{}},"responseElements":null,"requestID":"61d860c5-24eb-48b9-9d6b-c54cd7452ef5","eventID":"a624cb70-dbd0-4484-89b5-518c1a838755","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:42Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeImages","awsRegion":"eu-central-

1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"executableBySet":{},"imagesSet":{"items":[{"imageId":"ami-0bdf93799014acdc4"}]},"ownersSet":{},"filterSet":{}},"responseElements":null,"requestID":"9732f428-43f9-45a1-9a8d-6b39c5609f9d","eventID":"6a9e8b74-dab1-4c61-9779-35f8cbb2ffb7","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:32:00Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-1b"}]}}]}},"responseElements":null,"requestID":"24a4acb8-7183-459f-a54f-ed3d6c40c40e","eventID":"13bb606f-3d80-4df0-b248-6c8e77d226a6","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:42Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVpcs","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"vpcSet":{"items":[{"vpcId":"vpc-0d90b8bff94002e31"}]},"filterSet":{}},"responseElements":null,"requestID":"ed40c8a0-6997-4197-b671-99b58ba90138","eventID":"e103497a-5384-4612-b3a5-0fec9b744b1d","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:46Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceStatus","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"instancesSet":{"items":[{"instanceId":"i-03ef9ce5e62872caa"}]},"filterSet":{},"includeAllInstances":true},"responseElements":null,"requestID":"2d7afb0b-ff7b-496c-b4a0-1fc3e8831dd1","eventID":"ce27bbc6-5e47-48b1-9200-96e5b6257670","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:45Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"instancesSet":{"items":[{"instanceId":"i-03ef9ce5e62872caa"}]},"filterSet":{}},"responseElements":null,"requestID":"0eb66037-7077-479c-a6eb-7d1c8e839a5e","eventID":"d67a2d78-37ce-42db-92e9-313d9b76aa63","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:45Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volu

meSet":{"items":[{"volumeId":"vol-06a0c1f88fa944d07"}]},"filterSet":{"items":[{"name":"volume-status.status","valueSet":{"items":[{"value":"impaired"}]}},{"name":"volume-status.details-name","valueSet":{"items":[{"value":"io-enabled"}]}},{"name":"volume-status.details-status","valueSet":{"items":[{"value":"failed"}]}}]}}},"responseElements":null,"requestID":"d668430d-9f65-48d4-8313-14b9220c2f37","eventID":"0823f94b-9106-4090-a87f-a1c65f624e61","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:46Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{"items":[{"volumeId":"vol-06a0c1f88fa944d07"}]},"filterSet":{"items":[{"name":"attachment.status","valueSet":{"items":[{"value":"attaching"}]}}]}}},"responseElements":null,"requestID":"4a470c86-de3c-422a-9f56-81802c410cba","eventID":"25848c3d-40e1-48c5-98c7-3c12261586ad","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:45Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeImages","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"executableBySet":{},"imagesSet":{"items":[{"imageId":"ami-0bdf93799014acdc4"}]},"ownersSet":{},"filterSet":{}},"responseElements":null,"requestID":"3b46d7af-c78f-4ed1-a34b-77ed15909d4d","eventID":"2e5d09df-7d62-42b1-8add-d9f4b444cfd1","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{}},"responseElements":null,"requestID":"a42df825-71b7-4978-8520-b50dfdc1f27e","eventID":"1c713a18-090b-44de-8d58-1eccd035f10d","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion":"eu-central-1","sourceIPAddress":"AWS Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-1a"}]}}]}},"responseElements":null,"requestID":"c551ad35-9bb9-4539-a683-2a46d8a7d9e0","eventID":"62239f25-70f0-45b3-abae-506f46f79611","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAvailabilityZones","awsRegion":"eu-central-1","sourceIPAddress":"AWS

Internal","userAgent":"signin.amazonaws.com","requestParameters":{"availabilityZoneSet":{},"availabilityZ
oneIdSet":{}},"responseElements":null,"requestID":"9f530219-1fe7-4025-8690-
ba3531aaea9b","eventID":"a2ee4b3c-e735-4c05-9111-
c64e7d98f1d0","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-
central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"maxR
esults":1000,"instancesSet":{},"filterSet":{}},"responseElements":null,"requestID":"ce873906-e68e-44ad-
bb45-2d2c52bb471a","eventID":"d9962a0c-8c5f-47d4-9c22-
14d18758afee","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:28:54Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion"
:"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"volum
eSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1b"}]}}]}},"responseElements":null,"requestID":"5799969f-b207-44ec-8dae-
5362bb8f3f94","eventID":"2de7a710-2796-498c-9ca9-
897c996ab734","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:42Z","eventSource":"monitoring.amazonaws.com","eventName":"DescribeAlarms","awsRegion"
:"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"max
Records":100},"responseElements":null,"requestID":"7bcc59bc-6cde-11e9-bfe3-
d9de9c0340fe","eventID":"3648aa2d-75a2-45e0-b1fd-
9cd5becfff85","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:32:10Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstances","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"max
Results":1000,"instancesSet":{},"filterSet":{}},"responseElements":null,"requestID":"4e476c59-831e-4368-
85d8-52c6b62768b1","eventID":"98f9ab82-1b88-40d0-ab27-
2d4282eaeca9","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVpcs","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"vpc
Set":{"items":[{"vpcId":"vpc-
0d90b8bff94002e31"}]},"filterSet":{}},"responseElements":null,"requestID":"b8884300-3022-4286-a757-
76a920b8e5a0","eventID":"1b8d2683-5932-4602-bf3d-
e5f388d6565c","eventType":"AwsApiCall","recipientAccountId":"483437831854"}

{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:45Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSubnets","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"sub netSet":{"items":[{"subnetId":"subnet-0f299f8eb99910afe"}]},"filterSet":{}},"responseElements":null,"requestID":"83ee17a0-a0ac-41b8-85dd-2d77a2caf38e","eventID":"0dbf5557-e17e-444a-933e-7ab80f978900","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeLaunchTemplates","awsReg ion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"Descri beLaunchTemplatesRequest":{"MaxResults":200}},"responseElements":null,"requestID":"660e2962-2e45-400a-a28a-3ea4fa4c4a76","eventID":"f353461a-8bdc-4cab-9ffb-590304d2b782","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:42Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSubnets","awsRegion":"eu-central-1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"subnet Set":{"items":[{"subnetId":"subnet-0f299f8eb99910afe"}]},"filterSet":{}},"responseElements":null,"requestID":"2f38d803-6dca-4a4a-bf23-2c5ffc4b65cc","eventID":"c7508898-639a-4d13-a700-4368e0c703f2","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ D42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-central-1","sourceIPAddress":"AWS Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{" name":"availability-zone","valueSet":{"items":[{"value":"eu-central-1c"}]}}]}},"responseElements":null,"requestID":"f57d3e12-3c77-4620-902e-6f5c830e838c","eventID":"ba760aee-1368-44db-be7e-e5b544c3be72","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSubnets","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"sub netSet":{"items":[{"subnetId":"subnet-0f299f8eb99910afe"}]},"filterSet":{}},"responseElements":null,"requestID":"8681ff63-7597-4c44-a01a-6afff5509c7b","eventID":"1dc9cb3d-9de5-4257-9571-2282c167f982","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ

D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAddresses","awsRegion":"e
u-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"publicI
psSet":{},"filterSet":{},"allocationIdsSet":{}},"responseElements":null,"requestID":"743c38b9-0ec5-4960-
8987-6f1abe3e109f","eventID":"4cc5db77-0ff2-4f6a-8d2c-
de9d3f765cd8","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion"
:"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"
name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1b"}]}}]}},"responseElements":null,"requestID":"7089de6e-64f8-4150-8f3b-
a36047d0ce54","eventID":"f0b7e940-48c6-4819-8bd2-
c9752d63ddc6","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAddresses","awsRegion":"e
u-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"publ
icIpsSet":{},"filterSet":{"items":[{"name":"instance-id","valueSet":{"items":[{"value":"i-
03ef9ce5e62872caa"}]}}]},"allocationIdsSet":{}},"responseElements":null,"requestID":"5e5f0696-a650-
4d09-8619-18d2eb4aa9b6","eventID":"a3552e4f-226d-49b7-a759-
29b7243334d5","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceAttribute","awsRegi
on":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"inst
anceId":"i-
03ef9ce5e62872caa","attribute":"disableApiTermination"},"responseElements":null,"requestID":"65845c80-
5039-4158-b20e-f8c8e302aae8","eventID":"a69368be-d2f6-4558-b7f5-
0d797b58b25d","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:28:54Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion"
:"eu-central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"volum
eSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1a"}]}}]}},"responseElements":null,"requestID":"89203df0-dc0a-41ed-bba5-
8242810f6384","eventID":"1e717b37-a7a1-44f1-9178-
7d87996e6878","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XP3MQS2XI","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-

02T13:27:31Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeTags","awsRegion":"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"maxResults":10000,"filterSet":{}},"responseElements":null,"requestID":"cea64752-f242-4758-b192-fa4b7c657970","eventID":"98070c12-c77e-46a9-b07e-f99d7777735f","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion":"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-1c"}]}}]}},"responseElements":null,"requestID":"158e237d-0164-41eb-9659-897843b4b607","eventID":"d11d7b7c-f27b-4544-859b-0ae4a8849b96","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:32:00Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-1c"}]}}]}},"responseElements":null,"requestID":"50442a87-5abf-4799-866b-8b6e953fd4f5","eventID":"5cee27bb-7aab-4f3d-a563-2dcfb4980e70","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:42Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeIdFormat","awsRegion":"eu-central-1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":null,"responseElements":null,"requestID":"cad382fa-d980-4482-abed-13ee55430e62","eventID":"41727647-77b9-47d3-9d66-52933390b063","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-1a"}]}}]}},"responseElements":null,"requestID":"1f0cbc59-4e91-481d-9a5d-6fad90cec856","eventID":"f5c8786a-2723-41dd-9fec-6b4fe3c712b6","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZD42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creationDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeAvailabilityZones","awsRegion":"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"availabilityZoneSet":{},"availabilityZoneIdSet":{}},"responseElements":null,"requestID":"017d482b-bf06-4183-bf81-b1dbb23960fc","eventID":"ab56b18f-0ebe-42db-a848-

d09f8f4ff72d","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceCreditSpecification
s","awsRegion":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"Des
cribeInstanceCreditSpecificationsRequest":{"InstanceId":{"tag":1,"content":"i-
03ef9ce5e62872caa"}}},"responseElements":null,"requestID":"1e38db10-6100-40b0-9b50-
77e724b9bae5","eventID":"dd0032ed-7f25-4dbe-998c-
bba1cf9aa12f","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVpcs","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"vpc
Set":{"items":[{"vpcId":"vpc-
0d90b8bff94002e31"}]},"filterSet":{}},"responseElements":null,"requestID":"9aaa0015-1e6c-46b5-b7d1-
3d2fd877d606","eventID":"661d2efb-d0d1-4620-a5ba-
d0352d1bf571","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBIGUE2UV","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:40Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion"
:"eu-central-1","sourceIPAddress":"AWS
Internal","userAgent":"signin.amazonaws.com","requestParameters":{"volumeSet":{},"filterSet":{"items":[{"
name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1a"}]}}]}},"responseElements":null,"requestID":"6ccc38d0-0fcf-404b-9f18-
48c85319ebcb","eventID":"537d90ed-e2b3-4999-9d7c-
472a3a562e8e","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:50Z","eventSource":"elasticloadbalancing.amazonaws.com","eventName":"DescribeLoadBalan
cers","awsRegion":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"pag
eSize":300},"responseElements":null,"requestID":"a3f67bf9-6cde-11e9-9f87-
8542f1638242","eventID":"e0d0f70c-7894-4f15-aa9f-
d2e01d835865","eventType":"AwsApiCall","apiVersion":"2012-06-
01","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeInstanceCreditSpecification
s","awsRegion":"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"Des
cribeInstanceCreditSpecificationsRequest":{"InstanceId":{"tag":1,"content":"i-
03ef9ce5e62872caa"}}},"responseElements":null,"requestID":"148b6c97-7916-4d64-9f5f-
e00861560df0","eventID":"a36cf5e9-048d-48ef-a4b0-
90973b65d015","eventType":"AwsApiCall","recipientAccountId":"483437831854"}

{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:32:00Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumes","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volu
meSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1a"}]}}]}},"responseElements":null,"requestID":"ce9c148b-0d27-4e02-a0b1-
b4b5e38844c2","eventID":"9cae6b67-8839-4cf6-9688-
2b857d7c1afc","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XFKMAXQ5D","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","crea
tionDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:27:36Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeHosts","awsRegion":"eu-
central-
1","sourceIPAddress":"37.142.13.46","userAgent":"signin.amazonaws.com","requestParameters":{"Descri
beHostsRequest":{"Filter":{"Value":{"tag":1,"content":"available"},"tag":1,"Name":"state"}}},"responseElem
ents":null,"requestID":"afd807cc-2358-4217-a47d-1c8b962d9faf","eventID":"0a389dd1-c03a-49fb-bc51-
002cdc782c69","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:32:00Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeVolumeStatus","awsRegion"
:"eu-central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"volu
meSet":{},"filterSet":{"items":[{"name":"availability-zone","valueSet":{"items":[{"value":"eu-central-
1a"}]}}]}},"responseElements":null,"requestID":"18d322fa-4d4a-49fd-bc3e-
fe8e4150d742","eventID":"f1a41721-549e-492e-b8fb-
cb426b67b738","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:31:02Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeSubnets","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"sub
netSet":{"items":[{"subnetId":"subnet-
0f299f8eb99910afe"}]},"filterSet":{}},"responseElements":null,"requestID":"d08a99d9-3bbf-4219-bb6d-
f18be080994f","eventID":"22f50816-4085-4965-a6db-
1582470d6d97","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ar
n":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","accessKeyId":"ASIAXBDZ
D42XBTSH46FK","userName":"michaels","sessionContext":{"attributes":{"mfaAuthenticated":"true","creati
onDate":"2019-05-02T13:26:37Z"}},"invokedBy":"signin.amazonaws.com"},"eventTime":"2019-05-
02T13:30:45Z","eventSource":"ec2.amazonaws.com","eventName":"DescribeTags","awsRegion":"eu-
central-
1","sourceIPAddress":"185.163.150.64","userAgent":"signin.amazonaws.com","requestParameters":{"max
Results":10000,"filterSet":{"items":[{"name":"resource-id","valueSet":{"items":[{"value":"i-
03ef9ce5e62872caa"}]}}]}},"responseElements":null,"requestID":"d5921434-832c-408f-a536-
eee44d9583f6","eventID":"7284922d-cee7-4022-9237-
2fc7e433e0e7","eventType":"AwsApiCall","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","ac
countId":"483437831854","accessKeyId":"","userName":"michaels"},"eventTime":"2019-05-

02T13:25:49Z","eventSource":"signin.amazonaws.com","eventName":"CheckMfa","awsRegion":"us-east-1","sourceIPAddress":"37.142.13.46","userAgent":"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.108 Safari/537.36","requestParameters":null,"responseElements":{"CheckMfa":"Success"},"additionalEventData":{"MfaType":"Virtual MFA"},"eventID":"d4e21781-e753-4ab6-9888-6b72cd49c8fd","eventType":"AwsConsoleSignIn","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","accountId":"483437831854","accessKeyId":"","userName":"michaels"},"eventTime":"2019-05-02T13:26:06Z","eventSource":"signin.amazonaws.com","eventName":"ConsoleLogin","awsRegion":"us-east-1","sourceIPAddress":"37.142.13.46","userAgent":"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.108 Safari/537.36","errorMessage":"Failed authentication","requestParameters":null,"responseElements":{"ConsoleLogin":"Failure"},"additionalEventData":{"LoginTo":"https://console.aws.amazon.com/console/home?state=hashArgs%23&isauthcode=true","MobileVersion":"No","MFAUsed":"Yes"},"eventID":"d8b7bbcd-8a9f-458c-89ce-eceec2a96826","eventType":"AwsConsoleSignIn","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","accountId":"483437831854","accessKeyId":"","userName":"michaels"},"eventTime":"2019-05-02T13:26:13Z","eventSource":"signin.amazonaws.com","eventName":"CheckMfa","awsRegion":"us-east-1","sourceIPAddress":"37.142.13.46","userAgent":"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.108 Safari/537.36","requestParameters":null,"responseElements":{"CheckMfa":"Success"},"additionalEventData":{"MfaType":"Virtual MFA"},"eventID":"4a9b2252-7745-4b7e-8c83-cf804e037ff0","eventType":"AwsConsoleSignIn","recipientAccountId":"483437831854"}
{"eventVersion":"1.05","userIdentity":{"type":"IAMUser","principalId":"AIDAIOHAFWGD6MHDWQZRO","arn":"arn:aws:iam::483437831854:user/michaels","accountId":"483437831854","userName":"michaels"},"eventTime":"2019-05-02T13:26:37Z","eventSource":"signin.amazonaws.com","eventName":"ConsoleLogin","awsRegion":"us-east-1","sourceIPAddress":"37.142.13.46","userAgent":"Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.108 Safari/537.36","requestParameters":null,"responseElements":{"ConsoleLogin":"Success"},"additionalEventData":{"LoginTo":"https://console.aws.amazon.com/console/home?state=hashArgs%23&isauthcode=true","MobileVersion":"No","MFAUsed":"Yes"},"eventID":"f1281c74-eabc-4da1-a3d4-0ce3f88b3b36","eventType":"AwsConsoleSignIn","recipientAccountId":"483437831854"}