JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
| Plaintiffs, | **DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S NOTICE OF PUBLIC FILING OF EXHIBITS J, M, P, Q, R, S, T, U, AND V IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. 396-5)** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | Action Filed:  10/29/2019 |

1

## NOTICE OF PUBLIC FILING OF EXHIBITS

2      Defendants hereby submit this notice of their public filing, pursuant to the Court's Order

3  re Omnibus Motions to Seal dated March 21, 2025 (Dkt. No. 633), of Exhibits J, M, P, Q, R, S, T,

4  U, and V in support of Defendants' Motion for Summary Judgment (Dkt. 396-5).

5

6  DATED:  April 4, 2025                        KING & SPALDING LLP

7

8                                              By:  _/s/ Aaron S. Craig_____
                                                    JOSEPH N. AKROTIRIANAKIS
9                                                   AARON S. CRAIG

10                                                  Attorneys for Defendants NSO GROUP
11                                                  TECHNOLOGIES LIMITED and Q
                                                    CYBER TECHNOLOGIES LIMITED
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit J

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                 OAKLAND DIVISION

4

   WHATSAPP INC., et al.,          )

5                                  )

            Plaintiffs,            )

6                                  )   Case No.

        vs.                        )   4:19-cv-07123

7                                  )   -PJH

   NSO GROUP TECHNOLOGIES          )

8   LIMITED, et al.,               )

                                   )

9            Defendants.           )

   ------------------------        )

10

11

12                      Tuesday, September 17, 2024

13                      9:11 a.m.

14

15

16            Videotaped Deposition of JOSHUA

17   SHANER, held at the offices of Davis Polk &

18   Wardwell LLP, 901 15th Street NW, Washington,

19   DC, before Stacey L. Daywalt, a Court Reporter

20   and Notary Public of the District of Columbia.

21

22   ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 8

```
 1    your appearance.
 2              Counsel and all present will now
 3    state their appearances and affiliations for
 4    the record, beginning with the noticing
 5    attorney.
 6              (Counsel identify themselves on the
 7    record.)
 8              THE VIDEOGRAPHER:  Thank you.
 9              Will the court reporter please swear
10    in the witness.
11
12                   JOSHUA SHANER,
13    called as a witness, having been duly sworn by
14    a Notary Public, was examined and testified as
15    follows:
16
17              MR. PEREZ-MARQUES:  And just before
18    we begin, Joe, you're also here representing
19    NSO and Q Cyber?
20              MR. AKROTIRIANAKIS:  I am
21    representing the defendants in this case.  In
22    this deposition, I am representing the witness.
23              And I meant to bring up when I
24    stated my appearance, I don't think that he's
25    received his check.
```

Page 31

1          A.     I can't recall.

2          Q.     Did you discuss with Mr. Lavie what

3    WestBridge was?

4                 MR. AKROTIRIANAKIS:  Objection,

5    vague.

6                 THE WITNESS:  Yeah, what do you mean

7    by that?

8    BY MR. PEREZ-MARQUES:

9          Q.     What type of company it was.

10         A.     No.  No, not that I recall.

11         Q.     Okay.  What do you recall discussing

12   with Mr. Kaplan?

13         A.     Essentially the same thing I did

14   with Omrie, just roles, responsibilities and

15   what the company does.

16         Q.     And what did he tell you about what

17   the company does?

18         A.     Almost identical to what I mentioned

19   to Omrie from what I remember.

20         Q.     And what was that to the best of

21   your recollection?

22         A.     That, you know, selling products to

23   the government.

24         Q.     That's what WestBridge did or that's

25   what your role would be or both?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 32

1          A.    That's both.  Yeah, that's what
2     WestBridge and my role would be.
3          Q.    Had you previously applied for any
4     positions with NSO or any affiliates of NSO?
5          A.    No.
6          Q.    Did you sign an employment agreement
7     or offer letter?
8          A.    I did.
9          Q.    With who?
10          A.    It was -- who do you mean?
11          Q.    Who was the counterparty to your
12     offer letter or agreement?
13          A.    The person?
14          Q.    The entity or person with whom you
15     signed it.
16          A.    It was Oren Kaplan with WestBridge.
17          Q.    Okay.  Did you sign any agreements
18     with NSO in connection with your hire?
19          A.    Not that I remember.
20          Q.    Okay.  Any kind of confidentiality
21     agreements that you had to sign as part of your
22     on-boarding?
23          A.    I'm sure that was part of the
24     on-boarding process, yes.
25          Q.    But you don't recall those

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 33

1    specifically?

2         A.    Specifically, no.

3         Q.    Did you undergo any training before

4    starting your job work, your responsibilities

5    for WestBridge?

6         A.    Yes, on-the-job training, yes.

7         Q.    What training was that?

8         A.    Just -- just learning about the

9    products, the marketing, I mean, things like

10   that.

11        Q.    When did you do that on-the-job

12   training?

13        A.    Just -- I can't recall exactly.

14        Q.    First few months on the job or --

15        A.    Probably, yes.

16        Q.    Okay.  Who trained you on the

17   products and the marketing?

18        A.    Oren would have been the person to

19   do that.

20        Q.    Anyone besides Oren?

21        A.    No.

22        Q.    Did you travel to Israel at all as

23   part of your training or on-boarding?

24        A.    No.

25              I mean, I wouldn't call it training

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 34

1    to go to Israel, but I did go to Israel and

2    there was training involved but not as part of

3    the on-boarding.

4         Q.    Okay.  What is the travel to Israel

5    that you're recalling?

6         A.    I mean, which -- the first time I

7    went to Israel?

8         Q.    Yeah.

9               So you went multiple times during

10   your time at WestBridge?

11        A.    I did.

12        Q.    Okay.  Approximately how many times

13   would you say?

14        A.    About six.

15        Q.    So a little more than once a year?

16        A.    Yes.

17        Q.    Okay.  Was it steady throughout your

18   tenure or were there times when you went more

19   often?

20        A.    Yeah, there was no rhyme or reason

21   to it, yeah.

22        Q.    Okay.  So the first time you went, I

23   think you said that, you know, it wasn't

24   necessarily part of training but there was

25   training involved.  You said there was training

```
 1    BY MR. PEREZ-MARQUES:
 2         Q.    It's an e-mail on which you're
 3    copied by Mr. Kaplan on March 20th, 2017.  Is
 4    that right?
 5         A.    That's what the document appears to
 6    show.
 7         Q.    And you have no reason to doubt that
 8    that's actually what it is?
 9         A.    I don't.
10         Q.    Okay.  And he was sending it to your
11    NSO Group e-mail address.  Is that right?
12               MR. AKROTIRIANAKIS:  Objection, no
13    foundation.
14               THE WITNESS:  Yeah, I mean, it's
15    what the document appears to show.
16    BY MR. PEREZ-MARQUES:
17         Q.    Do you see that the -- in the To
18    line, there's a Charles Fridrich at E-Tel
19    Systems.
20               Do you see that?
21         A.    I do.
22         Q.    Who is Charles Fridrich?
23         A.    I don't recall who Charles Fridrich
24    is.
25         Q.    What is E-Tel?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 64

1           It says E-Tel Systems.

2           MR. AKROTIRIANAKIS:  Objection,

3     foundation.

4           THE WITNESS:  E-Tel was a resale

5     partner for WestBridge.

6     BY MR. PEREZ-MARQUES:

7        Q.    What does that mean?

8        A.    They would resell our technology

9     through their relationships.

10       Q.    Resell it to whom?

11       A.    Their customer base that they have.

12       Q.    Do you know who those customers

13    were?

14       A.    I don't recall.

15       Q.    So you don't know anything about

16    those customers?

17       A.    Not that I recall, no.

18       Q.    Okay.  Do you know whether they

19    successfully sold any NSO products to their

20    customers, whether E-Tel did?

21       A.    I can't recall.

22       Q.    Did WestBridge successfully sell NSO

23    products in the United States?

24       A.    I can't recall if we -- not while I

25    was there, no.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 65

1        Q.    So you worked there for five years

2    trying to sell and market NSO products in the

3    United States.  Yes?

4        A.    Roughly.

5        Q.    And during that time, you never

6    successfully closed a sale?

7        A.    It wasn't my job to close sales.

8        Q.    Okay.  During that time, none of

9    your marketing efforts resulted in a sale?

10            MR. AKROTIRIANAKIS:  Objection,

11    foundation.

12            THE WITNESS:  Yes.

13        Q.    Did WestBridge have other resale

14    partners besides E-Tel?

15        A.    I can't recall.

16        Q.    No recollection at all?

17        A.    No.

18        Q.    You've prepared nothing?

19            Do you recall a company called

20    Compass?

21        A.    Can you explain that again, Compass.

22        Q.    Yeah.

23            Do you recall a company with the

24    name Compass?

25        A.    I recall a company Compass

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 201

1    attention to the page -- these are a series of

2    e-mails that were just produced to us in this

3    way, so I'm marking it in the way it was

4    produced.

5            But I want to direct you to the page

6    ending 3389, if you could go there.

7        A.    (Complying.)

8        Q.    Actually, let me start you on 3407

9    if you don't mind.

10           And on Page 3407 there's an e-mail

11   from an Alejandro Vargas to you, is that

12   correct, josh@westbridge.com?  That's your

13   e-mail?

14       A.    That is my e-mail.

15       Q.    And it's dated May 4, 2016.

16   Correct?

17       A.    Yes.

18       Q.    With the subject Phantom Brochure

19   and WestBridge Meeting.

20           Do you see that?

21       A.    Yes.

22       Q.    And Mr. Vargas writes to you:

23   "Josh, I am Alex Vargas, Chief Downing's

24   adjutant.  I will be facilitating your

25   presentation here at LAPD."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 202

```
 1              Then he continues after a sentence:
 2   "What time were you thinking on Monday,
 3   May 27th" and some additional scheduling notes.
 4              Do you see that?
 5       A.    I do.
 6       Q.    Do you recall making a presentation
 7   to the LAPD on NSO products?
 8              MR. AKROTIRIANAKIS:  Object to the
 9   form of the question.
10              THE WITNESS:  I do recall making a
11   presentation, or at least I was at a
12   presentation at LAPD.
13   BY MR. PEREZ-MARQUES:
14       Q.    Okay.  And demonstrating NSO's
15   products?
16              MR. AKROTIRIANAKIS:  Object to the
17   form of the question.
18              THE WITNESS:  I don't know if we
19   demonstrated any products outside of a
20   presentation.
21              I can't recall if we did or not.
22   BY MR. PEREZ-MARQUES:
23       Q.    Okay.  Let's have you take a look at
24   Page 3389 --
25       A.    (Complying.)
```

Page 203

1        Q.     -- which is an e-mail from Mark

2    Castillo to oren@westbridge.com with the

3    subject Product Demo on June 30th, 2016.

4               Do you see that?

5        A.     I do.

6        Q.     And he writes:  "Oren, I would like

7    to thank you again for the product demo you put

8    on for us at LAPD headquarters."

9               Does that refresh your recollection

10   at all as to doing a product demo for the LAPD?

11       A.     No, it doesn't.

12              I mean, if we did a product

13   demonstration, I don't remember us doing it.

14              I remember us being there.  But if

15   we did a product demo, I mean, this would show

16   it.

17       Q.     Right.  And you were there for the

18   purpose of trying to sell NSO's products to the

19   LAPD?

20              MR. AKROTIRIANAKIS:  Object to the

21   form of the question.  It's leading and assumes

22   facts not in evidence.

23              THE WITNESS:  We were there as

24   WestBridge trying to sell products, yeah, to

25   the LAPD.

Page 204

```
 1   BY MR. PEREZ-MARQUES:
 2        Q.    Sell NSO products.  Right?
 3              MR. AKROTIRIANAKIS:  Object to the
 4   form of the question.
 5              THE WITNESS:  Yeah, they were NSO
 6   designed products.
 7   BY MR. PEREZ-MARQUES:
 8        Q.    And NSO owned products.  Right?
 9              MR. AKROTIRIANAKIS:  Object to the
10   form of the question.
11              THE WITNESS:  What do you mean by
12   "owned"?
13   BY MR. PEREZ-MARQUES:
14        Q.    NSO owned the software.  Right?
15              It wasn't owned by WestBridge, was
16   it?
17        A.    NSO, from what I understand, owns
18   the software.
19        Q.    Right.  And when you were marketing
20   NSO products in California, that was within
21   your responsibilities as a WestBridge employee?
22              MR. AKROTIRIANAKIS:  Object to the
23   form of the question.  It's leading.
24              THE WITNESS:  My responsibilities
25   were to demonstrate and market for WestBridge
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 205

1    in the United States and Canada.

2    BY MR. PEREZ-MARQUES:

3         Q.    Including in California?

4              MR. AKROTIRIANAKIS:  Object to the

5    form of the question, leading.

6              THE WITNESS:  Well, California's

7    part of the United States, so yes.

8    BY MR. PEREZ-MARQUES:

9         Q.    Right.  And that's one of the places

10   where you did in fact engage in marketing

11   efforts of NSO products.  Right?

12             MR. AKROTIRIANAKIS:  Objection,

13   leading.

14             THE WITNESS:  Yes, we were there for

15   at least a presentation.

16   BY MR. PEREZ-MARQUES:

17        Q.    You can put that aside.

18        A.    (Complying.)

19        Q.    Do you recall engaging in marketing

20   efforts towards the San Diego Police

21   Department?

22        A.    Only from a -- only from a news

23   article I saw from a FOIA request that I sent

24   an e-mail.

25             But I never went to San Diego for

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 206

1    anything.

2         Q.    What do you mean when you say only

3    from a news article you saw from a FOIA

4    request?

5         A.    Well, that was in the subpoena that

6    I got for this, that there was e-mails

7    apparently that I sent to someone at the

8    San Diego Police Department, and that's the

9    extent of it.

10        Q.    Okay.  So you sent to someone

11   e-mails in your capacity as a WestBridge

12   employee to someone at the San Diego Police

13   Department.  Is that right?

14        A.    Yes.

15        Q.    All right.  And you did so for the

16   purpose of marketing NSO products?

17             MR. AKROTIRIANAKIS:  Object to the

18   form of the question.

19             THE WITNESS:  I did so in the

20   confines of my job to market and sell, you

21   know, products that NSO has made, yes.

22   BY MR. PEREZ-MARQUES:

23        Q.    Right.  Okay.

24             And you recall you provided written

25   materials to the San Diego Police Department?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 207

```
 1              MR. AKROTIRIANAKIS:  Objection,
 2   leading.
 3              THE WITNESS:  I don't recall if I
 4   did or not.
 5   BY MR. PEREZ-MARQUES:
 6        Q.    All right.  Let's take a look at
 7   what I'll mark as Exhibit 2067 --
 8              (Exhibit 2067, E-mail chain dated
 9   6/6/16, WA-NSO-00014779-791, marked for
10   identification.)
11        Q.    -- which is a multipage document
12   beginning on WA-NSO-00014779 through 14791.
13              And let me just direct your
14   attention.  If you go to 786, there's an e-mail
15   exchange that starts on that page between you
16   and Oren Kaplan and Daniel Meyer.
17              Do you see that?
18        A.    Yes, I do.
19        Q.    All right.  And if we look at the
20   following page, 787, you write:  "Sergeant
21   Meyer, great talking with you.  Attached is the
22   two pager that describes Phantom in a bit more
23   detail."
24              Do you see that?
25        A.    I do.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 210

1    Right?

2          A.    Only through the news article that

3    came out.

4          Q.    What do you mean when you say "only

5    through the news article that came out"?

6          A.    Because I knew it was something in

7    San Diego.

8                But I don't recall any names or

9    anything like that.

10          Q.    The article refreshed your

11    recollection that you marketed to San Diego.

12                Is that what you're trying to say?

13          A.    The article --

14                MR. AKROTIRIANAKIS:  Objection,

15    leading.

16                THE WITNESS:  The article was from

17    San Diego, so...

18    BY MR. PEREZ-MARQUES:

19          Q.    I'm not understanding what relevance

20    the article has.

21                What did you gather from the article

22    about your marketing towards San Diego Police

23    Department?

24          A.    That there was a FOIA request out of

25    San Diego.

Page 211

```
 1              But yeah, I'm not sure -- I'm not
 2    sure if it was with the San Diego Police
 3    Department.
 4         Q.    Other than LAPD and San Diego which
 5    we've discussed, are there California agencies
 6    that you recall marketing to?
 7         A.    Yes.
 8         Q.    Which ones?
 9         A.    The San Francisco Police Department
10    and the San Bernardino County Sheriff's Office.
11         Q.    When did you market to the
12    San Francisco Police Department?
13         A.    I don't know the dates.
14         Q.    Sometime during your tenure at
15    WestBridge?
16         A.    Yes.
17         Q.    And you were marketing NSO products?
18              MR. AKROTIRIANAKIS:  Object to the
19    form of the question.
20              THE WITNESS:  Yeah, I was marketing
21    products that NSO made.
22    BY MR. PEREZ-MARQUES:
23         Q.    Right.  Do you recall whether it was
24    in 2018 or 2019?
25              MR. AKROTIRIANAKIS:  Object to the
```

212-279-9424          www.veritext.com          212-490-3430

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 212

1    form of the question.

2              THE WITNESS:  I don't.  Yeah, I

3    don't.

4    BY MR. PEREZ-MARQUES:

5         Q.    Do you recall whether it was early

6    in your tenure or late in your tenure?

7         A.    For marketing to who?

8         Q.    San Francisco Police Department.

9         A.    I don't know the dates on it.

10             Yeah, I don't know whether it was

11   early or later.

12        Q.    What about San Bernardino?  Do you

13   recall when you marketed to them?

14        A.    I don't.

15        Q.    Do you recall how you came to select

16   San Francisco as an agency you would be

17   marketing to?

18             MR. AKROTIRIANAKIS:  Objection, no

19   foundation, assumes facts not in evidence.

20             THE WITNESS:  So I would reach out

21   to major police departments and sheriff offices

22   to see if they'd be interested.

23             And there was no rhyme or reason.

24   It wasn't because it was California or Idaho or

25   anything like that.  If a major police

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 272

1          Q.     What was your next job after Fathom

2     Intelligence?

3          A.     That would have been with

4     WestBridge.

5          Q.     And what year did you start with

6     WestBridge?

7          A.     Oh, gosh.  I believe it was 20- --

8     February 2016, I believe.

9          Q.     How did you come to be employed by

10    WestBridge?

11         A.     It was through a mutual connection

12    with a friend, and that mutual connection was

13    Oren Kaplan.

14               And we talked, and he knew my

15    background to a certain extent and he was

16    interested in -- and needed a presale engineer

17    for the US market.  And so we talked and I

18    ended up taking the job.

19         Q.     Do you know how long WestBridge had

20    been in existence prior to you joining the

21    company in February 2016?

22         A.     I believe it was only about a year.

23               So I think it was 2015, but I'm not

24    completely sure on that.

25         Q.     Do you know who founded WestBridge?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 273

1          A.      Again, I believe it was Omrie Lavie.

2          Q.      Do you have an understanding of what

3     the purpose of WestBridge was?

4          A.      Yes, to sell products and market

5     products into the US government space.

6          Q.      Did WestBridge have an office when

7     you first started there?

8          A.      We did.

9                  It was a small, one room office.

10                 Excuse me.

11         Q.      And was that office shared with any

12     other companies or did -- was it exclusive to

13     WestBridge office?

14         A.      The small room was exclusive to

15     WestBridge, but it was a shared office with

16     multiple offices in it.

17         Q.      Like a Regus suite or something like

18     that?

19         A.      Yeah, exactly, Regus.  Yeah, it was

20     Regus.

21         Q.      During the time that you worked for

22     WestBridge, did it ever move to any other

23     offices?

24         A.      It did.

25         Q.      And where was the first office?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 274

1    What city?

2         A.     It was in Bethesda, Maryland.

3         Q.     This is the Regus suite, one room

4    office?

5         A.     Yes.

6         Q.     And where was the next office of

7    WestBridge located that -- in that area you

8    moved to?

9         A.     That was down the street in

10   Rockville, Maryland.

11        Q.     Down the street from Bethesda?

12        A.     Yes.

13        Q.     And did WestBridge move again during

14   the period of time that you worked there?

15        A.     We did.

16               We moved to Tysons Corner, Virginia.

17        Q.     All right.  And when did you leave

18   WestBridge?

19        A.     I left in, I believe it was 2018,

20   per my testimony before.

21               MR. PEREZ-MARQUES:  Object to the

22   form, misstates the testimony.

23               But go ahead.

24        Q.     Do you -- I think everybody has an

25   interest in you having accurate testimony as to

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 275

1    when you've left.

2              Do you recall when you were leaving

3    the company any -- you know, like kind of going

4    away or anything like that that you received?

5         A.    Yeah.   My last day, I got a cake.

6         Q.    A cake?

7         A.    Yeah, I know it was -- I believe it

8    was September.   I just -- I can't remember the

9    exact date.   I'm terrible with dates.

10        Q.    Sure.

11             At a break I'll ask if there's

12   anything that might refresh your recollection

13   about that.   Okay?

14        A.    Yeah.

15        Q.    And at the time that you left

16   WestBridge, the offices were located in Tysons

17   Corner?

18        A.    Yes.

19        Q.    All right.   Throughout the time that

20   WestBridge was your -- that you worked for

21   WestBridge, was WestBridge itself your

22   employer?

23        A.    Yes.

24        Q.    And did you receive, for example,

25   W-2 forms at the end of each year?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 276

1          A.    I did, yes.

2          Q.    And would they indicate WestBridge

3     Technologies as your employer?

4          A.    Yeah, the W-2s were WestBridge

5     Technologies.

6          Q.    And from whom did you receive the

7     W-2s?

8          A.    Do you mean from -- like did I

9     physically get them mailed to me or?

10         Q.    Yeah.

11               How did you get them if you know?

12         A.    It had to be through the software

13    that I can't remember now.  Gusto maybe, but I

14    can't remember the software.

15               But it came through WestBridge's HR

16    platform --

17         Q.    Okay.

18         A.    -- like pay platform, I think.

19         Q.    As far as you know, did WestBridge

20    have its own bank account?

21               MR. PEREZ-MARQUES:  Object to the

22    form and foundation.

23               THE WITNESS:  I don't know.

24               I didn't deal with bank accounts.

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 277

1    BY MR. AKROTIRIANAKIS:

2        Q.    Did WestBridge have a president

3    during the time that you were an employee of

4    the company?

5        A.    Terry DiVittorio was the president

6    of WestBridge when he joined.

7        Q.    And was Terry DiVittorio the

8    president of WestBridge throughout your tenure

9    at the company or at any point was there

10   another person who was president?

11       A.    As far as I know, he was the only

12   president of WestBridge during that time.

13       Q.    Do you know whether WestBridge was

14   incorporated under the laws of any of the

15   United States?

16            MR. PEREZ-MARQUES:  Object to

17   foundation.

18            THE WITNESS:  I believe it was

19   Delaware, yeah.

20            MR. AKROTIRIANAKIS:  Bear with me

21   just a second.  I just don't want to double

22   mark over the same exhibit number.

23            Okay.

24            (Exhibit 1401, Delaware documents,

25   marked for identification.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 278

1    BY MR. AKROTIRIANAKIS:

2         Q.    I'll hand you what I've marked as

3    Exhibit 1401.

4         A.    Okay.

5         Q.    This is a series of documents that

6    bear the seal of the Secretary of State of

7    Delaware on the first page.

8              Do you see that at the bottom?

9         A.    I do.

10        Q.    And you may not have used all of

11   these in your daily work for WestBridge.

12             But for example, on the last page,

13   did you have occasion to make use of the

14   company's employee identification number in

15   connection with any proposals for prospective

16   clients?

17             MR. PEREZ-MARQUES:   Which page are

18   you on?

19             MR. AKROTIRIANAKIS:   I referred to

20   the last page here.

21             (Simultaneous crosstalk.)

22             MR. AKROTIRIANAKIS:   Sorry.   The

23   second to last page.

24             MR. PEREZ-MARQUES:   Okay.

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 287

1              THE WITNESS:  It ranged from police

2      departments, sheriffs' offices, HIDTA

3      organizations, DOD, intelligence agencies,

4      prisons, anything within the government space

5      that would have the potential authority to

6      operate these particular products.

7      BY MR. AKROTIRIANAKIS:

8          Q.    The DOD is the Department of

9      Defense?

10         A.    Yes.

11         Q.    And HIDTA is H-I-D-T-A?

12         A.    Yes.

13         Q.    And do you understand that to stand

14     for High Impact Drug Task?

15         A.    High Intensity Drug Trafficking

16     Agency, from what I remember, I think.

17         Q.    Okay.  Let me ask that again.

18              HIDTA, H-I-D-T-A, is High

19     Intensity --

20         A.    Drug Trafficking Agency.

21         Q.    Thank you.

22         A.    I believe that's what it is.

23         Q.    And what do you -- what part of the

24     government is HIDTA if you know?

25         A.    I believe it's with DHS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 288

1          And there's certain areas around the
2    US that have higher trafficking of drugs than
3    others, and HIDTA is just a designation for
4    those areas.  And so we were looking at
5    potentially talking to them as well.
6         Q.    DHS is the United States Department
7    of Homeland Security?
8         A.    Yes.
9         Q.    Did either NSO or Q Cyber direct
10   WestBridge as to which entities in the US
11   market it should be approaching?
12               MR. PEREZ-MARQUES:  Object to the
13   form and lack of foundation.
14               THE WITNESS:  No.
15               WestBridge was pretty autonomous.
16   BY MR. PEREZ-MARQUES:
17        Q.    Did anybody from NSO or Q Cyber ever
18   tell you, go market to this person, go market
19   to that person, anything like that?
20        A.    No, we never got that.
21        Q.    What about the marketing to police
22   departments and sheriffs' offices, those sort
23   of local law enforcement agencies?  Whose idea
24   was that?
25               MR. PEREZ-MARQUES:  Object to the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 289

1    form and foundation.

2                THE WITNESS:  I was tasked with

3    looking at, you know, the bigger police

4    departments and sheriffs' offices, and so

5    that's -- that was kind of my project.

6                It wasn't only me working on it, but

7    that was WestBridge driven.

8    BY MR. AKROTIRIANAKIS:

9        Q.    Okay.  And who gave you that

10   direction?

11       A.    Oren Kaplan.

12       Q.    And who decided which police

13   departments and sheriff offices qualified as

14   the bigger departments and offices that you

15   were going to market to?

16       A.    The biggest cities have the bigger

17   budgets and the products we sell are expensive.

18   And then the bigger counties for sheriffs'

19   offices, bigger budgets.

20                And so that was kind of where I made

21   the list to go after some of these things.

22       Q.    So you, Josh Shaner, individually

23   made the list of individual police departments

24   and sheriffs' offices to market to?

25       A.    Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 290

1       Q.    And would that have included the --
2    well, let me ask you.
3             How did you reach out to those
4    police -- how did you reach out to the police
5    departments and county sheriffs that you
6    decided were good candidates to market to?
7       A.    I can't remember.
8             It was mostly e-mail, phone calls,
9    and those are the two primary ways that I
10   reached out.
11      Q.    So you would try and develop either
12   a phone number or an e-mail that you could use
13   to reach out?
14      A.    Exactly, yeah.
15      Q.    And where in the United States --
16   well, did you focus on any particular geography
17   within the United States?
18      A.    No.
19            Again, wherever their budgets were.
20   So East Coast, the state police, I mean, any --
21   almost every state has a state police, for
22   example.
23            It's just where the budgets were,
24   you know, yeah.
25      Q.    Did anyone at either NSO or Q Cyber

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 291

1    ever give you any kind of sales script that

2    they told you you were supposed to use in

3    marketing meetings?

4             MR. PEREZ-MARQUES:  Object to the

5    form.

6             THE WITNESS:  Are you talking for

7    police departments?  Sheriffs' offices?

8        Q.    Well, at all.

9             MR. PEREZ-MARQUES:  Same objection.

10       Q.    Let me ask a better question.

11       A.    Yeah.

12       Q.    You marketed to local law

13   enforcement agencies and also to federal

14   governmental agencies.  Right?

15       A.    And state, yes.

16       Q.    Okay.  And did you have a similar

17   presentation that you would do regardless,

18   whether the presentation audience was a federal

19   or state or local agency, or was it the same

20   presentation?

21       A.    It would be modified slightly

22   different, but -- due to the audience, but it

23   was essentially the same, yeah.

24       Q.    Did anyone at either NSO or Q Cyber

25   ever give you a script that you were told you

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 292

1   were supposed to follow as far as these

2   marketing meetings?

3               MR. PEREZ-MARQUES:  Object to the

4   form.

5               THE WITNESS:  I can't recall if they

6   did or not.

7               But again, I kind of developed my

8   own flow.

9   BY MR. AKROTIRIANAKIS:

10      Q.    You developed your own script?

11              MR. PEREZ-MARQUES:  Object to the

12  form.

13              THE WITNESS:  Yes.

14              Can I clarify?

15  BY MR. AKROTIRIANAKIS:

16      Q.    Sure.

17      A.    I didn't develop a script that I

18  wrote, but my own flow on how I would conduct

19  demonstrations.

20      Q.    Did anyone at either NSO or Q Cyber

21  ever tell you, you know, where or when to

22  market either NSO or Circles' products?

23              MR. PEREZ-MARQUES:  Object to the

24  form.

25              THE WITNESS:  No, not that I can

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 293

1    recall.

2    BY MR. AKROTIRIANAKIS:

3         Q.    Are you able to estimate how many

4    times you've demonstrated Pegasus?

5         A.    Dozens of times.

6               Yeah, I can't give you a number.

7         Q.    And how many times did you conduct a

8    proof of concept of Pegasus?

9         A.    It wasn't that much.

10              Two to three, I believe.

11        Q.    And how would you decide whether to

12   conduct a proof of concept as opposed to a

13   demonstration?

14              Who would it be up to?

15        A.    It would be up to the potential

16   customer, because they want to make sure that

17   we're not pulling a fast one because we're

18   using our phones.

19              So we would allow them to use their

20   phones, again, if brand new, and then we would

21   keep the phone.

22              But yeah, that's -- that was one

23   thing we did.

24        Q.    What equipment would you bring with

25   you when conducting a -- either a demonstration

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 294

1    or a proof of concept of Pegasus/Phantom?

2         A.    I would bring a number of phones,

3    SIM cards, a laptop, power cables, HDMI cables,

4    a speaker.

5              That was pretty much -- that was

6    good enough for most of what we did.

7         Q.    And referring specifically to

8    demonstrations as opposed to proofs of concept,

9    okay, with respect to demonstrations, would you

10   always bring with you the target phone?

11        A.    Do you mean -- can you rephrase.

12             Like when you say "target phone,"

13   you mean our phones that we bought?

14        Q.    So when you would conduct a

15   demonstration as opposed to a proof of concept,

16   you sort of -- in your mind, you separate

17   between demonstrations and proof of concept and

18   demonstrations.  Right?

19        A.    Mm-hmm.

20        Q.    Okay.  So let's focus on

21   demonstrations only for the moment.

22        A.    Mm-hmm.

23        Q.    When you would conduct a

24   demonstration, you would have a phone that you

25   would demonstrate Pegasus or Phantom against.

Page 313

1          Q.    Do you know whether there was in

2     existence a marketing license that allowed

3     marketing -- the marketing you were doing in

4     the United States?

5          A.    I never saw it, so I couldn't tell

6     you.

7                But that wasn't my responsibility.

8          Q.    Did you have an understanding

9     that -- one way or the other whether there was

10    a marketing license that allowed the marketing

11    of NSO products that you were conducting?

12                MR. PEREZ-MARQUES:  Object to form

13    and foundation.

14                THE WITNESS:  Again, I never saw a

15    marketing license.

16                I was just told we had one, but I

17    don't know.

18    BY MR. AKROTIRIANAKIS:

19          Q.    Do you know what the agency is that

20    issues those marketing licenses?

21          A.    I believe it's called OPI in Israel.

22                Same thing with export licenses

23    after a sale.

24          Q.    Do you know what that stands for?

25          A.    I do not.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 314

```
 1              I think it's O-P-I though.
 2        Q.    You were asked questions before
 3   about a test as opposed to a demonstration.
 4              In your mind what are you thinking
 5   of when you're referring to a test as opposed
 6   to a demonstration?
 7        A.    A test is just prep for a demo.
 8              And a demo is when you're actually
 9   in front of the customer.
10        Q.    I see.
11              So a test would be like you
12   privately practicing?
13        A.    Yeah, exactly.  Yep.
14        Q.    Did NSO Group ever tell you who you
15   were supposed to be marketing to?
16        A.    No.
17              MR. PEREZ-MARQUES:  Object to the
18   form.
19        Q.    Did NSO Group ever tell you where
20   you should go to market its products?
21              MR. PEREZ-MARQUES:  Object to form.
22              THE WITNESS:  No.
23        Q.    Did NSO Group ever tell you who you
24   should speak to to market its products?
25              MR. PEREZ-MARQUES:  Same objection.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 315

1           THE WITNESS:  Not at WestBridge, no.

2      Q.     Did NSO ever tell you that you

3   should or shouldn't go to California at all?

4           MR. PEREZ-MARQUES:  Object to form.

5           THE WITNESS:  No.

6      Q.     You were asked a series of questions

7   about WhatsApp chats that -- in which you were

8   listed as the -- as an other recipient.

9           Do you recall that questioning?

10     A.     Yes.

11     Q.     Okay.  And do you know what it means

12   to be, you know, an other recipient of a

13   WhatsApp message as opposed to an active

14   participant?

15     A.     It means I wasn't part of the chain

16   in responding.

17     Q.     Do you have an appreciation of the

18   time difference between the United States and

19   Israel?

20     A.     I did at the time, yeah.

21     Q.     And would you have occasion to wake

22   up in the morning and find many, many WhatsApp

23   messages on your phone?

24           MR. PEREZ-MARQUES:  Objection,

25   leading.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 316

1           THE WITNESS:  There would be a lot

2    of messages overnight, yes.

3    BY MR. AKROTIRIANAKIS:

4        Q.    And would you take care to read all

5    of them, or are you able to skip to the end

6    using WhatsApp?

7        A.    Not normally, because most of them

8    didn't -- I didn't really read all of them

9    because they didn't pertain to me.

10          So I would skip, you know,

11   especially in the morning.

12          MR. AKROTIRIANAKIS:  Can we go off

13   the record briefly.

14          MR. PEREZ-MARQUES:  Sure.

15          THE VIDEOGRAPHER:  Going off the

16   record.  The time is 1708 p.m. Eastern.

17          (Recess was taken from 5:08 p.m. to

18   5:27 p.m.)

19          THE VIDEOGRAPHER:  Going back on the

20   record.  The time is 1727 p.m. Eastern.

21   BY MR. AKROTIRIANAKIS:

22       Q.    All right.  Mr. Shaner, I'm handing

23   you Exhibit 1404 just marked.

24          (Exhibit 1404, Photograph dated

25   9/19/19, marked for identification.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 317

```
 1         Q.    It's a photograph.

 2               Do you see that?

 3         A.    I do.

 4         Q.    Do you recognize it as a photograph

 5   you personally took?

 6         A.    I do.

 7         Q.    And the date in the photograph is

 8   Thursday, September 19, 2019, which is five

 9   years ago and two days from now.

10               Do you see that?

11         A.    I do, yes.

12         Q.    And what was the occasion of you

13   taking this photograph?

14         A.    That was my last day at WestBridge.

15         Q.    Okay.  So does reviewing

16   Exhibit 1404 help you remember what year it was

17   that you separated from WestBridge?

18         A.    Yes, and the date, because I took

19   that on the last day.

20         Q.    All right.  Now, you were giving us

21   your kind of biographical timeline earlier, and

22   you said that you discharged from active duty

23   in the military in 2014.

24               Do I recall your testimony

25   correctly?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 318

1        A.    Yes.

2        Q.    And then you then worked in your own

3    company, Fathom Intelligence, for approximately

4    a year and a half?

5        A.    Yes.

6        Q.    It was thereafter that you went to

7    work for WestBridge?

8        A.    That's true.

9        Q.    So if you discharged from the

10   military in 2014 and you worked for your own

11   company for a year and a half, does that help

12   you remember what calendar year it was that you

13   went to work for WestBridge originally?

14       A.    It does, because I know I started in

15   February, so it had to be February of 2016 when

16   I joined WestBridge.

17       Q.    So your best recollection, your

18   memory having been refreshed of your dates of

19   employment with WestBridge, would have been

20   from February 2016 through September 19, 2019?

21       A.    Yes.

22       Q.    And you mentioned previously that

23   you had come to California to meet with some

24   local law enforcement agencies that you had

25   identified?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 319

1          A.      Yes.

2          Q.      Can you remember how many times you

3    came to California as a WestBridge employee?

4          A.      Three times, twice to LA, once to

5    San Francisco.

6          Q.      Okay.

7                  MR. AKROTIRIANAKIS:  All right.  I

8    don't have further questions.

9                  MR. PEREZ-MARQUES:  Maybe just a

10   couple for me.

11                 Why don't we go off while we switch

12   seats.

13                 THE VIDEOGRAPHER:  Going off the

14   record.  The time is 1730 p.m. Eastern.

15                 (Recess was taken from 5:30 p.m. to

16   5:32 p.m.)

17                 THE VIDEOGRAPHER:  Going back on the

18   record the time is 1732 p.m. Eastern.

19

20   EXAMINATION BY

21   MR. PEREZ-MARQUES:

22         Q.      Mr. Shaner, you understand you're

23   still under oath?

24         A.      Yes.

25         Q.      When I was questioning you earlier

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 320

1    today and I asked you when you started at

2    WestBridge, you testified you started in

3    February 2014.

4              Do you recall that?

5    A.    I think I do recall that, yes.

6    Q.    And that was incorrect.  Right?

7    A.    Mm-hmm.

8    Q.    That's a yes?

9    A.    Apparently it was incorrect, yes.

10   Q.    And I asked you a number of

11   questions about your five years at WestBridge.

12             Do you recall those generally?

13   A.    Loosely, yes.

14   Q.    But you weren't at WestBridge for

15   five years.  Right?

16   A.    No.

17   Q.    You need to answer verbally.

18             The court reporter --

19   A.    No, I wasn't.

20   Q.    So you were at WestBridge for about

21   three and a half years.  Is that correct?

22   A.    Yes.

23   Q.    I asked you early today -- this is

24   at Page 37, Line 17 of the transcript:  "What's

25   your understanding, if you have one, of when

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 332

1    marketed Pegasus outside the United States, who

2    asked you to go to those countries?

3         A.    It would ultimately be up to Terry

4    DiVittorio, but it would be Tomer Timor most

5    often.

6         Q.    Okay.  And that was an NSO employee?

7         A.    Yes.

8         Q.    Okay.  You're represented by counsel

9    here today?

10        A.    Yes.

11        Q.    Okay.  And are you paying for your

12   counsel?

13        A.    I am -- I'm not paying personally

14   for counsel.

15        Q.    Who's paying for your counsel?

16        A.    It is -- well, I'm not -- I can only

17   assume who's paying for it.

18        Q.    And what's your assumption as to who

19   is paying for your counsel?

20        A.    NSO or WestBridge Technologies.

21        Q.    And you understand that the counsel

22   sitting here with you today also represents the

23   defendants in this case?

24        A.    Yes.

25               MR. PEREZ-MARQUES:  That's all I

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 333

```
1    have.

2              I'll pass the witness, if you have

3    anything else.

4

5    EXAMINATION BY

6    MR. AKROTIRIANAKIS:

7         Q.    Did Tomer Timor or any other person

8    who you understand to be an employee of either

9    NSO or Q Cyber ever direct you to go anywhere

10   or speak to anyone in particular within the

11   United States?

12        A.    No.

13             MR. AKROTIRIANAKIS:  No further

14   questions.

15             MR. PEREZ-MARQUES:  Great.

16             Nothing from me.

17             MR. AKROTIRIANAKIS:  Read and sign,

18   please, and designate the transcript for the

19   moment at least highly confidential attorneys'

20   eyes only.

21             THE REPORTER:  And do you need the

22   rough draft and the same day turnaround?

23             I need to get his order on the

24   record.

25             MR. AKROTIRIANAKIS:  I don't.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 334

1                    THE REPORTER:  Do you need a copy at

2      all?

3                    MR. AKROTIRIANAKIS:  I guess, yeah.

4                    Can my secretary give you our order?

5      We have like a standard.  I just don't know.

6                    THE REPORTER:  Yeah, I'll e-mail.

7                    THE VIDEOGRAPHER:  Thank you.  We

8      are off the record at 1745 p.m. Eastern.

9                    This concludes today's testimony

10     given by Josh Shaner.  The total number of

11     media units used is nine and will be retained

12     by Veritext.

13                    (Deposition adjourned at 5:45 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 335

1    District of Columbia, to wit:

2              I, Stacey L. Daywalt, a Notary

3    Public of the District of Columbia, do hereby

4    certify that the within-named witness remotely

5    appeared before me at the time and place herein

6    set out, and after having been duly sworn by

7    me, according to law, was examined by Counsel.

8              I further certify that the

9    examination was recorded stenographically by me

10   and this transcript is a true record of the

11   proceedings.

12             I further certify that I am not of

13   counsel to any of the parties, nor an employee

14   of counsel, nor related to any of the parties,

15   nor in any way interested in the outcome of

16   this action.

17             As witness my hand and Notarial Seal

18   this 18th day of September, 2024.

19

20

21

22        Stacey L. Daywalt, Notary Public

23        My Commission Expires:  4/14/2026

24

25

# Exhibit M

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1                  UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                       OAKLAND DIVISION

4      --------------------------------X

5      WHATSAPP INC.                    :

6      a Delaware corporation, and      :

7      META PLATFORMS INC.,             :

8      a Delaware Corporation           :

9                    Plaintiffs,        :

10            v.                        :    Case No.

11     NSO GROUP TECHNOLOGIES LTD.      :    4:19-cv-07123-PJH

12     and                             :

13     Q CYBER TECHNOLOGIES LTD.,       :

14                  Defendants.         :

15     --------------------------------X

16

17             Deposition of SARIT BIZINSKY GIL

18                         LONDON

19             FRIDAY, SEPTEMBER 6TH, 2024

20                     8:19 A.M. BST

21

22        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

1           Deposition of SARIT BIZINSKY GIL, held at

2    the offices of:

3

4

5           DAVIS POLK & WARDWELL LLP

6           5 ALDERMANBURY SQUARE

7           LONDON

8           EC2 7HR

9           UNITED KINGDOM

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 8

1    defendants in the case.  With me in the room are Joe

2    Akrotirianakis of King & Spalding and Shira Plotnik of

3    NSO Group.

4    THE VIDEOGRAPHER:  Please will the interpreter introduce

5        herself -- both interpreters -- one in the Davis Polk

6        office in London, and the other one on the Zoom link.

7     THE INTERPRETER:  Varda Yaari, for European Depositions.

8     THE INTERPRETER:  Mor Ilan, for European Depositions.

9    THE VIDEOGRAPHER:    Today's court reporter is Chris Lang,

10        representing Veritext Legal Solutions.  Please will the

11        court reporter firstly swear in both the interpreters

12        and then afterwards please swear in the witness.  Thank

13        you.

14    THE COURT REPORTER:  Will counsel please stipulate that, in

15        lieu of formally swearing in the witness, the reporter

16        will instead ask the witness to acknowledge that their

17        testimony will be true under the penalties of perjury,

18        that counsel will not object to the admissibility of the

19        transcript based on proceeding in this way, and that the

20        witness has verified that she is in fact Sarit Gil?

21    MR. MARZORATI:  That's okay with us.

22    MR. CRAIG:  Yes, so stipulated.

23    THE COURT REPORTER:  Would the interpreters please

24        acknowledge that they will translate the questions and

25        answers in this deposition to the best of their ability,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 9

1      under penalty of perjury?

2    THE INTERPRETER:  I do.

3    THE INTERPRETER:  I do.

4  THE COURT REPORTER:  Ms Gil, do you hereby acknowledge that

5      your testimony will be true under the penalties of

6      perjury?

7  A.  I do.

8  THE COURT REPORTER:  Thank you.  Please proceed.

9                      SARIT BIZINSKY GIL

10  having acknowledged their testimony will be true under the

11  penalties of perjury testified as follows:

12  MR. MARZORATI:  Good morning.

13  A.  Good morning.

14  By Mr. Marzorati:

15  Q.  Would you please state your name for the record?

16  A.  Sarit Bizinsky Gil.

17  Q.  And do you prefer I address you as Ms. Bizinsky, Ms.

18      Gil, Ms. Bizinsky Gil?

19  A.  Whatever.

20  Q.  Okay.  Is Ms. Gil okay?

21  A.  Ms. Gil is okay.

22  Q.  Is this your first deposition?

23  A.  Yes.

24  Q.  Okay.  I am sure your lawyers talked to you about this,

25      but it is a question and answer format, so I will ask

Page 211

1  A.  Um, okay.  So the maintenance related portion in

2      internal, not just internal, in price proposals that

3      I mentioned in my testimony before, official price

4      proposal we sent to customers, we always stated in this

5      period of time that the maintenance, that the 22 percent

6      is divided into two sections.  10 percent is for

7      upgrades and updates and 12 percent is for the support

8      24/7, whatever the company provides.  And therefore the

9      portion that I take here is 10 out of 22, is 0.45.  If

10     it is a maintenance deal, okay, if it is a maintenance

11     part of the deal, then I take the 0.45.  It is not

12     relevant for a new business and upsells, or recurring

13     licenses, or whether you can see that I took 1, like the

14     full portion, but wherever it was relevant for

15     maintenance, then I took the 0.45.

16 Q.  Okay.  And then I think I have final calculation of

17     relevant revenue, but is it column O multiplied by

18     column V multiplied by 1 minus W?

19 A.  No, but W.  It is the -- are you looking at which

20     column?  The column X, for example?

21 Q.  Yes, columns X through Z.

22 A.  Okay, so X through Z is the multiplication of M,

23     multiplied by V and by W, is X and N multiplied by V and

24     W is Y, and then the last one, the same calculation, O

25     multiplied by V and multiplied by W, it is the Z column.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 212

1    Q.  Understood.  And in maintenance, why does maintenance

2        not relate to the whole contract?  I am not

3        understanding that.

4    A.  Because we are looking for the portion that is related

5        to vectors that the company provides, so the upgrades

6        and updates, which are what the company is referring to,

7        and this relates to the covert vectors, is this

8        10 per cent.  The 12 percent is other support that we

9        provide, the 24/7 NOC that we have, stuff like that.

10   Q.  So your testimony is that the NOC has nothing to do with

11       installation vectors?

12   MR. CRAIG:  Objection.  Misstates the testimony.

13   A.  That's not what I said, what I said was the 10 percent

14       that we stated are relevant for upgrades and updates.

15       This is what's relevant for the vectors.

16   Q.  What's your basis for that statement that only this 10

17       percent and not the customer support is relevant for the

18       vectors?

19   A.  I say this is what's relevant, only the 10 percent out

20       of the 22, and not the entire 22 percent.

21   Q.  I understand that you said that, but what is the basis

22       of your statement, do you understand the role of the NOC

23       to say it has nothing to do with inflation vectors?

24   MR. CRAIG:  Object to form.

25   A.  My basis for that is just the fact that we stated that

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 213

```
1        the upgrades and updates which relate to the development
2        of the vectors is related to the 10 percent out of the
3        entire 22 percent.
4   Q.   I understand the distinction you are drawing, I guess
5        I am not understanding why you are drawing this
6        distinction.  What is the NOC -- what's your
7        understanding of the NOC?
8   A.   I cannot -- I don't know enough to answer the question.
9   Q.   But you know enough to know it has nothing to do with
10       installation vectors, is that your view?
11  MR. CRAIG:  Object to form.
12  A.   What I stated is what I stated; that 10 percent of the
13       22 which relates to upgrades and updates, this is my
14       understanding of what should be here as the maintenance
15       related portion relevant for the, for what we are
16       talking about.
17  Q.   I am afraid we are talking past each other.
18       I understand exactly what you did.  I guess I am trying
19       to understand the -- you said you don't know enough
20       about what the NOC does, and I am trying to understand
21       why you felt confident only marking 0.45 of the
22       maintenance, 45 percent of the maintenance related
23       portion as related to the vectors?
24  MR. CRAIG:  Object to form.
25  A.   It's -- can you, can you be more specific what you are
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 246

1          CERTIFICATE OF COURT REPORTER

2    I, CHRIS LANG, an Accredited Real-time Reporter, hereby

3    certify that the testimony of the witness SARIT GIL in the

4    foregoing transcript, taken on this 6TH day of SEPTEMBER,

5    2024 was recorded by me in machine shorthand and was

6    thereafter transcribed by me; and that the foregoing

7    transcript is a true and accurate verbatim record of the

8    said testimony.

9

10   I further certify that I am not a relative, employee,

11   counsel or financially involved with any of the parties to

12   the within cause, nor am I an employee or relative of any

13   counsel for the parties, nor am I in any way interested in

14   the outcome of the within cause.

15

16

17   Name:   CHRIS LANG

18   Date:   9/6/24

19

20

21

22

23

24

25

# Exhibit P

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Technical analysis of the WhatsApp 0-click exploit

Highly Confidential - Attorneys' Eyes Only

# Agenda

- Context & topic of this presentation

- Previous security work

- Vulnerability details

- Mitigation and fixes

- Going forward

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00125123

# Context

## WhatsApp voice calls used to inject Israeli spyware on phones

Messaging app discovers vulnerability that has been open for weeks



WhatsApp said teams of engineers had worked around the clock to close the vulnerability montage/Dreamstime

**Mehul Srivastava** in Tel Aviv MAY 13 2019



### Facebook

**CVE-2019-3568**

**Description:** A buffer overflow vulnerability in WhatsApp VOIP stack allowed remote code execution via specially crafted series of RTCP packets sent to target phone number.

**Affected Versions:** The issue affects WhatsApp for Android prior to v2.19.134, WhatsApp Business for Android prior to v2.19.44, WhatsApp for iOS prior to v2.19.51, WhatsApp Business for iOS prior to v2.19.51, WhatsApp for Windows Phone prior to v2.18.348, and WhatsApp for Tizen prior to v2.18.15.

**Last Updated:** 2019-08-13

💬 337 🖨

Highly Confidential - Attorneys' Eyes Only

# Context

- This talk is about an incident back in May 2019 which resulted from **a client-side vulnerability** (CVE-2019-3568) combined with lax server-side validation of certain signalling messages

- A client-side vulnerability was an unchecked assumption in the code that comprises the mobile application

- WhatsApp messages are protected by end-to-end encryption, but exploiting this vulnerability gave access to one of the "ends"

- The WhatsApp servers were not compromised by this attack

Highly Confidential - Attorneys' Eyes Only

# Exhibit Q

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

**QUADRANET**
**DATA CENTER** *INGENUITY MADE SIMPLE*

Date: June 4, 2020

To: Melody Drummond Hansen
O'Melveny & Myers LLP
2764 Sand Hill Road
Menlo Park, CA
650-473-2636
Mdrummondhansen@omm.com

In reference to the delivered Subpoena for Civil Action No. 4:19-cv-07123-PJH to appear before the United States District Court for the Northern District of California at O'Melveny & Myers LLP located at 400 South Hope Street, 18th Floor, Los Angeles, CA 90071-2899 on June 17, 2020 at 900AM. In lieu of personal appearance, Quadranet Enterprises, LLC provides you with the following records regarding the requested IP:

 IP address:
104.223.76.220
192.161.48.122
For the period of October 1, 2017- October 29, 2019

The listed IP addresses belongs to a client which is a customer who provides VPN services to End users. Quadranet does not have information pertaining to the end users of the IP addresses in question. The information regarding this client is attached and we advise to approach him if further information is needed.

Client ID: 6187
Name: Dzung Nguyen
Company: 365 Online Technology JSC
Address: No 20/5, Chien Thang
Hanoi, Hanoi 100000 Vietnam
E-mail: admin@greencloudvps.com
Phone: (+84) 987700366

This has been Quadranet's client since February 17, 2016

Clients billing information: Payment method is credit card and Paypal.

Paypal address: admin@greencloudvps.com

Credit Card information:
Van Anh Bui AMEX ****9546 Billing Address: P051121 Times City - 458 Minh Khai, Hanoi 100000, Vietnam

Manh Dung Nguyen VISA ****5249 Billing Address: 4th Floor, 31 Nguyen Xien, Hanoi 1000000, Vietnam

Van Anh Bui VISA ****0862 Billing Address: P051121 Park 5 Times City, 458 Minh Khai, Hanoi 1000000, Vietnam

Dung Nguyen VISA ****4740 Billing Address: 1499 West Palmetto Park Road, Ste 107 Boca Raton, FL 33486, United States

Dung Nguyen Mastercard ****0565 Billing Address: 1499 West Palmetto Park Road, Ste 107 Boca Raton, FL 33486, United States

CONFIDENTIAL                                                                                    WA-NSO-00014771

**QUADRANET**™
**DATA CENTER** *INGENUITY MADE SIMPLE*

Quadranet Enterprises, LLC doesn't hold specific records of activity for each of those IP addresses and the activities recorded for this client is a list of invoices, and scheduled payments for it.

Please contact us at Subpoena@quadranet.com if further information is needed.

Sincerely,

QuadraNet Compliance

QUADRANET.COM | MAILING ADDRESS: 19528 VENTURA BLVD # 433 TARZANA, CA 91356

CONFIDENTIAL

# Exhibit R

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# June 2019 H1 Review

Guidance from MZ Team:

**The pre-read should be no more than 4-6 pages by area, leaving most of the time in the room for discussion led by the STO, App or PG lead and Mark.** The shorter and more focused the materials, the better — it will lead to more productive conversations! Good framing is critical and level of detail should be appropriate for the group. **Please number your pages!**

**Pre-read content:** Narrate the world the way you see it, but we recommend you cover the following:

- **Strategy**: includes content like:
  - Label your portfolio based on their timeframe: 1, 3-5, 10 year
- Approach to Android vs. iOS development
- Partnership and M&A activity
  - **Execution**: includes content like:
    - This half: Results, highlights, lowlights, learnings
- Next half:
  - Charts of trajectory v. goal on key metrics (inline or in appendix)
- Any key mocks or frameworks (inline or in appendix)
- People issues / gaps, including a current headcount summary for your team
  - **Discussion**:
    - Questions or key asks for discussion

---

**Workback Plan:**

- **May 8 H1/H2 Review Prep with WASquad**
  - Align on planning milestones/workback plan
- Align on outline and information we want to include
- Assign owners to each piece
  - **May 9 H1/H2 Review Prep with WASquad**
    - Review Progress / Aim to have first draft done by 5/22 Review
  - **May 13-17: WA in Mexico**
- **May 22: H1/H2 Review Prep with WASquad**
  - Review v1 Draft
- Assign owners to follow-ups/edits
- Decide on list of attendees
  - May 23: **H1/H2 Review Prep with WASquad**
    - Continue review of v1 Draft
- Finalize outstanding list of edits needed
  - **May 29: H1/H2 Review Prep with WASquad**
    - Review v2 Draft
- Final list of edits
  - **May 30: H1/H2 Review Prep with WA Squad**
    - Finalize Document
  - **May 31: Pre-Reads by EOD to mzprereads@fb.com**
- **June 5: Messaging Interop Review**
- **June 5: WhatsApp H1/H2 Review**
- **June 6: Integrity Review**

- **June 7: Debrief as a team on feedback**
- **June 10: Share read-out with team**
- **June 20: WhatsApp All Hands**

*For Reference: Messaging Interop Workback plan:*

- **Monday April 29:** Leads + PM align on planning milestones, dates, attendees.
- **Tuesday April 30:** Asha share headsup to Attendees+ Working Team.
- **Friday May 10:** Async update with v0 outline of H2 plans.
- **Friday May 17:** Review v1 draft of H2 plans.
- **Friday May 24:** Review v2 draft of H2 plans.
- **Wednesday May 29:** Share final H2 plan for feedback async
- **Friday May 31:** Asha ship pre-read to m-team.
- **Wednesday June 5:** H1/H2 review with m-team.

---

**\*\*META Question for when we're reviewing: need to make sure our tone is: earnest, accurate, humble\*\***

**WA Review Attendees: Will, Matt, Ami, Nitin, Victoria, Wael, Tina, Komal**

**Interop Attendees:**

## H1 RECAP

- **WhatsApp the product is performing well.**
  - ○ We continue to see strong growth and strong engagement across all key features in the app.  We currently have primacy in 59 countries and on a path to achieve primacy in ~84 countries by 2023, having recently tipped 7 countries (Malaysia, Latvia and multiple Central American countries). We are working to accelerate primacy in our 6 Specialized Countries (GB, FR, IE, PK, RU, EG).





- While we are seeing strong engagement, we are seeing shifts in India engagement away from Messaging to Status and Calling, causing decreases in daily messaging participation. Nonetheless, New User Retention remain strong for these users. With this shift, Status continues to grow quickly. We've passed 1.1B posts / day (+44% y/y), 262M producer DAU (+38% y/y), and have 34B views / day (+69% y/y).
  -



○ VOIP continues to grow quickly. We reached 564M daily calls (+49.88% y/y) for 6.9B daily talk minutes (+58.44% y/y).

○ Our SMB app is growing very quickly (20.1M MAU, +14% m/m, 64% DAU/MAU, conservative estimate of 4.5M (with an upper bound of 13.5M businesses), has high retention (57%), and very positive feedback.  We're continuing to add features (like product catalog), but we are still very far from the scale of businesses we believe use WA (>80M), and we need a path to get them to adopt or identify themselves.

.

.

○ Our Business API has slow and steady growth (1.5K WAB, +57% m/m), and we are working on things we think will unblock faster growth (user, in product opt-in so we are more comfortable opening it up to businesses, an easier-to-use API to reduce the cost of adoption).

.

## H1 RECAP

- **WhatsApp the product is performing well.**
  ○ We continue to see strong growth and strong engagement across all key features in the app .  We are on a path to achieve primacy in ~7 countries in 2023, having recently tipped Malaysia, Latvia and multiple Central American countries, and are working to accelerate primacy on 6 countries. UK would organically tip in August 2023.

○ Status continues to grow quickly.  We've passed 1.1B posts / day (+44% y/y), 262M producer DAP (+38% y/y), and have 34B views / day (+69% y/y).

○ VOIP continues to grow quickly. We reached 564M daily calls (+49.88% y/y) for 6.9B daily talk minutes (+58.44% y/y).

○ Our SMB app is growing very quickly (20.1M MAP, +14% m/m, estimate 22% of users are businesses), has

high retention (57%), and very positive feedback. We're continuing to add features (like product catalog), but we are still very far from the scale of businesses we believe use WA (>80M), and we need a path to get them to adopt or identify themselves.

○ Our Business API has slow and steady growth (1.5K WAB, +57% m/m), and we are working on things we think will unblock faster growth (user, in product opt-in so we are more comfortable opening it up to businesses, an easier-to-use API to reduce the cost of adoption).

- **Potentially update**: We've been able to hold the line on performance, quality, and reliability of the app while the team scales, and saw improvement in message delivery time (Android server delivery time is 0.91s vs 0.97s in June 2018, on iPhone is 0.58s from 0.59s). We have added more logging and measurement in the past half to better track performance. What we have added has shown that quality is steady while reducing app size.



○ While we have had similar number of SEVs to past half (12 to 13), a few SEVs this half but a few were high profile and critical.

- We had a remote code execution exploit in our VoIP stack (SEV 1). The vulnerability was exploited by the NSO group and nation states used it to target high profile individuals (~1500). We worked with the FB security team to patch the hole quickly on the server as well as roll out a client update. Further investigations are still ongoing. However, we are doing an extensive code review and adding safer memory access operations. We are also in the process of integrating with linter and other analyzer tools, adding fuzz tests etc to uncover other unknown problems.

- We had a privacy sev where we leaked changed number notifications to blocked contacts.

- **Potentially update**: We believe we've been able to hold the line on performance, quality, and reliability of the app while the team scales, but we need and are adding more logging and measurement to quantify this and to allow us to identify regressions.

- **The team is going through a lot of transition.**

○ We are much too small of a team for the size and reach of the product, and therefore we're growing quickly. We've grown the eng team by 77% in the last year (to 232) and will grow another

28% in H1. We are on track to grow the eng team to 382 (65% YoY growth by EoY. We've opened our 2nd development office (London). But we have very uneven gaps (only 12 PMs (50% hired in H1), 7 designers with no design lead) and lots of work to do to fill out the team.

○ We've lost a lot of tenured people on the team over the course of the last year, and the ratio of new to tenured is lower than we'd like, leading to bottlenecks on historical knowledge, technical knowledge, and clarity on WA's product values.

○ We've been through a lot of leadership change over the last 1-2 years.

○ Overall favorability (as measured by Pulse) of WhatsApp remains high at 71%, consistent with last half. However, there's a real uncertainty on the team about the future, and Pulse's measure of optimism in our future is down 5% (YoY decline of 13%) while Facebook is up 9% on the same dimension. We believe this is coming from uncertainty on what interoperability means, change in leadership, and lack of a clear, compelling vision for what the product will be over the next few years.

- **Our privacy model, especially encryption, is being battled around the world**. We have active Supreme Court cases in Brazil and India on encryption, and more generally court cases, proposed legislation, and scrutiny from governments in several key countries. We are wrestling with how to be more helpful for law enforcement and governments than we have historically been while holding true to our core privacy features, and doing this with a very lean team.

- **We've made progress on integrity in an encrypted product this half,** focusing on detecting harmful user behaviors and building core product changes to limit virality instead of inspecting content. This includes:
  - ○ Reduced forward limits to 5 globally
- ○ Group join permission to set who can add you to a group, launched in India in advance of Indian elections
- ○ Testing an updated label on "Frequently forwarded" messages (deep reshares)
- ○ More automated spam detection, continuing to ban ~2M accounts /month even as user reports decline
- ○ However, we still see user feedback in WA-heavy countries that people see a lot of misinformation, and in the absence of ground truth we continue to rely on qualitative research and systemic changes in the product.

- **We aren't shipping many consumer features or improvements**. Between increased work on integrity, pre-work for interoperability (including multi-device support), and the leanness of the team, we aren't able to execute on a meaningful consumer roadmap. We have stuff we are excited to do — ephemeral messaging, tackling information overload, visual updates, status improvements — but not enough people to do them. We believe this puts us at a real risk of not meeting users' expectations. We are trying to hire PM and design rapidly in both MPK and LON to support consumer products.

- **Our brand is extremely strong overall**. Perception of WhatsApp is strong. As measured by the External Quarterly Brand Tracker, the WA favorability score is 78, putting WA on par with Google at 82 and exceeding Apple at 67. We exceed Google on Connection (family and friends) (72 vs. 58) as well as Control (personal info) (64 vs. 59). WhatsApp also continues to out-perform Facebook and Instagram across trust metrics (60 vs. 45 vs. 59, respectively). We are on par with other Tech brands on Privacy (secure messages), with WhatsApp scoring 58 vs. Google at 59 and Apple at 58. The WA Favorability score is currently the strongest in the FB family at 78, with Facebook at 65 and Instagram at 68. However, we are seeing decreases in trust-related metrics in India, Brazil, and Mexico.

- **We started on interoperability**. We've shifted about ~57 engineers (20% of eng team) to the engineering work we believe will be needed for interoperability, including multi-device support, refactoring our infrastructure to support ids other than phone numbers, and X.

- **Payments**. We have made a lot of progress on building payments this half for our top 10 countries by MAP.
  - ○ We will be complete with our work to be compliant with data localization in India by August 1st and will request formal approval to launch then. Based on commitments we have made to regulators and to users in India regarding sharing of UPI data with Facebook, introducing Unified Payments in India would mean at least a six month delay so we are planning to introduce it at a later time e.g. when we do the Messaging ToS update.

○ We are testing P2P transactions with our partner bank in Mexico. Unified Payments may delay our Mexico launch if either 1) changes to our partnership agreement or 2) government concerns about data sharing extend beyond the month of July to resolve.

○ We will be in a position to test with partners in Indonesia and Brazil in June/July, however, we do not yet

○ We are re-evaluating our approach to Europe based on limitations of the PayPal integration.

- **Ads**. We built and are ready to ship ads in status, which we are excited about, but delayed this with the delay to our TOS update.  (The TOS update is also blocking for other features, including the Hosted Business API and Unified Business Inbox).  Our plan of record is to ship the TOS in Q4, but we will need significant support from Legal and Policy to achieve this.

# H2 PLAN

- **Interoperability**.  Discussed in the interoperability review, but our top priority is interoperability, and we're working on the infrastructure we need to support interoperability as well as spec'ing out enough of the product plan that we can give the team clarity, unblock regulatory engagement and the TOS update.  The biggest risk here is on the infrastructure: WA infrastructure was not designed to be a platform, we have technical debt built up over the past few years as we moved to FB infra, and the team is small and bottlenecked on people with historical knowledge on how the systems work.
- **Scale the team**.  We are too small for what we need to do, and need to scale without breaking key aspects of our culture, particularly our ability to maintain a very simple and reliable product.  We are focused on landing key roles across the team (eng managers in MPK and LON, consumer and integrity PMs, designers and head of design, global comms, policy, etc), setting up our London office for success, and scaling overall to 382 engineers this year with the option to grow to 700 engineers next year.

**WA vs IG Engineering Growth**

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 |   | IG |   | WA |   |
| 2 |   | EoY BiS | YoY | EoY BiS | YoY |
| 3 | 2013 | 44 |   |   |   |
| 4 | 2014 | 80 | 82% | 41 |   |
| 5 | 2015 | 145 | 81% | 62 | 51% |
| 6 | 2016 | 227 | 57% | 84 | 35% |
| 7 | 2017 | 403 | 78% | 131 | 56% |
| 8 | 2018 | 557 | 38% | 232 | 77% |
| 9 | 2019 (Target) | 798 | 43% | 382 | 65% |
| 10 | 2020 (projected) |   |   | 688 | 80% |

- **Ship a new TOS**.  We delayed this to H2, and with TOS changes there's a perpetual risk of slippage.

We need to execute well and get this done for interoperability, monetization, and more work with other FB teams.

• **Integrity**.  We are focused on using WA experience to support integrity across the family as part of Messaging Interop.  We're also continuing to execute on core areas — Spam, Elections, Safety, and launching our MVP integrity efforts for Payments. We will continue to explore additional product features and systemic changes to limit misinformation, like a reverse image search tool so users can check if media might be misinformation and report back to the thread.  We continue to work with the cross-family teams on open questions like how to prioritize and measure success in the absence of ground truth.  This will require continuing to scale the team.  The full WA integrity H1 / H2 review is at 2019 H1/H2 WhatsApp Integrity Review. Clean version: 2019 H1/H2 Integrity Review - WhatsApp

• **Ship consumer product improvements**.  We hear the need for several updates to our core consumer product from users.  How much we can actually do will depend on how much we grow the team and the needs of interoperability.  Our desired roadmap includes ephemeral messaging, notification management to prevent information overload, visual updates, Status updates, storage improvements, improving media capture and sending, and exploring new consumer delight features like reminders, polls, events, etc.

• **Payments**.  We aim to be compliant and unblocked in India by August 1, and launched in Mexico, Brazil and Indonesia before end of year.  These countries represent 53% of WhatsApp DAP.  Launch timing is being reassessed as we figure out how to meet the goals of Unified Payments, but we hope to minimize these delay.

• **Business**.  In advance of a TOS update to unblock monetization and some business scaling tools, we continue to make progress on our vision making WhatsApp where every person comes to discover, transact and communicate with any business.  We'll continue improving and scaling the SMB app, explore whether we want limited business functionality in our main app, and continue improving our API for large businesses.

• **Defend our privacy model and encryption on the public stage**.  We want to be world-class on privacy, which means continuing to advocate for and advance our approach publicly, including managing tension with law enforcement, governments, and courts in a number of countries.

• **Grow in iMessage countries**. We want to see if we  can change our growth trajectory in an iMessage country like France, where  we're testing product changes like adding Share to WhatsApp buttons on FB  Blue and special pricing deals with telcos targeted to specific  demographic and regional markets inside France. We're also running growth ads in France.  Success here would unlock  more countries for messaging.

• **Market the brand**.  We have a great brand with WA, and we should promote it more as well as more clearly link it to the Facebook brand so people realize WA is from Facebook and our WA brand accrues to FB.  We're working on [].

## Discussion Topics

  • **Working together**. We're going to increasingly be working across WA and other FB family teams, and we want to make those efforts go smoothly. People across the WA team have heard the feedback that WA can be hard to work with, and we want to change that. We'll be working on everything we can do to make this easier, but there are three structural reasons why this will continue to be hard in some cases:
   ○ 1) the team has to say no to most things — both because the team is incredibly small and because one of the most important values of the WhatsApp product is simplicity, which makes it hard to add more features quickly
○ 2) the privacy model for encrypted messaging means some things aren't possible — eg, generating suggestions inside chat threads, scanning content, downranking, etc
○ 3) there are real limitations on some integrations given our current TOS and public commitments.
  • We'd love help here (for example, prioritizing which things you send your teams to WA for through the lens of how small the team is and that messaging interoperabilty is the priority) as well as ideas and feedback on how to improve.

• **Scaling**.  The biggest challenge for the team is scaling without breaking the team, culture, and product.  We'd love help (including people) as well as advice on what to watch out for.

• **Defending Encryption**.  We need to balance defending encryption and privacy in messaging while being seen as more helpful to responsible governments and law enforcement.  Our goal is to be principled, but not

dismissive.  Are there opportunities to approach this more holistically across FB Inc?  For example, we believe that Apple is able to take a strong stance on iMessage privacy while helping law enforcement with other Apple products, which benefits their relationships with governments and policymakers.  We may have an opportunity to do something similar with our Living Room and Town Square products.

- **Privacy**.  How do we manage being world class on privacy within messaging while continuing to build town square products, especially as these products start to interconnect more and more?  We have open questions we need to work through on business messaging, how messaging interacts with ads, what the privacy model is when FB/IG interconnect with MSGR/WA, and don't yet have a framework for how to tackle this.  For instance, when thinking about unified payments, how should we think about users' different perceptions of privacy on WhatsApp and Facebook?
- **Integrity.**  How do we measure and prioritize in a world without ground truth?  What's our maturity framework for encrypted products?

  - The current integrity maturity framework relies on established measurement and attributable improvements, but we don't have ground truth measurement on WA.  How should we approach this and get to a clear joint understanding of progress?  Should we consider proxies, look primarily at qualitative user research, etc?

**FAQs we should be prepared for**

  - cannibalization within FB Inc (ask Wael — what do we understand about cannibalization and what do we not?)
- which people would we ask to transfer?
- anyone we should be circulating this to in advance?
        - deb?
  ○ X-Family group (Javi, Guy, Alex, Naomi, Fidji, Adam, Stan)
      - connecting the brands
- Status more prominent? add public figures?
- meta-question:  tone:  earnest, accurate, humble


**APPENDIX — OUTLINE WE HAD**


Reference Docs:
WhatsApp Roadmap & Scaling Plan
[DRAFT] Roadmap Update — to be posted to WhatsApp company group ~5/3ish
Pulse Post for Org - May 2019


**1) Story of where we are:**

  - **How's the product performing**
        ○ Consumer product is growing quickly; all 4 tabs
  ○ Countries that have tipped and/or a quick case study on english speaking markets where we've achieved primacy (DS provide this list)
              ▪ UK
- Russia

              ○ SMB app is growing quickly: high retention; high app store rating; good new features; people love it; but, not approaching # of businesses on WhatsApp

- Business API: slow & steady growth; mention something on need to solve user opt in problem before we really scale
  - Status
  - Perf:
    - how we're dealing with perf and reliability as we scale
  - how we are maintain levels of quality and reliability
    - Team & Scaling
      - scaling quickly and pains we're feeling:
        - eng team has doubled
  - moved into 2nd office
  - we're short leaders: Key hires needed
    - Design:  Head of design
  - Eng:  London integrity lead, Consumer lead
  - PM:  staffing PM team with ~5 additional PMs in MPK + LON
    - uneven scaling XFN
      - Ratio of tenured to non tenured
        - lack of value principles; continuity of management; historical knowledge
      - Leadership thrash
        - new people with new opinions (people getting used to them and what will change)
      - morale
        - interop; what WA is going to be; general lack of certainty
  - optimism in Pulse
    - Privacy model including encryption is under attack around the world
      - courts, legislation, press, advocates
  - small team working on these big issues/challenges
  - the fact that we've been so bold on privacy is under attack everywhere
  - encryption is under attack, and we are alone
    - Progress on Integrity this last half
      - product changes
  - Still have a lot to do
    - Didn't shift any consumer stuff
      - multi-device
  - interop
  - integrity
  - have a bunch of stuff we want to do, but don't have the people to do them; call out these areas
    - Brand
      - how strong our brand is in general
  - what has gotten weaker over last half
    - Interop
      - shifting a bunch of people to interop
    - Payments — would have been ready to ship, but unified payments slowing us down
- ToS
  - status ads ready to go
  - Cross-Family changing our roadmap

**What are we going to do / Our Plan**

- Interop
  - here's what we're doing
- risks:
  - WA infra not designed to be a platform; technical risk in tech debt
- Flagging infra lift we need to do on WA side; taking on this risk

- flag that we are making BIDs ask in june
    - Plan is to ship a ToS change in H2
- Scale the team
    - Raw Size
  - Key roles:
        - PM
- Design - head of design
    - London
  - Integrity
    - how do we make interop safer (privacy model; doing more with data we have)
- detection & harmful behavior (get better about classifiers)
- Misinformation & user controls/tools
    - Consumer
      - what we want to do
- call out what we won't be able to do
    - Payments - TBD
      - reach 50% of WA users in a couple of months, now uncertainty around delay
- compliant in India by Aug 1
    - Business
      - business messaging at scale
- ToS - API, ads in status
- small business — functionality in main app
- lock in data policies around biz messaging to unblock the ToS
    - Defend encryption on the public stage
- Grow in Western Markets
- Enhance the brand through marketing
    - establishing our privacy stance

**Discussion Topics:**

  - We're going to have a better UI: change the way FB and WA teams have worked together
    - here to support FB Inc goals; the way we do this is by establishing ourselves as leaders in privacy
- we've heard feedback from other teams about working with us
- structural things: teams are small compared to partner teams
- would love ideas & help
  - How can FB Inc. protect encryption on one side and work with LE on messaging on the other (apple analogy)
- Proposal for business messaging data; how do we make this work for businesses
- Privacy: how we manage being world class on privacy within context of rest of FB culture
    - How can we help use our expertise in privacy within the rest of FB Inc? How can we make ourselves helpful? How do we build processes to work through this?
- How can we change privacy mindset?
  - we need to scale - how do we scale quickly without breaking things?
- help us prioritize knowing how strapped we are
- People: we need people; people that would be useful to WhatsApp
  -

Contact Support

# Conversation History

**Calvin Chin** *May 24, 2019 at 1:11 am*
Wael - updated

_____

**Calvin Chin** edited *May 24, 2019 at 1:11 am*

_____

**Ke Wang** edited *May 23, 2019 at 11:11 pm*
> ▪ We had a remote code execution exploit in our VoIP stack (SEV 1). The vulnerability was exploited by the NSO group and ==nation states used it to target high profile individuals (up to ~1400) (~1500).== We worked with the FB security team to patch the hole quickly on the server as well as roll out a client update.… We are also in the process of integrating with linter and other analyzer tools, adding fuzz tests etc to uncover other unknown problems.

_____

**Amulya Kottapalli** edited *May 23, 2019 at 7:25 pm*

_____

**Wael Salloum** edited *May 23, 2019 at 7:08 pm*
> ○ VOIP continues to grow quickly. We reached 564M daily calls (+49.88% y/y) for 6.9B daily talk minutes (+58.44% y/y).

○ Our SMB app is growing very quickly (20.1M MAU, +14% m/m, 64% DAU/MAU, estimated conservative estimate of 4.5M (high confidence) to (with an upper bound of 13.5M businesses), has high retention (57%), and very positive feedback. We're continuing to add features (like product catalog), but… scale of businesses we believe use WA (>80M), and we need a path to get them to adopt or identify themselves.

_____

**Calvin Chin** *May 23, 2019 at 6:13 pm*
3 options - choose only 1

_____

**Calvin Chin** edited *May 23, 2019 at 6:15 pm*
> ○ While we are seeing strong engagement, we are seeing shifts in India engagement away from Messaging to Status and Calling, causing decreases in daily messaging participation (as India can and does shift global numbers). Nonetheless, New User Retention remain strong for these users. With this shift, Status continues to grow quickly. We've passed 1.1B posts / day (+44% y/y), 262M producer DAP DAU (+38% y/y), and have 34B views / day (+69% y/y).

_____

**Wael Salloum** edited *May 23, 2019 at 6:01 pm*
> ○ We continue to see extremely strong growth and strong engagement across all key features in the app (every tab). We currently have primacy in 59 countries and on a path to achieve primacy in ~84 countries by 2023, having recently tipped 7 countries (Malaysia, Latvia and multiple Central American countries), and . We are working to accelerate primacy in our 6 Specialized Countries (GB, FR, IE, PK, RU, EG).

○ While we… passed 1.1B posts / day (+44% y/y), 262M producer DAP (+38% y/y), and have 34B views / day (+69% y/y).

> ○ We continue to see extremely strong growth and strong engagement across all key features in the

app (every tab). We are on a path to achieve primacy in ~7 countries in 2023, having recently tipped Malaysia, Latvia and multiple Central American countries, and are working to accelerate primacy on 6 countries. UK would organically tip in August 2023.

———————

**Ke Wang** edited *May 23, 2019 at 6:19 pm*
- **Potentially update**: We believe we've We've been able to hold the line on performance, quality, and reliability of the app while the team scales, and saw improvement in message delivery time (Android server delivery time is 0.91s vs 0.97s in June 2018, on iPhone is 0.58s from 0.59s). We have added more logging and measurement in the past half to better track this, but still more needs to be done performance. What we have added has shown that quality is steady while reducing app size. <Insert Chart>

•

    ○ While we have had similar number of SEVs to past half (12 to 13), a few SEVs this half but a few were high profile and critical.
        ▪ We had a remote code execution exploit in our VoIP stack (SEV 1). The vulnerability was exploited by the NSO group and <mark>nation states used it to target high profile individuals (up to ~1400).</mark> We worked with the FB security team to patch the hole quickly on the server as well as roll out a client update. Further investigations are still ongoing. However, we are doing an extensive code review and adding safer memory access operations. We are also in the process of integrating with linter and other analyzer tools, adding fuzz tests etc to uncover other unknown problems.
▪ We had a privacy sev where we leaked changed number notifications to blocked contacts.

———————

**Amulya Kottapalli** edited *May 23, 2019 at 6:35 pm*
    ○ Our SMB app is growing very quickly (20.1M MAP MAU, +14% m/m, 64% DAU/MAU, estimated 22% of users are 4.5M (high confidence) to 13.5M businesses), has high retention (57%), and very positive feedback. We're continuing to add features (like product catalog), but we are still… scale of businesses we believe use WA (>80M), and we need a path to get them to adopt or identify themselves.

———————

**Wael Salloum** edited *May 23, 2019 at 5:56 pm*

# H1 RECAP

- **WhatsApp the product is performing well.**
  - ○ We continue to see extremely strong growth and strong engagement across all key features in the app (every tab). We are on a path to achieve primacy in ~7 countries in 2023, having recently tipped Malaysia, Latvia and multiple Central American countries, and are working to accelerate primacy on 6 countries. UK would organically tip in August 2023.
- ○ Status continues to grow quickly. We've passed 1.1B posts / day (+44% y/y), 262M producer DAP (+38% y/y), and have 34B views / day (+69% y/y).
- ○ VOIP continues to grow quickly. We reached 564M daily calls (+49.88% y/y) for 6.9B daily talk minutes (+58.44% y/y).
- ○ Our SMB app is growing very quickly (20.1M MAP, +14% m/m, estimate 22% of users are businesses), has high retention (57%), and very positive feedback. We're continuing to add features (like product catalog), but we are still very far from the scale of businesses we believe use WA (>80M), and we need a path to get them to adopt or identify themselves.
- ○ Our Business API has slow and steady growth (1.5K WAB, +57% m/m), and we are working on things we think will unblock faster growth (user, in product opt-in so we are more comfortable opening it up to businesses, an easier-to-use API to reduce the cost of adoption).
  - **Potentially update**: We believe we've been able to hold the line on performance, quality, and reliability of the app while the team scales. We have added more logging and measurement in the past half to better track this, but still more needs to be done. What we have added has shown that quality is steady while reducing app size. <Insert Chart>
    - ○ While we have had similar number of sevs to past half (12 to 13), a few sevs this half but a few were high profile and critical.
      - ▪ We had a remote code execution exploit in our VoIP stack (sev 1). The vulnerability was exploited by the NSO group and <mark>nation states used it to target high profile individuals (~1500 ???).</mark> We worked with the FB security team to patch the hole quickly on the server as well as roll out a client update. Further investigations are still ongoing. However, we are doing an extensive code review and adding safer memory access operations. We are also in the process of integrating with linter and other analyzer tools, adding fuzz tests etc to uncover other unknown problems.
▪ We had a privacy sev where we leaked changed number notifications to blocked contacts.


  - **Potentially update**: We believe we've been able to hold the line on performance, quality, and reliability of the app while the team scales, but we need and are adding more logging and measurement to quantify this and to allow us to identify regressions.
- **The team is going through a lot of transition.**
  - ○ We are much too small of a team for the size and reach of the product, and therefore we're growing quickly. We've grown the eng team by 77% in the last year (to 232) and will grow another 28% in H1. We are on track to grow the eng team to 382 (65% YoY growth) by EoY. We've opened our 2nd development office (London). But we have very uneven gaps (only 12 PMs (50% hired in H1), 7 designers with no design lead) and lots of work to do to fill out the team.
- ○ We've lost a lot of tenured people on the team over the course of the last year, and the ratio of new to tenured is lower than we'd like, leading to bottlenecks on historical knowledge, technical knowledge, and clarity on WA's product values.
- ○ We've been through a lot of leadership change over the last 1-2 years.
- ○ Overall favorability (as measured by Pulse) of WhatsApp remains high at 71%, consistent with last half. However, there's a real uncertainty…

○  to be compliant with data localization in India by August 1st and will request formal approval to launch then. Based on commitments we have made to regulators and to users in India regarding sharing of UPI data with Facebook, introducing Unified Payments in India would mean at least a six month delay so we are planning to introduce it at a later time e.g. when we do the Messaging ToS update.

○  We are testing P2P transactions with our partner bank in Mexico. Unified Payments may delay our Mexico launch if either 1) changes to our partnership agreement or 2) government concerns about data sharing extend beyond the month of July to resolve.

○  We will be in a position to test with partners in Indonesia and Brazil in June/July, however, we do not yet understand the impact Unified Payments will have for Indonesia or Brazil.

○  We are re-evaluating our approach to Europe based on limitations of the PayPal integration.

• **Ads**. We built and are ready to ship ads in status, which we are excited about, but delayed this with the delay to our TOS update. (The TOS update is also blocking for other features, including the Hosted Business API and Unified Business Inbox). Our plan of record is to ship the TOS in Q4, but we will need significant support from Legal and Policy to achieve this.

———————

**Amulya Kottapalli** edited *May 23, 2019 at 5:50 pm*

○  Our SMB app is growing very quickly (20.1M MAP, +14% m/m, estimate estimated 22% of users are businesses), has high retention (57%), and very positive feedback. We're continuing to add features (like product catalog),… scale of businesses we believe use WA (>80M), and we need a path to get them to adopt or identify themselves.

○  Our Business API has slow and steady growth (1.5K WAB, +57% m/m), and we are working on things we think will unblock faster growth (user, in product opt-in so we are more comfortable opening it up to businesses, an easier-to-use API to reduce the cost of adoption).

• **Potentially update**: We believe we've been able to hold the line on performance, quality, and reliability of the app while the team scales, but we need and are adding more logging and measurement to quantify this and to allow us to identify regressions.

• **The team is going through a lot of transition.**

○  We are much too small of a team for the size and reach of the product, and therefore we're growing quickly. We've grown the eng team by 77% in the last year (to 232) and will grow another 28% in H1. We are on track to grow the eng team to 382 (65% YoY growth) by EoY. We've opened our 2nd development office (London). But we have very uneven gaps (only 12 PMs (50% hired in H1), 7 designers with no design lead) and lots of work to do to fill out the team.

○  We've lost a lot of tenured people on the team over the course of the last year, and the ratio of new to tenured is lower than we'd like, leading to…

○  to be compliant with data localization in India by August 1st and will request formal approval to launch then. Based on commitments we have made to regulators and to users in India regarding sharing of UPI data with Facebook, introducing Unified Payments in India would mean at least a six month delay so we are planning to introduce it at a later time e.g. when we do the Messaging ToS update.

○  We are testing P2P transactions with our partner bank in Mexico. Unified Payments may delay our Mexico launch if either 1) changes to our partnership agreement or 2) government concerns about data sharing extend beyond the month of July to resolve.

○  We will be in a position to test with partners in Indonesia and Brazil in June/July, however, we do not yet understand the impact Unified Payments will have for Indonesia or Brazil.

○  We are re-evaluating our approach to Europe based on limitations of the PayPal integration.

• **Ads**. We built and are ready to ship ads in status, which we are excited about, but delayed this with the delay to our TOS update. (The TOS update is also blocking for other features, including the Hosted Business API and Unified Business Inbox). Our plan of record is to ship the TOS in Q4, but we will need significant support from Legal and Policy to achieve this.

**Calvin Chin** *May 23, 2019 at 5:47 pm*
to increase font size, clean up

———

**Calvin Chin** edited *May 23, 2019 at 5:53 pm*
    ○  We continue to see extremely strong growth and strong engagement across all key features in the app (every tab). We are currently have primacy in 59 countries and on a path to achieve primacy in ~7 ~84 countries in by 2023, having recently tipped Malaysia 7 countries (Malaysia, Latvia and multiple Central American countries countries), and are working to accelerate primacy on in our 6 countries. UK would organically tip in August 2023 Specialized Countries (GB, FR, IE, PK, RU, EG).
○  Status continues to grow quickly. We've passed 1.1B posts / day (+44% y/y), 262M producer DAP (+38% y/y), and have 34B views / day (+69% y/y).
○  While we are seeing strong engagement, we are seeing shifts in India engagement away from Messaging to Status and Calling, causing decreases in daily messaging participation. Nonetheless, New User Retention remain strong for these users. With this shift, Status continues to grow quickly. We've passed 1.1B posts / day (+44% y/y), 262M producer DAP (+38% y/y), and have 34B views / day (+69% y/y).

———

**Wael Salloum** edited *May 23, 2019 at 5:34 pm*

# June 2019 H1 Review copy

Guidance from MZ Team:


**The pre-read should be no more than 4-6 pages by area, leaving most of the time in the room for discussion led by the STO, App or PG lead and Mark.** The shorter and more focused the materials, the better — it will lead to more productive conversations! Good framing is critical and level of detail should be appropriate for the group. **Please number your pages!**


**Pre-read content:** Narrate the world the way you see it, but we recommend you cover the following:

    •  **Strategy**: includes content like:
        ○  Label your portfolio based on their timeframe: 1, 3-5, 10 year
○  Approach to Android vs. iOS development
○  Partnership and M&A activity
    •  **Execution**: includes content like:
        ○  This half: Results, highlights, lowlights, learnings
○  Next half:
            ▪  Charts of trajectory v. goal on key metrics (inline or in appendix)
▪  Any key mocks or frameworks (inline or in appendix)
▪  People issues / gaps, including a current headcount summary for your team
    •  **Discussion**:
        ○  Questions or key asks for discussion


**Workback Plan:**

- May 8 H1/H2 Review Prep with WASquad
  - Align on planning milestones/workback plan
  - Align on outline and information we want to include
  - Assign owners to each piece
    - **May 9 H1/H2 Review Prep with WASquad**
      - Review Progress / Aim to have first draft done by 5/22 Review
    - **May 13-17: WA in Mexico**
- May 22: H1/H2 Review Prep with WASquad
  - Review v1 Draft
  - Assign owners to follow-ups/edits
  - Decide on list of attendees
    - May 23: **H1/H2 Review Prep with WASquad**
      - Continue review of v1 Draft
  - Finalize outstanding list of edits needed
    - **May 29: H1/H2 Review Prep with WASquad**
      - Review v2 Draft
  - Final list of edits
    - **May 30: H1/H2 Review Prep with WA Squad**
      - Finalize Document
    - **May 31: Pre-Reads by EOD to mzprereads@fb.com**
- **June 5: Messaging Interop Review**
- **June 5: WhatsApp H1/H2 Review**
- **June 6: Integrity Review**
- **June 7: Debrief as a team on feedback**
- **June 10: Share read-out with team**
- **June 20: WhatsApp All Hands**


*For Reference: Messaging Interop Workback plan:*

- **Monday April 29:** Leads + PM align on planning milestones, dates, attendees.
- **Tuesday April 30:** Asha share headsup to Attendees+ Working Team.
- **Friday May 10:** Async update with v0 outline of H2 plans.
- **Friday May 17:** Review v1 draft of H2 plans.
- **Friday May 24:** Review v2 draft of H2 plans.
- **Wednesday May 29:** Share final H2 plan for feedback async
- **Friday May 31:** Asha ship pre-read to m-team.
- **Wednesday June 5:** H1/H2 review with m-team.


Reference Docs:




**WA Review Attendees: Will, Matt, Ami, Nitin, Victoria, Wael, Tina, Komal**

**Interop Attendees:**

# H1 RECAP

- **WhatsApp the product is performing incredibly well.**
  - We continue to see extremely strong growth and strong engagement across all key features in the app (every tab). We are on a path to achieve primacy in ~78 countries in 2023, and over the last year, we've tipped 8 countries (Malaysia, Latvia, and multiple Central American countries) and believe the UK is now on a path to tip by Aug 2023.
- Status continues to grow quickly. We've passed 1.1B posts / day (+44% y/y), 262M producer DAP (+38% y/y), and have 34B views / day (+69% y/y).
- VOIP continues to grow quickly. We reached 564M daily calls (+49.88% y/y) for 6.9B daily talk minutes (+58.44% y/y).
- Our SMB app is growing very quickly (20.1M MAP, +14% m/m, estimate 22% of users are businesses), has high retention (57%), and very positive feedback. We're continuing to add features (like product catalog) But we are still very far from the scale of businesses we believe use WA (>80M) and we need a path to get them to adopt or identify themselves.
- Our Business API has slow and steady growth (1.5K WAB, +57% m/m), and we are working on things we think will unblock faster growth (user, in product opt-in so we are more comfortable…
- employees. We believe this is coming from uncertainty on what interoperability means, change in leadership, and lack of a clear, compelling vision for what the product will be over the next few years.
  - **Our privacy model, especially encryption, is being battled around the world**. We have active supreme court cases in Brazil and India on it, and more generally court cases, proposed legislation, and scrutiny from governments in a bunch of key countries, and we are wrestling with how to be more helpful for law enforcement and governments than we have historically been while holding true to our core privacy features, and doing this with a very lean team.
- **We've made progress on integrity in an encrypted product this half,** focusing on behavior and core product changes vs. content, including:
  - Reduced forward limits
- Groups invite settings (in India)
- Frequently forwarded changes
- More automated detection of mass spamming, bans up to 2.4 M/month
- Increased action and detection in safety issues: ramped-up CEI, revived our previously abandoned CT proactive, recidivism, and sextortion (NCII) - averaging 310k bans/month
- but we still see user feedback in WA heavy countries that people see misinformation, ..., and (w/ Messenger and IG) also need to figure out how we tackle integrity challenges that will come from connecting encrypted messaging to

  - **We aren't shipping consumer features or improvements**. Between increased work on integrity, pre-work for interoperability (including multi-device support), and the lean see of the team, we aren't able to execute on a meaningful consumer roadmap. We have stuff we are excited to do but not enough people to do them. We believe this puts us at a real risk of falling behind.
- **Our brand is extremely strong overall**. Perceptions of WhatsApp is the strongest brand in the family as measured by the External Quarterly Brand Tracker: Our Favorability score is 78 vs. Facebook at 65 and Instagram at 68. We're on par with Google at 82 and exceed Apple at 67. We exceed Google on Connection (family and friends) (72 vs. 58) as well as Control (personal info) (64 vs. 59). WhatsApp also continues to out-perform Facebook and Instagram across trust metrics (60 vs. 45 vs. 59, respectively). We are on par with other Tech brands on Privacy (secure messages), with WhatsApp scoring 58 vs. Google at 59 and Apple at 58. However, we are seeing decreases in trust-related metrics in India, Brazil, and Mexico.
- **We started on interoperability**. We've shifted about ~57 engineers (20% of eng team) to the engineering work we believe will be needed for interoperability, including multi-device support, refactoring our infrastructure to support ids other than phone numbers, and X.
- **Payments**. We made a lot of progress on building payments this half, and are ~90 days away from being able to be unblocked in India (req. data localization, etc.) and are working towards launches in Mexico, Indonesia, and Brazil. We're assessing now with the payments team how to accomplish our unified payments goals without excessive delay here.

• **Ads**. We built and are ready to ship ads in status, which we are excited about, but delayed this to our TOS update. (The TOS update is also blocking for a range of features we or other teams want to build related to WA).

## H2 PLAN

  • **Interoperability**. Discussed in the interoperability review, but our top priority is interoperability, and we're working on the infrastructure we need to support interoperability as well as speccing out enough of the product plan that we can give the team clarity, unblock regulatory engagement and a TOS change. The biggest risk here is on the infrastructure: WA infrastructure was not designed to be a platform, there is risk in the technical debt we need to address to make this work, and the team is small and bottlenecked on people with historical knowledge on how the systems work.

• **Scale The Team**. We are too small for what we need to do, and need to scale without breaking key aspects of our culture, particularly our ability to maintain a very reliable product. We are focused on landing key roles (eng management, PMs, designers and head of design, comms, policy, ...), setting up our London office for success, and scaling overall to 382 engineers this year and the option to get to 700 engineers next year.

• **Ship a new TOS**. We delayed this to H2, and there's a perpetual risk with TOS changes of slippage, but we need to execute well and get this done for interopability, monetization, and more work with other FB teams.

• **Integrity**. We are focused on…

• what we want to do here, but how much we can actually do will depend on how much we grow the team and the needs of interoperability. Our desired roadmap includes: ROADMAP HERE.

• **Payments**. We are aiming to be compliant and unblocked in India by August 1, and launched in X,Y,Z which reaches 50% of WA users this year. Note: this is being reassessed as we figure out how to meet the goals of our unified payments strategy, but we hope to minimize the delay.

• **Business**. In advance of a TOS update continue to make progress on our vision of having all conversations between people and businesses happen on WA. We'll continue improving and scaling the SMB app, explore whether we want limited business functionality in our main app, and continue improving our API for large businesses.

• **Defend our privacy model and encryption on the public stage**. We want to be world-class on privacy, which means continuing to advocate for and advance our approach publicly, including managing tension with law enforcement, governments, and courts in a number of countries.

• **Grow in iMessage countries**. We want to see if we can change our growth trajectory in an iMessage country like France, with product changes [] and marketing and promotions []. Success here would unlock more countries for messaging.

  • **Market the brand**. We have a great brand with WA, and we should promote it more as well as more clearly link it to the Facebook brand so people realize WA is from Facebook and our WA brand accrues to FB. We're working on [].

## Discussion Topics

  • **Working together**. We're going to increasingly be working across WA and other teams, and we want to make this go smoothly. People across the team have heard the feedback that WA can be hard to work with, and we want to change that. We'll be working on everything we can do to make this easier, but there are also three structural reasons while this will be hard: the team is incredibly small and has to say no to most things, the privacy model for messaging is different so some things aren't possible, and we have real limitations in what we can do given our current TOS and public commitments. We'd love help here (for example, prioritizing which things you send your teams to WA for through the lens of how small the

• **Scaling**. The biggest challenge for the team is scaling without breaking the team, culture, and product. We'd love help (like people) as well as advice on what to watch out for.

• **Defending Encryption**. We need to balance defending encryption and privacy in messaging while being seen as more helpful to responsible governments and law enforcement (principled, but not dismissive). Are there opportunities to approach this in a way that's more cross-FB Inc? For example, we believe that Apple is able to both take a strong stance on iMessage privacy while helping law enforcement with other Apple products and we may have an opportunity to do something similar with our Living Room and Town Square products.

• **Privacy**. How do we manage being world class on privacy within messaging while continuing to build town square products, especially as these products start to interconnect more and more? We have open questions we need to work through on business messaging, how messaging interacts with ads, what the privacy model is when FB/IG interconnect with MSGR/WA, and don't yet have a framework for how to tackle this.

**F/U**

• cannibalization within FB Inc (ask Wael — what do we understand about cannibalization and what do we not?)

**APPENDIX — OUTLINE WE HAD**

**1) Story of where we are:**

- • **How's the product performing**

  - ○ Consumer product is growing quickly; all 4 tabs
- ○ Countries that have tipped and/or a quick case study on english speaking markets where we've achieved primacy (DS provide this list)
    - ▪ ~~UK~~
- ▪ ~~Russia~~
    - ○ SMB app is growing quickly: high retention; high app store rating; good new features; people love it; but, not approaching # of businesses on WhatsApp
- ○ Business API: slow & steady growth, mention something on need to solve user opt in problem before we really scale
- ○ Status
- ○ Perf:
      - ▪ how we're dealing with perf and reliability as we scale
- ▪ how we are maintain levels of quality and reliability
    - • Team & Scaling
      - ○ scaling quickly and pains we're feeling:
        - ▪ eng team has doubled
- ▪ moved into 2nd office
- ▪ we're short leaders: Key hires needed
          - ▪ Design: Head of design

- Eng: London integrity lead, Consumer lead
- PM: staffing PM team with ~5 additional PMs in MPK + LON
  - ▪ uneven scaling XFN
    - ○ Ratio of tenured to non tenured
      - ▪ lack of value principles; continuity of management; historical knowledge
    - ○ Leadership thrash
      - ▪ new people with new opinions (people getting used to them and what will change)
    - ○ morale
      - ▪ interop; what WA is going to be; general lack of certainty
- ▪ optimism in Pulse
  - • Privacy model including encryption is under attack around the world
    - ○ courts, legislation, press, advocates
- ○ small team working on these big issues/challenges
- ○ the fact that we've been so bold on privacy is under attack everywhere
- ○ encryption is under attack, and we are alone
  - • Progress on Integrity this last half
    - ○ product changes
- ○ Integrated with CORGI to catch civic bad actors
- ○ Various classifier launches/improvements on CEI, CT, Sextortion
- ○ Launching recidivism detection v1.0
  - • Didn't shift any consumer stuff
    - ○ multi-device
- ○ interop
- ○ integrity
- ○ have a bunch of stuff we want to do, but don't have the people to do them; call out these areas
  - • Brand
    - ○ how strong our brand is in general
- ○ what has gotten weaker over last half
  - • Interop
    - ○ shifting a bunch of people to interop
  - • Payments — would have been ready to ship, but unified payments slowing us down
- • ToS
    - ○ status ads ready to go
  - • Cross-Family changing our roadmap

**What are we going to do / Our Plan**

  - • Interop
    - ○ here's what we're doing
- ○ risks:
      - ▪ WA infra not designed to be a platform; technical risk in tech debt
- ▪ Flagging infra lift we need to do on WA side; taking on this risk
- ▪ flag that we are making PIDs ask in June
  - • Plan is to ship a ToS change in H2
- • Scale the team
    - ○ Raw Size
- ○ Key roles:
      - ▪ PM
- ▪ Design - head of design
    - ○ London
  - • Integrity
    - ○ how do we make interop safer (privacy model; doing more with data we have)

- ○ detection & harmful behavior (feel better about classifiers)
- ○ invest in recidivism detection (currently a large issue undermining the rest of our detection efforts)
- ○ Misinformation & user controls/tools
  - • Consumer
    - ○ what we want to do
- ○ call out what we won't be able to do
  - • Payments - TBD
    - ○ reach 50% of WA users in a couple of months, now uncertainty around delay
- ○ compliant in India by Aug 1
  - • Business
    - ○ business messaging at scale
- ○ ToS - API, ads in status
- ○ small business — functionality in main app
- ○ lock in data policies around biz messaging to unblock the ToS
  - • Defend encryption on the public stage
- • Grow in Western Markets
- • Enhance the brand through marketing
    - ○ establishing our privacy stance


**Discussion Topics:**

- • We're going to have a better UI: change the way FB and WA teams have worked together
  - ○ here to support FB Inc goals; the way we do this is by establishing ourselves as leaders in privacy
- ○ we've heard feedback from other teams about working with us
- ○ structural things: teams are small compared to partner teams
- ○ would love ideas & help
  - • How can FB Inc. protect encryption on one side and work with LE on messaging on the other (apple analogy)
- • Proposal for business messaging data; how do we make this work for businesses
- • Privacy: how we manage being world class on privacy within context of rest of FB culture
    - ○ How can we help use our expertise in privacy within the rest of FB Inc? How can we make ourselves helpful? How do we build processes to work through this?
- ○ How can we change privacy mindset?
  - • we need to scale - how do we scale quickly without breaking things?
- • help us prioritize knowing how strapped we are
- • People: we need people; people that would be useful to WhatsApp
    - ○

# June 2019 H1 Review

**The pre-read should be no more than 4-6 pages by area, leaving most of the time in the room for discussion led by the STO, App or PG lead and Mark.** The shorter and more focused the materials, the better — it will lead to more productive conversations! Good framing is critical and level of detail should be appropriate for the group. **Please number your pages!**

**Pre-read content:** Narrate the world the way you see it, but we recommend you cover the following:

- **Strategy**: includes content like:
    - Label your portfolio based on their timeframe: 1, 3-5, 10 year
- Approach to Android vs. iOS development
- Partnership and M&A activity
    - **Execution**: includes content like:
        - This half: Results, highlights, lowlights, learnings
- Next half:
    - Charts of trajectory v. goal on key metrics (inline or in appendix)
- Any key mocks or frameworks (inline or in appendix)
- People issues / gaps, including a current headcount summary for your team
    - **Discussion**:
        - Questions or key asks for discussion

**Workback Plan:**

Added
- May 8 H1/H2 Review Prep with WASquad
- Align on planning milestones/workback plan
- Align on outline and information we want to include
- Assign owners to each piece
- **May 9 H1/H2 Review Prep with WASquad**
- Review Progress / Aim to have first draft done by 5/22 Review
- **May 13-17: WA in Mexico**
- May 22: H1/H2 Review Prep with WASquad
- Review v1 Draft
- Assign owners to follow-ups/edits
- Decide on list of attendees
- May 23: **H1/H2 Review Prep with WASquad**
- Continue review of v1 Draft
- Finalize outstanding list of edits needed
- **May 29: H1/H2 Review Prep with WASquad**
- Review v2 Draft
- Final list of edits
- **May 30: H1/H2 Review Prep with WA Squad**
- Finalize Document
- **May 31: Pre-Reads by EOD to mzprereads@fb.com**

- **June 5: Messaging Interop Review**
- **June 5: WhatsApp H1/H2 Review**
- **June 6: Integrity Review**
- **June 7: Debrief as a team on feedback**
- **June 10: Share read-out with team**
- **June 20: WhatsApp All Hands**

*For Reference: Messaging Interop Workback plan:*

- **Monday April 29:** Leads + PM align on planning milestones, dates, attendees.
- **Tuesday April 30:** Asha share headsup to Attendees+ Working Team.
- **Friday May 10:** Async update with v0 outline of H2 plans.
- **Friday May 17:** Review v1 draft of H2 plans.
- **Friday May 24:** Review v2 draft of H2 plans.
- **Wednesday May 29:** Share final H2 plan for feedback async
- **Friday May 31:** Asha ship pre-read to m-team.
- **Wednesday June 5:** H1/H2 review with m-team.

**\*\*META Question for when we're reviewing: need to make sure our tone is: earnest, accurate, humble\*\***

**WA Review Attendees: Will, Matt, Ami, Nitin, Victoria, Wael, Tina, Komal**

**Interop Attendees:**

# H1 RECAP

- **WhatsApp the product is performing well.**
  - ○ We continue to see extremely strong growth and strong engagement across all key features in the app (every tab). We are on a path to achieve primacy in ~7 countries in 2023, having recently tipped Malaysia, Latvia and multiple Central American countries, and are working to accelerate primacy on 6 countries. UK would organically tip in August 2023.
- ○ Status continues to grow quickly. We've passed 1.1B posts / day (+44% y/y), 262M producer DAP (+38% y/y), and have 34B views / day (+69% y/y).
- ○ VOIP continues to grow quickly. We reached 564M daily calls (+49.88% y/y) for 6.9B daily talk minutes (+58.44% y/y).
- ○ Our SMB app is growing very quickly (20.1M MAP, +14% m/m, estimate 22% of users are businesses), has high retention (57%), and very positive feedback. We're continuing to add features (like product catalog), but we are still very far from the scale of businesses we believe use WA (>80M), and we need a path to get them to adopt or identify themselves.
- ○ Our Business API has slow and steady growth (1.5K WAB, +57% m/m), and we are working on things we think will unblock faster growth (user, in product opt-in so we are more comfortable opening it up...
- ○ to be compliant with data localization in India by August 1st and will request formal approval to launch then. Based on commitments we have made to regulators and to users in India regarding sharing of UPI data with Facebook, introducing Unified Payments in India would mean at least a six month delay so we are planning to introduce it at a later time e.g. when we do the Messaging ToS update.
- ○ We are testing P2P transactions with our partner bank in Mexico. Unified Payments may delay our Mexico

launch if either 1) changes to our partnership agreement or 2) government concerns about data sharing extend beyond the month of July to resolve.

○ We will be in a position to test with partners in Indonesia and Brazil in June/July, however, we do not yet understand the impact Unified Payments will have for Indonesia or Brazil.

○ We are re-evaluating our approach to Europe based on limitations of the PayPal integration.

- **Ads**. We built and are ready to ship ads in status, which we are excited about, but delayed this with the delay to our TOS update. (The TOS update is also blocking for other features, including the Hosted Business API and Unified Business Inbox). Our plan of record is to ship the TOS in Q4, but we will need significant support from Legal and Policy to achieve this.

# H2 PLAN

- **Interoperability**. Discussed in the interoperability review, but our top priority is interoperability, and we're working on the infrastructure we need to support interoperability as well as spec'ing out enough of the product plan that we can give the team clarity, unblock regulatory engagement and the TOS update. The biggest risk here is on the infrastructure: WA infrastructure was not designed to be a platform, we have technical debt built up over the past few years as we moved to FB infra, and the team is small and bottlenecked on people with historical knowledge on how the systems work.

- **Scale the team**. We are too small for what we need to do, and need to scale without breaking key aspects of our culture, particularly our ability to maintain a very simple and reliable product. We are focused on landing key roles across the team (eng managers in MPK and LON, consumer and integrity PMs, designers and head of design, global comms, policy, etc), setting up our London office for success, and scaling overall to 382 engineers this year with the option to grow to 700 engineers next year.

  WA vs IG Engineering Growth

- **Ship a new TOS**. We delayed this to H2, and with TOS changes there's a perpetual risk of slippage. We need to execute well and get this done for interoperability, monetization, and more work with other FB teams.

- **Integrity**. We are focused on using WA experience to support integrity across the family as part of Messaging Interop. We're also continuing to execute on core areas — Spam, Elections, Safety, and launching our MVP integrity efforts for Payments. We will continue to explore additional product features and systemic changes to limit misinformation, like a reverse image search tool so users can check if media might be misinformation and report back to the thread. We continue to work with the cross-family teams on open questions like how to prioritize and measure success in the absence of ground truth. This will require continuing to scale the team. The full WA integrity H1 / H2 review is at: Clean version:

- **Ship consumer product improvements**. We hear the need for several updates to our core consumer product from users. How much we can actually do will depend on how much we grow the team and the needs of interoperability. Our desired roadmap is ephemeral messaging, notification management to prevent information overload, visual updates, Status updates, storage improvements, improving media capture and sending, and exploring new consumer…

- but we hope to minimize these delay.

- **Business**. In advance of a TOS update to unblock monetization and some business scaling tools, we continue to make progress on our vision making WhatsApp where every person comes to discover, transact and communicate with any business. We'll continue improving and scaling the SMB app, explore whether we want limited business functionality in our main app, and continue improving our API for large businesses.

- **Defend our privacy model and encryption on the public stage**. We want to be world-class on privacy, which means continuing to advocate for and advance our approach publicly, including managing tension with law enforcement, governments, and courts in a number of countries.

- **Grow in iMessage countries.** We want to see if we can change our growth trajectory in an iMessage country like France, where we're testing product changes like adding Share to WhatsApp buttons on FB Blue and special pricing deals with telcos targeted to specific demographic and regional markets inside France. We're also running growth ads in France. Success here would unlock more countries for messaging.
- **Market the brand.** We have a great brand with WA, and we should promote it more as well as more clearly link it to the Facebook brand so people realize WA is from Facebook and our WA brand accrues to FB. We're working on [].

## Discussion Topics

- **Working together.** We're going to increasingly be working across WA and other FB family teams, and we want to make those efforts go smoothly. People across the WA team have heard the feedback that WA can be hard to work with, and we want to change that. We'll be working on everything we can do to make this easier, but there are three structural reasons why this will continue to be hard in some cases:
  - 1) the team has to say no to most things — both because the team is incredibly small and because one of the most important values of the WhatsApp product is simplicity, which makes it hard to add more features quickly
  - 2) the privacy model for encrypted messaging means some things aren't possible — eg, generating suggestions inside chat threads, scanning content, downranking, etc
  - 3) there are real limitations on some integrations given our current TOS and public commitments.
    - We'd love help here (for example, prioritizing which things you send your teams to WA for through the lens of how small the team is and that messaging interoperabilty is the priority) as well as ideas and feedback on how to improve.
- **Scaling.** The biggest challenge for the team is scaling without breaking the team, culture, and product. We'd love help (including people) as well as advice on what to watch out for.
- **Defending Encryption.** We need to balance defending encryption and privacy in messaging while being seen as more helpful to responsible governments and law enforcement. Our goal is to be principled, but not dismissive. Are there opportunities to approach this more holistically across FB Inc? For example, we believe that Apple is able to take a strong stance on iMessage privacy while helping law enforcement with other Apple products, which benefits their relationships with governments and policymakers. We may have an opportunity to do something similar with our Living Room and Town Square products.
- **Privacy.** How do we manage being world class on privacy within messaging while continuing to build town square products, especially as these products start to interconnect more and more? We have open questions we need to work through on business messaging, how messaging interacts with ads, what the privacy model is when FB/IG interconnect with MSGR/WA, and don't yet have a framework for how to tackle this. For instance, when thinking about unified payments, how should we think about users' different perceptions of privacy on WhatsApp and Facebook?
- **Integrity.** How do we measure and prioritize in a world without ground truth? What's our maturity framework for encrypted products?

  - The current integrity maturity framework relies on established measurement and attributable improvements, but we don't have ground truth measurement on WA. How should we approach this and get to a clear joint understanding of progress? Should we consider proxies, look primarily at qualitative user research, etc?

**FAQs we should be prepared for**

  - cannibalization within FB Inc (ask Wael — what do we understand about cannibalization and what do we not?)
- which people would we ask to transfer?

- anyone we should be circulating this to in advance?

  - deb?
- X-Family group (Javi, Guy, Alex, Naomi, Fidji, Adam, Stan)
  - connecting the brands
- Status more prominent? add public figures?
- meta-question: tone: earnest, accurate, humble

## APPENDIX — OUTLINE WE HAD

Reference Docs:

## 1) Story of where we are:

- **How's the product performing**
  - Consumer product is growing quickly; all 4 tabs
- Countries that have tipped and/or a quick case study on english speaking markets where we've achieved primacy (DS provide this list)
  - UK
- Russia
  - SMB app is growing quickly: high retention; high app store rating; good new features; people love it; but, not approaching # of businesses on WhatsApp
- Business API: slow & steady growth, mention something on need to solve user opt in problem before we really scale
  - Status
  - Perf:
    - how we're dealing with perf and reliability as we scale
- how we are maintain levels of quality and reliability
  - Team & Scaling
    - scaling quickly and pains we're feeling:
      - eng team has doubled
- moved into 2nd office
- we're short leaders: Key hires needed
    - Design: Head of design
- Eng: London integrity lead, Consumer lead
- PM: staffing PM team with ~5 additional PMs in MPK + LON
    - uneven scaling XFN
    - Ratio of tenured to non tenured
      - lack of value principles; continuity of management; historical knowledge

- Leadership thrash
  - new people with new opinions (people getting used to them and what will change)
  - morale
    - interop; what WA is going to be; general lack of certainty
- optimism in Pulse
  - Privacy model including encryption is under attack around the world
    - courts, legislation, press, advocates
- small team working on these big issues/challenges
- the fact that we've been so bold on privacy is under attack everywhere
- encryption is under attack, and we are alone
  - Progress on Integrity this last half
    - product changes
- Still have a lot to do
  - Didn't shift any consumer stuff
    - multi-device
- interop
- integrity
- have a bunch of stuff we want to do, but don't have the people to do them; call out these areas
  - Brand
    - how strong our brand is in general
- what has gotten weaker over last half
  - Interop
    - shifting a bunch of people to interop
  - Payments — would have been ready to ship, but unified payments slowing us down
- ToS
  - status ads ready to go
  - Cross-Family changing our roadmap

**What are we going to do / Our Plan**

  - Interop
    - here's what we're doing
- risks:
    - WA infra not designed to be a platform; technical risk in tech debt
- Flagging infra lift we need to do on WA side; taking on this risk
- flag that we are making PIDs ask in June
  - Plan is to ship a ToS change in H2
- Scale the team
    - Raw Size
- Key roles:
    - PM
- Design - head of design
    - London
  - Integrity
    - how do we make interop safer (privacy model; doing more with data we have)
- detection & harmful behavior (get better about classifiers)
- Misinformation & user controls/tools
  - Consumer
    - what we want to do
- call out what we won't be able to do
  - Payments - TBD
    - reach 50% of WA users in a couple of months, now uncertainty around delay

- compliant in India by Aug 1
  - Business
    - business messaging at scale
  - ToS - API, ads in status
  - small business — functionality in main app
  - lock in data policies around biz messaging to unblock the ToS
    - Defend encryption on the public stage
- Grow in Western Markets
- Enhance the brand through marketing
    - establishing our privacy stance


**Discussion Topics:**

- We're going to have a better UI: change the way FB and WA teams have worked together
    - here to support FB Inc goals; the way we do this is by establishing ourselves as leaders in privacy
  - we've heard feedback from other teams about working with us
  - structural things: teams are small compared to partner teams
  - would love ideas & help
    - How can FB Inc. protect encryption on one side and work with LE on messaging on the other (apple analogy)
- Proposal for business messaging data; how do we make this work for businesses
- Privacy: how we manage being world class on privacy within context of rest of FB culture
    - How can we help use our expertise in privacy within the rest of FB Inc? How can we make ourselves helpful? How do we build processes to work through this?
  - How can we change privacy mindset?
    - we need to scale - how do we scale quickly without breaking things?
- help us prioritize knowing how strapped we are
- People: we need people; people that would be useful to WhatsApp
    - ○

---

**Wael Salloum** renamed June 2019 H1 Review copy to June 2019 H1 Review *May 23, 2019 at 5:40 pm*

**Brian Furtado** edited *May 22, 2019 at 11:20 pm*
  - More automated detection of mass spamming, bans up to XM/month 2.4 M/month
  - etc.

○  Increased action and detection in safety issues: ramped up CEI, revived our previously abandoned CT proactive, recidivism, and sextortion (NCII) - averaging 310k bans/month

_____

**Wael Salloum** *May 22, 2019 at 7:45 pm*
callie thompson

_____

**Wael Salloum** *May 22, 2019 at 7:39 pm*
Yes if you want

_____

**Ke Wang** edited *May 22, 2019 at 5:22 pm*
  ○  VOIP continues to grow quickly. We reached 564M daily calls (+49.88% y/y) for 6.9B daily talk minutes (+58.44% y/y).

_____

**Amulya Kottapalli** *May 22, 2019 at 4:48 pm*
retention is 86% for high confidence business users

_____

**Amulya Kottapalli** *May 22, 2019 at 4:45 pm*
22% estimate is based on the current definition of high confidence business

_____

**Amulya Kottapalli** edited *May 22, 2019 at 5:23 pm*
  ○  Our SMB app is growing very quickly (XM (20.1M MAP, +X% +14% m/m, estimate x% 22% of users are businesses), has high retention (X%) (57%), and very positive feedback. We're continuing to add features (like X, and Y). product catalog) But we are still very far from the scale of businesses we believe use WA (>XM) 80M) and we need a path to get them to adopt or identify themselves.
○  Our Business API has slow and steady growth (1.5K WAB, +57% m/m), and we are working on things we think will unblock faster growth (user, in product opt-in so we are more comfortable opening it up to businesses, an easier to use API to reduce the cost of adoption).

_____

**Brian Furtado** *May 21, 2019 at 10:22 pm*
I would say "and content". Silky and I have been discussing this... I think we should stop saying we don't action on content because it's not true anymore (it used to be). Group names/profile pictures/descriptions are all content, as are spam report contents (which we have started acting on)

_____

**Brian Furtado** *May 21, 2019 at 10:20 pm*
Is there room here to mention safety issues including increased CEI detection, reviving our previously abandoned CT proactive detection, recidivism (launching this week), and sextortion (NCII) launched?

_____

**Brian Furtado** edited *May 22, 2019 at 12:20 am*
  ○  Still have a lot Integrated with CORGI to do catch civic bad actors
○  Various classifier launches/improvements on CEI, CT, Sextortion
○  Launching recidivism detection v1.0

  ○  invest in recidivism detection (currently a large issue undermining the rest of our detection efforts)

_____

**Amulya Kottapalli** opened your conversation with Veera Mutakana, Ke Wang, Calvin Chin, Brian Furtado and Wael Salloum *May 21, 2019 at 10:08 pm*

_____

**Calvin Chin** *May 21, 2019 at 8:54 pm*
No placement for this... context this is what we had in the H2 review ([WhatsApp H2 2018 Review](#))



_____

**Calvin Chin** *May 21, 2019 at 9:52 pm*
There's no mention of this in the entire Quip..

_____

**Calvin Chin** *May 21, 2019 at 9:50 pm*
I would like to see who wrote this, since it doesn't jive with the agenda of SC. We haven't tipped anything, which is why we're working on it

_____

**Calvin Chin** *May 21, 2019 at 9:49 pm*
There have been 0 workstreams on this - within WA and at the FB ecosystems team (they are all focused on the interop work)

_____

**Calvin Chin** *May 21, 2019 at 9:42 pm*
[Amulya Kottapalli](#)

_____

**Calvin Chin** *May 21, 2019 at 9:41 pm*
?

_____

**Calvin Chin** *May 21, 2019 at 9:41 pm*
typo

_____

**Calvin Chin** *May 21, 2019 at 9:38 pm*
Whoever wrote "Russia" is clearly way off-beat. Russia is far from primacy, with multiple incumbents (Viber, vK, Telegram, OK, SMS, Messenger) that we're trying to understand how to accelerate our growth.

_____

**Calvin Chin** *May 21, 2019 at 9:37 pm*

BTW - I would not use this statement "believe the UK is now on a path to tip by Aug 2023."

It was organically going to do this - I think we should state "and are working on accelerating the path to primacy for 6 key countries."

_____

**Calvin Chin** *May 21, 2019 at 9:35 pm*
Girish Jayaraman

_____

**Calvin Chin** *May 21, 2019 at 9:34 pm*
Adharsh Rajendran

_____

**Calvin Chin** *May 21, 2019 at 9:34 pm*



_____

**Calvin Chin** *May 21, 2019 at 9:33 pm*
Date until Primacy:

IE 2020-12-17

PK 2021-05-15

RU 2022-02-19

GB 2023-08-02

France and Egypt don't have a date until after EOY 2023, unless we organically change the path.

_____

**Calvin Chin** *May 21, 2019 at 9:27 pm*



_____

**Calvin Chin** *May 21, 2019 at 8:56 pm*
Not sure how we can justify this when we don't measure this (every tab).

For Status and Calling, we can indirectly state this since Participation % has increased, but for Camera and Chats - we can't truly state this (messaging participation has actually decreased over the last 2+ years, and we don't measure camera tab engagement).

_____

**Calvin Chin** edited *May 21, 2019 at 9:58 pm*
   ○  We continue to see extremely strong growth and strong engagement across all key features in the app (every tab). We are on a path to achieve primacy in ~XX ~78 countries in 2023, and over the last year, we've recently tipped [list of 8 countries (Malaysia, like Russia] Latvia, and multiple Central American countries) and~~believe the UK is now on a path to tip by [x]Aug 2023.~~
○  Status continues to grow quickly. We've passed XB 1.1B posts / day (+X% (+44% y/y), XM 262M producer DAP (+y% (+38% y/y), and have Y consumption (+z% 34B views / day (+69% y/y).

   •  **We started on interopability interoperability**. We've shifted about ~57 engineers (20% of eng team) to the engineering work we believe will be needed for interoperability, including multi-device support, refactoring our infrastructure to support ids other than phone numbers, and X.


   •  **Market the brand**. We have a great brand with WA, and we should promote it more as well as more clearly link it to the Facebook brand so people realize WA is from Facebook and our WA brand accrues to FB. We're working on [].

_____

**Veera Mutakana** opened your conversation with Ke Wang, Calvin Chin, Brian Furtado, Wael Salloum and Amulya Kottapalli *May 21, 2019 at 7:39 pm*
_____

**Brian Furtado** opened your conversation with Veera Mutakana, Ke Wang, Calvin Chin, Wael Salloum and Amulya Kottapalli *May 21, 2019 at 7:31 pm*
_____

**Calvin Chin** opened your conversation with Veera Mutakana, Ke Wang, Brian Furtado, Wael Salloum and Amulya Kottapalli on a phone *May 21, 2019 at 7:02 pm*
_____

**Ke Wang** opened your conversation with Veera Mutakana, Calvin Chin, Brian Furtado, Wael Salloum and Amulya Kottapalli *May 21, 2019 at 6:02 pm*
_____

**Wael Salloum** added Amulya Kottapalli, Brian Furtado, Calvin Chin, Ke Wang and Veera Mutakana to the thread *May 21, 2019 at 6:01 pm*
_____

**Wael Salloum** added you to a document *May 21, 2019 at 5:52 pm*

**Wael Salloum** added you to a document *May 21, 2019 at 5:52 pm*

**Wael Salloum** added you to a document *May 21, 2019 at 5:52 pm*

**Wael Salloum** added you to a document *May 21, 2019 at 5:52 pm*

**Wael Salloum** added you to a document *May 21, 2019 at 5:52 pm*

**Wael Salloum** edited *May 21, 2019 at 5:53 pm*

# June 2019 H1 Review copy

Guidance from MZ Team:

**The pre-read should be no more than 4-6 pages by area, leaving most of the time in the room for discussion led by the STO, App or PG lead and Mark.** The shorter and more focused the materials, the better — it will lead to more productive conversations! Good framing is critical and level of detail should be appropriate for the group. **Please number your pages!**

**Pre-read content:** Narrate the world the way you see it, but we recommend you cover the following:

- **Strategy**: includes content like:
  - Label your portfolio based on their timeframe: 1, 3-5, 10 year
  - Approach to Android vs. iOS development
  - Partnership and M&A activity
- **Execution**: includes content like:
  - This half: Results, highlights, lowlights, learnings
  - Next half:
    - Charts of trajectory v. goal on key metrics (inline or in appendix)
  - Any key mocks or frameworks (inline or in appendix)
  - People issues / gaps, including a current headcount summary for your team
- **Discussion**:
  - Questions or key asks for discussion

**Workback Plan:**

Added
- May 8 H1/H2 Review Prep with WASquad
- Align on planning milestones/workback plan
- Align on outline and information we want to include
- Assign owners to each piece
- **May 9 H1/H2 Review Prep with WASquad**
- Review Progress / Aim to have first draft done by 5/22 Review
- **May 13-17: WA in Mexico**
- May 22: H1/H2 Review Prep with WASquad
- Review v1 Draft
- Assign owners to follow-ups/edits
- Decide on list of attendees
- May 23: **H1/H2 Review Prep with WASquad**
- Continue review of v1 Draft
- Finalize outstanding list of edits needed
- **May 29: H1/H2 Review Prep with WASquad**
- Review v2 Draft
- Final list of edits
- **May 30: H1/H2 Review Prep with WA Squad**
- Finalize Document
- **May 31: Pre-Reads by EOD to mzprereads@fb.com**
- **June 5: Messaging Interop Review**
- **June 5: WhatsApp H1/H2 Review**

- **June 6: Integrity Review**
- **June 7: Debrief as a team on feedback**
- **June 10: Share read-out with team**
- **June 20: WhatsApp All Hands**

*For Reference: Messaging Interop Workback plan:*

  • **Monday April 29:** Leads + PM align on planning milestones, dates, attendees.
- **Tuesday April 30:** Asha share headsup to Attendees+ Working Team.
- **Friday May 10:** Async update with v0 outline of H2 plans.
- **Friday May 17:** Review v1 draft of H2 plans.
- **Friday May 24:** Review v2 draft of H2 plans.
- **Wednesday May 29:** Share final H2 plan for feedback async
- **Friday May 31:** Asha ship pre-read to m-team.
- **Wednesday June 5:** H1/H2 review with m-team.

Reference Docs:

**WA Review Attendees: Will, Matt, Ami, Nitin, Victoria, Wael, Tina, Komal**

**Interop Attendees:**

# H1 RECAP

- **WhatsApp the product is performing incredibly well.**
  - ○ We continue to see extremely strong growth and strong engagement across all key features in the app (every tab). We are on a path to achieve primacy in ~XX countries in 2023, and we've recently tipped [list of countries, like Russia] and believe the UK is now on a path to tip by [x].
- ○ Status continues to grow quickly. We've passed XB posts / day (+X% y/y), XM producer DAP (+y% y/y), and have Y consumption (+z% y/y).
- ○ Our SMB app is growing very quickly (XM MAP, +X% m/m, estimate x% of users are businesses), has high retention (X%), and very positive feedback. We're continuing to add features (like X, and Y). But we are still very far from the scale of businesses we believe use WA (>XM) and we need a path to get them to adopt or identify themselves.
- ○ Our Business API has slow and steady growth, and we are working on things we think will unblock faster growth (user, in product opt-in so we are more comfortable opening it up to businesses, an easier to use API to reduce the cost of adoption).
- ○ We believe we've been able to hold the line on performance, quality, and reliability of the app while the team scales, but we need and are…
- ○ our future is down again for a YoY decline of 13% with 54% of WhatsApp employees reporting they feel optimistic about the future vs. 61% of Facebook employees. We believe this is coming from uncertainty on what interoperability means, change in leadership, and lack of a clear, compelling vision for what the product will be over the next few years.
  - **Our privacy model, especially encryption, is being battled around the world**. We have active supreme court cases in Brazil and India on it, and more generally court cases, proposed legislation, and

scrutiny from governments in a bunch of key countries, and we are wrestling with how to be more helpful for law enforcement and governments than we have historically been while holding true to our core privacy features, and doing this with a very lean team.

- **We've made progress on integrity in an encrypted product this half,** focusing on behavior and core product changes vs. content, including:
  - ○ Reduced forward limits
  - ○ Groups invite settings (in India)
  - ○ Frequently forwarded changes
  - ○ More automated detection of mass spamming, bans up to XM/month
  - ○ etc.
  - ○ but we still see user feedback in WA heavy countries that people see misinformation, ..., and (w/ Messenger and IG) also need to figure out how we tackle integrity challenges that will come from connecting encrypted messaging to

- **We aren't shipping consumer features or improvements**. Between increased work on integrity, pre-work for interoperability (including multi-device support), and the lean see of the team, we aren't able to execute on a meaningful consumer roadmap. We have stuff we are excited to do but not enough people to do them. We believe this puts us at a real risk of falling behind.
- **Our brand is extremely strong overall**. Perceptions of WhatsApp is the strongest brand in the family as measured by the External Quarterly Brand Tracker: Our Favorability score is 78 vs. Facebook at 65 and Instagram at 68. We're on par with Google at 82 and exceed Apple at 67. We exceed Google on Connection (family and friends) (72 vs. 58) as well as Control (personal info) (64 vs. 59). WhatsApp also continues to out-perform Facebook and Instagram across trust metrics (60 vs. 45 vs. 59, respectively). We are on par with other Tech brands on Privacy (secure messages), with WhatsApp scoring 58 vs. Google at 59 and Apple at 58. However, we are seeing decreases in trust-related metrics in India, Brazil, and Mexico.
- **We started on interopability**. We've shifted about ~57 engineers (20% of eng team) to the engineering work we believe will be needed for interoperability, including multi-device support, refactoring our infrastructure to support ids other than phone numbers, and X.
- **Payments**. We made a lot of progress on building payments this half, and are ~90 days away from being able to be unblocked in India (req. data localization, etc.) and are working towards launches in Mexico, Indonesia, and Brazil. We're assessing now with the payments team how to accomplish our unified payments goals without excessive delay here.
- **Ads**. We built and are ready to ship ads in status, which we are excited about, but delayed this with the delay to our TOS update. (The TOS update is also blocking for a range of features we or other teams want to build related to WA).

# H2 PLAN

- **Interoperability**. Discussed in the interoperability review, but our top priority is interoperability, and we're working on the infrastructure we need to support interoperability as well as speccing out enough of the product plan that we can give the team clarity, unblock regulatory engagement and a TOS change. The biggest risk here is on the infrastructure: WA infrastructure was not designed to be a platform, there is risk in the technical debt we need to address to make this work, and the team is small and bottlenecked on people with historical knowledge on how the systems work.
- **Scale The Team**. We are too small for what we need to do, and need to scale without breaking key aspects of our culture, particularly our ability to maintain a very reliable product. We are focused on landing key roles (eng management, PMs, designers and head of design, comms, policy, ...), setting up our London office for success, and scaling overall to 382 engineers this year and the option to get to 700 engineers next year.
- **Ship a new TOS**. We delayed this to H2, and there's a perpetual risk with TOS changes of slippage, but we need to execute well and get this done for interopability, monetization, and more work with other FB teams.
- **Integrity**. We are focused on…
  - by August 1, and launched in X,Y,Z which reaches 50% of WA users this year. Note: this is being reassessed

as we figure out how to meet the goals of our unified payments strategy, but we hope to minimize the delay.

• **Business**. In advance of a TOS update continue to make progress on our vision of having all conversations between people and businesses happen on WA. We'll continue improving and scaling the SMB app, explore whether we want limited business functionality in our main app, and continue improving our API for large businesses.

• **Defend our privacy model and encryption on the public stage**. We want to be world-class on privacy, which means continuing to advocate for and advance our approach publicly, including managing tension with law enforcement, governments, and courts in a number of countries.

• **Grow in iMessage countries**. We want to see if we can change our growth trajectory in an iMessage country like France, with product changes [] and marketing and promotions []. Success here would unlock more countries for messaging.

• **Market the brand**. We have a great brand with WA, and we should promote it more as well as more clearly link it to the Facebook brand so people realize WA is from Facebook and our WA brand accrues to FB. We're working on [].

## Discussion Topics

   • **Working together**. We're going to increasingly be working across WA and other teams, and we want to make this go smoothly. People across the team have heard the feedback that WA can be hard to work with, and we want to change that. We'll be working on everything we can do to make this easier, but there are also three structural reasons while this will be hard: the team is incredibly small and has to say no to most things, the privacy model for messaging is different so some things aren't possible, and we have real limitations in what we can do given our current TOS and public commitments. We'd love help here (for example, prioritizing which things you send your teams to WA for through the lens of how small the team is and that messaging interoperabilty is the priority) as well as ideas.

• **Scaling**. The biggest challenge for the team is scaling without breaking the team, culture, and product. We'd love help (like people) as well as advice on what to watch for.

• **Defending Encryption**. We need to balance defending encryption and privacy in messaging while being seen as more helpful to responsible governments and law enforcement (principled, but not dismissive). Are there opportunities to approach this in a way that's more cross-FB Inc? For example, we believe that Apple is able to both take a strong stance on iMessage privacy while helping law enforcement with other Apple products and we may have an opportunity to do something similar with our Living Room and Town Square products.

• **Privacy**. How do we manage being world class on privacy within messaging while continuing to build town square products, especially as these products start to interconnect more and more? We have open questions we need to work through on business messaging, how messaging interacts with ads, what the privacy model is when FB/IG interconnect with MSGR/WA, and don't yet have a framework for how to tackle this.

## F/U

   • cannibalization within FB Inc (ask Wael — what do we understand about cannibalization and what do we not?)

## APPENDIX — OUTLINE WE HAD

**1) Story of where we are:**

- **How's the product performing**

  - Consumer product is growing quickly; all 4 tabs
  - Countries that have tipped and/or a quick case study on english speaking markets where we've achieved primacy (DS provide this list)
    - UK
  - Russia
    - SMB app is growing quickly: high retention; high app store rating; good new features; people love it; but, not approaching # of businesses on WhatsApp
  - Business API: slow & steady growth, mention something on need to solve user opt in problem before we really scale
  - Status
  - Perf:
    - how we're dealing with perf and reliability as we scale
  - how we are maintain levels of quality and reliability
    - Team & Scaling
      - scaling quickly and pains we're feeling:
        - eng team has doubled
  - moved into 2nd office
  - we're short leaders: Key hires needed
    - Design: Head of design
  - Eng: London integrity lead, Consumer lead
  - PM: staffing PM team with ~5 additional PMs in MPK + LON
    - uneven scaling XFN
    - Ratio of tenured to non tenured
      - lack of value principles; continuity of management; historical knowledge
    - Leadership thrash
      - new people with new opinions (people getting used to them and what will change)
    - morale
      - interop; what WA is going to be; general lack of certainty
  - optimism in Pulse
    - Privacy model including encryption is under attack around the world
      - courts, legislation, press, advocates
  - small team working on these big issues/challenges
  - the fact that we've been so bold on privacy is under attack everywhere
  - encryption is under attack, and we are alone
    - Progress on Integrity this last half
      - product changes
  - Still have a lot to do
    - Didn't shift any consumer stuff
      - multi-device
  - interop
  - integrity
  - have a bunch of stuff we want to do, but don't have the people to do them; call out these areas
    - Brand
      - how strong our brand is in general
  - what has gotten weaker over last half
    - Interop
      - shifting a bunch of people to interop
    - Payments — would have been ready to ship, but unified payments slowing us down

- ToS
  - status ads ready to go
    - Cross-Family changing our roadmap

**What are we going to do / Our Plan**

- Interop
  - here's what we're doing
- risks:
  - WA infra not designed to be a platform; technical risk in tech debt
- Flagging infra lift we need to do on WA side; taking on this risk
- flag that we are making PIDs ask in June
  - Plan is to ship a ToS change in H2
- Scale the team
  - Raw Size
- Key roles:
  - PM
- Design - head of design
  - London
  - Integrity
    - how do we make interop safer (privacy model; doing more with data we have)
- detection & harmful behavior (get better about classifiers)
- Misinformation & user controls/tools
  - Consumer
    - what we want to do
- call out what we won't be able to do
  - Payments - TBD
    - reach 50% of WA users in a couple of months, now uncertainty around delay
- compliant in India by Aug 1
  - Business
    - business messaging at scale
- ToS - API, ads in status
- small business — functionality in main app
- lock in data policies around biz messaging to unblock the ToS
  - Defend encryption on the public stage
- Grow in Western Markets
- Enhance the brand through marketing
  - establishing our privacy stance


**Discussion Topics:**

- We're going to have a better UI: change the way FB and WA teams have worked together
  - here to support FB Inc goals; the way we do this is by establishing ourselves as leaders in privacy
- we've heard feedback from other teams about working with us
- structural things: teams are small compared to partner teams
- would love ideas & help
  - How can FB Inc. protect encryption on one side and work with LE on messaging on the other (apple analogy)
- Proposal for business messaging data; how do we make this work for businesses
- Privacy: how we manage being world class on privacy within context of rest of FB culture

- ○ How can we help use our expertise in privacy within the rest of FB Inc? How can we make ourselves helpful? How do we build processes to work through this?
- ○ How can we change privacy mindset?
  - we need to scale - how do we scale quickly without breaking things?
- help us prioritize knowing how strapped we are
- People: we need people; people that would be useful to WhatsApp
  - ○

**Wael Salloum** created the document *May 21, 2019 at 6:01 pm*

# Exhibit S

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

**From:**      Task Reaper [diijihfac@tfbnw.net]
**Sent:**      5/26/2019 2:09:01 PM
**To:**        Michael Scott [mikes@fb.com]
**Subject:**   Re: [tasks] T33568160: Pesky Yucatan

## T33568160 - Pesky Yucatan

### RECENT ACTIVITY

**Task Reaper** commented:
Constantine Pavlis is not a current intern user. Assigning to my best guess at their former manager, Michael Scott.

**Task Reaper** assigned the task to **Michael Scott**

**Task Reaper** changed the subscribers. Added: Task Reaper  Michael Scott

Comment · Close · Unsubscribe · Assign · Add Subscribers · Tag · Set Priority · Star

Was this email helpful? Yes · No

| | |
|---|---|
| **STATUS** | **Open** |
| **PRIORITY** | Low |
| **PROGRESS** | **None** |
| **OWNER** | **Michael Scott** |
| **CREATED** | Sep 4, 2018, 11:27 AM by Constantine Pavlis |
| **DESCRIPTION** | MX government's use of NSO exploits/tools. |
| **TAGS** | donotreap  i3-stage-new |
| **SUBSCRIBERS** | Constantine Pavlis  Task Reaper  Michael Scott  Community Threat Intelligence |

### COMMENT HISTORY

**Task Reaper**
Constantine Pavlis is not a current intern user. Assigning to my best guess at their former manager, Michael Scott.
May 26, 2019, 5:06 PM

Highly Confidential - Attorneys' Eyes Only

**Constantine Pavlis**
https://fb.quip.com/0qBgApyvrz0Q
Sep 4, 2018, 11:45 AM

**Constantine Pavlis**
OSINT:

https://citizenlab.ca/2017/06/reckless-exploit-mexico-nso/
https://www.reuters.com/…/us-nsogroup-m-a-idUSKCN0SR2JF2015…
https://info.lookout.com/…/lookout-pegasus-technical-analys…
Sep 4, 2018, 11:42 AM

Customize your notifications at **Email Settings**

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00116569

# Exhibit T

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

| | |
|---|---|
| **From:** | Task Reaper [diijihfac@tfbnw.net] |
| **Sent:** | 5/26/2019 2:09:02 PM |
| **To:** | Michael Scott [mikes@fb.com] |
| **Subject:** | Re: [tasks] T33568242: Pesky Mecca |

## T33568242 - Pesky Mecca

### RECENT ACTIVITY

**Task Reaper** commented:
Constantine Pavlis is not a current intern user. Assigning to my best guess at their former manager, Michael Scott.

**Task Reaper** changed the subscribers. Added: Task Reaper  Michael Scott

**Task Reaper** assigned the task to Michael Scott

Comment · Close · Unsubscribe · Assign · Add Subscribers · Tag · Set Priority · Star

Was this email helpful? Yes · No

| | |
|---|---|
| **STATUS** | Open |
| **PRIORITY** | Low |
| **PROGRESS** | In Progress |
| **OWNER** | Michael Scott |
| **CREATED** | Sep 4, 2018, 11:28 AM by Constantine Pavlis |
| **DESCRIPTION** | Saudi Arabian government's use of NSO exploits/tools. |
| **TAGS** | donotreap  i3-stage-new |
| **SUBSCRIBERS** | Constantine Pavlis  Task Reaper  Michael Scott  Community Threat Intelligence |

### COMMENT HISTORY

**Task Reaper**
Constantine Pavlis is not a current intern user. Assigning to my best guess at their former manager, Michael Scott.
May 26, 2019, 5:06 PM

WA-NSO-00116570

# Exhibit U

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

**From:**      Task Reaper [diijihfac@tfbnw.net]
**Sent:**      5/26/2019 2:09:06 PM
**To:**        Michael Scott [mikes@fb.com]
**Subject:**   Re: [tasks] T33568681: Pesky Registan

## T33568681 - Pesky Registan

RECENT ACTIVITY

**Task Reaper** commented:
Constantine Pavlis is not a current intern user. Assigning to my best guess at their former manager, Michael Scott.

**Task Reaper** assigned the task to Michael Scott

**Task Reaper** changed the subscribers. Added: Task Reaper Michael Scott

Comment · Close · Unsubscribe · Assign · Add Subscribers · Tag · Set Priority · Star

Was this email helpful? Yes · No

| | |
|---|---|
| STATUS | Open |
| PRIORITY | High |
| PROGRESS | In Progress |
| OWNER | Michael Scott |
| CREATED | Sep 4, 2018, 11:37 AM by Constantine Pavlis |
| DESCRIPTION | Uzbekistan government's use of NSO exploits/tools. |
| TAGS | donotreap  i3-stage-new |
| SUBSCRIBERS | Jen Weedon  Constantine Pavlis  Task Reaper  Michael Scott  Community Threat Intelligence |

COMMENT HISTORY

Task Reaper
Constantine Pavlis is not a current intern user. Assigning to my best guess at their former manager, Michael Scott.
May 26, 2019, 5:06 PM

Highly Confidential - Attorneys' Eyes Only

**Constantine Pavlis**

Disabled the following accounts for dissemination of malicious links and files using ecrime_monitor disable code:

100028481897886
100009565823855
100025135974120
100015176709082
100014805755029

Dec 10, 2018, 1:12 PM

**Constantine Pavlis**

Adding the following 19 domains to BH:

anketa-me[.]org
centrasia[.]online
drpbx-update[.]net
foto-top[.]online
gallery-me[.]com
globenews[.]online
islom-ovozi[.]com
m-odnoklassnik[.]com
mirovie-novosti[.]com
my-resume[.]ltd
my-resume[.]org
novocti-dnya[.]com
otkritka[.]info
the-daily-news[.]org
topimage[.]org
world-of-islam[.]com
fb-media[.]co
islam-today[.]info
istgr-foto[.]com

Dec 7, 2018, 8:49 AM

**Constantine Pavlis**

Final draft of actor profile ready for review: https://fb.quip.com/ziglAhdxKKN4

Already reviewed by Lisa and Lauren.

Dec 5, 2018, 12:13 PM

Customize your notifications at Email Settings

Highly Confidential - Attorneys' Eyes Only

# Exhibit V

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

| **From:** | Michael Scott [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MIKES6C5] |
|---|---|
| **Sent:** | 6/3/2019 9:55:56 AM |
| **To:** | Adam Reber [areber@fb.com] |
| **Subject:** | Re: [tasks] T33585326: Pesky Khalifa |

### T33585326 - Pesky Khalifa

**RECENT ACTIVITY**

**Michael Scott** closed the task.

**Michael Scott** changed the progress to **Closed**

Comment · Open · Assign · Add Subscribers · Tag · Set Priority · Star

Was this email helpful? Yes · No

| STATUS | **Closed** |
|---|---|
| PRIORITY | **Low** |
| PROGRESS | **Closed** |
| OWNER | **Michael Scott** |
| CREATED | Sep 4, 2018, 4:51 PM by Constantine Pavlis |
| DESCRIPTION | UAE's government's use of NSO exploits/tools. |
| TAGS | donotreap  i3-stage-new |
| SUBSCRIBERS | Constantine Pavlis  Task Reaper  Michael Scott  Community Threat Intelligence |

**COMMENT HISTORY**

**Butterfly Bot**
The task was closed with a tag indicating the the investigation is still active. Please replace the relevant i3-stage tag with one that indicates an outcome. cc Michael Scott Please do not modify these tags unless you are a member of I3.
Jun 3, 2019, 12:55 PM

**Task Reaper**
Constantine Pavlis is not a current intern user. Assigning to my best guess at their former manager, Michael Scott.

Highly Confidential - Attorneys' Eyes Only

May 26, 2019, 5:06 PM

**Constantine Pavlis**
https://www.nytimes.com/.../hacking-united-arab-emirates-nso-...

Sep 4, 2018, 4:51 PM

Customize your notifications at **Email Settings**

Highly Confidential - Attorneys' Eyes Only