JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S NOTICE OF PUBLIC FILING OF EXHIBITS 9, 10, 13, 14, 15, 16, 17, AND 18 IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION SANCTIONS (DKT. 429-4 AND DKT. 429-5)** <br><br><br> Action Filed:   10/29/2019 |

1

## NOTICE OF PUBLIC FILING OF EXHIBITS

2         Defendants hereby submit this notice of their public filing, pursuant to the Court's Order

3  re Omnibus Motions to Seal dated March 21, 2025 (Dkt. No. 633), of Exhibits 9, 10, 13, 14, 15,

4  16, 17, and 18 in support of Defendants' Opposition to Plaintiffs' Motion for Sanctions (Dkt. 429-

5  4 and Dkt. 429-5).

6

7  DATED:  April 4, 2025               KING & SPALDING LLP

8

9                      By: */s/ Aaron S. Craig*

10                        JOSEPH N. AKROTIRIANAKIS
                            AARON S. CRAIG

11

12                        Attorneys for Defendants NSO GROUP
                        TECHNOLOGIES LIMITED and Q
                        CYBER TECHNOLOGIES LIMITED

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 9

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                            Page 2

 1            Deposition of SARIT BIZINSKY GIL, held at

 2   the offices of:

 3

 4

 5            DAVIS POLK & WARDWELL LLP

 6            5 ALDERMANBURY SQUARE

 7            LONDON

 8            EC2 7HR

 9            UNITED KINGDOM

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 7

```
 1                                    Friday, September 6, 2024

 2     (8:19 a.m.)

 3   THE VIDEOGRAPHER:  Good morning.  We are going on the

 4       record.  The time is 08:19 a.m. local time in London,

 5       United Kingdom, on today's date, September 6, 2024.  My

 6       name is Philip Hill representing Veritext Legal

 7       Solutions.

 8           This video deposition is being held at Davis Polk in

 9       London and is being taken by counsel for plaintiff.

10           Caption for this case is WhatsApp LLC et al versus

11       NSO Group Technologies Limited et al.  This case is

12       being held in the United States District Court for the

13       northern district of California, Oakland division.  Case

14       number 4:19-cv-07123-PJH.

15           The name of today's witness is Sarit Bizinsky.

16            Please will all counsel on the video Zoom

17       conference link and counsel in the Davis Polk office in

18       London please introduce themselves for the record.

19   MR. MARZORATI:  Luca Marzorati, from Davis Polk & Wardwell.

20       With me in the room is Antonio Perez-Marques and Gersham

21       Johnson.  On the Zoom is Dana Trexler, who is an expert

22       at Stout, and who has -- is authorized to see highly

23       confidential, attorneys' eyes only, information under

24       the protective order.

25   MR. CRAIG:  Aaron Craig, representing the witness and the
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 8

1       defendants in the case.  With me in the room are Joe

2       Akrotirianakis of King & Spalding and Shira Plotnik of

3       NSO Group.

4   THE VIDEOGRAPHER:  Please will the interpreter introduce

5       herself -- both interpreters -- one in the Davis Polk

6       office in London, and the other one on the Zoom link.

7   THE INTERPRETER:  Varda Yaari, for European Depositions.

8   THE INTERPRETER:  Mor Ilan, for European Depositions.

9   THE VIDEOGRAPHER:   Today's court reporter is Chris Lang,

10       representing Veritext Legal Solutions.  Please will the

11       court reporter firstly swear in both the interpreters

12       and then afterwards please swear in the witness.  Thank

13       you.

14   THE COURT REPORTER:  Will counsel please stipulate that, in

15       lieu of formally swearing in the witness, the reporter

16       will instead ask the witness to acknowledge that their

17       testimony will be true under the penalties of perjury,

18       that counsel will not object to the admissibility of the

19       transcript based on proceeding in this way, and that the

20       witness has verified that she is in fact Sarit Gil?

21   MR. MARZORATI:  That's okay with us.

22   MR. CRAIG:  Yes, so stipulated.

23   THE COURT REPORTER:  Would the interpreters please

24       acknowledge that they will translate the questions and

25       answers in this deposition to the best of their ability,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 9

1      under penalty of perjury?

2      THE INTERPRETER:  I do.

3      THE INTERPRETER:  I do.

4   THE COURT REPORTER:  Ms Gil, do you hereby acknowledge that

5      your testimony will be true under the penalties of

6      perjury?

7   A.  I do.

8   THE COURT REPORTER:  Thank you.  Please proceed.

9                       SARIT BIZINSKY GIL

10  having acknowledged their testimony will be true under the

11  penalties of perjury testified as follows:

12  MR. MARZORATI:  Good morning.

13  A.  Good morning.

14  By Mr. Marzorati:

15  Q.  Would you please state your name for the record?

16  A.  Sarit Bizinsky Gil.

17  Q.  And do you prefer I address you as Ms. Bizinsky, Ms.

18      Gil, Ms. Bizinsky Gil?

19  A.  Whatever.

20  Q.  Okay.  Is Ms. Gil okay?

21  A.  Ms. Gil is okay.

22  Q.  Is this your first deposition?

23  A.  Yes.

24  Q.  Okay.  I am sure your lawyers talked to you about this,

25      but it is a question and answer format, so I will ask

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 157

1   A.   Probably, yes.

2   Q.   Probably yes, or yes?

3   A.   In a normal agreement it should be filled in with the

4        amount in USD and the support service consideration, it

5        should be filled in.

6   Q.   Okay, and in fact in every contract that you have seen

7        signed by defendants or defendants' resellers, these

8        fields are filled in, correct?

9   A.   Yes.

10  MR. MARZORATI:  Okay, let's take a lunch break.

11  MR. CRAIG:  Let's take a lunch break?

12  MR. MARZORATI:  Yes.

13  MR. CRAIG:  Okay.

14  THE VIDEOGRAPHER:  Going off the record.  The time is 13:36.

15       End of media card number 4 volume 1 of the video

16       deposition of Sarit Bizinsky.

17  (1:36 p.m.)

18                        (break taken.)

19  (2:23 p.m.)

20  THE VIDEOGRAPHER:  This is the beginning of media card

21       number 5, volume 1 in the video deposition of Sarit

22       Bizinsky, going on the record.  The time is 14:24.

23       Thank you.

24  By Mr. Marzorati:

25  Q.   Good afternoon, Ms. Gil.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 158

1    A.    Good afternoon.

2    Q.    Welcome back.

3          Can customers use defendants' Pegasus system without

4          paying for maintenance?

5    MR. CRAIG:  Objection.  Incomplete hypothetical.

6          Foundation.

7    A.    As I explained before, customers who buy under the

8          perpetual deals must pay maintenance in order to

9          continue and get the support of the company, the updates

10         and the upgrades.

11   Q.    So, as part of that maintenance payment, they are

12         entitled to the updates and the upgrades?

13   A.    Yes.

14   Q.    And you understand that defendants' technology needs,

15         occasionally, to be updated and upgraded?

16   MR. CRAIG:  Objection.  Foundation.

17   A.    Err, yes.

18         (Exhibit 2045              marked for identification)

19   Q.    I want to show you a document marked as exhibit 2045.

20         And we have printed it out in large format.

21         This is a document, a Microsoft Excel spreadsheet

22         printed out that bears the Bates number, on the produced

23         version, NSO_WhatsApp_00045858.

24         Ms. Gil, do you recognize this document?

25   A.    Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 159

1    Q.   What is this document?

2    A.   This document is the Excel spreadsheet that I prepared

3         for this deposition, with the instructions that I got

4         from my lawyers, in order to be able to estimate the

5         revenues that the company did in association with the

6         Android covert vectors.  In the time period of 2018 to

7         2020.

8    Q.   So this document was created for the purposes of this

9         deposition?

10   A.   Yes.

11   Q.   And no similar document exists outside of this document,

12        that's created for this litigation, right?

13   MR. CRAIG:  Objection.  Vague and ambiguous.

14   A.   What do you mean by that?

15   Q.   Sure.

16   A.   Can you clarify?

17   Q.   In the normal course of business, do defendants track

18        revenues attributable to covert iOS, or covert Android?

19        Is that something you do as part of your regular job?

20   MR. CRAIG:  Vague and ambiguous.  Go ahead.

21   A.   In some of the agreements, as you will see later when

22        I explain it, in the CRM originally there was a split of

23        the portion of the covert vectors.  And typically, also,

24        the covert Android.  So, in this respect, this was done

25        at a time when the agreement was signed.

Page 160

1   Q.  So, certain numbers in the document existed outside of

2       this document, but this was a document created for the

3       purpose of this deposition, correct?

4   A.  Yes, but all the revenues that we got -- and the

5       starting point of this is the revenues of the company,

6       which are part of the financial, audited financial

7       results that the company had.

8   Q.  When you say "the company", what are you referring to?

9   A.  I am referring to NewCo consolidated reports, and this

10      is where I got all the revenues.

11   Q.  From the consolidated financial reports of NewCo?

12   A.  Yes.

13   Q.  And is that the current name of that company?  It is

14      still known as NewCo?

15   A.  This is the name that I know, yes.

16   Q.  Okay.  What's your involvement in preparing the

17      company's audited financial statements?

18   A.  No involvement.

19   Q.  Okay.  So let's take a look at the spreadsheet.  Column

20      A of this spreadsheet is entitled "account number",

21      correct?

22   A.  Yes.

23   Q.  And what does account number refer to?

24   A.  So each account number is a customer of the company,

25      an anonymized number.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 246**

1              CERTIFICATE OF COURT REPORTER

2    I, CHRIS LANG, an Accredited Real-time Reporter, hereby

3    certify that the testimony of the witness SARIT GIL in the

4    foregoing transcript, taken on this 6TH day of SEPTEMBER,

5    2024 was recorded by me in machine shorthand and was

6    thereafter transcribed by me; and that the foregoing

7    transcript is a true and accurate verbatim record of the

8    said testimony.

9

10   I further certify that I am not a relative, employee,

11   counsel or financially involved with any of the parties to

12   the within cause, nor am I an employee or relative of any

13   counsel for the parties, nor am I in any way interested in

14   the outcome of the within cause.

15

16

17   Name:   CHRIS LANG

18   Date:   9/6/24

19

20

21

22

23

24

25

# Exhibit 10

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# KING & SPALDING

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Tel: +1 213 443 4355
Fax: +1 213 443 4310
www.kslaw.com

Christine B. Choi
Associate
cchoi@kslaw.com

October 7, 2024

**VIA EMAIL**

Greg D. Andres, Esq.                        Jeffrey A. N. Kopczynski, Esq.
Antonio J. Perez-Marques, Esq.              7 Times Square
Davis Polk and Wardwell LLP                 O'Melveny and Myers LLP
450 Lexington Avenue                        Times Square Tower
New York, NY 10017                          New York, NY 10036

Re:     *WhatsApp LLC et al. v. NSO Group Technologies Ltd. et al.,* 4:19-cv-07123-PJH (N.D.
        Cal.) – NSO Production Volume 013

Counsel:

On behalf of Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. (collectively "NSO"), below please find instructions for accessing NSO Production Volume 013. This production is made in response to Plaintiffs WhatsApp LLC and Meta Platform, Inc.'s Request for Production of Documents No. 28 and the Court's Order dated February 23, 2024 and contains documents bearing Bates range NSO_WHATSAPP_00046429 to NSO_WHATSAPP_00046542 which have been designated as "Highly Confidential – Attorneys' Eyes Only" under terms of the governing protective order. The documents are available on King & Spalding's FTP site. As a reminder, your usernames for the FTP site are below and you should use the password you created after receiving the email to reset the password. The production is stored in an encrypted .zip file, the password for which is CZqfqsk2aHUGY4X86wQS. Should you have any difficulty accessing the materials, please let us know.

/ / /

/ / /

/ / /

/ / /

Page 2

| Name | Login User Name | Password |
|------|-----------------|----------|
| Greg D. Andres | greg.andres@davispolk.com | Email sent to user |
| Micah G. Block | micah.block@davispolk.com | Email sent to user |
| Craig T. Cagney | craig.cagney@davispolk.com | Email sent to user |
| Antonio J. Perez-Marques | antonio.perez@davispolk.com | Email sent to user |
| Luca Marzorati | luca.marzorati@davispolk.com | Email sent to user |

Very truly yours,

/s/ Christine B. Choi

Christine B. Choi

cc:    fb.nso@davispolk.com
       k&snso@kslaw.com

# Exhibit 13

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**



CONFIDENTIAL



Specific architecture for each of the Clouds ------- teams of developers
Secure extraction and transmission ---------------- accessing the Clouds directly, understanding thresholds.. imitating the user.
Coherent data presentation -------------------------- using PGS3 investigation capabilities

CONFIDENTIAL



Never-ending releases of new.......  devices, OS, apps, and Clouds platforms
End-to-end encryption
Device security layers
Ever-increasing amounts of data

Increased security awareness
Switching devices and SIM cards
Frequently on the move
Use multiple, encrypted communication apps

CONFIDENTIAL



Data to Intelligence:
Intelligence-driven workflows
Focus on the data
Efficient way to handle mass amounts of data
Knowledge sharing and collaboration
Improved installation capabilities

CONFIDENTIAL



Communication - listen to cellular and/or encrypted VOIP calls, read encrypted IM correspondence, view emails and drafts...
Retrieve - ???
Locate – location per activity
Active – activate the phone from remote and turn it into an active intelligence collection tool. Operate the camera, take screen shots and listen to .. using room-tap. Real time operations



Cloud – IM, emails My activity, location history, backups and storage

NSO_WHATSAPP_00000083



# Demonstration

Data to Intelligence:
Intelligence-driven workflows
Focus on the data
Efficient way to handle mass amounts of data
Knowledge sharing and collaboration
Improved installation capabilities

NSO_WHATSAPP_00000084

# Exhibit 14

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Mobile EP Solution

## Product Highlights

CONFIDENTIAL

NSO_WHATSAPP_00000085

# CYBER INTELLIGENCE FOR THE MOBILE WORLD

Our company—a world leader in the cyber arena—owns and develops a mobile endpoint (EP) solution, a globally-positioned, cyber-intelligence solution.

The mobile EP solution enables law enforcement and intelligence agencies to—remotely and covertly— monitor, collect, and extract intelligence sourced from the most widely-sold Android and iOS smartphones.

This breakthrough solution enables governments to address the communication-interception challenges found on today's highly dynamic, cyber battlefields. It bridges a substantial technology gap to deliver complete and accurate intelligence to those fighting crime and terror-related activities.

# BENEFITS OF THE MOBILE EP SOLUTION

Organizations deploying the company's mobile EP solution achieve unmatched intelligence collection from targeted mobile devices—the solution overcomes smartphone data-interception challenges, as well as the limitations associated with standard interception methods.

The highly-secure installation mechanism and agent are transparent. Extensive resources are devoted to keeping our clients and products secure and, equally important, invisible.

Our various installation vectors feature remote and tactical methodologies that require zero to minimal engagement with targets—one click at most!

The mobile EP solution deploys invisible software, an agent, on a target's device to extract and securely transmit data to your secured servers for intelligence analysis.

- **Employ** one of our covert or triggered vector options to deploy an agent
- **Requires** minimal to no target engagement
- **Access** Android and iOS-based mobile devices, whether or not password-protected
- **Overcome** encryption, SSL, proprietary protocols, and other hurdles
- **Monitor** applications—Skype, WhatsApp, Viber, WeChat, Line, Facebook Messenger, Telegram, and more
- **Access** contacts, files, and passwords
- **Activate** environmental taps, and take snapshots and screenshots
- **Intercept** calls to transparently monitor voice and VoIP
- **Monitor** devices connected to the Internet
- **Obtain** accurate location information, and track targets using GPS and Cell ID (CID)
- **Collect** information about relationships, locations, calls, plans, activities
- **Uncover** virtual identities even if a target switches between virtual identities and SIM cards
- **Preset** the agent for automatic, self-destruct
- **Minimal** battery, memory, and data consumption

**All without** any need for physical proximity to a target or their device OR cooperation with local MNO

CONFIDENTIAL

# TARGET ACQUISITION

A target's smartphone and web accounts offer unlimited intelligence—the mobile EP solution opens the door wide to this data.

## Agent Endpoint

Configure an agent to securely collect and transmit chosen types of information via a reliable Internet connection.

Deploy the agent on your target's Android or iOS mobile device and begin to collect data—transmissions send hidden, compressed, and encrypted data to the mobile EP solution servers at pre-defined times.

Your target's activities are no longer concealed behind encryption protocols, *masking* techniques, or other communication-concealing methodologies.

## Account Endpoint

Account servers continuously store data, more often than not, without user knowledge. The account endpoint lets you remotely tap into a target's many account-based activities without any impact on the behavior of device applications and user accounts.

Remotely deploy an account endpoint to your target's smartphone. The activated endpoint operates independently to sync-and-extract data from targets' accounts. There is no agent, operator, or device involvement.

The account endpoint lifts users far and above smartphone content to derive data from tablets and computers. The target's complete, account-based app activities now roll in from multiple service and applications.

# AGENT INSTALLATION VECTORS

A mainstay of any carefully-planned intelligence operation is installing a mobile EP Solution agent or activating targets' accounts.

Supported installation methods and vectors are designed to support an array of operational scenarios.

| Vector | Location | MNO Cooperation | Field Team | Home Country | Uses |
|--------|----------|-----------------|------------|--------------|------|
| **Remote** | Global | No | No | ✓ | Triggered / Covert |
| **Tactical** | Within physical proximity to a target | No | ✓ | ✓ | Browsing session or opening an app |
| **Physical** | Within physical proximity to a target | No | ✓ | ✓ | Physical access to device |

CONFIDENTIAL

# DATA COLLECTION

Target acquisition is complete—an agent is installed and the account endpoint is activated.

Now the system begins to monitor and collect a comprehensive range of data from a target's mobile device and accounts. Historical data extraction pulls existing phone content, while monitoring and active collection bring in new data.

Collected data types:

| | |
|---|---|
| **Text** | Data is structured and small therefore simpler to transmit and analyze—includes IM, SMS, email, contact list, calendar records, and call log and browsing histories |
| **Audio** | Call recordings (GSM & VoIP), environmental taps (microphone activation and recording), and other audio-recorded files |
| **Visual** | Photo and video retrieval, as well as new snapshots and screenshots |
| **Files** | Mobile devices contain hundreds of files, some of which will hold vital intelligence—databases, documents, videos, and more |
| **Location** | Ongoing monitoring of a device's location using GPS and CID |

## Secured Data Transmissions

Strong algorithms and mutual authentication characterize the encrypted connection between agent and servers—transmitted data is encoded with a unique and asymmetric encryption.

Targets must be kept in the dark; therefore, it is essential to take into account data, battery, and memory use.

Agents installed deep in a device are well beyond OS privilege controls and are untraceable by antivirus and anti-spy software.

## MONITORING and INVESTIGATION

Collecting intelligence on hundreds of targets and devices generates vast amounts of data that require visualization, presentation, and investigation.

Gathered information is displayed in an easy-to-use, intuitive user interface.

- Collected data is organized per case
- Each case consists of related targets
- Target profiles show installed agents; e.g., devices with mobile EP agents



NSO_WHATSAPP_00000088

# Exhibit 15

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**



# ABOUT US

NSO Group is a global leader in the world of cyber-intelligence, data acquisition, and analysis. The company has over 600 employees and maintains its headquarters in Luxembourg, with offices in Israel, Bulgaria and Cyprus, and local presence in the US.

Since 2009, NSO's mission has been to equip selected intelligence agencies, militaries, and law enforcement organizations around the world with the strategic, tactical and analytical technology capabilities required to ensure the success of their operations  in fighting crime and terrorism.

NSO Group is the only company in its line of business that holds over 10 consecutive years of service to clients worldwide.

Our portfolio of solutions is 100% in house developed and maintained by a team of   cyber- intelligence and cellular-communication experts. Their designs constantly evolve to keep pace with an ever-changing cyber world.

We are committed to the proper use of our technology to help governments strengthen public safety and protect against major security threats.

NSO's advanced intelligence solutions are used globally and play a major role in preventing terror activities, combating human trafficking, and the war on drugs.

NSO_WHATSAPP_00000260

# Exhibit 16

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# ENDPOINT AGENT
## Turn Your Target's Smartphone into an Intelligence Goldmine

Our  unique software solution extracts the most sensitive and valuable intelligence from the target's smartphone, for an extended period of time.
The system enables the remote, direct and real-time extraction of encrypted data from all popular smartphones.

          or                    or          

Phone number                     Social media username                     Email address

## COVERT AND UNTRACEABLE AGENT-INSTALLATION VECTORS

## COLLECT ALL TYPES OF INFORMATION
The endpoint agent gathers valuable intelligence, such as:
Files | Contacts |Call logs | Email | Text Messages | IM | Cellular & VoIP calls | Location

## TURN DATA INTO ACTIONABLE INTELLIGENCE
- Monitor and sort target activities in real time.
- Understand activity context and draw valuable insights.
- Monitor physical movements through activity-level, geolocation mapping.

## OPERATIONALLY PROVEN SOLUTION

                                        

MNO
independent

Global reach

Most popular devices and
latest -  OS versions

Comprehensive
data collection

Advanced investigative
capabilities

          NSO_WHATSAPP_00000262

# Exhibit 17

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**



NSO_WHATSAPP_00000275

# Exhibit 18

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Turn Your Target's Smartphone into an Intelligence Goldmine

**ALL YOU NEED IS A TARGET IDENTIFIER**

 

**COVERT AND UNTRACEABLE AGENT-INSTALLATION VECTORS**

**COLLECT ALL TYPES OF INFORMATION**



igent gathers valuable intelligence, Contacts |Call logs | Email | Text Cellular & VoIP calls | Location

**TURN DATA INTO ACTIONABLE INTELLIGENCE**

**OPERATIONALLY PROVEN SOLUTION**

  



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY