JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S NOTICE OF PUBLIC FILING OF REDACTED EXHIBITS K, L, AND W IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. 396-5); REDACTED EXHIBITS A, B, AND C IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (DKT. 419-5); AND REDACTED EXHIBITS AA AND BB IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (DKT. 433-5)**<br><br>Action Filed:   10/29/2019 |

1

## NOTICE OF PUBLIC FILING OF REDACTED EXHIBITS

Defendants hereby submit this notice of their public filing, pursuant to the Court's Order re Omnibus Motions to Seal dated March 21, 2025 (Dkt. No. 633), of Redacted Exhibits K, L, and W in support of Defendants' Motion for Summary Judgment (Dkt. 396-5); Redacted Exhibits A, B, and C in opposition to Plaintiffs' Motion for Summary Judgment (Dkt. 419-5); and Redacted Exhibits AA and BB in support of Defendants' Reply in support of Motion for Summary Judgment (Dkt. 433-5).  Plaintiffs requested that the indicated redactions be made to the publicly-filed copies of these exhibits.

DATED:  April 4, 2025

KING & SPALDING LLP


By: _/s/ Aaron S. Craig_
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

# Exhibit K

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**





1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3               OAKLAND DIVISION

4    - - - - - - - - - - - - - - - x

5    WHATSAPP INC., a Delaware      :

6    corporation, and FACEBOOK,     :

7    INC., a Delaware corporation, :

8           Plaintiffs,        :   CASE NO.

9    v.                        :   4:19-cv-07123-PJH

10   NSO GROUP TECHNOLOGIES LIMITED:

11   And Q CYBER TECHNOLOGIES       :

12   LIMITED,                       :

13          Defendants.        :

14   - - - - - - - - - - - - - - - x

15        HIGHLY CONFIDENTIAL, ATTORNEYS' EYES

16      VIDEOTAPED DEPOSITION OF ANDREW ROBINSON

17           Thursday, September 19, 2024

18                  9:36 a.m.

19

20

21   JOB NO.:  44484

22   Pages 1 through 389

23   Reported By:  CASSANDRA E. ELLIS, CSR-CA #14448,

24   CSR-HI #475, CCR-WA #3484, RPR, RMR, RDR, CRR,

25   Realtime Systems Administrator #823848

```
1                    P R O C E E D I N G S
2                    THE VIDEOGRAPHER:   Good morning.
3    This is the beginning of media in the deposition
4    of Andrew Robinson, taken in the matter of
5    WhatsApp, Inc., a Delaware corporation, and
6    Facebook, Inc., a Delaware corporation,
7    plaintiffs, versus NSO Group Technologies
8    Limited and Q Cyber Technologies Limited,
9    defendants, Case Number 4:19-cv-07123- -- DJH --
10   PJH, held in the United States District Court,
11   Northern District of California, Oakland
12   division.   Today's date is September 19th, 2024,
13   and the time on the monitor is 9:36 a.m.
14                    My name is Robyn Ellis, and I am
15   the legal videographer.   The court reporter is
16   Cassandra Ellis.   We are representing Olender
17   Reporting.
18                    Counsel appearances will be noted
19   on the stenographic record.
20                    Will the court reporter please
21   swear in the witness, then you may proceed.
22                    (Witness sworn)
23                    MR. AKROTIRIANAKIS:   Good morning.
24   Joe Akrotirianakis and Jonathan Weinberg on
25   behalf of the defendants.
```

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 7 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1              MR. MARZORATI:  Good morning.  Luca

2     Marzorati from Davis Polk and Wardwell, on

3     behalf of the plaintiffs.  With me here is

4     Michael Chmelar from META Platforms, Inc.

5              MR. AKROTIRIANAKIS:  We don't have

6     a remote deal today, do we?

7              MR. MARZORATI:  No.

8              MR. AKROTIRIANAKIS:  All right.

9                    ANDREW ROBINSON

10       having been duly sworn, testified as follows:

11                    EXAMINATION

12     BY MR. AKROTIRIANAKIS:

13              Q.   Good morning, Mr. Robinson.  My

14     name is Joe Akrotirianakis.  We met outside the

15     room.  I am the attorney for the defendants in

16     this case; do you understand that?

17              A.   I do.

18              Q.   Okay.  Your first name is Andrew,

19     but you generally go by Drew; do I understand

20     correctly?

21              A.   That is correct.

22              Q.   And would it be appropriate to

23     address you as Mr. Robinson?

24              A.   Sure.

25              Q.   In other words, you don't have,

1                     So could I direct your attention,

2          once again, to Exhibit 1204, and there's, on

3          line two of Exhibit 1204, there's a date of

4          October 2015 and a reference to a vulnerability

5          CVE-2019-3568.  Can you tell us what

6          CVE-2019-3568 is meant to designate?

7                     MR. MARZORATI:  Objection, lacks

8          foundation.

9                A.   CVEs are numbers which are commonly

10         used to document vulnerabilities in software.

11               Q.   And does CVE stand for something?

12               A.   It does, I am failing to recall

13         what it stands for, off the top of my med.

14               Q.   Okay.  Is it at least the V part

15         vulnerability?

16               A.   I believe so.

17               Q.   The vulnerability that is

18         designated in this document 1204, as

19         CVE-2019-3568, was something that existed in

20         WhatsApp's code base; is that right?

21                     MR. MARZORATI:  Object to form.

22                     THE WITNESS:  Sorry, could you

23         repeat the question?

24       BY MR. AKROTIRIANAKIS:

25               Q.   Is the vulnerability CVE-2019-3568

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 9 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    something that existed in --

2                    MR. AKROTIRIANAKIS:  I'll just wait

3    until they go by.

4                    Off the written record.

5                    (Discussion held off the written

6    record.)

7                    MR. AKROTIRIANAKIS:  All right.

8    Back on the written record.  The sirens have now

9    gone.

10   BY MR. AKROTIRIANAKIS:

11           Q.   Mr. Robinson, do you see line two,

12   on Exhibit 1204?

13           A.   I do.

14           Q.   Okay.  And that date time is

15   October 2015; right?

16           A.   Yes.

17           Q.   And there's a reference to a

18   vulnerability CVE-2019-3568; do you see that?

19           A.   Yes.

20           Q.   Okay.  And it reads, in terms of

21   the event, that the vulnerability CVE-2019-3568

22   was introduced into the VoIP code base; do you

23   see that?

24           A.   Yes.

25           Q.   Okay.  You don't have any reason to

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 10 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1   believe that it was NSO or anybody affiliated

2   with NSO that introduced the vulnerability

3   designated CVE-2019-3568 into the WhatsApp VoIP

4   code base; am I correct?

5             MR. MARZORATI:  Objection to form.

6             You can answer if you understand

7   the question.

8        A.   I don't believe anyone affiliated

9   with NSO introduced the vulnerability into our

10  code base.

11       Q.   Okay.  And do you know, at all, who

12  introduced that vulnerability?

13            MR. MARZORATI:  Objection, calls

14  for speculation.

15       A.   I do not.

16       Q.   It was somehow imported by the

17  engineers of WhatsApp?

18            MR. MARZORATI:  Objection, calls

19  for speculation.

20       A.   I do not know.

21       Q.   Okay.  During your investigation of

22  S178165, which is a reference to a WhatsApp VoIP

23  stanza RCE affecting client, you never

24  determined that there had been any remote code

25  execution on WhatsApp servers, am I right?

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 11 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.        Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1          MR. MARZORATI:  Objection to form.

2          MR. AKROTIRIANAKIS:  Give me 1501.

3          THE WITNESS:  Could you restate the

4    question one more time for me?

5          MR. AKROTIRIANAKIS:  Sure.

6    BY MR. AKROTIRIANAKIS:

7          Q.   RCE is remote code execution;

8    right?

9          A.   Correct.

10          Q.   All right.  During your

11   investigation of S178165, you never determined

12   that there had been any remote code execution on

13   WhatsApp's servers; am I correct?

14          MR. MARZORATI:  Objection to form.

15          A.   There had not been remote code

16   execution on WhatsApp servers, to mean that

17   there was no remote code execution vulnerability

18   on WhatsApp servers, themselves.

19          MR. AKROTIRIANAKIS:  This is

20   Exhibit 1501.

21          (Exhibit No. 1501 was marked for

22   identification.)

23   BY MR. AKROTIRIANAKIS:

24          Q.   I believe you previously testified

25   that a document like this is something called a

```
 1   Work Chat?
 2           A.    It could be, yes.
 3           Q.    Okay.  Do you recognize Exhibit
 4   1501 as a Work Chat between yourself and █████████
 5   ██████████?
 6           A.    I believe so, yes.
 7           Q.    ███████████████ writes to you:  I am
 8   looking into this task, and he gives the number
 9   of the task that we previously saw in Exhibit
10   1105; correct?
11           A.    That is correct.
12           Q.    I'm looking into this task, and we
13   might have someone exploiting a bug on WhatsApp,
14   and I might need your help, not sure if it is
15   legit or not yet; do you see that?
16           A.    Yes.
17           Q.    Why is it that ██████████████ might
18   need your help in this situation?
19                 MR. MARZORATI:  Objection, calls
20   for speculation.
21           A.    I'm not sure, but I can speculate
22   that it is because the issue, at present, was
23   the string that is present on page 10 of 1105,
24   which they needed me to analyze.
25           Q.    Okay.  And the reference that
```

1    that's the CPCP, copy function within Linux.

2              The next command is a string that

3    basically is attempting to stop the part of the

4    WhatsApp voice calling service.

5              And then the next command kind of

6    brings it all together to run the activity

7    manager and stop -- stop the voice foreground

8    service, that's -- that's foreground

9    notifications that you're receiving a call in

10   WhatsApp.

11             And then the last page sets up a

12   command to remove some of the files that were

13   created earlier, so that copy of activity

14   manager ends up getting removed, as well as any

15   other file that may start with the letter T

16   within that folder.

17             And then they echo out the ELF file

18   contents, the hexadecimal contents into the T

19   file within the WhatsApp path.  They set it with

20   read/write and execute permissions, globally,

21   that's the CHMOD command we saw earlier.

22             And then they run the command

23   piping the X file within the WhatsApp directory

24   structure, with the firewall be the TV file, and

25   then, finally, again CHMOD in that resulting

1    file written with global read/write/execute.

2                        And then they invoke that newly

3    downloaded file indicating that has been

4    executable with four parameters, and then remove

5    it, I believe that's -- yep, that's the last of

6    it.

7            Q.    And this executable was executed

8    exclusively on the target device; correct?

9                        MR. MARZORATI:  Objection, lacks

10   foundation, calls for speculation.

11           A.    I speculate that it was intended to

12   execute on target devices.

13           Q.    You don't know if it was, in fact,

14   ever executed on any other target device?

15                       MR. MARZORATI:  Objection, calls

16   for speculation.

17           A.    I believe that it was.

18           Q.    Executed exclusively on target

19   devices?

20           A.    Not exclusively, I believe it was

21   executed on any target device that was

22   explicitly this exploit.

23           Q.    Okay.  But what --

24           A.    It's what it would have given the

25   way that computers do exactly what you tell them

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 15 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1  to do if somebody was executed on the

2  vulnerability.

3          Q.   Okay.  But it was not a script that

4  ever would have been executed on a WhatsApp

5  server; correct?

6              MR. MARZORATI:  Objection to form.

7          A.   Not to my knowledge.

8          Q.   Meaning, yes, I am correct?

9          A.   It would not have executed on

10  WhatsApp server, based on my knowledge.

11          Q.   Thank you.  That's one of the weird

12  things in deposition, when you say no and you

13  mean yes, it's just a weird way of speaking.

14              All right.  In terms of removing

15  files from the device, the only files that would

16  be removed by way of this code that you have

17  just walked us through would the running of the

18  script in the first place; is that right?

19              MR. MARZORATI:  Objection to form,

20  misstates testimony.

21          A.   Not necessarily.

22          Q.   I thought you were just walking us

23  through how the file disappeared, itself, for

24  lack of a better term, at the end?

25          A.   Mm-hmm.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 16 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.         Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1            MR. MARZORATI:  Objection.  Wait

2     for a question.

3            THE WITNESS:  Oh, sorry.

4  BY MR. AKROTIRIANAKIS:

5        Q.   Is that correct?

6            MR. MARZORATI:  Objection,

7     misstates testimony.

8        A.   That is correct.

9        Q.   Okay.  And the code, as you are

10    able to read it, does not, in and of itself,

11    remove any files from the target device based on

12    the running of the script that we're looking at

13    on pages 6, 7 and 8; right?

14            MR. MARZORATI:  Objection,

15    misstates testimony.

16        A.   My reading of this is it would

17    remove files from the devices it ran on.

18        Q.   Okay.  And what -- what part of

19    that is the removal of files?

20        A.   That is the -- the two commands

21    that are noted as RN, dollar sign, curvy brace

22    T, close curvy brace star, R stands for remove.

23        Q.   And do you understand that to be a

24    remove of other files, other than the -- the

25    script that you've just walked us through?

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2                   I, Cassandra E. Ellis, Registered
 3     Professional Reporter, the officer before whom
 4     the foregoing proceedings were taken, do hereby
 5     certify that the foregoing transcript is a true
 6     and correct record of the proceedings; that said
 7     proceedings were taken by me stenographically
 8     and thereafter reduced to typewriting under my
 9     supervision; and that I am neither counsel for,
10     related to, nor employed by any of the parties
11     to this case and have no interest, financial or
12     otherwise, in its outcome.
13                   IN WITNESS WHEREOF, I have hereunto
14     set my hand this 23RD day of September 2024.
15
16
17
18     _Cassandra E. Ellis_____
19     CASSANDRA E. ELLIS, CSR-CA #14448, CCR-WA #3484,
20                        CSR-HI #475, RPR, RMR, RDR,
21                        CRR, REALTIME SYSTEMS
22                        ADMINISTRATOR #823848
23
24
25
```

# Exhibit L

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**





Swivel Legal Solutions  |  Phone: 800.540.9099  |  www.swivellegal.com

1          UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3              OAKLAND DIVISION

4    _____

5    WHATSAPP INC., a Delaware            )
     corporation, and FACEBOOK, INC.,     )
6    a Delaware corporation,              )
     a Delaware corporation,              )
7                                         )
               Plaintiffs,                )
8         v.                              ) Case No.
                                          ) 4:19-cv-07123-PJH
9    NSO GROUP TECHNOLOGIES LIMITED       )
     and Q CYBER TECHNOLOGIES LIMITED,    )
10                                        )
                                          )
11             Defendants.                )
     _____)

12

13        HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14          VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                   DEPOSITION OF

16     WHATSAPP INC., by and through its Designated

17                  Representative,

18               CLAUDIU GHEORGHE

19          Palo Alto, California 94304

20            Friday, August 16, 2024

21

22   Reported Stenographically by:
     MARY J. GOFF
23   CSR No. 13427
     WA CSR No. 21030779
24   Job No. 3296
     PAGES 1-295

25

1  joining remotely.  I think that Matt Dawson --

2  Matthew Dawson is probably joining remotely.

3          ATTORNEY MARZORATI:  It looks like Terry

4  McGraw also.

5          ATTORNEY CRAIG:  Yeah, Terry -- Terrence,

6  T-E-R-R-E-N-C-E, for the record.  McGraw,

7  M-C-G-R-A-W.

8          ATTORNEY WEINBERG:  All right.

9          ATTORNEY BLOCK:  I'm Micah Block from

10 Davis Polk for Plaintiffs.

11          With me from Davis Polk is Luca Marzorati.

12          We likely will be joined later in the

13 deposition by Meenu Matthews in person and by Craig

14 Cagney on the Zoom, neither of whom are yet present.

15          Also with us from META Platforms, Arif

16 Dhilla in person.  And we may have Michael Chmelar

17 on Zoom at this point.

18          And I will provide you spellings at a

19 break.

20          THE VIDEOGRAPHER:  Thank you.  Will the

21 court reporter please swear in the witness.

22              CLAUDIU GHEORGHE,

23 Being first duly sworn or affirmed to testify to the

24 truth, the whole truth, and nothing but the truth,

25 was examined and testified as follows:

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 22 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024
Job 3296

```
 1                          EXAMINATION

 2   BY ATTORNEY WEINBERG:

 3        Q    All right.  Thank you, Mr. Gheorghe.

 4             I hope -- I will get that right by at the

 5   end of the day, I'm sure.

 6             Have you been deposed before.?

 7        A    No.  This is the first time ever.

 8        Q    Well, congratulations.

 9             You have been designated by WhatsApp on

10   certain topics to speak on behalf of WhatsApp under

11   Rule 30(b)(6).

12             You're also here under your personal

13   capacity under Rule 30(b)(1), so we would like to

14   just make sure that when we're talking to you, we

15   separate out those two personas, if you will.

16             We'll probably spend most of the day today

17   on your personal 30(b)(1) topics.  And when we go to

18   your 30(b)(6), we'll make a note for the record so

19   that we can note the times.

20        A    Sounds good.

21        Q    You have just sworn to tell the truth, so

22   you do understand you're under oath to tell the

23   truth?

24        A    Absolutely.

25        Q    So only answer if you have understood my
```

1    partner that was assigned to WhatsApp.

2              And part of the security team was not

3    just -- not just hiring new people that worked full

4    time for WhatsApp, but it was also working

5    cross-functionally with other teams in Facebook like

6    the Facebook security team.

7              And there were already people assigned to

8    WhatsApp before we had the team.  It was just not

9    organized in the same way that we did it after.

10        Q    Do you remember in 2019, when you became

11   the software engineering manager for application

12   security, who you reported to?

13        A    The first manager that I had was ████████

14   ████.

15        Q    And you had another manager after that,

16   evidently?

17        A    Yeah, he left the company.  And then the

18   next manager that I had was ████████████.

19        Q    And then how big was your team by the end

20   of 2019?

21        A    By the end of 2019, I have to remember,

22   but I think we only had three years, I believe, in

23   the team.

24        Q    And who were they?

25        A    I believe ██████████████ and ██████████

1    ████.

2         Q    Can I grab Exhibit 11 -- actually, it's

3    1083, but it'll be Document Exhibit 1149.  This was

4    used yesterday or two days ago.

5              ATTORNEY WEINBERG:  1083.

6              (Exhibit 1083 was marked for

7    identification and is attached to the transcript.)

8         Q    (BY ATTORNEY WEINBERG) Do you recognize

9    this document?

10        A    Oh.  It's a presentation.  Yes, I

11   recognize this document.

12        Q    What is Exhibit 1083?

13        A    It is a presentation of the technical

14   details of the attack that we found and remediated

15   in May 2019.

16             It was presented internally inside

17   Facebook.  It was not an external document.

18        Q    When was it presently internally?  Do you

19   remember?

20        A    I don't remember the exact date.

21   Somewhere between September and November 2019, I

22   believe.

23             ATTORNEY BLOCK:  I'm going to take this

24   opportunity before I forget to designate the

25   transcript for confidentiality with the designation

1    of "Highly Confidential, Attorneys' Eyes Only."

2         Q    (BY ATTORNEY WEINBERG) Who wrote this or

3    created this PowerPoint?  Do you know?

4         A    It was a collaboration between multiple

5    people.  I collaborated with.  Otto Ebeling

6    collaborated as well.  Brendon Tiszka, I believe,

7    collaborated, and Andrey Labunets.

8         Q    Who is Otto Ebeling?

9         A    Otto Ebeling is a security engineer.  He

10   used to be in the Facebook security team at the end

11   of the investigation, and he worked closely with us

12   on the investigation.

13        Q    At the tail end of this Exhibit 1083, it

14   says -- on page 25, is a slide entitled "Going

15   Forward.  And it says:

16                   The WhatsApp security team is

17              hiring.

18              Do you see that?

19        A    Yes.

20        Q    It says:

21                   The WhatsApp security team has

22              been created and will be focusing

23              on engineering work to improve the

24              security of WhatsApp.  Reach out to

25              Claudiu Gheorghe if you want to

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 26 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3296
WHATSAPP INC. on 08-16-2024

1              join WhatsApp security.

2              Do you see that?

3       A    Yes.

4       Q    So I was hoping you could tell me a little

5  bit more about this team and whether it was created,

6  it appears, in response to the stanzaming incident.

7              ATTORNEY BLOCK:  Objection to the form of

8  the question.  Mischaracterizes the evidence;

9  assumes facts.

10      A    This team -- the scope of this team and

11 the plan to build a team like that existed prior to

12 the incident.

13      Q    (BY ATTORNEY WEINBERG) Oh.  When --

14      A    Every product team inside Facebook had a

15 security team at that moment, so I remember talking

16 about what -- about having a security team

17 beforehand.  I don't remember exactly the details of

18 the conversations.  I -- it's been a while since

19 then.

20              But the idea of having a security team

21 already existed.  We already had security partners

22 championing that idea internally.

23              The reason why we thought it was a good

24 thing to do is because we got so many ideas after

25 the incidents about what we can do, and it became --

```
 1        A    Yes.

 2        Q    (BY ATTORNEY WEINBERG) So we spoke about

 3   two different kinds of messaging earlier, the

 4   signaling servers and the relay servers.

 5             I just want to make sure that we

 6   distinguish those and talk a little bit about the

 7   functionality of each of them.  So the White Paper

 8   says that the application -- I'm sorry --

 9                  The server application helps

10             the clients establish a call.

11             Is this referring to the signaling server?

12   Let me --

13             ATTORNEY BLOCK:  I object -- I'm going to

14   object to the question.

15        Q    (BY ATTORNEY WEINBERG) -- let me withdraw

16   and rephrase.  I'm just trying to get a sense of --

17   when this paper -- White Paper is talking about the

18   server application, I'm trying to figure out if it's

19   talking about both of those kinds of servers or just

20   one.

21             So my first question is:  For establishing

22   a call, that's the signaling server, from my

23   understanding; is that correct?

24             ATTORNEY BLOCK:  Object to form.

25        A    It is partially correct.  So a starting of
```

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 28 of 237

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1    the call -- the initiation of the call starts with

2    the signaling server, but there's -- there's some

3    parts of the communication between the phone that

4    also the relay is facilitating at the beginning.  So

5    it's --

6        Q    (BY ATTORNEY WEINBERG) So --

7        A    -- a shared responsibility between

8    signaling and the relay server.

9        Q    Okay.  Can you explain to me how that

10   works?

11       A    What part of it?

12       Q    You said that there was a shared

13   responsibility for initiating calls; the signaling

14   server performed some functions the relay server

15   performs some attended functions as well?

16       A    Yes.

17       Q    I just wanted you to break that out for me

18   so I understand what functions they perform and how

19   they perform them.

20            ATTORNEY BLOCK:  Objection to form.

21       A    The signaling server is used to initiate

22   the voice or video call.  Everything starts with the

23   signaling server.

24            It is using a previously authenticated

25   channel that is also used for messaging to initiate

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 29 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1  the call and pass a basic configuration about the

2  call.

3         The signaling server, it is the one -- the

4  signaling server is the one that actually picks the

5  relay servers involved in the call.

6      Q    (BY ATTORNEY WEINBERG) What do you mean,

7  the signaling server picks the relay server?

8      A    So the signaling servers are just several

9  of them -- several clusters of them.  Sorry.

10         The signaling servers are running inside

11  the data centers along with the rest of the chat

12  servers, and we only have several locations -- in

13  2018, there were only a few locations in the U.S.

14  where the signaling servers would run.

15         On the other hand, the relay servers are

16  geographically distributed, and there's a very large

17  number of them.  More than a hundred locations.

18         So the signaling server, based on a

19  certain algorithm, picks the relay servers involved

20  in the call and passes that, both the caller and the

21  callee.

22      Q    Okay.  So let's start with the signaling

23  server clusters.  You said that there were only a

24  few locations where those were; is that right?

25      A    Yes.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 30 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1      Q    How many signaling servers are there,

2  period?

3      A    Like, physical machines?

4      Q    Well, logical machines or physical

5  machines.

6      A    Logically --

7           ATTORNEY BLOCK:  Objection to form.

8           Go ahead.

9      A    -- logically, I assume you're referring to

10  a cluster in a particular data center?

11      Q    (BY ATTORNEY WEINBERG) Well, you

12  understand the concept of a logical server?

13      A    Yeah, it's like, a -- a cluster,

14  essentially.  Like a group of servers that act just

15  as one.

16      Q    Is --

17      A    That's what I'm understanding.

18      Q    Yeah.  And so the logical server could

19  receive messages and then route it to some physical

20  server.  Is that what we're talking about here?

21      A    All the messages are being processed only

22  by physical servers, but they're being ingested from

23  the Internet as logical servers.

24           They are behind -- so behind the load

25  balancer, they're the actual physical servers.

1              So first it gets to the edge load

2    balancer.  Then it gets to the data center load

3    balancer.  And the data center load balancer will

4    route the request to a server that is available at

5    that time and that it's not under a high load.

6              But eventually the message is being

7    processed by a physical server within that logical

8    cluster or logical server.

9        Q    When a request VoIP call initiation

10   request comes in, you said that -- or the first

11   layer of load balancing is the edge load balancer.

12             How does the system decide which edge load

13   balancer should receive the request?

14             ATTORNEY BLOCK:  Objection to form.

15       A    So for this, we use something called a

16   geographical targeting at the DNS level.

17             So it's a very sophisticated system that

18   basically based on the DNS resolver that's used, it

19   will give you the IP address of your closest edge

20   location.

21       Q    (BY ATTORNEY WEINBERG) So let me see if I

22   understand that particular step.

23             And we're talking about 2019 and how the

24   system worked at that time?

25       A    Yes.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 32 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1       Q    If I open up the WhatsApp -- WhatsApp

2   application and wanted to make a VoIP call, my phone

3   would make a request to some -- to my ISP for some

4   kind of URI; is that right?

5            ATTORNEY BLOCK:  Objection to form.

6       A    It would make -- it would make a request

7   to ISP for a DNS name.

8       Q    (BY ATTORNEY WEINBERG) And what DNS name

9   would it be in 2019?

10      A    I think it was something like

11  chat.whatsapp.com -- or whatsapp.net.

12           I think that was the domain that we used.

13      Q    Okay.  And my DNS request would be

14  resolved into some IP address; is that correct?

15      A    Yes.

16      Q    And what -- that resolution happens by the

17  DNS server, correct?

18      A    Yes.  It's based on the DNS resolver that

19  originated the request.

20      Q    Can you say more about that?

21      A    Yes.

22           ATTORNEY BLOCK:  Objection to form.

23      A    It's a hierarchical DNS system, so you

24  would -- the client would -- depending on your

25  network configuration, you would contact a

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 33 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3296
WHATSAPP INC. on 08-16-2024

1  particular DNS server.

2          Typically that's, like, in your local

3  enter -- or your ISPs, DNS servers.  So if you're

4  connected to AT&T, you would contact the AT&T's DNS

5  resolver.  And further, AT&T's DNS resolver would

6  reach -- would contact the WhatsApp DNS resolver

7  with the original IP of the -- of the client that

8  asked for the resolution.

9      Q    (BY ATTORNEY WEINBERG) Okay.  So the

10 client asks for this URI, possibly

11 chat.WhatsApp.net, and then the local ISP has a DNS

12 resolver that resolves that URI to some IP address?

13     A    Yes.

14     Q    That DNS resolver is controlled by the

15 ISP, right?

16          ATTORNEY BLOCK:  Objection to form.

17     A    Which DNS resolver?

18     Q    (BY ATTORNEY WEINBERG) The IP -- the ISP's

19 DNS resolver is a server owned and operated by the

20 ISP?

21          ATTORNEY BLOCK:  Objection to form.

22     A    Yeah, I assume so.

23     Q    (BY ATTORNEY WEINBERG) Okay.  So the DNS

24 resolver of the ISP then resolves the URI into it

25 and IP address that goes to -- that points to the

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 34 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1   WhatsApp DNS resolver?

2            ATTORNEY BLOCK:  Object to form.

3        A    It does not point to the WhatsApp DNS

4   resolver.

5        Q    (BY ATTORNEY WEINBERG) Okay.  So clarify

6   for me the relationship between the ISP's DNS

7   resolver and the WhatsApp DNS resolver.

8            ATTORNEY BLOCK:  Object to form.

9        A    Yeah, so in the DNS protocol, there's a

10  name server entry, so basically the -- the ISP's DNS

11  resolver is not an authoritative source of resolving

12  that IP.  It can only cache the result.

13           So what it does is it looks at the name

14  server entry, and it will contact the designated

15  server -- the official DNS server of WhatsApp, which

16  is controlled by WhatsApp.

17       Q    (BY ATTORNEY WEINBERG) Okay.  So now at

18  this point WhatsApp's DNS resolver will return an

19  IP address -- or sorry, not return -- will identify

20  an IP address of some server to receive the request;

21  is that right?

22       A    It will identify an IP address of an edge

23  location, which is also a logical set of machines.

24       Q    And the edge location, that's the

25  IP address of an edge load balancer?

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 35 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1      A     Yes, that's accurate.  An edge load

2  balancer has multiple IP addresses, and this is one

3  of them.

4      Q     How does the WhatsApp DNS resolver decide

5  which edge load balancer to route the request to?

6      A     It's based on a complex data analysis of

7  latencies from the global network that Facebook has.

8  So we collect latency measurements from the device

9  -- and end devices for a period of time.

10             And based on those network measurements

11  and based on all the BGP routes that we collect from

12  all the edge locations across the globe, we have an

13  internal data set that basically knows almost every

14  network in this world, how far it is from the edge

15  locations that we have.

16             So it's based on latency and availability,

17  obviously.  Because in some cases if the cluster is

18  down, then it won't result it.

19      Q     So the WhatsApp DNS resolver is what

20  chooses which edge load balancer to route the

21  request to?

22      A     Yes.  The WhatsApp load balancer -- the

23  WhatsApp DNS resolver is actually using the same as

24  the Facebook DNS resolver with some customization.

25             So it's a custom data set for WhatsApp,

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 36 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3296
WHATSAPP INC. on 08-16-2024

1   but it's the same system that Facebook uses for all

2   the other products like Instagram and other things.

3        Q    Can a request specify that it has to go to

4   a particular edge load balancer?

5             ATTORNEY BLOCK:  Objection to form.

6        A    Not that I'm aware of.

7        Q    (BY ATTORNEY WEINBERG) Where are -- I'm

8   sorry.  Scratch that.

9             You said the edge load balancer is a

10  logical server; is that correct?

11       A    Yes.

12       Q    How many are there -- or were there in

13  2019?

14       A    How many logical servers?

15       Q    How many logical -- how many logical

16  servers implemented the edge load balancing layer in

17  2019?

18            ATTORNEY BLOCK:  Objection to form.

19       A    So how many locations across the globe?

20       Q    (BY ATTORNEY WEINBERG) No.  So there -- we

21  spoke about logical servers and the physical

22  servers --

23       A    Yes.

24       Q    -- behind them?

25       A    Yeah.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 37 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3296
WHATSAPP INC. on 08-16-2024

1        Q    So when we're at the logical layer, the
2   WhatsApp DNS resolver is sending out this request to
3   its chosen edge load balancer, which it chooses on
4   its own?
5        A    Which is a logical, yes.
6        Q    So what I'm asking is:  How many choices
7   does the WhatsApp DNS resolver have?
8        A    Yes.  More than hundred.
9        Q    Over a hundred.
10            And so behind those 100 logical servers
11   that implement the edge load balancer, there are
12   also physical servers, correct?
13        A    Yes, at every layer of the load balancing
14   there are -- so every layer has its own logical and
15   physical set of servers.
16            In one PoP in one edge location there's
17   typically, like, either four or four racks of
18   servers, which is, like, somewhere between, like,
19   32 and 128, I think, servers for each edge location.
20        Q    So are all the physical servers of any
21   given logical server of the edge load balancer in
22   the same location?  Maybe I'll rephrase the question
23   for you.
24        A    Yes, please.
25        Q    You said that there's over a hundred

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 38 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1  logical servers that implement edge load balancing?

2             ATTORNEY BLOCK:  Objection to form.

3        A    There are hundred -- more than a hundred

4  locations across the globe that are edge locations.

5        Q    (BY ATTORNEY WEINBERG) Okay.  And so each

6  one of these locations will have one or more logical

7  servers there that can be addressed by requests

8  coming from the WhatsApp DNS resolver?

9             ATTORNEY BLOCK:  Objection --

10       A    Yes.

11            ATTORNEY BLOCK:  -- to form.

12       Q    (BY ATTORNEY WEINBERG) Is it typically one

13 logical server per location or were there some

14 locations that had multiple logical servers?

15            ATTORNEY BLOCK:  Objection to form.

16       A    What I understand as a logical server in

17 this case is what we call a virtual IP.

18            And every edge location has a lot of

19 virtual IPs for every Facebook service.  So this is

20 shared infrastructure that all of Facebook services

21 use.

22            Instagram will have their own IP.

23 WhatsApp has their own IP.  And behind that IP is --

24 it's a virtual IP, so it'll have a bunch of servers

25 behind it.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 39 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1      Q     (BY ATTORNEY WEINBERG) All right.  So just

2  to be clear -- I just want to make sure that the --

3  once a request is sent to a logical server at a

4  particular edge location, the physical server that

5  will handle that request is going to be at that same

6  location at a particular location, the edge

7  location?

8            ATTORNEY BLOCK:  Objection to form.

9      A     What do you mean by "handling"?

10     Q     (BY ATTORNEY WEINBERG) Well, requests are

11 handled -- in a client server architecture, clients

12 send requests to servers and servers handle the

13 requests, right?

14           ATTORNEY BLOCK:  Objection to form.

15     A     So my understanding of the handling, it

16 depends on the layer of -- in the software stack.

17           The edge location will only do minimal

18 handling.  Like, it does some handling of the

19 request with regards to routing.

20           So it will unpack the header of the

21 request and look for some information in that header

22 to see to -- to see what data center it has to route

23 the request to, but it doesn't do more than that.

24     Q     (BY ATTORNEY WEINBERG) So there's two

25 different layers of load balancing that you

```
 1        A     Yes.
 2        Q     And the load balancer -- the edge load
 3   balancer has a choice of which physical server to
 4   use?
 5        A     The edge load balancer?
 6        Q     The logical server that is the edge load
 7   balancer has a choice of which of the physical
 8   servers to use?
 9        A     I think there's a little confusing here
10   with the load balancing, because there are, like,
11   multiple layers involved.
12        Q     Yeah.
13        A     So in a PoP, in a particular edge
14   location, the load balancer that makes the load
15   balancing decision is at the -- what we call the L5
16   layer, so it looks at the -- basically the TCP
17   layer.
18              And that one is a different load balancer
19   than the one that unpacks the header and does what I
20   just mentioned.
21        Q     Okay.  Well, I think that -- I was trying
22   to ask a really simple question, but I'm having
23   difficulty asking it evidently, so let's just skip
24   to the next layer.
25              You said that the edge load balancer
```

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 41 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1   decides which data center to use?

2        A     Yeah.

3        Q     So it has more than one data center it

4   could choose from, right?

5        A     Yes.

6        Q     And those data centers are in different

7   locations?

8        A     Yes.

9        Q     How does it make that decision of which

10  data center to use?

11       A     It is -- the decision is based on a

12  preference sent by the client with that special --

13  specific header.

14             That is a token that the client just

15  forwards.  It's something that is created at the

16  time of registration, from what I remember.

17             So when you -- when a user registers to

18  WhatsApp, it gets assigned to a particular region to

19  be handled.  And there's a token pass to the client

20  that they will have to set in the header.

21             However, it's subject to availability.  So

22  if the -- that region is not available, the load

23  balancer is entitled to send it to some other

24  available data center.

25       Q     Okay.  And so the client request has some

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 42 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1  token in it that identifies a preference for a

2  certain geographic location?

3      A    Yes, so that -- but I want to make it --

4  be clear that that preference is set by the server

5  previously.

6           It's not something that, like, a human

7  would decide.  Like, it's not like you have an

8  option in the app to say:  Oh, I want to go to

9  Altoona or Prineville or whatever.

10     Q    Which server sets that token?

11     A    The chat server will create that token at

12 the time of the registration when the user

13 registrates for the first time on the platform.

14     Q    And how does that token make its way to

15 the edge load balancer?  Who created it?

16     A    It's sent in the header by the client.

17 It's a binary token that is sent in the header of

18 the noise protocol.

19     Q    Okay.  And the edge load balancer

20 considers that a preference, but it can make --

21 ultimately, it can make its decision to route this

22 request to any data center that it --

23     A    Is available.

24     Q    -- decides is appropriate; is that

25 correct?

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 43 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                          Job 3296

1        A     Yes.

2        Q     The WhatsApp user doesn't have a choice in

3    setting this preference, right?

4        A     Yes.

5        Q     Okay.  So once the edge load balancer

6    picks a data center, my understanding is that it

7    forwards the request to another load balancer; is

8    that right?

9        A     That's accurate.

10        Q     And that load balancer is specific to that

11    data center?

12        A     Yes.

13        Q     And that load balancer decides which of

14    the physical servers in the data center to use to

15    process the request?

16        A     Yes, that's accurate.

17        Q     So I'm interested about this token that's

18    created by the -- is it the chatdserver?

19        A     Yes.

20        Q     What's the form of that token?  Could you

21    describe it?

22        A     My memory is a little unclear on this,

23    like, on the specifics.

24             It has the protocol -- the WhatsApp

25    protocol number in it, and it has another binary

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 44 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                                    Job 3296
WHATSAPP INC. on 08-16-2024

1  field that specifies the region where to -- where to

2  route.  It's a very small header.  I think it's

3  something like six or eight bytes, from what I

4  remember.

5        Q    Is it sent in plain text?

6        A    Yeah.

7        Q    Is it part of the, pardon me, offer

8  stanza?

9        A    And it's not part of -- it's a different

10 layer.  It's a -- so it's part of the transport

11 layer.

12            WhatsApp uses a custom encryption layer

13 called noise.  And this is basically a part of that.

14 It's part of transport.

15            Stanza is at the application level, so

16 after it gets -- it's only in -- within the chat

17 servers that they have access to the stanzas.

18       Q    Got it.  Could you spell that noise?

19       A    Noise.  It's called noise just like the

20 word "noise."  Yeah.

21       Q    Is it an acronym?

22       A    No.  It's just the name of the protocol.

23 It's an equivalent to a HTTPS.

24       Q    And that's at the transport layer?

25       A    Yes.

1  optional?

2       A    Parts of the header are optional, yes.

3            Like, the protocol number is not, but I

4  think the preference for the location, it -- and if

5  it's missing where it's not there, I think we still

6  route it.

7            ATTORNEY WEINBERG:  I want to take a quick

8  break so we have one more session before lunch, if

9  that's all right with you guys.

10       A    Sure.  Yeah.

11            THE VIDEOGRAPHER:  11:41 a.m.

12            (A break was taken from 11:41 a.m. to

13  11:59 a.m.)

14            THE VIDEOGRAPHER:  We are back on the

15  record at 11:59 a.m.

16       Q    (BY ATTORNEY WEINBERG) All right.  Where

17  we left off, we were talking about the physical

18  infrastructure and logical infrastructure of how it

19  is that WhatsApp routes client requests from clients

20  all the way down to some physical machine that

21  processes the request, right?

22       A    Yes.

23            ATTORNEY BLOCK:  Objection to form.

24       Q    (BY ATTORNEY WEINBERG) And it's WhatsApp

25  that ultimately decides on how this routing is done,

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 46 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3296
WHATSAPP INC. on 08-16-2024

1  correct?

2          ATTORNEY BLOCK:  Objection to form.

3      Q    (BY ATTORNEY WEINBERG) I'll rephrase.

4          The ultimate choice of a physical server

5  that processes the request is the result of

6  WhatsApp's algorithms by choice?

7          ATTORNEY BLOCK:  Objection to form;

8  misleading.

9      A    The load balancer that takes the decision

10 of which physical server is actually provided by

11 Facebook infrastructure.  That's not what the

12 WhatsApp team works on.

13     Q    (BY ATTORNEY WEINBERG) So the -- I guess

14 we did speak about WhatsApp's DNS.  We talked about

15 ISP's DNS.  And now we're talking about Facebook's

16 load balancers, right?

17     A    Yes.

18     Q    And those are all components owned by --

19 or operated by parties other than the user, correct?

20          ATTORNEY BLOCK:  Objection to form.

21     A    I'm not sure about the concept of, like,

22 parties other than the user.  What --

23     Q    (BY ATTORNEY WEINBERG) Those are --

24     A    -- does that mean?

25     Q    Those are server programs controlled by

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 47 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1    Facebook and WhatsApp and the ISP?

2              ATTORNEY BLOCK:  Objection to form.

3        A    Facebook.

4        Q    (BY ATTORNEY WEINBERG) Okay.  The -- can a

5    user choose the specific physical server that

6    ultimately would process his request?

7              ATTORNEY BLOCK:  Objection to form.

8        A    By "user," you mean a human?

9        Q    (BY ATTORNEY WEINBERG) I'll try -- I'll

10   start with that, sure.

11       A    There's -- we don't provide a way for --

12   for the user to choose what server will process the

13   request.

14       Q    So it's not possible for a client to send

15   a request into WhatsApp's infrastructure and specify

16   which server -- physical server will process that

17   request?

18             ATTORNEY BLOCK:  Objection to form.

19       A    By "client," you mean an official WhatsApp

20   client?

21       Q    (BY ATTORNEY WEINBERG) Let's start with

22   that.

23       A    Sure.  A WhatsApp official client does not

24   allow setting the -- the physical server that will

25   handle the request.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 48 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1        Q    Okay.  Did Pegasus send requests that

2    specified the physical server that would handle the

3    request?

4             ATTORNEY BLOCK:  Objection to form;

5    foundation.

6             You can answer, if you know.

7        A    I don't know what Pegasus did.

8        Q    (BY ATTORNEY WEINBERG) All right.  But you

9    have no evidence or reason to believe then that

10   Pegasus sent requests into this infrastructure and

11   targeted a specific physical server location?

12             ATTORNEY BLOCK:  Objection,

13   mischaracterizes; calls for speculation.

14       A    I don't know whether they targeted or not.

15   I just don't know.

16       Q    (BY ATTORNEY WEINBERG) All right.  Can I

17   ask you a few questions about the -- hang on.

18   Scratch that.  All right.

19             That was a really great side from where we

20   left off with the signaling server.  I think that's

21   where we left off.  We were talking about the

22   signaling server initiating a VoIP call and how it

23   did that, and we just discussed the physical and

24   transport layer infrastructures, the routing

25   infrastructures that it uses.  So back up to the

1    established?

2         A     No.

3              ATTORNEY BLOCK:  Objection to form.

4         Q     (BY ATTORNEY WEINBERG) Okay.  So what

5    happens next?

6         A     Even before the answer happens, there's a

7    negotiation process between the caller and the

8    callee about the latency, about the bandwidth that

9    is going to be used.  So all that negotiation

10   happens before there's any -- any answer.

11        Q     Okay.  So then I'll go back one step.

12             The chatdserver sent the offer ACK to the

13   caller and now a negotiation process begins, you

14   say?

15             ATTORNEY BLOCK:  Objection to form.

16        A     Sorry.  So the -- the caller -- can you

17   repeat the last part?

18        Q     (BY ATTORNEY WEINBERG) The callee sends an

19   acknowledgment back to the chatdserver, the offer

20   acknowledgment, and what happens next?

21             You talked about a negotiation process.

22             ATTORNEY BLOCK:  Objection to form.

23        A     The chat server will forward the offer ACK

24   or send another stanza that I don't remember its

25   name.  But it would signal to the callee, the fact

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 50 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1  that the caller has been reached and the offer was

2  ACK'd by the callee.

3         And once they both know that -- both --

4  they know about each other, that they're aware that

5  there's a call happening, this is when the -- the

6  relay and bandwidth negotiation starts happening.

7     Q    (BY ATTORNEY WEINBERG) Okay.  Tell me

8  about what you mean by "the relay and bandwidth

9  negotiation."

10         ATTORNEY BLOCK:  Objection to form.

11     A    About each of them or --

12     Q    (BY ATTORNEY WEINBERG) I just want to know

13  the steps that are involved in the negotiation

14  process that you just mentioned.

15         ATTORNEY BLOCK:  Objection to form.

16         Wait for a question.

17     Q    (BY ATTORNEY WEINBERG) What are the steps

18  of the negotiation process you just mentioned?

19         ATTORNEY BLOCK:  Objection to form.

20     A    About what negotiation?

21     Q    (BY ATTORNEY WEINBERG) You testified that

22  the chatdserver sends the offer ACK back to the

23  caller.

24         And after that happens and the two -- the

25  caller and the callee know that they are now ready

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 51 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3296
WHATSAPP INC. on 08-16-2024

1 to communicate, a negotiation process begins wherein

2 the caller and callee negotiate the relay and

3 bandwidth parameters.

4          I would like to understand, if you could

5 explain to me, what that negotiation entails.

6          ATTORNEY BLOCK:  Objection to form;

7 misstates.

8     A    So this negotiation, the relay

9 negotiation, starts by every -- both caller and

10 callee probing -- reaching all the relays in the

11 list of relays that were distributed by the chat

12 server.

13    Q    (BY ATTORNEY WEINBERG) Sorry.  Say that

14 again.

15    A    So both caller and callee will attempt

16 connecting to every relay in the list of relays that

17 they both -- they were both given by the signaling

18 server.

19    Q    Okay.  What's next?

20    A    This process is done not just by the

21 IP address, but also by an authorization token that

22 is unique to the call.  So both caller and callee

23 will be passed a unique authorization token to use

24 only those specific relays.

25          And using the token, both the caller and

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 52 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1  callee attempt to connect to every relay in that

2  list using the authorization token.

3      Q   Okay.  So to rephrase what you said, the

4  chatdserver provides a list to the two clients of

5  relay servers and provides them authentication

6  credentials, and each one tries to connect to the --

7  to all of the relay servers provided to them by the

8  chatdserver?

9      A   Authorization token.

10          ATTORNEY BLOCK:  Objection to the form;

11  misstates.

12     A   Authorization token.  It's only

13  authorization.  It's not authentication.

14     Q   (BY ATTORNEY WEINBERG) Okay.  Tell me --

15  what is that authorization token?

16     A   So the relay server is designed in a way

17  that it does not perform advanced authentication of

18  the devices that send data to it.

19          It operates at a lower security level

20  where the only thing that it does is validates an

21  authorization token that has a low expiration time.

22          So as long as you have a valid token, you

23  can use the relay.  So that is authorization for

24  authentication, but we don't -- we don't

25  authenticate the users of the relay.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 53 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1    Q    (BY ATTORNEY WEINBERG) Okay.  What is the

2    purpose of trying to connect to all those relays?

3    A    The purpose of connecting to the relays is

4    firstly to see which one is available; and second,

5    to measure the latency to each of them.

6    Q    Let me ask:  How does the chatdserver

7    decide which relay servers to give to these two

8    clients?

9         ATTORNEY BLOCK:  Object to form.

10   A    The decision to pick -- to select the list

11   of relays is based on latency measurements.  And the

12   information that it uses is the caller IP address

13   and the last seen IP of the callee.

14        The algorithm that we used at that time

15   was essentially to find the top three of each --

16   based on each IP address, and we merged the list so

17   that the sum of the latency is -- is the lowest.

18        So we choose the top lowest latency sum in

19   that merged list of the relays, and that's the one

20   that we delivered to both of them.

21   Q    (BY ATTORNEY WEINBERG) Okay.  So the

22   chatdserver chooses which relay servers the clients

23   should attempt to connect to?

24        ATTORNEY BLOCK:  Object to form.

25   Q    (BY ATTORNEY WEINBERG) I think you just

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 54 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3296
WHATSAPP INC. on 08-16-2024

1    got done saying that?

2         A    Yes, the chatdservers decide that.  Yes.

3         Q    Okay.  And then there's a second choice,

4    evidently, that you talked about just before this

5    where the clients connect to this list of relay

6    servers and then they -- each one decides which one

7    of the connections to then use; is that --

8         A    I think it's a little confusing -- there's

9    some confusion in there, so let me clarify.

10        Q    Sure.

11        A    Both the server -- both the signaling

12   server and the clients make a decision in this

13   process.  It's a hybrid decision.

14             So the server picks the top five, let's

15   say, or three.  But in the end, each client picks

16   its own, like, relay to use, and that's just one.

17   But the client decides that based on the short list.

18        Q    Do the two clients have to agree on a

19   specific relay server to use?

20        A    They don't.  The -- the network paths are

21   completely asynchronous and, like, they don't need

22   to be the same.

23             So the packets -- if I initiate a voice

24   video call to you, the packets that I sent to you

25   don't need to take the same network path that

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 55 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024
Job 3296

1   you sent -- the packets that you sent to me.

2   They're separate.

3           However, in most cases they'll use a

4   similar network path, but that's just statistics.

5       Q    All right.  And they make that choice

6   based on performance considerations, I assume?

7       A    Yes.

8       Q    All right.  What's an example of the

9   performance considerations?

10      A    What do you mean by "performance

11  consideration"?

12      Q    The client chooses a relay server based on

13  which server provides it the best performance,

14  generally speaking, correct?

15          ATTORNEY BLOCK:  Object to form.

16      A    The best latency.

17      Q    (BY ATTORNEY WEINBERG) The best latency.

18          So what is the definition of "latency"?

19      A    It's a roundtrip time between the client

20  device and the edge location or the relay.

21      Q    Okay.  So now the connection between the

22  clients and the relay server, is there a protocol

23  for establishing that connection?

24      A    Yes.

25      Q    And what protocol is that?

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 56 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3296
WHATSAPP INC. on 08-16-2024

1     A     It's a custom STUN protocol.

2     Q     STUN?

3     A     STUN, S-T-U-N.

4     Q     STUN?

5     A     It is a -- STUN is a -- it's a protocol

6  format.  So the messages are -- are using the STUN

7  headers, but the protocol itself is designed by

8  WhatsApp.  It's proprietary.

9     Q     What do you mean by the -- which part of

10 it is proprietary and which part of it's not

11 proprietary?

12          ATTORNEY BLOCK:  Objection to form.

13    A     So for instance, the headers are standard.

14 They're part of the STUN message format.

15          But the payload inside the STUN messages

16 is customized for the face -- for the WhatsApp

17 network, particularly with regards to encryption.

18    Q     (BY ATTORNEY WEINBERG) What sorts of data

19 is in the payload of these STUN protocol messages?

20    A     The most important piece of information

21 that is sent in the payload, it's the authorization

22 token that I mentioned before, which is a preshared

23 key ex -- preshared key encryption mechanism that

24 has built-in expiration.

25    Q     So explain that to me.  You said earlier

1           Statistically speaking, this happens --
2    this is successful in about 50 percent of the cases.
3    And in that case -- in those cases, both the caller
4    and callee will not send the realtime packets
5    through the proxy and it will send them directly to
6    the other side instead.
7        Q    Okay.  So thanks for walking me through
8    the chatdserver.
9           At this point the chatdserver is no longer
10   involved, right, once there's already a
11   connection -- a peer-to-peer connection?
12           ATTORNEY BLOCK:  Objection to form.
13       A    I think it's still involved.  For
14   instance, if there's an update -- if there's an
15   interruption happening -- like, let's say the other
16   side doesn't send any realtime packets -- then the
17   client will attempt to use the signaling server to
18   reach the other end and see whether they're still
19   connected or...
20       Q    (BY ATTORNEY WEINBERG) Got it.  So if the
21   call drops and one of the clients has to reestablish
22   the connection, it would use the chatdserver again?
23       A    Yes.
24       Q    Okay.  And these protocols that you just
25   described, the chatdserver interacts with the

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 58 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1   clients through like a web API or what -- what kind

2   of interface does it use to interact with the

3   clients?

4        A    The -- the protocol is noise.

5        Q    Noise.

6             And when the chatdserver receives a noise

7   message, it processes it according to the functions

8   that WhatsApp programmed it to perform?

9             ATTORNEY BLOCK:  Objection to form.

10       A    Yes.  Generally, yes.

11       Q    (BY ATTORNEY WEINBERG) What do you mean by

12  "generally"?

13       A    I think it was -- would you repeat that,

14  please, again?

15       Q    When the chatdserver receives a message or

16  a client request, it processes that client request

17  using server-side code that WhatsApp wrote?

18            ATTORNEY BLOCK:  Objection to form.  And

19  that's a different question.

20       A    Yes, that's accurate.

21       Q    (BY ATTORNEY WEINBERG) And during that

22  execution the server will access only those parts of

23  the server that WhatsApp then programmed it to

24  access?

25            ATTORNEY BLOCK:  Objection to form.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 59 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                    Job 3296

```
 1        A    I'm not sure what you mean by "the parts
 2   of the server."
 3        Q    (BY ATTORNEY WEINBERG) Areas in storage.
 4             ATTORNEY BLOCK:  Same objection.
 5        A    What storage?
 6        Q    (BY ATTORNEY WEINBERG) Well, computers
 7   have computer storage, right?  Memory?  Hard drives?
 8        A    So the chat servers do not store
 9   information on, like, themselves.
10        Q    When a computer operates, it accesses
11   memory, right?
12        A    Yes.
13        Q    Okay.  The chatdservers have memory that
14   they access?
15        A    Yes.
16        Q    And when they execute, they access that
17   memory?
18        A    Yes.
19        Q    And so when they execute code written by
20   WhatsApp, they access only those parts of the memory
21   that WhatsApp had programmed them to access?
22             ATTORNEY BLOCK:  Objection to form.
23        A    Yes.
24             ATTORNEY BLOCK:  I just want to do a time
25   check.  You had talked about --
```

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 60 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                                    Job 3296

```
 1              ATTORNEY WEINBERG:  Do you want to do

 2    lunch?

 3              ATTORNEY BLOCK:  -- it's 12:45 now.

 4       A    Yeah, I can probably -- I mean, it's up to

 5    guys as well.

 6              ATTORNEY BLOCK:  Do you mind if we break?

 7              ATTORNEY MARZORATI:  Yeah, let's do lunch.

 8       A    No.

 9              ATTORNEY WEINBERG:  Let's go off the

10    record.

11              THE VIDEOGRAPHER:  12:45 p.m.

12              (A break was taken from 12:45 p.m. to

13    1:49 p.m.)

14              THE VIDEOGRAPHER:  We are back on the

15    record at 1:49 p.m.

16       Q    (BY ATTORNEY WEINBERG) All right.  Thanks.

17    Welcome back from lunch.  Just a few cleanup items

18    of some of the topics we spoke about earlier today.

19              The -- we spoke about the servers, the

20    physical and logical servers and the whole

21    infrastructure for routing messages in WhatsApp's

22    VoIP infrastructure.  You spoke about the edge load

23    balancers.

24              I just want to confirm:  How many -- in

25    2019, how many servers were there that were
```

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 61 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                          Job 3296
WHATSAPP INC. on 08-16-2024

1   performing this edge load balancing?

2        A    Are you referring to how many locations,

3   like, clusters or logical servers or how many

4   physical servers?

5        Q    So let's start with the locations.

6        A    From my understanding, it was somewhere --

7   the number of locations was around a hundred.

8        Q    And where were those locations?

9        A    So the locations are basically Internet

10  exchange points on the Internet.  And they're

11  geographically distributed, so they're essentially

12  in many countries, continents, all over the globe.

13       Q    And how many servers were implementing

14  that edge load balancing layer?

15            ATTORNEY BLOCK:  Objection to form.

16       A    I don't remember exactly how many servers

17  we had in total in all these edge locations.  I just

18  know that in general the number was somewhere

19  between 32 and a 120.

20            Like, some of them even had 200 servers in

21  them, so I don't know the total number.

22       Q    (BY ATTORNEY WEINBERG) Okay.  And these

23  hundreds of locations, were any of them in

24  California?

25       A    Some of them are in California -- were in

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 62 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                              Job 3296

1  California.

2       Q    In 2019?

3       A    In 2019, yes.

4       Q    Do you have an approximation of about how

5  many?

6       A    Two.

7       Q    Two.

8            Two total locations in California out of

9  the 100?

10      A    Yes.

11      Q    Okay.  Are those data center locations?

12      A    Edge locations.  Not data centers.

13      Q    Okay.  So as far as the data centers, how

14  many data centers did WhatsApp utilize in 2019?

15      A    From my recollection, we had -- WhatsApp

16  had three data centers all located in the United

17  States in 2019 for chat.

18      Q    And where were they?

19      A    One of them was Altoona.  The other one

20  was in Virginia.  And then there was another one in

21  New Mexico, I believe.

22      Q    Altoona, that's --

23      A    That's in Iowa.

24      Q    -- Iowa?

25      A    Yeah.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 63 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1        Q     Any others?

2        A     Not from what I remember.

3        Q     Okay.  So we spoke about the chatdservers

4   and the relay servers.  I'll start with the

5   chatdservers.

6              Where were they implemented?  The

7   computers that executed the chatd functionality,

8   where were they located?

9        A     They were located in the data centers that

10  we just mentioned.

11       Q     Okay.  And the relay servers, were they

12  also located in the data centers we just mentioned?

13       A     No.

14       Q     Okay.  Where were they located?

15       A     The relay servers were located in the edge

16  locations that we talked about earlier.

17       Q     And those edge locations are the 100

18  locations, including the two in California?

19       A     Yes.

20       Q     Okay.  In order to access one of these

21  servers, for example, the chatdserver or the relay

22  servers or one of these load balancing servers,

23  there is presumably some kind of either

24  authorization or authentication that occurs?  Yes?

25             ATTORNEY BLOCK:  Object to form.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 64 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1      A      Would you want to be more specific with

2   regards to, like, what authorization --

3      Q     (BY ATTORNEY WEINBERG) Sure.  Let's start

4   with the load balancers.  All right.

5             The edge load balancers, when it receives

6   a request, will it process it automatically or will

7   it check for some kind of authorization?

8             ATTORNEY BLOCK:  Object to form.

9      A      The edge location, in case of the relay,

10  it will check the author -- authorization token in

11  the STUN message that is sent by the client.

12            And if that token is not valid, it will

13  not allow the use of the relay.

14     Q     (BY ATTORNEY WEINBERG) And that's those

15  temporary tokens that don't do authorization -- I'm

16  sorry -- that don't do authentication --

17     A      Exactly.

18     Q      -- but instead do authorization?

19     A      Exactly.

20     Q      And what about the chatservers?  What

21  kind of credentials are required for accessing the

22  functionality implemented by the chatservers?

23            ATTORNEY BLOCK:  Objection to form.

24     A      The chatservers -- and just to be clear,

25  we're talking about the servers in the data centers

1        A    The memory on the client.  And prepare the

2   memory for the -- for hijacking the execution at the

3   end.

4             So the messages -- like, what you see here

5   are not the actual, like, malicious messages.  Like,

6   the malicious message in this case not like a -- I

7   don't know if I'm explaining this properly, but it's

8   not like a script or anything like that.

9             The only thing that happens in these steps

10  is just memory manipulation.

11       Q    On the client?

12       A    By the attacker, yes.

13       Q    The memory of the client?

14       A    The --

15            ATTORNEY BLOCK:  Object to form.

16       Q    (BY ATTORNEY WEINBERG) Just when you say

17  "memory manipulation," I want to confirm that you're

18  talking about the client device and not the servers.

19            ATTORNEY BLOCK:  Object to form; vague.

20       A    Yes, I meant the memory of the client.

21       Q    (BY ATTORNEY WEINBERG) And so on the

22  third -- sorry -- page 4 of this.  It's this

23  "Context" slide on the beginning of the --

24       A    This one?

25       Q    -- the next one.  The four bullet points.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 66 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                    Job 3296

1             So the fourth bullet point -- I think this

2    goes to what you were just saying -- the WhatsApp

3    servers were not compromised by this attack?  You

4    agree with that?

5             ATTORNEY BLOCK:  Object to form.

6        A    What do you mean by "compromised"?

7        Q    (BY ATTORNEY WEINBERG) Well, did it --

8    this operation impaired the availability of those

9    servers to perform their normal functions?

10            ATTORNEY BLOCK:  Object to form.

11       A    This does not impair the availability of

12   the servers.

13       Q    (BY ATTORNEY WEINBERG) Did it impair the

14   availability of any data on the servers?

15            ATTORNEY BLOCK:  Object to form.

16       A    What data are you referring to?

17       Q    (BY ATTORNEY WEINBERG) Data stored in the

18   servers.

19       A    I think that's too general.

20       Q    Did it impair the integrity of any data

21   that's stored in the servers?

22            ATTORNEY BLOCK:  Object to form.

23       A    The integrity of the data?

24       Q    (BY ATTORNEY WEINBERG) Yeah.  If

25   WhatsApp's servers stored some data that it needs to

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 67 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                Job 3296
WHATSAPP INC. on 08-16-2024

1   make available for its normal operation, did this

2   operation of Pegasus corrupt that data --

3            ATTORNEY BLOCK:  Object to form.

4       Q    (BY ATTORNEY WEINBERG) -- on the servers?

5            ATTORNEY BLOCK:  Object to form.

6       A    So this did not corrupt any data on the

7   signaling or the relay servers.

8            ATTORNEY BLOCK:  It's been a little more

9   than 15 minutes since we said 5 or 10, and I'm going

10  to need a bio break.

11           ATTORNEY WEINBERG:  Okay.

12           ATTORNEY BLOCK:  Thank you.  I appreciate

13  it.

14           THE VIDEOGRAPHER:  Off the record,

15  3:06 p.m.

16           (A break was taken from 3:06 p.m. to

17  3:25 p.m.)

18           THE VIDEOGRAPHER:  Back on the record at

19  3:25 p.m.

20           ATTORNEY BLOCK:  As I just mentioned off

21  the record, Mr. Gheorghe identified a correction he

22  wanted to make to some of his testimony while we

23  were on break.

24      Q    (BY ATTORNEY WEINBERG) I believe the

25  correction was on the location of the data centers

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 68 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024
Job 3296

1    used for VoIP in 2019?

2         A    Yes.

3         Q    And where are those data centers of

4    servers located?

5         A    They are located in Prineville, Oregon;

6    Altoona, Iowa; and Forest City, North Carolina.

7         Q    And this is the location of the physical

8    chatdservers, correct?

9         A    Yes.

10        Q    Okay.  If you could take a quick look at

11   the final slide in Exhibit 1083.

12             It's -- I don't know if this is -- slide

13   is showing this, but it's my understanding from the

14   documents that ultimately the callee phone begins to

15   interact with a third party-server that's not

16   controlled by WhatsApp.

17             Is this being shown here?

18             ATTORNEY BLOCK:  Object to form.

19        A    I'm trying to understand what this slide

20   means.  The slide was some kind of appendix.  I

21   don't even know if it was even presented.

22        Q    (BY ATTORNEY WEINBERG) Okay.

23        A    Yeah, I really don't know what is the

24   purpose of this.  I think it could be just somewhat

25   unrelated with the attack.

1 | 3:59 p.m.

2 | Q    (BY ATTORNEY WEINBERG) All right.  Just

3 | before we broke we were talking about your

4 | declaration, Exhibit 1164, and the origin and the

5 | meaning of these two IP addresses listed in

6 | paragraphs 4 and 5.

7 | What is it that your analysis or Andrew

8 | Robinson's analysis revealed was that these two

9 | servers were being used for?

10 | ATTORNEY BLOCK:  Objection to form.

11 | A    So based on my recollection, I haven't

12 | reviewed any documents recently with this detail.

13 | But based on the -- my recollection from -- from

14 | that from 2019, the code opened the socket to one of

15 | those IPs, downloaded some data, and then executed

16 | it.

17 | Q    (BY ATTORNEY WEINBERG) Did WhatsApp ever

18 | obtain the data that was downloaded from those --

19 | purportedly downloaded from those servers?

20 | A    No, not that I'm -- not that I'm aware of.

21 | ATTORNEY BLOCK:  And I will just note for

22 | the record that that answer is qualified by the

23 | scope of Mr. Gheorghe's designation.

24 | Q    (BY ATTORNEY WEINBERG) I think, as we

25 | discussed, these the first topic is WhatsApp's

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 70 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

 1   factual basis for Plaintiffs' contention that

 2   Defendants purposely directed their conduct at

 3   California, including conduct at this QuadraNet

 4   server, which I believe is this "220 server" in

 5   paragraph 4?

 6           ATTORNEY BLOCK:  I object to the form of

 7   the question.  And that's not the witness's

 8   designation.

 9           ATTORNEY WEINBERG:  He's not designated on

10   Topic 1?

11           ATTORNEY BLOCK:  He's not designated on

12   what you read.

13           ATTORNEY WEINBERG:  Okay.  What is he

14   designated on for Topic 1?

15           ATTORNEY BLOCK:  He is designated to:

16               Provide relevant nonprivileged

17               information as to matters known or

18               reasonably available to Plaintiffs

19               regarding Plaintiffs' understanding

20               of the operation of the NSO spyware

21               involved in NSO's unauthorized

22               access to Plaintiffs' computers in

23               May and April 2019, including the

24               contact of such spyware with

25               California-based infrastructure,

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 71 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3296
WHATSAPP INC. on 08-16-2024

1              including a QuadraNet server in

2              California.

3              And I will refer generally to Responses

4    and Objections that we served shortly after

5    receiving your amended notice.

6              ATTORNEY WEINBERG:  All right.  So I'm

7    asking about any factual basis that Plaintiffs have

8    to contend that Pegasus or NSO had access -- had

9    contact with this QuadraNet server.

10        Q    (BY ATTORNEY WEINBERG) And is your

11   contention that the analysis by Andrew Robinson was

12   simply that the user's target phone accessed this

13   QuadraNet server?

14             ATTORNEY BLOCK:  I object to the form of

15   the question.

16             The witness is here to provide testimony,

17   not contentions.  And the question misstates the

18   record.

19        Q    (BY ATTORNEY WEINBERG) Okay.  I think we

20   may have exhausted your knowledge about these -- the

21   nature of the contact with these servers.

22             Do you know anything about the QuadraNet

23   server, which is this Server 220 in paragraph 4?

24        A    I reviewed a document that showed that

25   this IP was assigned to QuadraNet as an

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 72 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1   organization.  It was part of an IP range that was

2   assigned to QuadraNet.

3           So that's a document that I reviewed, and

4   I can confirm that that's accurate.

5       Q    (BY ATTORNEY WEINBERG) Okay.  What

6   document did you review that said that?

7       A    It was a document provided by -- I don't

8   remember the name of the person who provided the

9   document.

10          It was based on the MaxMind database, a

11  public IP -- GeoIP database that showed an IP range

12  that contained this IP address, and it was assigned

13  to QuadraNet.

14      Q    Was it the Mornin declaration, Joseph D.

15  Mornin?

16      A    That does not sound familiar, but...

17      Q    Okay.  You said that you confirmed it

18  yourself.  And that -- you may have just answered

19  this, but how did you confirm it yourself that this

20  IP address in 2019 was assigned to a physical server

21  in California?

22          ATTORNEY BLOCK:  Objection, vague;

23  misstates.

24      A    I did not confirm it.  I did not do any

25  work to confirm it.  I just reviewed the document

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 73 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

 1    that showed that this IP was part of an IP range

 2    assigned to QuadraNet in -- at that time.

 3          Q    (BY ATTORNEY WEINBERG) Part of an IP range

 4    assigned to QuadraNet?

 5          A    Yes.

 6          Q    And so this range is encompassing how many

 7    IP addresses?

 8          A    I don't remember the -- like, how large

 9    was the IP range.

10          Q    Do you know whether this particular IP in

11    paragraph 4 was assigned to a server physically

12    located in California?

13          A    I know it was assigned to QuadraNet, but I

14    did not video QuadraNet data centers to verify that

15    myself.  I...

16          Q    What about the second IP address, the one

17    in paragraph 5 of your declaration, the 200 server?

18    What do you know about that IP address?

19          A    Unfortunately, I don't know anything about

20    that IP.

21          Q    Okay.  Do Plaintiffs know anything about

22    any server in California that was specifically

23    targeted by -- they believe was specifically

24    targeted by Pegasus software?

25                ATTORNEY BLOCK:  Object to form.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 74 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1          A     What kind of server?

2          Q     (BY ATTORNEY WEINBERG) Any server

3   physically located in California.

4              ATTORNEY BLOCK:  Same objection.

5          A     Any server owned by Facebook?

6          Q     (BY ATTORNEY WEINBERG) Any server in

7   California owned by anybody.

8              The question is:  Does -- do Plaintiffs

9   know about any server physically located in

10  California that was specifically targeted by Pegasus

11  software?

12             ATTORNEY BLOCK:  Objection to form.

13         A     The only thing that I know is that during

14  the attack that we observed, there were some servers

15  located in the edge locations in the San Jose and

16  Los Angeles metro areas that were involved in those

17  attacks, relay servers.

18             That's the only thing -- the only

19  information that I have.

20         Q     (BY ATTORNEY WEINBERG) Okay.  But do

21  you --

22             ATTORNEY BLOCK:  Can we take a short

23  break?

24             ATTORNEY WEINBERG:  Just one second.

25         Q     (BY ATTORNEY WEINBERG) The relay server

1    by having an official WhatsApp application that

2    starts a voice or a video call.  That's the only

3    way.

4         Q    (BY ATTORNEY WEINBERG) Okay.  But the

5    choice of which authorization tokens a client is

6    provided is made by the chatdserver that's

7    controlled by WhatsApp?

8              ATTORNEY BLOCK:  Object to form;

9    misstates.

10        A    It's the chat -- it's the VoIP signaling

11   logic that runs inside the chatdserver, yes.

12        Q    (BY ATTORNEY WEINBERG) Okay.  I want to

13   return to the effects, if any, of this -- of

14   Pegasus's operation on the effectiveness of the

15   chatdservers or the signaling servers or any of

16   WhatsApp's server infrastructure.

17             You recall that in the White Paper

18   PowerPoint, at page 4 there was statement that the

19   WhatsApp servers were not compromised by this

20   attack.  And I just wanted to take off exactly what

21   that means.  I think we started doing this earlier.

22             So for example, WhatsApp doesn't have any

23   reason to believe that the operation of Pegasus

24   slowed down materially, the operation of WhatsApp

25   servers?

1              ATTORNEY BLOCK:  I object to the preamble,

2    and I object to a form of the question that followed

3    the preamble.

4         A    What do you mean by "slow down"?

5         Q    (BY ATTORNEY WEINBERG) Well, you know

6    computers, when they get a lot of work to do, they

7    slow down.  So when you have a server and the server

8    has too many server -- requests to service it, it

9    would probably slow down.

10              So my question is:  Do you have any reason

11   to believe that the operation of Pegasus slowed down

12   in any material way, any of WhatsApp's servers?

13              ATTORNEY BLOCK:  Same objections.

14        A    No, I don't believe the suspicious attack

15   that we observed slowed down the WhatsApp servers.

16        Q    (BY ATTORNEY WEINBERG) The volume of

17   the -- of these suspicious stanzas was quite small

18   compared to the size of WhatsApp's user base, wasn't

19   it?

20              ATTORNEY BLOCK:  Object to form.

21        A    Yes.

22        Q    (BY ATTORNEY WEINBERG) As far as WhatsApp

23   knows, Pegasus didn't delete any of WhatsApp's data

24   from WhatsApp's servers, correct?

25              ATTORNEY BLOCK:  Object to form.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 77 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1          A     I'm not aware of any data being deleted.

2          Q     (BY ATTORNEY WEINBERG) Is WhatsApp aware

3    of any WhatsApp data that Pegasus altered on

4    WhatsApp's servers --

5                ATTORNEY BLOCK:  Object to form; vague.

6          Q     (BY ATTORNEY WEINBERG) -- other than

7    accessing the server in its usual way?

8                ATTORNEY BLOCK:  Same objection.  And a

9    partial scope objection, to the extent it seeks

10   testimony about the operation of Pegasus, which has

11   not been fully exposed to META.

12         Q     (BY ATTORNEY WEINBERG) Well, it's just

13   that sometimes servers will store data owned by a

14   company; and if there's some malicious cyberattack,

15   maybe the data gets wiped, maybe the data gets

16   locked out such that the owner can't access it

17   anymore.

18               Was there any such effect on WhatsApp

19   servers by the Pegasus software that you're aware

20   of?

21               ATTORNEY BLOCK:  Same objections.

22               You can answer, to the extent of what META

23   was able to observe.

24         A     Yeah, I'm not aware.

25         Q     (BY ATTORNEY WEINBERG) Is WhatsApp aware

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 78 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                Job 3296
WHATSAPP INC. on 08-16-2024

1  of any evidence that Pegasus caused the deletion of

2  any data owned by WhatsApp from target devices?

3          ATTORNEY BLOCK:  Objection to form.  And

4  the same partial objection as to scope and the

5  operation of Pegasus.

6      A    So we have reason to believe that the

7  data -- the memory of the application -- of the

8  gen -- like, the WhatsApp application running on

9  victims' devices, the memory of that application was

10 altered.

11     Q    (BY ATTORNEY WEINBERG) Memory is altered

12 any time an application runs, right?

13     A    No, not in this way.

14          So it was done in a way where it altered

15 the normal execution -- the normal behavior of the

16 -- of the application.  Like, it made the

17 application do things it was not supposed to do.

18     Q    Okay.  But I think I'm getting at:  Did --

19 are you aware of Pegasus deleting people's data off

20 their phone?

21          ATTORNEY BLOCK:  Same objections.

22     A    The data in the memory is data, so -- and

23 I believe they altered that data.

24     Q    (BY ATTORNEY WEINBERG) Isn't it true that

25 every time an application runs on a computer, it

1       I, MARY J. GOFF, CSR No. 13427, Certified

2   Shorthand Reporter of the State of California,

3   certify;

4       That the foregoing proceedings were taken

5   before me at the time and place herein set forth, at

6   which time the witness declared under penalty of

7   perjury; that the testimony of the witness and all

8   objections made at the time of the examination were

9   recorded stenographically by me and were thereafter

10  transcribed under my direction and supervision; that

11  the foregoing is a full, true, and correct

12  transcript of my shorthand notes so taken and of the

13  testimony so given;

14      That before completion of the deposition,

15  review of the transcript ( ) was (XX) was not

16  requested:   (   ) that the witness has failed or

17  refused to approve the transcript.

18      I further certify that I am not financially

19  interested in the action, and I am not a relative or

20  employee of any attorney of the parties, nor of any

21  of the parties.

22      I declare under penalty of perjury under the

23  laws of California that the foregoing is true and

24  correct, dated this   day of       , 2024.

25  _Mary Goff_
    _____
            MARY J. GOFF

# Exhibit W

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

**From:** Michael Scott [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MIKES6C5]
**Sent:** 5/6/2019 3:19:31 PM
**To:** ███████████ @fb.com]
**Subject:** Re: [tasks] T43922633: WA Exploit Payload analysis

---

## T43922633 - WA Exploit Payload analysis

**RECENT ACTIVITY**

**Michael Scott** commented:
95.179.187[.]227 is a Choopa IP in the US, not sure if they place nice

---

Comment · Close · Unsubscribe · Assign · Add Subscribers · Tag · Set Priority · Star

---

Was this email helpful? Yes · No

| | |
|---|---|
| **STATUS** | **Open** |
| **PRIORITY** | `High` |
| **PROGRESS** | **In Progress** |
| **OWNER** | ███████████ |
| **CREATED** | May 3, 2019, 11:14 AM by Drew Robinson |
| **DESCRIPTION** | S178165<br>https://our.intern.facebook.com/.../security/malware/details/... |
| **TAGS** | wa malware_queue |
| **SUBSCRIBERS** | ███████████ Michael Scott ████ Drew Robinson |
| **BLOCKS** | #44022513 [MalwareAnalysis] Oncall Tracking Task (From: 2019-05-06 12:00 - To: 2019-05-13 12:00)<br>#43726061 [MalwareAnalysis] Oncall Tracking Task (From: 2019-04-29 12:00 - To: 2019-05-06 12:00) |
| **DEPENDS ON** | #43923891 Acct Review |

**COMMENT HISTORY**

**Michael Scott**
95.179.187[.]227 is a Choopa IP in the US, not sure if they place nice
May 6, 2019, 6:19 PM

**Drew Robinson**

Highly Confidential - Attorneys' Eyes Only

10 new c2 nodes based on additional logs provided:
Full list so far:
103.199.18[.]26
103.82.240[.]94
104.223.76[.]220
185.109.168[.]20
185.109.168[.]25
185.109.168[.]30
185.117.89[.]209
185.117.90[.]17
185.140.55[.]30
185.225.68[.]67
185.225.69[.]104
185.225.69[.]11
185.225.69[.]110
185.225.69[.]112
185.225.69[.]118
185.225.69[.]123
185.225.69[.]28
185.225.69[.]45
185.244.151[.]136
188.215.229[.]197
188.215.229[.]204
188.215.229[.]215
194.36.189[.]123
212.83.46[.]146
37.220.31[.]101
37.220.31[.]85
46.183.218[.]91
5.149.255[.]69
5.152.222[.]110
54.93.81[.]200
79.141.175[.]18
79.141.175[.]43
88.150.227[.]119
88.150.227[.]84
94.46.187[.]237
94.46.187[.]247
94.46.187[.]253
95.179.187[.]227
May 6, 2019, 6:17 PM

**Michael Scott**
I believe our n00b ████████ has RE'd the Android version of Pegasus (Chrysaor) as well, he's in MPK
May 6, 2019, 5:31 PM

████████████

████████ - Feel free to use the document at the dropbox link below where we have already captured a good deal of what ████
████ is asking for. It relies on 3rd party analysis since we don't have a copy of our own. You can also ask ████████████ (ecrime
manager) who used to work at Lookout and has analyzed older samples. The doc also covers "Chrysaor" which is aka "Pegasus for
Android".
May 6, 2019, 4:57 PM

████████████

while we wait for additional samples, could you pull together some write-ups of Pegasus and aggregate functionality and features? We're getting questions about what's possible and likely. Since Pegasus is the most likely 2nd stage, having that set of capabilities laid out would be beneficial.

May 6, 2019, 4:35 PM

switching owners for oncall switch. synced up with Drew, and no further malware RE needs to be done with samples we have so far. Michael Scott lmk if we get the second stage and needs analysis.

May 6, 2019, 3:23 PM

**Michael Scott**

two of the c2 servers are in the US, perhaps we could reach out and try to get possible second stage?

104.223.76[.]220 - QuadraNet

54.93.81[.]200 - AWS

May 6, 2019, 12:20 PM

- qtechnologies == NSO and Westbridge is a known regional subsidiary. Additional background context here if anyone is interested: https://www.dropbox.com/s/2.../NSO%20Group%20%5BFINAL%5D.docx...

May 6, 2019, 9:16 AM

**Drew Robinson**

Countries are country of target.

{2338841253053327}

May 6, 2019, 12:26 AM

**Drew Robinson**

Graph with clustering based on C2/Target countries.

May 6, 2019, 12:26 AM

**Drew Robinson**

Attaching the scripts I've used for extracting the C2's and parsing the logs.

May 5, 2019, 11:42 PM

**Drew Robinson**

Two new IP addresses from the most recent set of logs pulled (P63727422):

185.225.69[.]45:65281

185.225.69[.]11:65281

May 5, 2019, 10:57 PM

Here's the full pDNS on that 54. IP:

54[.]93[.]81[.]200 access[.]2access[.]co

access[.]nsogroup[.]com

ec2-54-93-81-200[.]eu-central-1[.]compute[.]amazonaws[.]com

sip[.]2access[.]xyz

sip[.]nsogroup[.]com

sip[.]q[.]co

sip[.]qtechnologies[.]com

Another interesting side note, qtechnologies is linked to Westbridge Technologies (http://www.myvisajobs.com/.../Westbridge-.../1281558_Contact.htm). Westbridge is linked to possible sales to USG: https://www.fastcompany.com/.../the-billion-dollar-company-he...

May 3, 2019, 4:15 PM

Highly Confidential - Attorneys' Eyes Only    WA-NSO-00053826

**Drew Robinson**

54.93.81[.]200 >> access.nsogroup[.]com on AWS cc ▮▮▮▮▮▮▮▮▮▮▮    Michael Scott

May 3, 2019, 4:14 PM

**Drew Robinson**

Correction to earlier IP list, had endianess wrong:

103.199.18[.]26:65281
103.82.240[.]94:65281
104.223.76[.]220:65281
185.109.168[.]20:65281
185.109.168[.]25:65281
185.117.89[.]209:65281
185.117.90[.]17:65281
185.140.55[.]30:65281
185.225.68[.]67:65281
185.225.69[.]104:65281
185.225.69[.]110:65281
185.244.151[.]136:65281
188.215.229[.]204:65281
194.36.189[.]123:65281
212.83.46[.]146:65281
37.220.31[.]101:65281
37.220.31[.]85:65281
46.183.218[.]91:65281
5.149.255[.]69:65281
54.93.81[.]200:65281
79.141.175[.]18:65281
79.141.175[.]43:65281
88.150.227[.]119:65281
88.150.227[.]84:65281
94.46.187[.]247:65281
94.46.187[.]253:65281

May 3, 2019, 3:45 PM

**Drew Robinson**

Closing this out for now. If we get more payloads coming in will reopen.

Shellcode opens a socket to IP/port, writes 0x10 bytes to the socket, reads 4 bytes from the socket (which is used as a size for the second read). and then writes the contents from the second read to stdout. (which by the bash commands gets piped to a file on disk. This second file is then executed using custom command line args (likely a Pegasus payload or something similar where the args are decryption keys).

May 3, 2019, 2:00 PM

**Drew Robinson**

P63638707 has logs from
>logs for the full fleet of chatd servers
P63640867 Script to extract:

123.189.36[.]194:511
91.218.183[.]46:511
247.187.46[.]94:511
25.168.109[.]185:511
67.68.225[.]185:511
104.69.225[.]185:511

30.55.140[.]185:511
17.90.117[.]185:511
69.255.149[.]5:511
94.240.82[.]103:511
220.76.223[.]104:511
110.69.225[.]185:511
204.229.215[.]188:511
146.46.83[.]212:511
18.175.141[.]79:511
101.31.220[.]37:511
119.227.150[.]88:511
26.18.199[.]103:511
200.81.93[.]54:511
136.151.244[.]185:511
209.89.117[.]185:511
May 3, 2019, 1:34 PM

**Related task: Reviewing senders of malformed messages: T43923891**

May 3, 2019, 11:48 AM

Customize your notifications at **Email Settings**

Highly Confidential - Attorneys' Eyes Only                WA-NSO-00053828

# Exhibit A

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4                       --oOo--

5

6   WHATSAPP INC., a Delaware corporation,
    and FACEBOOK, INC., a Delaware
7   corporation,

8              Plaintiffs,
    v.                        Case No.  4:19-cv-07123-PJH
9
    NSO GROUP TECHNOLOGIES LIMITED
10  and Q CYBER TECHNOLOGIES LIMITED,

11             Defendants.
    _____/
12

13         **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

14           STENOGRAPHIC REPORTER'S VIDEOTAPED

15                 DEPOSITION TRANSCRIPT OF

16                 JESUS BARCONS PALAU

17                FRIDAY, JUNE 13, 2024

18

19

20  Reported Stenographically by:

21  KIMBERLY D'URSO, CSR 11372, RPR

22  Job No.  3326

23

24

25

```
1                          --oOo--

2               BE IT REMEMBERED, that set on Friday, the

3     13th day of September, 2024, commencing at the hour of

4     9:11 a.m., thereof, JESUS BARCONS PALAU appeared at King

5     & Spalding LLP, 601 South California Avenue, Suite 100,

6     Palo Alto, CA, California, before me, Kimberly E. D'Urso,

7     an RPR and Certified Shorthand Reporter No. 11372 of the

8     State of California, the following deposition was

9     stenographically reported by me:

10              THE VIDEOGRAPHER:  We are on the record.  My

11    name is Cody Furin, contracted by Swivel Legal Solutions.

12    I'm not financially interested in this action, nor am I a

13    relative or employee of any of the attorneys or any of

14    the parties.

15              Today is September 13, 2024.  The time is

16    9:11 a.m. Pacific Time.  This deposition is taken at 601

17    California Avenue, Palo Alto, California.  The name of

18    this case is WhatsApp Inc. v. NSO Technologies Limited,

19    filed in the United States District Court, Northern

20    District of California, Oakland Division, case Number

21    4:19-cv-07123-PJH.

22              This is the video-recorded deposition

23    Jesus Barcons Palau, Volume 1.  The attorney taking

24    this deposition is Joseph Akrotirianakis.

25              Would all present please identify themselves,
```

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 89 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 06-13-2024

1  beginning with the deponent, Jesus Barcons Palau.

2           THE WITNESS:  Hi.  My name is Jesus Barcons

3  Palau.

4           MR. AKROTIRIANAKIS:  Joe Akrotirianakis and

5  Jonathan Weinstein [sic] on behalf of the defendants.

6           MR. WEINBERG:  Weinberg.

7           MR. AKROTIRIANAKIS:  Oh, I'm sorry.  Weinberg.

8           Can you report that correctly?

9           THE CERTIFIED STENOGRAPHIC REPORTER:  Yes, I

10  will.

11          MR. BLOCK:  Micah Block from Davis Polk, for

12  Plaintiff.  With me are Luca Marzorati from Davis Polk,

13  and Arif Dhilla from Meta Platforms.

14          THE VIDEOGRAPHER:  The court reporter today is

15  Kimberly D'Urso with Swivel Legal Solutions.

16          Would the reporter please swear in the witness.

17          THE CERTIFIED STENOGRAPHIC REPORTER:  Okay.  I

18  am Kimberly D'Urso.  I am licensed court reporter in the

19  state of California, license No. 11372.

20          And I will have you raise your right and I will

21  swear you in.

22          (Whereby the oath was administered by the

23          Certified Shorthand Reporter.)

24          THE WITNESS:  Yes, I do.

25          THE CERTIFIED STENOGRAPHIC REPORTER:  Thank

1    BY MR. AKROTIRIANAKIS:

2        Q.    Well, Xi Deng appears to believe that it is

3    XML.

4        A.    XML, it's just a convenient way to visualize

5    things for human beings.  So when we are actually

6    rendering on the screen the -- what's being exchanged

7    between client and server, yes, we are rendering them as

8    XML, just for convenience.  But we are not using XML; we

9    are using WhatsApp protocol, which is private and

10   proprietary protocol.

11       Q.    All right.  Well, what is Mr. Deng referring to

12   when he says to you:  "Just FYI, I'm doing the cross

13   platform XML signaling on client side.  Feel free to

14   ping me on any stanza issues"?

15            MR. BLOCK:  Object to form.  Foundation.

16            THE WITNESS:  I forgot what -- what he really

17   means.  I can try to guess.  Do you want me to guess?

18   BY MR. AKROTIRIANAKIS:

19       Q.    No, I don't want you to guess.  You don't know

20   what he's talking about?

21       A.    No.

22       Q.    Okay.

23       A.    Not really.

24       Q.    But it looks like he thinks that there is XML,

25   and you're telling me there isn't; fair?

```
 1        A.    Take XML as a synonym for WhatsApp protocol.
 2   Clients don't exchange XML with server.  They exchange
 3   messages over WAP.  WAP, we render it as XML because
 4   it's just nicer on the eyes.  But we're not really using
 5   XML.  XML is more verbose and more formal, in a way, not
 6   -- yeah.
 7        Q.    Can you turn to page 9?
 8        A.    I'm there.
 9        Q.    All right.  Do you see your last entry on the
10   page you write:  "Found this call offer.  Worth taking a
11   look"?
12        A.    Yes.
13        Q.    What did you mean by that?
14        A.    That I found something very, very anomalous in
15   a call offer.
16        Q.    Okay.  And do you see that -- well, and you see
17   CC Otto Ebeling and ██████████████.  Do you see that?
18        A.    I see that.
19        Q.    And then ████████████████ responds:  "There is
20   this string."  Do you see that?
21        A.    Yes.
22        Q.    He's referring to the same call offer that you
23   found; is that right?
24        A.    Yes.
25        Q.    And if you turn the page over to the top of
```

```
 1   page 10, we see code.  Do you see that?

 2        A.   Yes.

 3        Q.   And ████████████  writes:  "Not sure if that is

 4   testing or a real exploit!!"  Right?

 5        A.   Right.

 6        Q.   And then he writes:  "Searching for where

 7   connecting_tone_desc" --

 8             (Reporter clarification.)

 9   BY MR. AKROTIRIANAKIS:

10        Q.   ██████████████  writes to you:  "Searching for

11   where connecting_tone_desc is used."  Do you see that?

12        A.   Yes.

13        Q.   Okay.  Now "connecting_tone_desc" is what?

14        A.   It seems that we don't see it in this -- in

15   this document.  But what you are seeing, that string

16   that has, you know, that code, right, this seems to be

17   the value of the parameter or attribute

18   connecting_tone_desc.

19             MR. BLOCK:  I'll designate the transcript

20   "Highly Confidential - Attorneys' Eyes Only."

21             THE CERTIFIED STENOGRAPHER:  Yes.

22   BY MR. AKROTIRIANAKIS:

23        Q.   Connecting_tone_desc is a server-only field?

24        A.   I don't know.  I don't recall.

25        Q.   Okay.  But the value that you found in the call
```

1  offer that you and ███████ are referring to is all

2  of this code at the top of page 10; is that right?

3      A.   Yes, this is right.  This is what caught my

4  eye.

5      Q.   And you thought that that was very anomalous,

6  to use your terminology; right?

7      A.   Oh, yes.

8      Q.   All right.  So if it was not anomalous, in

9  other words if it was normal -- are you with me?  If it

10  was normal, not anomalous, what would you have expected

11  to see in the connecting_tone_desc field in this call

12  offer?

13              MR. BLOCK:  Objection to form.

14              THE WITNESS:  You see, I don't think that the

15  interesting part is that it was in this particular field.

16  What was really interesting is that under no

17  circumstances an official clients, one of our official

18  clients, would send something like that some.

19              This is obviously a malicious client, and it's

20  sending this code.  It's not that one parameter --

21              (Reporter clarification.)

22              THE WITNESS:  -- is a little bit off, right,

23  perhaps reporting a latency that, you know, we don't

24  expect; right?  This is obviously code.  And for me, this

25  is -- this is enough.  I'm not a security engineer.  I'm a

1  backend software engineer.  And at that point, this --

2  this was more than enough for me to flag this stanza to

3  Otto and ████████, so they could take over from here.

4  BY MR. AKROTIRIANAKIS:

5      Q.   Okay.  I'm asking you maybe a little bit of a

6  different question.  I do appreciate your explanation,

7  but my question is just:  What would you have expected

8  to see in the connecting_tone_desc field, if not this,

9  which we see at the top of page 10?

10          MR. BLOCK:  Objection to form.

11 BY MR. AKROTIRIANAKIS:

12     Q.   Would it be numbers?  Would it be a word?

13 Would it be alphanumeric characters?  Would it be

14 gibberish?  What would you expect to see in a normal

15 call offer?

16          MR. BLOCK:  Objection to form.

17          THE WITNESS:  I do not know.  And actually,

18 this field, I don't know if it was something that was

19 actively used.  This is not the kind of parameter that

20 was passed often.

21          But I think that this is not really the

22 interesting part for me.  I cannot answer your question

23 on what was the type, what we would see after this field.

24 I don't know.  I don't know if it was a string or a

25 value.

1  BY MR. AKROTIRIANAKIS:

2      Q.   I'm just trying to understand your testimony,

3  Mr. Barcons.  You said that you found this call offer --

4      A.   Uh-huh.

5      Q.   -- that was worth taking a look because you

6  thought that it was "very anomalous."

7           And is your testimony that the series of code

8  that we see at the top of page 10 is not what you found

9  to be anomalous?

10          MR. BLOCK:  Objection to form.

11          THE WITNESS:  So you see, earlier on when I was

12  seeing some anomalies in the stanzas, I was thinking VoIP

13  client engineers, because a maybe it was, you know, a

14  problem in the spec, we didn't update it, you know, and I

15  have to know that.

16          In this case, it's so obvious, like this is

17  something that our official clients will never ever send.

18  Like, this is up to no good.  Like, this doesn't smell

19  good at all.  This is not the kind of thing that I will

20  report to our client engineers to take a look.  This is

21  when I will loop directly Otto and ██████.  And yeah, it

22  seems that ██████ pasted here exactly what I didn't want

23  to paste, and this is why I actually put the link.

24  BY MR. AKROTIRIANAKIS:

25      Q.   What he pasted is what you found to be

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 96 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                     Job 3326
JESUS PALAU on 06-13-2024

1   anomalous?

2       A.   Yes.

3       Q.   And it's "obvious," in your words; right?

4       A.   Yes.

5       Q.   Okay.  And once you started looking at what the

6   signaling servers were allowing, you found this "obvious

7   anomaly"; correct?

8           MR. BLOCK:  Objection to form.  Misstates.

9   BY MR. AKROTIRIANAKIS:

10      Q.   You're shaking your head yes, but you have to

11  answer out loud so she can take it down.

12          MR. BLOCK:  Objection to the form of that

13  question.

14          THE WITNESS:  The stanza validation that we had

15  in place found that this was a noncompliant stanza,

16  according to the spec that we had in place.

17  BY MR. AKROTIRIANAKIS:

18      Q.   The spec that you developed for this task?

19      A.   Yes.

20          MR. BLOCK:  Objection to the form of that

21  question as well.

22          THE WITNESS:  One of the multiple --

23          (Reporter clarification.)

24          THE WITNESS:  -- specs.  We have to have a spec

25  for every single VoIP stanza, and we have a few.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 97 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 06-13-2024

1  BY MR. AKROTIRIANAKIS:

2      Q.   What is an "APK"?

3      A.   This is some jargon related to client -- to

4  client engineering.  I'm server-side engineer.  I don't

5  know.

6      Q.   Okay.  So on the next page, 11, when Mr. Wang

7  is referring to an APK that he uploaded, you don't know

8  what he's talking about?

9          MR. BLOCK:  Object to the form.

10          THE WITNESS:  I have some understanding.  If

11  you want, I can take a guess.

12  BY MR. AKROTIRIANAKIS:

13      Q.   Well, your understanding I would appreciate.

14  If you're really just guessing, then that's not helpful.

15      A.    You know, everything in life I know with

16  certain degree of certainty --

17          (Simultaneous speakers.)

18      Q.   All right.  Well, tell me about APK and how

19  it's used in this context, and then you can qualify it

20  with whatever degree of certainty you feel is

21  appropriate.

22          MR. BLOCK:  Objection to form.

23          THE WITNESS:  My -- with my very limited

24  knowledge on client-side development, as in building apps

25  for phones, it seems that Yuanyuan was making a change to

```
 1    correct?
 2         A.    That's correct.
 3         Q.    Do you remember what time?
 4         A.    It was afternoon when I found that malicious
 5    call offer.
 6         Q.    Okay.  And do you remember what time it was
 7    that you had sent out for review the diff that would
 8    drop failed stanzas?
 9         A.    No, I don't remember.
10         Q.    Now, the call offer that you and ████████
11    are posting about on May 2, 2019, is something called a
12    "shell script"; right?
13         A.    That is part of it, but there is also an ELF
14    binary in there.
15               (Reporter clarification.)
16    BY MR. AKROTIRIANAKIS:
17         Q.    What is a "shell script"?
18         A.    A "script" is an "interpreted language versus
19    compile."  And "shell" means that "it's interpreted by
20    the shell, by the Unix in a shell."
21         Q.    What is an "ELF binary"?
22         A.    An "ELF binary" is a "collection of
23    instructions in machine code that it's understandable
24    for unique-type systems -- Linux systems."
25         Q.    The shell script is the first how many lines?
```

```
1              MR. BLOCK:  Object to form.

2              THE WITNESS:  Sorry.  If you asked something, I

3    missed it.

4    BY MR. AKROTIRIANAKIS:

5         Q.   I'm trying to understand your testimony

6    relative to the call offer here.  You said it contains a

7    shell script and an ELF binary.  Or is it that the shell

8    script contains an ELF binary?

9         A.   My eyes can see shell commands in what put

10   together this script.  And my eyes also see an ELF

11   binary that, obviously, what comes after, my eyes cannot

12   really decode.  But this is -- yeah, machine

13   instructions.

14             Again, just for the record here, like I'm a

15   backend software engineer.  This is not the kind of

16   thing -- like the ELF binary, it's not really the kind

17   of thing I see --

18             (Simultaneous speakers.)

19        Q.   Well --

20        A.   -- frequent.

21        Q.   Well, let me ask you, perhaps, a simpler

22   question.  There's nothing here that was encrypted or in

23   any way sort of making it difficult to see that this was

24   anomalous once you started looking at the values in the

25   connecting_tone_desc field; right?
```

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 100 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
JESUS PALAU on 06-13-2024                                                    Job 3326

1     A.   It was very, very obvious that this was

2     something malicious, yes.

3     Q.   You've used that term "malicious" on several

4     occasions now.  What do you mean by it?

5     A.   It's not only the code that I'm looking at or

6     that, you know, shell script, it's not only not valid

7     according to our specs, you can kind of smell some

8     intent in there; right?  Like, this is not really my

9     area of expertise.

10         I'm not a security engineer.  But you can

11    really tell this is trying to do something; in that

12    case, the receiver's device.

13    Q.   Well, and in your mind the "something" is

14    "malicious"; right?

15    A.   Yes.

16    Q.   Okay.  And why do you say that?

17    A.   Which kind -- I cannot really imagine any good

18    situation in which this can end good.  You know, like,

19    like -- I don't really know how to explain this to

20    transmit what's in my head more easily, because, I mean,

21    I cannot really imagine any good outcome out of that;

22    right?

23         Our official clients are not really sending

24    that.  They cannot send these; right?  Someone has gone

25    through the effort of creating a fake client and send

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 101 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3326
JESUS PALAU on 06-13-2024

1   what seems to be a shell script and an ELF binary after

2   that; right?

3          This takes an incredible amount of time,

4   effort, resources, money.  I cannot really imagine that

5   someone did that for any good intent.

6          Does this help?

7     Q.    I think I understand your testimony.

8          In any event, the signaling server, prior to

9   you undertaking this task that is described in Exhibit

10  1105, would have allowed the shell script that we see

11  here at the top of page 10 to be passed along; correct?

12         MR. BLOCK:  Objection to form.

13         THE WITNESS:  Prior to that, such a stanza

14  would have been routed to the destination device

15  specified in the "To" field stanza.  This is not

16  something that we can see here, given that that device

17  existed.

18  BY MR. AKROTIRIANAKIS:

19    Q.    I think that's a yes.

20         MR. BLOCK:  Objection to form.

21  BY MR. AKROTIRIANAKIS:

22    Q.    Are you agreeing with me that prior to the task

23  described in Exhibit 1105 being undertaken and

24  completed, that this shell script that we see at the top

25  of page 10 would have been allowed to pass through the

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 102 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 06-13-2024

1   signaling server?

2          MR. BLOCK:  Objection to form.

3          THE WITNESS:  The stanza containing this

4   payload that we are seeing in page 10, would have been

5   able to -- would have been routed to the recipient.  But

6   this also depends like is the target phone number --

7          (Reporter clarification due to accent.)

8          MR. BLOCK:  -- "some user registered on

9   WhatsApp."

10          THE WITNESS:  Yeah.  If this is being targeted

11   to an account that doesn't exist in WhatsApp, it's never

12   going to reach that device because there is no such

13   device.

14          If that device is registered and is active and

15   happens to be connected, then the server is going to

16   route the stanza containing this payload.

17   BY MR. AKROTIRIANAKIS:

18      Q.   Regardless of whether it ever ends up at its

19   intended or any other destination, the server is going

20   to route this stanza, prior to the task that's being

21   described here in Exhibit 1105; correct?

22          MR. BLOCK:  Objection to form.

23          THE WITNESS:  The server is going to accept the

24   stanza and route it.

25   BY MR. AKROTIRIANAKIS:

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 103 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3326
JESUS PALAU on 06-13-2024

1    Q.   Okay.  In other words, there would not have

2   been, at that time, any technical restriction that would

3   have prevented the routing of the stanza that we see at

4   the top of page 10; right?

5          MR. BLOCK:  Objection to form.  Calls for a

6   legal conclusion.

7          But you can answer to the extent that you

8   understand.

9          THE WITNESS:  This particular call offer stanza

10  with this payload would have been routed through our

11  system.  And in the cases that there is a device that is

12  registered and connected, it would have been delivered to

13  the recipient device.

14  BY MR. AKROTIRIANAKIS:

15    Q.   And we talked earlier about the meaning of

16   validating.  Prior to the task that's described here in

17   Exhibit 1105, there was no validating by the signaling

18   server of the value of the connecting desc_tone field;

19   correct?

20          MR. BLOCK:  Objection to form.  Foundation.

21          THE WITNESS:  It seems to me that this

22  particular field was not validated.

23  BY MR. AKROTIRIANAKIS:

24    Q.   All right.  Thank you.

25          MR. AKROTIRIANAKIS:  It's almost 1:00 o'clock.

1  Do you guys want to take a lunch break now?

2          THE VIDEOGRAPHER:  The time is 12:57 p.m.

3          (Lunch break taken.)

4          THE VIDEOGRAPHER:  All right.  The time is 1:47

5  p.m.  We are back on the record.

6  BY MR. AKROTIRIANAKIS:

7      Q.   All right.  1167 is this one?

8      A.   You may want to get the mic.

9      Q.   We'll start with Exhibit 1167.  Do you have

10  that before you, Mr. Barcons?

11      A.   Yes, I do.

12      Q.   All right.  And you remain under oath; right?

13      A.   Yes, I do.

14      Q.   All right.  So can you turn to page 2?

15      A.   I'm there.

16      Q.   And in the middle of the page there's this

17  entry from ██████████ that says:  "Pd: WS is

18  WhatsApp."  And then in parentheses:  "(WA for everyone

19  else)."

20          Do you see that?

21      A.   I do.

22      Q.   Have you heard of, internally to WhatsApp or

23  Facebook, WhatsApp being referred to as "WA"?

24      A.   Yes.

25      Q.   And have you also refer -- seen or heard

1    software, find a way, you know, somehow, an

2    understanding -- not only the protocol, but also the

3    inner workings of some of our systems or business logic

4    to understand what could pass, what could not pass;

5    right?  And also analyze, very carefully, some of the

6    code of the application to see if there was some

7    vulnerability that could be exploited.

8            So, no, a WhatsApp client didn't send the

9    modified stanza.  A fake or unofficial, malicious

10   WhatsApp client sent a modified stanza.

11           (Reporter requests the witness to slow down.)

12           (Reporter clarification.)

13   BY MR. AKROTIRIANAKIS:

14       Q.   All right.  What ████████████████ wrote, in

15    any event, was that "an actor sent from a WhatsApp

16    client, a modified stanza to another WhatsApp client";

17    right?

18       A.   This is what he wrote.  And given the context,

19    one can understand that it's actually not an official

20    WhatsApp client, but a fake WhatsApp client.

21           Again, if I have to distill this line, this is

22    what it says, but it's incorrect.  An "official" client

23    can never send a modified stanza.

24       Q.   I'm just asking what the document says.

25       A.   This is what the document says.

1          Q.   Okay.  He goes on to write:  "The modified

2     stanza contains a bash script that is malicious."

3               You don't take issue with that, I take it;

4     right?

5               MR. BLOCK:  Objection to form.

6               THE WITNESS:  I agree with this, yes.

7     BY MR. AKROTIRIANAKIS:

8          Q.   "The suspicious stanza received in 97336700200

9     running Android-2.19.115."  Do you see that?

10         A.   Yes.

11         Q.   What is the number there that starts with

12    "973"?

13         A.   I don't know.  If you give me some time, I can

14    try to find some reference in this document and try to

15    figure it out.

16         Q.   We'll see if we can come back to that.

17              He goes on to write:  "The malicious stanza was

18    being sent on 2019/05/02-16:16:33."  Do you see that?

19         A.   Yes.

20         Q.   All right.  And you understand that to be 4:16

21    and 33 seconds, on May 2nd, 2019; correct?

22         A.   Yes, correct.  I don't know which time zone

23    this refers to.

24         Q.   Well, you testified earlier when I asked you

25    what time day on May 2nd you made your discovery, that

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 107 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3326
JESUS PALAU on 06-13-2024

1   it was in the afternoon.  Do you recall that?

2        A.    Yes.

3        Q.    Okay.  And does 4:16 p.m. roughly comport with

4   your memory?

5            MR. BLOCK:  Objection to form.

6            THE WITNESS:  Let's see what I remember.  Yeah,

7   perhaps it's around that time.  I mean, it doesn't strike

8   me as completely wrong.  It seems like very possible that

9   it was around that time.

10  BY MR. AKROTIRIANAKIS:

11       Q.    "There are 4 calls from the malicious number."

12  Do you see that?

13       A.    Yes.

14       Q.    And what was that your finding?

15       A.    I don't recall if this was some further

16  analysis.  I don't know.

17       Q.    "2 of the calls had the malicious

18  connecting_tone_desc."  Do you see that?

19       A.    Yes.

20       Q.    And what are you -- well, what do you

21  understand connecting_tone_desc as used this context to

22  be?

23       A.    That was the attribute that was used to stuff

24  the value, that malicious payload with bash and ELF

25  binary.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 108 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3326
JESUS PALAU on 06-13-2024

1    Q.   All right.  Now, connecting_tone_desc, is a --

2    actually, let me back up a second.

3         I'm going to hand you --

4         MR. AKROTIRIANAKIS:  I don't know that it's in

5    here.  I have no copy of that.

6         All right.  We'll come back to Exhibit 1613.

7    BY MR. AKROTIRIANAKIS:

8    Q.   What is an "XOR cipher"?

9    A.   I suppose that this is something that you read

10   in the document.  Maybe you can point me to there.

11   Q.   Yeah.  Are you familiar with "XOR cipher"?

12   A.   Yes.

13   Q.   What is an "XOR cipher"?

14   A.   That is logic operator called XOR.  It takes as

15   input bits and it generates as output bits, according to

16   some rules, XOR rules.  That's known as "exclusive R."

17        A "cipher," it means that it seems that we take

18   some data, we can call it "plain text," and then we take

19   some other part of data, which is -- we can call it

20   "secret," and when we XOR the plain text and the secret,

21   it generates some XOR encrypted data.

22        You can reverse that by XOR'g again the result

23   with the secret, and you will get the plain text again.

24   Q.   So you can "cipher" and "decipher," in other

25   words; right?

```
 1   BY MR. AKROTIRIANAKIS:

 2        Q.   Who is Mingsong Bi?

 3        A.   An engineer on the client team for VoIP.

 4        Q.   And the last name is spelled B-I; correct?

 5        A.   Yes.

 6        Q.   Okay.  Is that a "Mr. B" or "Ms. B"?

 7        A.   "Mr. B."

 8        Q.   Okay.  Do you see that about halfway down the

 9   page, Mr. B at 836 writes:  "Relay has a set of keys and

10   will try all of them to decrypt."

11        A.   I can't read this line.

12        Q.   And three lines down, Mr. Gheorghe addresses

13   that.  Do you see that?

14             MR. BLOCK:  Object to form.

15             THE WITNESS:  I can see a message from Claudiu

16   that reads:  "XR cipher is not encryption.  It's just

17   obfuscation."  Is this the message?

18   BY MR. AKROTIRIANAKIS:

19        Q.   That is correct; right?

20             MR. BLOCK:  Objection to form.  Foundation.

21             THE WITNESS:  That's what I can read.  Again,

22   I'm server-side engineer.  I'm signaling, this more on

23   relay side.  The expert here is Claudiu.  As far as I

24   know, he is the one that came up with the XOR cipher,

25   this application and then the concept of XOR cipher.  My
```

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 110 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3326
JESUS PALAU on 06-13-2024

1  understanding is very superficial.

2  BY MR. AKROTIRIANAKIS:

3      Q.   Is it your understanding that XOR cipher is not

4  encryption, that it's just obfuscation?

5      A.   I will defer to Claudiu's words because he is

6  the expert and this seems also accurate to me.

7      Q.   And then Mr. B, at 841, writes:  "To be clear,

8  XOR is not end-to-end encryption and relay server is

9  aware of the XOR process."

10     A.   I'm sorry about that.  I don't see any 841.  I

11  see now.  Sorry about that.

12          Yes.  I can see that.

13     Q.   And that is also your understanding; correct?

14          MR. BLOCK:  Objection to form.  Foundation.

15          THE WITNESS:  With my very superficial

16  understanding and whatever before from Claudiu, yes, XOR

17  is not part of end-to-end encryption because client and

18  server both know about the secret, so it can't be

19  end-to-end encryption.

20  BY MR. AKROTIRIANAKIS:

21     Q.   And it's also true that the relay server is

22  aware of the XOR or process?

23          MR. BLOCK:  Objection to form.  Foundation.

24          THE WITNESS:  Again, I'm really the wrong

25  person to ask for that.  I will try to do my best with my

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 111 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3326
JESUS PALAU on 06-13-2024

1    limited knowledge because I was not really working on

2    relays.

3              But my is that understanding if client is

4    XOR'ing data and the receiver of this data is the relay

5    serve, the relay server better know how to XOR it again

6    with the right secret, otherwise, yep, it will not mean

7    anything at all for the relay server.

8              So, yeah, so it has to be aware of that other

9    part of XOR -- let's call it "secret" -- and it has to

10   know how to work with it.

11   BY MR. AKROTIRIANAKIS:

12       Q.   How to deobfuscate it?

13       A.   Yeah, I think that would be good word for it,

14   yes.

15       Q.   All right.  Now Mr. Ebeling writes:  "The

16   malicious stanzas seem to have a custom XOR cipher in

17   them."

18              Do you see his statement?

19       A.   I see this statement.

20       Q.   And Mr. Gheorghe, who you identified as the

21   expert on XOR cipher, corrects that misstatement; right?

22              MR. BLOCK:  Objection to form.

23              THE WITNESS:  Can you be more precise in which

24   place?

25   BY MR. AKROTIRIANAKIS:

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 112 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3326
JESUS PALAU on 06-13-2024

1      Q.   Sure.  Mr. Ebeling makes the statement that the

2    stanzas have a "custom XOR cipher in them."

3           And Mr. Gheorghe, on the next page, corrects

4    that and says that:  "If we cannot read the XOR cipher

5    packet, we cannot tell what packet it is, and we drop

6    it."

7           MR. BLOCK:  Objection to form.  Misstates the

8    document.

9           THE WITNESS:  Right.  I mean, my understanding

10   is following one; right?  So we are seeing a value for an

11   XOR cipher sent by the client.  And that's the value that

12   both client and the relay server will use to deobfuscate

13   the packets that go from client to server.

14           It seems that if that -- that value -- that

15   value -- XOR value that clients are using that the relay

16   server is not aware of, it will not be able to perform

17   the deobfuscation and hence, drop the packets because it

18   doesn't know how to process them.

19   BY MR. AKROTIRIANAKIS:

20       Q.   So the if relay server is not able to

21    deobfuscate, then it will drop the packet?

22       A.   Yes.

23           MR. BLOCK:  Objection to form.

24   BY MR. AKROTIRIANAKIS:

25       Q.   And that's what you're talking about when you

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 113 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3326
JESUS PALAU on 06-13-2024

1    say here, at the top of page 2, that:  "If they have a

2    custom set of xor cipher keys that is different the one

3    we have in EdgeRay, packets will not be able to be

4    decoded in EdgeRay and be dropped;" right?

5        A.   This is what I --

6             (Simultaneous speakers.)

7             MR. BLOCK:  Objection to form.

8             THE WITNESS:  This is what I wrote in the

9    document.  I think that Claudiu and I are saying the same

10   thing, that EdgeRay must know that value in order to, I

11   call it "decode."  Claudiu calls it "deobfuscate."  I

12   would perhaps stick to his wording because it seems more

13   accurate than mine.  He's the expert, and I'm not really

14   talking on my area of knowledge.

15   BY MR. AKROTIRIANAKIS:

16       Q.   Okay.  And when you write a little bit further

17   down, at 851:  "Confirmed, they have the same XOR cipher

18   numbers," what you're confirming is that there is no

19   custom cipher -- custom XOR cipher; correct?

20            MR. BLOCK:  Objection to form.

21            THE WITNESS:  It seems that I'm confirming that

22   whatever value they chose the clients are sending, and I

23   don't think clients should be sending this value, happens

24   to be one of the values that we know on the server side.

25   So because of that, we can decode the package on EdgeRay.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 114 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
JESUS PALAU on 06-13-2024                                                    Job 3326

1                    MR. AKROTIRIANAKIS:  Okay.  This is Exhibit

2    1148.

3                    THE WITNESS:  Thank you.

4                    MR. BLOCK:  Previously marked and also marked

5    for this deposition.

6                    (Reporter Note:  Mr. Akrotirianakis did not

7                    mark Exhibit 1148 for this witness.

8                    Previously marked Exhibit 1148 to the

9                    9/12/24 Yuanyuan Wang deposition was handed

10                   to witness Jesus Barcons Palau.)

11                   MR. AKROTIRIANAKIS:  And I will give you

12   Exhibit 1083, same --

13                   THE WITNESS:  Thank you.

14                   MR. AKROTIRIANAKIS:  -- also.

15                   (Mr. Akrotirianakis did not mark Exhibit 1083

16                   for this witness. Previously marked Exhibit

17                   Number 1083 to the Yuanyan Wang deposition was

18                   handed to witness Jesus Barcons Palau.)

19                   THE WITNESS:  Thank you.

20   BY MR. AKROTIRIANAKIS:

21       Q.   Prior to today, Mr. Barcons, do you recall ever

22   having seen Exhibit 1148?

23       A.   Perhaps.  I wouldn't be surprised if I saw it,

24   but I cannot be hundred percent sure.  This was long

25   time ago.

```
 1   STATE OF CALIFORNIA       )
                               ) ss:
 2   COUNTY OF ALAMEDA         )

 3
             I, KIMBERLY E. D'URSO, do hereby certify:
 4

 5           That the witness named in the foregoing

 6   deposition was present and duly sworn to testify to the

 7   truth in the within-entitled action on the day and date

 8   and at the time and place therein specified;

 9           That the testimony of said witness was reported

10   by me in shorthand and was thereafter transcribed through

11   computer-aided transcription;

12           That the foregoing constitutes a full, true and

13   correct transcript of said deposition and of the

14   proceedings which took place;

15           Further, that if the foregoing pertains to the

16   original transcript of a deposition in a federal case,

17   before completion of the proceedings, review of the

18   transcript [ ] was [ ] was not requested.

19           That I am a certified stenographic reporter and

20   a disinterested person to the said action;

21           IN WITNESS WHEREOF, I have hereunder subscribed

22   my hand this 15th day of September, 2024.

23   Kimberly D'Urso
     _____
24   KIMBERLY D'URSO, CSR NO. 11372, RPR

25
```

# Exhibit B

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                  OAKLAND DIVISION

4  - - - - - - - - - - - - - - - x

5  WHATSAPP INC., a Delaware     :

6  corporation, and FACEBOOK,    :

7  INC., a Delaware corporation, :

8            Plaintiffs,         :  CASE NO.

9  v.                            :  4:19-cv-07123-PJH

10 NSO GROUP TECHNOLOGIES LIMITED:

11 And Q CYBER TECHNOLOGIES       :

12 LIMITED,                       :

13            Defendants.         :

14 - - - - - - - - - - - - - - - x

15        HIGHLY CONFIDENTIAL, ATTORNEYS' EYES

16     VIDEOTAPED DEPOSITION OF ANDREW ROBINSON

17           Thursday, September 19, 2024

18                  9:36 a.m.

19

20

21 JOB NO.:  44484

22 Pages 1 through 389

23 Reported By:  CASSANDRA E. ELLIS, CSR-CA #14448,

24 CSR-HI #475, CCR-WA #3484, RPR, RMR, RDR, CRR,

25 Realtime Systems Administrator #823848

```
 1                 P R O C E E D I N G S
 2                 THE VIDEOGRAPHER:  Good morning.
 3    This is the beginning of media in the deposition
 4    of Andrew Robinson, taken in the matter of
 5    WhatsApp, Inc., a Delaware corporation, and
 6    Facebook, Inc., a Delaware corporation,
 7    plaintiffs, versus NSO Group Technologies
 8    Limited and Q Cyber Technologies Limited,
 9    defendants, Case Number 4:19-cv-07123- -- DJH --
10    PJH, held in the United States District Court,
11    Northern District of California, Oakland
12    division.  Today's date is September 19th, 2024,
13    and the time on the monitor is 9:36 a.m.
14                 My name is Robyn Ellis, and I am
15    the legal videographer.  The court reporter is
16    Cassandra Ellis.  We are representing Olender
17    Reporting.
18                 Counsel appearances will be noted
19    on the stenographic record.
20                 Will the court reporter please
21    swear in the witness, then you may proceed.
22                 (Witness sworn)
23                 MR. AKROTIRIANAKIS:  Good morning.
24    Joe Akrotirianakis and Jonathan Weinberg on
25    behalf of the defendants.
```

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 119 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1              MR. MARZORATI:  Good morning.  Luca

2    Marzorati from Davis Polk and Wardwell, on

3    behalf of the plaintiffs.  With me here is

4    Michael Chmelar from META Platforms, Inc.

5              MR. AKROTIRIANAKIS:  We don't have

6    a remote deal today, do we?

7              MR. MARZORATI:  No.

8              MR. AKROTIRIANAKIS:  All right.

9                   ANDREW ROBINSON

10     having been duly sworn, testified as follows:

11                    EXAMINATION

12   BY MR. AKROTIRIANAKIS:

13              Q.   Good morning, Mr. Robinson.  My

14    name is Joe Akrotirianakis.  We met outside the

15    room.  I am the attorney for the defendants in

16    this case; do you understand that?

17              A.   I do.

18              Q.   Okay.  Your first name is Andrew,

19    but you generally go by Drew; do I understand

20    correctly?

21              A.   That is correct.

22              Q.   And would it be appropriate to

23    address you as Mr. Robinson?

24              A.   Sure.

25              Q.   In other words, you don't have,

```
 1              A.    I believe so, I'm not positive.
 2              Q.    Are there any other installation
 3      kits in the Facebook family, that you're aware
 4      of, that interact with -- or that are based on
 5      the mobile application, mobile messaging
 6      application?
 7              A.    I'm sorry, can you repeat the
 8      question?
 9              Q.    Yeah, I did a hash out of that.
10              MR. AKROTIRIANAKIS:  I'm sorry,
11      Ms. Court reporter.
12  BY MR. AKROTIRIANAKIS:
13              Q.    All right.  Other than the ones
14      that you've mentioned so far, are there any
15      other installation kits, that you're aware of,
16      that can be used to work together with a mobile
17      messaging application that's owned by Facebook?
18              MR. MARZORATI:  Objection to form.
19              A.    I'm only aware of the official SDKs
20      which we release.
21              Q.    Okay.  And SDK is software
22      development kit?
23              A.    Correct.
24              Q.    Okay.  And that's how you would
25      officially identify what you called an
```

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 121 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    installation kit; right?

2          A.   I don't know what an installation

3    kit is, that's not a term I'm familiar with.

4          Q.   I beg your pardon, software

5    development kit, so let me -- let me make this

6    clearer, so that it's real clear.

7                Facebook, META, WhatsApp, Instagram

8    publishes or makes available to the public

9    software development kits for the development of

10   applications that go together with things like

11   Facebook Messenger, WhatsApp and Instagram

12   Messenger; right?

13               MR. MARZORATI:  Objection to form.

14         A.   That is correct.

15         Q.   Are there other open source

16   software, that you're aware of, that can be used

17   to develop applications that would work

18   compatibly with Facebook Messenger, WhatsApp,

19   Instagram Messenger and the like?

20               MR. MARZORATI:  Objection to form.

21         A.   I am aware of other open source

22   software that attempts to interface with our

23   services, if that's what you're asking.

24         Q.   Okay.  And what software are you

25   thinking of?

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 122 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1          A.   I don't know if it has name.  I

2    just know of, like, things that people put in

3    open source repositories that attempt to

4    leverage our infrastructure.

5          Q.   And where would somebody go to find

6    that software?

7               MR. MARZORATI:  Objection to form,

8    calls for speculation.

9          A.   I -- like I said, it's published in

10   GitHub, so GitHub.

11         Q.   It's available, generally, on the

12   internet?

13               MR. MARZORATI:  Objection to form,

14   misstates testimony.

15         A.   It would not be in private

16   repositories within GitHub.

17         Q.   Where would it be?

18         A.   Public repositories.

19         Q.   On GitHub?

20         A.   As one example, there may be

21   others.

22         Q.   And as an example, what is GitHub?

23         A.   GitHub is a website run by or owned

24   by Microsoft that -- where software developers

25   can upload code and keep track of their -- the

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 123 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    history of their code.

2              Q.    What's a decompiler?

3              A.    A decompiler is something which

4    takes machine code and turns it into assembly or

5    some other similar form, depending on the

6    architecture for which the decompiler is

7    inclined to operate.

8              Q.    And how would someone use a

9    decompiler?

10             A.    So I would take a -- one would take

11   a decompiler and pass a compiled binary into it

12   in order to understand how that application

13   functions.

14             Q.    That's something you do from time

15   to time?

16             A.    With malware, usually.

17             Q.    Prior to becoming a Facebook

18   employee, you have used decompilers?

19             A.    Yes.

20             Q.    For legitimate purposes?

21             A.    Yes.

22             Q.    Are you familiar with the names of

23   any commonly available decompilers?

24             A.    Sure, there's Ida, Ghidra, there is

25   JEB, there -- what's the other -- there's a --

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 124 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    there's -- there's one that I used to work, was

2    created by somebody I used to work with, I've

3    forgot -- forgotten what it's called.

4            Q.    Are you familiar with WhatsApp?

5            A.    I am familiar with WhatsApp.

6            Q.    And you use -- you use WhatsApp,

7    yourself; right?

8            A.    Yes.

9            Q.    Okay.  And if someone who didn't

10   have -- well, does WhatsApp come preloaded onto

11   any mobile phones, that you're aware of?

12           MR. MARZORATI:  Objection, calls

13   for speculation.

14           A.    Not that I'm aware of.

15           Q.    Okay.  So how would somebody, if

16   they had a phone, access WhatsApp?

17           MR. MARZORATI:  Objection, calls

18   for speculation.

19   BY MR. AKROTIRIANAKIS:

20           Q.    Now, you've done this; right?

21           MR. MARZORATI:  Objection to form.

22           A.    Download it from our website or the

23   Google Play store or the IOS app store.

24           Q.    Okay.  And the downloading of

25   WhatsApp from either WhatsApp's website or the

1      Google Play store or the IOS app store is

2      something that can be done without actually

3      signing up for a WhatsApp account; correct?

4                      MR. MARZORATI:  Objection, calls

5      for speculation.

6              A.    I don't know.  I believe -- I

7      believe from the Google Play store or the Apple

8      App store you may be able to download it without

9      a -- without a WhatsApp account, but I'm not

10     sure about from our website.

11             Q.    And putting aside, you know, the

12     separate question of why would somebody download

13     it without setting up a WhatsApp account, it can

14     be done?

15                     MR. MARZORATI:  Objection to form,

16     asked and answered.

17                     THE WITNESS:  The -- I'm sorry,

18     repeat the question.

19                     MR. AKROTIRIANAKIS:  Yeah.

20     BY MR. AKROTIRIANAKIS:

21             Q.    Putting aside the question why

22     somebody would download WhatsApp, without then

23     creating a WhatsApp account, it is -- it is a

24     possible thing that can be done to download

25     WhatsApp without creating a WhatsApp account;

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 126 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.              Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1   correct?

2              MR. MARZORATI:  Objection to form,

3   calls for speculation, and asked and answered.

4         A.   As I said, I believe -- I believe

5   it is possible.

6         Q.   So, like, if I took my phone, right

7   here, and went to the Google Play store, let's

8   say, I could download WhatsApp and then just

9   stop right then, and do nothing more; right?

10             MR. MARZORATI:  Objection to form.

11        A.   I believe so, yes.

12        Q.   And it's free?

13        A.   As far as I'm aware.

14        Q.   Okay.  Now, could I then decompile

15   the WhatsApp code?

16             MR. MARZORATI:  Objection, calls

17   for speculation.

18        A.   Yes, I suppose you could.

19        Q.   Using JEB or Ida or any of the

20   other publicly available decompilers that you've

21   testified to?

22             MR. MARZORATI:  Objection to form,

23   calls for speculation.

24        A.   You would need an Android specific

25   compiler or an IOS specific compiler, but yes.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 127 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1          Q.   And then I could choose, if I

2    wanted to, either to set up a WhatsApp account

3    or not set up a WhatsApp account; correct?

4                    MR. MARZORATI:  Objection, calls

5    for speculation.

6          A.   I suppose so.

7          Q.   All right.  Now, let's talk about

8    the process of setting up a WhatsApp account.

9                    There are -- when you go to set up

10   a WhatsApp account you need to have a phone

11   number; right?

12                   MR. MARZORATI:  Objection, calls

13   for speculation, lacks foundation.

14         A.   Unless you're an internal employee,

15   yes.

16         Q.   Okay.  Got to be a mobile phone

17   number?

18                   MR. MARZORATI:  Same objections.

19         A.   Yes.

20         Q.   Is there any other unique

21   identifier that is necessary to open a WhatsApp

22   account?

23                   MR. MARZORATI:  Same objections.

24         A.   I believe we tie a credential of

25   some form to that, to that phone number.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 128 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.        Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1        Q.   Right.  But as far as what is

2   provided by the person who's opening the

3   account, is there anything other than the unique

4   phone number that's -- that's necessary?

5        A.   That's what I'm saying, the user

6   would provide a credential.

7        Q.   Well, what would be -- what would

8   be the credential?

9        A.   A password.

10        Q.   I see.  So a phone number and then

11   a password selected by the user?

12        A.   I believe that's the case.

13        Q.   Anything else?

14        A.   I believe those are what we would

15   use to authenticate you to our services.

16        Q.   Okay.  So if I wanted to put in no

17   other information into any of the fields I would

18   be able to, to your understanding, open up a

19   WhatsApp account with my mobile phone number and

20   a password of my choosing?

21        A.   I believe there's also some terms

22   of service that you would have to agree to.

23        Q.   Well, in terms of what I would be

24   providing in terms of information?

25        A.   Oh, I see.

```
 1    utilize Facebook for or WhatsApp or other
 2    Facebook properties, there's a separate
 3    interface that the businesses would use.
 4           Q.   Okay.
 5           A.   But it would all still come through
 6    in the client.
 7           Q.   When you say:  The client, you're
 8    referring to the WhatsApp app that you would
 9    download from the Google Play store or the IOS
10    app store; right?
11           A.   That is correct.
12           Q.   How is messaging or calling using
13    WhatsApp different from messaging using, like,
14    the text message app on your phone or the
15    network phone calling?
16                MR. MARZORATI:  Objection to form,
17    lacks foundation.
18           A.   So I'm certainly not terribly well
19    versed in the internals of WhatsApp, but my
20    understanding of it is that we -- WhatsApp does
21    not leverage the cellular network in the same
22    way that cellular calls or cellular text
23    messages relate, it is a separate protocol.
24           Q.   And it uses the internet as opposed
25    to cellular networks; correct?
```

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 130 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1        A.    That would be correct.

2        Q.    And the texts and voice calls and

3  video calls that are used, that are sent and

4  completed using WhatsApp, are encrypted in their

5  content; correct?

6        A.    Could you repeat the question?

7  Sorry.

8        Q.    Yeah, what is encryption?

9        A.    Encryption is the mechanism of

10 taking a plain text and running it through a

11 series of mathematical operations, such that you

12 cannot get back to derive a cypher text, such

13 that you cannot get back to the plain text

14 without having the key which was used to derive

15 the cypher text from the plain text.

16       Q.    So just to give an example, if you

17 and I were sending written messages to each

18 other, using WhatsApp, I would write it in

19 actual characters, letters on my phone, and you

20 would see it in letters, the same letters, on

21 your phone; right?

22            MR. MARZORATI:  Objection to form.

23       A.    Two clients communicating by

24 WhatsApp would see both the plain text end of

25 the communication.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 131 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1          Q.   But while the message is in transit

2     between our two cell phones, it would be

3     encrypted; is that right?

4               MR. MARZORATI:  Objection to form,

5     lacks foundation.

6          A.   That would be correct, the content

7     of what would pass between the clients would

8     be -- have been the encrypted text.

9          Q.   Okay.  And so to the extent that it

10    was intercepted in transit, that would just be

11    gobbledygook, it wouldn't be understandable to

12    anyone, even with the assistance of technology;

13    correct?

14              MR. MARZORATI:  Objection to form.

15         A.   Not necessarily, if there are

16    weaknesses in the encryption algorithm or

17    mathematical flaws you could exploit, you could

18    potentially get back to a plain text or if you

19    had the key you could get back to a plain text.

20         Q.   Do you know of such weaknesses in

21    WhatsApp's encryption algorithm?

22         A.   I'm not aware of any.

23         Q.   And the keys are WhatsApp's keys;

24    right?

25              MR. MARZORATI:  Objection to form,

1    lacks foundation.

2              A.    The keys are actually derived, I

3    believe, on a client-to-client basis.

4                   MR. MARZORATI:  Counsel, we've been

5    going for about an hour, whenever you get to a

6    good stopping point I would like to take a

7    break.

8                   MR. AKROTIRIANAKIS:  Sure.  Can we

9    go on for a couple minutes or do you need a

10   break right now?

11                  MR. MARZORATI:  Sure.

12   BY MR. AKROTIRIANAKIS:

13             Q.    So the same would be the case in

14   terms of the encryption with voice calls and

15   video calls?

16                  MR. MARZORATI:  Objection to form,

17   lacks foundation.

18             A.    To my knowledge.

19             Q.    So in other words, I call you using

20   WhatsApp, the content of our communication,

21   meaning the words that you and I speak to each

22   other, would be encrypted in transmission;

23   right?

24                  MR. MARZORATI:  Same objections.

25             A.    To my knowledge.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 133 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1          Q.   Okay.  And so while I would hear

2     your voice, and you would hear my voice, someone

3     who's sort of listening in, in the middle, would

4     not hear voices, they would hear gobbledygook?

5          A.   That is correct.

6          Q.   And the same is true with video

7     calls?

8          A.   Well, I should say, in the middle

9     being if they were not on the device which -- so

10    the device that is receiving the transmission,

11    the call or the text would be the device which

12    decrypts it, so if somebody had a mechanism for

13    running code or an implant, like Pegasus, on

14    that device then they would be able to access

15    the clear text of that communication.

16         Q.   And if they didn't have something

17    like Pegasus then they wouldn't be able to

18    access it?

19              MR. MARZORATI:  Objection to form,

20    calls for speculation.

21         A.   If they had physical access to the

22    phone, they could also retrieve the clear text

23    there.

24         Q.   Okay.  If they didn't have physical

25    access to the phone, and they didn't have remote

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 134 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    access to the phone, through something like

2    Pegasus, would they be able to access the

3    content of the communication?

4                    MR. MARZORATI:  Objection to form,

5    calls for speculation.

6            A.    Barring -- barring access to some

7    other mathematical flaw or encryption algorithm

8    that I'm unaware of they would not have access

9    to that communication.

10                   MR. AKROTIRIANAKIS:  Okay.  We can

11   take that break now.

12                   MR. MARZORATI:  Thank you.

13                   THE VIDEOGRAPHER:  The time is now

14   11:57.

15                   We're off the record.

16                   (Recess.)

17                   THE VIDEOGRAPHER:  The time is now

18   12:12.

19                   We're back on the record.

20                   (Previously marked Exhibit No. 1167

21   was identified for the record.)

22   BY MR. AKROTIRIANAKIS:

23           Q.    All right.  Mr. Robinson, you

24   remain under oath; do you understand that?

25           A.    I understand that.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 135 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

```
 1              Q.   Before you, I believe, is Exhibit

 2    1167.

 3              A.   I have that exhibit.

 4              Q.   Okay.  And is this a SEV?

 5              A.   This is the documentation of a SEV,

 6    yes.

 7              Q.   Okay.  So earlier today, when I was

 8    asking you what you did to prepare to testify,

 9    and you said that you reviewed some tasks, you

10    reviewed some SEVs, you reviewed WhatsApp Chat

11    and you reviewed e-mails; do you recall that

12    testimony?

13              A.   I do.

14              Q.   Okay.  This is an example of a SEV;

15    right?

16              A.   Yes.

17              Q.   All right.  And --

18              A.   The document -- the documentation

19    of a SEV.

20              Q.   Sure.

21              A.   Yeah.

22              Q.   But it's what you were referring to

23    in terms of kinds of documentation that you

24    referred to; right?

25                   I'm sorry.
```

1    classify as security engineers.

2            Q.    And what about Mr. Gheorghe?

3            A.    As I believe I said, I believe he's

4    an engineering manager.

5            Q.    For managing security engineers?

6            A.    I believe so.

7            Q.    Going back to our earlier

8    discussion, about applications that interface

9    with other applications, you understand that

10   there are a lot of third-party commercial

11   software applications and programs that interact

12   with WhatsApp; right?

13           MR. MARZORATI:  Objection to form,

14   calls for speculation.

15           A.    I am not aware of -- I'm not aware

16   of them, no.

17           Q.    You -- you believe that there are

18   no third-party commercial software applications

19   and programs that -- that work compatibly with

20   WhatsApp?

21           MR. MARZORATI:  Objection to form,

22   misstates the witness's testimony.

23           A.    I know there are some that

24   interface with our software development kit, but

25   that is -- and then I know that there are some

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 137 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1  that attempt to interface with our

2  infrastructure and services through illegitimate

3  means.

4          Q.   Well, what are -- what are some of

5  the ones that you can think of that interface

6  with the WhatsApp software development kit?

7          A.   They would all be business related,

8  so I believe, speculating, I think -- I think

9  Shopify has -- has some -- some interaction

10  with -- with the WhatsApp SDK.

11          Q.   Can you think of any others?

12          A.   Not off the top of my head, no.

13          Q.   Are you familiar with an

14  application called Just Call?

15          A.   I am not.

16          Q.   What about Coobi, C-o-o-b-i?

17          A.   I am not.

18          Q.   Are you familiar with WADI,

19  W-A-D-I?

20          A.   I am not.

21          Q.   Are you familiar with Message Bird?

22          A.   I am not.

23          Q.   Are you familiar with Happy Fox?

24          A.   I am not.

25          Q.   What is Twilio?

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 138 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1                   MR. MARZORATI:  Objection,

2      foundation.

3            A.   I believe that is a desktop-based

4      messaging client.

5            Q.   Happy Fox markets itself as

6      helpdesk software that seamlessly integrates

7      with WhatsApp via Twilio; is that something that

8      you ever heard of as a concept, even if you're

9      unfamiliar with Happy Fox?

10                  MR. MARZORATI:  Objection to form.

11           A.   It is not.

12                  MR. AKROTIRIANAKIS:  Do you have a

13     blank sticker?

14   BY MR. AKROTIRIANAKIS:

15           Q.   Are you familiar with a WhapPext,

16     W-h-a-p-P-e-x-t, application?

17           A.   I am not.

18                  MR. AKROTIRIANAKIS:  This is

19     Exhibit 1516.

20                  (Exhibit No. 1516 was marked for

21     identification.)

22                  MR. AKROTIRIANAKIS:  Shoot, I'm one

23     shy.

24                  MR. MARZORATI:  That's okay.

25     ///

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 139 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

```
 1    BY MR. AKROTIRIANAKIS:

 2              Q.   Have you had a chance to review

 3    Exhibit 1516?

 4              A.   I have skimmed it.

 5              Q.   I take it you haven't reviewed

 6    Exhibit 1516 prior to today?

 7              A.   No, this is my first time seeing

 8    this.

 9              Q.   Okay.  And it's a -- it's an

10    article, an internet article, that discusses

11    some applications and tools that interact

12    with -- with WhatsApp; is that how you

13    understand the document?

14              MR. MARZORATI:  Objection to form,

15    if you need more time to look at it, to answer

16    that question, Mr. Robinson, you should feel

17    free.

18              A.   I would say it looks to be stuff

19    that interfaces with our business SDK rather

20    than WhatsApp, generically.

21              Q.   Okay.  Do you know a Gaurav Sharma,

22    the person who reviewed this?

23              A.   I do not.

24              Q.   Do you know whether that is -- that

25    person is either a WhatsApp or a Facebook
```

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 140 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    employee?

2                    MR. MARZORATI:  Objection, lacks

3    foundation.

4          A.    I'm not sure.

5          Q.    Well, let's use the example that

6    you -- that you mentioned, Shopify.

7                    WhatsApp frequently issues software

8    updates and patches; correct?

9                    MR. MARZORATI:  Objection,

10   foundation.  You can answer, if you know.

11         A.    I'm not sure.  I'm not involved

12   with their patch cycle.

13         Q.    Well, what about -- what about

14   Facebook, does Facebook frequently issue

15   software updates and patches?

16                    MR. MARZORATI:  Same objection.

17   You can answer, if you know.

18         A.    To what aspect of it?

19         Q.    Any aspect.

20         A.    Our website is continuously

21   updated.

22         Q.    Okay.  And what about Facebook

23   Messenger, the app?

24                    MR. MARZORATI:  Same objection.

25         A.    I'm not involved with their patch

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 141 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    cycle.

2         Q.    Even if you're not personally

3    involved in it, do you understand that Facebook

4    frequently issues software updates with respect

5    to the Facebook Messenger?

6              MR. MARZORATI:  Objection to

7    foundation.  You can answer, if you know.

8         A.    I understand they issue software

9    updates.

10         Q.    Okay.  And are you aware of other

11    applications that interface with Facebook

12    Messenger?

13              MR. MARZORATI:  Objection to form.

14              THE WITNESS:  I'm sorry, repeat the

15    question.

16    BY MR. AKROTIRIANAKIS:

17         Q.    I asked you earlier whether you

18    were aware of applications that interfaced with

19    WhatsApp, and you mentioned Shopify.  I'm now

20    asking you whether you're aware of applications

21    that interact with Facebook Messenger?

22         A.    Similarly, I believe there are

23    other business applications that are allowed to

24    interface with messenger.

25         Q.    Okay.  And sometimes, when

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 142 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.         Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    Messenger or something like Messenger would

2    issue a new version of its software, the

3    corresponding or interfacing applications would

4    also have to version up in order to continue to

5    be compatible?

6              MR. MARZORATI:  Objection to form,

7    calls for speculation.

8              A.   I'm not an engineer on Messenger,

9    so I can speculate as to what would be required,

10   but I don't know for sure.

11             Q.   Well, I'm just asking based on your

12   experience, training and education in software

13   engineering.

14             MR. MARZORATI:  Objection to form,

15   misstates the training and education, and also

16   calls for speculation.

17             THE WITNESS:  Sorry, please repeat

18   the question.

19             MR. AKROTIRIANAKIS:  Sure.

20   BY MR. AKROTIRIANAKIS:

21             Q.   You have studied computer science

22   for a number of years; correct?

23             A.   Yes, I went to school for computer

24   science.

25             Q.   Okay.  And you have worked in the

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 143 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    field of computer science, including software

2    engineering, for, what, 14, 15 years?

3                MR. MARZORATI:  Objection to form.

4    BY MR. AKROTIRIANAKIS:

5          Q.    I'm sorry?

6          A.    I would classify my work more as

7    malware analysis and threat intelligence.

8          Q.    Okay.  You understand how software

9    code works?

10         A.    Yes.

11         Q.    Okay.  And if two applications

12   interface with each other, and one of them has a

13   version upgrade, the other may need to also

14   upgrade in order to continue to be compatible;

15   is that right?

16                MR. MARZORATI:  Objection to form,

17   calls for speculation.  You can answer, if you

18   know.

19         A.    Depends heavily on the application

20   and the update and the nature of the update.

21         Q.    Okay.  You're saying in some

22   circumstances that would be the case; correct?

23                MR. MARZORATI:  Objection to form,

24   calls for speculation.

25         A.    Potentially, in some, it might.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 144 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1          Q.    Okay.  And that would be true, you

2     know, regardless whether you would consider the

3     interfacing application to be legitimate or

4     illegitimate?

5                    MR. MARZORATI:  Objection to form,

6     calls for speculation, also calls for a legal

7     conclusion.

8                    THE WITNESS:  Sorry, repeat the --

9     repeat the question.

10                    MR. AKROTIRIANAKIS:  Sure.

11    BY MR. AKROTIRIANAKIS:

12          Q.    I'll just given an example:  Like,

13    let's say that Shopify is interfacing with

14    either WhatsApp or Facebook Messenger or some

15    sort of mobile messaging application, okay?  And

16    the application is updated, in my hypothetical

17    this would be WhatsApp or Facebook, such that

18    the code has changed; are you with me so far?

19          A.    I believe so.

20          Q.    Okay.  Shopify may have to alter

21    its code in order to remain compatible with the

22    mobile messaging app that we're talking about;

23    is that right?

24          A.    No.

25                    MR. MARZORATI:  Object.  Objection,

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 145 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1     calls for speculation, and to the form of the

2     question.

3   BY MR. AKROTIRIANAKIS:

4          Q.   You don't believe there's any

5     circumstances in which, in my hypothetical,

6     Shopify would have to come out with a new

7     version in order to remain compatible with

8     either WhatsApp or Facebook Messenger?

9               MR. MARZORATI:  Objection to form,

10    calls for speculation, and misstates the

11    witness's testimony.

12         A.   I would say that it would only

13    require an update if the SDK to which there's

14    interface, to which they interface with, was

15    updated with -- sorry, to add -- with a breaking

16    change, which isn't necessarily always the case.

17         Q.   With a breaking change, is that

18    what you said?

19         A.   It is.

20         Q.   Okay.  And what does that mean?

21         A.   That would be a change that is not

22    comparable with prior versions of the SDK.

23         Q.   And what is that called, when you

24    try and maintain compatibility with earlier

25    versions?

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 146 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1              MR. MARZORATI:  Objection, lacks

2    foundation.

3         A.   I believe that's called reverse

4    compatibility or backwards compatibility.

5         Q.   What is the reason that WhatsApp

6    publishes beta versions of its updates?

7              MR. MARZORATI:  Objection, lacks

8    foundation, calls for speculation.

9         A.   I'm not sure.  You would need to

10   ask somebody who works on the WhatsApp side.

11        Q.   Why would Facebook publish beta

12   versions of software updates?

13             MR. MARZORATI:  Same objections,

14   calls for speculation.

15        A.   I would say similar answer, I don't

16   know.  You would have to ask somebody who works

17   in Facebook release cycle, project cycle.

18        Q.   WhatsApp and Facebook do, in fact,

19   sometimes make breaking changes to software

20   development kits; correct?

21             MR. MARZORATI:  Objection, calls

22   for speculation.  You can answer, if you know.

23        A.   I don't know.

24        Q.   What is a breaking change, what

25   would be an example?

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 147 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.        Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1          A.    A breaking change might be one that

2     says -- either removes an endpoint which was

3     previously available or changes the way in which

4     a customer could interact with it.

5          Q.    And so if an application were to

6     update a new version with a breaking change,

7     that could require the applications that

8     interface with that application also to alter

9     their code; correct?

10               MR. MARZORATI:  Objection to form,

11     lacks foundation, also calls for speculation.

12          A.    Not necessarily, we -- we publish

13     versions of our SDK, and those older versions

14     typically remain available, and so it would just

15     mean that if they wanted to move to the new

16     version they would have to accommodate the

17     changes.

18          Q.    By changing their own code to

19     continue to be able to interface?

20               MR. MARZORATI:  Same objections.

21          A.    I believe so, I -- they may have

22     other ways of doing it.

23          Q.    But that would --

24          A.    I don't usually work in developing

25     stuff that interfaces with our SDK.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 148 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

```
1                    Q.    What is a backwards compatibility?
2                    A.    As I said before, it would be
3        the -- the act of maintaining the interfaces
4        that systems may use from older versions in
5        carrying that forward to current or future
6        versions.
7                    Q.    And does WhatsApp sometimes -- are
8        you okay?
9                    A.    Yeah, I'm good.
10                   Q.    Okay.  Let me start that question
11       again.
12                         Does WhatsApp sometimes, in your
13       experience, use older versions or carry forward
14       older versions in order to maintain backwards
15       compatibility?
16                   MR. MARZORATI:  Objection to form,
17       lacks foundation.
18                   A.    I -- excuse me.
19                         I don't know.
20                   Q.    Really?
21                   MR. MARZORATI:  Objection to form.
22                   A.    I do not know.
23                   MR. AKROTIRIANAKIS:  Can I have
24       Exhibit 1206, please.
25       ///
```

```
1    BY MR. AKROTIRIANAKIS:
2              Q.    I take it that you recognize the
3    first page?
4              A.    I do.
5              Q.    I mean the title page?
6              A.    Oh, Facebook?  Yes.
7              Q.    That's your -- that's who you're
8    employed by; right?
9              A.    It is.
10             Q.    And the title of this presentation,
11   on the second page, is:  NSO days, Drew
12   Robinson; do you see that?
13             A.    I see that.
14             Q.    That's you; right?
15             A.    That is me.
16             Q.    So this is a deck that -- that you
17   worked on as part of a presentation that you
18   gave; right?
19                   MR. MARZORATI:  Objection to form.
20             A.    I did give this presentation, yes.
21             Q.    Is this one of the documents that
22   you reviewed in preparing to testify?
23             A.    It is not.
24                   MR. MARZORATI:  Is there a Bates
25   number for this?
```

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 150 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

 1                    MR. AKROTIRIANAKIS:  Oh, I'm sorry,

 2       it was produced native --

 3                    MR. MARZORATI:  Okay.  Thanks.

 4                    MR. AKROTIRIANAKIS:  -- as

 5       WA-NSO-00191340.

 6                    MR. MARZORATI:  Thank you.

 7       BY MR. AKROTIRIANAKIS:

 8            Q.    And this is Exhibit 1206.

 9                    Can I -- there's not page numbers

10       on this --

11            A.    Okay.

12            Q.    -- but I'll just page into it, is

13       yours double-sided or single-sided?  Double?

14       Okay.

15                    Can you page about eight pages in,

16       and there's a slide that has the heading:

17       Connecting_tone_desc?

18            A.    I see that.

19            Q.    All right.  And these three bullet

20       points would have been points that you made when

21       you were giving the presentation that's Exhibit

22       1206?

23            A.    Yes.

24            Q.    All right.  And the third point

25       here is:  Sent an old format which existed --

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 151 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1   which still existed for backward compat reasons

2   to the negotiation server; do you see that?

3          A.    I do.

4          Q.    Okay.  And backward compat is

5   backwards compatibility; right?

6          A.    It is.

7          Q.    And for the record, this is page 16

8   of Exhibit 1206.

9                So my question to you, again,

10  Mr. Robinson, is:  Does WhatsApp sometimes, in

11  your experience, carry forward older versions in

12  order to maintain backwards compatibility?

13                MR. MARZORATI:  Objection to form,

14  calls for speculation.

15         A.    I wouldn't say older versions.

16         Q.    How would you put it?

17         A.    Previous features, older features.

18         Q.    And is that what you're describing

19  on page 16 of Exhibit 1206?

20         A.    I believe that to be the case, yes.

21         Q.    All right.  You can put that one

22  aside.

23         A.    Okay.

24         Q.    Let's go back to Exhibit 1167.

25  That's this one.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 152 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1           A.    I don't know if I still -- oh.

2           Q.    It's hanging there.

3           A.    Oh, there we go.  Okay.

4           Q.    So in 2019, WhatsApp tracked

5    security incidents using a system called SEV

6    manager; is that right?

7           A.    I'm sorry, repeat -- I'm sorry,

8    repeat the question.

9           Q.    You recognize this document as

10   coming from 2019, Exhibit 1167; correct?

11          A.    Correct.

12          Q.    All right.  And in 2019, WhatsApp

13   and Facebook tracked security incidents using a

14   system called SEV manager; right?

15                MR. MARZORATI:  Objection to form,

16   lacks foundation.

17          A.    I believe that's the title of the

18   tool that we used for tracking SEVs, yes.

19          Q.    And this document, Exhibit 1167,

20   concerns a security incident numbered S178165;

21   correct?

22          A.    That is correct.

23          Q.    And the S stands for SEV; right?

24          A.    Yes.

25          Q.    And the title of this SEV, is:

1           So could I direct your attention,

2    once again, to Exhibit 1204, and there's, on

3    line two of Exhibit 1204, there's a date of

4    October 2015 and a reference to a vulnerability

5    CVE-2019-3568.  Can you tell us what

6    CVE-2019-3568 is meant to designate?

7           MR. MARZORATI:  Objection, lacks

8    foundation.

9           A.    CVEs are numbers which are commonly

10   used to document vulnerabilities in software.

11          Q.    And does CVE stand for something?

12          A.    It does, I am failing to recall

13   what it stands for, off the top of my med.

14          Q.    Okay.  Is it at least the V part

15   vulnerability?

16          A.    I believe so.

17          Q.    The vulnerability that is

18   designated in this document 1204, as

19   CVE-2019-3568, was something that existed in

20   WhatsApp's code base; is that right?

21          MR. MARZORATI:  Object to form.

22          THE WITNESS:  Sorry, could you

23   repeat the question?

24   BY MR. AKROTIRIANAKIS:

25          Q.    Is the vulnerability CVE-2019-3568

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 154 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    something that existed in --

2                    MR. AKROTIRIANAKIS:  I'll just wait

3    until they go by.

4                    Off the written record.

5                    (Discussion held off the written

6    record.)

7                    MR. AKROTIRIANAKIS:  All right.

8    Back on the written record.  The sirens have now

9    gone.

10   BY MR. AKROTIRIANAKIS:

11           Q.    Mr. Robinson, do you see line two,

12   on Exhibit 1204?

13           A.    I do.

14           Q.    Okay.  And that date time is

15   October 2015; right?

16           A.    Yes.

17           Q.    And there's a reference to a

18   vulnerability CVE-2019-3568; do you see that?

19           A.    Yes.

20           Q.    Okay.  And it reads, in terms of

21   the event, that the vulnerability CVE-2019-3568

22   was introduced into the VoIP code base; do you

23   see that?

24           A.    Yes.

25           Q.    Okay.  You don't have any reason to

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 155 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    believe that it was NSO or anybody affiliated

2    with NSO that introduced the vulnerability

3    designated CVE-2019-3568 into the WhatsApp VoIP

4    code base; am I correct?

5              MR. MARZORATI:  Objection to form.

6              You can answer if you understand

7    the question.

8         A.   I don't believe anyone affiliated

9    with NSO introduced the vulnerability into our

10   code base.

11        Q.   Okay.  And do you know, at all, who

12   introduced that vulnerability?

13             MR. MARZORATI:  Objection, calls

14   for speculation.

15        A.   I do not.

16        Q.   It was somehow imported by the

17   engineers of WhatsApp?

18             MR. MARZORATI:  Objection, calls

19   for speculation.

20        A.   I do not know.

21        Q.   Okay.  During your investigation of

22   S178165, which is a reference to a WhatsApp VoIP

23   stanza RCE affecting client, you never

24   determined that there had been any remote code

25   execution on WhatsApp servers, am I right?

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 156 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1                        MR. MARZORATI:  Objection to form.

2                        MR. AKROTIRIANAKIS:  Give me 1501.

3                        THE WITNESS:  Could you restate the

4     question one more time for me?

5                        MR. AKROTIRIANAKIS:  Sure.

6    BY MR. AKROTIRIANAKIS:

7           Q.    RCE is remote code execution;

8     right?

9           A.    Correct.

10          Q.    All right.  During your

11    investigation of S178165, you never determined

12    that there had been any remote code execution on

13    WhatsApp's servers; am I correct?

14                       MR. MARZORATI:  Objection to form.

15          A.    There had not been remote code

16    execution on WhatsApp servers, to mean that

17    there was no remote code execution vulnerability

18    on WhatsApp servers, themselves.

19                       MR. AKROTIRIANAKIS:  This is

20    Exhibit 1501.

21                       (Exhibit No. 1501 was marked for

22    identification.)

23   BY MR. AKROTIRIANAKIS:

24          Q.    I believe you previously testified

25    that a document like this is something called a

1    that's the CPCP, copy function within Linux.

2                    The next command is a string that

3    basically is attempting to stop the part of the

4    WhatsApp voice calling service.

5                    And then the next command kind of

6    brings it all together to run the activity

7    manager and stop -- stop the voice foreground

8    service, that's -- that's foreground

9    notifications that you're receiving a call in

10   WhatsApp.

11                   And then the last page sets up a

12   command to remove some of the files that were

13   created earlier, so that copy of activity

14   manager ends up getting removed, as well as any

15   other file that may start with the letter T

16   within that folder.

17                   And then they echo out the ELF file

18   contents, the hexadecimal contents into the T

19   file within the WhatsApp path.  They set it with

20   read/write and execute permissions, globally,

21   that's the CHMOD command we saw earlier.

22                   And then they run the command

23   piping the X file within the WhatsApp directory

24   structure, with the firewall be the TV file, and

25   then, finally, again CHMOD in that resulting

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 158 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.         Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    file written with global read/write/execute.

2                    And then they invoke that newly

3    downloaded file indicating that has been

4    executable with four parameters, and then remove

5    it, I believe that's -- yep, that's the last of

6    it.

7            Q.   And this executable was executed

8    exclusively on the target device; correct?

9                    MR. MARZORATI:  Objection, lacks

10   foundation, calls for speculation.

11           A.   I speculate that it was intended to

12   execute on target devices.

13           Q.   You don't know if it was, in fact,

14   ever executed on any other target device?

15                   MR. MARZORATI:  Objection, calls

16   for speculation.

17           A.   I believe that it was.

18           Q.   Executed exclusively on target

19   devices?

20           A.   Not exclusively, I believe it was

21   executed on any target device that was

22   explicitly this exploit.

23           Q.   Okay.  But what --

24           A.   It's what it would have given the

25   way that computers do exactly what you tell them

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 159 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1  to do if somebody was executed on the

2  vulnerability.

3          Q.   Okay.  But it was not a script that

4  ever would have been executed on a WhatsApp

5  server; correct?

6          MR. MARZORATI:  Objection to form.

7          A.   Not to my knowledge.

8          Q.   Meaning, yes, I am correct?

9          A.   It would not have executed on

10  WhatsApp server, based on my knowledge.

11          Q.   Thank you.  That's one of the weird

12  things in deposition, when you say no and you

13  mean yes, it's just a weird way of speaking.

14          All right.  In terms of removing

15  files from the device, the only files that would

16  be removed by way of this code that you have

17  just walked us through would the running of the

18  script in the first place; is that right?

19          MR. MARZORATI:  Objection to form,

20  misstates testimony.

21          A.   Not necessarily.

22          Q.   I thought you were just walking us

23  through how the file disappeared, itself, for

24  lack of a better term, at the end?

25          A.   Mm-hmm.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 160 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1            MR. MARZORATI:  Objection.  Wait

2      for a question.

3            THE WITNESS:  Oh, sorry.

4    BY MR. AKROTIRIANAKIS:

5       Q.   Is that correct?

6            MR. MARZORATI:  Objection,

7      misstates testimony.

8       A.   That is correct.

9       Q.   Okay.  And the code, as you are

10     able to read it, does not, in and of itself,

11     remove any files from the target device based on

12     the running of the script that we're looking at

13     on pages 6, 7 and 8; right?

14            MR. MARZORATI:  Objection,

15     misstates testimony.

16      A.   My reading of this is it would

17     remove files from the devices it ran on.

18      Q.   Okay.  And what -- what part of

19     that is the removal of files?

20      A.   That is the -- the two commands

21     that are noted as RN, dollar sign, curvy brace

22     T, close curvy brace star, R stands for remove.

23      Q.   And do you understand that to be a

24     remove of other files, other than the -- the

25     script that you've just walked us through?

```
 1      2019?
 2              A.   I don't know.
 3              Q.   What with a was Gi Dang's
 4      (phonetic) title in May 2019?
 5              A.   I don't know.
 6              Q.   What did Gi Dang do with respect to
 7      responding to defendant's exploit in May 2019?
 8              A.   I don't know the full extent, but I
 9      believe he had, let's see, I believe he had some
10      investigation into the -- or some work as to
11      the -- the vulnerability, but I don't know -- I
12      don't know the extent of his work.
13              Q.   Have you met Mang Jang (phonetic)?
14              A.   I don't believe so.
15              Q.   So you're not aware that Mang Jang
16      was paid over 1.1 million dollars by plaintiffs
17      in 2019?
18              A.   I am unaware of that.
19              Q.   Okay.
20              MR. MARZORATI:  That's outside the
21      scope of his testimony, sorry for late
22      objection.
23      BY MR. CRAIG:
24              Q.   Did NSO cause WhatsApp to fix the
25      client-side buffer overflow?
```

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 162 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1              MR. MARZORATI:  Objection, calls

2    for a legal conclusion.  Also, outside the scope

3    of his 30(b)(6) testimony.

4         A.   We certainly would not have -- at

5    least I don't believe we would have -- had cause

6    to immediately fix it had NSO Group not been

7    exploiting it.

8         Q.   So if -- if WhatsApp had discovered

9    the client-side buffer overflow, and would not

10   have fixed it in -- in the absence of NSO?

11             MR. MARZORATI:  Objection, outside

12   the scope of 30(b)(6) testimony, calls for

13   speculation.

14        A.   I -- well, I can speculate that we

15   were already investigating issues like buffer

16   overflows and similar things, and if it was

17   found eventually we would have fixed it, but

18   without -- there's no way to tell if we would

19   have known -- known of its existence if NSO had

20   not exploited it.

21        Q.   Did NSO cause WhatsApp to fix the

22   lacks server-side validation?

23             MR. MARZORATI:  Objection, outside

24   the scope of his 30(b)(6) testimony, calls for a

25   legal conclusion, also, calls for speculation.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 163 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1          A.    We were investigating server-side

2    validation prior to the discovery of the

3    incidence.

4          Q.    And before the -- your awareness

5    of -- of the NSO exploit, were there plans to

6    fix the lacks server-side validation?

7               MR. MARZORATI:  Objection, outside

8    the scope of his 30(b)(6) testimony.  You can

9    answer, if you know.

10          A.    I'm not aware.  I believe that

11    there were some plans to do something about it,

12    but I don't know the extent of those plans.

13          Q.    Did -- was it plaintiff's plan to

14    fix any vulnerability that it became aware of

15    with respect to lacks server-side validation?

16               MR. MARZORATI:  Objection, outside

17    the scope of his 30(b)(6) testimony, also calls

18    for speculation.

19          A.    I don't know.

20          Q.    What did you say when you -- what

21    did you mean when you said there was some plans

22    to do something about lacks server-side

23    validation?

24          A.    So in Exhibit 1105, I -- on

25    December 5th, 2018, there was mention of -- by

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 164 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    Jesus Palau, who says that he brought awareness

2    to this stanza validation, talked through it,

3    and he will be engaging with PSAA teams, and

4    they are beginning to experiment with doing the

5    validation.

6            Q.   Did you understand what Mr. Palau

7    wrote to mean that -- that WhatsApp was going to

8    fix this -- the lacks server-side validation?

9                 MR. MARZORATI:  Objection as

10   outside the scope of his corporate testimony.

11   Also, calls for speculation as to what Mr. Palau

12   meant.

13           A.   I don't know the full extent of

14   what was planned by the WhatsApp engineers with

15   regards to fixes for the server-side

16   implementations.

17           Q.   Let's -- my question is a pretty

18   simple question:  If there was no Pegasus and no

19   NSO would WhatsApp have fixed the lacks

20   server-side validation?

21                MR. MARZORATI:  Objection to the

22   form of the question, it's also outside the

23   scope of Mr. Robinson's 30(b)(6) testimony,

24   calls for speculation, as well.

25           A.   It's impossible to know.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 165 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1              Q.   Is your answer the same with

2       respect to the client-side buffer overflow?

3                      MR. MARZORATI:   Same objections as

4       before, calls for speculation, outside the scope

5       of his 30(b)(6) testimony.

6                      THE WITNESS:   Please repeat the

7       question.

8                      MR. CRAIG:   Yeah.

9       BY MR. CRAIG:

10             Q.   Is your answer -- well, this may

11      ask the question a different way.

12                     If there was no Pegasus and no NSO,

13      would WhatsApp have fixed its client-side buffer

14      overflow vulnerability?

15                     MR. MARZORATI:   Object to the form

16      of the question, also outside the scope of his

17      30(b)(6) testimony, and also calls for

18      speculation.

19             A.   I can speculate about what we would

20      have done, had we found it, without NSO having

21      exploited it, so that allowed us to find it, but

22      that's about it.

23             Q.   Well, what is your belief?

24                     MR. MARZORATI:   Objection, form of

25      the question, same objections as to before, and

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 166 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.            Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    also misstates his testimony as to his belief.

2                    THE WITNESS:  Sorry, I got lost.

3                    And what was the question again?

4    BY MR. CRAIG:

5            Q.    What is your belief?

6            A.    I'm not sure to what belief you're

7    referring to with the question.

8            Q.    About whether, in the absence of

9    NSO and Pegasus, whether WhatsApp would have

10   ever done anything about the client-side buffer

11   overflow vulnerability?

12                   MR. MARZORATI:  Objection to the

13   form of the question.  We're outside the scope

14   of his 30(b)(6) testimony, and also calls for

15   speculation.

16           A.    Would have been entirely dependent

17   on if we had been able to identify the exploit,

18   which there were efforts to do.

19           Q.    Yeah, if you were able to identify

20   it then you would have fixed it; right?

21                   MR. MARZORATI:  Objection to the

22   question, the form of the question.  We're

23   outside the scope of his 30(b)(6) testimony.

24           A.    Potentially.

25                   MR. CRAIG:  I have nothing more,

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 167 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    going to pass it back to my -- yeah, can we go

2    off the record?

3                    THE VIDEOGRAPHER:  The time is now

4    5:11.

5                    We're off the record.

6                    (Recess.)

7                    THE VIDEOGRAPHER:  The time is now

8    5:29.

9                    We're back on the record.

10                        EXAMINATION

11   BY MR. AKROTIRIANAKIS:

12                    Q.   All right.  Mr. Robinson, you

13   remain under oath; do you understand?

14                    A.   I understand.

15                    Q.   Before you is Exhibit 1206.  Would

16   you turn in the document to the page that's

17   called connecting_tone_desc.

18                    WhatsApp determined that this was a

19   server-side vulnerability; correct?

20                    A.   There were two vulnerabilities, the

21   one I'm referring to here in this slide is the

22   server-side vulnerability.

23                    Q.   And your words were that modern

24   code is supposed to filter those settings which

25   result from the negotiation phase; correct?

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 168 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1              A.    I don't recall the exact context

2      from when I wrote this bullet, and I believe I

3      was referring to current versions of the

4      WhatsApp client in regards to how it does its

5      call negotiation, but I would defer to the

6      expertise of the WhatsApp engineers to validate

7      that.

8              Q.    In any event, you did write:

9      Modern code is supposed to filter those settings

10     which result from the negotiation phase;

11     correct?

12             A.    Yes.

13             Q.    And then you also wrote that, sent

14     in old format; do you see that?

15             A.    I see that.

16             Q.    What is sent?  What's sent?

17             MR. MARZORATI:  Object to form.

18     BY MR. AKROTIRIANAKIS:

19             Q.    Who or what sent, as you say here,

20     sent in old format?

21             A.    The attackers sent an old format.

22             Q.    And that old format still existed,

23     and the reason for its continued existence was

24     backward compatibility reasons?

25             MR. MARZORATI:  Object to form.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 169 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.    Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

```
 1              A.    That is my understanding.

 2              Q.    All right.  Now, the server fix for

 3     this server-side vulnerability was to validate

 4     offer stanzas; correct?

 5              A.    I believe that is correct.

 6              Q.    And there was a process of -- of

 7     beginning to validate offer stanzas at the time

 8     that the exploit was discovered?

 9                    MR. MARZORATI:  Objection, calls

10     for speculation.

11                    THE WITNESS:  I'm sorry, could you

12     repeat the question?

13     BY MR. AKROTIRIANAKIS:

14              Q.    There was a -- an ongoing process

15     of a project to begin the validation of offer

16     stanzas at the time that the exploit was

17     discovered; correct?

18                    MR. MARZORATI:  Objection, calls

19     for speculation.

20              A.    The exploit was discovered during

21     the course of validating stanzas, was my

22     understanding.

23              Q.    Right, the beginning of actually

24     validating stanzas was how the exploit was found

25     in the first place; correct?
```

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 170 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1          A.    That is my understanding.

2          Q.    And so it's fair to say that --

3    that the exploit was discovered because WhatsApp

4    was in the process of fixing the vulnerability

5    that the exploit was taking advantage of;

6    correct?

7               MR. MARZORATI:  Objection to form.

8          A.    No, not necessarily.  The -- well,

9    not necessarily.

10          Q.    Why -- why do you say that?

11          A.    Well, the -- the stanza validation

12    encom -- could have encompassed more than just

13    issues that were being exploited here, like the

14    issue may not have ever -- may not have been

15    found as a result of those efforts.

16          Q.    But once those efforts were put in

17    place the vulnerability was found; correct?

18               MR. MARZORATI:  Objection to form.

19          A.    The vulnerability -- vulnerability

20    was found after efforts were made to log stanzas

21    that were invalid.

22          Q.    All right.  Let's go to the "our

23    fix" slide.  Are you there?

24          A.    I'm there.

25          Q.    All right.  Here you wrote, in the

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 171 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    first bullet point:  Coordinating the patch was

2    complicated; right?

3             A.    I did.

4             Q.    And what was complicated?

5                   MR. MARZORATI:  Objection, misreads

6    the document.

7    BY MR. AKROTIRIANAKIS:

8             Q.    What was complicated about

9    coordinating the patch?

10             A.    There were a lot of individuals,

11    people, and things to make sure that we were due

12    to make sure that we were complete in our fix.

13             Q.    Well, how long did it take to -- to

14    develop a server-side fix?

15             A.    Oh, we pushed the server-side fix

16    on May 10th.

17             Q.    I know you pushed it on May 10th,

18    but how long did it take to develop it from the

19    time that the vulnerability was discovered on

20    May 2nd?

21                   MR. MARZORATI:  Objection, lacks

22    foundation.

23             A.    I believe we had a server-side fix

24    ready on or around May 6th.

25             Q.    What document are you referring to?

1    attempted to log into the AWS server.

2            Q.    Okay.  You can put that aside.

3                  I want to ask you about one more

4    thing, very quickly.

5                  I understand that you're designated

6    by the company to testify about the process by

7    which users in Israel could accept WhatsApp's

8    terms of service during the period 2018 to 2020?

9                  MR. MARZORATI:  Objection.  He's

10    not testifying -- he's not designated on that.

11                  MR. AKROTIRIANAKIS:  Oh, who is

12    designated on that?

13                  MR. MARZORATI:  Jonathan Lee will

14    be designated on that topic, as indicated -- as

15    caveated by the responses to the objection.

16                  MR. AKROTIRIANAKIS:  Oh, okay.  But

17    I just don't want to later hear, oh, well, you

18    had your chance with that with Mr. Robinson.

19                  MR. MARZORATI:  And you won't hear

20    that from me but, also, I want to let you know

21    we're at seven hours.

22                  MR. AKROTIRIANAKIS:  You owe me one

23    or two minutes.

24                  MR. MARZORATI:  I will give you two

25    minutes.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 173 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

 1                    MR. AKROTIRIANAKIS:  That's all I

 2        wanted.  I'm not an unreasonable person,

 3        Mr. Luca.

 4                    MR. MARZORATI:  Objection to that

 5        statement on the record.

 6                    MR. AKROTIRIANAKIS:  You're asking

 7        for a finding that I am an unreasonable person?

 8     BY MR. AKROTIRIANAKIS:

 9        Q.    All right.  Mr. Robinson, I know

10        it's been a long day, and I appreciate your

11        perseverance.

12                    Do you see Exhibit 1511 before you?

13        A.    I do.

14        Q.    And there's a reference here that

15        legal wasn't supposed to hear that; do you see

16        that?

17        A.    I see that.

18        Q.    Okay.  What's the -- what are you

19        and Mr. Scott talking about here?

20                    MR. MARZORATI:  Objection to form,

21        foundation.

22        A.    I believe that Michael and I were

23        discussing a conversation I had had with a -- an

24        employee at AWS.

25        Q.    I see.  And who was the person at

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 174 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.            Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1     AWS that you were speaking with?

2            A.    Chris Harrod.

3            Q.    And what did Mr. Harrod and you

4     talk about?

5            A.    The AWS server that we had

6     identified as a payload server.

7            Q.    Okay.  And why were you not

8     supposed to be talking to Mr. Harrod about that?

9                MR. MARZORATI:  Objection,

10    misstates testimony.

11   BY MR. AKROTIRIANAKIS:

12           Q.    Why was legal not supposed to hear

13    the fact that you were having this conversation

14    with the AWS person?

15           A.    Legal is typically fairly

16    restrictive around what we share with

17    individuals in other companies.

18           Q.    Well, what did you share with

19    Mr. Harrod?

20           A.    The server and the context within

21    which we saw it.

22           Q.    Anything else?

23           A.    No.

24           Q.    And what did he tell you?

25           A.    He told me that there were snippets

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 175 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.          Highly Confidential, Job 3329
ROBINSON, ANDREW on 09/19/2024

1    of these server scripts that -- or he -- he saw

2    the python scripts that were present on the

3    server, and I believe he told me information

4    about who the -- the customer was.

5          Q.   And what did he tell you?

6          A.   That it was NSO Group.

7          Q.   And how -- what was his basis for

8    that, if you know?

9          A.   Whatever information AWS has

10   available to them, client information.  I

11   don't -- I don't know --

12         Q.   Okay.

13         A.   -- all of it.

14         Q.   You don't know what it is?

15         A.   I don't --

16              MR. MARZORATI:  Objection to form.

17         A.   I know what he told me, which was

18   it was an NSO-owned instance.

19         Q.   All I'm trying to understand is

20   whether he told you anything more detailed than

21   that?

22         A.   He told me it was an NSO-owned

23   instance, and I believe that's the extent of

24   what told me --

25         Q.   Okay.

1          A.    -- in that regard.

2                   MR. AKROTIRIANAKIS:  Weinberg, do

3      you want me to ask anything else?  I think I'm

4      done.

5                   All right.  Thank you very much,

6      Mr. Robinson.

7                   MR. MARZORATI:  Can we take a quick

8      break?  I may have a few questions for

9      Mr. Robinson.

10                  MR. AKROTIRIANAKIS:  Okay.

11                  THE VIDEOGRAPHER:  The time is now

12     7:03.

13                  We're off the record.

14                  (Recess.)

15                  THE VIDEOGRAPHER:  The time is now

16     7:13.

17                  We're back on the record.

18                       EXAMINATION

19  BY MR. MARZORATI:

20          Q.   Mr. Robinson, I'd like to direct

21     your attention to Exhibit 1206, and specifically

22     page 11 of what's been marked as Exhibit 1206,

23     and that's entitled:  Secondary payload server

24     SPS extraction.

25                  My question is:  How did you know

```
 1              CERTIFICATE OF SHORTHAND REPORTER

 2                   I, Cassandra E. Ellis, Registered

 3     Professional Reporter, the officer before whom

 4     the foregoing proceedings were taken, do hereby

 5     certify that the foregoing transcript is a true

 6     and correct record of the proceedings; that said

 7     proceedings were taken by me stenographically

 8     and thereafter reduced to typewriting under my

 9     supervision; and that I am neither counsel for,

10     related to, nor employed by any of the parties

11     to this case and have no interest, financial or

12     otherwise, in its outcome.

13                   IN WITNESS WHEREOF, I have hereunto

14     set my hand this 23RD day of September 2024.

15

16

17

18     Cassandra E. Ellis

19     CASSANDRA E. ELLIS, CSR-CA #14448, CCR-WA #3484,

20                        CSR-HI #475, RPR, RMR, RDR,

21                        CRR, REALTIME SYSTEMS

22                        ADMINISTRATOR #823848

23

24

25
```

# Exhibit C

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4    _____

5    WHATSAPP INC., a Delaware           )
     corporation, and FACEBOOK, INC.,    )
6    a Delaware corporation,             )
     a Delaware corporation,             )
7                                        )
               Plaintiffs,               )
8       v.                               ) Case No.
                                         ) 4:19-cv-07123-PJH
9    NSO GROUP TECHNOLOGIES LIMITED      )
     and Q CYBER TECHNOLOGIES LIMITED,   )
10                                       )
                                         )
11             Defendants.               )
     _____)

12

13       HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14         VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                   DEPOSITION OF

16     WHATSAPP INC., by and through its Designated

17                   Representative,

18               CLAUDIU GHEORGHE

19           Palo Alto, California 94304

20             Friday, August 16, 2024

21

22   Reported Stenographically by:
     MARY J. GOFF
23   CSR No. 13427
     WA CSR No. 21030779
24   Job No. 3296
     PAGES 1-295

25

1  joining remotely.  I think that Matt Dawson --

2  Matthew Dawson is probably joining remotely.

3          ATTORNEY MARZORATI:  It looks like Terry

4  McGraw also.

5          ATTORNEY CRAIG:  Yeah, Terry -- Terrence,

6  T-E-R-R-E-N-C-E, for the record.  McGraw,

7  M-C-G-R-A-W.

8          ATTORNEY WEINBERG:  All right.

9          ATTORNEY BLOCK:  I'm Micah Block from

10 Davis Polk for Plaintiffs.

11         With me from Davis Polk is Luca Marzorati.

12         We likely will be joined later in the

13 deposition by Meenu Matthews in person and by Craig

14 Cagney on the Zoom, neither of whom are yet present.

15         Also with us from META Platforms, Arif

16 Dhilla in person.  And we may have Michael Chmelar

17 on Zoom at this point.

18         And I will provide you spellings at a

19 break.

20         THE VIDEOGRAPHER:  Thank you.  Will the

21 court reporter please swear in the witness.

22                 CLAUDIU GHEORGHE,

23 Being first duly sworn or affirmed to testify to the

24 truth, the whole truth, and nothing but the truth,

25 was examined and testified as follows:

1    to monitor it and see it in action basically changed

2    my life.

3        Q    Okay.  So interest then --

4        A    Yes.

5        Q    -- is why you're here?

6        A    Yeah.

7        Q    Okay.

8            ATTORNEY WEINBERG:  We have been going for

9    about one hour.  Would you guys want to take a quick

10   break?

11           ATTORNEY BLOCK:  Sure.

12           ATTORNEY WEINBERG:  Can we go off the

13   record?

14           THE VIDEOGRAPHER:  The time is 10:02 a.m.

15           (A break was taken from 10:02 a.m. to

16   10:13 a.m.)

17           THE VIDEOGRAPHER:  We are back on the

18   record at 10:13 a.m.

19       Q    (BY ATTORNEY WEINBERG) Thank you.

20           So we just got done speaking about

21   security practices at WhatsApp.  And you testified

22   that there was typically some security employees

23   embedded with each product team.

24           Is that -- am I characterizing your

25   testimony properly?

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 182 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                    Job 3296

1              ATTORNEY BLOCK:  Objection to form.

2      A    What do you mean by "embedded"

3  specifically?

4      Q    (BY ATTORNEY WEINBERG) You said that each

5  product team had security focused employees; is that

6  accurate?

7              ATTORNEY BLOCK:  Objection, misstates.

8      A    From my knowledge, most of the product

9  teams inside Facebook -- like Instagram or Oculus --

10  each had a designated security team.

11     Q    (BY ATTORNEY WEINBERG) Did the VoIP team

12  have a dedicated security team?

13             ATTORNEY BLOCK:  Object to form.

14     A    The VoIP team did not have a designated

15  security team.

16     Q    (BY ATTORNEY WEINBERG) Okay.  Did it ever

17  obtain one?

18     A    We were collaborating with security

19  engineers like Otto.

20     Q    So even after the incident, the VoIP team

21  didn't --

22     A    Not even today.  They don't have a

23  security team.

24     Q    Okay.  So generally WhatsApp had employees

25  whose job it was to identify and fix vulnerabilities

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 183 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                         Job 3296

1    in the software; is that accurate?

2        A    Yes.

3        Q    Do you know about how many?

4        A    In what time?  Sorry.

5        Q    In 2019.

6        A    In 2019.

7             I actually -- like, I honestly don't know.

8    I don't know the number.

9        Q    Would it be in the thousands?

10            ATTORNEY BLOCK:  Objection to form.

11       A    It -- it's not in the thousands.

12       Q    (BY ATTORNEY WEINBERG) What about

13   Facebook, generally?

14            ATTORNEY BLOCK:  Objection to form.

15       A    It's possible that Facebook, generally.

16   Like, the security organization in Facebook, it's

17   possible that it had a thousand -- like, thousands

18   of employees, but I'm not sure.  I don't know the

19   answer.

20       Q    (BY ATTORNEY WEINBERG) Was there a uniform

21   process or procedure that WhatsApp security

22   employees followed to detect and remediate

23   vulnerabilities in the software?

24       A    Yes.

25       Q    And what was that?

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 184 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1        A     So the process was the process -- the

2    standard process that they would -- that they had

3    for looking at the code, talking, collaborating with

4    the team, and understanding what the code does.

5              And whenever they would find and issue,

6    they would file either a task or a SEV with a

7    particular urgency and give a timeline to the team

8    to remediate.

9        Q     How did they find these vulnerabilities?

10             ATTORNEY BLOCK:  Objection to form.

11   Objection --

12       A     There are -- there are multiple ways of

13   finding vulnerabilities that they were -- that the

14   security engineers used.

15             One of them is by manually reading the

16   code.

17             A second one was using automated tools

18   like static analysis tools.

19             And the third one was fuzzing by doing

20   fuzz testing on particular components.

21       Q     (BY ATTORNEY WEINBERG) Okay.  What is a

22   static analysis tool?

23       A     A static analysis tool is a complex

24   software similar to a complier that analyzes

25   automatically the code and finds potential

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 185 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1    vulnerabilities in the code automatically.

2              It's an automated tool.

3        Q    Were WhatsApp engineers using static

4    analysis tools in 2019 to identify vulnerabilities

5    in the code?

6        A    I don't remember.

7        Q    You mentioned "fuzzing."

8              Could you say more about what fuzzing is?

9        A    Yes.

10       Q    Is it a kind of dynamic analysis or what

11   is it?

12       A    Fuzzing is a form of testing that provides

13   arbitrary and unexpected or random inputs to

14   programs in order to detect un -- in order to find

15   unexpected behavior in the program.

16       Q    So it's as type of dynamic analysis?

17       A    It is dynamic analysis, yes.

18       Q    You said that once the WhatsApp engineers

19   or security engineers identified a vulnerability,

20   they would create an SEV and then provide --

21       A    Or a task.

22            ATTORNEY BLOCK:  I'm going to object to

23   form and ask you to wait for a question to finish

24   before you give an answer.

25       Q    (BY ATTORNEY WEINBERG) So you have

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 186 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                     Job 3296
WHATSAPP INC. on 08-16-2024

1  mentioned that once the security engineers found

2  this vulnerability, they would create a task or an

3  SEV documenting that vulnerability; is that correct?

4          ATTORNEY BLOCK:  Objection to form.

5      A    Yes.

6      Q    (BY ATTORNEY WEINBERG) And so how did the

7  project team then respond when they were -- this SEV

8  or task was created?  What did they do?

9          ATTORNEY BLOCK:  Objection to form.

10     A    It depends on the team.  I can tell you

11  what my team was doing.

12     Q    (BY ATTORNEY WEINBERG) Okay.  The VoIP

13  team?

14     A    The VoIP infra team, we would look at the

15  ticket or the SEV, understand the severity, and

16  prioritize it based on the urgency together with all

17  the other work that we had.

18          And at some point we allocated an engineer

19  who then would work on implementing the remediation

20  for it.  And then we would file a CVE, depending on

21  the urgency, after it was remediated.

22     Q    About -- scratch that.

23          What is a CVE?

24     A    A CVE is a Common Vulnerabilities and

25  Exposure.  It is a constant used by MITRE, a

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 187 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                              Job 3296

1  governmental organization, tracking vulnerabilities

2  in software.

3       Q    Do you remember about how many CVEs

4  WhatsApp filed in 2019?

5       A    I can't remember off the top of my head,

6  the number.

7       Q    I think it's about 10.

8            Would that sound about right?

9            ATTORNEY BLOCK:  Objection to form;

10 foundation; calls for speculation.

11      A    Yeah, I don't remember the actual number.

12      Q    (BY ATTORNEY WEINBERG) Do you remember how

13 many WhatsApp filed in 2020?

14      A    I don't remember the actual number again.

15      Q    Can I grab 1163?

16           (Exhibit 1163 was marked for

17 identification and is attached to the transcript.)

18      Q    (BY ATTORNEY WEINBERG) So I will represent

19 to you that -- what this document is.  You mentioned

20 that MITRE Corporation keeps track of CVEs and has a

21 publicly accessible database; is that correct?

22           ATTORNEY BLOCK:  Objection to form;

23 foundation.

24      A    I'm not an expert in how MITRE works and

25 how they store their data.

1          Statistically speaking, this happens --
2    this is successful in about 50 percent of the cases.
3    And in that case -- in those cases, both the caller
4    and callee will not send the realtime packets
5    through the proxy and it will send them directly to
6    the other side instead.
7          Q    Okay.  So thanks for walking me through
8    the chatdserver.
9          At this point the chatdserver is no longer
10   involved, right, once there's already a
11   connection -- a peer-to-peer connection?
12          ATTORNEY BLOCK:  Objection to form.
13          A    I think it's still involved.  For
14   instance, if there's an update -- if there's an
15   interruption happening -- like, let's say the other
16   side doesn't send any realtime packets -- then the
17   client will attempt to use the signaling server to
18   reach the other end and see whether they're still
19   connected or...
20          Q    (BY ATTORNEY WEINBERG) Got it.  So if the
21   call drops and one of the clients has to reestablish
22   the connection, it would use the chatdserver again?
23          A    Yes.
24          Q    Okay.  And these protocols that you just
25   described, the chatdserver interacts with the

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 189 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1   clients through like a web API or what -- what kind

2   of interface does it use to interact with the

3   clients?

4        A    The -- the protocol is noise.

5        Q    Noise.

6             And when the chatdserver receives a noise

7   message, it processes it according to the functions

8   that WhatsApp programmed it to perform?

9             ATTORNEY BLOCK:  Objection to form.

10       A    Yes.  Generally, yes.

11       Q    (BY ATTORNEY WEINBERG) What do you mean by

12  "generally"?

13       A    I think it was -- would you repeat that,

14  please, again?

15       Q    When the chatdserver receives a message or

16  a client request, it processes that client request

17  using server-side code that WhatsApp wrote?

18            ATTORNEY BLOCK:  Objection to form.  And

19  that's a different question.

20       A    Yes, that's accurate.

21       Q    (BY ATTORNEY WEINBERG) And during that

22  execution the server will access only those parts of

23  the server that WhatsApp then programmed it to

24  access?

25            ATTORNEY BLOCK:  Objection to form.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 190 of 237

WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                    Job 3296

```
 1        A    I'm not sure what you mean by "the parts
 2   of the server."
 3        Q    (BY ATTORNEY WEINBERG) Areas in storage.
 4             ATTORNEY BLOCK:  Same objection.
 5        A    What storage?
 6        Q    (BY ATTORNEY WEINBERG) Well, computers
 7   have computer storage, right?  Memory?  Hard drives?
 8        A    So the chat servers do not store
 9   information on, like, themselves.
10        Q    When a computer operates, it accesses
11   memory, right?
12        A    Yes.
13        Q    Okay.  The chatdservers have memory that
14   they access?
15        A    Yes.
16        Q    And when they execute, they access that
17   memory?
18        A    Yes.
19        Q    And so when they execute code written by
20   WhatsApp, they access only those parts of the memory
21   that WhatsApp had programmed them to access?
22             ATTORNEY BLOCK:  Objection to form.
23        A    Yes.
24             ATTORNEY BLOCK:  I just want to do a time
25   check.  You had talked about --
```

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 191 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

```
 1              ATTORNEY WEINBERG:  Do you want to do
 2  lunch?
 3              ATTORNEY BLOCK:  -- it's 12:45 now.
 4      A    Yeah, I can probably -- I mean, it's up to
 5  guys as well.
 6              ATTORNEY BLOCK:  Do you mind if we break?
 7              ATTORNEY MARZORATI:  Yeah, let's do lunch.
 8      A    No.
 9              ATTORNEY WEINBERG:  Let's go off the
10  record.
11              THE VIDEOGRAPHER:  12:45 p.m.
12              (A break was taken from 12:45 p.m. to
13  1:49 p.m.)
14              THE VIDEOGRAPHER:  We are back on the
15  record at 1:49 p.m.
16      Q    (BY ATTORNEY WEINBERG) All right.  Thanks.
17  Welcome back from lunch.  Just a few cleanup items
18  of some of the topics we spoke about earlier today.
19              The -- we spoke about the servers, the
20  physical and logical servers and the whole
21  infrastructure for routing messages in WhatsApp's
22  VoIP infrastructure.  You spoke about the edge load
23  balancers.
24              I just want to confirm:  How many -- in
25  2019, how many servers were there that were
```

```
 1        A    Yes.
 2             ATTORNEY BLOCK:  Objection to form.
 3        A    Yes, that's accurate.
 4        Q    (BY ATTORNEY WEINBERG) And "logging" would
 5   be where you simply observe whether the stanza is
 6   malformed or not and write down in the log
 7   whether -- the results of that analysis --
 8             ATTORNEY BLOCK:  Objection to form.
 9        Q    (BY ATTORNEY WEINBERG) -- is that correct?
10        A    Yes.
11        Q    So when █████████ says in Exhibit 1167,
12   page 1, that the server "didn't enforce the schema
13   in server side." he's referring to a lack of
14   enforcement of the schema on the server side?
15             ATTORNEY BLOCK:  Object to form.
16             I can't find that phrase, although I'm
17   probably just not seeing it.
18        Q    (BY ATTORNEY WEINBERG) Do you remember you
19   said:
20                  WS implemented this
21             functionality and defined a valid
22             schema, but didn't enforce the
23             schema server side?
24                  WS added server-side logging
25             to WhatsApp for invalid stanzas
```

1              (XML protocol) a few weeks ago?

2       A    Yes, that's -- that statement is accurate.

3       Q    Okay.  So there was no enforcement as of

4  the writing of this statement on Friday, May 3,

5  2019, no enforcement of a stanza validity?

6              ATTORNEY BLOCK:  Object to form;

7  misstates.

8       Q    (BY ATTORNEY WEINBERG) Enforcement?

9       A    There was no enforcement.  We were

10  validating, but not enforcing.

11      Q    To avoid confusion, can we agree on some

12  terms there, because "validating" is a bit

13  ambiguous.

14              So the way that you use -- you're using

15  "validating" is just to compare the input to a

16  schema and say whether it complies or doesn't, but

17  not necessarily taking any kind of action based on

18  that?

19      A    Yes, that's --

20              ATTORNEY BLOCK:  Objection --

21      A    -- correct.

22              ATTORNEY BLOCK:  -- to form.

23      Q    (BY ATTORNEY WEINBERG) Okay.  So your

24  answer here is that as of May 3, there was at least

25  some level of validation and that you were logging

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 194 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                     Job 3296
WHATSAPP INC. on 08-16-2024

1    invalid stanzas, but there was no enforcement to

2    stop invalid stanzas from passing through the

3    chatdserver?

4         ATTORNEY BLOCK:  Object to form.

5    A    Yes.

6    Q    (BY ATTORNEY WEINBERG) And he says here

7    that:

8              This logging of invalid

9              stanzas was added "a few weeks

10             ago."

11             So it was a relatively recent addition, as

12   of May 3, 2019, even just the logging?

13             ATTORNEY BLOCK:  Objection to form.

14   A    I don't remember the exact timeline.  What

15   I can tell you is what I remember based on

16   Jesus's -- Jesus's work is that he actually started

17   working on that in December of 2018.  It was a very

18   complex project that required a lot of design and

19   discussions and a lot of revisions.

20             And the standard way of rolling these

21   features out is you -- you basically do exactly what

22   we did.  We -- you personally validate, log,

23   analyze.  In some cases it's just random behavior.

24             And then when you validate and verify

25   everything, then you go and enforce after that.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 195 of 237

WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1        Q    (BY ATTORNEY WEINBERG) Makes sense to me.

2              If you look back at Exhibit 1105, this is

3   the task that -- for validating stanzas.  I'm

4   looking at page 3.  And it looks like the first

5   message is -- Otto Ebeling sent a message on page 3.

6   And that was December 4, 2018.  And he says:

7                   It would be a lot cleaner and

8                   safer to have the server enforce

9                   the proper schema for all messages.

10                  Do you see that?

11       A    Yeah --

12            ATTORNEY BLOCK:  Object to form.

13       A    -- I can see Otto's message.

14       Q    (BY ATTORNEY WEINBERG) So before

15  December 4, 2018, the chatdserver was not enforcing

16  proper schemas for all messages?  Do you agree with

17  that?

18            ATTORNEY BLOCK:  Object to form.

19       A    I don't agree with that.

20       Q    (BY ATTORNEY WEINBERG) It was enforcing

21  proper schema for all messages already?

22       A    It was -- so enforcing and validating the

23  schemas is a relative and a best-effort thing.  We

24  were enforcing and validating certain parts of

25  the -- the stanzas.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 196 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1            Was it complete?  Was it, like exhaustive?

2   No, it wasn't.  But there was some -- some level of

3   validation and enforcement happening already in the

4   chatd code.  Not just for VoIP.  For all the other

5   stanzas as well.

6        Q    Take a look at page 4.  There's

7   Jesus again -- Jesus again.  On December 5, he says:

8                  Today I have brought awareness

9                  of the need for stanza validation

10                 during the weekly server tech talk.

11           So he's saying there's a need for server

12  validation?

13           ATTORNEY BLOCK:  Is that a question?

14  Sorry.  Are you done?

15           ATTORNEY WEINBERG:  Yeah, that's my

16  question.

17           ATTORNEY BLOCK:  I object to the form.

18  That mischaracterizes.

19        A    Sorry.  What was the question?

20        Q    (BY ATTORNEY WEINBERG) So as of

21  December 5, when this message was written, it

22  appears as though -- how do you pronounce his name?

23  Is it Jesus?

24        A    Jesus, yeah.  Yeah, I think Jesus sounds

25  good.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 197 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3296
WHATSAPP INC. on 08-16-2024

1    Q   (BY ATTORNEY WEINBERG) Okay.  As of

2   December 8, when Jesus -- December 5, when Jesus

3   wrote this message, he was brining awareness to the

4   need for a stanza validation, meaning that there

5   were at least some stanzas that were not being

6   validated or enforced?

7           ATTORNEY BLOCK:  Sorry.  Are you finished?

8   I object to the form of the question.  And it's a

9   misstatement of the message.

10   A   So based on this -- what he said here -- I

11   mean, I can try to speculate what he meant, but I

12   don't know exactly what he meant.  I can make a

13   comment on it --

14   Q   (BY ATTORNEY WEINBERG) Sure.

15   A   -- on what I believe it is, but --

16   Q   Well, like, I think at the end of the day

17   it's just -- it's relatively obvious that there were

18   some stanzas that simply weren't being enforced.

19   That's what this document is showing.  And we can go

20   through a few more examples, if you would like.

21           But is it the case that the server was not

22   validating every VoIP stanza that was going through?

23           ATTORNEY BLOCK:  I object to the preamble

24   before the question, and I object to the form of the

25   question.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 198 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                    Job 3296

1        A    At the time of the attack?

2        Q    (BY ATTORNEY WEINBERG) Yes.

3        A    So yes, at the time of the attack, it's

4   possible that there were some stanzas that we were

5   not validating.

6        Q    Back at 1140 -- so 1083 of the PowerPoint.

7        A    Sorry.  What document?

8        Q    1180 -- sorry.  1083, the PowerPoint.

9             ATTORNEY BLOCK:  Make sure it's the one

10  he's referring to.

11       Q    (BY ATTORNEY WEINBERG) That's the one.

12       A    This page?

13       Q    Page 8.  This offer stanza we talked about

14  having a connecting_tone_description variable and

15  the value at the time of this incident, this --

16  WhatsApp servers were not validating and enforcing

17  of -- this parameter?

18            ATTORNEY BLOCK:  Objection to form --

19       A    At --

20            ATTORNEY BLOCK:  -- misstates.

21       A    -- this time, the server was validating

22  and logging only, not -- so it was not validation

23  and blocking.  It was validation and logging.

24       Q    (BY ATTORNEY WEINBERG) Okay.  So as of

25  May 1, 2019, the chatdserver did not enforce the

```
 1   validity -- the validity of the

 2   connecting_tone_description variable?  Agree?

 3           ATTORNEY BLOCK:  Object to the form of the

 4   question.

 5        A    What date did you mention?

 6        Q    (BY ATTORNEY WEINBERG) May 1, 2019.

 7        A    So --

 8        Q    Enforce is my question.

 9           ATTORNEY BLOCK:  I object to the form.

10        A    What was the question?

11        Q    (BY ATTORNEY WEINBERG) As of May 1, 2019,

12   there was no -- sorry.  Let me start again.

13           As of May 1, 2019, the chatdserver did not

14   validate the value of the

15   connecting_tone_description variable shown here on

16   -- on page 8?

17           ATTORNEY BLOCK:  Objection to form;

18   misstates.

19        Q    (BY ATTORNEY WEINBERG) I'm sorry.  Did not

20   enforce the stanza?

21           ATTORNEY BLOCK:  Objection to form.

22        Q    (BY ATTORNEY WEINBERG) I'll ask the whole

23   question again.  So let's -- maybe -- this shouldn't

24   be a hard question.  Let me -- do you recall that

25   ████████ said that:
```

1              WhatsApp "identified invalid
2                   suspicious stanzas in the
3                   just-added logging"?
4              So what that means is that WhatsApp added
5     logging and the logging identified a -- a stanza
6     that was invalid, right?
7              ATTORNEY BLOCK:  Object to the form of the
8     question; misstates the document.
9        A    So what ███████ mentioned -- what line are
10    you referring to?
11       Q    (BY ATTORNEY WEINBERG) The very last line
12    on page 1 of Exhibit 1167 or:
13                  How was detected:  WS
14                  identified invalid/suspicious
15                  stanzas in the just-added logging.
16             So what I understand from that is that
17    Jesus was creating logging for these stanzas.  He
18    was adding new validation of more stanzas.  And the
19    case -- and eventually he added logging for this
20    offer stanza, and that logging -- that newly added
21    logging identified this suspicious offer stanza that
22    we see on page 8 of Exhibit 1083?  Is that your
23    understanding of what happened?
24             ATTORNEY BLOCK:  Object to the form of the
25    question.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 201 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3296
WHATSAPP INC. on 08-16-2024

1      A    My understanding of what happened is that

2   Jesus -- Jesus added the logging that led to the

3   discovery of the -- of the attack.

4      Q    (BY ATTORNEY WEINBERG) All right.  And

5   before he added it, there was no logging that

6   validated that connecting_tone_description variable?

7              ATTORNEY BLOCK:  Object to the form of the

8   question.

9      A    Before he added the logging, I don't know

10  whether we had any logging for this or not.

11     Q    (BY ATTORNEY WEINBERG) Did you have any

12  enforcement of this connecting_tone_description

13  variable --

14             ATTORNEY BLOCK:  Object to form.

15     Q    (BY ATTORNEY WEINBERG) -- as of May 1,

16  2019?

17             ATTORNEY BLOCK:  Same objection.

18     A    As of May 1, 2019?

19     Q    (BY ATTORNEY WEINBERG) Did you enforce the

20  value -- the validity of this

21  connecting_tone_description variable?

22             ATTORNEY BLOCK:  Object to form; vague.

23     A    We were just rolling out the system, so we

24  were only logging at that point and not enforcing.

25     Q    (BY ATTORNEY WEINBERG) Okay.  This

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 202 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3296
WHATSAPP INC. on 08-16-2024

1  variable tone -- connecting_tone_description, it's

2  followed by what looks like, a -- is that a shell

3  script of some sort?

4          ATTORNEY BLOCK:  Object to form.

5      Q    (BY ATTORNEY WEINBERG) Maybe I'll just

6  open it up generally.

7              What is this variable value?

8          ATTORNEY BLOCK:  Object to form.

9      A    I'm not an expert in malware or shell

10  scripts, but it looks like some malicious code.

11      Q    (BY ATTORNEY WEINBERG) You don't know what

12  it does?

13      A    I don't understand all the things that it

14  does.

15      Q    Did this code -- when you say "malicious

16  code," you mean something that's executable?

17          ATTORNEY BLOCK:  Object to form.

18      A    It's a technical term for user security

19  engineering for a piece of text that it's meant to

20  be executed as -- in shell on Linux.

21      Q    (BY ATTORNEY WEINBERG) Did the chatdserver

22  execute this malicious code?

23      A    No.

24      Q    So it passed it on to the -- the callee,

25  what's labeled the "victim" here; is that correct?

1        A    The memory on the client.  And prepare the

2   memory for the -- for hijacking the execution at the

3   end.

4             So the messages -- like, what you see here

5   are not the actual, like, malicious messages.  Like,

6   the malicious message in this case not like a -- I

7   don't know if I'm explaining this properly, but it's

8   not like a script or anything like that.

9             The only thing that happens in these steps

10  is just memory manipulation.

11       Q    On the client?

12       A    By the attacker, yes.

13       Q    The memory of the client?

14       A    The --

15            ATTORNEY BLOCK:  Object to form.

16       Q    (BY ATTORNEY WEINBERG) Just when you say

17  "memory manipulation," I want to confirm that you're

18  talking about the client device and not the servers.

19            ATTORNEY BLOCK:  Object to form; vague.

20       A    Yes, I meant the memory of the client.

21       Q    (BY ATTORNEY WEINBERG) And so on the

22  third -- sorry -- page 4 of this.  It's this

23  "Context" slide on the beginning of the --

24       A    This one?

25       Q    -- the next one.  The four bullet points.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 204 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024
Job 3296

1              So the fourth bullet point -- I think this

2     goes to what you were just saying -- the WhatsApp

3     servers were not compromised by this attack?  You

4     agree with that?

5              ATTORNEY BLOCK:  Object to form.

6        A     What do you mean by "compromised"?

7        Q     (BY ATTORNEY WEINBERG) Well, did it --

8     this operation impaired the availability of those

9     servers to perform their normal functions?

10             ATTORNEY BLOCK:  Object to form.

11       A     This does not impair the availability of

12    the servers.

13       Q     (BY ATTORNEY WEINBERG) Did it impair the

14    availability of any data on the servers?

15             ATTORNEY BLOCK:  Object to form.

16       A     What data are you referring to?

17       Q     (BY ATTORNEY WEINBERG) Data stored in the

18    servers.

19       A     I think that's too general.

20       Q     Did it impair the integrity of any data

21    that's stored in the servers?

22             ATTORNEY BLOCK:  Object to form.

23       A     The integrity of the data?

24       Q     (BY ATTORNEY WEINBERG) Yeah.  If

25    WhatsApp's servers stored some data that it needs to

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 205 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024

1   make available for its normal operation, did this

2   operation of Pegasus corrupt that data --

3              ATTORNEY BLOCK:  Object to form.

4       Q    (BY ATTORNEY WEINBERG) -- on the servers?

5              ATTORNEY BLOCK:  Object to form.

6       A    So this did not corrupt any data on the

7   signaling or the relay servers.

8              ATTORNEY BLOCK:  It's been a little more

9   than 15 minutes since we said 5 or 10, and I'm going

10  to need a bio break.

11             ATTORNEY WEINBERG:  Okay.

12             ATTORNEY BLOCK:  Thank you.  I appreciate

13  it.

14             THE VIDEOGRAPHER:  Off the record,

15  3:06 p.m.

16             (A break was taken from 3:06 p.m. to

17  3:25 p.m.)

18             THE VIDEOGRAPHER:  Back on the record at

19  3:25 p.m.

20             ATTORNEY BLOCK:  As I just mentioned off

21  the record, Mr. Gheorghe identified a correction he

22  wanted to make to some of his testimony while we

23  were on break.

24       Q    (BY ATTORNEY WEINBERG) I believe the

25  correction was on the location of the data centers

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 206 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1    used for VoIP in 2019?

2         A    Yes.

3         Q    And where are those data centers of

4    servers located?

5         A    They are located in Prineville, Oregon;

6    Altoona, Iowa; and Forest City, North Carolina.

7         Q    And this is the location of the physical

8    chatdservers, correct?

9         A    Yes.

10        Q    Okay.  If you could take a quick look at

11   the final slide in Exhibit 1083.

12             It's -- I don't know if this is -- slide

13   is showing this, but it's my understanding from the

14   documents that ultimately the callee phone begins to

15   interact with a third party-server that's not

16   controlled by WhatsApp.

17             Is this being shown here?

18             ATTORNEY BLOCK:  Object to form.

19        A    I'm trying to understand what this slide

20   means.  The slide was some kind of appendix.  I

21   don't even know if it was even presented.

22        Q    (BY ATTORNEY WEINBERG) Okay.

23        A    Yeah, I really don't know what is the

24   purpose of this.  I think it could be just somewhat

25   unrelated with the attack.

1    by having an official WhatsApp application that

2    starts a voice or a video call.  That's the only

3    way.

4         Q    (BY ATTORNEY WEINBERG) Okay.  But the

5    choice of which authorization tokens a client is

6    provided is made by the chatdserver that's

7    controlled by WhatsApp?

8              ATTORNEY BLOCK:  Object to form;

9    misstates.

10        A    It's the chat -- it's the VoIP signaling

11   logic that runs inside the chatdserver, yes.

12        Q    (BY ATTORNEY WEINBERG) Okay.  I want to

13   return to the effects, if any, of this -- of

14   Pegasus's operation on the effectiveness of the

15   chatdservers or the signaling servers or any of

16   WhatsApp's server infrastructure.

17             You recall that in the White Paper

18   PowerPoint, at page 4 there was statement that the

19   WhatsApp servers were not compromised by this

20   attack.  And I just wanted to take off exactly what

21   that means.  I think we started doing this earlier.

22             So for example, WhatsApp doesn't have any

23   reason to believe that the operation of Pegasus

24   slowed down materially, the operation of WhatsApp

25   servers?

```
 1              ATTORNEY BLOCK:  I object to the preamble,

 2   and I object to a form of the question that followed

 3   the preamble.

 4        A    What do you mean by "slow down"?

 5        Q    (BY ATTORNEY WEINBERG) Well, you know

 6   computers, when they get a lot of work to do, they

 7   slow down.  So when you have a server and the server

 8   has too many server -- requests to service it, it

 9   would probably slow down.

10              So my question is:  Do you have any reason

11   to believe that the operation of Pegasus slowed down

12   in any material way, any of WhatsApp's servers?

13              ATTORNEY BLOCK:  Same objections.

14        A    No, I don't believe the suspicious attack

15   that we observed slowed down the WhatsApp servers.

16        Q    (BY ATTORNEY WEINBERG) The volume of

17   the -- of these suspicious stanzas was quite small

18   compared to the size of WhatsApp's user base, wasn't

19   it?

20              ATTORNEY BLOCK:  Object to form.

21        A    Yes.

22        Q    (BY ATTORNEY WEINBERG) As far as WhatsApp

23   knows, Pegasus didn't delete any of WhatsApp's data

24   from WhatsApp's servers, correct?

25              ATTORNEY BLOCK:  Object to form.
```

1        A     I'm not aware of any data being deleted.

2        Q     (BY ATTORNEY WEINBERG) Is WhatsApp aware

3   of any WhatsApp data that Pegasus altered on

4   WhatsApp's servers --

5              ATTORNEY BLOCK:  Object to form; vague.

6        Q     (BY ATTORNEY WEINBERG) -- other than

7   accessing the server in its usual way?

8              ATTORNEY BLOCK:  Same objection.  And a

9   partial scope objection, to the extent it seeks

10  testimony about the operation of Pegasus, which has

11  not been fully exposed to META.

12       Q     (BY ATTORNEY WEINBERG) Well, it's just

13  that sometimes servers will store data owned by a

14  company; and if there's some malicious cyberattack,

15  maybe the data gets wiped, maybe the data gets

16  locked out such that the owner can't access it

17  anymore.

18             Was there any such effect on WhatsApp

19  servers by the Pegasus software that you're aware

20  of?

21             ATTORNEY BLOCK:  Same objections.

22             You can answer, to the extent of what META

23  was able to observe.

24       A     Yeah, I'm not aware.

25       Q     (BY ATTORNEY WEINBERG) Is WhatsApp aware

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 210 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3296
WHATSAPP INC. on 08-16-2024

1   of any evidence that Pegasus caused the deletion of

2   any data owned by WhatsApp from target devices?

3              ATTORNEY BLOCK:  Objection to form.  And

4   the same partial objection as to scope and the

5   operation of Pegasus.

6       A    So we have reason to believe that the

7   data -- the memory of the application -- of the

8   gen -- like, the WhatsApp application running on

9   victims' devices, the memory of that application was

10  altered.

11      Q    (BY ATTORNEY WEINBERG) Memory is altered

12  any time an application runs, right?

13      A    No, not in this way.

14             So it was done in a way where it altered

15  the normal execution -- the normal behavior of the

16  -- of the application.  Like, it made the

17  application do things it was not supposed to do.

18      Q    Okay.  But I think I'm getting at:  Did --

19  are you aware of Pegasus deleting people's data off

20  their phone?

21             ATTORNEY BLOCK:  Same objections.

22      A    The data in the memory is data, so -- and

23  I believe they altered that data.

24      Q    (BY ATTORNEY WEINBERG) Isn't it true that

25  every time an application runs on a computer, it

1        I, MARY J. GOFF, CSR No. 13427, Certified

2   Shorthand Reporter of the State of California,

3   certify;

4        That the foregoing proceedings were taken

5   before me at the time and place herein set forth, at

6   which time the witness declared under penalty of

7   perjury; that the testimony of the witness and all

8   objections made at the time of the examination were

9   recorded stenographically by me and were thereafter

10  transcribed under my direction and supervision; that

11  the foregoing is a full, true, and correct

12  transcript of my shorthand notes so taken and of the

13  testimony so given;

14       That before completion of the deposition,

15  review of the transcript ( ) was (XX) was not

16  requested:    (   ) that the witness has failed or

17  refused to approve the transcript.

18       I further certify that I am not financially

19  interested in the action, and I am not a relative or

20  employee of any attorney of the parties, nor of any

21  of the parties.

22       I declare under penalty of perjury under the

23  laws of California that the foregoing is true and

24  correct, dated this    day of        , 2024.

25       _Mary Goff_
         _____
         MARY J. GOFF

# Exhibit AA

**UNREDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4                       --oOo--

5

6  WHATSAPP INC., a Delaware corporation,
   and FACEBOOK, INC., a Delaware
7  corporation,

8              Plaintiffs,
   v.                        Case No.  4:19-cv-07123-PJH
9
   NSO GROUP TECHNOLOGIES LIMITED
10 and Q CYBER TECHNOLOGIES LIMITED,

11             Defendants.
   _____/
12

13         **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

14          STENOGRAPHIC REPORTER'S VIDEOTAPED

15               DEPOSITION TRANSCRIPT OF

16               JESUS BARCONS PALAU

17              FRIDAY, JUNE 13, 2024

18

19

20 Reported Stenographically by:

21 KIMBERLY D'URSO, CSR 11372, RPR

22 Job No.  3326

23

24

25

1                              --oOo--

2              BE IT REMEMBERED, that set on Friday, the

3    13th day of September, 2024, commencing at the hour of

4    9:11 a.m., thereof, JESUS BARCONS PALAU appeared at King

5    & Spalding LLP, 601 South California Avenue, Suite 100,

6    Palo Alto, CA, California, before me, Kimberly E. D'Urso,

7    an RPR and Certified Shorthand Reporter No. 11372 of the

8    State of California, the following deposition was

9    stenographically reported by me:

10             THE VIDEOGRAPHER:  We are on the record.  My

11   name is Cody Furin, contracted by Swivel Legal Solutions.

12   I'm not financially interested in this action, nor am I a

13   relative or employee of any of the attorneys or any of

14   the parties.

15             Today is September 13, 2024.  The time is

16   9:11 a.m. Pacific Time.  This deposition is taken at 601

17   California Avenue, Palo Alto, California.  The name of

18   this case is WhatsApp Inc. v. NSO Technologies Limited,

19   filed in the United States District Court, Northern

20   District of California, Oakland Division, case Number

21   4:19-cv-07123-PJH.

22             This is the video-recorded deposition

23   Jesus Barcons Palau, Volume 1.  The attorney taking

24   this deposition is Joseph Akrotirianakis.

25             Would all present please identify themselves,

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 215 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
JESUS PALAU on 06-13-2024                                    Job 3326

1 beginning with the deponent, Jesus Barcons Palau.

2           THE WITNESS:  Hi.  My name is Jesus Barcons

3 Palau.

4           MR. AKROTIRIANAKIS:  Joe Akrotirianakis and

5 Jonathan Weinstein [sic] on behalf of the defendants.

6           MR. WEINBERG:  Weinberg.

7           MR. AKROTIRIANAKIS:  Oh, I'm sorry.  Weinberg.

8           Can you report that correctly?

9           THE CERTIFIED STENOGRAPHIC REPORTER:  Yes, I

10 will.

11          MR. BLOCK:  Micah Block from Davis Polk, for

12 Plaintiff.  With me are Luca Marzorati from Davis Polk,

13 and Arif Dhilla from Meta Platforms.

14          THE VIDEOGRAPHER:  The court reporter today is

15 Kimberly D'Urso with Swivel Legal Solutions.

16          Would the reporter please swear in the witness.

17          THE CERTIFIED STENOGRAPHIC REPORTER:  Okay.  I

18 am Kimberly D'Urso.  I am licensed court reporter in the

19 state of California, license No. 11372.

20          And I will have you raise your right and I will

21 swear you in.

22          (Whereby the oath was administered by the

23          Certified Shorthand Reporter.)

24          THE WITNESS:  Yes, I do.

25          THE CERTIFIED STENOGRAPHIC REPORTER:  Thank

1           MR. BLOCK:  Object to form.

2           THE WITNESS:  Sorry.  If you asked something, I

3   missed it.

4   BY MR. AKROTIRIANAKIS:

5       Q.   I'm trying to understand your testimony

6   relative to the call offer here.  You said it contains a

7   shell script and an ELF binary.  Or is it that the shell

8   script contains an ELF binary?

9       A.   My eyes can see shell commands in what put

10  together this script.  And my eyes also see an ELF

11  binary that, obviously, what comes after, my eyes cannot

12  really decode.  But this is -- yeah, machine

13  instructions.

14          Again, just for the record here, like I'm a

15  backend software engineer.  This is not the kind of

16  thing -- like the ELF binary, it's not really the kind

17  of thing I see --

18          (Simultaneous speakers.)

19      Q.   Well --

20      A.   -- frequent.

21      Q.   Well, let me ask you, perhaps, a simpler

22  question.  There's nothing here that was encrypted or in

23  any way sort of making it difficult to see that this was

24  anomalous once you started looking at the values in the

25  connecting_tone_desc field; right?

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 217 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3326
JESUS PALAU on 06-13-2024

1      A.    It was very, very obvious that this was

2   something malicious, yes.

3      Q.    You've used that term "malicious" on several

4   occasions now.  What do you mean by it?

5      A.    It's not only the code that I'm looking at or

6   that, you know, shell script, it's not only not valid

7   according to our specs, you can kind of smell some

8   intent in there; right?  Like, this is not really my

9   area of expertise.

10          I'm not a security engineer.  But you can

11   really tell this is trying to do something; in that

12   case, the receiver's device.

13      Q.    Well, and in your mind the "something" is

14   "malicious"; right?

15      A.    Yes.

16      Q.    Okay.  And why do you say that?

17      A.    Which kind -- I cannot really imagine any good

18   situation in which this can end good.  You know, like,

19   like -- I don't really know how to explain this to

20   transmit what's in my head more easily, because, I mean,

21   I cannot really imagine any good outcome out of that;

22   right?

23          Our official clients are not really sending

24   that.  They cannot send these; right?  Someone has gone

25   through the effort of creating a fake client and send

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 218 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3326
JESUS PALAU on 06-13-2024

1    what seems to be a shell script and an ELF binary after

2    that; right?

3            This takes an incredible amount of time,

4    effort, resources, money.  I cannot really imagine that

5    someone did that for any good intent.

6            Does this help?

7        Q.   I think I understand your testimony.

8            In any event, the signaling server, prior to

9    you undertaking this task that is described in Exhibit

10   1105, would have allowed the shell script that we see

11   here at the top of page 10 to be passed along; correct?

12           MR. BLOCK:  Objection to form.

13           THE WITNESS:  Prior to that, such a stanza

14   would have been routed to the destination device

15   specified in the "To" field stanza.  This is not

16   something that we can see here, given that that device

17   existed.

18   BY MR. AKROTIRIANAKIS:

19       Q.   I think that's a yes.

20           MR. BLOCK:  Objection to form.

21   BY MR. AKROTIRIANAKIS:

22       Q.   Are you agreeing with me that prior to the task

23   described in Exhibit 1105 being undertaken and

24   completed, that this shell script that we see at the top

25   of page 10 would have been allowed to pass through the

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 219 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
JESUS PALAU on 06-13-2024                                                        Job 3326

 1   signaling server?

 2              MR. BLOCK:  Objection to form.

 3              THE WITNESS:  The stanza containing this

 4   payload that we are seeing in page 10, would have been

 5   able to -- would have been routed to the recipient.  But

 6   this also depends like is the target phone number --

 7              (Reporter clarification due to accent.)

 8              MR. BLOCK:  -- "some user registered on

 9   WhatsApp."

10              THE WITNESS:  Yeah.  If this is being targeted

11   to an account that doesn't exist in WhatsApp, it's never

12   going to reach that device because there is no such

13   device.

14              If that device is registered and is active and

15   happens to be connected, then the server is going to

16   route the stanza containing this payload.

17   BY MR. AKROTIRIANAKIS:

18       Q.   Regardless of whether it ever ends up at its

19    intended or any other destination, the server is going

20    to route this stanza, prior to the task that's being

21    described here in Exhibit 1105; correct?

22              MR. BLOCK:  Objection to form.

23              THE WITNESS:  The server is going to accept the

24   stanza and route it.

25   BY MR. AKROTIRIANAKIS:

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 220 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3326
JESUS PALAU on 06-13-2024

1      Q.   Okay.  In other words, there would not have

2   been, at that time, any technical restriction that would

3   have prevented the routing of the stanza that we see at

4   the top of page 10; right?

5           MR. BLOCK:  Objection to form.  Calls for a

6   legal conclusion.

7           But you can answer to the extent that you

8   understand.

9           THE WITNESS:  This particular call offer stanza

10  with this payload would have been routed through our

11  system.  And in the cases that there is a device that is

12  registered and connected, it would have been delivered to

13  the recipient device.

14  BY MR. AKROTIRIANAKIS:

15     Q.   And we talked earlier about the meaning of

16  validating.  Prior to the task that's described here in

17  Exhibit 1105, there was no validating by the signaling

18  server of the value of the connecting desc_tone field;

19  correct?

20          MR. BLOCK:  Objection to form.  Foundation.

21          THE WITNESS:  It seems to me that this

22  particular field was not validated.

23  BY MR. AKROTIRIANAKIS:

24     Q.   All right.  Thank you.

25          MR. AKROTIRIANAKIS:  It's almost 1:00 o'clock.

```
 1   Do you guys want to take a lunch break now?
 2           THE VIDEOGRAPHER:  The time is 12:57 p.m.
 3           (Lunch break taken.)
 4           THE VIDEOGRAPHER:  All right.  The time is 1:47
 5   p.m.  We are back on the record.
 6   BY MR. AKROTIRIANAKIS:
 7       Q.   All right.  1167 is this one?
 8       A.   You may want to get the mic.
 9       Q.   We'll start with Exhibit 1167.  Do you have
10    that before you, Mr. Barcons?
11       A.   Yes, I do.
12       Q.   All right.  And you remain under oath; right?
13       A.   Yes, I do.
14       Q.   All right.  So can you turn to page 2?
15       A.   I'm there.
16       Q.   And in the middle of the page there's this
17    entry from ██████████ that says:  "Pd: WS is
18    WhatsApp."  And then in parentheses:  "(WA for everyone
19    else)."
20           Do you see that?
21       A.   I do.
22       Q.   Have you heard of, internally to WhatsApp or
23    Facebook, WhatsApp being referred to as "WA"?
24       A.   Yes.
25       Q.   And have you also refer -- seen or heard
```

```
 1  STATE OF CALIFORNIA       )
                              ) ss:
 2  COUNTY OF ALAMEDA         )

 3
              I, KIMBERLY E. D'URSO, do hereby certify:
 4

 5            That the witness named in the foregoing

 6  deposition was present and duly sworn to testify to the

 7  truth in the within-entitled action on the day and date

 8  and at the time and place therein specified;

 9            That the testimony of said witness was reported

10  by me in shorthand and was thereafter transcribed through

11  computer-aided transcription;

12            That the foregoing constitutes a full, true and

13  correct transcript of said deposition and of the

14  proceedings which took place;

15            Further, that if the foregoing pertains to the

16  original transcript of a deposition in a federal case,

17  before completion of the proceedings, review of the

18  transcript [ ] was [ ] was not requested.

19            That I am a certified stenographic reporter and

20  a disinterested person to the said action;

21            IN WITNESS WHEREOF, I have hereunder subscribed

22  my hand this 15th day of September, 2024.

23  _Kimberly D'Urso_____

24  KIMBERLY D'URSO, CSR NO. 11372, RPR

25
```

# Exhibit BB

**UNREDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3                OAKLAND DIVISION

4    _____

5    WHATSAPP INC., a Delaware            )
     corporation, and FACEBOOK, INC.,     )
6    a Delaware corporation,              )
     a Delaware corporation,              )
7                                         )
              Plaintiffs,                 )
8       v.                                ) Case No.
                                          ) 4:19-cv-07123-PJH
9    NSO GROUP TECHNOLOGIES LIMITED       )
     and Q CYBER TECHNOLOGIES LIMITED,    )
10                                        )
                                          )
11            Defendants.                 )
     _____)

12

13      HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14       VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                 DEPOSITION OF

16   WHATSAPP INC., by and through its Designated

17               Representative,

18             CLAUDIU GHEORGHE

19         Palo Alto, California 94304

20          Friday, August 16, 2024

21

22   Reported Stenographically by:
     MARY J. GOFF
23   CSR No. 13427
     WA CSR No. 21030779
24   Job No. 3296
     PAGES 1-295

25

1  joining remotely.  I think that Matt Dawson --

2  Matthew Dawson is probably joining remotely.

3          ATTORNEY MARZORATI:  It looks like Terry

4  McGraw also.

5          ATTORNEY CRAIG:  Yeah, Terry -- Terrence,

6  T-E-R-R-E-N-C-E, for the record.  McGraw,

7  M-C-G-R-A-W.

8          ATTORNEY WEINBERG:  All right.

9          ATTORNEY BLOCK:  I'm Micah Block from

10 Davis Polk for Plaintiffs.

11          With me from Davis Polk is Luca Marzorati.

12          We likely will be joined later in the

13 deposition by Meenu Matthews in person and by Craig

14 Cagney on the Zoom, neither of whom are yet present.

15          Also with us from META Platforms, Arif

16 Dhilla in person.  And we may have Michael Chmelar

17 on Zoom at this point.

18          And I will provide you spellings at a

19 break.

20          THE VIDEOGRAPHER:  Thank you.  Will the

21 court reporter please swear in the witness.

22                  CLAUDIU GHEORGHE,

23 Being first duly sworn or affirmed to testify to the

24 truth, the whole truth, and nothing but the truth,

25 was examined and testified as follows:

```
 1        A    Yes.
 2             ATTORNEY BLOCK:  Objection to form.
 3        A    Yes, that's accurate.
 4        Q    (BY ATTORNEY WEINBERG) And "logging" would
 5   be where you simply observe whether the stanza is
 6   malformed or not and write down in the log
 7   whether -- the results of that analysis --
 8             ATTORNEY BLOCK:  Objection to form.
 9        Q    (BY ATTORNEY WEINBERG) -- is that correct?
10        A    Yes.
11        Q    So when ████████ says in Exhibit 1167,
12   page 1, that the server "didn't enforce the schema
13   in server side." he's referring to a lack of
14   enforcement of the schema on the server side?
15             ATTORNEY BLOCK:  Object to form.
16             I can't find that phrase, although I'm
17   probably just not seeing it.
18        Q    (BY ATTORNEY WEINBERG) Do you remember you
19   said:
20                  WS implemented this
21             functionality and defined a valid
22             schema, but didn't enforce the
23             schema server side?
24                  WS added server-side logging
25             to WhatsApp for invalid stanzas
```

1              (XML protocol) a few weeks ago?

2       A    Yes, that's -- that statement is accurate.

3       Q    Okay.  So there was no enforcement as of

4  the writing of this statement on Friday, May 3,

5  2019, no enforcement of a stanza validity?

6              ATTORNEY BLOCK:  Object to form;

7  misstates.

8       Q    (BY ATTORNEY WEINBERG) Enforcement?

9       A    There was no enforcement.  We were

10  validating, but not enforcing.

11       Q    To avoid confusion, can we agree on some

12  terms there, because "validating" is a bit

13  ambiguous.

14              So the way that you use -- you're using

15  "validating" is just to compare the input to a

16  schema and say whether it complies or doesn't, but

17  not necessarily taking any kind of action based on

18  that?

19       A    Yes, that's --

20              ATTORNEY BLOCK:  Objection --

21       A    -- correct.

22              ATTORNEY BLOCK:  -- to form.

23       Q    (BY ATTORNEY WEINBERG) Okay.  So your

24  answer here is that as of May 3, there was at least

25  some level of validation and that you were logging

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 228 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1    invalid stanzas, but there was no enforcement to

2    stop invalid stanzas from passing through the

3    chatdserver?

4            ATTORNEY BLOCK:  Object to form.

5        A    Yes.

6        Q    (BY ATTORNEY WEINBERG) And he says here

7    that:

8                This logging of invalid

9                stanzas was added "a few weeks

10               ago."

11           So it was a relatively recent addition, as

12   of May 3, 2019, even just the logging?

13           ATTORNEY BLOCK:  Objection to form.

14       A    I don't remember the exact timeline.  What

15   I can tell you is what I remember based on

16   Jesus's -- Jesus's work is that he actually started

17   working on that in December of 2018.  It was a very

18   complex project that required a lot of design and

19   discussions and a lot of revisions.

20           And the standard way of rolling these

21   features out is you -- you basically do exactly what

22   we did.  We -- you personally validate, log,

23   analyze.  In some cases it's just random behavior.

24           And then when you validate and verify

25   everything, then you go and enforce after that.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 229 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1       Q    (BY ATTORNEY WEINBERG) Makes sense to me.

2            If you look back at Exhibit 1105, this is

3   the task that -- for validating stanzas.  I'm

4   looking at page 3.  And it looks like the first

5   message is -- Otto Ebeling sent a message on page 3.

6   And that was December 4, 2018.  And he says:

7                 It would be a lot cleaner and

8             safer to have the server enforce

9             the proper schema for all messages.

10            Do you see that?

11      A    Yeah --

12            ATTORNEY BLOCK:  Object to form.

13      A    -- I can see Otto's message.

14      Q    (BY ATTORNEY WEINBERG) So before

15  December 4, 2018, the chatdserver was not enforcing

16  proper schemas for all messages?  Do you agree with

17  that?

18            ATTORNEY BLOCK:  Object to form.

19      A    I don't agree with that.

20      Q    (BY ATTORNEY WEINBERG) It was enforcing

21  proper schema for all messages already?

22      A    It was -- so enforcing and validating the

23  schemas is a relative and a best-effort thing.  We

24  were enforcing and validating certain parts of

25  the -- the stanzas.

Case 4:19-cv-07123-PJH    Document 675    Filed 04/04/25    Page 230 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1              Was it complete?  Was it, like exhaustive?

2   No, it wasn't.  But there was some -- some level of

3   validation and enforcement happening already in the

4   chatd code.  Not just for VoIP.  For all the other

5   stanzas as well.

6        Q    Take a look at page 4.  There's

7   Jesus again -- Jesus again.  On December 5, he says:

8                   Today I have brought awareness

9                   of the need for stanza validation

10                  during the weekly server tech talk.

11             So he's saying there's a need for server

12  validation?

13             ATTORNEY BLOCK:  Is that a question?

14  Sorry.  Are you done?

15             ATTORNEY WEINBERG:  Yeah, that's my

16  question.

17             ATTORNEY BLOCK:  I object to the form.

18  That mischaracterizes.

19        A    Sorry.  What was the question?

20        Q    (BY ATTORNEY WEINBERG) So as of

21  December 5, when this message was written, it

22  appears as though -- how do you pronounce his name?

23  Is it Jesus?

24        A    Jesus, yeah.  Yeah, I think Jesus sounds

25  good.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 231 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                              Job 3296

1       Q    (BY ATTORNEY WEINBERG) Okay.  As of

2  December 8, when Jesus -- December 5, when Jesus

3  wrote this message, he was brining awareness to the

4  need for a stanza validation, meaning that there

5  were at least some stanzas that were not being

6  validated or enforced?

7            ATTORNEY BLOCK:  Sorry.  Are you finished?

8  I object to the form of the question.  And it's a

9  misstatement of the message.

10      A    So based on this -- what he said here -- I

11 mean, I can try to speculate what he meant, but I

12 don't know exactly what he meant.  I can make a

13 comment on it --

14      Q    (BY ATTORNEY WEINBERG) Sure.

15      A    -- on what I believe it is, but --

16      Q    Well, like, I think at the end of the day

17 it's just -- it's relatively obvious that there were

18 some stanzas that simply weren't being enforced.

19 That's what this document is showing.  And we can go

20 through a few more examples, if you would like.

21           But is it the case that the server was not

22 validating every VoIP stanza that was going through?

23           ATTORNEY BLOCK:  I object to the preamble

24 before the question, and I object to the form of the

25 question.

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 232 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024

1        A     At the time of the attack?

2        Q     (BY ATTORNEY WEINBERG) Yes.

3        A     So yes, at the time of the attack, it's

4   possible that there were some stanzas that we were

5   not validating.

6        Q     Back at 1140 -- so 1083 of the PowerPoint.

7        A     Sorry.  What document?

8        Q     1180 -- sorry.  1083, the PowerPoint.

9              ATTORNEY BLOCK:  Make sure it's the one

10  he's referring to.

11       Q     (BY ATTORNEY WEINBERG) That's the one.

12       A     This page?

13       Q     Page 8.  This offer stanza we talked about

14  having a connecting_tone_description variable and

15  the value at the time of this incident, this --

16  WhatsApp servers were not validating and enforcing

17  of -- this parameter?

18             ATTORNEY BLOCK:  Objection to form --

19       A     At --

20             ATTORNEY BLOCK:  -- misstates.

21       A     -- this time, the server was validating

22  and logging only, not -- so it was not validation

23  and blocking.  It was validation and logging.

24       Q     (BY ATTORNEY WEINBERG) Okay.  So as of

25  May 1, 2019, the chatdserver did not enforce the

```
 1   validity -- the validity of the
 2   connecting_tone_description variable?  Agree?
 3            ATTORNEY BLOCK:  Object to the form of the
 4   question.
 5       A    What date did you mention?
 6       Q    (BY ATTORNEY WEINBERG) May 1, 2019.
 7       A    So --
 8       Q    Enforce is my question.
 9            ATTORNEY BLOCK:  I object to the form.
10       A    What was the question?
11       Q    (BY ATTORNEY WEINBERG) As of May 1, 2019,
12   there was no -- sorry.  Let me start again.
13            As of May 1, 2019, the chatdserver did not
14   validate the value of the
15   connecting_tone_description variable shown here on
16   -- on page 8?
17            ATTORNEY BLOCK:  Objection to form;
18   misstates.
19       Q    (BY ATTORNEY WEINBERG) I'm sorry.  Did not
20   enforce the stanza?
21            ATTORNEY BLOCK:  Objection to form.
22       Q    (BY ATTORNEY WEINBERG) I'll ask the whole
23   question again.  So let's -- maybe -- this shouldn't
24   be a hard question.  Let me -- do you recall that
25   ███████ said that:
```

```
 1                    WhatsApp "identified invalid

 2              suspicious stanzas in the

 3              just-added logging"?

 4              So what that means is that WhatsApp added

 5   logging and the logging identified a -- a stanza

 6   that was invalid, right?

 7              ATTORNEY BLOCK:  Object to the form of the

 8   question; misstates the document.

 9       A    So what          mentioned -- what line are

10   you referring to?

11       Q    (BY ATTORNEY WEINBERG) The very last line

12   on page 1 of Exhibit 1167 or:

13                    How was detected:  WS

14              identified invalid/suspicious

15              stanzas in the just-added logging.

16              So what I understand from that is that

17   Jesus was creating logging for these stanzas.  He

18   was adding new validation of more stanzas.  And the

19   case -- and eventually he added logging for this

20   offer stanza, and that logging -- that newly added

21   logging identified this suspicious offer stanza that

22   we see on page 8 of Exhibit 1083?  Is that your

23   understanding of what happened?

24              ATTORNEY BLOCK:  Object to the form of the

25   question.
```

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 235 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                    Job 3296

1      A    My understanding of what happened is that

2   Jesus -- Jesus added the logging that led to the

3   discovery of the -- of the attack.

4      Q    (BY ATTORNEY WEINBERG) All right.  And

5   before he added it, there was no logging that

6   validated that connecting_tone_description variable?

7           ATTORNEY BLOCK:  Object to the form of the

8   question.

9      A    Before he added the logging, I don't know

10  whether we had any logging for this or not.

11     Q    (BY ATTORNEY WEINBERG) Did you have any

12  enforcement of this connecting_tone_description

13  variable --

14          ATTORNEY BLOCK:  Object to form.

15     Q    (BY ATTORNEY WEINBERG) -- as of May 1,

16  2019?

17          ATTORNEY BLOCK:  Same objection.

18     A    As of May 1, 2019?

19     Q    (BY ATTORNEY WEINBERG) Did you enforce the

20  value -- the validity of this

21  connecting_tone_description variable?

22          ATTORNEY BLOCK:  Object to form; vague.

23     A    We were just rolling out the system, so we

24  were only logging at that point and not enforcing.

25     Q    (BY ATTORNEY WEINBERG) Okay.  This

Case 4:19-cv-07123-PJH   Document 675   Filed 04/04/25   Page 236 of 237
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024                                        Job 3296

1  variable tone -- connecting_tone_description, it's

2  followed by what looks like, a -- is that a shell

3  script of some sort?

4         ATTORNEY BLOCK:  Object to form.

5     Q    (BY ATTORNEY WEINBERG) Maybe I'll just

6  open it up generally.

7         What is this variable value?

8         ATTORNEY BLOCK:  Object to form.

9     A    I'm not an expert in malware or shell

10  scripts, but it looks like some malicious code.

11     Q    (BY ATTORNEY WEINBERG) You don't know what

12  it does?

13     A    I don't understand all the things that it

14  does.

15     Q    Did this code -- when you say "malicious

16  code," you mean something that's executable?

17         ATTORNEY BLOCK:  Object to form.

18     A    It's a technical term for user security

19  engineering for a piece of text that it's meant to

20  be executed as -- in shell on Linux.

21     Q    (BY ATTORNEY WEINBERG) Did the chatdserver

22  execute this malicious code?

23     A    No.

24     Q    So it passed it on to the -- the callee,

25  what's labeled the "victim" here; is that correct?

1      I, MARY J. GOFF, CSR No. 13427, Certified

2  Shorthand Reporter of the State of California,

3  certify;

4      That the foregoing proceedings were taken

5  before me at the time and place herein set forth, at

6  which time the witness declared under penalty of

7  perjury; that the testimony of the witness and all

8  objections made at the time of the examination were

9  recorded stenographically by me and were thereafter

10  transcribed under my direction and supervision; that

11  the foregoing is a full, true, and correct

12  transcript of my shorthand notes so taken and of the

13  testimony so given;

14      That before completion of the deposition,

15  review of the transcript ( ) was (XX) was not

16  requested:    (   ) that the witness has failed or

17  refused to approve the transcript.

18      I further certify that I am not financially

19  interested in the action, and I am not a relative or

20  employee of any attorney of the parties, nor of any

21  of the parties.

22      I declare under penalty of perjury under the

23  laws of California that the foregoing is true and

24  correct, dated this    day of       , 2024.

25      _Mary Goff_
     _____
          MARY J. GOFF