UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>  Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTIG ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Action Filed: 10/29/2019 |

Having considered the Administrative Motion for Leave to File Under Seal submitted by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Exhibits A, B, C, D, and E of the Declaration of Aaron S. Craig, attached to Defendants' Omnibus Administrative Motion to File Under Seal **WILL BE SEALED**.

IT IS SO **ORDERED**, this _____ day of _____, 2025.

_____
PHYLLIS HAMILTON
United States District Judge