1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>         Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>         Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES OMNIBUS MOTION TO SEAL**<br><br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action filed:  10/29/2019 |

1. I am an attorney admitted to practice law before this Court and duly licensed to practice in the State of California. I am a partner at the law firm King & Spalding LLP, representing Defendants in the above-captioned action. I submit this declaration in support of Defendants' Omnibus Motion to Seal. I have personal knowledge of the facts stated herein, and if called upon to do so, could and would competently testify thereto.

2. The following exhibits are true and correct copies of documents that have been provisionally filed under seal and as to which Defendants propose redacting limited portions that contain personally identifying information of non-testifying employees or contain discussion of certain foreign proceedings.

3. **Exhibit A** is Exhibits 8-10, 13-15, 20, 22, 32, and 35-36, to the Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment, provisionally filed under seal at Dkt. No. 399-4. These documents contain personally identifiable information of non-testifying employees. The portions of each exhibit that Defendants seek to redact are highlighted yellow.

4. **Exhibit B** is Exhibits 8, 10-12, 17, 30-34 and 43 to the Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, provisionally filed under seal at Dkt. No. 418-5. These documents contain personally identifying information of non-testifying employees, except for Exhibit 43 which contains discussion of certain foreign proceedings. The portions of each exhibit that Defendants seek to redact are highlighted yellow.

5. **Exhibit C** is Exhibit 41 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment, provisionally filed under seal at Dkt. No. 436-4. This document contains personally identifiable information of non-testifying employees. The portions of each exhibit that Defendants seek to redact are highlighted yellow.

6. **Exhibit D** is Exhibits A, D-G, I and L to the Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions, provisionally filed under seal at Dkt. No. 405-4. These documents contain discussion of certain foreign proceedings. The portions of each exhibit that Defendants seek to redact are highlighted yellow.

ISO OMNIBUS MOT. TO SEAL    1    Case No. 4:19-cv-07123-PJH

7.  **Exhibit E** is a declaration I previously signed in support of Defendants' earlier Omnibus Motion to Seal, provisionally filed under seal at Dkt. No. 550-2 and attached hereto for the convenience of the Court.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 4th day of April 2024, at Los Angeles, California

/s/ *Aaron S. Craig*
Aaron S. Craig