# Exhibit C to the Declaration of Aaron S. Craig
# April 4, 2025

# EXHIBIT 41

FILED UNDER SEAL

**EXHIBIT 2038**

| | |
|---|---|
| **Custodian:** | Shaner, Josh |
| **Application:** | WhatsApp |
| **Active Participants:** | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| **Other Recipients:** | ██████████████████████████ |
| | ███████████████ Josh Shaner |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ████████████████ |
| | ██████████████████████████ |
| | ██████████████████ |
| | ████████████████ |
| | ██████████████████████████ |
| | ████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ | |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ████████████████████████ |
| | ████████████████ |
| **Date/Time Start:** | 01/15/2019 12:25 AM |
| **Date/Time End:** | 01/15/2019 10:16 PM |

| Time | From | Message Body | Deleted |
|---|---|---|---|
| 00:25:41 | ████████ | Hey, I just did once Eden installation on P3 (Sales 3).<br><br>That means another 2 attempts can be sent in the next two hours (look at my email for better understanding of the limitations). Bottom line - Eden works fine on S3 and can be demonstrated :). | 0 |
| 00:53:44 | ████████ | ⍰ | 0 |
| 01:06:26 | ████████ | Guys, FYI. | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    SHANER_WHATSAPP_00001121

| | | | |
|---|---|---|---|
| | | J▓▓▓▓▓▓▓▓ encountered extraction issues of iOS 12.1.2 on P3 (S3). No data but location is being extracted. The problem is known and now examined by ▓▓▓ & R&D. We hope for positive updates asap. will keep you updated. | |
| 01:11:00 | ▓▓▓▓▓▓ | I answered you (email) | 0 |
| 01:11:04 | ▓▓▓▓▓▓ | Also on sales 6 and Sting | 0 |
| 01:12:44 | ▓▓▓▓▓▓ | Once A▓▓ will finish the upgrade on sales 6 , I would like to ask you to check it again, in case the issue will reproduce we will open investigation with the R&D | 0 |
| 01:18:40 | ▓▓▓▓▓▓ | Can you say which 12.1.2 version we are talking about? the first or second variant? | 0 |
| 01:36:51 | ▓▓▓▓▓▓ | First. The one that all of us have. | 0 |
| 01:44:07 | ▓▓▓▓▓▓ | So you mean second, the latest 12.1.2 version | 0 |
| 03:09:56 | ▓▓▓▓▓▓ | Hi all, The ssl of the hlr lookup provider is expired. Please approach us before demo, we will add the numbers to debug mode | 0 |
| 03:15:43 | ▓▓▓▓▓▓ | < d993ea09-c1e7-458d-93c9-e0a2e68e5940.jpg > | 0 |
| 03:15:55 | ▓▓▓▓▓▓ | . | 0 |
| 06:20:38 | ▓▓▓▓▓▓ | Anyone has a Diablo device that ▓▓▓ can try and send installation to from sales 6? | 0 |
| 06:47:03 | ▓▓▓▓▓▓ | Hello support team, when are you planning to upgrade sales3 to the new design (SP4.2)? | 0 |
| 06:57:12 | ▓▓▓▓▓▓ | Hey, S6 was already installed and will be tested (ATP) tomorrow. S3 will upgraded by the end of the week in case no troubles will be found on S6. | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| 15:18:22 | ▮▮▮ | Good morning<br><br>Starting POC on sales 1<br><br>1c<br><br>Sting | 0 |
|---|---|---|---|
| 20:54:31 | ▮▮▮ | Hi all, following yesterday issue with iOS 12.1.2 not exfiltrating data, I preformed a test on Sales6 (upgraded to 4.2).<br><br>The installation and the exfiltration worked perfectly.<br><br>I will try the same test today on sales3 (SP4.1) and update you regarding the progress. | 0 |
| 20:55:43 | ▮▮▮ | Thanks. Is that the build you were testing ? | 0 |
| 21:01:02 | ▮▮▮ | Hi, we are in a POC on<br><br>Sales 1:<br><br>1C<br><br>Sting<br><br>Sales 3:<br><br>Eden<br><br>Storm | 0 |
| 21:01:56 | ▮▮▮ | Please do not use Eden before we finish the demo | 0 |
| 21:07:05 | ▮▮▮ | Thanks ▮ Update regarding the same test on S3. | 0 |
| 21:11:42 | ▮▮▮ | ▮ please run the test as well , | 0 |
| 21:13:12 | ▮▮▮ | I will, but only later on today after my demo | 0 |
| 21:13:28 | ▮▮▮ | 👍 | 0 |
| 21:13:42 | ▮▮▮ | ▮ will later for your update :) | 0 |
| 21:15:51 | ▮▮▮ | ▮ - can you please make sure ▮ has still 1 valid per of credentials to use for Eden on S3, as he is not in front of a customer and we wouldn't like the last next installation to fail.. | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY              SHANER_WHATSAPP_00001123

| Time | Sender | Message | |
|---|---|---|---|
| 21:16:32 | ▮ | We got a confirmation from ▮ | 0 |
| 21:17:00 | ▮ | We just need to make sure no one is "wasting" it as we'll get to demo it only in 30 min or so | 0 |
| 21:29:19 | ▮ | Guys, quick reminder - please don't use TenBis today and come to 1409 for lunch at 12:30. | 0 |
| 21:32:25 | ▮ | 👍 | 0 |
| 21:45:20 | ▮ | Hey guys, I have a demo today starting 11:30am IL time. Is anyone planning to demo Diablo on S3 during that time? If not, I'd like to prioritize 11.2.2 | 0 |
| 21:56:36 | ▮ | Starting Demo on sales 1 and 3<br><br>Sting<br><br>1 c<br><br>Diablo<br><br>Eden | 0 |
| 22:05:27 | ▮ | Correct | 0 |
| 22:12:59 | ▮ | i preformed the same test on Sales3 and i got the same result as everyone:<br><br>1 dir list<br><br>1 location<br><br>i recomand to upgrade as soon as possible Sales3 | 0 |
| 22:14:32 | ▮ | Ok.<br><br>Let's wait for ▮ finished their meetings.<br><br>▮ what time do you believe to be over? | 0 |
| 22:16:17 | ▮ | 2 hours from now for us | 0 |
| 22:16:19 | ▮ | I believe I'll be done by 15:00 IL time. Maybe earlier, I'll update | 0 |
| 22:16:24 | ▮ | ▮ - anyone in your team is using s3 today? | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY