UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Action Filed: 10/29/2019 |

Having considered the Omnibus Administrative Motion to File Under Seal submitted by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"), and the Declaration of Aaron S. Craig filed in support thereof, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the following documents **WILL BE REDACTED**, as follows:

| Dkt. No. | Documents Covered By This Order | Portion(s) to Seal | Reasons for Sealing |
|---|---|---|---|
| 399-4 | Exhibit 8 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Highlighted portions as identified in the Declaration of Aaron S. Craig | Contains personally identifiable information (PII) of non-testifying employees |

1

| | | | attached to Defendants' Omnibus Motion to Seal ("Craig Decl."), Ex. A. | |
|---|---|---|---|---|
| | 399-4 | Exhibit 9 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Highlighted portions in Craig Decl. Ex. A. | Contains PII of non-testifying employees |
| | 399-4 | Exhibit 10 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Highlighted portions in Craig Decl. Ex. A. | Contains PII of non-testifying employees |
| | 399-4 | Exhibit 13 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Highlighted portions in Craig Decl. Ex. A. | Contains PII of non-testifying employees |
| | 399-4 | Exhibit 14 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Highlighted portions in Craig Decl. Ex. A. | Contains PII of non-testifying employees |
| | 399-4 | Exhibit 15 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Highlighted portions in Craig Decl. Ex. A. | Contains PII of non-testifying employees |
| | 399-4 | Exhibit 22 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Highlighted portions in Craig Decl. Ex. A. | Contains PII of non-testifying employees |
| | 399-4 | Exhibit 32 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Highlighted portions in Craig Decl. Ex. A. | Contains PII of non-testifying employees |
| | 399-4 | Exhibit 35 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Highlighted portions in Craig Decl. Ex. A. | Contains PII of non-testifying employees |
| | 399-4 | Exhibit 36 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Highlighted portions in Craig Decl. Ex. A. | Contains PII of non-testifying employees |
| | 418-5 | Exhibit 8 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted portions in Craig Decl. Ex. B. | Contains PII of non-testifying employees |
| | 418-5 | Exhibit 10 to Declaration of Micah G. | Highlighted | Contains PII of |

| | | | |
|---|---|---|---|
| | Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | portions in Craig Decl. Ex. B. | non-testifying employees |
| 418-5 | Exhibit 11 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted portions in Craig Decl. Ex. B. | Contains PII of non-testifying employees |
| 418-5 | Exhibit 12 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted portions in Craig Decl. Ex. B. | Contains PII of non-testifying employees |
| 418-5 | Exhibit 17 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted portions in Craig Decl. Ex. B. | Contains PII of non-testifying employees |
| 418-5 | Exhibit 30 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted portions in Craig Decl. Ex. B. | Contains PII of non-testifying employees |
| 418-5 | Exhibit 31 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted portions in Craig Decl. Ex. B. | Contains PII of non-testifying employees |
| 418-5 | Exhibit 32 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted portions in Craig Decl. Ex. B. | Contains PII of non-testifying employees |
| 418-5 | Exhibit 33 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted portions in Craig Decl. Ex. B. | Contains PII of non-testifying employees |
| 418-5 | Exhibit 34 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted portions in Craig Decl. Ex. B. | Contains PII of non-testifying employees |
| 436-4 | Exhibit 41 to the Reply Declaration of Micah G. Block in Support of Plaintiffs' Reply in Support of Motion | Highlighted portions in Craig Decl. Ex. C. | Contains PII of non-testifying employees |

| | | | |
|---|---|---|---|
| | for Partial Summary Judgment | | |
| 418-5 | Exhibit 43 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Highlighted portions in Craig Decl. Ex. B. | Contains discussion of foreign governmental proceedings |
| 405-4 | Exhibit A to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Highlighted portions in Craig Decl. Ex. D. | Contains discussion of foreign governmental proceedings |
| 405-4 | Exhibit D to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Highlighted portions in Craig Decl. Ex. D. | Contains discussion of foreign governmental proceedings |
| 405-4 | Exhibit E to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Highlighted portions in Craig Decl. Ex. D. | Contains discussion of foreign governmental proceedings |
| 405-4 | Exhibit F to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Highlighted portions in Craig Decl. Ex. D. | Contains discussion of foreign governmental proceedings |
| 405-4 | Exhibit G to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Highlighted portions in Craig Decl. Ex. D. | Contains discussion of foreign governmental proceedings |
| 405-4 | Exhibit I to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Highlighted portions in Craig Decl. Ex. D. | Contains discussion of foreign governmental proceedings |
| 405-4 | Exhibit L to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Sanctions | Highlighted portions in Craig Decl. Ex. D. | Contains discussion of foreign governmental proceedings |
| 399-4 | Exhibit 25 to Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment | Employee PII at 7-8 and 10-20 (not included in Craig Declaration because it also includes | Contains PII of non-testifying employees |

| | | | |
|---|---|---|---|
| | | confidential technical material). | |
| 418-5 | Exhibit 5 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Employee PII at 29:16-17; 41:22-23; 44:17-18; 247:21; 252:1, 5, 17; 255:21, 25; 256:3, 5, 11-12; 257:8; 262:5-6; 265:15 (not included in Craig Declaration because it also includes confidential technical material). | Contains PII of non-testifying employees |
| 418-5 | Exhibit 27 to Declaration of Micah G. Block in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Employee PII at 30:3, 21, 25; 31:2; 36:4, 7, 17; 37:7, 14, 22; 147:23; 153:7, 13-14, 16, 25; 199:25; 200:2; 201:11 (not included in Craig Declaration because it also includes confidential technical material). | Contains PII of non-testifying employees |
| 418-7 | Exhibit B to the Declaration of Anthony Vance in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Employee PII at 7-8 and 10-20 (not included in Craig Declaration because it also includes confidential technical material). | |
| 419-5 | Exhibit L to Declaration of Joseph N. Akrotirianakis in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | Employee PII on pages 6-7 (not included in Craig Declaration because it also includes confidential technical material). | Contains PII of non-testifying employees |
| 433-5 | Exhibit CC to Declaration of Joseph N. Akrotirianakis in Support of Defendants' Motion to Dismiss or for Summary Judgment | Employee PII on pages 6-7 (not included in Craig Declaration because it also includes | Contains PII of non-testifying employees |

| | | confidential technical material). . | |

Defendants will have until seven days after the date of this Order to re-file on the public docket the redacted documents that are the subject of this order, with the exception of the documents at Dkt. Nos. 418-5 Exhibit 5, 418-5 Exhibit 27, 418-7 Exhibit B, 419-5 Exhibit L, and 433-5 Exhibit CC. For those five documents, Defendants may wait to file the documents until after the court considers Defendants' additional arguments on sealing documents with technical information at the pretrial conference and sets a new deadline for disclosure.

IT IS SO **ORDERED**, this _____ day of _____, 2025.

_____
PHYLLIS HAMILTON
United States District Judge