Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
              antonio.perez@davispolk.com
              gina.cora@davispolk.com
              craig.cagney@davispolk.com
              luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PLAINTIFFS' NOTICE OF FILING PUBLIC VERSIONS OF MATERIAL FILED IN CONNECTION WITH SUMMARY JUDGMENT AND SANCTIONS BRIEFINGS**<br><br>Pretrial Conference Date: April 10, 2025<br>Time: 2:00 p.m.<br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Court's order granting in part and denying in part the parties' omnibus motions to seal (Dkt. No. 633) (the "Omnibus Sealing Order"), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), by and through their counsel, hereby file as attachments to this Notice of Filing public versions of documents previously filed conditionally under seal by Plaintiffs in connection with certain of their summary judgment and sanctions briefings,[1] as outlined in the below table.

| Document | Dkt. Nos. |
|---|---|
| Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 399-3 |
| Exhibit 3 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 400-2 |
| Exhibit 4 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 400-2 |
| Exhibit 12 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 399-4; 400-2 |
| Exhibit 16 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 399-4 |
| Exhibit 18 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 400-2 |
| Exhibit 19 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 400-2 |
| Exhibit 26 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 399-4; 400-2 |
| Exhibit 27 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 399-4 |
| Exhibit 28 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 400-2 |

---

[1]    Plaintiffs have refrained from publicly refiling documents subject to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's pending challenge to the Omnibus Sealing Order, as well as documents that will be included in Defendants' forthcoming revised omnibus sealing motion.

| Document | Dkt. Nos. |
|---|---|
| Exhibit 31 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 399-4 |
| Exhibit 34 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | 399-4; 400-2 |
| Declaration of Meghan Andre filed in Support of Plaintiffs' Motion for Summary Judgment | 399-5 |
| Exhibit A to the Declaration of Meghan Andre filed in Support of Plaintiffs' Motion for Summary Judgment | 399-6; 400-3 |
| Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 418-4 |
| Exhibit 2 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 420-3 |
| Exhibit 3 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 420-3 |
| Exhibit 15 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 420-3 |
| Exhibit 19 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 418-5; 420-3 |
| Exhibit 20 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 418-5; 420-3 |
| Exhibit 21 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 418-5; 420-3 |
| Exhibit 23 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 418-5 |
| Exhibit 25 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 418-5 |
| Exhibit 28 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 418-5 |
| Exhibit 35 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 418-5 |
| Exhibit 37 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 418-5 |

2

| Document | Dkt. Nos. |
|---|---|
| Exhibit 38 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 418-5 |
| Exhibit 39 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 418-5 |
| Exhibit 40 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 420-3 |
| Exhibit 41 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 420-3 |
| Exhibit 42 to the Declaration of Micah G. Block filed in Opposition to Defendants' Motion for Summary Judgment | 420-3 |
| Exhibit B to the Declaration of Dana Trexler filed in Opposition to Defendants' Motion for Summary Judgment | 418-6; 420-4 |
| Exhibit C to the Declaration of Dana Trexler filed in Opposition to Defendants' Motion for Summary Judgment | 418-6; 420-4 |
| Exhibit 40 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Summary Judgment Reply | 436-4 |
| Exhibit B to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Sanctions | 405-4 |
| Exhibit C to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Sanctions | 405-4 |
| Exhibit H to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Sanctions | 405-4 |
| Exhibit J to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Sanctions | 405-4 |
| Exhibit K to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Sanctions | 405-4 |

3

1

Dated:  April 4, 2025                          Respectfully Submitted,

2
                                               DAVIS POLK & WARDWELL LLP

3

4                                              By:  /s/ Luca Marzorati
                                                   Greg D. Andres

5                                                  Antonio J. Perez-Marques
                                                   Gina Cora

6                                                  Craig T. Cagney
                                                   Luca Marzorati

7                                                    (admitted *pro hac vice*)
                                                   DAVIS POLK & WARDWELL LLP

8                                                  450 Lexington Avenue

9                                                  New York, New York 10017
                                                   Telephone: (212) 450-4000

10                                                 Facsimile: (212) 701-5800
                                                   Email: greg.andres@davispolk.com

11                                                        antonio.perez@davispolk.com

12                                                        gina.cora@davispolk.com
                                                          craig.cagney@davispolk.com

13                                                        luca.marzorati@davispolk.com

14                                                 Micah G. Block (SBN 270712)
                                                   DAVIS POLK & WARDWELL LLP

15                                                 900 Middlefield Road

16                                                 Redwood City, California 94063
                                                   Telephone: (650) 752-2000

17                                                 Facsimile:  (650) 752-2111
                                                   Email: micah.block@davispolk.com

18

19                                                 *Attorneys for Plaintiffs WhatsApp LLC and*
                                                   *Meta Platforms, Inc.*

20

21

22

23

24

25

26

27

28