# EXHIBIT 3

to Declaration of Micah G. Block in Support of
Plaintiffs' Motion for Partial Summary Judgment

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 2 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3226
CARL WOOG on 08-14-2024                    {{Attorneys Eyes Only}}

1            UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                 OAKLAND DIVISION

4    _____

5    WHATSAPP INC., a Delaware          )
     corporation, and FACEBOOK, INC.,   )
6    a Delaware corporation,            )
     a Delaware corporation,            )
7                                       )
                Plaintiffs,             )
8       v.                             ) Case No.
                                        ) 4:19-cv-07123-PJH
9    NSO GROUP TECHNOLOGIES LIMITED     )
     and Q CYBER TECHNOLOGIES LIMITED,  )
10                                      )
                                        )
11              Defendants.             )
     _____)

12

13       HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14         VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                 DEPOSITION OF

16     WHATSAPP INC., by and through its Designated

17                 Representative,

18                   CARL WOOG

19           Palo Alto, California 94304

20           Wednesday, August 14, 2024

21

22

23   Reported Stenographically by:
     MARY J. GOFF
24   CSR No. 13427
     WA CSR No. 21030779
25   Job No. 3226
     PAGES 1-384

1 working with great intensity to identify what was
2 going on.
3    Q   So you have never spoken to ████████
4 ████, as far as you know?
5    A   Sorry. I don't believe so, but I don't
6 recall if I have.
7    Q   Do you know at all what his
8 responsibilities with respect to either WhatsApp or
9 Facebook were?
10    A   Not that I recall.
11    Q   Do you know whether Mr. Robinson was
12 attributing the exploitation of this vulnerability
13 to NSO as of May 5, 2019?
14    A   Sir I do not know what Mr. Robinson
15 determined at that -- at that point in time.
16    Q   Do you know if WhatsApp more generally was
17 attributing anything to NSO as of May 5, 2019?
18    A   I believe that was our -- our -- our
19 strongest hypothesis that the team was working to
20 validate and confirm.
21    Q   And do you know what that was based on?
22    A   Sir, I -- my recollection, I recall
23 security engineers telling me that they believed
24 that NSO was attacking our users.
25        And this was an attack that was underway,

1 and they were working to put to stop.
2    Q   And do you know what that was based on,
3 that attribution to NSO?
4    A   Sir, based on their technical expertise.
5    Q   So you don't know?
6    A   I'm not a technical expert, no, sir.
7    Q   Okay. So you don't know?
8    A   No, sir.
9        ATTORNEY ANDRES:  Objection, asked and
10 answered.
11    Q   (BY ATTORNEY AKROTIRIANAKIS) Are all
12 WhatsApp chats end-to-end encrypted?
13    A   Sir, we have a distinction between what we
14 refer to as "personal WhatsApp chats" and chats that
15 are with businesses that use a technology service
16 called an "API."We have a White Paper that explains
17 this.  Generally.
18        I think the way we think of WhatsApp is
19 kind of how people like you and me would chat with
20 one another, but we also have these business
21 services.
22        Those business services using the API, we
23 do not designate those at end-to-end encrypted.  But
24 what people are thinking of when they are using
25 their WhatsApp in their handset on their -- on their

1 phones app to app, those are indeed end-to-end
2 encrypted.  We usually refer to those as personal
3 images.
4    Q   All right.  So all WhatsApp personal
5 messages are end-to-end encrypted?
6    A   Yes, sir.
7    Q   And all WhatsApp calls are end-to-end
8 encrypted?
9    A   Yes, sir.
10    Q   Is that true both with respect to voice
11 calls and video calls?
12    A   Yes, voice and video calls are both
13 protected by end-to-end encryption on an
14 application-to-application basis.
15    Q   Does a WhatsApp user have to pay extra for
16 the end-to-end encryption or is that a standard
17 feature?
18    A   That's a standard feature, sir, and it
19 cannot be turned off.
20    Q   So it's impossible to have a WhatsApp
21 account -- a personal WhatsApp account without
22 end-to-end encryption, correct?
23    A   That is how our service works, sir.
24    Q   So yes?
25    A   Yes.

1    Q   How much does it cost for a user to
2 establish a WhatsApp account?
3    A   Sir --
4        ATTORNEY ANDRES:  Objection, relevance.
5    A   -- sir, accounts are free to establish.
6 There's no cost.
7    Q   (BY ATTORNEY AKROTIRIANAKIS) So what --
8 what does a person need in order to set up a
9 WhatsApp account?
10    A   Sir, you need a mobile phone, and you need
11 the ability to download the app from either the
12 Apple App Store or the Google Play Store.
13        Or you can also download the app directly
14 from our website, if you're having trouble accessing
15 those stores.  And then you download that
16 application onto your phone.
17        And then from there you open the app.
18 There'll be some information there about our Terms
19 of Service that you would need to agree to prior to
20 using our service.
21        And then there's just some initial setup
22 questions that -- that we have.  And then from there
23 you're pretty much off and running.
24    Q   Well, what are the initial setup
25 questions?

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 4 of 144

WhatsApp Inc. vs NSO Group Technologies Limited et al.                         Job 3226
CARL WOOG on 08-14-2024          {{Attorneys Eyes Only}}              Pages 178..181

Page 178

1    A   Well --
2        ATTORNEY ANDRES:  Objection, relevance.
3    A   -- well -- so you have to enter your phone
4 number in order to effectively activate your
5 account.
6        So you enter your phone number, and that
7 will send an SMS message to you, which you -- you
8 type in a code for that, and then that allows you to
9 start your account.
10       I think we also ask for a name, which is
11 optional.  You can choose your actual name.  You can
12 choose a nickname.  I think there's an option to put
13 in a photo and things like that, which you can do,
14 if you chose.
15       And after that, you're able to chat freely
16 and securely.
17   Q   (BY ATTORNEY AKROTIRIANAKIS) So the "Name
18 Field" is not required?
19   A   I don't believe so, sir.  I think you have
20 to enter something in that name, but you don't have
21 to chose your actual name.
22       Does that --
23   Q   Could --
24   A   -- distinction make sense?
25   Q   Okay.  It could be literally anything?

Page 179

1    A   I believe so.
2    Q   It could be symbols?  It doesn't even have
3 to be letters?
4    A   I don't know if you can use symbols.
5 That -- sometimes apps have trouble with symbols.
6        But perhaps.  I don't know for sure.  You
7 have to put in something, I believe, in that field.
8    Q   But it doesn't have to be your name?
9    A   It does not have to be your name, sir.
10   Q   Other than what you have described right
11 now, is there any other vetting that WhatsApp does
12 prior to granting a user account to someone?
13   A   Sir, I'm not an expert in this, but we do
14 have quite a talented group of people that are
15 looking for signals of inauthenticity and perhaps
16 abuse right from the setup time.
17       So what we're looking for there is
18 potentially accounts that may be intended to be set
19 up for spam or automation or other account setup
20 that is inauthentic in some way.
21       I'm drawing to draw a distinction between
22 that and a normal person who is just trying to use
23 WhatsApp for private and secure calls.
24   Q   So like a -- you're trying to ferret out
25 whether it's an actual person or a bot that's

Page 180

1 setting the account?
2    A   I think that's fair to say, sir, yes.
3    Q   Okay.  But assuming that somebody is an
4 actual person, literally anybody could sign up for a
5 WhatsApp account, as long as they have a mobile
6 phone and the ability to download the WhatsApp app,
7 correct?
8    A   Right.  And then that text message
9 authentication that I mentioned.  Those basic steps.
10   Q   Right.  But you don't, like, say:  Like,
11 well, is this a person who we really want using our
12 system?
13       They just decide themselves, right?
14   A   That's right.
15   Q   Can a person have multiple WhatsApp
16 accounts with different phone numbers?
17   A   Yes.  But basically a phone number -- an
18 easier way of thinking of it is that an account is
19 tied to a phone number.
20       So if you have two phones, then you could
21 have a WhatsApp on one phone and a WhatsApp on the
22 other phone.  That would be two accounts, but you
23 may be the same -- the same person.  We have that.
24       And then we also have the ability to
25 have -- we have multiple -- the ability to install

Page 181

1 multiple apps on one phone.
2        So for example, we have the WhatsApp app
3 and we have WhatsApp Business app.
4        And you could use your phone and download
5 both instances of WhatsApp on your phone.
6        And the reason why some people want to do
7 that is because they're a small business and they
8 like to separate their chats from their personal use
9 and their business use.  So it effectively gives
10 them two Inboxes to do so.
11       And the Business app has some of its
12 own -- different policies and rules that I'm less
13 familiar with.  But effectively that's designed for
14 the small business owner that relies on WhatsApp to,
15 you know, run their business, respond to customer
16 inquiries, and hopefully run a successful business
17 that -- for their customers.
18   Q   So let's go back to the names.
19       You said that -- that you have to -- that
20 your belief is that you have to put in something in
21 the -- in the "Setup" field that requests a name,
22 but it's incons -- inconsequential what it is that's
23 put into that field; is that fair?
24   A   That's fair.  It's a user choice.
25   Q   And that's permitted by the WhatsApp Terms

Case 4:19-cv-07123-PJH   Document 679-2   Filed 04/04/25   Page 5 of 144

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3226
CARL WOOG on 08-14-2024            {{Attorneys Eyes Only}}         Pages 382..384

Page 382

1
2
3
4        I, CARL WOOG, do hereby declare under penalty
5   of perjury that I have read the foregoing
6   transcript; that I have made any corrections as
7   appear noted, in ink, initialed by me, or attached
8   hereto; that my testimony as contained herein, as
9   corrected, is true and correct.
10       EXECUTED this_____ day of_____,
11   20_____, at_____, _____.
                  (City)                    (State)
12
13
14       _____
                  CARL WOOG
15
16
17
18
19
20
21
22
23
24
25

Page 383

1        I, MARY J. GOFF, CSR No. 13427, Certified
2   Shorthand Reporter of the State of California,
3   certify;
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth, at
6   which time the witness declared under penalty of
7   perjury; that the testimony of the witness and all
8   objections made at the time of the examination were
9   recorded stenographically by me and were thereafter
10   transcribed under my direction and supervision; that
11   the foregoing is a full, true, and correct
12   transcript of my shorthand notes so taken and of the
13   testimony so given;
14       That before completion of the deposition,
15   review of the transcript ( ) was (XX) was not
16   requested:   (   ) that the witness has failed or
17   refused to approve the transcript.
18       I further certify that I am not financially
19   interested in the action, and I am not a relative or
20   employee of any attorney of the parties, nor of any
21   of the parties.
22       I declare under penalty of perjury under the
23   laws of California that the foregoing is true and
24   correct, dated this    day of      , 2024.
25       _____
                  MARY J. GOFF

Page 384

1              ERRATA SHEET
2              SWIVEL LEGAL
3          560 W Main Street, C163
4        Alhambra, California 91801
5              213-788-2327
6        CASE:  WhatsApp v. NSO Group
7   PAGE  LINE  FROM                 TO
8   ____|_____|_____|_____
9   ____|_____|_____|_____
10  ____|_____|_____|_____
11  ____|_____|_____|_____
12  ____|_____|_____|_____
13  ____|_____|_____|_____
14  ____|_____|_____|_____
15  ____|_____|_____|_____
16  ____|_____|_____|_____
17  ____|_____|_____|_____
18
19       _____
20           CARL WOOG
21   Subscribed and sworn to before me
22   this _____ day of _____, 2024.
23   _____
24           Notary Public
25

# EXHIBIT 4

to Declaration of Micah G. Block in Support of
Plaintiffs' Motion for Partial Summary Judgment

Page 1

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                     OAKLAND DIVISION

4    _____

5    WHATSAPP INC., a Delaware          )
     corporation, and FACEBOOK, INC.,   )
6    a Delaware corporation,            )
     a Delaware corporation,            )
7                                       )
               Plaintiffs,              )
8        v.                             ) Case No.
                                        ) 4:19-cv-07123-PJH
9    NSO GROUP TECHNOLOGIES LIMITED     )
     and Q CYBER TECHNOLOGIES LIMITED,  )
10                                      )
                                        )
11             Defendants.              )
     _____)

12

13        HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14         VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                   DEPOSITION OF

16    WHATSAPP INC., by and through its Designated

17                  Representative,

18               CLAUDIU GHEORGHE

19           Palo Alto, California 94304

20            Friday, August 16, 2024

21

22   Reported Stenographically by:
     MARY J. GOFF
23   CSR No. 13427
     WA CSR No. 21030779
24   Job No. 3296
     PAGES 1-295

25

1    A    I'm confused.

2    Q    Let me rephrase.  Scratch that.

3    A    Yeah.

4    Q    Are the stanzas in XML?

5    A    I believe it was an XML protocol, yes.

6    Q    Okay.  And so the format of the stanzas is

7  defined somewhere?

8    A    Like right now?

9    Q    In 2019.  All of my questions will be

10  about how the system was in May of 2019.

11    A    Okay.  I believe there was a -- like a

12  text document that described the stanzas in the

13  protocol.

14        In one of the repositories that we had, it

15  was called "the common repo" that was referenced by

16  all the client and the server engineers.

17        And at that time we actually had a formal

18  representation of the protocol in another system

19  that actually led to the discovery of the attack --

20    Q    All right.

21    A    -- so there was -- yeah.

22    Q    So a stanza, which you said is an

23  XML-defined message --

24    A    Yes.

25    Q    -- has a certain -- certain structure to

1  it?

2    A    Yes.

3    Q    And so that structure would involve some

4  parameters and parameter values -- sort of parameter

5  names and parameter values?

6        ATTORNEY BLOCK:  Objection to form.

7    A    It involves that, but not just that.

8    Q    (BY ATTORNEY WEINBERG) What else does it

9  involve?

10    A    It involves other types of stanzas as well

11  that are child stanzas.  So there's like a hierarchy

12  of stanzas, essentially.

13    Q    All right.  So it's XML, so it's a

14  hierarchical --

15    A    Yeah.

16    Q    -- structure?

17    A    Yeah.

18    Q    And so an offer stanza, for example, is a

19  kind of VoIP stanza?

20    A    It's a type of stanza, yeah.

21    Q    Okay.  And so the structure for that kind

22  of stanza is defined in this common repo?

23    A    Yeah.

24    Q    Okay.  Let me put a document in front of

25  you.  1167.

1        (Exhibit 1167 was marked for

2  identification and is attached to the transcript.)

3    Q    (BY ATTORNEY WEINBERG) I want to chat with

4  you a bit about the stanzaming.  Is that how you

5  pronounced it, stanzaming?

6    A    Stanzaming.

7    Q    Got it.

8        Do you recognize this document?

9    A    Yes.

10    Q    What is it?

11    A    It displays a SEV that was filed for the

12  incident.

13    Q    Okay.  What is an SEV?

14    A    Yeah, so a SEV or S-E-V is a formal

15  document used by Facebook to track the operational

16  or security incidents within the company.

17    Q    Okay.  And what would I call this kind of

18  document?  Is this a chat?  Is this -- what kind of

19  a system is this kept in?

20        ATTORNEY BLOCK:  Objection to form.

21    A    So I'm trying -- like, I don't know

22  exactly how to explain this as a concept.  Outside

23  it -- it's kind of like a task, but it's really not

24  like a task.  It's more like a project, like, if I

25  would have to explain it in a different way.

1    Q    (BY ATTORNEY WEINBERG) And so what's

2  reflected here in this document is the actions and

3  messages -- actions taken and messages sent for this

4  SEV project, the stanzaming project?

5        ATTORNEY BLOCK:  Objection to form.

6    A    Yes.

7    Q    (BY ATTORNEY WEINBERG) Okay.  I would like

8  you to take a quick look at page 3.  Towards the

9  bottom it says that -- there's a message from

10  ███████████████ on Monday, May 6, at -- 2019,

11  at 12:27 p.m.?

12    A    Yes.

13    Q    And he says that the WhatsApp engineering

14  work for this SEV investigation is coordinated by

15  you; is that accurate?

16    A    Yes.

17    Q    And what does that mean, it was

18  "coordinate -- well, what is "engineering work" that

19  he is referring to?

20    A    It is the engineering work required to

21  investigate and remediate the attack.

22    Q    And the engineering work comprises what?

23    A    It involved a lot of steps and a lot of

24  work from -- not just from me, but from a larger

25  group of people.

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 9 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024              {{Attorneys Eyes Only}}                    Pages 30..33

Page 30

1    Q   Okay.  I guess I'm just trying to get a
2  sense of what distinguishes engineering work from
3  some other category of work that you may have not
4  been responsible for.
5        Would you be able to shed some light on
6  that?
7        ATTORNEY BLOCK:  Objection to form.
8    A   Like, what was the nonengineering work?
9    Q   (BY ATTORNEY WEINBERG) Well, if you're
10 coordinating the engineering work, was there other
11 kinds of work that you weren't coordinating or were
12 you coordinating all the work?
13       ATTORNEY BLOCK:  Objection to form and --
14   A   I was coordinating just the engineering at
15 WhatsApp.
16       ATTORNEY BLOCK:  -- just pause and give me
17 a chance to object before you start your answer,
18 please.
19   Q   (BY ATTORNEY WEINBERG) Okay.  And so what
20 does "coordinating network" mean?
21   A   Coordination in this case means scoping
22 work that needs to be done in order to achieve the
23 goal.
24   Q   And monitoring its progress as well, I
25 assume?

Page 31

1    A   Ensuring progress in monitoring, yes.
2    Q   It lists five tasks that were -- that you
3  were coordinating here.
4        Would you be able to just introduce us to
5  each of these five tasks and what they entailed?
6    A   So Number 1 -- and by the way, I don't
7  remember all the details of these tasks right now,
8  so I'll do my best to say it based on what I
9  remember.
10       Number 1, "logging packets from attackers
11 in EdgeRay," this task was about logging data from
12 the relay servers for the calls that we flagged at
13 "suspicious" and as part of the attack.
14   Q   What are the relay servers?
15   A   The relay servers are the servers
16 responsible for handling the realtime traffic
17 between devices during a call on WhatsApp.
18   Q   So they're a proxy between WhatsApp
19 clients?
20       ATTORNEY BLOCK:  Objection to form.
21   A   They're not just proxy.  They are -- they
22 have an essential role in establishing the realtime
23 channel between the devices.
24   Q   (BY ATTORNEY WEINBERG) The relay servers
25 also work in establishing the connection between

Page 32

1  the --
2    A   They --
3    Q   -- clients?
4    A   -- facilitate the connection -- the
5  realtime connection between the devices.
6    Q   What's difference between facilitating and
7  establishing?
8    A   In some cases there's direct
9  communication -- realtime communication between the
10 devices.
11       So if I call you, in some scenarios the
12 packets will actually not go through the relay.  But
13 in order to establish -- to -- like, in order to
14 establish that channel, you have to go through the
15 relay first.  But the actual packets are not proxied
16 in that case.
17       So in about 50 percent of the cases, the
18 relay acts as a proxy; but in the rest of them, it
19 does not act as a proxy.
20   Q   How do you determine -- or how does the
21 system determine whether the relay will be acting as
22 a proxy between clients and when it will not?
23   A   It is based on heuristics and whether
24 we -- we can establish a direct connection between
25 the devices or not.

Page 33

1        In some scenarios, it's not possible.  The
2  network configuration does not allow that to -- to
3  happen.
4    Q   So the relay servers will proxy
5  information between the clients whenever it's not
6  possible for the clients to communicate with each
7  other directly; is that accurate?
8        ATTORNEY BLOCK:  Objection to form.
9    A   Yes.
10   Q   (BY ATTORNEY WEINBERG) I have seen a lot
11 of references to "signaling servers" in the
12 documents.
13       What's the difference between the relay
14 servers and the signaling servers?
15   A   There are two main flows in establishing
16 the call on WhatsApp.  The first part that happens
17 at the beginning when you set up the call is called
18 signaling.
19       And the second part that happens -- that
20 transfers the real -- makes the realtime
21 communication between the devices is the relay.
22   Q   I guess I need some clarification.  The --
23 you said earlier that the relay servers facilitate
24 the creation of the connection?
25   A   Of the realtime channel.

Page 34

1    Q    Of the realtime channel.
2        So could you clarify what's the difference
3  between establishing the creation of the realtime
4  channel versus initiating -- setting up a call,
5  which is done by the signaling servers?
6        ATTORNEY BLOCK: Objection to form.
7    A  So just to clarify, the difference between
8  the -- yeah.
9    Q    (BY ATTORNEY WEINBERG) Yeah, sorry. The
10  signaling servers, you said, set up the call.
11        And then you said that the relay servers
12  will help establish the realtime channel and then
13  sometimes proxy data from one client to the other;
14  is that accurate?
15    A  Yes.
16        ATTORNEY BLOCK: Objection, misstates the
17  testimony.
18    Q    (BY ATTORNEY WEINBERG) Could you expound a
19  little bit on that -- those two different functions?
20    A  Yes.  So the setup of the call always
21  starts with the signaling server.  And the signaling
22  server is the same server that we use for chat, so
23  it's synonymous with chatserver.
24    Q    Is that what's referred to as the
25  chatdservers --

Page 35

1    A    Yes.
2    Q    -- in the --
3    A    The VoIP signaling is a module within
4  chatd.
5    Q    And so the voice signaling uses the chat
6  functionality of WhatsApp to establish calls?
7    A    To start the call.
8    Q    To start the call.
9        And once it starts the call, the -- the
10  relay server establishes the realtime channel?
11    A    Exactly.
12    Q    And then half the time -- or some portion
13  of the time that relay server will then proxy data
14  between the two clients and in other instance it
15  will -- the two clients will access -- will
16  communicate directly in a peer-to-peer fashion?
17        ATTORNEY BLOCK: Objection to form.
18    A    Yes.
19    Q    (BY ATTORNEY WEINBERG) So we will get into
20  all of this in detail in a little bit.  I just
21  wanted to close the loop on this resume.
22        In 2019, shortly after the stanzaming
23  investigation, your title changed to software
24  engineering manager for application security; is
25  that correct?

Page 36

1    A    Yes.
2    Q    And that was a position you held from 2019
3  to 2021?
4    A    Yes.
5    Q    Could you describe your work and
6  responsibilities in that position?
7    A    So the main responsibility that I had for
8  the WhatsApp application security team is to drive
9  the roadmap for hardening and improving security
10  across WhatsApp.
11    Q    And was this a new position created in
12  response to the stanzaming incident?
13        ATTORNEY BLOCK: Objection to form;
14  foundation.
15    A    I'm not sure what you mean by -- like, in
16  response to that.
17    Q    (BY ATTORNEY WEINBERG) Was there a
18  security team before you took over as the security
19  engineering manager?
20        ATTORNEY BLOCK: Objection to form.
21    A    There were people working on security, but
22  it was not a team dedicated to it.
23    Q    (BY ATTORNEY WEINBERG) What's the
24  difference?
25    A    So we had, for instance, a security

Page 37

1  partner that was assigned to WhatsApp.
2        And part of the security team was not
3  just -- not just hiring new people that worked full
4  time for WhatsApp, but it was also working
5  cross-functionally with other teams in Facebook like
6  the Facebook security team.
7        And there were already people assigned to
8  WhatsApp before we had the team.  It was just not
9  organized in the same way that we did it after.
10    Q    Do you remember in 2019, when you became
11  the software engineering manager for application
12  security, who you reported to?
13    A    The first manager that I had was ████████
14  ██.
15    Q    And you had another manager after that,
16  evidently?
17    A    Yeah, he left the company.  And then the
18  next manager that I had was ████████.
19    Q    And then how big was your team by the end
20  of 2019?
21    A    By the end of 2019, I have to remember,
22  but I think we only had three years, I believe, in
23  the team.
24    Q    And who were they?
25    A    I believe ████████ and ████

1  ██████.

2    Q   Can I grab Exhibit 11 -- actually, it's

3  1083, but it'll be Document Exhibit 1149.  This was

4  used yesterday or two days ago.

5        ATTORNEY WEINBERG:  1083.

6        (Exhibit 1083 was marked for

7  identification and is attached to the transcript.)

8    Q   (BY ATTORNEY WEINBERG) Do you recognize

9  this document?

10   **A   Oh.  It's a presentation.  Yes, I**

11 **recognize this document.**

12   Q   What is Exhibit 1083?

13   **A   It is a presentation of the technical**

14 **details of the attack that we found and remediated**

15 **in May 2019.**

16       **It was presented internally inside**

17 **Facebook.  It was not an external document.**

18   Q   When was it presently internally?  Do you

19 remember?

20   **A   I don't remember the exact date.**

21 **Somewhere between September and November 2019, I**

22 **believe.**

23       ATTORNEY BLOCK:  I'm going to take this

24 opportunity before I forget to designate the

25 transcript for confidentiality with the designation

1  of "Highly Confidential, Attorneys' Eyes Only."

2    Q   (BY ATTORNEY WEINBERG) Who wrote this or

3  created this PowerPoint?  Do you know?

4    **A   It was a collaboration between multiple**

5  **people.  I collaborated with.  Otto Ebeling**

6  **collaborated as well.  Brendon Tiszka, I believe,**

7  **collaborated, and Andrey Labunets.**

8    Q   Who is Otto Ebeling?

9    **A   Otto Ebeling is a security engineer.  He**

10 **used to be in the Facebook security team at the end**

11 **of the investigation, and he worked closely with us**

12 **on the investigation.**

13   Q   At the tail end of this Exhibit 1083, it

14 says -- on page 25, is a slide entitled "Going

15 Forward.  And it says:

16       The WhatsApp security team is

17       hiring.

18       Do you see that?

19   **A   Yes.**

20   Q   It says:

21       The WhatsApp security team has

22       been created and will be focusing

23       on engineering work to improve the

24       security of WhatsApp.  Reach out to

25       Claudiu Gheorghe if you want to

1        join WhatsApp security.

2        Do you see that?

3    **A   Yes.**

4    Q   So I was hoping you could tell me a little

5  bit more about this team and whether it was created,

6  it appears, in response to the stanzaming incident.

7        ATTORNEY BLOCK:  Objection to the form of

8  the question.  Mischaracterizes the evidence;

9  assumes facts.

10   **A   This team -- the scope of this team and**

11 **the plan to build a team like that existed prior to**

12 **the incident.**

13   Q   (BY ATTORNEY WEINBERG) Oh.  When --

14   **A   Every product team inside Facebook had a**

15 **security team at that moment, so I remember talking**

16 **about what -- about having a security team**

17 **beforehand.  I don't remember exactly the details of**

18 **the conversations.  I -- it's been a while since**

19 **then.**

20       **But the idea of having a security team**

21 **already existed.  We already had security partners**

22 **championing that idea internally.**

23       **The reason why we thought it was a good**

24 **thing to do is because we got so many ideas after**

25 **the incidents about what we can do, and it became --**

1  **there was a lot of awareness.  And a lot of people**

2  **were -- a lot of the engineers were really**

3  **interested and passionate to make security better**

4  **after we had -- we -- we started talking about the**

5  **details of the attack and how sophisticated these**

6  **attacks are.**

7        **So there was a lot of interest from**

8  **engineers and from leaders to do more of this type**

9  **of work to prevent...**

10   Q   Understood.

11       Why did you leave WhatsApp?

12   **A   There's a long list of reasons.  I was --**

13 **primarily -- there's some personal stuff that I**

14 **don't want to talk about.  I mean, I could, if you**

15 **really want to.**

16       **But the primary one was I was there -- it**

17 **was my first full-time job.  I had never worked at**

18 **any other company before -- before Facebook.**

19       **It was -- I was closing in on almost,**

20 **like, 10 years.  I was actually planning to leave**

21 **around, like, the time of the attack.**

22       **And after this attack, I just became so**

23 **interested and fascinated by what happened that I**

24 **continued my tenure.**

25       **So it was really just -- in my career, if**

Page 74

1    A   I don't know the reason for that.
2    Q   There's four authors listed on the front
3 of this paper.  I just want to run through who each
4 of these people are.
5        Who is Andrey Labunets?
6    A   Andrey.
7    Q   Andrey Labunets.
8    A   He's a member of the incident response
9 team -- security incident response team at Facebook.
10   Q   And what was his relationship to this
11 project?
12   A   He was one of the main coordinators of the
13 project on the security side.  Me and him were
14 basically the main coordinators for the project.
15   Q   When you say "on the security side," what
16 do you mean by that?
17   A   So in order to fulfill the investigation
18 and the remediation, it was a collaboration between
19 experts in WhatsApp and also WhatsApp en -- also
20 experts outside of the WhatsApp team like Andrey and
21 Otto and all the other members of this presentation.
22   Q   All right.  So we spoke about Otto Ebeling
23 before.  You said that he was highly involved with
24 this project?  That's correct?
25   A   Yes.

Page 75

1    Q   Who is ███████████?
2    A   He is a team member of Otto working from
3 London on understanding the attack.  He's a security
4 engineer.
5    Q   So he reported to Otto?
6    A   I don't think so.  Otto was not a manager.
7 He was a senior IC on his team.  And ██████ was
8 another individual contributor on the same team with
9 Otto.
10   Q   So ██████ and Otto would be peers within
11 the organization?
12   A   Yes.
13   Q   And who is Brendon Tiszka?
14   A   He is a security engineer, a member of the
15 Facebook security team in Menlo Park.
16   Q   Do you know why or -- scratch that -- how
17 WhatsApp chose who would be the authors of this
18 report?
19       ATTORNEY BLOCK:  Objection to form.
20   A   WhatsApp did not choose the authors of
21 this report.
22   Q   (BY ATTORNEY WEINBERG) You contributed to
23 this report, didn't you?
24   A   My contribution was limited only with the
25 review of the document and making suggestions on it,

Page 76

1 but I did not contribute it, like, actual content.
2    Q   You didn't author it?
3    A   I did not author it.
4    Q   But you reviewed it and provided feed --
5    A   Feedback.
6    Q   -- back?
7        THE COURT STENOGRAPHER:  I didn't hear the
8 answer.
9    A   I'm sorry.
10       And provided feedback.
11   Q   (BY ATTORNEY WEINBERG) And so this is the
12 official account of WhatsApp's technical analysis of
13 the stanzaming episode?
14       ATTORNEY BLOCK:  Objection to form.
15   A   What do you mean by "official"?
16   Q   (BY ATTORNEY WEINBERG) This document
17 reflects WhatsApp's internal technical analysis of
18 the stanzaming incident?
19       ATTORNEY BLOCK:  Objection to form.
20   A   Especially given the list of authors, I
21 would characterize it as the un -- it's the document
22 that reflects the understanding of Facebook security
23 about the attack against WhatsApp.
24   Q   (BY ATTORNEY WEINBERG) And since you're
25 one of the reviewers of this paper, you believe that

Page 77

1 what's in here is accurate?
2    A   Yes.
3    Q   All right.  We spoke earlier about Exhibit
4 1083, the PowerPoint.  Do you have that?
5        And I think you said that was an internal
6 PowerPoint that was a collaboration between multiple
7 employees, including you; is that correct?
8    A   Yes.
9    Q   And this PowerPoint corresponds to this --
10 to the White Paper at 1148?
11       ATTORNEY BLOCK:  Objection to form.
12   A   These documents are related, but I
13 wouldn't say they correspond -- like, it corresponds
14 to the other one.
15       They're different contexts that they were
16 written and authored, so I would treat them as
17 separate documents.
18   Q   (BY ATTORNEY WEINBERG) But they -- are you
19 aware of any inconsistencies in their technical
20 analysis of the incidents between these two
21 documents?
22       ATTORNEY BLOCK:  Objection to form.
23   A   I'm not aware right now of any
24 inconsistency between them.
25   Q   (BY ATTORNEY WEINBERG) All right.  Because

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 13 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}                Pages  78..81

Page 78

1 it just seems like it's a PowerPoint presentation of
2 this paper, so --
3     **A    I don't think it was that.**
4     Q    No.
5     **A    They were done in different contexts.  I**
6 **mean, they're related.  They're on the same topic,**
7 **but I don't think we wrote them together,**
8 **essentially.**
9     Q    Okay.  So the White Paper starts, if you
10 turn to page -- page 4, with a section
11 entitled "WhatsApp VoIP Architecture."
12        Do you see that?
13    **A    Yes.**
14    Q    So I just want to talk about the VoIP
15 architecture, the fun stuff, what -- what it looked
16 like, in 2019.  Or more specifically how it existed
17 on May 1, 2019.
18        The document here says the WhatsApp VoIP
19 architecture has server and a client application.  I
20 think we touched on this earlier.
21        Do you recall?
22    **A    Yes.**
23    Q    And so what is the client application?
24    **A    The client application is an official**
25 **application built by WhatsApp to run on mobile**

Page 79

1 **devices or --**
2     Q    So it runs on?
3     **A    -- on mobile devices or as a web client.**
4     Q    So the client application is not something
5 that runs on WhatsApp servers?
6     **A    That is correct.**
7     Q    It's like the app that I download off --
8     **A    Exactly.**
9     Q    -- the store?
10        What is the server application?
11    **A    The server application is the server that**
12 **is used between -- for clients to send messaging or**
13 **other types of messages between each other.**
14    Q    Okay.  The White Paper says here:
15        The server functions as an
16        intermediary between the WhatsApp
17        applications.
18        Do you see that part?
19    **A    Yes.**
20    Q    I'm trying to get a sense of what that
21 means.  So the job of the server as an intermediary
22 is to transit messages from one client application
23 to another.
24        Is that what this is referring to?
25        ATTORNEY BLOCK:  Objection to form.

Page 80

1     **A    Yes.**
2     Q    (BY ATTORNEY WEINBERG) So we spoke about
3 two different kinds of messaging earlier, the
4 signaling servers and the relay servers.
5        I just want to make sure that we
6 distinguish those and talk a little bit about the
7 functionality of each of them.  So the White Paper
8 says that the application -- I'm sorry --
9        The server application helps
10        the clients establish a call.
11        Is this referring to the signaling server?
12 Let me --
13        ATTORNEY BLOCK:  I object -- I'm going to
14 object to the question.
15    Q    (BY ATTORNEY WEINBERG) -- let me withdraw
16 and rephrase.  I'm just trying to get a sense of --
17 when this paper -- White Paper is talking about the
18 server application, I'm trying to figure out if it's
19 talking about both of those kinds of servers or just
20 one.
21        So my first question is:  For establishing
22 a call, that's the signaling server, from my
23 understanding; is that correct?
24        ATTORNEY BLOCK:  Object to form.
25    **A    It is partially correct.  So a starting of**

Page 81

1 **the call -- the initiation of the call starts with**
2 **the signaling server, but there's -- there's some**
3 **parts of the communication between the phone that**
4 **also the relay is facilitating at the beginning.  So**
5 **it's --**
6     Q    (BY ATTORNEY WEINBERG) So --
7     **A    -- a shared responsibility between**
8 **signaling and the relay server.**
9     Q    Okay.  Can you explain to me how that
10 works?
11    **A    What part of it?**
12    Q    You said that there was a shared
13 responsibility for initiating calls; the signaling
14 server performed some functions the relay server
15 performs some attended functions as well?
16    **A    Yes.**
17    Q    I just wanted you to break that out for me
18 so I understand what functions they perform and how
19 they perform them.
20        ATTORNEY BLOCK:  Objection to form.
21    **A    The signaling server is used to initiate**
22 **the voice or video call.  Everything starts with the**
23 **signaling server.**
24        **It is using a previously authenticated**
25 **channel that is also used for messaging to initiate**

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 14 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}          Pages 90..93

Page 90

1  but it's the same system that Facebook uses for all
2  the other products like Instagram and other things.
3      Q    Can a request specify that it has to go to
4  a particular edge load balancer?
5          ATTORNEY BLOCK: Objection to form.
6      A    Not that I'm aware of.
7      Q    (BY ATTORNEY WEINBERG) Where are -- I'm
8  sorry. Scratch that.
9          You said the edge load balancer is a
10  logical server; is that correct?
11     A    Yes.
12     Q    How many are there -- or were there in
13  2019?
14     A    How many logical servers?
15     Q    How many logical -- how many logical
16  servers implemented the edge load balancing layer in
17  2019?
18         ATTORNEY BLOCK: Objection to form.
19     A    So how many locations across the globe?
20     Q    (BY ATTORNEY WEINBERG) No. So there -- we
21  spoke about logical servers and the physical
22  servers --
23     A    Yes.
24     Q    -- behind them?
25     A    Yeah.

Page 91

1      Q    So when we're at the logical layer, the
2  WhatsApp DNS resolver is sending out this request to
3  its chosen edge load balancer, which it chooses on
4  its own?
5      A    Which is a logical, yes.
6      Q    So what I'm asking is: How many choices
7  does the WhatsApp DNS resolver have?
8      A    Yes. More than hundred.
9      Q    Over a hundred.
10         And so behind those 100 logical servers
11  that implement the edge load balancer, there are
12  also physical servers, correct?
13     A    Yes, at every layer of the load balancing
14  there are -- so every layer has its own logical and
15  physical set of servers.
16         In one PoP in one edge location there's
17  typically, like, either four or four racks of
18  servers, which is, like, somewhere between, like,
19  32 and 128, I think, servers for each edge location.
20     Q    So are all the physical servers of any
21  given logical server of the edge load balancer in
22  the same location? Maybe I'll rephrase the question
23  for you.
24     A    Yes, please.
25     Q    You said that there's over a hundred

Page 92

1  logical servers that implement edge load balancing?
2          ATTORNEY BLOCK: Objection to form.
3      A    There are hundred -- more than a hundred
4  locations across the globe that are edge locations.
5      Q    (BY ATTORNEY WEINBERG) Okay. And so each
6  one of these locations will have one or more logical
7  servers there that can be addressed by requests
8  coming from the WhatsApp DNS resolver?
9          ATTORNEY BLOCK: Objection --
10     A    Yes.
11         ATTORNEY BLOCK: -- to form.
12     Q    (BY ATTORNEY WEINBERG) Is it typically one
13  logical server per location or were there some
14  locations that had multiple logical servers?
15         ATTORNEY BLOCK: Objection to form.
16     A    What I understand as a logical server in
17  this case is what we call a virtual IP.
18         And every edge location has a lot of
19  virtual IPs for every Facebook service. So this is
20  shared infrastructure that all of Facebook services
21  use.
22         Instagram will have their own IP.
23  WhatsApp has their own IP. And behind that IP is --
24  it's a virtual IP, so it'll have a bunch of servers
25  behind it.

Page 93

1      Q    (BY ATTORNEY WEINBERG) All right. So just
2  to be clear -- I just want to make sure that the --
3  once a request is sent to a logical server at a
4  particular edge location, the physical server that
5  will handle that request is going to be at that same
6  location at a particular location, the edge
7  location?
8          ATTORNEY BLOCK: Objection to form.
9      A    What do you mean by "handling"?
10     Q    (BY ATTORNEY WEINBERG) Well, requests are
11  handled -- in a client server architecture, clients
12  send requests to servers and servers handle the
13  requests, right?
14         ATTORNEY BLOCK: Objection to form.
15     A    So my understanding of the handling, it
16  depends on the layer of -- in the software stack.
17         The edge location will only do minimal
18  handling. Like, it does some handling of the
19  request with regards to routing.
20         So it will unpack the header of the
21  request and look for some information in that header
22  to see to -- to see what data center it has to route
23  the request to, but it doesn't do more than that.
24     Q    (BY ATTORNEY WEINBERG) So there's two
25  different layers of load balancing that you

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 15 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}          Pages 114..117

Page 114

1    A   So these are concurrent.  So as soon as
2   the caller receives -- the -- the callee receives
3   the offer, as soon as it's processed and it starts
4   ringing in the same time, it also sends back a
5   confirmation to the server that it started ringing.
6        And I don't recollect specifically the
7   name of that stanza, but I think it's a -- I think
8   it's an offer ACK that is being sent.
9    Q   (BY ATTORNEY WEINBERG) Okay.  What then
10  does the chatdserver do once it receives this offer
11  ACK?
12   A   I think what it does is it forwards the
13  ACK to the call so that the caller can also start
14  the ring -- the ringing process.
15   Q   Have you heard the term "offer" --
16  sorry -- "Answer stanza"?
17   A   Yes.
18   Q   I saw it in some of the documents.
19       What is it the Answer stanza?
20   A   The Answer stanza, I believe, is the
21  stanza that is sent from the callee at the moment
22  the user presses the "Answer" button and accepts the
23  call.
24   Q   All right.  So at our current step, the
25  chatdserver sent the offer ACK back to the -- to the

Page 115

1   caller; and now if the callee picks up the phone,
2   his device will send an Answer stanza somewhere?
3    A   To the chatd.
4        ATTORNEY BLOCK:  Objection to form.
5    Q   (BY ATTORNEY WEINBERG) The caller, once
6   the caller picks up the phone, the caller's phone
7   will send an Answer stanza back to the chatdserver,
8   right?
9        ATTORNEY BLOCK:  Object to form.
10   A   The caller will send back an answer when
11  the user presses the "Answer" button, yes.
12       ATTORNEY BLOCK:  Did you say "caller" or
13  "callee" on that one?  I got confused.
14   Q   (BY ATTORNEY WEINBERG) The callee would
15  send the answer?
16       ATTORNEY BLOCK:  I think we have got
17  testimony about the "caller" sending an answer
18  stanza.
19       ATTORNEY AKROTIRIANAKIS:  I'm sure she is
20  going to have to listen when she goes through it, I
21  hope.
22   A   Yeah, that's not accurate.  So the answer
23  is only sent by the callee.
24   Q   (BY ATTORNEY WEINBERG) Got it.  All right.
25  At that point is there a peer-to-peer connection

Page 116

1   established?
2    A   No.
3        ATTORNEY BLOCK:  Objection to form.
4    Q   (BY ATTORNEY WEINBERG) Okay.  So what
5   happens next?
6    A   Even before the answer happens, there's a
7   negotiation process between the caller and the
8   callee about the latency, about the bandwidth that
9   is going to be used.  So all that negotiation
10  happens before there's any -- any answer.
11   Q   Okay.  So then I'll go back one step.
12       The chatdserver sent the offer ACK to the
13  caller and now a negotiation process begins, you
14  say?
15       ATTORNEY BLOCK:  Objection to form.
16   A   Sorry.  So the -- the caller -- can you
17  repeat the last part?
18   Q   (BY ATTORNEY WEINBERG) The callee sends an
19  acknowledgment back to the chatdserver, the offer
20  acknowledgment, and what happens next?
21       You talked about a negotiation process.
22       ATTORNEY BLOCK:  Objection to form.
23   A   The chat server will forward the offer ACK
24  or send another stanza that I don't remember its
25  name.  But it would signal to the callee, the fact

Page 117

1   that the caller has been reached and the offer was
2   ACK'd by the callee.
3        And once they both know that -- both --
4   they know about each other, that they're aware that
5   there's a call happening, this is when the -- the
6   relay and bandwidth negotiation starts happening.
7    Q   (BY ATTORNEY WEINBERG) Okay.  Tell me
8   about what you mean by "the relay and bandwidth
9   negotiation."
10       ATTORNEY BLOCK:  Objection to form.
11   A   About each of them or --
12   Q   (BY ATTORNEY WEINBERG) I just want to know
13  the steps that are involved in the negotiation
14  process that you just mentioned.
15       ATTORNEY BLOCK:  Objection to form.
16       Wait for a question.
17   Q   (BY ATTORNEY WEINBERG) What are the steps
18  of the negotiation process you just mentioned?
19       ATTORNEY BLOCK:  Objection to form.
20   A   About what negotiation?
21   Q   (BY ATTORNEY WEINBERG) You testified that
22  the chatdserver sends the offer ACK back to the
23  caller.
24       And after that happens and the two -- the
25  caller and the callee know that they are now ready

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 16 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024              {{Attorneys Eyes Only}}                    Pages 118..121

Page 118

1 to communicate, a negotiation process begins wherein
2 the caller and callee negotiate the relay and
3 bandwidth parameters.
4        I would like to understand, if you could
5 explain to me, what that negotiation entails.
6        ATTORNEY BLOCK:  Objection to form;
7 misstates.
8     A   So this negotiation, the relay
9 negotiation, starts by every -- both caller and
10 callee probing -- reaching all the relays in the
11 list of relays that were distributed by the chat
12 server.
13    Q   (BY ATTORNEY WEINBERG) Sorry.  Say that
14 again.
15    A   So both caller and callee will attempt
16 connecting to every relay in the list of relays that
17 they both -- they were both given by the signaling
18 server.
19    Q   Okay.  What's next?
20    A   This process is done not just by the
21 IP address, but also by an authorization token that
22 is unique to the call.  So both caller and callee
23 will be passed a unique authorization token to use
24 only those specific relays.
25        And using the token, both the caller and

Page 119

1 callee attempt to connect to every relay in that
2 list using the authorization token.
3    Q   Okay.  So to rephrase what you said, the
4 chatdserver provides a list to the two clients of
5 relay servers and provides them authentication
6 credentials, and each one tries to connect to the --
7 to all of the relay servers provided to them by the
8 chatdserver?
9    A   Authorization token.
10        ATTORNEY BLOCK:  Objection to the form;
11 misstates.
12    A   Authorization token.  It's only
13 authorization.  It's not authentication.
14    Q   (BY ATTORNEY WEINBERG) Okay.  Tell me --
15 what is that authorization token?
16    A   So the relay server is designed in a way
17 that it does not perform advanced authentication of
18 the devices that send data to it.
19        It operates at a lower security level
20 where the only thing that it does is validates an
21 authorization token that has a low expiration time.
22        So as long as you have a valid token, you
23 can use the relay.  So that is authorization for
24 authentication, but we don't -- we don't
25 authenticate the users of the relay.

Page 120

1    Q   (BY ATTORNEY WEINBERG) Okay.  What is the
2 purpose of trying to connect to all those relays?
3    A   The purpose of connecting to the relays is
4 firstly to see which one is available; and second,
5 to measure the latency to each of them.
6    Q   Let me ask:  How does the chatdserver
7 decide which relay servers to give to these two
8 clients?
9        ATTORNEY BLOCK:  Object to form.
10    A   The decision to pick -- to select the list
11 of relays is based on latency measurements.  And the
12 information that it uses is the caller IP address
13 and the last seen IP of the callee.
14        The algorithm that we used at that time
15 was essentially to find the top three of each --
16 based on each IP address, and we merged the list so
17 that the sum of the latency is -- is the lowest.
18        So we choose the top lowest latency sum in
19 that merged list of the relays, and that's the one
20 that we delivered to both of them.
21    Q   (BY ATTORNEY WEINBERG) Okay.  So the
22 chatdserver chooses which relay servers the clients
23 should attempt to connect to?
24        ATTORNEY BLOCK:  Object to form.
25    Q   (BY ATTORNEY WEINBERG) I think you just

Page 121

1 got done saying that?
2    A   Yes, the chatdservers decide that.  Yes.
3    Q   Okay.  And then there's a second choice,
4 evidently, that you talked about just before this
5 where the clients connect to this list of relay
6 servers and then they -- each one decides which one
7 of the connections to then use; is that --
8    A   I think it's a little confusing -- there's
9 some confusion in there, so let me clarify.
10    Q   Sure.
11    A   Both the server -- both the signaling
12 server and the clients make a decision in this
13 process.  It's a hybrid decision.
14        So the server picks the top five, let's
15 say, or three.  But in the end, each client picks
16 its own, like, relay to use, and that's just one.
17 But the client decides that based on the short list.
18    Q   Do the two clients have to agree on a
19 specific relay server to use?
20    A   They don't.  The -- the network paths are
21 completely asynchronous and, like, they don't need
22 to be the same.
23        So the packets -- if I initiate a voice
24 video call to you, the packets that I sent to you
25 don't need to take the same network path that

Case 4:19-cv-07123-PJH     Document 679-2     Filed 04/04/25     Page 17 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024              {{Attorneys Eyes Only}}                    Pages 130..133

Page 130

1    A   I'm not sure what you mean by "the parts
2 of the server."
3    Q   (BY ATTORNEY WEINBERG) Areas in storage.
4        ATTORNEY BLOCK:  Same objection.
5    A   What storage?
6    Q   (BY ATTORNEY WEINBERG) Well, computers
7 have computer storage, right?  Memory?  Hard drives?
8    A   So the chat servers do not store
9 information on, like, themselves.
10   Q   When a computer operates, it accesses
11 memory, right?
12   A   Yes.
13   Q   Okay.  The chatservers have memory that
14 they access?
15   A   Yes.
16   Q   And when they execute, they access that
17 memory?
18   A   Yes.
19   Q   And so when they execute code written by
20 WhatsApp, they access only those parts of the memory
21 that WhatsApp had programmed them to access?
22       ATTORNEY BLOCK:  Objection to form.
23   A   Yes.
24       ATTORNEY BLOCK:  I just want to do a time
25 check.  You had talked about --

Page 131

1        ATTORNEY WEINBERG:  Do you want to do
2 lunch?
3        ATTORNEY BLOCK:  -- it's 12:45 now.
4    A   Yeah, I can probably -- I mean, it's up to
5 guys as well.
6        ATTORNEY BLOCK:  Do you mind if we break?
7        ATTORNEY MARZORATI:  Yeah, let's do lunch.
8    A   No.
9        ATTORNEY WEINBERG:  Let's go off the
10 record.
11       THE VIDEOGRAPHER:  12:45 p.m.
12       (A break was taken from 12:45 p.m. to
13 1:49 p.m.)
14       THE VIDEOGRAPHER:  We are back on the
15 record at 1:49 p.m.
16   Q   (BY ATTORNEY WEINBERG) All right.  Thanks.
17 Welcome back from lunch.  Just a few cleanup items
18 of some of the topics we spoke about earlier today.
19       The -- we spoke about the servers, the
20 physical and logical servers and the whole
21 infrastructure for routing messages in WhatsApp's
22 VoIP infrastructure.  You spoke about the edge load
23 balancers.
24       I just want to confirm:  How many -- in
25 2019, how many servers were there that were

Page 132

1 performing this edge load balancing?
2    A   Are you referring to how many locations,
3 like, clusters or logical servers or how many
4 physical servers?
5    Q   So let's start with the locations.
6    A   From my understanding, it was somewhere --
7 the number of locations was around a hundred.
8    Q   And where were those locations?
9    A   So the locations are basically Internet
10 exchange points on the Internet.  And they're
11 geographically distributed, so they're essentially
12 in many countries, continents, all over the globe.
13   Q   And how many servers were implementing
14 that edge load balancing layer?
15       ATTORNEY BLOCK:  Objection to form.
16   A   I don't remember exactly how many servers
17 we had in total in all these edge locations.  I just
18 know that in general the number was somewhere
19 between 32 and a 120.
20       Like, some of them even had 200 servers in
21 them, so I don't know the total number.
22   Q   (BY ATTORNEY WEINBERG) Okay.  And these
23 hundreds of locations, were any of them in
24 California?
25   A   Some of them are in California -- were in

Page 133

1 California.
2    Q   In 2019?
3    A   In 2019, yes.
4    Q   Do you have an approximation of about how
5 many?
6    A   Two.
7    Q   Two.
8        Two total locations in California out of
9 the 100?
10   A   Yes.
11   Q   Okay.  Are those data center locations?
12   A   Edge locations.  Not data centers.
13   Q   Okay.  So as far as the data centers, how
14 many data centers did WhatsApp utilize in 2019?
15   A   From my recollection, we had -- WhatsApp
16 had three data centers all located in the United
17 States in 2019 for chat.
18   Q   And where were they?
19   A   One of them was Altoona.  The other one
20 was in Virginia.  And then there was another one in
21 New Mexico, I believe.
22   Q   Altoona, that's --
23   A   That's in Iowa.
24   Q   -- Iowa?
25   A   Yeah.

Page 134

1    Q   Any others?

2    A   Not from what I remember.

3    Q   Okay.  So we spoke about the chatdservers
4  and the relay servers.  I'll start with the
5  chatdservers.

6        Where were they implemented?  The
7  computers that executed the chatd functionality,
8  where were they located?

9    A   They were located in the data centers that
10  we just mentioned.

11    Q   Okay.  And the relay servers, were they
12  also located in the data centers we just mentioned?

13    A   No.

14    Q   Okay.  Where were they located?

15    A   The relay servers were located in the edge
16  locations that we talked about earlier.

17    Q   And those edge locations are the 100
18  locations, including the two in California?

19    A   Yes.

20    Q   Okay.  In order to access one of these
21  servers, for example, the chatdserver or the relay
22  servers or one of these load balancing servers,
23  there is presumably some kind of either
24  authorization or authentication that occurs?  Yes?

25        ATTORNEY BLOCK:  Object to form.

Page 135

1    A   Would you want to be more specific with
2  regards to, like, what authorization --

3    Q   (BY ATTORNEY WEINBERG)  Sure.  Let's start
4  with the load balancers.  All right.

5        The edge load balancers, when it receives
6  a request, will it process it automatically or will
7  it check for some kind of authorization?

8        ATTORNEY BLOCK:  Object to form.

9    A   The edge location, in case of the relay,
10  it will check the author -- authorization token in
11  the STUN message that is sent by the client.

12        And if that token is not valid, it will
13  not allow the use of the relay.

14    Q   (BY ATTORNEY WEINBERG) And that's those
15  temporary tokens that don't do authorization -- I'm
16  sorry -- that don't do authentication --

17    A   Exactly.

18    Q   -- but instead do authorization?

19    A   Exactly.

20    Q   And what about the chatdservers?  What
21  kind of credentials are required for accessing the
22  functionality implemented by the chatdservers?

23        ATTORNEY BLOCK:  Objection to form.

24    A   The chatdservers -- and just to be clear,
25  we're talking about the servers in the data centers

Page 136

1  now, not in the edge locations?

2    Q   (BY ATTORNEY WEINBERG) Are the
3  chatdservers in the edge locations?

4    A   No.

5    Q   So then the chatdservers in the data
6  centers?

7    A   In the data centers, which is only load
8  balancers in the edge locations.

9        And those will not perform authentication
10  for the chat traffic.  The authentication happens on
11  the chat servers inside the data centers.

12        And it's based on -- it's a proprietary
13  protocol -- it's the noise protocol that essentially
14  provides both encryption and authentication at the
15  same time.

16    Q   Okay.  Tell me about this authentication
17  protocol for accessing the chatdservers.

18        ATTORNEY BLOCK:  Object to form.

19    A   What specifically do you want to know
20  about it?

21    Q   (BY ATTORNEY WEINBERG) What is the form of
22  the credentials?

23    A   In a simplified way, the credential is
24  essentially an identity key that's stored on the
25  client device.

Page 137

1    Q   And the client passes it along with every
2  request that it makes to the chatdserver?

3    A   It doesn't.  It's more complicated.

4    Q   Okay.  Tell me --

5    A   It's -- it's part of the handshake -- the
6  initial handshake that it does with the chatd.  But
7  from that point on, it uses a preshared key to -- it
8  uses a negotiated shared key to encrypt the rest of
9  the traffic.

10    Q   Got it.  How are the original credentials
11  obtained?

12    A   The credentials are obtained through the
13  registration process to WhatsApp.

14    Q   And what does WhatsApp then send
15  the user that constitutes these credentials?

16        ATTORNEY BLOCK:  Object to form.

17    A   I'm not sure what you mean by "what does
18  it send to users."

19    Q   (BY ATTORNEY WEINBERG) When the user needs
20  to authenticate the chatdservers, it needs to
21  provide some kind of authenticating information, so
22  I'm asking:  What does WhatsApp provide the client
23  to help it authenticate those requests?

24        ATTORNEY BLOCK:  Object to form.

25    A   So in order to validate -- to

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 19 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024              {{Attorneys Eyes Only}}                    Pages 138..141

Page 138

1  authenticate, the WhatsApp server sends an
2  activation code to verify that the person who
3  initiates the registration process has ownership
4  over the phone number.
5        And it's over SMS.  So we'll send the code
6  over SMS.  In using that code, the client can finish
7  the registration process.  And after that is
8  finished, the credentials are being admitted.
9        But just to be clear, that identity key
10  that I was talking about is never seen by the
11  server.  It's the basis of the internal encryption.
12  So the identity key -- identity key is never -- does
13  not -- does never leave the client device.
14    Q   I'm not sure that I followed all of that.
15        The identity key is -- how does it arrive
16  at the client device?
17        ATTORNEY BLOCK:  Objection to form.
18    A   It is generated -- like, it is generated
19  locally by the client device before the registration
20  starts and when someone installs the app on their
21  phone.
22    Q   (BY ATTORNEY WEINBERG) So the client
23  creates its own identity key kind of like a private
24  key?
25        ATTORNEY BLOCK:  Object to form.

Page 139

1    A   You can refer to it as a private key, yes.
2    Q   (BY ATTORNEY WEINBERG) Okay.  And how does
3  it use that private key to authenticate to the
4  chatdserver?
5    A   It is a complex protocol which is part of
6  what noise does, but it's essentially a key to
7  there.
8        So there's a public key and a private key.
9  The public key is what is sent to the server so the
10  server can verify that the client is indeed who --
11  who they claim they are.
12        So there's multiple keys involved.  And
13  this protocol is fairly complex.  So I'm not an
14  encryption expert, by the way, so I can talk to some
15  aspects of it, but I don't know, like, the -- very
16  little details of, like, how -- how, like -- all the
17  steps involved and all the types of keys.  There are
18  multiple keys involved in this process.
19        But the idea is that the identity key is
20  something that -- or the private key does never
21  leave the client device.
22    Q   Okay.  So client device uses this private
23  key to obtain a negotiated key with a chatdserver
24  for each session?
25        ATTORNEY BLOCK:  Object to form.

Page 140

1    A   Yes.
2    Q   (BY ATTORNEY WEINBERG) Okay.  And that
3  negotiated key is what gets passed to -- from the
4  client to the chatdserver upon each request to the
5  chatdserver?
6    A   The shared key not passed.  The shared key
7  is only used an encryption key for the -- as a block
8  cipher encryption key for the traffic.
9        And the server uses that shared key to
10  decrypt the -- that payload.
11    Q   And that same shared key is used to
12  encrypt it?
13    A   By the client, yes.
14    Q   Okay.
15    A   And this is only metadata, by the way.  It
16  does not include, like, the actual content of the
17  messages.  That's different -- a different thing.
18    Q   I'm sorry.  The key is used to encrypt
19  only metadata?
20    A   The -- yes, it's used to encrypt the data
21  that is sent between the client and the server over
22  the Internet so that someone cannot just look at the
23  traffic and understand what the client is talking
24  with the server.
25    Q   When that message arrives at the

Page 141

1  chatdserver, the server then decrypts it using the
2  same shared key.
3        How does it decide that it's an authentic
4  message?
5        ATTORNEY BLOCK:  Object to form.
6    A   It would not be able to decrypt the
7  content.  And it would not pass all the -- the
8  checks on the -- so the -- basically, the -- there's
9  a verification process that checks whether the --
10  the message was tampered with, it was modified.
11        And it will do all of that upon receival.
12  The chatdserver will do that before using the
13  payload.
14    Q   (BY ATTORNEY WEINBERG) And that's just
15  based on the shared key?
16    A   Yes.
17    Q   Okay.  You told us a moment ago about the
18  server locations for the chat features.  And I think
19  that you testified earlier today that the VoIP uses
20  the -- those chat servers.
21        So I just want to confirm that the --
22  those server locations we discussed just now are for
23  the -- are the servers being used for voice over IP.
24        ATTORNEY BLOCK:  Object to the form of the
25  question.

WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024                    {{Attorneys Eyes Only}}                     Pages 202..205

Page 202

1  factual basis for Plaintiffs' contention that
2  Defendants purposely directed their conduct at
3  California, including conduct at this QuadraNet
4  server, which I believe is this "220 server" in
5  paragraph 4?
6        ATTORNEY BLOCK:  I object to the form of
7  the question.  And that's not the witness's
8  designation.
9        ATTORNEY WEINBERG:  He's not designated on
10 Topic 1?
11       ATTORNEY BLOCK:  He's not designated on
12 what you read.
13       ATTORNEY WEINBERG:  Okay.  What is he
14 designated on for Topic 1?
15       ATTORNEY BLOCK:  He is designated to:
16          Provide relevant nonprivileged
17       information as to matters known or
18       reasonably available to Plaintiffs
19       regarding Plaintiffs' understanding
20       of the operation of the NSO spyware
21       involved in NSO's unauthorized
22       access to Plaintiffs' computers in
23       May and April 2019, including the
24       contact of such spyware with
25       California-based infrastructure,

Page 203

1       including a QuadraNet server in
2   California.
3        And I will refer generally to Responses
4  and Objections that we served shortly after
5  receiving your amended notice.
6        ATTORNEY WEINBERG:  All right.  So I'm
7  asking about any factual basis that Plaintiffs have
8  to contend that Pegasus or NSO had access -- had
9  contact with this QuadraNet server.
10   Q    (BY ATTORNEY WEINBERG) And is your
11 contention that the analysis by Andrew Robinson was
12 simply that the user's target phone accessed this
13 QuadraNet server?
14       ATTORNEY BLOCK:  I object to the form of
15 the question.
16       The witness is here to provide testimony,
17 not contentions.  And the question misstates the
18 record.
19   Q    (BY ATTORNEY WEINBERG) Okay.  I think we
20 may have exhausted your knowledge about these -- the
21 nature of the contact with these servers.
22       Do you know anything about the QuadraNet
23 server, which is this Server 220 in paragraph 4?
24   A    I reviewed a document that showed that
25 this IP was assigned to QuadraNet as an

Page 204

1  organization.  It was part of an IP range that was
2  assigned to QuadraNet.
3        So that's a document that I reviewed, and
4  I can confirm that that's accurate.
5    Q    (BY ATTORNEY WEINBERG) Okay.  What
6  document did you review that said that?
7    A    It was a document provided by -- I don't
8  remember the name of the person who provided the
9  document.
10       It was based on the MaxMind database, a
11 public IP -- GeoIP database that showed an IP range
12 that contained this IP address, and it was assigned
13 to QuadraNet.
14   Q    Was it the Mornin declaration, Joseph D.
15 Mornin?
16   A    That does not sound familiar, but...
17   Q    Okay.  You said that you confirmed it
18 yourself.  And that -- you may have just answered
19 this, but how did you confirm it yourself that this
20 IP address in 2019 was assigned to a physical server
21 in California?
22       ATTORNEY BLOCK:  Objection, vague;
23 misstates.
24   A    I did not confirm it.  I did not do any
25 work to confirm it.  I just reviewed the document

Page 205

1  that showed that this IP was part of an IP range
2  assigned to QuadraNet in -- at that time.
3    Q    (BY ATTORNEY WEINBERG) Part of an IP range
4  assigned to QuadraNet?
5    A    Yes.
6    Q    And so this range is encompassing how many
7  IP addresses?
8    A    I don't remember the -- like, how large
9  was the IP range.
10   Q    Do you know whether this particular IP in
11 paragraph 4 was assigned to a server physically
12 located in California?
13   A    I know it was assigned to QuadraNet, but I
14 did not video QuadraNet data centers to verify that
15 myself.  I...
16   Q    What about the second IP address, the one
17 in paragraph 5 of your declaration, the 200 server?
18 What do you know about that IP address?
19   A    Unfortunately, I don't know anything about
20 that IP.
21   Q    Okay.  Do Plaintiffs know anything about
22 any server in California that was specifically
23 targeted by -- they believe was specifically
24 targeted by Pegasus software?
25       ATTORNEY BLOCK:  Object to form.

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 21 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024              {{Attorneys Eyes Only}}                      Pages 206..209

Page 206

1    A    What kind of server?
2    Q    (BY ATTORNEY WEINBERG) Any server
3 physically located in California.
4        ATTORNEY BLOCK:  Same objection.
5    A    Any server owned by Facebook?
6    Q    (BY ATTORNEY WEINBERG) Any server in
7 California owned by anybody.
8        The question is:  Does -- do Plaintiffs
9 know about any server physically located in
10 California that was specifically targeted by Pegasus
11 software?
12        ATTORNEY BLOCK:  Objection to form.
13    A    The only thing that I know is that during
14 the attack that we observed, there were some servers
15 located in the edge locations in the San Jose and
16 Los Angeles metro areas that were involved in those
17 attacks, relay servers.
18        That's the only thing -- the only
19 information that I have.
20    Q    (BY ATTORNEY WEINBERG) Okay.  But do
21 you --
22        ATTORNEY BLOCK:  Can we take a short
23 break?
24        ATTORNEY WEINBERG:  Just one second.
25    Q    (BY ATTORNEY WEINBERG) The relay server

Page 207

1 can't be targeted by client requests, right?
2        ATTORNEY BLOCK:  Object to form.
3    Q    (BY ATTORNEY WEINBERG) It's -- WhatsApp
4 decides to how to route the relay servers -- how to
5 write requests to the relay servers?
6        ATTORNEY BLOCK:  Object to form.
7    A    So the signaling server picks the relay
8 servers from all the available edge locations.
9    Q    (BY ATTORNEY WEINBERG) And the signaling
10 server is programmed by WhatsApp?
11    A    By -- yes.
12    Q    And the user can't select the relay server
13 to use?
14    A    The user can select the relay server.
15        What the signaling server does is selects
16 from the hundred, it selects the top three or five.
17        But ultimately any of the clients can
18 decide on each -- like, what relay server can you
19 use from the set of three or five.
20    Q    And the relay servers, remind me, are
21 located in -- can you confirm that a user cannot
22 purposely direct requests at a particular relay
23 server?
24        ATTORNEY BLOCK:  Object to form.
25    A    That's not entirely correct.  So a user

Page 208

1 a -- a client is given a lister of relays.
2        And as part of the relay negotiation
3 process, every client conducts all the relays they
4 were given.  But ultimately, the data packets that
5 are being sent is up in the decision of each client.
6 So they decide on their own which relay server to
7 use.
8    Q    (BY ATTORNEY WEINBERG) Okay.
9        ATTORNEY BLOCK:  Can we take that short
10 break?
11        ATTORNEY WEINBERG:  Sure.
12        THE VIDEOGRAPHER:  Off the record at
13 4:11 p.m.
14        (A break was taken from 4:11 p.m. to
15 4:30 p.m.)
16        THE VIDEOGRAPHER:  We were on the record
17 at 4:30 p.m.
18    Q    (BY ATTORNEY WEINBERG) Thank you.
19        So just before we left off you were
20 talking about the investigation that WhatsApp
21 conducted for -- I guess it's about -- around the
22 week of May 2, 2019?
23    A    What investigation about the attack?
24    Q    The stanzaming investigation.  From what I
25 understand, WhatsApp studied traffic for about a

Page 209

1 week or so before closing the vulnerability to see
2 if they could gain some insight into -- into the
3 incident; is that correct?
4        ATTORNEY BLOCK:  Object to form.
5    A    Yes, we firstly detected the suspicious
6 activity.  I don't remember exactly the day.  I
7 think it was Thursday or Friday.
8        And the following Friday -- until the
9 following Friday, we did logging of the activity of
10 the attack in order to gain an understanding of how
11 the attack works.
12        ATTORNEY BLOCK:  I don't want to interrupt
13 you, but I probably should have done it before you
14 started.  I thought you were going to go there
15 first.
16        As I mentioned to you off the record,
17 during the break Mr. Gheorghe did some rereview of
18 some of the prep that he did for his incorporate
19 representative topics, including with respect to
20 QuadraNet, so I commend to you revisiting those
21 topics when you wish to do so.
22        ATTORNEY WEINBERG:  All right.  Thank you.
23    Q    (BY ATTORNEY WEINBERG) If you could take a
24 quick look at 1167.  That's Exhibit 1167.  It's the
25 stanzaming chat.  Just at page -- I'll remind you

1 that at the bottom of page 1, there was this --
2 actually, I guess, the -- yeah, at the top of page 2
3 where it says that the suspicious stanza received in
4 this incident was being sent on May 2, 2019. That's
5 the second and third line of that.
6       So this instance sort of began it -- on
7 May 2, 2019, correct?
8   **A   Yes.**
9   Q   And then if you go down to the next line
10 where you have got ███████ speak -- writing on
11 Friday, May 3, at 4:49 a.m., he says:
12       Here is a "diff" -- with the
13       name of a "diff" -- that will
14       enforce our servers to only accept
15       valid stanzas. This could mitigate
16       the impact, but we would like to
17       first identify the vulnerability,
18       if there is, before modifying this.
19       My understanding of the "diff" in this
20 context is that there's a code change that's
21 available to push to the server?
22   **A   That's exactly right.**
23   Q   And once that gets pushed to the server,
24 it will modify the servers to only accept valid
25 stanzas; is that correct?

1       ATTORNEY BLOCK: Object to form.
2   **A   I haven't reviewed that "diff" for, like,**
3 **years, so I don't know about all the details in it,**
4 **but it's likely a change that enforces the**
5 **validation -- like, the blocking -- it does**
6 **enforcement for the stanza validation --**
7   Q   (BY ATTORNEY WEINBERG) Got it.
8   **A   -- for the signaling server.**
9   Q   Understood. And it says:
10       This can mitigate the impact,
11       but we would like to first identify
12       the vulnerability, if there is,
13       before modifying this.
14       And so what he is saying there is: Hey,
15 let's not push this valid -- this enforcement out to
16 the server just yet; let's leave it open for a
17 while, observe some traffic, and see what we can
18 learn about this incident?
19       Is that what you guys ended up doing?
20   **A   Yes. That is -- and by the way, this is**
21 **an industry standard practice. We're not -- like,**
22 **we're just following the process, basically.**
23   Q   I see.
24       So going through all these materials,
25 there were a lot of logs with different names. And

1 I just want to go through some of them to figure out
2 which ones of them refer to what and whether there's
3 repeats and -- just for nomenclature sake.
4   **A   Sure.**
5   Q   "Server trace logs," what does that
6 typically refer to in these documents? And I can
7 show you a document, if you're confused about it,
8 but server trace logs.
9   **A   Refreshing my memory right now, I think**
10 **server trace log -- can I see the document? I think**
11 **that'll be easier.**
12   Q   Sure. It's in 1105, the "stanza
13 validation project task."
14       Let's see if I can find exactly where. So
15 May 4, 2019 is page 13 of the document.
16   **A   What page? Sorry.**
17   Q   Page 13 of the document is -- there's a
18 comment from Jesus on May 4, 2019. He says:
19       Adding server trace logs for
20       some number, sending the malicious
21       stanza.
22       ATTORNEY BLOCK: Object to form.
23   Q   (BY ATTORNEY WEINBERG) The question is:
24 What is the trace log?
25   **A   The server trace log is a log from the**

1 **chat server about -- at different points in handling**
2 **stanzas.**
3       **So once the trace log -- it's a tool.**
4 **It's an internal tool where we would, for a**
5 **particular number, enable trace logs. And we**
6 **would -- once that's enabled, we would see in**
7 **realtime all the activity from that number**
8 **throughout the chat servers.**
9   Q   Did you also have server trace logs for
10 the relay servers?
11   **A   Those are called differently. Those are**
12 **called EdgeRay logs.**
13   Q   EdgeRay logs.
14       And what kind of information is contained
15 in the EdgeRay log?
16   **A   In the EdgeRay log, we did some custom**
17 **logging regarding the source IP of the packet, the**
18 **destination IP, the size of the packet, and the**
19 **content of the packet, I believe.**
20       **We were changing that logging format quite**
21 **a lot, so I don't know off the top of my head, like,**
22 **all the fields that we were logging.**
23       **But at a high level, that's -- those are**
24 **the ones that I remember right now.**
25   Q   Okay. Validation log?

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 23 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024        {{Attorneys Eyes Only}}        Pages 270..273

Page 270

1 of the C2 servers was located on AW -- was hosted by
2 AWS.  And we tried to reach out to AWS to give us
3 whatever they had on that machine that had that IP.
4        I don't know what he means by "payload" in
5 this case.  Payload is kind of a generic name, so I
6 don't know what he means by "payload."  But that's
7 what I know that we tried to get from AWS.
8    Q    (BY ATTORNEY WEINBERG) I would presume
9 that the payload from a C2 server is whatever it is
10 that the C2 server is programmed to deliver to a
11 client, right?
12        ATTORNEY BLOCK:  Object to form; calls for
13 speculation.
14    A    Yeah, I don't know what he meant.
15    Q    (BY ATTORNEY WEINBERG) All right.  All
16 right.  So just about the fixes then.
17        In this document, do you see on page --
18 the second page in that same Aby John comment that
19 we just spoke about, it discusses server fixes and
20 client fixes.
21        So can you tell me about the remediation
22 work that WhatsApp did in response to this -- to
23 this incident?
24    A    Yeah, I can talk about that.
25        So the remediation -- the immediate

Page 271

1 remediation of the attack entailed three fixes.  Two
2 of them were server side, and one of them --
3    Q    Two server side?
4    A    -- two server-side fixes and one client
5 side fix that was rolled out with all the
6 applications, all the platforms that use WhatsApp,
7 the Android, iPhone, whatever.  Like, all the
8 phones.
9    Q    The client-side fixes were for Android and
10 iPhone?
11    A    Yes.  It was a cross -- cross-platform
12 fix.  It was the same fix that would apply to both
13 platforms.
14    Q    Okay.  So the vulnerability on the client
15 was both an Android and an iOS exploit?
16        ATTORNEY BLOCK:  Object to form.
17    A    So the vulnerability was in the C code
18 responsible for handling voice and video calling
19 logic, and it was the same code running on both of
20 these platforms.
21    Q    (BY ATTORNEY WEINBERG) Okay.  Did WhatsApp
22 have any evidence that any iOS devices were
23 compromised using this vulnerability?
24    A    From what I remember, yes, we had some
25 iOS -- some samples of the attacks that were

Page 272

1 targeting iOS devices, but a majority of the
2 samples, from what I remember, was all Android.
3    Q    I'll have you take a look at Exhibit 1119.
4        (Exhibit 1119 was marked for
5 identification and is attached to the transcript.)
6    A    Yeah.
7    Q    (BY ATTORNEY WEINBERG) Just -- my only
8 questions on this is:  This is a WorkChat that you
9 received on May 14, 2019?
10    A    Yeah.
11    Q    I think that's it.
12    A    Okay.
13    Q    What was the client-side fix that you
14 talked about?
15    A    The client-side fix was preventing the
16 buffer overflow that was used in the remote code
17 execution.
18        So we limited the buffer size sent -- that
19 is sent from the remote end.  We limited it to the
20 size of the buffer that we have locally.  So after
21 that fix, memory corruption could not occur anymore.
22    Q    Was the buffer overflow vulnerability in a
23 piece of third-party software?
24    A    No.
25    Q    And you -- to roll out this

Page 273

1 server-side fix -- sorry -- the client-side fix, you
2 rolled out an update to the Android Google store?
3    A    The Play Store.
4    Q    The Play Store; is that correct?
5    A    Yes.
6        ATTORNEY BLOCK:  Objection to form.
7 Sorry.  Belated.
8    Q    (BY ATTORNEY WEINBERG) Did you send the
9 same update to the Apple Store -- App Store?
10        ATTORNEY BLOCK:  Objection to form.
11    A    Yes, we did.
12    Q    (BY ATTORNEY WEINBERG) Tell me about the
13 server-side fixes.
14    A    The first fix we rolled out on the server
15 side was for the relay.  And we rolled that out on
16 Friday.  I don't remember the actual date, that
17 week.
18    Q    Okay.  So what did you do to the relay
19 server --
20    A    The relay server --
21    Q    -- software?
22    A    -- sorry?
23    Q    The relay server software.
24    A    Yes.  So the relay server fix was about
25 limiting the messages that were used, the SRTPSR and

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 24 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024                {{Attorneys Eyes Only}}                    Pages 274..277

Page 274

1  RR.
2          The messages that were used to do -- to
3  exploit the buffer overflow were being kept and
4  dropped by the -- by the server.  So a normal
5  WhatsApp application would not send these really
6  large SR and RR SRTP packets.  So it was very easy
7  for us to identify the ones sent by a malicious --
8  by a fake client.
9          In this case it was the fake client that
10 was attacking the victim, so it was very easy for us
11 to basically put some logic in place that would
12 basically -- that would just drop those SRTPRR
13 messages.
14         And as an effect, we observed immediately
15 a different behavior in the pattern of the attacks,
16 so we knew for sure that -- that we -- we broke
17 their exploit.
18         It seemed kind of like it was broken, but
19 it wasn't clear.  It seemed broken, but it wasn't
20 clear that we actually found it.  And we did it --
21 that intentionally to monitor their behavior.
22    Q    So this change to the relay server
23 enhanced the security of the relay server beyond
24 what it was before the fix?
25    A    No, it did not.  It was actually a

Page 275

1  temporary change that we made only for this.  We
2  pulled it out after we rolled out the client fix.
3  We did it just to break their exploit, basically.
4          From a protocol perspective, the
5  message -- like, you -- it wasn't -- it was just
6  very -- something very specific that only those
7  clients were sending, so that's why we could do it.
8     Q    And in that respect, the change to the
9  relay server created an additional barrier to -- to
10 the exploit that didn't exist before; so it,
11 therefore, enhanced the security of the relay server
12 beyond what it was?
13    A    It -- it did not enhance the security of
14 the relay server at all.  It -- the only reason why
15 we put that change is to break that specific
16 exploit, yes.
17    Q    Did the change restore the server to a
18 previous condition?
19         ATTORNEY BLOCK:  Objection to form.
20    A    Restore the server to a previous
21 condition?  I'm not sure what that means.
22    Q    (BY ATTORNEY WEINBERG) The client-side
23 vulnerability, I think that's the one that was
24 reported in the CVE, right?
25         ATTORNEY BLOCK:  Object to form.

Page 276

1     A    What CVE?
2     Q    (BY ATTORNEY WEINBERG) It's this -- the
3  number is listed on the White Paper, if you want to
4  look at it, but CVE-2019-3568.
5     A    Can I get that?
6     Q    And 1148 is the exhibit number.
7          ATTORNEY BLOCK:  You're looking for --
8     A    Yeah, got it.  3568.  Yes, that's the one.
9     Q    (BY ATTORNEY WEINBERG) So just for the
10 record, you have identified the same CVE number on
11 the CVE list at Exhibit 1163?
12    A    Yes.
13    Q    So this says that the buffer overflow --
14 I'm looking at Exhibit 1163 at page 4.  And I am
15 looking at the entry here for CVE-2019-3568.
16         And that's the vulnerability that was
17 closed with the client-side fix, right?
18    A    Yes.
19    Q    So this is -- the description of that
20 vulnerability, it says:
21         A buffer overflow
22         vulnerability in WhatsApp VoIP
23         stack allowed remote code execution
24         via a specially crafted series of
25         RTCP packets sent to a target phone

Page 277

1         number.  The issue affects WhatsApp
2         for Android prior to
3         Version 2.19.134, WhatsApp Business
4         for Android prior to
5         Version 2.19.44, WhatsApp for iOS
6         prior to Version 2.19.51, and so
7         on.
8         All right.  So this only refers to the
9  client-side vulnerability, right?  And this -- this
10 CVE refers to the client-side vulnerability?
11         ATTORNEY BLOCK:  Object to form.
12    A    Yes.
13    Q    (BY ATTORNEY WEINBERG) And that
14 vulnerability existed in WhatsApp's code as WhatsApp
15 wrote the code, right?
16         ATTORNEY BLOCK:  Objection to form.
17    A    So the way -- the way I look at the
18 vulnerability is it's a -- the vulnerability exists
19 in the moment when you have an attack that exploits
20 it.
21    Q    (BY ATTORNEY WEINBERG) I don't know if
22 that's right.  What's the difference between a
23 vulnerability and an exploit?
24         ATTORNEY BLOCK:  Objection to form; scope.
25    Q    (BY ATTORNEY WEINBERG) Isn't it the case

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 25 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                           Job 3296
WHATSAPP INC. on 08-16-2024              {{Attorneys Eyes Only}}                 Pages  278..281

Page 278

1  that a vulnerability is a potential for
2  exploitation, and an exploit is when the
3  vulnerability is actually exploited?
4         ATTORNEY BLOCK:  Objection to form; and
5  scope.
6     A   So the way I see a vulnerability is in --
7  like, that exists in the moment you have an attack
8  that -- that uses it.
9     Q   (BY ATTORNEY WEINBERG) Don't you have a
10 vulnerability the moment you write a code that has a
11 vulnerability?
12        Like, if I make a fence and the fence has
13 a gap in it, the fence has a vulnerability.  And if
14 somebody walks through that fence -- that gap in the
15 fence, that's -- that's an exploit of the
16 vulnerability?
17    A   No, I don't --
18        ATTORNEY BLOCK:  Object to -- sorry.
19 Objection to form; scope; vagueness; incomplete
20 hypothetical, et cetera.
21    A   -- yeah, I don't agree with that.
22        So software has virtually, like, always
23 some flaws in it.
24    Q   (BY ATTORNEY WEINBERG) What would you call
25 those flaws?

Page 279

1         ATTORNEY BLOCK:  Huh?
2     A   They're just flaws.  The moment you build
3  an attack --
4         ATTORNEY BLOCK:  Can you just let the
5  witness finish his answer before you interrupt?
6         ATTORNEY WEINBERG:  He paused.
7     Q   (BY ATTORNEY WEINBERG) Go ahead.
8     A   So there's always going to be flaws in --
9  in the software.  Like, it's always there.  There's
10 always -- any software that exists today has some
11 flaws in it.
12        The moment that becomes a vulnerability
13 and becomes relevant is when someone is able to
14 exploit it and have an attack that uses it.
15        Until then, it's -- it's just software.
16    Q   (BY ATTORNEY WEINBERG) Okay.  I think we
17 are just having a semantic discussion.  So we want
18 to call the hole in the software that is
19 exploitable, a flaw?
20        ATTORNEY BLOCK:  Objection to form.
21    A   I think a vulnerability is -- is a flaw.
22 My point is that an attack is the one that validates
23 that you can use that flaw to do something bad with
24 it.
25    Q   (BY ATTORNEY WEINBERG) And I guess my only

Page 280

1  question is that:  That flaw existed in WhatsApp's
2  software as WhatsApp wrote it, right?  It wasn't
3  created by anybody else?
4         ATTORNEY BLOCK:  Objection to form.
5     A   So we -- we wrote the software for the
6  VoIP stack having in mind all the -- like, we
7  designed it and we wrote it, assuming that the
8  messages being sent are a part of the WhatsApp
9  network and that they're official clients built by
10 the WhatsApp team.
11        So with that regards, there was no flaw.
12 Voice calling was working perfectly fine.
13    Q   (BY ATTORNEY WEINBERG) Nobody changed
14 WhatsApp's code, right?
15        ATTORNEY BLOCK:  Object to form.
16    Q   (BY ATTORNEY WEINBERG) No -- pegasus
17 didn't change WhatsApp's code, correct?
18    A   I --
19        ATTORNEY BLOCK:  Object to form and scope.
20    A   -- I actually don't agree with that.
21 Because they changed the memory layout of the
22 application and they actually did change the
23 WhatsApp code.
24        They made the --
25    Q   (BY ATTORNEY WEINBERG) On the client?

Page 281

1     A   -- on the client, yes.  They changed the
2  WhatsApp client on -- they changed the WhatsApp code
3  running on the victim's phone.
4     Q   But the flaw or vulnerability they used to
5  do that, which is the vulnerability disclosed at
6  CVE-2019-3568, was a vulnerability that existed in
7  WhatsApp's code as WhatsApp had released it?
8         ATTORNEY BLOCK:  Objection to form.  It's
9  asked and answered.  And I think it's time to move
10 on.
11        ATTORNEY WEINBERG:  All right.  Let's go
12 off the record for a bit.
13        THE VIDEOGRAPHER:  It's 6:59 p.m.
14        (A break was taken from 6:59 p.m. to
15 7:06 p.m.)
16        THE VIDEOGRAPHER:  Back on the record at
17 7:06 p.m.
18    Q   (BY ATTORNEY WEINBERG) All right.  You
19 said that there were two server changes that were
20 precipitated by this.  The first one was this relay
21 server change.
22        What was the second?
23    A   The second fix was on the signaling server
24 that enforced the validation of the stanza -- of the
25 offer stanzas and dropped them.

Case 4:19-cv-07123-PJH    Document 679-2    Filed 04/04/25    Page 26 of 144
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024              {{Attorneys Eyes Only}}                  Pages  294..295

Page 294

1    I, MARY J. GOFF, CSR No. 13427, Certified
2  Shorthand Reporter of the State of California,
3  certify;
4    That the foregoing proceedings were taken
5  before me at the time and place herein set forth, at
6  which time the witness declared under penalty of
7  perjury; that the testimony of the witness and all
8  objections made at the time of the examination were
9  recorded stenographically by me and were thereafter
10  transcribed under my direction and supervision; that
11  the foregoing is a full, true, and correct
12  transcript of my shorthand notes so taken and of the
13  testimony so given;
14    That before completion of the deposition,
15  review of the transcript ( ) was (XX) was not
16  requested:   (   ) that the witness has failed or
17  refused to approve the transcript.
18    I further certify that I am not financially
19  interested in the action, and I am not a relative or
20  employee of any attorney of the parties, nor of any
21  of the parties.
22    I declare under penalty of perjury under the
23  laws of California that the foregoing is true and
24  correct, dated this   day of        , 2024.
25          _____
              *Mary Goff*
            MARY J. GOFF

Page 295

1            ERRATA SHEET
2            SWIVEL LEGAL
3          560 W Main Street, C163
4          Alhambra, California 91801
5             213-788-2327
6      CASE:  WhatsApp v. NSO Group
7  PAGE  LINE  FROM                    TO
8  ____|_____|_____|_____
9  ____|_____|_____|_____
10  ____|_____|_____|_____
11  ____|_____|_____|_____
12  ____|_____|_____|_____
13  ____|_____|_____|_____
14  ____|_____|_____|_____
15  ____|_____|_____|_____
16  ____|_____|_____|_____
17  ____|_____|_____|_____
18
19        _____
20        CLAUDIU GHEORGHE
21  Subscribed and sworn to before me
22  this _____ day of _____, 2024.
23  _____
24        Notary Public
25

# EXHIBIT 12

to Declaration of Micah G. Block in Support of
Plaintiffs' Motion for Partial Summary Judgment

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA


|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| WHATSAPP INC. and | ) | |
| META PLATFORMS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | Case No. 19-cv-07123-PJH |
| v. | ) | |
| | ) | |
| | ) | |
| NSO GROUP TECHNOLOGIES | ) | |
| LIMITED and Q CYBER | ) | |
| TECHNOLOGIES LIMITED, | ) | |
| | | |
| Defendants. | | |

---

## EXPERT REPORT OF DANA TREXLER, CPA/CFF

August 30, 2024

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

---

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**                                    Page 1

## I. INTRODUCTION

1.   On October 29, 2019, WhatsApp Inc. ("WhatsApp") and Meta Platforms, Inc. ("Meta")[1] (collectively, "Plaintiffs") filed a complaint against NSO Group Technologies Limited ("NSO") and Q Cyber Technologies Limited ("Q Cyber") (collectively, "Defendants") alleging that Defendants used WhatsApp servers to send malware to mobile phones and devices for the purpose of extracting data from other WhatsApp users' target devices and conducting surveillance on those users.[2] As a result of Defendants' alleged conduct, Plaintiffs assert that Defendants violated the Computer Fraud and Abuse Act (in violation of 18 U.S.C. § 1030) and the California Comprehensive Computer Data Access and Fraud Act (in violation of California Penal Code § 502), and breached the terms of service with WhatsApp to which Defendants became bound upon their creation of WhatsApp accounts.[3]

2.   This report contains my opinions with respect to the economic remedy amounts, along with the bases for these opinions, to be expressed at trial with respect to the claims filed by Plaintiffs against Defendants.

3.   My analyses and opinions assume Defendants will be found liable for the alleged conduct. This assumption is necessary as a basis for my analysis. I have not been engaged to provide opinions on issues relating to liability; therefore, I offer no opinions on liability in this report and do not intend to express any such opinions at trial.

---

[1] Facebook Inc. changed its name to Meta Platforms Inc. in October 2021. *See* Chris Stokel-Walker, *Why Facebook Changed Its Name to Meta and What is the Metaverse?*, NewScientist (Oct. 21, 2021), https://www.newscientist.com/article/2295438-why-has-facebook-changed-its-name-to-meta-and-what-is-the-metaverse/#:~:text=Here%27s%20everything%20you%20need%20to,as%20Meta%20on%2028%20October. (accessed February 2024); Scott Nover, Why Facebook Changed Its Name, Quartz (Oct. 29, 2021), https://qz.com/2081663/why-facebook-changed-its-name-to-meta (accessed February 2024).
[2] Complaint (Dkt. No.1), ¶ 1.
[3] Complaint (Dkt. No.1), ¶¶ 2, 49-78, Request for Relief section, ¶ 1. The Court subsequently dismissed Plaintiffs' fourth cause of action, Trespass to Chattels. *See* Order Granting in Part and Denying in Part Motion to Dismiss and Denying Motion to Stay Discovery (Dkt. No.111).

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**                                  Page 2

## II.    BASIS FOR ANALYSIS

4.    The analysis and opinions in this report are based on the information and documentation identified to date, my education, my experience in performing similar financial analyses and economic damage calculations, documents and testimony in the record, accepted damages methodologies and approaches, and applications of relevant case law.

5.    I am a Managing Director at Stout Risius Ross, LLC, an advisory firm that, among other services, provides business, economic, financial, and consulting services to clients in a variety of industries. I lead Stout's national intellectual property disputes and valuations practice. I am a Certified Public Accountant and Certified in Financial Forensics. My education includes a Master in Business Administration from The Wharton School of the University of Pennsylvania and a Bachelor of Science degree in Accounting from Bucknell University. My curriculum vitae is attached as **EXHIBIT A.**

6.    In forming my opinions, I considered various documents produced by the parties and non-parties, deposition testimony, and certain legal documents from this case. Specifically, I considered the documents identified throughout this report and the accompanying exhibits. A list of the documents that I considered in forming my opinions is provided in **EXHIBIT B.** The documents and information used in my analysis and report are the types of documents and information upon which experts in my field typically rely when performing such an analysis. In addition to the documents produced by the parties, I considered relevant publicly available information of the type typically relied upon by experts in this field. I also spoke with the following individuals:

- Cortney Padua, Security Engineer within the Cross-Meta Security Detection and Response Team at Meta;[4]

- Michael Scott, Threat Investigator within the Espionage Team at Meta;

- Drew Robinson, Security Engineer at Meta;

- Aashin Guatam, Director of Product Management at WhatsApp;

- Otto Ebeling, former Security Engineer at Meta (UK);

---

[4] Deposition of Cortney Padua, 13:120-121.

- Jesus Barcons Palau, Software Engineer at Meta;

- Claudiu Gheorghe, former Software Engineering Manager at Meta;

- YuanYuan Wang, Software Engineering Manager at Meta;

- ██████████, Payroll Manager at Meta;

- ██████████████, Equity Programs Analyst within the Securities and Disclosure Equity Operations Group at Meta; and

- ████████████, Director in Global Equity Programs at Meta.

7.      I understand that discovery is ongoing; therefore, this report is based on information available to date. As discussed in more detail in this report, Defendants have not produced the relevant information sought by Plaintiffs through discovery. Further, depositions of all of the parties' witnesses have yet to be completed as of the date of this report, including that of Sarit Bizinsky Gil, Defendants' designated witness for financial, contract, and other relevant topics.

8.      Should additional information, testimony, or documents that affect my analysis or opinions become available after the issuance of my report, I reserve the right to supplement or update my analysis and/or opinions. Additionally, I reserve the right to supplement or update my report based on information, testimony, or documents that have become available within only a short period of time prior to the issuance of this report, as I have had insufficient time to analyze such new information.[5]

9.      I reserve the right to prepare supplemental materials such as summaries, graphical exhibits, or charts for trial, as well as to provide opinions and other materials in response to any additional expert opinions.

10.      This report is prepared in accordance with the American Institute of Certified Public Accountants ("AICPA") Statement on Standards for Forensic Services. The work performed does not include the performance of an audit, review, or compilation of financial statements in accordance with

---

[5] On August 26, 2024, four days before the deadline for this report, NSO produced a document (NSO_WHATSAPP_00045858) that appears to include revenue information for certain NSO products. Further, I understand that two of Defendants' witnesses were deposed on August 27, 2024 (Ramon Eshkar) and August 29, 2024 (Yaron Shohat). I have yet to have the opportunity to review these transcripts and incorporate any relevant information into my analysis.

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**                                                    Page 4

Generally Accepted Auditing Standards ("GAAS") or with attest standards established by the AICPA.

11.  My firm is being compensated at a rate of $795 per hour for my time in this matter, regardless of the outcome of this litigation.

### III.  SUMMARY OF OPINIONS

12.  Assuming Defendants are found  liable, it is my opinion that the Plaintiffs' expenditure of resources for their response totals $444,719 and a reasonable estimation of Defendants' profits earned in connection with the targeting of 1,500 devices through Defendants' Exploit ranges from $4.3 million to $13.9 million (at a 29% operating profit margin) or $9.5 million to $30.3 million (at a 63% operating profit margin).

**Table 1: Summary of Plaintiffs' Claimed Damages and Available Equitable Recoveries[6]**

| Category | Amount |
|---|---|
| Plaintiffs' Response Expenses | $444,719 |
| Defendants' Profits Subject to Disgorgement | |
| At 29% Operating Profit Margin | $4.3 million - $13.9 million |
| At 63% Operating Profit Margin | $9.5 million - $30.3 million |

13.  Plaintiffs' response costs reflect labor expenditures related to internal efforts to identify, evaluate and remediate Defendants' improper use of WhatsApp servers and targeting of select WhatsApp users.[7]  The estimate for Plaintiffs' response expense is conservative, as the calculations only consider the low-end of employee estimates, exclude certain employees who worked on the response for whom I do not have estimated hours, and while employees expressed that they worked

---

[6] **EXHIBIT 1.1; EXHIBIT 1.2.** I reserve the right to supplement or amend this report to account for damages to which Plaintiffs assert they are entitled for Defendants' use of Plaintiffs' computers beyond the 1,500 targeted devices discussed in this report.  At this time, it is my understanding Defendants have provided insufficient information from which to calculate profits subject to disgorgement that are attributable to Defendants' use of Plaintiffs' computers beyond the 1,500 targeted devises discussed in this report.  I understand Plaintiffs reserve any and all rights to seek damages relating to Defendants' use of their servers, including the period during, before, and after 2019.

[7] This report does not calculate or express an opinion on litigation or other legal costs to which Plaintiffs may be entitled and which Plaintiffs may seek to recover from Defendants.  I am informed that Plaintiffs do not waive any rights with regard to seeking such costs or others from Defendants.

security patches to stop NSO.[95] On May 13, 2019, Plaintiffs publicly announced their discovery and remediation of the exploit.[96]

47.    As a result of Defendants' alleged conduct, Plaintiffs assert the following causes of action against Defendants:[97]

- Violation of the Computer Fraud and Abuse Act (18 U.S.C. §1030);

- Violation of the California Comprehensive Computer Data Access and Fraud Act (California Penal Code §502); and

- Breach of Contract in connection with WhatsApp terms.

## VIII.    QUANTIFICATION OF PLAINTIFFS' CLAIMED DAMAGES AND AVAILABLE REMEDIES

48.    I understand that Plaintiffs seek to recover damages in the form of their actual losses (i.e., compensatory damages) and disgorgement of Defendants' ill-gotten gains. In this instance, the ill-gotten gains reflect the profits that Defendants derived from their alleged conduct. I offer no opinion on whether either remedy is available on Plaintiffs' causes of action, which I understand is a legal question. I have only been asked to calculate Plaintiffs' actual losses and Defendants' ill-gotten gains.

49.    As the determination of Plaintiffs' actual losses considers labor cost expenditures, and Defendants' profits reflect those earned from the licensing of NSO's spyware, it is my opinion that these two categories are not duplicative of one another, and therefore, may be additive.

50.    Accordingly, I quantify Plaintiffs' actual damages in the form of the expenditure of resources to respond to and remediate Defendants' conduct described in the Complaint and Defendants' profits derived from targeting WhatsApp.

---

[95] *See e.g.*, WA-NSO-00018457-463.
[96] WhatsApp Reveals Major Security Flaw That Could Let Hackers Access Phones, CBS News (May 14, 2019), https://www.cbsnews.com/sanfrancisco/news/whatsapp-reveals-major-security-flaw-that-could-let-hackers-access-phones/ (accessed February 2024).
[97] Complaint (Dkt. No.1), ¶¶ 2, 49-78, Request for Relief section, ¶ 1. Plaintiffs originally alleged that Defendants wrongfully trespassed on Plaintiffs' property, in violation of California law. The Court subsequently dismissed Plaintiffs' fourth cause of action, Trespass to Chattels. *See* Order Granting in Part and Denying in Part Motion to Dismiss and Denying Motion to Stay Discover (Dkt. No.111).

A. PLAINTIFFS' EXPENDITURE OF RESOURCES FOR RESPONSE

51.    I understand that on or around April 23, 2019, Plaintiffs began logging activity on servers in connection with a security review.[98] On May 2, 2019, one of WhatsApp's engineers discovered in that logging a malformed and potentially malicious message.[99] Over the following days, WhatsApp and Meta engineers and others investigated the source of the malicious message and its impact on Plaintiffs' systems.[100] Between May 10, 2019 and May 13, 2019, Plaintiffs applied software patches to their relay servers and signaling servers and published a security patch for users' WhatsApp client applications to successful resolve the exploit.[101] On May 13, 2019, Plaintiffs publicly announced their discovery and remediation of the exploit.[102] I understand that Plaintiffs continued to perform ongoing work related to the exploit after the security patch was implemented on May 13, 2019.[103]

52.    I understand that Plaintiffs' employees investigated Defendants' Exploit, determined its impact on Plaintiffs' systems, developed and implemented the security patches to resolve the exploit, and performed ongoing work to fully understand the source of the attack, the methods used and full nature of the vulnerability, and the impact on WhatsApp users.[104] As such, the cost incurred by Plaintiffs response to the exploit includes the labor cost associated with certain of Plaintiffs' employees involved in the investigation, remediation, and ongoing efforts surrounding Defendants' alleged conduct, which occurred beginning on or around April 23, 2019, and continued through the latter part of 2019.

53.    In the following sections, I describe and quantify select labor hours and associated costs for this work.

---

[98] *See e.g.*, WA-NSO-00018457-463.
[99] *See* WA-NSO-00017583-604 at 593. S*ee also* WA-NSO-00166464.
[100] *See* WA-NSO-00017583-604 at 593-601. *See also* WA-NSO-00164559-566.
[101] *See* WA-NSO-00017583-604 at 601-603.
[102] https://www.cbsnews.com/sanfrancisco/news/whatsapp-reveals-major-security-flaw-that-could-let-hackers-access-phones/ (accessed February 2024).
[103] Discussion with Cortney Padua, Michael Scott, Drew Robinson, Aashin Guatam, Otto Ebeling, Jesus Palau, Claudiu Gheorghe, and YuanYuan Wang. *See also* WA-NSO-00164559-566.
[104] Discussion with Cortney Padua, Michael Scott, Drew Robinson, Aashin Guatam, Otto Ebeling, Jesus Palau, Claudiu Gheorghe, and YuanYuan Wang. *See also* WA-NSO-00018457-463.

*1. Plaintiffs' Employee Labor*

54.    To determine Plaintiffs' labor costs incurred in connection with investigating Defendants' Exploit, determining its impact on Plaintiffs' systems, developing and implementing the security patch to resolve it, and any associated ongoing work after implementing the security patch, I relied on information from discussions with the following individuals, who were involved with these efforts:

- Cortney Padua, Security Engineer within the Cross-Meta Security Detection and Response Team at Meta;[105]

- Michael Scott, Threat Investigator within the Espionage Team at Meta;

- Drew Robinson, Security Engineer at Meta;

- Aashin Guatam, Director of Product Management at WhatsApp;

- Otto Ebeling, former Security Engineer at Meta (UK);

- Jesus Barcons Palau, Software Engineer at Meta;

- Claudiu Gheorghe, former Software Engineering Manager at Meta; and

- Yuan Yuan Wang, Software Engineering Manager at Meta.

55.    My discussions with each of these individuals include an overview of each of their then-in-effect positions and responsibilities, a description of the work they performed in connection with Defendants' Exploit when they performed this work, and an estimation of the amount of time spent in connection with this work. I describe the information represented to me by these individuals in more detail in the following sections.

*a. Cortney Padua*[106]

56.    Cortney Padua is currently a Security Engineer on the Cross-Meta Security Detection and Response Team at Meta.[107] At the time of Defendants' Exploit, Ms. Padua was a Security Engineer on the Computer Emergency Response Team at Meta.

---

[105] Deposition of Cortney Padua, August 20, 2024, pp. 114, 120-121.
[106] Discussion with Cortney Padua; Deposition of Cortney Padua, August 20, 2024, pp. 24-25, 49-52, 60-61.
[107] Deposition of Cortney Padua, August 20, 2024, pp. 114, 120-121.

57.    Ms. Padua described her role in the process as including:[108]

- General coordination and support of the response team and strategizing remediation steps and timelines.[109]

- Reviewing WhatsApp logs to gather evidence of Defendants' Exploit and determine population of targeted users.[110]

- Formatting data contained in these WhatsApp logs for further review and analysis by internal data teams.[111]

- Ongoing review of WhatsApp logs to monitor for potential ongoing exploitation of WhatsApp servers.[112]

- Assisting with eDiscovery preservation of WhatsApp logs obtained during the investigation and remediation.[113]

- Supporting reporting efforts, including drafting summaries and presentations of the subject incident.

58.    Ms. Padua estimates that she worked approximately the following number of hours during the noted periods on these tasks:

- May 2 through May 7, 2019 - 24 hours.

- May 8 through May 16, 2019 - 36 hours.

- May 20 through May 28, 2019 - 24 hours.

- Mid-June - 12 hours.

59.    Based on my discussion with Ms. Padua, she estimates that she worked a total of 96 hours in relation to Defendants' Exploit. Using Ms. Padua's estimates, 44 hours are allocated to the period May 2 through May 13,[114] and 52 hours are allocated to the period after May 13.[115]

---

[108] Discussion with Cortney Padua.
[109] See also Deposition of Cortney Padua, August 20, 2024, pp. 24-25, 60-61.
[110] See also Deposition of Cortney Padua, August 20, 2024, pp. 49-52, 60-61.
[111] See also Deposition of Cortney Padua, August 20, 2024, pp. 49-52, 60-61.
[112] See also Deposition of Cortney Padua, August 20, 2024, p. 105.
[113] See also Deposition of Cortney Padua, August 20, 2024, pp. 49-52.
[114] 60 hours during the 11-workday period May 2 through May 16 = 5.5 hours per workday x 8 workdays between May 2 and May 13.
[115] 96 total hours less 44 hours between May 2 and May 13.

### b. Michael Scott[116]

60.     Michael Scott is currently a Threat Investigator on the Espionage Team at Meta, which was also his title at the time of Defendants' Exploit.

61.     Mr. Scott described his role as including:

- Analyzing data to assist in understanding the exploit and determining how it was conducted.

- Reviewing and analyzing WhatsApp logs to obtain information such as IP addresses and phone numbers that could help identify targeted WhatsApp users. The identification of targeted users also considered research of publicly available information and other profile information maintained by Meta (e.g., Facebook and Instagram profile information).

- Efforts related to determining the source of the exploit, including cross referencing current information from WhatsApp logs (e.g., IP addresses, domains, and phone numbers) with previously identified information for suspected "test accounts" used by attackers prior to the exploit, which included suspected accounts associated with NSO. Identifying the source of the exploit and related accounts to assist in disabling accounts and preventing those accounts from accessing WhatsApp.

- Attempting to map attackers with victims, including the determination of countries of origin for attacker accounts.

62.     Mr. Scott represented that in relation to Defendants' Exploit, he spent nearly all his working time on these efforts over a 2 to 3-month period beginning in or around April/May 2019. Mr. Scott further stated that ongoing work continued for "months and months," but did not provide an estimate of the portion of his time spent on these ongoing efforts. Using the low end of Mr. Scott's estimate (i.e., 2 months), 64 hours are allocated to the period May 2 through May 13,[117] and 256 hours are allocated to the period after May 13[118] in relation to Defendants' Exploit.

### c. Drew Robinson[119]

63.     Drew Robinson is currently a Security Engineer at Meta. At the time of Defendants' Exploit, Mr. Robinson was a Security Investigator at Meta.

---

[116] Discussion with Michael Scott.
[117] 8 hours per workday x 8 workdays between May 2 and May 13.
[118] 320 hours over a 2-month period (160 work hours in a month [40 hours per week x 4 weeks] x 2 months) less 64 hours between May 2 and May 13.
[119] Discussion with Drew Robinson.

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    Page 25

64.    Mr. Robinson described his role as including:

- Serving as the "on call" for malware analysis and working with WhatsApp engineers to immediately analyze WhatsApp logs to evaluate the "payload" used to deliver the malware to victims.

- Performing various analyses of WhatsApp logs and server information to extract the payloads that had been deployed to help identify the source of the payload (i.e., the orchestrator of the attack).

- Assisting with identification of targeted WhatsApp users and map them back to the malware users. This included analyzing country codes associated with targeted accounts and the nature of the accounts (based in part on publicly available information and Facebook and Instagram profile information).

- Assisting WhatsApp engineers in developing and deploying the security patch.

- Ongoing monitoring for future attacks/exploits and further analysis of ways that NSO was targeting Plaintiffs' services.

- Continued assistance with victim identification.

- Supporting Plaintiffs' legal department and responding to requests for information.

65.    Mr. Robinson represented that he initially worked full time on the exploit for 3 weeks up to the deployment of the security patch, which he conservatively estimated to approximate 120 hours. Mr. Robinson estimated that he worked another 150-200 hours after the security patch was implemented. Using Mr. Robinson's estimates, 64 hours are allocated to the period May 2 through May 13,[120] and 150 hours are allocated to the period after May 13 in relation to Defendants' Exploit.

                    *d.  Aashin Guatam*[121]

66.    Aashin Guatam is currently a Director of Product Management at WhatsApp. At the time of Defendants' Exploit, Mr. Guatam was a Director of Customer Operations at WhatsApp.

67.    Mr. Guatam described his role as including:

---

[120] 8 hours per workday x 8 workdays between May 2 and May 13.
[121] Discussion with Aashin Guatam.

- Overall project management of the plan implemented by Plaintiffs to resolve Defendants' Exploit, including post-fix identification of and communication with targeted users, external communication strategy, and legal pursuits.

- Working with and guiding technical teams, operations teams, legal teams, and others to understand the attack and identify the victims of the exploit. This included identifying the targeted accounts and mapping them to the real-life users. The accounts were mapped to real-life users using information from WhatsApp accounts, associated social media accounts, and other publicly available information.

- Developing a victim outreach strategy and working with technical teams, operations teams, legal teams, and others to notify the identified victims of the exploit.

68.    Mr. Guatam represented to me that he spent, on average, 50% of his working hours from May/June to November 2019 working on this matter. As such, I have considered the low end of Mr. Guatam's estimate (i.e., beginning in June) that he worked 480 hours (6 months [June through November] multiplied by 160 working hours per month multiplied by 50%). Using Mr. Guatam's estimate, all 480 hours are allocated to the period after May 13 in relation to Defendants' Exploit.

> *e.  Otto Ebeling*[122]

69.    Otto Ebeling currently owns a cyber security consulting company that is sometimes contracted by Plaintiffs. At the time of responding to Defendants' Exploit, Mr. Ebeling was a Security Engineer at Meta, based in the United Kingdom.

70.    Mr. Ebeling described his role as including:

- Investigating initial reports relayed to him from WhatsApp engineers to ascertain if a vulnerability existed. This included determining whether the suspicious activity was benign or malicious.

- Understanding Defendants' Exploit and how it worked.

- Determining how to respond to and prevent Defendants' Exploit. Mr. Ebeling consulted with WhatsApp engineers that ultimately created and implemented the security patch.

- Monitoring applicable information to confirm the security patches were working as intended after they were implemented by Plaintiffs' employees.

---

[122] Discussion with Otto Ebeling.

- Determining if Defendants were exploiting any other unknown vulnerabilities. This included reviewing and analyzing certain software code.

71.    Mr. Ebeling represented to me that during the initial remediation work of resolving Defendants' Exploit, he spent all his working hours for 3 weeks on this project. Mr. Ebeling also informed me that he spent one-third (33%) to one-half (50%) of his working time for the second half of 2019 working on ongoing matters associated with Defendants' Exploit. Using Mr. Ebeling's estimates, 64 hours are allocated to the period May 2 through May 13,[123] and 320 hours[124] are allocated to the period after May 13 in relation to Defendants' Exploit.

*f.    Jesus Barcons Palau*[125]

72.    Jesus Barcons Palau is currently a Software Engineer at Meta, which was also his title at the time of Defendants' Exploit in May 2019.

73.    Mr. Palau described his role as including:

- Consulting with security professionals to investigate abnormal "stanzas"[126] in data passing through WhatsApp servers. This included identifying and investigating stanzas that did not conform with specifications established by WhatsApp. After certain abnormal stanzas were identified, Mr. Palau worked to implement processes to detect other non-conforming and potentially malicious stanzas in data.

- Implementing code to detect malicious stanzas not adhering to WhatsApp specifications.

- Implementing measures to assure that invalid stanzas were blocked from WhatsApp servers.

74.    Mr. Palau informed me that during the initial response efforts, he spent all his working time, and additional overtime hours, on this project. Mr. Palau represented to me that he spent more than 100% of his working hours from April 29 through May 10 on response efforts. Using Mr. Palau's estimates, 56 hours are allocated to the period May 2 through May 10[127] in relation to Defendants' Exploit.

---

[123] 8 hours per workday x 8 workdays between May 2 and May 13.
[124] 6 months multiplied by 160 working hours in a month multiplied by 1/3 of his working time.
[125] Discussion with Jesus Palau.
[126] Stanza is "a general term in WhatsApp for metadata -- for a type of metadata that is sent from a client to a server." Claudiu Gheorghe Deposition, 24:19-24.
[127] 8 hours per workday x 7 workdays between May 2 and May 10.

### g.  Claudiu Gheorghe[128]

75.    Claudiu Gheorghe was a Software Engineering Manager at Meta at the time of Defendants' Exploit in May 2019.

76.    Mr. Gheorghe described his role as including:

- Coordinating the investigation and remediation of Defendants' Exploit. Mr. Gheorghe orchestrated efforts among engineering teams, security teams, and legal teams.

- Supervising Meta engineers to execute the investigation and remediation of Defendants' Exploit. This included effectively allocating staffing resources to execute this project. Mr. Gheorghe performed a managerial role in connection with leading coordination for the investigation and remediation of Defendants' Exploit.

- Identifying victims of Defendants' Exploit.

- Assisting in drafting a white paper regarding Defendants' Exploit.

77.    Mr. Gheorghe represented to me that during the initial remediation work of resolving Defendants' Exploit, he spent all his working hours from May 2, 2019 through May 13, 2019 on this project. After the patch was implemented on May 13, 2019, Mr. Gheorghe informed me that he spent 50% of his time on this project for two more weeks. Using Mr. Gheorghe's estimates, 64 hours are allocated to the period May 2 through May 13,[129] and 40 hours are allocated to the period after May 13[130] in relation to Defendants' Exploit.

### h.  YuanYuan Wang[131]

78.    YuanYuan Wang is currently a Software Engineering Manager at Meta, which was also his title at the time of Defendants' Exploit in May 2019.

79.    Mr. Wang described his role as including:

- Confirming that the exploit was occurring. This included identifying abnormal patterns through his knowledge of the WhatsApp architecture.

---

[128] Discussion with Claudiu Gheorghe.
[129] 8 hours per workday x 8 workdays between May 2 and May 13.
[130] 80 hours over a 2-week period (2 weeks x 40 hours per week) x 50%.
[131] Discussion with YuanYuan Wang.

- Organizing and providing applicable information regarding Defendants' Exploit to security teams at Meta.

- Consulting with security teams at Meta to identify the software code permitting Defendants' Exploit.

- Understanding the software code relevant to Defendants' Exploit.

- Consulting with security teams at Meta to improve and secure the applicable software code. This fixed the software code permitting Defendants' Exploit.

80.    Mr. Wang represented to me that during the initial remediation work of resolving Defendants' Exploit, he spent all his working hours from May 2, 2019 through May 13, 2019 on this project. Using Mr. Wang's estimate, 64 hours are allocated to the period May 2 through May 13[132]in relation to Defendants' Exploit.

### i. *Other Employees Identified by Claudiu Gheorghe*[133]

81.    In addition to the discussions I had with the above-noted individuals, Claudiu Gheorghe identified 14 other Meta professionals that participated in the investigation and response efforts.[134] As discussed, Mr. Gheorghe was a Software Engineering Manager at Meta who performed a managerial role leading coordination across multiple teams in connection with addressing Defendants' Exploit in May 2019.

82.    Mr. Gheorghe provided descriptions of roles and estimates of hours worked for each of the Meta employees he identified as participating in the investigation and response efforts from May 2, 2019 through May 13, 2019. This is reflected in **EXHIBIT 2.2** to my report.

### 2. *Plaintiffs' Employee Labor Cost*

83.    After identifying the employees involved in responding to Defendants' Exploit, and their respective estimated labor hours, I determined the cost of this labor. To determine the cost of labor of each applicable employee, I multiplied each applicable employee's burdened labor rate by the number of hours worked on responding to Defendants' Exploit.

---

[132] 8 hours per workday x 8 workdays between May 2 and May 13.
[133] Discussion with Claudiu Gheorghe.
[134] **EXHIBIT 2.2.**

84.     The calculation of an employee's burdened labor rate not only considers the employee's salary, but also considers other expenditures paid by an employer to, or on behalf of, an employee. These additional expenditures can be paid directly to an employee (e.g., performance bonus or retirement contributions) or paid on behalf of an employee (e.g., the employer's share of healthcare insurance premiums or payroll taxes). In addition to base salary, the inclusion of an employer's additional expenditures to, or on behalf of, an employee reflects the employer's total economic cost incurred in connection with the subject employee's time.

85.     To calculate each employee's burdened labor rate, I relied on data provided by Plaintiffs detailing payroll information for specific employees which included wages, employee and employer payroll taxes, and certain employer-paid benefits. I also obtained employee bonus information and the amount of employer-paid health benefits. For purposes of determining a compensation rate for individual employees, I considered the following costs incurred by Plaintiffs:

- Salary

- Performance bonus

- Employer payroll taxes

- Employer portion of health benefits

- Restricted Stock Unit ("RSU") grants

86.     As detailed in **EXHIBIT 3.1**, I considered the above amounts and determined an hourly-equivalent compensation rate for each of the individuals discussed in the preceding section. I determined Plaintiffs' relevant expenditures by multiplying each applicable employee's hours spent on resolving Defendants' Exploit and for related ongoing work by their burdened labor rate. As summarized in the following table, Plaintiffs' expenditures to respond to Defendants' Exploit total $444,719.

**Table 3: Plaintiffs' Labor Expenses to Respond to Defendants' Exploit [135]**

| Employee Name | 2019 Title | Hours Worked | Hourly Rate | Cost of Labor |
|---|---|---|---|---|
| Cortney Padua | Security Engineer | 96 | $112.51 | $10,801 |
| Michael Scott | Threat Investigator | 320 | $194.28 | $62,169 |
| Drew Robinson | Security Investigator | 214 | $107.64 | $23,035 |
| Aashin Guatam | Director of Customer Ops. | 480 | $195.38 | $93,785 |
| Otto Ebeling | Security Engineer | 384 | $149.86 | $57,545 |
| Jesus Palau | Software Engineer | 56 | $249.03 | $13,946 |
| Claudiu Gheorghe | Software Engineering Manager | 104 | $404.25 | $42,042 |
| YuanYuan Wang | Software Engineering Manager | 64 | $561.38 | $35,928 |
| | | | **Cost of Labor** | **$339,250** |
| | **Cost of Labor (Additional Employees Identified by Mr. Gheorghe)** | | | **$105,469** |
| | | | **Total Cost of Labor** | **$444,719** |

87.     The estimate included in Table 3 is conservative, as the calculations only consider the low-end of employee estimates, exclude certain employees who worked on the response for whom I do not have estimated hours, and while employees expressed that they worked extended hours and weekends, I do not include such extended hours and weekends in my calculations.

88.     While these individuals were salaried employees and were not paid on an hourly basis, the hourly equivalent labor rate provides a means to determine the cost of their respective time to Plaintiffs with respect to responding to Defendants' Exploit. While some of these individuals perform security-related tasks in the ordinary course of their employment by Plaintiffs, they would have directed this time to other efforts in the absence of Defendants' alleged conduct. Accordingly, these efforts and associated cost are reflective of an "opportunity cost" to Plaintiffs. Further, as this was a required effort in light of Defendants' Exploit, in the absence of these employees, Plaintiffs would have needed to expend resources to obtain these types of services from third parties.

###### B.  DEFENDANTS' ILL-GOTTEN GAINS SUBJECT TO DISGORGEMENT

89.     In this instance, Defendants' ill-gotten gains subject to disgorgement reflect the profit that Defendants derived from their unauthorized access to Plaintiffs' systems, including the use of Defendants' Exploit. I understand that Plaintiffs allege that Defendants' Exploit for the WhatsApp Service was the Android zero-click installation vector for Pegasus or similar spyware in use from

---

[135] **EXHIBITS 1.1, 2.1, AND 2.2.**

at least January 1, 2018 through May 13, 2019, and that both Defendants' development and sale of that exploit violated its Terms of Service and federal and state law. Accordingly, I estimate Defendants' ill-gotten gains resulting from the development and licensing of Pegasus with the Android zero-click feature, and any other spyware targeting Plaintiffs' systems based on the information available to date.

90.    As discussed in further detail, Plaintiffs assert that Defendants have not produced all relevant information, and depositions of Defendants' witnesses have only recently occurred[136] or are scheduled to occur after the date of this report. Accordingly, I reserve the right to update my analysis based on such information.

91.    Specifically, I understand that Plaintiffs requested from Defendants the information to evaluate Defendants' ill-gotten gains from targeting Plaintiffs' systems. As of the date of this report, I understand that Defendants have not produced certain financial information, other than the materials cited in this report (and in Exhibit B to this report), relevant to an assessment of Defendants' ill-gotten gains.

92.    Given the absence of certain information requested from Defendants, my assessment of Defendants' profits recognized in conjunction with the alleged conduct relies on the documents produced to date and reasonable assumptions regarding certain information contained in those documents. Additional documents produced by Defendants (or other parties) and future deposition testimony may impact my analysis, assumptions, and conclusions.

93.    The following sections address my determination of Defendants' ill-gotten gains subject to disgorgement based on the information reasonably available to me to date.

   *1.    Total Reported Revenue from the Sale and License of the Pegasus Product*

94.    As an initial matter, I consider the reported revenues for Pegasus contained in certain financial information produced to date. In 2018, Pegasus generated approximately $183 million in

---

[136] Given the timing of Defendants' depositions, I have not fully evaluated the testimony or its impact on my analysis.

**Table 8: Profit from Defendants' Exploit[188]**

| | | | | Op. Profit | |
| Category | Devices | $ Fee/ Device | Revenue | 29% | 63% |
|---|---|---|---|---|---|
| Basic Only | 1,500 | $120,000 | $180,000,000 | $52,172,447 | $113,548,740 |
| Basic and Additional Concurrent Targets (Excl. Add'l Concurrent Targets Only) | 1,500 | $32,000 | $48,000,000 | $13,912,652 | $30,279,664 |
| Additional Concurrent Targets Only | 1,500 | $10,000 | $15,000,000 | $4,347,704 | $9,462,395 |

123.   As noted previously, the consideration of per-device fees that take into account the lower prices of "additional concurrent targets" is a more conservative approach to reflect the nature of concurrent licenses and the reduction of the per-device fee as more devices are targeted. Accordingly, based on the information contained in Table 8, a reasonable estimation of Defendants' profits earned in connection with the targeting of 1,500 devices through Defendants' Exploit ranges from $4.3 million to $13.9 million (at a 29% operating profit margin) or $9.5 million to $30.3 million (at a 63% operating profit margin).

## C.  DEFENDANTS' USE OF PLAINTIFFS' SYSTEMS

124.   Counsel for Plaintiffs asked me to determine whether the use of Plaintiffs' systems for purposes of Defendants' Exploit was worth more than $5,000 in one year to Defendants or their customers. To do so, I consider the customer revenue amounts related to the covert-Android version of Pegasus as a reasonable proxy to quantify this amount, based on the limited information produced by Defendants to date.

125.   I first consider that, in a March 2019 "Q&A" document, the Defendants state, "Pricing depends on the product, number of capabilities and number of licenses. On average for the mobile endpoint products, prices range mainly between $1m and $10m per license, i.e., target/endpoint."[189] Also of note, this range is the amount for one license, and Defendants benefit by being able to have multiple licensees to its software, including Pegasus, resulting in a multiplier effect of licensing revenues to Defendants.

---

[188] **EXHIBITS 4 AND 4.1.**
[189] WA-NSO-00074412-414 at 413-414.

126.    I next consider that the Defendants produced a document which appears to identify customer revenue amounts. Analysis of this document appears to enable the identification of revenue related to the covert-Android version of Pegasus, specifically, the upsell data contained therein.[190] Table 9 summarizes the annual revenue from three upsell transactions for the covert-Android Pegasus product.

TABLE 9: "COVERT ANDROID"-ONLY "UPSELL" LINE ITEMS
ANNUAL REVENUES BASED ON FIRST FOUR QUARTERS[191]

| Account No. | Start Qtr. | End Qtr. | Annual First Year Revenue |
|---|---|---|---|
| Acc-04 | Q3 2018 | Q2 2019 | $6,835,000 |
| Acc-06[192] | Q1 2019 | Q4 2019 | 1,412,000 |
| Acc-57 | Q3 2018 | Q2 2019 | 5,630,000 |
| | | | |
| Total | | | $13,877,000 |

127.    From this data, it is my opinion that the use of Plaintiffs' systems for purposes of Defendants' Exploit was worth $13,877,00 for these three accounts[193] alone, which exceeds $5,000 in one year.

*    *    *    *    *    *

---

[190] *See* NSO_WHATSAPP_00045858.
[191] NSO_WHATSAPP_00045858.
[192] Only considering "No" responses for other capabilities (i.e., excluding "(blanks)") results in this line item being the only "Covert Android"-Only "Upsell" Line Item.
[193] Based solely on "Upsell" transactions of "Covert-Android."

128.    The procedures performed were limited to those described herein based on the documents provided to date and other information obtained. Information obtained after the date of this report, or within a short period of time prior to its issuance, may affect this analysis and this effect may be material. If requested, I will update my analysis.

129.    My procedures were performed solely with respect to the above referenced litigation. This report is not to be reproduced, distributed, disclosed, or used for any other purpose.

**STOUT**

_____

Dana M. Trexler, CPA/CFF                                        August 30, 2024

# EXHIBIT 16

to Declaration of Micah G. Block in Support of
Plaintiffs' Motion for Partial Summary Judgment

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

    WHATSAPP INC., et al.,        )

5                                 )

             Plaintiffs,          )

6                                 )  Case No.

         vs.                      )  4:19-cv-07123

7                                 )  -PJH

    NSO GROUP TECHNOLOGIES        )

8    LIMITED, et al.,             )

                                  )

9             Defendants.         )

    ------------------------      )

10

11

12                    Tuesday, September 17, 2024

13                    9:11 a.m.

14

15

16           Videotaped Deposition of JOSHUA

17    SHANER, held at the offices of Davis Polk &

18    Wardwell LLP, 901 15th Street NW, Washington,

19    DC, before Stacey L. Daywalt, a Court Reporter

20    and Notary Public of the District of Columbia.

21

22    ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 42

1  help me understand that testimony.
2      MR. AKROTIRIANAKIS:  Objection,
3  misstates his testimony.
4      THE WITNESS:  Yeah.
5      No, I can't.
6  BY MR. PEREZ-MARQUES:
7      Q.   Okay.  None of the five employees
8  were R&D.  Is that right?
9      A.   That's true.
10     Q.   So you're not aware of WestBridge
11 having any employees who were engaged in
12 developing products for sale based on your five
13 years with the company?
14     A.   I'm not.
15     Q.   In what geographic regions did
16 WestBridge sell or market NSO products?
17     A.   Mostly the United States.
18     Well, the United States and Canada.
19     Q.   Anywhere besides US and Canada?
20     A.   No.
21     Q.   Okay.  And it did so with NSO's
22 authorization.  Is that right?
23     MR. AKROTIRIANAKIS:  Objection,
24 vague.
25     THE WITNESS:  We were -- we had

Page 43

1  our -- we were separated out to do what we
2  wanted.  And WestBridge was its own thing, to
3  be able to sell and market to, you know, those
4  markets.
5  BY MR. PEREZ-MARQUES:
6      Q.   All right.  But WestBridge was
7  authorized by NSO to sell its products.  Isn't
8  that right?
9      A.   I have no idea if NSO authorized us
10 to do anything.
11     Q.   Well, you do know that NSO had you
12 travel to Israel to meet with its presale team.
13 Right?
14     MR. AKROTIRIANAKIS:  Objection,
15 misstates his testimony.
16     THE WITNESS:  I mean, I told you
17 what my testimony was.
18 BY MR. PEREZ-MARQUES:
19     Q.   Fair to say that your understanding
20 was that WestBridge had permission from NSO to
21 sell NSO products?
22     A.   Can you restate that.
23     Q.   Is it fair to say that your
24 understanding was that WestBridge had
25 permission from NSO to sell NSO products?

Page 44

1      A.   I'm not in any position to answer
2  that, so I don't know.
3      Q.   So for all you knew, you were not
4  permitted to sell NSO products and you were
5  doing it freelance?
6      A.   I don't know.  I don't know.
7      Q.   You didn't know one way or the
8  other?
9      A.   No.
10     Q.   You certainly collaborated with NSO
11 personnel as part of your WestBridge role,
12 didn't you?
13     MR. AKROTIRIANAKIS:  Objection,
14 vague.
15     THE WITNESS:  Yeah, obviously we did
16 talk amongst ourselves, but I wouldn't call
17 that collaboration necessarily.
18 BY MR. PEREZ-MARQUES:
19     Q.   Okay.  Well, we'll get into that in
20 much more detail.
21     A.   Okay.
22     Q.   Did NSO -- did WestBridge have a
23 distribution agreement with NSO to your
24 knowledge?
25     A.   I don't know.

Page 45

1      Q.   You've never seen such an agreement?
2      A.   No.
3      Q.   Are you aware of any geographic
4  restrictions on where WestBridge was permitted
5  to sell NSO products?
6      A.   Can you say that one more time.
7      Q.   Are you aware of any geographic
8  restrictions on where WestBridge was permitted
9  to sell NSO products?
10     A.   I'm not aware of any policy or
11 anything like that.
12     Q.   Do you know, for instance, whether
13 WestBridge was authorized to sell NSO products
14 in South America?
15     A.   I'm not aware of any policy.
16     Q.   And you're not aware of any -- so to
17 your knowledge -- well, let me rephrase that.
18     So to your knowledge, WestBridge was
19 authorized to sell NSO products, for instance,
20 here in Washington, DC?
21     A.   Say that one more time.  I'm sorry.
22     Q.   To your knowledge, WestBridge was
23 authorized to sell NSO products here in
24 Washington, DC?
25     A.   WestBridge was authorized to sell in

12 (Pages 42 - 45)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 46

1 the United States, yes.
2    Q.    Including in Washington, DC?
3    A.    Yes.
4    Q.    And California?
5    A.    Well, so I don't know if we were
6 authorized to do anything.
7       I know that we could.
8    Q.    Mm-hmm.
9       You weren't aware of any
10 restrictions that prevented WestBridge from
11 marketing in any state of the United States.
12 Is that right?
13    A.    I don't know of any policy like
14 that.
15    Q.    You were never instructed that there
16 were certain states in which WestBridge was not
17 permitted to sell?
18    A.    I don't know any policy about that.
19    Q.    Okay.  I want to show you a
20 document.  Let's do 5101.
21       (Exhibit 2049, Intercompany
22 Distribution Agreement dated 10/25/17,
23 NSO_WHATSAPP_00046351-359, marked for
24 identification.)
25    Q.    I should have said this as part of

Page 47

1 my intro.  But if you need a break at any time,
2 just let me know.
3    A.    Thanks.
4    Q.    So I'm showing you what's been
5 marked as Exhibit 2049 --
6    A.    Okay.
7    Q.    -- which is a multipage agreement or
8 document beginning on NSO_WHATSAPP_00046351
9 through 359.
10       Do you recognize Exhibit 2049?
11    A.    I do.
12    Q.    Okay.  So it has a header here,
13 Intercompany Distribution Agreement.
14       Do you see that?
15    A.    I do.
16    Q.    And it says: "This intercompany
17 distribution agreement made on October 25th,
18 2017, effective as of September 30th, 2016 (the
19 effective date) is by and among certain
20 subsidiaries of OSY Technologies S.àr.l
21 (parent), a company incorporated under the laws
22 of Luxembourg, which are listed in Group A in
23 Schedule A (collectively, distributors, or each
24 member of the group -- of Group A individually,
25 distributor) and other subsidiaries of Triangle

Page 48

1 which are listed in Group B in Schedule A
2 (collectively, suppliers, or each member of
3 Group B individually as supplier)."
4       Are you familiar with OSY
5 Technologies S.àr.l?
6    A.    I am not.
7    Q.    Have you ever heard that name
8 before?
9    A.    I have heard the name.  I'm just not
10 familiar with anything about that.
11    Q.    In what context have you heard the
12 name?
13    A.    Just in -- in talking with somebody
14 at the -- yeah, I mean, I don't -- I just heard
15 the name before.  That's the extent of it.
16    Q.    Did you have an understanding as to
17 whether OSY was an affiliate of WestBridge?
18    A.    I don't know.
19    Q.    Did you know who owned WestBridge
20 when you were working there?
21    A.    I didn't.
22    Q.    You had no idea who owned the
23 company you were working for?
24    A.    No.  No, I didn't.
25    Q.    Did you have any understanding as to

Page 49

1 the corporate relationship between NSO and
2 WestBridge?
3    A.    I didn't know what the relationship
4 was.
5    Q.    Did you understand that there was a
6 corporate relationship between the two
7 companies?
8    A.    I understood that we --
9       MR. AKROTIRIANAKIS:  Objection,
10 vague.
11       You've got to pause for a second so
12 I can pose objections.
13       THE WITNESS:  Okay.
14       I understood that we resold
15 technologies, but that's the extent of the
16 relationship.
17 BY MR. PEREZ-MARQUES:
18    Q.    Were you aware of any corporate
19 affiliation between the two companies?
20    A.    Again, I was aware that we resold
21 the technologies.
22       But as far as a corporate
23 relationship, that was something I did not deal
24 with, so...
25    Q.    Okay.  For instance, did you have

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 122

1 the only indication of the installation."
2      Do you recall there being some blink
3 in connection with the installation of Pegasus
4 during the time you were demonstrating it?
5      A.   No, I don't.
6      Q.   At the top of the next page, it
7 says: "From this moment on, the target can't
8 hide from us.  We can track every move he
9 makes."
10      Do you see that sentence?
11      A.   I do.
12      Q.   And is that, based on your
13 experience, an accurate characterization of
14 Pegasus's capabilities?
15      A.   What do you -- I don't -- I don't
16 know what this author of the document is trying
17 to say.
18      "Every move he makes," I don't
19 understand what that is.
20      Q.   Okay.  Would you make any similar
21 points in the course of your demonstrations as
22 to the scope of information that Pegasus
23 afforded customers?
24      A.   I wouldn't make this declaration
25 here.

Page 123

1      Q.   I'm sorry?  You said you wouldn't?
2      A.   I would not.
3      Q.   Okay.  About a third of the page
4 down, it says: "Once the agent is installed,
5 information will be retrieved from the device."
6      Do you see that?
7      A.   I do.
8      Q.   And as part of the demonstrations
9 that you ran, you would similarly demonstrate
10 the ability to extract information from the
11 devices?
12      MR. AKROTIRIANAKIS:  Objection,
13 leading.
14      Q.   Is that right?
15      A.   Can you say that one more time.
16      Q.   Yeah.
17      As part of the demonstrations that
18 you ran, would you similarly demonstrate the
19 ability to extract information from the
20 devices?
21      MR. AKROTIRIANAKIS:  Objection,
22 vague.
23      THE WITNESS:  Yes.
24      Q.   Right.  I think you said earlier
25 that the test devices would have to be

Page 124

1 populated with fake data.  Is that right?
2      A.   Yeah, the test -- our test devices
3 had to be populated with fake data, yes.
4      Q.   And that was, fair to say, for the
5 purpose of demonstrating that that data could
6 be extracted with Pegasus?
7      A.   Yes.
8      Q.   And would you agree that the purpose
9 of Pegasus is to obtain information from the
10 target devices?
11      A.   Yes.
12      Q.   And that's what it does.  Correct?
13      A.   What do you mean by "data"?
14      Just like, do you have specific data
15 in mind.
16      Q.   Well, let's talk about that, because
17 the next couple pages go on about the different
18 types of information that can be obtained.
19      So for instance, on that same page
20 ending in 699, about a third of the page from
21 the bottom, it says: "You can obtain a list of
22 contacts."
23      Are you on the -- it ends in 699.
24      Are you on that page?
25      A.   Oh, sorry.

Page 125

1      MR. AKROTIRIANAKIS:  Sorry.  Where
2 are you reading from, Counsel?
3      MR. PEREZ-MARQUES:  So Page 699.
4      MR. AKROTIRIANAKIS:  Yeah, I'm
5 there.
6      MR. PEREZ-MARQUES:  A little --
7 maybe a quarter of the page from the bottom, or
8 maybe more like a third.
9 BY MR. PEREZ-MARQUES:
10      Q.   It says -- well, in the bold it
11 says: "Now, if you don't have any questions,
12 we can start going through the different types
13 of information the agent sent us."
14      Do you see that?
15      A.   Yes.
16      Q.   And do you need a break, Mr. Shaner?
17 I saw you look at your watch.
18      A.   No.  No.  I'm just fixing my cuff.
19      Q.   Okay.  And when you did
20 demonstrations, would you similarly demonstrate
21 the types of information that could be obtained
22 from -- through Pegasus?
23      A.   Can you say that one more time,
24 please.
25      Q.   When you did demonstrations, would

32 (Pages 122 - 125)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 190

1 did you use that phone?
2     A.   I can't recall.
3     Q.   Okay.  Do you know one way or
4 another whether you used it for zero-click
5 Android installation?
6     A.   Yeah, I don't know.
7     Q.   Okay.  Well, it says in your
8 message:  "I'm trying to install Eden."
9         So would that suggest that you were
10 trying to install Eden on this device with the
11 202 number?
12    A.   Yeah, that would suggest it, yeah.
13    Q.   This 202 number, if I just call it
14 "the 202 number," will that be clear to you?
15    A.   Yes.
16    Q.   Where was -- or rather, did you
17 purchase the device associated with that
18 number?
19    A.   I don't remember.
20    Q.   Do you know when or where it was
21 purchased?
22    A.   No, I don't remember that.
23    Q.   Okay.  Do you still have the device
24 associated with that 202 number?
25    A.   No.

Page 191

1         I don't have any device from my time
2 at WestBridge.
3     Q.   Okay.  Was a WhatsApp account
4 created for that phone?
5     A.   I don't know.
6     Q.   Okay.  If we go to -- let's go to
7 the next exhibit, which will be 2061.
8         (Exhibit 2061, WhatsApp chat dated
9 5/9/19, SHANER_WHATSAPP_00001483, marked for
10 identification.)
11    Q.   2061 is a single-page WhatsApp
12 exchange, SHANER_WHATSAPP_1483.
13        Do you recognize this Exhibit 2061?
14    A.   I do not.
15    Q.   And you see it's an exchange between
16 the 202 number we were just looking at and the
17 other recipient is the 614 number that I
18 believe you identified as your own.
19    A.   Yes.
20    Q.   And why were you having message
21 exchanges between the test devices and your
22 personal phone?
23        MR. AKROTIRIANAKIS:  Objection, no
24 foundation.
25        THE WITNESS:  When I test, I want to

Page 192

1 see if the messages go through, so I would use
2 my personal phone with the phone with the
3 software installed on it.
4 BY MR. PEREZ-MARQUES:
5     Q.   Okay.
6     A.   And that's what this is.
7     Q.   And when you say "the phone with the
8 software installed on it," what do you mean?
9     A.   With the Pegasus software installed
10 on it.
11    Q.   So to show that it can still send
12 messages after the Pegasus has been installed?
13        MR. AKROTIRIANAKIS:  Objection,
14 leading, assumes facts not in evidence, no
15 foundation.
16        THE WITNESS:  Yes.
17 BY MR. PEREZ-MARQUES:
18    Q.   And would you do that in the course
19 of a client demonstration?
20    A.   No, not typically.
21    Q.   Just as part of your testing, or for
22 what purpose would you do that?
23    A.   If I didn't have another phone with
24 me and I used my phone, that's where this would
25 come in (indicating).

Page 193

1     Q.   Okay.  Let's do 67A.
2         Let me show you what we'll mark as
3 Exhibit 2062.
4         (Exhibit 2062, WhatsApp chat dated
5 5/9/19, SHANER_WHATSAPP_00001484-1485, marked
6 for identification.)
7     Q.   And so this is a two-page WhatsApp
8 exchange for SHANER_WHATSAPP_1484 through 1485.
9         Do you recognize Exhibit 2062?
10    A.   (Reviewing document.)
11         No, I don't recognize this.
12    Q.   Okay.  And if you look at the -- do
13 you see the first message is a JPEG file?
14    A.   Yes.
15    Q.   And so I'm showing you what's been
16 marked as Exhibit 2063, which is Bates-stamped
17 SHANER_WHATSAPP_1486, which I'll represent to
18 you is the JPEG file that's included there.
19        (Exhibit 2063, JPEG file
20 Installation Status, SHANER_WHATSAPP_00001486,
21 marked for identification.)
22    Q.   And actually staying with 2062 for
23 one moment, you see that this is -- 2062 is an
24 exchange between you and NOC.  Is that right?
25    A.   It appears to be, yep.

49 (Pages 190 - 193)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 194

1    Q.    And the NOC is associated with a
2    number that begins 44?
3    A.    (Reviewing document.)
4         Yes.
5    Q.    And is that a UK number?
6         MR. AKROTIRIANAKIS:  Objection,
7    foundation.
8         THE WITNESS:  I don't know where
9    that country code is.
10   BY MR. PEREZ-MARQUES:
11   Q.    Okay.  And so let's look at 2063,
12   which is the screenshot.
13        What are we seeing here in
14   Exhibit 2063?
15        MR. AKROTIRIANAKIS:  Objection,
16   overbroad, vague.
17        THE WITNESS:  Do you have a specific
18   question?
19   BY MR. PEREZ-MARQUES:
20   Q.    Yeah.
21        What is this?
22   A.    This is the installation status
23   screen for Pegasus.
24   Q.    Okay.  Part of the Pegasus user
25   interface?

Page 195

1    A.    Yes.
2    Q.    Okay.  And it says Installation
3    Status.
4         And then you see below that the 202
5    number we were looking at before?
6    A.    Yes.
7    Q.    And the name Steve Grover.
8         Who is Steve Grover?
9    A.    Steve Grover is just a made up name,
10   yeah.
11   Q.    And was it your practice when you
12   were setting up test devices to set them up
13   with fake names?
14   A.    Yes.
15   Q.    If we look at -- let me show you
16   another exhibit.  This will be 2064.
17        (Exhibit 2064, Wireless Subscriber
18   Information, WA-NSO-00000127-131, marked for
19   identification.)
20   Q.    Which is multipage document
21   beginning on WA-NSO-127 through 131.
22        Do you recognize Exhibit 2064?
23   A.    (Reviewing document.)
24        No, I don't.
25   Q.    Do you see there's a -- the third

Page 196

1    box down is labelled User Information.
2         Do you see that on the first page?
3    A.    I do.
4    Q.    And then you see the MSISDN is that
5    202 number we were looking at?
6    A.    I do.
7    Q.    All right.  And at the top of this,
8    for Name it says:  "Prepaid Customer."
9         Do you see that at the very top of
10   the page under Financial Liable Party?
11   A.    I do.
12   Q.    All right.  And when you would
13   purchase test devices, did you do so on a
14   prepaid basis?
15        MR. AKROTIRIANAKIS:  Object to the
16   form of the question.
17        THE WITNESS:  We would buy phone
18   cards.  So prepaid, yeah.
19   BY MR. PEREZ-MARQUES:
20   Q.    Mm-hmm.
21   A.    Mm-hmm.
22   Q.    And so you would prepay for the
23   phone services?
24   A.    We'd buy monthly -- what do you mean
25   by "prepay"?  Like an account?

Page 197

1    Q.    Yes.
2    A.    Like a monthly account?
3    Q.    Well, would you have a monthly
4    account where you received a bill or would you
5    prepay in advance?
6    A.    In the beginning, we did -- we had
7    our own accounts or we had an account that the
8    company paid for.
9         And then we moved because we had to
10   buy multiple phones and have multiple SIM
11   cards.  And I would top it up, so it
12   wouldn't -- yeah, I would have to top it up
13   every month.
14   Q.    With prepaid cards?
15   A.    Yeah, prepaid cards, yeah.
16   Q.    And why did you have to have
17   multiple SIM cards?
18   A.    Yeah, different carriers.  They had
19   different carriers.  That was one of the
20   biggest things.
21        And then multiple phones, so...
22   Q.    The address that's reflected there
23   under Prepaid Customer, 7101 Democracy
24   Boulevard, Bethesda, Maryland, do you recognize
25   that address?

50 (Pages 194 - 197)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 198

1    A.   I don't.
2    Q.   Do you know where that is in
3  Bethesda?
4    A.   I do know roughly where that is in
5  Bethesda.
6    Q.   Okay.  But do you know whether
7  that's a place where you purchased phones, test
8  devices?
9    A.   I can't remember.
10    Q.   Where do you recall purchasing
11  devices for demonstration purposes?
12    A.   I don't recall exactly every place I
13  bought a phone.
14    Q.   Do you recall any places you bought
15  a phone?
16    A.   Online, cell phone store, Best Buy.
17       But outside of that, I can't
18  remember.
19    Q.   Do you know anything about marketing
20  efforts for NSO products in Brazil?
21    A.   No.
22    Q.   What about Peru?
23    A.   No.
24    Q.   Okay.  All right.
25       MR. PEREZ-MARQUES:  Why don't we

Page 199

1  take a break for lunch and then we can press
2  on.
3       THE VIDEOGRAPHER:  Going off the
4  record.  The time is 1320 p.m.
5       (Recess was taken from 1:20 p.m. to
6  2:11 p.m.)
7       THE VIDEOGRAPHER:  Going back on the
8  record.  The time is 1411 p.m.
9  BY MR. PEREZ-MARQUES:
10    Q.   Mr. Shaner, you understand you're
11  still under oath?
12    A.   Yes.
13    Q.   Let me show you what we've marked as
14  Exhibit 2065.
15    A.   Okay.
16       (Exhibit 2065, E-mail chain dated
17  6/6/16, WA-NSO-00100563, marked for
18  identification.)
19    Q.   Which is a one-page e-mail exchange
20  Bates-stamped WA-NSO-00100563.
21       Do you recognize Exhibit 2065?
22    A.   (Reviewing document.)
23       No.
24    Q.   These are e-mails you sent to a
25  Chris Haley.

Page 200

1       Do you recall who that is?
2    A.   I don't know Chris Haley, no.
3    Q.   Do you recall marketing NSO products
4  to agencies in California?
5    A.   I do, but not the specific ones.
6    Q.   Okay.  What do you recall about
7  marketing NSO products in California?
8    A.   I believe they were sheriffs'
9  offices.
10    Q.   Do you recall which ones?
11    A.   I don't.
12    Q.   Or when it was?
13    A.   Not exactly, no.  I don't remember,
14  no.
15    Q.   Let me show you what we'll mark as
16  Exhibit 2066.
17       (Exhibit 2066, Series of e-mails,
18  WA-NSO-00013354-13407, marked for
19  identification.)
20    Q.   Ready, Mr. Shaner?
21    A.   Oh, sorry.
22       Thank you.
23    Q.   Which is a multipage document
24  beginning on WA-NSO-13354 through 13407.
25       And I'd like to just direct your

Page 201

1  attention to the page -- these are a series of
2  e-mails that were just produced to us in this
3  way, so I'm marking it in the way it was
4  produced.
5       But I want to direct you to the page
6  ending 3389, if you could go there.
7    A.   (Complying.)
8    Q.   Actually, let me start you on 3407
9  if you don't mind.
10       And on Page 3407 there's an e-mail
11  from an Alejandro Vargas to you, is that
12  correct, josh@westbridge.com?  That's your
13  e-mail?
14    A.   That is my e-mail.
15    Q.   And it's dated May 4, 2016.
16  Correct?
17    A.   Yes.
18    Q.   With the subject Phantom Brochure
19  and WestBridge Meeting.
20       Do you see that?
21    A.   Yes.
22    Q.   And Mr. Vargas writes to you:
23  "Josh, I am Alex Vargas, Chief Downing's
24  adjutant.  I will be facilitating your
25  presentation here at LAPD."

51 (Pages 198 - 201)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 202

1    Then he continues after a sentence:
2    "What time were you thinking on Monday,
3    May 27th" and some additional scheduling notes.
4         Do you see that?
5    A.  I do.
6    Q.  Do you recall making a presentation
7    to the LAPD on NSO products?
8         MR. AKROTIRIANAKIS:  Object to the
9    form of the question.
10        THE WITNESS:  I do recall making a
11   presentation, or at least I was at a
12   presentation at LAPD.
13   BY MR. PEREZ-MARQUES:
14   Q.  Okay.  And demonstrating NSO's
15   products?
16        MR. AKROTIRIANAKIS:  Object to the
17   form of the question.
18        THE WITNESS:  I don't know if we
19   demonstrated any products outside of a
20   presentation.
21        I can't recall if we did or not.
22   BY MR. PEREZ-MARQUES:
23   Q.  Okay.  Let's have you take a look at
24   Page 3389 --
25   A.  (Complying.)

Page 203

1    Q.  -- which is an e-mail from Mark
2    Castillo to oren@westbridge.com with the
3    subject Product Demo on June 30th, 2016.
4         Do you see that?
5    A.  I do.
6    Q.  And he writes:  "Oren, I would like
7    to thank you again for the product demo you put
8    on for us at LAPD headquarters."
9         Does that refresh your recollection
10   at all as to doing a product demo for the LAPD?
11   A.  No, it doesn't.
12        I mean, if we did a product
13   demonstration, I don't remember us doing it.
14        I remember us being there.  But if
15   we did a product demo, I mean, this would show
16   it.
17   Q.  Right.  And you were there for the
18   purpose of trying to sell NSO's products to the
19   LAPD?
20        MR. AKROTIRIANAKIS:  Object to the
21   form of the question.  It's leading and assumes
22   facts not in evidence.
23        THE WITNESS:  We were there as
24   WestBridge trying to sell products, yeah, to
25   the LAPD.

Page 204

1    BY MR. PEREZ-MARQUES:
2    Q.  Sell NSO products.  Right?
3         MR. AKROTIRIANAKIS:  Object to the
4    form of the question.
5         THE WITNESS:  Yeah, they were NSO
6    designed products.
7    BY MR. PEREZ-MARQUES:
8    Q.  And NSO owned products.  Right?
9         MR. AKROTIRIANAKIS:  Object to the
10   form of the question.
11        THE WITNESS:  What do you mean by
12   "owned"?
13   BY MR. PEREZ-MARQUES:
14   Q.  NSO owned the software.  Right?
15   It wasn't owned by WestBridge, was
16   it?
17   A.  NSO, from what I understand, owns
18   the software.
19   Q.  Right.  And when you were marketing
20   NSO products in California, that was within
21   your responsibilities as a WestBridge employee?
22        MR. AKROTIRIANAKIS:  Object to the
23   form of the question.  It's leading.
24        THE WITNESS:  My responsibilities
25   were to demonstrate and market for WestBridge

Page 205

1    in the United States and Canada.
2    BY MR. PEREZ-MARQUES:
3    Q.  Including in California?
4         MR. AKROTIRIANAKIS:  Object to the
5    form of the question, leading.
6         THE WITNESS:  Well, California's
7    part of the United States, so yes.
8    BY MR. PEREZ-MARQUES:
9    Q.  Right.  And that's one of the places
10   where you did in fact engage in marketing
11   efforts of NSO products.  Right?
12        MR. AKROTIRIANAKIS:  Objection,
13   leading.
14        THE WITNESS:  Yes, we were there for
15   at least a presentation.
16   BY MR. PEREZ-MARQUES:
17   Q.  You can put that aside.
18   A.  (Complying.)
19   Q.  Do you recall engaging in marketing
20   efforts towards the San Diego Police
21   Department?
22   A.  Only from a -- only from a news
23   article I saw from a FOIA request that I sent
24   an e-mail.
25        But I never went to San Diego for

52 (Pages 202 - 205)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 206

1  anything.
2      Q.   What do you mean when you say only
3  from a news article you saw from a FOIA
4  request?
5      A.   Well, that was in the subpoena that
6  I got for this, that there was e-mails
7  apparently that I sent to someone at the
8  San Diego Police Department, and that's the
9  extent of it.
10      Q.   Okay.  So you sent to someone
11  e-mails in your capacity as a WestBridge
12  employee to someone at the San Diego Police
13  Department.  Is that right?
14      A.   Yes.
15      Q.   All right.  And you did so for the
16  purpose of marketing NSO products?
17          MR. AKROTIRIANAKIS:  Object to the
18  form of the question.
19          THE WITNESS:  I did so in the
20  confines of my job to market and sell, you
21  know, products that NSO has made, yes.
22  BY MR. PEREZ-MARQUES:
23      Q.   Right.  Okay.
24          And you recall you provided written
25  materials to the San Diego Police Department?

Page 207

1          MR. AKROTIRIANAKIS:  Objection,
2  leading.
3          THE WITNESS:  I don't recall if I
4  did or not.
5  BY MR. PEREZ-MARQUES:
6      Q.   All right.  Let's take a look at
7  what I'll mark as Exhibit 2067 --
8          (Exhibit 2067, E-mail chain dated
9  6/6/16, WA-NSO-00014779-791, marked for
10  identification.)
11      Q.   -- which is a multipage document
12  beginning on WA-NSO-00014779 through 14791.
13          And let me just direct your
14  attention.  If you go to 786, there's an e-mail
15  exchange that starts on that page between you
16  and Oren Kaplan and Daniel Meyer.
17          Do you see that?
18      A.   Yes, I do.
19      Q.   All right.  And if we look at the
20  following page, 787, you write:  "Sergeant
21  Meyer, great talking with you.  Attached is the
22  two pager that describes Phantom in a bit more
23  detail."
24          Do you see that?
25      A.   I do.

Page 208

1      Q.   And that reflects that you did in
2  fact provide written materials to the San Diego
3  Police Department on NSO products?
4          MR. AKROTIRIANAKIS:  Object to the
5  form of the question.  And also, it's leading.
6          THE WITNESS:  Can you ask me that
7  again.
8  BY MR. PEREZ-MARQUES:
9      Q.   Yeah.
10          That reflects that you did in fact
11  provide written materials to the San Diego
12  Police Department on NSO products, doesn't it?
13          MR. AKROTIRIANAKIS:  Object to the
14  form of the question and it's leading.
15          THE WITNESS:  I don't know if Daniel
16  Meyer is part of the San Diego Police
17  Department.
18          Where is that listed?
19  BY MR. PEREZ-MARQUES:
20      Q.   Well, his e-mail address is
21  redacted.
22          Do you recall a Daniel Meyer?
23      A.   I don't.
24      Q.   Or a Chief Guaderrama?
25      A.   Yeah, I don't.  I don't.

Page 209

1      Q.   If you look on Page 4780 --
2      A.   (Complying.)
3      Q.   -- there's an e-mail to you from
4  Albert Guaderrama on August 8, 2016, where he
5  writes:  "Josh, I forwarded your contact info
6  to Sergeant Dan Meyer, who reviews/handles all
7  products for the SDPD."
8          Do you see that?
9      A.   I do.
10      Q.   Right.  And "SDPD" would be the
11  San Diego Police Department.  Correct?
12          MR. AKROTIRIANAKIS:  Object to the
13  form of the question.
14          THE WITNESS:  I don't know.
15          I mean, "SDPD" could mean another
16  police department.  I'm not sure I could answer
17  that.
18  BY MR. PEREZ-MARQUES:
19      Q.   What other SDPD police departments
20  do you recall marketing to?
21      A.   I don't know.
22      Q.   Can you think of any?
23      A.   Not right now, no.
24      Q.   And but you do remember having
25  contact with the San Diego Police Department.

53 (Pages 206 - 209)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 210

1  Right?
2      A.   Only through the news article that
3  came out.
4      Q.   What do you mean when you say "only
5  through the news article that came out"?
6      A.   Because I knew it was something in
7  San Diego.
8          But I don't recall any names or
9  anything like that.
10     Q.   The article refreshed your
11 recollection that you marketed to San Diego.
12         Is that what you're trying to say?
13     A.   The article --
14         MR. AKROTIRIANAKIS:  Objection,
15 leading.
16         THE WITNESS:  The article was from
17 San Diego, so...
18 BY MR. PEREZ-MARQUES:
19     Q.   I'm not understanding what relevance
20 the article has.
21         What did you gather from the article
22 about your marketing towards San Diego Police
23 Department?
24     A.   That there was a FOIA request out of
25 San Diego.

Page 211

1          But yeah, I'm not sure -- I'm not
2  sure if it was with the San Diego Police
3  Department.
4      Q.   Other than LAPD and San Diego which
5  we've discussed, are there California agencies
6  that you recall marketing to?
7      A.   Yes.
8      Q.   Which ones?
9      A.   The San Francisco Police Department
10 and the San Bernardino County Sheriff's Office.
11     Q.   When did you market to the
12 San Francisco Police Department?
13     A.   I don't know the dates.
14     Q.   Sometime during your tenure at
15 WestBridge?
16     A.   Yes.
17     Q.   And you were marketing NSO products?
18         MR. AKROTIRIANAKIS:  Object to the
19 form of the question.
20         THE WITNESS:  Yeah, I was marketing
21 products that NSO made.
22 BY MR. PEREZ-MARQUES:
23     Q.   Right.  Do you recall whether it was
24 in 2018 or 2019?
25         MR. AKROTIRIANAKIS:  Object to the

Page 212

1  form of the question.
2          THE WITNESS:  I don't.  Yeah, I
3  don't.
4  BY MR. PEREZ-MARQUES:
5      Q.   Do you recall whether it was early
6  in your tenure or late in your tenure?
7      A.   For marketing to who?
8      Q.   San Francisco Police Department.
9      A.   I don't know the dates on it.
10         Yeah, I don't know whether it was
11 early or later.
12     Q.   What about San Bernardino?  Do you
13 recall when you marketed to them?
14     A.   I don't.
15     Q.   Do you recall how you came to select
16 San Francisco as an agency you would be
17 marketing to?
18         MR. AKROTIRIANAKIS:  Objection, no
19 foundation, assumes facts not in evidence.
20         THE WITNESS:  So I would reach out
21 to major police departments and sheriff offices
22 to see if they'd be interested.
23         And there was no rhyme or reason.
24 It wasn't because it was California or Idaho or
25 anything like that.  If a major police

Page 213

1  department had the money and they saw a use
2  case, I would reach out.
3  BY MR. PEREZ-MARQUES:
4      Q.   So you would -- like effectively a
5  cold call, you would reach out to them and sort
6  of offer a demonstration?
7      A.   Yes.
8      Q.   Okay.  And before doing that, did
9  you have to undergo any kind of process to
10 clear the particular prospective customer you
11 were going to be marketing to?
12     A.   Only talking it over with Oren
13 Kaplan or Terry.
14         But outside of that, no, I didn't
15 know or I didn't have any idea about that.
16     Q.   How did you come to market to
17 San Bernardino Sheriff's Office?
18     A.   I can't remember how we got a lead
19 to talk to them.
20         (Reporter clarification.)
21         THE WITNESS:  How we got the lead to
22 talk to them, how that lead came in for us to
23 meet and talk with them, I don't know.
24     Q.   Okay.  What about Los Angeles?  How
25 did you get the lead to talk to them?

54 (Pages 210 - 213)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 294

1 or a proof of concept of Pegasus/Phantom?
2     A.   I would bring a number of phones,
3 SIM cards, a laptop, power cables, HDMI cables,
4 a speaker.
5          That was pretty much -- that was
6 good enough for most of what we did.
7     Q.   And referring specifically to
8 demonstrations as opposed to proofs of concept,
9 okay, with respect to demonstrations, would you
10 always bring with you the target phone?
11    A.   Do you mean -- can you rephrase.
12         Like when you say "target phone,"
13 you mean our phones that we bought?
14    Q.   So when you would conduct a
15 demonstration as opposed to a proof of concept,
16 you sort of -- in your mind, you separate
17 between demonstrations and proof of concept and
18 demonstrations.  Right?
19    A.   Mm-hmm.
20    Q.   Okay.  So let's focus on
21 demonstrations only for the moment.
22    A.   Mm-hmm.
23    Q.   When you would conduct a
24 demonstration, you would have a phone that you
25 would demonstrate Pegasus or Phantom against.

Page 295

1 Right?
2     A.   We would have a series of phones
3 that we could use.
4     Q.   And with respect to demonstrations,
5 how did those phones comes to be in the room
6 where you were conducting the demonstration?
7     A.   I would bring them in a kit that I
8 had.
9     Q.   And was that true every single time
10 you conducted a demonstration?
11    A.   Yes.
12    Q.   Now, focusing on proofs of concept
13 as opposed to demonstrations for the moment.
14    A.   Mm-hmm.
15    Q.   How would it be that the phones
16 against which you were going to demonstrate
17 Pegasus/Phantom would come into the room if you
18 were going to conduct a proof of concept?
19    A.   The potential partner would let us
20 know what phones they wanted to demonstrate.
21         We would tell them, okay, they have
22 to be brand new in the wrapper, and the
23 potential client would bring them in.
24    Q.   Would they bring them in with the
25 understanding that you were going to leave with

Page 296

1 them?
2     A.   Yes.
3     Q.   And in every case, did you leave
4 with them?
5     A.   Every single case, yeah.
6     Q.   In the stack of documents before you
7 is an Exhibit 2063.  That is this one
8 (indicating).
9     A.   (Reviewing documents.)
10         Yep, I've got it.
11    Q.   Okay.  And this is a document that
12 says Installation Status at the top and it has
13 the name Steve Grover and the phone number
14 1 (202) 765-5322.
15         Do you see that?
16    A.   I do.
17    Q.   And do you recognize the phone
18 number (202) 765-5322?
19    A.   I do.
20    Q.   Do you know whose phone number that
21 was?
22    A.   That was the phone number on a SIM
23 card that we used for our demo devices.
24    Q.   And when you say "we," do you mean
25 WestBridge?

Page 297

1     A.   I mean WestBridge, yes.
2     Q.   Was that phone number and that SIM
3 card that it was assigned to, property of
4 WestBridge?
5     A.   Yes.
6     Q.   Is Steve Grover a real person?
7     A.   Steve Grover is a person I just made
8 up, yes, not real.
9     Q.   Okay.  So Steve Grover is the
10 profile that you used for this demonstration
11 phone?
12    A.   No.
13         So actually you could just type in a
14 random name in Pegasus.  So that name wasn't
15 attached to that SIM card.  That was just a
16 name I put in Pegasus for a demo or a test.
17    Q.   But the phone against which you were
18 demonstrating in this case would have been the
19 phone number that we see?
20    A.   Yes.
21    Q.   So in the demonstration that you
22 conducted -- well, did you conduct one
23 demonstration or more than one demonstration
24 using (202) 765-5322?
25    A.   I mean, I can't recall.

75 (Pages 294 - 297)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 298

1    It's more than one, I'm sure, but I
2  can't recall.
3    Q.  Was any data ever removed from that
4  phone without your consent?
5    A.  Can you resay that.
6    Q.  Yeah.
7    When you were operating Pegasus
8  against that phone number (202) 765-5322, were
9  you doing so knowing that you were removing
10  data from your own phone?
11    MR. PEREZ-MARQUES:  Object to the
12  form.
13    THE WITNESS:  Yes.
14    That number was -- yeah.  Yes, that
15  was always and only used to remove data from
16  the demo device itself.
17  BY MR. AKROTIRIANAKIS:
18    Q.  When you worked for WestBridge, did
19  you ever demonstrate vectors for Pegasus other
20  than covert Android?
21    A.  I did.
22    Q.  And is that trigger?
23    MR. PEREZ-MARQUES:  Object to the
24  form.
25    Q.  Did that include trigger Android?

Page 299

1    A.  Like a one -- are you talking about
2  one-click Android?
3    Q.  Sure.
4    Are you familiar with the
5  terminology "triggering"?
6    A.  I don't believe I am.
7    Q.  Are you familiar with the
8  terminology "one-click"?
9    A.  Yes.
10    Q.  And what's "one-click" as opposed to
11  "covert"?
12    MR. PEREZ-MARQUES:  Object to the
13  form.
14    THE WITNESS:  One-click, you have to
15  have someone click on the link on the device
16  and that would install the software on the
17  phone.
18    Covert, or zero-click, would
19  automatically install the software on the
20  device without the need of a click.
21  BY MR. AKROTIRIANAKIS:
22    Q.  Do you know whether there was a
23  covert vector for -- withdraw that.
24    Do you know whether there was a
25  covert vector for Pegasus for iOS before there

Page 300

1  was a covert vector for Pegasus for Android?
2    A.  Yeah, I believe the covert vector
3  for iOS came first before any sort of covert
4  vector for Android.
5    (Exhibit 1403, Installations,
6  SHANER_WHATSAPP_00001416, marked for
7  identification.)
8    Q.  This will be Exhibit 1403.  It's a
9  little bit hard to read.
10    But are you able to make out the --
11  in the fourth and fifth lines, there's a 202
12  number, and it looks like the name is Chris
13  McCloud?
14    A.  Yes.
15    Q.  This is -- is this a screen from the
16  user interface?
17    A.  Yes.
18    Q.  And is that Pegasus/Phantom?
19    A.  Yes.
20    Q.  Is -- who is Chris McCloud?  Is that
21  a real person?
22    A.  No, that's a name I made up.
23    Q.  For purposes of demonstrations?
24    A.  Yes.
25    Q.  What is the phone number that's --

Page 301

1  phone numbers that are associated to Chris
2  McCloud on this exhibit, Exhibit 1403?
3    A.  You want me to read them?
4    Q.  Well, I'll read them into the
5  record.
6    But I'm going to ask you whether
7  those were phones that were -- well, if you
8  know who owned those phone numbers.
9    So the first one is -- associated
10  with Chris McCloud is 1 (202) 695-4312.
11    Do you see that?
12    A.  Yes.
13    Q.  And who owned the phone number
14  1 (202) 695-4312?
15    A.  If it was in Pegasus, any 202 would
16  be a SIM card owned by WestBridge.
17    Q.  Okay.  And would the same be true of
18  the other number that we see, 1 (202) 713-0061?
19    A.  Yes.
20    Q.  And are those SIM cards or phone
21  numbers that you would use during your
22  demonstrations of --
23    A.  I don't recognize these phone
24  numbers.
25    But the 202 would be a WestBridge

76 (Pages 298 - 301)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 322

1  Do you stand by that testimony?
2  A.  Yeah, I mean, I --
3  MR. AKROTIRIANAKIS:  Objection,
4  compound, overbroad.
5  THE WITNESS:  Yeah, because I don't
6  know when it was created.
7  BY MR. PEREZ-MARQUES:
8  Q.  Okay.  And do you stand by that
9  testimony that you don't have an understanding
10  as to whether it was created shortly before you
11  joined?
12  MR. AKROTIRIANAKIS:  Objection,
13  vague.
14  THE WITNESS:  I was of the
15  understanding that it was created shortly
16  before I joined the company, yes.
17  BY MR. PEREZ-MARQUES:
18  Q.  And so when you told me earlier that
19  you couldn't recall that, you now do have a
20  recollection of that?
21  A.  I thought I said it was created a
22  year before I joined roughly.  I do feel like I
23  mentioned that.
24  Q.  I'd like to show you what your
25  counsel marked as Exhibit 1401.

Page 323

1  A.  Okay.
2  Q.  And you were pointed to the second
3  to last page here in 1401 --
4  A.  Yes.
5  Q.  -- which is, has a header from the
6  IRS.
7  Do you see that?
8  A.  Yes.
9  Q.  And have you seen this document
10  before today?
11  A.  I have seen this document, yes.
12  Q.  Okay.  In what context have you seen
13  it?
14  A.  In -- when I was given the document
15  from my attorney.
16  Q.  Today you were shown the document by
17  your counsel?
18  A.  Yes.
19  Q.  Did you ever see it during your time
20  at WestBridge?
21  A.  I don't know if I saw this document.
22  But I definitely had to know what
23  the employer identification number was.
24  Q.  Okay.  But the document on which you
25  were questioned by your counsel, the second to

Page 324

1  last page of 1401, that's not a document you
2  ever recall seeing during your time at
3  WestBridge?
4  A.  I don't recall seeing this document,
5  no.
6  Q.  I want to make sure we have a clear
7  record on the question of who was the president
8  of WestBridge and when.
9  And I think you testified that
10  DiVittorio was the only president during your
11  tenure at WestBridge.  Is that correct?
12  A.  That's what I recall.
13  Q.  And was he president throughout your
14  tenure at WestBridge?
15  A.  No, only when he joined.
16  Q.  Okay.  And when did he join to the
17  best of your recollection?
18  A.  Sometime in -- I can't guess.
19  To the best of my recollection,
20  sometime in 2017, I believe.
21  Q.  Okay.  You were asked some questions
22  by your counsel about Exhibit 2049, which was
23  an intercompany distribution agreement that I
24  had marked during your examination.
25  Do you recall that generally?

Page 325

1  A.  Yes.
2  Q.  I asked you during your examination
3  this morning:  "Did WestBridge have a
4  distribution agreement with NSO to your
5  knowledge?"
6  You answered:  "I don't know."
7  I asked you:  "You've never seen
8  such an agreement?"
9  And you said:  "No."
10  Do you stand by that testimony?
11  A.  Yes, I have never seen this document
12  until this -- until today actually.
13  Q.  Okay.  When it was given to you by
14  your counsel?
15  A.  When it was given to me by you.
16  Q.  And the version that was marked by
17  your counsel, which is Exhibit 1402 --
18  A.  Yes.
19  Q.  -- had you ever seen that document
20  before today?
21  A.  No.
22  Q.  So not a document you're familiar
23  with?
24  A.  No.
25  Q.  When you created -- you were asked

82 (Pages 322 - 325)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 326

1  some questions about the name Steve Grover and
2  the number it was associated with in the
3  Pegasus user interface.
4       Do you recall that?
5       A.   When I was asked questions about it?
6       Q.   Yeah, just now by your counsel you
7  were asked some questions.
8       A.   Yeah, I do recall that, yes.
9       Q.   When you created a WhatsApp account
10 for that 202 test phone number, did you include
11 a name with the account?
12      A.   I can't recall.
13      But if that's required, then I had
14 to have if I created the WhatsApp account.
15      Q.   You would have followed the required
16 steps?
17      A.   To create a name if I had to?  Yeah.
18      Q.   And any other required steps to
19 create a WhatsApp account you would have
20 followed?
21      MR. AKROTIRIANAKIS:  Objection,
22 vague.
23      THE WITNESS:  To create an account,
24 I would have followed the steps to create an
25 account.

Page 327

1  BY MR. PEREZ-MARQUES:
2       Q.   Including accepting the terms and
3  conditions for WhatsApp?
4       MR. AKROTIRIANAKIS:  Objection,
5  calls for a legal conclusion.  Also, no
6  foundation.
7       THE WITNESS:  If that was part of
8  the steps to create an account, to sign off on
9  the terms and conditions, then yes.
10 BY MR. PEREZ-MARQUES:
11      Q.   I asked you during my examination --
12 this is Page 132, Line 3:  "Did you have an
13 understanding during your time at WestBridge as
14 to whether there were competitors out there
15 marketing similar products?"
16      You answered:  "No."
17      I asked you:  "No understanding one
18 way or the other?"
19      And you answered:  "I didn't
20 remember hearing anything about competitors
21 doing similar things."
22      Do you stand by that testimony?
23      A.   I do.
24      Q.   And Cellebrite, which you testified
25 about in response to your counsel's

Page 328

1  questioning, you don't regard them as doing
2  similar things?
3       A.   No, not at all.  Completely
4  different.
5       Q.   Why completely different?
6       A.   Remote versus plugged in.  It's
7  completely different.
8       Q.   And from your perspective, is one of
9  the two options advantageous for the customers'
10 perspective?
11      MR. AKROTIRIANAKIS:  Objection,
12 vague, no foundation.
13      THE WITNESS:  I guess it depends on
14 the customer and what their requirements are
15 and what they're looking for.
16      I can see it going both ways.
17 BY MR. PEREZ-MARQUES:
18      Q.   I asked you this morning -- this is
19 Page 81, Line 15:  "When you were doing a
20 demonstration of Pegasus, the installation
21 worked the same as if Pegasus were being
22 deployed by a customer.  Is that right?"
23      You answered:  "I had no visibility
24 into our customers, so I can't answer that."
25      Do you stand by that testimony?

Page 329

1       A.   I had no visibility into the way our
2  customers -- or I'm sorry -- the way Pegasus in
3  any way was deployed from our customers.
4       So if I --
5       (Simultaneous crosstalk.)
6       Q.   Go ahead if you weren't finished.
7       A.   No, I guess if I can clarify it that
8  way, yeah, I had no visibility into that.
9       Q.   Okay.  And so as to the extent to
10 which a customer's version of Pegasus was the
11 same or different to what you were
12 demonstrating in the US, you can't speak to
13 that.  Is that right?
14      A.   That's true, because I have not seen
15 an operational Pegasus system.
16      Q.   You talked about a marketing license
17 that may have existed to market in the United
18 States.
19      Do you recall that generally?
20      A.   I do.
21      Q.   WestBridge wasn't involved in
22 obtaining such a license, were they?
23      A.   I don't know.
24      Q.   You testified earlier about some
25 instances in which you demonstrated Pegasus

83 (Pages 326 - 329)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 334

```
 1        THE REPORTER:  Do you need a copy at
 2  all?
 3        MR. AKROTIRIANAKIS:  I guess, yeah.
 4        Can my secretary give you our order?
 5  We have like a standard.  I just don't know.
 6        THE REPORTER:  Yeah, I'll e-mail.
 7        THE VIDEOGRAPHER:  Thank you.  We
 8  are off the record at 1745 p.m. Eastern.
 9        This concludes today's testimony
10  given by Josh Shaner.  The total number of
11  media units used is nine and will be retained
12  by Veritext.
13        (Deposition adjourned at 5:45 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 335

```
 1  District of Columbia, to wit:
 2        I, Stacey L. Daywalt, a Notary
 3  Public of the District of Columbia, do hereby
 4  certify that the within-named witness remotely
 5  appeared before me at the time and place herein
 6  set out, and after having been duly sworn by
 7  me, according to law, was examined by Counsel.
 8        I further certify that the
 9  examination was recorded stenographically by me
10  and this transcript is a true record of the
11  proceedings.
12        I further certify that I am not of
13  counsel to any of the parties, nor an employee
14  of counsel, nor related to any of the parties,
15  nor in any way interested in the outcome of
16  this action.
17        As witness my hand and Notarial Seal
18  this 18th day of September, 2024.
19
20
21
22  Stacey L. Daywalt, Notary Public
23  My Commission Expires:   4/14/2026
24
25
```

Page 336

```
 1  JOSEPH N. AKROTIRIANAKIS, ESQ.
 2  jakro@kslaw.com
 3            September 25, 2024
 4  RE: WHATSAPP INC., et al. vs.
        NSO GROUP TECHNOLOGIES LTD. et al.
 5  9/17/2024, Joshua Shaner (#6891978)
 6    The above-referenced transcript is available for
 7  review.
 8    Within the applicable timeframe, the witness should
 9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-ny@veritext.com.
16    Return completed errata within 30 days from
17  receipt of testimony.
18    If the witness fails to do so within the time
19  allotted, the transcript may be used as if signed.
20
21
22        Yours,
23        Veritext Legal Solutions
24
25
```

Page 337

```
 1  WHATSAPP INC., et al. vs.
        NSO GROUP TECHNOLOGIES LTD. et al.
 2  9/17/2024 - Joshua Shaner (#6891978)
 3        E R R A T A   S H E E T
 4  PAGE_____ LINE_____ CHANGE_____
 5  _____
 6  REASON_____
 7  PAGE_____ LINE_____ CHANGE_____
 8  _____
 9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Joshua Shaner              Date
25
```

85 (Pages 334 - 337)

# EXHIBIT 18

to Declaration of Micah G. Block in Support of
Plaintiffs' Motion for Partial Summary Judgment

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6103743987 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | NL | | | 1 |
| | 6108289999 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6334562024 | attacker | attacker | 5/9/2019 | 4/3/2019 | purge | 6/8/2019 | NL | | | 1 |
| | 6205347333 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6151092881 | attacker | attacker | 5/6/2019 | 2/27/2019 | purge | 7/7/2019 | SE | | | 1 |
| | 6108210128 | attacker | attacker | 4/30/2019 | 2/19/2019 | purge | 7/1/2019 | SE | | | 1 |
| | 6149450483 | attacker | attacker | 5/8/2019 | 2/27/2019 | purge | 7/9/2019 | NL | | | 1 |
| | 6050032579 | attacker | attacker | 5/5/2019 | 2/8/2019 | purge | 7/6/2019 | NL | | | 1 |
| | 6500203792 | attacker | attacker | 5/12/2019 | 5/5/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 5744876452 | attacker | attacker | 5/2/2019 | 12/13/2018 | purge | 7/3/2019 | IL | | | 1 |
| | 6153549116 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6499248604 | attacker | attacker | 5/6/2019 | 5/5/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6022847519 | attacker | attacker | 5/12/2019 | 2/3/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 6155579743 | attacker | attacker | 5/4/2019 | 2/28/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6102570691 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | SE | | | 1 |
| | 6357577570 | NSO | NSO Group | 5/2/2019 | 4/8/2019 | purge | 7/9/2019 | IL | ["2019-04-23","2019-04-15"] | ["IN -> IL","IL -> IN"] | 2 |
| | 6105974611 | attacker | attacker | 5/7/2019 | 2/18/2019 | purge | 6/6/2019 | NL | | | 1 |
| | 6106812082 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6478849795 | attacker | attacker | 5/2/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6005916338 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 5732503229 | attacker | attacker | 5/6/2019 | 12/10/2018 | purge | 7/7/2019 | SE | | | 1 |
| | 6146761662 | attacker | attacker | 5/6/2019 | 2/26/2019 | purge | 7/7/2019 | SE | | | 1 |
| | 5663498053 | NSO | NSO Group | 2/11/2019 | 11/27/2018 | purge | 4/20/2019 | IL | | | 1 |
| | 6002339476 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 6258373447 | attacker | attacker | 5/2/2019 | 3/20/2019 | purge | 7/3/2019 | NL | | | 1 |
| | 6500404661 | attacker | attacker | 5/5/2019 | 5/5/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6024496487 | attacker | attacker | 5/12/2019 | 2/3/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 6109448239 | attacker | attacker | 5/7/2019 | 2/19/2019 | purge | 7/8/2019 | SE | | | 1 |
| | 6206331649 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6002816412 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 6216603413 | attacker | attacker | 5/3/2019 | 3/12/2019 | purge | 6/3/2019 | SE | | | 1 |
| | 6504044703 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6099324154 | attacker | attacker | 5/8/2019 | 2/17/2019 | purge | 7/9/2019 | NL | | | 1 |
| | 6207724985 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6218708984 | attacker | attacker | 5/3/2019 | 3/12/2019 | purge | 6/3/2019 | CY | | | 1 |
| | 6218150132 | attacker | attacker | 5/4/2019 | 3/12/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6301207753 | attacker | attacker | 4/30/2019 | 3/28/2019 | purge | 7/1/2019 | CY | | | 1 |
| | 6109953296 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6472543390 | attacker | attacker | 5/2/2019 | 4/30/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6394764087 | attacker | attacker | 5/5/2019 | 4/15/2019 | purge | 7/7/2019 | CY | | | 1 |
| | 6152974278 | attacker | attacker | 5/3/2019 | 2/28/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6153573186 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6108203369 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/6/2019 | NL | | | 1 |
| | 6061647976 | NSO | NSO Group | 5/2/2019 | 2/10/2019 | purge | 7/9/2019 | IL | ["2019-04-18","2019-03-17","2019-03-27","2019-04-14","2019-04-08","2019-03-31"] | ["IN -> IL","IL -> ID","ID -> IL","IL -> IN","SG -> IL","IL -> SG"] | 6 |

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6476845603 | attacker | attacker | 5/2/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6071275998 | attacker | attacker | 5/4/2019 | 2/12/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6506415140 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6205049002 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6504646455 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6513224559 | attacker | attacker | 5/8/2019 | 5/8/2019 | purge | 6/7/2019 | CY | | | 1 |
| | 6156905113 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6208790002 | attacker | attacker | 5/4/2019 | 3/10/2019 | purge | 6/3/2019 | SE | | | 1 |
| | 6104008493 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | SE | | | 1 |
| | 6477477878 | attacker | attacker | 5/1/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6120017825 | attacker | attacker | 5/6/2019 | 2/21/2019 | purge | 6/5/2019 | SE | | | 1 |
| | 6299619093 | attacker | attacker | 4/30/2019 | 3/28/2019 | purge | 7/1/2019 | CY | | | 1 |
| | 6156837889 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6392792360 | attacker | attacker | 5/5/2019 | 4/15/2019 | purge | 7/7/2019 | CY | | | 1 |

# EXHIBIT 19

to Declaration of Micah G. Block in Support of
Plaintiffs' Motion for Partial Summary Judgment

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192176

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6105444136 | attacker | attacker | 5/12/2019 | 2/18/2019 | | | SE | | | 1 |
| | 6243581667 | attacker | attacker | 5/4/2019 | 3/17/2019 | natural | 5/4/2019 | ID | | | 1 |
| | 6029451264 | attacker | attacker | 5/12/2019 | 2/4/2019 | | | SE | | | 1 |
| | 6076902872 | attacker | attacker | 5/10/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6103743987 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | NL | | | 1 |
| | 6108289999 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6028162683 | attacker | attacker | 5/10/2019 | 2/4/2019 | | | NL | | | 1 |
| | 6334562024 | attacker | attacker | 5/9/2019 | 4/3/2019 | purge | 6/8/2019 | NL | | | 1 |
| | 6501096241 | attacker | attacker | 5/12/2019 | 5/5/2019 | | | CY | | | 1 |
| | 6368836156 | attacker | attacker | 5/12/2019 | 4/10/2019 | | | CY | | | 1 |
| | 6004453026 | attacker | attacker | 5/12/2019 | 1/30/2019 | | | SE | | | 1 |
| | 6469249783 | attacker | attacker | 5/12/2019 | 4/29/2019 | | | CY | | | 1 |
| | 6152786953 | attacker | attacker | 5/12/2019 | 2/28/2019 | | | NL | | | 1 |
| | 6205347333 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6503225476 | attacker | attacker | 5/12/2019 | 5/6/2019 | | | ID | | | 1 |
| | 6078718634 | attacker | attacker | 5/12/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6151092881 | attacker | attacker | 5/6/2019 | 2/27/2019 | purge | 7/7/2019 | SE | | | 1 |
| | 6098770247 | attacker | attacker | 5/10/2019 | 2/17/2019 | | | SE | | | 1 |
| | 6325260330 | attacker | attacker | 5/11/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6032145169 | attacker | attacker | 5/12/2019 | 2/4/2019 | | | SE | | | 1 |
| | 6262392959 | attacker | attacker | 5/12/2019 | 3/20/2019 | | | SE | | | 1 |
| | 6082128641 | attacker | attacker | 5/10/2019 | 2/14/2019 | | | SE | | | 1 |
| | 6108210128 | attacker | attacker | 4/30/2019 | 2/19/2019 | purge | 7/1/2019 | SE | | | 1 |
| | 6208986194 | attacker | attacker | 5/12/2019 | 3/10/2019 | | | SE | | | 1 |
| | 6212034284 | attacker | attacker | 5/10/2019 | 3/11/2019 | | | SE | | | 1 |
| | 6149450483 | attacker | attacker | 5/8/2019 | 2/27/2019 | purge | 7/9/2019 | NL | | | 1 |
| | 6267490104 | attacker | attacker | 5/12/2019 | 3/21/2019 | | | SE | | | 1 |
| | 6050032579 | attacker | attacker | 5/5/2019 | 2/8/2019 | purge | 7/6/2019 | NL | | | 1 |
| | 6179538473 | attacker | attacker | 7/3/2019 | 3/5/2019 | | | US | | | 1 |
| | 6143676951 | attacker | attacker | 5/12/2019 | 2/26/2019 | | | NL | | | 1 |
| | 6500203792 | attacker | attacker | 5/12/2019 | 5/5/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 6467895549 | attacker | attacker | 5/12/2019 | 4/29/2019 | | | CY | | | 1 |
| | 5744876452 | attacker | attacker | 5/2/2019 | 12/13/2018 | purge | 7/3/2019 | IL | | | 1 |
| | 6153549116 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6499248604 | attacker | attacker | 5/6/2019 | 5/5/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6121335644 | attacker | attacker | 5/12/2019 | 2/21/2019 | | | SE | | | 1 |
| | 6355080920 | attacker | attacker | 5/11/2019 | 4/7/2019 | | | CY | | | 1 |
| | 6022847519 | attacker | attacker | 5/12/2019 | 2/3/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 6256086398 | attacker | attacker | 5/12/2019 | 3/19/2019 | | | SE | | | 1 |
| | 6113150304 | attacker | attacker | 5/9/2019 | 2/20/2019 | | | NL | | | 1 |
| | 6032563548 | attacker | attacker | 5/10/2019 | 2/4/2019 | | | NL | | | 1 |
| | 6154923185 | attacker | attacker | 5/13/2019 | 2/28/2019 | | | SE | | | 1 |
| | 5509702620 | attacker | attacker | 5/24/2019 | 10/29/2018 | | | US | | | 1 |
| | 6155579743 | attacker | attacker | 5/4/2019 | 2/28/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6077635271 | attacker | attacker | 5/11/2019 | 2/13/2019 | | | NL | | | 1 |
| | 6102570691 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | SE | | | 1 |
| | 6259834569 | attacker | attacker | 5/11/2019 | 3/20/2019 | | | SE | | | 1 |
| | 6247183445 | attacker | attacker | 5/12/2019 | 3/18/2019 | | | SE | | | 1 |
| | 6210905678 | attacker | attacker | 5/10/2019 | 3/11/2019 | | | SE | | | 1 |
| | 6105974611 | attacker | attacker | 5/7/2019 | 2/18/2019 | purge | 6/6/2019 | NL | | | 1 |

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5738969028 | attacker | attacker | 5/13/2019 | 12/12/2018 | | | AT | | | 1 |
| | 6106812082 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6367649888 | attacker | attacker | 5/12/2019 | 4/10/2019 | | | NL | | | 1 |
| | 6103780102 | attacker | attacker | 5/9/2019 | 2/18/2019 | | | SE | | | 1 |
| | 6478849795 | attacker | attacker | 5/2/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6005916338 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 6114856199 | attacker | attacker | 5/11/2019 | 2/20/2019 | | | SE | | | 1 |
| | 6051518815 | attacker | attacker | 5/12/2019 | 2/8/2019 | | | NL | | | 1 |
| | 6076081163 | attacker | attacker | 5/10/2019 | 2/13/2019 | | | NL | | | 1 |
| | 5732503229 | attacker | attacker | 5/6/2019 | 12/10/2018 | purge | 7/7/2019 | SE | | | 1 |
| | 6077823677 | attacker | attacker | 5/12/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6146761662 | attacker | attacker | 5/6/2019 | 2/26/2019 | purge | 7/7/2019 | SE | | | 1 |
| | 6050401515 | attacker | attacker | 5/12/2019 | 2/8/2019 | | | NL | | | 1 |
| | 6040981076 | attacker | attacker | 5/10/2019 | 2/6/2019 | | | NL | | | 1 |
| | 6047995313 | attacker | attacker | 5/10/2019 | 2/7/2019 | | | NL | | | 1 |
| | 6081075313 | attacker | attacker | 5/12/2019 | 2/14/2019 | | | SE | | | 1 |
| | 6259442613 | attacker | attacker | 5/10/2019 | 3/20/2019 | | | NL | | | 1 |
| | 6002339476 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 6076252847 | attacker | attacker | 5/12/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6258373447 | attacker | attacker | 5/2/2019 | 3/20/2019 | purge | 7/3/2019 | NL | | | 1 |
| | 6032654071 | attacker | attacker | 5/9/2019 | 2/4/2019 | | | CY | | | 1 |
| | 6500404661 | attacker | attacker | 5/5/2019 | 5/5/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6070521361 | attacker | attacker | 5/12/2019 | 2/12/2019 | | | NL | | | 1 |
| | 6024496487 | attacker | attacker | 5/12/2019 | 2/3/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 6109448239 | attacker | attacker | 5/7/2019 | 2/19/2019 | purge | 7/8/2019 | SE | | | 1 |
| | 6100061526 | attacker | attacker | 5/12/2019 | 2/17/2019 | | | SE | | | 1 |
| | 6247061970 | attacker | attacker | 5/12/2019 | 3/18/2019 | | | SE | | | 1 |
| | 6078252728 | attacker | attacker | 5/10/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6120394832 | attacker | attacker | 5/12/2019 | 2/21/2019 | | | SE | | | 1 |
| | 6105563586 | attacker | attacker | 5/12/2019 | 2/18/2019 | | | SE | | | 1 |
| | 6206331649 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6337444467 | attacker | attacker | 5/9/2019 | 4/4/2019 | | | NL | | | 1 |
| | 6143553766 | attacker | attacker | 5/12/2019 | 2/26/2019 | | | SE | | | 1 |
| | 6002816412 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 6216603413 | attacker | attacker | 5/3/2019 | 3/12/2019 | purge | 6/3/2019 | SE | | | 1 |
| | 6114552550 | attacker | attacker | 5/12/2019 | 2/20/2019 | | | SE | | | 1 |
| | 6050764839 | attacker | attacker | 5/11/2019 | 2/8/2019 | | | NL | | | 1 |
| | 6329156411 | attacker | attacker | 5/12/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6504044703 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6187021912 | attacker | attacker | 7/9/2019 | 3/6/2019 | | | US | | | 1 |
| | 6099324154 | attacker | attacker | 5/8/2019 | 2/17/2019 | purge | 7/9/2019 | NL | | | 1 |
| | 6207724985 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6218708984 | attacker | attacker | 5/3/2019 | 3/12/2019 | purge | 6/3/2019 | CY | | | 1 |
| | 6101002346 | attacker | attacker | 5/12/2019 | 2/17/2019 | | | SE | | | 1 |
| | 6256288700 | attacker | attacker | 5/9/2019 | 3/19/2019 | | | SE | | | 1 |
| | 6216568907 | attacker | attacker | 5/12/2019 | 3/12/2019 | | | SE | | | 1 |
| | 6109548904 | attacker | attacker | 5/12/2019 | 2/19/2019 | | | SE | | | 1 |
| | 6082767014 | attacker | attacker | 5/10/2019 | 2/14/2019 | | | SE | | | 1 |
| | 6218150132 | attacker | attacker | 5/4/2019 | 3/12/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6301207753 | attacker | attacker | 4/30/2019 | 3/28/2019 | purge | 7/1/2019 | CY | | | 1 |

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|--------|-------|---------|--------------|-------------|--------------|-----------------|---------------|-----------------|----------------|-----------|--------------|
| | 6174391968 | attacker | attacker | 5/12/2019 | 3/4/2019 | | | ZA | | | 1 |
| | 6109953296 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6329749998 | attacker | attacker | 5/12/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6108486367 | attacker | attacker | 5/7/2019 | 2/19/2019 | | | CY | | | 1 |
| | 6121451178 | attacker | attacker | 5/9/2019 | 2/21/2019 | | | SE | | | 1 |
| | 6242775066 | attacker | attacker | 5/12/2019 | 3/17/2019 | | | ID | | | 1 |
| | 6085286680 | attacker | attacker | 5/11/2019 | 2/14/2019 | | | NL | | | 1 |
| | 6148701473 | attacker | attacker | 5/12/2019 | 2/27/2019 | | | SE | | | 1 |
| | 6053747406 | attacker | attacker | 5/10/2019 | 2/8/2019 | | | NL | | | 1 |
| | 5893135494 | attacker | attacker | 5/8/2019 | 1/9/2019 | | | CY | | | 1 |
| | 6472543390 | attacker | attacker | 5/2/2019 | 4/30/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6105623221 | attacker | attacker | 5/12/2019 | 2/18/2019 | | | SE | | | 1 |
| | 6394764087 | attacker | attacker | 5/5/2019 | 4/15/2019 | purge | 7/7/2019 | CY | | | 1 |
| | 6152974278 | attacker | attacker | 5/3/2019 | 2/28/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6353188228 | attacker | attacker | 5/12/2019 | 4/7/2019 | | | CY | | | 1 |
| | 5974715003 | attacker | attacker | 5/12/2019 | 1/24/2019 | | | NL | | | 1 |
| | 6096293436 | attacker | attacker | 5/12/2019 | 2/17/2019 | | | SE | | | 1 |
| | 6153573186 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6111174567 | attacker | attacker | 5/11/2019 | 2/19/2019 | | | NL | | | 1 |
| | 6371123810 | attacker | attacker | 5/9/2019 | 4/10/2019 | | | CY | | | 1 |
| | 6261706711 | attacker | attacker | 5/11/2019 | 3/20/2019 | | | SE | | | 1 |
| | 6326040444 | attacker | attacker | 5/11/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6328452740 | attacker | attacker | 5/11/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6368267588 | attacker | attacker | 5/10/2019 | 4/10/2019 | | | CY | | | 1 |
| | 6108203369 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/6/2019 | NL | | | 1 |
| | 6476845603 | attacker | attacker | 5/2/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6500911096 | attacker | attacker | 5/12/2019 | 5/5/2019 | | | CY | | | 1 |
| | 6029574962 | attacker | attacker | 5/10/2019 | 2/4/2019 | | | NL | | | 1 |
| | 6071275998 | attacker | attacker | 5/4/2019 | 2/12/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6369100390 | attacker | attacker | 5/10/2019 | 4/10/2019 | | | CY | | | 1 |
| | 6506415140 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6466873266 | attacker | attacker | 5/11/2019 | 4/29/2019 | | | CY | | | 1 |
| | 6079841064 | attacker | attacker | 5/11/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6205049002 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6080011461 | attacker | attacker | 5/12/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6504646455 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6252258794 | attacker | attacker | 5/9/2019 | 3/19/2019 | | | SE | | | 1 |
| | 6513224559 | attacker | attacker | 5/8/2019 | 5/8/2019 | purge | 6/7/2019 | CY | | | 1 |
| | 6255422384 | attacker | attacker | 5/9/2019 | 3/19/2019 | | | SE | | | 1 |
| | 6475586409 | attacker | attacker | 5/10/2019 | 4/30/2019 | | | CY | | | 1 |
| | 6156905113 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6338832036 | attacker | attacker | 5/9/2019 | 4/4/2019 | | | NL | | | 1 |
| | 6208790002 | attacker | attacker | 5/4/2019 | 3/10/2019 | purge | 6/3/2019 | SE | | | 1 |
| | 6400224506 | attacker | attacker | 5/12/2019 | 4/16/2019 | | | SE | | | 1 |
| | 6104008493 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | SE | | | 1 |
| | 6114418429 | attacker | attacker | 5/10/2019 | 2/20/2019 | | | NL | | | 1 |
| | 6153215353 | attacker | attacker | 5/10/2019 | 2/28/2019 | | | NL | | | 1 |
| | 6261959812 | attacker | attacker | 5/11/2019 | 3/20/2019 | | | SE | | | 1 |
| | 5738500677 | attacker | attacker | 5/9/2019 | 12/12/2018 | | | AT | | | 1 |
| | 6477477878 | attacker | attacker | 5/1/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6120017825 | attacker | attacker | 5/6/2019 | 2/21/2019 | purge | 6/5/2019 | SE | | | 1 |
| | 6032594369 | attacker | attacker | 5/9/2019 | 2/4/2019 | | | CY | | | 1 |
| | 6248385121 | attacker | attacker | 5/10/2019 | 3/18/2019 | | | SE | | | 1 |
| | 6101712833 | attacker | attacker | 5/12/2019 | 2/18/2019 | | | SE | | | 1 |
| | 6052236642 | attacker | attacker | 5/11/2019 | 2/8/2019 | | | NL | | | 1 |
| | 6299619093 | attacker | attacker | 4/30/2019 | 3/28/2019 | purge | 7/1/2019 | CY | | | 1 |
| | 6150781378 | attacker | attacker | 5/12/2019 | 2/27/2019 | | | NL | | | 1 |
| | 6147574643 | attacker | attacker | 5/9/2019 | 2/27/2019 | | | CY | | | 1 |
| | 6249134404 | attacker | attacker | 5/12/2019 | 3/18/2019 | | | ID | | | 1 |
| | 6080922666 | attacker | attacker | 5/12/2019 | 2/14/2019 | | | NL | | | 1 |
| | 6244335608 | attacker | attacker | 5/12/2019 | 3/17/2019 | | | ID | | | 1 |
| | 6474340973 | attacker | attacker | 5/10/2019 | 4/30/2019 | | | CY | | | 1 |
| | 6467887309 | attacker | attacker | 5/10/2019 | 4/29/2019 | | | CY | | | 1 |
| | 6156837889 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6116352919 | attacker | attacker | 5/12/2019 | 2/20/2019 | | | SE | | | 1 |
| | 6204999327 | attacker | attacker | 5/11/2019 | 3/10/2019 | | | SE | | | 1 |
| | 5737158373 | attacker | attacker | 5/8/2019 | 12/11/2018 | | | NL | | | 1 |
| | 6328577949 | attacker | attacker | 5/10/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6151201631 | attacker | attacker | 5/12/2019 | 2/27/2019 | | | NL | | | 1 |
| | 6392792360 | attacker | attacker | 5/5/2019 | 4/15/2019 | purge | 7/7/2019 | CY | | | 1 |

# EXHIBIT 26

to Declaration of Micah G. Block in Support of
Plaintiffs' Motion for Partial Summary Judgment

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| WHATSAPP INC. and METApLATFORMS, INC., | ) ) ) ) | |

WHATSAPP INC. and
META PLATFORMS, INC.,

    Plaintiffs,

v.

NSO GROUP TECHNOLOGIES
LIMITED and Q CYBER
TECHNOLOGIES LIMITED,

    Defendants.

Case No. 19-cv-07123-PJH

---

## SUPPLEMENTAL EXPERT REPORT OF DANA TREXLER, CPA/CFF

September 21, 2024

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

---

**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**                              Page 1

## I.   INTRODUCTION

1.    On October 29, 2019, WhatsApp Inc. ("WhatsApp") and Meta Platforms, Inc. ("Meta")[1] (collectively, "Plaintiffs") filed a complaint against NSO Group Technologies Limited ("NSO") and Q Cyber Technologies Limited ("Q Cyber") (collectively, "Defendants") alleging that Defendants used WhatsApp servers to send malware to mobile phones and devices for the purpose of extracting data from other WhatsApp users' target devices and conducting surveillance on those users.[2] As a result of Defendants' alleged conduct, Plaintiffs assert that Defendants violated the Computer Fraud and Abuse Act (in violation of 18 U.S.C. § 1030) and the California Comprehensive Computer Data Access and Fraud Act (in violation of California Penal Code § 502), and breached the terms of service with WhatsApp to which Defendants became bound upon their creation of WhatsApp accounts.[3]

2.    On August 30, 2024, I submitted an expert report in this matter ("Initial Report"). I have been asked by Counsel to supplement my Initial Report based on information that became available after the issuance of my Initial Report, including testimony from the September 6, 2024 deposition of Sarit Bizinsky Gil ("Gil Deposition"). This report supplements, and should be read in conjunction with, the Initial Report. The Initial Report is incorporated herein by reference.

## II.   BASIS FOR ANALYSIS

3.    The basis for my analysis and opinions in this report are the same as those stated in the Initial Report.[4] In addition to the information considered in the Initial Report (as identified in **EXHIBIT B** thereto), I also consider additional information since the date of that report, as identified in **SUPPLEMENTAL EXHIBIT B**.

---

[1] Facebook Inc. changed its name to Meta Platforms Inc. in October 2021. *See* Chris Stokel-Walker, *Why Facebook Changed Its Name to Meta and What is the Metaverse?*, NewScientist (Oct. 21, 2021), https://www.newscientist.com/article/2295438-why-has-facebook-changed-its-name-to-meta-and-what-is-the-metaverse/#:~:text=Here%27s%20everything%20you%20need%20to,as%20Meta%20on%2028%20October. (accessed February 2024); Scott Nover, Why Facebook Changed Its Name, Quartz (Oct. 29, 2021), https://qz.com/2081663/why-facebook-changed-its-name-to-meta (accessed February 2024).
[2] Complaint (Dkt. No.1), ¶ 1.
[3] Complaint (Dkt. No.1), ¶¶ 2, 49-78, Request for Relief section, ¶ 1. The Court subsequently dismissed Plaintiffs' fourth cause of action, Trespass to Chattels. *See* Order Granting in Part and Denying in Part Motion to Dismiss and Denying Motion to Stay Discovery (Dkt. No.111).
[4] My curriculum vitae has not changed since my Initial Report, which is attached as **EXHIBIT A** thereto.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    Page 2

4.    Should additional information, testimony, or documents that affect my analysis or opinions become available after the issuance of this report, I reserve the right to supplement or update my analysis and/or opinions. I reserve the right to prepare supplemental materials such as summaries, graphical exhibits, or charts for trial, as well as to provide opinions and other materials in response to any additional expert opinions.

## III.    SUMMARY OF OPINIONS

5.    Assuming Defendants are found liable, it is my opinion that a conservative estimate of the Plaintiffs' expenditure of resources for their response totals $444,719.[5] My opinion and the accompanying methodology I used to calculate this figure are discussed in my Initial Report.

6.    Based on the limited information available to me at the time of my Initial Report, I set forth that a reasonable estimation of Defendants' profits earned specifically in connection with the targeting of the 1,500 devices through Defendants' Exploit[6] ranges from $4.3 million to $13.9 million (at a 29% operating profit margin) or $9.5 million to $30.3 million (at a 63% operating profit margin).[7] Given that Defendants produced NSO_WHATSAPP_ 00045858 ("Defendants' Spreadsheet") and Ms. Sarit Bizinsky Gil has now testified (as Defendants' corporate representative) that this document contains the revenue amounts for customer contracts which include at least the Covert Android vector, it is my opinion that Defendants' Spreadsheet, and the related testimony, provides a more detailed basis upon which to calculate Defendants' profits, than the limited information available to me at the date of the Initial Report.[8,9]

7.    Based on adjustments I made to Defendants' Spreadsheet, as discussed herein, it is my opinion that a reasonable estimation of Defendants' profits earned in connection with Defendants' Exploit ranges between at least $21.3 million to $40.2 million, which includes adjustments for the profit

---

[5] Initial Report, ¶ 12.
[6] The use of "Defendants' Exploit" herein is consistent with the use of this term in the Initial Report. *See e.g.*, Initial Report, ¶¶ 44-45.
[7] Initial Report, ¶ 12.
[8] I understand that during the period generally covered by Defendants' Spreadsheet (Q2 2018 through Q2 2020), Defendants did not have zero-click/covert installation vectors for Android other than those that were activated through WhatsApp. *See e.g.*, Deposition of Tamir Gazneli, September 4, 2024, pp. 39, 67-68, and 103.
[9] As noted throughout this report, there is additional information that Defendants have not yet produced, which would be useful for the calculation of Defendants' profits; therefore, I reserve the right to update the opinions and analyses expressed herein, if asked, if additional information is received.

margins and reductions to revenue made by Defendants for time (i.e., availability of the Covert Android vector) and maintenance.[10] Given the lack of information provided by Defendants to assess the value of the Covert Android vector relative to other vectors (Triggered Android, Triggered iOS, and Covert iOS), Defendants' subject revenues and profits could exceed even these revised amounts calculated herein.

8.   My opinions are summarized in the table below.

**Table 1: Summary of Plaintiffs' Claimed Damages and Available Equitable Recoveries[11]**

| Category | Amount |
| --- | --- |
| Plaintiffs' Response Expenses | $444,719 |
| | |
| Defendants' Profits Subject to Disgorgement – Defendants' Spreadsheet Approach | |
| Adjusted Profit Margin | $5.5 million - $10.5 million |
| Adjusted Profit Margin; Adjusted Revenue for Time | $17.3 million - $32.6 million |
| Adjusted Profit Margin; Adjusted Revenue for Time and Maintenance | $21.3 million - $40.2 million |

9.   I understand that there are certain legal arguments advanced by counsel for the Plaintiffs, wherein the Plaintiffs posit that certain costs may not be deductible from Defendants' revenues generated by Defendants' Exploit, because those costs and related activities themselves involved conduct that is the subject of Plaintiff's claims. To the extent the fact finder needs to identify the revenues or certain expenses attributed to Defendants' Exploit, this information can be found in **SUPPLEMENTAL EXHIBITS 1, 2, AND 3** and **INITIAL REPORT EXHIBITS 4, 5.1, AND 5.1.1**.

10.  Counsel for Plaintiffs also asked me to determine whether the use of Plaintiffs' systems for purposes of Defendants' Exploit was worth more than $5,000 in one year to NSO or its customers. It is my opinion that the use of Plaintiffs' systems for purposes of Defendants' Exploit was worth $13,877,000 for three accounts alone,[12,13] which exceeds $5,000 in one year. My opinion and the accompanying methodology I used to calculate this figure is discussed in my Initial Report.

---

[10] **SUPPLEMENTAL EXHIBIT 1.**
[11] See my Initial Report, Table 1; **SUPPLEMENTAL EXHIBITS 1, 2, AND 3**.
[12] Based solely on "Upsell" transactions of "Covert-Android."
[13] Initial Report, ¶¶ 126-127.

## IV.    SUPPLEMENTAL ANALYSES AND OPINIONS

11.    On September 6, 2024, after my Initial Report was served, Sarit Bizinsky Gil, Vice President of Global Business Operations at Q Cyber, was deposed.[14] Ms. Bizinsky Gil testified regarding an Excel spreadsheet produced by Defendants and prepared by Ms. Bizinsky Gil (NSO_WHATSAPP_00045858),[15] which purports to set forth Pegasus (and other products) contract revenues and purported profits during the period Q2 2018 through Q2 2020 ("Defendants' Spreadsheet"). Besides quarterly revenue amounts, other information includes a revenue classification (e.g., upsell, maintenance), Defendants' own allocation of revenue to Defendants' Exploit, and a calculation of purported profits on the allocated revenues.

12.    It is my understanding that Defendants' Spreadsheet was prepared specifically for this litigation, based in part on instructions from counsel, and is not a document prepared or maintained in the ordinary course of Defendants' business.[16] Ms. Bizinsky Gil testified to the meaning of the information contained within the columns and rows of Defendants' Spreadsheet and provided an overview of the methodology employed by Defendants in preparing Defendants' Spreadsheet and their assessment of the revenue and profit amounts attributable to Defendants' Exploit reflected in it. Defendants have not produced any of the contracts or other underlying information on which Defendants' Spreadsheet is based.

13.    Even assuming the revenue and contract information reported in Defendants' Spreadsheet is accurate, based on my analysis of Defendants' Spreadsheet, Ms. Bizinsky Gil's testimony, and other materials produced by Defendants, as well as my experience and training, I believe the calculations of revenues and profits earned through Defendants' Exploit that appear in Defendants' Spreadsheet require adjustment for the reasons I explain in the remainder of this section.[17]

---

[14] Deposition of Sarit Bizinsky Gil, September 6, 2024, pp. 12, 16.
[15] Deposition of Sarit Bizinsky Gil, September 6, 2024, p. 158.
[16] Deposition of Sarit Bizinsky Gil, September 6, 2024, pp. 158-160.
[17] *E.g.*, Ms. Bizinsky Gil testified that she used a spreadsheet from Defendants' finance department with customer contract information (Deposition of Sarit Bizinsky Gil, September 6, 2024, pp. 161-162), customer deal information from the CRM system (Deposition of Sarit Bizinsky Gil, September 6, 2024, p. 166), and customer contracts (Deposition of Sarit Bizinsky Gil, September 6, 2024, p. 187).

Spreadsheet to not limit revenues to only the days when the Covert Android vector was allegedly operational, and adjusting revenue to include all maintenance revenues results in calculated profits of $21.3 million (using operating profit margin) and $40.2 million (using operating profit margin excluding research and development expenses),[94] compared to the $72,000 calculated by Defendants.[95]   It is my opinion that all of these adjustments are reasonable and appropriate for the reasons explained above.   Accordingly, it is my opinion that a reasonable estimation of Defendants' profits earned in connection with Defendants' Exploit ranges between at least $21.3 million to $40.2 million.

48.  **Adjusted Revenue for Time and Maintenance:** Adjusting revenue presented in Defendants' Spreadsheet to not limit revenues to only the days when the Covert Android vector was allegedly operational, and to include all maintenance revenues, results in calculated revenues of $61.7 million (this amount is not reduced by expenses).[96] This adjusted revenue amount is compared to the approximately $16.1 million of revenue estimated by Defendants.[97]

*     *     *     *     *     *

49.  The procedures performed were limited to those described herein based on the documents provided to date and other information obtained. Information obtained after the date of this report, or within a short period of time prior to its issuance, may affect this analysis and this effect may be material. If requested, I will update my analysis.

50.  My procedures were performed solely with respect to the above referenced litigation. This report is not to be reproduced, distributed, disclosed, or used for any other purpose.

**STOUT**

*Dana Trexler*

_____

Dana M. Trexler, CPA/CFF                                   September 21, 2024

---

[94] **SUPPLEMENTAL EXHIBIT 1**.
[95] See NSO_WHATSAPP_00045858.
[96] **SUPPLEMENTAL EXHIBIT 1**.
[97] *See* NSO_WHATSAPP_00045858.

Supplemental Exhibit 1

**WhatsApp, et al. v. NSO Group, et al.**
**Profits Subject to Disgorgement Based on Presented Pegasus "Final Relevant Revenue" Excluding Time and Maintenance Adjustments (Q2 2018 - Q2 2020)**
**Supplemental Exhibit 1**

| | | | Q2 - Q4 2018 | 2019 | Q1 - Q2 2020 | Q2 2018 - Q2 2020 |
|---|---|---|---|---|---|---|
| 1 | Presented Pegasus "Final Relevant Revenue" Excluding Time and Maintenance Adjustments | [1] $ | 19,439,947  $ | 31,055,220  $ | 11,213,759 | $    61,708,926 |
| 2 | NSO Group Technologies Ltd. Operating Margin | [2] | 44.0% | 29.0% | 33.5% | **34.5%** |
| 3 | **Profits Subject to Disgorgement** | | $    8,552,765  $ | 9,001,260  $ | 3,760,462 | $    21,314,487 |

| | | | Q2 - Q4 2018 | 2019 | Q1 - Q2 2020 | Q2 2018 - Q2 2020 |
|---|---|---|---|---|---|---|
| 4 | Presented Pegasus "Final Relevant Revenue" Excluding Time and Maintenance Adjustments | [1] $ | 19,439,947  $ | 31,055,220  $ | 11,213,759 | $    61,708,926 |
| 5 | NSO Group Technologies Ltd. Operating Margin (Excluding R&D Expenses) | [3] | 67.9% | 63.1% | 66.4% | **65.2%** |
| 6 | **Profits Subject to Disgorgement** | | $    13,207,238  $ | 19,590,451  $ | 7,446,204 | $    40,243,892 |

[1] Supplemental Exhibit 1.1.
[2] See my Initial Report, Exhibit 5.1.
[3] See my Initial Report, Exhibit 5.1.1.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**WhatsApp, et al. v. NSO Group, et al.**
**Presented Pegasus "Final Relevant Revenue" Excluding Time and Maintenance Adjustments (Q2 2018 - Q2 2020)**
**Supplemental Exhibit 1.1**

| | Account No. | Q2 - Q4 2018 | 2019 | Q1 - Q2 2020 | Q2 2018 - Q2 2020 |
|---|---|---|---|---|---|
| 1 | Acc-01 | $ - | $ - | $ - | $ - |
| 2 | Acc-02 | $ - | $ - | $ - | $ - |
| 3 | Acc-03 | $ 933,500 | $ 1,402,390 | $ 660,831 | $ 2,996,721 |
| 4 | Acc-04 | $ 6,069,231 | $ 2,410,849 | $ 763,671 | $ 9,243,751 |
| 5 | Acc-05 | $ - | $ 604,000 | $ 633,306 | $ 1,237,306 |
| 6 | Acc-06 | $ - | $ 1,412,348 | $ 180,620 | $ 1,592,969 |
| 7 | Acc-07 | $ - | $ - | $ 807,022 | $ 807,022 |
| 8 | Acc-08 | $ - | $ - | $ - | $ - |
| 9 | Acc-09 | $ - | $ - | $ - | $ - |
| 10 | Acc-10 | $ 455,792 | $ 1,055,518 | $ 545,751 | $ 2,057,060 |
| 11 | Acc-12 | $ - | $ - | $ - | $ - |
| 12 | Acc-13 | $ 54,963 | $ 69,431 | $ 35,709 | $ 160,102 |
| 13 | Acc-14 | $ - | $ 60,706 | $ 37,238 | $ 97,944 |
| 14 | Acc-16 | $ - | $ 693,527 | $ 87,913 | $ 781,440 |
| 15 | Acc-18 | $ - | $ 945,151 | $ 54,849 | $ 1,000,000 |
| 16 | Acc-19 | $ - | $ - | $ - | $ - |
| 17 | Acc-20 | $ - | $ - | $ - | $ - |
| 18 | Acc-21 | $ 990,725 | $ 1,256,314 | $ 654,452 | $ 2,901,491 |
| 19 | Acc-22 | $ - | $ - | $ - | $ - |
| 20 | Acc-23 | $ - | $ 1,570,849 | $ 189,981 | $ 1,760,831 |
| 21 | Acc-24 | $ - | $ - | $ - | $ - |
| 22 | Acc-25 | $ - | $ - | $ - | $ - |
| 23 | Acc-26 | $ 779,683 | $ 188,844 | $ 74,452 | $ 1,042,979 |
| 24 | Acc-27 | $ - | $ 917,783 | $ 105,149 | $ 1,022,932 |
| 25 | Acc-29 | $ - | $ 1,593,128 | $ 212,159 | $ 1,805,287 |
| 26 | Acc-31 | $ 169,166 | $ 200,592 | $ 100,830 | $ 470,588 |
| 27 | Acc-32 | $ - | $ 1,446,189 | $ 296,739 | $ 1,742,928 |
| 28 | Acc-33 | $ 694,000 | $ 567,096 | $ 431,750 | $ 1,692,846 |
| 29 | Acc-34 | $ 211,916 | $ 21,577 | $ - | $ 233,493 |
| 30 | Acc-37 | $ - | $ - | $ - | $ - |
| 31 | Acc-38 | $ - | $ - | $ - | $ - |
| 32 | Acc-39 | $ - | $ 479,698 | $ 38,702 | $ 518,400 |
| 33 | Acc-40 | $ 442,500 | $ 180,096 | $ 176,168 | $ 798,764 |
| 34 | Acc-41 | $ - | $ - | $ - | $ - |
| 35 | Acc-43 | $ - | $ - | $ - | $ - |
| 36 | Acc-44 | $ 96,250 | $ 368,959 | $ 185,959 | $ 651,167 |
| 37 | Acc-45 | $ 914,805 | $ 378,237 | $ 160,112 | $ 1,453,155 |
| 38 | Acc-46 | $ 791,169 | $ 214,157 | $ 98,598 | $ 1,103,924 |
| 39 | Acc-47 | $ 129,736 | $ (15,909) | $ - | $ 113,828 |
| 40 | Acc-48 | $ 574,075 | $ 1,182,686 | $ 745,545 | $ 2,502,306 |
| 41 | Acc-49 | $ 343,289 | $ (42,096) | $ - | $ 301,193 |
| 42 | Acc-50 | $ - | $ - | $ - | $ - |
| 43 | Acc-51 | $ - | $ - | $ - | $ - |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**WhatsApp, et al. v. NSO Group, et al.**
**Presented Pegasus "Final Relevant Revenue" Excluding Time and Maintenance Adjustments (Q2 2018 - Q2 2020)**
**Supplemental Exhibit 1.1**

| | Account No. | Q2 - Q4 2018 | 2019 | Q1 - Q2 2020 | Q2 2018 - Q2 2020 |
|---|---|---|---|---|---|
| 44 | Acc-53 | $ - | $ - | $ - | $ - |
| 45 | Acc-54 | $ - | $ - | $ - | $ - |
| 46 | Acc-55 | $ - | $ - | $ - | $ - |
| 47 | Acc-56 | $ - | 1,127,134 | $ 159,667 | 1,286,800 |
| 48 | Acc-57 | $ 855,852 | 144,148 | $ - | $ 1,000,000 |
| 49 | Acc-61 | $ - | $ - | $ - | $ - |
| 50 | Acc-62 | $ - | $ - | $ - | $ - |
| 51 | Acc-63 | $ - | $ - | $ - | $ - |
| 52 | Acc-66 | $ 337,500 | 448,695 | $ 223,181 | 1,009,376 |
| 53 | Acc-67 | $ - | $ - | $ - | $ - |
| 54 | Acc-68 | $ 16,141 | 21,541 | $ 9,899 | 47,580 |
| 55 | Acc-69 | $ - | $ - | $ - | $ - |
| 56 | Acc-70 | $ - | $ - | $ - | $ - |
| 57 | Acc-71 | $ 815,360 | 224,314 | $ 111,893 | 1,151,566 |
| 58 | Acc-72 | $ 404,591 | 109,874 | $ 54,849 | 569,315 |
| 59 | Acc-73 | $ 51,293 | $ - | $ 27,420 | 78,713 |
| 60 | Acc-74 | $ 890,211 | $ - | $ - | 890,211 |
| 61 | Acc-75 | $ 529,697 | 460,762 | $ 78,789 | 1,069,248 |
| 62 | Acc-76 | $ - | 981,264 | $ 109,147 | 1,090,411 |
| 63 | Acc-77 | $ - | $ - | $ 967,883 | 967,883 |
| 64 | Acc-78 | $ - | $ - | $ - | $ - |
| 65 | Acc-79 | $ - | 4,873,901 | $ 1,794,195 | 6,668,096 |
| 66 | Acc-80 | $ 1,357,418 | $ - | $ - | 1,357,418 |
| 67 | Acc-81 | $ 58,333 | 93,174 | $ 69,808 | 221,315 |
| 68 | Acc-82 | $ - | $ - | $ - | $ - |
| 69 | Acc-83 | $ 131,250 | 186,707 | $ - | 317,957 |
| 70 | Acc-84 | $ - | $ - | $ - | $ - |
| 71 | Acc-85 | $ - | 766,944 | $ 97,741 | 864,685 |
| 72 | Acc-86 | $ - | $ - | $ - | $ - |
| 73 | Acc-87 | $ - | 2,400,000 | $ 231,781 | 2,631,781 |
| 74 | Acc-88 | $ - | $ - | $ - | $ - |
| 75 | Acc-89 | $ - | $ - | $ - | $ - |
| 76 | Acc-90 | $ 341,502 | 54,640 | $ - | 396,143 |
| 77 | **Total** | **$ 19,439,947** | **$ 31,055,220** | **$ 11,213,759** | **$ 61,708,926** |
| 78 | **Accounts Generating Revenue** | **28** | **38** | **37** | **45** |

Source: NSO_WHATSAPP_00045858. I have included revenue for accounts labeled "PGS" in "Product" column and
"Yes" in "Covert Android was provided" column.
Calculated as revenue in columns C through K (revenue without considerations for time-based adjustments) multiplied
by allocation presented for Covert Android deal portion (column V).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 27

to Declaration of Micah G. Block in Support of
Plaintiffs' Motion for Partial Summary Judgment

**EXHIBIT 2045**

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 [K$] | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-01 | Maintenance | - | - | - | - | - | 78 | 79 | 82 | 81 | PGS | 0 | 0 | 90 | 90 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-01 | New Business | 1,376 | 81 | 81 | 81 | 80 | - | - | - | - | PGS | 70 | 124 | 0 | 194 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-02 | Maintenance | - | - | - | - | - | - | 30 | 395 | 395 | PGS | 0 | 0 | 434 | 434 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-02 | New Business | - | - | 5,651 | 392 | 396 | 400 | 361 | - | - | PGS | 0 | 605 | 0 | 605 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-03 | Maintenance | - | - | - | - | - | - | - | - | 328 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-03 | Maintenance | - | - | - | - | - | - | - | - | 787 | PGS | 0 | 0 | 346 | 346 | Contract - included GBO - missing details | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 39.30 | 39.30 | |
| Acc-03 | Maintenance | - | - | - | - | - | - | - | - | 852 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-03 | Maintenance | - | - | - | - | 384 | 588 | 588 | 582 | 192 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-03 | Maintenance | - | - | - | - | 921 | 1,412 | 1,412 | 1,396 | 460 | PGS | 0 | 496 | 1123 | 1,619 | Contract - included GBO - missing details | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | 56.33 | 127.60 | 183.93 | 0.51 |
| Acc-03 | Maintenance | - | - | - | - | 997 | 1,529 | 1,529 | 1,513 | 499 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-03 | Maintenance | 208 | - | - | - | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-03 | Maintenance | 385 | 590 | 590 | 577 | 192 | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-03 | Maintenance | 500 | - | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-03 | Maintenance | 542 | - | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-03 | Maintenance | 934 | 1,400 | 1,400 | 1,400 | 466 | - | - | - | - | PGS | 1202 | 1651 | 0 | 2,853 | Contract - included GBO - missing details | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 136.61 | 187.60 | - | 324.22 | 1.69 |
| Acc-03 | Maintenance | 1,000 | 1,533 | 1,533 | 1,500 | 500 | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-03 | Upsell | - | - | - | - | - | 6,139 | 361 | - | - | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-04 | Maintenance | - | - | - | - | - | - | - | 271 | 274 | LDM - Vole | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-04 | Maintenance | - | - | - | - | - | - | - | 2,712 | 2,742 | PGS | 0 | 0 | 2994 | 2,994 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | (blank) | 0.14 | 0.45 | - | - | 190.52 | 190.52 | |
| Acc-04 | Maintenance | - | - | - | - | - | 92 | 290 | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-04 | Maintenance | - | - | - | - | - | 105 | 332 | - | - | LDM - Vole | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-04 | Maintenance | - | - | 3,016 | 3,084 | 3,117 | 3,117 | - | - | - | PGS | 0 | 4676 | 0 | 4,676 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | (blank) | 0.12 | 0.45 | - | 255.06 | - | 255.06 | 2.30 |
| Acc-04 | Maintenance | 3,750 | 3,750 | 3,750 | - | - | - | - | - | - | PGS | 3220 | 0 | 0 | 3,220 | Contract=GBO | (blank) | (blank) | No | (blank) | 0 | - | - | - | - | - | - |
| Acc-04 | Recurring License | - | - | - | - | - | - | - | - | 285 | HERMES | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-04 | Recurring License | - | - | - | - | - | - | - | 2,637 | 418 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-04 | Recurring License | - | - | 3,272 | 521 | 527 | 527 | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-04 | Recurring License | 1,625 | 1,625 | 1,625 | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-04 | Upsell | - | - | - | - | - | - | - | 1,004 | 1,015 | PGS | 0 | 0 | 1108 | 1,108 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-04 | Upsell | - | - | - | - | 5,070 | - | 337 | 357 | 357 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Upsell | - | - | 6,910 | 436 | 441 | 213 | - | - | - | LDM - Vole | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Upsell | - | 5,680 | 389 | 381 | 385 | 165 | - | - | - | PGS | 334 | 588 | 0 | 922 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | (blank) | 1 | 1.00 | 334.23 | 588.08 | - | 922.31 | 5.29 |
| Acc-05 | Recurring License | - | - | - | 293 | 129 | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-05 | Recurring License | - | - | - | 880 | 386 | - | - | - | - | PGS | 0 | 0 | 750 | 750 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | Yes | 0.5 | 1.00 | - | - | 375.13 | 375.13 | - |
| Acc-05 | Recurring License | - | - | - | 136 | 64 | - | - | - | - | PGS | 0 | 170 | 0 | 170 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | Yes | 0.5 | 1.00 | - | 85.17 | - | 85.17 | 0.77 |
| Acc-05 | Recurring License | - | - | - | 142 | 29 | 29 | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-05 | Recurring License | - | - | - | 204 | 96 | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-05 | Recurring License | - | - | - | 1,231 | 308 | 262 | - | - | - | PGS | 0 | 1396 | 0 | 1,396 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | Yes | 0.28 | 1.00 | - | 390.94 | - | 390.94 | 3.52 |
| Acc-06 | Maintenance | - | - | - | - | - | - | - | - | 94 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-06 | Maintenance | - | - | - | - | - | - | - | - | 155 | PGS | 0 | 0 | 68 | 68 | Contract=GBO | Yes | No | No | No | 0 | - | - | - | - | - | - |
| Acc-06 | Maintenance | - | - | - | - | - | - | - | 31 | 31 | PGS | 0 | 0 | 34 | 34 | Contract=GBO | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 3.87 | 3.87 | - |
| Acc-06 | Maintenance | - | - | - | - | - | - | - | 82 | 83 | PGS | 0 | 0 | 90 | 90 | Contract=GBO | No | No | No | No | 0 | - | - | - | - | - | - |
| Acc-06 | Maintenance | - | - | - | - | 96 | 97 | 98 | 95 | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-06 | Maintenance | - | - | - | - | 158 | 160 | 161 | 157 | - | PGS | 0 | 85 | 103 | 188 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-06 | New Business | 91 | 92 | 92 | 97 | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-06 | New Business | 150 | 151 | 151 | 159 | - | - | - | - | - | PGS | 130 | 159 | 0 | 289 | Contract=GBO | No | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-06 | Upsell | - | - | - | 314 | 23 | 24 | 24 | 22 | - | PIX - Carkit | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-06 | Upsell | - | - | - | 633 | 47 | 47 | 47 | 45 | - | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-06 | Upsell | - | - | - | 1,154 | 86 | 86 | 86 | 83 | - | PGS | 0 | 1200 | 91 | 1,291 | Contract - included GBO - included & elaborated | No | No | No | No | 1 | 1.00 | - | 1,199.92 | 90.74 | 1,290.66 | 10.80 |
| Acc-06 | Upsell | - | - | - | 1,248 | 93 | 94 | 94 | 89 | - | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-06 | Upsell | - | - | 82 | 6 | 6 | - | - | 6 | 6 | PGS | 70 | 9 | 6 | 86 | Contract=GBO | No | No | No | No | 0 | - | - | - | - | - | - |
| Acc-06 | Upsell | - | 102 | 34 | 32 | 34 | 36 | 36 | - | - | PGS | 29 | 50 | 0 | 79 | Contract=GBO | (blank) | No | (blank) | No | - | - | - | - | - | - | - |
| Acc-06 | Upsell | - | 269 | 91 | 84 | 90 | 96 | 96 | - | - | PGS | 78 | 132 | 0 | 211 | Contract=GBO | Yes | Yes | No | (blank) | - | - | - | - | - | - | - |
| Acc-06 | Upsell | 323 | 37 | 25 | 23 | 24 | 24 | 24 | 22 | 11 | PIX - Carkit | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-07 | New Business | - | - | - | - | - | - | - | - | 5,124 | PGS | 0 | 0 | 0 | - | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.1575 | - | - | - | - | - | - |
| Acc-08 | Maintenance | 35 | 18 | 18 | 17 | 17 | 18 | 18 | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-08 | Maintenance | 127 | 128 | 128 | 126 | 127 | 128 | 128 | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-08 | New Business | - | - | - | - | 1,716 | - | 65 | 121 | 121 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-08 | New Business | - | 624 | 29 | 28 | 29 | 29 | 29 | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-08 | Upsell | - | - | - | - | 1,528 | 107 | 109 | 107 | 107 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-09 | Maintenance | - | (1) | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-09 | Maintenance | - | 112 | - | - | - | - | - | - | 112 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-10 | Maintenance | - | - | - | - | 564 | 1,103 | 1,092 | 1,092 | - | PGS | 0 | 0 | 1199 | 1,199 | Contract=GBO | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 136.30 | 136.30 | - |
| Acc-10 | Maintenance | - | 720 | 1,103 | 1,080 | 1,092 | 384 | - | - | - | PGS | 948 | 1667 | 0 | 2,615 | Contract=GBO | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 107.68 | 189.46 | - | 297.14 | 1.71 |
| Acc-10 | New Business | 1,092 | 372 | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-12 | New Business | 44 | 44 | 23 | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-13 | Maintenance | - | - | - | - | - | - | - | 71 | 72 | PGS | 0 | 0 | 78 | 78 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 8.91 | 8.91 | - |
| Acc-13 | Maintenance | - | - | - | - | - | 69 | 69 | 69 | 70 | PGS | 0 | 0 | 107 | 107 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 12.12 | 12.12 | 0.11 |
| Acc-13 | Maintenance | 74 | 73 | 73 | - | - | - | - | - | - | PGS | 63 | 0 | 0 | 63 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 7.12 | - | - | 7.12 | - |
| Acc-14 | Maintenance | - | - | - | - | - | - | - | 24 | 75 | PGS | 0 | 0 | 49 | 49 | Contract - included GBO - missing details | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 5.54 | 5.54 | - |
| Acc-14 | Maintenance | - | - | - | 25 | 73 | 72 | 73 | 50 | - | PGS | 0 | 64 | 33 | 97 | Contract - included GBO - missing details | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | 7.26 | 3.75 | 11.01 | 0.07 |
| Acc-14 | Maintenance | 75 | 75 | 75 | 50 | - | - | - | - | - | PGS | 65 | 50 | 0 | 115 | Contract=GBO | Yes | Yes | No | | 0 | - | - | - | - | - | - |
| Acc-16 | Maintenance | - | - | - | - | - | - | - | 6 | 53 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-16 | Maintenance | - | - | - | - | - | - | - | 25 | 232 | PGS | 0 | 0 | 119 | 119 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.093 | 0.45 | - | - | 5.02 | 5.02 | - |
| Acc-16 | New Business | - | - | - | 787 | 58 | 55 | 56 | 46 | - | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-16 | New Business | - | - | - | 3,450 | 253 | 242 | 243 | 204 | - | PGS | 0 | 3586 | 134 | 3,720 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.093 | 1.00 | - | 333.48 | 12.49 | 345.98 | 3.00 |
| Acc-16 | Upsell | - | - | - | - | - | - | - | - | 131 | PGS | 0 | 0 | 58 | 58 | Contract=GBO | No | No | No | No | 0 | - | - | - | - | - | - |
| Acc-16 | Upsell | - | - | - | - | - | - | - | - | 963 | PGS | 0 | 0 | 423 | 423 | Contract=GBO | No | No | No | No | 0 | - | - | - | - | - | - |
| Acc-16 | Upsell | - | - | - | - | - | - | - | - | 1,576 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | | | | | |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert deal portion | maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-16 | Upsell | - | - | - | - | - | - | 217 | 18 | 15 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-16 | Upsell | - | - | - | - | - | - | 1,216 | 99 | 81 | PGS | 0 | 0 | 101 | 101 | Contract=GBO | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 25.22 | 25.22 | - |
| Acc-18 | New Business | - | - | - | 3,120 | 217 | 222 | 222 | 219 | - | PGS | 0 | 3237 | 145 | 3,381 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | 809.21 | 36.16 | 845.37 | 7.28 |
| Acc-19 | New Business | - | - | - | - | - | - | - | 4,594 | 319 | PGS | 0 | 0 | 4734 | 4,734 | Contract=GBO | No | Yes | No | Yes | 0 | | | | | | |
| Acc-20 | Maintenance | 58 | 59 | 59 | 58 | 58 | 59 | 59 | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-21 | Maintenance | - | - | - | - | - | - | - | - | 45 | PGS | 0 | 0 | 20 | 20 | Contract=GBO | Yes | Yes | No | Yes | 0 | | | | | | |
| Acc-21 | Maintenance | - | - | - | - | - | - | 86 | 262 | 262 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-21 | Maintenance | - | - | - | - | - | - | 432 | 1,309 | 1,309 | PGS | 0 | 0 | 1438 | 1,438 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.52 | - | - | 188.36 | 188.36 | - |
| Acc-21 | Maintenance | - | - | - | 246 | 251 | 254 | 168 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-21 | Maintenance | - | - | - | 1,228 | 1,255 | 1,269 | 841 | - | - | PGS | 0 | 1904 | 0 | 1,904 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.52 | - | 249.30 | - | 249.30 | 2.24 |
| Acc-21 | Maintenance | 262 | 265 | 265 | - | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-21 | Maintenance | 1,311 | 1,326 | 1,326 | - | - | - | - | - | - | PGS | 1138 | 0 | 0 | 1,138 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.52 | 149.08 | - | - | 149.08 | - |
| Acc-21 | Upsell | - | - | - | - | 5,180 | 344 | 344 | 340 | 292 | PGS | 0 | 0 | 353 | 353 | Contract=GBO | Yes | Yes | No | Yes | 0 | | | | | | |
| Acc-22 | Recurring License | 51 | 51 | 51 | 17 | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-22 | Recurring License | 59 | 58 | 58 | 19 | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-23 | New Business | - | - | - | - | - | - | 1,571 | 45 | 75 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-23 | New Business | - | - | - | - | - | - | 6,283 | 287 | 473 | PGS | 0 | 0 | 397 | 397 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 99.27 | 99.27 | - |
| Acc-24 | Maintenance | 53 | 169 | 169 | 108 | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-24 | Maintenance | 101 | - | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-25 | Recurring License | - | - | - | - | - | - | - | - | 287 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-26 | Maintenance | - | - | - | - | - | - | 19 | 153 | 153 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-26 | Maintenance | - | - | - | - | - | - | 19 | 153 | 153 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | - | - | - | - | - |
| Acc-26 | Maintenance | - | - | - | - | - | - | 45 | 372 | 372 | PGS | 0 | 0 | 409 | 409 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.1 | 0.47 | - | - | 19.38 | 19.38 | - |

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $   - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $   - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-26 | New Business | - | - | - | - | - | - | 2,727 | 157 | 157 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-26 | New Business | - | - | 899 | 60 | 60 | 60 | 25 | - | - | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-26 | New Business | - | - | 3,447 | 270 | 267 | 268 | 442 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-26 | New Business | - | - | 7,797 | 520 | 513 | 515 | 294 | - | - | PGS | 0 | 797 | 0 | 797 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.1 | 1.00 | 0.00 | 79.68 | - | 79.68 | 0.72 |
| Acc-27 | Maintenance | - | - | - | - | - | - | - | - | 188 | PGS | 0 | 0 | 83 | 83 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.141 | 0.45 | - | - | 5.30 | 5.30 | - |
| Acc-27 | New Business | - | - | - | 5,723 | 393 | 393 | 375 | 183 | - | PGS | 0 | 5,723 | 327 | 6,051 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.141 | 1.00 | - | 806.95 | 46.17 | 853.13 | 7.26 |
| Acc-29 | New Business | - | - | - | - | - | - | 9,078 | 605 | 604 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-29 | New Business | - | - | - | - | - | - | 12,255 | 816 | 816 | PGS | 0 | 0 | 897 | 897 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.13 | 1.00 | - | - | 116.58 | 116.58 | - |
| Acc-31 | Maintenance | - | - | - | - | - | - | - | 25 | 327 | PGS | 0 | 0 | 160 | 160 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.16 | 0.45 | - | - | 11.66 | 11.66 | - |
| Acc-31 | Maintenance | - | - | - | - | - | - | - | 27 | 22 | PGS | 0 | 0 | 27 | 27 | Contract=GBO | Yes | Yes | Yes | No | 0 | - | - | - | - | - | - |
| Acc-31 | Maintenance | - | - | - | - | 24 | 348 | 329 | 329 | 278 | PGS | 0 | 212 | 183 | 395 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.16 | 0.45 | - | 15.39 | 13.33 | 28.72 | 0.14 |
| Acc-31 | New Business | 350 | 354 | 354 | 223 | - | - | - | - | - | PGS | 304 | 223 | 0 | 527 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.16 | 1.00 | 48.60 | 35.73 | - | 84.32 | 0.32 |
| Acc-31 | Upsell | - | - | - | - | - | - | - | - | 120 | PGS | 0 | 0 | 53 | 53 | Contract=GBO | No | No | No | No | 0 | - | - | - | - | - | - |
| Acc-31 | Upsell | - | - | - | 333 | 25 | 33 | - | - | - | PGS | 0 | 346 | 0 | 346 | Contract=GBO | Yes | Yes | Yes | No | 0 | - | - | - | - | - | - |
| Acc-32 | New Business | - | - | - | - | 5,884 | 404 | 393 | 393 | - | PGS | 0 | 0 | 432 | 432 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.23 | 1.00 | - | - | 99.31 | 99.31 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 78 | PGS | 0 | 0 | 34 | 34 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 8.55 | 8.55 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 78 | PGS | 0 | 0 | 34 | 34 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 8.61 | 8.61 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 157 | PGS | 0 | 0 | 69 | 69 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 17.23 | 17.23 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | 75 | - | PGS | 0 | 0 | 49 | 49 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 12.35 | 12.35 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | 76 | - | PGS | 0 | 0 | 50 | 50 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 12.55 | 12.55 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | 2,874 | 199 | - | SPIDER | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 78 | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 78 | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 153 | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-32 | Upsell | | | | | | | 231 | | - | PGS | 0 | 0 | | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-33 | Maintenance | - | - | - | - | - | - | 58 | 58 | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | - | - | - | - | 284 | 287 | - | PGS | 0 | 0 | 313 | 313 | Contract=GBO | No | Yes | No | Yes | 0 | | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | - | - | 31 | 43 | 41 | 41 | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | - | - | 64 | 87 | 86 | 86 | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | - | 30 | 30 | 30 | 30 | - | - | PGS | 0 | 46 | 0 | 46 | Contract=GBO | No | Yes | No | Yes | 0 | | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | - | 30 | 30 | 30 | 30 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | - | 298 | 297 | 297 | 296 | - | - | PGS | 0 | 458 | 0 | 458 | Contract=GBO | No | Yes | No | Yes | 0 | | - | - | - | - | - |
| Acc-33 | Maintenance | - | 34 | 46 | 42 | 42 | 11 | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | 71 | 95 | 96 | 98 | 25 | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | 42 | 11 | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | 88 | 22 | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | 313 | 313 | 313 | - | - | - | - | - | - | PGS | 268 | 0 | 0 | 268 | Contract=GBO | No | Yes | No | Yes | 0 | | - | - | - | - | - |
| Acc-33 | Recurring License | | | | | | | 745 | 118 | - | PGS | 0 | 0 | 543 | 543 | Contract - included GBO - included & elaborated | Yes | No | Yes | No | 0.5 | 1.00 | - | - | 271.70 | 271.70 | - |
| Acc-33 | Recurring License | | | | | | | 745 | 118 | - | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Recurring License | | | | 264 | 299 | 285 | 286 | - | - | PGS | 0 | 425 | 0 | 425 | Contract - included GBO - included & elaborated | Yes | No | Yes | No | 0.5 | 1.00 | - | 212.74 | - | 212.74 | 1.91 |
| Acc-33 | Recurring License | | | | 278 | 281 | 281 | 280 | - | - | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Recurring License | | 712 | 676 | - | - | - | - | - | - | PGS | 580 | 0 | 0 | 580 | Contract - included GBO - included & elaborated | Yes | No | Yes | No | 0.5 | 1.00 | 290.08 | - | - | 290.08 | - |
| Acc-33 | Upsell | 31 | 32 | 31 | - | - | - | - | - | - | PGS | 27 | 0 | 0 | 27 | Contract=GBO | Yes | Yes | No | No | 0 | | - | - | - | - | - |
| Acc-33 | Upsell | 31 | 32 | 31 | - | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-34 | Maintenance | - | - | - | - | - | - | 285 | 100 | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-34 | New Business | - | - | - | 558 | 400 | 150 | 65 | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-34 | New Business | 281 | 284 | 284 | 86 | - | - | - | - | - | PGS | 244 | 86 | 0 | 330 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 1.00 | 60.88 | 21.58 | - | 82.45 | 0.19 |
| Acc-37 | New Business | - | 692 | 57 | 67 | 68 | 68 | 68 | 68 | 68 | Momento | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-37 | New Business | - | 2,220 | 184 | 215 | 217 | 220 | 220 | 217 | 217 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-38 | New Business | - | 692 | 57 | 67 | 68 | 68 | 68 | 68 | 68 | Momento | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Rev [K$] | Q3'2018 Rev [K$] | Q4'2018 Rev [K$] | Q1'2019 Rev [K$] | Q2'2019 Rev [K$] | Q3'2019 Rev [K$] | Q4'2019 Rev [K$] | Q1'2020 Rev [K$] | Q2'2020 Rev [K$] | Product | Tot sum 2018 | Tot sum 2019 | Tot sum 2020 | Tot sum within 29/04/2018 - | Information source category | Covert iOS provided | Triggered iOS provided | Covert Android provided | Triggered Android provided | Covert Android deal portion | maintenance related portion | Final calc rev 2018 | Final calc rev 2019 | Final calc rev 2020 | Final calc rev 2018-2020 | Final profit 2018-2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-38 | New Business | - | 2,220 | 184 | 215 | 217 | 220 | 220 | 217 | 217 | PIX | 0 | 0 | 0 | 0 | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) |  |  |  |  |  |  |
| Acc-39 | Maintenance | - | - | - | - | - | - | - | 42 | 158 | PGS | 0 | 0 | 97 | 97 | Contract - included GBO - included & elaborated | No | No | Yes | Yes | 0.072 | 0.45 | - | - | 3.18 | 3.18 | - |
| Acc-39 | New Business | - | - | - | 5,502 | 384 | 388 | 388 | 338 | - | PGS | 0 | 5709 | 223 | 5,931 | Contract - included GBO - included & elaborated | No | No | Yes | Yes | 0.072 | 1.00 | - | 411.04 | 16.02 | 427.07 | 3.70 |
| Acc-40 | Maintenance | - | - | - | - | - | - | - | - | 352 | PGS | 0 | 0 | 155 | 155 | Contract - not definitive GBO - not included Escalated to full portfolio |  |  |  |  | 0.5 | 0.55 | - | - | 42.24 | 42.24 | - |
| Acc-40 | Maintenance | - | - | - | - | 720 | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) |  |  |  |  |  |  |  |
| Acc-40 | Maintenance | - | - | - | 720 | - | - | - | - | - | PGS | 0 | 388 | 0 | 388 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.55 | - | 52.90 | - | 52.90 | 0.48 |
| Acc-40 | Maintenance | - | 1,011 | 759 | - | - | - | - | - | - | PGS | 651 | 0 | 0 | 651 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.55 | 88.82 | - | - | 88.82 | - |
| Acc-40 | New Business | 479 | - | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) |  |  |  |  |  |  |
| Acc-40 | Recurring License | - | - | - | - | - | - | - | - | 707 | PGS | 0 | 0 | 311 | 311 | Contract - not definitive GBO - not included Escalated to full portfolio | No | Yes | No | Yes | 0 |  |  |  |  |  |  |
| Acc-41 | New Business | - | - | - | - | 5,863 | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) |  |  |  |  |  |  |
| Acc-43 | Maintenance | - | - | - | - | - | - | - | 3 | 4 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) |  |  |  |  |  |  |
| Acc-43 | Maintenance | - | - | - | - | - | - | - | 50 | 70 | PGS | 0 | 0 | 64 | 64 | Contract=GBO | Yes | No | Yes | No | 0 |  |  |  |  |  |  |
| Acc-43 | New Business | - | - | - | 86 | 4 | 3 | 5 | 1 | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) |  |  |  |  |  |  |
| Acc-43 | New Business | - | - | - | 1,428 | 71 | 72 | 71 | 23 | - | PGS | 0 | 1466 | 15 | 1,482 | Contract=GBO | Yes | Yes | No | Yes | 0 |  |  |  |  |  |  |
| Acc-43 | Upsell | - | - | - | - | - | - | - | 128 | 8 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) |  |  |  |  |  |  |
| Acc-43 | Upsell | - | - | - | - | - | - | 2,040 | 128 | 128 | PGS | 0 | 0 | 140 | 140 | Contract=GBO | Yes | Yes | No | Yes | 0 |  |  |  |  |  |  |
| Acc-44 | Maintenance | - | - | - | - | - | - | - | 370 | 374 | PGS | 0 | 0 | 408 | 408 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 46.39 | 46.39 | - |
| Acc-44 | Maintenance | - | - | - | - | 64 | 384 | 386 | - | - | PGS | 0 | 0 | 34 | 34 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 3.92 | 3.92 | 0.04 |
| Acc-44 | Maintenance | - | - | - | 321 | 321 | - | - | - | - | PGS | 0 | 0 | 494 | 494 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 56.09 | 56.09 | 0.50 |

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2020 | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue [K$] 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-44 | Maintenance | - | - | 385 | - | - | - | - | - | - | PGS | 331 | 0 | 0 | 331 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 37.57 | - | - | 37.57 | - |
| Acc-44 | New Business | 181 | - | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-45 | Maintenance | - | - | - | - | - | - | - | 25 | 151 | PGS | 0 | 0 | 83 | 83 | Contract=GBO | No | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-45 | Maintenance | - | - | - | - | - | 85 | 85 | - | - | PGS | 0 | 0 | 93 | 93 | Contract - included GBO - included & elaborated | No | Yes | No | Yes | 0.5 | 0.45 | - | - | 21.19 | 21.19 | - |
| Acc-45 | Maintenance | - | - | - | 42 | 63 | 60 | 60 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-45 | Maintenance | - | - | 26 | 170 | 156 | 156 | 125 | - | - | PIX | 0 | 117 | 82 | 199 | Contract+GBO | No | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-45 | New Business | - | 990 | 63 | 63 | 63 | 21 | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-45 | New Business | 162 | 164 | 164 | 128 | - | - | - | - | - | PGS | 141 | 128 | 0 | 268 | Contract=GBO | No | Yes | No | Yes | - | - | - | - | - | - | - |
| Acc-45 | Upsell | - | - | 1,585 | 109 | 121 | 112 | 97 | - | - | PGS | 0 | 174 | 0 | 174 | Contract - included GBO - included & elaborated | No | Yes | Yes | Yes | 0.5 | 1.00 | - | 87.14 | - | 87.14 | 0.78 |
| Acc-46 | Maintenance | - | - | - | - | - | 14 | 51 | 51 | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-46 | Maintenance | - | - | - | - | - | 56 | 202 | 202 | - | PGS | 0 | 0 | 222 | 222 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.2439 | 0.45 | - | - | 24.63 | 24.63 | - |
| Acc-46 | New Business | - | - | 811 | 52 | 56 | 57 | 40 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-46 | New Business | - | - | 3,244 | 209 | 224 | 226 | 164 | - | - | PGS | 3234 | 329 | 0 | 3,563 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.2439 | 1.00 | 788.69 | 80.31 | - | 869.00 | 0.72 |
| Acc-46 | Upsell | - | - | - | - | - | 63 | 4 | 4 | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-46 | Upsell | - | - | - | - | - | 252 | 17 | 17 | - | PGS | 0 | 0 | 18 | 18 | Contract=GBO | No | No | No | Yes | 0 | - | - | - | - | - | - |
| Acc-47 | Maintenance | 346 | 173 | - | - | (64) | - | - | - | - | PGS | 0 | -34 | 0 | (34) | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | (3.89) | - | (3.89) | (0.04) |
| Acc-48 | Maintenance | - | - | - | - | - | 247 | 750 | - | - | PGS | 0 | 0 | 493 | 493 | BEC decision | Yes | No | No | Yes | 0.5 | 0.45 | - | - | 111.98 | 111.98 | - |
| Acc-48 | Maintenance | - | - | 0 | 1,000 | 750 | 756 | 494 | - | - | PGS | 0 | 538 | 326 | 864 | BEC decision | Yes | No | No | Yes | 0.5 | 0.45 | - | 122.38 | 74.00 | 196.38 | 1.10 |
| Acc-48 | Maintenance | 1,531 | 765 | - | - | (282) | - | - | - | - | PGS | 0 | -152 | 0 | (152) | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | (17.23) | - | (17.23) | (0.16) |
| Acc-49 | Maintenance | 915 | 458 | - | - | (168) | - | - | - | - | PGS | 0 | -91 | 0 | (91) | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | (10.30) | - | (10.30) | (0.09) |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
| --- | --- | --- | --- |
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue 2019 [K$] | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Acc-49 | New Business | | 6,318 | 323 | 441 | 446 | 450 | 122 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - |
| Acc-50 | New Business | - | - | - | - | - | - | - | 554 | 39 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - |
| Acc-51 | Maintenance | - | - | 21 | 10 | 10 | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - |
| Acc-51 | Maintenance | 10 | - | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - |
| Acc-53 | Maintenance | 23 | 126 | 126 | 124 | (150) | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - |
| Acc-54 | New Business | 65 | - | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - |
| Acc-55 | Maintenance | 44 | - | 15 | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - |
| Acc-56 | New Business | - | - | - | - | - | 4,509 | 208 | 431 | - | PGS | 0 | 0 | 326 | 326 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | - | 81.60 | 81.60 |
| Acc-57 | Maintenance | - | - | - | - | - | 15 | 75 | 74 | 74 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - |
| Acc-57 | Maintenance | - | - | - | - | - | 52 | 250 | 247 | 247 | PGS | 0 | 0 | 271 | 271 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.154 | 0.45 | - | - | - | 18.99 | 18.99 |
| Acc-57 | Maintenance | - | - | - | - | - | 61 | 294 | 291 | 291 | PGS | 0 | 0 | 320 | 320 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.16949 | 0.45 | - | - | - | 24.66 | 24.66 |
| Acc-57 | Maintenance | - | 16 | 75 | 73 | 74 | 59 | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - |
| Acc-57 | Maintenance | - | 52 | 250 | 245 | 248 | 196 | - | - | - | PGS | 215 | 378 | 0 | 593 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.154 | 0.45 | 15.04 | 26.46 | - | 41.50 | 0.24 |
| Acc-57 | New Business | 74 | 59 | - | - | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - |
| Acc-57 | New Business | 248 | 196 | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - |
| Acc-57 | Upsell | - | 4,754 | 295 | 289 | 292 | 270 | - | - | - | PGS | 254 | 446 | 0 | 700 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | (blank) | 0.16949 | 1.00 | 42.97 | 75.61 | - | 118.58 | 0.68 |
| Acc-61 | Maintenance | - | - | - | - | - | 486 | 486 | 486 | - | PGS | 0 | 0 | 534 | 534 | Contract=GBO | Yes | Yes | No | Yes | | | - | - | - | - | - |
| Acc-61 | Upsell | - | 11,296 | 493 | 482 | 488 | 241 | - | - | - | PGS | 423 | 745 | 0 | 1,168 | Contract=GBO | Yes | Yes | No | Yes | (blank) | | - | - | - | - | - |
| Acc-62 | New Business | - | 1,705 | 162 | 148 | 161 | 162 | 162 | 145 | 145 | PGS | 139 | 235 | 159 | 534 | Contract=GBO | Yes | Yes | Yes | (blank) | (blank) | | - | - | - | - | - |
| Acc-63 | Maintenance | - | - | - | - | - | 335 | 338 | - | - | PGS | 0 | 0 | 370 | 370 | Contract=GBO | Yes | Yes | No | Yes | | | - | - | 0 | - | - |
| Acc-63 | Maintenance | - | - | - | 343 | 352 | 356 | 356 | - | - | PGS | 0 | 532 | 0 | 532 | Contract=GBO | Yes | Yes | No | Yes | | | - | - | 0 | - | - |
| Acc-63 | New Business | 362 | 366 | 219 | - | - | - | - | - | - | PGS | 188 | 0 | 0 | 188 | Contract=GBO | Yes | Yes | No | Yes | | | - | - | 0 | - | - |
| Acc-66 | Maintenance | - | - | - | - | - | - | - | - | 45 | PGS | 0 | 0 | 20 | 20 | Contract=GBO | Yes | Yes | Yes | Yes | 0.25 | 0.50 | - | - | - | 2.45 | 2.45 |
| Acc-66 | Maintenance | - | - | - | 44 | 454 | 454 | 449 | 399 | - | PGS | 0 | 24 | 471 | 495 | Contract=GBO | Yes | Yes | Yes | Yes | 0.25 | 0.50 | - | 2.99 | 58.93 | 61.92 | 0.03 |

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | Final maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-66 | New Business | 450 | 450 | 450 | 451 | 393 | - | - | - | - | PGS | 386 | 662 | 0 | 1,048 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 1.00 | 96.60 | 165.46 | - | 262.06 | 1.49 |
| Acc-66 | Upsell | - | - | - | - | - | - | 1,200 | 0 | HERMES | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-66 | Upsell | - | - | - | - | - | - | 1,200 | 0 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-66 | Upsell | - | - | - | - | - | - | 1,728 | - | Maestro | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-66 | Upsell | - | - | - | - | 5,618 | 344 | 344 | PGS | 0 | 0 | 378 | 378 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - | |
| Acc-66 | Upsell | - | - | - | 4,578 | 282 | 279 | 279 | PGS | 0 | 0 | 307 | 307 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - | |
| Acc-67 | Maintenance | - | - | - | 47 | 117 | 117 | 115 | 67 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-67 | Maintenance | - | - | - | 333 | 829 | 829 | 820 | 477 | PGS | 0 | 179 | 750 | 930 | Contract=GBO | (blank) | (blank) | No | (blank) | - | - | - | - | - | - | |
| Acc-67 | New Business | 1,836 | 117 | 117 | 114 | 67 | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-67 | New Business | 13,053 | 829 | 829 | 811 | 478 | - | - | - | PGS | 712 | 1068 | 0 | 1,780 | Contract=GBO | (blank) | (blank) | No | (blank) | - | - | - | - | - | - | |
| Acc-67 | Upsell | - | - | - | - | 2,990 | 418 | 188 | 188 | LDM - Vole | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-67 | Upsell | - | - | - | 6,360 | 332 | 189 | 402 | 401 | PGS | 0 | 0 | 441 | 441 | Contract=GBO | (blank) | (blank) | No | (blank) | - | - | - | - | - | - | |
| Acc-67 | Upsell | - | - | 2,635 | 164 | 166 | 167 | 119 | - | PIX - Carkit | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-68 | Maintenance | - | - | - | - | - | - | 7 | 21 | PGS | 0 | 0 | 14 | 14 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | 1.58 | 1.58 | - | |
| Acc-68 | Maintenance | - | - | 7 | 23 | 21 | 21 | 11 | - | PGS | 0 | 19 | 7 | 27 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | 2.19 | 0.85 | 3.04 | 0.02 |
| Acc-68 | Maintenance | 22 | 22 | 22 | 14 | - | - | - | - | PGS | 18 | 14 | 0 | 33 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 2.10 | 1.63 | - | 3.73 | 0.01 |
| Acc-69 | New Business | 7 | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-69 | Recurring License | - | - | - | - | - | - | 260 | 4 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-69 | Recurring License | - | - | - | - | - | - | 1,279 | 201 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-69 | Recurring License | - | - | 9 | 10 | 11 | 11 | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-69 | Recurring License | - | - | 150 | 176 | 174 | 178 | 27 | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-69 | Recurring License | - | - | 246 | 298 | 301 | 301 | 46 | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-69 | Recurring License | 10 | 11 | 11 | 2 | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-69 | Recurring License | 176 | 173 | 173 | 33 | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-69 | Recurring License | 298 | 301 | 301 | 46 | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |
| Acc-70 | Maintenance | - | - | - | - | - | - | 50 | - | Momento | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-70 | Maintenance |  |  |  |  |  |  |  |  | 388 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-70 | New Business | - |  |  | 755 | 53 | 54 | 54 | 53 | - | Momento | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-70 | New Business |  |  |  | 5,859 | 407 | 417 | 417 | 412 | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-70 | New Business | 88 |  |  |  |  |  |  |  |  | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-71 | Maintenance |  |  |  |  |  | 116 | 329 | 329 |  | PGS | 0 | 0 | 362 | 362 | Contract - included for GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.17 | 0.45 | - | - | 27.95 | 27.95 |  |
| Acc-71 | New Business |  |  | 4,796 | 333 | 330 | 332 | 209 | - | - | PGS | 4780 | 511 | 0 | 5,291 | Contract - included for GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.17 | 1.00 | 812.57 | 86.85 | - | 899.43 | 0.78 |
| Acc-72 | Maintenance |  |  |  |  | 58 | 110 | 110 |  |  | PGS | 0 | 0 | 121 | 121 | Contract - included for GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 13.70 | 13.70 |  |
| Acc-72 | Maintenance |  |  |  | 38 | 122 | 120 | 120 |  |  | PGS | 0 | 0 | 132 | 132 | Contract=GBO | No | Yes | No | No | 0 | - | - | - | - | - |  |
| Acc-72 | New Business |  |  | 1,618 | 109 | 110 | 111 | 52 | - | - | PGS | 1696 | 168 | 0 | 1,864 | Contract - included for GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | 424.01 | 42.01 | - | 466.02 | 0.38 |
| Acc-72 | New Business | 121 | 121 | 121 | 119 | 121 | 84 | - | - |  | PGS | 104 | 184 | 0 | 288 | Contract=GBO | No | Yes | No | No | 0 | - | - | - | - | - |  |
| Acc-72 | Upsell |  |  |  |  |  | 707 | 55 | 55 |  | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-72 | Upsell |  |  |  |  |  | 948 | 74 | 74 |  | PGS | 0 | 0 | 81 | 81 | Contract=GBO | No | Yes | No | (blank) | 0 | - | - | - | - | - |  |
| Acc-73 | Maintenance |  |  |  |  |  | 110 | - |  |  | PGS | 0 | 0 | 72 | 72 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 8.22 | 8.22 |  |
| Acc-73 | Maintenance |  | 154 | 51 |  |  |  |  |  |  | PGS | 44 | 0 | 0 | 44 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 5.01 | - | - | 5.01 |  |
| Acc-73 | New Business | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-73 | New Business | 20 | 20 | 20 | 22 | 20 | 21 | 20 | 22 | 22 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-74 | Maintenance | 62 | 302 | 239 |  |  |  |  |  |  | PGS | 206 | 0 | 0 | 206 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 23.36 | - | - | 23.36 |  |
| Acc-74 | Maintenance | 188 | - |  |  |  |  |  |  |  | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-74 | Maintenance | 263 | 266 | (113) |  |  |  |  |  |  | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-74 | Upsell |  | - | 2,958 |  |  |  |  |  |  | PGS | 0 | 0 | 0 | - | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | (blank) | 0.25 |  | - | - | - | - |  |
| Acc-74 | Upsell |  | - | 4,154 |  |  |  |  |  |  | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-74 | Upsell | 5 | 5 | 2 |  |  |  |  |  |  | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-74 | Upsell | 26 | 12 |  |  |  |  |  |  |  | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |  |
| Acc-75 | Maintenance |  |  |  |  |  |  |  | 30 | 130 | PGS | 0 | 0 | 77 | 77 | Contract - included for GBO - included & elaborated | No | Yes | Yes |  | 0.40984 | 0.45 | - | - | 14.36 | 14.36 |  |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,571.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue [K$] 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-75 | Maintenance | | | | | | | 144 | 144 | 144 | PGS | 0 | 0 | 158 | 158 | Contract=GBO | (blank) | (blank) | No | (blank) | 0 | | | | | | |
| Acc-75 | Maintenance | | | | | | 112 | 113 | 110 | 110 | PGS | 0 | 0 | 121 | 121 | Contract=GBO | (blank) | (blank) | No | (blank) | 0 | | | | | | |
| Acc-75 | Maintenance | | | 107 | 112 | 103 | 108 | - | - | - | PGS | 91 | 168 | 0 | 260 | Contract=GBO | (blank) | (blank) | No | (blank) | 0 | | | | | | |
| Acc-75 | Maintenance | | 117 | 117 | 117 | 117 | - | - | - | - | PGS | 100 | 179 | 0 | 279 | Contract=GBO | (blank) | (blank) | No | (blank) | 0 | | | | | | |
| Acc-75 | Maintenance | 115 | | | | | | - | - | - | (blank) | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-75 | Upsell | | | | | | 1,341 | 84 | 84 | | Android | 0 | 0 | 93 | 93 | Contract=GBO | (blank) | (blank) | No | (blank) | 0 | | | | | | |
| Acc-75 | Upsell | | | | 630 | 44 | 43 | 43 | 32 | - | PGS | 0 | 653 | 21 | 674 | Contract - included GBO - included & elaborated | No | Yes | Yes | Yes | 0.40984 | 1.00 | - | 267.66 | 8.62 | 276.28 | 2.41 |
| Acc-75 | Upsell | | | 1,292 | 89 | 91 | 92 | 92 | - | - | PGS | 0 | 139 | 0 | 139 | Contract - included GBO - included & elaborated | No | Yes | Yes | Yes | 0.40984 | 1.00 | - | 56.77 | - | 56.77 | 0.51 |
| Acc-75 | Upsell | 44 | 44 | 44 | 46 | 44 | 45 | - | - | - | PGS | 38 | 70 | 0 | 107 | Contract=GBO | (blank) | (blank) | No | (blank) | (blank) | | | | | | |
| Acc-75 | Upsell | 107 | 71 | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | 0 | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-76 | Maintenance | | | | | | | | 142 | 219 | PGS | 0 | 0 | 190 | 190 | Contract=GBO | No | Yes | No | Yes | | | | | | | |
| Acc-76 | Upsell | | | | 3,265 | 220 | 219 | 221 | 75 | - | PGS | 0 | 3383 | 49 | 3,433 | Contract=GBO | No | Yes | No | Yes | | | | | | | |
| Acc-77 | New Business | | | | | | | 3,614 | 257 | | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-77 | New Business | | | | | | | 4,422 | 315 | | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-77 | New Business | | | | | | | 7,441 | 530 | | PGS | 0 | 0 | 7674 | 7,674 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 12% | 1.00 | - | - | 931.81 | 931.81 | - |
| Acc-78 | New Business | | | 270 | 7 | 8 | 8 | 7 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-79 | Maintenance | | | | | | | 135 | 316 | | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-79 | Maintenance | | | | | | | 2,002 | 4,671 | | PGS | 0 | 0 | 3373 | 3,373 | Contract - included GBO - included & elaborated | | | | | 25% | 0.45 | | | 383.28 | 383.28 | |
| Acc-79 | Upsell | | | | | | 17,672 | 900 | 924 | 504 | PGS | 0 | 0 | 333 | 333 | Contract - included GBO - included & elaborated | | | | | 25% | 1.00 | - | - | 83.14 | 83.14 | |
| Acc-80 | New Business | 225 | 227 | 227 | 220 | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | |
| Acc-80 | New Business | 315 | 318 | 270 | - | - | - | - | - | - | PGS | 232 | - | - | 232 | Contract=GBO | (blank) | (blank) | No | (blank) | 0% | | | | | | |
| Acc-80 | New Business | 2,025 | 2,047 | 1,357 | - | - | - | - | - | - | PGS | 1166 | 0 | 0 | 1,166 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 25% | 1.00 | 291.40 | - | - | 291.40 | - |
| Acc-80 | New Business | 19,008 | 1,001 | 1,001 | 979 | 11 | - | - | - | - | PGS | 859 | 985 | 0 | 1,844 | Contract=GBO | (blank) | (blank) | No | (blank) | 0% | | | | | | |

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2020 | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue 2019 [K$] | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 [K$] | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-81 | Maintenance | - | - | - | - | - | 46 | 140 | 140 | - | PGS | 0 | 0 | 153 | 153 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 25% | 0.45 | - | - | 17.43 | 17.43 | - |
| Acc-81 | Maintenance | - | - | 233 | 142 | 140 | 44 | 1 | - | - | PGS | 200 | 217 | 0 | 418 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 25% | 0.45 | 22.77 | 24.70 | - | 47.47 | 0.22 |
| Acc-82 | Maintenance | - | - | - | - | - | - | 26 | 213 | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-82 | New Business | - | - | - | 3,032 | 211 | 214 | 214 | 184 | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-83 | Maintenance | - | - | - | - | - | 50 | 38 | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-83 | Maintenance | - | - | 176 | 175 | 174 | 175 | - | - | - | PGS | 0 | 270 | 0 | 270 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 25% | 0.45 | - | 30.73 | - | 30.73 | 0.28 |
| Acc-83 | Maintenance | - | - | 210 | 106 | 106 | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-83 | Maintenance | 116 | 117 | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-83 | Maintenance | 175 | 175 | 175 | 47 | - | - | - | - | - | PGS | 150 | 47 | 0 | 197 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 25% | 0.45 | 17.08 | 5.32 | - | 22.40 | 0.05 |
| Acc-83 | Upsell | 38 | 38 | 38 | 20 | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-84 | Maintenance | - | - | - | 107 | 43 | 21 | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-84 | Recurring License | - | 187 | - | 374 | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-85 | New Business | - | - | - | - | 2,872 | 195 | 195 | 195 | - | PGS | 0 | 0 | 215 | 215 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 25% | 1.00 | - | - | 53.70 | 53.70 | - |
| Acc-86 | Recurring License | - | - | (212) | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-87 | New Business | - | - | - | - | - | 3,200 | 110 | 199 | - | PGS | 0 | 0 | 160 | 160 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 24% | 1.00 | - | - | 37.63 | 37.63 | - |
| Acc-87 | New Business | - | - | - | - | 1,760 | - | 60 | 110 | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-87 | New Business | - | - | - | - | - | 7,000 | - | 240 | 436 | PGS | 0 | 0 | 350 | 350 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 24% | 1.00 | - | - | 82.32 | 82.32 | - |
| Acc-87 | New Business | - | - | - | - | 4,800 | - | - | 164 | 299 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-88 | Maintenance | - | - | - | - | - | 83 | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-88 | Maintenance | - | - | 41 | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-89 | Maintenance | 7 | - | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-89 | Upsell | 5 | - | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |

|  |  |  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|---|---|
|  |  | 2018 | $ 3,900,371.07 | 0% | $ - |
|  |  | 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
|  |  | 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue [K$] 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-90 | New Business | 194 | 196 | 196 | 94 | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-90 | New Business | 452 | 457 | 457 | 219 | - | - | - | - | - | PGS | 392 | 219 | 0 | 611 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 25% | 1.00 | 98.10 | 54.64 | - | 152.74 | 0.49 |

# EXHIBIT 28

to Declaration of Micah G. Block in Support of
Plaintiffs' Motion for Partial Summary Judgment

Document Produced in Native Format

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
WA-NSO-00166473

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01f:0011:face:000 0:000d:0000","2401:db00:f034: 0001:face:0000:0027:0000"] | ["cdt1","mba1"] | ["fnedge247.01.cdt1.facebook.co m","fnedge020.01.mba1.faceboo k.com"] | ["Paris, FR","Mombasa, KE "] | |
| | | | ["2401:db00:f013:4016:face:000 0:0011:0000","2401:db00:f012: 2002:face:0000:001f:0000"] | ["dfw5","lga3"] | ["fnedge527.02.dfw5.facebook.c om","fnedge559.01.lga3.faceboo k.com"] | ["Dallas, Texas, US","New York, NY, US"] | |
| | | | ["2401:db00:f030:0007:face:000 0:0003:0000","2401:db00:f01b: 100b:face:0000:001d:0000"] | ["maa2"] | ["fnedge141.01.maa2.facebook.c om","2401:db00:f01b:100b:face: 0:1d:0"] | ["Chennai, India","unknown"] | |
| | | | ["2401:db00:f013:1018:face:000 0:001b:0000","2401:db00:f013: 100c:face:0000:0013:0000"] | ["dfw5"] | ["fnedge454.01.dfw5.facebook.c om","fnedge150.01.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:2011:face:000 0:001b:0000"] | ["ort2"] | ["fnedge238.02.ort2.facebook.co m"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f012:200a:face:000 0:0005:0000"] | ["lga3"] | ["fnedge819.01.lga3.facebook.co m"] | ["New York, NY, US"] | |
| | | | ["2401:db00:f00b:2004:face:000 0:0019:0000","2401:db00:f00b: 2007:face:0000:000f:0000","240 1:db00:f00d:2006:face:0000:001 3:0000"] | ["ort2","lax3"] | ["fnedge364.02.ort2.facebook.co m","fnedge504.02.ort2.facebook .com","fnedge050.02.lax3.facebo ok.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01f:0001:face:000 0:0019:0000","2401:db00:f01f:1 014:face:0000:000d:0000"] | ["cdt1","cdg2"] | ["fnedge013.01.cdt1.facebook.co m","fnedge662.01.cdg2.facebook .com"] | ["Paris, FR"] | |
| | | | ["2401:db00:f036:0001:face:000 0:0003:0000","2401:db00:f036: 0002:face:0000:0027:0000"] | ["dus1"] | ["fnedge014.01.dus1.facebook.c om","fnedge080.01.dus1.facebo ok.com"] | ["Dusseldorf, DE"] | |
| | | | ["2401:db00:f01b:0008:face:000 0:0019:0000","2401:db00:f006: 1016:face:0000:0027:0000"] | ["amt2","mrs2"] | ["fnedge192.01.amt2.facebook.c om","fnedge412.01.mrs2.facebo ok.com"] | ["Amsterdam, NL","Marseille, FR"] | |
| | | | ["2401:db00:f01c:0001:face:000 0:001f:0000"] | ["frx5"] | ["fnedge481.01.frx5.facebook.co m"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f02a:0008:face:000 0:0027:0000"] | ["bom1"] | ["fnedge206.01.bom1.facebook.c om"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f01b:1010:face:000 0:0013:0000","2401:db00:f01b: 0004:face:0000:0007:0000"] | ["amt2"] | ["2401:db00:f01b:1010:face:0:13 :0","fnedge042.01.amt2.faceboo k.com"] | ["unknown","Amster dam, NL"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00b:200e:face:0000:001f:0000","2401:db00:f033:0005:face:0000:0027:0000"] | ["ort2","msp1"] | ["fnedge300.02.ort2.facebook.com","fnedge112.01.msp1.facebook.com"] | ["Chicago, IL, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f00b:200c:face:0000:0001:0000","2401:db00:f013:1013:face:0000:000d:0000"] | ["ort2","dfw5"] | ["fnedge518.02.ort2.facebook.com","fnedge468.01.dfw5.facebook.com"] | ["Chicago, IL, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:0012:face:0000:0017:0000"] | ["amt2"] | ["fnedge293.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f006:2008:face:0000:0015:0000","2401:db00:f006:2007:face:0000:001f:0000"] | ["mrs2"] | ["fnedge008.02.mrs2.facebook.com","fnedge046.02.mrs2.facebook.com"] | ["Marseille, FR"] | |
| | | | ["2401:db00:f00b:0005:face:0000:000b:0000","2401:db00:f00b:0006:face:0000:0027:0000"] | ["ort2"] | ["fnedge433.01.ort2.facebook.com","fnedge453.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f00d:0012:face:0000:0027:0000","2401:db00:f00b:2009:face:0000:0015:0000"] | ["lax3","ort2"] | ["fnedge764.01.lax3.facebook.com","fnedge555.02.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f013:4013:face:0000:0007:0000","2401:db00:f000:300f:face:0000:0023:0000"] | ["dfw5","mia3"] | ["fnedge764.02.dfw5.facebook.com","fnedge664.02.mia3.facebook.com"] | ["Dallas, Texas, US","Miami, Florida, US"] | |
| | | | ["2401:db00:f01b:100c:face:0000:001b:0000"] | | ["2401:db00:f01b:100c:face:0:1b:0"] | ["unknown"] | |
| | | | ["2401:db00:f033:0002:face:0000:0003:0000","2401:db00:f003:1013:face:0000:0013:0000"] | ["msp1","iad3"] | ["fnedge023.01.msp1.facebook.com","fnedge679.01.iad3.facebook.com"] | ["Minneapolis, MN, US","Washington, DC, US"] | |
| | | | ["2401:db00:f01b:1008:face:0000:001d:0000"] | | ["2401:db00:f01b:1008:face:0:1d:0"] | ["unknown"] | |
| | | | ["2401:db00:f00b:0010:face:0000:001f:0000"] | ["ort2"] | ["fnedge329.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f013:400d:face:0000:0005:0000","2401:db00:f013:1007:face:0000:0021:0000"] | ["dfw5"] | ["fnedge605.02.dfw5.facebook.com","fnedge420.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:0003:face:0000:0001:0000","2401:db00:f01c:000f:face:0000:0021:0000"] | ["frx5"] | ["fnedge280.01.frx5.facebook.com","fnedge077.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f013:1015:face:0000:001b:0000"] | ["dfw5"] | ["fnedge278.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00d:2008:face:000 0:001b:0000","2401:db00:f00b: 0009:face:0000:001b:0000"] | ["lax3","ort2"] | ["fnedge147.02.lax3.facebook.co m","fnedge257.01.ort2.facebook .com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f00b:2010:face:000 0:0009:0000"] | ["ort2"] | ["fnedge344.02.ort2.facebook.co m"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f01c:0013:face:000 0:0027:0000","2401:db00:f030: 1006:face:0000:001f:0000"] | ["frx5","maa2"] | ["fnedge590.01.frx5.facebook.co m","fnedge166.02.maa2.faceboo k.com"] | ["Frankfurt, DE","Chennai, India"] | |
| | | | ["2401:db00:f01b:0010:face:000 0:0005:0000","2401:db00:f01b: 0011:face:0000:0019:0000"] | ["amt2"] | ["fnedge290.01.amt2.facebook.c om","fnedge244.01.amt2.facebo ok.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f030:1006:face:000 0:0019:0000","2401:db00:f01b: 100f:face:0000:0005:0000"] | ["maa2"] | ["fnedge167.02.maa2.facebook.c om","2401:db00:f01b:100f:face: 0:5:0"] | ["Chennai, India","unknown"] | |
| | | | ["2401:db00:f013:4015:face:000 0:0001:0000"] | ["dfw5"] | ["fnedge501.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:200a:face:000 0:0017:0000"] | ["frt3"] | ["fnedge538.01.frt3.facebook.co m"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01a:100e:face:000 0:0011:0000","2401:db00:f01a: 1004:face:0000:0013:0000","24 01:db00:f01a:1008:face:0000:00 05:0000"] | ["lhr3"] | ["fnedge184.01.lhr3.facebook.co m","fnedge110.01.lhr3.facebook. com","fnedge206.01.lhr3.facebo ok.com"] | ["London, UK"] | |
| | | | ["2401:db00:f01b:0007:face:000 0:000b:0000","2401:db00:f01b: 0010:face:0000:0017:0000"] | ["amt2"] | ["fnedge208.01.amt2.facebook.c om","fnedge213.01.amt2.facebo ok.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f01a:100e:face:000 0:0025:0000","2401:db00:f01b: 100b:face:0000:0007:0000","24 01:db00:f023:0009:face:0000:00 25:0000"] | ["lhr3","jnb1"] | ["fnedge246.01.lhr3.facebook.co m","2401:db00:f01b:100b:face:0 :7:0","fnedge172.01.jnb1.facebo ok.com"] | ["London, UK","unknown","Joha nnesburg, ZA"] | |
| | | | ["2401:db00:f02a:0010:face:000 0:0015:0000"] | ["bom1"] | ["fnedge389.01.bom1.facebook.c om"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f02a:000e:face:000 0:0019:0000","2401:db00:f02a: 000e:face:0000:0007:0000"] | ["bom1"] | ["fnedge212.01.bom1.facebook.c om","fnedge416.01.bom1.facebo ok.com"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f02f:0005:face:000 0:000d:0000"] | ["ber1"] | ["fnedge113.01.ber1.facebook.c om"] | ["Berlin, DE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01b:100e:face:000 0:0015:0000","2401:db00:f01a: 200b:face:0000:001b:0000","24 01:db00:f01a:2007:face:0000:00 19:0000"] | ["lht6"] | ["2401:db00:f01b:100e:face:0:15 :0","fnedge454.01.lht6.facebook. com","fnedge005.01.lht6.facebo ok.com"] | ["unknown","London, UK"] | |
| | | | ["2401:db00:f008:1001:face:000 0:0017:0000","2401:db00:f01b: 000b:face:0000:000f:0000","240 1:db00:f01b:0002:face:0000:002 1:0000","2401:db00:f006:100e:f ace:0000:0007:0000","2401:db0 0:f01b:0004:face:0000:001f:000 0","2401:db00:f01b:0001:face:0 000:0025:0000"] | ["mxp1","mrs2","amt 2"] | ["fnedge419.01.mxp1.facebook.c om","fnedge304.01.amt2.facebo ok.com","fnedge039.01.amt2.fac ebook.com","fnedge289.01.mrs2 .facebook.com","fnedge167.01.a mt2.facebook.com","fnedge268. 01.amt2.facebook.com"] | ["Milano, IT","Amsterdam, NL","Marseille, FR"] | |
| | | | ["2401:db00:f02f:0005:face:000 0:000b:0000","2401:db00:f009: 1002:face:0000:0025:0000"] | ["ber1","arn2"] | ["fnedge110.01.ber1.facebook.c om","fnedge030.02.arn2.faceboo k.com"] | ["Berlin, DE","Stockholm, SE"] | |
| | | | ["2401:db00:f01c:2009:face:000 0:0005:0000","2401:db00:f01b: 0006:face:0000:001d:0000","24 01:db00:f01b:000b:face:0000:00 27:0000","2401:db00:f004:100d :face:0000:0003:0000"] | ["frt3","amt2","mad1 "] | ["fnedge489.01.frt3.facebook.co m","fnedge227.01.amt2.faceboo k.com","fnedge071.01.amt2.face book.com","fnedge885.01.mad1. facebook.com"] | ["Frankfurt, DE","Amsterdam, NL","Madrid, ES"] | |
| | | | ["2401:db00:f02a:0007:face:000 0:0027:0000","2401:db00:f01c:0 015:face:0000:0015:0000","240 1:db00:f01c:0004:face:0000:001 3:0000"] | ["bom1","frx5"] | ["fnedge051.01.bom1.facebook.c om","fnedge518.01.frx5.faceboo k.com","fnedge159.01.frx5.faceb ook.com"] | ["Bombay, IN","Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:1010:face:000 0:0001:0000","2401:db00:f01b: 100b:face:0000:0011:0000"] | | ["2401:db00:f01b:1010:face:0:1: 0","2401:db00:f01b:100b:face:0: 11:0"] | ["unknown"] | |
| | | | ["2401:db00:f00d:2008:face:000 0:0015:0000","2401:db00:f00b: 000a:face:0000:000b:0000"] | ["lax3","ort2"] | ["fnedge058.02.lax3.facebook.co m","fnedge524.01.ort2.facebook .com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01f:0002:face:000 0:000b:0000","2401:db00:f034: 0001:face:0000:0013:0000"] | ["cdt1","mba1"] | ["fnedge205.01.cdt1.facebook.co m","fnedge010.01.mba1.faceboo k.com"] | ["Paris, FR","Mombasa, KE "] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00b:2001:face:000 0:0027:0000","2401:db00:f00b: 0007:face:0000:0007:0000"] | ["ort2"] | ["fnedge019.02.ort2.facebook.co m","fnedge167.01.ort2.facebook .com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f013:100b:face:000 0:0005:0000","2401:db00:f013: 4018:face:0000:0025:0000"] | ["dfw5"] | ["fnedge124.01.dfw5.facebook.c om","fnedge567.02.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f004:1007:face:000 0:0019:0000","2401:db00:f01f:1 013:face:0000:0003:0000","240 1:db00:f01f:1005:face:0000:001 9:0000"] | ["mad1","cdg2"] | ["fnedge599.01.mad1.facebook.c om","fnedge632.01.cdg2.facebo ok.com","fnedge503.01.cdg2.fac ebook.com"] | ["Madrid, ES","Paris, FR"] | |
| | | | ["2401:db00:f000:3014:face:000 0:0007:0000"] | ["mia3"] | ["fnedge499.02.mia3.facebook.c om"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f00b:0010:face:000 0:0001:0000","2401:db00:f00b: 000d:face:0000:0027:0000","24 01:db00:f00d:000e:face:0000:00 0b:0000"] | ["ort2","lax3"] | ["fnedge226.01.ort2.facebook.co m","fnedge543.01.ort2.facebook .com","fnedge735.01.lax3.facebo ok.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01c:3015:face:000 0:0005:0000","2401:db00:f01b: 0005:face:0000:0011:0000","24 01:db00:f01c:3010:face:0000:00 27:0000"] | ["amt2","frt3"] | ["2401:db00:f01c:3015:face:0:5: 0","fnedge046.01.amt2.facebook .com","fnedge156.02.frt3.facebo ok.com"] | ["unknown","Amster dam, NL","Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:0006:face:000 0:001d:0000","2401:db00:f01b: 0002:face:0000:0015:0000","24 01:db00:f01b:100e:face:0000:00 05:0000"] | ["amt2"] | ["fnedge227.01.amt2.facebook.c om","fnedge141.01.amt2.facebo ok.com","2401:db00:f01b:100e:f ace:0:5:0"] | ["Amsterdam, NL","unknown"] | |
| | | | ["2401:db00:f013:400e:face:000 0:000d:0000"] | ["dfw5"] | ["fnedge642.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:2005:face:000 0:0013:0000","2401:db00:f00d: 2003:face:0000:0023:0000"] | ["ort2","lax3"] | ["fnedge144.02.ort2.facebook.co m","fnedge126.02.lax3.facebook. com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f009:1002:face:000 0:0001:0000","2401:db00:f009: 1006:face:0000:001b:0000"] | ["arn2"] | ["fnedge020.02.arn2.facebook.co m","fnedge066.02.arn2.facebook .com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f013:400a:face:000 0:000b:0000","2401:db00:f013: 1002:face:0000:0015:0000"] | ["dfw5"] | ["fnedge588.02.dfw5.facebook.c om","fnedge111.01.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01a:200f:face:0000:001f:0000","2401:db00:f01a:2006:face:0000:0001:0000","2401:db00:f01a:100c:face:0000:0017:0000","2401:db00:f01b:1007:face:0000:001f:0000"] | ["lht6","lhr3"] | ["fnedge074.01.lht6.facebook.com","fnedge293.01.lht6.facebook.com","fnedge135.01.lhr3.facebook.com","2401:db00:f01b:1007:face:0:1f:0"] | ["London, UK","unknown"] | |
| | | | ["2401:db00:f01b:0004:face:0000:0023:0000","2401:db00:f006:2006:face:0000:0003:0000"] | ["amt2","mrs2"] | ["fnedge260.01.amt2.facebook.com","fnedge023.02.mrs2.facebook.com"] | ["Amsterdam, NL","Marseille, FR"] | |
| | | | ["2401:db00:f006:2005:face:0000:0003:0000","2401:db00:f006:1005:face:0000:0013:0000","2401:db00:f01b:100b:face:0000:0001:0000","2401:db00:f01c:3018:face:0000:0027:0000","2401:db00:f01b:0008:face:0000:0001:0000"] | ["mrs2","amt2"] | ["fnedge082.02.mrs2.facebook.com","fnedge235.01.mrs2.facebook.com","2401:db00:f01b:100b:face:0:1:0","2401:db00:f01c:3018:face:0:27:0","fnedge262.01.amt2.facebook.com"] | ["Marseille, FR","unknown","Amsterdam, NL"] | |
| | | | ["2401:db00:f013:400b:face:0000:0023:0000"] | ["dfw5"] | ["fnedge632.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f033:0001:face:0000:0011:0000","2401:db00:f00d:2007:face:0000:001b:0000","2401:db00:f00d:0014:face:0000:0019:0000","2401:db00:f00b:200f:face:0000:0005:0000"] | ["msp1","lax3","ort2"] | ["fnedge042.01.msp1.facebook.com","fnedge054.02.lax3.facebook.com","fnedge131.01.lax3.facebook.com","fnedge481.02.ort2.facebook.com"] | ["Minneapolis, MN, US","Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f006:1002:face:0000:0011:0000","2401:db00:f01b:100f:face:0000:0015:0000","2401:db00:f01b:1011:face:0000:0025:0000"] | ["mrs2"] | ["fnedge193.01.mrs2.facebook.com","2401:db00:f01b:100f:face:0:15:0","2401:db00:f01b:1011:face:0:25:0"] | ["Marseille, FR","unknown"] | |
| | | | ["2401:db00:f000:200c:face:0000:0019:0000","2401:db00:f000:2010:face:0000:0023:0000"] | ["mia3"] | ["fnedge263.01.mia3.facebook.com","fnedge155.01.mia3.facebook.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f00c:4018:face:0000:000b:0000"] | ["sin2"] | ["fnedge215.02.sin2.facebook.com"] | ["Singapore"] | |
| | | | ["2401:db00:f01a:2005:face:0000:000f:0000","2401:db00:f01b:0006:face:0000:0001:0000"] | ["lht6","amt2"] | ["fnedge459.01.lht6.facebook.com","fnedge140.01.amt2.facebook.com"] | ["London, UK","Amsterdam, NL"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f02a:000f:face:0000:000d:0000","2401:db00:f01b:1008:face:0000:0021:0000"] | ["bom1"] | ["fnedge376.01.bom1.facebook.com","2401:db00:f01b:1008:face:0:21:0"] | ["Bombay, IN","unknown"] | |
| | | | ["2401:db00:f01c:000c:face:0000:001d:0000","2401:db00:f030:1004:face:0000:0007:0000"] | ["frx5","maa2"] | ["fnedge111.01.frx5.facebook.com","fnedge132.02.maa2.facebook.com"] | ["Frankfurt, DE","Chennai, India"] | |
| | | | ["2401:db00:f004:1012:face:0000:0019:0000","2401:db00:f01f:0007:face:0000:0015:0000","2401:db00:f01f:000e:face:0000:0017:0000"] | ["mad1","cdt1"] | ["fnedge709.01.mad1.facebook.com","fnedge041.01.cdt1.facebook.com","fnedge062.01.cdt1.facebook.com"] | ["Madrid, ES","Paris, FR"] | |
| | | | ["2401:db00:f021:1003:face:0000:0005:0000","2401:db00:f01c:0018:face:0000:0009:0000"] | ["bru2","frx5"] | ["fnedge292.01.bru2.facebook.com","fnedge427.01.frx5.facebook.com"] | ["Bruxelles, BE","Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:100b:face:0000:000f:0000","2401:db00:f016:0012:face:0000:001b:0000","2401:db00:f01b:1008:face:0000:0019:0000","2401:db00:f01b:100c:face:0000:0009:0000"] | ["otp1"] | ["2401:db00:f01b:100b:face:0:f:0","fnedge106.01.otp1.facebook.com","2401:db00:f01b:1008:face:0:19:0","2401:db00:f01b:100c:face:0:9:0"] | ["Bucharest, RO","unknown"] | |
| | | | ["2401:db00:f013:400b:face:0000:001b:0000","2401:db00:f000:300e:face:0000:001b:0000"] | ["dfw5","mia3"] | ["fnedge638.02.dfw5.facebook.com","fnedge650.02.mia3.facebook.com"] | ["Dallas, Texas, US","Miami, Florida, US"] | |
| | | | ["2401:db00:f00b:0005:face:0000:000d:0000"] | ["ort2"] | ["fnedge434.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f023:0008:face:0000:0001:0000","2401:db00:f01a:2014:face:0000:000d:0000"] | ["jnb1","lht6"] | ["fnedge136.01.jnb1.facebook.com","fnedge153.01.lht6.facebook.com"] | ["Johannesburg, ZA","London, UK"] | |
| | | | ["2401:db00:f01b:000e:face:0000:001f:0000"] | ["amt2"] | ["fnedge254.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f008:1014:face:0000:0009:0000","2401:db00:f008:1004:face:0000:000f:0000"] | ["mxp1"] | ["fnedge645.01.mxp1.facebook.com","fnedge147.01.mxp1.facebook.com"] | ["Milano, IT"] | |
| | | | ["2401:db00:f023:0002:face:0000:0017:0000","2401:db00:f01b:0011:face:0000:0027:0000"] | ["jnb1","amt2"] | ["fnedge102.01.jnb1.facebook.com","fnedge364.02.amt2.facebook.com"] | ["Johannesburg, ZA","Amsterdam, NL"] | |
| | | | ["2401:db00:f011:0009:face:0000:0001:0000"] | ["atl3"] | ["fnedge713.01.atl3.facebook.com"] | ["Atlanta, Georgia, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01f:1014:face:0000:001d:0000","2401:db00:f01f:0005:face:0000:0023:0000"] | ["cdg2","cdt1"] | ["fnedge655.01.cdg2.facebook.com","fnedge111.01.cdt1.facebook.com"] | ["Paris, FR"] | |
| | | | ["2401:db00:f01c:3012:face:0000:0025:0000","2401:db00:f01c:3012:face:0000:0003:0000","2401:db00:f000:2011:face:0000:001f:0000"] | ["frt3","mia3"] | ["fnedge206.02.frt3.facebook.com","fnedge362.02.frt3.facebook.com","fnedge269.01.mia3.facebook.com"] | ["Frankfurt, DE","Miami, Florida, US"] | |
| | | | ["2401:db00:f00d:2004:face:0000:0005:0000","2401:db00:f00b:2002:face:0000:0011:0000"] | ["lax3","ort2"] | ["fnedge006.02.lax3.facebook.com","fnedge032.02.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01f:0010:face:0000:0023:0000","2401:db00:f01c:0018:face:0000:0005:0000"] | ["cdt1","frx5"] | ["fnedge194.01.cdt1.facebook.com","fnedge205.01.frx5.facebook.com"] | ["Paris, FR","Frankfurt, DE"] | |
| | | | ["2401:db00:f013:400c:face:0000:0021:0000"] | ["dfw5"] | ["fnedge362.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:200b:face:0000:000b:0000","2401:db00:f02a:100b:face:0000:0007:0000"] | ["frt3","bom1"] | ["fnedge549.01.frt3.facebook.com","fnedge168.02.bom1.facebook.com"] | ["Frankfurt, DE","Bombay, IN"] | |
| | | | ["2401:db00:f01b:100c:face:0000:0015:0000"] | | ["2401:db00:f01b:100c:face:0:15:0"] | ["unknown"] | |
| | | | ["2401:db00:f01c:3004:face:0000:0009:0000","2401:db00:f01c:3017:face:0000:0021:0000"] | ["frt3"] | ["fnedge297.02.frt3.facebook.com","2401:db00:f01c:3017:face:0:21:0"] | ["Frankfurt, DE","unknown"] | |
| | | | ["2401:db00:f01c:3013:face:0000:0023:0000","2401:db00:f01c:3005:face:0000:0025:0000"] | ["frt3"] | ["fnedge484.02.frt3.facebook.com","fnedge344.02.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00b:000d:face:0000:000b:0000"] | ["ort2"] | ["fnedge547.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f01a:2009:face:0000:001f:0000","2401:db00:f01a:1009:face:0000:001b:0000"] | ["lht6","lhr3"] | ["fnedge286.01.lht6.facebook.com","fnedge192.01.lhr3.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f01b:0005:face:0000:0009:0000","2401:db00:f01b:1008:face:0000:0023:0000"] | ["amt2"] | ["fnedge307.01.amt2.facebook.com","2401:db00:f01b:1008:face:0:23:0"] | ["Amsterdam, NL","unknown"] | |
| | | | ["2401:db00:f006:1005:face:0000:0023:0000","2401:db00:f01b:0003:face:0000:001d:0000"] | ["mrs2","amt2"] | ["fnedge232.01.mrs2.facebook.com","fnedge111.01.amt2.facebook.com"] | ["Marseille, FR","Amsterdam, NL"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01a:1006:face:0000:0015:0000","2401:db00:f01a:100e:face:0000:0025:0000","2401:db00:f01b:1009:face:0000:000f:0000","2401:db00:f01b:1007:face:0000:000b:0000","2401:db00:f01b:100a:face:0000:0013:0000","2401:db00:f01b:0002:face:0000:000b:0000"] | ["lhr3","amt2"] | ["fnedge059.01.lhr3.facebook.com","fnedge246.01.lhr3.facebook.com","2401:db00:f01b:1009:face:0:f:0","2401:db00:f01b:1007:face:0:b:0","2401:db00:f01b:100a:face:0:13:0","fnedge145.01.amt2.facebook.com"] | ["London, UK","unknown","Amsterdam, NL"] | |
| | | | ["2401:db00:f00b:000d:face:0000:0013:0000","2401:db00:f00b:000c:face:0000:0013:0000"] | ["ort2"] | ["fnedge551.01.ort2.facebook.com","fnedge489.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f02a:0007:face:0000:000b:0000","2401:db00:f02a:1004:face:0000:000b:0000"] | ["bom1"] | ["fnedge097.01.bom1.facebook.com","fnedge073.02.bom1.facebook.com"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f009:1003:face:0000:0001:0000","2401:db00:f009:1006:face:0000:0019:0000"] | ["arn2"] | ["fnedge081.02.arn2.facebook.com","fnedge062.02.arn2.facebook.com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f033:0001:face:0000:001d:0000","2401:db00:f013:1014:face:0000:0019:0000","2401:db00:f013:1008:face:0000:0005:0000"] | ["msp1","dfw5"] | ["fnedge059.01.msp1.facebook.com","fnedge234.01.dfw5.facebook.com","fnedge387.01.dfw5.facebook.com"] | ["Minneapolis, MN, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f00c:0016:face:0000:0013:0000","2401:db00:f00c:000d:face:0000:000d:0000","2401:db00:f00c:000a:face:0000:0019:0000","2401:db00:f00d:0004:face:0000:0025:0000"] | ["sin2","lax3"] | ["fnedge420.01.sin2.facebook.com","fnedge275.01.sin2.facebook.com","fnedge169.01.sin2.facebook.com","fnedge936.01.lax3.facebook.com"] | ["Singapore","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01b:1010:face:0000:000b:0000","2401:db00:f01b:100a:face:0000:0001:0000","2401:db00:f01b:0009:face:0000:001f:0000","2401:db00:f01b:000d:face:0000:0019:0000"] | ["amt2"] | ["2401:db00:f01b:1010:face:0:b:0","2401:db00:f01b:100a:face:0:1:0","fnedge160.01.amt2.facebook.com","fnedge055.01.amt2.facebook.com"] | ["unknown","Amsterdam, NL"] | |
| | | | ["2401:db00:f013:1001:face:0000:001b:0000","2401:db00:f013:400d:face:0000:0011:0000"] | ["dfw5"] | ["fnedge015.01.dfw5.facebook.com","fnedge604.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f02a:1012:face:0000:0011:0000"] | ["bom1"] | ["fnedge367.02.bom1.facebook.com"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f013:4002:face:0000:001d:0000","2401:db00:f013:1010:face:0000:0015:0000"] | ["dfw5"] | ["fnedge408.02.dfw5.facebook.com","fnedge328.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400e:face:0000:001b:0000","2401:db00:f013:1003:face:0000:0009:0000"] | ["dfw5"] | ["fnedge659.02.dfw5.facebook.com","fnedge024.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400f:face:0000:000d:0000"] | ["dfw5"] | ["fnedge670.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01a:200a:face:0000:0017:0000","2401:db00:f01b:100e:face:0000:001b:0000"] | ["lht6"] | ["fnedge233.01.lht6.facebook.com","2401:db00:f01b:100e:face:0:1b:0"] | ["London, UK","unknown"] | |
| | | | ["2401:db00:f01b:0012:face:0000:000f:0000"] | ["amt2"] | ["fnedge320.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f006:2007:face:0000:0005:0000","2401:db00:f01f:1015:face:0000:0021:0000"] | ["mrs2","cdg2"] | ["fnedge053.02.mrs2.facebook.com","fnedge807.01.cdg2.facebook.com"] | ["Marseille, FR","Paris, FR"] | |
| | | | ["2401:db00:f00b:0010:face:0000:0027:0000","2401:db00:f00d:2001:face:0000:0019:0000"] | ["ort2","lax3"] | ["fnedge117.01.ort2.facebook.com","fnedge079.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f00b:200e:face:0000:0011:0000","2401:db00:f00d:0009:face:0000:0027:0000"] | ["ort2","lax3"] | ["fnedge100.02.ort2.facebook.com","fnedge1025.01.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f00b:2005:face:0000:001b:0000","2401:db00:f00d:0010:face:0000:0011:0000","2401:db00:f00d:000e:face:0000:0023:0000","2401:db00:f00d:2001:face:0000:0009:0000"] | ["ort2","lax3"] | ["fnedge165.02.ort2.facebook.com","fnedge751.01.lax3.facebook.com","fnedge734.01.lax3.facebook.com","fnedge056.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01a:1004:face:0000:0003:0000","2401:db00:f01a:1001:face:0000:0017:0000"] | ["lhr3"] | ["fnedge068.01.lhr3.facebook.com","fnedge041.01.lhr3.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f034:0006:face:0000:000b:0000"] | ["mba1"] | ["fnedge114.01.mba1.facebook.com"] | ["Mombasa, KE "] | |
| | | | ["2401:db00:f01b:1010:face:0000:001b:0000"] | | ["2401:db00:f01b:1010:face:0:1b:0"] | ["unknown"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f000:300f:face:000 0:000f:0000","2401:db00:f000:2 014:face:0000:001d:0000"] | ["mia3"] | ["fnedge667.02.mia3.facebook.c om","fnedge511.01.mia3.facebo ok.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f013:1011:face:000 0:0003:0000","2401:db00:f013: 100b:face:0000:000f:0000"] | ["dfw5"] | ["fnedge304.01.dfw5.facebook.c om","fnedge130.01.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:100e:face:000 0:0027:0000"] | | ["2401:db00:f01b:100e:face:0:27 :0"] | ["unknown"] | |
| | | | ["2401:db00:f01c:0011:face:000 0:0019:0000"] | ["frx5"] | ["fnedge034.01.frx5.facebook.co m"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01f:000f:face:0000 :0007:0000","2401:db00:f01c:00 0b:face:0000:0021:0000"] | ["cdt1","frx5"] | ["fnedge103.01.cdt1.facebook.co m","fnedge411.01.frx5.facebook. com"] | ["Paris, FR","Frankfurt, DE"] | |
| | | | ["2401:db00:f036:0001:face:000 0:000f:0000","2401:db00:f036:0 001:face:0000:0017:0000"] | ["dus1"] | ["fnedge004.01.dus1.facebook.c om","fnedge016.01.dus1.facebo ok.com"] | ["Dusseldorf, DE"] | |
| | | | ["2401:db00:f01b:000c:face:000 0:0015:0000","2401:db00:f01b: 000f:face:0000:000d:0000"] | ["amt2"] | ["fnedge029.01.amt2.facebook.c om","fnedge210.01.amt2.facebo ok.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f01c:0008:face:000 0:0007:0000","2401:db00:f01b: 100e:face:0000:000b:0000"] | ["frx5"] | ["fnedge620.01.frx5.facebook.co m","2401:db00:f01b:100e:face:0 :b:0"] | ["Frankfurt, DE","unknown"] | |
| | | | ["2401:db00:f013:4018:face:000 0:0019:0000","2401:db00:f013: 1011:face:0000:000b:0000"] | ["dfw5"] | ["fnedge573.02.dfw5.facebook.c om","fnedge307.01.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400e:face:000 0:0009:0000"] | ["dfw5"] | ["fnedge651.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f006:1003:face:000 0:0003:0000","2401:db00:f01b: 0007:face:0000:0007:0000"] | ["mrs2","amt2"] | ["fnedge202.01.mrs2.facebook.c om","fnedge305.01.amt2.facebo ok.com"] | ["Marseille, FR","Amsterdam, NL"] | |
| | | | ["2401:db00:f01a:200c:face:000 0:0019:0000","2401:db00:f01a: 2003:face:0000:001d:0000"] | ["lht6"] | ["fnedge113.01.lht6.facebook.co m","fnedge221.01.lht6.facebook. com"] | ["London, UK"] | |
| | | | ["2401:db00:f013:4015:face:000 0:0001:0000"] | ["dfw5"] | ["fnedge501.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f030:1004:face:0000:0005:0000","2401:db00:f030:1002:face:0000:0025:0000","2401:db00:f01c:0002:face:0000:0021:0000","2401:db00:f01c:0017:face:0000:0001:0000"] | ["maa2","frx5"] | ["fnedge126.02.maa2.facebook.com","fnedge026.02.maa2.facebook.com","fnedge060.01.frx5.facebook.com","fnedge075.01.frx5.facebook.com"] | ["Chennai, India","Frankfurt, DE"] | |
| | | | ["2401:db00:f01f:1013:face:0000:0007:0000","2401:db00:f01a:200b:face:0000:001b:0000"] | ["cdg2","lht6"] | ["fnedge637.01.cdg2.facebook.com","fnedge454.01.lht6.facebook.com"] | ["Paris, FR","London, UK"] | |
| | | | ["2401:db00:f013:1011:face:0000:000d:0000"] | ["dfw5"] | ["fnedge309.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:2011:face:0000:0021:0000","2401:db00:f00b:0001:face:0000:001b:0000","2401:db00:f013:4001:face:0000:001f:0000"] | ["ort2","dfw5"] | ["fnedge042.02.ort2.facebook.com","fnedge354.01.ort2.facebook.com","fnedge739.02.dfw5.facebook.com"] | ["Chicago, IL, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:0006:face:0000:0019:0000","2401:db00:f033:0004:face:0000:0011:0000"] | ["ort2","msp1"] | ["fnedge449.01.ort2.facebook.com","fnedge094.01.msp1.facebook.com"] | ["Chicago, IL, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f01b:100b:face:0000:0017:0000","2401:db00:f02a:1011:face:0000:0007:0000"] | ["bom1"] | ["2401:db00:f01b:100b:0:17:0","fnedge278.02.bom1.facebook.com"] | ["unknown","Bombay, IN"] | |
| | | | ["2401:db00:f013:1003:face:0000:0011:0000","2401:db00:f02e:000b:face:0000:001d:0000"] | ["dfw5","qro1"] | ["fnedge031.01.dfw5.facebook.com","fnedge181.01.qro1.facebook.com"] | ["Dallas, Texas, US","Queretaro, MX"] | |
| | | | ["2401:db00:f013:400f:face:0000:0009:0000","2401:db00:f013:100c:face:0000:0007:0000"] | ["dfw5"] | ["fnedge665.02.dfw5.facebook.com","fnedge146.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f033:0005:face:0000:0017:0000","2401:db00:f033:0006:face:0000:0019:0000"] | ["msp1"] | ["fnedge103.01.msp1.facebook.com","fnedge014.01.msp1.facebook.com"] | ["Minneapolis, MN, US"] | |
| | | | ["2401:db00:f00b:000f:face:0000:001b:0000","2401:db00:f00d:2003:face:0000:0001:0000"] | ["ort2","lax3"] | ["fnedge565.01.ort2.facebook.com","fnedge104.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f023:0006:face:0000:000d:0000","2401:db00:f034:0006:face:0000:001f:0000"] | ["jnb1","mba1"] | ["fnedge018.01.jnb1.facebook.com","fnedge104.01.mba1.facebook.com"] | ["Johannesburg, ZA","Mombasa, KE "] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f000:3008:face:000 0:001d:0000","2401:db00:f000: 2009:face:0000:0027:0000"] | ["mia3"] | ["fnedge089.02.mia3.facebook.c om","fnedge188.01.mia3.facebo ok.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f02a:000f:face:000 0:0013:0000","2401:db00:f02a: 0003:face:0000:0011:0000"] | ["bom1"] | ["fnedge375.01.bom1.facebook.c om","fnedge302.01.bom1.facebo ok.com"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f01c:2007:face:000 0:000b:0000","2401:db00:f01c:2 00d:face:0000:001d:0000","240 1:db00:f01c:3015:face:0000:002 1:0000"] | ["frt3"] | ["fnedge515.01.frt3.facebook.co m","fnedge614.01.frt3.facebook. com","2401:db00:f01c:3015:face :0:21:0"] | ["Frankfurt, DE","unknown"] | |
| | | | ["2401:db00:f013:4016:face:000 0:0001:0000"] | ["dfw5"] | ["fnedge522.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:3002:face:000 0:0003:0000","2401:db00:f01c:2 010:face:0000:0011:0000"] | ["frt3"] | ["fnedge050.02.frt3.facebook.co m","fnedge655.01.frt3.facebook. com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00c:0018:face:000 0:000d:0000","2401:db00:f022: 1010:face:0000:0025:0000"] | ["sin2","sjc3"] | ["fnedge455.01.sin2.facebook.co m","fnedge694.01.sjc3.facebook. com"] | ["Singapore","San Jose, CA, uS"] | |
| | | | ["2401:db00:f006:100f:face:000 0:0013:0000","2401:db00:f01b: 000d:face:0000:0013:0000"] | ["mrs2","amt2"] | ["fnedge262.01.mrs2.facebook.c om","fnedge367.01.amt2.facebo ok.com"] | ["Marseille, FR","Amsterdam, NL"] | |
| | | | ["2401:db00:f00d:0009:face:000 0:0021:0000","2401:db00:f00d: 2005:face:0000:0019:0000","24 01:db00:f00d:000b:face:0000:00 01:0000","2401:db00:f033:0002 :face:0000:0009:0000"] | ["lax3","msp1"] | ["fnedge1012.01.lax3.facebook.c om","fnedge148.02.lax3.facebo k.com","fnedge887.01.lax3.faceb ook.com","fnedge028.01.msp1.f acebook.com"] | ["Los Angeles, CA, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f01a:2013:face:000 0:0011:0000","2401:db00:f01a: 2013:face:0000:0023:0000"] | ["lht6"] | ["fnedge361.01.lht6.facebook.co m","fnedge399.01.lht6.facebook. com"] | ["London, UK"] | |
| | | | ["2401:db00:f01b:1007:face:000 0:0011:0000"] | | ["2401:db00:f01b:1007:face:0:11 :0"] | ["unknown"] | |
| | | | ["2401:db00:f022:1006:face:000 0:001b:0000"] | ["sjc3"] | ["fnedge920.01.sjc3.facebook.co m"] | ["San Jose, CA, uS"] | |
| | | | ["2401:db00:f013:4002:face:000 0:0025:0000","2401:db00:f013: 4010:face:0000:000f:0000"] | ["dfw5"] | ["fnedge407.02.dfw5.facebook.c om","fnedge702.02.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f02a:000c:face:0000:0023:0000","2401:db00:f02f:0002:face:0000:0001:0000","2401:db00:f036:0005:face:0000:001f:0000"] | ["bom1","ber1","dus1"] | ["fnedge213.01.bom1.facebook.com","fnedge015.01.ber1.facebook.com","fnedge118.01.dus1.facebook.com"] | ["Bombay, IN","Berlin, DE","Dusseldorf, DE"] | |
| | | | ["2401:db00:f013:400f:face:0000:0019:0000"] | ["dfw5"] | ["fnedge671.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:4008:face:0000:001f:0000","2401:db00:f013:4017:face:0000:0001:0000"] | ["dfw5"] | ["fnedge428.02.dfw5.facebook.com","fnedge541.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f006:1012:face:0000:0011:0000","2401:db00:f006:2009:face:0000:0027:0000"] | ["mrs2"] | ["fnedge380.01.mrs2.facebook.com","fnedge068.02.mrs2.facebook.com"] | ["Marseille, FR"] | |
| | | | ["2401:db00:f00b:2011:face:0000:001b:0000","2401:db00:f00b:0008:face:0000:0017:0000","2401:db00:f00d:2006:face:0000:001d:0000","2401:db00:f00d:2008:face:0000:0025:0000"] | ["ort2","lax3"] | ["fnedge238.02.ort2.facebook.com","fnedge285.01.ort2.facebook.com","fnedge082.02.lax3.facebook.com","fnedge091.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f033:0005:face:0000:0013:0000","2401:db00:f013:4006:face:0000:0011:0000","2401:db00:f02e:0008:face:0000:000b:0000","2401:db00:f02e:0004:face:0000:0023:0000"] | ["msp1","dfw5","qro1"] | ["fnedge120.01.msp1.facebook.com","fnedge033.02.dfw5.facebook.com","fnedge225.01.qro1.facebook.com","fnedge155.01.qro1.facebook.com"] | ["Minneapolis, MN, US","Dallas, Texas, US","Queretaro, MX"] | |
| | | | ["2401:db00:f009:1001:face:0000:0021:0000","2401:db00:f009:0010:face:0000:0013:0000"] | ["arn2"] | ["fnedge010.02.arn2.facebook.com","fnedge287.01.arn2.facebook.com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f00c:4003:face:0000:0009:0000","2401:db00:f00c:000f:face:0000:0003:0000"] | ["sin2"] | ["fnedge077.02.sin2.facebook.com","fnedge313.01.sin2.facebook.com"] | ["Singapore"] | |
| | | | ["2401:db00:f013:4017:face:0000:0021:0000","2401:db00:f013:4016:face:0000:000f:0000"] | ["dfw5"] | ["fnedge560.02.dfw5.facebook.com","fnedge525.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:1008:face:0000:0007:0000"] | | ["2401:db00:f01b:1008:face:0:7:0"] | ["unknown"] | |
| | | | ["2401:db00:f01b:100e:face:0000:0025:0000","2401:db00:f01b:000a:face:0000:000b:0000"] | ["amt2"] | ["2401:db00:f01b:100e:face:0:25:0","fnedge352.01.amt2.facebook.com"] | ["unknown","Amsterdam, NL"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01f:0007:face:0000:0009:0000","2401:db00:f01f:0005:face:0000:001b:0000","2401:db00:f023:000b:face:0000:0009:0000"] | ["cdt1","jnb1"] | ["fnedge125.01.cdt1.facebook.com","fnedge164.01.cdt1.facebook.com","fnedge187.01.jnb1.facebook.com"] | ["Paris, FR","Johannesburg, ZA"] | |
| | | | ["2401:db00:f01b:000f:face:0000:001b:0000","2401:db00:f01b:1008:face:0000:0021:0000"] | ["amt2"] | ["fnedge334.01.amt2.facebook.com","2401:db00:f01b:1008:face:0:21:0"] | ["Amsterdam, NL","unknown"] | |
| | | | ["2401:db00:f013:1015:face:0000:000d:0000"] | ["dfw5"] | ["fnedge264.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:1009:face:0000:0027:0000","2401:db00:f013:400c:face:0000:0001:0000","2401:db00:f033:0006:face:0000:0003:0000"] | ["dfw5","msp1"] | ["fnedge440.01.dfw5.facebook.com","fnedge321.02.dfw5.facebook.com","fnedge010.01.msp1.facebook.com"] | ["Dallas, Texas, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f013:100e:face:0000:0027:0000","2401:db00:f012:200d:face:0000:0003:0000"] | ["dfw5","lga3"] | ["fnedge197.01.dfw5.facebook.com","fnedge115.01.lga3.facebook.com"] | ["Dallas, Texas, US","New York, NY, US"] | |
| | | | ["2401:db00:f00b:2011:face:0000:0003:0000","2401:db00:f00b:2007:face:0000:001d:0000"] | ["ort2"] | ["fnedge205.02.ort2.facebook.com","fnedge512.02.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f01f:1003:face:0000:0005:0000"] | ["cdg2"] | ["fnedge450.01.cdg2.facebook.com"] | ["Paris, FR"] | |
| | | | ["2401:db00:f013:100c:face:0000:000d:0000"] | ["dfw5"] | ["fnedge148.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f02f:0007:face:0000:0003:0000","2401:db00:f02a:000b:face:0000:0019:0000","2401:db00:f02a:100b:face:0000:0015:0000"] | ["ber1","bom1"] | ["fnedge122.01.ber1.facebook.com","fnedge217.01.bom1.facebook.com","fnedge172.02.bom1.facebook.com"] | ["Berlin, DE","Bombay, IN"] | |
| | | | ["2401:db00:f016:0012:face:0000:001f:0000"] | ["otp1"] | ["fnedge310.01.otp1.facebook.com"] | ["Bucharest, RO"] | |
| | | | ["2401:db00:f01b:1010:face:0000:001b:0000","2401:db00:f006:1009:face:0000:0021:0000"] | ["mrs2"] | ["2401:db00:f01b:1010:face:0:1b:0","fnedge111.01.mrs2.facebook.com"] | ["unknown","Marseille, FR"] | |
| | | | ["2401:db00:f009:1004:face:0000:0001:0000"] | ["arn2"] | ["fnedge041.02.arn2.facebook.com"] | ["Stockholm, SE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01b:0005:face:0000:0005:0000","2401:db00:f01b:0004:face:0000:0013:0000","2401:db00:f006:1005:face:0000:0007:0000"] | ["amt2","mrs2"] | ["fnedge038.01.amt2.facebook.com","fnedge342.01.amt2.facebook.com","fnedge229.01.mrs2.facebook.com"] | ["Amsterdam, NL","Marseille, FR"] | |
| | | | ["2401:db00:f036:0004:face:0000:0027:0000","2401:db00:f01c:2006:face:0000:0005:0000","2401:db00:f01c:3008:face:0000:0025:0000"] | ["dus1","frt3"] | ["fnedge078.01.dus1.facebook.com","fnedge447.01.frt3.facebook.com","fnedge300.02.frt3.facebook.com"] | ["Dusseldorf, DE","Frankfurt, DE"] | |
| | | | ["2401:db00:f006:2009:face:0000:0007:0000"] | ["mrs2"] | ["fnedge070.02.mrs2.facebook.com"] | ["Marseille, FR"] | |
| | | | ["2401:db00:f013:1001:face:0000:001d:0000","2401:db00:f013:4009:face:0000:0009:0000"] | ["dfw5"] | ["fnedge016.01.dfw5.facebook.com","fnedge755.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:1015:face:0000:0011:0000"] | ["dfw5"] | ["fnedge274.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:1011:face:0000:0000b:0000","2401:db00:f01b:1010:face:0000:0011:0000"] | | ["2401:db00:f01b:1011:face:0:b:0","2401:db00:f01b:1010:face:0:11:0"] | ["unknown"] | |
| | | | ["2401:db00:f033:0005:face:0000:0011:0000"] | ["msp1"] | ["fnedge119.01.msp1.facebook.com"] | ["Minneapolis, MN, US"] | |
| | | | ["2401:db00:f01a:2011:face:0000:000d:0000"] | ["lht6"] | ["fnedge047.01.lht6.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f00c:0005:face:0000:0000b:0000","2401:db00:f01b:100f:face:0000:001d:0000"] | ["sin2"] | ["fnedge100.01.sin2.facebook.com","2401:db00:f01b:100f:face:0:1d:0"] | ["Singapore","unknown"] | |
| | | | ["2401:db00:f000:2010:face:0000:0019:0000","2401:db00:f000:3007:face:0000:0013:0000"] | ["mia3"] | ["fnedge174.01.mia3.facebook.com","fnedge619.02.mia3.facebook.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f01c:0016:face:0000:0007:0000","2401:db00:f007:1018:face:0000:000f:0000","2401:db00:f007:1002:face:0000:0005:0000"] | ["frx5","vie1"] | ["fnedge536.01.frx5.facebook.com","fnedge119.01.vie1.facebook.com","fnedge510.01.vie1.facebook.com"] | ["Frankfurt, DE","Vienna, AT"] | |
| | | | ["2401:db00:f013:100e:face:0000:001f:0000","2401:db00:f013:4001:face:0000:000b:0000"] | ["dfw5"] | ["fnedge195.01.dfw5.facebook.com","fnedge736.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00b:200a:face:0000:0009:0000"] | ["ort2"] | ["fnedge102.02.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f004:100d:face:0000:001f:0000","2401:db00:f01b:100b:face:0000:0027:0000"] | ["mad1"] | ["fnedge899.01.mad1.facebook.com","2401:db00:f01b:100b:face:0:27:0"] | ["Madrid, ES","unknown"] | |
| | | | ["2401:db00:f01c:3005:face:0000:0003:0000","2401:db00:f01c:2005:face:0000:0015:0000","2401:db00:f01c:2010:face:0000:001b:0000","2401:db00:f004:1003:face:0000:0023:0000"] | ["frt3","mad1"] | ["fnedge064.02.frt3.facebook.com","fnedge429.01.frt3.facebook.com","fnedge659.01.frt3.facebook.com","fnedge525.01.mad1.facebook.com"] | ["Frankfurt, DE","Madrid, ES"] | |
| | | | ["2401:db00:f006:2005:face:0000:0003:0000"] | ["mrs2"] | ["fnedge082.02.mrs2.facebook.com"] | ["Marseille, FR"] | |
| | | | ["2401:db00:f013:4004:face:0000:0001:0000"] | ["dfw5"] | ["fnedge861.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:4006:face:0000:0001:0000","2401:db00:f013:400a:face:0000:001b:0000"] | ["dfw5"] | ["fnedge021.02.dfw5.facebook.com","fnedge594.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:200a:face:0000:0005:0000","2401:db00:f01c:200e:face:0000:0013:0000","2401:db00:f02f:0003:face:0000:0007:0000"] | ["frt3","ber1"] | ["fnedge526.01.frt3.facebook.com","fnedge624.01.frt3.facebook.com","fnedge063.01.ber1.facebook.com"] | ["Frankfurt, DE","Berlin, DE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00c:4006:face:0000:0003:0000","2401:db00:f00c:4001:face:0000:0021:0000","2401:db00:f00c:000b:face:0000:0017:0000","2401:db00:f00c:400d:face:0000:001f:0000","2401:db00:f00c:0008:face:0000:0013:0000","2401:db00:f00c:4003:face:0000:0009:0000","2401:db00:f00d:0012:face:0000:0003:0000","2401:db00:f00d:2006:face:0000:0021:0000","2401:db00:f00d:2006:face:0000:0027:0000","2401:db00:f00d:0011:face:0000:000b:0000","2401:db00:f00c:4015:face:0000:0027:0000","2401:db00:f00c:4004:face:0000:000f:0000","2401:db00:f00c:0014:face:0000:0027:0000","2401:db00:f00c:4007:face:0000:0005:0000","2401:db00:f022:1005:face:0000:000d:0000","2401:db00:f00d:0011:face:0000:0021:0000","2401:db00:f00d:000e:face:0000:0005:0000","2401:db00:f00d:0013:face:0000:0017:0000","2401:db00:f00c:4008:face:0000:0009:0000","2401:db00:f00c:0013:face:0000:0 | ["sjc3","lax3","sin2"] | ["fnedge303.02.sin2.facebook.com","fnedge033.02.sin2.facebook.com","fnedge233.01.sin2.facebook.com","fnedge018.02.sin2.facebook.com","fnedge151.01.sin2.facebook.com","fnedge077.02.sin2.facebook.com","fnedge785.01.lax3.facebook.com","fnedge074.02.lax3.facebook.com","fnedge081.02.lax3.facebook.com","fnedge789.01.lax3.facebook.com","fnedge269.02.sin2.facebook.com","fnedge382.02.sin2.facebook.com","fnedge437.01.sin2.facebook.com","fnedge365.02.sin2.facebook.com","fnedge954.01.sjc3.facebook.com","fnedge799.01.lax3.facebook.com","fnedge739.01.lax3.facebook.com","fnedge688.01.lax3.facebook.com","fnedge171.02.sin2.facebook.com","fnedge378.01.sin2.facebook.com","fnedge889.01.sjc3.facebook.com","fnedge021.02.lax3.facebook.com","fnedge084.02.lax3.facebook.com","fnedge098.02.lax3.facebook.com","fnedge980.01.lax3.facebook.com","fnedge078.01.lax3.facebook. | ["Singapore","San Jose, CA, uS","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01b:1010:face:0000:001d:0000"] | | ["2401:db00:f01b:1010:face:0:1d:0"] | ["unknown"] | |
| | | | ["2401:db00:f01b:000b:face:0000:0015:0000"] | ["amt2"] | ["fnedge099.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f01c:0016:face:0000:001f:0000","2401:db00:f01c:0002:face:0000:0019:0000","2401:db00:f02a:1002:face:0000:0015:0000","2401:db00:f02a:100d:face:0000:001f:0000"] | ["frx5","bom1"] | ["fnedge540.01.frx5.facebook.com","fnedge236.01.frx5.facebook.com","fnedge033.02.bom1.facebook.com","fnedge185.02.bom1.facebook.com"] | ["Frankfurt, DE","Bombay, IN"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f006:1011:face:0000:0011:0000","2401:db00:f006:1014:face:0000:000d:0000","2401:db00:f01c:000e:face:0000:0013:0000","2401:db00:f01c:3001:face:0000:0003:0000"] | ["mrs2","frx5","frt3"] | ["fnedge355.01.mrs2.facebook.com","fnedge400.01.mrs2.facebook.com","fnedge120.01.frx5.facebook.com","fnedge101.02.frt3.facebook.com"] | ["Marseille, FR","Frankfurt, DE"] | |
| | | | ["2401:db00:f013:4004:face:0000:0009:0000","2401:db00:f013:4015:face:0000:000d:0000"] | ["dfw5"] | ["fnedge878.02.dfw5.facebook.com","fnedge503.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:100f:face:0000:001d:0000"] | ["dfw5"] | ["fnedge218.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f033:0001:face:0000:0009:0000"] | ["msp1"] | ["fnedge056.01.msp1.facebook.com"] | ["Minneapolis, MN, US"] | |
| | | | ["2401:db00:f00b:200d:face:0000:0003:0000","2401:db00:f00b:000c:face:0000:0025:0000","2401:db00:f00d:2002:face:0000:0019:0000"] | ["ort2","lax3"] | ["fnedge123.02.ort2.facebook.com","fnedge486.01.ort2.facebook.com","fnedge138.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01b:100e:face:0000:0009:0000","2401:db00:f02a:1002:face:0000:0015:0000"] | ["bom1"] | ["2401:db00:f01b:100e:face:0:9:0","fnedge033.02.bom1.facebook.com"] | ["unknown","Bombay, IN"] | |
| | | | ["2401:db00:f013:4009:face:0000:001d:0000","2401:db00:f013:1009:face:0000:0001:0000"] | ["dfw5"] | ["fnedge750.02.dfw5.facebook.com","fnedge421.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00c:0002:face:0000:0005:0000"] | ["sin2"] | ["fnedge032.01.sin2.facebook.com"] | ["Singapore"] | |
| | | | ["2401:db00:f00c:1014:face:0000:001f:0000","2401:db00:f00c:4005:face:0000:0011:0000"] | ["sin6","sin2"] | ["fnedge067.01.sin6.facebook.com","fnedge098.02.sin2.facebook.com"] | ["Singapore"] | |
| | | | ["2401:db00:f01a:200b:face:0000:0021:0000","2401:db00:f01a:200f:face:0000:0023:0000"] | ["lht6"] | ["fnedge059.01.lht6.facebook.com","fnedge024.01.lht6.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f013:4012:face:0000:0019:0000","2401:db00:f013:4018:face:0000:0009:0000"] | ["dfw5"] | ["fnedge394.02.dfw5.facebook.com","fnedge566.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:200a:face:0000:000d:0000","2401:db00:f00d:2005:face:0000:0021:0000"] | ["ort2","lax3"] | ["fnedge310.02.ort2.facebook.com","fnedge154.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01b:1009:face:0000:0017:0000","2401:db00:f02a:1010:face:0000:001d:0000","2401:db00:f02a:100c:face:0000:0007:0000","2401:db00:f02a:0007:face:0000:0009:0000"] | ["bom1"] | ["2401:db00:f01b:1009:face:0:17:0","fnedge314.02.bom1.facebook.com","fnedge233.02.bom1.facebook.com","fnedge259.01.bom1.facebook.com"] | ["unknown","Bombay, IN"] | |
| | | | ["2401:db00:f01a:2005:face:0000:0021:0000","2401:db00:f01a:100c:face:0000:001b:0000"] | ["lht6","lhr3"] | ["fnedge326.01.lht6.facebook.com","fnedge162.01.lhr3.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f01c:200e:face:0000:000d:0000","2401:db00:f01c:0009:face:0000:0005:0000","2401:db00:f004:1010:face:0000:0009:0000","2401:db00:f004:1017:face:0000:000b:0000"] | ["frt3","frx5","mad1"] | ["fnedge637.01.frt3.facebook.com","fnedge644.01.frx5.facebook.com","fnedge950.01.mad1.facebook.com","fnedge790.01.mad1.facebook.com"] | ["Frankfurt, DE","Madrid, ES"] | |
| | | | ["2401:db00:f02a:0007:face:0000:0023:0000","2401:db00:f01c:0009:face:0000:0025:0000","2401:db00:f01c:0003:face:0000:0023:0000"] | ["bom1","frx5"] | ["fnedge114.01.bom1.facebook.com","fnedge647.01.frx5.facebook.com","fnedge278.01.frx5.facebook.com"] | ["Bombay, IN","Frankfurt, DE"] | |
| | | | ["2401:db00:f00b:200a:face:0000:0009:0000"] | ["ort2"] | ["fnedge102.02.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f00d:2001:face:0000:0013:0000","2401:db00:f00d:0004:face:0000:0009:0000","2401:db00:f00b:000f:face:0000:0023:0000","2401:db00:f00b:0003:face:0000:001f:0000"] | ["lax3","ort2"] | ["fnedge072.02.lax3.facebook.com","fnedge911.01.lax3.facebook.com","fnedge574.01.ort2.facebook.com","fnedge392.01.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f02a:0014:face:0000:0001:0000","2401:db00:f01c:2012:face:0000:001d:0000"] | ["bom1","frt3"] | ["fnedge066.01.bom1.facebook.com","fnedge696.01.frt3.facebook.com"] | ["Bombay, IN","Frankfurt, DE"] | |
| | | | ["2401:db00:f009:1002:face:0000:0021:0000","2401:db00:f036:0004:face:0000:000f:0000"] | ["arn2","dus1"] | ["fnedge025.02.arn2.facebook.com","fnedge022.01.dus1.facebook.com"] | ["Stockholm, SE","Dusseldorf, DE"] | |
| | | | ["2401:db00:f00b:2001:face:0000:0023:0000","2401:db00:f033:0001:face:0000:0013:0000"] | ["ort2","msp1"] | ["fnedge006.02.ort2.facebook.com","fnedge050.01.msp1.facebook.com"] | ["Chicago, IL, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f01b:100f:face:0000:0027:0000"] | | ["2401:db00:f01b:100f:face:0:27:0"] | ["unknown"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01a:2013:face:0000:0009:0000"] | ["lht6"] | ["fnedge423.01.lht6.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f013:1001:face:0000:001b:0000"] | ["dfw5"] | ["fnedge015.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01f:000d:face:0000:0011:0000"] | ["cdt1"] | ["fnedge243.01.cdt1.facebook.com"] | ["Paris, FR"] | |
| | | | ["2401:db00:f01b:0012:face:0000:0009:0000"] | ["amt2"] | ["fnedge236.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f013:400f:face:0000:0007:0000"] | ["dfw5"] | ["fnedge664.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:1011:face:0000:0007:0000","2401:db00:f006:1011:face:0000:0003:0000"] | ["mrs2"] | ["2401:db00:f01b:1011:face:0:7:0","fnedge343.01.mrs2.facebook.com"] | ["unknown","Marseille, FR"] | |
| | | | ["2401:db00:f013:100e:face:0000:0015:0000","2401:db00:f013:4006:face:0000:000b:0000"] | ["dfw5"] | ["fnedge185.01.dfw5.facebook.com","fnedge027.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:2010:face:0000:0001:0000"] | ["frt3"] | ["fnedge643.01.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f006:100c:face:0000:001d:0000","2401:db00:f01b:1011:face:0000:0017:0000","2401:db00:f01b:000d:face:0000:0019:0000"] | ["mrs2","amt2"] | ["fnedge164.01.mrs2.facebook.com","2401:db00:f01b:1011:face:0:17:0","fnedge055.01.amt2.facebook.com"] | ["Marseille, FR","unknown","Amsterdam, NL"] | |
| | | | ["2401:db00:f00c:0003:face:0000:0011:0000","2401:db00:f00c:0017:face:0000:0017:0000","2401:db00:f00d:0007:face:0000:000f:0000","2401:db00:f00d:2002:face:0000:0025:0000"] | ["sin2","lax3"] | ["fnedge047.01.sin2.facebook.com","fnedge465.01.sin2.facebook.com","fnedge981.01.lax3.facebook.com","fnedge132.02.lax3.facebook.com"] | ["Singapore","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f013:1012:face:0000:000f:0000"] | ["dfw5"] | ["fnedge292.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:2001:face:0000:0017:0000"] | ["frt3"] | ["fnedge361.01.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f02a:100f:face:0000:0013:0000","2401:db00:f01b:1007:face:0000:001d:0000"] | ["bom1"] | ["fnedge286.02.bom1.facebook.com","2401:db00:f01b:1007:face:0:1d:0"] | ["Bombay, IN","unknown"] | |
| | | | ["2401:db00:f00d:2003:face:0000:0011:0000","2401:db00:f00b:2006:face:0000:001f:0000"] | ["lax3","ort2"] | ["fnedge097.02.lax3.facebook.com","fnedge206.02.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f013:100e:face:0000:001f:0000"] | ["dfw5"] | ["fnedge195.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f036:0005:face:0000:0021:0000","2401:db00:f006:1005:face:0000:0005:0000"] | ["dus1","mrs2"] | ["fnedge119.01.dus1.facebook.com","fnedge222.01.mrs2.facebook.com"] | ["Dusseldorf, DE","Marseille, FR"] | |
| | | | ["2401:db00:f01a:100f:face:0000:0015:0000"] | ["lhr3"] | ["fnedge395.01.lhr3.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f013:1013:face:0000:0003:0000"] | ["dfw5"] | ["fnedge462.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00d:2008:face:0000:001d:0000"] | ["lax3"] | ["fnedge078.02.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f000:300d:face:0000:001b:0000","2401:db00:f000:2002:face:0000:0013:0000"] | ["mia3"] | ["fnedge141.02.mia3.facebook.com","fnedge170.01.mia3.facebook.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f00d:2006:face:0000:0013:0000","2401:db00:f00d:0010:face:0000:0023:0000"] | ["lax3"] | ["fnedge050.02.lax3.facebook.com","fnedge756.01.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f013:4018:face:0000:0023:0000","2401:db00:f013:4016:face:0000:0003:0000","2401:db00:f02e:000b:face:0000:0019:0000"] | ["dfw5","qro1"] | ["fnedge569.02.dfw5.facebook.com","fnedge524.02.dfw5.facebook.com","fnedge211.01.qro1.facebook.com"] | ["Dallas, Texas, US","Queretaro, MX"] | |
| | | | ["2401:db00:f01f:1015:face:0000:0005:0000"] | ["cdg2"] | ["fnedge801.01.cdg2.facebook.com"] | ["Paris, FR"] | |
| | | | ["2401:db00:f013:4011:face:0000:001f:0000"] | ["dfw5"] | ["fnedge697.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f000:2014:face:0000:000f:0000"] | ["mia3"] | ["fnedge509.01.mia3.facebook.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f033:0003:face:0000:0019:0000"] | ["msp1"] | ["fnedge080.01.msp1.facebook.com"] | ["Minneapolis, MN, US"] | |
| | | | ["2401:db00:f013:400f:face:0000:0021:0000","2401:db00:f013:1011:face:0000:000d:0000"] | ["dfw5"] | ["fnedge680.02.dfw5.facebook.com","fnedge309.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400a:face:0000:0015:0000","2401:db00:f00b:2001:face:0000:001f:0000"] | ["dfw5","ort2"] | ["fnedge587.02.dfw5.facebook.com","fnedge003.02.ort2.facebook.com"] | ["Dallas, Texas, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01c:2009:face:0000:000f:0000","2401:db00:f01c:300d:face:0000:0027:0000"] | ["frt3"] | ["fnedge498.01.frt3.facebook.com","fnedge276.02.frt3.facebook.com"] | ["Frankfurt, DE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f013:1012:face:0000:0005:0000","2401:db00:f003:1016:face:0000:0009:0000"] | ["dfw5","iad3"] | ["fnedge283.01.dfw5.facebook.com","fnedge729.01.iad3.facebook.com"] | ["Dallas, Texas, US","Washington, DC, US"] | |
| | | | ["2401:db00:f01b:0001:face:0000:001d:0000","2401:db00:f01b:0004:face:0000:001f:0000","2401:db00:f016:0003:face:0000:0025:0000","2401:db00:f01b:100a:face:0000:000b:0000"] | ["amt2","otp1"] | ["fnedge146.01.amt2.facebook.com","fnedge167.01.amt2.facebook.com","twedge022.01.otp1.facebook.com","2401:db00:f01b:100a:face:0:b:0"] | ["Amsterdam, NL","Bucharest, RO","unknown"] | |
| | | | ["2401:db00:f013:400d:face:0000:001d:0000","2401:db00:f00b:2009:face:0000:000d:0000"] | ["dfw5","ort2"] | ["fnedge611.02.dfw5.facebook.com","fnedge551.02.ort2.facebook.com"] | ["Dallas, Texas, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01c:0012:face:0000:0017:0000","2401:db00:f01c:0006:face:0000:001b:0000"] | ["frx5"] | ["fnedge172.01.frx5.facebook.com","fnedge579.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:0007:face:0000:0023:0000","2401:db00:f01b:000c:face:0000:0005:0000","2401:db00:f008:1018:face:0000:0013:0000"] | ["amt2","mxp1"] | ["fnedge232.01.amt2.facebook.com","fnedge193.01.amt2.facebook.com","fnedge420.01.mxp1.facebook.com"] | ["Amsterdam, NL","Milano, IT"] | |
| | | | ["2401:db00:f013:1003:face:0000:0021:0000","2401:db00:f013:1002:face:0000:0027:0000"] | ["dfw5"] | ["fnedge034.01.dfw5.facebook.com","fnedge120.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:1012:face:0000:0005:0000","2401:db00:f030:1003:face:0000:001f:0000"] | ["maa2"] | ["2401:db00:f01b:1012:face:0:5:0","fnedge055.02.maa2.facebook.com"] | ["unknown","Chennai, India"] | |
| | | | ["2401:db00:f030:0015:face:0000:0011:0000","2401:db00:f01b:1009:face:0000:0009:0000"] | ["maa2"] | ["fnedge475.01.maa2.facebook.com","2401:db00:f01b:1009:face:0:9:0"] | ["Chennai, India","unknown"] | |
| | | | ["2401:db00:f012:2016:face:0000:001a:0000"] | ["lga3"] | ["fnedge170.01.lga3.facebook.com"] | ["New York, NY, US"] | |
| | | | ["2401:db00:f012:200b:face:0000:0017:0000","2401:db00:f00d:0015:face:0000:0007:0000"] | ["lga3","lax3"] | ["fnedge847.01.lga3.facebook.com","fnedge161.01.lax3.facebook.com"] | ["New York, NY, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01c:0007:face:0000:0007:0000","2401:db00:f02a:0009:face:0000:0027:0000"] | ["frx5","bom1"] | ["fnedge597.01.frx5.facebook.com","fnedge086.01.bom1.facebook.com"] | ["Frankfurt, DE","Bombay, IN"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f02f:0003:face:0000:0017:0000","2401:db00:f01c:000b:face:0000:0017:0000"] | ["ber1","frx5"] | ["fnedge077.01.ber1.facebook.com","fnedge436.01.frx5.facebook.com"] | ["Berlin, DE","Frankfurt, DE"] | |
| | | | ["2401:db00:f023:0001:face:0000:001d:0000","2401:db00:f01b:000c:face:0000:0007:0000"] | ["jnb1","amt2"] | ["fnedge082.01.jnb1.facebook.com","fnedge204.01.amt2.facebook.com"] | ["Johannesburg, ZA","Amsterdam, NL"] | |
| | | | ["2401:db00:f01a:2008:face:0000:000f:0000","2401:db00:f01a:200d:face:0000:000b:0000","2401:db00:f023:0009:face:0000:0027:0000"] | ["lht6","jnb1"] | ["fnedge041.01.lht6.facebook.com","fnedge413.01.lht6.facebook.com","fnedge168.01.jnb1.facebook.com"] | ["London, UK","Johannesburg, ZA"] | |
| | | | ["2401:db00:f00b:000f:face:0000:0013:0000","2401:db00:f00b:000c:face:0000:000f:0000"] | ["ort2"] | ["fnedge568.01.ort2.facebook.com","fnedge477.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f013:4008:face:0000:0027:0000"] | ["dfw5"] | ["fnedge440.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:200f:face:0000:001d:0000","2401:db00:f00b:0002:face:0000:0001:0000"] | ["ort2"] | ["fnedge488.02.ort2.facebook.com","fnedge356.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f00b:2009:face:0000:0001:0000","2401:db00:f00d:0004:face:0000:0011:0000","2401:db00:f013:400c:face:0000:000b:0000","2401:db00:f013:1002:face:0000:0003:0000"] | ["ort2","lax3","dfw5"] | ["fnedge538.02.ort2.facebook.com","fnedge916.01.lax3.facebook.com","fnedge331.02.dfw5.facebook.com","fnedge102.01.dfw5.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:100e:face:0000:0023:0000","2401:db00:f013:4012:face:0000:0023:0000"] | ["dfw5"] | ["fnedge200.01.dfw5.facebook.com","fnedge400.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:000e:face:0000:0019:0000","2401:db00:f01c:0008:face:0000:0017:0000","2401:db00:f030:0005:face:0000:0015:0000","2401:db00:f030:0015:face:0000:000b:0000"] | ["frx5","maa2"] | ["fnedge047.01.frx5.facebook.com","fnedge617.01.frx5.facebook.com","fnedge100.01.maa2.facebook.com","fnedge470.01.maa2.facebook.com"] | ["Frankfurt, DE","Chennai, India"] | |
| | | | ["2401:db00:f01c:0013:face:0000:0021:0000"] | ["frx5"] | ["fnedge562.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00d:0009:face:0000:0005:0000","2401:db00:f00b:2002:face:0000:0023:0000"] | ["lax3","ort2"] | ["fnedge1008.01.lax3.facebook.com","fnedge216.02.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01c:2002:face:0000:0017:0000"] | ["frt3"] | ["fnedge371.01.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00d:2003:face:0000:0001:0000","2401:db00:f00d:0010:face:0000:0025:0000"] | ["lax3"] | ["fnedge104.02.lax3.facebook.com","fnedge784.01.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01c:2003:face:0000:0025:0000","2401:db00:f00c:000c:face:0000:0019:0000"] | ["frt3","sin2"] | ["fnedge398.01.frt3.facebook.com","fnedge201.01.sin2.facebook.com"] | ["Frankfurt, DE","Singapore"] | |
| | | | ["2401:db00:f011:0006:face:0000:0011:0000","2401:db00:f011:0006:face:0000:0019:0000"] | ["atl3"] | ["fnedge637.01.atl3.facebook.com","fnedge634.01.atl3.facebook.com"] | ["Atlanta, Georgia, US"] | |
| | | | ["2401:db00:f00d:2002:face:0000:0027:0000","2401:db00:f00d:0006:face:0000:0025:0000","2401:db00:f00d:0001:face:0000:0011:0000"] | ["lax3"] | ["fnedge035.02.lax3.facebook.com","fnedge956.01.lax3.facebook.com","fnedge498.01.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f033:0001:face:0000:0013:0000","2401:db00:f00b:0002:face:0000:000f:0000"] | ["msp1","ort2"] | ["fnedge050.01.msp1.facebook.com","fnedge366.01.ort2.facebook.com"] | ["Minneapolis, MN, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01b:100a:face:0000:0021:0000"] | | ["2401:db00:f01b:100a:face:0:21:0"] | ["unknown"] | |
| | | | ["2401:db00:f012:200f:face:0000:0003:0000","2401:db00:f013:1018:face:0000:0003:0000"] | ["lga3","dfw5"] | ["fnedge079.01.lga3.facebook.com","fnedge444.01.dfw5.facebook.com"] | ["New York, NY, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f00d:2006:face:0000:0027:0000","2401:db00:f00d:000a:face:0000:001f:0000"] | ["lax3"] | ["fnedge081.02.lax3.facebook.com","fnedge873.01.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f013:1016:face:0000:0027:0000","2401:db00:f013:4011:face:0000:0021:0000","2401:db00:f013:4008:face:0000:0017:0000","2401:db00:f033:0005:face:0000:0001:0000"] | ["dfw5","msp1"] | ["fnedge360.01.dfw5.facebook.com","fnedge700.02.dfw5.facebook.com","fnedge436.02.dfw5.facebook.com","fnedge101.01.msp1.facebook.com"] | ["Dallas, Texas, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f013:100c:face:0000:0011:0000"] | ["dfw5"] | ["fnedge147.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01c:0017:face:0000:0027:0000","2401:db00:f00c:0014:face:0000:0027:0000","2401:db00:f006:1014:face:0000:001d:0000"] | ["frx5","sin2","mrs2"] | ["fnedge263.01.frx5.facebook.com","fnedge437.01.sin2.facebook.com","fnedge382.01.mrs2.facebook.com"] | ["Frankfurt, DE","Singapore","Marseille, FR"] | |
| | | | ["2401:db00:f01b:100e:face:0000:0011:0000","2401:db00:f006:2007:face:0000:000d:0000"] | ["mrs2"] | ["2401:db00:f01b:100e:face:0:11:0","fnedge057.02.mrs2.facebook.com"] | ["unknown","Marseille, FR"] | |
| | | | ["2401:db00:f013:1014:face:0000:000b:0000","2401:db00:f013:1008:face:0000:0019:0000"] | ["dfw5"] | ["fnedge226.01.dfw5.facebook.com","fnedge385.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:0015:face:0000:0001:0000"] | ["frx5"] | ["fnedge512.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f009:1002:face:0000:001b:0000","2401:db00:f009:1001:face:0000:0015:0000"] | ["arn2"] | ["fnedge040.02.arn2.facebook.com","fnedge022.02.arn2.facebook.com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f013:4012:face:0000:0021:0000"] | ["dfw5"] | ["fnedge397.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400e:face:0000:001f:0000"] | ["dfw5"] | ["fnedge658.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f006:1007:face:0000:0007:0000","2401:db00:f006:2008:face:0000:001f:0000","2401:db00:f01c:0007:face:0000:0021:0000"] | ["mrs2","frx5"] | ["fnedge065.01.mrs2.facebook.com","fnedge013.02.mrs2.facebook.com","fnedge603.01.frx5.facebook.com"] | ["Marseille, FR","Frankfurt, DE"] | |
| | | | ["2401:db00:f008:1013:face:0000:000b:0000"] | ["mxp1"] | ["fnedge606.01.mxp1.facebook.com"] | ["Milano, IT"] | |
| | | | ["2401:db00:f00d:2007:face:0000:0005:0000"] | ["lax3"] | ["fnedge086.01.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f000:300e:face:0000:0019:0000","2401:db00:f01b:000d:face:0000:001f:0000"] | ["mia3","amt2"] | ["fnedge644.02.mia3.facebook.com","fnedge309.01.amt2.facebook.com"] | ["Miami, Florida, US","Amsterdam, NL"] | |
| | | | ["2401:db00:f013:1002:face:0000:000b:0000","2401:db00:f013:4011:face:0000:000f:0000"] | ["dfw5"] | ["fnedge110.01.dfw5.facebook.com","fnedge690.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:2011:face:0000:000b:0000","2401:db00:f00b:2006:face:0000:000f:0000"] | ["ort2"] | ["fnedge111.02.ort2.facebook.com","fnedge324.02.ort2.facebook.com"] | ["Chicago, IL, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f013:1007:face:0000:0017:0000","2401:db00:f013:4015:face:0000:0027:0000"] | ["dfw5"] | ["fnedge416.01.dfw5.facebook.com","fnedge515.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f034:0003:face:0000:0003:0000"] | ["mba1"] | ["fnedge043.01.mba1.facebook.com"] | ["Mombasa, KE "] | |
| | | | ["2401:db00:f012:200f:face:0000:0027:0000","2401:db00:f013:4011:face:0000:0015:0000"] | ["lga3","dfw5"] | ["fnedge270.01.lga3.facebook.com","fnedge696.02.dfw5.facebook.com"] | ["New York, NY, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f00d:2008:face:0000:0000:0000","2401:db00:f00d:0010:face:0000:0003:0000"] | ["lax3"] | ["fnedge034.02.lax3.facebook.com","fnedge753.01.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01f:1012:face:0000:0019:0000","2401:db00:f01f:000e:face:0000:0007:0000","2401:db00:f01b:0009:face:0000:000f:0000"] | ["cdg2","cdt1","amt2"] | ["fnedge613.01.cdg2.facebook.com","fnedge133.01.cdt1.facebook.com","fnedge118.01.amt2.facebook.com"] | ["Paris, FR","Amsterdam, NL"] | |
| | | | ["2401:db00:f00b:0008:face:0000:0003:0000","2401:db00:f013:1012:face:0000:0025:0000"] | ["ort2","dfw5"] | ["fnedge048.01.ort2.facebook.com","fnedge298.01.dfw5.facebook.com"] | ["Chicago, IL, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:100f:face:0000:0019:0000","2401:db00:f01b:1008:face:0000:0015:0000"] | | ["2401:db00:f01b:100f:face:0:19:0","2401:db00:f01b:1008:face:0:15:0"] | ["unknown"] | |
| | | | ["2401:db00:f01c:0018:face:0000:000d:0000"] | ["frx5"] | ["fnedge053.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f030:000c:face:0000:000f:0000","2401:db00:f01c:000e:face:0000:0013:0000"] | ["maa2","frx5"] | ["fnedge252.01.maa2.facebook.com","fnedge120.01.frx5.facebook.com"] | ["Chennai, India","Frankfurt, DE"] | |
| | | | ["2401:db00:f01c:0009:face:0000:0007:0000"] | ["frx5"] | ["fnedge648.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00b:200e:face:0000:0013:0000","2401:db00:f013:1015:face:0000:0009:0000"] | ["ort2","dfw5"] | ["fnedge181.02.ort2.facebook.com","fnedge270.01.dfw5.facebook.com"] | ["Chicago, IL, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:1011:face:0000:000d:0000"] | ["dfw5"] | ["fnedge309.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400e:face:0000:001d:0000"] | ["dfw5"] | ["fnedge655.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f013:1015:face:0000:0017:0000","2401:db00:f013:400a:face:0000:001d:0000","2401:db00:f013:400e:face:0000:000f:0000"] | ["dfw5"] | ["fnedge277.01.dfw5.facebook.com","fnedge595.02.dfw5.facebook.com","fnedge657.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f016:0004:face:0000:0011:0000","2401:db00:f01b:000c:face:0000:001b:0000"] | ["otp1","amt2"] | ["fnedge435.01.otp1.facebook.com","fnedge036.01.amt2.facebook.com"] | ["Bucharest, RO","Amsterdam, NL"] | |
| | | | ["2401:db00:f013:4004:face:0000:0027:0000","2401:db00:f013:4007:face:0000:001b:0000"] | ["dfw5"] | ["fnedge863.02.dfw5.facebook.com","fnedge798.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f036:0006:face:0000:0015:0000","2401:db00:f036:0005:face:0000:0023:0000"] | ["dus1"] | ["fnedge087.01.dus1.facebook.com","fnedge110.01.dus1.facebook.com"] | ["Dusseldorf, DE"] | |
| | | | ["2401:db00:f02a:0003:face:0000:000f:0000","2401:db00:f02a:1008:face:0000:0003:0000","2401:db00:f01c:000d:face:0000:0015:0000","2401:db00:f01c:0011:face:0000:0003:0000"] | ["bom1","frx5"] | ["fnedge137.01.bom1.facebook.com","fnedge207.02.bom1.facebook.com","fnedge501.01.frx5.facebook.com","fnedge232.01.frx5.facebook.com"] | ["Bombay, IN","Frankfurt, DE"] | |
| | | | ["2401:db00:f004:1002:face:0000:0005:0000","2401:db00:f01c:2008:face:0000:0027:0000","2401:db00:f01c:300e:face:0000:001d:0000","2401:db00:f01c:0017:face:0000:0015:0000"] | ["mad1","frt3","frx5"] | ["fnedge513.01.mad1.facebook.com","fnedge473.01.frt3.facebook.com","fnedge113.02.frt3.facebook.com","fnedge366.01.frx5.facebook.com"] | ["Madrid, ES","Frankfurt, DE"] | |
| | | | ["2401:db00:f01c:0006:face:0000:000f:0000"] | ["frx5"] | ["fnedge570.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f000:2007:face:0000:0011:0000","2401:db00:f00b:200a:face:0000:000f:0000"] | ["mia3","ort2"] | ["fnedge111.01.mia3.facebook.com","fnedge195.02.ort2.facebook.com"] | ["Miami, Florida, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01c:0017:face:0000:0013:0000"] | ["frx5"] | ["fnedge105.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f013:1014:face:0000:0011:0000","2401:db00:f013:4012:face:0000:000d:0000","2401:db00:f013:1003:face:0000:001f:0000","2401:db00:f02e:0002:face:0000:0015:0000"] | ["dfw5","qro1"] | ["fnedge231.01.dfw5.facebook.com","fnedge392.02.dfw5.facebook.com","fnedge036.01.dfw5.facebook.com","fnedge050.01.qro1.facebook.com"] | ["Dallas, Texas, US","Queretaro, MX"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00d:2001:face:0000:001f:0000","2401:db00:f00b:000c:face:0000:0007:0000"] | ["lax3","ort2"] | ["fnedge113.02.lax3.facebook.com","fnedge481.01.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f02a:1010:face:0000:001b:0000"] | ["bom1"] | ["fnedge311.02.bom1.facebook.com"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f00b:0010:face:0000:0005:0000"] | ["ort2"] | ["fnedge228.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f00d:2007:face:0000:001b:0000","2401:db00:f00b:200f:face:0000:000d:0000"] | ["lax3","ort2"] | ["fnedge054.02.lax3.facebook.com","fnedge489.02.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f013:100a:face:0000:001f:0000","2401:db00:f013:4005:face:0000:001b:0000"] | ["dfw5"] | ["fnedge256.01.dfw5.facebook.com","fnedge853.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:200a:face:0000:001f:0000","2401:db00:f00b:0008:face:0000:0027:0000","2401:db00:f012:2015:face:0000:001d:0000","2401:db00:f013:100d:face:0000:0001:0000"] | ["ort2","lga3","dfw5"] | ["fnedge313.02.ort2.facebook.com","fnedge145.01.ort2.facebook.com","fnedge217.01.lga3.facebook.com","fnedge161.01.dfw5.facebook.com"] | ["Chicago, IL, US","New York, NY, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f009:1004:face:0000:0023:0000"] | ["arn2"] | ["fnedge051.02.arn2.facebook.com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f01b:1012:face:0000:0005:0000","2401:db00:f01b:0008:face:0000:0017:0000"] | ["amt2"] | ["2401:db00:f01b:1012:face:0:5:0","fnedge184.01.amt2.facebook.com"] | ["unknown","Amsterdam, NL"] | |
| | | | ["2401:db00:f01c:0005:face:0000:000d:0000"] | ["frx5"] | ["fnedge294.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:1010:face:0000:000b:0000","2401:db00:f01b:000a:face:0000:0019:0000","2401:db00:f036:0002:face:0000:000d:0000","2401:db00:f036:0003:face:0000:0011:0000"] | ["amt2","dus1"] | ["2401:db00:f01b:1010:face:0:b:0","fnedge107.01.amt2.facebook.com","fnedge053.01.dus1.facebook.com","fnedge062.01.dus1.facebook.com"] | ["unknown","Amsterdam, NL","Dusseldorf, DE"] | |
| | | | ["2401:db00:f013:4012:face:0000:0017:0000","2401:db00:f00b:0010:face:0000:0027:0000"] | ["dfw5","ort2"] | ["fnedge387.02.dfw5.facebook.com","fnedge117.01.ort2.facebook.com"] | ["Dallas, Texas, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f00b:2002:face:0000:0025:0000","2401:db00:f00d:2004:face:0000:0017:0000"] | ["ort2","lax3"] | ["fnedge105.02.ort2.facebook.com","fnedge010.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01c:2008:face:0000:0007:0000","2401:db00:f01c:2012:face:0000:0011:0000"] | ["frt3"] | ["fnedge467.01.frt3.facebook.com","fnedge694.01.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:1010:face:0000:0007:0000"] | | ["2401:db00:f01b:1010:face:0:7:0"] | ["unknown"] | |
| | | | ["2401:db00:f030:1005:face:0000:0019:0000","2401:db00:f030:0006:face:0000:001f:0000"] | ["maa2"] | ["fnedge141.02.maa2.facebook.com","fnedge119.01.maa2.facebook.com"] | ["Chennai, India"] | |
| | | | ["2401:db00:f00d:0012:face:0000:0011:0000","2401:db00:f00b:0005:face:0000:0025:0000"] | ["lax3","ort2"] | ["fnedge765.01.lax3.facebook.com","fnedge420.01.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f009:1003:face:0000:001b:0000","2401:db00:f009:1001:face:0000:000b:0000"] | ["arn2"] | ["fnedge095.02.arn2.facebook.com","fnedge017.02.arn2.facebook.com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f013:4015:face:0000:0009:0000","2401:db00:f013:1007:face:0000:0023:0000"] | ["dfw5"] | ["fnedge507.02.dfw5.facebook.com","fnedge404.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f009:1001:face:0000:001d:0000","2401:db00:f036:0001:face:0000:001f:0000"] | ["arn2","dus1"] | ["fnedge001.02.arn2.facebook.com","fnedge009.01.dus1.facebook.com"] | ["Stockholm, SE","Dusseldorf, DE"] | |
| | | | ["2401:db00:f013:100c:face:0000:0021:0000","2401:db00:f013:1016:face:0000:0027:0000"] | ["dfw5"] | ["fnedge158.01.dfw5.facebook.com","fnedge360.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:2003:face:0000:000d:0000"] | ["frt3"] | ["fnedge393.01.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00b:0010:face:0000:0019:0000"] | ["ort2"] | ["fnedge264.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f012:2008:face:0000:0005:0000","2401:db00:f00d:2001:face:0000:0001:0000"] | ["lga3","lax3"] | ["fnedge736.01.lga3.facebook.com","fnedge145.02.lax3.facebook.com"] | ["New York, NY, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01b:1008:face:0000:0007:0000"] | | ["2401:db00:f01b:1008:face:0:7:0"] | ["unknown"] | |
| | | | ["2401:db00:f013:4004:face:0000:001f:0000","2401:db00:f013:4016:face:0000:0023:0000","2401:db00:f013:1017:face:0000:0009:0000","2401:db00:f013:1007:face:0000:000b:0000"] | ["dfw5"] | ["fnedge868.02.dfw5.facebook.com","fnedge534.02.dfw5.facebook.com","fnedge366.01.dfw5.facebook.com","fnedge402.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f013:1011:face:000<br>0:0019:0000"] | ["dfw5"] | ["fnedge317.01.dfw5.facebook.c<br>om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400e:face:000<br>0:0003:0000","2401:db00:f013:<br>1002:face:0000:0009:0000","24<br>01:db00:f013:400b:face:0000:00<br>1b:0000"] | ["dfw5"] | ["fnedge643.02.dfw5.facebook.c<br>om","fnedge107.01.dfw5.facebo<br>ok.com","fnedge638.02.dfw5.fac<br>ebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:3018:face:000<br>0:0011:0000"] | | ["2401:db00:f01c:3018:face:0:11<br>:0"] | ["unknown"] | |
| | | | ["2401:db00:f01a:2015:face:000<br>0:001d:0000"] | ["lht6"] | ["fnedge079.01.lht6.facebook.co<br>m"] | ["London, UK"] | |
| | | | ["2401:db00:f006:1018:face:000<br>0:000d:0000"] | ["mrs2"] | ["fnedge431.01.mrs2.facebook.c<br>om"] | ["Marseille, FR"] | |
| | | | ["2401:db00:f000:200f:face:000<br>0:0025:0000","2401:db00:f000:<br>2016:face:0000:000b:0000"] | ["mia3"] | ["fnedge340.01.mia3.facebook.c<br>om","fnedge565.01.mia3.facebo<br>ok.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f013:1005:face:000<br>0:0005:0000","2401:db00:f013:<br>4018:face:0000:001d:0000"] | ["dfw5"] | ["fnedge085.01.dfw5.facebook.c<br>om","fnedge577.02.dfw5.facebo<br>ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:000d:face:000<br>0:0003:0000","2401:db00:f006:<br>1007:face:0000:0007:0000","24<br>01:db00:f006:2009:face:0000:00<br>03:0000"] | ["frx5","mrs2"] | ["fnedge493.01.frx5.facebook.co<br>m","fnedge065.01.mrs2.faceboo<br>k.com","fnedge065.02.mrs2.face<br>book.com"] | ["Frankfurt,<br>DE","Marseille, FR"] | |
| | | | ["2401:db00:f01c:300b:face:000<br>0:0015:0000","2401:db00:f01a:<br>1007:face:0000:001b:0000"] | ["frt3","lhr3"] | ["fnedge255.02.frt3.facebook.co<br>m","fnedge227.01.lhr3.facebook.<br>com"] | ["Frankfurt,<br>DE","London, UK"] | |
| | | | ["2401:db00:f033:0004:face:000<br>0:001d:0000"] | ["msp1"] | ["fnedge089.01.msp1.facebook.c<br>om"] | ["Minneapolis, MN,<br>US"] | |
| | | | ["2401:db00:f01b:1011:face:000<br>0:0019:0000"] | | ["2401:db00:f01b:1011:face:0:19<br>:0"] | ["unknown"] | |
| | | | ["2401:db00:f006:2009:face:000<br>0:0003:0000","2401:db00:f01b:<br>000c:face:0000:0027:0000"] | ["mrs2","amt2"] | ["fnedge065.02.mrs2.facebook.c<br>om","fnedge349.01.amt2.facebo<br>ok.com"] | ["Marseille,<br>FR","Amsterdam,<br>NL"] | |
| | | | ["2401:db00:f036:0004:face:000<br>0:0011:0000","2401:db00:f009:<br>1001:face:0000:0005:0000"] | ["dus1","arn2"] | ["fnedge027.01.dus1.facebook.c<br>om","fnedge009.02.arn2.faceboo<br>k.com"] | ["Dusseldorf,<br>DE","Stockholm, SE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f004:1006:face:0000:000d:0000","2401:db00:f01b:100e:face:0000:0027:0000","2401:db00:f01b:100f:face:0000:001f:0000"] | ["mad1"] | ["fnedge620.01.mad1.facebook.com","2401:db00:f01b:100e:face:0:27:0","2401:db00:f01b:100f:face:0:1f:0"] | ["Madrid, ES","unknown"] | |
| | | | ["2401:db00:f013:4010:face:0000:001b:0000","2401:db00:f013:1013:face:0000:000d:0000"] | ["dfw5"] | ["fnedge712.02.dfw5.facebook.com","fnedge468.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:4018:face:0000:0017:0000"] | ["dfw5"] | ["fnedge570.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00d:0004:face:0000:0023:0000","2401:db00:f00d:2002:face:0000:0005:0000"] | ["lax3"] | ["fnedge918.01.lax3.facebook.com","fnedge139.02.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01a:1006:face:0000:000d:0000","2401:db00:f01a:100e:face:0000:0007:0000"] | ["lhr3"] | ["fnedge270.01.lhr3.facebook.com","fnedge276.01.lhr3.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f013:4006:face:0000:0021:0000","2401:db00:f013:100d:face:0000:0007:0000"] | ["dfw5"] | ["fnedge067.02.dfw5.facebook.com","fnedge164.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00d:0008:face:0000:0021:0000","2401:db00:f00b:0008:face:0000:001b:0000"] | ["lax3","ort2"] | ["fnedge1005.01.lax3.facebook.com","fnedge258.01.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f00c:0010:face:0000:0011:0000","2401:db00:f00c:400b:face:0000:001d:0000","2401:db00:f00c:3017:face:0000:0001:0000"] | ["sin2","sin6"] | ["fnedge286.01.sin2.facebook.com","fnedge248.02.sin2.facebook.com","fnedge391.02.sin6.facebook.com"] | ["Singapore"] | |
| | | | ["2401:db00:f01b:1012:face:0000:0009:0000"] | | ["2401:db00:f01b:1012:face:0:9:0"] | ["unknown"] | |
| | | | ["2401:db00:f013:400c:face:0000:0023:0000"] | ["dfw5"] | ["fnedge322.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01a:100e:face:0000:001b:0000","2401:db00:f023:0002:face:0000:0019:0000"] | ["lhr3","jnb1"] | ["fnedge177.01.lhr3.facebook.com","fnedge079.01.jnb1.facebook.com"] | ["London, UK","Johannesburg, ZA"] | |
| | | | ["2401:db00:f013:100b:face:0000:0025:0000"] | ["dfw5"] | ["fnedge140.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f009:1003:face:0000:0019:0000"] | ["arn2"] | ["fnedge085.02.arn2.facebook.com"] | ["Stockholm, SE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00c:0008:face:0000:0019:0000","2401:db00:f00c:000b:face:0000:0003:0000","2401:db00:f00d:0001:face:0000:0005:0000","2401:db00:f00d:0015:face:0000:0005:0000"] | ["sin2","lax3"] | ["fnedge141.01.sin2.facebook.com","fnedge228.01.sin2.facebook.com","fnedge490.01.lax3.facebook.com","fnedge105.01.lax3.facebook.com"] | ["Singapore","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01c:0003:face:0000:0023:0000"] | ["frx5"] | ["fnedge278.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f013:4011:face:0000:000f:0000"] | ["dfw5"] | ["fnedge690.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f006:2008:face:0000:0015:0000","2401:db00:f01b:0009:face:0000:0021:0000","2401:db00:f01b:1007:face:0000:0019:0000"] | ["mrs2","amt2"] | ["fnedge008.02.mrs2.facebook.com","fnedge259.01.amt2.facebook.com","2401:db00:f01b:1007:face:0:19:0"] | ["Marseille, FR","Amsterdam, NL","unknown"] | |
| | | | ["2401:db00:f00b:000c:face:0000:0023:0000"] | ["ort2"] | ["fnedge485.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f006:100f:face:0000:000d:0000","2401:db00:f036:0005:face:0000:001b:0000"] | ["mrs2","dus1"] | ["fnedge264.01.mrs2.facebook.com","fnedge116.01.dus1.facebook.com"] | ["Marseille, FR","Dusseldorf, DE"] | |
| | | | ["2401:db00:f00d:2007:face:0000:0025:0000"] | ["lax3"] | ["fnedge120.02.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01c:3003:face:0000:000b:0000","2401:db00:f01c:3001:face:0000:0003:0000"] | ["frt3"] | ["fnedge338.02.frt3.facebook.com","fnedge101.02.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01a:1001:face:0000:0009:0000","2401:db00:f01a:1009:face:0000:0015:0000"] | ["lhr3"] | ["fnedge226.01.lhr3.facebook.com","fnedge012.01.lhr3.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f00d:2002:face:0000:0021:0000","2401:db00:f00b:2009:face:0000:001f:0000","2401:db00:f00b:2003:face:0000:000b:0000"] | ["lax3","ort2"] | ["fnedge049.02.lax3.facebook.com","fnedge552.02.ort2.facebook.com","fnedge061.02.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01b:000d:face:0000:0003:0000","2401:db00:f01b:000b:face:0000:0023:0000"] | ["amt2"] | ["fnedge092.01.amt2.facebook.com","fnedge045.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |

# EXHIBIT 31

to Declaration of Micah G. Block in Support of
Plaintiffs' Motion for Partial Summary Judgment

# WESTBRIDGE

## PHANTOM

### Turn Your Target's Smartphone into an Intelligence Gold Mine



Phantom is an end-to-end cyber intelligence software which remotely and covertly extracts all data from any smartphone. Installation is performed remotely (over the air) with either minimal or no engagement from the target, requires no third party involvement from cell phone carriers, and leaves no traces whatsoever on the device. Covertly gather all data on a target smartphone including: contact list, text messages, call history, emails, instant messaging, call interception, room wiretap, camera snapshots, calendar, GPS tracking, browser history and app data such as Skype and Facebook. Created to answer a void in law enforcement data gathering ability, this field-proven solution is used by intelligence agencies around the world, helping to reduce crime, prevent terrorism and maintain public safety.

CONFIDENTIAL
CONFIDENTIAL

# WESTBRIDGE

## Westbridge Technologies

Westbridge Technologies is the North-American branch of Q Technologies, a world-leading cyber intelligence company which provides cutting edge technology in the field of cyber intelligence gathering. Westbridge's product line enables law enforcement and intelligence agencies to remotely and covertly extract crucial intelligence from the most commonly used mobile devices. These breakthrough systems were developed in order to provide governments with a way to address the communications interception challenges in today's highly dynamic cyber battlefield. What makes Westbridge unique is the combination of technical expertise with a strong operational and intelligence background, combined with an understanding of the legal framework. These powerful synergies are reflected in the creativity of our solutions and drive unmatched value for our customers.

- Based in Rockville, MD, Westbridge Technologies was founded in 2014 as the North American branch of the international company Q Technologies.
- Q Technologies was founded in 2010. The company is privately owned, with the majority ownership held by an American private equity firm.
- Q Technologies is the provider of a variety of unique cyber intelligence systems, focused on extracting critical information from mobile devices.
- The company has a strong global customer base, which includes leading intelligence organizations and law enforcement agencies throughout Asia, Africa, Europe and Latin America.
- 85% of the company's resources are focused on research and development

## THE PHANTOM ADVANTAGE

The Phantom system enables intelligence organizations and law enforcement agencies to produce invaluable intelligence by extracting and monitoring crucial data from mobile devices:

- **Unlimited access to the target's mobile devices** - Installation is performed remotely (over-the-air) with either minimal or no engagement from the target.
- **Independent solution** - No cooperation with third party is required (AT&T, Verizon, Apple, Google)
- **Voice interception** – Monitor voice and VoIP calls in real-time.
- **Application monitoring** – Monitor a multitude of applications including Skype, WhatsApp, Viber, Facebook and Blackberry Messenger (BBM.)
- **Bridge the intelligence gap** – Collect unique types of information (Photos, Instant Messaging, Passwords, etc.) which assist in building an accurate and comprehensive intelligence panorama.
- **Handle encrypted content and devices** - Overcome encryption, SSL, proprietary protocols and any hurdle introduced by the complex communications world.
- **Supports the most popular smartphones today** – iPhone, Samsung, Motorola, LG, Blackberry, Sony, etc.
- **Superior Geo-location** – Track targets and get accurate positioning information using GPS. **Persistent tracking** – Identify and warn against the use of multiple SIM cards with a single target, Phantom can endure the mobile device factory reset.
- **Modular capabilities** – Phantom's capabilities can be customized to the client's specific needs and regulations

We welcome your questions, inquires and feedback.
If you would like to receive more information about Phantom, please contact us at: oren@westbrg.com

CONFIDENTIAL
CONFIDENTIAL

# EXHIBIT 34

to Declaration of Micah G. Block in Support of
Plaintiffs' Motion for Partial Summary Judgment

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

**United States District Court**

**Northern District of California**

**Case No. 4:19-cv-07123-PJH**

**WhatsApp Inc. and Meta Platforms, Inc.**

**v.**

**NSO Group Technologies Ltd. and Q Cyber Technologies Ltd.**

---

**Rebuttal Expert Report of**

**Gregory A. Pinsonneault**

**September 21, 2024**

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

**Figure 10: Amount of Ms. Trexler's Total Labor Expense Attributable to RSUs[118]**

| | Ms. Trexler's Calculation of Labor Performed | Amount of Ms. Trexler's Total Labor Expense Attributable to RSUs |
|---|---|---|
| **Employees Listed in Exhibit 2.1** | $339,250 | $129,149 |
| **Employees Listed in Exhibit 2.2** | $105,469 | $49,614 |
| **Employees Listed in Exhibits 2.1 and 2.2** | $444,719 | $178,764 |

### b) Ms. Trexler's quantification of the cost of WhatsApp's response includes time that is not supported by WhatsApp witnesses designated on the matter.

64.     I understand from counsel that Drew Robinson was deposed on September 19, 2024 as the corporate representative for Plaintiffs regarding the time spent by WhatsApp employees in response to the alleged conduct. Given the deposition was taken two days prior to the submission of my report, I have not received or reviewed the deposition transcript for Mr. Robinson.  However, I understand from counsel that when Mr. Robinson was asked about the 14 employees identified by Claudiu Gheorghe that are included in Exhibit 2.2 of Ms. Trexler's report, Mr. Robinson was unfamiliar with most of these employees and was unable to provide any information about work they allegedly performed.

65.     Of the employees listed in Exhibit 2.2 of Ms. Trexler's report, I understand that Mr. Robinson was only aware that Andrey Labunets performed work and that Brendon Tiszka spent approximately 3 hours of work in response to the alleged conduct.  Therefore, other than the time spent by Andrey Labunets and 3 hours of the time spent by Brendon Tiszka, I understand that the remaining time spent by employees included in Ms. Trexler's Exhibit 2.2 is not supported by WhatsApp's corporate representative and Rule 30(b)(6) designee in this matter.

66.     I have adjusted Ms. Trexler's calculations in her Exhibit 2 to reflect my understanding of the time supported by Mr. Robinson.  The Figure below summarizes the alternative calculation using Ms. Trexler's full labor rate as well as a calculation that excludes the RSU portion of Ms. Trexler's labor rate.

---

[118] Schedule 4.0. (Exhibit B)

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

**Figure 11: Adjustments to Ms. Trexler's Exhibit 2.2 Calculations Supported by Mr. Robinson's Testimony[119]**

| | Amount |
|---|---|
| **Ms. Trexler's Calculation of Labor Performed** | **$105,469** |
| **Adjusted Calculation of Ms. Trexler's Calculation of Labor Performed (Adjusted Hours)** | **$8,272** |
| **Adjusted Calculation of Ms. Trexler's Calculation of Labor Performed (Adjusted Hours, Excluding RSUs)** | **$6,813** |

67.    If both of the adjustments that I describe in the previous section and this section are applied, then Ms. Trexler's calculation for the eight employees in Exhibit 2.1 would decrease to a total of $210,101,[120] Ms. Trexler's calculation for the 14 employees in Exhibit 2.2 would decrease to a total of $6,813,[121] resulting in a grand total for all 22 employees of $216,914.[122]  In other words, even if the trier of fact finds that Defendants caused Plaintiffs to incur actual damages in the form of employee time, the proper amount of that time is $216,914, not $444,719.

### 3.    Ms. Trexler's opinion that Defendants earned additional revenue for 1,500 concurrent targets related to the allegations made by Plaintiff has no basis in the record and is significantly overstated.

68.    In the section titled "Revenue and Profit from the Sale and License of Pegasus Used in Connection with Defendants' Exploit," Ms. Trexler begins her discussion as follows:[123]

> In the absence of additional information, to determine Defendants' ill-gotten gains specific to the alleged conduct, I apply an approach that considers the profit associated with a specific population of targeted devices. While I employ a "per-device" approach, to the extent additional information is available, I recognize that alternative approaches may exist. One such approach, to the extent additional information is available, could include the use of "per account" revenue consistent with the Defendants' recent production of NSO_WHATSAPP_00045858.

> The per-device approach first determines a per-device revenue amount. The revenues associated with the specifically targeted devices are then reduced to profits based on a reported profit margin. Under

---

[119] Schedule 4.1. (Exhibit B)
[120] $339,250 − $129,149 = $210,101. (Schedule 4.0. (Exhibit B))
[121] Schedule 4.1. (Exhibit B)
[122] $210,101 + $6,813 = $216,914.
[123] Trexler Report, pp. 35-36.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

this approach, the Defendants' profits are limited to only those devices that Plaintiffs determined were targeted through Defendants' Exploit.

[…]

The following sections address the population of targeted devices, the revenues associated with those targeted devices, and Defendants' profits on the calculated revenues.

69.     After her discussion that she understands there are "1,500 targeted devices," Ms. Trexler attempts to calculate the "Revenue Specifically Associated with the 1,500 Targeted Devices."[124]  Ms. Trexler lays out costs for concurrent targets from a June 5, 2013 agreement and a December 17, 2015 agreement, and ultimately assumes that 1,500 additional concurrent target licenses would be required for the 1,500 devices and calculates revenue based on that assumption[125].

70.     With respect to Ms. Trexler's use of pricing for licenses to concurrent targets, Ms. Trexler apparently fails to understand or ignores the rights that are conveyed related to a concurrent target.  I understand that the number of concurrent targets is based on the number of **successful** installations / devices being monitored.  For example, Mr. Shohat testified about concurrent targets as follows:[126]

> Q. What does "concurrent targets" mean as defendants use that phrase?
>
> A. Concurrent license means that a customer --
>
> Q. Sorry, concurrent targets.
>
> A. Targets. License for concurrent targets means that a customer has license that allows him to monitor 50 targets in parallel at any given time.
>
> Q. So if you wanted, if you had 50, if you had Pegasus installed on 50 phones and you wanted to make a new installation you would have to uninstall one of the old ones in order to open a slot, is that how it works?
>
> A. That's one way to do it.

71.     Ms. Trexler does not cite to any evidence about the actual number of the 1,500 devices for which Pegasus was successfully installed.  Instead, Ms. Trexler discusses "targeted devices," but she does not cite to any evidence of how many of these "targeted devices" successfully had Pegasus installed or were being monitored by Pegasus:[127]

---

[124] Trexler Report, pp. 37-41.
[125] Trexler Report, pp. 37-41.
[126] Deposition of Yaron Shohat, August 29, 2024, pp. 226-227.
[127] Trexler Report, p. 37.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

## VII.    Potential Additional Analyses to Perform

129.    My opinions are based on the information received as of the date of my report.  I understand that discovery is continuing and I may consider other information or data produced through discovery to determine whether such other data impact my opinions.  I will consider any criticisms of my opinions or bases for my opinions brought to my attention at my deposition or offered by experts retained by Plaintiffs.  Any of this additional information or work may cause me to change my opinions.

130.    If this case goes to trial and I am asked to testify, I intend to use information in this report and the accompanying Schedules, including information from the materials I considered, to prepare demonstrative exhibits to summarize or assist in explaining my opinions during my testimony.  For example, I may prepare slides, charts, diagrams, illustrations, and/or graphic demonstrative exhibits.

## VIII.    Compensation

131.    LitiNomics is being compensated for my time in this matter at the billing rate of $650 per hour.  Other LitiNomics employees are being compensated at their standard billing rates. LitiNomics' fees are not contingent upon the nature of any findings, or of any analyses, testimony, or the outcome of the proceeding in this matter.

Gregory A. Pinsonneault