Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:  greg.andres@davispolk.com
        antonio.perez@davispolk.com
        craig.cagney@davispolk.com
        luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email:  micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS INC., <br><br>      Plaintiffs, <br><br>v. <br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br>      Defendants. | Case No. 4:19-cv-07123-PJH <br><br>**DECLARATION OF MEGHAN ANDRE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Meghan Andre, declare as follows:

1. I submit this declaration in support of Meta Platforms, Inc. ("Meta") and WhatsApp LLC's ("WhatsApp"; collectively, "Plaintiffs") Motion for Partial Summary Judgment in the above-captioned matter. The information in this declaration is based on my personal knowledge of this matter. If called as a witness, I could competently testify to the truth of each statement.

2. I am a Legal Investigator and Threat Researcher on the North American Litigation team. I have been employed by Meta since January 6, 2020. As part of my role, I am familiar with WhatsApp's Terms of Service and WhatsApp's documentation of a user's acceptance of those Terms.

3. Attached hereto as **Exhibit A** is a true and correct excerpt of a spreadsheet produced by Plaintiffs, bearing the Bates number WA-NSO-00195076. This spreadsheet reflects the results of a query I performed of WhatsApp's business records for all account information associated with the phone numbers referenced in Column AY of the sheet labeled "WhatsApp Users" (the "Users"). The phone numbers for the Users were provided to me by counsel.

4. The account information reflected in Exhibit A is recorded at the time of each User's relevant activity on WhatsApp, and kept in the ordinary course of WhatsApp's business. It is WhatsApp's regular practice to record this account information.

5. Column O, titled "tos_accept_timestamp," indicates the date and time when the Users first accepted the WhatsApp Terms of Service after Meta's acquisition of WhatsApp in 2014.

6. Column P, titled "tos_optout_timestamp," if applicable, indicates the date and time when certain Users exercised their opportunity to opt out of certain terms related to the collection of their data for advertising purposes.

7. Column AM, titled "tos2_accept_timestamp," if applicable, indicates the date and time after 2018 when Users in the European Union were prompted to reaffirm their agreement to the amended WhatsApp Terms of Service due to changes relating to the European Union's General Data Protection Regulation.

1

8. Column AV, titled "tos3_accept_timestamp," if applicable, indicates the date and time after 2021 when the Users were prompted to reaffirm their agreement to the amended WhatsApp Terms of Service in effect at that time.

9. In preparing this declaration, I have further reviewed WhatsApp's business records pertaining to the release dates for certain versions of the WhatsApp mobile application. According to those business records, WhatsApp Version 2.20.172 was released on May 25, 2020, WhatsApp Version 2.20.157 was released on May 11, 2020, and WhatsApp Version 2.20.140 was released on April 27, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 27, 2024, in Village of Lakewood, Illinois.

_____
Meghan Andre