# EXHIBIT A

to Declaration of Meghan Andre in Support of Plaintiffs' Motion for Partial Summary Judgment

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only
WA-NSO-00195076

| | A | B | O | P | AM | AV | AY |
|---|---|---|---|---|---|---|---|
| 1 | ds | wa_sk | tos_accept_timestamp | tos_optout_timestamp | tos2_accept_timestamp | tos3_accept_timestamp | phone_number |
| 2 | 2024-03-14 | 825315355 | 2016-08-28 16:19:04 | | | 2021-03-13 23:25:25 | |
| 3 | 2024-03-14 | 7176181865 | 2019-09-11 1:43:19 | | 2019-09-20 1:41:48 | 2021-01-06 22:41:34 | |
| 4 | 2024-03-14 | 948639057 | 2016-08-29 0:38:34 | 2016-08-29 0:38:34 | | 2021-01-09 7:30:10 | |
| 5 | 2024-03-14 | 388516324 | 2016-08-29 0:15:20 | 2016-08-29 0:15:20 | | 2021-01-08 16:13:22 | |
| 6 | 2024-03-14 | 140588103 | 2016-08-29 0:26:41 | | 2018-05-12 1:53:45 | 2021-03-03 12:51:58 | |
| 7 | 2024-03-14 | 3019281484 | 2017-06-24 1:06:54 | | | 2021-04-13 4:46:44 | |
| 8 | 2024-03-14 | 567355753 | 2016-09-25 3:57:07 | | | | |
| 9 | 2024-03-14 | 3363712626 | 2017-09-04 23:57:46 | | | | |
| 10 | 2024-03-14 | 845382628 | 2016-08-26 7:49:48 | | | 2021-01-05 8:15:27 | |
| 11 | 2024-03-14 | 633263089 | 2016-08-29 0:07:03 | 2016-08-29 0:07:03 | | 2021-01-06 21:24:57 | |
| 12 | 2024-03-14 | 470982865 | 2016-08-28 22:00:35 | 2016-08-28 22:00:35 | | 2021-01-08 21:30:45 | |
| 13 | 2024-03-14 | 320786165 | 2016-08-29 0:28:00 | | | 2023-05-21 4:33:04 | |
| 14 | 2024-03-14 | 865203113 | 2016-08-28 7:48:18 | | | 2021-01-06 21:42:50 | |
| 15 | 2024-03-14 | 350132770 | 2016-08-28 23:44:47 | | | 2021-01-06 21:57:24 | |
| 16 | 2024-03-14 | 648503642 | 2016-08-28 14:03:46 | 2016-08-28 14:03:46 | | 2021-01-07 4:41:49 | |
| 17 | 2024-03-14 | 675433142 | 2016-08-29 0:14:41 | 2016-08-29 0:14:41 | | 2021-01-07 0:24:09 | |
| 18 | 2024-03-14 | 146634637 | 2016-08-29 0:10:46 | 2016-08-29 0:10:46 | | 2021-01-06 22:20:58 | |
| 19 | 2024-03-14 | 258731559 | 2016-08-28 23:29:34 | 2016-08-28 23:29:34 | | 2021-01-09 22:32:55 | |
| 20 | 2024-03-14 | 895254216 | 2016-08-29 0:13:27 | | | 2021-01-09 22:31:49 | |
| 21 | 2024-03-14 | 635973459 | 2016-08-29 0:07:04 | 2016-08-29 0:07:04 | | 2022-10-22 5:49:40 | |
| 22 | 2024-03-14 | 355389440 | 2016-08-28 21:37:59 | | | 2021-01-09 6:58:23 | |
| 23 | 2024-03-14 | 410285030 | 2016-08-29 0:26:21 | 2016-08-29 0:26:21 | | 2021-01-06 22:28:13 | |

| | A | B | O | P | AM | AV | AY |
|---|---|---|---|---|---|---|---|
| 1 | ds | wa_sk | tos_accept_timestamp | tos_optout_timestamp | tos2_accept_timestamp | tos3_accept_timestamp | phone_number |
| 24 | 2024-03-14 | 751460074 | 2016-08-28 23:58:09 | | | 2021-03-13 22:27:08 | |
| 25 | 2024-03-14 | 580778378 | 2016-09-02 21:44:53 | | | 2021-01-08 22:47:07 | |
| 26 | 2024-03-14 | 370458687 | 2016-08-29 2:52:53 | | | 2021-05-19 7:19:10 | |
| 27 | 2024-03-14 | 910516649 | 2016-08-29 0:24:07 | 2016-08-29 0:24:07 | | 2021-06-09 0:58:31 | |
| 28 | 2024-03-14 | 1000347939 | 2016-08-28 23:54:18 | | | 2021-01-08 22:07:58 | |
| 29 | 2024-03-14 | 295711370 | 2016-08-28 23:30:56 | | | 2021-01-06 22:21:03 | |
| 30 | 2024-03-14 | 359860818 | 2016-08-29 0:15:26 | 2016-08-29 0:15:26 | | 2021-05-08 20:56:51 | |
| 31 | 2024-03-14 | 145289323 | 2016-08-29 0:05:11 | | | 2021-05-05 3:44:23 | |
| 32 | 2024-03-14 | 730858402 | 2016-08-28 23:01:44 | 2016-08-28 23:01:44 | | 2021-01-06 22:20:41 | |
| 33 | 2024-03-14 | 589804286 | 2016-08-28 20:40:22 | 2016-08-28 20:40:22 | | 2023-07-04 0:47:12 | |
| 34 | 2024-03-14 | 119861365 | 2016-08-28 23:54:17 | | | 2021-01-09 1:45:38 | |
| 35 | 2024-03-14 | 191750200 | 2016-09-24 22:34:02 | 2016-09-24 22:34:02 | | 2021-01-08 21:32:40 | |
| 36 | 2024-03-14 | 300537534 | 2016-08-28 22:56:12 | 2016-08-28 22:56:12 | | 2021-01-06 22:45:05 | |
| 37 | 2024-03-14 | 269283404 | 2016-08-29 0:02:50 | 2016-08-29 0:02:50 | | 2021-04-27 14:17:15 | |
| 38 | 2024-03-14 | 3004847507 | 2017-06-21 0:53:49 | | | | |
| 39 | 2024-03-14 | 124147806 | 2016-08-26 6:30:50 | 2016-09-19 2:39:05 | | 2021-01-06 15:27:40 | |
| 40 | 2024-03-14 | 394549734 | 2016-08-28 14:38:37 | | | 2022-01-29 8:09:29 | |
| 41 | 2024-03-14 | 882885582 | 2016-08-29 4:29:06 | 2016-08-29 4:29:06 | | 2021-01-06 15:38:59 | |
| 42 | 2024-03-14 | 899543112 | 2016-08-28 22:13:30 | 2016-08-28 22:13:30 | | 2021-01-08 23:36:50 | |
| 43 | 2024-03-14 | 10566362101 | 2021-06-21 12:31:42 | 2021-06-21 12:31:42 | 2021-04-20 5:24:25 | 2021-06-21 12:27:07 | |
| 44 | 2024-03-14 | 393759746 | 2016-08-29 0:01:04 | 2016-08-29 0:01:04 | | 2021-01-06 22:32:24 | |
| 45 | 2024-03-14 | 705152109 | 2016-08-28 22:45:08 | 2016-08-28 22:45:08 | | 2021-01-06 22:18:45 | |
| 46 | 2024-03-14 | 702980420 | 2016-08-28 10:59:29 | 2016-08-29 23:48:30 | | 2021-01-06 20:33:41 | |
| 47 | 2024-03-14 | 907970193 | 2016-08-28 23:46:45 | | | 2021-01-10 9:05:20 | |
| 48 | 2024-03-14 | 950870224 | 2016-08-28 13:29:08 | 2016-08-28 13:29:08 | | 2021-01-06 21:40:07 | |
| 49 | 2024-03-14 | 126190260 | 2016-08-28 23:58:19 | 2016-08-28 23:58:19 | | 2021-01-06 23:23:40 | |
| 50 | 2024-03-14 | 730522822 | 2016-08-29 0:04:03 | | | 2021-01-08 15:29:52 | |
| 51 | 2024-03-14 | 338469737 | 2016-08-28 23:42:43 | | | 2021-01-06 23:03:11 | |