# EXHIBIT 2

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

Case 4:19-cv-07123-PJH    Document 679-6    Filed 04/04/25    Page 2 of 139

WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3226
CARL WOOG on 08-14-2024                    {{Attorneys Eyes Only}}

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4    _____

5    WHATSAPP INC., a Delaware            )
     corporation, and FACEBOOK, INC.,    )
6    a Delaware corporation,              )
     a Delaware corporation,             )
7                                         )
               Plaintiffs,               )
8        v.                              ) Case No.
                                         ) 4:19-cv-07123-PJH
9    NSO GROUP TECHNOLOGIES LIMITED      )
     and Q CYBER TECHNOLOGIES LIMITED,   )
10                                        )
                                         )
11             Defendants.               )
     _____)

12

13       HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14         VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                    DEPOSITION OF

16    WHATSAPP INC., by and through its Designated

17                   Representative,

18                      CARL WOOG

19            Palo Alto, California 94304

20            Wednesday, August 14, 2024

21

22

23   Reported Stenographically by:
     MARY J. GOFF
24   CSR No. 13427
     WA CSR No. 21030779
25   Job No. 3226
     PAGES 1-384

1 **working with great intensity to identify what was**
2 **going on.**
3    Q   So you have never spoken to ▮▮▮▮
4 ▮▮▮, as far as you know?
5    **A   Sorry. I don't believe so, but I don't**
6 **recall if I have.**
7    Q   Do you know at all what his
8 responsibilities with respect to either WhatsApp or
9 Facebook were?
10   **A   Not that I recall.**
11   Q   Do you know whether Mr. Robinson was
12 attributing the exploitation of this vulnerability
13 to NSO as of May 5, 2019?
14   **A   Sir I do not know what Mr. Robinson**
15 **determined at that -- at that point in time.**
16   Q   Do you know if WhatsApp more generally was
17 attributing anything to NSO as of May 5, 2019?
18   **A   I believe that was our -- our -- our**
19 **strongest hypothesis that the team was working to**
20 **validate and confirm.**
21   Q   And do you know what that was based on?
22   **A   Sir, I -- my recollection, I recall**
23 **security engineers telling me that they believed**
24 **that NSO was attacking our users.**
25       **And this was an attack that was underway,**

1 **and they were working to put to stop.**
2    Q   And do you know what that was based on,
3 that attribution to NSO?
4    **A   Sir, based on their technical expertise.**
5    Q   So you don't know?
6    **A   I'm not a technical expert, no, sir.**
7    Q   Okay. So you don't know?
8    **A   No, sir.**
9       ATTORNEY ANDRES: Objection, asked and
10 answered.
11   Q   (BY ATTORNEY AKROTIRIANAKIS) Are all
12 WhatsApp chats end-to-end encrypted?
13   **A   Sir, we have a distinction between what we**
14 refer to as "personal WhatsApp chats" and chats that
15 are with businesses that use a technology service
16 called an "API." We have a White Paper that explains
17 this. Generally.
18       I think the way we think of WhatsApp is
19 kind of how people like you and me would chat with
20 one another, but we also have these business
21 services.
22       Those business services using the API, we
23 do not designate those at end-to-end encrypted. But
24 what people are thinking of when they are using
25 their WhatsApp in their handset on their -- on their

1 **phones app to app, those are indeed end-to-end**
2 **encrypted. We usually refer to those as personal**
3 **images.**
4    Q   All right. So all WhatsApp personal
5 messages are end-to-end encrypted?
6    **A   Yes, sir.**
7    Q   And all WhatsApp calls are end-to-end
8 encrypted?
9    **A   Yes, sir.**
10   Q   Is that true both with respect to voice
11 calls and video calls?
12   **A   Yes, voice and video calls are both**
13 **protected by end-to-end encryption on an**
14 **application-to-application basis.**
15   Q   Does a WhatsApp user have to pay extra for
16 the end-to-end encryption or is that a standard
17 feature?
18   **A   That's a standard feature, sir, and it**
19 **cannot be turned off.**
20   Q   So it's impossible to have a WhatsApp
21 account -- a personal WhatsApp account without
22 end-to-end encryption, correct?
23   **A   That is how our service works, sir.**
24   Q   So yes?
25   **A   Yes.**

1    Q   How much does it cost for a user to
2 establish a WhatsApp account?
3    **A   Sir --**
4       ATTORNEY ANDRES: Objection, relevance.
5    **A   -- sir, accounts are free to establish.**
6 **There's no cost.**
7    Q   (BY ATTORNEY AKROTIRIANAKIS) So what --
8 what does a person need in order to set up a
9 WhatsApp account?
10   **A   Sir, you need a mobile phone, and you need**
11 **the ability to download the app from either the**
12 **Apple App Store or the Google Play Store.**
13       **Or you can also download the app directly**
14 **from our website, if you're having trouble accessing**
15 **those stores. And then you download that**
16 **application onto your phone.**
17       **And then from there you open the app.**
18 **There'll be some information there about our Terms**
19 **of Service that you would need to agree to prior to**
20 **using our service.**
21       **And then there's just some initial setup**
22 **questions that -- that we have. And then from there**
23 **you're pretty much off and running.**
24   Q   Well, what are the initial setup
25 questions?

WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3226
CARL WOOG on 08-14-2024                      {{Attorneys Eyes Only}}              Pages  178..181

Page 178

1     A   Well --
2          ATTORNEY ANDRES:  Objection, relevance.
3     A   -- well -- so you have to enter your phone
4  number in order to effectively activate your
5  account.
6          So you enter your phone number, and that
7  will send an SMS message to you, which you -- you
8  type in a code for that, and then that allows you to
9  start your account.
10         I think we also ask for a name, which is
11 optional.  You can choose your actual name.  You can
12 choose a nickname.  I think there's an option to put
13 in a photo and things like that, which you can do,
14 if you chose.
15         And after that, you're able to chat freely
16 and securely.
17    Q   (BY ATTORNEY AKROTIRIANAKIS) So the "Name
18 Field" is not required?
19    A   I don't believe so, sir.  I think you have
20 to enter something in that name, but you don't have
21 to chose your actual name.
22         Does that --
23    Q   Could --
24    A   -- distinction make sense?
25    Q   Okay.  It could be literally anything?

Page 179

1     A   I believe so.
2     Q   It could be symbols?  It doesn't even have
3  to be letters?
4     A   I don't know if you can use symbols.
5  That -- sometimes apps have trouble with symbols.
6          But perhaps.  I don't know for sure.  You
7  have to put in something, I believe, in that field.
8     Q   But it doesn't have to be your name?
9     A   It does not have to be your name, sir.
10    Q   Other than what you have described right
11 now, is there any other vetting that WhatsApp does
12 prior to granting a user account to someone?
13    A   Sir, I'm not an expert in this, but we do
14 have quite a talented group of people that are
15 looking for signals of inauthenticity and perhaps
16 abuse right from the setup time.
17         So what we're looking for there is
18 potentially accounts that may be intended to be set
19 up for spam or automation or other account setup
20 that is inauthentic in some way.
21         I'm drawing to draw a distinction between
22 that and a normal person who is just trying to use
23 WhatsApp for private and secure calls.
24    Q   So like a -- you're trying to ferret out
25 whether it's an actual person or a bot that's

Page 180

1  setting the account?
2     A   I think that's fair to say, sir, yes.
3     Q   Okay.  But assuming that somebody is an
4  actual person, literally anybody could sign up for a
5  WhatsApp account, as long as they have a mobile
6  phone and the ability to download the WhatsApp app,
7  correct?
8     A   Right.  And then that text message
9  authentication that I mentioned.  Those basic steps.
10    Q   Right.  But you don't, like, say: Like,
11 well, is this a person who we really want using our
12 system?
13         They just decide themselves, right?
14    A   That's right.
15    Q   Can a person have multiple WhatsApp
16 accounts with different phone numbers?
17    A   Yes.  But basically a phone number -- an
18 easier way of thinking of it is that an account is
19 tied to a phone number.
20         So if you have two phones, then you could
21 have a WhatsApp on one phone and a WhatsApp on the
22 other phone.  That would be two accounts, but you
23 may be the same -- the same person.  We have that.
24         And then we also have the ability to
25 have -- we have multiple -- the ability to install

Page 181

1  multiple apps on one phone.
2          So for example, we have the WhatsApp app
3  and we have WhatsApp Business app.
4          And you could use your phone and download
5  both instances of WhatsApp on your phone.
6          And the reason why some people want to do
7  that is because they're a small business and they
8  like to separate their chats from their personal use
9  and their business use.  So it effectively gives
10 them two Inboxes to do so.
11         And the Business app has some of its
12 own -- different policies and rules that I'm less
13 familiar with.  But effectively that's designed for
14 the small business owner that relies on WhatsApp to,
15 you know, run their business, respond to customer
16 inquiries, and hopefully run a successful business
17 that -- for their customers.
18    Q   So let's go back to the names.
19         You said that -- that you have to -- that
20 your belief is that you have to put in something in
21 the -- in the "Setup" field that requests a name,
22 but it's incons -- inconsequential what it is that's
23 put into that field; is that fair?
24    A   That's fair.  It's a user choice.
25    Q   And that's permitted by the WhatsApp Terms

Page 382

```
 1
 2
 3
 4        I, CARL WOOG, do hereby declare under penalty
 5   of perjury that I have read the foregoing
 6   transcript; that I have made any corrections as
 7   appear noted, in ink, initialed by me, or attached
 8   hereto; that my testimony as contained herein, as
 9   corrected, is true and correct.
10        EXECUTED this_____ day of_____,
11   20____, at_____, _____.
                (City)                   (State)
12
13
14        _____
               CARL WOOG
15
16
17
18
19
20
21
22
23
24
25
```

Page 383

```
 1        I, MARY J. GOFF, CSR No. 13427, Certified
 2   Shorthand Reporter of the State of California,
 3   certify;
 4        That the foregoing proceedings were taken
 5   before me at the time and place herein set forth, at
 6   which time the witness declared under penalty of
 7   perjury; that the testimony of the witness and all
 8   objections made at the time of the examination were
 9   recorded stenographically by me and were thereafter
10   transcribed under my direction and supervision; that
11   the foregoing is a full, true, and correct
12   transcript of my shorthand notes so taken and of the
13   testimony so given;
14        That before completion of the deposition,
15   review of the transcript ( ) was (XX) was not
16   requested:  (   ) that the witness has failed or
17   refused to approve the transcript.
18        I further certify that I am not financially
19   interested in the action, and I am not a relative or
20   employee of any attorney of the parties, nor of any
21   of the parties.
22        I declare under penalty of perjury under the
23   laws of California that the foregoing is true and
24   correct, dated this    day of        , 2024.
25             Mary Goff
                     _____
                      MARY J. GOFF
```

Page 384

```
 1             ERRATA SHEET
 2             SWIVEL LEGAL
 3          560 W Main Street, C163
 4         Alhambra, California 91801
 5             213-788-2327
 6        CASE:  WhatsApp v. NSO Group
 7   PAGE  LINE  FROM              TO
 8   ____|_____|_____|_____
 9   ____|_____|_____|_____
10   ____|_____|_____|_____
11   ____|_____|_____|_____
12   ____|_____|_____|_____
13   ____|_____|_____|_____
14   ____|_____|_____|_____
15   ____|_____|_____|_____
16   ____|_____|_____|_____
17   ____|_____|_____|_____
18
19        _____
20        CARL WOOG
21   Subscribed and sworn to before me
22   this _____ day of _____, 2024.
23   _____
24        Notary Public
25
```

# EXHIBIT 3

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

Case 4:19-cv-07123-PJH    Document 679-6    Filed 04/04/25    Page 7 of 139
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024              {{Attorneys Eyes Only}}           Page 1

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4   _____

5   WHATSAPP INC., a Delaware            )
    corporation, and FACEBOOK, INC.,     )
6   a Delaware corporation,              )
    a Delaware corporation,              )
7                                        )
                Plaintiffs,              )
8       v.                               ) Case No.
                                         ) 4:19-cv-07123-PJH
9   NSO GROUP TECHNOLOGIES LIMITED       )
    and Q CYBER TECHNOLOGIES LIMITED,    )
10                                       )
                                         )
11              Defendants.              )
    _____)

12

13      HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14        VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                  DEPOSITION OF

16   WHATSAPP INC., by and through its Designated

17                 Representative,

18              CLAUDIU GHEORGHE

19          Palo Alto, California 94304

20           Friday, August 16, 2024

21

22  Reported Stenographically by:
    MARY J. GOFF
23  CSR No. 13427
    WA CSR No. 21030779
24  Job No. 3296
    PAGES 1-295

25

Page 26

1    A   I'm confused.
2    Q   Let me rephrase.  Scratch that.
3    A   Yeah.
4    Q   Are the stanzas in XML?
5    A   I believe it was an XML protocol, yes.
6    Q   Okay.  And so the format of the stanzas is
7  defined somewhere?
8    A   Like right now?
9    Q   In 2019.  All of my questions will be
10  about how the system was in May of 2019.
11    A   Okay.  I believe there was a -- like a
12  text document that described the stanzas in the
13  protocol.
14       In one of the repositories that we had, it
15  was called "the common repo" that was referenced by
16  all the client and the server engineers.
17       And at that time we actually had a formal
18  representation of the protocol in another system
19  that actually led to the discovery of the attack --
20    Q   All right.
21    A   -- so there was -- yeah.
22    Q   So a stanza, which you said is an
23  XML-defined message --
24    A   Yes.
25    Q   -- has a certain -- certain structure to

Page 27

1  it?
2    A   Yes.
3    Q   And so that structure would involve some
4  parameters and parameter values -- sort of parameter
5  names and parameter values?
6       ATTORNEY BLOCK:  Objection to form.
7    A   It involves that, but not just that.
8    Q   (BY ATTORNEY WEINBERG) What else does it
9  involve?
10    A   It involves other types of stanzas as well
11  that are child stanzas.  So there's like a hierarchy
12  of stanzas, essentially.
13    Q   All right.  So it's XML, so it's a
14  hierarchical --
15    A   Yeah.
16    Q   -- structure?
17    A   Yeah.
18    Q   And so an offer stanza, for example, is a
19  kind of VoIP stanza?
20    A   It's a type of stanza, yeah.
21    Q   Okay.  And so the structure for that kind
22  of stanza is defined in this common repo?
23    A   Yeah.
24    Q   Okay.  Let me put a document in front of
25  you.  1167.

Page 28

1       (Exhibit 1167 was marked for
2  identification and is attached to the transcript.)
3    Q   (BY ATTORNEY WEINBERG) I want to chat with
4  you a bit about the stanzaming.  Is that how you
5  pronounced it, stanzaming?
6    A   Stanzaming.
7    Q   Got it.
8       Do you recognize this document?
9    A   Yes.
10    Q   What is it?
11    A   It displays a SEV that was filed for the
12  incident.
13    Q   Okay.  What is an SEV?
14    A   Yeah, so a SEV or S-E-V is a formal
15  document used by Facebook to track the operational
16  or security incidents within the company.
17    Q   Okay.  And what would I call this kind of
18  document?  Is this a chat?  Is this -- what kind of
19  a system is this kept in?
20       ATTORNEY BLOCK:  Objection to form.
21    A   So I'm trying -- like, I don't know
22  exactly how to explain this as a concept.  Outside
23  it -- it's kind of like a task, but it's really not
24  like a task.  It's more like a project, like, if I
25  would have to explain it in a different way.

Page 29

1    Q   (BY ATTORNEY WEINBERG) And so what's
2  reflected here in this document is the actions and
3  messages -- actions taken and messages sent for this
4  SEV project, the stanzaming project?
5       ATTORNEY BLOCK:  Objection to form.
6    A   Yes.
7    Q   (BY ATTORNEY WEINBERG) Okay.  I would like
8  you to take a quick look at page 3.  Towards the
9  bottom it says that -- there's a message from
10  ████████████████ on Monday, May 6, at -- 2019,
11  at 12:27 p.m.?
12    A   Yes.
13    Q   And he says that the WhatsApp engineering
14  work for this SEV investigation is coordinated by
15  you; is that accurate?
16    A   Yes.
17    Q   And what does that mean, it was
18  "coordinate -- well, what is "engineering work" that
19  he is referring to?
20    A   It is the engineering work required to
21  investigate and remediate the attack.
22    Q   And the engineering work comprises what?
23    A   It involved a lot of steps and a lot of
24  work from -- not just from me, but from a larger
25  group of people.

Case 4:19-cv-07123-PJH    Document 679-6    Filed 04/04/25    Page 9 of 139
WhatsApp Inc. vs NSO Group Technologies Limited et al.                        Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}              Pages  30..33

Page 30

1    Q   Okay.  I guess I'm just trying to get a
2  sense of what distinguishes engineering work from
3  some other category of work that you may have not
4  been responsible for.
5        Would you be able to shed some light on
6  that?
7        ATTORNEY BLOCK:  Objection to form.
8    A   Like, what was the nonengineering work?
9    Q   (BY ATTORNEY WEINBERG) Well, if you're
10 coordinating the engineering work, was there other
11 kinds of work that you weren't coordinating or were
12 you coordinating all the work?
13       ATTORNEY BLOCK:  Objection to form and --
14   A   I was coordinating just the engineering at
15 WhatsApp.
16       ATTORNEY BLOCK:  -- just pause and give me
17 a chance to object before you start your answer,
18 please.
19   Q   (BY ATTORNEY WEINBERG) Okay.  And so what
20 does "coordinating network" mean?
21   A   Coordination in this case means scoping
22 work that needs to be done in order to achieve the
23 goal.
24   Q   And monitoring its progress as well, I
25 assume?

Page 31

1    A   Ensuring progress in monitoring, yes.
2    Q   It lists five tasks that were -- that you
3  were coordinating here.
4        Would you be able to just introduce us to
5  each of these five tasks and what they entailed?
6    A   So Number 1 -- and by the way, I don't
7  remember all the details of these tasks right now,
8  so I'll do my best to say it based on what I
9  remember.
10       Number 1, "logging packets from attackers
11 in EdgeRay," this task was about logging data from
12 the relay servers for the calls that we flagged at
13 "suspicious" and as part of the attack.
14   Q   What are the relay servers?
15   A   The relay servers are the servers
16 responsible for handling the realtime traffic
17 between devices during a call on WhatsApp.
18   Q   So they're a proxy between WhatsApp
19 clients?
20       ATTORNEY BLOCK:  Objection to form.
21   A   They're not just proxy.  They are -- they
22 have an essential role in establishing the realtime
23 channel between the devices.
24   Q   (BY ATTORNEY WEINBERG) The relay servers
25 also work in establishing the connection between

Page 32

1  the --
2    A   They --
3    Q   -- clients?
4    A   -- facilitate the connection -- the
5  realtime connection between the devices.
6    Q   What's difference between facilitating and
7  establishing?
8    A   In some cases there's direct
9  communication -- realtime communication between the
10 devices.
11       So if I call you, in some scenarios the
12 packets will actually not go through the relay.  But
13 in order to establish -- to -- like, in order to
14 establish that channel, you have to go through the
15 relay first.  But the actual packets are not proxied
16 in that case.
17       So in about 50 percent of the cases, the
18 relay acts as a proxy; but in the rest of them, it
19 does not act as a proxy.
20   Q   How do you determine -- or how does the
21 system determine whether the relay will be acting as
22 a proxy between clients and when it will not?
23   A   It is based on heuristics and whether
24 we -- we can establish a direct connection between
25 the devices or not.

Page 33

1        In some scenarios, it's not possible.  The
2  network configuration does not allow that to -- to
3  happen.
4    Q   So the relay servers will proxy
5  information between the clients whenever it's not
6  possible for the clients to communicate with each
7  other directly; is that accurate?
8        ATTORNEY BLOCK:  Objection to form.
9    A   Yes.
10   Q   (BY ATTORNEY WEINBERG) I have seen a lot
11 of references to "signaling servers" in the
12 documents.
13       What's the difference between the relay
14 servers and the signaling servers?
15   A   There are two main flows in establishing
16 the call on WhatsApp.  The first part that happens
17 at the beginning when you set up the call is called
18 signaling.
19       And the second part that happens -- that
20 transfers the real -- makes the realtime
21 communication between the devices is the relay.
22   Q   I guess I need some clarification.  The --
23 you said earlier that the relay servers facilitate
24 the creation of the connection?
25   A   Of the realtime channel.

Page 34

1    Q    Of the realtime channel.
2        So could you clarify what's the difference
3    between establishing the creation of the realtime
4    channel versus initiating -- setting up a call,
5    which is done by the signaling servers?
6        ATTORNEY BLOCK: Objection to form.
7    A    So just to clarify, the difference between
8    the -- yeah.
9    Q    (BY ATTORNEY WEINBERG) Yeah, sorry.  The
10   signaling servers, you said, set up the call.
11       And then you said that the relay servers
12   will help establish the realtime channel and then
13   sometimes proxy data from one client to the other;
14   is that accurate?
15   A    Yes.
16       ATTORNEY BLOCK: Objection, misstates the
17   testimony.
18   Q    (BY ATTORNEY WEINBERG) Could you expound a
19   little bit on that -- those two different functions?
20   A    Yes.  So the setup of the call always
21   starts with the signaling server.  And the signaling
22   server is the same server that we use for chat, so
23   it's synonymous with chatserver.
24   Q    Is that what's referred to as the
25   chatdservers --

Page 35

1    A    Yes.
2    Q    -- in the --
3    A    The VoIP signaling is a module within
4    chatd.
5    Q    And so the voice signaling uses the chat
6    functionality of WhatsApp to establish calls?
7    A    To start the call.
8    Q    To start the call.
9        And once it starts the call, the -- the
10   relay server establishes the realtime channel?
11   A    Exactly.
12   Q    And then half the time -- or some portion
13   of the time that relay server will then proxy data
14   between the two clients and in other instance it
15   will -- the two clients will access -- will
16   communicate directly in a peer-to-peer fashion?
17       ATTORNEY BLOCK: Objection to form.
18   A    Yes.
19   Q    (BY ATTORNEY WEINBERG) So we will get into
20   all of this in detail in a little bit.  I just
21   wanted to close the loop on this resume.
22       In 2019, shortly after the stanzaming
23   investigation, your title changed to software
24   engineering manager for application security; is
25   that correct?

Page 36

1    A    Yes.
2    Q    And that was a position you held from 2019
3    to 2021?
4    A    Yes.
5    Q    Could you describe your work and
6    responsibilities in that position?
7    A    So the main responsibility that I had for
8    the WhatsApp application security team is to drive
9    the roadmap for hardening and improving security
10   across WhatsApp.
11   Q    And was this a new position created in
12   response to the stanzaming incident?
13       ATTORNEY BLOCK: Objection to form;
14   foundation.
15   A    I'm not sure what you mean by -- like, in
16   response to that.
17   Q    (BY ATTORNEY WEINBERG) Was there a
18   security team before you took over as the security
19   engineering manager?
20       ATTORNEY BLOCK: Objection to form.
21   A    There were people working on security, but
22   it was not a team dedicated to it.
23   Q    (BY ATTORNEY WEINBERG) What's the
24   difference?
25   A    So we had, for instance, a security

Page 37

1    partner that was assigned to WhatsApp.
2        And part of the security team was not
3    just -- not just hiring new people that worked full
4    time for WhatsApp, but it was also working
5    cross-functionally with other teams in Facebook like
6    the Facebook security team.
7        There were already people assigned to
8    WhatsApp before we had the team.  It was just not
9    organized in the same way that we did it after.
10   Q    Do you remember in 2019, when you became
11   the software engineering manager for application
12   security, who you reported to?
13   A    The first manager that I had was ████
14   █.
15   Q    And you had another manager after that,
16   evidently?
17   A    Yeah, he left the company.  And then the
18   next manager that I had was ███████.
19   Q    And then how big was your team by the end
20   of 2019?
21   A    By the end of 2019, I have to remember,
22   but I think we only had three years, I believe, in
23   the team.
24   Q    And who were they?
25   A    I believe ███████ and ████

Case 4:19-cv-07123-PJH    Document 679-6    Filed 04/04/25    Page 11 of 139
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}          Pages  102..105

Page 102

1 correct?
2        ATTORNEY BLOCK:  Objection to form.
3    Q   (BY ATTORNEY WEINBERG) I'll rephrase.
4        The ultimate choice of a physical server
5 that processes the request is the result of
6 WhatsApp's algorithms by choice?
7        ATTORNEY BLOCK:  Objection to form;
8 misleading.
9    A   The load balancer that takes the decision
10 of which physical server is actually provided by
11 Facebook infrastructure.  That's not what the
12 WhatsApp team works on.
13    Q   (BY ATTORNEY WEINBERG) So the -- I guess
14 we did speak about WhatsApp's DNS.  We talked about
15 ISP's DNS.  And now we're talking about Facebook's
16 load balancers, right?
17    A   Yes.
18    Q   And those are all components owned by --
19 or operated by parties other than the user, correct?
20        ATTORNEY BLOCK:  Objection to form.
21    A   I'm not sure about the concept of, like,
22 parties other than the user.  What --
23    Q   (BY ATTORNEY WEINBERG) Those are --
24    A   -- does that mean?
25    Q   Those are server programs controlled by

Page 103

1 Facebook and WhatsApp and the ISP?
2        ATTORNEY BLOCK:  Objection to form.
3    A   Facebook.
4    Q   (BY ATTORNEY WEINBERG) Okay.  The -- can a
5 user choose the specific physical server that
6 ultimately would process his request?
7        ATTORNEY BLOCK:  Objection to form.
8    A   By "user," you mean a human?
9    Q   (BY ATTORNEY WEINBERG) I'll try -- I'll
10 start with that, sure.
11    A   There's -- we don't provide a way for --
12 for the user to choose what server will process the
13 request.
14    Q   So it's not possible for a client to send
15 a request into WhatsApp's infrastructure and specify
16 which server -- physical server will process that
17 request?
18        ATTORNEY BLOCK:  Objection to form.
19    A   By "client," you mean an official WhatsApp
20 client?
21    Q   (BY ATTORNEY WEINBERG) Let's start with
22 that.
23    A   Sure.  A WhatsApp official client does not
24 allow setting the -- the physical server that will
25 handle the request.

Page 104

1    Q   Okay.  Did Pegasus send requests that
2 specified the physical server that would handle the
3 request?
4        ATTORNEY BLOCK:  Objection to form;
5 foundation.
6        You can answer, if you know.
7    A   I don't know what Pegasus did.
8    Q   (BY ATTORNEY WEINBERG) All right.  But you
9 have no evidence or reason to believe then that
10 Pegasus sent requests into this infrastructure and
11 targeted a specific physical server location?
12        ATTORNEY BLOCK:  Objection,
13 mischaracterizes; calls for speculation.
14    A   I don't know whether they targeted or not.
15 I just don't know.
16    Q   (BY ATTORNEY WEINBERG) All right.  Can I
17 ask you a few questions about the -- hang on.
18 Scratch that.  All right.
19        That was a really great side from where we
20 left off with the signaling server.  I think that's
21 where we left off.  We were talking about the
22 signaling server initiating a VoIP call and how it
23 did that, and we just discussed the physical and
24 transport layer infrastructures, the routing
25 infrastructures that it uses.  So back up to the

Page 105

1 application layer, if we could.
2        The signaling server, which you said was
3 the chatdserver helps a client establish a call, you
4 said?
5        ATTORNEY BLOCK:  Objection to form.
6    A   I don't remember exactly what I said.
7    Q   (BY ATTORNEY WEINBERG) If you would open
8 up the -- the White Paper, you'll see right there in
9 that -- on page 4, the "WhatsApp VoIP
10 Infrastructure":
11            WhatsApp VoIP infrastructure
12        has server and client applications.
13        The server functions as an
14        intermediary between the WhatsApp
15        applications, helping them to
16        establish a call, as well as
17        proxying VoIP data between clients
18        once the call starts.
19        Do you see that?
20    A   Yes.
21    Q   Okay.  So we are talking -- that's two
22 different operations.
23        One of them is establishing the call.  The
24 other one is -- is proxying data once the call
25 starts.  So I would like, to talk about that first

Case 4:19-cv-07123-PJH    Document 679-6    Filed 04/04/25    Page 12 of 139

WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024          {{Attorneys Eyes Only}}                         Pages  114..117

Page 114

1     A    So these are concurrent.  So as soon as
2  the caller receives -- the -- the callee receives
3  the offer, as soon as it's processed and it starts
4  ringing in the same time, it also sends back a
5  confirmation to the server that it started ringing.
6         And I don't recollect specifically the
7  name of that stanza, but I think it's a -- I think
8  it's an offer ACK that is being sent.
9     Q    (BY ATTORNEY WEINBERG) Okay.  What then
10 does the chatdserver do once it receives this offer
11 ACK?
12    A    I think what it does is it forwards the
13 ACK to the call so that the caller can also start
14 the ring -- the ringing process.
15    Q    Have you heard the term "offer" --
16 sorry -- "Answer stanza"?
17    A    Yes.
18    Q    I saw it in some of the documents.
19        What is it it knows about a stanza?
20    A    The Answer stanza, I believe, is the
21 stanza that is sent from the callee at the moment
22 the user presses the "Answer" button and accepts the
23 call.
24    Q    All right.  So at our current step, the
25 chatdserver sent the offer ACK back to the -- to the

Page 115

1  caller; and now if the callee picks up the phone,
2  his device will send an Answer stanza somewhere?
3     A    To the chatd.
4         ATTORNEY BLOCK:  Objection to form.
5     Q    (BY ATTORNEY WEINBERG) The caller, once
6  the caller picks up the phone, the caller's phone
7  will send an Answer stanza back to the chatdserver,
8  right?
9         ATTORNEY BLOCK:  Object to form.
10    A    The caller will send back an answer when
11 the user presses the "Answer" button, yes.
12        ATTORNEY BLOCK:  Did you say "caller" or
13 "callee" on that one?  I got confused.
14    Q    (BY ATTORNEY WEINBERG) The callee would
15 send the answer?
16        ATTORNEY BLOCK:  I think we have got
17 testimony about the "caller" sending an answer
18 stanza.
19        ATTORNEY AKROTIRIANAKIS:  I'm sure she is
20 going to have to listen when she goes through it, I
21 hope.
22    A    Yeah, that's not accurate.  So the answer
23 is only sent by the callee.
24    Q    (BY ATTORNEY WEINBERG) Got it.  All right.
25 At that point is there a peer-to-peer connection

Page 116

1  established?
2     A    No.
3         ATTORNEY BLOCK:  Objection to form.
4     Q    (BY ATTORNEY WEINBERG) Okay.  So what
5  happens next?
6     A    Even before the answer happens, there's a
7  negotiation process between the caller and the
8  callee about the latency, about the bandwidth that
9  is going to be used.  So all that negotiation
10 happens before there's any -- any answer.
11    Q    Okay.  So then I'll go back one step.
12        The chatdserver sent the offer ACK to the
13 caller and now a negotiation process begins, you
14 say?
15        ATTORNEY BLOCK:  Objection to form.
16    A    Sorry.  So the -- the caller -- can you
17 repeat the last part?
18    Q    (BY ATTORNEY WEINBERG) The callee sends an
19 acknowledgment back to the chatdserver, the offer
20 acknowledgment, and what happens next?
21        You talked about a negotiation process.
22        ATTORNEY BLOCK:  Objection to form.
23    A    The chat server will forward the offer ACK
24 or send another stanza that I don't remember its
25 name.  But it would signal to the callee, the fact

Page 117

1  that the caller has been reached and the offer was
2  ACK'd by the callee.
3         And once they both know that -- both --
4  they know about each other, that they're aware that
5  there's a call happening, this is when the -- the
6  relay and bandwidth negotiation starts happening.
7     Q    (BY ATTORNEY WEINBERG) Okay.  Tell me
8  about what you mean by "the relay and bandwidth
9  negotiation."
10        ATTORNEY BLOCK:  Objection to form.
11    A    About each of them or --
12    Q    (BY ATTORNEY WEINBERG) I just want to know
13 the steps that are involved in the negotiation
14 process that you just mentioned.
15        ATTORNEY BLOCK:  Objection to form.
16        Wait for a question.
17    Q    (BY ATTORNEY WEINBERG) What are the steps
18 of the negotiation process you just mentioned?
19        ATTORNEY BLOCK:  Objection to form.
20    A    About what negotiation?
21    Q    (BY ATTORNEY WEINBERG) You testified that
22 the chatdserver sends the offer ACK back to the
23 caller.
24        And after that happens and the two -- the
25 caller and the callee know that they are now ready

WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3296
WHATSAPP INC. on 08-16-2024                    {{Attorneys Eyes Only}}          Pages 118..121

Page 118

1 to communicate, a negotiation process begins wherein
2 the caller and callee negotiate the relay and
3 bandwidth parameters.
4        I would like to understand, if you could
5 explain to me, what that negotiation entails.
6        ATTORNEY BLOCK: Objection to form;
7 misstates.
8    A   So this negotiation, the relay
9 negotiation, starts by every -- both caller and
10 callee probing -- reaching all the relays in the
11 list of relays that were distributed by the chat
12 server.
13   Q   (BY ATTORNEY WEINBERG) Sorry. Say that
14 again.
15   A   So both caller and callee will attempt
16 connecting to every relay in the list of relays that
17 they both -- they were both given by the signaling
18 server.
19   Q   Okay. What's next?
20   A   This process is done not just by the
21 IP address, but also by an authorization token that
22 is unique to the call. So both caller and callee
23 will be passed a unique authorization token to use
24 only those specific relays.
25       And using the token, both the caller and

Page 119

1 callee attempt to connect to every relay in that
2 list using the authorization token.
3    Q   Okay. So to rephrase what you said, the
4 chatdserver provides a list to the two clients of
5 relay servers and provides them authentication
6 credentials, and each one tries to connect to the --
7 to all of the relay servers provided to them by the
8 chatdserver?
9    A   Authorization token.
10       ATTORNEY BLOCK: Objection to the form;
11 misstates.
12   A   Authorization token. It's only
13 authorization. It's not authentication.
14   Q   (BY ATTORNEY WEINBERG) Okay. Tell me --
15 what is that authorization token?
16   A   So the relay server is designed in a way
17 that it does not perform advanced authentication of
18 the devices that send data to it.
19       It operates at a lower security level
20 where the only thing that it does is validates an
21 authorization token that has a low expiration time.
22       So as long as you have a valid token, you
23 can use the relay. So that is authorization for
24 authentication, but we don't -- we don't
25 authenticate the users of the relay.

Page 120

1    Q   (BY ATTORNEY WEINBERG) Okay. What is the
2 purpose of trying to connect to all those relays?
3    A   The purpose of connecting to the relays is
4 firstly to see which one is available; and second,
5 to measure the latency to each of them.
6    Q   Let me ask: How does the chatdserver
7 decide which relay servers to give to these two
8 clients?
9        ATTORNEY BLOCK: Object to form.
10   A   The decision to pick -- to select the list
11 of relays is based on latency measurements. And the
12 information that it uses is the caller IP address
13 and the last seen IP of the callee.
14       The algorithm that we used at that time
15 was essentially to find the top three of each --
16 based on each IP address, and we merged the list so
17 that the sum of the latency is -- is the lowest.
18       So we choose the top lowest latency sum in
19 that merged list of the relays, and that's the one
20 that we delivered to both of them.
21   Q   (BY ATTORNEY WEINBERG) Okay. So the
22 chatdserver chooses which relay servers the clients
23 should attempt to connect to?
24       ATTORNEY BLOCK: Object to form.
25   Q   (BY ATTORNEY WEINBERG) I think you just

Page 121

1 got done saying that?
2    A   Yes, the chatdservers decide that. Yes.
3    Q   Okay. And then there's a second choice,
4 evidently, that you talked about just before this
5 where the clients connect to this list of relay
6 servers and then they -- each one decides which one
7 of the connections to then use; is that --
8    A   I think it's a little confusing -- there's
9 some confusion in there, so let me clarify.
10   Q   Sure.
11   A   Both the server -- both the signaling
12 server and the clients make a decision in this
13 process. It's a hybrid decision.
14       So the server picks the top five, let's
15 say, or three. But in the end, each client picks
16 its own, like, relay to use, and that's just one.
17 But the client decides that based on the short list.
18   Q   Do the two clients have to agree on a
19 specific relay server to use?
20   A   They don't. The -- the network paths are
21 completely asynchronous and, like, they don't need
22 to be the same.
23       So the packets -- if I initiate a voice
24 video call to you, the packets that I sent to you
25 don't need to take the same network path that

Case 4:19-cv-07123-PJH    Document 679-6    Filed 04/04/25    Page 14 of 139
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                                  Job 3296
WHATSAPP INC. on 08-16-2024            {{Attorneys Eyes Only}}                                   Pages 122..125

Page 122

1  you sent -- the packets that you sent to me.
2  They're separate.
3        However, in most cases they'll use a
4  similar network path, but that's just statistics.
5      Q   All right.  And they make that choice
6  based on performance considerations, I assume?
7      A   Yes.
8      Q   All right.  What's an example of the
9  performance considerations?
10     A   What do you mean by "performance
11 consideration"?
12     Q   The client chooses a relay server based on
13 which server provides it the best performance,
14 generally speaking, correct?
15        ATTORNEY BLOCK:  Object to form.
16     A   The best latency.
17     Q   (BY ATTORNEY WEINBERG) The best latency.
18        So what is the definition of "latency"?
19     A   It's a roundtrip time between the client
20 device and the edge location or the relay.
21     Q   Okay.  So now the connection between the
22 clients and the relay server, is there a protocol
23 for establishing that connection?
24     A   Yes.
25     Q   And what protocol is that?

Page 123

1      A   It's a custom STUN protocol.
2      Q   STUN?
3      A   STUN, S-T-U-N.
4      Q   STUN?
5      A   It is a -- STUN is a -- it's a protocol
6  format.  So the messages are -- are using the STUN
7  headers, but the protocol itself is designed by
8  WhatsApp.  It's proprietary.
9      Q   What do you mean by the -- which part of
10 it is proprietary and which part of it's not
11 proprietary?
12        ATTORNEY BLOCK:  Objection to form.
13     A   So for instance, the headers are standard.
14 They're part of the STUN message format.
15        But the payload inside the STUN messages
16 is customized for the face -- for the WhatsApp
17 network, particularly with regards to encryption.
18     Q   (BY ATTORNEY WEINBERG) What sorts of data
19 is in the payload of these STUN protocol messages?
20     A   The most important piece of information
21 that is sent in the payload, it's the authorization
22 token that I mentioned before, which is a preshared
23 key ex -- preshared key encryption mechanism that
24 has built-in expiration.
25     Q   So explain that to me.  You said earlier

Page 124

1  that the authentication token or --
2      A   Authorization token.
3      Q   -- authorization token is different -- is
4  not authentication.
5        So could you help me understand the
6  difference between these two things?  I could draw
7  an analogy, but maybe you can as well.
8        ATTORNEY BLOCK:  Objection to form.
9      A   Between authorization and authentication?
10     Q   (BY ATTORNEY WEINBERG) Yeah.  Is
11 authorization like you have a key and anybody who
12 has a key can walk in and authorization, and
13 authentication is knowing somebody's identity; is
14 that the difference?
15        ATTORNEY BLOCK:  Object to form.
16     A   That's one way to characterize it, yes,
17 informally.
18     Q   (BY ATTORNEY WEINBERG) Okay.  How would
19 you characterize it?
20     A   So authentication requires a higher level
21 of checking.  And it involves check -- like,
22 verifying the identity of the end -- of the endpoint
23 that is trying to connect.  Whereas, with
24 authorization, as long as you have the token,
25 there's no other checks that are being performed.

Page 125

1      Q   Okay.  So now that the clients are
2  connected to their respective relays, what happens
3  next in the protocol?
4      A   So the clients do probing of the relay
5  during this phase of negotiation by sending multiple
6  messages and taking a lot of measurements.  And the
7  next thing that they do is they exchange that data
8  between them.
9      Q   Exchange what data between them?
10     A   The data -- the latency measurements that
11 each party has done.
12     Q   Okay.
13     A   That data is exchanged through a stanza
14 that is specific.  And I don't remember exactly the
15 name if the stanza, but it's a specific stanza only
16 used for VoIP.
17        So the signaling server is again involved
18 with proxying this information from the caller to
19 the callee and from the callee to the caller.  Both
20 ways.
21     Q   Okay.  And then what?
22     A   At that point each -- both the caller and
23 the callee knows -- designates a particular relay
24 that they will start using.
25        And nothing else happens as -- until the

Page 134

1    Q   Any others?

2    A   Not from what I remember.

3    Q   Okay.  So we spoke about the chatdservers
4 and the relay servers.  I'll start with the
5 chatdservers.

6        Where were they implemented?  The
7 computers that executed the chatd functionality,
8 where were they located?

9    A   They were located in the data centers that
10 we just mentioned.

11   Q   Okay.  And the relay servers, were they
12 also located in the data centers we just mentioned?

13   A   No.

14   Q   Okay.  Where were they located?

15   A   The relay servers were located in the edge
16 locations that we talked about earlier.

17   Q   And those edge locations are the 100
18 locations, including the two in California?

19   A   Yes.

20   Q   Okay.  In order to access one of these
21 servers, for example, the chatdserver or the relay
22 servers or one of these load balancing servers,
23 there is presumably some kind of either
24 authorization or authentication that occurs?  Yes?

25       ATTORNEY BLOCK:  Object to form.

Page 135

1    A   Would you want to be more specific with
2 regards to, like, what authorization --

3    Q   (BY ATTORNEY WEINBERG) Sure.  Let's start
4 with the load balancers.  All right.

5        The edge load balancers, when it receives
6 a request, will it process it automatically or will
7 it check for some kind of authorization?

8        ATTORNEY BLOCK:  Object to form.

9    A   The edge location, in case of the relay,
10 it will check the author -- authorization token in
11 the STUN message that is sent by the client.

12       And if that token is not valid, it will
13 not allow the use of the relay.

14   Q   (BY ATTORNEY WEINBERG) And that's those
15 temporary tokens that don't do authorization -- I'm
16 sorry -- that don't do authentication --

17   A   Exactly.

18   Q   -- but instead do authorization?

19   A   Exactly.

20   Q   And what about the chatdservers?  What
21 kind of credentials are required for accessing the
22 functionality implemented by the chatdservers?

23       ATTORNEY BLOCK:  Objection to form.

24   A   The chatdservers -- and just to be clear,
25 we're talking about the servers in the data centers

Page 136

1 now, not in the edge locations?

2    Q   (BY ATTORNEY WEINBERG) Are the
3 chatdservers in the edge locations?

4    A   No.

5    Q   So then the chatdservers in the data
6 centers?

7    A   In the data centers, which is only load
8 balancers in the edge locations.

9        And those will not perform authentication
10 for the chat traffic.  The authentication happens on
11 the chat servers inside the data centers.

12       And it's based on -- it's a proprietary
13 protocol -- it's the noise protocol that essentially
14 provides both encryption and authentication at the
15 same time.

16   Q   Okay.  Tell me about this authentication
17 protocol for accessing the chatdservers.

18       ATTORNEY BLOCK:  Object to form.

19   A   What specifically do you want to know
20 about it?

21   Q   (BY ATTORNEY WEINBERG) What is the form of
22 the credentials?

23   A   In a simplified way, the credential is
24 essentially an identity key that's stored on the
25 client device.

Page 137

1    Q   And the client passes it along with every
2 request that it makes to the chatdserver?

3    A   It doesn't.  It's more complicated.

4    Q   Okay.  Tell me --

5    A   It's -- it's part of the handshake -- the
6 initial handshake that it does with the chatd.  But
7 from that point on, it uses a preshared key to -- it
8 uses a negotiated shared key to encrypt the rest of
9 the traffic.

10   Q   Got it.  How are the original credentials
11 obtained?

12   A   The credentials are obtained through the
13 registration process to WhatsApp.

14   Q   And what does WhatsApp then send
15 the user that constitutes these credentials?

16       ATTORNEY BLOCK:  Object to form.

17   A   I'm not sure what you mean by "what does
18 it send to users."

19   Q   (BY ATTORNEY WEINBERG) When the user needs
20 to authenticate the chatdservers, it needs to
21 provide some kind of authenticating information, so
22 I'm asking:  What does WhatsApp provide the client
23 to help it authenticate those requests?

24       ATTORNEY BLOCK:  Object to form.

25   A   So in order to validate -- to

WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024            {{Attorneys Eyes Only}}              Pages 138..141

Page 138

1  authenticate, the WhatsApp server sends an
2  activation code to verify that the person who
3  initiates the registration process has ownership
4  over the phone number.
5       And it's over SMS.  So we'll send the code
6  over SMS.  In using that code, the client can finish
7  the registration process.  And after that is
8  finished, the credentials are being admitted.
9       But just to be clear, that identity key
10  that I was talking about is never seen by the
11  server.  It's the basis of the internal encryption.
12  So the identity key -- identity key is never -- does
13  not -- does never leave the client device.
14     Q    I'm not sure that I followed all of that.
15       The identity key is -- how does it arrive
16  at the client device?
17       ATTORNEY BLOCK:  Objection to form.
18     A    It is generated -- like, it is generated
19  locally by the client device before the registration
20  starts and when someone installs the app on their
21  phone.
22     Q    (BY ATTORNEY WEINBERG) So the client
23  creates its own identity key kind of like a private
24  key?
25       ATTORNEY BLOCK:  Object to form.

Page 139

1     A    You can refer to it as a private key, yes.
2     Q    (BY ATTORNEY WEINBERG) Okay.  And how does
3  it use that private key to authenticate to the
4  chatdserver?
5     A    It is a complex protocol which is part of
6  what noise does, but it's essentially a key to
7  there.
8       So there's a public key and a private key.
9  The public key is what is sent to the server so the
10  server can verify that the client is indeed who --
11  who they claim they are.
12       So there's multiple keys involved.  And
13  this protocol is fairly complex.  So I'm not an
14  encryption expert, by the way, so I can talk to some
15  aspects of it, but I don't know, like, the -- very
16  little details of, like, how -- how, like -- all the
17  steps involved and all the types of keys.  There are
18  multiple keys involved in this process.
19       But the idea is that the identity key is
20  something that -- or the private key does never
21  leave the client device.
22     Q    Okay.  So client device uses this private
23  key to obtain a negotiated key with a chatdserver
24  for each session?
25       ATTORNEY BLOCK:  Object to form.

Page 140

1     A    Yes.
2     Q    (BY ATTORNEY WEINBERG) Okay.  And that
3  negotiated key is what gets passed to -- from the
4  client to the chatdserver upon each request to the
5  chatdserver?
6     A    The shared key not passed.  The shared key
7  is only used an encryption key for the -- as a block
8  cipher encryption key for the traffic.
9       And the server uses that shared key to
10  decrypt the -- that payload.
11     Q    And that same shared key is used to
12  encrypt it?
13     A    By the client, yes.
14     Q    Okay.
15     A    And this is only metadata, by the way.  It
16  does not include, like, the actual content of the
17  messages.  That's different -- a different thing.
18     Q    I'm sorry.  The key is used to encrypt
19  only metadata?
20     A    The -- yes, it's used to encrypt the data
21  that is sent between the client and the server over
22  the Internet so that someone cannot just look at the
23  traffic and understand what the client is talking
24  with the server.
25     Q    When that message arrives at the

Page 141

1  chatdserver, the server then decrypts it using the
2  same shared key.
3       How does it decide that it's an authentic
4  message?
5       ATTORNEY BLOCK:  Object to form.
6     A    It would not be able to decrypt the
7  content.  And it would not pass all the -- the
8  checks on the -- so the -- basically, the -- there's
9  a verification process that checks whether the --
10  the message was tampered with, it was modified.
11       And it will do all of that upon receival.
12  The chatdserver will do that before using the
13  payload.
14     Q    (BY ATTORNEY WEINBERG) And that's just
15  based on the shared key?
16     A    Yes.
17     Q    Okay.  You told us a moment ago about the
18  server locations for the chat features.  And I think
19  that you testified earlier today that the VoIP uses
20  the -- those chat servers.
21       So I just want to confirm that the --
22  those server locations we discussed just now are for
23  the -- are the servers being used for voice over IP.
24       ATTORNEY BLOCK:  Object to the form of the
25  question.

Page 206

1    A   What kind of server?
2    Q   (BY ATTORNEY WEINBERG) Any server
3 physically located in California.
4        ATTORNEY BLOCK:  Same objection.
5    A   Any server owned by Facebook?
6    Q   (BY ATTORNEY WEINBERG) Any server in
7 California owned by anybody.
8        The question is:  Does -- do Plaintiffs
9 know about any server physically located in
10 California that was specifically targeted by Pegasus
11 software?
12       ATTORNEY BLOCK:  Objection to form.
13   A   The only thing that I know is that during
14 the attack that we observed, there were some servers
15 located in the edge locations in the San Jose and
16 Los Angeles metro areas that were involved in those
17 attacks, relay servers.
18       That's the only thing -- the only
19 information that I have.
20   Q   (BY ATTORNEY WEINBERG) Okay.  But do
21 you --
22       ATTORNEY BLOCK:  Can we take a short
23 break?
24       ATTORNEY WEINBERG:  Just one second.
25   Q   (BY ATTORNEY WEINBERG) The relay server

Page 207

1 can't be targeted by client requests, right?
2        ATTORNEY BLOCK:  Object to form.
3    Q   (BY ATTORNEY WEINBERG) It's -- WhatsApp
4 decides to how to route the relay servers -- how to
5 write requests to the relay servers?
6        ATTORNEY BLOCK:  Object to form.
7    A   So the signaling server picks the relay
8 servers from all the available edge locations.
9    Q   (BY ATTORNEY WEINBERG) And the signaling
10 server is programmed by WhatsApp?
11   A   By -- yes.
12   Q   And the user can't select the relay server
13 to use?
14   A   The user can select the relay server.
15       What the signaling server does is selects
16 from the hundred, it selects the top three or five.
17       But ultimately any of the clients can
18 decide on each -- like, what relay server can you
19 use from the set of three or five.
20   Q   And the relay servers, remind me, are
21 located in -- can you confirm that a user cannot
22 purposely direct requests at a particular relay
23 server?
24       ATTORNEY BLOCK:  Object to form.
25   A   That's not entirely correct.  So a user

Page 208

1 a -- a client is given a lister of relays.
2        And as part of the relay negotiation
3 process, every client conducts all the relays they
4 were given.  But ultimately, the data packets that
5 are being sent is up in the decision of each client.
6 So they decide on their own which relay server to
7 use.
8    Q   (BY ATTORNEY WEINBERG) Okay.
9        ATTORNEY BLOCK:  Can we take that short
10 break?
11       ATTORNEY WEINBERG:  Sure.
12       THE VIDEOGRAPHER:  Off the record at
13 4:11 p.m.
14       (A break was taken from 4:11 p.m. to
15 4:30 p.m.)
16       THE VIDEOGRAPHER:  We were on the record
17 at 4:30 p.m.
18   Q   (BY ATTORNEY WEINBERG) Thank you.
19       So just before we left off you were
20 talking about the investigation that WhatsApp
21 conducted for -- I guess it's about -- around the
22 week of May 2, 2019?
23   A   What investigation about the attack?
24   Q   The stanzaming investigation.  From what I
25 understand, WhatsApp studied traffic for about a

Page 209

1 week or so before closing the vulnerability to see
2 if they could gain some insight into -- into the
3 incident; is that correct?
4        ATTORNEY BLOCK:  Object to form.
5    A   Yes, we firstly detected the suspicious
6 activity.  I don't remember exactly the day.  I
7 think it was Thursday or Friday.
8        And the following Friday -- until the
9 following Friday, we did logging of the activity of
10 the attack in order to gain an understanding of how
11 the attack works.
12       ATTORNEY BLOCK:  I don't want to interrupt
13 you, but I probably should have done it before you
14 started.  I thought you were going to go there
15 first.
16       As I mentioned to you off the record,
17 during the break Mr. Gheorghe did some rereview of
18 some of the prep that he did for his incorporate
19 representative topics, including with respect to
20 QuadraNet, so I commend to you revisiting those
21 topics when you wish to do so.
22       ATTORNEY WEINBERG:  All right.  Thank you.
23   Q   (BY ATTORNEY WEINBERG) If you could take a
24 quick look at 1167.  That's Exhibit 1167.  It's the
25 stanzaming chat.  Just at page -- I'll remind you

1  that at the bottom of page 1, there was this --
2  actually, I guess, the -- yeah, at the top of page 2
3  where it says that the suspicious stanza received in
4  this incident was being sent on May 2, 2019. That's
5  the second and third line of that.
6        So this instance sort of began it -- on
7  May 2, 2019, correct?
8    **A   Yes.**
9    Q   And then if you go down to the next line
10  where you have got ███████ speak -- writing on
11  Friday, May 3, at 4:49 a.m., he says:
12        Here is a "diff" -- with the
13        name of a "diff" -- that will
14        enforce our servers to only accept
15        valid stanzas. This could mitigate
16        the impact, but we would like to
17        first identify the vulnerability,
18        if there is, before modifying this.
19        My understanding of the "diff" in this
20  context is that there's a code change that's
21  available to push to the server?
22    **A   That's exactly right.**
23    Q   And once that gets pushed to the server,
24  it will modify the servers to only accept valid
25  stanzas; is that correct?

1        ATTORNEY BLOCK: Object to form.
2    **A   I haven't reviewed that "diff" for, like,**
3  **years, so I don't know about all the details in it,**
4  **but it's likely a change that enforces the**
5  **validation -- like, the blocking -- it does**
6  **enforcement for the stanza validation --**
7    Q   (BY ATTORNEY WEINBERG) Got it.
8    **A   -- for the signaling server.**
9    Q   Understood. And it says:
10        This can mitigate the impact,
11        but we would like to first identify
12        the vulnerability, if there is,
13        before modifying this.
14        And so what he is saying there is: Hey,
15  let's not push this valid -- this enforcement out to
16  the server just yet; let's leave it open for a
17  while, observe some traffic, and see what we can
18  learn about this incident?
19        Is that what you guys ended up doing?
20    **A   Yes. That is -- and by the way, this is**
21  **an industry standard practice. We're not -- like,**
22  **we're just following the process, basically.**
23    Q   I see.
24        So going through all these materials,
25  there were a lot of logs with different names. And

1  I just want to go through some of them to figure out
2  which ones of them refer to what and whether there's
3  repeats and -- just for nomenclature sake.
4    **A   Sure.**
5    Q   "Server trace logs," what does that
6  typically refer to in these documents? And I can
7  show you a document, if you're confused about it,
8  but server trace logs.
9    **A   Refreshing my memory right now, I think**
10  **server trace log -- can I see the document? I think**
11  **that'll be easier.**
12    Q   Sure. It's in 1105, the "stanza
13  validation project task."
14        Let's see if I can find exactly where. So
15  May 4, 2019 is page 13 of the document.
16    **A   What page? Sorry.**
17    Q   Page 13 of the document is -- there's a
18  comment by Jesus on May 4, 2019. He says:
19        Adding server trace logs for
20        some number, sending the malicious
21        stanza.
22        ATTORNEY BLOCK: Object to form.
23    Q   (BY ATTORNEY WEINBERG) The question is:
24  What is the trace log?
25    **A   The server trace log is a log from the**

1  **chat server about -- at different points in handling**
2  **stanzas.**
3        **So once the trace log -- it's a tool.**
4  **It's an internal tool where we would, for a**
5  **particular number, enable trace logs. And we**
6  **would -- once that's enabled, we would see in**
7  **realtime all the activity from that number**
8  **throughout the chat servers.**
9    Q   Did you also have server trace logs for
10  the relay servers?
11    **A   Those are called differently. Those are**
12  **called EdgeRay logs.**
13    Q   EdgeRay logs.
14        And what kind of information is contained
15  in the EdgeRay log?
16    **A   In the EdgeRay log, we did some custom**
17  **logging regarding the source IP of the packet, the**
18  **destination IP, the size of the packet, and the**
19  **content of the packet, I believe.**
20        **We were changing that logging format quite**
21  **a lot, so I don't know off the top of my head, like,**
22  **all the fields that we were logging.**
23        **But at a high level, that's -- those are**
24  **the ones that I remember right now.**
25    Q   Okay. Validation log?

Case 4:19-cv-07123-PJH    Document 679-6    Filed 04/04/25    Page 19 of 139
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                                    Job 3296
WHATSAPP INC. on 08-16-2024                    {{Attorneys Eyes Only}}                              Pages 254..257

Page 254

1 of the objects of using Pegasus was to read
2 information from the phone, including chat logs.
3     I'm asking if you're aware of the Pegasus
4 software deleting those logs.
5   **A   I'm not aware of a deletion.**
6     ATTORNEY BLOCK:  And the same objections
7 to that question.
8   Q    (BY ATTORNEY WEINBERG) Are you aware of
9 Pegasus offering -- altering those logs?
10     ATTORNEY BLOCK:  Same objections.  Vague.
11   **A   I'm not aware.**
12   Q    (BY ATTORNEY WEINBERG) Does WhatsApp own
13 those logs?
14     ATTORNEY BLOCK:  Objection to form and
15 scope.
16   **A   I'm not an expert into, like, the Terms of**
17 **Service and what data WhatsApp owns and what not, so**
18 **I don't -- I cannot speak to that.**
19   Q    (BY ATTORNEY WEINBERG) Do you have any
20 evidence that Pegasus prevented WhatsApp from
21 accessing the client devices as it normally would?
22     I think you testified earlier that
23 WhatsApp was able to send messages to the client
24 devices, pull logs, that kind of thing?
25     ATTORNEY BLOCK:  Object to form;

Page 255

1 misstates.
2   Q    (BY ATTORNEY WEINBERG) I'll rephrase my
3 question.
4     Do you have any evidence that Pegasus
5 prevented WhatsApp from accessing the client logs --
6 devices as it normally would?
7     ATTORNEY BLOCK:  Objection to form.
8   **A   I'm not aware of any information related**
9 **to this.**
10   Q    (BY ATTORNEY WEINBERG) Do you have any
11 evidence that Pegasus prevented WhatsApp users from
12 using their -- the WhatsApp service?
13     ATTORNEY BLOCK:  I object to form and
14 scope, partial.
15   **A   What was the question again?**
16   Q    (BY ATTORNEY WEINBERG) Do you have any
17 evidence that Pegasus prevented -- I'm sorry.
18     ATTORNEY WEINBERG:  Would you read back
19 the question for me?
20     (The court reporter read back the
21 following testimony:
22       Do you have any evidence that
23       Pegasus prevented WhatsApp users
24       from using their -- the WhatsApp
25       service?)

Page 256

1     ATTORNEY BLOCK:  Same objections.
2   **A   What do you mean by "the WhatsApp service"**
3 **in this case?**
4   Q    (BY ATTORNEY WEINBERG) WhatsApp provided a
5 VoIP service that allowed users to make telephone
6 calls and video calls, and that's the service I'm
7 referring to.
8     ATTORNEY BLOCK:  Same objections.
9   **A   So I'm -- I'm a little confused by this**
10 **question.  Like, I don't understand, like, how --**
11 **like, how would Pegasus not allow users to use VoIP**
12 **and not allow access to VoIP services?**
13   Q    (BY ATTORNEY WEINBERG) I guess I'm not
14 sure about your clarification question there.
15     You could imagine that you get some sort
16 of virus on your phone which prevents you from
17 making phone calls using WhatsApp.  Right?
18     Did Pegasus do that?
19   **A   I don't have any information about that.**
20   Q    Just generally, did Pegasus cause
21 WhatsApp's service to break?  That's --
22     ATTORNEY BLOCK:  Objection to form.
23   **A   Cause to break?**
24     **I would say yes.  Because normally, like,**
25 **in a regular -- like, if you see -- if you see**

Page 257

1 **this -- the attack from the point of view of the**
2 **victim, like, if you receive some messages from the**
3 **server that are passed and those servers are**
4 **supposed to be sent by a legitimate client and they**
5 **all seem -- they were supposed to be doing not what**
6 **-- what they were doing.**
7     **So in our -- the way we think about it in**
8 **this trust model, the server is a trusted entity,**
9 **and it was -- so basically this attack made the**
10 **server forward some messages that would normally not**
11 **be sent by a regular client.**
12     **So that -- that actually -- I think I**
13 **would say that breaks the WhatsApp service.**
14   Q    (BY ATTORNEY WEINBERG) I didn't mean in a
15 metaphysical way.  I meant in a technological way,
16 WhatsApp's VoIP service was still accessible to any
17 user that --
18   **A   In a technological way, they were causing**
19 **crashes.  So their -- the victim's application would**
20 **crash in many of the cases of the attack.**
21     **I think that is very clear evidence that**
22 **in a technological way, they were impairing our**
23 **service.**
24   Q    So the extent of the impaired service
25 would be that during a failed installation,

Case 4:19-cv-07123-PJH    Document 679-6    Filed 04/04/25    Page 20 of 139
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024                {{Attorneys Eyes Only}}                    Pages 258..261

Page 258

1 sometimes there would be a crash?
2       ATTORNEY BLOCK: Object to form; misstates
3 testimony.
4    A   I think that's one evidence how they were
5 impairing the service, but that was just an example,
6 but...
7    Q   (BY ATTORNEY WEINBERG) Well, impairing the
8 trust in the service might be a different category.
9 I'm just kind of speaking from a technical
10 perspective.
11       Did the service still provide voice
12 services which allowed WhatsApp users to communicate
13 with one another across long distances?
14       ATTORNEY BLOCK: I object to the preamble
15 of the question, and I object to the form of the
16 question that followed.  And --
17    A   Just to --
18       ATTORNEY BLOCK:  -- it --
19    A   -- be clear, I'm using "trust" here in a
20 very technical manner.  Trust is an important aspect
21 of designing secure systems.
22       And like, having a trust model in your
23 system influences a lot, like, the security of the
24 system.  So I'm not using it in a metaphorical sense
25 or in any way.  Trust is a big -- an important part

Page 259

1 of how you design secure systems.  It's the trust
2 model of your system.
3       ATTORNEY WEINBERG:  All right.  Can we
4 take a short break?  Is that all right with you
5 guys?
6       ATTORNEY BLOCK:  Yeah.
7       THE VIDEOGRAPHER:  6:02 p.m.
8       (A break was taken from 6:02 p.m. to
9 6:19 p.m.)
10       THE VIDEOGRAPHER:  We are on the record at
11 6:19 p.m.
12    Q   (BY ATTORNEY WEINBERG) All right.  Do we
13 have Exhibit 1106 out already?  I would like to
14 direct your attention to page 7 of this.
15    A   Would you confirm the number at the
16 bottom?
17    Q   Yeah.  It's 115245.
18    A   All right.
19    Q   There's an exchange here where Andrew
20 Stephen Robinson writes at 13:44:15, the time -- he
21 says:
22       So digging through the logs
23       for testing you guys -- for
24       testing, are you guys using
25       emulated devices which can't reach

Page 260

1       out to the Internet?  Because I'm
2       seeing actual commands with
3       malicious C2s in the payloads
4       between test numbers.
5       And then YuanYuan Wang responds, and
6 afterwards Andrew Stephen Robinson responds:
7       My concern is that you popped
8       yourselves.
9       What do you understand to be this concern
10 about the researchers here, quote, popping
11 themselves?  What does that mean?
12       ATTORNEY BLOCK:  I'll object to having
13 omitted YuanYuan's statement in your preamble.  And
14 I object to scope.
15       But you can answer, to the extent you
16 understand.
17    A   Where is the comment that says "popping
18 themselves"?
19    Q   (BY ATTORNEY WEINBERG) It's at -- the
20 comment at 13:47:43.  It says:
21       My concern is you popped
22       yourselves.
23    A   Yeah, so I think I know what's going on
24 here.
25       As part of the investigation, we were

Page 261

1 trying to repo to see how the attack works.  And as
2 part of that, some of the engineers would take one
3 of the malicious payloads that we found, and they
4 would essentially try to put that in their test
5 devices and tried to simulate how the exploit works.
6       And Andrew Robinson is concerned here
7 because "popping themselves" means that they would
8 actually execute the malicious code on their test
9 devices that would essentially infect them and
10 successfully contact the C2 servers.
11       And that is a breach -- "popping
12 themselves" in this context means that you have
13 breached -- like, you let the attacker that you
14 found out about them.
15       So it would -- would completely compromise
16 the investigation in that case, so we had to operate
17 at a very silent level where we couldn't let the
18 attacker know at all that we found out about this
19 attack in any means -- by any means.
20       And I think that's what he means by
21 "popping themselves" in this case.  Like, reveal to
22 the attacker that we found the malicious payload.
23    Q   And so in these instances, some engineers
24 were executing the suspicious offer stanzas --
25    A   On their own devices.

Case 4:19-cv-07123-PJH    Document 679-6    Filed 04/04/25    Page 21 of 139
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024              {{Attorneys Eyes Only}}                    Pages  270..273

Page 270

1 of the C2 servers was located on AW -- was hosted by
2 AWS.  And we tried to reach out to AWS to give us
3 whatever they had on that machine that had that IP.
4        I don't know what he means by "payload" in
5 this case.  Payload is kind of a generic name, so I
6 don't know what he means by "payload."  But that's
7 what I know that we tried to get from AWS.
8    Q    (BY ATTORNEY WEINBERG) I would presume
9 that the payload from a C2 server is whatever it is
10 that the C2 server is programmed to deliver to a
11 client, right?
12        ATTORNEY BLOCK:  Object to form; calls for
13 speculation.
14    A    Yeah, I don't know what he meant.
15    Q    (BY ATTORNEY WEINBERG) All right.  All
16 right.  So just about the fixes then.
17        In this document, do you see on page --
18 the second page in that same Aby John comment that
19 we just spoke about, it discusses server fixes and
20 client fixes.
21        So can you tell me about the remediation
22 work that WhatsApp did in response to this -- to
23 this incident?
24    A    Yeah, I can talk about that.
25        So the remediation -- the immediate

Page 271

1 remediation of the attack entailed three fixes.  Two
2 of them were server side, and one of them --
3    Q    Two server side?
4    A    -- two server-side fixes and one client
5 side fix that was rolled out with all the
6 applications, all the platforms that use WhatsApp,
7 the Android, iPhone, whatever.  Like, all the
8 phones.
9    Q    The client-side fixes were for Android and
10 iPhone?
11    A    Yes.  It was a cross -- cross-platform
12 fix.  It was the same fix that would apply to both
13 platforms.
14    Q    Okay.  So the vulnerability on the client
15 was both an Android and an iOS exploit?
16        ATTORNEY BLOCK:  Object to form.
17    A    So the vulnerability was in the C code
18 responsible for handling voice and video calling
19 logic, and it was the same code running on both of
20 these platforms.
21    Q    (BY ATTORNEY WEINBERG) Okay.  Did WhatsApp
22 have any evidence that any iOS devices were
23 compromised using this vulnerability?
24    A    From what I remember, yes, we had some
25 iOS -- some samples of the attacks that were

Page 272

1 targeting iOS devices, but a majority of the
2 samples, from what I remember, was all Android.
3    Q    I'll have you take a look at Exhibit 1119.
4        (Exhibit 1119 was marked for
5 identification and is attached to the transcript.)
6    A    Yeah.
7    Q    (BY ATTORNEY WEINBERG) Just -- my only
8 questions on this is:  This is a WorkChat that you
9 received on May 14, 2019?
10    A    Yeah.
11    Q    I think that's it.
12    A    Okay.
13    Q    What was the client-side fix that you
14 talked about?
15    A    The client-side fix was preventing the
16 buffer overflow that was used in the remote code
17 execution.
18        So we limited the buffer size sent -- that
19 is sent from the remote end.  We limited it to the
20 size of the buffer that we have locally.  So after
21 that fix, memory corruption could not occur anymore.
22    Q    Was the buffer overflow vulnerability in a
23 piece of third-party software?
24    A    No.
25    Q    And you -- to roll out this

Page 273

1 server-side fix -- sorry -- the client-side fix, you
2 rolled out an update to the Android Google store?
3    A    The Play Store.
4    Q    The Play Store; is that correct?
5    A    Yes.
6        ATTORNEY BLOCK:  Objection to form.
7 Sorry.  Belated.
8    Q    (BY ATTORNEY WEINBERG) Did you send the
9 same update to the Apple Store -- App Store?
10        ATTORNEY BLOCK:  Objection to form.
11    A    Yes, we did.
12    Q    (BY ATTORNEY WEINBERG) Tell me about the
13 server-side fixes.
14    A    The first fix we rolled out on the server
15 side was for the relay.  And we rolled that out on
16 Friday.  I don't remember the actual date, that
17 week.
18    Q    Okay.  So what did you do to the relay
19 server --
20    A    The relay server --
21    Q    -- software?
22    A    -- sorry?
23    Q    The relay server software.
24    A    Yes.  So the relay server fix was about
25 limiting the messages that were used, the SRTPSR and

Case 4:19-cv-07123-PJH    Document 679-6    Filed 04/04/25    Page 22 of 139
WhatsApp Inc. vs NSO Group Technologies Limited et al.                                    Job 3296
WHATSAPP INC. on 08-16-2024            {{Attorneys Eyes Only}}                    Pages  274..277

Page 274

1  RR.
2        The messages that were used to do -- to
3  exploit the buffer overflow were being kept and
4  dropped by the -- by the server.  So a normal
5  WhatsApp application would not send these really
6  large SR and RR SRTP packets.  So it was very easy
7  for us to identify the ones sent by a malicious --
8  by a fake client.
9        In this case it was the fake client that
10 was attacking the victim, so it was very easy for us
11 to basically put some logic in place that would
12 basically -- that would just drop those SRTPRR
13 messages.
14       And as an effect, we observed immediately
15 a different behavior in the pattern of the attacks,
16 so we knew for sure that -- that we -- we broke
17 their exploit.
18       It seemed kind of like it was broken, but
19 it wasn't clear.  It seemed broken, but it wasn't
20 clear that we actually found it.  And we did it --
21 that intentionally to monitor their behavior.
22    Q   So this change to the relay server
23 enhanced the security of the relay server beyond
24 what it was before the fix?
25    A   No, it did not.  It was actually a

Page 275

1  temporary change that we made only for this.  We
2  pulled it out after we rolled out the client fix.
3  We did it just to break their exploit, basically.
4        From a protocol perspective, the
5  message -- like, you -- it wasn't -- it was just
6  very -- something very specific that only those
7  clients were sending, so that's why we could do it.
8     Q   And in that respect, the change to the
9  relay server created an additional barrier to -- to
10 the exploit that didn't exist before; so it,
11 therefore, enhanced the security of the relay server
12 beyond what it was?
13    A   It -- it did not enhance the security of
14 the relay server at all.  It -- the only reason why
15 we put that change is to break that specific
16 exploit, yes.
17    Q   Did the change restore the server to a
18 previous condition?
19       ATTORNEY BLOCK:  Objection to form.
20    A   Restore the server to a previous
21 condition?  I'm not sure what that means.
22    Q   (BY ATTORNEY WEINBERG) The client-side
23 vulnerability, I think that's the one that was
24 reported in the CVE, right?
25       ATTORNEY BLOCK:  Object to form.

Page 276

1     A   What CVE?
2     Q   (BY ATTORNEY WEINBERG) It's this -- the
3  number is listed on the White Paper, if you want to
4  look at it, but CVE-2019-3568.
5     A   Can I get that?
6     Q   And 1148 is the exhibit number.
7        ATTORNEY BLOCK:  You're looking for --
8     A   Yeah, got it.  3568.  Yes, that's the one.
9     Q   (BY ATTORNEY WEINBERG) So just for the
10 record, you have identified the same CVE number on
11 the CVE list at Exhibit 1163?
12    A   Yes.
13    Q   So this says that the buffer overflow --
14 I'm looking at Exhibit 1163 at page 4.  And I am
15 looking at the entry here for CVE-2019-3568.
16       And that's the vulnerability that was
17 closed with the client-side fix, right?
18    A   Yes.
19    Q   So this is -- the description of that
20 vulnerability, it says:
21       A buffer overflow
22       vulnerability in WhatsApp VoIP
23       stack allowed remote code execution
24       via a specially crafted series of
25       RTCP packets sent to a target phone

Page 277

1        number.  The issue affects WhatsApp
2        for Android prior to
3        Version 2.19.134, WhatsApp Business
4        for Android prior to
5        Version 2.19.44, WhatsApp for iOS
6        prior to Version 2.19.51, and so
7        on.
8        All right.  So this only refers to the
9  client-side vulnerability, right?  And this -- this
10 CVE refers to the client-side vulnerability?
11       ATTORNEY BLOCK:  Object to form.
12    A   Yes.
13    Q   (BY ATTORNEY WEINBERG) And that
14 vulnerability existed in WhatsApp's code as WhatsApp
15 wrote the code, right?
16       ATTORNEY BLOCK:  Objection to form.
17    A   So the way -- the way I look at the
18 vulnerability is it's a -- the vulnerability exists
19 in the moment when you have an attack that exploits
20 it.
21    Q   (BY ATTORNEY WEINBERG) I don't know if
22 that's right.  What's the difference between a
23 vulnerability and an exploit?
24       ATTORNEY BLOCK:  Objection to form; scope.
25    Q   (BY ATTORNEY WEINBERG) Isn't it the case

Case 4:19-cv-07123-PJH    Document 679-6    Filed 04/04/25    Page 23 of 139
WhatsApp Inc. vs NSO Group Technologies Limited et al.                              Job 3296
WHATSAPP INC. on 08-16-2024              {{Attorneys Eyes Only}}              Pages  278..281

Page 278

1 that a vulnerability is a potential for
2 exploitation, and an exploit is when the
3 vulnerability is actually exploited?
4         ATTORNEY BLOCK:  Objection to form; and
5 scope.
6     A   So the way I see a vulnerability is in --
7 like, that exists in the moment you have an attack
8 that -- that uses it.
9     Q   (BY ATTORNEY WEINBERG) Don't you have a
10 vulnerability the moment you write a code that has a
11 vulnerability?
12        Like, if I make a fence and the fence has
13 a gap in it, the fence has a vulnerability.  And if
14 somebody walks through that fence -- that gap in the
15 fence, that's -- that's an exploit of the
16 vulnerability?
17    A   No, I don't --
18        ATTORNEY BLOCK:  Object to -- sorry.
19 Objection to form; scope; vagueness; incomplete
20 hypothetical, et cetera.
21    A   -- yeah, I don't agree with that.
22        So software has virtually, like, always
23 some flaws in it.
24    Q   (BY ATTORNEY WEINBERG) What would you call
25 those flaws?

Page 279

1         ATTORNEY BLOCK:  Huh?
2     A   They're just flaws.  The moment you build
3 an attack --
4         ATTORNEY BLOCK:  Can you just let the
5 witness finish his answer before you interrupt?
6         ATTORNEY WEINBERG:  He paused.
7     Q   (BY ATTORNEY WEINBERG) Go ahead.
8     A   So there's always going to be flaws in --
9 in the software.  Like, it's always there.  There's
10 always -- any software that exists today has some
11 flaws in it.
12        The moment that becomes a vulnerability
13 and becomes relevant is when someone is able to
14 exploit it and have an attack that uses it.
15        Until then, it's -- it's just software.
16    Q   (BY ATTORNEY WEINBERG) Okay.  I think we
17 are just having a semantic discussion.  So we want
18 to call the hole in the software that is
19 exploitable, a flaw?
20        ATTORNEY BLOCK:  Objection to form.
21    A   I think a vulnerability is -- is a flaw.
22 My point is that an attack is the one that validates
23 that you can use that flaw to do something bad with
24 it.
25    Q   (BY ATTORNEY WEINBERG) And I guess my only

Page 280

1 question is that:  That flaw existed in WhatsApp's
2 software as WhatsApp wrote it, right?  It wasn't
3 created by anybody else?
4         ATTORNEY BLOCK:  Objection to form.
5     A   So we -- we wrote the software for the
6 VoIP stack having in mind all the -- like, we
7 designed it and we wrote it, assuming that the
8 messages being sent are a part of the WhatsApp
9 network and that they're official clients built by
10 the WhatsApp team.
11        So with that regards, there was no flaw.
12 Voice calling was working perfectly fine.
13    Q   (BY ATTORNEY WEINBERG) Nobody changed
14 WhatsApp's code, right?
15        ATTORNEY BLOCK:  Object to form.
16    Q   (BY ATTORNEY WEINBERG) No -- pegasus
17 didn't change WhatsApp's code, correct?
18    A   I --
19        ATTORNEY BLOCK:  Object to form and scope.
20    A   -- I actually don't agree with that.
21 Because they changed the memory layout of the
22 application and they actually did change the
23 WhatsApp code.
24        They made the --
25    Q   (BY ATTORNEY WEINBERG) On the client?

Page 281

1     A   -- on the client, yes.  They changed the
2 WhatsApp client on -- they changed the WhatsApp code
3 running on the victim's phone.
4     Q   But the flaw or vulnerability they used to
5 do that, which is the vulnerability disclosed at
6 CVE-2019-3568, was a vulnerability that existed in
7 WhatsApp's code as WhatsApp had released it?
8         ATTORNEY BLOCK:  Objection to form.  It's
9 asked and answered.  And I think it's time to move
10 on.
11        ATTORNEY WEINBERG:  All right.  Let's go
12 off the record for a bit.
13        THE VIDEOGRAPHER:  It's 6:59 p.m.
14        (A break was taken from 6:59 p.m. to
15 7:06 p.m.)
16        THE VIDEOGRAPHER:  Back on the record at
17 7:06 p.m.
18    Q   (BY ATTORNEY WEINBERG) All right.  You
19 said that there were two server changes that were
20 precipitated by this.  The first one was this relay
21 server change.
22        What was the second?
23    A   The second fix was on the signaling server
24 that enforced the validation of the stanza -- of the
25 offer stanzas and dropped them.

WhatsApp Inc. vs NSO Group Technologies Limited et al.                                  Job 3296
WHATSAPP INC. on 08-16-2024                  {{Attorneys Eyes Only}}              Pages 294..295

Page 294

```
 1       I, MARY J. GOFF, CSR No. 13427, Certified
 2  Shorthand Reporter of the State of California,
 3  certify;
 4       That the foregoing proceedings were taken
 5  before me at the time and place herein set forth, at
 6  which time the witness declared under penalty of
 7  perjury; that the testimony of the witness and all
 8  objections made at the time of the examination were
 9  recorded stenographically by me and were thereafter
10  transcribed under my direction and supervision; that
11  the foregoing is a full, true, and correct
12  transcript of my shorthand notes so taken and of the
13  testimony so given;
14       That before completion of the deposition,
15  review of the transcript ( ) was (XX) was not
16  requested:   (   ) that the witness has failed or
17  refused to approve the transcript.
18       I further certify that I am not financially
19  interested in the action, and I am not a relative or
20  employee of any attorney of the parties, nor of any
21  of the parties.
22       I declare under penalty of perjury under the
23  laws of California that the foregoing is true and
24  correct, dated this    day of         , 2024.
25                    Mary Goff
                   _____
                    MARY J. GOFF
```

Page 295

```
 1              ERRATA SHEET
 2              SWIVEL LEGAL
 3          560 W Main Street, C163
 4       Alhambra, California 91801
 5              213-788-2327
 6       CASE:  WhatsApp v. NSO Group
 7  PAGE  LINE  FROM                 TO
 8  ____|_____|_____|_____
 9  ____|_____|_____|_____
10  ____|_____|_____|_____
11  ____|_____|_____|_____
12  ____|_____|_____|_____
13  ____|_____|_____|_____
14  ____|_____|_____|_____
15  ____|_____|_____|_____
16  ____|_____|_____|_____
17  ____|_____|_____|_____
18
19       _____
20       CLAUDIU GHEORGHE
21  Subscribed and sworn to before me
22  this _____ day of _____, 2024.
23  _____
24       Notary Public
25
```

# EXHIBIT 15

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

Document Produced in Native Format

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01f:0011:face:0000:000d:0000","2401:db00:f034:0001:face:0000:0027:0000"] | ["cdt1","mba1"] | ["fnedge247.01.cdt1.facebook.com","fnedge020.01.mba1.facebook.com"] | ["Paris, FR","Mombasa, KE "] | |
| | | | ["2401:db00:f013:4016:face:0000:0011:0000","2401:db00:f012:2002:face:0000:001f:0000"] | ["dfw5","lga3"] | ["fnedge527.02.dfw5.facebook.com","fnedge559.01.lga3.facebook.com"] | ["Dallas, Texas, US","New York, NY, US"] | |
| | | | ["2401:db00:f030:0007:face:0000:0003:0000","2401:db00:f01b:100b:face:0000:001d:0000"] | ["maa2"] | ["fnedge141.01.maa2.facebook.com","2401:db00:f01b:100b:face:0:1d:0"] | ["Chennai, India","unknown"] | |
| | | | ["2401:db00:f013:1018:face:0000:001b:0000","2401:db00:f013:100c:face:0000:0013:0000"] | ["dfw5"] | ["fnedge454.01.dfw5.facebook.com","fnedge150.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:2011:face:0000:001b:0000"] | ["ort2"] | ["fnedge238.02.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f012:200a:face:0000:0005:0000"] | ["lga3"] | ["fnedge819.01.lga3.facebook.com"] | ["New York, NY, US"] | |
| | | | ["2401:db00:f00b:2004:face:0000:0019:0000","2401:db00:f00b:2007:face:0000:000f:0000","2401:db00:f00d:2006:face:0000:0013:0000"] | ["ort2","lax3"] | ["fnedge364.02.ort2.facebook.com","fnedge504.02.ort2.facebook.com","fnedge050.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01f:0001:face:0000:0019:0000","2401:db00:f01f:1014:face:0000:000d:0000"] | ["cdt1","cdg2"] | ["fnedge013.01.cdt1.facebook.com","fnedge662.01.cdg2.facebook.com"] | ["Paris, FR"] | |
| | | | ["2401:db00:f036:0001:face:0000:0003:0000","2401:db00:f036:0002:face:0000:0027:0000"] | ["dus1"] | ["fnedge014.01.dus1.facebook.com","fnedge080.01.dus1.facebook.com"] | ["Dusseldorf, DE"] | |
| | | | ["2401:db00:f01b:0008:face:0000:0019:0000","2401:db00:f006:1016:face:0000:0027:0000"] | ["amt2","mrs2"] | ["fnedge192.01.amt2.facebook.com","fnedge412.01.mrs2.facebook.com"] | ["Amsterdam, NL","Marseille, FR"] | |
| | | | ["2401:db00:f01c:0001:face:0000:001f:0000"] | ["frx5"] | ["fnedge481.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f02a:0008:face:0000:0027:0000"] | ["bom1"] | ["fnedge206.01.bom1.facebook.com"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f01b:1010:face:0000:0013:0000","2401:db00:f01b:0004:face:0000:0007:0000"] | ["amt2"] | ["2401:db00:f01b:1010:face:0:13:0","fnedge042.01.amt2.facebook.com"] | ["unknown","Amsterdam, NL"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00b:200e:face:0000:001f:0000","2401:db00:f033:0005:face:0000:0027:0000"] | ["ort2","msp1"] | ["fnedge300.02.ort2.facebook.com","fnedge112.01.msp1.facebook.com"] | ["Chicago, IL, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f00b:200c:face:0000:0001:0000","2401:db00:f013:1013:face:0000:000d:0000"] | ["ort2","dfw5"] | ["fnedge518.02.ort2.facebook.com","fnedge468.01.dfw5.facebook.com"] | ["Chicago, IL, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:0012:face:0000:0017:0000"] | ["amt2"] | ["fnedge293.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f006:2008:face:0000:0015:0000","2401:db00:f006:2007:face:0000:001f:0000"] | ["mrs2"] | ["fnedge008.02.mrs2.facebook.com","fnedge046.02.mrs2.facebook.com"] | ["Marseille, FR"] | |
| | | | ["2401:db00:f00b:0005:face:0000:000b:0000","2401:db00:f00b:0006:face:0000:0027:0000"] | ["ort2"] | ["fnedge433.01.ort2.facebook.com","fnedge453.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f00d:0012:face:0000:0027:0000","2401:db00:f00b:2009:face:0000:0015:0000"] | ["lax3","ort2"] | ["fnedge764.01.lax3.facebook.com","fnedge555.02.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f013:4013:face:0000:0007:0000","2401:db00:f000:300f:face:0000:0023:0000"] | ["dfw5","mia3"] | ["fnedge764.02.dfw5.facebook.com","fnedge664.02.mia3.facebook.com"] | ["Dallas, Texas, US","Miami, Florida, US"] | |
| | | | ["2401:db00:f01b:100c:face:0000:001b:0000"] | | ["2401:db00:f01b:100c:face:0:1b:0"] | ["unknown"] | |
| | | | ["2401:db00:f033:0002:face:0000:0003:0000","2401:db00:f003:1013:face:0000:0013:0000"] | ["msp1","iad3"] | ["fnedge023.01.msp1.facebook.com","fnedge679.01.iad3.facebook.com"] | ["Minneapolis, MN, US","Washington, DC, US"] | |
| | | | ["2401:db00:f01b:1008:face:0000:001d:0000"] | | ["2401:db00:f01b:1008:face:0:1d:0"] | ["unknown"] | |
| | | | ["2401:db00:f00b:0010:face:0000:001f:0000"] | ["ort2"] | ["fnedge329.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f013:400d:face:0000:0005:0000","2401:db00:f013:1007:face:0000:0021:0000"] | ["dfw5"] | ["fnedge605.02.dfw5.facebook.com","fnedge420.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:0003:face:0000:0001:0000","2401:db00:f01c:000f:face:0000:0021:0000"] | ["frx5"] | ["fnedge280.01.frx5.facebook.com","fnedge077.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f013:1015:face:0000:001b:0000"] | ["dfw5"] | ["fnedge278.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00d:2008:face:0000:001b:0000","2401:db00:f00b:0009:face:0000:001b:0000"] | ["lax3","ort2"] | ["fnedge147.02.lax3.facebook.com","fnedge257.01.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f00b:2010:face:0000:0009:0000"] | ["ort2"] | ["fnedge344.02.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f01c:0013:face:0000:0027:0000","2401:db00:f030:1006:face:0000:001f:0000"] | ["frx5","maa2"] | ["fnedge590.01.frx5.facebook.com","fnedge166.02.maa2.facebook.com"] | ["Frankfurt, DE","Chennai, India"] | |
| | | | ["2401:db00:f01b:0010:face:0000:0005:0000","2401:db00:f01b:0011:face:0000:0019:0000"] | ["amt2"] | ["fnedge290.01.amt2.facebook.com","fnedge244.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f030:1006:face:0000:0019:0000","2401:db00:f01b:100f:face:0000:0005:0000"] | ["maa2"] | ["fnedge167.02.maa2.facebook.com","2401:db00:f01b:100f:face:0:5:0"] | ["Chennai, India","unknown"] | |
| | | | ["2401:db00:f013:4015:face:0000:0001:0000"] | ["dfw5"] | ["fnedge501.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:200a:face:0000:0017:0000"] | ["frt3"] | ["fnedge538.01.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01a:100e:face:0000:0011:0000","2401:db00:f01a:1004:face:0000:0013:0000","2401:db00:f01a:1008:face:0000:0005:0000"] | ["lhr3"] | ["fnedge184.01.lhr3.facebook.com","fnedge110.01.lhr3.facebook.com","fnedge206.01.lhr3.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f01b:0007:face:0000:000b:0000","2401:db00:f01b:0010:face:0000:0017:0000"] | ["amt2"] | ["fnedge208.01.amt2.facebook.com","fnedge213.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f01a:100e:face:0000:0025:0000","2401:db00:f01b:100b:face:0000:0007:0000","2401:db00:f023:0009:face:0000:0025:0000"] | ["lhr3","jnb1"] | ["fnedge246.01.lhr3.facebook.com","2401:db00:f01b:100b:face:0:7:0","fnedge172.01.jnb1.facebook.com"] | ["London, UK","unknown","Johannesburg, ZA"] | |
| | | | ["2401:db00:f02a:0010:face:0000:0015:0000"] | ["bom1"] | ["fnedge389.01.bom1.facebook.com"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f02a:000e:face:0000:0019:0000","2401:db00:f02a:000e:face:0000:0007:0000"] | ["bom1"] | ["fnedge212.01.bom1.facebook.com","fnedge416.01.bom1.facebook.com"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f02f:0005:face:0000:000d:0000"] | ["ber1"] | ["fnedge113.01.ber1.facebook.com"] | ["Berlin, DE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01b:100e:face:0000:0015:0000","2401:db00:f01a:200b:face:0000:001b:0000","2401:db00:f01a:2007:face:0000:0019:0000"] | ["lht6"] | ["2401:db00:f01b:100e:face:0:15:0","fnedge454.01.lht6.facebook.com","fnedge005.01.lht6.facebook.com"] | ["unknown","London, UK"] | |
| | | | ["2401:db00:f008:1001:face:0000:0017:0000","2401:db00:f01b:000b:face:0000:000f:0000","2401:db00:f01b:0002:face:0000:0021:0000","2401:db00:f006:100e:face:0000:0007:0000","2401:db00:f01b:0004:face:0000:001f:0000","2401:db00:f01b:0001:face:0000:0025:0000"] | ["mxp1","mrs2","amt2"] | ["fnedge419.01.mxp1.facebook.com","fnedge304.01.amt2.facebook.com","fnedge039.01.amt2.facebook.com","fnedge289.01.mrs2.facebook.com","fnedge167.01.amt2.facebook.com","fnedge268.01.amt2.facebook.com"] | ["Milano, IT","Amsterdam, NL","Marseille, FR"] | |
| | | | ["2401:db00:f02f:0005:face:0000:0000:0000","2401:db00:f009:1002:face:0000:0025:0000"] | ["ber1","arn2"] | ["fnedge110.01.ber1.facebook.com","fnedge030.02.arn2.facebook.com"] | ["Berlin, DE","Stockholm, SE"] | |
| | | | ["2401:db00:f01c:2009:face:0000:0005:0000","2401:db00:f01b:0006:face:0000:001d:0000","2401:db00:f01b:000b:face:0000:0027:0000","2401:db00:f004:100d:face:0000:0003:0000"] | ["frt3","amt2","mad1"] | ["fnedge489.01.frt3.facebook.com","fnedge227.01.amt2.facebook.com","fnedge071.01.amt2.facebook.com","fnedge885.01.mad1.facebook.com"] | ["Frankfurt, DE","Amsterdam, NL","Madrid, ES"] | |
| | | | ["2401:db00:f02a:0007:face:0000:0027:0000","2401:db00:f01c:0015:face:0000:0015:0000","2401:db00:f01c:0004:face:0000:0013:0000"] | ["bom1","frx5"] | ["fnedge051.01.bom1.facebook.com","fnedge518.01.frx5.facebook.com","fnedge159.01.frx5.facebook.com"] | ["Bombay, IN","Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:1010:face:0000:0001:0000","2401:db00:f01b:100b:face:0000:0011:0000"] | | ["2401:db00:f01b:1010:face:0:1:0","2401:db00:f01b:100b:face:0:11:0"] | ["unknown"] | |
| | | | ["2401:db00:f00d:2008:face:0000:0015:0000","2401:db00:f00b:000a:face:0000:000b:0000"] | ["lax3","ort2"] | ["fnedge058.02.lax3.facebook.com","fnedge524.01.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01f:0002:face:0000:000b:0000","2401:db00:f034:0001:face:0000:0013:0000"] | ["cdt1","mba1"] | ["fnedge205.01.cdt1.facebook.com","fnedge010.01.mba1.facebook.com"] | ["Paris, FR","Mombasa, KE "] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00b:2001:face:000 0:0027:0000","2401:db00:f00b: 0007:face:0000:0007:0000"] | ["ort2"] | ["fnedge019.02.ort2.facebook.co m","fnedge167.01.ort2.facebook .com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f013:100b:face:000 0:0005:0000","2401:db00:f013: 4018:face:0000:0025:0000"] | ["dfw5"] | ["fnedge124.01.dfw5.facebook.c om","fnedge567.02.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f004:1007:face:000 0:0019:0000","2401:db00:f01f:1 013:face:0000:0003:0000","240 1:db00:f01f:1005:face:0000:001 9:0000"] | ["mad1","cdg2"] | ["fnedge599.01.mad1.facebook.c om","fnedge632.01.cdg2.facebo ok.com","fnedge503.01.cdg2.fac ebook.com"] | ["Madrid, ES","Paris, FR"] | |
| | | | ["2401:db00:f000:3014:face:000 0:0007:0000"] | ["mia3"] | ["fnedge499.02.mia3.facebook.c om"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f00b:0010:face:000 0:0001:0000","2401:db00:f00b: 000d:face:0000:0027:0000","24 01:db00:f00d:000e:face:0000:00 0b:0000"] | ["ort2","lax3"] | ["fnedge226.01.ort2.facebook.co m","fnedge543.01.ort2.facebook .com","fnedge735.01.lax3.facebo ok.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01c:3015:face:000 0:0005:0000","2401:db00:f01b: 0005:face:0000:0011:0000","24 01:db00:f01c:3010:face:0000:00 27:0000"] | ["amt2","frt3"] | ["2401:db00:f01c:3015:face:0:5: 0","fnedge046.01.amt2.facebook .com","fnedge156.02.frt3.facebo ok.com"] | ["unknown","Amster dam, NL","Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:0006:face:000 0:001d:0000","2401:db00:f01b: 0002:face:0000:0015:0000","24 01:db00:f01b:100e:face:0000:00 05:0000"] | ["amt2"] | ["fnedge227.01.amt2.facebook.c om","fnedge141.01.amt2.facebo ok.com","2401:db00:f01b:100e:f ace:0:5:0"] | ["Amsterdam, NL","unknown"] | |
| | | | ["2401:db00:f013:400e:face:000 0:000d:0000"] | ["dfw5"] | ["fnedge642.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:2005:face:000 0:0013:0000","2401:db00:f00d: 2003:face:0000:0023:0000"] | ["ort2","lax3"] | ["fnedge144.02.ort2.facebook.co m","fnedge126.02.lax3.facebook. com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f009:1002:face:000 0:0001:0000","2401:db00:f009: 1006:face:0000:001b:0000"] | ["arn2"] | ["fnedge020.02.arn2.facebook.co m","fnedge066.02.arn2.facebook .com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f013:400a:face:000 0:000b:0000","2401:db00:f013: 1002:face:0000:0015:0000"] | ["dfw5"] | ["fnedge588.02.dfw5.facebook.c om","fnedge111.01.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01a:200f:face:0000:001f:0000","2401:db00:f01a:2006:face:0000:0001:0000","2401:db00:f01a:100c:face:0000:0017:0000","2401:db00:f01b:1007:face:0000:001f:0000"] | ["lht6","lhr3"] | ["fnedge074.01.lht6.facebook.com","fnedge293.01.lht6.facebook.com","fnedge135.01.lhr3.facebook.com","2401:db00:f01b:1007:face:0:1f:0"] | ["London, UK","unknown"] | |
| | | | ["2401:db00:f01b:0004:face:0000:0023:0000","2401:db00:f006:2006:face:0000:0003:0000"] | ["amt2","mrs2"] | ["fnedge260.01.amt2.facebook.com","fnedge023.02.mrs2.facebook.com"] | ["Amsterdam, NL","Marseille, FR"] | |
| | | | ["2401:db00:f006:2005:face:0000:0003:0000","2401:db00:f006:1005:face:0000:0013:0000","2401:db00:f01b:100b:face:0000:0001:0000","2401:db00:f01c:3018:face:0000:0027:0000","2401:db00:f01b:0008:face:0000:0001:0000"] | ["mrs2","amt2"] | ["fnedge082.02.mrs2.facebook.com","fnedge235.01.mrs2.facebook.com","2401:db00:f01b:100b:face:0:1:0","2401:db00:f01c:3018:face:0:27:0","fnedge262.01.amt2.facebook.com"] | ["Marseille, FR","unknown","Amsterdam, NL"] | |
| | | | ["2401:db00:f013:400b:face:0000:0023:0000"] | ["dfw5"] | ["fnedge632.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f033:0001:face:0000:0011:0000","2401:db00:f00d:2007:face:0000:001b:0000","2401:db00:f00d:0014:face:0000:0019:0000","2401:db00:f00b:200f:face:0000:0005:0000"] | ["msp1","lax3","ort2"] | ["fnedge042.01.msp1.facebook.com","fnedge054.02.lax3.facebook.com","fnedge131.01.lax3.facebook.com","fnedge481.02.ort2.facebook.com"] | ["Minneapolis, MN, US","Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f006:1002:face:0000:0011:0000","2401:db00:f01b:100f:face:0000:0015:0000","2401:db00:f01b:1011:face:0000:0025:0000"] | ["mrs2"] | ["fnedge193.01.mrs2.facebook.com","2401:db00:f01b:100f:face:0:15:0","2401:db00:f01b:1011:face:0:25:0"] | ["Marseille, FR","unknown"] | |
| | | | ["2401:db00:f000:200c:face:0000:0019:0000","2401:db00:f000:2010:face:0000:0023:0000"] | ["mia3"] | ["fnedge263.01.mia3.facebook.com","fnedge155.01.mia3.facebook.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f00c:4018:face:0000:000b:0000"] | ["sin2"] | ["fnedge215.02.sin2.facebook.com"] | ["Singapore"] | |
| | | | ["2401:db00:f01a:2005:face:0000:000f:0000","2401:db00:f01b:0006:face:0000:0001:0000"] | ["lht6","amt2"] | ["fnedge459.01.lht6.facebook.com","fnedge140.01.amt2.facebook.com"] | ["London, UK","Amsterdam, NL"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f02a:000f:face:0000:000d:0000","2401:db00:f01b:1008:face:0000:0021:0000"] | ["bom1"] | ["fnedge376.01.bom1.facebook.com","2401:db00:f01b:1008:face:0:21:0"] | ["Bombay, IN","unknown"] | |
| | | | ["2401:db00:f01c:000c:face:0000:001d:0000","2401:db00:f030:1004:face:0000:0007:0000"] | ["frx5","maa2"] | ["fnedge111.01.frx5.facebook.com","fnedge132.02.maa2.facebook.com"] | ["Frankfurt, DE","Chennai, India"] | |
| | | | ["2401:db00:f004:1012:face:0000:0019:0000","2401:db00:f01f:0007:face:0000:0015:0000","2401:db00:f01f:000e:face:0000:0017:0000"] | ["mad1","cdt1"] | ["fnedge709.01.mad1.facebook.com","fnedge041.01.cdt1.facebook.com","fnedge062.01.cdt1.facebook.com"] | ["Madrid, ES","Paris, FR"] | |
| | | | ["2401:db00:f021:1003:face:0000:0005:0000","2401:db00:f01c:0018:face:0000:0009:0000"] | ["bru2","frx5"] | ["fnedge292.01.bru2.facebook.com","fnedge427.01.frx5.facebook.com"] | ["Bruxelles, BE","Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:100b:face:0000:000f:0000","2401:db00:f016:0012:face:0000:001b:0000","2401:db00:f01b:1008:face:0000:0019:0000","2401:db00:f01b:100c:face:0000:0009:0000"] | ["otp1"] | ["2401:db00:f01b:100b:face:0:f:0","fnedge106.01.otp1.facebook.com","2401:db00:f01b:1008:face:0:19:0","2401:db00:f01b:100c:face:0:9:0"] | ["Bucharest, RO","unknown"] | |
| | | | ["2401:db00:f013:400b:face:0000:001b:0000","2401:db00:f000:300e:face:0000:001b:0000"] | ["dfw5","mia3"] | ["fnedge638.02.dfw5.facebook.com","fnedge650.02.mia3.facebook.com"] | ["Dallas, Texas, US","Miami, Florida, US"] | |
| | | | ["2401:db00:f00b:0005:face:0000:000d:0000"] | ["ort2"] | ["fnedge434.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f023:0008:face:0000:0001:0000","2401:db00:f01a:2014:face:0000:000d:0000"] | ["jnb1","lht6"] | ["fnedge136.01.jnb1.facebook.com","fnedge153.01.lht6.facebook.com"] | ["Johannesburg, ZA","London, UK"] | |
| | | | ["2401:db00:f01b:000e:face:0000:001f:0000"] | ["amt2"] | ["fnedge254.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f008:1014:face:0000:0009:0000","2401:db00:f008:1004:face:0000:000f:0000"] | ["mxp1"] | ["fnedge645.01.mxp1.facebook.com","fnedge147.01.mxp1.facebook.com"] | ["Milano, IT"] | |
| | | | ["2401:db00:f023:0002:face:0000:0017:0000","2401:db00:f01b:0011:face:0000:0027:0000"] | ["jnb1","amt2"] | ["fnedge102.01.jnb1.facebook.com","fnedge364.01.amt2.facebook.com"] | ["Johannesburg, ZA","Amsterdam, NL"] | |
| | | | ["2401:db00:f011:0009:face:0000:0001:0000"] | ["atl3"] | ["fnedge713.01.atl3.facebook.com"] | ["Atlanta, Georgia, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01f:1014:face:0000:001d:0000","2401:db00:f01f:0005:face:0000:0023:0000"] | ["cdg2","cdt1"] | ["fnedge655.01.cdg2.facebook.com","fnedge111.01.cdt1.facebook.com"] | ["Paris, FR"] | |
| | | | ["2401:db00:f01c:3012:face:0000:0025:0000","2401:db00:f01c:3012:face:0000:0003:0000","2401:db00:f000:2011:face:0000:001f:0000"] | ["frt3","mia3"] | ["fnedge206.02.frt3.facebook.com","fnedge362.02.frt3.facebook.com","fnedge269.01.mia3.facebook.com"] | ["Frankfurt, DE","Miami, Florida, US"] | |
| | | | ["2401:db00:f00d:2004:face:0000:0005:0000","2401:db00:f00b:2002:face:0000:0011:0000"] | ["lax3","ort2"] | ["fnedge006.02.lax3.facebook.com","fnedge032.02.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01f:0010:face:0000:0023:0000","2401:db00:f01c:0018:face:0000:0005:0000"] | ["cdt1","frx5"] | ["fnedge194.01.cdt1.facebook.com","fnedge205.01.frx5.facebook.com"] | ["Paris, FR","Frankfurt, DE"] | |
| | | | ["2401:db00:f013:400c:face:0000:0021:0000"] | ["dfw5"] | ["fnedge362.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:200b:face:0000:000b:0000","2401:db00:f02a:100b:face:0000:0007:0000"] | ["frt3","bom1"] | ["fnedge549.01.frt3.facebook.com","fnedge168.02.bom1.facebook.com"] | ["Frankfurt, DE","Bombay, IN"] | |
| | | | ["2401:db00:f01b:100c:face:0000:0015:0000"] | | ["2401:db00:f01b:100c:face:0:15:0"] | ["unknown"] | |
| | | | ["2401:db00:f01c:3004:face:0000:0009:0000","2401:db00:f01c:3017:face:0000:0021:0000"] | ["frt3"] | ["fnedge297.02.frt3.facebook.com","2401:db00:f01c:3017:face:0:21:0"] | ["Frankfurt, DE","unknown"] | |
| | | | ["2401:db00:f01c:3013:face:0000:0023:0000","2401:db00:f01c:3005:face:0000:0025:0000"] | ["frt3"] | ["fnedge484.02.frt3.facebook.com","fnedge344.02.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00b:000d:face:0000:000b:0000"] | ["ort2"] | ["fnedge547.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f01a:2009:face:0000:001f:0000","2401:db00:f01a:1009:face:0000:001b:0000"] | ["lht6","lhr3"] | ["fnedge286.01.lht6.facebook.com","fnedge192.01.lhr3.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f01b:0005:face:0000:0009:0000","2401:db00:f01b:1008:face:0000:0023:0000"] | ["amt2"] | ["fnedge307.01.amt2.facebook.com","2401:db00:f01b:1008:face:0:23:0"] | ["Amsterdam, NL","unknown"] | |
| | | | ["2401:db00:f006:1005:face:0000:0023:0000","2401:db00:f01b:0003:face:0000:001d:0000"] | ["mrs2","amt2"] | ["fnedge232.01.mrs2.facebook.com","fnedge111.01.amt2.facebook.com"] | ["Marseille, FR","Amsterdam, NL"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01a:1006:face:0000:0015:0000","2401:db00:f01a:100e:face:0000:0025:0000","2401:db00:f01b:1009:face:0000:000f:0000","2401:db00:f01b:1007:face:0000:000b:0000","2401:db00:f01b:100a:face:0000:0013:0000","2401:db00:f01b:0002:face:0000:000b:0000"] | ["lhr3","amt2"] | ["fnedge059.01.lhr3.facebook.com","fnedge246.01.lhr3.facebook.com","2401:db00:f01b:1009:face:0:f:0","2401:db00:f01b:1007:face:0:b:0","2401:db00:f01b:100a:face:0:13:0","fnedge145.01.amt2.facebook.com"] | ["London, UK","unknown","Amsterdam, NL"] | |
| | | | ["2401:db00:f00b:000d:face:0000:0013:0000","2401:db00:f00b:000c:face:0000:0013:0000"] | ["ort2"] | ["fnedge551.01.ort2.facebook.com","fnedge489.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f02a:0007:face:0000:000b:0000","2401:db00:f02a:1004:face:0000:000b:0000"] | ["bom1"] | ["fnedge097.01.bom1.facebook.com","fnedge073.02.bom1.facebook.com"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f009:1003:face:0000:0001:0000","2401:db00:f009:1006:face:0000:0019:0000"] | ["arn2"] | ["fnedge081.02.arn2.facebook.com","fnedge062.02.arn2.facebook.com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f033:0001:face:0000:001d:0000","2401:db00:f013:1014:face:0000:0019:0000","2401:db00:f013:1008:face:0000:0005:0000"] | ["msp1","dfw5"] | ["fnedge059.01.msp1.facebook.com","fnedge234.01.dfw5.facebook.com","fnedge387.01.dfw5.facebook.com"] | ["Minneapolis, MN, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f00c:0016:face:0000:0013:0000","2401:db00:f00c:000d:face:0000:000d:0000","2401:db00:f00c:000a:face:0000:0019:0000","2401:db00:f00d:0004:face:0000:0025:0000"] | ["sin2","lax3"] | ["fnedge420.01.sin2.facebook.com","fnedge275.01.sin2.facebook.com","fnedge169.01.sin2.facebook.com","fnedge936.01.lax3.facebook.com"] | ["Singapore","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01b:1010:face:0000:000b:0000","2401:db00:f01b:100a:face:0000:0001:0000","2401:db00:f01b:0009:face:0000:001f:0000","2401:db00:f01b:000d:face:0000:0019:0000"] | ["amt2"] | ["2401:db00:f01b:1010:face:0:b:0","2401:db00:f01b:100a:face:0:1:0","fnedge160.01.amt2.facebook.com","fnedge055.01.amt2.facebook.com"] | ["unknown","Amsterdam, NL"] | |
| | | | ["2401:db00:f013:1001:face:0000:001b:0000","2401:db00:f013:400d:face:0000:0011:0000"] | ["dfw5"] | ["fnedge015.01.dfw5.facebook.com","fnedge604.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f02a:1012:face:000 0:0011:0000"] | ["bom1"] | ["fnedge367.02.bom1.facebook.c om"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f013:4002:face:000 0:001d:0000","2401:db00:f013: 1010:face:0000:0015:0000"] | ["dfw5"] | ["fnedge408.02.dfw5.facebook.c om","fnedge328.01.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400e:face:000 0:001b:0000","2401:db00:f013: 1003:face:0000:0009:0000"] | ["dfw5"] | ["fnedge659.02.dfw5.facebook.c om","fnedge024.01.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400f:face:000 0:000d:0000"] | ["dfw5"] | ["fnedge670.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01a:200a:face:000 0:0017:0000","2401:db00:f01b: 100e:face:0000:001b:0000"] | ["lht6"] | ["fnedge233.01.lht6.facebook.co m","2401:db00:f01b:100e:face:0 :1b:0"] | ["London, UK","unknown"] | |
| | | | ["2401:db00:f01b:0012:face:000 0:000f:0000"] | ["amt2"] | ["fnedge320.01.amt2.facebook.c om"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f006:2007:face:000 0:0005:0000","2401:db00:f01f:1 015:face:0000:0021:0000"] | ["mrs2","cdg2"] | ["fnedge053.02.mrs2.facebook.c om","fnedge807.01.cdg2.facebo ok.com"] | ["Marseille, FR","Paris, FR"] | |
| | | | ["2401:db00:f00b:0010:face:000 0:0027:0000","2401:db00:f00d: 2001:face:0000:0019:0000"] | ["ort2","lax3"] | ["fnedge117.01.ort2.facebook.co m","fnedge079.02.lax3.facebook. com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f00b:200e:face:000 0:0011:0000","2401:db00:f00d: 0009:face:0000:0027:0000"] | ["ort2","lax3"] | ["fnedge100.01.ort2.facebook.co m","fnedge1025.01.lax3.faceboo k.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f00b:2005:face:000 0:001b:0000","2401:db00:f00d: 0010:face:0000:0011:0000","24 01:db00:f00d:000e:face:0000:00 23:0000","2401:db00:f00d:2001 :face:0000:0009:0000"] | ["ort2","lax3"] | ["fnedge165.02.ort2.facebook.co m","fnedge751.01.lax3.facebook. com","fnedge734.01.lax3.facebo ok.com","fnedge056.02.lax3.face book.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01a:1004:face:000 0:0003:0000","2401:db00:f01a: 1001:face:0000:0017:0000"] | ["lhr3"] | ["fnedge068.01.lhr3.facebook.co m","fnedge041.01.lhr3.facebook. com"] | ["London, UK"] | |
| | | | ["2401:db00:f034:0006:face:000 0:000b:0000"] | ["mba1"] | ["fnedge114.01.mba1.facebook.c om"] | ["Mombasa, KE "] | |
| | | | ["2401:db00:f01b:1010:face:000 0:001b:0000"] | | ["2401:db00:f01b:1010:face:0:1b :0"] | ["unknown"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f000:300f:face:0000:000f:0000","2401:db00:f000:2014:face:0000:001d:0000"] | ["mia3"] | ["fnedge667.02.mia3.facebook.com","fnedge511.01.mia3.facebook.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f013:1011:face:0000:0003:0000","2401:db00:f013:100b:face:0000:000f:0000"] | ["dfw5"] | ["fnedge304.01.dfw5.facebook.com","fnedge130.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:100e:face:0000:0027:0000"] | | ["2401:db00:f01b:100e:face:0:27:0"] | ["unknown"] | |
| | | | ["2401:db00:f01c:0011:face:0000:0019:0000"] | ["frx5"] | ["fnedge034.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01f:000f:face:0000:0007:0000","2401:db00:f01c:000b:face:0000:0021:0000"] | ["cdt1","frx5"] | ["fnedge103.01.cdt1.facebook.com","fnedge411.01.frx5.facebook.com"] | ["Paris, FR","Frankfurt, DE"] | |
| | | | ["2401:db00:f036:0001:face:0000:000f:0000","2401:db00:f036:0001:face:0000:0017:0000"] | ["dus1"] | ["fnedge004.01.dus1.facebook.com","fnedge016.01.dus1.facebook.com"] | ["Dusseldorf, DE"] | |
| | | | ["2401:db00:f01b:000c:face:0000:0015:0000","2401:db00:f01b:000f:face:0000:000d:0000"] | ["amt2"] | ["fnedge029.01.amt2.facebook.com","fnedge210.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f01c:0008:face:0000:0007:0000","2401:db00:f01b:100e:face:0000:000b:0000"] | ["frx5"] | ["fnedge620.01.frx5.facebook.com","2401:db00:f01b:100e:face:0:b:0"] | ["Frankfurt, DE","unknown"] | |
| | | | ["2401:db00:f013:4018:face:0000:0019:0000","2401:db00:f013:1011:face:0000:000b:0000"] | ["dfw5"] | ["fnedge573.02.dfw5.facebook.com","fnedge307.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400e:face:0000:0009:0000"] | ["dfw5"] | ["fnedge651.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f006:1003:face:0000:0003:0000","2401:db00:f01b:0007:face:0000:0007:0000"] | ["mrs2","amt2"] | ["fnedge202.01.mrs2.facebook.com","fnedge305.01.amt2.facebook.com"] | ["Marseille, FR","Amsterdam, NL"] | |
| | | | ["2401:db00:f01a:200c:face:0000:0019:0000","2401:db00:f01a:2003:face:0000:001d:0000"] | ["lht6"] | ["fnedge113.01.lht6.facebook.com","fnedge221.01.lht6.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f013:4015:face:0000:0001:0000"] | ["dfw5"] | ["fnedge501.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f030:1004:face:0000:0005:0000","2401:db00:f030:1002:face:0000:0025:0000","2401:db00:f01c:0002:face:0000:0021:0000","2401:db00:f01c:0017:face:0000:0001:0000"] | ["maa2","frx5"] | ["fnedge126.02.maa2.facebook.com","fnedge026.02.maa2.facebook.com","fnedge060.01.frx5.facebook.com","fnedge075.01.frx5.facebook.com"] | ["Chennai, India","Frankfurt, DE"] | |
| | | | ["2401:db00:f01f:1013:face:0000:0007:0000","2401:db00:f01a:200b:face:0000:001b:0000"] | ["cdg2","lht6"] | ["fnedge637.01.cdg2.facebook.com","fnedge454.01.lht6.facebook.com"] | ["Paris, FR","London, UK"] | |
| | | | ["2401:db00:f013:1011:face:0000:000d:0000"] | ["dfw5"] | ["fnedge309.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:2011:face:0000:0021:0000","2401:db00:f00b:0001:face:0000:001b:0000","2401:db00:f013:4001:face:0000:001f:0000"] | ["ort2","dfw5"] | ["fnedge042.02.ort2.facebook.com","fnedge354.01.ort2.facebook.com","fnedge739.02.dfw5.facebook.com"] | ["Chicago, IL, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:0006:face:0000:0019:0000","2401:db00:f033:0004:face:0000:0011:0000"] | ["ort2","msp1"] | ["fnedge449.01.ort2.facebook.com","fnedge094.01.msp1.facebook.com"] | ["Chicago, IL, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f01b:100b:face:0000:0017:0000","2401:db00:f02a:1011:face:0000:0007:0000"] | ["bom1"] | ["2401:db00:f01b:100b:0:17:0","fnedge278.02.bom1.facebook.com"] | ["unknown","Bombay, IN"] | |
| | | | ["2401:db00:f013:1003:face:0000:0011:0000","2401:db00:f02e:000b:face:0000:001d:0000"] | ["dfw5","qro1"] | ["fnedge031.01.dfw5.facebook.com","fnedge181.01.qro1.facebook.com"] | ["Dallas, Texas, US","Queretaro, MX"] | |
| | | | ["2401:db00:f013:400f:face:0000:0009:0000","2401:db00:f013:100c:face:0000:0007:0000"] | ["dfw5"] | ["fnedge665.02.dfw5.facebook.com","fnedge146.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f033:0005:face:0000:0017:0000","2401:db00:f033:0006:face:0000:0019:0000"] | ["msp1"] | ["fnedge103.01.msp1.facebook.com","fnedge014.01.msp1.facebook.com"] | ["Minneapolis, MN, US"] | |
| | | | ["2401:db00:f00b:000f:face:0000:001b:0000","2401:db00:f00d:2003:face:0000:0001:0000"] | ["ort2","lax3"] | ["fnedge565.01.ort2.facebook.com","fnedge104.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f023:0006:face:0000:000d:0000","2401:db00:f034:0006:face:0000:001f:0000"] | ["jnb1","mba1"] | ["fnedge018.01.jnb1.facebook.com","fnedge104.01.mba1.facebook.com"] | ["Johannesburg, ZA","Mombasa, KE "] | |

12 of 33

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f000:3008:face:000 0:001d:0000","2401:db00:f000: 2009:face:0000:0027:0000"] | ["mia3"] | ["fnedge089.02.mia3.facebook.c om","fnedge188.01.mia3.facebo ok.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f02a:000f:face:000 0:0013:0000","2401:db00:f02a: 0003:face:0000:0011:0000"] | ["bom1"] | ["fnedge375.01.bom1.facebook.c om","fnedge302.01.bom1.facebo ok.com"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f01c:2007:face:000 0:000b:0000","2401:db00:f01c:2 00d:face:0000:001d:0000","240 1:db00:f01c:3015:face:0000:002 1:0000"] | ["frt3"] | ["fnedge515.01.frt3.facebook.co m","fnedge614.01.frt3.facebook. com","2401:db00:f01c:3015:face :0:21:0"] | ["Frankfurt, DE","unknown"] | |
| | | | ["2401:db00:f013:4016:face:000 0:0001:0000"] | ["dfw5"] | ["fnedge522.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:3002:face:000 0:0003:0000","2401:db00:f01c:2 010:face:0000:0011:0000"] | ["frt3"] | ["fnedge050.02.frt3.facebook.co m","fnedge655.01.frt3.facebook. com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00c:0018:face:000 0:000d:0000","2401:db00:f022: 1010:face:0000:0025:0000"] | ["sin2","sjc3"] | ["fnedge455.01.sin2.facebook.co m","fnedge694.01.sjc3.facebook. com"] | ["Singapore","San Jose, CA, uS"] | |
| | | | ["2401:db00:f006:100f:face:000 0:0013:0000","2401:db00:f01b: 000d:face:0000:0013:0000"] | ["mrs2","amt2"] | ["fnedge262.01.mrs2.facebook.c om","fnedge367.01.amt2.facebo ok.com"] | ["Marseille, FR","Amsterdam, NL"] | |
| | | | ["2401:db00:f00d:0009:face:000 0:0021:0000","2401:db00:f00d: 2005:face:0000:0019:0000","24 01:db00:f00d:000b:face:0000:00 01:0000","2401:db00:f033:0002 :face:0000:0009:0000"] | ["lax3","msp1"] | ["fnedge1012.01.lax3.facebook.c om","fnedge148.02.lax3.facebo k.com","fnedge887.01.lax3.faceb ook.com","fnedge028.01.msp1.f acebook.com"] | ["Los Angeles, CA, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f01a:2013:face:000 0:0011:0000","2401:db00:f01a: 2013:face:0000:0023:0000"] | ["lht6"] | ["fnedge361.01.lht6.facebook.co m","fnedge399.01.lht6.facebook. com"] | ["London, UK"] | |
| | | | ["2401:db00:f01b:1007:face:000 0:0011:0000"] | | ["2401:db00:f01b:1007:face:0:11 :0"] | ["unknown"] | |
| | | | ["2401:db00:f022:1006:face:000 0:001b:0000"] | ["sjc3"] | ["fnedge920.01.sjc3.facebook.co m"] | ["San Jose, CA, uS"] | |
| | | | ["2401:db00:f013:4002:face:000 0:0025:0000","2401:db00:f013: 4010:face:0000:000f:0000"] | ["dfw5"] | ["fnedge407.02.dfw5.facebook.c om","fnedge702.02.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f02a:000c:face:0000:0023:0000","2401:db00:f02f:0002:face:0000:0001:0000","2401:db00:f036:0005:face:0000:001f:0000"] | ["bom1","ber1","dus1"] | ["fnedge213.01.bom1.facebook.com","fnedge015.01.ber1.facebook.com","fnedge118.01.dus1.facebook.com"] | ["Bombay, IN","Berlin, DE","Dusseldorf, DE"] | |
| | | | ["2401:db00:f013:400f:face:0000:0019:0000"] | ["dfw5"] | ["fnedge671.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:4008:face:0000:001f:0000","2401:db00:f013:4017:face:0000:0001:0000"] | ["dfw5"] | ["fnedge428.02.dfw5.facebook.com","fnedge541.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f006:1012:face:0000:0011:0000","2401:db00:f006:2009:face:0000:0027:0000"] | ["mrs2"] | ["fnedge380.01.mrs2.facebook.com","fnedge068.02.mrs2.facebook.com"] | ["Marseille, FR"] | |
| | | | ["2401:db00:f00b:2011:face:0000:001b:0000","2401:db00:f00b:0008:face:0000:0017:0000","2401:db00:f00d:2006:face:0000:001d:0000","2401:db00:f00d:2008:face:0000:0025:0000"] | ["ort2","lax3"] | ["fnedge238.02.ort2.facebook.com","fnedge285.01.ort2.facebook.com","fnedge082.02.lax3.facebook.com","fnedge091.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f033:0005:face:0000:0013:0000","2401:db00:f013:4006:face:0000:0011:0000","2401:db00:f02e:0008:face:0000:000b:0000","2401:db00:f02e:0004:face:0000:0023:0000"] | ["msp1","dfw5","qro1"] | ["fnedge120.01.msp1.facebook.com","fnedge033.02.dfw5.facebook.com","fnedge225.01.qro1.facebook.com","fnedge155.01.facebook.com"] | ["Minneapolis, MN, US","Dallas, Texas, US","Queretaro, MX"] | |
| | | | ["2401:db00:f009:1001:face:0000:0021:0000","2401:db00:f009:0010:face:0000:0013:0000"] | ["arn2"] | ["fnedge010.02.arn2.facebook.com","fnedge287.01.arn2.facebook.com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f00c:4003:face:0000:0009:0000","2401:db00:f00c:000f:face:0000:0003:0000"] | ["sin2"] | ["fnedge077.02.sin2.facebook.com","fnedge313.01.sin2.facebook.com"] | ["Singapore"] | |
| | | | ["2401:db00:f013:4017:face:0000:0021:0000","2401:db00:f013:4016:face:0000:000f:0000"] | ["dfw5"] | ["fnedge560.02.dfw5.facebook.com","fnedge525.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:1008:face:0000:0007:0000"] | | ["2401:db00:f01b:1008:face:0:7:0"] | ["unknown"] | |
| | | | ["2401:db00:f01b:100e:face:0000:0025:0000","2401:db00:f01b:000a:face:0000:000b:0000"] | ["amt2"] | ["2401:db00:f01b:100e:face:0:25:0","fnedge352.01.amt2.facebook.com"] | ["unknown","Amsterdam, NL"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01f:0007:face:0000:0009:0000","2401:db00:f01f:0005:face:0000:001b:0000","2401:db00:f023:000b:face:0000:0009:0000"] | ["cdt1","jnb1"] | ["fnedge125.01.cdt1.facebook.com","fnedge164.01.cdt1.facebook.com","fnedge187.01.jnb1.facebook.com"] | ["Paris, FR","Johannesburg, ZA"] | |
| | | | ["2401:db00:f01b:000f:face:0000:001b:0000","2401:db00:f01b:1008:face:0000:0021:0000"] | ["amt2"] | ["fnedge334.01.amt2.facebook.com","2401:db00:f01b:1008:face:0:21:0"] | ["Amsterdam, NL","unknown"] | |
| | | | ["2401:db00:f013:1015:face:0000:000d:0000"] | ["dfw5"] | ["fnedge264.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:1009:face:0000:0027:0000","2401:db00:f013:400c:face:0000:0001:0000","2401:db00:f033:0006:face:0000:0003:0000"] | ["dfw5","msp1"] | ["fnedge440.01.dfw5.facebook.com","fnedge321.02.dfw5.facebook.com","fnedge010.01.msp1.facebook.com"] | ["Dallas, Texas, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f013:100e:face:0000:0027:0000","2401:db00:f012:200d:face:0000:0003:0000"] | ["dfw5","lga3"] | ["fnedge197.01.dfw5.facebook.com","fnedge115.01.lga3.facebook.com"] | ["Dallas, Texas, US","New York, NY, US"] | |
| | | | ["2401:db00:f00b:2011:face:0000:0003:0000","2401:db00:f00b:2007:face:0000:001d:0000"] | ["ort2"] | ["fnedge205.02.ort2.facebook.com","fnedge512.02.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f01f:1003:face:0000:0005:0000"] | ["cdg2"] | ["fnedge450.01.cdg2.facebook.com"] | ["Paris, FR"] | |
| | | | ["2401:db00:f013:100c:face:0000:000d:0000"] | ["dfw5"] | ["fnedge148.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f02f:0007:face:0000:0003:0000","2401:db00:f02a:000b:face:0000:0019:0000","2401:db00:f02a:100b:face:0000:0015:0000"] | ["ber1","bom1"] | ["fnedge122.01.ber1.facebook.com","fnedge217.01.bom1.facebook.com","fnedge172.02.bom1.facebook.com"] | ["Berlin, DE","Bombay, IN"] | |
| | | | ["2401:db00:f016:0012:face:0000:001f:0000"] | ["otp1"] | ["fnedge310.01.otp1.facebook.com"] | ["Bucharest, RO"] | |
| | | | ["2401:db00:f01b:1010:face:0000:001b:0000","2401:db00:f006:1009:face:0000:0021:0000"] | ["mrs2"] | ["2401:db00:f01b:1010:face:0:1b:0","fnedge111.01.mrs2.facebook.com"] | ["unknown","Marseille, FR"] | |
| | | | ["2401:db00:f009:1004:face:0000:0001:0000"] | ["arn2"] | ["fnedge041.02.arn2.facebook.com"] | ["Stockholm, SE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01b:0005:face:0000:0005:0000","2401:db00:f01b:0004:face:0000:0013:0000","2401:db00:f006:1005:face:0000:0007:0000"] | ["amt2","mrs2"] | ["fnedge038.01.amt2.facebook.com","fnedge342.01.amt2.facebook.com","fnedge229.01.mrs2.facebook.com"] | ["Amsterdam, NL","Marseille, FR"] | |
| | | | ["2401:db00:f036:0004:face:0000:0027:0000","2401:db00:f01c:2006:face:0000:0005:0000","2401:db00:f01c:3008:face:0000:0025:0000"] | ["dus1","frt3"] | ["fnedge078.01.dus1.facebook.com","fnedge447.01.frt3.facebook.com","fnedge300.02.frt3.facebook.com"] | ["Dusseldorf, DE","Frankfurt, DE"] | |
| | | | ["2401:db00:f006:2009:face:0000:0007:0000"] | ["mrs2"] | ["fnedge070.02.mrs2.facebook.com"] | ["Marseille, FR"] | |
| | | | ["2401:db00:f013:1001:face:0000:001d:0000","2401:db00:f013:4009:face:0000:0009:0000"] | ["dfw5"] | ["fnedge016.01.dfw5.facebook.com","fnedge755.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:1015:face:0000:0011:0000"] | ["dfw5"] | ["fnedge274.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:1011:face:0000:0000b:0000","2401:db00:f01b:1010:face:0000:0011:0000"] | | ["2401:db00:f01b:1011:face:0:b:0","2401:db00:f01b:1010:face:0:11:0"] | ["unknown"] | |
| | | | ["2401:db00:f033:0005:face:0000:0011:0000"] | ["msp1"] | ["fnedge119.01.msp1.facebook.com"] | ["Minneapolis, MN, US"] | |
| | | | ["2401:db00:f01a:2011:face:0000:000d:0000"] | ["lht6"] | ["fnedge047.01.lht6.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f00c:0005:face:0000:0000b:0000","2401:db00:f01b:100f:face:0000:001d:0000"] | ["sin2"] | ["fnedge100.01.sin2.facebook.com","2401:db00:f01b:100f:face:0:1d:0"] | ["Singapore","unknown"] | |
| | | | ["2401:db00:f000:2010:face:0000:0019:0000","2401:db00:f000:3007:face:0000:0013:0000"] | ["mia3"] | ["fnedge174.01.mia3.facebook.com","fnedge619.02.mia3.facebook.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f01c:0016:face:0000:0007:0000","2401:db00:f007:1018:face:0000:000f:0000","2401:db00:f007:1002:face:0000:0005:0000"] | ["frx5","vie1"] | ["fnedge536.01.frx5.facebook.com","fnedge119.01.vie1.facebook.com","fnedge510.01.vie1.facebook.com"] | ["Frankfurt, DE","Vienna, AT"] | |
| | | | ["2401:db00:f013:100e:face:0000:001f:0000","2401:db00:f013:4001:face:0000:000b:0000"] | ["dfw5"] | ["fnedge195.01.dfw5.facebook.com","fnedge736.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00b:200a:face:0000:0009:0000"] | ["ort2"] | ["fnedge102.02.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f004:100d:face:0000:001f:0000","2401:db00:f01b:100b:face:0000:0027:0000"] | ["mad1"] | ["fnedge899.01.mad1.facebook.com","2401:db00:f01b:100b:face:0:27:0"] | ["Madrid, ES","unknown"] | |
| | | | ["2401:db00:f01c:3005:face:0000:0003:0000","2401:db00:f01c:2005:face:0000:0015:0000","2401:db00:f01c:2010:face:0000:001b:0000","2401:db00:f004:1003:face:0000:0023:0000"] | ["frt3","mad1"] | ["fnedge064.02.frt3.facebook.com","fnedge429.01.frt3.facebook.com","fnedge659.01.frt3.facebook.com","fnedge525.01.mad1.facebook.com"] | ["Frankfurt, DE","Madrid, ES"] | |
| | | | ["2401:db00:f006:2005:face:0000:0003:0000"] | ["mrs2"] | ["fnedge082.02.mrs2.facebook.com"] | ["Marseille, FR"] | |
| | | | ["2401:db00:f013:4004:face:0000:0001:0000"] | ["dfw5"] | ["fnedge861.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:4006:face:0000:0001:0000","2401:db00:f013:400a:face:0000:001b:0000"] | ["dfw5"] | ["fnedge021.02.dfw5.facebook.com","fnedge594.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:200a:face:0000:0005:0000","2401:db00:f01c:200e:face:0000:0013:0000","2401:db00:f02f:0003:face:0000:0007:0000"] | ["frt3","ber1"] | ["fnedge526.01.frt3.facebook.com","fnedge624.01.frt3.facebook.com","fnedge063.01.ber1.facebook.com"] | ["Frankfurt, DE","Berlin, DE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00c:4006:face:0000:0003:0000","2401:db00:f00c:4001:face:0000:0021:0000","2401:db00:f00c:000b:face:0000:0017:0000","2401:db00:f00c:400d:face:0000:001f:0000","2401:db00:f00c:0008:face:0000:0013:0000","2401:db00:f00c:4003:face:0000:0009:0000","2401:db00:f00d:0012:face:0000:0003:0000","2401:db00:f00d:2006:face:0000:0021:0000","2401:db00:f00d:2006:face:0000:0027:0000","2401:db00:f00d:0011:face:0000:000b:0000","2401:db00:f00c:4015:face:0000:0027:0000","2401:db00:f00c:4004:face:0000:000f:0000","2401:db00:f00c:0014:face:0000:0027:0000","2401:db00:f00c:4007:face:0000:0005:0000","2401:db00:f022:1005:face:0000:000d:0000","2401:db00:f00d:0011:face:0000:0021:0000","2401:db00:f00d:000e:face:0000:0005:0000","2401:db00:f00d:0013:face:0000:0017:0000","2401:db00:f00c:4008:face:0000:0009:0000","2401:db00:f00c:0013:face:0000:0 | ["sjc3","lax3","sin2"] | ["fnedge303.02.sin2.facebook.com","fnedge033.02.sin2.facebook.com","fnedge233.01.sin2.facebook.com","fnedge018.02.sin2.facebook.com","fnedge151.01.sin2.facebook.com","fnedge077.02.sin2.facebook.com","fnedge785.01.lax3.facebook.com","fnedge074.02.lax3.facebook.com","fnedge081.02.lax3.facebook.com","fnedge789.01.lax3.facebook.com","fnedge269.02.sin2.facebook.com","fnedge382.02.sin2.facebook.com","fnedge437.01.sin2.facebook.com","fnedge365.02.sin2.facebook.com","fnedge954.01.sjc3.facebook.com","fnedge799.01.lax3.facebook.com","fnedge739.01.lax3.facebook.com","fnedge688.01.lax3.facebook.com","fnedge171.02.sin2.facebook.com","fnedge378.01.sin2.facebook.com","fnedge889.01.sjc3.facebook.com","fnedge021.02.lax3.facebook.com","fnedge084.02.lax3.facebook.com","fnedge098.02.lax3.facebook.com","fnedge980.01.lax3.facebook.com","fnedge078.01.lax3.facebook. | ["Singapore","San Jose, CA, uS","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01b:1010:face:0000:001d:0000"] | | ["2401:db00:f01b:1010:face:0:1d:0"] | ["unknown"] | |
| | | | ["2401:db00:f01b:000b:face:0000:0015:0000"] | ["amt2"] | ["fnedge099.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f01c:0016:face:0000:001f:0000","2401:db00:f01c:0002:face:0000:0019:0000","2401:db00:f02a:1002:face:0000:0015:0000","2401:db00:f02a:100d:face:0000:001f:0000"] | ["frx5","bom1"] | ["fnedge540.01.frx5.facebook.com","fnedge236.01.frx5.facebook.com","fnedge033.02.bom1.facebook.com","fnedge185.02.bom1.facebook.com"] | ["Frankfurt, DE","Bombay, IN"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f006:1011:face:0000:0011:0000","2401:db00:f006:1014:face:0000:000d:0000","2401:db00:f01c:000e:face:0000:0013:0000","2401:db00:f01c:3001:face:0000:0003:0000"] | ["mrs2","frx5","frt3"] | ["fnedge355.01.mrs2.facebook.com","fnedge400.01.mrs2.facebook.com","fnedge120.01.frx5.facebook.com","fnedge101.02.frt3.facebook.com"] | ["Marseille, FR","Frankfurt, DE"] | |
| | | | ["2401:db00:f013:4004:face:0000:0009:0000","2401:db00:f013:4015:face:0000:000d:0000"] | ["dfw5"] | ["fnedge878.02.dfw5.facebook.com","fnedge503.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:100f:face:0000:001d:0000"] | ["dfw5"] | ["fnedge218.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f033:0001:face:0000:0009:0000"] | ["msp1"] | ["fnedge056.01.msp1.facebook.com"] | ["Minneapolis, MN, US"] | |
| | | | ["2401:db00:f00b:200d:face:0000:0003:0000","2401:db00:f00b:000c:face:0000:0025:0000","2401:db00:f00d:2002:face:0000:0019:0000"] | ["ort2","lax3"] | ["fnedge123.02.ort2.facebook.com","fnedge486.01.ort2.facebook.com","fnedge138.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01b:100e:face:0000:0009:0000","2401:db00:f02a:1002:face:0000:0015:0000"] | ["bom1"] | ["2401:db00:f01b:100e:face:0:9:0","fnedge033.02.bom1.facebook.com"] | ["unknown","Bombay, IN"] | |
| | | | ["2401:db00:f013:4009:face:0000:001d:0000","2401:db00:f013:1009:face:0000:0001:0000"] | ["dfw5"] | ["fnedge750.02.dfw5.facebook.com","fnedge421.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00c:0002:face:0000:0005:0000"] | ["sin2"] | ["fnedge032.01.sin2.facebook.com"] | ["Singapore"] | |
| | | | ["2401:db00:f00c:1014:face:0000:001f:0000","2401:db00:f00c:4005:face:0000:0011:0000"] | ["sin6","sin2"] | ["fnedge067.01.sin6.facebook.com","fnedge098.02.sin2.facebook.com"] | ["Singapore"] | |
| | | | ["2401:db00:f01a:200b:face:0000:0021:0000","2401:db00:f01a:200f:face:0000:0023:0000"] | ["lht6"] | ["fnedge059.01.lht6.facebook.com","fnedge024.01.lht6.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f013:4012:face:0000:0019:0000","2401:db00:f013:4018:face:0000:0009:0000"] | ["dfw5"] | ["fnedge394.02.dfw5.facebook.com","fnedge566.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:200a:face:0000:000d:0000","2401:db00:f00d:2005:face:0000:0021:0000"] | ["ort2","lax3"] | ["fnedge310.02.ort2.facebook.com","fnedge154.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01b:1009:face:0000:0017:0000","2401:db00:f02a:1010:face:0000:001d:0000","2401:db00:f02a:100c:face:0000:0007:0000","2401:db00:f02a:0007:face:0000:0009:0000"] | ["bom1"] | ["2401:db00:f01b:1009:face:0:170","fnedge314.02.bom1.facebook.com","fnedge233.02.bom1.facebook.com","fnedge259.01.bom1.facebook.com"] | ["unknown","Bombay, IN"] | |
| | | | ["2401:db00:f01a:2005:face:0000:0021:0000","2401:db00:f01a:100c:face:0000:001b:0000"] | ["lht6","lhr3"] | ["fnedge326.01.lht6.facebook.com","fnedge162.01.lhr3.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f01c:200e:face:0000d:0000","2401:db00:f01c:0009:face:0000:0005:0000","2401:db00:f004:1010:face:0000:0009:0000","2401:db00:f004:1017:face:0000:000b:0000"] | ["frt3","frx5","mad1"] | ["fnedge637.01.frt3.facebook.com","fnedge644.01.frx5.facebook.com","fnedge950.01.mad1.facebook.com","fnedge790.01.mad1.facebook.com"] | ["Frankfurt, DE","Madrid, ES"] | |
| | | | ["2401:db00:f02a:0007:face:0000:0023:0000","2401:db00:f01c:0009:face:0000:0025:0000","2401:db00:f01c:0003:face:0000:0023:0000"] | ["bom1","frx5"] | ["fnedge114.01.bom1.facebook.com","fnedge647.01.frx5.facebook.com","fnedge278.01.frx5.facebook.com"] | ["Bombay, IN","Frankfurt, DE"] | |
| | | | ["2401:db00:f00b:200a:face:0000:0009:0000"] | ["ort2"] | ["fnedge102.02.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f00d:2001:face:0000:0013:0000","2401:db00:f00d:0004:face:0000:0009:0000","2401:db00:f00b:000f:face:0000:0023:0000","2401:db00:f00b:0003:face:0000:001f:0000"] | ["lax3","ort2"] | ["fnedge072.02.lax3.facebook.com","fnedge911.01.lax3.facebook.com","fnedge574.01.ort2.facebook.com","fnedge392.01.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f02a:0014:face:0000:0001:0000","2401:db00:f01c:2012:face:0000:001d:0000"] | ["bom1","frt3"] | ["fnedge066.01.bom1.facebook.com","fnedge696.01.frt3.facebook.com"] | ["Bombay, IN","Frankfurt, DE"] | |
| | | | ["2401:db00:f009:1002:face:0000:0021:0000","2401:db00:f036:0004:face:0000:000f:0000"] | ["arn2","dus1"] | ["fnedge025.02.arn2.facebook.com","fnedge022.01.dus1.facebook.com"] | ["Stockholm, SE","Dusseldorf, DE"] | |
| | | | ["2401:db00:f00b:2001:face:0000:0023:0000","2401:db00:f033:0001:face:0000:0013:0000"] | ["ort2","msp1"] | ["fnedge006.02.ort2.facebook.com","fnedge050.01.msp1.facebook.com"] | ["Chicago, IL, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f01b:100f:face:0000:0027:0000"] | | ["2401:db00:f01b:100f:face:0:270"] | ["unknown"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01a:2013:face:0000:0009:0000"] | ["lht6"] | ["fnedge423.01.lht6.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f013:1001:face:0000:001b:0000"] | ["dfw5"] | ["fnedge015.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01f:000d:face:0000:0011:0000"] | ["cdt1"] | ["fnedge243.01.cdt1.facebook.com"] | ["Paris, FR"] | |
| | | | ["2401:db00:f01b:0012:face:0000:0009:0000"] | ["amt2"] | ["fnedge236.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |
| | | | ["2401:db00:f013:400f:face:0000:0007:0000"] | ["dfw5"] | ["fnedge664.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:1011:face:0000:0007:0000","2401:db00:f006:1011:face:0000:0003:0000"] | ["mrs2"] | ["2401:db00:f01b:1011:face:0:7:0","fnedge343.01.mrs2.facebook.com"] | ["unknown","Marseille, FR"] | |
| | | | ["2401:db00:f013:100e:face:0000:0015:0000","2401:db00:f013:4006:face:0000:000b:0000"] | ["dfw5"] | ["fnedge185.01.dfw5.facebook.com","fnedge027.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:2010:face:0000:0001:0000"] | ["frt3"] | ["fnedge643.01.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f006:100c:face:0000:001d:0000","2401:db00:f01b:1011:face:0000:0017:0000","2401:db00:f01b:000d:face:0000:0019:0000"] | ["mrs2","amt2"] | ["fnedge164.01.mrs2.facebook.com","2401:db00:f01b:1011:face:0:17:0","fnedge055.01.amt2.facebook.com"] | ["Marseille, FR","unknown","Amsterdam, NL"] | |
| | | | ["2401:db00:f00c:0003:face:0000:0011:0000","2401:db00:f00c:0017:face:0000:0017:0000","2401:db00:f00d:0007:face:0000:000f:0000","2401:db00:f00d:2002:face:0000:0025:0000"] | ["sin2","lax3"] | ["fnedge047.01.sin2.facebook.com","fnedge465.01.sin2.facebook.com","fnedge981.01.lax3.facebook.com","fnedge132.02.lax3.facebook.com"] | ["Singapore","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f013:1012:face:0000:000f:0000"] | ["dfw5"] | ["fnedge292.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:2001:face:0000:0017:0000"] | ["frt3"] | ["fnedge361.01.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f02a:100f:face:0000:0013:0000","2401:db00:f01b:1007:face:0000:001d:0000"] | ["bom1"] | ["fnedge286.02.bom1.facebook.com","2401:db00:f01b:1007:face:0:1d:0"] | ["Bombay, IN","unknown"] | |
| | | | ["2401:db00:f00d:2003:face:0000:0011:0000","2401:db00:f00b:2006:face:0000:001f:0000"] | ["lax3","ort2"] | ["fnedge097.02.lax3.facebook.com","fnedge206.02.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f013:100e:face:0000:001f:0000"] | ["dfw5"] | ["fnedge195.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f036:0005:face:0000:0021:0000","2401:db00:f006:1005:face:0000:0005:0000"] | ["dus1","mrs2"] | ["fnedge119.01.dus1.facebook.com","fnedge222.01.mrs2.facebook.com"] | ["Dusseldorf, DE","Marseille, FR"] | |
| | | | ["2401:db00:f01a:100f:face:0000:0015:0000"] | ["lhr3"] | ["fnedge395.01.lhr3.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f013:1013:face:0000:0003:0000"] | ["dfw5"] | ["fnedge462.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00d:2008:face:0000:001d:0000"] | ["lax3"] | ["fnedge078.02.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f000:300d:face:0000:001b:0000","2401:db00:f000:2002:face:0000:0013:0000"] | ["mia3"] | ["fnedge141.02.mia3.facebook.com","fnedge170.01.mia3.facebook.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f00d:2006:face:0000:0013:0000","2401:db00:f00d:0010:face:0000:0023:0000"] | ["lax3"] | ["fnedge050.01.lax3.facebook.com","fnedge756.01.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f013:4018:face:0000:0023:0000","2401:db00:f013:4016:face:0000:0003:0000","2401:db00:f02e:000b:face:0000:0019:0000"] | ["dfw5","qro1"] | ["fnedge569.02.dfw5.facebook.com","fnedge524.02.dfw5.facebook.com","fnedge211.01.qro1.facebook.com"] | ["Dallas, Texas, US","Queretaro, MX"] | |
| | | | ["2401:db00:f01f:1015:face:0000:0005:0000"] | ["cdg2"] | ["fnedge801.01.cdg2.facebook.com"] | ["Paris, FR"] | |
| | | | ["2401:db00:f013:4011:face:0000:001f:0000"] | ["dfw5"] | ["fnedge697.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f000:2014:face:0000:000f:0000"] | ["mia3"] | ["fnedge509.01.mia3.facebook.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f033:0003:face:0000:0019:0000"] | ["msp1"] | ["fnedge080.01.msp1.facebook.com"] | ["Minneapolis, MN, US"] | |
| | | | ["2401:db00:f013:400f:face:0000:0021:0000","2401:db00:f013:1011:face:0000:000d:0000"] | ["dfw5"] | ["fnedge680.02.dfw5.facebook.com","fnedge309.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400a:face:0000:0015:0000","2401:db00:f00b:2001:face:0000:001f:0000"] | ["dfw5","ort2"] | ["fnedge587.02.dfw5.facebook.com","fnedge003.02.ort2.facebook.com"] | ["Dallas, Texas, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01c:2009:face:0000:000f:0000","2401:db00:f01c:300d:face:0000:0027:0000"] | ["frt3"] | ["fnedge498.01.frt3.facebook.com","fnedge276.02.frt3.facebook.com"] | ["Frankfurt, DE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f013:1012:face:0000:0005:0000","2401:db00:f003:1016:face:0000:0009:0000"] | ["dfw5","iad3"] | ["fnedge283.01.dfw5.facebook.com","fnedge729.01.iad3.facebook.com"] | ["Dallas, Texas, US","Washington, DC, US"] | |
| | | | ["2401:db00:f01b:0001:face:0000:001d:0000","2401:db00:f01b:0004:face:0000:001f:0000","2401:db00:f016:0003:face:0000:0025:0000","2401:db00:f01b:100a:face:0000:000b:0000"] | ["amt2","otp1"] | ["fnedge146.01.amt2.facebook.com","fnedge167.01.amt2.facebook.com","twedge022.01.otp1.facebook.com","2401:db00:f01b:100a:face:0:b:0"] | ["Amsterdam, NL","Bucharest, RO","unknown"] | |
| | | | ["2401:db00:f013:400d:face:0000:001d:0000","2401:db00:f00b:2009:face:0000:000d:0000"] | ["dfw5","ort2"] | ["fnedge611.02.dfw5.facebook.com","fnedge551.02.ort2.facebook.com"] | ["Dallas, Texas, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01c:0012:face:0000:0017:0000","2401:db00:f01c:0006:face:0000:001b:0000"] | ["frx5"] | ["fnedge172.01.frx5.facebook.com","fnedge579.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:0007:face:0000:0023:0000","2401:db00:f01b:000c:face:0000:0005:0000","2401:db00:f008:1018:face:0000:0013:0000"] | ["amt2","mxp1"] | ["fnedge232.01.amt2.facebook.com","fnedge193.01.amt2.facebook.com","fnedge420.01.mxp1.facebook.com"] | ["Amsterdam, NL","Milano, IT"] | |
| | | | ["2401:db00:f013:1003:face:0000:0021:0000","2401:db00:f013:1002:face:0000:0027:0000"] | ["dfw5"] | ["fnedge034.01.dfw5.facebook.com","fnedge120.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:1012:face:0000:0005:0000","2401:db00:f030:1003:face:0000:001f:0000"] | ["maa2"] | ["2401:db00:f01b:1012:face:0:5:0","fnedge055.02.maa2.facebook.com"] | ["unknown","Chennai, India"] | |
| | | | ["2401:db00:f030:0015:face:0000:0011:0000","2401:db00:f01b:1009:face:0000:0009:0000"] | ["maa2"] | ["fnedge475.01.maa2.facebook.com","2401:db00:f01b:1009:face:0:9:0"] | ["Chennai, India","unknown"] | |
| | | | ["2401:db00:f012:2016:face:0000:001a:0000"] | ["lga3"] | ["fnedge170.01.lga3.facebook.com"] | ["New York, NY, US"] | |
| | | | ["2401:db00:f012:200b:face:0000:0017:0000","2401:db00:f00d:0015:face:0000:0007:0000"] | ["lga3","lax3"] | ["fnedge847.01.lga3.facebook.com","fnedge161.01.lax3.facebook.com"] | ["New York, NY, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01c:0007:face:0000:0007:0000","2401:db00:f02a:0009:face:0000:0027:0000"] | ["frx5","bom1"] | ["fnedge597.01.frx5.facebook.com","fnedge086.01.bom1.facebook.com"] | ["Frankfurt, DE","Bombay, IN"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f02f:0003:face:000 0:0017:0000","2401:db00:f01c:0 00b:face:0000:0017:0000"] | ["ber1","frx5"] | ["fnedge077.01.ber1.facebook.c om","fnedge436.01.frx5.faceboo k.com"] | ["Berlin, DE","Frankfurt, DE"] | |
| | | | ["2401:db00:f023:0001:face:000 0:001d:0000","2401:db00:f01b: 000c:face:0000:0007:0000"] | ["jnb1","amt2"] | ["fnedge082.01.jnb1.facebook.co m","fnedge204.01.amt2.faceboo k.com"] | ["Johannesburg, ZA","Amsterdam, NL"] | |
| | | | ["2401:db00:f01a:2008:face:000 0:000f:0000","2401:db00:f01a:2 00d:face:0000:000b:0000","240 1:db00:f023:0009:face:0000:002 7:0000"] | ["lht6","jnb1"] | ["fnedge041.01.lht6.facebook.co m","fnedge413.01.lht6.facebook. com","fnedge168.01.jnb1.facebo ok.com"] | ["London, UK","Johannesburg, ZA"] | |
| | | | ["2401:db00:f00b:000f:face:000 0:0013:0000","2401:db00:f00b: 000c:face:0000:000f:0000"] | ["ort2"] | ["fnedge568.01.ort2.facebook.co m","fnedge477.01.ort2.facebook .com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f013:4008:face:000 0:0027:0000"] | ["dfw5"] | ["fnedge440.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:200f:face:000 0:001d:0000","2401:db00:f00b: 0002:face:0000:0001:0000"] | ["ort2"] | ["fnedge488.02.ort2.facebook.co m","fnedge356.01.ort2.facebook .com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f00b:2009:face:000 0:0001:0000","2401:db00:f00d: 0004:face:0000:0011:0000","24 01:db00:f013:400c:face:0000:00 0b:0000","2401:db00:f013:1002 :face:0000:0003:0000"] | ["ort2","lax3","dfw5" ] | ["fnedge538.02.ort2.facebook.co m","fnedge916.01.lax3.facebook. com","fnedge331.02.dfw5.faceb ook.com","fnedge102.01.dfw5.fa cebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:100e:face:000 0:0023:0000","2401:db00:f013: 4012:face:0000:0023:0000"] | ["dfw5"] | ["fnedge200.01.dfw5.facebook.c om","fnedge400.02.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:000e:face:000 0:0019:0000","2401:db00:f01c:0 008:face:0000:0017:0000","240 1:db00:f030:0005:face:0000:001 5:0000","2401:db00:f030:0015:f ace:0000:000b:0000"] | ["frx5","maa2"] | ["fnedge047.01.frx5.facebook.co m","fnedge617.01.frx5.facebook. com","fnedge100.01.maa2.faceb ook.com","fnedge470.01.maa2.f acebook.com"] | ["Frankfurt, DE","Chennai, India"] | |
| | | | ["2401:db00:f01c:0013:face:000 0:0021:0000"] | ["frx5"] | ["fnedge562.01.frx5.facebook.co m"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00d:0009:face:000 0:0005:0000","2401:db00:f00b: 2002:face:0000:0023:0000"] | ["lax3","ort2"] | ["fnedge1008.01.lax3.facebook.c om","fnedge216.02.ort2.faceboo k.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01c:2002:face:0000:0017:0000"] | ["frt3"] | ["fnedge371.01.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00d:2003:face:0000:0001:0000","2401:db00:f00d:0010:face:0000:0025:0000"] | ["lax3"] | ["fnedge104.02.lax3.facebook.com","fnedge784.01.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01c:2003:face:0000:0025:0000","2401:db00:f00c:000c:face:0000:0019:0000"] | ["frt3","sin2"] | ["fnedge398.01.frt3.facebook.com","fnedge201.01.sin2.facebook.com"] | ["Frankfurt, DE","Singapore"] | |
| | | | ["2401:db00:f011:0006:face:0000:0011:0000","2401:db00:f011:0006:face:0000:0019:0000"] | ["atl3"] | ["fnedge637.01.atl3.facebook.com","fnedge634.01.atl3.facebook.com"] | ["Atlanta, Georgia, US"] | |
| | | | ["2401:db00:f00d:2002:face:0000:0027:0000","2401:db00:f00d:0006:face:0000:0025:0000","2401:db00:f00d:0001:face:0000:0011:0000"] | ["lax3"] | ["fnedge035.02.lax3.facebook.com","fnedge956.01.lax3.facebook.com","fnedge498.01.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f033:0001:face:0000:0013:0000","2401:db00:f00b:0002:face:0000:000f:0000"] | ["msp1","ort2"] | ["fnedge050.01.msp1.facebook.com","fnedge366.01.ort2.facebook.com"] | ["Minneapolis, MN, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01b:100a:face:0000:0021:0000"] | | ["2401:db00:f01b:100a:face:0:21:0"] | ["unknown"] | |
| | | | ["2401:db00:f012:200f:face:0000:0003:0000","2401:db00:f013:1018:face:0000:0003:0000"] | ["lga3","dfw5"] | ["fnedge079.01.lga3.facebook.com","fnedge444.01.dfw5.facebook.com"] | ["New York, NY, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f00d:2006:face:0000:0027:0000","2401:db00:f00d:000a:face:0000:001f:0000"] | ["lax3"] | ["fnedge081.02.lax3.facebook.com","fnedge873.01.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f013:1016:face:0000:0027:0000","2401:db00:f013:4011:face:0000:0021:0000","2401:db00:f013:4008:face:0000:0017:0000","2401:db00:f033:0005:face:0000:0001:0000"] | ["dfw5","msp1"] | ["fnedge360.01.dfw5.facebook.com","fnedge700.02.dfw5.facebook.com","fnedge436.02.dfw5.facebook.com","fnedge101.01.msp1.facebook.com"] | ["Dallas, Texas, US","Minneapolis, MN, US"] | |
| | | | ["2401:db00:f013:100c:face:0000:0011:0000"] | ["dfw5"] | ["fnedge147.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01c:0017:face:0000:0027:0000","2401:db00:f00c:0014:face:0000:0027:0000","2401:db00:f006:1014:face:0000:001d:0000"] | ["frx5","sin2","mrs2"] | ["fnedge263.01.frx5.facebook.com","fnedge437.01.sin2.facebook.com","fnedge382.01.mrs2.facebook.com"] | ["Frankfurt, DE","Singapore","Marseille, FR"] | |
| | | | ["2401:db00:f01b:100e:face:0000:0011:0000","2401:db00:f006:2007:face:0000:000d:0000"] | ["mrs2"] | ["2401:db00:f01b:100e:face:0:11:0","fnedge057.02.mrs2.facebook.com"] | ["unknown","Marseille, FR"] | |
| | | | ["2401:db00:f013:1014:face:0000:000b:0000","2401:db00:f013:1008:face:0000:0019:0000"] | ["dfw5"] | ["fnedge226.01.dfw5.facebook.com","fnedge385.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:0015:face:0000:0001:0000"] | ["frx5"] | ["fnedge512.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f009:1002:face:0000:001b:0000","2401:db00:f009:1001:face:0000:0015:0000"] | ["arn2"] | ["fnedge040.02.arn2.facebook.com","fnedge022.02.arn2.facebook.com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f013:4012:face:0000:0021:0000"] | ["dfw5"] | ["fnedge397.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400e:face:0000:001f:0000"] | ["dfw5"] | ["fnedge658.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f006:1007:face:0000:0007:0000","2401:db00:f006:2008:face:0000:001f:0000","2401:db00:f01c:0007:face:0000:0021:0000"] | ["mrs2","frx5"] | ["fnedge065.01.mrs2.facebook.com","fnedge013.02.mrs2.facebook.com","fnedge603.01.frx5.facebook.com"] | ["Marseille, FR","Frankfurt, DE"] | |
| | | | ["2401:db00:f008:1013:face:0000:000b:0000"] | ["mxp1"] | ["fnedge606.01.mxp1.facebook.com"] | ["Milano, IT"] | |
| | | | ["2401:db00:f00d:2007:face:0000:0005:0000"] | ["lax3"] | ["fnedge086.01.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f000:300e:face:0000:0019:0000","2401:db00:f01b:000d:face:0000:001f:0000"] | ["mia3","amt2"] | ["fnedge644.02.mia3.facebook.com","fnedge309.01.amt2.facebook.com"] | ["Miami, Florida, US","Amsterdam, NL"] | |
| | | | ["2401:db00:f013:1002:face:0000:000b:0000","2401:db00:f013:4011:face:0000:000f:0000"] | ["dfw5"] | ["fnedge110.01.dfw5.facebook.com","fnedge690.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:2011:face:0000:000b:0000","2401:db00:f00b:2006:face:0000:000f:0000"] | ["ort2"] | ["fnedge111.02.ort2.facebook.com","fnedge324.02.ort2.facebook.com"] | ["Chicago, IL, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f013:1007:face:000 0:0017:0000","2401:db00:f013: 4015:face:0000:0027:0000"] | ["dfw5"] | ["fnedge416.01.dfw5.facebook.c om","fnedge515.02.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f034:0003:face:000 0:0003:0000"] | ["mba1"] | ["fnedge043.01.mba1.facebook.c om"] | ["Mombasa, KE "] | |
| | | | ["2401:db00:f012:200f:face:000 0:0027:0000","2401:db00:f013: 4011:face:0000:0015:0000"] | ["lga3","dfw5"] | ["fnedge270.01.lga3.facebook.co m","fnedge696.02.dfw5.faceboo k.com"] | ["New York, NY, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f00d:2008:face:000 0:000d:0000","2401:db00:f00d: 0010:face:0000:0003:0000"] | ["lax3"] | ["fnedge034.02.lax3.facebook.co m","fnedge753.01.lax3.facebook. com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01f:1012:face:000 0:0019:0000","2401:db00:f01f:0 00e:face:0000:0007:0000","240 1:db00:f01b:0009:face:0000:000 f:0000"] | ["cdg2","cdt1","amt2 "] | ["fnedge613.01.cdg2.facebook.c om","fnedge133.01.cdt1.faceboo k.com","fnedge118.01.amt2.face book.com"] | ["Paris, FR","Amsterdam, NL"] | |
| | | | ["2401:db00:f00b:0008:face:000 0:0003:0000","2401:db00:f013: 1012:face:0000:0025:0000"] | ["ort2","dfw5"] | ["fnedge048.01.ort2.facebook.co m","fnedge298.01.dfw5.faceboo k.com"] | ["Chicago, IL, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f01b:100f:face:000 0:0019:0000","2401:db00:f01b: 1008:face:0000:0015:0000"] | | ["2401:db00:f01b:100f:face:0:19: 0","2401:db00:f01b:1008:face:0: 15:0"] | ["unknown"] | |
| | | | ["2401:db00:f01c:0018:face:000 0:000d:0000"] | ["frx5"] | ["fnedge053.01.frx5.facebook.co m"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f030:000c:face:000 0:000f:0000","2401:db00:f01c:0 00e:face:0000:0013:0000"] | ["maa2","frx5"] | ["fnedge252.01.maa2.facebook.c om","fnedge120.01.frx5.faceboo k.com"] | ["Chennai, India","Frankfurt, DE"] | |
| | | | ["2401:db00:f01c:0009:face:000 0:0007:0000"] | ["frx5"] | ["fnedge648.01.frx5.facebook.co m"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00b:200e:face:000 0:0013:0000","2401:db00:f013: 1015:face:0000:0009:0000"] | ["ort2","dfw5"] | ["fnedge181.02.ort2.facebook.co m","fnedge270.01.dfw5.faceboo k.com"] | ["Chicago, IL, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:1011:face:000 0:000d:0000"] | ["dfw5"] | ["fnedge309.01.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400e:face:000 0:001d:0000"] | ["dfw5"] | ["fnedge655.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f013:1015:face:0000:0017:0000","2401:db00:f013:400a:face:0000:001d:0000","2401:db00:f013:400e:face:0000:000f:0000"] | ["dfw5"] | ["fnedge277.01.dfw5.facebook.com","fnedge595.02.dfw5.facebook.com","fnedge657.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f016:0004:face:0000:0011:0000","2401:db00:f01b:000c:face:0000:001b:0000"] | ["otp1","amt2"] | ["fnedge435.01.otp1.facebook.com","fnedge036.01.amt2.facebook.com"] | ["Bucharest, RO","Amsterdam, NL"] | |
| | | | ["2401:db00:f013:4004:face:0000:0027:0000","2401:db00:f013:4007:face:0000:001b:0000"] | ["dfw5"] | ["fnedge863.02.dfw5.facebook.com","fnedge798.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f036:0006:face:0000:0015:0000","2401:db00:f036:0005:face:0000:0023:0000"] | ["dus1"] | ["fnedge087.01.dus1.facebook.com","fnedge110.01.dus1.facebook.com"] | ["Dusseldorf, DE"] | |
| | | | ["2401:db00:f02a:0003:face:0000:000f:0000","2401:db00:f02a:1008:face:0000:0003:0000","2401:db00:f01c:000d:face:0000:0015:0000","2401:db00:f01c:0011:face:0000:0003:0000"] | ["bom1","frx5"] | ["fnedge137.01.bom1.facebook.com","fnedge207.02.bom1.facebook.com","fnedge501.01.frx5.facebook.com","fnedge232.01.frx5.facebook.com"] | ["Bombay, IN","Frankfurt, DE"] | |
| | | | ["2401:db00:f004:1002:face:0000:0005:0000","2401:db00:f01c:2008:face:0000:0027:0000","2401:db00:f01c:300e:face:0000:001d:0000","2401:db00:f01c:0017:face:0000:0015:0000"] | ["mad1","frt3","frx5"] | ["fnedge513.01.mad1.facebook.com","fnedge473.01.frt3.facebook.com","fnedge113.02.frt3.facebook.com","fnedge366.01.frx5.facebook.com"] | ["Madrid, ES","Frankfurt, DE"] | |
| | | | ["2401:db00:f01c:0006:face:0000:000f:0000"] | ["frx5"] | ["fnedge570.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f000:2007:face:0000:0011:0000","2401:db00:f00b:200a:face:0000:000f:0000"] | ["mia3","ort2"] | ["fnedge111.01.mia3.facebook.com","fnedge195.02.ort2.facebook.com"] | ["Miami, Florida, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01c:0017:face:0000:0013:0000"] | ["frx5"] | ["fnedge105.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f013:1014:face:0000:0011:0000","2401:db00:f013:4012:face:0000:000d:0000","2401:db00:f013:1003:face:0000:001f:0000","2401:db00:f02e:0002:face:0000:0015:0000"] | ["dfw5","qro1"] | ["fnedge231.01.dfw5.facebook.com","fnedge392.02.dfw5.facebook.com","fnedge036.01.dfw5.facebook.com","fnedge050.01.qro1.facebook.com"] | ["Dallas, Texas, US","Queretaro, MX"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00d:2001:face:0000:001f:0000","2401:db00:f00b:000c:face:0000:0007:0000"] | ["lax3","ort2"] | ["fnedge113.02.lax3.facebook.com","fnedge481.01.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f02a:1010:face:0000:001b:0000"] | ["bom1"] | ["fnedge311.02.bom1.facebook.com"] | ["Bombay, IN"] | |
| | | | ["2401:db00:f00b:0010:face:0000:0005:0000"] | ["ort2"] | ["fnedge228.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f00d:2007:face:0000:001b:0000","2401:db00:f00b:200f:face:0000:000d:0000"] | ["lax3","ort2"] | ["fnedge054.02.lax3.facebook.com","fnedge489.02.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f013:100a:face:0000:001f:0000","2401:db00:f013:4005:face:0000:001b:0000"] | ["dfw5"] | ["fnedge256.01.dfw5.facebook.com","fnedge853.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00b:200a:face:0000:001f:0000","2401:db00:f00b:0008:face:0000:0027:0000","2401:db00:f012:2015:face:0000:001d:0000","2401:db00:f013:100d:face:0000:0001:0000"] | ["ort2","lga3","dfw5"] | ["fnedge313.02.ort2.facebook.com","fnedge145.01.ort2.facebook.com","fnedge217.01.lga3.facebook.com","fnedge161.01.dfw5.facebook.com"] | ["Chicago, IL, US","New York, NY, US","Dallas, Texas, US"] | |
| | | | ["2401:db00:f009:1004:face:0000:0023:0000"] | ["arn2"] | ["fnedge051.02.arn2.facebook.com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f01b:1012:face:0000:0005:0000","2401:db00:f01b:0008:face:0000:0017:0000"] | ["amt2"] | ["2401:db00:f01b:1012:face:0:5:0","fnedge184.01.amt2.facebook.com"] | ["unknown","Amsterdam, NL"] | |
| | | | ["2401:db00:f01c:0005:face:0000:000d:0000"] | ["frx5"] | ["fnedge294.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:1010:face:0000:000b:0000","2401:db00:f01b:000a:face:0000:0019:0000","2401:db00:f036:0002:face:0000:000d:0000","2401:db00:f036:0003:face:0000:0011:0000"] | ["amt2","dus1"] | ["2401:db00:f01b:1010:face:0:b:0","fnedge107.01.amt2.facebook.com","fnedge053.01.dus1.facebook.com","fnedge062.01.dus1.facebook.com"] | ["unknown","Amsterdam, NL","Dusseldorf, DE"] | |
| | | | ["2401:db00:f013:4012:face:0000:0017:0000","2401:db00:f00b:0010:face:0000:0027:0000"] | ["dfw5","ort2"] | ["fnedge387.02.dfw5.facebook.com","fnedge117.01.ort2.facebook.com"] | ["Dallas, Texas, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f00b:2002:face:0000:0025:0000","2401:db00:f00d:2004:face:0000:0017:0000"] | ["ort2","lax3"] | ["fnedge105.02.ort2.facebook.com","fnedge010.02.lax3.facebook.com"] | ["Chicago, IL, US","Los Angeles, CA, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f01c:2008:face:0000:0007:0000","2401:db00:f01c:2012:face:0000:0011:0000"] | ["frt3"] | ["fnedge467.01.frt3.facebook.com","fnedge694.01.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01b:1010:face:0000:0007:0000"] | | ["2401:db00:f01b:1010:face:0:7:0"] | ["unknown"] | |
| | | | ["2401:db00:f030:1005:face:0000:0019:0000","2401:db00:f030:0006:face:0000:001f:0000"] | ["maa2"] | ["fnedge141.02.maa2.facebook.com","fnedge119.01.maa2.facebook.com"] | ["Chennai, India"] | |
| | | | ["2401:db00:f00d:0012:face:0000:0011:0000","2401:db00:f00b:0005:face:0000:0025:0000"] | ["lax3","ort2"] | ["fnedge765.01.lax3.facebook.com","fnedge420.01.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f009:1003:face:0000:001b:0000","2401:db00:f009:1001:face:0000:000b:0000"] | ["arn2"] | ["fnedge095.02.arn2.facebook.com","fnedge017.02.arn2.facebook.com"] | ["Stockholm, SE"] | |
| | | | ["2401:db00:f013:4015:face:0000:0009:0000","2401:db00:f013:1007:face:0000:0023:0000"] | ["dfw5"] | ["fnedge507.02.dfw5.facebook.com","fnedge404.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f009:1001:face:0000:001d:0000","2401:db00:f036:0001:face:0000:001f:0000"] | ["arn2","dus1"] | ["fnedge001.02.arn2.facebook.com","fnedge009.01.dus1.facebook.com"] | ["Stockholm, SE","Dusseldorf, DE"] | |
| | | | ["2401:db00:f013:100c:face:0000:0021:0000","2401:db00:f013:1016:face:0000:0027:0000"] | ["dfw5"] | ["fnedge158.01.dfw5.facebook.com","fnedge360.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:2003:face:0000:000d:0000"] | ["frt3"] | ["fnedge393.01.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f00b:0010:face:0000:0019:0000"] | ["ort2"] | ["fnedge264.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f012:2008:face:0000:0005:0000","2401:db00:f00d:2001:face:0000:0001:0000"] | ["lga3","lax3"] | ["fnedge736.01.lga3.facebook.com","fnedge145.02.lax3.facebook.com"] | ["New York, NY, US","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01b:1008:face:0000:0007:0000"] | | ["2401:db00:f01b:1008:face:0:7:0"] | ["unknown"] | |
| | | | ["2401:db00:f013:4004:face:0000:001f:0000","2401:db00:f013:4016:face:0000:0023:0000","2401:db00:f013:1017:face:0000:0009:0000","2401:db00:f013:1007:face:0000:000b:0000"] | ["dfw5"] | ["fnedge868.02.dfw5.facebook.com","fnedge534.02.dfw5.facebook.com","fnedge366.01.dfw5.facebook.com","fnedge402.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f013:1011:face:0000:0019:0000"] | ["dfw5"] | ["fnedge317.01.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:400e:face:0000:0003:0000","2401:db00:f013:1002:face:0000:0009:0000","2401:db00:f013:400b:face:0000:001b:0000"] | ["dfw5"] | ["fnedge643.02.dfw5.facebook.com","fnedge107.01.dfw5.facebook.com","fnedge638.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:3018:face:0000:0011:0000"] | | ["2401:db00:f01c:3018:face:0:11:0"] | ["unknown"] | |
| | | | ["2401:db00:f01a:2015:face:0000:001d:0000"] | ["lht6"] | ["fnedge079.01.lht6.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f006:1018:face:0000:000d:0000"] | ["mrs2"] | ["fnedge431.01.mrs2.facebook.com"] | ["Marseille, FR"] | |
| | | | ["2401:db00:f000:200f:face:0000:0025:0000","2401:db00:f000:2016:face:0000:000b:0000"] | ["mia3"] | ["fnedge340.01.mia3.facebook.com","fnedge565.01.mia3.facebook.com"] | ["Miami, Florida, US"] | |
| | | | ["2401:db00:f013:1005:face:0000:0005:0000","2401:db00:f013:4018:face:0000:001d:0000"] | ["dfw5"] | ["fnedge085.01.dfw5.facebook.com","fnedge577.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01c:000d:face:0000:0003:0000","2401:db00:f006:1007:face:0000:0007:0000","2401:db00:f006:2009:face:0000:0003:0000"] | ["frx5","mrs2"] | ["fnedge493.01.frx5.facebook.com","fnedge065.01.mrs2.facebook.com","fnedge065.02.mrs2.facebook.com"] | ["Frankfurt, DE","Marseille, FR"] | |
| | | | ["2401:db00:f01c:300b:face:0000:0015:0000","2401:db00:f01a:1007:face:0000:001b:0000"] | ["frt3","lhr3"] | ["fnedge255.02.frt3.facebook.com","fnedge227.01.lhr3.facebook.com"] | ["Frankfurt, DE","London, UK"] | |
| | | | ["2401:db00:f033:0004:face:0000:001d:0000"] | ["msp1"] | ["fnedge089.01.msp1.facebook.com"] | ["Minneapolis, MN, US"] | |
| | | | ["2401:db00:f01b:1011:face:0000:0019:0000"] | | ["2401:db00:f01b:1011:face:0:19:0"] | ["unknown"] | |
| | | | ["2401:db00:f006:2009:face:0000:0003:0000","2401:db00:f01b:000c:face:0000:0027:0000"] | ["mrs2","amt2"] | ["fnedge065.02.mrs2.facebook.com","fnedge349.01.amt2.facebook.com"] | ["Marseille, FR","Amsterdam, NL"] | |
| | | | ["2401:db00:f036:0004:face:0000:0011:0000","2401:db00:f009:1001:face:0000:0005:0000"] | ["dus1","arn2"] | ["fnedge027.01.dus1.facebook.com","fnedge009.02.arn2.facebook.com"] | ["Dusseldorf, DE","Stockholm, SE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f004:1006:face:000 0:000d:0000","2401:db00:f01b: 100e:face:0000:0027:0000","24 01:db00:f01b:100f:face:0000:00 1f:0000"] | ["mad1"] | ["fnedge620.01.mad1.facebook.c om","2401:db00:f01b:100e:face: 0:27:0","2401:db00:f01b:100f:fa ce:0:1f:0"] | ["Madrid, ES","unknown"] | |
| | | | ["2401:db00:f013:4010:face:000 0:001b:0000","2401:db00:f013: 1013:face:0000:000d:0000"] | ["dfw5"] | ["fnedge712.02.dfw5.facebook.c om","fnedge468.01.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f013:4018:face:000 0:0017:0000"] | ["dfw5"] | ["fnedge570.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00d:0004:face:000 0:0023:0000","2401:db00:f00d: 2002:face:0000:0005:0000"] | ["lax3"] | ["fnedge918.01.lax3.facebook.co m","fnedge139.02.lax3.facebook. com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01a:1006:face:000 0:000d:0000","2401:db00:f01a: 100e:face:0000:0007:0000"] | ["lhr3"] | ["fnedge270.01.lhr3.facebook.co m","fnedge276.01.lhr3.facebook. com"] | ["London, UK"] | |
| | | | ["2401:db00:f013:4006:face:000 0:0021:0000","2401:db00:f013: 100d:face:0000:0007:0000"] | ["dfw5"] | ["fnedge067.02.dfw5.facebook.c om","fnedge164.01.dfw5.facebo ok.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f00d:0008:face:000 0:0021:0000","2401:db00:f00b: 0008:face:0000:001b:0000"] | ["lax3","ort2"] | ["fnedge1005.01.lax3.facebook.c om","fnedge258.01.ort2.faceboo k.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f00c:0010:face:000 0:0011:0000","2401:db00:f00c:4 00b:face:0000:001d:0000","240 1:db00:f00c:3017:face:0000:000 1:0000"] | ["sin2","sin6"] | ["fnedge286.01.sin2.facebook.co m","fnedge248.02.sin2.facebook. com","fnedge391.02.sin6.facebo ok.com"] | ["Singapore"] | |
| | | | ["2401:db00:f01b:1012:face:000 0:0009:0000"] | | ["2401:db00:f01b:1012:face:0:9: 0"] | ["unknown"] | |
| | | | ["2401:db00:f013:400c:face:000 0:0023:0000"] | ["dfw5"] | ["fnedge322.02.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f01a:100e:face:000 0:001b:0000","2401:db00:f023: 0002:face:0000:0019:0000"] | ["lhr3","jnb1"] | ["fnedge177.01.lhr3.facebook.co m","fnedge079.01.jnb1.facebook .com"] | ["London, UK","Johannesburg, ZA"] | |
| | | | ["2401:db00:f013:100b:face:000 0:0025:0000"] | ["dfw5"] | ["fnedge140.01.dfw5.facebook.c om"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f009:1003:face:000 0:0019:0000"] | ["arn2"] | ["fnedge085.02.arn2.facebook.co m"] | ["Stockholm, SE"] | |

| victim_phone | attacker_ips | victim_ips | server_ips | centers | server | center_countries | attacker_phones |
|---|---|---|---|---|---|---|---|
| | | | ["2401:db00:f00c:0008:face:0000:0019:0000","2401:db00:f00c:000b:face:0000:0003:0000","2401:db00:f00d:0001:face:0000:0005:0000","2401:db00:f00d:0015:face:0000:0005:0000"] | ["sin2","lax3"] | ["fnedge141.01.sin2.facebook.com","fnedge228.01.sin2.facebook.com","fnedge490.01.lax3.facebook.com","fnedge105.01.lax3.facebook.com"] | ["Singapore","Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01c:0003:face:0000:0023:0000"] | ["frx5"] | ["fnedge278.01.frx5.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f013:4011:face:0000:000f:0000"] | ["dfw5"] | ["fnedge690.02.dfw5.facebook.com"] | ["Dallas, Texas, US"] | |
| | | | ["2401:db00:f006:2008:face:0000:0015:0000","2401:db00:f01b:0009:face:0000:0021:0000","2401:db00:f01b:1007:face:0000:0019:0000"] | ["mrs2","amt2"] | ["fnedge008.02.mrs2.facebook.com","fnedge259.01.amt2.facebook.com","2401:db00:f01b:1007:face:0:19:0"] | ["Marseille, FR","Amsterdam, NL","unknown"] | |
| | | | ["2401:db00:f00b:000c:face:0000:0023:0000"] | ["ort2"] | ["fnedge485.01.ort2.facebook.com"] | ["Chicago, IL, US"] | |
| | | | ["2401:db00:f006:100f:face:0000:000d:0000","2401:db00:f036:0005:face:0000:001b:0000"] | ["mrs2","dus1"] | ["fnedge264.01.mrs2.facebook.com","fnedge116.01.dus1.facebook.com"] | ["Marseille, FR","Dusseldorf, DE"] | |
| | | | ["2401:db00:f00d:2007:face:0000:0025:0000"] | ["lax3"] | ["fnedge120.02.lax3.facebook.com"] | ["Los Angeles, CA, US"] | |
| | | | ["2401:db00:f01c:3003:face:0000:000b:0000","2401:db00:f01c:3001:face:0000:0003:0000"] | ["frt3"] | ["fnedge338.02.frt3.facebook.com","fnedge101.02.frt3.facebook.com"] | ["Frankfurt, DE"] | |
| | | | ["2401:db00:f01a:1001:face:0000:0009:0000","2401:db00:f01a:1009:face:0000:0015:0000"] | ["lhr3"] | ["fnedge226.01.lhr3.facebook.com","fnedge012.01.lhr3.facebook.com"] | ["London, UK"] | |
| | | | ["2401:db00:f00d:2002:face:0000:0021:0000","2401:db00:f00b:2009:face:0000:001f:0000","2401:db00:f00b:2003:face:0000:000b:0000"] | ["lax3","ort2"] | ["fnedge049.02.lax3.facebook.com","fnedge552.02.ort2.facebook.com","fnedge061.02.ort2.facebook.com"] | ["Los Angeles, CA, US","Chicago, IL, US"] | |
| | | | ["2401:db00:f01b:000d:face:0000:0003:0000","2401:db00:f01b:000b:face:0000:0023:0000"] | ["amt2"] | ["fnedge092.01.amt2.facebook.com","fnedge045.01.amt2.facebook.com"] | ["Amsterdam, NL"] | |

# EXHIBIT 19

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

# QUADRANET™
## DATA CENTER *INGENUITY MADE SIMPLE*

Date: June 4, 2020

To: Melody Drummond Hansen
O'Melveny & Myers LLP
2764 Sand Hill Road
Menlo Park, CA
650-473-2636
Mdrummondhansen@omm.com

In reference to the delivered Subpoena for Civil Action No. 4:19-cv-07123-PJH to appear before the United States District Court for the Northern District of California at O'Melveny & Myers LLP located at 400 South Hope Street, 18th Floor, Los Angeles, CA 90071-2899 on June 17, 2020 at 900AM. In lieu of personal appearance, Quadranet Enterprises, LLC provides you with the following records regarding the requested IP:

 IP address:

███████████████

For the period of October 1, 2017- October 29, 2019

The listed IP addresses belongs to a client which is a customer who provides VPN services to End users. Quadranet does not have information pertaining to the end users of the IP addresses in question. The information regarding this client is attached and we advise to approach him if further information is needed.

Client ID: 6187
Name: ████████████
Company: 365 Online Technology JSC
Address: ███████████████████
E-mail: ██████████████████
Phone: ███████████████

This has been Quadranet's client since February 17, 2016

Clients billing information: Payment method is credit card and Paypal.

Paypal address: ██████████████████

Credit Card information:

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

CONFIDENTIAL                                                                                 WA-NSO-00014771

**QUADRANET™**
**DATA CENTER** *INGENUITY MADE SIMPLE*

Quadranet Enterprises, LLC doesn't hold specific records of activity for each of those IP addresses and the activities recorded for this client is a list of invoices, and scheduled payments for it.

Please contact us at Subpoena@quadranet.com if further information is needed.

Sincerely,

QuadraNet Compliance

CONFIDENTIAL

# EXHIBIT 20

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

Requested information

1. ██████████ : Does not belong to us
2. ██████████ :
There are 2 customers:
- https://prnt.sc/tzb9j5
- https://prnt.sc/tzb9p4
- Paypal email address: ████████████████████
- Service from 07/05/2017 to 09/05/2018
And:
- https://prnt.sc/tzbaqh
- https://prnt.sc/tzbauf
- Service from 09/28/2018 until now
3. ██████████
- https://prnt.sc/tzbc4p
- https://prnt.sc/tzbc8h
- https://bitpay.com/insight/#/BTC/mainnet/tx/56c13b9895e6f63be187e0dc14f6bc3aed6375d6e6711883abe0b36342e1af13
4. ████████████████████ : The same customer ██████████████████████
5. ██████████
- https://prnt.sc/tzbf6b
- https://prnt.sc/tzbfak
- https://bitpay.com/insight/#/BTC/mainnet/tx/e2e1bd448dabfb0ea2b00f40a87f740c42908f7a17a5e4f50f4bc71b9da16b19
6. ██████████
- https://prnt.sc/tzbfyx
- https://prnt.sc/tzbg83
- https://bitpay.com/insight/#/BTC/mainnet/tx/cc29b6fd26b919b18f5a5663207f38a569d23e0f2f4bd6b3fb92b9a9444aff22
7. ██████████
- https://prnt.sc/tzbgwf
- https://prnt.sc/tzbh5t
- https://bitpay.com/insight/#/BTC/mainnet/tx/309bd258949681ce32594dd0305f13a8e53b086e628d68c9e0ba2560443b9ee4
8. ██████████
- https://prnt.sc/tzbi0g
- https://prnt.sc/tzbi3y
- https://prnt.sc/tzbibc
- https://prnt.sc/tzbien
- https://prnt.sc/tzbijb
- https://prnt.sc/tzbiob
9. ██████████
- https://prnt.sc/tzbjc5

- https://prnt.sc/tzbjft
10. ███████████ – does not belong to us
11. 

- https://prnt.sc/tzbl4p
- https://prnt.sc/tzbl7h
12. ███████████
- https://prnt.sc/tzbm0f
- https://prnt.sc/tzbm9f
13. ████████
- https://prnt.sc/tzbmq4
- https://prnt.sc/tzbmsu
- Paypal:███████████

WA-NSO-00000020

# EXHIBIT 21

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment





End Your Timeshare Now
In Business Since 2010. Nationally Endorsed. Local Area Offices Available As Well.
OPEN

# Other Information

| | |
|---|---|
| Status | Closed |
| Client Group | None |
| Signup Date | 17/01/2019 |
| Client For | 18 Months |
| Last Login | Date: 17/01/2019 00:39<br>IP Address: ███████████<br>Host: ████████ |
| Email Verified | Yes |

Captured with Lightshot
edit image    find similar    report abuse

Switch to Google Chrome for
a better browsing experience.
Yes, get Chrome now



CONFIDENTIAL                                                                        WA-NSO-00000035

# EXHIBIT 23

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

## CONFIDENTIAL INFORMATION MEMORANDUM

**PUBLIC**

 **Technologies**

---

# $315,000,000 SENIOR SECURED CREDIT FACILITIES
## $15,000,000 SENIOR SECURED REVOLVING CREDIT FACILITY
## $300,000,000 SENIOR SECURED TERM LOAN FACILITY

MARCH 2017



**Administrative Agent**
**Sole Lead Arranger**
**Sole Bookrunner**

---

### SPECIAL NOTICE REGARDING PUBLICLY AVAILABLE INFORMATION

THE COMPANY HAS REPRESENTED THAT THE INFORMATION CONTAINED IN THIS CONFIDENTIAL INFORMATION MEMORANDUM IS EITHER (I) OF A TYPE THAT WOULD BE PUBLICLY AVAILABLE IF THE COMPANY WAS A PUBLIC REPORTING COMPANY OR (II) NOT MATERIAL WITH RESPECT TO SQUARE 2 S.Á.R.L. ("HOLDINGS"), THE COMPANY OR THEIR RESPECTIVE SUBSIDIARIES OR ANY OF THEIR RESPECTIVE SECURITIES FOR PURPOSES OF FOREIGN, UNITED STATES FEDERAL AND STATE SECURITIES LAWS. THE RECIPIENT OF THIS CONFIDENTIAL INFORMATION MEMORANDUM HAS STATED THAT IT DOES NOT WISH TO RECEIVE MATERIAL NON-PUBLIC INFORMATION WITH RESPECT TO HOLDINGS, THE COMPANY OR THEIR RESPECTIVE SECURITIES AND ACKNOWLEDGES THAT OTHER LENDERS HAVE RECEIVED A CONFIDENTIAL INFORMATION MEMORANDUM THAT CONTAINS ADDITIONAL INFORMATION WITH RESPECT TO HOLDINGS, THE COMPANY OR THEIR RESPECTIVE SECURITIES THAT MAY BE MATERIAL. NEITHER THE COMPANY, THE ARRANGER, NOR ANY OF THEIR RESPECTIVE AFFILIATES TAKE ANY RESPONSIBILITY FOR THE RECIPIENT'S DECISION TO LIMIT THE SCOPE OF THE INFORMATION IT HAS OBTAINED IN CONNECTION WITH ITS EVALUATION OF THE COMPANY OR THE FACILITIES.

---

## B.    Transaction summary

Q Technologies is seeking to refinance the remaining balance of its existing $33 million senior secured term loan, prefund potential acquisitions, pay a dividend to existing shareholders, pay fees and expenses associated with the transaction and fund general corporate purposes. The Company's new senior secured credit facilities will include a $15 million revolver (the "Revolver") and a $300 million first lien term loan facility (the "Term Loan", and together with the Revolver, the "Credit Facilities"). Pro forma gross and net leverage at close will be 4.1x and 3.4x, respectively, based on LTM 12/31/16 Adj. EBITDA of $74 million.

### Summary of proposed terms:

($ in millions)

| Facility | Amount | Margin (bps) | LIBOR Floor | Upfront fee / Issue price | Tenor |
|---|---|---|---|---|---|
| Revolver | $15 | TBD | NA | TBD | 5 years |
| Term loan | $300 | TBD | 1.00% | TBD | 6 years |

### Sources and uses
($ in millions)

| Sources | Amount | Uses | Amount |
|---|---|---|---|
| First lien term loan | $300 | Distribution to shareholders / prefunding of acquisitions[(1)] | $290 |
| Cash from balance sheet | 30 | Refinance existing debt | 33 |
| | | Estimated financing fees and OID | 8 |
| **Total sources** | **$330** | **Total uses** | **$330** |

(1) A portion of the net proceeds may be used to fund acquisitions, and if not ultimately utilized, may be distributed to shareholders.

### Pro forma capitalization
($ in millions)

| | As of 12/31/16 | | |
|---|---|---|---|
| | **Actual** | **Adj.** | **Pro forma** |
| Cash and cash equivalents | $80 | ($30) | $50 |
| $15 million revolver | – | – | – |
| First lien term loan | – | 300 | 300 |
| Existing indebtedness | 33 | (33) | – |
| **Total debt** | **$33** | | **$300** |
| **Operating statistics:** | | | |
| LTM Adj. EBITDA | $74 | – | $74 |
| Net cash interest expense | NA | – | 20 |
| Capital expenditures | 2 | – | 2 |
| **Credit statistics:** | | | |
| Total debt / Adj. EBITDA | 0.4x | | 4.1x |
| Net debt / Adj. EBITDA | (0.6x) | | 3.4x |
| Adj. EBITDA / Net cash interest expense | NA | | 3.6x |
| (Adj. EBITDA - Capex) / Net cash interest expense | NA | | 3.5x |



CONFIDENTIAL
Confidential

JEFF00000922
WA-NSO-00067681



## C.    Ownership and legal structure




CONFIDENTIAL
Confidential

JEFF00000923
WA-NSO-00067682

## D.    Summary of indicative terms





CONFIDENTIAL
Confidential

JEFF00000924
WA-NSO-00067683

# EXHIBIT 25

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

CONFIDENTIAL



# Q Technologies
## Lender Presentation

**MARCH 2017**

# Sponsor Overview



## Background

- Founded in 1999, Francisco Partners ("FP") is a leading global private equity firm focused exclusively on investments in technology and technology-enabled services businesses

- Francisco Partners has a long track record of instituting operational changes to drive value in high IP, market-leading software companies

- Focus on transaction values ranging from $50 million to over $2 billion across a wide range of transaction types
  - Extensive experience in the security software space, including companies with operations in Israel

- Over $10 billion in capital commitments raised across five funds

- Completed more than 175 transactions across portfolio companies and follow-on acquisitions

## Representative Investments

      

      

      

10

JEFF00007370
WA-NSO-00067818

# Francisco Partners continues to play an integral role in Q's development

■ Under the stewardship of Francisco Partners, Q has benefited from a number of strategic, operational and leadership initiatives

## Initiatives Undertaken to Build the Platform (2014-2016)

- ■ Expanded senior management team with newly appointed CEO, CFO, Head of Sales, General Counsel, Head of HR, and Head of Services
- ■ Established formal ethics committee, created a U.S. advisory board and strengthened FCPA policies
- ■ Consolidated sales team and process into its current organized structure
- ■ Diversified revenue through development of more products and focusing on more geographies
- ■ Increased focus on recurring revenue via maintenance and term license contracts
- ■ Significantly enhanced security through investment in the Company's network infrastructure and education and training of employees
- ■ Instituted formal business practices including quarterly reporting and annual budgeting

## Initiatives Undertaken for Further Growth (2017+)

- ■ Expanding sales force to begin proactively marketing new and existing products
- ■ Opened new sales office in the U.S. to drive efforts to penetrate the U.S. market
- ■ Identifying and evaluating new add-on and strategic M&A opportunities
- ■ Focusing on alternative use cases for the product, e.g., prisons, border control, etc.
- ■ Launching new products that significantly expand the total addressable market

**Francisco Partners has created significant value for Q since its investment in 2014 and remains committed to the Company's long-term success**

11

CONFIDENTIAL
Confidential

JEFF00007371
WA-NSO-00067819



# Company Introduction

JEFF00007372
WA-NSO-00067820

# EXHIBIT 28

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

| | |
|---|---|
| **From**: | ryanzinke [ryanzinke@yahoo.com] |
| **Sent**: | 25/07/2019 14:27:37 |
| **To**: | Dan Ben Dov [/o=First Organization/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e7816e4eda84407fa71cc231f7d367a3-Dan B]; Tomer Timor [/o=First Organization/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d550c13d0f684983b5fac075c4f4353e-Tomer]; Terry DiVittorio [/o=First Organization/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=af4a09b7acab481184e2cde2bcea1e82-Terry] |
| **Subject**: | Re: NSO-US Market |

Ben, I am delighted to hear from you. I am in the Eastern Med on a small boat until Aug 11. I would like to schedule a call as soon as we return and look forward to a discussion regarding how I can be helpful in expanding your business. All the best, Z

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Dan Ben Dov <DanB@NSOGROUP.COM>
Date: 7/25/19 16:58 (GMT+03:00)
To: ryanzinke@yahoo.com, Tomer Timor <TomerT@q.co>, Terry DiVittorio <TerryD@q.co>
Subject: NSO-US Market

Hey Ryan,

Good talking to you today my friend!
Following our WhatsApp correspondence and telephone call I would like to introduce to you Tomer Timor, NSO's VP for Strategic Markets and Terry DiVittorio, President of NSO office in the US.

!3

# EXHIBIT 35

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                      OAKLAND DIVISION

4    --------------------------------X

5    WHATSAPP INC.                    :

6    a Delaware corporation, and     :

7    META PLATFORMS INC.,            :

8    a Delaware Corporation          :

9                  Plaintiffs,       :

10         v.                        :    Case No.

11   NSO GROUP TECHNOLOGIES LTD.     :    4:19-cv-07123-PJH

12   and                            :

13   Q CYBER TECHNOLOGIES LTD.,      :

14               Defendants.         :

15   --------------------------------X

16

17            Deposition of SARIT BIZINSKY GIL

18                        LONDON

19            FRIDAY, SEPTEMBER 6TH, 2024

20                  8:19 A.M. BST

21

22      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 62

1 A. So sales are the sales reps that actually connect or try
2    to find those potential end users, potential agencies,
3    government agencies; and the presales are a team that
4    accompanies the sales whenever there is a demo to be
5    done to the potential customer.
6 Q. Got it. Once the contract is signed, then the customer
7    starts working with client executives, is that right?
8 A. Yes.
9 Q. Okay. Going on to the next page:
10     "Our sales force has expanded over time."
11     Do you see that?
12 A. Yes.
13 Q. Does this slide include resellers, finders, and agents,
14    do you remember?
15 A. No, it does not.
16 Q. It does not?
17 A. It includes only the sales reps of the company.
18 Q. Got it.
19     The next slide is "business partners overview". Do
20    you see that?
21 A. Yes.
22 Q. Does "business partners overview" include resellers,
23    agents, and finders?
24 A. This should include only agents and finders, because it
25    represents the commission that we paid.

Page 63

1 Q. So agents and finders would earn a commission but
2    resellers would not?
3 A. Resellers mark up our price. As I explained, we do the
4    deal with the reseller and then the reseller signs with
5    the end user.
6 Q. How -- as of May 2018, can you explain how defendants
7    accounted for reseller markups?
8 A. There is a limit of the markup that we sign them on the
9    reseller appointment letter, and -- yes.
10 Q. And if a reseller sold a product, let's say for
11    a million dollars, and got to keep 5 percent, would that
12    5 percent be a cost of the company? I am just trying to
13    understand how that factored into the company's overall
14    accounting.
15 A. No, so to explain you the difference between agent,
16    finders, and resellers, so if it is a deal of -- if we
17    do a deal directly with the end user, and the deal is on
18    1 million, and we pay 5 percent commission to the agent,
19    then the booking is 1 million and the net booking is
20    1 million minus 5 percent. While, if it is a deal with
21    a reseller, if the deal is 1 million, the booking and
22    net booking is 1 million, and, assuming this reseller
23    took 5 percent, it means that his agreement with the end
24    user was on 1.05, with the additional 5 percent.
25 Q. I understand.

Page 64

1 A. But for us it doesn't matter.
2 Q. And when a reseller sells for, let's say --
3    I understand.
4     So any additional income received by the reseller
5    would not be accounted for by defendants, is that right?
6 A. Yes.
7 Q. What about in the case of WestBridge, as of 2018? Did
8    WestBridge have its own books, so to speak?
9 MR. CRAIG: Objection. Foundation.
10 A. I don't know.
11 Q. Okay. But any booking that WestBridge did would be
12    included in the booking information that's -- the
13    defendants' booking information, right?
14 MR. CRAIG: Object to form.
15 A. I believe so, yes.
16 Q. Okay. But it would not be -- this slide on business
17    partners is just finders and agents, right?
18 A. Yes.
19 Q. Okay.
20     The next slide is -- I want it go forward to 737.
21 A. Okay.
22 Q. Is this what you were talking about when you talked
23    about the pipeline?
24 A. Yes.
25 Q. Okay. And the total -- I will just read from the slide.

Page 65

1     So under "pipeline process" it says:
2     "Total raw pipeline - scrubbed top to bottom
3    annually for quota/planning purposes though updated in
4    Salesforce codename on an ongoing basis."
5     Is that correct? Did I read that right?
6 A. Yes. It is mostly bottom up. But, yes.
7 Q. Okay.
8 A. It is the entire raw pipeline, like the entire
9    opportunities that we had at that particular time.
10 Q. So, you would know -- starting with the total raw
11    pipeline, you would know every potential customer that
12    might be in the pipeline?
13 A. Yes.
14 MR. CRAIG: Object to form.
15 Q. And all of those customers were in Salesforce, correct?
16 A. Yes.
17 Q. And this would include customers that were in
18    jurisdictions where you had resellers, or jurisdictions
19    where you had agents, and jurisdictions where you had
20    finders; it is everybody, right?
21 A. Yes. And also where we didn't have any of this.
22 Q. Got it.
23 A. Most of the deals were direct deals.
24 Q. Got it.
25     Then we go to qualify pipeline. Qualify pipeline

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

1    is:
2        "Opportunities that have been reviewed and discussed
3    with head of sales, and has a good probability of
4    happening within the year."
5        Is that right?
6 A. Yes.
7 Q. So some subset of the total raw pipeline is in the
8    qualified pipeline, right?
9 A. Yes.
10 Q. And that requires another review and discussion of, is
11    this potential customer -- does it have a good
12    probability of happening within the year, right?
13 A. Yes.
14 Q. So it is another check on are we likely to sell our
15    product into this market, right?
16 A. Yes.
17 Q. Okay. And then you have a third level, which is
18    internal target, and it says:
19        "On daily basis we monitor the opportunities and
20    split into high probability versus medium probability.
21    These are deals that can close within the year and which
22    sales team has as part of their 'commit'."
23        Did I read that right?
24 A. Yes.
25 Q. And this is a third level of review of a potential

Page 67

1    market.  Is it a potential market or a potential
2    customer, or both?
3 MR. CRAIG: Object to form.
4 A. It's the -- as it says here, it is the potential of all
5    the customers that can be potentially closed, or won,
6    within this particular year.
7 Q. So it could be multiple potential customers in the same
8    country?
9 A. Could be.
10 Q. Okay. Got it.  So when I talk about -- when this slide
11    says "internal target", it is a third level of review of
12    a potential customer in the country, right?
13 A. Again, sorry?
14 Q. It is the third level review.  It starts with the total
15    raw pipeline --
16 A. Yes.
17 Q. -- which you scrub annually.  Then it is the qualified
18    pipeline, which you review and discuss with the head of
19    sales.  And then it is the internal target.  So it is
20    the third level, right?
21 A. Yes.
22 Q. And this is monitored on a daily basis?
23 A. Yes.
24 Q. So you know every day exactly what customers and
25    geographies the company's targeting?

Page 68

1 A. Yes.
2 Q. Okay.  And this includes customers and geographies that
3    are being targeted by resellers?
4 A. Also by resellers, yes.
5 Q. Okay.  And is this a key piece of information for to you
6    keep as part of your job?
7 A. Yes.
8 Q. And it is accurate on a day to day basis?
9 A. Yes.
10 Q. And before any sale or contract can be entered into, it
11    is likely that it passes through this pipeline, right?
12 A. Yes.
13 Q. Are you aware of any customer not passing through this
14    pipeline?
15 A. No.  This is the way we monitor, and the way we monitor
16    the pipeline and assess each opportunity, if it can be
17    qualified and if it is in the, what is called here the
18    internal target, meaning that we believe we can close it
19    within the year.
20 Q. As of May 2018, how many people at defendants were
21    involved in this process of monitoring how customers
22    went through this pipeline?
23 MR. CRAIG: Objection.  May lack foundation.
24 A. How many people were monitoring it?
25 Q. Mm-hm.

Page 69

1 MR. CRAIG: Well, that's a different question.
2 A. So it is my team that was monitoring it.  And, as it is
3    written here, together with the head of sales in each
4    region -- because you do it on a region basis in order
5    to see the entire picture -- and together with the CBO,
6    of course.  So these are the people who are monitoring
7    it.
8 Q. So, if a customer was in the -- let's say had you
9    a potential customer in the United States.  They would
10    start in the total raw pipeline?
11 MR. CRAIG: Objection.  Foundation.
12 A. Yes.
13 Q. And then that would be scrubbed, top to bottom, for
14    quota or planning purposes.  So that's the first step
15    for that customer, right?
16 MR. CRAIG: Objection.  Vague.
17 A. What do you mean?
18 Q. Well, we talked about the process that you did to create
19    the total raw pipeline.  That same process would apply
20    to a potential law enforcement customer in the
21    United States?
22 MR. CRAIG: Same objection.
23 A. Yes.
24 Q. And then they would go in to the qualified pipeline, so
25    they would be reviewed and discussed with the head of

18 (Pages 66 - 69)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 86

1 agencies?
2 MR. CRAIG: Hold on.
3     Yeah, I don't think you can answer that without
4   revealing information about a customer.
5 A. Okay. I cannot answer.
6 Q. Do you know -- you know that Mr. Shohat was deposed,
7   correct?
8 A. Yes.
9 Q. You know that, in Mr. Shohat's deposition, he told us
10   that the FBI was a customer of defendants?
11 MR. AKROTIRIANAKIS: That's not true. We can look at the
12   transcript if you want.
13 MR. MARZORATI: Okay. We can skip this.
14 By Mr. Marzorati:
15 Q. Throughout 2018 and 2019 you were in your role as VP of
16   global business operations, correct?
17 A. Again, when?
18 Q. In 2018 and 2019 you were director of --
19 A. Director.
20 Q. Okay. And that involved an understanding of defendants'
21   products generally, right?
22 A. As I said before, only to the extent of, as I said,
23   covert vectors, and triggered vectors.
24 Q. And you remained generally aware that there were
25   different vectors for products?

Page 87

1 A. Yes.
2 Q. Yes. Do you remember hearing about a breakthrough in
3   installation vectors in 2018 or 2019? That the company
4   had a breakthrough?
5 MR. CRAIG: Objection. Vague.
6 A. Yeah, what do you mean by breakthrough?
7 Q. Do you remember hearing about any breakthrough with
8   respect to an installation vector?
9 MR. CRAIG: Objection. Vague.
10 A. I don't remember.
11 Q. Okay. Are you aware that defendants developed a zero
12   click vector for Android in early 2018?
13 A. Yes.
14 Q. Okay, and you are aware that's sometimes referred to
15   internally as Hummingbird?
16 A. Yes.
17 Q. Okay. And that there is an installation vector called
18   Heaven? Are you aware that defendants developed an
19   installation vector called Heaven in early 2018?
20 A. I heard the name.
21 Q. Do you know how Heaven worked?
22 A. No.
23 Q. Did you know that it used WhatsApp?
24 A. No.
25 Q. Okay. Did the development of an installation vector, of

Page 88

1 a zero click vector, have any impact on defendants'
2   forecasts?
3 A. Again, sorry?
4 Q. Did the development of this zero click vector for
5   Android in early 2018 have any impact on defendants'
6   forecasts?
7 MR. CRAIG: Object to form.
8 A. Err, not necessarily.
9 Q. What do you mean "not necessarily"?
10 A. It means that I cannot say that we sold more or less
11   because of these specific vectors.
12 Q. My question wasn't about sales, it was about -- I wanted
13   to first talk about forecasts.
14 A. Yes, but ...
15 Q. Same answer?
16 A. Yeah.
17 Q. Did you make any changes to the forecast as a result of
18   the vector?
19 A. No.
20 Q. Did you understand, in December 2018, that Heaven
21   stopped working?
22 A. I don't know.
23 Q. You don't know or you don't remember?
24 A. Um, I don't remember.
25 Q. Okay. Have you ever heard of an installation vector

Page 89

1 referred to as Eden, or Eden?
2 A. Yes.
3 Q. What's your understanding of Eden?
4 A. Again, another covert Android vector.
5 Q. Okay.
6 A. From my perspective.
7 Q. And who told you about Eden?
8 MR. CRAIG: Object to form.
9 A. No one in particular. I mean, the name was used in the
10   company, so I heard the name. But, from a sales
11   perspective, we call it "covert Android" or
12   "Hummingbird", which was the name towards customers for
13   covert -- of covert Android vectors. So we never used
14   these internal names.
15 Q. Okay.
16     I want to focus on 2017, which is the period when
17   you joined. Did defendants tell customers that they had
18   a covert vector for Android?
19 MR. CRAIG: Objection. Calls for speculation.
20 A. Again, what was the question?
21 Q. In 2017 did defendants tell their customers, or
22   potential customers, that there was a covert vector for
23   Android?
24 A. I don't know.
25 Q. Okay. Do you remember that being used in internal

23 (Pages 86 - 89)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 90

1  materials?
2  MR. CRAIG: Objection. Vague.
3  A. I don't know.
4  Q. Did you ever talk to customers?
5  A. Um, not about that.
6  Q. Okay. What would you talk to them about?
7  A. I am not sure I can say.
8  Q. Are you not allowed to say under Israeli law?
9  A. Yes.
10  (Exhibit 2003          marked for identification)
11  Q. Okay. I want to show you a document that has previously
12    been marked as exhibit 2003.
13  MR. CRAIG: Thank you.
14  Q. And for the record, this is a document with Bates stamp
15    DIVITTORIO_WhatsApp_00000058. I will represent to you
16    that this is the way that WhatsApp messages are produced
17    in litigation.
18  A. Okay.
19  Q. So this is a WhatsApp message.
20  A. Okay.
21  Q. And I will let you read the document, but I want to give
22    you a flag on the first message, which is -- this is the
23    way the document was produced to us by your lawyers, but
24    I understand, knowing no Hebrew myself, that --
25  A. Yes, it is like --

Page 91

1  Q. -- it may be difficult to read.
2  A. Yes, it is difficult to read.
3  Q. Okay.
4      The first name under "other recipients", at the top,
5    is that you and your WhatsApp number?
6  MR. CRAIG: Objection. Vague.
7  A. Yeah, I can see my number and my name.
8  Q. ████████████?
9  A. Yes.
10  Q. Okay. Do you use that WhatsApp number for work
11    purposes?
12  A. Yes.
13  Q. Okay.
14  MR. CRAIG: Sorry, Luca, I just want to note here for the
15    record, again, that we are continuing to designate this
16    transcript highly confidential, attorneys' eyes only.
17    Especially in light of now containing her personal phone
18    number.
19  Q. Okay.
20      Do you have another WhatsApp account that you use
21    for personal or do you have just one WhatsApp account?
22  A. Should I answer?
23  MR. CRAIG: Yes.
24  A. I have only this one.
25  Q. Okay. Do you have the WhatsApp app on your phone?

Page 92

1  A. Yes.
2  Q. And you communicate with other people who work for
3    defendants via the WhatsApp app on your phone?
4  A. Yes.
5  Q. And you used the normal -- you downloaded it from the
6    App Store? Tell me how you got the WhatsApp app on your
7    phone?
8  A. It was so many years ago, I don't remember.
9  Q. Do you remember agreeing to the terms of service?
10  MR. CRAIG: Objection. Legal conclusion.
11  A. I don't think I read it.
12  Q. Okay. Whatever you needed to do to install it, you did
13    it?
14  A. Okay, yes.
15  Q. So this is a WhatsApp message that was sent to a group
16    of participants, including you, is that correct?
17  A. Yes. This is what I see, what I read here.
18  Q. And the date is January 31, 2019, right?
19  A. This is what I read.
20  Q. Okay, but you don't remember this WhatsApp message?
21  A. No.
22  Q. Okay. But you have no reason to doubt that you actually
23    received this message, right?
24  A. Yes.
25  Q. Okay. I understand that the first message is, in the

Page 93

1    way that your lawyers gave it to us, a little garbled.
2    But I am going to try to summarize what it says, and you
3    can tell me if that's kind of what it says, is that
4    alright?
5  MR. CRAIG: Well, you have a translator here that I think is
6    in a much better position to do that than the witness
7    is.
8  THE INTERPRETER: I can read it in the Hebrew.
9  MR. MARZORATI: Okay.
10  THE INTERPRETER: Okay.
11  A. Okay.
12  By Mr. Marzorati:
13  Q. Do you understand, generally, what this message means or
14    is it incomprehensible?
15  A. No, it is understandable.
16  Q. Great. This is announcing that the Eden installation
17    vector has been developed for Android, is that right?
18    Eden for Android?
19  MR. CRAIG: Objection to form.
20  A. This is what I read.
21  Q. Okay. And it was scheduled for deployment in
22    early February?
23  A. This is what I read here.
24  Q. And at the end of the message it says something like
25    "great success"?

24 (Pages 90 - 93)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 246

1    CERTIFICATE OF COURT REPORTER
2  I, CHRIS LANG, an Accredited Real-time Reporter, hereby
3  certify that the testimony of the witness SARIT GIL in the
4  foregoing transcript, taken on this 6TH day of SEPTEMBER,
5  2024 was recorded by me in machine shorthand and was
6  thereafter transcribed by me; and that the foregoing
7  transcript is a true and accurate verbatim record of the
8  said testimony.
9
10  I further certify that I am not a relative, employee,
11  counsel or financially involved with any of the parties to
12  the within cause, nor am I an employee or relative of any
13  counsel for the parties, nor am I in any way interested in
14  the outcome of the within cause.
15
16
17  Name:  CHRIS LANG
18  Date:  9/6/24
19
20
21
22
23
24
25

Page 248

1  WHATSAPP INC., et al. vs.
   NSO GROUP TECHNOLOGIES LTD. et al.
2  9/6/2024 - SARIT BIZINSKY GIL
3      E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  SARIT BIZINSKY GIL          Date
25

Page 247

1  WHATSAPP INC., et al. vs.
   NSO GROUP TECHNOLOGIES LTD. et al.
2  9/6/2024 - SARIT BIZINSKY GIL
3      ACKNOWLEDGEMENT OF DEPONENT
4  I, SARIT BIZINSKY GIL , do hereby declare that I
5  have read the foregoing transcript, I have made
6  any corrections, additions, or changes I deemed
7  necessary as noted on the Errata to be appended
8  hereto, and that the same is a true, correct and
9  complete transcript of the testimony given by me.
10
11  _____  _____
12  SARIT BIZINSKY GIL          Date
13  *If notary is required
14      SUBSCRIBED AND SWORN TO BEFORE ME THIS
15      _____ DAY OF _____, 20___.
16
17
18      _____
19      NOTARY PUBLIC
20
21
22
23
24
25

63 (Pages 246 - 248)

# EXHIBIT 37

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

Message

EXHIBIT
2050
9-17-24

| From: | Charles Fridrich [cfridrich@e-telsystems.com] |
| Sent: | 3/23/2017 7:18:49 PM |
| To: | Ed Allen [eallen@e-telsystems.com]; Chris Willingham [cwillingham@e-telsystems.com] |
| CC: | Barbara Burgess [bburgess@e-telsystems.com] |
| Subject: | RE: Westbridge IT |

Ed / Chris,

Need help quoting the 2 Dell server spec listed below, at your earliest possible convenience, please. If you have an alternative suggestions, let me know.

Thanks,

Chuck

**From:** Nir Rothenberg [mailto:NirR@nsogroup.com]
**Sent:** Tuesday, March 21, 2017 9:37 AM
**To:** Charles Fridrich <cfridrich@e-telsystems.com>; Oren Westbrg <oren@westbrg.com>
**Cc:** Yochanan Sharon <yochanans@nsogroup.com>; Valery Levchenko <ValeryL@nsogroup.com>; Alexey Baltacov <AlexeyB@nsogroup.com>; Lior Zagury <LiorZ@nsogroup.com>; 'Terry Divittorio' <TerryD@qtechnologies.com>; Josh Shaner <JoshS@nsogroup.com>
**Subject:** RE: Westbridge IT

Hi Charles,

In continuation to my e-mail from last night, I'd like to elaborate regarding the servers I mentioned. Please provide us with a quote for 2 servers containing the following specifications:

| Module | Description |
|---|---|
| **PowerEdge R730** | PowerEdge R730, Intel® Xeon® E-26XXv3 Processors |
| **Chassis Configuration** | Chassis with up to 12+4 LFF Hard Drives + 2 Cage OSD |
| **Processor** | **2x** Intel® Xeon® E5-2650v3 2.30GHz, 25M Cache, 9.6GT/s QPI, Turbo, HT, 10C, 105W, Max Mem 2133MHz |
| **Memory Capacity** | **256GB** 8x 32GB RDIMM, 2400MT/s, Low Volt, Dual Rank, x4 Data |
| **RAID Controller** | PERC H730 2GB Integrated RAID Controller |
| **Hard Drives** | **2x** 300GB 10K RPM SAS 12Gbps 2.5in HDD – for OS |
| | **12x** 4TB 7.2K RPM SATA 6Gbps 3.5in HDD – for Data & File |
| | Internal Dual SD Module 2x16GB SD Card – VM Hypervisor |
| **Select Network Adapter** | QLogic 57810 Dual Port 10Gb Base-T Network Adapter |
| **Systems Management** | iDRAC8 Enterprise |
| **Power Supply** | Dual, Hot-plug, Redundant Power Supply (1+1), 750W |
| **Warranty & Service** | 3Yr Basic Hardware Warranty Repair NBD Onsite |

Thanks,

Nir

CONFIDENTIAL

E-Tel0000086

**From:** Nir Rothenberg
**Sent:** Monday, March 20, 2017 11:21 PM
**To:** Charles Fridrich <cfridrich@e-telsystems.com>; Oren Westbrg <oren@westbrg.com>
**Cc:** Yochanan Sharon <yochanans@nsogroup.com>; Valery Levchenko <ValeryL@nsogroup.com>; Alexey Baltacov
<AlexeyB@nsogroup.com>; Lior Zagury <LiorZ@nsogroup.com>; 'Terry Divittorio' <TerryD@qtechnologies.com>; Josh
Shaner <JoshS@nsogroup.com>
**Subject:** Re: Westbridge IT

Hi Charles,

Thanks for the detailed response. We will definitely consider everything you suggested.

To answer your question, we are setting up a new separate network that will fit our corporate IT standards and will be managed by us.

Thus, although some of the equipment may be what you consider "overkill" for an office the size of Westbridge, it is still important for us to understand the financial implications of locally purchasing the equipment listed by us in the email sent by Oren.

That said, feel free to add qoutes for the alternative equipment you suggested as well, so that we will have all the information when we make our decision.

Thanks again and all the best,
Nir


------ Original message------
**From:** Charles Fridrich
**Date:** Mon, Mar 20, 2017 23:04
**To:** Oren Westbrg;
**Cc:** Yochanan Sharon;Valery Levchenko;Alexey Baltacov;Lior Zagury;Nir Rothenberg;'Terry Divittorio';Josh Shaner;
**Subject:**RE: Westbridge IT

Understood. Thanks Oren.
Before I start, I have a few questions. Is this going to be a completely separated network?
I ask because you've already got switches, firewall, and WiFi AP.

Granted, the firewall you have now is just a simple, small business, SonicWALL TZ300 and could use some beefing up.
Palo Alto is an excellent firewall/security option. Also consider, through your current internet provider, Fusion, you could
get an equivalent option with Fortinet. They offer a Fortinet NGFW/UTM, managed option. It can be managed by Fusion
entirely or by Westbridge IT staff.

You currently have an Avaya 9132 Wireless AP, which is a highly capable AP : Dual Radio, 802.11ac, 2x2 MIMO, Omni-
directional Antenna, with Integrated Wireless Controller.  If you need more coverage, you'd probably be better off just
getting a second Avaya 9132. The Aruba AP-225 is way overkill for your small office and environment.

The Junipers you looking at are very good mid-range enterprise switches too. You do currently have the Avaya ERS
3549GTS-Pwr+. I would recommend adding a second and stacking them. Or upgrading to the ERS 4800 or 4900 series
which are comparable, but I can deliver them at a much better price than I can the Junipers.


**From:** Oren Kaplan [mailto:oren@westbrg.com]
**Sent:** Monday, March 20, 2017 11:52 AM
**To:** Charles Fridrich <cfridrich@e-telsystems.com>
**Cc:** Yochanan Sharon <Yochanans@nsogroup.com>; Valery Levchenko <ValeryL@nsogroup.com>; Alexey Baltacov
<AlexeyB@nsogroup.com>; Lior Zagury <LiorZ@nsogroup.com>; Nir Rothenberg <NirR@nsogroup.com>; 'Terry

Divittorio' <TerryD@qtechnologies.com>; Josh Shaner <JoshS@nsogroup.com>
**Subject:** Westbridge IT

Chuck,

It is time to move to the second phase of our infrastructure need.

I have CC'ed our IT team and we are in need of a quote for the following equipment:

a.   2 servers: Dell r730 (like our ESXi servers but filled with disks)
b.   2 switches: Juniper 4300 POE 24 ports
c.   Firewall: 1 Palo Alto 220 POE
d.   1 Aruba 225 Wi-Fi access point


Thanks,

Oren


!3

E-Tel0000088

# EXHIBIT 38

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

EXHIBIT

205
9-17-24 SD

# Pitch: **Happy Flow**

Tuesday, August 11, 2015     1:19 PM

Good morning, today I'm goanna show you how our solution - "Pegasus", works.
Please feel free to stop me at any point and ask questions.

We are going to do **a live demo** on a live system and install agents on the devices I have here with me, which are equipped with a local SIM card.

< Show the devices >

< Pegasus - Home Screen >

This is Pegasus. I have the system installed on my laptop, while our serves are back in our home country.

This is the **home screen**. Our solution was developed by veterans of elite intelligence agencies and their work is displayed throughout the system and in the home screen as well.
Here we have the **10 last active devices** that communicated with our server. This is the first thing the operators sees when he logs into Pegasus, so they can know which agent recently sent new information and easily update each other while switching shifts.

On the left side of the screen we can see the **target list**. We classify the targets into 3 levels - The Group, The Target and The Agent:
The **Group** level represent the organization we want to track, for example I have created the group "Terror Group X" for us.
Under it we have the **Target**, which is the individual person we want to track. Let's say "Terrorist 1" .
Then we have the **Agents**,  which are the devices that are used by our target.

As you know many people use more than just one device. So if me target uses one device to send a message and another to make calls I can easily track all of his communications in one place.

< Show the device you're going to infect  >

First I'll demonstrate the installation on an **Android** device - A Galaxy S5 with a 4.4.2 operating system. Android hold about 80% of the market share in the smartphones market.
If you'd like we can start with another platform.

Now, let's say that I'm an operator in the operating room, and after months of search I finally found my target's phone number, and I want to install an agent on his smartphone and gather all of the information we talked about before. With Pegasus the number is all I need in order to infect the device.

I already created a Group and a Target and now I'll add a new Agent.

< Create a New Agent - "Device 1" >

This is the **installation screen**.

< Type in the device phone # and explain and place it by your computer >

CONFIDENTIAL

I'll type in my target's phone number, choose to extract the data from the device.

*< Click the "Extract Data" Button >*

And select the sending method OTA  (over-the-air), which as explained in the presentation, means the installation will be performed **remotely** and without any **engagement** with the target.

Prior to the installation I am going to perform a lookup called  **HLR lookup** which will provide me with information regarding the Country and the Network under which this <u>number</u> is registered.

We can see that this phone is from Israel and is using Orange as an operator. At this time I can also see if the target is **roaming** to a different network.

<u>This information helps the system and me as the operator to determined rather or not the target can be infected at this time.</u>

At this stage I can also get information about the last time the device was connected to the network. For example now I have an indication based on Whatsapp that he was last active on....

This enables me to know two things - First, that my target uses a smartphone, second that it is an active smartphone.

As we said our solution is a sophisticated sensor, but it goes hand in hand with good inelegance work. This information for example can help me, as an operator, to decide if now is the right moment to install the agent.

If, for example it is the middle of the night and I saw that my target was last active 3 hours ago I know it is probably a good time to Install my agent.

I talked a lot but all I really did was to type my target's phone number.

Now I'll simply press install and Pegasus will install the agent on the device, remotely without any engagement with the target.

< Place the device in the center of the table >

I'm going to place the phone in front of you, you don't have to touch it.

In a few seconds you will see a **quick blink** on the screen

< Press Install >

As I press install our servers will send the installation to the device through a chain of VPSs.

[First we install the BH and then the BH installs the agent on the device.]

The installation is totally silent and invisible and cannot be prevented by the target.

< Only after the blink >

This blink is <u>the only indication of the installation.</u>

Imagine you're the target and it's the middle of the night, the phone is placed on the night stand by your bed while you're asleep. The next morning you will wake up and you'd never know an Agent was installed on your device overnight.

At this point you are welcome to use the device, it works normally without a problem. You can send a message or make a phone call.

CONFIDENTIAL

From this moment on the target can't hide from us, we can track every move he makes.

*< Open the Log Screen >*

Under the **log screen**, I can monitor the progress of the installation. We can see that the device have browsed to our server.

*< Open the Installations Screen >*

The first piece of information we receive from the device is it's **user agent**. This is basically the device ID. We can see that our target is using an Samsung S5 device running an Android 4.4.2 OS, and that it browsed to us through chrome. The system uses this information to determine which Pegasus installation package to use.

*< Open the Log Screen >*

In the **background** the installation has progressed.

Once the Agent is installed information will be retrieved from the device, and we will see **little red dots** showing up on the feature panel at the top of the screen.

There are **two phases** of collecting data from the device:

1. The **initial dump** in which we're receiving everything there is on the device at the time of the installation.

2. The **monitoring phase** in which the agent sends any new piece of information that has been added to the device.

Now can you see the red dots starting to appear?

*< Draw attention to the feature panel >*

You can also see the counters increasing and counting the amount of information coming from the device.

**Now if you don't have any questions we can starts going through the different types of information the agent sent us:**

*< Open the Contacts Screen and Click on an interesting contact >*

Here we can see a list of all the contacts that were **synced by our target** on his device.

For each contact the agent retrieves all the information that was saved, from his full name and phone number to his address and email account.

As you can imagine, the contacts are practically **a gold mine** for intelligence agencies.

If you have the contact list of a central target you can easily, through the contacts list, find numbers of other targets and use Pegasus to track them as well.

For example if I suspect that Mr. X is the number 2 in the organization I can use this information to infect him separately with a different agent.

And thus in just a few clicks I can expand my hold of the organization.

*< Open the Messages Screen >*

Under the Messages screen we can see all the incoming and outgoing **Text** messages.

CONFIDENTIAL

WESTBRIDGE_WHATSAPP_00003699

In the case of an iPhone we would also see all the target's iMassages in this screen.

*< Present the device to the costumer >*

You are welcome to try and **send a SMS** and we'll see how it immediately gets into the system.

You can send it to yourself or to me.

In some cases, when the network is a bit slow,  we get an update of a sent SMS even before the other side does.

*< Open the Emails Screen and click on an email with an attachment >*

The next feature I want to show you is the Emails.

Here we have **Email** messages from all the email accounts that are synced with the device - from our target's Gmail, to his Office exchange mail.

*< Demonstrate on the email you clicked on >*

For each email massage we can see the folder under which it was saved, so we can even read through emails that were never sent.

I can read through each email and see to who it was sent to and the content of the email itself.

If an interesting email has an **attachment** we can retrieve it and it will be sent to a sandbox where we can read it.

[We don't automatically retrieve all the attachments as most of them are not relevant and will just overload the sending bandwidth.]

*< Open the IM Screen and click on an interesting conversation >*

Today going through a target's SMS massages is not even the tip of the iceberg of monitoring the target's communications.

Third party applications are getting more and more popular, and replace the regular text messaging and even phone calls. Think about how many IM you send ever day versus how many calls you make.

Our solution enables you to track all the popular IM applications, from WhatsApp to Viber, Kako Talk and Line. It provides you with access to all the **IM conversations** on the device, even to very secured application such as **Skype, BBM and Telegram** which are encrypted.

If you'll monitor the target from the air you'll not be able to read those conversations, but because our agent is installed on the device itself we don't need to deal with the encryption. The device will de-encrypted the information for us and we will see things as the target sees them.

We can see all the messages divided by apps and by conversations, and can easily read through the conversation as a hole.

Here you can see one conversation and read through it. If our target sent a voice recording message or a picture (like many of us do) it can also be retrieve from the DB.

*< Open the Call Log Screen and press Enable >*

On the **Call Log screen** we can see all the historical calls on the device, both in and out going. We even get indication of Skype and Viber calls.

CONFIDENTIAL

And from the point of installation forward we can record all the calls. Once a call is disconnected we can listen to it.

You are welcome to make a call and see how it works.

< Wait for the client to make a call >

In a few seconds we will see a new line at the top of the list with a green play button next to it.

< When the new call appears on the screen >

Now we can listen to the conversation.

< Playback the call to the client >

< Open the Calendar Screen >

As with the emails we have access to all of the **calendars** that are synced on the device.

< Open the Miscellanies Screen >

Additional technical information about the device can be found under the Miscellanies screen. For example:

- Historical WiFi networks, which gives us a list of all the WiFi network the device was connected to, their credentials and locations. This information can tell us where our target has been, in which hotel he spent the night and where he ate his dinner.

- Process List which give us an indication of any third party application our target uses and we didn't think of in advance. For example, if our target uses a new IM App we didn't knew about, the process list can helps us find it and we can access the phone DB to retrieve it's information.

- Browser history and passwords - we have access to all the URL's, user names and passwords the target has inserted on his browser.

- Key Logger - from the moment of installation anything the target types on his device, even without sending it to anyone will be by collected by our agent. Everything that is typed on the device is sent back to the server.

Up until now we've discussed all the information we automatically receive from the target from the moment of installation and through the monitoring phase.

Now I would like to show you some actions we can initiate in order to actively get more information from our agent, and turn the device into a spying tool.

< Open the Location Screen >

First is the target's location.

I can request a location sample and set the sampling rate. The agent will send me the exact GPS location of the target in that exact moment. Our agent is capable of collecting GPS location even if the location services on the device are disabled (the agent can secretly turn them on in order to perform the sample and then turn them off again).

If the GPS location is not available the agent would send us the cellular location.

[The agent uses the Cell IDs the device can transmit to and triangulates their locations to provide a

CONFIDENTIAL

more accurate location of the target.]

We can also use the location sampling to draw the route of the target's movement from one point to another and thus expands our operations opportunities.

*< Open the Camera Screen >*

Through the camera feature we can **make our target be our spy everywhere he goes**. We can activate both the front and the back cameras and take a snapshot without leaving any indication on the device - There is no flash or sound and the picture is not saved anywhere on the device.

We can also take a screenshot and see what's on the target's screen.

Let's say for example my target is holding is phone and talking to someone I can, in one click take a snapshot both of him, the person he is talking to and the device itself

*< Open the Tap Screen >*

So let's say that by now, we read our target's IM know he is planning to meet with his boss. We looked at his calendar and found out when and where they are going to meet, and all that's left is being able to be a fly on the wall during the meeting and listening to whatever is going on.

*< Start recording >*

For that end our solution includes the Tap feature.

This is a very sensitive feature. It requires the device to be on idle mode, so if you may please put it on idle. The reason for the idle mode is that we want to hide the feature and to make sure our target is not currently using the device.

With one click I can tap the device and hear everything in the target surroundings.

In a few seconds we're going to hear me in a very bad eco.

We can listen to the Tap the recording live, or we can listen to it offline.  We can even export the audio file and further analyze it in any other system.

*< Open the Information screen >*

Just another thing I wanted to show you, is that under the **device information** we can see:

- The device **current data connection**, which tells us if the device uses WiFi or 3G and can help us decide when to send information from the agent to our server.

- The **battery usage** status - which can alert us if the battery is low and we are going to lose track of our target.

- The **SIM cards history** of the device - the agent sits on the device and enable us to track any SIM change, we will see the targets new phone number.

So far we have seen how much information we can collect from one demo device with only X contacts and Y messages. But as you know we all have much more information on our devices. In order to help operators to get to the crucial information first our solution includes the **Rules & Alerts** feature.

This tool will save your organization time and money by identifying the crucial information arriving from the agent without the need to go through all the raw data.

*< Open the Rules & Alerts screen >*

CONFIDENTIAL

I'm going to show you some of the rules I can easily create.

For example we can set **a geo-fencing rule** which will send us an alert every time our target goes in or out of a curtain radios\zone. So if I want to know about every time my target comes and leaves the organization HQ I can set a geo-fencing rule. We will see those alerts on the right side of the screen.

We also have the ability to set a rule about the proximity between two targets.

Moreover, let's say I know that all the communications between my target and his boss are interesting to me, I can set a rule to receive an alert every time there is a new communication between them, rather it be via email, IM or a call.

*< stay on this screen and sum up >*

This was the main flow of our system.

If you have any questions I will gladly answer them at this point.

CONFIDENTIAL

# Identities

Monday, August 17, 2015     5:34 PM

Galaxy S5:
Bettna Bianco
BettinaBianco78@gmail.com
BB3013demo
@BettinaBianco
August 10, 1978


iPhone 5S:
Mark Werner
markwerner78@gmail.com
MW2012demo
@Mark_Wer
August 10, 1978

CONFIDENTIAL     WESTBRIDGE_WHATSAPP_00003704

# Ideas

Tuesday, August 11, 2015     3:21 PM

- Film a full demo for training!
- Home Screen - Targets instead of Agents - More interesting for intelligence operator (maybe 2 versions - one with the Agents for people who will be incharge of the infection and another other with Targets)

CONFIDENTIAL

WESTBRIDGE_WHATSAPP_00003705

# EXHIBIT 39

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

EXHIBIT
2045

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Rev [K$] | Q3'2018 Rev [K$] | Q4'2018 Rev [K$] | Q1'2019 Rev [K$] | Q2'2019 Rev [K$] | Q3'2019 Rev [K$] | Q4'2019 Rev [K$] | Q1'2020 Rev [K$] | Q2'2020 Rev [K$] | Product | Total sum [K$] rel. rev. 2018 | Total sum [K$] rel. rev. 2019 | Total sum [K$] rel. rev. 2020 | Total sum [K$] rel. rev. within 29/04/2018- | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calc. rel. rev. 2018 | Final calc. rel. rev. 2019 [K$] | Final calc. rel. rev. 2020 | Final calc. rel. rev. 2018-2020 | Final rel. profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-01 | Maintenance | - | - | - | - | - | 78 | 79 | 82 | 81 | PGS | 0 | 0 | 90 | 90 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-01 | New Business | 1,376 | 81 | 81 | 81 | 80 | - | - | - | - | PGS | 70 | 124 | 0 | 194 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-02 | Maintenance | - | - | - | - | - | 30 | - | 395 | 395 | PGS | 0 | 0 | 434 | 434 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-02 | New Business | - | - | 5,651 | 392 | 396 | 400 | 361 | - | - | PGS | 0 | 605 | 0 | 605 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-03 | Maintenance | - | - | - | - | - | - | - | - | 328 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-03 | Maintenance | - | - | - | - | - | - | - | - | 787 | PGS | 0 | 0 | 346 | 346 | Contract - included GBO - missing details | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 39.30 | 39.30 | - |
| Acc-03 | Maintenance | - | - | - | - | - | - | - | - | 852 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-03 | Maintenance | - | - | - | - | 384 | 588 | 588 | 582 | 192 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-03 | Maintenance | - | - | - | - | 921 | 1,412 | 1,412 | 1,396 | 460 | PGS | 0 | 496 | 1123 | 1,619 | Contract - included GBO - missing details | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | 56.33 | 127.60 | 183.93 | 0.51 |
| Acc-03 | Maintenance | - | - | - | - | 997 | 1,529 | 1,529 | 1,513 | 499 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-03 | Maintenance | 208 | - | - | - | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-03 | Maintenance | 385 | 590 | 590 | 577 | 192 | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-03 | Maintenance | 500 | - | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-03 | Maintenance | 542 | - | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-03 | Maintenance | 934 | 1,400 | 1,400 | 1,400 | 466 | - | - | - | - | PGS | 1202 | 1651 | 0 | 2,853 | Contract - included GBO - missing details | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 136.61 | 187.60 | - | 324.22 | 1.69 |
| Acc-03 | Maintenance | 1,000 | 1,533 | 1,533 | 1,500 | 500 | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-03 | Upsell | - | - | - | - | 6,139 | 361 | - | - | - | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Maintenance | - | - | - | - | - | - | - | 271 | 274 | LDM - Vole | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Maintenance | - | - | - | - | - | - | - | 2,712 | 2,742 | PGS | 0 | 0 | 2994 | 2,994 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | (blank) | 0.14 | 0.45 | - | - | 190.52 | 190.52 | - |
| Acc-04 | Maintenance | - | - | - | - | - | 92 | 290 | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Maintenance | - | - | - | - | - | 105 | 332 | - | - | LDM - Vole | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Maintenance | - | - | - | 3,016 | 3,084 | 3,117 | 3,117 | - | - | PGS | 0 | 4676 | 0 | 4,676 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | (blank) | 0.12 | 0.45 | - | 255.06 | - | 255.06 | 2.30 |
| Acc-04 | Maintenance | 3,750 | 3,750 | 3,750 | - | - | - | - | - | - | PGS | 3220 | 0 | 0 | 3,220 | Contract=GBO | Yes | Yes | No | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Recurring License | - | - | - | - | - | - | - | - | 285 | HERMES | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Recurring License | - | - | - | - | - | - | - | 2,637 | 418 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Recurring License | - | - | 3,272 | 521 | 527 | 527 | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Recurring License | 1,625 | 1,625 | 1,625 | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 [K$] | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-04 | Upsell | - | - | - | - | - | - | - | 1,004 | 1,015 | PGS | 0 | 0 | 1108 | 1,108 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-04 | Upsell | - | - | - | 5,070 | - | 337 | 357 | - | 357 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Upsell | - | - | 6,910 | 436 | 441 | 213 | - | - | - | LDM - Vole | 0 | 0 | 0 | 0 | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-04 | Upsell | - | 5,680 | 389 | 381 | 385 | 165 | - | - | - | PGS | 334 | 588 | 0 | 922 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | (blank) | 1 | 1.00 | 334.23 | 588.08 | - | 922.31 | 5.29 |
| Acc-05 | Recurring License | - | - | - | - | - | - | - | 293 | 129 | LDM | 0 | 0 | 0 | 0 | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-05 | Recurring License | - | - | - | - | - | - | - | 880 | 386 | PGS | 0 | 0 | 750 | 750 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | Yes | 0.5 | 1.00 | - | - | 375.13 | 375.13 | - |
| Acc-05 | Recurring License | - | - | - | 136 | 64 | - | - | - | - | PGS | 0 | 170 | 0 | 170 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | Yes | 0.5 | 1.00 | - | 85.17 | - | 85.17 | 0.77 |
| Acc-05 | Recurring License | - | - | - | 142 | 29 | 29 | - | - | - | PIX | 0 | 0 | 0 | 0 | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-05 | Recurring License | - | - | - | 204 | 96 | - | - | - | - | PIX | 0 | 0 | 0 | 0 | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-05 | Recurring License | - | - | - | 1,231 | 308 | 262 | - | - | - | PGS | 0 | 1396 | 0 | 1,396 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | Yes | 0.28 | 1.00 | - | 390.94 | - | 390.94 | 3.52 |
| Acc-06 | Maintenance | - | - | - | - | - | - | - | - | 94 | PIX | 0 | 0 | 0 | 0 | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-06 | Maintenance | - | - | - | - | - | - | - | - | 155 | PGS | 0 | 0 | 68 | 68 | Contract=GBO | Yes | No | No | No | 0 | - | - | - | - | - | - |
| Acc-06 | Maintenance | - | - | - | - | - | - | - | 31 | 31 | PGS | 0 | 0 | 34 | 34 | Contract=GBO | Yes | Yes | Yes | No | 0.25 | 0.45 | - | - | 3.87 | 3.87 | - |
| Acc-06 | Maintenance | - | - | - | - | - | - | - | 82 | 83 | PGS | 0 | 0 | 90 | 90 | Contract=GBO | No | Yes | No | No | 0 | - | - | - | - | - | - |
| Acc-06 | Maintenance | - | - | - | - | 96 | 97 | 98 | 95 | - | PIX | 0 | 0 | 0 | 0 | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-06 | Maintenance | - | - | - | - | 158 | 160 | 161 | 157 | - | PGS | 0 | 85 | 103 | 188 | Contract=GBO | Yes | No | No | No | 0 | - | - | - | - | - | - |
| Acc-06 | New Business | 91 | 92 | 92 | 97 | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-06 | New Business | 150 | 151 | 151 | 159 | - | - | - | - | - | PGS | 130 | 159 | 0 | 289 | Contract=GBO | No | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-06 | Upsell | - | - | - | 314 | 23 | 24 | 24 | 22 | - | PIX - Carkit | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-06 | Upsell | - | - | - | 633 | 47 | 47 | 47 | 45 | 45 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-06 | Upsell | - | - | - | 1,154 | 86 | 86 | 86 | 83 | 83 | PGS | 0 | 1200 | 91 | 1,291 | Contract - included GBO - included & elaborated | No | Yes | No | Yes | 1 | 1.00 | - | 1,199.92 | 90.74 | 1,290.66 | 10.80 |
| Acc-06 | Upsell | - | - | - | 1,248 | 93 | 94 | 94 | 89 | 89 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-06 | Upsell | - | - | 82 | 6 | 6 | - | - | - | 6 | PGS | 70 | 9 | 6 | 86 | Contract=GBO | No | No | No | No | | - | - | - | - | - | - |
| Acc-06 | Upsell | - | 102 | 34 | 32 | 34 | 36 | 36 | - | - | PGS | 29 | 50 | 0 | 79 | Contract=GBO | (blank) | No | No | (blank) | | - | - | - | - | - | - |
| Acc-06 | Upsell | - | 269 | 91 | 84 | 90 | 96 | 96 | - | - | PGS | 78 | 132 | 0 | 211 | Contract=GBO | Yes | Yes | No | No | | - | - | - | - | - | - |
| Acc-06 | Upsell | 323 | 37 | 25 | 32 | 24 | 24 | 24 | 22 | 11 | PIX - Carkit | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| # | Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert deal portion | maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | Acc-07 | New Business | - | - | - | - | - | - | - | - | 5,124 | PGS | 0 | 0 | 0 | - | Contract - included GBO - included & elaborated | Yes | (blank) | Yes | Yes | 0.1575 | - | - | - | - | - | - |
| 61 | Acc-08 | Maintenance | 35 | 18 | 18 | 17 | 17 | 18 | 18 | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| 62 | Acc-08 | Maintenance | 127 | 128 | 128 | 126 | 127 | 128 | 128 | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| 63 | Acc-08 | New Business | - | - | - | - | 1,716 | - | 65 | 121 | 121 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| 64 | Acc-08 | New Business | - | 624 | 29 | 28 | 29 | 29 | 29 | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| 65 | Acc-08 | Upsell | - | - | - | - | 1,528 | 107 | 109 | 107 | 107 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| 66 | Acc-09 | Maintenance | - | (1) | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| 67 | Acc-09 | Maintenance | - | 112 | - | - | - | - | - | - | 112 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| 68 | Acc-10 | Maintenance | - | - | - | - | 564 | 1,103 | 1,092 | 1,092 | - | PGS | 0 | 0 | 1199 | 1,199 | Contract=GBO | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 136.30 | 136.30 | - |
| 69 | Acc-10 | Maintenance | - | 720 | 1,103 | 1,080 | 1,092 | 384 | - | - | - | PGS | 948 | 1667 | 0 | 2,615 | Contract=GBO | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 107.68 | 189.46 | - | 297.14 | 1.71 |
| 70 | Acc-10 | New Business | 1,092 | 372 | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| 71 | Acc-12 | New Business | 44 | 44 | 23 | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| 72 | Acc-13 | Maintenance | - | - | - | - | - | - | - | 71 | 72 | PGS | 0 | 0 | 78 | 78 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 8.91 | 8.91 | - |
| 73 | Acc-13 | Maintenance | - | - | - | - | 69 | 69 | 69 | 70 | - | PGS | 0 | 107 | 0 | 107 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | 12.12 | - | 12.12 | 0.11 |
| 74 | Acc-13 | Maintenance | 74 | 73 | 73 | - | - | - | - | - | - | PGS | 63 | 0 | 0 | 63 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 7.12 | - | - | 7.12 | - |
| 75 | Acc-14 | Maintenance | - | - | - | - | - | - | - | 24 | 75 | PGS | 0 | 0 | 49 | 49 | Contract - included GBO - missing details | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 5.54 | 5.54 | - |
| 76 | Acc-14 | Maintenance | - | - | - | 25 | 73 | 72 | 73 | 50 | - | PGS | 0 | 64 | 33 | 97 | Contract - included GBO - missing details | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | 7.26 | 3.75 | 11.01 | 0.07 |
| 77 | Acc-14 | Maintenance | 75 | 75 | 75 | 50 | - | - | - | - | - | PGS | 65 | 50 | 0 | 115 | Contract=GBO | Yes | Yes | No | Yes | 0 | (blank) | - | - | - | - | - |
| 78 | Acc-16 | Maintenance | - | - | - | - | - | - | - | 6 | 53 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| 79 | Acc-16 | Maintenance | - | - | - | - | - | - | - | 25 | 232 | Storm | 0 | 0 | 119 | 119 | Contract - included GBO - included & elaborated | (blank) | (blank) | (blank) | (blank) | 0.093 | 0.45 | - | - | 5.02 | 5.02 | - |
| 80 | Acc-16 | New Business | - | - | - | - | 787 | 58 | 55 | 56 | 46 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| 81 | Acc-16 | New Business | - | - | - | - | 3,450 | 253 | 242 | 243 | 204 | PGS | 0 | 3586 | 134 | 3,720 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.093 | 1.00 | - | 333.48 | 12.49 | 345.98 | 3.00 |
| 82 | Acc-16 | Upsell | - | - | - | - | - | - | - | - | 131 | PGS | 0 | 0 | 58 | 58 | Contract=GBO | No | No | No | No | 0 | (blank) | - | - | - | - | - |
| 83 | Acc-16 | Upsell | - | - | - | - | - | - | - | - | 963 | PGS | 0 | 0 | 423 | 423 | Contract=GBO | No | No | No | No | 0 | (blank) | - | - | - | - | - |
| 84 | Acc-16 | Upsell | - | - | - | - | - | - | - | - | 1,576 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018- | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 [K$] | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-16 | Upsell | | | | | | | 217 | 18 | 15 | Storm | 0 | 0 | 0 | 0 | (blank) | | | | | | | | | | | |
| Acc-16 | Upsell | | | | | | | 1,216 | 99 | 81 | PGS | 0 | 0 | 101 | 101 | Contract=GBO | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 25.22 | 25.22 | - |
| Acc-18 | New Business | | | | 3,120 | 217 | 222 | 222 | 219 | - | PGS | 0 | 3237 | 145 | 3,381 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | 809.21 | 36.16 | 845.37 | 7.28 |
| Acc-19 | New Business | | | | | | | | 4,594 | 319 | PGS | 0 | 0 | 4734 | 4,734 | Contract=GBO | No | Yes | No | Yes | 0 | | | | | | - |
| Acc-20 | Maintenance | 58 | 59 | 59 | 58 | 58 | 59 | 59 | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | 0 | | | | | | - |
| Acc-21 | Maintenance | | | | | | | | | 45 | PGS | 0 | 0 | 20 | 20 | Contract=GBO | Yes | Yes | No | Yes | 0 | | | | | | - |
| Acc-21 | Maintenance | | | | | | | 86 | 262 | 262 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | - |
| Acc-21 | Maintenance | | | | | | | 432 | 1,309 | 1,309 | PGS | 0 | 0 | 1438 | 1,438 | Contract - not definitive GBO - not included Escalated to full | Yes | Yes | Yes | Yes | 0.25 | 0.52 | - | - | 188.36 | 188.36 | - |
| Acc-21 | Maintenance | | | | 246 | 251 | 254 | 168 | | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | - |
| Acc-21 | Maintenance | | | | 1,228 | 1,255 | 1,269 | 841 | | - | PGS | 0 | 1904 | 0 | 1,904 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.52 | - | 249.30 | - | 249.30 | 2.24 |
| Acc-21 | Maintenance | 262 | 265 | 265 | | | | | | | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | - |
| Acc-21 | Maintenance | 1,311 | 1,326 | 1,326 | | | | | | | PGS | 1138 | 0 | 0 | 1,138 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.52 | 149.08 | - | - | 149.08 | - |
| Acc-21 | Upsell | | | | | 5,180 | 344 | 344 | 340 | 292 | PGS | 0 | 0 | 353 | 353 | Contract=GBO | Yes | Yes | No | Yes | 0 | | | | | | - |
| Acc-22 | Recurring License | 51 | 51 | 51 | 17 | | | | | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | | - |
| Acc-22 | Recurring License | 59 | 58 | 58 | 19 | | | | | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | | - |
| Acc-23 | New Business | | | | | | | 1,571 | 45 | 75 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | | - |
| Acc-23 | New Business | | | | | | | 6,283 | 287 | 473 | PGS | 0 | 0 | 397 | 397 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 99.27 | 99.27 | - |
| Acc-24 | Maintenance | 53 | 169 | 169 | 108 | | | | | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | | - |
| Acc-24 | Maintenance | 101 | | | | | | | | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | | - |
| Acc-25 | Recurring License | | | | | | | | | 287 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | | - |
| Acc-26 | Maintenance | | | | | | | 19 | 153 | 153 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | | - |
| Acc-26 | Maintenance | | | | | | | 19 | 153 | 153 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | | | | | | - |
| Acc-26 | Maintenance | | | | | | | 45 | 372 | 372 | PGS | 0 | 0 | 409 | 409 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.1 | 0.47 | - | - | 19.38 | 19.38 | - |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Rev [K$] | Q3'2018 Rev [K$] | Q4'2018 Rev [K$] | Q1'2019 Rev [K$] | Q2'2019 Rev [K$] | Q3'2019 Rev [K$] | Q4'2019 Rev [K$] | Q1'2020 Rev [K$] | Q2'2020 Rev [K$] | Product | Total sum [K$] relevant rev within 2018 | within 2019 | within 2020 | within 29/04/2018 - | Information source category | Covert iOS provided | Triggered iOS provided | Covert Android provided | Triggered Android provided | Covert Android deal portion | maintenance related portion | Final calc rel revenue 2018 | Final calc rel revenue [K$] 2019 | Final calc rel revenue 2020 | Final calc rel revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-26 | New Business | - | - | - | - | - | - | 2,727 | 157 | 157 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-26 | New Business | - | - | 899 | 60 | 60 | 60 | 25 | - | - | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-26 | New Business | - | - | 3,447 | 270 | 267 | 268 | 442 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-26 | New Business | - | - | 7,797 | 520 | 513 | 515 | 294 | - | - | PGS | 0 | 797 | 0 | 797 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.1 | 1.00 | 0.00 | 79.68 | - | 79.68 | 0.72 |
| Acc-27 | Maintenance | - | - | - | - | - | - | - | - | 188 | PGS | 0 | 0 | 83 | 83 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.141 | 0.45 | - | - | 5.30 | 5.30 | - |
| Acc-27 | New Business | - | - | - | 5,723 | 393 | 393 | 375 | - | 183 | PGS | 0 | 5723 | 327 | 6,051 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.141 | 1.00 | - | 806.95 | 46.17 | 853.13 | 7.26 |
| Acc-29 | New Business | - | - | - | - | - | - | 9,078 | 605 | 604 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-29 | New Business | - | - | - | - | - | - | 12,255 | 816 | 816 | PGS | 0 | 0 | 897 | 897 | Contract - missing information Escalated to full portfolio | | | | | 0.13 | 1.00 | - | - | 116.58 | 116.58 | - |
| Acc-31 | Maintenance | - | - | - | - | - | - | - | 25 | 327 | PGS | 0 | 0 | 160 | 160 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.16 | 0.45 | - | - | 11.66 | 11.66 | - |
| Acc-31 | Maintenance | - | - | - | - | - | - | - | 27 | 22 | PGS | 0 | 0 | 27 | 27 | Contract=GBO | Yes | Yes | Yes | No | 0 | - | - | - | - | - | - |
| Acc-31 | Maintenance | - | - | 24 | 348 | 329 | 329 | 278 | - | - | PGS | 0 | 212 | 183 | 395 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.16 | 0.45 | - | 15.39 | 13.33 | 28.72 | 0.14 |
| Acc-31 | New Business | 350 | 354 | 354 | 223 | - | - | - | - | - | PGS | 304 | 223 | 0 | 527 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.16 | 1.00 | 48.60 | 35.73 | - | 84.32 | 0.32 |
| Acc-31 | Upsell | - | - | - | - | - | - | - | - | 120 | PGS | 0 | 0 | 53 | 53 | (blank) | No | No | No | No | 0 | - | - | - | - | - | - |
| Acc-31 | Upsell | - | - | - | 333 | 25 | 33 | 33 | - | - | PGS | 0 | 346 | 0 | 346 | Contract=GBO | Yes | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-32 | New Business | - | - | - | 5,884 | 404 | 393 | 393 | - | - | PGS | 0 | 0 | 432 | 432 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.23 | 1.00 | - | - | 99.31 | 99.31 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 78 | PGS | 0 | 0 | 34 | 34 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 8.55 | 8.55 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 78 | PGS | 0 | 0 | 34 | 34 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 8.61 | 8.61 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 157 | PGS | 0 | 0 | 69 | 69 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 17.23 | 17.23 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | 75 | - | PGS | 0 | 0 | 49 | 49 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 12.35 | 12.35 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 76 | PGS | 0 | 0 | 50 | 50 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 12.55 | 12.55 | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | 2,874 | 199 | SPIDER | 0 | 0 | - | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 78 | PGS | 0 | 0 | - | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 78 | PGS | 0 | 0 | - | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-32 | Upsell | - | - | - | - | - | - | - | - | 153 | PGS | 0 | 0 | - | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |

|  |  |  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|---|---|
|  |  | 2018 | $ 3,900,371.07 | 0% | $ - |
|  |  | 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
|  |  | 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-32 | Upsell | - | - | - | - | 231 | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | - | - | - | - | 58 | 58 | PIX | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | - | - | - | - | 284 | 287 | PGS | 0 | 0 | 313 | 313 | Contract=GBO | No | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | - | - | 31 | 43 | 41 | 41 | LDM | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | - | - | 64 | 87 | 86 | 86 | LDM | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | 30 | 30 | 30 | 30 | - | - | PIX | 0 | 46 | 0 | 46 | Contract=GBO | No | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | 30 | 30 | 30 | 30 | - | - | PIX | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | - | 298 | 297 | 297 | 296 | - | - | PGS | 0 | 458 | 0 | 458 | Contract=GBO | No | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | 34 | 46 | 42 | 42 | 11 | - | - | LDM | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | - | 71 | 95 | 96 | 98 | 25 | - | - | LDM | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | 42 | 11 | - | - | - | - | - | - | LDM | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | 88 | 22 | - | - | - | - | - | - | LDM | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Maintenance | 313 | 313 | 313 | - | - | - | - | - | PGS | 268 | 0 | 0 | 268 | Contract=GBO | No | Yes | No | Yes | 0 | - | - | - | - | - | - |
| Acc-33 | Recurring License | - | - | - | - | - | - | 745 | 118 | PGS | 0 | 0 | 543 | 543 | Contract - included GBO - included & elaborated | Yes | No | Yes | No | 0.5 | 1.00 | - | - | 271.70 | 271.70 | - |
| Acc-33 | Recurring License | - | - | - | - | - | - | 745 | 118 | Storm | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Recurring License | - | - | 264 | 299 | 285 | 286 | - | - | PGS | 0 | 425 | 0 | 425 | Contract - included GBO - included & elaborated | Yes | No | Yes | No | 0.5 | 1.00 | - | 212.74 | - | 212.74 | 1.91 |
| Acc-33 | Recurring License | - | - | 278 | 281 | 281 | 280 | - | - | Storm | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-33 | Recurring License | - | 712 | 676 | - | - | - | - | - | PGS | 580 | 0 | 0 | 580 | Contract - included GBO - included & elaborated | Yes | No | Yes | No | 0.5 | 1.00 | 290.08 | - | - | 290.08 | - |
| Acc-33 | Upsell | 31 | 32 | 31 | - | - | - | - | - | PGS | 27 | 0 | 0 | 27 | Contract=GBO | Yes | Yes | No | No | 0 | - | - | - | - | - | - |
| Acc-33 | Upsell | 31 | 32 | 31 | - | - | - | - | - | PIX | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-34 | Maintenance | - | - | - | - | - | - | 285 | 100 | LDM | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-34 | New Business | - | - | - | 558 | 400 | 150 | 65 | - | LDM | 0 | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-34 | New Business | 281 | 284 | 284 | 86 | - | - | - | - | PGS | 244 | 86 | 0 | 330 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 1.00 | 60.88 | 21.58 | - | 82.45 | 0.19 |
| Acc-37 | New Business | - | 692 | 57 | 67 | 68 | 68 | 68 | 68 | Momento | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-37 | New Business | - | 2,220 | 184 | 215 | 217 | 220 | 220 | 217 | 217 PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-38 | New Business | - | 692 | 57 | 67 | 68 | 68 | 68 | 68 | 68 Momento | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 [K$] | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-38 | New Business | | 2,220 | 184 | 215 | 217 | 220 | 220 | 217 | 217 | PIX | 0 | 0 | 0 | 0 | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-39 | Maintenance | - | - | - | - | - | - | - | 42 | 158 | PGS | 0 | 0 | 97 | 97 | Contract - included GBO - included & elaborated | No | No | Yes | Yes | 0.072 | 0.45 | - | - | 3.18 | 3.18 | - |
| Acc-39 | New Business | - | - | - | 5,502 | 384 | 388 | 388 | 338 | - | PGS | 0 | 5709 | 223 | 5,931 | Contract - included GBO - included & elaborated | No | No | Yes | Yes | 0.072 | 1.00 | - | 411.04 | 16.02 | 427.07 | 3.70 |
| Acc-40 | Maintenance | - | - | - | - | - | - | - | - | 352 | PGS | 0 | 0 | 155 | 155 | Contract - not definitive GBO - not included Escalated to full portfolio | No | No | Yes | Yes | 0.5 | 0.55 | - | - | 42.24 | 42.24 | - |
| Acc-40 | Maintenance | - | - | - | - | 720 | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-40 | Maintenance | - | - | - | - | 720 | - | - | - | - | PGS | 0 | 388 | 0 | 388 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.55 | - | 52.90 | - | 52.90 | 0.48 |
| Acc-40 | Maintenance | - | 1,011 | 759 | - | - | - | - | - | - | PGS | 651 | 0 | 0 | 651 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.55 | 88.82 | - | - | 88.82 | - |
| Acc-40 | New Business | 479 | - | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-40 | Recurring License | - | - | - | - | - | - | - | - | 707 | PGS | 0 | 0 | 311 | 311 | Contract - not definitive GBO - not included Escalated to full portfolio | No | Yes | No | Yes | 0 | | - | - | - | - | - |
| Acc-41 | New Business | - | - | - | - | 5,863 | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-43 | Maintenance | - | - | - | - | - | - | - | 3 | 4 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-43 | Maintenance | - | - | - | - | - | - | - | 50 | 70 | PGS | 0 | 0 | 64 | 64 | Contract=GBO | Yes | Yes | No | Yes | 0 | | - | - | - | - | - |
| Acc-43 | New Business | - | - | - | 86 | 4 | 3 | 5 | 1 | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-43 | New Business | - | - | - | 1,428 | 71 | 72 | 71 | 23 | - | PGS | 0 | 1466 | 15 | 1,482 | Contract=GBO | Yes | Yes | No | Yes | 0 | | - | - | - | - | - |
| Acc-43 | Upsell | - | - | - | - | - | - | - | 128 | 8 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | - | - |
| Acc-43 | Upsell | - | - | - | - | - | - | 2,040 | 128 | 128 | PGS | 0 | 0 | 140 | 140 | Contract=GBO | Yes | Yes | No | Yes | 0 | | - | - | - | - | - |
| Acc-44 | Maintenance | - | - | - | - | - | - | - | 370 | 374 | PGS | 0 | 0 | 408 | 408 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 46.39 | 46.39 | - |
| Acc-44 | Maintenance | - | - | - | - | 64 | 384 | 386 | - | - | PGS | 0 | 34 | 0 | 34 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | 3.92 | - | 3.92 | 0.04 |
| Acc-44 | Maintenance | - | - | - | 321 | 321 | - | - | - | - | PGS | 0 | 494 | 0 | 494 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | 56.09 | - | 56.09 | 0.50 |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2020 | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue [K$] 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-44 | Maintenance | - | - | 385 | - | - | - | - | - | - | PGS | 331 | 0 | 0 | 331 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 37.57 | - | - | 37.57 | |
| Acc-44 | New Business | 181 | - | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | |
| Acc-45 | Maintenance | - | - | - | - | - | - | - | 25 | 151 | PGS | 0 | 0 | 83 | 83 | Contract=GBO | No | Yes | No | Yes | 0 | | - | - | - | - | |
| Acc-45 | Maintenance | - | - | - | - | - | - | - | 85 | 85 | PGS | 0 | 0 | 93 | 93 | Contract - included GBO - included & elaborated | No | Yes | No | Yes | 0.5 | 0.45 | - | - | 21.19 | 21.19 | |
| Acc-45 | Maintenance | - | - | - | 42 | 63 | 60 | 60 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | |
| Acc-45 | Maintenance | - | - | 26 | 170 | 156 | 156 | 125 | - | - | PIX | 0 | 117 | 82 | 199 | Contract=GBO | No | No | No | Yes | 0 | | - | - | - | - | |
| Acc-45 | New Business | - | 990 | 63 | 63 | 63 | 21 | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | |
| Acc-45 | New Business | 162 | 164 | 164 | 128 | - | - | - | - | - | PGS | 141 | 128 | 0 | 268 | Contract=GBO | No | No | No | Yes | 0 | | - | - | - | - | |
| Acc-45 | Upsell | - | - | 1,585 | 109 | 121 | 112 | 97 | - | - | PGS | 0 | 174 | 0 | 174 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.5 | 1.00 | - | 87.14 | - | 87.14 | 0.78 |
| Acc-46 | Maintenance | - | - | - | - | - | - | 14 | 51 | 51 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | |
| Acc-46 | Maintenance | - | - | - | - | - | - | 56 | 202 | 202 | PGS | 0 | 0 | 222 | 222 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.2439 | 0.45 | - | - | 24.63 | 24.63 | |
| Acc-46 | New Business | - | - | 811 | 52 | 56 | 57 | 40 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | |
| Acc-46 | New Business | - | - | 3,244 | 209 | 224 | 226 | 164 | - | - | PGS | 3234 | 329 | 0 | 3,563 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.2439 | 1.00 | 788.69 | 80.31 | - | 869.00 | 0.72 |
| Acc-46 | Upsell | - | - | - | - | - | - | 63 | 4 | 4 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | | - | - | - | - | |
| Acc-46 | Upsell | - | - | - | - | - | - | 252 | 17 | 17 | PGS | 0 | 0 | 18 | 18 | Contract=GBO | No | No | No | Yes | 0 | | - | - | - | - | |
| Acc-47 | Maintenance | 346 | 173 | - | - | (64) | - | - | - | - | PGS | 0 | -34 | 0 | (34) | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | (3.89) | - | (3.89) | (0.04) |
| Acc-48 | Maintenance | - | - | - | - | - | - | 247 | 750 | - | PGS | 0 | 0 | 493 | 493 | BEC decision | Yes | Yes | Yes | Yes | 0.5 | 0.45 | - | - | 111.98 | 111.98 | |
| Acc-48 | Maintenance | - | - | 0 | 1,000 | 750 | 756 | 494 | - | - | PGS | 0 | 538 | 326 | 864 | BEC decision | Yes | No | Yes | Yes | 0.5 | 0.45 | - | 122.38 | 74.00 | 196.38 | 1.10 |
| Acc-48 | Maintenance | 1,531 | 765 | - | - | (282) | - | - | - | - | PGS | 0 | -152 | 0 | (152) | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | (17.23) | - | (17.23) | (0.16) |
| Acc-49 | Maintenance | 915 | 458 | - | - | (168) | - | - | - | - | PGS | 0 | -91 | 0 | (91) | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | (10.30) | - | (10.30) | (0.09) |

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-49 | New Business | - | 6,318 | 323 | 441 | 446 | 450 | 122 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-50 | New Business | - | - | - | - | - | - | - | 554 | 39 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-51 | Maintenance | - | - | 21 | 10 | 10 | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-51 | Maintenance | 10 | - | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-53 | Maintenance | 23 | 126 | 126 | 124 | (150) | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-54 | New Business | 65 | - | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-55 | Maintenance | 44 | 15 | - | - | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-56 | New Business | - | - | - | - | - | 4,509 | 208 | - | 431 | PGS | 0 | 0 | 326 | 326 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | - | - | 81.60 | 81.60 | - |
| Acc-57 | Maintenance | - | - | - | - | - | 15 | 75 | 74 | 74 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-57 | Maintenance | - | - | - | - | - | 52 | 250 | 247 | 247 | PGS | 0 | 0 | 271 | 271 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.154 | 0.45 | - | - | 18.99 | 18.99 | - |
| Acc-57 | Maintenance | - | - | - | - | - | 61 | 294 | 291 | 291 | PGS | 0 | 0 | 320 | 320 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.16949 | 0.45 | - | - | 24.66 | 24.66 | - |
| Acc-57 | Maintenance | - | 16 | 75 | 73 | 74 | 59 | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-57 | Maintenance | - | 52 | 250 | 245 | 248 | 196 | - | - | - | PGS | 215 | 378 | 0 | 593 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.154 | 0.45 | 15.04 | 26.46 | - | 41.50 | 0.24 |
| Acc-57 | New Business | 74 | 59 | - | - | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-57 | New Business | 248 | 196 | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-57 | Upsell | - | 4,754 | 295 | 289 | 292 | 270 | - | - | - | PGS | 254 | 446 | 0 | 700 | Contract - included GBO - included & elaborated | (blank) | (blank) | Yes | (blank) | 0.16949 | 1.00 | 42.97 | 75.61 | - | 118.58 | 0.68 |
| Acc-61 | Maintenance | - | - | - | - | - | 486 | 486 | - | 486 | PGS | 0 | 0 | 534 | 534 | Contract=GBO | Yes | Yes | No | Yes | | - | - | - | - | - | - |
| Acc-61 | Upsell | - | 11,296 | 493 | 482 | 488 | 241 | - | - | - | PGS | 423 | 745 | 0 | 1,168 | Contract=GBO | Yes | Yes | No | Yes | | (blank) | - | - | - | - | - |
| Acc-62 | New Business | - | 1,705 | 162 | 148 | 161 | 162 | 162 | 145 | 145 | PGS | 139 | 235 | 159 | 534 | Contract=GBO | Yes | Yes | No | (blank) | | | - | - | - | - | - |
| Acc-63 | Maintenance | - | - | - | - | - | - | 335 | 338 | - | PGS | 0 | 0 | 370 | 370 | Contract=GBO | Yes | Yes | Yes | | | 0 | - | - | - | - | - |
| Acc-63 | Maintenance | - | - | - | 343 | 352 | 356 | 356 | - | - | PGS | 0 | 0 | 532 | 532 | Contract=GBO | Yes | Yes | Yes | | | 0 | - | - | - | - | - |
| Acc-63 | New Business | 362 | 366 | 219 | - | - | - | - | - | - | PGS | 188 | 0 | 0 | 188 | Contract=GBO | Yes | Yes | Yes | | | 0 | - | - | - | - | - |
| Acc-66 | Maintenance | - | - | - | - | - | - | - | - | 45 | PGS | 0 | 0 | 20 | 20 | Contract=GBO | Yes | Yes | Yes | | 0.25 | 0.50 | - | - | 2.45 | 2.45 | - |
| Acc-66 | Maintenance | - | - | - | 44 | 454 | 454 | 449 | 399 | - | PGS | 0 | 24 | 471 | 495 | Contract=GBO | Yes | Yes | Yes | | 0.25 | 0.50 | - | 2.99 | 58.93 | 61.92 | 0.03 |

|  | Total relevant revenue [K$] | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-66 | New Business | 450 | 450 | 450 | 451 | 393 | - | - | - | - | PGS | 386 | 662 | 0 | 1,048 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 1.00 | 96.60 | 165.46 | - | 262.06 | 1.49 |
| Acc-66 | Upsell | - | - | - | - | - | - | - | 1,200 | 0 | HERMES | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-66 | Upsell | - | - | - | - | - | - | - | 1,200 | 0 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-66 | Upsell | - | - | - | - | - | - | - | 1,728 | - | Maestro | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-66 | Upsell | - | - | - | - | 5,618 | 344 | 344 | - | - | PGS | 0 | 0 | 378 | 378 | Contract=GBO | Yes | Yes | No | Yes | - | - | - | - | - | - | - |
| Acc-66 | Upsell | - | - | - | 4,578 | 282 | 279 | 279 | - | - | PGS | 0 | 0 | 307 | 307 | Contract=GBO | Yes | Yes | No | Yes | - | - | - | - | - | - | - |
| Acc-67 | Maintenance | - | - | - | 47 | 117 | 117 | 115 | 67 | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - | - |
| Acc-67 | Maintenance | - | - | - | 333 | 829 | 829 | 820 | 477 | - | PGS | 0 | 179 | 750 | 930 | Contract=GBO | (blank) | (blank) | No | (blank) | (blank) | - | - | - | - | - | - |
| Acc-67 | New Business | 1,836 | 117 | 117 | 114 | 67 | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-67 | New Business | 13,053 | 829 | 829 | 811 | 478 | - | - | - | - | LDM | 712 | 1068 | 0 | 1,780 | Contract=GBO | (blank) | (blank) | No | (blank) | (blank) | - | - | - | - | - | - |
| Acc-67 | Upsell | - | - | - | - | 2,990 | 418 | 188 | 188 | - | LDM - Vole | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-67 | Upsell | - | - | - | 6,360 | 332 | 189 | 402 | 401 | - | PGS | 0 | 0 | 441 | 441 | Contract=GBO | (blank) | (blank) | No | (blank) | (blank) | - | - | - | - | - | - |
| Acc-67 | Upsell | - | - | 2,635 | 164 | 166 | 167 | 119 | - | - | PIX - Carkit | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-68 | Maintenance | - | - | - | - | - | - | - | 7 | 21 | PGS | 0 | 0 | 14 | 14 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 1.58 | 1.58 | - |
| Acc-68 | Maintenance | - | - | - | 7 | 23 | 21 | 21 | 11 | - | PGS | 0 | 19 | 7 | 27 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | 2.19 | 0.85 | 3.04 | 0.02 |
| Acc-68 | Maintenance | 22 | 22 | 22 | 14 | - | - | - | - | - | PGS | 18 | 14 | 0 | 33 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 2.10 | 1.63 | - | 3.73 | 0.01 |
| Acc-69 | New Business | 7 | - | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-69 | Recurring License | - | - | - | - | - | - | - | 260 | 4 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-69 | Recurring License | - | - | - | - | - | - | - | 1,279 | 201 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-69 | Recurring License | - | - | - | 9 | 10 | 11 | 11 | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-69 | Recurring License | - | - | - | 150 | 176 | 174 | 178 | 27 | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-69 | Recurring License | - | - | - | 246 | 298 | 301 | 301 | 46 | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-69 | Recurring License | 10 | 11 | 11 | 2 | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-69 | Recurring License | 176 | 173 | 173 | 33 | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-69 | Recurring License | 298 | 301 | 301 | 46 | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-70 | Maintenance | - | - | - | - | - | - | - | - | 50 | Momento | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-70 | Maintenance | - | - | - | - | - | - | - | - | 388 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-70 | New Business | - | - | - | 755 | 53 | 54 | 54 | 53 | - | Momento | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-70 | New Business | - | - | - | 5,859 | 407 | 417 | 417 | 412 | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-70 | New Business | 88 | - | - | - | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-71 | Maintenance | - | - | - | - | - | - | 116 | 329 | 329 | PGS | 0 | 0 | 362 | 362 | Contract - included for GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.17 | 0.45 | - | - | 27.95 | 27.95 | - |
| Acc-71 | New Business | - | - | 4,796 | 333 | 330 | 332 | 209 | - | - | PGS | 4780 | 511 | 0 | 5,291 | Contract - included for GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.17 | 1.00 | 812.57 | 86.85 | - | 899.43 | 0.78 |
| Acc-72 | Maintenance | - | - | - | - | - | 58 | 110 | 110 | - | PGS | 0 | 0 | 121 | 121 | Contract - included for GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 13.70 | 13.70 | - |
| Acc-72 | Maintenance | - | - | - | - | 38 | 122 | 120 | 120 | - | PGS | 0 | 0 | 132 | 132 | Contract=GBO | No | Yes | No | No | 0 | - | - | - | - | - | - |
| Acc-72 | New Business | - | - | 1,618 | 109 | 110 | 111 | 52 | - | - | PGS | 1696 | 168 | 0 | 1,864 | Contract - included for GBO - included & elaborated | Yes | Yes | Yes | Yes | 0.25 | 1.00 | 424.01 | 42.01 | - | 466.02 | 0.38 |
| Acc-72 | New Business | 121 | 121 | 121 | 119 | 121 | 84 | - | - | - | PGS | 104 | 184 | 0 | 288 | Contract=GBO | No | Yes | No | No | 0 | - | - | - | - | - | - |
| Acc-72 | Upsell | - | - | - | - | - | 707 | 55 | 55 | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-72 | Upsell | - | - | - | - | - | 948 | 74 | 74 | - | PGS | 0 | 0 | 81 | 81 | Contract=GBO | No | Yes | No | (blank) | (blank) | - | - | - | - | - | - |
| Acc-73 | Maintenance | - | - | - | - | - | - | 110 | - | - | PGS | 0 | 0 | 72 | 72 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | - | - | 8.22 | 8.22 | - |
| Acc-73 | Maintenance | - | 154 | 51 | - | - | - | - | - | - | PGS | 44 | 0 | 0 | 44 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 5.01 | - | - | 5.01 | - |
| Acc-73 | New Business | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-73 | New Business | 20 | 20 | 20 | 22 | 20 | 21 | 20 | 22 | 22 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-74 | Maintenance | 62 | 302 | 239 | - | - | - | - | - | - | PGS | 206 | 0 | 0 | 206 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 0.25 | 0.45 | 23.36 | - | - | 23.36 | - |
| Acc-74 | Maintenance | 188 | - | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-74 | Maintenance | 263 | 266 | (113) | - | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-74 | Upsell | - | - | 2,958 | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | (blank) | 0.25 | - | - | - | - | - | - |
| Acc-74 | Upsell | - | - | 4,154 | - | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-74 | Upsell | 5 | 5 | 2 | - | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-74 | Upsell | 26 | 12 | - | - | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-75 | Maintenance | - | - | - | - | - | - | - | 30 | 130 | PGS | 0 | 0 | 77 | 77 | Contract - included for GBO - included & elaborated | No | Yes | Yes | Yes | 0.40984 | 0.45 | - | - | 14.36 | 14.36 | - |

| | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS provided | Covert Android provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue 2018 [K$] | Final calculation of relevant revenue 2019 [K$] | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-75 | Maintenance | - | - | - | - | - | 144 | 144 | 144 | - | PGS | 0 | 0 | 158 | 158 | Contract=GBO | (blank) | (blank) | No | (blank) | 0 | - | - | - | - | - | - |
| Acc-75 | Maintenance | - | - | - | - | - | 112 | 113 | 110 | 110 | PGS | 0 | 0 | 121 | 121 | Contract=GBO | (blank) | (blank) | No | (blank) | 0 | - | - | - | - | - | - |
| Acc-75 | Maintenance | - | - | 107 | 112 | 103 | 108 | - | - | - | PGS | 91 | 168 | 0 | 260 | Contract=GBO | (blank) | (blank) | No | (blank) | 0 | - | - | - | - | - | - |
| Acc-75 | Maintenance | - | 117 | 117 | 117 | 117 | - | - | - | - | PGS | 100 | 179 | 0 | 279 | Contract=GBO | (blank) | (blank) | No | (blank) | 0 | - | - | - | - | - | - |
| Acc-75 | Maintenance | 115 | - | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-75 | Upsell | - | - | - | - | 1,341 | 84 | 84 | - | - | Android | 0 | 0 | 93 | 93 | Contract=GBO | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-75 | Upsell | - | - | - | 630 | 44 | 43 | 43 | 32 | - | PGS | 0 | 653 | 21 | 674 | Contract - included GBO - included & elaborated | No | Yes | Yes | Yes | 0.40984 | 1.00 | - | 267.66 | 8.62 | 276.28 | 2.41 |
| Acc-75 | Upsell | - | - | 1,292 | 89 | 91 | 92 | 92 | - | - | PGS | 0 | 139 | 0 | 139 | Contract - included GBO - included & elaborated | No | Yes | Yes | Yes | 0.40984 | 1.00 | - | 56.77 | - | 56.77 | 0.51 |
| Acc-75 | Upsell | 44 | 44 | 44 | 46 | 44 | 45 | - | - | - | PGS | 38 | 70 | 0 | 107 | Contract=GBO | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-75 | Upsell | 107 | 71 | - | - | - | - | - | - | - | PGS | 0 | 0 | 0 | 0 | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-76 | Maintenance | - | - | - | - | - | - | - | 142 | 219 | PGS | 0 | 0 | 190 | 190 | Contract=GBO | No | Yes | No | Yes | - | - | - | - | - | - | - |
| Acc-76 | Upsell | - | - | - | 3,265 | 220 | 219 | 221 | 75 | - | PGS | 0 | 3383 | 49 | 3,433 | Contract=GBO | No | Yes | No | Yes | - | - | - | - | - | - | - |
| Acc-77 | New Business | - | - | - | - | - | - | - | 3,614 | 257 | Storm | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-77 | New Business | - | - | - | - | - | - | - | 4,422 | 315 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-77 | New Business | - | - | - | - | - | - | - | 7,441 | 530 | PGS | 0 | 0 | 7674 | 7,674 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 12% | 1.00 | - | - | 931.81 | 931.81 | - |
| Acc-78 | New Business | - | - | 270 | 7 | 8 | 8 | 7 | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-79 | Maintenance | - | - | - | - | - | - | - | 135 | 316 | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-79 | Maintenance | - | - | - | - | - | - | - | 2,002 | 4,671 | PGS | 0 | 0 | 3373 | 3,373 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 25% | 0.45 | - | - | 383.28 | 383.28 | - |
| Acc-79 | Upsell | - | - | - | - | 17,672 | 900 | 924 | 504 | - | PGS | 0 | 0 | 333 | 333 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 25% | 1.00 | - | - | 83.14 | 83.14 | - |
| Acc-80 | New Business | 225 | 227 | 227 | 220 | - | - | - | - | - | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-80 | New Business | 315 | 318 | 270 | - | - | - | - | - | - | PGS | 232 | 0 | 0 | 232 | Contract=GBO | (blank) | (blank) | No | (blank) | 0% | - | - | - | - | - | - |
| Acc-80 | New Business | 2,025 | 2,047 | 1,357 | - | - | - | - | - | - | PGS | 1166 | 0 | 0 | 1,166 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 25% | 1.00 | 291.40 | - | - | 291.40 | - |
| Acc-80 | New Business | 19,008 | 1,001 | 1,001 | 979 | 11 | - | - | - | - | PGS | 859 | 985 | 0 | 1,844 | Contract=GBO | (blank) | (blank) | No | (blank) | 0% | - | - | - | - | - | - |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2020 - | Information source category | Covert iOS was provided | Triggered iOS was provided | Covert Android was provided | Triggered Android was provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue 2018 | Final calculation of relevant revenue 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-81 | Maintenance | - | - | - | - | - | 46 | 140 | 140 | | PGS | 0 | 0 | 153 | 153 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 25% | 0.45 | - | - | 17.43 | 17.43 | - |
| Acc-81 | Maintenance | - | - | 233 | 142 | 140 | 44 | 1 | - | - | PGS | 200 | 217 | 0 | 418 | Contract - not definitive GBO - not included Escalated to full portfolio | Yes | Yes | Yes | Yes | 25% | 0.45 | 22.77 | 24.70 | - | 47.47 | 0.22 |
| Acc-82 | Maintenance | - | - | - | - | - | 26 | 213 | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-82 | New Business | - | - | 3,032 | 211 | 214 | 214 | 184 | - | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-83 | Maintenance | - | - | - | 50 | 38 | - | - | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-83 | Maintenance | - | - | 176 | 175 | 174 | 175 | | | | PGS | 0 | 270 | 0 | 270 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 25% | 0.45 | - | 30.73 | - | 30.73 | 0.28 |
| Acc-83 | Maintenance | - | - | 210 | 106 | 106 | - | - | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-83 | Maintenance | 116 | 117 | - | - | - | - | - | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-83 | Maintenance | 175 | 175 | 175 | 47 | - | - | - | | | PGS | 150 | 47 | 0 | 197 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 25% | 0.45 | 17.08 | 5.32 | - | 22.40 | 0.05 |
| Acc-83 | Upsell | 38 | 38 | 38 | 20 | - | - | - | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-84 | Maintenance | - | - | - | 107 | 43 | 21 | | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-84 | Recurring License | - | 187 | - | 374 | - | - | - | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-85 | New Business | - | - | - | 2,872 | 195 | 195 | 195 | | | PGS | 0 | 0 | 215 | 215 | Contract - missing information Escalated to full portfolio | Yes | Yes | Yes | Yes | 25% | 1.00 | - | - | 53.70 | 53.70 | - |
| Acc-86 | Recurring License | - | - | (212) | - | - | - | - | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-87 | New Business | - | - | - | 3,200 | 110 | 199 | - | | | PGS | 0 | 0 | 160 | 160 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 24% | 1.00 | - | - | 37.63 | 37.63 | - |
| Acc-87 | New Business | - | - | 1,760 | - | - | 60 | 110 | | | PIX | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-87 | New Business | - | - | - | 7,000 | - | 240 | 436 | | | PGS | 0 | 0 | 350 | 350 | Contract - included GBO - included & elaborated | Yes | Yes | Yes | Yes | 24% | 1.00 | - | - | 82.32 | 82.32 | - |
| Acc-87 | New Business | - | - | - | 4,800 | - | - | 164 | 299 | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-88 | Maintenance | - | - | - | - | 83 | - | - | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-88 | Maintenance | - | - | 41 | - | - | - | - | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-89 | Maintenance | 7 | - | - | - | - | - | - | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-89 | Upsell | 5 | - | - | - | - | - | - | | | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |

|  | Total relevant revenue $ | Company Yearly Profit | Total relevant profit $ |
|---|---|---|---|
| 2018 | $ 3,900,371.07 | 0% | $ - |
| 2019 | $ 7,161,342.17 | 0.9% | $ 64,452.08 |
| 2020 | $ 4,181,758.15 | 0% | $ - |

| Account No. | Deal Type | Q2'2018 Revenue [K$] | Q3'2018 Revenue [K$] | Q4'2018 Revenue [K$] | Q1'2019 Revenue [K$] | Q2'2019 Revenue [K$] | Q3'2019 Revenue [K$] | Q4'2019 Revenue [K$] | Q1'2020 Revenue [K$] | Q2'2020 Revenue [K$] | Product | Total sum [K$] for relevant revenue within 2018 | Total sum [K$] for relevant revenue within 2019 | Total sum [K$] for relevant revenue within 2020 | Total sum [K$] for relevant revenue within 29/04/2018 - | Information source category | Covert iOS was provided | Triggered iOS provided | Covert Android provided | Triggered Android provided | Covert Android deal portion | maintenance related portion | Final calculation of relevant revenue [K$] 2018 | Final calculation of relevant revenue [K$] 2019 | Final calculation of relevant revenue 2020 | Final calculation of relevant revenue 2018-2020 [K$] | Final relevant profit 2018-2020 [K$] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acc-90 | New Business | 194 | 196 | 196 | 94 | - | - | - | - | - | LDM | 0 | 0 | 0 | - | (blank) | (blank) | (blank) | (blank) | (blank) | (blank) | - | - | - | - | - | - |
| Acc-90 | New Business | 452 | 457 | 457 | 219 | - | - | - | - | - | PGS | 392 | 219 | 0 | 611 | Contract - not definitive / GBO - not included / Escalated to full portfolio | Yes | Yes | Yes | Yes | 25% | 1.00 | 98.10 | 54.64 | - | 152.74 | 0.49 |

# EXHIBIT 40

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

# Infrastructure Related to Exploit Targeting WA VOIP Vulnerability

**c2 servers believed to be used to deliver malicious payloads (malware)**

| | IP Address of C2 Server | ASN | Subnet | Provider | Country Location of Provider | Provider Full Name |
|---|---|---|---|---|---|---|
| 1 | ███████ | ███ | ██████ | GREENCLOUDVPS-AS | VN | 365 Online technology joint stock company, VN |
| 2 | | | | SNL | HK | HK Starry Network Limited, HK |
| 3 | | | | EXBCOID-AS | ID | AP PT. EXABYTES NETWORK INDONESIA, ID |
| 4 | | | | ASN-QUADRANET-GLOBAL | US | QuadraNet Enterprises LLC, US |
| 5 | | | | IOMART | GB | AS, GB |
| 6 | | | | UKSERVERS | GB | AS UK Dedicated Servers, Hosting and Co-Location, GB |
| 7 | | | | UKSERVERS | GB | AS UK Dedicated Servers, Hosting and Co-Location, GB |
| 8 | | | | UKSERVERS | GB | AS UK Dedicated Servers, Hosting and Co-Location, GB |
| 9 | | | | UKSERVERS | GB | AS UK Dedicated Servers, Hosting and Co-Location, GB |
| 10 | | | | PORTLANE | SE | www.portlane\.com, SE |
| 11 | | | | HZ-NL | GB | |

| 12 | ███ | ███ | WORLDSTREAM, | NL | |
|----|-----|-----|---------------|----|----|
| 13 | | | NET23 | HU | |
| 14 | | | NET23 | HU | |
| 15 | | | NET23 | HU | |
| 16 | | | NET23 | HU | |
| 17 | | | NET23 | HU | |
| 18 | | | NET23 | HU | |
| 19 | | | NET23 | HU | |
| 20 | | | NET23 | HU | |
| 21 | | | NET23 | HU | |
| 22 | | | HostSailer | AE | |
| 23 | | | YISP | NL | |
| 24 | | | YISP | NL | |
| 25 | | | YISP | NL | |
| 26 | | | HS | AE | |
| 27 | | | TTM | DE | |
| 28 | | | IOMART | GB | |
| 29 | | | IOMART | GB | |
| 30 | | | DATACLUB | LV | |
| 31 | | | HZ-NL | GB | |
| 32 | | | IOMART | GB | |
| 33 | | | AMAZON-02 | US | Amazon\.com, Inc., US |
| 34 | | | PORTLANE | SE | www.portlane\.com, SE |
| 35 | | | PORTLANE | SE | www.portlane\.com, SE |
| 36 | | | IOMART | GB | |
| 37 | | | IOMART | GB | |
| 38 | | | UKSERVERS | GB | AS UK Dedicated Servers, Hosting and Co-Location, GB |
| 39 | | | UKSERVERS | GB | AS UK Dedicated Servers, Hosting and Co-Location, GB |
| 40 | | | UKSERVERS | GB | AS UK Dedicated Servers, Hosting and Co-Location, GB |

Highly Confidential - Attorneys' Eyes Only

| 41 | ███████ ║ ████████ | | AS-CHOOPA | US | Choopa, LLC, US |

Passive DNS for ████████ showing NSO domains resolving to that IP:

| | A | B | C |
|---|---|---|---|
| 1 | **Domain** | **First Seen** | **Last Seen** |
| 2 | sip.q\.co | 2018-03-27 09 :19:49 | 2019-05-08 10 :31:54 |
| 3 | sip.nsogroup\.com | 2018-01-16 11 :10:46 | 2019-05-06 02 :49:09 |
| 4 | sip.qtechnologies\.com | 2018-10-03 21 :08:22 | 2019-05-03 20 :35:25 |
| 5 | access.nsogroup\.com | 2018-01-16 11 :10:46 | 2018-03-20 12 :59:47 |

resolve,firstSeen,lastSeen,source,tags
sip.q.co,2018-03-27 09:19:49,2019-05-08 10:31:54,kaspersky|pingly|riskiq,
sip.nsogroup.com,2018-01-16 11:10:46,2019-05-06 02:49:09,kaspersky|pingly|riskiq,
sip.qtechnologies.com,2018-10-03 21:08:22,2019-05-03 20:35:25,kaspersky|pingly|riskiq,
sip.2access.xyz,2018-10-05 23:34:30,2019-03-30 22:38:41,kaspersky|pingly|riskiq,
access.2access.co,2018-03-27 03:42:49,2019-01-04 02:32:18,kaspersky|pingly|riskiq,
ec2-████████eu-central-1.compute.amazonaws.com,2017-12-05 17:29:48,2019-01-03 09:53:35,riskiq,
access.nsogroup.com,2018-01-16 11:10:46,2018-03-20 12:59:47,pingly|riskiq,

## Attacker to Target Numbers

The following WA numbers appear to have been used by the attackers to send the first stage of the exploit to at least one individual in the United States and other individuals in multiple countries, including Mexico, Bahrain, Algeria, Morocco, India, Pakistan, Uzbekistan, and other locations.

| | Attacker Phone (Distinct) | Attacker Phone Locale | Total Attacker Phones/Locale |
|---|---|---|---|
| 1 | ████████ | Austria Europe | 2 |
| 2 | ████████ | Austria Europe | |

| 3 | ███████████ | Cyprus Asia | 56 |
| 4 | | Cyprus Asia | |
| 5 | | Cyprus Asia | |
| 6 | | Cyprus Asia | |
| 7 | | Cyprus Asia | |
| 8 | | Cyprus Asia | |
| 9 | | Cyprus Asia | |
| 10 | | Cyprus Asia | |
| 11 | | Cyprus Asia | |
| 12 | | Cyprus Asia | |
| 13 | | Cyprus Asia | |
| 14 | | Cyprus Asia | |
| 15 | | Cyprus Asia | |
| 16 | | Cyprus Asia | |
| 17 | | Cyprus Asia | |
| 18 | | Cyprus Asia | |
| 19 | | Cyprus Asia | |
| 20 | | Cyprus Asia | |
| 21 | | Cyprus Asia | |
| 22 | | Cyprus Asia | |
| 23 | | Cyprus Asia | |
| 24 | | Cyprus Asia | |
| 25 | | Cyprus Asia | |
| 26 | | Cyprus Asia | |
| 27 | | Cyprus Asia | |
| 28 | | Cyprus Asia | |
| 29 | | Cyprus Asia | |
| 30 | | Cyprus Asia | |
| 31 | | Cyprus Asia | |
| 32 | | Cyprus Asia | |
| 33 | | Cyprus Asia | |
| 34 | | Cyprus Asia | |

| 35 | ████████ | Cyprus Asia | |
|----|----------|-------------|---|
| 36 | | Cyprus Asia | |
| 37 | | Cyprus Asia | |
| 38 | | Cyprus Asia | |
| 39 | | Cyprus Asia | |
| 40 | | Cyprus Asia | |
| 41 | | Cyprus Asia | |
| 42 | | Cyprus Asia | |
| 43 | | Cyprus Asia | |
| 44 | | Cyprus Asia | |
| 45 | | Cyprus Asia | |
| 46 | | Cyprus Asia | |
| 47 | | Cyprus Asia | |
| 48 | | Cyprus Asia | |
| 49 | | Cyprus Asia | |
| 50 | | Cyprus Asia | |
| 51 | | Cyprus Asia | |
| 52 | | Cyprus Asia | |
| 53 | | Cyprus Asia | |
| 54 | | Cyprus Asia | |
| 55 | | Cyprus Asia | |
| 56 | | Cyprus Asia | |
| 57 | | Cyprus Asia | |
| 58 | | Cyprus Asia | |
| 59 | | Czech Republic Europe | 1 |
| 60 | | Indonesia Asia | 9 |
| 61 | | Indonesia Asia | |
| 62 | | Indonesia Asia | |
| 63 | | Indonesia Asia | |
| 64 | | Indonesia Asia | |
| 65 | | Indonesia Asia | |
| 66 | | Indonesia Asia | |

| 67 | ███████████ | | Indonesia Asia | |
|----|------------|---|----------------|---|
| 68 | | | Indonesia Asia | |
| 69 | | | Israel Asia | 1 |
| 70 | | | Netherlands Europe | 39 |
| 71 | | | Netherlands Europe | |
| 72 | | | Netherlands Europe | |
| 73 | | | Netherlands Europe | |
| 74 | | | Netherlands Europe | |
| 75 | | | Netherlands Europe | |
| 76 | | | Netherlands Europe | |
| 77 | | | Netherlands Europe | |
| 78 | | | Netherlands Europe | |
| 79 | | | Netherlands Europe | |
| 80 | | | Netherlands Europe | |
| 81 | | | Netherlands Europe | |
| 82 | | | Netherlands Europe | |
| 83 | | | Netherlands Europe | |
| 84 | | | Netherlands Europe | |
| 85 | | | Netherlands Europe | |
| 86 | | | Netherlands Europe | |
| 87 | | | Netherlands Europe | |
| 88 | | | Netherlands Europe | |
| 89 | | | Netherlands Europe | |
| 90 | | | Netherlands Europe | |
| 91 | | | Netherlands Europe | |
| 92 | | | Netherlands Europe | |
| 93 | | | Netherlands Europe | |
| 94 | | | Netherlands Europe | |
| 95 | | | Netherlands Europe | |
| 96 | | | Netherlands Europe | |
| 97 | | | Netherlands Europe | |
| 98 | | | Netherlands Europe | |

WA-NSO-00192012

| | | | |
|---|---|---|---|
| 99 | | Netherlands Europe | |
| 100 | | Netherlands Europe | |
| 101 | | Netherlands Europe | |
| 102 | | Netherlands Europe | |
| 103 | | Netherlands Europe | |
| 104 | | Netherlands Europe | |
| 105 | | Netherlands Europe | |
| 106 | | Netherlands Europe | |
| 107 | | Netherlands Europe | |
| 108 | | Netherlands Europe | |
| 109 | | South Africa Africa | 1 |
| 110 | | Sweden Europe | 60 |
| 111 | | Sweden Europe | |
| 112 | | Sweden Europe | |
| 113 | | Sweden Europe | |
| 114 | | Sweden Europe | |
| 115 | | Sweden Europe | |
| 116 | | Sweden Europe | |
| 117 | | Sweden Europe | |
| 118 | | Sweden Europe | |
| 119 | | Sweden Europe | |
| 120 | | Sweden Europe | |
| 121 | | Sweden Europe | |
| 122 | | Sweden Europe | |
| 123 | | Sweden Europe | |
| 124 | | Sweden Europe | |
| 125 | | Sweden Europe | |
| 126 | | Sweden Europe | |
| 127 | | Sweden Europe | |
| 128 | | Sweden Europe | |
| 129 | | Sweden Europe | |
| 130 | | Sweden Europe | |

WA-NSO-00192013

| 131 | ███████████ | Sweden Europe | |
|-----|-----|-----|-----|
| 132 | ███████████ | Sweden Europe | |
| 133 | ███████████ | Sweden Europe | |
| 134 | ███████████ | Sweden Europe | |
| 135 | ███████████ | Sweden Europe | |
| 136 | ███████████ | Sweden Europe | |
| 137 | ███████████ | Sweden Europe | |
| 138 | ███████████ | Sweden Europe | |
| 139 | ███████████ | Sweden Europe | |
| 140 | ███████████ | Sweden Europe | |
| 141 | ███████████ | Sweden Europe | |
| 142 | ███████████ | Sweden Europe | |
| 143 | ███████████ | Sweden Europe | |
| 144 | ███████████ | Sweden Europe | |
| 145 | ███████████ | Sweden Europe | |
| 146 | ███████████ | Sweden Europe | |
| 147 | ███████████ | Sweden Europe | |
| 148 | ███████████ | Sweden Europe | |
| 149 | ███████████ | Sweden Europe | |
| 150 | ███████████ | Sweden Europe | |
| 151 | ███████████ | Sweden Europe | |
| 152 | ███████████ | Sweden Europe | |
| 153 | ███████████ | Sweden Europe | |
| 154 | ███████████ | Sweden Europe | |
| 155 | ███████████ | Sweden Europe | |
| 156 | ███████████ | Sweden Europe | |
| 157 | ███████████ | Sweden Europe | |
| 158 | ███████████ | Sweden Europe | |
| 159 | ███████████ | Sweden Europe | |
| 160 | ███████████ | Sweden Europe | |
| 161 | ███████████ | Sweden Europe | |
| 162 | ███████████ | Sweden Europe | |

WA-NSO-00192014

| 163 | ███████ | Sweden Europe | |
| 164 | ███████ | Sweden Europe | |
| 165 | ███████ | Sweden Europe | |
| 166 | ███████ | Sweden Europe | |
| 167 | ███████ | Sweden Europe | |
| 168 | ███████ | Sweden Europe | |
| 169 | ███████ | Sweden Europe | |
| 170 | ███████ | Turkey Asia | 1 |

**Victim Country Count**

| | Victim Country | Count |
|---|---|---|
| 1 | Mexico, North America | 456 |
| 2 | India, Asia | 100 |
| 3 | Bahrain, Asia | 82 |
| 4 | Morocco, Africa | 69 |
| 5 | Pakistan, Asia | 58 |
| 6 | Indonesia, Asia | 54 |
| 7 | Israel, Asia | 51 |
| 8 | Uzbekistan, Asia | 43 |
| 9 | Algeria, Africa | 38 |
| 10 | Cyprus, Asia | 31 |
| 11 | Turkey, Asia | 26 |
| 12 | Spain, Europe | 21 |
| 13 | Uganda, Africa | 18 |
| 14 | Togo, Africa | 16 |
| 15 | Netherlands, Europe | 11 |
| 16 | Syria, Asia | 11 |
| 17 | Democratic Republic of the Congo, Africa | 10 |
| 18 | Djibouti, Africa | 10 |
| 19 | Lebanon, Asia | 9 |
| 20 | South Africa, Africa | 9 |
| 21 | Hungary, Europe | 8 |
| 22 | Croatia, Europe | 7 |

WA-NSO-00192015

| 23 | France, Europe | 7 |
|----|----------------|---|
| 24 | Kazakhstan, Asia | 7 |
| 25 | Latvia, Europe | 7 |
| 26 | Kyrgyzstan, Asia | 6 |
| 27 | United Arab Emirates, Asia | 6 |
| 28 | Estonia, Europe | 5 |
| 29 | Belgium, Europe | 4 |
| 30 | Burundi, Africa | 4 |
| 31 | Finland, Europe | 4 |
| 32 | Brazil, South America | 3 |
| 33 | Rwanda, Africa | 3 |
| 34 | Singapore, Asia | 3 |
| 35 | Sudan, Africa | 3 |
| 36 | Switzerland, Europe | 3 |
| 37 | Germany, Europe | 2 |
| 38 | Kenya, Africa | 2 |
| 39 | Qatar, Asia | 2 |
| 40 | Tanzania, Africa | 2 |
| 41 | United Kingdom, Europe | 2 |
| 42 | Afghanistan, Asia | 1 |
| 43 | Barbados, North America | 1 |
| 44 | Bosnia and Herzegovina, Europe | 1 |
| 45 | Canada, North America | 1 |
| 46 | Egypt, Africa | 1 |
| 47 | Peru, South America | 1 |
| 48 | Thailand, Asia | 1 |
| 49 | Venezuela, South America | 1 |
| 50 | Yemen, Asia | 1 |
| 51 | United States, North America | 1 |

Highly Confidential - Attorneys' Eyes Only

The following errors were encountered while copying your document:
 - An error occurred while attempting to fix Embedded Tables.

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192017

# EXHIBIT 41

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6103743987 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | NL | | | 1 |
| | 6108289999 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6334562024 | attacker | attacker | 5/9/2019 | 4/3/2019 | purge | 6/8/2019 | NL | | | 1 |
| | 6205347333 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6151092881 | attacker | attacker | 5/6/2019 | 2/27/2019 | purge | 7/7/2019 | SE | | | 1 |
| | 6108210128 | attacker | attacker | 4/30/2019 | 2/19/2019 | purge | 7/1/2019 | SE | | | 1 |
| | 6149450483 | attacker | attacker | 5/8/2019 | 2/27/2019 | purge | 7/9/2019 | NL | | | 1 |
| | 6050032579 | attacker | attacker | 5/5/2019 | 2/8/2019 | purge | 7/6/2019 | NL | | | 1 |
| | 6500203792 | attacker | attacker | 5/12/2019 | 5/5/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 5744876452 | attacker | attacker | 5/2/2019 | 12/13/2018 | purge | 7/3/2019 | IL | | | 1 |
| | 6153549116 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6499248604 | attacker | attacker | 5/6/2019 | 5/5/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6022847519 | attacker | attacker | 5/12/2019 | 2/3/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 6155579743 | attacker | attacker | 5/4/2019 | 2/28/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6102570691 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | SE | | | 1 |
| | 6357577570 | NSO | NSO Group | 5/2/2019 | 4/8/2019 | purge | 7/9/2019 | IL | ["2019-04-23","2019-04-15"] | ["IN -> IL","IL -> IN"] | 2 |
| | 6105974611 | attacker | attacker | 5/7/2019 | 2/18/2019 | purge | 6/6/2019 | NL | | | 1 |
| | 6106812082 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6478849795 | attacker | attacker | 5/2/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6005916338 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 5732503229 | attacker | attacker | 5/6/2019 | 12/10/2018 | purge | 7/7/2019 | SE | | | 1 |
| | 6146761662 | attacker | attacker | 5/6/2019 | 2/26/2019 | purge | 7/7/2019 | SE | | | 1 |
| | 5663498053 | NSO | NSO Group | 2/11/2019 | 11/27/2018 | purge | 4/20/2019 | IL | | | 1 |
| | 6002339476 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 6258373447 | attacker | attacker | 5/2/2019 | 3/20/2019 | purge | 7/3/2019 | NL | | | 1 |
| | 6500404661 | attacker | attacker | 5/5/2019 | 5/5/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6024496487 | attacker | attacker | 5/12/2019 | 2/3/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 6109448239 | attacker | attacker | 5/7/2019 | 2/19/2019 | purge | 7/8/2019 | SE | | | 1 |
| | 6206331649 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6002816412 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 6216603413 | attacker | attacker | 5/3/2019 | 3/12/2019 | purge | 6/3/2019 | SE | | | 1 |
| | 6504044703 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6099324154 | attacker | attacker | 5/8/2019 | 2/17/2019 | purge | 7/9/2019 | NL | | | 1 |
| | 6207724985 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6218708984 | attacker | attacker | 5/3/2019 | 3/12/2019 | purge | 6/3/2019 | CY | | | 1 |
| | 6218150132 | attacker | attacker | 5/4/2019 | 3/12/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6301207753 | attacker | attacker | 4/30/2019 | 3/28/2019 | purge | 7/1/2019 | CY | | | 1 |
| | 6109953296 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6472543390 | attacker | attacker | 5/2/2019 | 4/30/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6394764087 | attacker | attacker | 5/5/2019 | 4/15/2019 | purge | 7/7/2019 | CY | | | 1 |
| | 6152974278 | attacker | attacker | 5/3/2019 | 2/28/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6153573186 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6108203369 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/6/2019 | NL | | | 1 |
| | 6061647976 | NSO | NSO Group | 5/2/2019 | 2/10/2019 | purge | 7/9/2019 | IL | ["2019-04-18","2019-03-17","2019-03-27","2019-04-14","2019-04-08","2019-03-31"] | ["IN -> IL","IL -> ID","ID -> IL","IL -> IN","SG -> IL","IL -> SG"] | 6 |

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6476845603 | attacker | attacker | 5/2/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6071275998 | attacker | attacker | 5/4/2019 | 2/12/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6506415140 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6205049002 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6504646455 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6513224559 | attacker | attacker | 5/8/2019 | 5/8/2019 | purge | 6/7/2019 | CY | | | 1 |
| | 6156905113 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6208790002 | attacker | attacker | 5/4/2019 | 3/10/2019 | purge | 6/3/2019 | SE | | | 1 |
| | 6104008493 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | SE | | | 1 |
| | 6477477878 | attacker | attacker | 5/1/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6120017825 | attacker | attacker | 5/6/2019 | 2/21/2019 | purge | 6/5/2019 | SE | | | 1 |
| | 6299619093 | attacker | attacker | 4/30/2019 | 3/28/2019 | purge | 7/1/2019 | CY | | | 1 |
| | 6156837889 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6392792360 | attacker | attacker | 5/5/2019 | 4/15/2019 | purge | 7/7/2019 | CY | | | 1 |

# EXHIBIT 42

to Declaration of Micah G. Block in Support of
Plaintiffs' Opposition to Defendants' Motion for
Summary Judgment or Partial Summary Judgment

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6105444136 | attacker | attacker | 5/12/2019 | 2/18/2019 | | | SE | | | 1 |
| | 6243581667 | attacker | attacker | 5/4/2019 | 3/17/2019 | natural | 5/4/2019 | ID | | | 1 |
| | 6029451264 | attacker | attacker | 5/12/2019 | 2/4/2019 | | | SE | | | 1 |
| | 6076902872 | attacker | attacker | 5/10/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6103743987 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | NL | | | 1 |
| | 6108289999 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6028162683 | attacker | attacker | 5/10/2019 | 2/4/2019 | | | NL | | | 1 |
| | 6334562024 | attacker | attacker | 5/9/2019 | 4/3/2019 | purge | 6/8/2019 | NL | | | 1 |
| | 6501096241 | attacker | attacker | 5/12/2019 | 5/5/2019 | | | CY | | | 1 |
| | 6368836156 | attacker | attacker | 5/12/2019 | 4/10/2019 | | | CY | | | 1 |
| | 6004453026 | attacker | attacker | 5/12/2019 | 1/30/2019 | | | SE | | | 1 |
| | 6469249783 | attacker | attacker | 5/12/2019 | 4/29/2019 | | | CY | | | 1 |
| | 6152786953 | attacker | attacker | 5/12/2019 | 2/28/2019 | | | NL | | | 1 |
| | 6205347333 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6503225476 | attacker | attacker | 5/12/2019 | 5/6/2019 | | | ID | | | 1 |
| | 6078718634 | attacker | attacker | 5/12/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6151092881 | attacker | attacker | 5/6/2019 | 2/27/2019 | purge | 7/7/2019 | SE | | | 1 |
| | 6098770247 | attacker | attacker | 5/10/2019 | 2/17/2019 | | | SE | | | 1 |
| | 6325260330 | attacker | attacker | 5/11/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6032145169 | attacker | attacker | 5/12/2019 | 2/4/2019 | | | SE | | | 1 |
| | 6262392959 | attacker | attacker | 5/12/2019 | 3/20/2019 | | | SE | | | 1 |
| | 6082128641 | attacker | attacker | 5/10/2019 | 2/14/2019 | | | SE | | | 1 |
| | 6108210128 | attacker | attacker | 4/30/2019 | 2/19/2019 | purge | 7/1/2019 | SE | | | 1 |
| | 6208986194 | attacker | attacker | 5/12/2019 | 3/10/2019 | | | SE | | | 1 |
| | 6212034284 | attacker | attacker | 5/10/2019 | 3/11/2019 | | | SE | | | 1 |
| | 6149450483 | attacker | attacker | 5/8/2019 | 2/27/2019 | purge | 7/9/2019 | NL | | | 1 |
| | 6267490104 | attacker | attacker | 5/12/2019 | 3/21/2019 | | | SE | | | 1 |
| | 6050032579 | attacker | attacker | 5/5/2019 | 2/8/2019 | purge | 7/6/2019 | NL | | | 1 |
| | 6179538473 | attacker | attacker | 7/3/2019 | 3/5/2019 | | | US | | | 1 |
| | 6143676951 | attacker | attacker | 5/12/2019 | 2/26/2019 | | | NL | | | 1 |
| | 6500203792 | attacker | attacker | 5/12/2019 | 5/5/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 6467895549 | attacker | attacker | 5/12/2019 | 4/29/2019 | | | CY | | | 1 |
| | 5744876452 | attacker | attacker | 5/2/2019 | 12/13/2018 | purge | 7/3/2019 | IL | | | 1 |
| | 6153549116 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6499248604 | attacker | attacker | 5/6/2019 | 5/5/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6121335644 | attacker | attacker | 5/12/2019 | 2/21/2019 | | | SE | | | 1 |
| | 6355080920 | attacker | attacker | 5/11/2019 | 4/7/2019 | | | CY | | | 1 |
| | 6022847519 | attacker | attacker | 5/12/2019 | 2/3/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 6256086398 | attacker | attacker | 5/12/2019 | 3/19/2019 | | | SE | | | 1 |
| | 6113150304 | attacker | attacker | 5/9/2019 | 2/20/2019 | | | NL | | | 1 |
| | 6032563548 | attacker | attacker | 5/10/2019 | 2/4/2019 | | | NL | | | 1 |
| | 6154923185 | attacker | attacker | 5/13/2019 | 2/28/2019 | | | SE | | | 1 |
| | 5509702620 | attacker | attacker | 5/24/2019 | 10/29/2018 | | | US | | | 1 |
| | 6155579743 | attacker | attacker | 5/4/2019 | 2/28/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6077635271 | attacker | attacker | 5/11/2019 | 2/13/2019 | | | NL | | | 1 |
| | 6102570691 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | SE | | | 1 |
| | 6259834569 | attacker | attacker | 5/11/2019 | 3/20/2019 | | | SE | | | 1 |
| | 6247183445 | attacker | attacker | 5/12/2019 | 3/18/2019 | | | SE | | | 1 |
| | 6210905678 | attacker | attacker | 5/10/2019 | 3/11/2019 | | | SE | | | 1 |
| | 6105974611 | attacker | attacker | 5/7/2019 | 2/18/2019 | purge | 6/6/2019 | NL | | | 1 |

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5738969028 | attacker | attacker | 5/13/2019 | 12/12/2018 | | | AT | | | 1 |
| | 6106812082 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6367649888 | attacker | attacker | 5/12/2019 | 4/10/2019 | | | NL | | | 1 |
| | 6103780102 | attacker | attacker | 5/9/2019 | 2/18/2019 | | | SE | | | 1 |
| | 6478849795 | attacker | attacker | 5/2/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6005916338 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 6114856199 | attacker | attacker | 5/11/2019 | 2/20/2019 | | | SE | | | 1 |
| | 6051518815 | attacker | attacker | 5/12/2019 | 2/8/2019 | | | NL | | | 1 |
| | 6076081163 | attacker | attacker | 5/10/2019 | 2/13/2019 | | | NL | | | 1 |
| | 5732503229 | attacker | attacker | 5/6/2019 | 12/10/2018 | purge | 7/7/2019 | SE | | | 1 |
| | 6077823677 | attacker | attacker | 5/12/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6146761662 | attacker | attacker | 5/6/2019 | 2/26/2019 | purge | 7/7/2019 | SE | | | 1 |
| | 6050401515 | attacker | attacker | 5/12/2019 | 2/8/2019 | | | NL | | | 1 |
| | 6040981076 | attacker | attacker | 5/10/2019 | 2/6/2019 | | | NL | | | 1 |
| | 6047995313 | attacker | attacker | 5/10/2019 | 2/7/2019 | | | NL | | | 1 |
| | 6081075313 | attacker | attacker | 5/12/2019 | 2/14/2019 | | | SE | | | 1 |
| | 6259442613 | attacker | attacker | 5/10/2019 | 3/20/2019 | | | NL | | | 1 |
| | 6002339476 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 6076252847 | attacker | attacker | 5/12/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6258373447 | attacker | attacker | 5/2/2019 | 3/20/2019 | purge | 7/3/2019 | NL | | | 1 |
| | 6032654071 | attacker | attacker | 5/9/2019 | 2/4/2019 | | | CY | | | 1 |
| | 6500404661 | attacker | attacker | 5/5/2019 | 5/5/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6070521361 | attacker | attacker | 5/12/2019 | 2/12/2019 | | | NL | | | 1 |
| | 6024496487 | attacker | attacker | 5/12/2019 | 2/3/2019 | purge | 6/17/2019 | CY | | | 1 |
| | 6109448239 | attacker | attacker | 5/7/2019 | 2/19/2019 | purge | 7/8/2019 | SE | | | 1 |
| | 6100061526 | attacker | attacker | 5/12/2019 | 2/17/2019 | | | SE | | | 1 |
| | 6247061970 | attacker | attacker | 5/12/2019 | 3/18/2019 | | | SE | | | 1 |
| | 6078252728 | attacker | attacker | 5/10/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6120394832 | attacker | attacker | 5/12/2019 | 2/21/2019 | | | SE | | | 1 |
| | 6105563586 | attacker | attacker | 5/12/2019 | 2/18/2019 | | | SE | | | 1 |
| | 6206331649 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6337444467 | attacker | attacker | 5/9/2019 | 4/4/2019 | | | NL | | | 1 |
| | 6143553766 | attacker | attacker | 5/12/2019 | 2/26/2019 | | | SE | | | 1 |
| | 6002816412 | attacker | attacker | 5/12/2019 | 1/30/2019 | purge | 6/17/2019 | SE | | | 1 |
| | 6216603413 | attacker | attacker | 5/3/2019 | 3/12/2019 | purge | 6/3/2019 | SE | | | 1 |
| | 6114552550 | attacker | attacker | 5/12/2019 | 2/20/2019 | | | SE | | | 1 |
| | 6050764839 | attacker | attacker | 5/11/2019 | 2/8/2019 | | | NL | | | 1 |
| | 6329156411 | attacker | attacker | 5/12/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6504044703 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6187021912 | attacker | attacker | 7/9/2019 | 3/6/2019 | | | US | | | 1 |
| | 6099324154 | attacker | attacker | 5/8/2019 | 2/17/2019 | purge | 7/9/2019 | NL | | | 1 |
| | 6207724985 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6218708984 | attacker | attacker | 5/3/2019 | 3/12/2019 | purge | 6/3/2019 | CY | | | 1 |
| | 6101002346 | attacker | attacker | 5/12/2019 | 2/17/2019 | | | SE | | | 1 |
| | 6256288700 | attacker | attacker | 5/9/2019 | 3/19/2019 | | | SE | | | 1 |
| | 6216568907 | attacker | attacker | 5/12/2019 | 3/12/2019 | | | SE | | | 1 |
| | 6109548904 | attacker | attacker | 5/12/2019 | 2/19/2019 | | | SE | | | 1 |
| | 6082767014 | attacker | attacker | 5/10/2019 | 2/14/2019 | | | SE | | | 1 |
| | 6218150132 | attacker | attacker | 5/4/2019 | 3/12/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6301207753 | attacker | attacker | 4/30/2019 | 3/28/2019 | purge | 7/1/2019 | CY | | | 1 |

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6174391968 | attacker | attacker | 5/12/2019 | 3/4/2019 | | | ZA | | | 1 |
| | 6109953296 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/5/2019 | CY | | | 1 |
| | 6329749998 | attacker | attacker | 5/12/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6108486367 | attacker | attacker | 5/7/2019 | 2/19/2019 | | | CY | | | 1 |
| | 6121451178 | attacker | attacker | 5/9/2019 | 2/21/2019 | | | SE | | | 1 |
| | 6242775066 | attacker | attacker | 5/12/2019 | 3/17/2019 | | | ID | | | 1 |
| | 6085286680 | attacker | attacker | 5/11/2019 | 2/14/2019 | | | NL | | | 1 |
| | 6148701473 | attacker | attacker | 5/12/2019 | 2/27/2019 | | | SE | | | 1 |
| | 6053747406 | attacker | attacker | 5/10/2019 | 2/8/2019 | | | NL | | | 1 |
| | 5893135494 | attacker | attacker | 5/8/2019 | 1/9/2019 | | | CY | | | 1 |
| | 6472543390 | attacker | attacker | 5/2/2019 | 4/30/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6105623221 | attacker | attacker | 5/12/2019 | 2/18/2019 | | | SE | | | 1 |
| | 6394764087 | attacker | attacker | 5/5/2019 | 4/15/2019 | purge | 7/7/2019 | CY | | | 1 |
| | 6152974278 | attacker | attacker | 5/3/2019 | 2/28/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6353188228 | attacker | attacker | 5/12/2019 | 4/7/2019 | | | CY | | | 1 |
| | 5974715003 | attacker | attacker | 5/12/2019 | 1/24/2019 | | | NL | | | 1 |
| | 6096293436 | attacker | attacker | 5/12/2019 | 2/17/2019 | | | SE | | | 1 |
| | 6153573186 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6111174567 | attacker | attacker | 5/11/2019 | 2/19/2019 | | | NL | | | 1 |
| | 6371123810 | attacker | attacker | 5/9/2019 | 4/10/2019 | | | CY | | | 1 |
| | 6261706711 | attacker | attacker | 5/11/2019 | 3/20/2019 | | | SE | | | 1 |
| | 6326040444 | attacker | attacker | 5/11/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6328452740 | attacker | attacker | 5/11/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6368267588 | attacker | attacker | 5/10/2019 | 4/10/2019 | | | CY | | | 1 |
| | 6108203369 | attacker | attacker | 5/6/2019 | 2/19/2019 | purge | 6/6/2019 | NL | | | 1 |
| | 6476845603 | attacker | attacker | 5/2/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |
| | 6500911096 | attacker | attacker | 5/12/2019 | 5/5/2019 | | | CY | | | 1 |
| | 6029574962 | attacker | attacker | 5/10/2019 | 2/4/2019 | | | NL | | | 1 |
| | 6071275998 | attacker | attacker | 5/4/2019 | 2/12/2019 | purge | 6/3/2019 | NL | | | 1 |
| | 6369100390 | attacker | attacker | 5/10/2019 | 4/10/2019 | | | CY | | | 1 |
| | 6506415140 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6466873266 | attacker | attacker | 5/11/2019 | 4/29/2019 | | | CY | | | 1 |
| | 6079841064 | attacker | attacker | 5/11/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6205049002 | attacker | attacker | 5/5/2019 | 3/10/2019 | purge | 6/4/2019 | CY | | | 1 |
| | 6080011461 | attacker | attacker | 5/12/2019 | 2/13/2019 | | | SE | | | 1 |
| | 6504646455 | attacker | attacker | 5/7/2019 | 5/6/2019 | purge | 6/6/2019 | CY | | | 1 |
| | 6252258794 | attacker | attacker | 5/9/2019 | 3/19/2019 | | | SE | | | 1 |
| | 6513224559 | attacker | attacker | 5/8/2019 | 5/8/2019 | purge | 6/7/2019 | CY | | | 1 |
| | 6255423384 | attacker | attacker | 5/9/2019 | 3/19/2019 | | | SE | | | 1 |
| | 6475586409 | attacker | attacker | 5/10/2019 | 4/30/2019 | | | CY | | | 1 |
| | 6156905113 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6338832036 | attacker | attacker | 5/9/2019 | 4/4/2019 | | | NL | | | 1 |
| | 6208790002 | attacker | attacker | 5/4/2019 | 3/10/2019 | purge | 6/3/2019 | SE | | | 1 |
| | 6400224506 | attacker | attacker | 5/12/2019 | 4/16/2019 | | | SE | | | 1 |
| | 6104008493 | attacker | attacker | 5/5/2019 | 2/18/2019 | purge | 6/4/2019 | SE | | | 1 |
| | 6114418429 | attacker | attacker | 5/10/2019 | 2/20/2019 | | | NL | | | 1 |
| | 6153215353 | attacker | attacker | 5/10/2019 | 2/28/2019 | | | NL | | | 1 |
| | 6261959812 | attacker | attacker | 5/11/2019 | 3/20/2019 | | | SE | | | 1 |
| | 5738500677 | attacker | attacker | 5/9/2019 | 12/12/2018 | | | AT | | | 1 |
| | 6477477878 | attacker | attacker | 5/1/2019 | 5/1/2019 | purge | 6/2/2019 | CY | | | 1 |

| userid | wa_sk | account | account_type | last_active | registration | deletion_reason | deletion_time | current_country | transfer_dates | transfers | num_transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6120017825 | attacker | attacker | 5/6/2019 | 2/21/2019 | purge | 6/5/2019 | SE | | | 1 |
| | 6032594369 | attacker | attacker | 5/9/2019 | 2/4/2019 | | | CY | | | 1 |
| | 6248385121 | attacker | attacker | 5/10/2019 | 3/18/2019 | | | SE | | | 1 |
| | 6101712833 | attacker | attacker | 5/12/2019 | 2/18/2019 | | | SE | | | 1 |
| | 6052236642 | attacker | attacker | 5/11/2019 | 2/8/2019 | | | NL | | | 1 |
| | 6299619093 | attacker | attacker | 4/30/2019 | 3/28/2019 | purge | 7/1/2019 | CY | | | 1 |
| | 6150781378 | attacker | attacker | 5/12/2019 | 2/27/2019 | | | NL | | | 1 |
| | 6147574643 | attacker | attacker | 5/9/2019 | 2/27/2019 | | | CY | | | 1 |
| | 6249134404 | attacker | attacker | 5/12/2019 | 3/18/2019 | | | ID | | | 1 |
| | 6080922666 | attacker | attacker | 5/12/2019 | 2/14/2019 | | | NL | | | 1 |
| | 6244335608 | attacker | attacker | 5/12/2019 | 3/17/2019 | | | ID | | | 1 |
| | 6474340973 | attacker | attacker | 5/10/2019 | 4/30/2019 | | | CY | | | 1 |
| | 6467887309 | attacker | attacker | 5/10/2019 | 4/29/2019 | | | CY | | | 1 |
| | 6156837889 | attacker | attacker | 5/8/2019 | 2/28/2019 | purge | 7/9/2019 | ID | | | 1 |
| | 6116352919 | attacker | attacker | 5/12/2019 | 2/20/2019 | | | SE | | | 1 |
| | 6204999327 | attacker | attacker | 5/11/2019 | 3/10/2019 | | | SE | | | 1 |
| | 5737158373 | attacker | attacker | 5/8/2019 | 12/11/2018 | | | NL | | | 1 |
| | 6328577949 | attacker | attacker | 5/10/2019 | 4/2/2019 | | | CY | | | 1 |
| | 6151201631 | attacker | attacker | 5/12/2019 | 2/27/2019 | | | NL | | | 1 |
| | 6392792360 | attacker | attacker | 5/5/2019 | 4/15/2019 | purge | 7/7/2019 | CY | | | 1 |