# EXHIBIT 40

to Reply Declaration of Micah G. Block in Support of Plaintiffs' Motion for Partial Summary Judgment

# Technical analysis of the WhatsApp 0-click exploit



EXHIBIT 6
1083 Wang
9/12/24

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00125122

# Obfuscation of packets



- Xor encryption obfuscated the packet type and content, made attack hard for analysis

```
Encrypted:
80d0548238ea08e9fee47bd037836d37ce2a9d1e2415682b191f8013002e9
99a59a6b8c7f6bbe178379393f2326d4ff78186562cde49acfe0f14131ecb
9be10d6ac854fa49fe35bfee85d72173bad937bdfc33b3c795db8490e8e2b
13ed46a4efd962a9d1128fbc2443446481f5cb145001af3cd60315c4905d4
9cc66e3be1113d1852b28e0f18462f23ec5cbdd3b0e842a0b654db27122f8
efd00547b5dc7b62e55d5f3594e2bdc6b49244fb6906ad69e2ea6ae37b2e7
7f3e1ecc9349aa9f95e708379319bce9d391507798aa448dd15e107b6d354
77a0e1b5fe1d54a66c828abec2f9aa3b0160c35b5fd8104f3642b55f2cb0e
Encrypted length: 332
```

```
decrypted:
80c8a3ae1d5f387f0bb9b579896a3ac677a49c916d2d4751a7260599
a66f9e612bbafa8f625f1e2530dc65d540d418fd8d739d92685d4780
43e9817518a3ba1571ee8f3da4baf322c572e0c6354dd39012948d6d
ea27b8ed0b80dc379beba350cb63a32c8651db5a90e1a7111de26f48
439455322427f4f6eb51dea691b99b0dfdc8b1399abae9b39f0752ad
4a7df572f173f7c7826940f975b005fd0d135370e991d1c198de5e6c
44d3abbf42e299fdeed00884bb69a44a41516d59d6fee0159dec2cfb
bf69cce5c6dfbf48f7938abcf6e0f3efaf29ea6f156d1807d6834a4a
43a1082e5c350eea6cd601f186fc794a30a9eb15b60e94c0478b3cb3
869338ce00000000000000000000000000000000000000000000000
000000000a0000000000c7800000000000000000000c78000000000
00000000
```

Highly Confidential - Attorneys' Eyes Only                                    WA-NSO-00125132