# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: April 10, 2025     (Time: 3 hours, 54 minutes)  JUDGE:  Phyllis J. Hamilton**

**Case No:** 19-cv-07123-PJH
**Case Name: WhatsApp Inc., et al v. NSO Group Technologies Limited et al.**

**Attorney(s) for Plaintiff:   Antonio Perez-Marques; Greg Andres; Micah Block; Luca Marzorati; Micah Block**

**Attorney(s) for Defendant:  Joseph Akrotirianakis; Aaron Craig; Jonathan Weinberg; Matthew Noller**

**Deputy Clerk: Kelly Collins            Court Reporter: Stephen Franklin**

## PROCEEDINGS

   Pretrial Conference – Held.  The Court hears argument on motions in limine, Daubert motions, and jury instructions. Defendants' request to bifurcate the trial is denied.  Parties shall meet and confer and submit revised proposed jury instructions and proposed verdict form based on the ruling on motions in limine. Counsel shall read stipulated facts into the record at the start of the presentation of evidence. Parties shall meet and confer and stipulate to the authenticity of documents and admissibility of expert documents following the ruling on motions in limine The Court will issue a final pretrial order.

**Order to be prepared by:   [] Pl [] Def [X] Court**

**cc: chambers**