UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

1   The Court, having considered Defendants' Motion for Leave to File Motion for
2   Reconsideration, filed April 18, 2025, and good cause appearing therefore, **GRANTS** the motion.
3   Defendants may file their motion for reconsideration by April __, 2025.
4
5   IT IS SO **ORDERED**, this _____ day of _____, 2025.
6
7
8                                                    _____
9                                                    PHYLLIS HAMILTON
                                                     United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER                                                              Case No. 4:19-cv-07123