```
JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DEFENDANTS' REVISED DEPOSITION DESIGNATIONS** <br><br> Judge: Hon. Phyllis J. Hamilton <br><br> Action Filed: 10/29/2019 <br> Trial Date: April 28, 2025 |

1   TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE that pursuant to Section VI of the Court's Final Pretrial Order
3   (Dkt. No. 686), Defendants hereby submit their revised discovery designations in the addendum
4   attached hereto.  These revisions are made to comply with the Court's evidentiary rulings in its
5   Final Pretrial Order.  If Defendants' Motion for Reconsideration of the Final Pretrial Order is
6   granted, Defendants intend to offer the deposition designations set forth in Defendants' previous
7   submissions (Dkt. Nos. 588 and 647).  For purposes of the record of this case, Defendants
8   continue to offer their previously submitted designations.

Dated: April 21, 2025

KING & SPALDING LLP

By: */s/ Aaron S. Craig*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG
*Attorneys for Defendants*

1

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Revised Deposition Designations

### I.     PLAINTIFFS' REVISED DEPOSITION DESIGNATIONS

| Revised Jonathan Lee Designations |
|---|
| 9:20-21; 9:24-10:5 |
| 15:25-16:9 |
| 16:24-17:11 |
| 20:18-21:8 |
| 21:17-25 |
| 23:20-24:5 |
| 24:7-25:3 |
| 25:5-7 |
| 25:18-26:7 |
| 26:13-27:1 |
| 27:3-5 |
| 27:15-25 |
| 47:22-48:3 |
| 48:5-20 |
| 49:13-17 |
| 49:20-50:14 |
| 50:17-19 |
| 150:3-5 |
| 150:7-11 |
| 163:24-164:4 |
| 169:20-22 |
| 169:24-170:2 |
| 170:4-8 |
| 170:10-15 |
| 170:17-19 |
| 171:24-172:1 |
| 172:4-12 |
| 172:15-2 |
| 172:23-173:1 |
| 201:16-18 |
| 201:20-202:4 |
| 202:6-13 |
| 202:16-203:4 |
| 203:6-8 |
| 219:14-20 |
| 219:22-220:10 |
| 220:11-12 |
| 220:21-22 |
| 220:24-221:1 |
| 224:8-10 |
| 224:12-13 |
| 225:2-4 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Revised Deposition Designations

| Revised Jonathan Lee Designations |
|---|
| 225:7-10 |
| 225:12-13 |
| 225:15-19 |
| 226:12-16 |
| 226:18-20 |
| 229:21-230:5 |
| 231:12-232:3 |
| 248:13-15 |
| 248:19-249:8 |
| 252:22-25 |
| 253:2-15 |
| 255:19-25 |
| 256:23-257:6 |
| 259:24-261:7 |
| 261:9-17 |
| 261:19-23 |
| 261:25-262:20 |
| 262:22-263:3 |
| 263:5-22 |
| 266:20-24 |
| 267:7-268:3 |
| 268:5-17 |
| 268:19-269:11 |
| 269:13-20 |
| 269:22-270:10 |
| 270:18 |
| 271:7-9 |
| 271:11-14 |
| 296:21 |
| 297:8-11 |
| 298:18-24 |
| 299:1-5 |
| 303:9-19 23 |
| 303:21-23 |
| 311:15-312:10 |

| Revised Terrence DiVittorio Designations |
|---|
| 25:19–53:1 |
| 53:9–62:2 |
| 62:15–71:13 |
| 72:5–75:7 |
| 118:18–119:10 |
| 174:19-175:7 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Revised Deposition Designations

| Revised Terrence DiVittorio Designations |
|---|
| 176:10–177:13 |
| 252:18–254:5 |
| 262:21-22 |
| 263:16-265:14 |
| 265:22-266:4 |
| 266:21-267:2 |
| 267:7-10 |
| 268:16-17 |
| 269:8-13 |
| 270:2-10 |
| 288:19–290:1 |
| 297:9-22 |
| 300:7–303:3 |
| 303:11–305:15 |
| 309:5-312:5 |
| 313:19–315:8 |
| 326:12–328:20 |
| 331:3–332:19 |
| 332:22–333:9 |
| 333:12–334:12 |

| Revised Josh Shaner Designations |
|---|
| 215:5–217:13 |
| 258:16–274:20 |
| 284:12–286:23 |
| 287:1-288:8 |
| 293:3–294:6 |
| 294:14–297:8 |
| 297:21–298:10 |
| 298:13-21 |
| 299:24–302:22 |
| 302:25–303:7 |
| 303:10–304:3 |
| 305:19–306:5 |
| 306:7–23 |
| 307:2–11 |
| 307:17–308:10 |
| 308:13–309:23 |
| 310:1–6 |
| 310:19–311:17 |
| 312:5–25 |
| 318:9–21 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Revised Deposition Designations

| Revised Susan Glick Designations |
|---|
| 6:7-8 |
| 9:4-10 |
| 10:24-11:13 13:12 |
| 11:16-12:3 |
| 12:19-13:12 |
| 14:25-15:11 |
| 17:21-18:3 |
| 21:10-22 |
| 25:12-13 |
| 25:18-26:5 |
| 26:16-27:2 |
| 47:18-21 |
| 49:23-50:13 |
| 50:23-25 |
| 52:10-53:17 |
| 53:20-54:5 |
| 54:8-16 |
| 55:6-16 |
| 56:16-20 |
| 60:10-61:4 |
| 64:22-65:3 |
| 68:4-5 |
| 68:8-13 |
| 68:17 |
| 68:19-69:8 |
| 70:22-71:20 |
| 76:18-77:6 |
| 77:14-78:6 |
| 78:11-13; 78:16 |
| 80:16-81:1 |
| 97:8-10 |
| 97:13 |
| 97:16-98:10 |
| 98:13-99:4 |
| 99:7-12 |
| 100:9-11 |
| 101:8-18 |
| 105:8-13 |
| 108:8-16 (start with "Going back") |
| 109:3-110:5 |
| 110:8-17 |
| 111:1-2 |
| 117:5-23 |
| 118:1-14 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Revised Deposition Designations

| Revised Susan Glick Designations |
|---|
| 118:17-18 |
| 120:10 |
| 120:22-25 |
| 121:3 |
| 121:18-122:4 |
| 129:16 |
| 132:10-134:13 |
| 136:4-13 |
| 163:1-170:20 |
| 171:20-172:2 |
| 172: 6-9 |
| 172:25-173:15 |
| 177:2-22 |
| 178:11-179:10 |
| 181:23-182:14 |
| 185:7-18 |

| Revised Aashin Gautam Designations |
|---|
| 8:5-7 |
| 9:17-10:8 |
| 12:12-14 |
| 12:16 |
| 13:6-13 |
| 14:2-8 |
| 14:11-12 |
| 14:19-15:16 |
| 16:1-6 |
| 16:9-16 |
| 16:23-24 |
| 17:4-8 |
| 17:11-25 |
| 18:2-5 |
| 18:7-15 |
| 18:17-22 |
| 18:24-19:2 |
| 19:7-12 |
| 19:17-21 |
| 19:23-20:7 |
| 20:13-24 |
| 20:17-22 |
| 21:3-5 |
| 21:17-19 |
| 22:20-23 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Revised Deposition Designations

| Revised Aashin Gautam Designations |
|---|
| 23:1-14, 17 |
| 23:20-24:1 |
| 24:4-15 |
| 29:11-17 |
| 29:19-30:9 |
| 30:14-20 |
| 31:5-7 |
| 31:17-21 |
| 31:23 |
| 39:17-19 |
| 39:22-40:1 |
| 40:3-5 |
| 40:8 |
| 58:5-8 |
| 58:24-59:4 |
| 59:6-12 |
| 59:15-22 |
| 59:25-60:2 |
| 60:4-6 |
| 60:8-11, 14 |
| 77:3-20 |
| 78:15-16 |
| 78:18-21 |
| 78:24 |
| 79:20-25 |
| 80:2-6 |
| 80:11-20 |
| 80:24-81:11 |
| 81:15-20, 22 |
| 84:21-23 |
| 84:25-85:7 |
| 85:9-12 |
| 85:14-17 |
| 85:20-86:19 |
| 128:3-8 |
| 128:11-20 |
| 128:23 |
| 129:3-11 |
| 129:13-18 |
| 129:21-130:15 |
| 131:24-132:7 |
| 132:10-24 |
| 133:1-20 |
| 133:23-24 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Revised Deposition Designations

| **Revised Aashin Gautam Designations** |
| --- |
| 134:2-14 |
| 134:16-20 |
| 134:23-135:3 |
| 135:5-16 |
| 135:19-136:16 |
| 141:5-142:12 |
| 142:15-142:22 |
| 142:25-143:7 |
| 143:10 |
| 148:22-25 |
| 149:3-13 |
| 149:22-24 |
| 150:1 |
| 166:21-24 |
| 167:23-168:4 |
| 170:14-17 |
| 170:20-22 |
| 170:24-25 |
| 171:3-4 |
| 171:7-9 |
| 171:12-16 |
| 171:20-22 |
| 171:25 |
| 183:6-8 |
| 183:10-184:9 |
| 184:11-25 |
| 185:2-12 |
| 185:15-21 |
| 185:23-186-11 |
| 186:24-187:2 |
| 187:4-12 |
| 187:14-17 |
| 193:2 |
| 183:21-194:2 |
| 194:5-6 |
| 196:23-197:13 |
| 197:16-20 |
| 197:23-198:3 |
| 198:5-10 |
| 198:13-21 |
| 198:24-199:3 |
| 199:8-19 |
| 199:22-24 |
| 203:2-5 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Revised Deposition Designations

| Revised Aashin Gautam Designations |
|---|
| 203:7 |

II. **PLAINTIFFS' DISCOVERY RESPONSES TO BE OFFERED AT TRIAL**

Defendants intend to offer the following discovery responses at trial:

Responses to Second Set of Requests for Admission Nos. 93-175

Responses to Third Set of Requests for Admission Nos. 176-180

Responses to First Set of Interrogatories Nos. 3-4

Supplemental Responses to First Set of Interrogatories Nos. 3-4

Responses to Second Set of Interrogatories Nos. 6-7