| | |
|---|---|
| Greg D. Andres<br>Antonio J. Perez-Marques<br>Gina Cora<br>Craig T. Cagney<br>Luca Marzorati<br>  (admitted *pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>Email:   greg.andres@davispolk.com<br>            antonio.perez@davispolk.com<br>            gina.cora@davispolk.com<br>            craig.cagney@davispolk.com<br>            luca.marzorati@davispolk.com | Joseph N. Akrotirianakis (Cal. Bar No. 197971)<br>Aaron S. Craig (Cal. Bar No. 204741)<br>KING & SPALDING LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone: (213) 443-4355<br>Email: jakro@kslaw.com<br>            acraig@kslaw.com<br><br>*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited* |

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>             Plaintiffs,<br><br>      v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>             Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**JOINT FILING IDENTIFYING PROVISIONALLY-SEALED DOCUMENTS PARTIES INTEND TO INTRODUCE AS TRIAL EXHIBITS [DKT. NO. 686]**<br><br>Trial Date:  April 28, 2025<br>Time:   8:30 a.m.<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Court's Final Pretrial Order, Dkt. No. 686, Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") hereby file a list of provisionally sealed documents that each party intends to introduce as a trial exhibit, along with the location of each document in the record.

**Plaintiffs' Portion**

Plaintiffs presently intend to introduce the following provisionally sealed documents as trial exhibits. Defendants have moved to maintain these documents under seal.[1] While Plaintiffs are unaware of any other provisionally sealed documents that they intend to use at trial at this time, Plaintiffs may seek to use additional exhibits at trial that have been provisionally sealed.

| Plaintiffs' Trial Exhibit | Document | Location in Record |
|---|---|---|
| PTX-0034 | Exhibit 9 to the Declaration of Micah G. Block in Support of Plaintiffs' Motion for Summary Judgment | Dkt. No. 399-4 |
| PTX-0034 | Exhibit 8 to the Declaration of Micah G. Block in Opposition to Defendants' Motion for Summary Judgment | Dkt. No. 418-5 |
| PTX-0044 | Exhibit D to the Declaration of Micah G. Block in Support of Plaintiffs' Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault | Dkt. No. 508-4 |
| PTX-0065 | Exhibit 41 to the Declaration of Micah G. Block in Support of Plaintiffs' Summary Judgment Reply | Dkt. No. 436-4 |

---

[1] Certain documents appear more than once in the record. Plaintiffs have listed every instance where that document was filed.

1

| Plaintiffs' Trial Exhibit | Document | Location in Record |
|---|---|---|
| PTX-0066 | Exhibit 14 to the Declaration of Micah G. Block in Support of Plaintiffs' Motion for Summary Judgment | Dkt. No. 399-4 |
| | Exhibit 11 to the Declaration of Micah G. Block in Opposition to Defendants' Motion for Summary Judgment | Dkt. No. 418-5 |
| PTX-0067 | Exhibit 17 to the Declaration of Micah G. Block in Support of Plaintiffs' Motion for Summary Judgment | Dkt. No. 399-4 |
| PTX-0082 | Exhibit 22 to the Declaration of Micah G. Block filed in Support of Plaintiffs' Motion for Summary Judgment | Dkt. No. 399-4 |
| PTX-0320 | Exhibit B to the Declaration of Aaron S. Craig in Support of Defendants Reply Motion to Exclude Certain Opinions of Dana Trexler | Dkt. No. 640-4 |

For the avoidance of doubt, Plaintiffs object to the introduction of A-1021, A-1026, A-1046, and A-1225—the documents that Defendants intend to introduce (see below)—on relevance grounds. *See* Dkt. No. 686 at 9 (excluding evidence regarding the identities and occupations of targets). On April 18, 2025, Plaintiffs' counsel asked Defendants' counsel to meet-and-confer regarding these documents in order to bring any issues to the Court's attention, if necessary.

**Defendants' Portion**

With respect to Defendants' intended trial exhibits, counsel met and conferred on April 16 and April 18, and Plaintiffs' counsel identified one group of related exhibits, A-1021, A-1026, A-1046, A-1225 of which Defendants intend to introduce portions at trial. Plaintiffs have told Defendants that they would seek a number of redactions prior to the document being marked at trial about which they seek to meet and confer with Defendants. One version of this document (Exhibit A-1026) is provisionally under seal and located in the record as Dkt. 608-3, Exhibit F. With respect to the seven exhibits Plaintiffs identify above, Defendants intend to object to these documents being admitted to evidence. With respect to the sealing issue, Defendants' position is as follows:

2

Joint Filing Identifying Provisionally-Sealed Documents Parties Intend to Introduce as Trial Exhibits
Case No. 4:19-cv-07123-PJH

| | | |
|---|---|---|
| 1<br>2 | PTX-0034 | Employee names and their phone/whatsapp account numbers should be redacted |
| 3<br>4 | PTX-0044 | Document is comprised entirely of export-controlled technical information and should only be published to the jury |
| 5<br>6<br>7 | PTX-0065 | Employee names and their phone/whatsapp account numbers should be redacted |
| 8<br>9 | PTX-0066 | Employee names and their phone/whatsapp account numbers should be redacted |
| 10<br>11 | PTX-0067 | Document is comprised entirely of export-controlled technical information and should only be published to the jury |
| 12<br>13 | PTX-0082 | Employee names and their phone/whatsapp account numbers should be redacted |
| 14<br>15 | PTX-0320 | Does not contain any of Defendants' information |

Dated: April 21, 2025

                          DAVIS POLK & WARDWELL LLP

By:  */s/ Greg D. Andres*
     Greg D. Andres
     Antonio J. Perez-Marques
     Craig T. Cagney
     Gina Cora
     Luca Marzorati
      (admitted *pro hac vice*)
     DAVIS POLK & WARDWELL LLP
     450 Lexington Avenue
     New York, New York 10017
     Telephone: (212) 450-4000
     Facsimile: (212) 701-5800
     Email: greg.andres@davispolk.com
             antonio.perez@davispolk.com
             gina.cora@davispolk.com
             craig.cagney@davispolk.com
             luca.marzorati@davispolk.com

     Micah G. Block (SBN 270712)
     DAVIS POLK & WARDWELL LLP
     900 Middlefield Road, Suite 200
     Redwood City, California 94063
     Telephone: (650) 752-2000
     Facsimile: (650) 752-2111
     Email: micah.block@davispolk.com

     *Attorneys for Plaintiffs*
     *WhatsApp LLC and Meta Platforms, Inc.*

KING & SPALDING LLP

By:    */s/ Aaron S. Craig*
      Joseph N. Akrotirianakis
      Aaron S. Craig
      KING & SPALDING LLP
      633 West Fifth Street, Suite 1600
      Los Angeles, CA 90071
      Telephone: (213) 443-4355
      Email: jakro@kslaw.com
             acraig@kslaw.com

*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*

### FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Greg D. Andres hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:   April 21, 2025                              */s/ Greg D. Andres*
                                                                                 Greg D. Andres

5

JOINT FILING IDENTIFYING PROVISIONALLY-SEALED DOCUMENTS PARTIES INTEND TO INTRODUCE AS TRIAL EXHIBITS
CASE NO. 4:19-CV-07123-PJH