Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:  greg.andres@davispolk.com
        antonio.perez@davispolk.com
        gina.cora@davispolk.com
        craig.cagney@davispolk.com
        luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

Joseph N. Akrotirianakis (Cal. Bar. No. 197971)
Aaron S. Craig (Cal. Bar. No. 204741)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Email: jakro@kslaw.com
       acraig@kslaw.com

*Attorneys for Defendants NSO Group*
*Technologies Limited and Q Cyber*
*Technologies Limited*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **THE PARTIES' JOINTLY PROPOSED VERDICT FORM** <br><br> Trial Date: April 28, 2025 <br> Time: 8:30 a.m. <br> Ctrm:  3 <br> Judge:  Hon. Phyllis J. Hamilton |

Instructions: When answering the following questions and filing out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

In this verdict form, "WhatsApp" refers collectively to Plaintiffs WhatsApp LLC and Meta Platforms, Inc., and "NSO" refers collectively to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited.

## QUESTIONS AND ANSWERS

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case:

## FINDINGS ON DAMAGES

1. What amount of compensatory damages has WhatsApp proven that NSO should pay?[1]

    $ _____ USD

2. (a) Has WhatsApp proven by clear and convincing evidence that NSO engaged in malice, oppression, or fraud in violating the California Comprehensive Data Access and Fraud Act?

    _____ YES            _____ NO

If you answered "YES" to question 2(a), then please proceed to question 2(b). If you answered "NO" to question 2(a), then please skip to the last paragraph, which is after question 3.

---

[1] Defendants reserve the right to request a separate finding for contract damages, depending on the evidence at trial.

1

THE PARTIES JOINTLY PROPOSED VERDICT FORM - CASE NO. 4:19-CV-07123-PJH

(b) Should punitive damages be imposed based on the factors set forth in Jury Instruction ?

_____ YES          _____ NO

If you answered "YES" to both questions 2(a) and 2(b), then please proceed to question 3. If you answered "NO" to question 2(b), then please skip to the last paragraph, which is after question 3.

3. What is the amount of punitive damages that NSO should pay?

$ _____ USD

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the court personnel that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATE: _____

PRESIDING JUROR SIGNATURE: _____

2
THE PARTIES JOINTLY PROPOSED VERDICT FORM - CASE NO. 4:19-CV-07123-PJH