| | |
|---|---|
| Greg D. Andres<br>Antonio J. Perez-Marques<br>Gina Cora<br>Craig T. Cagney<br>Luca Marzorati<br>  (admitted *pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>Email:   greg.andres@davispolk.com<br>          antonio.perez@davispolk.com<br>          gina.cora@davispolk.com<br>          craig.cagney@davispolk.com<br>          luca.marzorati@davispolk.com<br><br>Micah G. Block (SBN 270712)<br>DAVIS POLK & WARDWELL LLP<br>900 Middlefield Road, Suite 200<br>Redwood City, California 94063<br>Telephone: (650) 752-2000<br>Facsimile:  (650) 752-2111<br>Email:   micah.block@davispolk.com<br><br>*Attorneys for Plaintiffs*<br>*WhatsApp LLC and Meta Platforms, Inc.* | Joseph N. Akrotirianakis (Cal. Bar. No. 197971)<br>Aaron S. Craig (Cal. Bar. No. 204741)<br>KING & SPALDING LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone: (213) 443-4355<br>Email: jakro@kslaw.com<br>         acraig@kslaw.com<br><br>*Attorneys for Defendants NSO Group*<br>*Technologies Limited and Q Cyber*<br>*Technologies Limited* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br>,<br>               Plaintiffs,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>               Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PROPOSED JURY INSTRUCTIONS**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

1  Plaintiffs WhatsApp LLC and Meta Platforms, Inc. and Defendants NSO Group Technologies
2  Limited and Q Cyber Technologies Limited (collectively, the "Parties") hereby respectfully submit
3  additional Proposed Jury Instructions pursuant to the Court's Final Pretrial Order, Dkt. No. 686.
4  The Parties are submitting herewith certain Joint Proposed Jury Instructions, which are in
5  addition to those instructions that the Parties previously jointly submitted and the Court accepted.
6  *See* Dkt. Nos. 587, 686.  The Parties were unable to agree, however, on some remaining instructions,
7  and so each Party is submitting herewith certain of its own proposed instructions.
8  The Proposed Jury Instructions are attached as follows:
9  <u>Exhibit A</u>: Joint Proposed Jury Instructions
10 <u>Exhibit B</u>: Blind Copy of Joint Proposed Jury Instructions
11 <u>Exhibit C</u>: Plaintiffs' Proposed Jury Instructions
12 <u>Exhibit D</u>: Blind Copy of Plaintiffs' Proposed Jury Instructions
13 <u>Exhibit E</u>: Defendants' Proposed Jury Instructions
14 <u>Exhibit F</u>: Blind Copy of Defendants' Proposed Jury Instructions
15 The jury instructions are subject to revision to account for the evidence that is received at
16 trial.

| | |
|---|---|
| Dated:   April 21, 2025 | DAVIS POLK & WARDWELL LLP |
| | By:  /s/ Greg D. Andres |
| | Greg D. Andres |
| | Antonio J. Perez-Marques |
| | Craig T. Cagney |
| | Gina Cora |
| | Luca Marzorati |
| | (admitted *pro hac vice*) |
| | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| | Facsimile: (212) 701-5800 |
| | Email: greg.andres@davispolk.com |
| | antonio.perez@davispolk.com |
| | gina.cora@davispolk.com |
| | craig.cagney@davispolk.com |
| | luca.marzorati@davispolk.com |
| | |
| | Micah G. Block (SBN 270712) |
| | DAVIS POLK & WARDWELL LLP |
| | 900 Middlefield Road, Suite 200 |
| | Redwood City, California 94063 |
| | Telephone: (650) 752-2000 |
| | Facsimile:  (650) 752-2111 |
| | Email: micah.block@davispolk.com |
| | |
| | *Attorneys for Plaintiffs* |
| | *WhatsApp LLC and Meta Platforms, Inc.* |
| | |
| | KING & SPALDING LLP |
| | By:  /s/ Joseph N. Akrotirianakis |
| | Joseph N. Akrotirianakis |
| | Aaron S. Craig |
| | KING & SPALDING LLP |
| | 633 West Fifth Street, Suite 1600 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 443-4355 |
| | Email: jakro@kslaw.com |
| | acraig@kslaw.com |
| | |
| | *Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited* |

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Greg D. Andres hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:   April 21, 2025                                          */s/ Greg D. Andres*
                                                                                                 Greg D. Andres