Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>                    Plaintiffs,<br><br>           v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**AMENDED PLAINTIFFS' LIST OF DEPOSITION EXCERPTS AND OTHER DISCOVERY RESPONSES**<br><br>Ctrm:  3<br>Judge:  Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

TO THE COURT, THE PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs WhatsApp LLC and Meta Platforms, Inc. submit the following (a) amended list of deposition excerpts for witnesses who will not or may not testify in person and (b) list of discovery responses that will be offered at trial. The deposition excerpts also include excerpts of testimony of Defendants under Rule 30(b)(6). *See* Fed. R. Civ. P. 32(a)(3).

(a) List of Deposition Excerpts

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Bizinsky Gil, Sarit | 9 | 12 | 9 | 16 |
| Bizinsky Gil, Sarit | 11 | 7 | 11 | 16 |
| Bizinsky Gil, Sarit | 12 | 12 | 12 | 19 |
| Bizinsky Gil, Sarit | 16 | 11 | 16 | 22 |
| Bizinsky Gil, Sarit | 17 | 18 | 17 | 21 |
| Bizinsky Gil, Sarit | 42 | 4 | 42 | 6 |
| Bizinsky Gil, Sarit | 43 | 7 | 43 | 12 |
| Bizinsky Gil, Sarit | 43 | 17 | 43 | 21 |
| Bizinsky Gil, Sarit | 44 | 1 | 44 | 15 |
| Bizinsky Gil, Sarit | 106 | 21 | 106 | 22 |
| Bizinsky Gil, Sarit | 106 | 25 | 107 | 1 |
| Bizinsky Gil, Sarit | 107 | 3 | 107 | 4 |
| Bizinsky Gil, Sarit | 108 | 12 | 108 | 14 |
| Bizinsky Gil, Sarit | 108 | 17 | 108 | 18 |
| Bizinsky Gil, Sarit | 110 | 22 | 110 | 23 |
| Bizinsky Gil, Sarit | 111 | 1 | 111 | 1 |
| Bizinsky Gil, Sarit | 111 | 16 | 111 | 17 |
| Bizinsky Gil, Sarit | 111 | 19 | 112 | 1 |
| Bizinsky Gil, Sarit | 121 | 21 | 122 | 4 |
| Bizinsky Gil, Sarit | 122 | 7 | 122 | 12 |
| Bizinsky Gil, Sarit | 158 | 19 | 159 | 10 |
| Bizinsky Gil, Sarit | 174 | 21 | 175 | 2 |
| Bizinsky Gil, Sarit | 175 | 4 | 175 | 6 |
| Bizinsky Gil, Sarit | 215 | 23 | 216 | 1 |
| Bizinsky Gil, Sarit | 216 | 4 | 216 | 8 |
| Bizinsky Gil, Sarit | 216 | 10 | 216 | 17 |
| Bizinsky Gil, Sarit | 218 | 3 | 218 | 14 |
| DiVittorio, Terrence P. | 17 | 9 | 17 | 12 |
| DiVittorio, Terrence P. | 17 | 16 | 17 | 17 |
| DiVittorio, Terrence P. | 238 | 20 | 239 | 19 |
| DiVittorio, Terrence P. | 239 | 22 | 240 | 7 |

1

AM. PLAINTIFFS' LIST OF DEPOSITION EXCERPTS AND OTHER DISCOVERY RESPONSES - CASE NO. 4:19-CV-07123-PJH

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| DiVittorio, Terrence P. | 240 | 15 | 240 | 20 |
| DiVittorio, Terrence P. | 241 | 1 | 241 | 10 |
| DiVittorio, Terrence P. | 293 | 14 | 293 | 17 |
| DiVittorio, Terrence P. | 296 | 15 | 297 | 1 |
| DiVittorio, Terrence P. | 297 | 4 | 297 | 8 |
| Eshkar, Ramon | 7 | 20 | 7 | 23 |
| Eshkar, Ramon | 10 | 11 | 10 | 19 |
| Eshkar, Ramon | 15 | 21 | 15 | 23 |
| Eshkar, Ramon | 16 | 8 | 16 | 13 |
| Eshkar, Ramon | 17 | 13 | 17 | 15 |
| Eshkar, Ramon | 18 | 13 | 18 | 17 |
| Eshkar, Ramon | 19 | 14 | 19 | 22 |
| Eshkar, Ramon | 22 | 4 | 22 | 8 |
| Eshkar, Ramon | 27 | 8 | 27 | 9 |
| Eshkar, Ramon | 27 | 11 | 27 | 11 |
| Eshkar, Ramon | 57 | 19 | 58 | 1 |
| Eshkar, Ramon | 58 | 10 | 58 | 23 |
| Eshkar, Ramon | 61 | 13 | 61 | 15 |
| Eshkar, Ramon | 61 | 21 | 61 | 23 |
| Eshkar, Ramon | 104 | 8 | 104 | 18 |
| Eshkar, Ramon | 104 | 20 | 104 | 22 |
| Eshkar, Ramon | 186 | 2 | 186 | 9 |
| Eshkar, Ramon | 186 | 15 | 186 | 15 |
| Eshkar, Ramon | 186 | 17 | 186 | 18 |
| Eshkar, Ramon | 186 | 24 | 186 | 25 |
| Eshkar, Ramon | 188 | 20 | 189 | 5 |
| Eshkar, Ramon | 189 | 8 | 189 | 12 |
| Eshkar, Ramon | 194 | 5 | 194 | 9 |
| Eshkar, Ramon | 194 | 12 | 194 | 23 |
| Eshkar, Ramon | 195 | 1 | 195 | 6 |
| Eshkar, Ramon | 195 | 9 | 195 | 9 |
| Eshkar, Ramon | 198 | 13 | 198 | 24 |
| Eshkar, Ramon | 199 | 15 | 200 | 15 |
| Eshkar, Ramon | 200 | 19 | 200 | 20 |
| Eshkar, Ramon | 204 | 3 | 204 | 4 |
| Eshkar, Ramon | 204 | 8 | 204 | 20 |
| Eshkar, Ramon | 205 | 10 | 205 | 18 |
| Eshkar, Ramon | 205 | 21 | 205 | 25 |
| Eshkar, Ramon | 208 | 21 | 209 | 15 |
| Eshkar, Ramon | 212 | 13 | 212 | 23 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Eshkar, Ramon | 213 | 13 | 213 | 23 |
| Eshkar, Ramon | 215 | 18 | 216 | 17 |
| Eshkar, Ramon | 223 | 2 | 223 | 8 |
| Eshkar, Ramon | 228 | 13 | 229 | 3 |
| Eshkar, Ramon | 229 | 1 | 229 | 3 |
| Eshkar, Ramon | 229 | 6 | 229 | 10 |
| Eshkar, Ramon | 262 | 2 | 262 | 5 |
| Eshkar, Ramon | 215 | 18 | 216 | 17 |
| Eshkar, Ramon | 262 | 7 | 262 | 9 |
| Eshkar, Ramon | 263 | 12 | 263 | 15 |
| Shaner, Joshua | 9 | 25 | 10 | 2 |
| Shaner, Joshua | 26 | 20 | 26 | 23 |
| Shaner, Joshua | 39 | 24 | 40 | 6 |
| Shaner, Joshua | 76 | 13 | 76 | 15 |
| Shaner, Joshua | 77 | 5 | 77 | 12 |
| Shaner, Joshua | 82 | 24 | 83 | 4 |
| Shaner, Joshua | 84 | 18 | 85 | 6 |
| Shaner, Joshua | 111 | 17 | 112 | 9 |
| Shaner, Joshua | 112 | 19 | 113 | 3 |
| Shaner, Joshua | 113 | 7 | 113 | 23 |
| Shaner, Joshua | 114 | 1 | 114 | 4 |
| Shaner, Joshua | 114 | 7 | 115 | 3 |
| Shaner, Joshua | 116 | 11 | 117 | 4 |
| Shaner, Joshua | 117 | 12 | 117 | 15 |
| Shaner, Joshua | 117 | 20 | 117 | 21 |
| Shaner, Joshua | 117 | 12 | 117 | 14 |
| Shaner, Joshua | 117 | 25 | 118 | 8 |
| Shaner, Joshua | 118 | 11 | 118 | 12 |
| Shaner, Joshua | 119 | 4 | 119 | 8 |
| Shaner, Joshua | 119 | 11 | 119 | 13 |
| Shaner, Joshua | 119 | 16 | 119 | 20 |
| Shaner, Joshua | 119 | 23 | 119 | 25 |
| Shaner, Joshua | 120 | 3 | 120 | 4 |
| Shaner, Joshua | 120 | 19 | 120 | 23 |
| Shaner, Joshua | 121 | 5 | 121 | 11 |
| Shaner, Joshua | 122 | 6 | 122 | 11 |
| Shaner, Joshua | 123 | 3 | 123 | 7 |
| Caner, Joshua | 123 | 17 | 123 | 20 |
| Shaner, Joshua | 123 | 23 | 123 | 23 |
| Shaner, Joshua | 126 | 23 | 127 | 23 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Shaner, Joshua | 128 | 14 | 129 | 5 |
| Shaner, Joshua | 129 | 22 | 129 | 25 |
| Shaner, Joshua | 130 | 3 | 130 | 3 |
| Shaner, Joshua | 131 | 1 | 131 | 5 |
| Shaner, Joshua | 137 | 20 | 138 | 2 |
| Shaner, Joshua | 138 | 13 | 138 | 14 |
| Shaner, Joshua | 138 | 16 | 139 | 11 |
| Shaner, Joshua | 139 | 15 | 139 | 22 |
| Shaner, Joshua | 141 | 12 | 142 | 1 |
| Shaner, Joshua | 144 | 19 | 144 | 21 |
| Shaner, Joshua | 144 | 24 | 144 | 25 |
| Shaner, Joshua | 145 | 2 | 145 | 14 |
| Shaner, Joshua | 145 | 17 | 145 | 22 |
| Shaner, Joshua | 146 | 22 | 147 | 2 |
| Shaner, Joshua | 147 | 13 | 147 | 15 |
| Shaner, Joshua | 147 | 17 | 147 | 18 |
| Shaner, Joshua | 150 | 17 | 151 | 1 |
| Shaner, Joshua | 154 | 19 | 155 | 1 |
| Shaner, Joshua | 155 | 16 | 155 | 22 |
| Shaner, Joshua | 156 | 8 | 156 | 11 |
| Shaner, Joshua | 156 | 13 | 156 | 15 |
| Shaner, Joshua | 156 | 20 | 157 | 4 |
| Shaner, Joshua | 159 | 4 | 159 | 10 |
| Shaner, Joshua | 159 | 14 | 160 | 5 |
| Shaner, Joshua | 161 | 2 | 161 | 14 |
| Shaner, Joshua | 163 | 21 | 163 | 22 |
| Shaner, Joshua | 164 | 9 | 164 | 17 |
| Shaner, Joshua | 164 | 25 | 165 | 4 |
| Shaner, Joshua | 166 | 6 | 166 | 15 |
| Shaner, Joshua | 166 | 18 | 166 | 19 |
| Shaner, Joshua | 168 | 16 | 168 | 23 |
| Shaner, Joshua | 169 | 4 | 169 | 19 |
| Shaner, Joshua | 170 | 19 | 170 | 24 |
| Shaner, Joshua | 171 | 2 | 171 | 8 |
| Shaner, Joshua | 172 | 20 | 172 | 23 |
| Shaner, Joshua | 173 | 2 | 173 | 11 |
| Shaner, Joshua | 174 | 6 | 174 | 8 |
| Csaner, Joshua | 174 | 11 | 174 | 12 |
| Shaner, Joshua | 176 | 4 | 176 | 7 |
| Shaner, Joshua | 176 | 10 | 176 | 14 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Shaner, Joshua | 228 | 11 | 228 | 14 |
| Shaner, Joshua | 228 | 18 | 229 | 8 |
| Shaner, Joshua | 229 | 11 | 229 | 13 |
| Shaner, Joshua | 230 | 4 | 230 | 10 |
| Shaner, Joshua | 230 | 18 | 230 | 25 |
| Shaner, Joshua | 231 | 3 | 231 | 4 |
| Shaner, Joshua | 231 | 6 | 231 | 23 |
| Shaner, Joshua | 252 | 4 | 252 | 5 |
| Shaner, Joshua | 252 | 8 | 252 | 12 |
| Shaner, Joshua | 252 | 15 | 252 | 15 |
| Shaner, Joshua | 253 | 4 | 253 | 7 |
| Shaner, Joshua | 253 | 10 | 253 | 13 |
| Shaner, Joshua | 253 | 16 | 253 | 21 |
| Shaner, Joshua | 253 | 24 | 253 | 25 |
| Shaner, Joshua | 254 | 2 | 254 | 6 |
| Shaner, Joshua | 254 | 9 | 254 | 10 |
| Shaner, Joshua | 254 | 12 | 254 | 15 |
| Shaner, Joshua | 254 | 18 | 254 | 19 |
| Shaner, Joshua | 255 | 5 | 255 | 8 |
| Shaner, Joshua | 255 | 11 | 255 | 12 |
| Shaner, Joshua | 299 | 24 | 300 | 4 |
| Shaner, Joshua | 300 | 5 | 300 | 19 |
| Shaner, Joshua | 318 | 17 | 318 | 21 |
| Shohat, Yaron | 10 | 20 | 10 | 23 |
| Shohat, Yaron | 11 | 24 | 12 | 10 |
| Shohat, Yaron | 35 | 1 | 35 | 9 |
| Shohat, Yaron | 35 | 11 | 35 | 11 |
| Shohat, Yaron | 39 | 25 | 40 | 5 |
| Shohat, Yaron | 40 | 7 | 40 | 9 |
| Shohat, Yaron | 40 | 11 | 40 | 15 |
| Shohat, Yaron | 43 | 14 | 43 | 24 |
| Shohat, Yaron | 46 | 15 | 46 | 22 |
| Shohat, Yaron | 47 | 2 | 47 | 9 |
| Shohat, Yaron | 55 | 22 | 56 | 12 |
| Shohat, Yaron | 56 | 14 | 56 | 18 |
| Shohat, Yaron | 56 | 20 | 56 | 23 |
| Shohat, Yaron | 57 | 25 | 58 | 2 |
| Shohat, Yaron | 58 | 4 | 58 | 20 |
| Shohat, Yaron | 62 | 7 | 62 | 15 |
| Shohat, Yaron | 62 | 17 | 62 | 17 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Shohat, Yaron | 68 | 1 | 68 | 16 |
| Shohat, Yaron | 69 | 5 | 69 | 9 |
| Shohat, Yaron | 69 | 11 | 69 | 15 |
| Shohat, Yaron | 69 | 17 | 69 | 18 |
| Shohat, Yaron | 76 | 8 | 76 | 11 |
| Shohat, Yaron | 77 | 21 | 77 | 25 |
| Shohat, Yaron | 83 | 13 | 83 | 23 |
| Shohat, Yaron | 84 | 3 | 84 | 5 |
| Shohat, Yaron | 85 | 22 | 85 | 23 |
| Shohat, Yaron | 85 | 25 | 86 | 2 |
| Shohat, Yaron | 86 | 16 | 86 | 19 |
| Shohat, Yaron | 86 | 24 | 87 | 3 |
| Shohat, Yaron | 100 | 18 | 101 | 5 |
| Shohat, Yaron | 101 | 7 | 101 | 16 |
| Shohat, Yaron | 103 | 2 | 103 | 14 |
| Shohat, Yaron | 103 | 16 | 104 | 4 |
| Shohat, Yaron | 104 | 6 | 104 | 17 |
| Shohat, Yaron | 104 | 20 | 104 | 24 |
| Shohat, Yaron | 111 | 21 | 112 | 2 |
| Shohat, Yaron | 112 | 4 | 112 | 11 |
| Shohat, Yaron | 115 | 25 | 116 | 1 |
| Shohat, Yaron | 116 | 3 | 116 | 8 |
| Shohat, Yaron | 116 | 10 | 116 | 11 |
| Shohat, Yaron | 117 | 18 | 118 | 3 |
| Shohat, Yaron | 118 | 5 | 118 | 5 |
| Shohat, Yaron | 118 | 10 | 118 | 11 |
| Shohat, Yaron | 118 | 13 | 118 | 13 |
| Shohat, Yaron | 136 | 14 | 136 | 21 |
| Shohat, Yaron | 143 | 18 | 143 | 18 |
| Shohat, Yaron | 143 | 20 | 143 | 21 |
| Shohat, Yaron | 143 | 23 | 143 | 23 |
| Shohat, Yaron | 144 | 13 | 144 | 15 |
| Shohat, Yaron | 157 | 8 | 157 | 12 |
| Shohat, Yaron | 181 | 10 | 181 | 12 |
| Shohat, Yaron | 181 | 15 | 181 | 15 |
| Shohat, Yaron | 184 | 13 | 184 | 15 |
| Shohat, Yaron | 189 | 9 | 189 | 12 |
| Shohat, Yaron | 189 | 15 | 189 | 16 |
| Shohat, Yaron | 190 | 15 | 190 | 17 |
| Shohat, Yaron | 190 | 19 | 190 | 21 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Shohat, Yaron | 191 | 19 | 191 | 22 |
| Shohat, Yaron | 191 | 25 | 192 | 6 |
| Shohat, Yaron | 192 | 9 | 192 | 12 |
| Shohat, Yaron | 192 | 14 | 192 | 14 |
| Gazneli, Tamir | 7 | 1 | 7 | 3 |
| Gazneli, Tamir | 23 | 23 | 24 | 3 |
| Gazneli, Tamir | 25 | 9 | 25 | 11 |
| Gazneli, Tamir | 28 | 9 | 28 | 19 |
| Gazneli, Tamir | 29 | 21 | 30 | 10 |
| Gazneli, Tamir | 30 | 13 | 30 | 23 |
| Gazneli, Tamir | 31 | 14 | 31 | 19 |
| Gazneli, Tamir | 32 | 5 | 32 | 10 |
| Gazneli, Tamir | 37 | 24 | 38 | 1 |
| Gazneli, Tamir | 39 | 1 | 39 | 7 |
| Gazneli, Tamir | 39 | 10 | 39 | 14 |
| Gazneli, Tamir | 39 | 16 | 40 | 4 |
| Gazneli, Tamir | 41 | 5 | 41 | 9 |
| Gazneli, Tamir | 41 | 11 | 41 | 19 |
| Gazneli, Tamir | 44 | 19 | 44 | 24 |
| Gazneli, Tamir | 47 | 7 | 47 | 15 |
| Gazneli, Tamir | 50 | 4 | 50 | 15 |
| Gazneli, Tamir | 52 | 16 | 52 | 18 |
| Gazneli, Tamir | 52 | 25 | 52 | 25 |
| Gazneli, Tamir | 53 | 2 | 53 | 7 |
| Gazneli, Tamir | 53 | 13 | 53 | 16 |
| Gazneli, Tamir | 53 | 20 | 53 | 22 |
| Gazneli, Tamir | 54 | 4 | 54 | 12 |
| Gazneli, Tamir | 55 | 18 | 56 | 5 |
| Gazneli, Tamir | 56 | 8 | 56 | 15 |
| Gazneli, Tamir | 57 | 11 | 57 | 14 |
| Gazneli, Tamir | 57 | 17 | 57 | 23 |
| Gazneli, Tamir | 58 | 1 | 58 | 4 |
| Gazneli, Tamir | 58 | 7 | 58 | 9 |
| Gazneli, Tamir | 58 | 17 | 58 | 23 |
| Gazneli, Tamir | 61 | 10 | 61 | 14 |
| Gazneli, Tamir | 63 | 3 | 63 | 13 |
| Gazneli, Tamir | 67 | 6 | 67 | 9 |
| Gazneli, Tamir | 67 | 12 | 68 | 9 |
| Gazneli, Tamir | 69 | 22 | 70 | 4 |
| Gazneli, Tamir | 70 | 7 | 70 | 15 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Gazneli, Tamir | 74 | 6 | 74 | 25 |
| Gazneli, Tamir | 76 | 6 | 76 | 15 |
| Gazneli, Tamir | 76 | 18 | 76 | 22 |
| Gazneli, Tamir | 80 | 2 | 80 | 5 |
| Gazneli, Tamir | 81 | 3 | 81 | 7 |
| Gazneli, Tamir | 81 | 16 | 81 | 19 |
| Gazneli, Tamir | 81 | 21 | 82 | 3 |
| Gazneli, Tamir | 82 | 6 | 82 | 6 |
| Gazneli, Tamir | 82 | 20 | 82 | 23 |
| Gazneli, Tamir | 82 | 25 | 83 | 3 |
| Gazneli, Tamir | 83 | 9 | 83 | 11 |
| Gazneli, Tamir | 83 | 22 | 84 | 2 |
| Gazneli, Tamir | 84 | 4 | 84 | 23 |
| Gazneli, Tamir | 87 | 19 | 88 | 15 |
| Gazneli, Tamir | 88 | 18 | 88 | 18 |
| Gazneli, Tamir | 89 | 2 | 89 | 20 |
| Gazneli, Tamir | 90 | 23 | 91 | 2 |
| Gazneli, Tamir | 91 | 5 | 91 | 7 |
| Gazneli, Tamir | 91 | 18 | 91 | 23 |
| Gazneli, Tamir | 92 | 10 | 92 | 16 |
| Gazneli, Tamir | 92 | 19 | 93 | 12 |
| Gazneli, Tamir | 97 | 14 | 98 | 15 |
| Gazneli, Tamir | 98 | 17 | 98 | 20 |
| Gazneli, Tamir | 98 | 22 | 99 | 9 |
| Gazneli, Tamir | 99 | 12 | 99 | 20 |
| Gazneli, Tamir | 103 | 6 | 103 | 14 |
| Gazneli, Tamir | 105 | 22 | 106 | 2 |
| Gazneli, Tamir | 106 | 5 | 106 | 8 |
| Gazneli, Tamir | 107 | 5 | 107 | 18 |
| Gazneli, Tamir | 108 | 20 | 111 | 8 |
| Gazneli, Tamir | 111 | 11 | 111 | 14 |
| Gazneli, Tamir | 111 | 17 | 111 | 24 |
| Gazneli, Tamir | 112 | 3 | 112 | 9 |
| Gazneli, Tamir | 112 | 12 | 112 | 14 |
| Gazneli, Tamir | 112 | 23 | 113 | 13 |
| Gazneli, Tamir | 113 | 16 | 113 | 17 |
| Gazneli, Tamir | 113 | 20 | 113 | 25 |
| Gazneli, Tamir | 114 | 2 | 114 | 9 |
| Gazneli, Tamir | 114 | 13 | 114 | 20 |
| Gazneli, Tamir | 114 | 23 | 115 | 3 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Gazneli, Tamir | 116 | 3 | 116 | 6 |
| Gazneli, Tamir | 116 | 9 | 117 | 15 |
| Gazneli, Tamir | 118 | 2 | 118 | 14 |
| Gazneli, Tamir | 120 | 18 | 120 | 22 |
| Gazneli, Tamir | 125 | 11 | 125 | 19 |
| Gazneli, Tamir | 126 | 13 | 127 | 21 |
| Gazneli, Tamir | 128 | 17 | 129 | 3 |
| Gazneli, Tamir | 130 | 11 | 130 | 13 |
| Gazneli, Tamir | 130 | 17 | 130 | 24 |
| Gazneli, Tamir | 131 | 3 | 131 | 7 |
| Gazneli, Tamir | 131 | 11 | 131 | 17 |
| Gazneli, Tamir | 131 | 21 | 132 | 18 |
| Gazneli, Tamir | 132 | 21 | 133 | 13 |
| Gazneli, Tamir | 133 | 16 | 133 | 23 |
| Gazneli, Tamir | 137 | 24 | 139 | 9 |
| Gazneli, Tamir | 139 | 13 | 139 | 21 |
| Gazneli, Tamir | 139 | 25 | 140 | 1 |
| Gazneli, Tamir | 142 | 18 | 145 | 13 |
| Gazneli, Tamir | 146 | 13 | 146 | 14 |
| Gazneli, Tamir | 146 | 16 | 146 | 25 |
| Gazneli, Tamir | 147 | 3 | 147 | 9 |
| Gazneli, Tamir | 152 | 24 | 153 | 17 |
| Gazneli, Tamir | 153 | 20 | 154 | 8 |
| Gazneli, Tamir | 154 | 17 | 155 | 3 |
| Gazneli, Tamir | 155 | 6 | 155 | 9 |
| Gazneli, Tamir | 155 | 12 | 156 | 2 |
| Gazneli, Tamir | 157 | 7 | 157 | 13 |
| Gazneli, Tamir | 157 | 16 | 158 | 1 |
| Gazneli, Tamir | 158 | 14 | 158 | 18 |
| Gazneli, Tamir | 158 | 21 | 158 | 22 |
| Gazneli, Tamir | 159 | 12 | 159 | 13 |
| Gazneli, Tamir | 159 | 19 | 159 | 20 |
| Gazneli, Tamir | 159 | 24 | 160 | 6 |
| Gazneli, Tamir | 163 | 20 | 163 | 22 |
| Gazneli, Tamir | 163 | 25 | 164 | 9 |
| Gazneli, Tamir | 183 | 4 | 183 | 13 |
| Gazneli, Tamir | 183 | 16 | 184 | 13 |
| Gazneli, Tamir | 186 | 10 | 187 | 7 |
| Gazneli, Tamir | 187 | 10 | 188 | 25 |
| Gazneli, Tamir | 189 | 25 | 190 | 15 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Gazneli, Tamir | 191 | 7 | 192 | 15 |
| Gazneli, Tamir | 192 | 18 | 193 | 1 |
| Gazneli, Tamir | 195 | 19 | 196 | 1 |
| Gazneli, Tamir | 199 | 3 | 199 | 10 |
| Gazneli, Tamir | 201 | 18 | 201 | 25 |
| Gazneli, Tamir | 205 | 4 | 205 | 7 |
| Gazneli, Tamir | 205 | 9 | 205 | 18 |
| Gazneli, Tamir | 206 | 12 | 208 | 5 |
| Gazneli, Tamir | 208 | 8 | 208 | 12 |
| Gazneli, Tamir | 208 | 15 | 209 | 5 |
| Gazneli, Tamir | 209 | 22 | 210 | 2 |
| Gazneli, Tamir | 210 | 5 | 210 | 12 |
| Gazneli, Tamir | 212 | 6 | 212 | 17 |
| Gazneli, Tamir | 212 | 20 | 213 | 3 |
| Gazneli, Tamir | 214 | 5 | 214 | 15 |
| Gazneli, Tamir | 214 | 18 | 214 | 18 |
| Gazneli, Tamir | 222 | 1 | 222 | 11 |
| Gazneli, Tamir | 222 | 14 | 222 | 23 |
| Gazneli, Tamir | 223 | 1 | 223 | 7 |
| Gazneli, Tamir | 223 | 10 | 223 | 16 |
| Gazneli, Tamir | 223 | 19 | 224 | 7 |
| Gazneli, Tamir | 224 | 10 | 224 | 14 |
| Gazneli, Tamir | 228 | 22 | 228 | 24 |
| Gazneli, Tamir | 229 | 2 | 229 | 23 |
| Gazneli, Tamir | 230 | 1 | 230 | 18 |
| Gazneli, Tamir | 230 | 21 | 231 | 10 |
| Gazneli, Tamir | 231 | 13 | 231 | 25 |
| Gazneli, Tamir | 235 | 19 | 235 | 22 |
| Gazneli, Tamir | 235 | 25 | 237 | 22 |
| Gazneli, Tamir | 243 | 10 | 245 | 12 |
| Gazneli, Tamir | 245 | 15 | 247 | 1 |
| Gazneli, Tamir | 247 | 4 | 247 | 23 |
| Gazneli, Tamir | 248 | 1 | 248 | 13 |
| Gazneli, Tamir | 248 | 16 | 249 | 3 |
| Gazneli, Tamir | 250 | 4 | 251 | 1 |
| Gazneli, Tamir | 251 | 4 | 251 | 24 |
| Gazneli, Tamir | 252 | 11 | 253 | 18 |
| Gazneli, Tamir | 253 | 21 | 255 | 4 |
| Gazneli, Tamir | 255 | 7 | 255 | 12 |
| Gazneli, Tamir | 255 | 15 | 255 | 17 |

| Witness | Start Page | Start Line | End Page | End Line |
|---|---|---|---|---|
| Gazneli, Tamir | 256 | 16 | 258 | 16 |
| Gazneli, Tamir | 262 | 2 | 262 | 24 |
| Gazneli, Tamir | 263 | 2 | 263 | 19 |
| Gazneli, Tamir | 263 | 22 | 264 | 5 |
| Gazneli, Tamir | 264 | 8 | 264 | 9 |
| Gazneli, Tamir | 264 | 12 | 264 | 19 |
| Gazneli, Tamir | 264 | 22 | 266 | 8 |
| Gazneli, Tamir | 266 | 10 | 267 | 4 |
| Gazneli, Tamir | 269 | 19 | 269 | 23 |
| Gazneli, Tamir | 270 | 1 | 270 | 10 |
| Gazneli, Tamir | 270 | 13 | 270 | 24 |
| Gazneli, Tamir | 271 | 1 | 271 | 8 |
| Gazneli, Tamir | 278 | 16 | 279 | 6 |
| Gazneli, Tamir | 289 | 22 | 290 | 8 |
| Gazneli, Tamir | 290 | 11 | 290 | 24 |
| Gazneli, Tamir | 299 | 21 | 300 | 23 |
| Gazneli, Tamir | 325 | 3 | 325 | 8 |

(b) List of Discovery Responses

　　i. Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Admissions (Apr. 17, 2023)

　　ii. Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories (May 10, 2023)

　　iii. Defendants' Objections and Responses to Plaintiffs' Second Set of Interrogatories (Oct. 30, 2023)

　　iv. Defendants' Responses and Objections to Plaintiffs' Second Requests for Admissions (Nov. 22, 2023)

　　v. Defendants' Responses and Objections to Plaintiffs' Third Set of Requests for Admission (Nos. 59–79) (Sep. 10, 2024)

　　vi. Defendants' Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories Nos. 1–3, 6–9 (Sep. 13, 2024)

　　vii. Defendants' Objections and Responses to Plaintiffs' Third Set of Interrogatories (Sep. 16, 2024)

Dated: April 21, 2025

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Greg D. Andres
　　Greg D. Andres
　　Antonio J. Perez-Marques
　　Gina Cora
　　Craig T. Cagney
　　Luca Marzorati
　　　(admitted *pro hac vice*)
　　DAVIS POLK & WARDWELL LLP
　　450 Lexington Avenue
　　New York, New York 10017
　　Telephone: (212) 450-4000
　　Facsimile: (212) 701-5800
　　Email: greg.andres@davispolk.com
　　　　　antonio.perez@davispolk.com
　　　　　gina.cora@davispolk.com
　　　　　craig.cagney@davispolk.com
　　　　　luca.marzorati@davispolk.com

　　Micah G. Block (SBN 270712)
　　DAVIS POLK & WARDWELL LLP
　　900 Middlefield Road, Suite 200
　　Redwood City, California 94063
　　Telephone: (650) 752-2000
　　Facsimile: (650) 752-2111
　　Email: micah.block@davispolk.com

　　*Attorneys for Plaintiffs*
　　*WhatsApp LLC and Meta Platforms, Inc.*