JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS**<br><br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: 10/29/2019<br>Trial Date: April 28, 2025 |

TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Section VI of the Court's Final Pretrial Order (Dkt. No. 686), Defendants hereby submit their amended revised discovery designations in the addendum attached hereto.  These revisions are made to comply with the Court's evidentiary rulings in its Final Pretrial Order.  If Defendants' Motion for Reconsideration of the Final Pretrial Order is granted, Defendants intend to offer the deposition designations set forth in Defendants' previous submissions (Dkt. Nos. 588 and 647).  For purposes of the record of this case, Defendants continue to offer their previously submitted designations.

Dated: April 22, 2025

KING & SPALDING LLP

By: */s/ Aaron S. Craig*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG
*Attorneys for Defendants*

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Amended Revised Deposition Designations

## I.      PLAINTIFFS' REVISED DEPOSITION DESIGNATIONS

| Revised Jonathan Lee Designations |
|---|
| 9:20-21; 9:24-10:5 |
| 15:25-16:9 |
| 16:24-17:11 |
| 20:18-21:8 |
| 21:17-25 |
| 23:20-24:5 |
| 24:7-25:3 |
| 25:5-7 |
| 25:18-26:7 |
| 26:13-27:1 |
| 27:3-5 |
| 27:15-25 |
| 47:22-48:3 |
| 48:5-20 |
| 49:13-17 |
| 49:20-50:14 |
| 50:17-19 |
| 150:3-5 |
| 150:7-11 |
| 163:24-164:4 |
| 169:20-22 |
| 169:24-170:2 |
| 170:4-8 |
| 170:10-15 |
| 170:17-19 |
| 171:24-172:1 |
| 172:4-12 |
| 172:15-2 |
| 172:23-173:1 |
| 201:16-18 |
| 201:20-202:4 |
| 202:6-13 |
| 202:16-203:4 |
| 203:6-8 |
| 219:14-20 |
| 219:22-220:10 |
| 220:11-12 |
| 220:21-22 |
| 220:24-221:1 |
| 224:8-10 |
| 224:12-13 |
| 225:2-4 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Amended Revised Deposition Designations

| Revised Jonathan Lee Designations |
|---|
| 225:7-10 |
| 225:12-13 |
| 225:15-19 |
| 226:12-16 |
| 226:18-20 |
| 229:21-230:5 |
| 231:12-232:3 |
| 248:13-15 |
| 248:19-249:8 |
| 252:22-25 |
| 253:2-15 |
| 255:19-25 |
| 256:23-257:6 |
| 259:24-261:7 |
| 261:9-17 |
| 261:19-23 |
| 261:25-262:20 |
| 262:22-263:3 |
| 263:5-22 |
| 266:20-24 |
| 267:7-268:3 |
| 268:5-17 |
| 268:19-269:11 |
| 269:13-20 |
| 269:22-270:10 |
| 270:18 |
| 271:7-9 |
| 271:11-14 |
| 296:21 |
| 297:8-11 |
| 298:18-24 |
| 299:1-5 |
| 303:9-19 23 |
| 303:21-23 |
| 311:15-312:10 |

| Revised Terrence DiVittorio Designations |
|---|
| 25:19–53:1 |
| 53:9–62:2 |
| 62:15–71:13 |
| 72:5–75:7 |
| 118:18–119:10 |
| 174:19-175:7 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Amended Revised Deposition Designations

| Revised Terrence DiVittorio Designations |
|---|
| 176:10–177:13 |
| 252:18–254:5 |
| 262:21-22 |
| 263:16-265:14 |
| 265:22-266:4 |
| 266:21-267:2 |
| 267:7-10 |
| 268:16-17 |
| 269:8-13 |
| 270:2-10 |
| 288:19–290:1 |
| 297:9-22 |
| 300:7–303:3 |
| 303:11–305:15 |
| 309:5-312:5 |
| 313:19–315:8 |
| 326:12–328:20 |
| 331:3–332:19 |
| 332:22–333:9 |
| 333:12–334:12 |

| Revised Josh Shaner Designations |
|---|
| 215:5–217:13 |
| 258:16–274:20 |
| 284:12–286:23 |
| 287:1-288:8 |
| 293:3–294:6 |
| 294:14–297:8 |
| 297:21–298:10 |
| 298:13-21 |
| 299:24–302:22 |
| 302:25–303:7 |
| 303:10–304:3 |
| 305:19–306:5 |
| 306:7–23 |
| 307:2–11 |
| 307:17–308:10 |
| 308:13–309:23 |
| 310:1–6 |
| 310:19–311:17 |
| 312:5–25 |
| 318:9–21 |

3

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Amended Revised Deposition Designations

| Revised Susan Glick Designations |
| --- |
| 6:7-8 |
| 9:4-10 |
| 10:24-11:13 13:12 |
| 11:16-12:3 |
| 12:19-13:12 |
| 14:25-15:11 |
| 17:21-18:3 |
| 21:10-22 |
| 25:12-13 |
| 25:18-26:5 |
| 26:16-27:2 |
| 47:18-21 |
| 49:23-50:13 |
| 50:23-25 |
| 52:10-53:17 |
| 53:20-54:5 |
| 54:8-16 |
| 55:6-16 |
| 56:16-20 |
| 60:10-61:4 |
| 64:22-65:3 |
| 68:4-5 |
| 68:8-13 |
| 68:17 |
| 68:19-69:8 |
| 70:22-71:20 |
| 76:18-77:6 |
| 77:14-78:6 |
| 78:11-13; 78:16 |
| 80:16-81:1 |
| 97:8-10 |
| 97:13 |
| 97:16-98:10 |
| 98:13-99:4 |
| 99:7-12 |
| 100:9-11 |
| 101:8-18 |
| 105:8-13 |
| 108:8-16 (start with "Going back") |
| 109:3-110:5 |
| 110:8-17 |
| 111:1-2 |
| 117:5-23 |
| 118:1-14 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Amended Revised Deposition Designations

| Revised Susan Glick Designations |
|---|
| 118:17-18 |
| 120:10 |
| 120:22-25 |
| 121:3 |
| 121:18-122:4 |
| 129:16 |
| 132:10-134:13 |
| 136:4-13 |
| 163:1-170:20 |
| 171:20-172:2 |
| 172: 6-9 |
| 172:25-173:15 |
| 177:2-22 |
| 178:11-179:10 |
| 181:23-182:14 |
| 185:7-18 |

| Revised Aashin Gautam Designations |
|---|
| 8:5-7 |
| 9:17-10:8 |
| 12:12-14 |
| 12:16 |
| 13:6-13 |
| 14:2-8 |
| 14:11-12 |
| 14:19-15:16 |
| 16:1-6 |
| 16:9-16 |
| 16:23-24 |
| 17:4-8 |
| 17:11-25 |
| 18:2-5 |
| 18:7-15 |
| 18:17-22 |
| 18:24-19:2 |
| 19:7-12 |
| 19:17-21 |
| 19:23-20:7 |
| 20:13-24 |
| 20:17-22 |
| 21:3-5 |
| 21:17-19 |
| 22:20-23 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Amended Revised Deposition Designations

| Revised Aashin Gautam Designations |
|---|
| 23:1-14, 17 |
| 23:20-24:1 |
| 24:4-15 |
| 29:11-17 |
| 29:19-30:9 |
| 30:14-20 |
| 31:5-7 |
| 31:17-21 |
| 31:23 |
| 39:17-19 |
| 39:22-40:1 |
| 40:3-5 |
| 40:8 |
| 58:5-8 |
| 58:24-59:4 |
| 59:6-12 |
| 59:15-22 |
| 59:25-60:2 |
| 60:4-6 |
| 60:8-11, 14 |
| 77:3-20 |
| 78:15-16 |
| 78:18-21 |
| 78:24 |
| 79:20-25 |
| 80:2-6 |
| 80:11-20 |
| 80:24-81:11 |
| 81:15-20, 22 |
| 84:21-23 |
| 84:25-85:7 |
| 85:9-12 |
| 85:14-17 |
| 85:20-86:19 |
| 128:3-8 |
| 128:11-20 |
| 128:23 |
| 129:3-11 |
| 129:13-18 |
| 129:21-130:15 |
| 131:24-132:7 |
| 132:10-24 |
| 133:1-20 |
| 133:23-24 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Amended Revised Deposition Designations

| Revised Aashin Gautam Designations |
|---|
| 134:2-14 |
| 134:16-20 |
| 134:23-135:3 |
| 135:5-16 |
| 135:19-136:16 |
| 141:5-142:12 |
| 142:15-142:22 |
| 142:25-143:7 |
| 143:10 |
| 148:22-25 |
| 149:3-13 |
| 149:22-24 |
| 150:1 |
| 166:21-24 |
| 167:23-168:4 |
| 170:14-17 |
| 170:20-22 |
| 170:24-25 |
| 171:3-4 |
| 171:7-9 |
| 171:12-16 |
| 171:20-22 |
| 171:25 |
| 183:6-8 |
| 183:10-184:9 |
| 184:11-25 |
| 185:2-12 |
| 185:15-21 |
| 185:23-186-11 |
| 186:24-187:2 |
| 187:4-12 |
| 187:14-17 |
| 193:2 |
| 183:21-194:2 |
| 194:5-6 |
| 196:23-197:13 |
| 197:16-20 |
| 197:23-198:3 |
| 198:5-10 |
| 198:13-21 |
| 198:24-199:3 |
| 199:8-19 |
| 199:22-24 |
| 203:2-5 |

*WhatsApp Inc. v. NSO Group Technologies Limited*, Case No. 4:19–cv–07123–PJH
Defendants' Amended Revised Deposition Designations

| Revised Aashin Gautam Designations |
|---|
| 203:7 |

| Revised Andrew Robinson Designations |
|---|
| 272:21-273:17 |
| 275:6-8 |
| 275:24-276:5 |
| 276:8-10 |
| 279:23-280:1 |
| 280:6-7 |
| 295:25-297:25 |
| 298:4-301:18 |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

II. **PLAINTIFFS' DISCOVERY RESPONSES TO BE OFFERED AT TRIAL**

Defendants intend to offer the following discovery responses at trial:

Responses to Second Set of Requests for Admission Nos. 93-175

Responses to Third Set of Requests for Admission Nos. 176-180

Responses to First Set of Interrogatories Nos. 3-4

Supplemental Responses to First Set of Interrogatories Nos. 3-4

Responses to Second Set of Interrogatories Nos. 6-7