JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS' OBJECTION TO INTRODUCTORY VIDEO FOR POTENTIAL JURORS**<br><br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: 10/29/2019<br>Trial Date: April 28, 2025 |

1  TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, in connection with the further pretrial conference scheduled for April 24, 2025, Defendants hereby object to the portion of the Introductory Video for Potential Jurors at 8:31-9:18, warning jurors against doing independent research and communicating with others about the case because it includes a statement by Judge Illston that describes a party to this case, Facebook, as a "wonderful social networking method[] that we have these days." Having the jury hear a bench officer of this Court comment upon, and compliment, one of the parties to the case at the outset of jury selection is inappropriate. Defendants request that the Court skip that section of the video and separately instruct the jurors against doing independent research and communicating about the case. That can, of course, be done in a way that does not endorse Facebook or any party to the case.

Dated: April 23, 2025

KING & SPALDING LLP

By: */s/ Aaron S. Craig*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG
*Attorneys for Defendants*