JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS' OBJECTIONS AND COUNTER DEPOSITION DESIGNATIONS TO PLAINTIFFS' AMENDED LIST OF DEPOSITION EXCERPTS (DKT. 704)**<br><br>Ctrm: 3<br>Trial Date: April 28, 2025<br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

1  TO THE COURT, THE PARTIES AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Defendants' objections and counter-designations to

3  Plaintiffs' amended deposition designations (Dkt. 704) are set forth below.

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Bizinsky Gil, Sarit | 9 | 12 | 9 | 16 | |
| Bizinsky Gil, Sarit | 11 | 7 | 11 | 16 | Object to lines 11:12-16. Witness military service irrelevant and potentially prejudicial. |
| Bizinsky Gil, Sarit | 12 | 12 | 12 | 19 | |
| Bizinsky Gil, Sarit | 16 | 11 | 16 | 22 | |
| Bizinsky Gil, Sarit | 17 | 18 | 17 | 21 | |
| Bizinsky Gil, Sarit | 42 | 4 | 42 | 6 | |
| Bizinsky Gil, Sarit | 43 | 7 | 43 | 12 | Counter-designate lines 43:13-16 |
| Bizinsky Gil, Sarit | 43 | 17 | 43 | 21 | Counter-designate lines 43:13-16 |
| Bizinsky Gil, Sarit | 44 | 1 | 44 | 15 | |
| Bizinsky Gil, Sarit | 106 | 21 | 106 | 22 | |
| Bizinsky Gil, Sarit | 106 | 25 | 107 | 1 | |
| Bizinsky Gil, Sarit | 107 | 3 | 107 | 4 | |
| Bizinsky Gil, Sarit | 108 | 12 | 108 | 14 | |
| Bizinsky Gil, Sarit | 108 | 17 | 108 | 18 | |
| Bizinsky Gil, Sarit | 110 | 22 | 110 | 23 | |
| Bizinsky Gil, Sarit | 111 | 1 | 111 | 1 | |
| Bizinsky Gil, Sarit | 111 | 16 | 111 | 17 | |
| Bizinsky Gil, Sarit | 111 | 19 | 112 | 1 | |
| Bizinsky Gil, Sarit | 121 | 21 | 122 | 4 | Object to exhibit identified (2044) hearsay; lacks foundation. "Pricing Policy" document dated 2014 is irrelevant, as are questions and testimony concerning same. |
| Bizinsky Gil, Sarit | 122 | 7 | 122 | 12 | Object to exhibit identified (2044) hearsay; lacks foundation. "Pricing Policy" document dated 2014 is irrelevant, as are questions and testimony concerning same. |
| Bizinsky Gil, Sarit | 158 | 19 | 159 | 10 | |
| Bizinsky Gil, Sarit | 174 | 21 | 175 | 2 | |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Bizinsky Gil, Sarit | 175 | 4 | 175 | 6 | |
| Bizinsky Gil, Sarit | 215 | 23 | 216 | 1 | Financial results in prior years are irrelevant to punitive damages; only current finances are relevant. *See, e.g.*, *Scripps Health v. Nautilus Ins. Co.*, 2022 WL 18781312, at *7 (S.D. Cal. Dec. 13, 2022) (citing cases); *Vieste, LLC v. Hill Redwood Dev.*, 2011 WL 855831, at *3 (N.D. Cal. Mar. 9, 2011). |
| Bizinsky Gil, Sarit | 216 | 4 | 216 | 8 | Financial results in prior years are irrelevant to punitive damages; only current finances are relevant. *See, e.g.*, *Scripps Health v. Nautilus Ins. Co.*, 2022 WL 18781312, at *7 (S.D. Cal. Dec. 13, 2022) (citing cases); *Vieste, LLC v. Hill Redwood Dev.*, 2011 WL 855831, at *3 (N.D. Cal. Mar. 9, 2011). |
| Bizinsky Gil, Sarit | 216 | 10 | 216 | 17 | Financial results in prior years are irrelevant to punitive damages; only current finances are relevant. *See, e.g.*, *Scripps Health v. Nautilus Ins. Co.*, 2022 WL 18781312, at *7 (S.D. Cal. Dec. 13, 2022) (citing cases); *Vieste, LLC v. Hill Redwood Dev.*, 2011 WL 855831, at *3 (N.D. Cal. Mar. 9, 2011). |
| Bizinsky Gil, Sarit | 218 | 3 | 218 | 14 | Financial results in prior years are irrelevant to punitive damages; only current finances are relevant. *See, e.g.*, *Scripps Health v. Nautilus Ins. Co.*, 2022 WL 18781312, at *7 (S.D. Cal. Dec. 13, 2022) (citing cases); *Vieste, LLC v. Hill Redwood Dev.*, 2011 WL 855831, at *3 (N.D. Cal. Mar. 9, 2011). |
| DiVittorio, Terrence P. | 17 | 9 | 17 | 12 | |
| DiVittorio, Terrence P. | 17 | 16 | 17 | 17 | |
| DiVittorio, Terrence P. | 238 | 20 | 239 | 19 | Counter-designate lines 305:16 – 306:11; 306:13 – 307:1; 309:5-21 |
| DiVittorio, | 239 | 22 | 240 | 7 | Counter-designate lines 305:16 – |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| DiVittorio, Terrence P. | | | | | 306:11; 306:13 – 307:1; 309:5-21 |
| DiVittorio, Terrence P. | 240 | 15 | 240 | 20 | Counter-designate lines 305:16 – 306:11; 306:13 – 307:1; 309:5-21 |
| DiVittorio, Terrence P. | 241 | 1 | 241 | 10 | Counter-designate lines 305:16 – 306:11; 306:13 – 307:1; 309:5-21 |
| DiVittorio, Terrence P. | 293 | 14 | 293 | 17 | |
| DiVittorio, Terrence P. | 296 | 15 | 297 | 1 | Testimony contains prejudicial hearsay/double hearsay from non-party. Counter-designate lines 242:2-19; 244:15 – 245:7 |
| DiVittorio, Terrence P. | 297 | 4 | 297 | 8 | Testimony contains prejudicial hearsay/double hearsay from non-party. Counter-designate lines 242:2-19; 244:15 – 245:7 |
| Eshkar, Ramon | 7 | 20 | 7 | 23 | |
| Eshkar, Ramon | 10 | 11 | 10 | 19 | Failure to specify topics of 30(b)(6) designation |
| Eshkar, Ramon | 15 | 21 | 15 | 23 | |
| Eshkar, Ramon | 16 | 8 | 16 | 13 | |
| Eshkar, Ramon | 17 | 13 | 17 | 15 | |
| Eshkar, Ramon | 18 | 13 | 18 | 17 | Counter-designate lines 18:18-19; 18:21 – 19:13; 239:19 – 240:7; 269:7-8; 269:10-14; 269:16-21; 269:25 – 270:7; 270:17-21; 270:23 |
| Eshkar, Ramon | 19 | 14 | 19 | 22 | |
| Eshkar, Ramon | 22 | 4 | 22 | 8 | |
| Eshkar, Ramon | 27 | 8 | 27 | 9 | |
| Eshkar, Ramon | 27 | 11 | 27 | 11 | Counter-designate lines 29:1-13; 29:16-20; 29:23-24 |
| Eshkar, Ramon | 57 | 19 | 58 | 1 | Witness military service irrelevant and potentially prejudicial. |
| Eshkar, Ramon | 58 | 10 | 58 | 23 | Witness military service irrelevant and potentially prejudicial. |
| Eshkar, Ramon | 61 | 13 | 61 | 15 | |
| Eshkar, Ramon | 61 | 21 | 61 | 23 | |
| Eshkar, Ramon | 104 | 8 | 104 | 18 | |
| Eshkar, Ramon | 104 | 20 | 104 | 22 | |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Eshkar, Ramon | 186 | 2 | 186 | 9 | Counter-designate lines 186:10-14 |
| Eshkar, Ramon | 186 | 15 | 186 | 15 | Counter-designate lines 186:10-14 |
| Eshkar, Ramon | 186 | 17 | 186 | 18 | Counter-designate lines 186:10-14 |
| Eshkar, Ramon | 186 | 24 | 186 | 25 | Counter-designate lines 187:1-3 |
| Eshkar, Ramon | 188 | 20 | 189 | 5 | |
| Eshkar, Ramon | 189 | 8 | 189 | 12 | |
| Eshkar, Ramon | 194 | 5 | 194 | 9 | |
| Eshkar, Ramon | 194 | 12 | 194 | 23 | |
| Eshkar, Ramon | 195 | 1 | 195 | 6 | |
| Eshkar, Ramon | 195 | 9 | 195 | 9 | |
| Eshkar, Ramon | 198 | 13 | 198 | 24 | |
| Eshkar, Ramon | 199 | 15 | 200 | 15 | |
| Eshkar, Ramon | 200 | 19 | 200 | 20 | |
| Eshkar, Ramon | 204 | 3 | 204 | 4 | |
| Eshkar, Ramon | 204 | 8 | 204 | 20 | |
| Eshkar, Ramon | 205 | 10 | 205 | 18 | |
| Eshkar, Ramon | 205 | 21 | 205 | 25 | |
| Eshkar, Ramon | 208 | 21 | 209 | 15 | Object to lines 209:4-15. Addresses technologies not at issue; thus irrelevant. |
| Eshkar, Ramon | 212 | 13 | 212 | 23 | Counter-designate lines 212:24 – 213:12 |
| Eshkar, Ramon | 213 | 13 | 213 | 23 | Counter-designate lines 212:24 – 213:12 |
| Eshkar, Ramon | 215 | 18 | 216 | 17 | |
| Eshkar, Ramon | 223 | 2 | 223 | 8 | |
| Eshkar, Ramon | 228 | 13 | 229 | 3 | |
| Eshkar, Ramon | 229 | 1 | 229 | 3 | |
| Eshkar, Ramon | 229 | 6 | 229 | 10 | |
| Eshkar, Ramon | 262 | 2 | 262 | 5 | |
| Eshkar, Ramon | 215 | 18 | 216 | 17 | |
| Eshkar, Ramon | 262 | 7 | 262 | 9 | Counter-designate lines 262:11-12; 262:15 – 263:11 |
| Eshkar, Ramon | 263 | 12 | 263 | 15 | Counter-designate lines 263:16-22; 263:25 – 264:6; 264:9-14 |
| Shaner, Joshua | 9 | 25 | 10 | 2 | |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Shaner, Joshua | 26 | 20 | 26 | 23 | Counter-designate lines 272:5 – 274:20 |
| Shaner, Joshua | 39 | 24 | 40 | 6 | |
| Shaner, Joshua | 76 | 13 | 76 | 15 | Counter-designate lines 76:22 – 77:4 |
| Shaner, Joshua | 77 | 5 | 77 | 12 | Counter-designate lines 76:22 – 77:4 |
| Shaner, Joshua | 82 | 24 | 83 | 4 | |
| Shaner, Joshua | 84 | 18 | 85 | 6 | |
| Shaner, Joshua | 111 | 17 | 112 | 9 | Counter-designate lines 73:25 – 74:15 |
| Shaner, Joshua | 112 | 19 | 113 | 3 | Counter-designate lines 73:25 – 74:15 |
| Shaner, Joshua | 113 | 7 | 113 | 23 | |
| Shaner, Joshua | 114 | 1 | 114 | 4 | |
| Shaner, Joshua | 114 | 7 | 115 | 3 | |
| Shaner, Joshua | 116 | 11 | 117 | 4 | |
| Shaner, Joshua | 117 | 12 | 117 | 15 | Object to inclusion of line 117:15 incomplete question; no answer |
| Shaner, Joshua | 117 | 20 | 117 | 21 | |
| Shaner, Joshua | 117 | 12 | 117 | 14 | |
| Shaner, Joshua | 117 | 25 | 118 | 8 | Object to lines 118:5-8 as irrelevant |
| Shaner, Joshua | 118 | 11 | 118 | 12 | Object to lines 118:11-12 as irrelevant |
| Shaner, Joshua | 119 | 4 | 119 | 8 | Irrelevant |
| Shaner, Joshua | 119 | 11 | 119 | 13 | Irrelevant |
| Shaner, Joshua | 119 | 16 | 119 | 20 | Irrelevant |
| Shaner, Joshua | 119 | 23 | 119 | 25 | Irrelevant |
| Shaner, Joshua | 120 | 3 | 120 | 4 | Irrelevant |
| Shaner, Joshua | 120 | 19 | 120 | 23 | Counter-designate lines 120:5-11; 120:14-18; 120:24-25; 121:3-4 |
| Shaner, Joshua | 121 | 5 | 121 | 11 | Counter-designate lines 121:12 – 122:5 |
| Shaner, Joshua | 122 | 6 | 122 | 11 | Counter-designate lines 122:12 – 123:2 |
| Shaner, Joshua | 123 | 3 | 123 | 7 | |
| Shaner, Joshua | 123 | 17 | 123 | 20 | |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Shaner, Joshua | 123 | 23 | 123 | 23 | Counter-designate lines 123:24 – 124:7 |
| Shaner, Joshua | 126 | 23 | 127 | 23 | |
| Shaner, Joshua | 128 | 14 | 129 | 5 | |
| Shaner, Joshua | 129 | 22 | 129 | 25 | |
| Shaner, Joshua | 130 | 3 | 130 | 3 | |
| Shaner, Joshua | 131 | 1 | 131 | 5 | |
| Shaner, Joshua | 137 | 20 | 138 | 2 | |
| Shaner, Joshua | 138 | 13 | 138 | 14 | |
| Shaner, Joshua | 138 | 16 | 139 | 11 | |
| Shaner, Joshua | 139 | 15 | 139 | 22 | |
| Shaner, Joshua | 141 | 12 | 142 | 1 | Counter-designate lines 142:2-4 |
| Shaner, Joshua | 144 | 19 | 144 | 21 | |
| Shaner, Joshua | 144 | 24 | 144 | 25 | |
| Shaner, Joshua | 145 | 2 | 145 | 14 | |
| Shaner, Joshua | 145 | 17 | 145 | 22 | |
| Shaner, Joshua | 146 | 22 | 147 | 2 | |
| Shaner, Joshua | 147 | 13 | 147 | 15 | |
| Shaner, Joshua | 147 | 17 | 147 | 18 | |
| Shaner, Joshua | 150 | 17 | 151 | 1 | |
| Shaner, Joshua | 154 | 19 | 155 | 1 | |
| Shaner, Joshua | 155 | 16 | 155 | 22 | |
| Shaner, Joshua | 156 | 8 | 156 | 11 | |
| Shaner, Joshua | 156 | 13 | 156 | 15 | |
| Shaner, Joshua | 156 | 20 | 157 | 4 | |
| Shaner, Joshua | 159 | 4 | 159 | 10 | |
| Shaner, Joshua | 159 | 14 | 160 | 5 | |
| Shaner, Joshua | 161 | 2 | 161 | 14 | |
| Shaner, Joshua | 163 | 21 | 163 | 22 | |
| Shaner, Joshua | 164 | 9 | 164 | 17 | |
| Shaner, Joshua | 164 | 25 | 165 | 4 | |
| Shaner, Joshua | 166 | 6 | 166 | 15 | Addresses technologies not at issue; thus irrelevant. |
| Shaner, Joshua | 166 | 18 | 166 | 19 | Addresses technologies not at issue; thus irrelevant. |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Shaner, Joshua | 168 | 16 | 168 | 23 | |
| Shaner, Joshua | 169 | 4 | 169 | 19 | |
| Shaner, Joshua | 170 | 19 | 170 | 24 | |
| Shaner, Joshua | 171 | 2 | 171 | 8 | |
| Shaner, Joshua | 172 | 20 | 172 | 23 | |
| Shaner, Joshua | 173 | 2 | 173 | 11 | |
| Shaner, Joshua | 174 | 6 | 174 | 8 | |
| Shaner, Joshua | 174 | 11 | 174 | 12 | |
| Shaner, Joshua | 176 | 4 | 176 | 7 | |
| Shaner, Joshua | 176 | 10 | 176 | 14 | |
| Shaner, Joshua | 228 | 11 | 228 | 14 | |
| Shaner, Joshua | 228 | 18 | 229 | 8 | |
| Shaner, Joshua | 229 | 11 | 229 | 13 | |
| Shaner, Joshua | 230 | 4 | 230 | 10 | |
| Shaner, Joshua | 230 | 18 | 230 | 25 | |
| Shaner, Joshua | 231 | 3 | 231 | 4 | |
| Shaner, Joshua | 231 | 6 | 231 | 23 | Counter-designate lines 231:24-25; 232:3-10; 232:13-22; 232:25 – 233:1; 233:4-5 |
| Shaner, Joshua | 252 | 4 | 252 | 5 | |
| Shaner, Joshua | 252 | 8 | 252 | 12 | |
| Shaner, Joshua | 252 | 15 | 252 | 15 | |
| Shaner, Joshua | 253 | 4 | 253 | 7 | |
| Shaner, Joshua | 253 | 10 | 253 | 13 | |
| Shaner, Joshua | 253 | 16 | 253 | 21 | |
| Shaner, Joshua | 253 | 24 | 253 | 25 | |
| Shaner, Joshua | 254 | 2 | 254 | 6 | |
| Shaner, Joshua | 254 | 9 | 254 | 10 | |
| Shaner, Joshua | 254 | 12 | 254 | 15 | |
| Shaner, Joshua | 254 | 18 | 254 | 19 | |
| Shaner, Joshua | 255 | 5 | 255 | 8 | |
| Shaner, Joshua | 255 | 11 | 255 | 12 | |
| Shaner, Joshua | 299 | 24 | 300 | 4 | |
| Shaner, Joshua | 300 | 5 | 300 | 19 | Counter-designate lines 300:20 – 302:6 |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Shaner, Joshua | 318 | 17 | 318 | 21 | Counter-designate lines 318:9-16 |
| Shohat, Yaron | 10 | 20 | 10 | 23 | |
| Shohat, Yaron | 11 | 24 | 12 | 10 | |
| Shohat, Yaron | 35 | 1 | 35 | 9 | |
| Shohat, Yaron | 35 | 11 | 35 | 11 | |
| Shohat, Yaron | 39 | 25 | 40 | 5 | Object to lines 40:3-5. Witness military service irrelevant and potentially prejudicial. |
| Shohat, Yaron | 40 | 7 | 40 | 9 | Witness military service irrelevant and potentially prejudicial. |
| Shohat, Yaron | 40 | 11 | 40 | 15 | Witness military service irrelevant and potentially prejudicial. |
| Shohat, Yaron | 43 | 14 | 43 | 24 | |
| Shohat, Yaron | 46 | 15 | 46 | 22 | |
| Shohat, Yaron | 47 | 2 | 47 | 9 | |
| Shohat, Yaron | 55 | 22 | 56 | 12 | |
| Shohat, Yaron | 56 | 14 | 56 | 18 | |
| Shohat, Yaron | 56 | 20 | 56 | 23 | |
| Shohat, Yaron | 57 | 25 | 58 | 2 | |
| Shohat, Yaron | 58 | 4 | 58 | 20 | |
| Shohat, Yaron | 62 | 7 | 62 | 15 | |
| Shohat, Yaron | 62 | 17 | 62 | 17 | Counter-designate lines 62:18; 62:20-24 |
| Shohat, Yaron | 68 | 1 | 68 | 16 | Irrelevant in light of the Court's orders on NSO's relationship with its customers |
| Shohat, Yaron | 69 | 5 | 69 | 9 | |
| Shohat, Yaron | 69 | 11 | 69 | 15 | |
| Shohat, Yaron | 69 | 17 | 69 | 18 | |
| Shohat, Yaron | 76 | 8 | 76 | 11 | |
| Shohat, Yaron | 77 | 21 | 77 | 25 | |
| Shohat, Yaron | 83 | 13 | 83 | 23 | |
| Shohat, Yaron | 84 | 3 | 84 | 5 | |
| Shohat, Yaron | 85 | 22 | 85 | 23 | |
| Shohat, Yaron | 85 | 25 | 86 | 2 | |
| Shohat, Yaron | 86 | 16 | 86 | 19 | |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Shohat, Yaron | 86 | 24 | 87 | 3 | |
| Shohat, Yaron | 100 | 18 | 101 | 5 | Financial results in prior years are irrelevant to punitive damages; only current finances are relevant. *See, e.g.*, *Scripps Health v. Nautilus Ins. Co.*, 2022 WL 18781312, at *7 (S.D. Cal. Dec. 13, 2022) (citing cases); *Vieste, LLC v. Hill Redwood Dev.*, 2011 WL 855831, at *3 (N.D. Cal. Mar. 9, 2011). |
| Shohat, Yaron | 101 | 7 | 101 | 16 | Financial results in prior years are irrelevant to punitive damages; only current finances are relevant. *See, e.g.*, *Scripps Health v. Nautilus Ins. Co.*, 2022 WL 18781312, at *7 (S.D. Cal. Dec. 13, 2022) (citing cases); *Vieste, LLC v. Hill Redwood Dev.*, 2011 WL 855831, at *3 (N.D. Cal. Mar. 9, 2011). |
| Shohat, Yaron | 103 | 2 | 103 | 14 | Q Cyber Luxembourg and Westbridge are not parties, and their revenues are not relevant to any issue at trial. |
| Shohat, Yaron | 103 | 16 | 104 | 4 | |
| Shohat, Yaron | 104 | 6 | 104 | 17 | |
| Shohat, Yaron | 104 | 20 | 104 | 24 | Counter-designate lines 104:25 – 105:2; 105:4-22; 105:24; 106:1-14; 106:16-23; 106:25 – 108:4; 108:6-11; 108:13-15; 108:17-24 |
| Shohat, Yaron | 111 | 21 | 112 | 2 | |
| Shohat, Yaron | 112 | 4 | 112 | 11 | |
| Shohat, Yaron | 115 | 25 | 116 | 1 | |
| Shohat, Yaron | 116 | 3 | 116 | 8 | |
| Shohat, Yaron | 116 | 10 | 116 | 11 | Counter-designate lines 116:12 – 117:4 |
| Shohat, Yaron | 117 | 18 | 118 | 3 | |
| Shohat, Yaron | 118 | 5 | 118 | 5 | Counter-designate lines 118:6-7; 118:9 |
| Shohat, Yaron | 118 | 10 | 118 | 11 | |
| Shohat, Yaron | 118 | 13 | 118 | 13 | |
| Shohat, Yaron | 136 | 14 | 136 | 21 | Counter-designate lines 51:23 – |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| | | | | | 52:3 |
| Shohat, Yaron | 143 | 18 | 143 | 18 | |
| Shohat, Yaron | 143 | 20 | 143 | 21 | |
| Shohat, Yaron | 143 | 23 | 143 | 23 | Counter-designate lines 143:24; 144:1-9; 144:11-12 |
| Shohat, Yaron | 144 | 13 | 144 | 15 | Irrelevant. Counter-designate lines 144:16-17; 144:20 – 145:3 |
| Shohat, Yaron | 157 | 8 | 157 | 12 | |
| Shohat, Yaron | 181 | 10 | 181 | 12 | Contrary to Court's Final Pretrial Order (Dkt. 686 at 7:10-13) |
| Shohat, Yaron | 181 | 15 | 181 | 15 | Contrary to Court's Final Pretrial Order (Dkt. 686 at 7:10-13) |
| Shohat, Yaron | 184 | 13 | 184 | 15 | |
| Shohat, Yaron | 189 | 9 | 189 | 12 | |
| Shohat, Yaron | 189 | 15 | 189 | 16 | Counter-designate lines 189:17-25; 190:3-5 |
| Shohat, Yaron | 190 | 15 | 190 | 17 | |
| Shohat, Yaron | 190 | 19 | 190 | 21 | Counter-designate lines 190:22 – 191:5; 191:8-11 |
| Shohat, Yaron | 191 | 19 | 191 | 22 | |
| Shohat, Yaron | 191 | 25 | 192 | 6 | |
| Shohat, Yaron | 192 | 9 | 192 | 12 | |
| Shohat, Yaron | 192 | 14 | 192 | 14 | Counter-designate lines 192:15; 192:17-18 |
| Gazneli, Tamir | 7 | 1 | 7 | 3 | |
| Gazneli, Tamir | 23 | 23 | 24 | 3 | |
| Gazneli, Tamir | 25 | 9 | 25 | 11 | |
| Gazneli, Tamir | 28 | 9 | 28 | 19 | Counter-designate lines 28:20-21; 29:6-9; 29:12 |
| Gazneli, Tamir | 29 | 21 | 30 | 10 | |
| Gazneli, Tamir | 30 | 13 | 30 | 23 | |
| Gazneli, Tamir | 31 | 14 | 31 | 19 | Counter-designate lines 31:4-8; 31:11-13 |
| Gazneli, Tamir | 32 | 5 | 32 | 10 | |
| Gazneli, Tamir | 37 | 24 | 38 | 1 | |
| Gazneli, Tamir | 39 | 1 | 39 | 7 | |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Gazneli, Tamir | 39 | 10 | 39 | 14 | |
| Gazneli, Tamir | 39 | 16 | 40 | 4 | |
| Gazneli, Tamir | 41 | 5 | 41 | 9 | |
| Gazneli, Tamir | 41 | 11 | 41 | 19 | |
| Gazneli, Tamir | 44 | 19 | 44 | 24 | |
| Gazneli, Tamir | 47 | 7 | 47 | 15 | |
| Gazneli, Tamir | 50 | 4 | 50 | 15 | |
| Gazneli, Tamir | 52 | 16 | 52 | 18 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 52 | 25 | 52 | 25 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 53 | 2 | 53 | 7 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 53 | 13 | 53 | 16 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 53 | 20 | 53 | 22 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 54 | 4 | 54 | 12 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 55 | 18 | 56 | 5 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 56 | 8 | 56 | 15 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 57 | 11 | 57 | 14 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 57 | 17 | 57 | 23 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 58 | 1 | 58 | 4 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 58 | 7 | 58 | 9 | Addresses Defendants' current operations, not those for relevant |

DEFENDANTS' OBJECTIONS AND COUNTER DEPOSITION DESIGNATIONS   Case No. 4:19-cv-07123-PJH

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| | | | | | time period; thus irrelevant. |
| Gazneli, Tamir | 58 | 17 | 58 | 23 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 61 | 10 | 61 | 14 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 63 | 3 | 63 | 13 | Addresses Defendants' current operations, not those for relevant time period; thus irrelevant. |
| Gazneli, Tamir | 67 | 6 | 67 | 9 | |
| Gazneli, Tamir | 67 | 12 | 68 | 9 | Object to lines 68:7-9 as irrelevant and potentially prejudicial |
| Gazneli, Tamir | 69 | 22 | 70 | 4 | |
| Gazneli, Tamir | 70 | 7 | 70 | 15 | |
| Gazneli, Tamir | 74 | 6 | 74 | 25 | |
| Gazneli, Tamir | 76 | 6 | 76 | 15 | |
| Gazneli, Tamir | 76 | 18 | 76 | 22 | |
| Gazneli, Tamir | 80 | 2 | 80 | 5 | |
| Gazneli, Tamir | 81 | 3 | 81 | 7 | |
| Gazneli, Tamir | 81 | 16 | 81 | 19 | |
| Gazneli, Tamir | 81 | 21 | 82 | 3 | |
| Gazneli, Tamir | 82 | 6 | 82 | 6 | |
| Gazneli, Tamir | 82 | 20 | 82 | 23 | |
| Gazneli, Tamir | 82 | 25 | 83 | 3 | |
| Gazneli, Tamir | 83 | 9 | 83 | 11 | |
| Gazneli, Tamir | 83 | 22 | 84 | 2 | |
| Gazneli, Tamir | 84 | 4 | 84 | 23 | |
| Gazneli, Tamir | 87 | 19 | 88 | 15 | |
| Gazneli, Tamir | 88 | 18 | 88 | 18 | |
| Gazneli, Tamir | 89 | 2 | 89 | 20 | |
| Gazneli, Tamir | 90 | 23 | 91 | 2 | |
| Gazneli, Tamir | 91 | 5 | 91 | 7 | Counter-designate lines 91:8-10; 91:13-17 |
| Gazneli, Tamir | 91 | 18 | 91 | 23 | Counter-designate lines 91:8-10; 91:13-17; 91:24 – 92:9 |
| Gazneli, Tamir | 92 | 10 | 92 | 16 | |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Gazneli, Tamir | 92 | 19 | 93 | 12 | |
| Gazneli, Tamir | 97 | 14 | 98 | 15 | |
| Gazneli, Tamir | 98 | 17 | 98 | 20 | |
| Gazneli, Tamir | 98 | 22 | 99 | 9 | |
| Gazneli, Tamir | 99 | 12 | 99 | 20 | |
| Gazneli, Tamir | 103 | 6 | 103 | 14 | Addresses technologies not at issue; thus irrelevant. |
| Gazneli, Tamir | 105 | 22 | 106 | 2 | |
| Gazneli, Tamir | 106 | 5 | 106 | 8 | |
| Gazneli, Tamir | 107 | 5 | 107 | 18 | |
| Gazneli, Tamir | 108 | 20 | 111 | 8 | |
| Gazneli, Tamir | 111 | 11 | 111 | 14 | |
| Gazneli, Tamir | 111 | 17 | 111 | 24 | |
| Gazneli, Tamir | 112 | 3 | 112 | 9 | |
| Gazneli, Tamir | 112 | 12 | 112 | 14 | |
| Gazneli, Tamir | 112 | 23 | 113 | 13 | |
| Gazneli, Tamir | 113 | 16 | 113 | 17 | |
| Gazneli, Tamir | 113 | 20 | 113 | 25 | |
| Gazneli, Tamir | 114 | 2 | 114 | 9 | |
| Gazneli, Tamir | 114 | 13 | 114 | 20 | |
| Gazneli, Tamir | 114 | 23 | 115 | 3 | |
| Gazneli, Tamir | 116 | 3 | 116 | 6 | |
| Gazneli, Tamir | 116 | 9 | 117 | 15 | |
| Gazneli, Tamir | 118 | 2 | 118 | 14 | |
| Gazneli, Tamir | 120 | 18 | 120 | 22 | |
| Gazneli, Tamir | 125 | 11 | 125 | 19 | |
| Gazneli, Tamir | 126 | 13 | 127 | 21 | |
| Gazneli, Tamir | 128 | 17 | 129 | 3 | |
| Gazneli, Tamir | 130 | 11 | 130 | 13 | |
| Gazneli, Tamir | 130 | 17 | 130 | 24 | |
| Gazneli, Tamir | 131 | 3 | 131 | 7 | |
| Gazneli, Tamir | 131 | 11 | 131 | 17 | |
| Gazneli, Tamir | 131 | 21 | 132 | 18 | |
| Gazneli, Tamir | 132 | 21 | 133 | 13 | |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Gazneli, Tamir | 133 | 16 | 133 | 23 | |
| Gazneli, Tamir | 137 | 24 | 139 | 9 | |
| Gazneli, Tamir | 139 | 13 | 139 | 21 | |
| Gazneli, Tamir | 139 | 25 | 140 | 1 | Counter-designate lines 140:2-6; 140:9-16; 140:19-20 |
| Gazneli, Tamir | 142 | 18 | 145 | 13 | |
| Gazneli, Tamir | 146 | 13 | 146 | 14 | |
| Gazneli, Tamir | 146 | 16 | 146 | 25 | |
| Gazneli, Tamir | 147 | 3 | 147 | 9 | |
| Gazneli, Tamir | 152 | 24 | 153 | 17 | |
| Gazneli, Tamir | 153 | 20 | 154 | 8 | |
| Gazneli, Tamir | 154 | 17 | 155 | 3 | |
| Gazneli, Tamir | 155 | 6 | 155 | 9 | |
| Gazneli, Tamir | 155 | 12 | 156 | 2 | |
| Gazneli, Tamir | 157 | 7 | 157 | 13 | |
| Gazneli, Tamir | 157 | 16 | 158 | 1 | |
| Gazneli, Tamir | 158 | 14 | 158 | 18 | |
| Gazneli, Tamir | 158 | 21 | 158 | 22 | |
| Gazneli, Tamir | 159 | 12 | 159 | 13 | |
| Gazneli, Tamir | 159 | 19 | 159 | 20 | |
| Gazneli, Tamir | 159 | 24 | 160 | 6 | |
| Gazneli, Tamir | 163 | 20 | 163 | 22 | |
| Gazneli, Tamir | 163 | 25 | 164 | 9 | |
| Gazneli, Tamir | 183 | 4 | 183 | 13 | |
| Gazneli, Tamir | 183 | 16 | 184 | 13 | |
| Gazneli, Tamir | 186 | 10 | 187 | 7 | |
| Gazneli, Tamir | 187 | 10 | 188 | 25 | |
| Gazneli, Tamir | 189 | 25 | 190 | 15 | |
| Gazneli, Tamir | 191 | 7 | 192 | 15 | |
| Gazneli, Tamir | 192 | 18 | 193 | 1 | |
| Gazneli, Tamir | 195 | 19 | 196 | 1 | |
| Gazneli, Tamir | 199 | 3 | 199 | 10 | |
| Gazneli, Tamir | 201 | 18 | 201 | 25 | |
| Gazneli, Tamir | 205 | 4 | 205 | 7 | |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Gazneli, Tamir | 205 | 9 | 205 | 18 | |
| Gazneli, Tamir | 206 | 12 | 208 | 5 | |
| Gazneli, Tamir | 208 | 8 | 208 | 12 | |
| Gazneli, Tamir | 208 | 15 | 209 | 5 | |
| Gazneli, Tamir | 209 | 22 | 210 | 2 | |
| Gazneli, Tamir | 210 | 5 | 210 | 12 | |
| Gazneli, Tamir | 212 | 6 | 212 | 17 | |
| Gazneli, Tamir | 212 | 20 | 213 | 3 | Counter-designate lines 213:11-12; 213:15 – 214:1; 214:4 |
| Gazneli, Tamir | 214 | 5 | 214 | 15 | Counter-designate lines 213:11-12; 213:15 – 214:1; 214:4 |
| Gazneli, Tamir | 214 | 18 | 214 | 18 | Counter-designate lines 214:19-22; 214:25 – 215:11; 215:14; 215:17-24; 216:2-5 |
| Gazneli, Tamir | 222 | 1 | 222 | 11 | Irrelevant |
| Gazneli, Tamir | 222 | 14 | 222 | 23 | Irrelevant |
| Gazneli, Tamir | 223 | 1 | 223 | 7 | Irrelevant |
| Gazneli, Tamir | 223 | 10 | 223 | 16 | Irrelevant |
| Gazneli, Tamir | 223 | 19 | 224 | 7 | Irrelevant |
| Gazneli, Tamir | 224 | 10 | 224 | 14 | Irrelevant |
| Gazneli, Tamir | 228 | 22 | 228 | 24 | |
| Gazneli, Tamir | 229 | 2 | 229 | 23 | |
| Gazneli, Tamir | 230 | 1 | 230 | 18 | |
| Gazneli, Tamir | 230 | 21 | 231 | 10 | |
| Gazneli, Tamir | 231 | 13 | 231 | 25 | |
| Gazneli, Tamir | 235 | 19 | 235 | 22 | |
| Gazneli, Tamir | 235 | 25 | 237 | 22 | |
| Gazneli, Tamir | 243 | 10 | 245 | 12 | |
| Gazneli, Tamir | 245 | 15 | 247 | 1 | |
| Gazneli, Tamir | 247 | 4 | 247 | 23 | |
| Gazneli, Tamir | 248 | 1 | 248 | 13 | |
| Gazneli, Tamir | 248 | 16 | 249 | 3 | |
| Gazneli, Tamir | 250 | 4 | 251 | 1 | Counter-designate lines 249:9-13; 249:20-23; 250:1-3 |
| Gazneli, Tamir | 251 | 4 | 251 | 24 | |
| Gazneli, Tamir | 252 | 11 | 253 | 18 | |

| Witness | Start Page | Start Line | End Page | End Line | NSO's Objections and Counter-Designations |
|---|---|---|---|---|---|
| Gazneli, Tamir | 253 | 21 | 255 | 4 | |
| Gazneli, Tamir | 255 | 7 | 255 | 12 | |
| Gazneli, Tamir | 255 | 15 | 255 | 17 | |
| Gazneli, Tamir | 256 | 16 | 258 | 16 | |
| Gazneli, Tamir | 262 | 2 | 262 | 24 | |
| Gazneli, Tamir | 263 | 2 | 263 | 19 | |
| Gazneli, Tamir | 263 | 22 | 264 | 5 | |
| Gazneli, Tamir | 264 | 8 | 264 | 9 | |
| Gazneli, Tamir | 264 | 12 | 264 | 19 | |
| Gazneli, Tamir | 264 | 22 | 266 | 8 | |
| Gazneli, Tamir | 266 | 10 | 267 | 4 | Object to lines 266:23 – 267:1 as irrelevant and prejudicial. Counter-designate lines 267:5-10. |
| Gazneli, Tamir | 269 | 19 | 269 | 23 | |
| Gazneli, Tamir | 270 | 1 | 270 | 10 | |
| Gazneli, Tamir | 270 | 13 | 270 | 24 | |
| Gazneli, Tamir | 271 | 1 | 271 | 8 | |
| Gazneli, Tamir | 278 | 16 | 279 | 6 | |
| Gazneli, Tamir | 289 | 22 | 290 | 8 | Irrelevant |
| Gazneli, Tamir | 290 | 11 | 290 | 24 | Irrelevant |
| Gazneli, Tamir | 299 | 21 | 300 | 23 | |
| Gazneli, Tamir | 325 | 3 | 325 | 8 | Irrelevant |

Dated: April 23, 2025

KING & SPALDING LLP

By: /s/ Aaron S. Craig
  JOSEPH N. AKROTIRIANAKIS
  AARON S. CRAIG

*Attorneys for Defendants*