JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS' SUBMISSION OF AUTHORITY RE INADMISSIBILITY OF EVIDENCE RELATED TO NSO'S PROFITS FROM 2018-2020**<br><br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: 10/29/2019<br>Trial Date: April 28, 2025 |

1   TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to the Court's direction at today's conference, Defendants submit the following authorities showing that evidence of NSO's profits in 2018-2020 is irrelevant to punitive damages and any other issue in the case.  Courts within the Ninth Circuit and this District recognize that "[i]nformation about a defendant's past financial information is generally not relevant to the claim of punitive damages. *Scripps Healtlh v. Nautilus Ins. Co.*, 2022 WL 18781312, at *7 (S.D. Cal. Dec. 13, 2022) (citing authority); *see Vieste, LLC v. Hill Redwood Dev.*, 2011 WL 855831, at *3 (N.D. Cal. Mar. 9, 2011) ("'[P]ast earnings and net worth cannot reasonably lead to relevant information on the issue of punitive damages.'"). Plaintiffs' authorities are inapposite personal-injury cases where the defendant caused "grave physical harm" to the plaintiffs and a "multitude of unsuspecting consumers." *Pilliod v. Monsanto Co.*, 67 Cal.App.5th 591, 647 (2021).  And if Plaintiffs are permitted to argue that NSO generally designed and sold Pegasus with an improper profit motive, then NSO should be able to introduce its own motive evidence of the sort this Court has excluded.

Dated: April 24, 2025

KING & SPALDING LLP

By: */s/ Aaron S. Craig*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG
*Attorneys for Defendants*

---

1

DEFENDANTS' SUBMISSION OF AUTHORITY RE
INADMISSIBILTY OF NSO'S 2018-2020 PROFITS

Case No. 4:19-cv-07123-PJH