# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: April 24, 2025 (Time: 1 hour, 55 minutes)      JUDGE:  Phyllis J. Hamilton**

**Case No:** 19-cv-07123-PJH
**Case Name: WhatsApp Inc. et al v. NSO Group Technologies Limited et al**

**Attorney(s) for Plaintiff:   Greg Andres, Antonio Perez-Marques, Micah Block, Gina Cora, Luca Marzorati**
**Attorney(s) for Defendant:  Joseph Akrotirianakis, Aaron Craig, Matthew Noller**

**Deputy Clerk: Jenny Galang**                    **Court Reporter: Marla Knox**

### PROCEEDINGS

Status Conference - Held.

Arguments heard.  The Court directs the parties to file a brief description of the case and witness list.  Parties are instructed to meet and confer for further discussions.  Parties to submit the relevant legal authority as noted on the record.

cc: chambers