| | |
|---|---|
| Greg D. Andres | Joseph N. Akrotirianakis (Cal. Bar. No. 197971) |
| Antonio J. Perez-Marques | Aaron S. Craig (Cal. Bar. No. 204741) |
| Gina Cora | KING & SPALDING LLP |
| Craig T. Cagney | 633 West Fifth Street, Suite 1600 |
| Luca Marzorati | Los Angeles, CA 90071 |
| (admitted *pro hac vice*) | Telephone: (213) 443-4355 |
| DAVIS POLK & WARDWELL LLP | Email: jakro@kslaw.com |
| 450 Lexington Avenue | acraig@kslaw.com |
| New York, New York 10017 | |
| Telephone: (212) 450-4000 | *Attorneys for Defendants NSO Group* |
| Facsimile: (212) 701-5800 | *Technologies Limited and Q Cyber* |
| Email: greg.andres@davispolk.com | *Technologies Limited* |
| antonio.perez@davispolk.com | |
| gina.cora@davispolk.com | |
| craig.cagney@davispolk.com | |
| luca.marzorati@davispolk.com | |

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and METO PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **JOINT SUBMISSION FOR USE DURING VOIR DIRE** <br><br> Ctrm: 3 <br> Judge: Hon. Phyllis J. Hamilton <br> Trial Date: April 28, 2025 |

Pursuant to the Court's Final Pretrial Order (Dkt. No. 686), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited respectfully submit this Joint Submission for Use During Voir Dire.

### A. Case Description

This is a trial to determine damages. Plaintiffs Meta Platforms and WhatsApp brought this lawsuit against Defendants NSO Group and Q Cyber Technologies for violation of a federal law called the Computer Fraud and Abuse Act, also called the CFAA; for violation of a California law called the Comprehensive Computer Data Access and Fraud Act, also called the CDAFA; and for breach of contract with WhatsApp, specifically WhatsApp's Terms of Service. Defendants developed, marketed, and licensed software called Pegasus. I have already found Defendants liable for violating the CFAA and the CDAFA. At certain times relevant to this case, Defendants' technology sent messages through WhatsApp's servers that caused Pegasus to be installed on target users' devices. I have also found that Defendants breached WhatsApp's Terms of Service by reverse engineering and/or decompiling WhatsApp computer code. Plaintiffs seek compensatory damages for Defendants' violations of the CFAA, the CDAFA, and WhatsApp's Terms of Service. Plaintiffs also seek punitive damages for Defendants' violations of the CDAFA.

During this trial, you will be asked to (1) determine what amount of compensatory damages, if any, Plaintiffs prove by a preponderance of the evidence that Defendants owe Plaintiffs; (2) determine whether clear and convincing evidence shows that Defendants' conduct was malicious, oppressive, or fraudulent such that punitive damages are warranted; and (3) if you determine punitive damages are warranted, then determine what amount of punitive damages Plaintiffs should receive from Defendants.

**B.    Witness List**

- Terrence DiVittorio
- Ramon Eshkar
- Aashin Gautam
- Tamir Gazneli
- Claudiu Gheorghe
- Sarit Binzinsky Gil
- Susan Glick
- Jonathan Lee
- Cortney Padua
- Jesus Barcons Palau
- Greg Pinsonneault
- Andrew Robinson
- Joshua Shaner
- Yaron Shohat
- Dana Trexler
- Yuan Yuan Wang
- Carl Woog

Dated: April 24, 2025

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By:   /s/ Greg D. Andres
     Greg D. Andres
     Antonio J. Perez-Marques
     Gina Cora
     Craig T. Cagney
     Luca Marzorati
       (admitted *pro hac vice*)
     DAVIS POLK & WARDWELL LLP
     450 Lexington Avenue
     New York, New York 10017
     Telephone: (212) 450-4000
     Facsimile: (212) 701-5800
     Email: greg.andres@davispolk.com
           antonio.perez@davispolk.com
           gina.cora@davispolk.com
           craig.cagney@davispolk.com
           luca.marzorati@davispolk.com

     Micah G. Block (SBN 270712)
     DAVIS POLK & WARDWELL LLP
     900 Middlefield Road, Suite 200
     Redwood City, California 94063
     Telephone: (650) 752-2000
     Facsimile: (650) 752-2111
     Email: micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

KING & SPALDING LLP

By:   /s/ Aaron S. Craig
     Joseph N. Akrotirianakis
     Aaron S. Craig
     KING & SPALDING LLP
     633 West Fifth Street, Suite 1600
     Los Angeles, CA 90071
     Telephone: (213) 443-4355
     Email: jakro@kslaw.com
           acraig@kslaw.com

*Attorneys for Defendants NSO Group*
*Technologies Limited and Q Cyber*
*Technologies Limited*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Greg D. Andres hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:   April 24, 2025                                        */s/ Greg D. Andres*
                                                              Greg D. Andres