Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

Joseph N. Akrotirianakis (Cal. Bar. No. 197971)
Aaron S. Craig (Cal. Bar. No. 204741)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Email: jakro@kslaw.com
       acraig@kslaw.com

Matthew V. Noller (Cal. Bar. No. 325180)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Email:  mnoller@kslaw.com

*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **PROPOSED JURY INSTRUCTIONS** <br><br> Ctrm:  3 <br> Judge:  Hon. Phyllis J. Hamilton <br> Trial Date: April 28, 2025 |

Plaintiffs WhatsApp LLC and Meta Platforms, Inc. and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Parties") hereby respectfully submit additional Proposed Jury Instructions pursuant to the Court's Second Final Pretrial Order, Dkt. No. 719.  In the Second Final Pretrial Order, the Court ordered the Parties to meet and confer regarding "plaintiffs' proposed instructions no. 2, 3, and 4, as well as defendants' proposed instruction no. 2."  These instructions relate to the federal Computer Fraud and Abuse Act (the "CFAA").  The Parties have met and conferred on these instructions, but they were unable to reach agreement, and so each Party is submitting its own proposed CFAA instruction.

In addition, Plaintiffs are proposing an amended instruction on the Comprehensive Computer Data and Access Fraud Act (the "CDAFA").  Plaintiffs seek to amend this instruction because the Court accepted Defendants' proposed punitive damages instruction that instructs the jury that punitive damages "may not be used to punish Defendants . . . for acts committed outside of California."  Dkt. No. 703-5 (No. 5).  In light of the Court's ruling, the previously proposed CDAFA instruction should be amended to reflect the Court's findings as to the California conduct giving rise to liability under that statute specifically.  This instruction would replace the CDAFA instruction at Dkt. No. 703-1 (No. 3).

The Proposed Jury Instructions are attached as follows:

<u>Exhibit A</u>: Plaintiffs' Proposed Jury Instructions

<u>Exhibit B</u>: Blind Copy of Plaintiffs' Proposed Jury Instructions

<u>Exhibit C</u>: Defendants' Proposed Jury Instructions

<u>Exhibit D</u>: Blind Copy of Defendants' Proposed Jury Instructions

The jury instructions are subject to revision to account for the evidence that is received at trial.

1

PROPOSED JURY INSTRUCTIONS- CASE NO. 4:19-CV-07123-PJH

Dated: April 27, 2025

                                    DAVIS POLK & WARDWELL LLP

By:  */s/ Greg D. Andres*
      Greg D. Andres
      Antonio J. Perez-Marques
      Craig T. Cagney
      Gina Cora
      Luca Marzorati
        (admitted *pro hac vice*)
      DAVIS POLK & WARDWELL LLP
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 450-4000
      Facsimile: (212) 701-5800
      Email: greg.andres@davispolk.com
             antonio.perez@davispolk.com
             gina.cora@davispolk.com
             craig.cagney@davispolk.com
             luca.marzorati@davispolk.com

      Micah G. Block (SBN 270712)
      DAVIS POLK & WARDWELL LLP
      900 Middlefield Road, Suite 200
      Redwood City, California 94063
      Telephone: (650) 752-2000
      Facsimile: (650) 752-2111
      Email: micah.block@davispolk.com

      *Attorneys for Plaintiffs*
      *WhatsApp LLC and Meta Platforms, Inc.*

KING & SPALDING LLP

By:   /s/ Matt V. Noller
Joseph N. Akrotirianakis
Aaron S. Craig
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Email: jakro@kslaw.com
          acraig@kslaw.com

Matthew V. Noller
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Email:  mnoller@kslaw.com

*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*

### FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Greg D. Andres hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:   April 27, 2025                    /s/ Greg. D. Andres
                                            Greg D. Andres