# EXHIBIT B

**Instruction No. 1**

**COMPUTER FRAUD AND ABUSE ACT**

The Court has already determined that Defendants violated the federal Computer Fraud and Abuse Act by intentionally, knowingly, and with intent to defraud exceeding their authorized access to WhatsApp's servers. Specifically, the Court found that Defendants' WhatsApp Installation Server or "WIS" sent messages through WhatsApp servers that caused Pegasus to be installed on target users' devices, and that the WIS was then able to obtain protected information by having it sent from the target users, through the WhatsApp servers, and back to the WIS.

The Court also found that Defendants acted with the intent to defraud required by the Computer Fraud and Abuse Act because Defendants redesigned Pegasus to evade detection after Plaintiffs first fixed the security breach.

**Instruction No. 2**

**COMPREHENSIVE COMPUTER DATA AND ACCESS FRAUD ACT**

The Court has already determined that Defendants violated the California Comprehensive Computer Data and Access Fraud Act. The California Comprehensive Computer Data and Access Fraud Act is a California law equivalent of the federal Computer Fraud and Abuse Act, with the additional requirement that a computer be unlawfully accessed in California.

I concluded that Defendants violated the California Comprehensive Computer Data and Access Fraud Act for the same reasons that they violated the federal Computer Fraud and Abuse Act and because Defendants unlawfully accessed a computer in California. Specifically, I found that Defendants' WhatsApp Installation Server or "WIS" targeted California servers and that Defendants' Pegasus code was sent through Plaintiffs' California-based servers 43 times in May 2019.