# EXHIBIT C

## Instruction No. 1

## COMPUTER FRAUD AND ABUSE ACT

The Court has already determined that Defendants violated the federal Computer Fraud and Abuse Act by exceeding their authorized access to WhatsApp's servers. Specifically, the Court found that Defendants' technology sent messages through WhatsApp servers that caused Pegasus to be installed on target users' devices. During the initial stages of that process, Defendants' technology caused certain information about target user devices to be sent back from the target users, through the WhatsApp servers.

The Court also found that Defendants acted with the intent required by the Computer Fraud and Abuse Act because Defendants redesigned Pegasus to evade detection after Plaintiffs first fixed the security breach.

**Authority**: Dkt. No. 494 at 2, 10–13; 18 U.S.C. § 1030(a)(2); 18 U.S.C. § 1030(a)(4).