**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date: April 28, 2025**     (Time: 5 hours, 42 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** 19-cv-07123-PJH
**Case Name:** WhatsApp Inc. v. NSO Group Technologies Limited

**Attorney(s) for Plaintiff:**     Greg Andres; Antonio Perez-Marques; Luca Marzorati

**Attorney(s) for Defendants:**   Joseph Akrotirianakis; Aaron Craig; Matthew Noller

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Lee-Anne Shortridge

**PROCEEDINGS**

Jury Selection-Held. Jury trial set for April 29, 2025, at 8:00 a.m. for counsel. Jury trial set for April 29, 2025, at 8:30 a.m. for jury.