UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**19-cv-07123-PJH**                                     **WhatsApp Inc.** v. **NSO Group Technologies Limited**

**EXHIBIT and WITNESS LIST**

| JUDGE: PHYLLIS J. HAMILTON | PLAINTIFF ATTORNEY: Antonio Perez-Marques, Micah Block, Greg Andres; Luca Marzorati | DEFENSE ATTORNEY: Joseph Akrotirianakis, Aaron Craig, Matthew Noller |
|---|---|---|
| **JURY SELECTION**: April 28, 2025<br>**TRIAL DATE:** April 28, 2025 | **REPORTER(S):** Lee-Anne Shortridge | **CLERK**: Kelly Collins |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:33 a.m. | | | Court is in session. Court and Counsel discuss housekeeping matters outside the presence of the jury. | |
| | | 9:09 a.m. | | | Court takes a break. | |
| | | 9:15 a.m. | | | Prospective jurors are present and sworn. | |
| | | 9:22 a.m. | | | Court is in session. Voir dire begins. | |
| | | 11:02 a.m. | | | Court and prospective jurors take a break. | |
| | | 11:23 a.m. | | | Court is back in session. Prospective jurors are present. Voir dire continues. | |
| | | 12:01 p.m. | | | Prospective juror #6 is excused. | |
| | | 1:12 p.m. | | | Prospective jurors are on lunch break. | |
| | | 1:13 p.m. | | | Court and Counsel discuss housekeeping matters. | |
| | | 1:25 p.m. | | | Court takes a lunch break. | |
| | | 2:15 p.m. | | | Prospective jurors are present. | |
| | | 2:18 p.m. | | | Court is back in session. Jury selection continued as sidebar with counsel. | |
| | | 3:05 p.m. | | | 8 jurors are selected and sworn. Court reads preliminary instructions to jury. | |
| | | 3:25 p.m. | | | Jurors are admonished and excused until 4/29/2025 at 8:30 a.m. | |
| | | 3:25 p.m. | | | Court and Counsel discuss housekeeping matters. | |
| | | 3:42 p.m. | | | Court is adjourned until 4/29/2025 at 8:00 a.m. | |