# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** April 29, 2025     (Time: 5 hours, 31 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** 19-cv-07123-PJH
**Case Name:** WhatsApp Inc. v. NSO Group Technologies Limited

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | Greg Andres; Antonio Perez-Marques; Luca Marzorati |
| **Attorney(s) for Defendants:** | Joseph Akrotirianakis; Aaron Craig; Matthew Noller |

**Deputy Clerk:** Kelly Collins            **Court Reporter:** Lee-Anne Shortridge

### PROCEEDINGS

Jury Trial (Day 1) - Held. Further Jury trial set for April 30, 2025, at 8:30 a.m.