UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**19-cv-07123-PJH**                                    WhatsApp Inc. v. NSO Group Technologies Limited

## EXHIBIT and WITNESS LIST

| JUDGE: PHYLLIS J. HAMILTON | PLAINTIFF ATTORNEY: Antonio Perez-Marques, Micah Block, Greg Andres; Luca Marzorati | DEFENSE ATTORNEY: Joseph Akrotirianakis, Aaron Craig, Jonathan Weinberg; Matthew Noller |
|---|---|---|
| **TRIAL DATE:** April 29, 2025 | **REPORTER(S):** | **CLERK**: Kelly Collins |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:22 a.m. | | | Court is in session. Court and Counsel discuss housekeeping matters outside the presence of the jury. | |
| | | 8:38 a.m. | | | Jury is present. | |
| | | 8:38 a.m. | | | Plaintiffs' opening statement by Antonio Perez-Marques begins. | |
| | | 9:04 a.m. | | | Defendants' opening statement by Joseph Akrotirianakis begins. | |
| | | 9:38 a.m. | | | Plaintiffs calls their 1st witness **Carlin Woog**. Witness is sworn and testifies under direct examination by Greg Andres. | |
| 112 | | 4/29/2025 | X | X | WhatsApp Terms of Service dated Aug. 25, 2016 | |
| | | 10:00 a.m. | | | Court and jury take a break. | |
| | | 10:16 a.m. | | | Court is in session. Court and counsel discuss housekeeping matters outside the presence of jury. | |
| | | 10:23 a.m. | | | Jury is present. | |
| | | 10:23 a.m. | | | Cross examination of witness **Carlin Woog** by Joseph Akrotirianakis begins. | |
| | | 10:47 a.m. | | | Redirect examination of Mr. Woog by Greg Andres. | |
| | | 10:50 a.m. | | | Witness is excused subject to recall. | |
| | | 10:50 a.m. | | | Plaintiffs' call their 2nd witness **Claudiu Gheorghe**. Witness is sworn and testifies under direct examination by Antonio Perez-Marques. | |
| 13 | | 4/29/2025 | X | X | Task No. T34775320, "[Follow-up] Server to validate call stanzas as defined in the protocol" dated Oct 4, 2018. | |
| 10 | | 4/29/2025 | X | X | Document titled, "SEV 2 S178165: Stanzaming - WhatsApp VoIP stanza RCE affecting client" dated May 3, 2019. | |

Case Number: 19-cv-07123-PJH
Case Name: **WhatsApp, Inc., et al v NSO Group Technologies, Limited, et al.**

## EXHIBIT and WITNESS LIST
### (Continued)

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:49 a.m. | | | Jury takes a break. | |
| | | 11:50 a.m. | | | Court and Counsel discuss housekeeping matters outside the presence of the jury. | |
| | | 12:00 p.m. | | | Court takes a break. | |
| | | 12:13 p.m. | | | Jury is present. | |
| | | 12:14 p.m. | | | Court is back in session. | |
| | | 12:14 p.m. | | | Cross examination of witness **Claudiu Gheorghe** by Joseph Akrotirianakis begins. | |
| | 1148 | 4/29/2025 | X | X | Cover page only - Technical Analysis of WhatsApp 0-click exploit | |
| | 9 | 4/29/2025 | X | | | |
| | 1083 | 4/29/2025 | X | X | Cover page and Page #4 - Technical Analysis of the WhatsApp 0-click exploit | |
| | | 1:30 p.m. | | | Jury is admonished and excused until 4/30/2025 at 8:30 a.m. | |
| | | 1:32 p.m. | | | Court takes a break. | |
| | | 1:46 p.m. | | | Court is back in session. Court and Counsel discuss housekeeping matters outside the presence of the jury. | |
| | | | | | Parties stipulate to the admission of exhibits 1779 – 1782. | |
| 1779 | | 4/29/2025 | X | X | NSO Technologies Balance Sheet 12/2023 vs. 12/2024 | |
| 1780 | | 4/29/2025 | X | X | Q Cyber Israel Balance Sheet 12/2023 vs. 12/2024 | |
| 1781 | | 4/29/2025 | X | X | NSO Technologies P&L: YTD: 12/20023 v. 12/2024 | |
| 1782 | | 4/29/2025 | X | X | Q Cyber P&L: YTD: 12/20023 v. 12/2024 | |
| | | 2:37 p.m. | | | Court is adjourned until 4/30/2025 at 8:30 a.m. | |