UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-07123-PJH<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

　　　IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

　　　IT IS SO ORDERED.

Dated: April 29, 2025

　　　　　　　　　　　　　　　　　*/s/ Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　United States District Judge

*Rev.03/19*