**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** April 30, 2025      (Time: 4 hours, 45 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** 19-cv-07123-PJH
**Case Name:** WhatsApp Inc. v. NSO Group Technologies Limited

**Attorney(s) for Plaintiff:**      Greg Andres; Antonio Perez-Marques; Luca Marzorati
**Attorney(s) for Defendants:**   Joseph Akrotirianakis; Aaron Craig; Matthew Noller

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Lee-Anne Shortridge

**PROCEEDINGS**

Jury Trial (Day 2) - Held. Further Jury trial set for May 1, 2025, at 8:30 a.m.