UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**19-cv-07123-PJH**                      **WhatsApp Inc.** v. **NSO Group Technologies Limited**

**EXHIBIT and WITNESS LIST**

| | | |
|---|---|---|
| **JUDGE:** PHYLLIS J. HAMILTON | PLAINTIFF ATTORNEY: Antonio Perez-Marques, Micah Block, Greg Andres; Luca Marzorati | DEFENSE ATTORNEY: Joseph Akrotirianakis, Aaron Craig, Jonathan Weinberg; Matthew Noller |
| **JURY SELECTION**: April 28, 2025 **TRIAL DATE:** April 30, 2025 | **REPORTER(S):** Lee-Anne Shortridge | **CLERK**: Kelly Collins |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:18 a.m. | | | Court is in session. Court and Counsel discuss housekeeping matters outside the presence of the jury. | |
| | | 8:30 a.m. | | | Jury is present. | |
| | | 8:31 a.m. | | | Cross examination of witness **Claudiu Gheorghe** by Joseph Akrotirianakis continues. | |
| | 1156 | 4/30/2025 | X | X | Plaintiffs' internal communications | |
| | 1131 | 4/30/2025 | X | X | Plaintiffs' internal communications | |
| | | 8:59 a.m. | | | Redirect examination of witness **Claudiu Gheorghe** by Antonio Perez-Marques. | |
| | | 9:15 a.m. | | | Recross examination of witness **Claudiu Gheorghe** by Joseph Akrotirianakis. | |
| | | 9:19 a.m. | | | Plaintiffs move to admit exhibits 44, 59, 60, 62 and 64. | |
| | | 9:19 a.m. | | | Plaintiffs call their 3rd witness **Tamir Gazneli**. Mr. Gazneli's video deposition is played. | |
| | | 10:02 a.m. | | | Court and jury take a break. | |
| | | 10:20 a.m. | | | Court is back in session. Jury is present. Video deposition of witness Gazneli continues. | |
| 44 | | 4/30/205 | X | X | NSO internal Confluence record titled, "Android Product Management onPegasus 2.50" dated Apr 29, 2018. **SEALED** | |
| 59 | | 4/30/205 | X | X | Document titled, "Endpoint Solution, Product Description" dated May 2018. **SEALED** | |
| 60 | | 4/30/205 | X | X | NSO internal document titled, "Heaven OpSec." **SEALED** | |
| 62 | | 4/30/205 | X | X | NSO internal Confluence record titled, "Android Product Management on Pegasus 2.52, 2.52 (Android)" dated Apr 29, 2018. **SEALED** | |

Case Number: 19-cv-07123-PJH
Case Name: **WhatsApp, Inc., et al v NSO Group Technologies, Limited, et al.**

## EXHIBIT and WITNESS LIST
### (Continued)

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 64 | | 4/30/205 | X | X | WhatsApp messages between J. Shaner and Y. Monsingo, et al. dated Jan 15, 2019. ***With redactions*** | |
| 66 | | 4/30/205 | X | X | WhatsApp messages between J. Shaner and O. Gantz, et al. dated May 12, 2019.  ***With redactions*** | |
| 34 | | 4/30/205 | X | X | WhatsApp messages between J. Shaner and E. Shachar, et al. (with certified translation from Hebrew to English) dated Dec 5, 2018. ***With redactions*** | |
| 65 | | 4/30/205 | X | X | WhatsApp messages between J. Shaner and J. Shuman, et al. dated Jul 9, 2018. ***With redactions*** | |
| | | 11:22 a.m. | | | Plaintiffs' call their 4th witness **Yaron Shobat**. Mr. Shobat's video deposition is played. | |
| 36 | | 4/30/205 | X | X | NSO Group document titled, "Structure Chart as of December 31, 2019." **SEALED** | |
| | | 11:33 a.m. | | | Plaintiffs call their 5th witness **Ramon Eskhar**. Mr. Eskhar's video deposition is played. | |
| 35 | | 4/30/2025 | X | X | WhatsApp messages between T. DiVittorio and T. Timor dated May 12, 2019 | |
| | | 11:53 a.m. | | | Court and jury take a break. | |
| | | 12:13 p.m. | | | Court is back in session. Jury is present. | |
| | | 12:13 p.m. | | | Plaintiffs call their 5th witness **Andrew Robinson**. Witness is sworn and testifies under direct examination by Micah Block. | |
| 932 | | 4/30/2025 | X | X | Workplace Chat messages between D. Robinson and B. Tiszka dated May 2, 2019 | |
| 930 | | 4/30/2025 | X | X | Meta presentation by D. Robinson titled, "NSODays" dated 2019 | |
| | | 12:36 p.m. | | | Cross examination of witness **Andrew Robinson** by Joseph Akrotirianakis. | |
| | 1204 | 4/30/2025 | X | X | Stanzaming - timeline | |
| | 1511 | 4/30/2025 | X | X | Plaintiffs' internal communications | |

Case Number: 19-cv-07123-PJH
Case Name: **WhatsApp, Inc., et al. v. NSO Group Technologies, et al.**

### EXHIBIT and WITNESS LIST
### (Continued)

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:22 p.m. | | | Cross examination of witness **Andrew Robinson** by Micah Block. | |
| | | 1:31 p.m. | | | Jury is admonished and excused until 5/1/2025 at 8:30 a.m. | |
| | | 1:32 p.m. | | | Court and Counsel discuss housekeeping matters. | |
| | | 1:41 p.m. | | | Court is adjourned until 5/1/2025 at 8:30 a.m. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |