**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

**Date: May 1, 2025**      (Time: 4 hours, 17 minutes)   **JUDGE:  Phyllis J. Hamilton**

**Case No: <u>19-cv-07123-PJH</u>**
**Case Name:  WhatsApp Inc. v. NSO Group Technologies Limited**

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | Greg Andres; Antonio Perez-Marques; Luca Marzorati |
| **Attorney(s) for Defendants:** | Joseph Akrotirianakis; Aaron Craig; Matthew Noller |

**Deputy Clerk:**  Kelly Collins          **Court Reporter:** Lee-Anne Shortridge

**PROCEEDINGS**

Jury Trial (Day 3) - Held. Further Jury trial set for May 2, 2025, at 8:30 a.m.


See attached Exhibit and Witness Log