UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**19-cv-07123-PJH**　　　　　　　　　　　　　WhatsApp Inc. v. NSO Group Technologies Limited

**EXHIBIT and WITNESS LIST**

| | | |
|---|---|---|
| **JUDGE:** PHYLLIS J. HAMILTON | PLAINTIFF ATTORNEY: Antonio Perez-Marques, Micah Block, Greg Andres; Luca Marzorati | DEFENSE ATTORNEY: Joseph Akrotirianakis, Aaron Craig, Jonathan Weinberg; Matthew Noller |
| **JURY SELECTION**: April 28, 2025 | **REPORTER(S):** Lee-Anne Shortridge | **CLERK**: Kelly Collins |
| **TRIAL DATE:** May 1, 2025 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:14 a.m. | | | Court is in session. Court and Counsel discuss housekeeping matters outside the presence of the jury. | |
| | | 8:23 a.m. | | | Court takes a break. | |
| | | 8:33 a.m. | | | Court is in session. Jury is present. | |
| | | 8:33 a.m. | | | Redirect examination of witness **Andrew Robinson** by Micah Block continues. | |
| | | | | | Exhibit 1204 previously admitted. | |
| | | 8:46 a.m. | | | Recross examination of witness **Andrew Robinson** by Joseph Akrotirianakis. | |
| | | 8:54 a.m. | | | Plaintiffs call their 7th witness **Sarit Bizinsky Gill**. Ms. Gill's deposition video is played. | |
| | | 9:00 a.m. | | | Court instructs jury on stipulated exhibits. | |
| | | 9:02 a.m. | | | Plaintiffs call their 8th witness **Dana Trexler**. Witness is sworn and testifies under direct examination by Micah Block. | |
| | | | | | Demonstrative | |
| | | 9:11 a.m. | | | Witness Dana Trexler is proffered as an expert witness on forensic accounting and the calculation of economic remedy amounts. | |
| | | 9:12 a.m. | | | With the agreement of defendants, the Court accepts the witness as an expert on forensic accounting and the calculation of economic remedy amounts. | |
| 287 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "120352.xlsx." | |
| 288 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "162228.xlsx." | |
| 289 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "166311.xlsx." | |

1

Case Number: 19-cv-07123-PJH
Case Name: **WhatsApp, Inc., et al v NSO Group Technologies, Limited, et al.**

## EXHIBIT and WITNESS LIST
### (Continued)

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 290 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "166311.xlsx." | |
| 291 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "206732.xlsx." | |
| 292 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "230624.xlsx." | |
| 293 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "233942.xlsx." | |
| 295 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "122015.xlsx." | |
| 296 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "122316.xlsx." | |
| 297 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "137286.xlsx." | |
| 299 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "144545.xlsx." | |
| 300 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "145684.xlsx." | |
| 301 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "157935.xlsx." | |
| 302 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "158416.xlsx." | |
| 303 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "164204.xlsx." | |
| 304 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "170847.xlsx." | |
| 307 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "213690.xlsx." | |
| 308 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "221008.xlsx." | |
| 310 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "103039.xlsx." | |
| 312 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "203160.xlsx." | |
| 314 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "120848.xlsx." | |
| 324 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "Payroll Question - Report.xlsx." | |
| 322 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "Meta Personnel_2019 Box12DD and Bonus.xlsx." | |
| 323 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "Copy of Meta Personnel Responding to Attacks.xlsx." | |
| 319 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "META_Grant_Award_2019 Activity_Report_ EE Target List (PW = equity).xlsx." Provisionally admitted | |

Case Number: **19-cv-07123-PJH**
Case Name: **WhatsApp, Inc., et al. v. NSO Group Technologies, et al.**

## EXHIBIT and WITNESS LIST
### (Continued)

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 320 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "META_Vest Report_2019 Activity_Report_ EE Target List (PW = equity).xlsx." | |
| | | 10:00 a.m. | | | Court and jury take a break. | |
| | | 10:17 a.m. | | | Court is in session. Court and Counsel discuss housekeeping matters outside the presence of the jury. | |
| | | 10:21 a.m. | | | Jury is present. | |
| | | 10:21 a.m. | | | Direct examination of witness **Dana Trexler** continues. | |
| 321 | | 5/1/2025 | X | X | Meta employee financial data spreadsheet titled "META_Vest Report_2019 Activity_Report_ EE Target List_Three UK Individuals (PW = equity).xlsx." | |
| | | 10:25 a.m. | | | Cross examination of witness **Dana Trexler** by Joseph Akrotirianakis. | |
| | | | | | Exhibit 1204, previously marked and admitted, is used in conjunction with this witness. | |
| | | 11:26 a.m. | | | Redirect examination of witness **Dana Trexler** by Micah Block. | |
| | | 11:31 a.m. | | | Recross examination of witness **Dana Trexler** by Joseph Akrotirianakis. | |
| | | 11:32 a.m. | | | Witness is excused subject to recall. | |
| | | 11:32 a.m. | | | Plaintiff rests. | |
| | | 11:33 a.m. | | | Defendants' call their 1st witness **Yaron Shohat.** Witness is sworn and testifies under direct examination by Joseph Akrotirianakis. | |
| | | 11:42 a.m. | | | Jury takes a break. | |
| | | 11:42 a.m. | | | Court and Counsel discuss housekeeping matters outside the presence of the jury. | |
| | | 12:21 p.m. | | | Court takes a break. | |
| | | 12:32 p.m. | | | Court is back in session. Jury is present. | |

Case Number: 19-cv-07123-PJH
Case Name: **WhatsApp, Inc., et al. v. NSO Group Technologies, et al.**

## EXHIBIT and WITNESS LIST
**(Continued)**

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:32 p.m. | | | Direct examination of witness **Yaron Shohat** examination by Joseph Akrotirianakis continues. | |
| | | | | | Exhibits 1779, 1780, 1781 and 1782, previously admitted, used in conjunction with this witness. | |
| | | 1:01 p.m. | | | Cross examination of witness **Yaron Shohat** by Greg Andres. | |
| | | 1:32 p.m. | | | Jury is admonished and excused until 5/2/2025 at 8:30 a.m. | |
| | | 1:32 p.m. | | | Court and Counsel discuss housekeeping matters. | |
| | | 1:48 p.m. | | | Court is adjourned until 5/2/2025 at 8:30 a.m. | |