UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date:** May 2, 2025     (Time: 6 hours, 53 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** 19-cv-07123-PJH
**Case Name:** WhatsApp Inc. v. NSO Group Technologies Limited

**Attorney(s) for Plaintiff:**   Greg Andres; Antonio Perez-Marques; Luca Marzorati; Gina Cora
**Attorney(s) for Defendants:**  Joseph Akrotirianakis; Aaron Craig; Matthew Noller

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Lee-Anne Shortridge

### PROCEEDINGS

Jury Trial (Day 4) - Held. Further Jury trial set for May 5, 2025, at 8:30 a.m.

See attached Witness and Exhibit Log