UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**19-cv-07123-PJH**                                            WhatsApp Inc. v. NSO Group Technologies Limited

## EXHIBIT and WITNESS LIST

| JUDGE: PHYLLIS J. HAMILTON | PLAINTIFF ATTORNEY: Antonio Perez-Marques, Micah Block, Greg Andres; Luca Marzorati; Gina Cora | DEFENSE ATTORNEY: Joseph Akrotirianakis, Aaron Craig, Jonathan Weinberg; Matthew Noller |
|---|---|---|
| **JURY SELECTION**: April 28, 2025 | **REPORTER(S):** | **CLERK**: Kelly Collins |
| **TRIAL DATE:** May 2, 2025 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:19 a.m. | | | Court is in session. Court and Counsel discuss housekeeping matters outside the presence of the jury. | |
| | | 8:35 a.m. | | | Jury is present. | |
| | | 8:35 a.m. | | | Cross examination of witness **Yaron Shohat** by Greg Andres continues. | |
| | | 9:11 a.m. | | | Redirect examination of witness **Yaron Shohat** by Joseph Akrotirianakis. | |
| | | | | | Exhibit 1781, previously admitted, used in conjunction with this witness. | |
| | | 9:16 a.m. | | | Recross examination of witness **Yaron Shohat** by Greg Andres. | |
| | | 9:19 a.m. | | | Witness is excused. | |
| | | 9:19 a.m. | | | Defendants call their 2nd witness **Tamir Gazneli**. Witness is sworn and testifies under direct examination by Joseph Akrotirianakis. | |
| | | | | | Exhibit 13, previously admitted, used in conjunction with this witness. | |
| | | 10:03 a.m. | | | Court and jury take a break. | |
| | | 10:20 a.m. | | | Court is in session. Court and Counsel discuss housekeeping matters outside the presence of the jury. | |
| | | 10:26 a.m. | | | Jury is present. | |
| | | 10:26 a.m. | | | Direct examination of witness **Tamir Gazneli** by Joseph Akrotirianakis continues. | |
| | | | | | Exhibit 35 previously admitted used in conjunction with this defendant. | |

1

Case Number: 19-cv-07123-PJH
Case Name: **WhatsApp, Inc., et al v NSO Group Technologies, Limited, et al.**

### EXHIBIT and WITNESS LIST
### (Continued)

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:34 a.m. | | | Cross examination of witness **Tamir Gazneli** by Antonio Perez-Marques | |
| 264 | | 5/2/2025 | X | | | |
| | | | | | Exhibit 60, previously admitted, used in conjunction with this witness. | |
| | | 11:20 a.m. | | | Redirect of witness **Tamir Gazneli** by Joseph Akrotirianakis. | |
| | | 11:24 a.m. | | | Recross examination of witness **Tamir Gazneli** by Antonio Perez-Marques | |
| | | 11:25 a.m. | | | Witness is excused. | |
| | 1021 | 5/2/2025 | X | | | |
| | | 11:29 a.m. | | | Defendants' call their 3rd witness **Gregory Pinsonneault**. Witness is sworn and testifies under direct examination by Aaron Craig. | |
| | | | | | Demonstrative | |
| | | 11:37 a.m. | | | Witness is proffered as an expert on damages calculation, specifically reimbursement of employee's time. | |
| | | 11:38 a.m. | | | Voir dire of witness by Greg Andres. | |
| | | 11:41 a.m. | | | With the agreement of plaintiffs', the Court accepts the witness as an expert in reimbursement of employee's time. | |
| | | | | | Demonstrative | |
| | | | | | Exhibit 320, previously admitted, used in conjunction with this witness. | |
| | | 12:13 p.m. | | | Jury takes a break. | |
| | | 12:14 p.m. | | | Court takes a break. | |
| | | 12:31 p.m. | | | Court is back in session. Jury is present. | |
| | | 12:32 p.m. | | | Cross examination of witness **Gregory Pinsonneault** by Greg Andres. | |

2

Case Number: 19-cv-07123-PJH
Case Name: **WhatsApp, Inc., et al. v. NSO Group Technologies, et al.**

# EXHIBIT and WITNESS LIST
### (Continued)

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:09 p.m. | | | Redirect examination of witness **Gregory Pinsonneault** by Aaron Craig. | |
| | | 1:14 p.m. | | | Witness is excused. | |
| | | 1:14 p.m. | | | Judge instructs jurors on stipulated facts. | |
| | | 1:15 p.m. | | | Joseph Akrotirianakis reads stipulated facts and deposition excerpt into the record. | |
| | | 1:22 p.m. | | | Jury is excused until 5/5/2025 at 8:30 a.m. | |
| | | 1:22 p.m. | | | Court and Counsel discuss housekeeping matters. | |
| | | 1:31 p.m. | | | Court takes a break. | |
| | | 2:20 p.m. | | | Court is back in session. | |
| | | 2:20 p.m. | | | Charging conference begins. Parties shall submit competing instructions, as stated on the record, by 5/3/2025. | |
| | | 1148 | | X | Technical Analysis of WhatsApp 0-click exploit with redactions | |
| | | 4:35 p.m. | | | Court is adjourned to 5/5/2025 at 8:30 a.m. | |