Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
    (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
              antonio.perez@davispolk.com
              gina.cora@davispolk.com
              craig.cagney@davispolk.com
              luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

Joseph N. Akrotirianakis (Cal. Bar. No. 197971)
Aaron S. Craig (Cal. Bar. No. 204741)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Email: jakro@kslaw.com
              acraig@kslaw.com

Matthew V. Noller (Cal. Bar. No. 325180)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Email: mnoller@kslaw.com

*Attorneys for Defendants NSO Group*
*Technologies Limited and Q Cyber*
*Technologies Limited*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br>,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:19-cv-07123-PJH<br><br>**PROPOSED JURY INSTRUCTIONS**<br><br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br>Trial Date: April 28, 2025 |

Plaintiffs WhatsApp LLC and Meta Platforms, Inc. and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Parties") hereby respectfully submit additional Proposed Jury Instructions.

The Proposed Jury Instructions are attached as follows:

Exhibit A: Parties' Jointly Proposed Jury Instructions

Exhibit B: Blind Copy of Parties' Jointly Proposed Jury Instructions

Exhibit C: Plaintiffs' Proposed Jury Instructions

Exhibit D: Blind Copy of Plaintiffs' Proposed Jury Instructions

Exhibit E: Defendants' Proposed Jury Instructions

Exhibit F: Blind Copy of Defendants' Proposed Jury Instructions

The jury instructions are subject to revision to account for the evidence that is received at trial.

1

Dated:   May 3, 2025

DAVIS POLK & WARDWELL LLP

2

3

By:   _/s/ Greg D. Andres_

Greg D. Andres

4

Antonio J. Perez-Marques

Craig T. Cagney

5

Gina Cora

Luca Marzorati

6

(admitted _pro hac vice_)

DAVIS POLK & WARDWELL LLP

7

450 Lexington Avenue

New York, New York 10017

8

Telephone: (212) 450-4000

9

Facsimile: (212) 701-5800

Email: greg.andres@davispolk.com

10

antonio.perez@davispolk.com

gina.cora@davispolk.com

11

craig.cagney@davispolk.com

luca.marzorati@davispolk.com

12

13

Micah G. Block (SBN 270712)

DAVIS POLK & WARDWELL LLP

14

900 Middlefield Road, Suite 200

Redwood City, California 94063

15

Telephone: (650) 752-2000

16

Facsimile:  (650) 752-2111

Email: micah.block@davispolk.com

17

_Attorneys for Plaintiffs_

18

_WhatsApp LLC and Meta Platforms, Inc._

19

20

21

22

23

24

25

26

27

28

2

KING & SPALDING LLP

By:    /s/ Matthew V. Noller
      Joseph N. Akrotirianakis
      Aaron S. Craig
      KING & SPALDING LLP
      633 West Fifth Street, Suite 1600
      Los Angeles, CA 90071
      Telephone: (213) 443-4355
      Email: jakro@kslaw.com
          acraig@kslaw.com

      Matthew V. Noller
      KING & SPALDING LLP
      50 California Street, Suite 3300
      San Francisco, CA 94111
      Email: mnoller@kslaw.com

      *Attorneys for Defendants NSO Group*
      *Technologies Limited and Q Cyber*
      *Technologies Limited*

## **FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Greg D. Andres hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:    May 3, 2025    /s/ Greg D. Andres
                    Greg D. Andres