UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHATSAPP INC., et al.,

    Plaintiffs,

    v.

NSO GROUP TECHNOLOGIES LIMITED, et al.,

    Defendants.

Case No. 19-cv-07123-PJH

**ORDER RE PROPOSED FINAL JURY INSTRUCTIONS**

Re: Dkt. No. 732

The court has reviewed the parties' proposed final jury instructions that were still at issue after Friday's charge conference and rules as follows:

1. The seven jointly proposed instructions are approved and will be given.
2. The court finds that plaintiffs' reworked punitive damages instruction is clearer and will give it rather than defendants' version.
3. The court will give plaintiffs' proposed instruction to the jury to disregard certain argument with the edit that the jury should "disregard" the allegation rather than "ignore" it.

The court requires a complete blind set of all instructions that have been approved including the original jointly proposed instructions that have not yet been given (including Model Instruction No 1.4).  They should all bear a title, but a blank space should be left for the number of the instruction which will be inserted by hand once the proper order is determined.  They may either be filed on the docket today or brought to the courtroom Monday morning.  Both sides must agree on the accuracy of the submission.

With regard to closing arguments, the court generally limits arguments to 1 hour

1  for a defendant and 1 hour 15 minutes for a plaintiff who bears the burden of proof and
2  has an opportunity for rebuttal.  Recognizing the difficulty of fashioning an argument that
3  will precisely match the allotted time, the court will not interrupt an argument that exceeds
4  the time limit by 5 to 10 minutes.
5  **IT IS SO ORDERED.**
6  Dated: May 4, 2025

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge