**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** May 5, 2025      (Time: 4 hours, 44 minutes)   **JUDGE:**  Phyllis J. Hamilton

**Case No:** 19-cv-07123-PJH
**Case Name:**  WhatsApp Inc. v. NSO Group Technologies Limited

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | Greg Andres; Antonio Perez-Marques; Luca Marzorati; Gina Cora |
| **Attorney(s) for Defendants:** | Joseph Akrotirianakis; Aaron Craig; Matthew Noller |

**Deputy Clerk:**  Kelly Collins            **Court Reporter:** Lee-Anne Shortridge

**PROCEEDINGS**

   Jury Trial (Day 5) - Held. Jury deliberations begin. Further Jury deliberations set for May 6, 2025, at 8:30 a.m.


See attached Witness and Exhibit Log