UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**19-cv-07123-PJH**                               WhatsApp Inc. v. NSO Group Technologies Limited

### EXHIBIT and WITNESS LIST

| **JUDGE:** PHYLLIS J. HAMILTON | | **PLAINTIFF ATTORNEY:** Antonio Perez-Marques, Micah Block, Greg Andres; Luca Marzorati | **DEFENSE ATTORNEY:** Joseph Akrotirianakis, Aaron Craig, Jonathan Weinberg; Matthew Noller |
|---|---|---|---|
| **JURY SELECTION**: April 28, 2025 | | **REPORTER(S):** Lee-Anne Shortridge | **CLERK**: Kelly Collins |
| **TRIAL DATE:** May 5, 2025 | | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:25 a.m. | | | Court is in session. Court and Counsel discuss housekeeping matters outside the presence of the jury. | |
| 264 | | 5/5/2025 | | X | Document titled, "NSO Group Technologies Ltd. Consolidated financial statements for December 31, 2019 in thousands of U.S. Dollars" (with certified translation from Hebrew to English) dated Dec 31, 2019.  **R&D information only** | |
| | | 8:31 a.m. | | | Jury is present. | |
| | | 8:31 a.m. | | | Defendants' call their 4th witness **Susan Glick**. Ms. Glick's deposition video is played. | |
| | | 8:39 a.m. | | | Defendants' rest. | |
| | | 8:39 a.m. | | | Plaintiff's recall witness **Dana Trexler** who is examined under rebuttal by Micah Block. | |
| | | | | | Exhibits 1779, 1780, and 1781, previously admitted, used in conjunction with the witness. | |
| | | 8:58 a.m. | | | Cross examination of witness **Dana Trexler** by Aaron Craig. | |
| | | 9:08 a.m. | | | Redirect examination of witness **Dana Trexler** by Micah Block. | |
| | | | | | Exhibit 264, previously admitted, used in conjunction with this witness. | |
| | | 9:14 a.m. | | | Witness is excused. | |
| | | 9:14 a.m. | | | Defendants' recall witness **Gregory Pinsonneault** who is examined under rebuttal by Aaron Craig. | |
| | | | | | Exhibits 1779, 1781, and 1782, previously admitted, used in conjunction with this witness. | |
| | | 9:39 a.m. | | | Cross examination of witness **Gregory Pinsonneault** by Micah Block. | |

1

Case Number: 19-cv-07123-PJH
Case Name: **WhatsApp, Inc., et al v NSO Group Technologies, Limited, et al.**

**EXHIBIT and WITNESS LIST**
**(Continued)**

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:42 a.m. | | | Jury takes a break. | |
| | | 9:43 a.m. | | | Plaintiffs' make a Rule 50A motion. Motion is argued. Motion is denied. | |
| | | 9:50 a.m. | | | Court and counsel discuss housekeeping matters outside the presence of the jury. | |
| | | 9:52 a.m. | | | Court takes a break. | |
| | | 10:17 a.m. | | | Court is back in session. | |
| | | 10:18 a.m. | | | Jury is present. | |
| | | 10:18 a.m. | | | Plaintiffs' closing argument by Greg Andres. | |
| | | 11:22 a.m. | | | Defendants' closing argument by Joseph Akrotirianakis. | |
| | | 12:34 p.m. | | | Jury takes a break. | |
| | | 12:35 p.m. | | | Court takes a break. | |
| | | 12:45 p.m. | | | Court is back in session. | |
| | | 12:46 p.m. | | | Jury is present. | |
| | | 12:46 p.m. | | | Plaintiffs' rebuttal closings by Greg Andres. | |
| | | 12:59 p.m. | | | Court reads final instructions to the jury. | |
| | | 1:36 p.m. | | | Jury deliberations begin. | |
| | | 1:36 p.m. | | | Court and counsel discuss house keeping matters. | |
| | | 1:41 p.m. | | | Court takes a break. | |
| | | 1:42 p.m. | | | The Court Security Officer (CSO) is sworn and takes charge of the jury. | |
| | | 4:29 p.m. | | | Court is in session. | |
| | | 4:30 p.m. | | | Jury is present. | |
| | | 4:32 p.m. | | | Jury is admonished and excused until 5/6/2025 at 8:30 a.m. | |
| | | 4:32 p.m. | | | Court is adjourned until 5/6/2025 at 8:30 a.m. | |