# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** May 6, 2025     (Time: 42 minutes)   **JUDGE:**  Phyllis J. Hamilton

**Case No:** 19-cv-07123-PJH
**Case Name:**  WhatsApp Inc. v. NSO Group Technologies Limited

**Attorney(s) for Plaintiff:**        Greg Andres; Antonio Perez-Marques; Luca Marzorati; Gina Cora

**Attorney(s) for Defendants:**   Joseph Akrotirianakis; Aaron Craig; Matthew Noller

**Deputy Clerk:**  Kelly Collins          **Court Reporter:** Lee-Anne Shortridge

### PROCEEDINGS

Jury Trial (Day 6) - Held. Jury deliberations continue. Jury reached a unanimous verdict.

See attached Witness and Exhibit Log