UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**19-cv-07123-PJH**                              **WhatsApp Inc.** v. **NSO Group Technologies Limited**

## EXHIBIT and WITNESS LIST

| JUDGE: PHYLLIS J. HAMILTON | PLAINTIFF ATTORNEY: Antonio Perez-Marques, Micah Block, Greg Andres; Luca Marzorati | DEFENSE ATTORNEY: Joseph Akrotirianakis, Aaron Craig, Jonathan Weinberg; Matthew Noller |
|---|---|---|

| JURY SELECTION: April 28, 2025 TRIAL DATE: May 6, 2025 | REPORTER(S): Lee-Anne Shortridge | CLERK: Kelly Collins |
|---|---|---|

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 a.m. | | | Jury deliberations continue. | |
| | | 10:34 a.m. | | | Court is in session.  Court and counsel discuss jury note #1 outside of the presence of the jury. | |
| | | 11:01 a.m. | | | Jury is present. Court gives a response to jury note #1 to the jury. | |
| | | 11:05 a.m. | | | Jury deliberations continue. | |
| | | 11:06 a.m. | | | Court takes a break. | |
| | | 1:28 p.m. | | | Court is back in session. | |
| | | 1:29 p.m. | | | Jury is present. | |
| | | 1:31 p.m. | | | Court reads the verdict into the record. | |
| | | 1:33 p.m. | | | Jury is polled. Verdict is unanimous. | |
| | | 1:35 p.m. | | | Jury is excused. | |
| | | 1:38 p.m. | | | Court is adjourned. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |