**FILED**

MAY 6 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | Case No. 19-cv-07123-PJH<br><br>**VERDICT** |

Instructions: When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

In this verdict form, "WhatsApp" refers collectively to Plaintiffs WhatsApp LLC and Meta Platforms, Inc., and "NSO" refers collectively to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited.

## QUESTIONS AND ANSWERS

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case:

## FINDINGS ON DAMAGES

1. What amount of compensatory damages has WhatsApp proven that NSO should pay?

$ __444,719__ USD

2. (a) Has WhatsApp proven by clear and convincing evidence that NSO engaged in malice, oppression, or fraud in violating the California Comprehensive Data Access and Fraud Act?

   __X__ YES          _____ NO

If you answered "YES" to question 2(a), then please proceed to question 2(b). If you answered "NO" to question 2(a), then please skip to the last paragraph, which is after question 3.

(b) Should punitive damages be imposed based on the factors set forth in Jury Instruction 27?

__X__ YES      _____ NO

If you answered "YES" to both questions 2(a) and 2(b), then please proceed to question 3. If you answered "NO" to question 2(b), then please skip to the last paragraph, which is after question 3.

3. What is the amount of punitive damages that NSO should pay?

$ 167,254,000 USD

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the court personnel that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATE: 5/6/25

PRESIDING JUROR SIGNATURE: [signature]

2