UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE PHYLLIS J. HAMILTON          Case No. 19-cv-07123-PJH

CASE NAME: WhatsApp Inc. v. NSO Group Technologies Limited

NOTE FROM THE JURY

Note No. 1

Date 5/6/25

Time 10:08 AM

RECEIVED
MAY 6 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

   Or

2. The Jury has the following question:

Can we request/review ~~test~~ court transcripts?

From the Court:
What portion of the transcript are you interested in reviewing? I need this information to make a determination if it can be provided.

Deposition of Tamir Gazinelli (sp?) and Sarit B. Gil (NSO)

We withdraw the request. Thank you

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE PHYLLIS J. HAMILTON          Case No. 19-cv-07123-PJH

CASE NAME: WhatsApp Inc. v. NSO Group Technologies Limited

## NOTE FROM THE JURY

Note No. 2

Date 5/6/25

Time 1:07 pm

1. The Jury has reached a unanimous verdict (✓)

   Or

2. The Jury has the following question:

RECEIVED
MAY 6 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA