1  Greg D. Andres
   Antonio J. Perez-Marques
2  Craig T. Cagney
   Gina Cora
3  Luca Marzorati
     (admitted *pro hac vice*)
4  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
5  New York, New York 10017
   Telephone: (212) 450-4000
6  Facsimile: (212) 701-5800
7  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
8            craig.cagney@davispolk.com
            gina.cora@davispolk.com
9            luca.marzorati@davispolk.com
10
   Micah G. Block (SBN 270712)
11 DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
12 Menlo Park, California 94025
   Telephone: (650) 752-2000
13 Facsimile:  (650) 752-2111
14 Email:   micah.block@davispolk.com
15
   *Attorneys for Plaintiffs WhatsApp LLC and*
16 *Meta Platforms, Inc.*

17                    UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                          OAKLAND DIVISION

20
   WHATSAPP LLC, and                    )
21 META PLATFORMS INC.,                 )   Case No. 4:19-cv-07123-PJH
                                        )
22                Plaintiffs,           )   **DECLARATION OF LUCA**
                                        )   **MARZORATI IN SUPPORT OF**
23        v.                            )   **PARTIES' JOINT ADMINISTRATIVE**
                                        )   **MOTION TO FILE ADMITTED**
24                                      )   **TRIAL EXHIBITS UNDER SEAL**
   NSO GROUP TECHNOLOGIES LIMITED,      )
25 and Q CYBER TECHNOLOGIES LIMITED,    )
                                        )   Judge:  Hon. Phyllis J. Hamilton
26                Defendants.           )   Ctrm:   3
                                        )
27                                      )
                                        )
28 _____ )

I, Luca Marzorati, declare as follows:

1. I am an associate at the law firm of Davis Polk & Wardwell LLP and admitted pro hac vice to practice before this Court. I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rules 5-1(g)(2) and 79-5 in support of the Parties' Joint Administrative Motion to File Admitted Trial Exhibits Under Seal ("Motion"), filed concurrently herewith.

3. Attached hereto are true and correct copies of unredacted versions of admitted trial exhibits PTX-0320, PTX-0321, PTX-0932, A-1131, A-1156, and A-1511 ("Plaintiffs' Confidential Trial Exhibits").

4. The highlighted portions of trial exhibits PTX-0932, A-1131, A-1156, and A-1511 contain the phone numbers, email addresses, and IP addresses of non-party WhatsApp users and/or Plaintiffs' employees. Disclosure of this confidential personal information would pose a risk of harm to the privacy interests of the listed individuals. In addition, I understand that the public disclosure of Plaintiffs' employees' personal information in connection with litigation has sometimes been followed by harassment, online threats, and/or suspicious phone calls, text-messages or emails, particularly in cases with significant media attention. There is little, if any, public interest, in those identities, so the private interests justify sealing.

5. The highlighted portions of trial exhibits PTX-0320 and PTX-0321 contain sensitive personal information regarding financial transactions associated with Plaintiffs' testifying employees. I understand that the identification numbers appearing under the "Tax Details ID" and "Award ID" column headings are specific to the particular financial transactions listed therein and operate similarly to identification numbers associated with bank account transactions. The "Tax Details ID" and "Award ID" columns are not relevant to Plaintiffs' damages calculation.

1

1      I declare under the penalty of perjury that the foregoing is true and correct.

2      Executed on the 16th day of May, 2025 at New York, New York.

3
                                    By:   */s/ Luca Marzorati*
4                                         Luca Marzorati

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28