| | |
|---|---|
| Greg D. Andres | Joseph N. Akrotirianakis (Cal. Bar No. 197971) |
| Antonio J. Perez-Marques | Aaron S. Craig (Cal. Bar No. 204741) |
| Gina Cora | KING & SPALDING LLP |
| Craig T. Cagney | 633 West Fifth Street, Suite 1600 |
| Luca Marzorati | Los Angeles, CA 90071 |
| (admitted *pro hac vice*) | Telephone: (213) 443-4355 |
| DAVIS POLK & WARDWELL LLP | Email: jakro@kslaw.com |
| 450 Lexington Avenue | acraig@kslaw.com |
| New York, New York 10017 | |
| Telephone: (212) 450-4000 | *Attorneys for Defendants NSO Group* |
| Facsimile: (212) 701-5800 | *Technologies Limited and Q Cyber* |
| Email: greg.andres@davispolk.com | *Technologies Limited* |
| antonio.perez@davispolk.com | |
| gina.cora@davispolk.com | |
| craig.cagney@davispolk.com | |
| luca.marzorati@davispolk.com | |

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>  Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT ADMINISTRATIVE MOTION TO FILE ADMITTED TRIAL EXHIBITS UNDER SEAL**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Ctrm:  3 |

Having considered the Parties' Joint Administrative Motion to File Admitted Trial Exhibits Under Seal, filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the following documents will remain sealed, as follows:

| Trial Exhibit Nos. | Sealing Party | Portion(s) To Be Sealed | Basis for Sealing |
|---|---|---|---|
| PTX-0932<br>A-1131<br>A-1156<br>A-1511 | Plaintiffs | Highlighted portions | Plaintiffs' internal communications containing personally identifying information, including phone numbers and IP addresses of non-party WhatsApp users, and the email addresses of certain of Plaintiffs' employees.<br><br>Relevant sealing orders:<br><br>• Dkt. No. 633 at 4, finding "compelling reasons" to redact "addresses (including IP addresses), phone numbers, email addresses … of non-parties" in relation to similar documents filed in support of the parties' summary judgment briefs.<br><br>• Status Conf. Tr. (Apr. 24, 2025) at 39:9-12, granting parties' requests to redact "employee names, phone numbers, WhatsApp account numbers," appearing in trial exhibits generally. |
| PTX-0320<br>PTX-0321 | Plaintiffs | Highlighted portions | Payroll records containing sensitive financial information associated with certain of Plaintiffs' employees, namely "Tax Details ID" and "Award ID" numbers that are not available publicly and are not relevant to Plaintiffs' damages calculations.<br><br>Relevant sealing orders:<br><br>• Dkt. No. 633 at 4, finding "compelling reasons" to redact "financial information." |

1

| Trial Exhibit Nos. | Sealing Party | Portion(s) To Be Sealed | Basis for Sealing |
|---|---|---|---|
| PTX-0034<br>PTX-0035<br>PTX-0064<br>PTX-0065<br>PTX-0066 | Defendants | Highlighted portions | WhatsApp messages containing the names and personal phone numbers of certain of Defendants' employees.<br><br>Relevant sealing orders:<br><br>• Dkt. No. 633 at 3, 7, 9, finding "compelling reasons" to redact "personal phone numbers" and the "names of defendants' non-testifying employees" in relation to similar documents filed in support of the parties' summary judgment briefs.<br><br>• Status Conf. Tr. (Apr. 24, 2025) at 39:9-12, granting parties' requests to redact "employee names, phone numbers, WhatsApp account numbers," appearing in trial exhibits. |
| PTX-0044 | Defendants | Entirety | Defendants' internal document containing commercially sensitive information.<br><br>Relevant sealing orders:<br><br>• Status Conf. Tr. (Apr. 24, 2025) at 39:13-21, granting Defendants' request to seal the entirety of two specific exhibits containing export-controlled technical information, including this document previously filed as Exhibit D to the Declaration of Micah Block in support of Plaintiffs' Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault (*see* Dkt. No. 508-4). |
| PTX-0059 | Defendants | Entirety | Defendants' internal document containing commercially sensitive information.<br><br>Relevant sealing orders:<br><br>• Dkt. No. 633 at 9, finding "compelling reasons" to seal this specific document in its entirety, previously filed as Exhibit 7 to the Declaration of Micah Block in support of Plaintiffs' Motion for Partial Summary Judgment (*see* Dkt. Nos. 399-4, 401-2). |

2

[PROPOSED] ORDER GRANTING PARTIES' JOINT ADMIN. MOTION TO FILE ADMITTED TRIAL EXHIBITS UNDER SEAL
CASE NO. 4:19-CV-07123-PJH

| Trial Exhibit Nos. | Sealing Party | Portion(s) To Be Sealed | Basis for Sealing |
|---|---|---|---|
| PTX-0060 | Defendants | Entirety | Defendants' internal document containing commercially sensitive information.<br><br>Relevant sealing orders:<br><br>• Dkt. No. 633 at 9, finding "compelling reasons" to seal this specific document in its entirety, previously filed as Exhibit 24 to the Declaration of Micah G. Block in support of Plaintiffs' Motion for Partial Summary Judgment (*see* Dkt. Nos. 399-4, 401-2). |
| PTX-0062 | Defendants | Entirety | Defendants' internal document containing commercially sensitive information.<br><br>Relevant sealing orders:<br><br>• Status Conf. Tr. (Apr. 24, 2025) at 39:13-21, granting Defendants' request to seal the entirety of two similar exhibits containing export-controlled technical information (*see* PTX-0044 above). |

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5, the parties or their counsel shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated: _____     _____
Honorable Phyllis J. Hamilton
United States District Judge

3

[Proposed] Order Granting Parties' Joint Admin. Motion To File Admitted Trial Exhibits Under Seal
Case No. 4:19-cv-07123-PJH