Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

Joseph N. Akrotirianakis (Cal. Bar No. 197971)
Aaron S. Craig (Cal. Bar No. 204741)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Email: jakro@kslaw.com
       acraig@kslaw.com

*Attorneys for Defendants NSO Group*
*Technologies Limited and Q Cyber*
*Technologies Limited*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PARTIES' JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED TRIAL EXHIBITS**<br><br>Judge:  Hon. Phyllis J. Hamilton<br>Ctrm:   3 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 5-1(g)(1)(A), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), by and through their respective counsel, hereby certify that the exhibits attached to this filing are true and correct copies of the exhibits submitted to the jury in the trial of the above captioned matter.

| Trial Exhibit No. | Offering Party | Description | Date Admitted |
|---|---|---|---|
| PTX-0010 | Plaintiffs | Document titled, "SEV 2 S178165: Stanzaming - WhatsApp VoIP stanza RCE affecting client" dated May 3, 2019. | 4/29/2025 |
| PTX-0013 | Plaintiffs | Task No. T34775320, "[Follow-up] Server to validate call stanzas as defined in the protocol" dated October 4, 2018. | 4/29/2025 |
| PTX-0034 (partially sealed) | Plaintiffs | Joshua Shaner WhatsApp messages (with Hebrew translation) dated December 5, 2018. | 4/30/2025 |
| PTX-0035 (partially sealed) | Plaintiffs | Terrence DiVittorio WhatsApp messages dated May 12, 2019. | 4/30/2025 |
| PTX-0036 | Plaintiffs | NSO Group document titled, "Structure Chart as of December 31, 2019." | 4/30/2025 |
| PTX-0044 (sealed) | Plaintiffs | NSO internal Confluence record titled, "Android Product Management on Pegasus 2.50" dated April 29, 2018. | 4/30/2025 |
| PTX-0059 (sealed) | Plaintiffs | Document titled, "Endpoint Solution, Product Description" dated May 2018. | 4/30/2025 |
| PTX-0060 (sealed) | Plaintiffs | NSO internal document titled, "Heaven OpSec". | 4/30/2025 |
| PTX-0062 (sealed) | Plaintiffs | NSO internal Confluence record titled, 'Android Product Management on Pegasus 2.52, 2.52 (Android)' dated April 29, 2018. | 4/30/2025 |
| PTX-0064 (partially sealed) | Plaintiffs | Joshua Shaner WhatsApp messages dated January 15, 2019. | 4/30/2025 |

| Trial Exhibit No. | Offering Party | Description | Date Admitted |
|---|---|---|---|
| PTX-0065 (partially sealed) | Plaintiffs | Joshua Shaner WhatsApp messages dated July 9, 2018. | 4/30/2025 |
| PTX-0066 (partially sealed) | Plaintiffs | Joshua Shaner WhatsApp messages dated May 12, 2019. | 4/30/2025 |
| PTX-0112 | Plaintiffs | WhatsApp Terms of Service dated August 25, 2016. | 4/29/2025 |
| PTX-0264 | Plaintiffs | R&D excerpts from NSO Technologies Consolidated financial statements for December 31, 2019. | 5/5/2025 |
| PTX-0287 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0288 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0289 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0290 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0291 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0292 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0293 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0295 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0296 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0297 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0299 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0300 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0301 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0302 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0303 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0304 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0307 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0308 | Plaintiffs | Employee payroll data. | 5/1/2025 |

2

| Trial Exhibit No. | Offering Party | Description | Date Admitted |
|---|---|---|---|
| PTX-0310 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0312 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0314 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0320 (partially sealed) | Plaintiffs | RSU data relating to Plaintiffs' damages expert calculations. | 5/1/2025 |
| PTX-0321 (partially sealed) | Plaintiffs | RSU data relating to Plaintiffs' damages expert calculations. | 5/1/2025 |
| PTX-0322 | Plaintiffs | Summary of payroll data relating to Plaintiffs' damages expert calculations. | 5/1/2025 |
| PTX-0323 | Plaintiffs | RSU data relating to Plaintiffs' damages expert calculations. | 5/1/2025 |
| PTX-0324 | Plaintiffs | Employee payroll data. | 5/1/2025 |
| PTX-0930 | Plaintiffs | NSODays Presentation dated 2019. | 4/30/2025 |
| PTX-0932 (partially sealed) | Plaintiffs | Workplace Chat involving Drew Robinson, et al., dated May 2, 2019. | 4/30/2025 |
| A-1083 | Defendants | Cover page and p.4 of WhatsApp presentation titled, "Technical analysis of the WhatsApp 0-click exploit." | 4/29/2025 |
| A-1131 (partially sealed) | Defendants | Workplace Chat between Claudiu Gheorghe and Drew Robinson dated May 9, 2019. | 4/30/2025 |
| A-1148 | Defendants | WhatsApp document titled "Technical Analysis of WhatsApp Zero-Click Exploit," dated October 2019. | 5/2/2025 |
| A-1156 (partially sealed) | Defendants | Workplace Chat involving Claudiu Gheorghe, et al., dated June 20, 2019. | 4/30/2025 |
| A-1204 | Defendants | Stanzaming timeline. | 4/30/2025 |
| A-1511 (partially sealed) | Defendants | Workplace Chat involving Drew Robinson, et al., dated May 13, 2019. | 4/30/2025 |

| Trial Exhibit No. | Offering Party | Description | Date Admitted |
|---|---|---|---|
| A-1779 | Plaintiffs | NSO Technologies Balance Sheet 12/2023 vs. 12/2024. | 4/29/2025 |
| A-1780 | Plaintiffs | Q Cyber Israel Balance Sheet 12/2023 vs.12/2024. | 4/29/2025 |
| A-1781 | Plaintiffs | NSO Technologies Profit & Loss Statement: YTD: 12/20023 v. 12/2024. | 4/29/2025 |
| A-1782 | Plaintiffs | Q Cyber Israel Profit & Loss Statement: YTD: 12/20023 v. 12/2024. | 4/29/2025 |

Dated:   May 16, 2025                         Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:   /s/ Luca Marzorati
      Greg D. Andres
      Antonio J. Perez-Marques
      Gina Cora
      Craig T. Cagney
      Luca Marzorati
        (admitted *pro hac vice*)
      DAVIS POLK & WARDWELL LLP
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 450-4000
      Facsimile: (212) 701-5800
      Email: greg.andres@davispolk.com
              antonio.perez@davispolk.com
              gina.cora@davispolk.com
              craig.cagney@davispolk.com
              luca.marzorati@davispolk.com

      Micah G. Block (SBN 270712)
      DAVIS POLK & WARDWELL LLP
      900 Middlefield Road, Suite 200
      Redwood City, California 94063
      Telephone: (650) 752-2000
      Facsimile:  (650) 752-2111
      Email: micah.block@davispolk.com

      *Attorneys for Plaintiffs*
      *WhatsApp LLC and Meta Platforms, Inc.*

KING & SPALDING LLP

By:  /s/ Aaron S. Craig
      Joseph N. Akrotirianakis
      Aaron S. Craig
      KING & SPALDING LLP
      633 West Fifth Street, Suite 1600
      Los Angeles, CA 90071
      Telephone: (213) 443-4355
      Email: jakro@kslaw.com
              acraig@kslaw.com

      *Attorneys for Defendants NSO Group
      Technologies Limited and Q Cyber
      Technologies Limited*

## **FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Luca Marzorati hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:   May 16, 2025                              /s/ Luca Marzorati
                                                    Luca Marzorati