UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0010

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

7/9/2021                                                                SEV Print

**SEV 2** S178165: Stanzaming - WhatsApp VoIP stanza RCE affecting client
**SEV Owner:** Joaquin Moreno Garijo
**SEV Stack:** WhatsApp
**SEV Status:** Closed
**Affected Areas:** whatsapp

**Started:** 2019/05/02 6:25pm PDT
**Detected:** 2019/05/02 6:25pm PDT (Started - )
**Created:** 2019/05/03 4:29am PDT (Started + 10h 4min 14s)
**Mitigated:** 2019/05/15 4:34pm PDT (Started + 12d 22h 9min)
**Ended:** 2019/06/24 8:00am PDT (Started + 1m 22d 3h 15min 48s)
**Closed:** 2019/06/24 8:00am PDT (Started + 1m 22d 3h 15min 48s)

EXHIBIT
1092

**Overview:**
Not Specified

**Root Cause Tags:** undetermined
**Root Cause Details:**
Not Specified

**Incident Impact:**
Unknown, to be provided after verification

**Detection Method:** Dashboards
**Detection:**
Not Specified

**Escalation:**
Not Specified

**Remediation:**
Not Specified

**Prevention:**
Not Specified

**Related SEVs:**

**SEV Tasks:**
Exploratory
T44847508: [closed in 767 days, hi pri] improve security for VoIP Infrastructure

**Timeline:**
**Sun May 5, 2019 8:22pm PDT:**
SEV level changed from 3 to 2
**Wed May 15, 2019 4:35pm PDT (+ 9d 20h 12min 53s):**
SEV status changed from "In Progress" to "Mitigated"
**Mon Jun 24, 2019 8:19am PDT (+ 1m 9d 5h 24min 51s):**
SEV status changed from "Mitigated" to "Closed"

**Comments:**
  **Joaquin Moreno Garijo (joaquinm) (Fri May 3, 2019 4:34am PDT):**
    Important: at this point it has not being confirmed if WS is vulnerable or no, but due how advance is the payload used by actor we believe that attacker may have found a vulnerability (you test with much more simple payloads).

  **Joaquin Moreno Garijo (joaquinm) (Fri May 3, 2019 4:46am PDT):**
    What we know until now (please be aware that it could not be the full story):

    * Context: there was not a schema for VoIP stanzas. ProdSec evaluated product and requested to have a valid defined schema for these stanzas. WS implemented this functionality and defined a valid schema, but didn't enforce the schema in server side. WS added server-side logging to whatsapp for invalid stanzas (xml protocol) few weeks ago.

    * How was detected: WS identified invalid/suspicious stanzas in the just added logging.

Highly Confidential - Attorneys' Eyes Only        [CORRECT BATES: WA-NSO-00164559]         WA-NSO-00060370

PTX-0010.0001

* What: an actor sent from a WS client a modified stanza to another WS client. The modified stanza contains a bash script that it is malicious. The suspicious stanza received in 97336700200 running Android-2.19.115. the malicious stanza was being sent on 2019/05/02-16:16:33.725549. There are 4 calls from the malicious number. 2 of the calls had the malicious connecting_tone_desc. As per malware, the malicious bash should stop a service, however the service was not stopped after the second call which was at 2019-05 03 02:16:56.328 (looks like exploit was not successful). Logs: https://phabricator.intern.facebook.com/P63568381

* Info: most likely if there is a vulnerability, it only affects old Android clients as the new clients only read voip settings from serialized version, does not read from the uncompressed voip settings (affected identified stanzas).

* Malware analysis (suspicious stanza, bash script):
- Exploits downloads an elf file, chmod 777 and executes is (supposedly first stage malware)
- Elf file that is dropped appears to be an arm executable that opens a socket then reads/writes to that socket from 74.54.111.57:511
   Payload: https://phabricator.intern.facebook.com/P63570373

**Joaquin Moreno Garijo (joaquinm) (Fri May 3, 2019 4:49am PDT):**
There is a Diff D15196579 that will enforce our servers to only accept valid stanzas. This could mitigate the impact, but we would like to first identify the vulnerability (if there is) before modifying this.

**Joaquin Moreno Garijo (joaquinm) (Fri May 3, 2019 4:51am PDT):**
Jesus Barcons Palau could we possible to get the phone numbers that sent the suspicious stanza and the destination phone numbers that got the stanza. I would like to provide this information to our threat intel platform to try to identify who is behind these "tests".

**Joaquin Moreno Garijo (joaquinm) (Fri May 3, 2019 6:12am PDT):**
Pd: WS is WhatsApp (WA for everyone else)

**Amol Godbole (amolg) (Fri May 3, 2019 9:51am PDT):**
Are you already in touch with / working with WA engineering on this ? cc Manpreet

**Joaquin Moreno Garijo (joaquinm) (Fri May 3, 2019 9:56am PDT):**
Update from Intel, ProdSec and WA:
1) As per Drew Robinson update, first stage malware (ELF in the stanza) connects to IP 104.69.225.185 no to 74.54.111.57. Port is still 511.
2) List of src and dst telephone numbers: P63626341 (it could be related to some threat actors that are followed by Community threat Intel, info provided by Drew Robinson)
3) Full stanza logs provided by WA: https://phabricator.intern.facebook.com/P63576490
4) Xi Deng notified that vulnerability could also affect new clients: "server merges/converts the options from caller to the format which is also recognizable on new clients. However, as I read, that tone settings passed to callee shouldn't affect callee since the codepath using it won't be executed"
5) Otto Ebeling summarized the timeline of sent and received stanzas (from the perspective of the target phone) in this paste: P63624520
6) The conversation started yesterday during Pacific time in a separate Workplace chat than the Sev (as the Sev was not created until today EMEA time). All the conversation is there. WA Engineers, PE Engineers, Cert, ProdSec and Intel are in the chat handling this. I have decided not to migrate to the Sec Chat to avoid loosing all the information that it is already in the chat.

**Joaquin Moreno Garijo (joaquinm) (Fri May 3, 2019 10:00am PDT):**
Amol Godbole yes, we are working with Jesus Barcons Palay, Brendon Tiszka, Xi Deng, YuanYuan Wang and other folks from WA.

**Drew Robinson (lowkey) (Fri May 3, 2019 10:37am PDT):**
List of all IP/port pairings I've pulled based on the logs sent to me so far (T43922633):
[omitted at request of CERT]

**Drew Robinson (lowkey) (Fri May 3, 2019 11:47am PDT):**
Found 5 more, updated complete IP/port pairing:
[omitted at request of CERT]

**Drew Robinson (lowkey) (Fri May 3, 2019 12:46pm PDT):**
Correction, those lists were the wrong endianess, should have been:

Highly Confidential - Attorneys' Eyes Only          [CORRECT BATES: WA-NSO-00164560]          WA-NSO-00060380

PTX-0010.0002

7/9/2021                                                                                       SEV Print

[omitted at request of CERT]

**Joaquin Moreno Garijo (joaquinm) (Fri May 3, 2019 6:07pm PDT):**
Root cause analysis effort is documented in https://fb.quip.com/OJqaAvf7fT0a

**Andrey Labunets (isciurus) (Fri May 3, 2019 9:53pm PDT):**
Main updates from today:
- CERT/Incident Response have got necessary logs (potential victim logs, a few normal calls for reference, and logs from our test devices)
- We enabled additional server-side logging for the requests coming from "bad" whatsapp users
  We've verified that no connections were made to/from the ip Drew Robinson's extracted addresses inside Facebook corp network, so employee phones likely were not exploited
- Made a decision to not roll out the server-side fix dropping the stanzas because we don't unerstand the root cause, the impact for users, and other possible attacker numbers/techniques. We are working to scope the issue properly and understand those three things (cause, impact, other TTPs). We have confirmed support from Whatsapp engineers to do deploy emergency updates this weekend if needed
- We are investigating logs and doing a code audit to understand if there was/is any attack or impact for users

**Amol Godbole (amolg) (Sun May 5, 2019 2:14pm PDT):**

# Redacted for Privilege

Redacted for Privilege    Jeremy - this if for you reference.

**Amol Godbole (amolg) (Sun May 5, 2019 2:16pm PDT):**
Added Richard Russo , current on-call for WA security.

**Drew Robinson (lowkey) (Sun May 5, 2019 7:55pm PDT):**
The most recent set of logs Jesus Barcons Palau provided (P63727422) contained two new IP addresses which would host the second payload intended to be retrieved:
[omitted at request of CERT]

**Cameron Bunt (cbunt) (Sun May 5, 2019 8:22pm PDT):**
SEV Level has been changed from 3 to 2

**Joaquin Moreno Garijo (joaquinm) (Mon May 6, 2019 9:37am PDT):**
Current working hypothesis is that there are at least two vulnerabilities which we believe are used in tandem:

- Vulnerability A: A server-side vulnerability that allows clients to send server-only voip settings to other clients. This is used to a) carry the shell script payload in connecting_tone_desc variable (which will later be activated by some other vuln) and b) tweak other settings such as enabling early bandwidth estimation etc which could be because they are useful for the client side vuln. It is basically certain that they are using this, but this vulnerability alone does not lead to RCE/make sense otherwise. We have a fix ready (full stanza validation) but haven't pushed it before the necessary OPSEC decisions have been made.

- Vulnerability B: A client-side bug which we suspect is related to early_rtt_computation ("RTCP replay memcpy vulnerability" for more information). We are less certain that this is the vulnerability used. A diff to fix this is also up but hasn't been pushed yet due to OPSEC concerns. A fix would take time to propagate to clients.

Work is still on progress as combined effior between WA and ProdSec.

**Joaquin Moreno Garijo (joaquinm) (Mon May 6, 2019 12:27pm PDT):**
WA Engineering work is coordinated by Claudiu Gheorghe. These are the tasks that WA is working on:

1. Logging packets from attackers in edgeray T44019169
2. Logging large RTCP packets in edgeray T44019656
3. Dig into the past crashlog data T44020385
4. Client fix T44020473
5. Collect all the phone numbers being exploited T44020654

**Drew Robinson (lowkey) (Mon May 6, 2019 3:15pm PDT):**
10 new nodes found as the result of additional logs pulled.
Here's the complete list of stage two nodes so far:

[omitted at request of CERT]

Highly Confidential - Attorneys' Eyes Only        [CORRECT BATES: WA-NSO-00164561]        WA-NSO-00060381

PTX-0010.0003

**Andrey Labunets (isciurus) (Mon May 6, 2019 4:35pm PDT):**
We are currently at the scoping phase. Whatsapp enabled additional logging of attacker's requests on the relay server (edgeray). Prodsec/Whatsapp are investigating those logs to understand/confirm the vulnerability.

Although there are active malicious requests today as well, we put the server side mitigation on hold for a few reasons:

* We don't have direct confirmation we identified the "right" vulnerability
* We might not see all the threat actors and all exploitation techniques. Others might pass the 2nd stage inside the peer-to-peer (vs. signaling) packets, and we didn't have logging for that
* We don't know how iPhone version are affected

We know the vulnerability was introduced in September 2017, but we don't know exact versions affected (for Android and for iPhone). Based on what we know now, attacker can trigger it while not being in victim's phone book, i.e it's a zero-click remote code execution.

The current game plan for the next 24 hours (hopefully):

* Get logging from edgeray
* Understand the scope/vulnerability
* Work on coordinated mitigation, remediation, and response

We target completing all analysis and mitigation by Friday latest - to be able to push client fix with proper announcement (next earliest mobile push happens on Friday).

There are also separate threads of execution working on: atttribution, malware analysis, analysis of victims, legal considerations, long-tail investigation.

**Claudiu Gheorghe (cgheorghe) (Mon May 6, 2019 10:06pm PDT):**
The logging from edgeray should be on now, hopefully that will help us understand the exploit. [Redacted for Privilege]
[Redacted for Privilege]

There's pressure to push the server fix as soon as we reasonably can, especially that we know that it's being currently used. We can probably hold it for a day or so, but not more than that.

Some other questions that I got so far are:
- data breach: can we tell what user information is being compromised?
  is the exploit persistant? Like would the attacker still have access to the app even after the patched update? Can they gain access to the entire device?

I assume these are covered in "analysis of victims, malware analysis, remediation"; should we file some tasks and track these threads and have a clear ownership?

**Giacomo Milani (gmilani) (Tue May 7, 2019 2:30am PDT):**
"Pressure to push the server fix", does your peer understand that the vulnerability is not server side therefore all the concept of server side fix is a red herring? I believe that will just force the attacker to push the harmful behaviour to an unmonitoered buffer, any action server side it may effect the attacker for short time but it may result mid-long term in a more harm to our users.

**Joaquin Moreno Garijo (joaqninm) (Tue May 7, 2019 2:34am PDT):**
Agree with Giacomo Milani. As far as we know the vulnerability is in the client size. Most likely, the attackers are using the not enforce schema from the stanza as a buffer to store the payload. The malicious stanza is the only currently signal we have to identify the exploiting of the vulnerability. Applying the patch (enforce stanza schema) will blind us to understand if we have really mitigated the vulnerability. It could be that the invalid stanza is mandatory to exploit the client size vulnerability, but attackers could also find another place to store the payload. I will suggest to please patch all the client size vulnerabilities we have identified, and then check if we still watching these suspicious stanzas. I honestly will like to suggest to have the green light from Chris Bream before doing this as we can do more damage than benefit.

**Claudiu Gheorghe (cgheorghe) (Tue May 7, 2019 9:07am PDT):**
Thanks for explaining that, guys. Just to be clear, I totally agree with not pushing the server fix, I'll try to communicate this upward. [Redacted for Privilege]

**Claudiu Gheorghe (cgheorghe) (Tue May 7, 2019 11:04pm PDT):**
Another update from WA side: the XFN group was supportive of holding off the server fixes until Friday to fully understand the exploit, and everyone is curious to find out more from the investigation.

Investigation (still ongoing)
* the attacker activity seems unchanged, which is good; they seem to be active between 12am-12pm PST https://fburl.com/ods/ly6syzz9
* Security and WA engineers were heads-down working on analyzing existing packets and crash dumps; Andrey to provide more details into the findings
* logging: we tweaked logging in edgeray to correlate more easily with other parts of the packet flow
* extended chatd stanza validation further, plan is to have 100% validation done by Friday

Remediation:
* client fixes: a few more client fixes have been put up for review; we've started reviewing the entire VoIP stack to potentially find other issues
* server fixes: we're working on pushing the code by having it behind a gate we can update in realtime (like sitevar)

Data breach analysis: blocked on identifying 2nd payload (Drew)
* started sharing phone numbers with Google to 1) capture fake clients used for exploit, and 2) understanding scope of the attack on the devices; [ **Redacted for Privilege** ]

Attribution and affected users: we're collecting data of the victims and attackers, and there's interest in understanding who are behind these numbers

Comms: start planning tomorrow, still depends on the data breach analysis

**Andrey Labunets (isciurus) (Wed May 8, 2019 10:54pm PDT):**
Updats for each workstream from today

- Understanding the Exploit. We made solid progress and based on the edgeray logs see with high confidence that the client-side vulnerability we found is indeed used by someone. We added more information to the existing logs, extended list of logging numbers from 20 to 166. We ingested data into Hive to reliably store existing logs. Now we need to correlate edgeray logs with signaling logs to confirm that this is used by the actors we suspect. This will also require logging from chatd directly to scribe. Another big question is to undersand the role of RTCP_REMB packets in the logs we see and whether there is another vulnerability in the client-side voip code. Ultimately, we need to gain enough confidence that we found all the actively exploited vulnerabilities in this attack.

   Scope affected users. We got a list of affected people based on phone numbers, with relevant statistics per country, and with context. We are able to distngush some testing accounts from real targets.
   Redacted

   Data breach anslysis. We are in touch with other internet companies to get more visibility into post-exploitation and what the exploit is being used for. We hope to receive more information from the relevant teams, but we have no timeline for that.

- Finalize remediation plan. The step-by-step plan is ready and it consists of technical remediation steps and comms steps (coordinated with WA Comms team). CVE publishing process timeline and plan are also known and written. Server-side fixes are ready to be deployed on Friday if needed. Two keys questions to answer tomorrow: when do we ship the client side update and what we ship first: client side or server side? This depends a lot on the results of understanding the exploit, and the essential balance to find here is saving users from risk sooner vs. knowing more whether our approach is actually effective.

We are doing our best to get all necessary facts by Thursday night before the Friday client-side push, but technical investigation is very complex and non-trivial without firm guarantees.

I want to thank everyone for working and this and wish luck.

**Claudiu Gheorghe (cgheorghe) (Thu May 9, 2019 10:49am PDT):**

Highly Confidential - Attorneys' Eyes Only        [CORRECT BATES:  WA-NSO-00164563]        WA-NSO-00060383

PTX-0010.0005

Important fact: it is confirmed we have 2 exploits at the moment  one looks in testing, another one in production. Andrey will document this in detail for the 5pm meeting.

We are aiming at finding both exploits today and have all the fixes ready by 6pm today.

**Andrew Blaich (ablaich) (Thu May 9, 2019 11:16am PDT):**
Do we know anymore about the iOS/iPhone side of this? Are the exploits that have been discovered Android only at this time and are they independent of Device/OS version?

**Andrey Labunets (isciurus) (Thu May 9, 2019 1:44pm PDT):**
Andrew Blaich, One attack is for Android only, the other targets cross-platform code, so it potentially (and likely) targets iPhone

**Subodh Iyengar (subodh) (Thu May 9, 2019 5:29pm PDT):**
sorry just arriving, but taking a quick look, this seems kind of unsafe, https://phabricator.intern.facebook.com/.../wa_tone.... If I understand this correctly, the `i` comes from user input and can be made to exceed the bounds of str.

**Subodh Iyengar (subodh) (Thu May 9, 2019 5:42pm PDT):**
sorry nvm, i misread the sscanf input. it reads i via %n.

**Claudiu Gheorghe (cgheorghe) (Fri May 10, 2019 7:21am PDT):**
Attack activity is still high https://fburl.com/ods/yg53avv8, and we're getting more and more data from edgeray

\* 1/2 attacks is well understood and the fixes will likely ship today; focus is understanding the 2nd attack
\* we tried to fetch payload from c2 nodes last night, but none of attemps succeeded; this might give some tips we're monitoring them

**Claudiu Gheorghe (cgheorghe) (Fri May 10, 2019 1:03pm PDT):**
This is the config diff that will enable the server fix in edgeray: D15289473. The diff is accepted and ready to roll. Once it's pushed, it will go live in realtime, within a few minutes given our servers are all over the globe.

This is the graph that tracks the times we drop malicious packets: https://fburl.com/ods/90b7cmxf

**Saish Gersappa (saishg) (Fri May 10, 2019 3:26pm PDT):**
We've pushed the config to drop large RTCP packet (over 250 bytes). We can see packets being dropped - https://fburl.com/ods/dhpew8wn

**Claudiu Gheorghe (cgheorghe) (Fri May 10, 2019 5:04pm PDT):**
We confirmed that the existing exploit is currently fixed. Next steps:
\* chatd changes for validating stanzas will be enabled on Monday
\* Android release will likely be available tonight, iPhone by Monday

graphs we will monitor:
- activity from chatd: https://fburl.com/ods/r87hjgca
- blocked packets in edgeray: https://fburl.com/ods/u6wqxsik
- Android crashes related to the exploit: https://fburl.com/scuba/4eh5ptsb

**Andrey Labunets (isciurus) (Wed May 15, 2019 4:35pm PDT):**
Changed SEV status from In Progress to Mitigated.

**Claudiu Gheorghe (cgheorghe) (Wed May 15, 2019 4:57pm PDT):**
\* Android v2.19.134 and iPhone v2.19.51 releases with the fixes were out on Monday
\* Monday 2pm we pushed the 2nd server-side fix in chatd, where we drop all the malfiorned messages related to calling.
\* CVE was published on Monday as well: https://www.facebook.com/security/advisories/cve-2019-3568

**Evan Jones (evanjones) (Wed May 22, 2019 10:53am PDT):**
SEV is scheduled to be reviewed in SEV Review for WhatsApp PE on 2019-05 23 15:00 PDT

**Andrey Labunets (isciurus) (Wed May 22, 2019 5:57pm PDT):**
FYI, the review of this SEV has been postponed since the investigation is ongoing

**Evan Jones (evanjones) (Thu May 23, 2019 2:39pm PDT):**
SEV is no longer scheduled for SEV Review for WhatsApp PE on 2019 05-23 15:00 PDT

Highly Confidential - Attorneys' Eyes Only          [CORRECT BATES:  WA-NSO-00164564]          WA-NSO-00060384

PTX-0010.0006

**Permission Admin Bot (generatedunixname499826100) (Fri May 24, 2019 12:07pm PDT):**
Ke Wang is blocked on this permission request. IMOC please go to https://our.intern.facebook.com/.../req.../1198861953622783/ and approve this request if possible. If not contact the OSCAR oncall (https://our.intern.facebook.com/.../schedule/calendar/ ..) or comment with your approval on this request to accelerate its approval.

**Neal Poole (neal) (Wed May 29, 2019 7:43am PDT):**
Andrey Labunets: Just to confirm, investigation is still ongoing at this point?

**Andrey Labunets (isciurus) (Wed May 29, 2019 8:25am PDT):**
Yes

**Evan Jones (evanjones) (Mon Jun 3, 2019 12:51pm PDT):**
SEV is scheduled to be reviewed in SEV Review for WhatsApp PE on 2019 06 06 15:00 PDT

**Evan Jones (evanjones) (Thu Jun 6, 2019 9:08am PDT):**
SEV is no longer scheduled for SEV Review for WhatsApp PE on 2019-06-06 15:00 PDT

**Neal Poole (neal) (Tue Jun 11, 2019 1:36am PDT):**
Investigation is still ongoing?

**Claudiu Gheorghe (cgheorghe) (Tue Jun 11, 2019 9:36am PDT):**
Yes, the investigation is still ongoing.
The currently active workstreams are for:
* retroactive analysis of affected users
* data breach analysis (we don't have the 2nd payload yet)

Meanwhile we filed a separate SEV to discuss the technical aspects of the vulnerability and prevention within WhatsApp https://our.intern.facebook.com/.../sevman.../view/s/180113/.

**Andrey Labunets (isciurus) (Tue Jun 11, 2019 10:15am PDT):**
Technical investigation workstream is also ongoing. We've reached all major milestones to share some details in S180113, but will soon share more details more broadly than the Whatsapp SEV review discussion

**Carlos DeLeon (cdeleon) (Thu Jun 13, 2019 3:17pm PDT):**
Hi Carl Woog and Jeremy Apple, Redacted for Privilege

**Redacted for Privilege**

Redacted for Privilege Thanks you.

**Jeremy Apple (jeremyapple) (Fri Jun 14, 2019 10:47am PDT):**
Thanks Carlos. Redacted for Privilege
Redacted for Privilege

**Carlos DeLeon (cdeleon) (Fri Jun 14, 2019 2:09pm PDT):**
Hi Jeremy Apple, Redacted for Privilege
Redacted for Privilege

**SEV Manager (generatedunixname499848858) (Mon Jun 24, 2019 8:02am PDT):**
This open/cleanup SEV has been automatically closed due to inactivity. If this SEV should remain open, or in cleanup state, regardless of activity, add the "donotreap" tag to the "Tags" field

**SEV Manager (generatedunixname499848858) (Mon Jun 24, 2019 8:19am PDT):**
Changed SEV status from Mitigated to Closed.

**Neal Poole (neal) (Mon Jun 24, 2019 6:31pm PDT):**
Is there remaining work here where the SEV should be reopened, or are we good with this closed out (in which case I'll make the SEV public).

**Andrey Labunets (isciurus) (Mon Jun 24, 2019 7:26pm PDT):**
Ideally, we should never make this SEV public since it exposes c2 ip addresses in cleartext

If we talking about sharing info about the incident to the company, we are working on that separately.

**Neal Poole (neal) (Mon Jun 24, 2019 10:44pm PDT):**

Highly Confidential - Attorneys' Eyes Only           [CORRECT BATES: WA-NSO-00164565]           WA-NSO-00060385

PTX-0010.0007

I thought we already talked about this, but the expectation here is that all private SEVs are eventually made public within the company.

https://our.intern.facebook.com/.../SEV.../Private_Sevs/

**Permission Admin Bot (generatedunixname499826100) (Fri Jun 28, 2019 7:37am PDT):**
Tiana Demas is blocked on this permission request. IMOC please go to https://our.intern.facebook.com/.../requ.../688333241610115/ and approve this request if possible. If not contact the OSCAR oncall (https://our.intern.facebook.com/.../schedule/calendar/...) or comment with your approval on this request to accelerate its approval.

**Chris Bream (chrisbream) (Sun Jul 14, 2019 8:17am PDT):**
How are we doing in terms of cleaning up the intel here to make the SEV public? I know we have the whitepaper we're working on but that shouldn't be a blocker to opening up this SEV. What are the steps that are needed to open this one up?

**Andrey Labunets (isciurus) (Sun Jul 14, 2019 11:45am PDT):**
Last time we spoke with Neal Poole he told he wanted to talk with someone about cleaning up the c2 addresses, so I'm waiting for updates on that.
Apart from that, my only suggestion was to align the sev pulication with the whitepaper and internal talk, or at least make them close in time.

**Chip Turner (chip) (Tue Jul 16, 2019 12:41pm PDT):**
Andrey why do we care about internal talks and whitepapers for making a SEV public? What specific risks are we trying to avoid? This seems like being overly cautious to me.

**Andrey Labunets (isciurus) (Tue Jul 16, 2019 2:49pm PDT):**
Chip Turner, only to be able to control the narrative and give everyone a clear picture of what happened. I hope to confirm a detailed target date of publishing this Friday, and it will likely be ~August 1. We can make the SEV public earlier if there are strong reasons.

**Chris Bream (chrisbream) (Thu Aug 22, 2019 7:29am PDT):**
This SEV is still private and well beyond our intended use for private SEVs. The sensitive IPs are removed so I plan to open it to public tomorrow unless there is some important reason not to. I'm not worried about the public narrative since a) we've already gone public with the compromise and b) the paper is so technically rich and detailed that it won't be feasible to recreate the details from the SEV and "steal the narrative" so to speak.

**Neal Poole (neal) (Fri Aug 23, 2019 11:40am PDT):**
Changed SEV visibility from Private to Public.

**Neal Poole (neal) (Fri Aug 23, 2019 11:40am PDT):**
SEV renamed from "Stanzaming" to "Stanzaming - WhatsApp VoIP stanza RCE affecting client"

FB CONFIDENTIAL. PLEASE LEAVE THIS DOCUMENT IN THE SEV REVIEW ROOM. THANK YOU!

Highly Confidential - Attorneys' Eyes Only          [CORRECT BATES: WA-NSO-00164566]          WA-NSO-00060386

PTX-0010.0008