UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case #:  4:19-cv-07123-PJH

Plntf Exhibit No.  PTX-0035

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

**Custodian:** DiVittorio, Terrence
**Device:** iPhone XS Max
**Application:** WhatsApp
**Active Participants:** Ramon REDACTED

**Date/Time Start:** 05/12/2019 03:17 PM
**Date/Time End:** 05/12/2019 03:26 PM
**Subject:**

| Time | From | Message Body | Tags |
|---|---|---|---|
| 15:17:01 | Ramon - REDACTED | Dear All, as you might have heard by now, HB vector went down following WhatsApp latest version and change. CEs are now communicating the removal of the vector as any new attempt will only result with a failure and leave a mark on a patched solution which once patched being tracked. We all know the field in which we work and we know that these kind of capabilities comes and go. These kind of situation only demonstrate our full power and the difference between opportunistic companies to real actors. So not trying to make the picture nicer but it is what it is and we all work now on: A) update our customers and remove the vector. B) understand the impact on expected deals. C) Next solution to come. Should you have any concern or comment regarding specific communication to specific customer or any other issue please let me know . | |
| 15:19:08 | REDACTED | TNX Ramon, do you know if there is any new solution or potential for a patch which is under works now ? | |
| 15:20:53 | Ramon - REDACTED | The vector is no longer valid (meaning not a new version kind of issue but the entire vector) so it seems it will take some time, how much time ?? we need to give R&D at least few days to understand better. I will keep you posted of course | |
| 15:26:51 | REDACTED | Thank you for updating Ramon!!Please continue update when relevant | |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY       DIVITTORIO_WHATSAPP_00000066

PTX-0035.0001