UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0036

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PTX-0036.0001

NSO_WHATSAPP_00000176