UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case #:  4:19-cv-07123-PJH

Plntf Exhibit No.  PTX-0044

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

# EXHIBIT FILED UNDER SEAL