UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0059

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

# EXHIBIT FILED UNDER SEAL