UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:    4:19-cv-07123-PJH

Plntf Exhibit No.    PTX-0060

Date Admitted:    _____

By:    _____

Kelly Collins, Deputy Clerk

# EXHIBIT FILED UNDER SEAL