UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:  4:19-cv-07123-PJH

Plntf Exhibit No.  PTX-0064

Date Admitted:  _____

By:  _____

Kelly Collins, Deputy Clerk

**EXHIBIT 2038**

| | |
|---|---|
| Custodian: | Shaner, Josh |
| Application: | WhatsApp |
| Active Participants: | |
| Other Recipients: | us; Josh Shaner NOC 2; |
| Date/Time Start: | 01/15/2019 12:25 AM |
| Date/Time End: | 01/15/2019 10:16 PM |

| Time | From | Message Body | Deleted |
|---|---|---|---|
| 00:25:41 | REDACTED | Hey, I just did once Eden installation on P3 (Sales 3). That means another 2 attempts can be sent in the next two hours (look at my email for better understanding of the limitations). Bottom line - Eden works fine on S3 and can be demonstrated :). | 0 |
| 00:53:44 | REDACTED | ▯ | 0 |
| 01:06:26 | REDACTED | Guys, FYI. | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY       SHANER_WHATSAPP_00001121

PTX-0064.0001

| | | | | |
|---|---|---|---|---|
| | | | REDACTED encountered extraction issues of iOS 12.1.2 on P3 (S3). No data but location is being extracted. The problem is known and now examined by REDACTED & R&D. We hope for positive updates asap. will keep you updated. | |
| 01:11:00 | REDACTED | | I answered you (email) | 0 |
| 01:11:04 | REDACTED | | Also on sales 6 and Sting | 0 |
| 01:12:44 | REDACTED | | Once REDACTED will finish the upgrade on sales 6 , I would like to ask you to check it again, in case the issue will reproduce we will open investigation with the R&D | 0 |
| 01:18:40 | REDACTED | | Can you say which 12.1.2 version we are talking about? the first or second variant? | 0 |
| 01:36:51 | REDACTED | | First. The one that all of us have. | 0 |
| 01:44:07 | REDACTED | | So you mean second, the latest 12.1.2 version | 0 |
| 03:09:56 | REDACTED | | Hi all, The ssl of the hlr lookup provider is expired. Please approach us before demo, we will add the numbers to debug mode | 0 |
| 03:15:43 | REDACTED | | < d993ea09-c1e7-458d-93c9-e0a2e68e5940.jpg > | 0 |
| 03:15:55 | REDACTED | | . | 0 |
| 06:20:38 | REDACTED | | Anyone has a Diablo device that REDACTED can try and send installation to from sales 6? | 0 |
| 06:47:03 | REDACTED | | Hello support team, when are you planning to upgrade sales3 to the new design (SP4.2)? | 0 |
| 06:57:12 | REDACTED | | Hey, S6 was already installed and will be tested (ATP) tomorrow. S3 will upgraded by the end of the week in case no troubles will be found on S6. | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     SHANER_WHATSAPP_00001122

PTX-0064.0002

| Time | Sender | Message | |
|---|---|---|---|
| 15:18:22 | REDACTED | Good morning<br><br>Starting POC on sales 1<br><br>1c<br><br>Sting | 0 |
| 20:54:31 | REDACTED | Hi all, following yesterday issue with iOS 12.1.2 not exfiltrating data, I preformed a test on Sales6 (upgraded to 4.2).<br><br>The installation and the exfiltration worked perfectly.<br><br>I will try the same test today on sales3 (SP4.1) and update you regarding the progress. | 0 |
| 20:55:43 | REDACTED | Thanks. Is that the build you were testing ? | 0 |
| 21:01:02 | REDACTED | Hi, we are in a POC on<br><br>Sales 1:<br><br>1C<br><br>Sting<br><br>Sales 3:<br><br>Eden<br><br>Storm | 0 |
| 21:01:56 | REDACTED | Please do not use Eden before we finish the demo | 0 |
| 21:07:05 | REDACTED | Thanks REDACTED! Update regarding the same test on S3. | 0 |
| 21:11:42 | REDACTED | REDACTED, please run the test as well , | 0 |
| 21:13:12 | REDACTED | I will, but only later on today after my demo | 0 |
| 21:13:28 | REDACTED | 👍 | 0 |
| 21:13:42 | REDACTED | REDACTED will later for your update :) | 0 |
| 21:15:51 | REDACTED | REDACTED - can you please make sure REDACTED has still 1 valid per of credentials to use for Eden on S3, as he is not in front of a customer and we wouldn't like the last next installation to fail.. | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          SHANER_WHATSAPP_00001123

| 21:16:32 | REDACTED | We got a confirmation from REDACTED | 0 |
| --- | --- | --- | --- |
| 21:17:00 | REDACTED | We just need to make sure no one is "wasting" it as we'll get to demo it only in 30 min or so | 0 |
| 21:29:19 | REDACTED | Guys, quick reminder - please don't use TenBis today and come to 1409 for lunch at 12:30. | 0 |
| 21:32:25 | REDACTED | 👍 | 0 |
| 21:45:20 | REDACTED | Hey guys, I have a demo today starting 11:30am IL time. Is anyone planning to demo Diablo on S3 during that time? If not, I'd like to prioritize 11.2.2 | 0 |
| 21:56:36 | REDACTED | Starting Demo on sales 1 and 3<br><br>Sting<br><br>1 c<br><br>Diablo<br><br>Eden | 0 |
| 22:05:27 | REDACTED | Correct | 0 |
| 22:12:59 | REDACTED | i preformed the same test on Sales3 and i got the same result as everyone:<br><br>1 dir list<br><br>1 location<br><br>i recomand to upgrade as soon as possible Sales3 | 0 |
| 22:14:32 | REDACTED | Ok.<br><br>Let's wait for REDACTED finished their meetings.<br><br>REDACTED - what time do you believe to be over? | 0 |
| 22:16:17 | REDACTED | 2 hours from now for us | 0 |
| 22:16:19 | REDACTED | I believe I'll be done by 15:00 IL time. Maybe earlier, I'll update | 0 |
| 22:16:24 | REDACTED | @ REDACTED - anyone in your team is using s3 today? | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SHANER_WHATSAPP_00001124