UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0065

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

| | |
|---|---|
| Custodian: | Shaner, Josh |
| Application: | WhatsApp |
| Active Participants: | REDACTED   NOC 2 |
| Other Recipients: | REDACTED   Josh Shaner   us;   REDACTED   REDACTED |
| Date/Time Start: | 07/09/2018 12:27 AM |
| Date/Time End: | 07/09/2018 11:29 PM |

EXHIBIT 2054 9-17-24

| Time | From | Message Body | Deleted |
|---|---|---|---|
| 00:27:59 | REDACTED | Starting preparations on Sales 4 | 0 |
| 00:33:10 | REDACTED | Hey Noc could you please check the balance on BudgetSMS? Thanksss | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY             SHANER_WHATSAPP_00001835

PTX-0065.0001

| | | | |
|---|---|---|---|
| 00:35:49 | REDACTED NOC 2 | Enough Balance there :) Good luck! | 0 |
| 00:36:10 | REDACTED | Toda! | 0 |
| 00:51:34 | REDACTED | Hi team, I would like to update you that WhatsApp released a new version (2 days ago) and we not supporting it yet (probably tomorrow R&D will release a new package that will support on the new version) So please make sure that WhatsApp is not updating automatically on your test devices | 0 |
| 00:52:05 | REDACTED | 👍 | 0 |
| 00:55:01 | REDACTED | I upgraded Sales 5 as well | 0 |
| 00:55:16 | REDACTED | Please check it once you have time 😅😄 | 0 |
| 00:57:34 | REDACTED | 👍✿ | 0 |
| 05:00:17 | REDACTED | Hi all , In order to avoid from mismatch issue please make sure you have the latest version of Ui (2.72.0.10) | 0 |
| 05:40:41 | REDACTED | Now available in the Own cloud : https://owncloud.nsogroup.com/index.php/apps/files/?dir=/Setup%20files/UI%202.72.0.10&fileid=479623 | 0 |
| 06:22:03 | REDACTED | I managed to access, did you try through the VPN? | 0 |
| 23:24:26 | REDACTED | Hello everyone, I will have a PGS demo tomorrow in Israel at 09:00 AM. Diablo -1click SALES 1 Also showing PGS 3 (no installation) | 0 |
| 23:24:48 | REDACTED | Thank you 🙏🙏🙏 | 0 |
| 23:29:54 | REDACTED | Hi I will have a demo on sales 4 tomorrow (will update later with the exact hour): 1 click, diablo, heaven I will start testing today | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        SHANER_WHATSAPP_00001836

PTX-0065.0002

| | | Thanks 🏃▓ | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SHANER_WHATSAPP_00001837

PTX-0065.0003