UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF
CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0066

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

| Custodian: | Shaner, Josh |
|---|---|

EXHIBIT
2039

| Application: | WhatsApp |
|---|---|

**Active Participants:**

REDACTED

**Other Recipients:**

Josh Shaner

us;

REDACTED

| Date/Time Start: | 05/12/2019 08:31 AM |
|---|---|
| Date/Time End: | 05/12/2019 11:58 AM |

| Time | From | Message Body | Deleted |
|---|---|---|---|
| 08:31:19 | REDACTED | < 47015109-d5c7-4d8b-a7bb-777a2e4c3bcd.jpg > | 0 |
| 08:32:00 | REDACTED | Congrats to **REDACTED** for leading a complex PiXcell POC in the city of Jerusalem.<br><br>Bravo guys 🍻🍻 | 0 |
| 08:33:59 | REDACTED | Kings!!👑👑👑 | 0 |
| 08:35:48 | REDACTED | I made my warrior face | 0 |
| 08:36:17 | REDACTED | Horror face after locking the target | 0 |
| 08:37:07 | REDACTED | Great job guys !<br><br>Waiting to hesr about it in the office | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SHANER_WHATSAPP_00001489

| 09:56:36 | REDACTED | Hi team, | 0 |
|---|---|---|---|
| | | I am sure most of you already heard about Eden | |
| | | Just making sure every one is alligned | |
| | | So bottom line, Eden has finished its duty with us as a patch was done on the server side with the application it works with | |
| | | I heard some sales managers taking it in a dramatic way, your job is to make sure they remeber that along the years NSO has proven time after time that one of its biggest value is   the ability to "survive" this harsh enviorment of the cat and mouse game | |
| | | At this point all demos will move to | |
| | | 1 click Android | |
| | | 0 click ios | |
| | | R&D are working hard on different directions, hopfully we will have good news soon but please rember that our technological status is still great as we (as a company) have the resources to find some thing new in a relatively short time | |
| 09:58:34 | REDACTED | REDACTED I would vote for you! | 0 |
| 09:59:16 | REDACTED | ☺ | 0 |
| 10:00:10 | REDACTED | 👍 | 0 |
| 11:58:02 | REDACTED | Amazing job and well done you 2 Pixcell warriors 🐞 | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY