UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:    4:19-cv-07123-PJH

Plntf Exhibit No.    PTX-0264

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | NSO_WHATSAPP_00000034 |
| | NSO_WHATSAPP_00000053 |
| Source Language(s): | Hebrew |
| Target Language(s): | English |

*Authorized Signature:*

*Signature, Notary Public:*

*Name:*     Jacqueline Yorke

*Title:*     Project Manager

*Date:*     March 21, 2024

> WENDY POON
> Notary Public - State of New York
> No. 01PO0000184
> Qualified in Queens County
> My Commission Expires February 02, 20 2 7

*Stamp: Notary Public*

Reason for signature: I approve the accuracy of this document content as written

PTX-0264.0001

**NSO Group Technologies Ltd.**

**Consolidated financial statements for December 31, 2019,**

**in thousands of U.S. Dollars**

**For Income Tax Purposes**

**Table of contents**

|                                                                      | Page |
|----------------------------------------------------------------------|------|
| Auditor's report regarding the audit of the financial statements     | 2    |
| Statements of financial position                                     | 3    |
| Statements of earnings or loss                                       | 4    |
| Statements of changes in equity                                      | 5    |
| Notes to the financial statements                                    | 6–19 |

------------------------------------



Kost Forer Gabbay & Kasierer          Tel. +972-3-6232525
144 Menachem Begin Road              Fax +972-3-5622555
6492102 Tel-Aviv                     ey.com

**For income tax purposes**

### Auditor's report

### to the shareholders of NSO Group Technologies Ltd.

We have audited the accompanying consolidated statements of financial position of NSO Group Technologies Ltd. (hereinafter the "Company") as of December 31, 2019 and 2018, and the statements of earnings or loss and changes in equity—of the Company and consolidated—for each of the years ended on those dates. These financial statements are the responsibility of the Company's board of directors and management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in Israel, including the standards prescribed in the Auditors' (Auditors' Mode of Performance) Regulations 5733-1973. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and the significant estimates made by the Company's board of directors and management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

These financial statements do not include statements of cash flows as required by American financial reporting standards.

In our opinion, except for the aforementioned, the consolidated financial statements referred to above present fairly, in all material respects, the financial position—of the Company and consolidated—as at December 31, 2019 and 2018, and of the results of its operations and its changes in equity—of the Company and consolidated—for each of the years ended on those dates in conformity with the generally accepted accounting principles in the U.S. (U.S. GAAP).

[handwritten:] *Kost Forer Gabbay & Kasierer*
Tel-Aviv,                                            Kost Forer Gabbay & Kasierer
August 20, 2020                                              Accountants

2

PTX-0264.0003



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

**NSO Group Technologies Ltd.**

**Statements of earnings or loss**

| | Note | As of December 31 | |
| --- | --- | --- | --- |
| | | 2019 | 2018 |
| | | Thousands of USD | |
| ██████ ██████████ | ██ | ████████ | ████████ |
| ████████ | | ██████ | ██████ |
| Research and development expenses | 11 | 67,339 | 39,215 |
| ██████████████████ | ██ | ██████ | ██████ |
| ████████ | | ██████ | ██████ |
| ████████████████ | ██ | ████ | ████ |
| ██████████████ | | ██████ | ████ |
| ████████ | ██ | ████ | ████ |
| ██████ | | ██████ | ██████ |
| ██████████████████████████████████████████████ | | | |

██████ CONFIDENTIAL—ATTORNEYS' EYES ONLY        NSO_WHATSAPP_00000037

PTX-0264.0005

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

NSO_WHATSAPP_00000038





PTX-0264.0007



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY          NSO_WHATSAPP_00000040

PTX-0264.0008



PTX-0264.0009



**NSO Group Technologies Ltd.**

**Notes to the financial statements**

Note 2:   <u>Significant accounting policies</u> (continued)

xii.   <u>Research and development expenses</u>

Research and development expenses created during the process of manufacturing software before reaching the technological implementation stage are attributed to operating expenses upon their creation.



PTX-0264.0011



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY          NSO_WHATSAPP_00000044



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

PTX-0264.0013



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

PTX-0264.0015



PTX-0264.0016

**NSO Group Technologies Ltd.**

**Notes to the financial statements**



Note 11:  <u>Research and development expenses</u>

| | For year ended December 31, | |
|---|---|---|
| | 2019 | 2018 |
| | Thousands of USD | |
| Wages and ancillary expenses | $48,357 | 27,559 |
| Consulting and services | 6,551 | 4,460 |
| Share-based payment | 1,558 | 662 |
| Depreciation and amortization | 2,018 | 1,196 |
| Rent | 3,349 | 2804 |
| Travel abroad | 588 | 255 |
| Others | 4,918 | 2,279 |
| | $67,339 | 39,215 |





HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY          NSO_WHATSAPP_00000049

PTX-0264.0017



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

PTX-0264.0018



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

PTX-0264.0019



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

NSO_WHATSAPP_00000052

PTX-0264.0020