UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0288

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192819
PTX-0288.0001

**Payroll Register with Wages Report with Payment Date**

| | |
|---|---|
| Start (Based on Payment Date) | 4/1/2019 |
| End (Based on Payment Date) | 5/31/2019 |
| Workers | Drew Robinson |
| Employee ID (ex.100123 125474) | |
| Pay Cycle Type - On/Off cycle | |
| Payroll Off-cycle Type | |
| Off Cycle Reason | |
| Status | |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Total Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,802.94 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 818.43 | 5,819.20 | 4,827.82 | 4,827.82 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 84.31 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 360.49 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | State Tax (Virginia) (Resident) | 260.21 | 5,819.20 | 4,827.82 | 4,827.82 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 203.10 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,819.20 | 5,799.44 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 84.31 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 360.49 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,819.20 | 5,819.20 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 14.88 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 986.50 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | 401K$ memo | 986.50 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,802.94 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 818.43 | 5,819.20 | 4,827.82 | 4,827.82 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 84.30 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 360.49 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | State Tax (Virginia) (Resident) | 260.21 | 5,819.20 | 4,827.82 | 4,827.82 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 203.11 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,819.20 | 5,799.44 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 84.30 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 360.49 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,819.20 | 5,819.20 | 0.00 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 14.88 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 986.50 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | 401K$ memo | 986.50 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,802.94 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 818.43 | 5,819.20 | 4,827.82 | 4,827.82 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 84.31 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 360.49 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | State Tax (Virginia) (Resident) | 260.21 | 5,819.20 | 4,827.82 | 4,827.82 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 203.10 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,819.20 | 5,799.44 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 84.31 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 360.49 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,819.20 | 5,819.20 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 14.88 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 986.50 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | 401K$ memo | 986.50 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,802.94 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 818.43 | 5,819.20 | 4,827.82 | 4,827.82 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 84.31 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 360.48 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | State Tax (Virginia) (Resident) | 260.21 | 5,819.20 | 4,827.82 | 4,827.82 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 203.10 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,819.20 | 5,799.44 | 0.00 |

PTX-0288.0003

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 84.31 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 360.48 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,819.20 | 5,819.20 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 14.88 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 986.50 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | 401K$ memo | 986.50 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Federal Withholding | 1,948.27 | 8,855.77 | 8,855.77 | 8,855.77 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Medicare | 128.41 | 8,855.77 | 8,855.77 | 8,855.77 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | OASDI | 549.05 | 8,855.77 | 8,855.77 | 8,855.77 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | State Tax (Virginia) (Resident) | 509.21 | 8,855.77 | 8,855.77 | 8,855.77 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 8,855.77 | 8,855.77 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 128.41 | 8,855.77 | 8,855.77 | 8,855.77 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 549.06 | 8,855.77 | 8,855.77 | 8,855.77 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 8,855.77 | 8,855.77 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Non-Cash Taxable Benefits | Restricted Stock | 8,855.77 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Post-Tax Deductions | RSU Tax Offset | (3,134.94) | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,802.94 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 818.43 | 5,819.20 | 4,827.82 | 4,827.82 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 84.30 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 360.50 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | State Tax (Virginia) (Resident) | 260.21 | 5,819.20 | 4,827.82 | 4,827.82 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 203.10 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | DC: District of Columbia Paid Family Leave - Employer Paid | 36.08 | 5,819.20 | 5,819.20 | 5,819.20 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,819.20 | 5,799.44 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 84.30 | 5,819.20 | 5,814.32 | 5,814.32 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 360.49 | 5,819.20 | 5,814.32 | 5,814.32 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,819.20 | 5,819.20 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 14.88 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | RSU Excess Refund | (298.93) | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 986.50 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | 401K$ memo | 986.50 | 0.00 | 0.00 | 0.00 |
| Drew Robinson | 162228 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 59,112.45 | 309,433.36 | 299,323.16 | 223,518.42 |

PTX-0288.0005