UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0289

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192820
PTX-0289.0001

| Payroll Register with Wages Report with Payment Date | | | | | | | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Start (Based on Payment Date) | 4/1/2019 | | | | | | | | | | |
| End (Based on Payment Date) | 5/31/2019 | | | | | | | | | | |
| Workers | Aravind Thangavel (On Leave) | | | | | | | | | | |
| Employee ID (ex.100123 125474) | | | | | | | | | | | |
| Pay Cycle Type - On/Off cycle | | | | | | | | | | | |
| Payroll Off-cycle Type | | | | | | | | | | | |
| Off Cycle Reason | | | | | | | | | | | |
| Status | | | | | | | | | | | |
| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 4,516.41 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 44.40 | 4,526.18 | 4,440.49 | 4,440.49 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 609.46 | 4,526.18 | 3,627.53 | 3,627.53 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 132.88 | 4,526.18 | 3,627.53 | 3,627.53 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 158.07 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 4,526.18 | 4,432.10 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 8.39 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | AFTAX 401k | 270.99 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 812.96 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 19.23 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | MED125 | 66.46 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | 401K$ memo | 812.96 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 4,516.41 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 44.79 | 4,564.75 | 4,479.06 | 4,479.06 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 618.72 | 4,564.75 | 3,666.10 | 3,666.10 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 0.00 | 4,564.75 | 4,479.06 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 4,564.75 | 4,479.06 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 136.27 | 4,564.75 | 3,666.10 | 3,666.10 |

Sheet1    1 of 4

PTX-0289.0002

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 158.08 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 4,564.75 | 4,470.67 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 0.00 | 4,564.75 | 4,479.06 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 4,564.75 | 4,479.06 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 4,564.75 | 4,479.06 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 8.39 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | LAUNDRY - Imputed Income | 38.57 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | AFTAX 401k | 270.99 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 812.96 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 19.23 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | MED125 | 66.46 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | 401K$ memo | 812.96 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 4,516.41 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 44.02 | 4,487.61 | 4,401.92 | 4,401.92 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 600.20 | 4,487.61 | 3,588.96 | 3,588.96 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 0.00 | 4,487.61 | 4,401.92 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 4,487.61 | 4,401.92 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 129.54 | 4,487.61 | 3,588.96 | 3,588.96 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 158.07 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 4,487.61 | 4,393.53 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 0.00 | 4,487.61 | 4,401.92 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 4,487.61 | 4,401.92 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 4,487.61 | 4,401.92 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 8.39 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | LAUNDRY - Imputed Income | (38.57) | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | AFTAX 401k | 270.99 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 812.96 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 19.23 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | MED125 | 66.46 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | 401K$ memo | 812.96 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 4,516.41 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 44.41 | 4,526.18 | 4,440.49 | 4,440.49 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 609.46 | 4,526.18 | 3,627.53 | 3,627.53 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 132.88 | 4,526.18 | 3,627.53 | 3,627.53 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 158.08 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 4,526.18 | 4,432.10 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 8.39 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | AFTAX 401k | 270.99 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 812.96 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 19.23 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | MED125 | 66.46 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | 401K$ memo | 812.96 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 99.41 | 9,940.15 | 9,940.15 | 9,940.15 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Federal Withholding | 2,186.83 | 9,940.15 | 9,940.15 | 9,940.15 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | State Tax (California) (Work) | 1,016.87 | 9,940.15 | 9,940.15 | 9,940.15 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 9,940.15 | 9,940.15 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 0.00 | 9,940.15 | 9,940.15 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 0.00 | 9,940.15 | 9,940.15 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 9,940.15 | 9,940.15 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Non-Cash Taxable Benefits | Restricted Stock | 9,940.15 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Post-Tax Deductions | RSU Tax Offset | (3,303.11) | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 4,516.41 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 44.39 | 4,526.18 | 4,440.49 | 4,440.49 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 609.46 | 4,526.18 | 3,627.53 | 3,627.53 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 132.88 | 4,526.18 | 3,627.53 | 3,627.53 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 158.07 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 4,526.18 | 4,432.10 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 4,526.18 | 4,440.49 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 8.39 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | AFTAX 401k | 270.99 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | RSU Excess Refund | (130.76) | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 812.96 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 19.23 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | MED125 | 66.46 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | 401K$ memo | 812.96 | 0.00 | 0.00 | 0.00 |
| Aravind Thangavel (On Leave) | 166311 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 47,077.42 | 273,259.15 | 261,231.55 | 88,298.20 |

PTX-0289.0005