UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0290

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192821
PTX-0290.0001

| Payroll Register with Wages Report with Payment Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Start (Based on Payment Date) | 4/1/2019 | | | | | | | | | | |
| End (Based on Payment Date) | 5/31/2019 | | | | | | | | | | |
| Workers | Nasrin Jaleel | | | | | | | | | | |
| Employee ID (ex.100123 125474) | | | | | | | | | | | |
| Pay Cycle Type - On/Off cycle | | | | | | | | | | | |
| Payroll Off-cycle Type | | | | | | | | | | | |
| Off Cycle Reason | | | | | | | | | | | |
| Status | | | | | | | | | | | |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Total Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Adds to Gross Earnings | Relocation Gross Up | 565.33 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 13.19 | 1,319.33 | 1,319.33 | 1,319.33 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employee Taxes | Federal Withholding | 316.64 | 1,319.33 | 1,319.33 | 1,319.33 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employee Taxes | Medicare | 19.13 | 1,319.33 | 1,319.33 | 1,319.33 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employee Taxes | OASDI | 81.80 | 1,319.33 | 1,319.33 | 1,319.33 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employee Taxes | State Tax (California) (Work) | 122.70 | 1,319.33 | 1,319.33 | 1,319.33 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 1,319.33 | 1,319.33 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 19.13 | 1,319.33 | 1,319.33 | 1,319.33 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 81.80 | 1,319.33 | 1,319.33 | 1,319.33 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 1,319.33 | 1,319.33 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Non-Cash Taxable Benefits | Relocation Tax Ben | 754.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Post-Tax Deductions | Tax Adjustment | 11.87 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 4,641.50 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 46.37 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 740.28 | 4,651.55 | 4,172.90 | 4,172.90 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 67.24 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 287.50 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 292.48 | 4,651.55 | 4,172.90 | 4,172.90 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 162.45 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 4,651.55 | 4,628.38 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 67.24 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 287.50 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 4,651.55 | 4,637.05 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 8.67 | 0.00 | 0.00 | 0.00 |

PTX-0290.0002

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | Tax Adjustment | (11.87) | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 464.15 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 9.62 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | 401K$ memo | 464.15 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 4,641.50 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 46.37 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 740.28 | 4,651.55 | 4,172.90 | 4,172.90 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 67.24 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 287.49 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 292.48 | 4,651.55 | 4,172.90 | 4,172.90 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 162.45 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 4,651.55 | 4,628.38 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 67.24 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 287.49 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 4,651.55 | 4,637.05 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 8.67 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 464.15 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 9.62 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | 401K$ memo | 464.15 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 4,641.50 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 46.38 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 940.28 | 4,651.55 | 4,172.90 | 4,172.90 |

Sheet1 — 2 of 5

PTX-0290.0003

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 67.23 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 287.50 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 292.48 | 4,651.55 | 4,172.90 | 4,172.90 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 162.45 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 4,651.55 | 4,628.38 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 67.23 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 287.50 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 4,651.55 | 4,637.05 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 8.67 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 464.15 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 9.62 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | 401K$ memo | 464.15 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 4,641.50 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 46.37 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 940.28 | 4,651.55 | 4,172.90 | 4,172.90 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 67.24 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 287.50 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 292.48 | 4,651.55 | 4,172.90 | 4,172.90 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 162.46 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 4,651.55 | 4,628.38 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 67.24 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 287.50 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 4,651.55 | 4,637.05 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 8.67 | 0.00 | 0.00 | 0.00 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 464.15 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 9.62 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | 401K$ memo | 464.15 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 115.66 | 11,566.72 | 11,566.72 | 11,566.72 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Federal Withholding | 2,544.68 | 11,566.72 | 11,566.72 | 11,566.72 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Medicare | 167.72 | 11,566.72 | 11,566.72 | 11,566.72 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | OASDI | 717.14 | 11,566.72 | 11,566.72 | 11,566.72 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | State Tax (California) (Work) | 1,183.27 | 11,566.72 | 11,566.72 | 11,566.72 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 11,566.72 | 11,566.72 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 167.72 | 11,566.72 | 11,566.72 | 11,566.72 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 717.14 | 11,566.72 | 11,566.72 | 11,566.72 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 11,566.72 | 11,566.72 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Non-Cash Taxable Benefits | Restricted Stock | 11,566.72 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Post-Tax Deductions | RSU Tax Offset | (4,728.47) | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 4,641.50 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 46.37 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 940.28 | 4,651.55 | 4,172.90 | 4,172.90 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 67.24 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 287.49 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 292.48 | 4,651.55 | 4,172.90 | 4,172.90 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 162.45 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 4,651.55 | 4,628.38 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 67.24 | 4,651.55 | 4,637.05 | 4,637.05 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 287.49 | 4,651.55 | 4,637.05 | 4,637.05 |

PTX-0290.0005

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 4,651.55 | 4,637.05 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 8.67 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | RSU Excess Refund | (151.24) | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 464.15 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 9.62 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | 401K$ memo | 464.15 | 0.00 | 0.00 | 0.00 |
| Nasrin Jaleel | 185550 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 52,601.07 | 325,294.20 | 319,956.85 | 247,857.60 |

PTX-0290.0006