UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0291

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

**Payroll Register with Wages Report with Payment Date**

| | |
|---|---|
| Start (Based on Payment Date) | 4/1/2019 |
| End (Based on Payment Date) | 5/31/2019 |
| Workers | Igor Milyakov (Terminated) |
| Employee ID (ex.100123 125474) | |
| Pav Cvcle Tvpe - On/Off cvcle | |
| Payroll Off-cycle Type | |
| Off Cycle Reason | |
| Status | |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Total Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,615.69 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,176.66 | 8,653.57 | 7,898.63 | 7,898.63 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 123.27 | 8,653.57 | 8,501.73 | 8,501.73 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 89.17 | 8,653.57 | 8,501.73 | 1,438.24 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 518.09 | 8,653.57 | 7,898.63 | 7,898.63 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 301.55 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,653.57 | 8,472.98 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 123.27 | 8,653.57 | 8,501.73 | 8,501.73 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 89.17 | 8,653.57 | 8,501.73 | 1,438.24 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 89.17 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 28.75 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.75 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 9.35 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 1.87 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 603.10 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 16.15 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | MED125 | 132.92 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 2.77 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | 401K$ memo | 603.10 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,615.69 | 0.00 | 0.00 | 0.00 |

PTX-0291.0002

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,176.66 | 8,653.57 | 7,898.63 | 7,898.63 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 123.28 | 8,653.57 | 8,501.73 | 8,501.73 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 518.09 | 8,653.57 | 7,898.63 | 7,898.63 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 301.55 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,653.57 | 8,472.98 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 123.28 | 8,653.57 | 8,501.73 | 8,501.73 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 28.75 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.75 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 9.35 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 1.87 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 603.10 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 16.15 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | MED125 | 132.92 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 2.77 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | 401K$ memo | 603.10 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,615.69 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,176.66 | 8,653.57 | 7,898.63 | 7,898.63 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 123.27 | 8,653.57 | 8,501.73 | 8,501.73 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,653.57 | 8,501.73 | 0.00 |

PTX-0291.0003

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 518.09 | 8,653.57 | 7,898.63 | 7,898.63 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 301.55 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,653.57 | 8,472.98 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 123.27 | 8,653.57 | 8,501.73 | 8,501.73 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 28.75 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.75 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 9.35 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 1.87 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 603.10 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 16.15 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | MED125 | 132.92 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 2.77 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | 401K$ memo | 603.10 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,615.69 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,176.66 | 8,653.57 | 7,898.63 | 7,898.63 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 123.28 | 8,653.57 | 8,501.73 | 8,501.73 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 518.09 | 8,653.57 | 7,898.63 | 7,898.63 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 301.55 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,653.57 | 8,472.98 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |

PTX-0291.0004

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 123.28 | 8,653.57 | 8,501.73 | 8,501.73 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 28.75 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.75 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 9.35 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 1.87 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 603.10 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 16.15 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | MED125 | 132.92 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 2.77 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | 401K$ memo | 603.10 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Additional Medicare Tax | 305.69 | 33,965.35 | 33,965.35 | 33,965.35 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 68,496.67 | 68,496.67 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Federal Withholding | 15,069.26 | 68,496.67 | 68,496.67 | 68,496.67 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Medicare | 993.20 | 68,496.67 | 68,496.67 | 68,496.67 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | OASDI | 0.00 | 68,496.67 | 68,496.67 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | State Tax (California) (Work) | 7,007.21 | 68,496.67 | 68,496.67 | 68,496.67 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 68,496.67 | 68,496.67 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 993.20 | 68,496.67 | 68,496.67 | 68,496.67 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 0.00 | 68,496.67 | 68,496.67 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 68,496.67 | 68,496.67 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Non-Cash Taxable Benefits | Restricted Stock | 68,496.67 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Post-Tax Deductions | RSU Tax Offset | (23,375.36) | 0.00 | 0.00 | 0.00 |

PTX-0291.0005

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,615.69 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 76.51 | 8,501.73 | 8,501.73 | 8,501.73 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,176.66 | 8,653.57 | 7,898.63 | 7,898.63 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 123.27 | 8,653.57 | 8,501.73 | 8,501.73 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 518.09 | 8,653.57 | 7,898.63 | 7,898.63 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 301.55 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,653.57 | 8,472.98 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 123.27 | 8,653.57 | 8,501.73 | 8,501.73 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,653.57 | 8,501.73 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 28.75 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.75 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | RSU Excess Refund | (300.27) | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 9.35 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 1.87 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 603.10 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 16.15 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | MED125 | 132.92 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 2.77 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | 401K$ memo | 603.10 | 0.00 | 0.00 | 0.00 |
| Igor Milyakov (Terminated) | 206732 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 130,799.04 | 1,048,347.76 | 1,035,340.21 | 483,333.84 |

PTX-0291.0006