UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:    4:19-cv-07123-PJH

Plntf Exhibit No.    PTX-0293

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192824
PTX-0293.0001

| | | | | | | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |

*Payroll Register with Wages Report with Payment Date*
Start (Based on Payment Date): 4/1/2019
End (Based on Payment Date): 5/31/2019
Workers: Andy Yang
Employee ID (ex.100123 125474):
Pay Cycle Type - On/Off cycle:
Payroll Off-cycle Type:
Off Cycle Reason:
Status:

| Worker | Employee ID | Company | Period & Quarter | Payment Date | Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 10,000.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 10,035.07 | 9,866.18 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,634.76 | 10,035.07 | 9,166.18 | 9,166.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 143.06 | 10,035.07 | 9,866.18 | 9,866.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 611.71 | 10,035.07 | 9,866.18 | 9,866.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 684.54 | 10,035.07 | 9,166.18 | 9,166.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 350.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 10,035.07 | 9,832.49 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 143.06 | 10,035.07 | 9,866.18 | 9,866.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 611.71 | 10,035.07 | 9,866.18 | 9,866.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 10,035.07 | 9,866.18 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 33.69 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 32.40 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 3.12 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 700.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 9.23 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 95.24 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | MED125 | 63.23 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.19 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | 401K$ memo | 700.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 10,000.00 | 0.00 | 0.00 | 0.00 |

PTX-0293.0002

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 10,035.07 | 9,866.18 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,634.76 | 10,035.07 | 9,166.18 | 9,166.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 143.06 | 10,035.07 | 9,866.18 | 9,866.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 258.39 | 10,035.07 | 9,866.18 | 4,167.64 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 684.54 | 10,035.07 | 9,166.18 | 9,166.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 350.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 10,035.07 | 9,832.49 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 143.06 | 10,035.07 | 9,866.18 | 9,866.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 258.39 | 10,035.07 | 9,866.18 | 4,167.64 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 10,035.07 | 9,866.18 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 33.69 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 32.40 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 3.12 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 700.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 9.23 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 95.24 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | MED125 | 63.23 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.19 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | 401K$ memo | 700.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 10,000.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 10,035.07 | 9,866.18 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,634.76 | 10,035.07 | 9,166.18 | 9,166.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 143.06 | 10,035.07 | 9,866.18 | 9,866.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 10,035.07 | 9,866.18 | 0.00 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 684.54 | 10,035.07 | 9,166.18 | 9,166.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 350.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 10,035.07 | 9,832.49 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 143.06 | 10,035.07 | 9,866.18 | 9,866.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 10,035.07 | 9,866.18 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 10,035.07 | 9,866.18 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 33.69 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 32.40 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 3.12 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 700.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 9.23 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 95.24 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | MED125 | 63.23 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.19 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | 401K$ memo | 700.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 10,000.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 10,035.07 | 9,866.18 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,634.76 | 10,035.07 | 9,166.18 | 9,166.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 143.06 | 10,035.07 | 9,866.18 | 9,866.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 10,035.07 | 9,866.18 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 684.54 | 10,035.07 | 9,166.18 | 9,166.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 350.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 10,035.07 | 9,832.49 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |

PTX-0293.0004

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 143.06 | 10,035.07 | 9,866.18 | 9,866.18 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 10,035.07 | 9,866.18 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 10,035.07 | 9,866.18 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 33.69 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 32.40 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 3.12 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 700.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 9.23 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 95.24 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | MED125 | 63.23 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.19 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | 401K$ memo | 700.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 10,000.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 10,045.97 | 9,877.08 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,637.38 | 10,045.97 | 9,177.08 | 9,177.08 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 143.22 | 10,045.97 | 9,877.08 | 9,877.08 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 10,045.97 | 9,877.08 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 685.65 | 10,045.97 | 9,177.08 | 9,177.08 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 350.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 10,045.97 | 9,843.39 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 143.22 | 10,045.97 | 9,877.08 | 9,877.08 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 10,045.97 | 9,877.08 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 10,045.97 | 9,877.08 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 33.69 | 0.00 | 0.00 | 0.00 |

Sheet1    4 of 5

PTX-0293.0005

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | LAUNDRY - Imputed Income | 10.90 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 32.40 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 3.12 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 700.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 9.23 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 95.24 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | MED125 | 63.23 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.19 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | 401K$ memo | 700.00 | 0.00 | 0.00 | 0.00 |
| Andy Yang | 233942 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 74,755.85 | 451,676.25 | 436,907.75 | 218,434.84 |

PTX-0293.0006