UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0295

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192826
PTX-0295.0001

**Payroll Register with Wages Report with Payment Date**

| | | |
|---|---|---|
| Start (Based on Payment Date) | 4/1/2019 | |
| End (Based on Payment Date) | 5/31/2019 | |
| Workers | Andrey Labunets (Terminated) | |
| Employee ID (ex.100123 125474) | | |
| Pay Cycle Type - On/Off cycle | | |
| Payroll Off-cycle Type | | |
| Off Cycle Reason | | |
| Status | | |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Total Gross Wages | Total Subject Wages | Total Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 6,866.35 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,278.50 | 6,881.19 | 6,400.54 | 6,400.54 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 99.78 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 426.64 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | WA: Washington Paid Family & Medical Leave (State Plan) | 17.43 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 240.33 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 6,881.19 | 6,867.73 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 99.78 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 426.64 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 6,881.19 | 6,881.19 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | WA: Washington Paid Family & Medical Leave - Employer Paid (State Plan) | 10.09 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 13.46 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 480.65 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | 401K$ memo | 480.65 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 6,866.35 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,278.50 | 6,881.19 | 6,400.54 | 6,400.54 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 99.78 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 426.63 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | WA: Washington Paid Family & Medical Leave (State Plan) | 17.43 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 240.32 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 6,881.19 | 6,867.73 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 99.78 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 426.63 | 6,881.19 | 6,881.19 | 6,881.19 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 6,881.19 | 6,881.19 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | WA: Washington Paid Family & Medical Leave - Employer Paid (State Plan) | 10.09 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 13.46 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 480.65 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | 401K$ memo | 480.65 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 6,866.35 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,278.50 | 6,881.19 | 6,400.54 | 6,400.54 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 99.78 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 426.63 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | WA: Washington Paid Family & Medical Leave (State Plan) | 17.43 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 240.33 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 6,881.19 | 6,867.73 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 99.78 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 426.63 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 6,881.19 | 6,881.19 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | WA: Washington Paid Family & Medical Leave - Employer Paid (State Plan) | 10.09 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 13.46 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 480.65 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | 401K$ memo | 480.65 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 6,866.35 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,278.50 | 6,881.19 | 6,400.54 | 6,400.54 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 99.77 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 426.64 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | WA: Washington Paid Family & Medical Leave (State Plan) | 17.43 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 240.32 | 0.00 | 0.00 | 0.00 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 6,881.19 | 6,867.73 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 99.77 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 426.64 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 6,881.19 | 6,881.19 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | WA: Washington Paid Family & Medical Leave - Employer Paid (State Plan) | 10.09 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 13.46 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 480.65 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | 401K$ memo | 480.65 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Federal Withholding | 3,737.50 | 16,988.62 | 16,988.62 | 16,988.62 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Medicare | 246.34 | 16,988.62 | 16,988.62 | 16,988.62 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | OASDI | 1,053.29 | 16,988.62 | 16,988.62 | 16,988.62 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | WA: Washington Paid Family & Medical Leave (State Plan) | 0.00 | 16,988.62 | 16,988.62 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 16,988.62 | 16,988.62 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 246.34 | 16,988.62 | 16,988.62 | 16,988.62 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 1,053.29 | 16,988.62 | 16,988.62 | 16,988.62 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 16,988.62 | 16,988.62 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | WA: Washington Paid Family & Medical Leave - Employer Paid (State Plan) | 24.92 | 16,988.62 | 16,988.62 | 16,988.62 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Non-Cash Taxable Benefits | Restricted Stock | 16,988.62 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Post-Tax Deductions | RSU Tax Offset | (5,037.13) | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 6,866.35 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,278.50 | 6,881.19 | 6,400.54 | 6,400.54 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 99.78 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 426.64 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | WA: Washington Paid Family & Medical Leave (State Plan) | 17.43 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 240.33 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 6,881.19 | 6,867.73 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 99.78 | 6,881.19 | 6,881.19 | 6,881.19 |

PTX-0295.0004

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 426.64 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 6,881.19 | 6,881.19 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | WA: Washington Paid Family & Medical Leave - Employer Paid (State Plan) | 10.09 | 6,881.19 | 6,881.19 | 6,881.19 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 13.46 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | RSU Excess Refund | (565.50) | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 480.65 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | 401K$ memo | 480.65 | 0.00 | 0.00 | 0.00 |
| Andrey Labunets (Terminated) | 122015 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 69,955.99 | 462,551.13 | 460,080.58 | 340,370.12 |