UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case #: 4:19-cv-07123-PJH

Plntf Exhibit No. PTX-0297

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

**Payroll Register with Wages Report with Payment Date**

| | |
|---|---|
| Start (Based on Payment Date) | 4/1/2019 |
| End (Based on Payment Date) | 5/31/2019 |
| Workers | Jon Sheller (Terminated) |
| Employee ID (ex.100123 125474) | |
| Pay Cycle Type - On/Off cycle | |
| Payroll Off-cycle Type | |
| Off Cycle Reason | |
| Status | |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Total Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 9,012.11 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 81.26 | 9,028.87 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,392.29 | 9,037.60 | 6,436.45 | 6,436.45 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 130.92 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 406.26 | 9,037.60 | 6,436.45 | 6,436.45 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 315.42 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 9,037.60 | 9,004.76 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 130.92 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.11 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 2,592.42 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 3.85 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | 401K$ memo | 2,703.64 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Paid Benefits | 401k Employer Match | 315.43 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 0.00 | 0.00 | 0.00 |

| Employee | ID | Entity | Period | Date | | Category | Description | Amount 1 | Amount 2 | Amount 3 | Amount 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | GYM REIMB | 609.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 9,012.11 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 86.74 | 9,637.87 | 9,637.87 | 9,637.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 9,646.60 | 9,637.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 2,150.26 | 9,646.60 | 9,637.87 | 9,637.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 139.74 | 9,646.60 | 9,637.87 | 9,637.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 9,646.60 | 9,637.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 733.77 | 9,646.60 | 9,637.87 | 9,637.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 9,646.60 | 9,613.76 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 139.74 | 9,646.60 | 9,637.87 | 9,637.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 9,646.60 | 9,637.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 9,646.60 | 9,637.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.11 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 3.85 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | 401K$ memo | 2,703.64 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 9,012.11 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 81.26 | 9,028.87 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 3,604.10 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 130.92 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 671.47 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 315.42 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 9,037.60 | 9,004.76 | 0.00 |

PTX-0297.0003

| Employee | ID | Entity | Pay Period | Pay Date | (Blank) | Category | Type | Amount | Col10 | Col11 | Col12 |
|---|---|---|---|---|---|---|---|---:|---:|---:|---:|
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 130.92 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.11 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 3.85 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | 401K$ memo | 2,703.64 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 9,012.11 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 81.26 | 9,028.87 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 3,604.10 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 130.92 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 671.47 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 315.43 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 9,037.60 | 9,004.76 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 130.92 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.11 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 3.85 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | 401K$ memo | 2,703.64 | 0.00 | 0.00 | 0.00 |

PTX-0297.0004

| Name | ID | Entity | Pay Period | Pay Date | Type | Category | Sub-Category | Amount | Col1 | Col2 | Col3 |
|---|---|---|---|---|---|---|---|---:|---:|---:|---:|
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Additional Medicare Tax | 1,990.93 | 221,213.52 | 221,213.52 | 221,213.52 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 221,213.52 | 221,213.52 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Federal Withholding | 48,666.97 | 221,213.52 | 221,213.52 | 221,213.52 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Medicare | 3,207.59 | 221,213.52 | 221,213.52 | 221,213.52 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | OASDI | 0.00 | 221,213.52 | 221,213.52 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | State Tax (California) (Work) | 22,630.14 | 221,213.52 | 221,213.52 | 221,213.52 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 221,213.52 | 221,213.52 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 3,207.60 | 221,213.52 | 221,213.52 | 221,213.52 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 0.00 | 221,213.52 | 221,213.52 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 221,213.52 | 221,213.52 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Non-Cash Taxable Benefits | Restricted Stock | 221,213.52 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Post-Tax Deductions | RSU Tax Offset | (76,495.63) | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 9,012.11 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 81.25 | 9,028.87 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 3,604.10 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 130.93 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 671.47 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 315.42 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 9,037.60 | 9,004.76 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 130.92 | 9,037.60 | 9,028.87 | 9,028.87 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 9,037.60 | 9,028.87 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.11 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | RSU Excess Refund | (495.35) | 0.00 | 0.00 | 0.00 |

PTX-0297.0005

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 3.85 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | 401K$ memo | 2,703.64 | 0.00 | 0.00 | 0.00 |
| Jon Sheller (Terminated) | 137286 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 306,702.07 | 2,670,061.55 | 2,664,363.31 | 1,329,649.51 |

PTX-0297.0006