UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0299

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192830
PTX-0299.0001

| Payroll Register with Wages Report with Payment Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Start (Based on Payment Date) | 4/1/2019 | | | | | | | | | | |
| End (Based on Payment Date) | 5/31/2019 | | | | | | | | | | |
| Workers | Cortney Padua | | | | | | | | | | |
| Employee ID (ex.100123 125474) | | | | | | | | | | | |
| Pav Cvcle Tvoe - On/Off cycle | | | | | | | | | | | |
| Payroll Off-cycle Type | | | | | | | | | | | |
| Off Cycle Reason | | | | | | | | | | | |
| Status | | | | | | | | | | | |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Total Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,729.24 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 56.38 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 794.21 | 5,739.78 | 4,721.18 | 4,721.18 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 81.75 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 349.55 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 338.54 | 5,739.78 | 4,721.18 | 4,721.18 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 200.52 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,739.78 | 5,628.70 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 81.75 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 349.55 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,739.78 | 5,637.86 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 9.16 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 916.68 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 101.92 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | 401K$ memo | 916.68 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,729.24 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 56.37 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 794.21 | 5,739.78 | 4,721.18 | 4,721.18 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 81.75 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 349.54 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 338.54 | 5,739.78 | 4,721.18 | 4,721.18 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 200.52 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,739.78 | 5,628.70 | 0.00 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 81.75 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 349.54 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,739.78 | 5,637.86 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 9.16 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 916.68 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 101.92 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | 401K$ memo | 916.68 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,729.24 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 56.38 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 794.21 | 5,739.78 | 4,721.18 | 4,721.18 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 81.75 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 349.55 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 338.54 | 5,739.78 | 4,721.18 | 4,721.18 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 200.53 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,739.78 | 5,628.70 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 81.75 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 349.55 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,739.78 | 5,637.86 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 9.16 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 916.68 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 101.92 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | 401K$ memo | 916.68 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | GYM REIMB | 285.00 | 0.00 | 0.00 | 0.00 |

PTX-0299.0003

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,729.24 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 59.23 | 6,024.78 | 5,922.86 | 5,922.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 862.61 | 6,024.78 | 5,006.18 | 5,006.18 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 85.88 | 6,024.78 | 5,922.86 | 5,922.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 367.22 | 6,024.78 | 5,922.86 | 5,922.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 367.69 | 6,024.78 | 5,006.18 | 5,006.18 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 200.52 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 6,024.78 | 5,913.70 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 85.88 | 6,024.78 | 5,922.86 | 5,922.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 367.22 | 6,024.78 | 5,922.86 | 5,922.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 6,024.78 | 5,922.86 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 9.16 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 916.68 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 101.92 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | 401K$ memo | 916.68 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 126.51 | 12,651.10 | 12,651.10 | 12,651.10 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Federal Withholding | 2,783.24 | 12,651.10 | 12,651.10 | 12,651.10 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Medicare | 183.44 | 12,651.10 | 12,651.10 | 12,651.10 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | OASDI | 784.36 | 12,651.10 | 12,651.10 | 12,651.10 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | State Tax (California) (Work) | 1,294.20 | 12,651.10 | 12,651.10 | 12,651.10 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 12,651.10 | 12,651.10 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 183.44 | 12,651.10 | 12,651.10 | 12,651.10 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 784.37 | 12,651.10 | 12,651.10 | 12,651.10 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 12,651.10 | 12,651.10 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Non-Cash Taxable Benefits | Restricted Stock | 12,651.10 | 0.00 | 0.00 | 0.00 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Post-Tax Deductions | RSU Tax Offset | (5,171.75) | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,729.24 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 56.38 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 794.21 | 5,739.78 | 4,721.18 | 4,721.18 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 81.75 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 349.55 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 338.54 | 5,739.78 | 4,721.18 | 4,721.18 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 200.52 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,739.78 | 5,628.70 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 81.75 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 349.54 | 5,739.78 | 5,637.86 | 5,637.86 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,739.78 | 5,637.86 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 9.16 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | RSU Excess Refund | (250.15) | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 916.68 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 101.92 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | 401K$ memo | 916.68 | 0.00 | 0.00 | 0.00 |
| Cortney Padua | 144545 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 63,434.28 | 374,715.00 | 360,916.00 | 278,711.00 |

PTX-0299.0005