UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0303

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only
WA-NSO-00192834
PTX-0303.0001

**Payroll Register with Wages Report with Payment Date**

| | | |
|---|---|---|
| Start (Based on Payment Date) | 4/1/2019 | |
| End (Based on Payment Date) | 6/30/2019 | |
| Workers | Jesus Barcons Palau | |
| Employee ID (ex.100123 125474) | | |
| Pay Cycle Type - On/Off cycle | | |
| Payroll Off-cycle Type | | |
| Off Cycle Reason | | |
| Status | | |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Total Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Paid Benefits | 401k Employer Match | 285.67 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,161.86 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 15.52 | 8,194.97 | 8,102.07 | 1,552.25 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,821.94 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 502.33 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 576.63 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,194.97 | 8,077.69 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 502.33 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.35 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 8.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | MED125 | 83.08 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.51 | 0.00 | 0.00 | 0.00 |

PTX-0303.0002

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | 401K$ memo | 5,713.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Paid Benefits | 401k Employer Match | 285.66 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,161.86 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,821.94 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 494.71 | 8,194.97 | 8,102.07 | 7,979.18 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 576.63 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,194.97 | 8,077.69 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 494.71 | 8,194.97 | 8,102.07 | 7,979.18 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.35 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 8.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | MED125 | 83.08 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.51 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | 401K$ memo | 5,713.31 | 0.00 | 0.00 | 0.00 |

PTX-0303.0003

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,161.86 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,821.94 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 576.63 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 285.67 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,194.97 | 8,077.69 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.35 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 8.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | MED125 | 83.08 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.51 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | 401K$ memo | 5,713.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,161.86 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 3,421.94 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 576.63 | 8,194.97 | 8,102.07 | 8,102.07 |

PTX-0303.0004

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 285.66 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,194.97 | 8,077.69 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.35 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 8.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | MED125 | 83.08 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.51 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | 401K$ memo | 5,713.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Additional Medicare Tax | 156.26 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 68,135.21 | 68,135.21 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Federal Withholding | 14,989.74 | 68,135.21 | 68,135.21 | 68,135.21 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Medicare | 987.95 | 68,135.21 | 68,135.21 | 68,135.21 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | OASDI | 0.00 | 68,135.21 | 68,135.21 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | State Tax (California) (Work) | 6,970.23 | 68,135.21 | 68,135.21 | 68,135.21 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 68,135.21 | 68,135.21 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 987.96 | 68,135.21 | 68,135.21 | 68,135.21 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 0.00 | 68,135.21 | 68,135.21 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 68,135.21 | 68,135.21 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Non-Cash Taxable Benefits | Restricted Stock | 68,135.21 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Post-Tax Deductions | RSU Tax Offset | (23,104.18) | 0.00 | 0.00 | 0.00 |

PTX-0303.0005

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,161.86 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 72.92 | 25,464.31 | 25,464.31 | 25,464.31 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 3,421.94 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 117.49 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 576.63 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 285.67 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,194.97 | 8,077.69 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.35 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | RSU Excess Refund | (209.99) | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 8.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | MED125 | 83.08 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.51 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | 401K$ memo | 5,713.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,161.86 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 72.92 | 8,102.07 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employee Taxes | Federal Withholding | 3,421.94 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employee Taxes | Medicare | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |

PTX-0303.0006

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 576.63 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 285.66 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,194.97 | 8,077.69 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employer Taxes | Medicare (ER) | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.35 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 8.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Pre-Tax Deductions | MED125 | 83.08 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.51 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Withholding Order | 401k$ memo | 5,713.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 05/27/2019 - 06/09/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/14/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,161.86 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 72.92 | 8,102.07 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employee Taxes | Federal Withholding | 3,421.94 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employee Taxes | Medicare | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 576.63 | 8,194.97 | 8,102.07 | 8,102.07 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 285.67 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,194.97 | 8,077.69 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employer Taxes | Medicare (ER) | 117.48 | 8,194.97 | 8,102.07 | 8,102.07 |

PTX-0303.0007

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,194.97 | 8,102.07 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 24.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Non-Cash Taxable Benefits | IMP LTD | 7.35 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Post-Tax Deductions | VOL BEN | 4.71 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 8.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Pre-Tax Deductions | MED125 | 83.08 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 1.51 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Withholding Order | 401K$ memo | 5,713.31 | 0.00 | 0.00 | 0.00 |
| Jesus Barcons Palau | 164204 | 10041 WhatsApp LLC | 06/10/2019 - 06/23/2019 (_US Payroll BiWeekly) 2019-Q2 | 6/28/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 196,017.15 | 1,171,168.45 | 1,165,145.09 | 574,782.00 |

PTX-0303.0008