UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0304

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192835
PTX-0304.0001

**Payroll Register with Wages Report with Payment Date**

| | | |
|---|---|---|
| Start (Based on Payment Date) | 4/1/2019 | |
| End (Based on Payment Date) | 5/31/2019 | |
| Workers | Xi Deng | |
| Employee ID (ex.100123 125474) | | |
| Pay Cycle Type - On/Off cycle | | |
| Payroll Off-cycle Type | | |
| Off Cycle Reason | | |
| Status | | |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Total Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Adds to Gross Earnings | Relocation Gross Up | 942.07 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 1,977.07 | 1,977.07 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employee Taxes | Federal Withholding | 691.97 | 1,977.07 | 1,977.07 | 1,977.07 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employee Taxes | Medicare | 28.67 | 1,977.07 | 1,977.07 | 1,977.07 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employee Taxes | OASDI | 0.00 | 1,977.07 | 1,977.07 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employee Taxes | State Tax (California) (Work) | 203.64 | 1,977.07 | 1,977.07 | 1,977.07 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 1,977.07 | 1,977.07 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 28.67 | 1,977.07 | 1,977.07 | 1,977.07 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 0.00 | 1,977.07 | 1,977.07 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 1,977.07 | 1,977.07 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Non-Cash Taxable Benefits | Relocation Tax Ben | 1,035.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | Manual Payment | Post-Tax Deductions | Tax Adjustment | 17.79 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,914.99 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,143.42 | 8,943.20 | 7,758.24 | 7,758.24 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 124.13 | 8,943.20 | 8,560.59 | 8,560.59 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 503.92 | 8,943.20 | 7,758.24 | 7,758.24 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 312.02 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,943.20 | 8,533.76 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 124.13 | 8,943.20 | 8,560.59 | 8,560.59 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 26.83 | 0.00 | 0.00 | 0.00 |

PTX-0304.0002

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | Tax Adjustment | (17.79) | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 29.98 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 16.15 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 802.35 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 16.15 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | DEP Care Flex | 192.31 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 38.46 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | MED125 | 132.92 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 2.77 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | 401K$ memo | 802.35 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,914.99 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,143.42 | 8,943.20 | 7,758.24 | 7,758.24 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 124.12 | 8,943.20 | 8,560.59 | 8,560.59 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 503.92 | 8,943.20 | 7,758.24 | 7,758.24 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 312.03 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,943.20 | 8,533.76 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 124.12 | 8,943.20 | 8,560.59 | 8,560.59 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 26.83 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 29.98 | 0.00 | 0.00 | 0.00 |

PTX-0304.0003

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 16.15 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 802.35 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 16.15 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | DEP Care Flex | 192.31 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 38.46 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | MED125 | 132.92 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 2.77 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | 401K$ memo | 802.35 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,914.99 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,143.42 | 8,943.20 | 7,758.24 | 7,758.24 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 124.13 | 8,943.20 | 8,560.59 | 8,560.59 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 503.92 | 8,943.20 | 7,758.24 | 7,758.24 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 312.02 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,943.20 | 8,533.76 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 124.13 | 8,943.20 | 8,560.59 | 8,560.59 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 26.83 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 29.98 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 16.15 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 802.35 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 16.15 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | DEP Care Flex | 192.31 | 0.00 | 0.00 | 0.00 |

PTX-0304.0004

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 38.46 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | MED125 | 132.92 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 2.77 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | 401K$ memo | 802.35 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,914.99 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,143.42 | 8,943.20 | 7,758.24 | 7,758.24 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 124.13 | 8,943.20 | 8,560.59 | 8,560.59 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 503.92 | 8,943.20 | 7,758.24 | 7,758.24 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 312.02 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,943.20 | 8,533.76 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 124.13 | 8,943.20 | 8,560.59 | 8,560.59 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 26.83 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 29.98 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 16.15 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 802.35 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 16.15 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | DEP Care Flex | 192.31 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 38.46 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | MED125 | 132.92 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 2.77 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | 401K$ memo | 802.35 | 0.00 | 0.00 | 0.00 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xi Deng | 170847 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Additional Medicare Tax | 958.25 | 106,471.79 | 106,471.79 | 106,471.79 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 107,895.81 | 107,895.81 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Federal Withholding | 23,737.08 | 107,895.81 | 107,895.81 | 107,895.81 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Medicare | 1,564.49 | 107,895.81 | 107,895.81 | 107,895.81 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | OASDI | 0.00 | 107,895.81 | 107,895.81 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | State Tax (California) (Work) | 11,037.74 | 107,895.81 | 107,895.81 | 107,895.81 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 107,895.81 | 107,895.81 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 1,564.49 | 107,895.81 | 107,895.81 | 107,895.81 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 0.00 | 107,895.81 | 107,895.81 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 107,895.81 | 107,895.81 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Non-Cash Taxable Benefits | Restricted Stock | 107,895.81 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Post-Tax Deductions | RSU Tax Offset | (37,297.56) | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,914.99 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 77.04 | 8,560.59 | 8,560.59 | 8,560.59 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 1,143.42 | 8,943.20 | 7,758.24 | 7,758.24 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 124.13 | 8,943.20 | 8,560.59 | 8,560.59 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 503.92 | 8,943.20 | 7,758.24 | 7,758.24 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 312.03 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,943.20 | 8,533.76 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 124.13 | 8,943.20 | 8,560.59 | 8,560.59 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,943.20 | 8,560.59 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 26.83 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |

PTX-0304.0006

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | LIFE - CHILD | 0.53 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | RSU Excess Refund | (113.55) | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | Vol EE Life | 29.98 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | Vol Spouse Life | 16.15 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 802.35 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 16.15 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | DEP Care Flex | 192.31 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | MED FLEX | 38.46 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | MED125 | 132.92 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 2.77 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | 401K$ memo | 802.35 | 0.00 | 0.00 | 0.00 |
| Xi Deng | 170847 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 178,277.76 | 1,506,332.30 | 1,480,957.20 | 717,712.20 |

PTX-0304.0007