UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case #: 4:19-cv-07123-PJH

Plntf Exhibit No. PTX-0307

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192838
PTX-0307.0001

**Payroll Register with Wages Report with Payment Date**

| | |
|---|---|
| Start (Based on Payment Date) | 4/1/2019 |
| End (Based on Payment Date) | 5/31/2019 |
| Workers | Brendon Tiszka (Terminated) |
| Employee ID (ex.100123 125474) | |
| Pay Cycle Type - On/Off cycle | |
| Payroll Off-cycle Type | |
| Off Cycle Reason | |
| Status | |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Total Gross Wages | Total Subject Wages | Total Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,472.01 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 54.73 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 854.93 | 5,483.83 | 4,652.38 | 4,652.38 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 79.36 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 339.34 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 341.35 | 5,483.83 | 4,652.38 | 4,652.38 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 191.52 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,483.83 | 5,462.75 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 79.36 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 339.34 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,483.83 | 5,473.19 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 10.44 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 820.81 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 5.76 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | 401K$ memo | 820.81 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,472.01 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 54.74 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 854.93 | 5,483.83 | 4,652.38 | 4,652.38 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 79.36 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 339.33 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 341.35 | 5,483.83 | 4,652.38 | 4,652.38 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 191.52 | 0.00 | 0.00 | 0.00 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,483.83 | 5,462.75 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 79.36 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 339.33 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,483.83 | 5,473.19 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 10.44 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 820.81 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 5.76 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | 401K$ memo | 820.81 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,472.01 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 54.73 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 854.93 | 5,483.83 | 4,652.38 | 4,652.38 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 79.36 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 339.34 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 341.35 | 5,483.83 | 4,652.38 | 4,652.38 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 191.52 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,483.83 | 5,462.75 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 79.36 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 339.34 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,483.83 | 5,473.19 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 10.44 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 820.81 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 5.76 | 0.00 | 0.00 | 0.00 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | 401K$ memo | 820.81 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,472.01 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 54.73 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 854.93 | 5,483.83 | 4,652.38 | 4,652.38 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 79.36 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 339.34 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 341.35 | 5,483.83 | 4,652.38 | 4,652.38 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 191.52 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,483.83 | 5,462.75 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 79.36 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 339.34 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,483.83 | 5,473.19 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 10.44 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 820.81 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 5.76 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | 401K$ memo | 820.81 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 117.48 | 11,747.45 | 11,747.45 | 11,747.45 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Federal Withholding | 2,584.43 | 11,747.45 | 11,747.45 | 11,747.45 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Medicare | 170.33 | 11,747.45 | 11,747.45 | 11,747.45 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | OASDI | 728.34 | 11,747.45 | 11,747.45 | 11,747.45 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | State Tax (California) (Work) | 1,201.76 | 11,747.45 | 11,747.45 | 11,747.45 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 11,747.45 | 11,747.45 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 170.34 | 11,747.45 | 11,747.45 | 11,747.45 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 728.34 | 11,747.45 | 11,747.45 | 11,747.45 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 11,747.45 | 11,747.45 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Non-Cash Taxable Benefits | Restricted Stock | 11,747.45 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Post-Tax Deductions | RSU Tax Offset | (4,802.34) | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 5,472.01 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 54.73 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 854.93 | 5,483.83 | 4,652.38 | 4,652.38 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 79.37 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 339.34 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 341.35 | 5,483.83 | 4,652.38 | 4,652.38 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Paid Benefits | 401k Employer Match | 191.52 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 5,483.83 | 5,462.75 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 79.36 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 339.34 | 5,483.83 | 5,473.19 | 5,473.19 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 5,483.83 | 5,473.19 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 10.44 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | RSU Excess Refund | (258.10) | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | 401K$ | 820.81 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Dental 125 | 4.88 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Pre-Tax Deductions | Vision 125 | 5.76 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | 401K$ memo | 820.81 | 0.00 | 0.00 | 0.00 |
| Brendon Tiszka (Terminated) | 213690 | 10001 Meta Platforms, Inc. | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 59,468.13 | 352,499.40 | 343,760.30 | 265,585.70 |