UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:  4:19-cv-07123-PJH

Plntf Exhibit No.  PTX-0310

Date Admitted:  _____

By:  _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

| Payroll Register with Wages Report with Payment Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Start (Based on Payment Date) | 4/1/2019 | | | | | | | | | |
| End (Based on Payment Date) | 5/31/2019 | | | | | | | | | |
| Workers | Claudiu Gheorghe (Terminated) | | | | | | | | | |
| Employee ID (ex.100123 125474) | | | | | | | | | | |
| Pay Cycle Type - On/Off cycle | | | | | | | | | | |
| Payroll Off-cycle Type | | | | | | | | | | |
| Off Cycle Reason | | | | | | | | | | |
| Status | | | | | | | | | | |
| | | | | | | | | Total | | |
| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,625.58 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 77.85 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Federal Withholding | 2,014.19 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | Medicare | 125.42 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 749.02 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,649.96 | 8,626.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | Medicare (ER) | 125.42 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 23.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 03/18/2019 - 03/31/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/5/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,625.58 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 77.85 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Federal Withholding | 2,014.19 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | Medicare | 125.43 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 749.02 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,649.96 | 8,626.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | Medicare (ER) | 125.43 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,649.96 | 8,649.96 | 0.00 |

PTX-0310.0002

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 23.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/01/2019 - 04/14/2019 (_US Payroll BiWeekly) 2019-Q2 | 4/19/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,625.58 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 77.85 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Federal Withholding | 2,014.19 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | Medicare | 125.42 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 749.02 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,649.96 | 8,626.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | Medicare (ER) | 125.42 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 23.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/15/2019 - 04/28/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/3/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | GYM REIMB | 720.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,625.58 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 84.33 | 9,369.96 | 9,369.96 | 9,369.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 9,369.96 | 9,369.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Federal Withholding | 2,266.19 | 9,369.96 | 9,369.96 | 9,369.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | Medicare | 135.87 | 9,369.96 | 9,369.96 | 9,369.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 9,369.96 | 9,369.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 822.68 | 9,369.96 | 9,369.96 | 9,369.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 9,369.96 | 9,346.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |

PTX-0310.0003

Sheet1       2 of 4

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | Medicare (ER) | 135.87 | 9,369.96 | 9,369.96 | 9,369.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 9,369.96 | 9,369.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 9,369.96 | 9,369.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 23.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 04/29/2019 - 05/12/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/17/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Additional Medicare Tax | 1,600.55 | 177,838.32 | 177,838.32 | 177,838.32 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 177,838.32 | 177,838.32 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Federal Withholding | 39,124.42 | 177,838.32 | 177,838.32 | 177,838.32 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | Medicare | 2,578.65 | 177,838.32 | 177,838.32 | 177,838.32 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | OASDI | 0.00 | 177,838.32 | 177,838.32 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employee Taxes | State Tax (California) (Work) | 18,192.86 | 177,838.32 | 177,838.32 | 177,838.32 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) | 0.00 | 177,838.32 | 177,838.32 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | Medicare (ER) | 2,578.65 | 177,838.32 | 177,838.32 | 177,838.32 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | OASDI (ER) | 0.00 | 177,838.32 | 177,838.32 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Employer Taxes | SUI (ER) | 0.00 | 177,838.32 | 177,838.32 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Non-Cash Taxable Benefits | Restricted Stock | 177,838.32 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/16/2019 | Manual Payment | Post-Tax Deductions | RSU Tax Offset | (61,496.48) | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Adds to Gross Earnings | Salary | 8,625.58 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Additional Medicare Tax | 77.84 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | CA: Voluntary Disability Insurance (VDI) - Mandatory | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Federal Withholding | 2,014.19 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | Medicare | 125.43 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | OASDI | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employee Taxes | State Tax (California) (Work) | 749.02 | 8,649.96 | 8,649.96 | 8,649.96 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) | 0.00 | 8,649.96 | 8,626.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | FUI (ER) Credit Reduction | 0.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | Medicare (ER) | 125.43 | 8,649.96 | 8,649.96 | 8,649.96 |

| Worker | Employee ID | Company (as of Calculation Entry Moment) | Period & Quarter | Payment Date or Reversal Date | Payroll Off-cycle Type | Pay Component Category | Pay Component Name | Amount | Gross Wages | Subject Wages | Taxable Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | OASDI (ER) | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Employer Taxes | SUI (ER) | 0.00 | 8,649.96 | 8,649.96 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP GTL | 23.00 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Non-Cash Taxable Benefits | IMP Legal | 1.38 | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Post-Tax Deductions | RSU Excess Refund | (493.91) | 0.00 | 0.00 | 0.00 |
| Claudiu Gheorghe (Terminated) | 103039 | 10041 WhatsApp LLC | 05/13/2019 - 05/26/2019 (_US Payroll BiWeekly) 2019-Q2 | 5/31/2019 | (Blank) | Withholding Order | z_Total Hours Worked | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | 239,705.43 | 2,218,081.20 | 2,217,966.20 | 1,109,040.60 |

PTX-0310.0005