UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0322

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192853
PTX-0322.0001

| First | Last Name | Emp ID | Dates | Note | 2019 Box12DD (employer healthcare contribution) | 2019 PSC Bonus | 2019 RSU (vested RSU shares delivered) | 2020 PSC Bonus |
|---|---|---|---|---|---|---|---|---|
| John | Altenmueller | 120848 | April - May 2019 | | 8,471.88 | 14,696.00 | 59,186.43 | 10,493.00 |
| Mohammad | Ali | 234066 | Feb 2019 - Oct 2020 | | 8,462.34 | 10,788.00 | 26,018.73 | 12,169.00 |
| Mingsong | Bi | 145684 | April - May 2019 | | 8,252.04 | 32,351.00 | 260,234.45 | 19,211.00 |
| Lander | Brandt | 440200 | June 2023 - Oct 2023 | Hire 9/27/2021 | n/a | n/a | n/a | n/a |
| Alexa Hyland | Combs | 184310 | April - May 2019 | | 15,804.96 | 16,624.00 | 20,722.21 | 14,746.00 |
| Carlos | DeLeon | 225064 | April - May 2019 | | 314.28 | 17,436.00 | 62,533.24 | 15,318.00 |
| Xi | Deng | 170847 | April - May 2019 | | 24,900.72 | 59,398.00 | 415,493.49 | 50,994.00 |
| Meng | Zhang | 157935 | April - May 2019 | | 18,249.39 | 68,683.00 | 932,589.08 | 36,818.00 |
| Aashin | Gautam | 120352 | April - November, 2019 | | 8,252.04 | 63,847.00 | 149,528.97 | 38,497.00 |
| Saish | Gersappa | 203160 | April 2019 - April 2020 | | 8,252.04 | 37,745.00 | 164,256.99 | 20,082.00 |
| Claudiu | Gheorghe | 103039 | April - May 2019 | | 8,471.88 | 50,792.00 | 781,730.23 | 24,669.00 |
| Andrew | Herter | 287446 | May 2021 - May 2023 | Hire 12/9/2019 | n/a | n/a | n/a | 1,047.00 |
| Nasrin | Jaleel | 185550 | April - May 2019 | | 8,252.04 | 11,310.00 | 43,613.82 | 6,637.00 |
| Aby | John | 230624 | April - May 2019 | | 7,765.89 | 17,333.00 | 89,499.18 | 19,594.00 |
| Andrey | Labunets | 122015 | April - May 2019 | Term 11/27/2019 | 7,765.89 | 26,731.00 | 64,529.18 | n/a |
| Igor | Milyakov | 206732 | April - May 2019 | Term 12/6/2019 | 24,900.72 | 42,829.00 | 266,627.23 | n/a |
| Cortney | Padua | 144545 | April - May 2019 | | 8,471.88 | 18,304.00 | 45,293.54 | 10,241.00 |
| Jesus Barcons | Palau | 164204 | April - June 2019 | | 17,765.88 | 43,148.00 | 258,380.28 | 29,179.00 |
| Constantine | Pavlas | 185714 | April - May 2019 | Term 5/28/2019 | 3,438.35 | 12,375.00 | 9,734.94 | n/a |
| Drew | Robinson | 162228 | April - May 2019 | | 8,471.88 | 30,712.00 | 34,593.58 | 13,481.00 |
| Chris | Rohlf | 306149 | Feb. 2022 - Oct. 2023 | Hire 4/13/2020 | n/a | n/a | n/a | n/a |
| Wael | Salloum | 183618 | April - May 2019 | | 24,900.72 | 80,336.00 | 409,059.32 | 44,694.00 |
| Michael | Scott | 221008 | April 2019 - Jan 2024 | | 25,582.68 | 27,426.00 | 136,727.75 | 24,348.00 |
| Jon | Sheller | 137286 | April 2019 - May 2019 | | 8,252.04 | 78,913.00 | 763,608.55 | 51,549.00 |
| Roger | Shen | 158416 | April - May 2019 | Term 12/6/2019 | 15,804.96 | 33,715.00 | 311,735.55 | n/a |
| Aravind | Thangavel | 166311 | April - May 2019 | | 13,562.04 | 12,224.00 | 39,017.81 | 12,917.00 |
| Brendon | Tiszka | 213690 | April - May 2019 | Term 12/6/2019 | 8,471.88 | 19,611.00 | 51,050.99 | n/a |
| Ke | Wang | 140309 | April 2019 - Jan 2024 | | 24,900.72 | 37,200.00 | 205,919.27 | 28,483.00 |
| YuanYuan | Wang | 122316 | April - May 2019 | | 15,804.96 | 52,794.00 | 1,048,736.28 | 31,307.00 |
| Andy | Yang | 233942 | April - May 2019 | | 13,170.80 | 24,475.00 | 338,641.71 | 35,750.00 |

| First | Last Name | Emp ID | Dates | Location | Box12DD | Bonus | (vested RSU | Effective Date |
|---|---|---|---|---|---|---|---|---|
| Tom | Cohen | 215863 | 43586 | UK - London | £1690 | £1825 | | 1st March 2019 |
| Otto | Ebeling | 116417 | August, 2019 | Helsinki | £1690 | £8636 | | 1st March 2019 |
| Ibrahim | Mohamed | 156894 | 2019 | UK - London | £1690 | £13870 | | 1st March 2019 |

PTX-0322.0003