UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0323

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192854
PTX-0323.0001

| First | Last Name | Emp ID | RSU Expense to Meta, for work performed in 2019 by relevant employee | Comments |
|---|---|---|---|---|
| John | Altenmueller | 120848 | $57,438.55 | |
| Mohammad | Ali | 234066 | $27,383.88 | |
| Mingsong | Bi | 145684 | $191,104.49 | |
| Lander | Brandt | 440200 | $0.00 | |
| Alexa Hyland | Combs | 184310 | $20,658.46 | |
| Carlos | DeLeon | 225064 | $50,553.24 | |
| Xi | Deng | 170847 | $406,906.40 | |
| Meng | Zhang | 157935 | $762,982.32 | |
| Aashin | Gautam | 120352 | $124,121.64 | |
| Saish | Gersappa | 203160 | $190,156.80 | |
| Claudiu | Gheorghe | 103039 | $566,705.31 | |
| Andrew | Herter | 287446 | $0.00 | |
| Nasrin | Jaleel | 185550 | $41,852.97 | |
| Aby | John | 230624 | $91,128.94 | |
| Andrey | Labunets | 122015 | $45,746.94 | |
| Igor | Milyakov | 206732 | $269,498.81 | |
| Cortney | Padua | 144545 | $44,769.28 | |
| Jesus Barcons | Palau | 164204 | $238,026.13 | |
| Constantine | Pavlas | 185714 | $7,682.80 | |
| Drew | Robinson | 162228 | $30,509.17 | "Andrew" |
| Chris | Rohlf | 306149 | $0.00 | "Christopher" |
| Wael | Salloum | 183618 | $411,959.96 | |
| Michael | Scott | 221008 | $103,903.10 | |
| Jon | Sheller | 137286 | $616,420.42 | "Jonanthan" |
| Roger | Shen | 158416 | $225,101.35 | "Yichao" |
| Aravind | Thangavel | 166311 | $36,523.63 | |
| Brendon | Tiszka | 213690 | $35,867.25 | |
| Ke | Wang | 140309 | $146,397.53 | |
| YuanYuan | Wang | 122316 | $859,133.10 | |
| Andy | Yang | 233942 | $361,400.09 | "Yan" |
| Tom | Cohen | 215863 (UK employee) | $24,412.37 | |
| Otto | Ebeling | 116417 (UK employee) | $98,258.59 | |
| Ibrahim | Mohamed | 156894 (UK employee) | $138,172.66 | |
| | | | $6,224,776.18 | Total |

The amount of RSU compensation cost recognized at any date is at least equal to the portion of the Grant Date fair value of the award that is legally vested at that date (floor concept).   No expense is recognized before the Grant Date occurs. Meta recognizes expense for the RSU awards on a straight-line basis from the Grant Date until the vest date of the grant. That is, expense for the RSUs is the greater of straight-line recognition and the floor concept.

Fair value of RSU grants is calculated as the closing price of META stock on grant date. Vesting schedules may differ.