UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0324

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00192855
PTX-0324.0001

| RunDate | EeRef | Salary | ErNI | AE Pension (Er) |
|---|---|---|---|---|
| 1/31/2019 | 215863 | 6083.33 | 389.89 | 3285 |
| 2/28/2019 | 215863 | 6083.33 | 1262.88 | 3285 |
| 3/31/2019 | 215863 | 6164.86 | 611.39 | 3329.02 |
| 4/30/2019 | 215863 | 6164.86 | 357.2 | 3329.02 |
| 5/31/2019 | 215863 | 6164.86 | 1218.99 | 3329.02 |
| 6/30/2019 | 215863 | 6164.86 | 357.2 | 3329.02 |
| 7/31/2019 | 215863 | 6164.86 | 363.54 | 3329.02 |
| 8/31/2019 | 215863 | 6164.86 | 1823.16 | 3329.02 |
| 9/30/2019 | 215863 | 8370.83 | 1390.64 | 3264.62 |
| 10/31/2019 | 215863 | 8370.83 | 691.81 | 3264.62 |
| 11/30/2019 | 215863 | 8370.83 | 1602.48 | 3264.62 |
| 12/31/2019 | 215863 | 8370.83 | 691.81 | 3264.62 |
| | | | | |
| Sum | | 82639.14 | 10760.99 | 39602.6 |

PTX-0324.0002

| RunDate | EeRef | Salary | ErNI | AE Pension (Er) |
|---|---|---|---|---|
| 1/31/2019 | 116417 | 7676.67 | 944.25 | 844.43 |
| 2/28/2019 | 116417 | 7676.67 | 3983.25 | 844.43 |
| 3/31/2019 | 116417 | 10560 | 2532.58 | 950.4 |
| 4/30/2019 | 116417 | 10560 | 1323.88 | 1161.6 |
| 5/31/2019 | 116417 | 10560 | 4451.01 | 1161.6 |
| 6/30/2019 | 116417 | 10560 | 1323.88 | 1161.6 |
| 7/31/2019 | 116417 | 10560 | 1323.88 | 1161.6 |
| 8/31/2019 | 116417 | 10560 | 4661.98 | 1161.6 |
| 9/30/2019 | 116417 | 10560 | 3509.53 | 1161.6 |
| 10/31/2019 | 116417 | 10560 | 1305.28 | 1161.6 |
| 11/30/2019 | 116417 | 10560 | 4697.5 | 1161.6 |
| 12/31/2019 | 116417 | 10560 | 1323.86 | 1161.6 |
| | | | | |
| Sum | | 120953.3 | 31381 | 13093.66 |

116417

1 of 1

PTX-0324.0003

| RunDate | EeRef | Salary | ErNI | AE Pension (Er) |
|---------|-------|--------|------|-----------------|
| 1/31/2019 | 156894 | 9875 | 1271.4 | 0 |
| 2/28/2019 | 156894 | 9875 | 4018.41 | 0 |
| 3/31/2019 | 156894 | 10773.33 | 3309.42 | 0 |
| 4/30/2019 | 156894 | 10773.33 | 1393.01 | 0 |
| 5/31/2019 | 156894 | 10773.33 | 5736.24 | 0 |
| 6/30/2019 | 156894 | 10773.33 | 1393.01 | 0 |
| 7/31/2019 | 156894 | 10773.33 | 1393.01 | 0 |
| 8/31/2019 | 156894 | 10773.33 | 6038.32 | 0 |
| 9/30/2019 | 156894 | 10773.33 | 3777.93 | 0 |
| 10/31/2019 | 156894 | 10773.33 | 1603.97 | 0 |
| 11/30/2019 | 156894 | 10773.33 | 6049.85 | 0 |
| 12/31/2019 | 156894 | 10773.33 | 1393.01 | 0 |
| | | | | |
| Sum | | 127483.3 | 37377.58 | 0 |

156894

1 of 1

PTX-0324.0004