# TRIAL EXHIBIT
# A-1083

# Technical analysis of the WhatsApp 0-click exploit

Ex. A-1083-001

Highly Confidential - Attorneys' Eyes Only                                        WA-NSO-00125122

# Context

- This talk is about an incident back in May 2019 which resulted from **a client-side vulnerability** (CVE-2019-3568) Redacted
  Redacted

- A client-side vulnerability was an unchecked assumption in the code that comprises the mobile application

- WhatsApp messages are protected by end-to-end encryption, but exploiting this vulnerability gave access to one of the "ends"

- The WhatsApp servers were not compromised by this attack

Ex. A-1083-004

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00125125