# TRIAL EXHIBIT
# A-1131

| | |
|---|---|
| From: | Drew Robinson [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LOKICA2] |
| Sent: | 5/9/2019 10:18:35 PM |
| To: | Drew Robinson REDACTED@fb.com]; Claudiu Gheorghe REDACTED@whatsapp.com] |
| Subject: | Message summary [{"otherUserFbId":100022946386691,"threadFbId":null}] |

Claudiu Dan Gheorghe (5/09/2019 15:41:17 PDT):
>by dump of logs you mean the one manually fetched from chatd

Claudiu Dan Gheorghe (5/09/2019 15:41:18 PDT):
>?

Andrew Steven Robinson (5/09/2019 15:41:41 PDT):
>yes sir

Andrew Steven Robinson (5/09/2019 15:41:59 PDT):
>The stuff that Mark was using for:
https://our.intern.facebook.com/intern/tasks/?a[0]=820005841699976&t=44020654

Andrew Steven Robinson (5/09/2019 15:42:11 PDT):
>ahhh comment linking didn't work

Claudiu Dan Gheorghe (5/09/2019 15:42:37 PDT):
>it looks like Jesus just attached it https://our.intern.facebook.com/intern/tasks/?t=44020654

Andrew Steven Robinson (5/09/2019 15:43:23 PDT):
>I didn't see a csv like `date_attack_platform_version_participants_20190508_1040` which is what we use for populating the table

Claudiu Dan Gheorghe (5/09/2019 15:43:37 PDT):
>can you ask in the task?

Andrew Steven Robinson (5/09/2019 15:43:46 PDT):
>Yep

Claudiu Dan Gheorghe (5/09/2019 22:09:12 PDT):
>fetching the payload failed? :-(

Claudiu Dan Gheorghe (5/09/2019 22:09:24 PDT):
>how are they able to detect that it's not a victim?

Andrew Steven Robinson (5/09/2019 22:11:51 PDT):
>It looks like they're turning the server off

Andrew Steven Robinson (5/09/2019 22:11:55 PDT):
>when they're not operational

Andrew Steven Robinson (5/09/2019 22:12:18 PDT):
>The other possibility could be really strict geofencing, but I don't think that's the case

Claudiu Dan Gheorghe (5/09/2019 22:12:19 PDT):
>interesting... so it refused the TCP connection entirely

Andrew Steven Robinson (5/09/2019 22:12:22 PDT):
>I was egressing from REDACTED

Andrew Steven Robinson (5/09/2019 22:12:26 PDT):
>as an example

Andrew Steven Robinson (5/09/2019 22:12:36 PDT):
>for a log where we knew it was REDACTED

Andrew Steven Robinson (5/09/2019 22:12:47 PDT):
>that had been targeted within the hour of me attempting to retrieve

Claudiu Dan Gheorghe (5/09/2019 22:12:49 PDT):
>yeah, it's hard to tell

Andrew Steven Robinson (5/09/2019 22:12:53 PDT):
>I think they just turn it on and off

Andrew Steven Robinson (5/09/2019 22:12:55 PDT):

Highly Confidential - Attorneys' Eyes Only

>really quickly

Claudiu Dan Gheorghe (5/09/2019 22:13:06 PDT):
>yeah

Claudiu Dan Gheorghe (5/09/2019 22:13:35 PDT):
>well, at least they haven't figured we're trying to fetch the payload

Claudiu Dan Gheorghe (5/09/2019 22:13:50 PDT):
>I doubt they would log the attempt itself

Andrew Steven Robinson (5/09/2019 22:13:50 PDT):
>If they're really paranoid they could have seen my attempts

Andrew Steven Robinson (5/09/2019 22:14:02 PDT):
>Some of the nationstate guys are that paranoid

Claudiu Dan Gheorghe (5/09/2019 22:14:08 PDT):
>that's true

Andrew Steven Robinson (5/09/2019 22:14:25 PDT):
>I've never seen their backends so I'm not sure

Andrew Steven Robinson (5/09/2019 22:14:37 PDT):
>some of the [REDACTED] stuff I've looked at has logged every attempt

Andrew Steven Robinson (5/09/2019 22:14:53 PDT):
>The fact I was hitting only the right port would probably raise suspicion as well

Andrew Steven Robinson (5/09/2019 22:14:56 PDT):
>but there's no way around that

Claudiu Dan Gheorghe (5/09/2019 22:15:12 PDT):
>yep

Claudiu Dan Gheorghe (5/09/2019 22:15:24 PDT):
>thanks for all the details!

Andrew Steven Robinson (5/09/2019 22:15:52 PDT):
>I really hoped [REDACTED] would have worked

Andrew Steven Robinson (5/09/2019 22:16:11 PDT):
>a) it was in the morning their time when I tried so there was a decent chance and b) its less likely to be watched closely

Andrew Steven Robinson (5/09/2019 22:16:21 PDT):
>anyway, talk to you later

Andrew Steven Robinson (5/09/2019 22:16:27 PDT):
>going to finally get dinner

Claudiu Dan Gheorghe (5/09/2019 22:16:36 PDT):
>I just had mine haha

Andrew Steven Robinson (5/09/2019 22:16:49 PDT):
>Mine tonight will be room service

Claudiu Dan Gheorghe (5/09/2019 22:17:33 PDT):
>room service doesn't sound compelling when it's the only available option :))

Andrew Steven Robinson (5/09/2019 22:18:35 PDT):
>Truth

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00110983

Ex. A-1131-002