# TRIAL EXHIBIT
# A-1156

| | |
|---|---|
| From: | Claudiu Gheorghe [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9FCAD68EB2C642C89EF43F921E0B3CC9] |
| Sent: | 6/20/2019 2:34:13 PM |
| To: | Claudiu Gheorghe REDACTED@whatsapp.com]; Reginaldo Silva REDACTED@instagram.com] |
| Subject: | Message summary [{"otherUserFbId":100009026875422,"threadFbId":null}] |

Claudiu Dan Gheorghe (6/20/2019 12:37:29 PDT):
>just as an update:
>- I got 2 additional PIDs for WhatsApp Security (so 4 in total already);
>- talked with Adam Simpkins and he's quite interested to join, will chat more in Aug with him after PSC;
>- Will (head of WA) wants us to move quicker, he wants us to damage NSO as much as possible and we need more capacity to find issues for that;
>- I might have found a replacement EM for my current team, so might be able to start full-time on security mid-Aug after coming back from a 3-week long vacation;
>
>Let me know if you want to chat more, if you have any doubts I'm happy to hear them. I want to build the core of the team with very senior folks that I trust, I think it will be exciting

Reginaldo Jose da Silva Filho (6/20/2019 14:12:34 PDT):
>Cool. That's great to hear. I have timing problems though, and will likely stay at IG. We should sync in person

Claudiu Dan Gheorghe (6/20/2019 14:34:13 PDT):
>Sounds good

Highly Confidential - Attorneys' Eyes Only                    WA-NSO-00125034