# TRIAL EXHIBIT
# A-1204

## Stanzaming - timeline

| | A | B | C | D E F G H I J K L M N O P |
|---|---|---|---|---|
| 1 | Date/Time | Event | Link | |
| 2 | October 2015 | The vulnerability CVE-2019-3568 was introduced into the VOIP codebase | Code commit | |
| 3 | Mid-2016 | NSO may have become aware of this vulnerability | "We have reason to believe NSO has had this bug for 3 years." @Drew | |
| 4 | Early 2017 | The initial code of init bwe (infoleak primitive) is introduced in the codebase | "If the exploition we found is the one which was there for 3 years. we may have another info leak code other than bwe probing? The initial code of init bwe looks around early 2017." (c) Xi Deng | |
| 5 | 09/03/2018 - 05:34 PDT | Internal security review finding of ability to inject voip_settings. | T33535414 | |
| 6 | 9/6/2018 | First evidence of possible voip manipulation and debugging (blocked by this point). The blocked traffic experiments with the connecting_tone_desc buffer by placing a dummy string there. In the Stanzaming incident this same buffer was used to carry the Bash script | suspicious_stanza_summary.xls (Otto provided) | |
| 7 | 9/7/2018 13:12 | Someone experimenting with a relaylatency client-side overflow (another vulnerability that we had found, server is blocking it by this point) | suspicious_stanza_summary.xls (Otto provided) | |
| 8 | 10/04/2018 - 10:34 PDT | Began work to validate all call stanzas | T34775320 | |
| 9 | 11/16/2018 | A whitehat researcher reported a vulnerability in chatd: group_update message can be used to inject voip_settings | | |
| 10 | 12/4/2018 | Logging + blocking of group_update messages was implemented | t37576393 | |
| 11 | 12/5/2018 - 3:20 PDT (?) | Suspicious group_update message sent from client with a non-standard 'dontuploadfieldstat' element to a what looks like real users/possible victims. **This activity would be more consistent with actual exploitation. Traffic contains the early_rtt_computation and init_bwe flags,** so could be an earlier version of the same exploit that is now broken. Relay IP address in M247 Ltd Frankfurt, which is probably not ours? | suspicious_stanza_summary.xls (Otto provided) Original paste from Jesus: **P60403946** | |
| 12 | 12/5/2018 - 10:37 | Actor observed debugging manually why group_update messages no longer work (we've blocked them). | suspicious_stanza_summary.xls (Otto provided) | |
| 13 | 12/10/2018 15:58 | Actor observed again debugging manually why group_update messages no longer work (we've blocked them). | suspicious_stanza_summary.xls (Otto provided) | |
| 14 | 12/12/2018 08:01 | Actor trying to send (now blocked) group_update messages by varying client version. Non-standard 'dontuploadfield' element present again. | suspicious_stanza_summary.xls (Otto provided) | |
| 15 | 12/05/2018 - 00:00 PDT | Resolved T33535414 by preventing group_update stanza from being accepted from the client | https://our.internmc.facebook.com/intern/diff/D1330989b/?dest_number=65301787 | |
| 16 | 12/18/2018 | Oldest registration timestamp for attacker devices found by manual sampling (registration metadata looks different so likely a test device) | | |
| 17 | 1/3/2019 | Someone attempted to send group_update messages with the init_bwe and early_rtt_computation settings which we now know is related to this SEV. Blocked by server at this point. Possibly trying to make the exploit not go via our relay servers (relay server IP is in M247-LTD-Madrid netblock)? | P60548978 | |
| 18 | 1/19/2019 | ShmooCon presentation by Lookout has the following quote from a nation state "This is the only inexpensive way to get to the iPhone, except for the [Israeli] solution for 7 million and that's only for WhatsApp. We still need Viber, Skype, Gmail, and so on." | https://blog.lookout.com/shmoocon-2019 | |
| 19 | 1/30/2019 | Oldest registration timestamp of Samsung-VMWare device found by manual sampling | | |
| 20 | February 2019 | Ted Reed: "Back in Feb Nicolas Trippar told me he heard rumors of WA exploitation on Android, and thought it was related to UPNP/STUN in the VOIP stack." This is not an entirely correct description of the exploit but is pretty close as relays use STUN | | |
| 21 | 2/19/2019 | Someone still trying to send group_update message with only an ~aaa~ tag in it | P60971021 | |



EXHIBIT
1204

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00166474

Ex. A-1204-001

| | A | B | C | D E F G H I J K L M N O P |
|---|---|---|---|---|
| 22 | 3/13/2019 | More experiments with relaylatency overflow (an unrelated client-side vulnerability, blocked by server and client-side patches) | P61694964, P61695207, P61695107 | |
| 23 | mid-March 2019 | **Intel reports demonstration of 0-click Whatsapp 0day with post-exploitation capabilitiy (latest iPhone XS, latest iOS)** | Community Threat Intel (t43510580) | |
| 24 | 3/18/2019 | First evidence of build_stun_req crash, a side effect of an unreliable exploit, starting to spike | https://our.internme.facebook.com/intern/px/p/xV0R/ | |
| 25 | 04/24/2019 - 00:00 PDT | Stanza validation begins to roll out (ODS counters are deployed for failures) | https://fburl.com/ods/0ebyw6cy | |
| 26 | 04/29/2019 - 17:38:30 PDT | First malicious stanza sent by Actor | https://phabricator.internmc.facebook.com/P64594386 | |
| 27 | 05/02/2019 - 16:45 PDT | Investigation starts: incident escalated to ProdSec, CERT/IR, Corp Threat Intel (Malware analysis) | | |
| 28 | May 5, 2019 13:03:00 PDT | From the victim logs was found a link to RTCP packets sent via edgeray and the buffer overflow vulnerability, hypothesized root cause, is discovered, and a fix is put up for review | S180113 - even timeline | |
| 29 | May 6, 2019 18:00:00 PDT | Start of logging packets in edgeray to confirm the root cause and scope the exposure. The WhatsApp team and Security teams are coordinating daily | S180113 - even timeline | |
| 30 | May 6, 2019 20:00:00 PDT | Both server and client fixes were prepared upfront and ready to deploy, while investigation continues | S180113 - even timeline | |
| 31 | May 7, 2019 20:00:00 PDT | Edgeray logging moved to Scribe/Hive | S180113 - even timeline | |
| 32 | May 8, 2019 18:00:00 PDT | Validation for stanzas is pushed but behind a gate. More fixes for the client VoIP stack are out for review | S180113 - even timeline | |
| 33 | May 9, 2019 18:00:00 PDT | Chatd logging moving to Scuba, having ability to correlate the two sources of logs. Edgeray fix to drop large RTCP packets is pushed but behind a gate | S180113 - even timeline | |
| 34 | 05/09/2019 - 22:08 PDT | We unsuccessfully attempted to fetch the payload from c2 nodes, possibly tipping off the attacker | "Realize its getting later here, but just wanted to update that my attempts to pull stage two failed" (c) Drew https://fb.workplace.com/chat/t/2454593014568927?mid=mid_%24gAAi4W4RIk9pw0WIoRVqoCQfmi3ZI | |
| 35 | 2019-05-10 04:50:12 | Edgeray packets containing strings with youtube links are sent, likely by attackers | One edgeray cleartext packet contained ... S178165 mitigation monitoring - Saturday/Sunday | |
| 36 | May 10, 2019 14:45:00 PDT | Investigation group confirmed that all observed attacks relied on the same root cause | S180113 - even timeline | |
| 37 | May 10, 2019 15:00:00 PDT | Remediation started: server fix in edgeray to drop large RTCP packets is enabled | S180113 - even timeline | |
| 38 | 2019-05-10 17:00 PDT | Server fix in edgeray to drop large RTCP packets is deployed to 100% | | |
| 39 | May 13, 2019 08:00:00 PDT | Over the weekend investigation group monitored the logs and confirmed the remediation was effective | S178165 mitigation monitoring - Saturday/Sunday | |
| 40 | May 13, 2019 09:00:00 PDT | Android and iPhone releases containing the fixes are prepared and on Monday morning they are available on app stores | S180113 - even timeline | |
| 41 | May 13, 2019 14:00:00 PDT | Second server fix to perform stanza validation is enabled | S180113 - even timeline | |
| 42 | May 13, 2019 15:20:00 PDT | CVE is made public | https://www.facebook.com/security/advisories/cve-2019-3568 | |
| 43 | May 13, 2019 15:30:00 PDT | FT article describing the attack goes out | https://www.ft.com/content/4da1117e-756c-11e9-be7d-6d846537acab | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00166475

Ex. A-1204-002



|   | A | B | | | C | | | | | | | | | | D E F G H I J K L M N O P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | |

|   | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | 04/24/2019 - 21:00 PST Beginning of wa.all::voip_validation.enc_rekey.false logs | | | | | | | | | | | | | | | |
| 3 | 04/24/2019 - 19:00 PST Beginning of wa.all::voip_validation.offer.false logs | | | | | | | | | | | | | | | |
| 4 | 04/29/2019 - 09:00 PST Beginning of wa.all::voip_validation.accept.false logs | | | | | | | | | | | | | | | |
| 5 | 05/05/2019 - 10:00 PST Beginning of wa.all::voip_validation.offer.in_progress.false logs | | | | | | | | | | | | | | | |
| 6 | 05/05/2019 - 16:00 PST Beginning of wa.all::voip_validation.video.in_progress.false logs | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | |

Contact Support

## Conversation History

Chris Steipp opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Senderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egvona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Sep 29, 2021 at 4:28 am*

---

Michael Scott opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Senderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Audrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Sep 27, 2021 at 5:04 pm*

**Daniel Sommermann** edited *Sep 27, 2021 at 2:16 pm*

**Daniel Sommermann** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghanem, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit Marc, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Audrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Xi Deng, Joyce Li and Hsin-Hsin Yang *Sep 27, 2021 at 2:16 pm*

**Cortney Padua** added you to a document *Sep 24, 2021 at 10:15 pm*

**Cortney Padua** added Chris Steipp and Daniel Sommermann to the thread *Sep 24, 2021 at 10:20 pm*

**Cortney Padua** added you to a document *Sep 24, 2021 at 10:15 pm*

**Chris Rohlf** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghanem, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit Marc, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Audrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Sep 24, 2021 at 8:08 pm*

**Michael Chmelar** added Chris Rohlf to the thread *Sep 24, 2021 at 8:12 pm*

**Michael Chmelar** added you to a document *Sep 24, 2021 at 8:07 pm*

**Michael Chmelar** opened your conversation with Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghanem, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit Marc, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Audrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Sep 24, 2021 at 8:06 pm*

**Tiana Demas** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghanem, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit Marc, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00166477

Ex. A-1204-004

Cameron Burt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Sep 22, 2021 at 4:11 pm*

---

**Nicholas Seng** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salkoum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Haitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimsonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappe, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Sep 22, 2021 at 4:04 pm*

---

**Erika Bruning** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salkoum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Haitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimsonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappe, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Dec 7, 2020 at 6:04 pm*

---

**Brady Freeman** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salkoum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Haitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimsonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappe, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Nov 5, 2020 at 6:04 pm*

---

**Mark Hammell** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salkoum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Haitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimsonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappe, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Oct 23, 2020 at 7:57 pm*

---

**Egsona Ferati** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salkoum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Haitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimsonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappe, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Sep 29, 2020 at 9:01 pm*

---

**Drew Robinson** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salkoum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Ex. A-1204-005

WA-NSO-00166478

Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Martha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shuni Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Nov 7, 2019 at 1:58 am*

**Jessica Romero** edited *Sep 21, 2019 at 4:48 am*

**Jessica Romero** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Senderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Martha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shuni Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Sep 21, 2019 at 4:46 am*

**Chris Puntarelli** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Senderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Martha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shuni Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Sep 14, 2019 at 3:51 am*

**Tyler Smith** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Senderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Martha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shuni Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Sep 11, 2019 at 5:37 pm*

**Andy Richardson** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Senderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Martha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shuni Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Jul 18, 2019 at 5:21 pm*

**Andrey Labunets** edited *Jul 15, 2019 at 9:22 pm*

**Edward George** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Senderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Martha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shuni Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Jul 2, 2019 at 6:22 pm*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00166479

Ex. A-1204-006

Vassi Iliadis opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godhole, Hadar Yudovich, Kalkidan Abera, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghunenim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labenets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Jun 30, 2019 at 5:06 pm*

Saish Gersappa opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godhole, Hadar Yudovich, Kalkidan Abera, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghunenim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labenets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Jun 28, 2019 at 11:28 pm*

Asmaa Awad-Farid opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godhole, Hadar Yudovich, Kalkidan Abera, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghunenim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labenets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang on a phone *Jun 20, 2019 at 6:15 am*

Daniel Ebbutt opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godhole, Hadar Yudovich, Kalkidan Abera, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghunenim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labenets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Jun 18, 2019 at 8:24 pm*

Otto Ebeling edited *Jun 18, 2019 at 8:15 pm*

Otto Ebeling edited *Jun 18, 2019 at 2:08 pm*

Stephanie Yonekura opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godhole, Hadar Yudovich, Kalkidan Abera, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghunenim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labenets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Jun 17, 2019 at 9:29 pm*

Otto Ebeling edited *Jun 12, 2019 at 3:17 pm*

Ex. A-1204-007

Nathan Salminen opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Yassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalidian Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinnonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Sved, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egvona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Jun 9, 2019 at 3:55 pm*

---

Andrey Labunets edited *Jun 9, 2019 at 3:05 pm*

---

Michael Kearney opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Yassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalidian Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinnonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Sved, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egvona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Jun 9, 2019 at 2:45 am*

---

Andrey Labunets edited *Jun 9, 2019 at 3:16 am*

---

Andrey Labunets edited *Jun 9, 2019 at 12:30 am*

---

Paul Otto opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Yassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalidian Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinnonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Sved, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egvona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang on a phone *Jun 7, 2019 at 9:50 am*

---

Deen Kaplan opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Yassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalidian Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinnonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Sved, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egvona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang on a phone *Jun 7, 2019 at 6:33 am*

---

Ciara Brannigan opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Yassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalidian Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinnonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Sved, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egvona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Jun 7, 2019 at 6:19 am*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00160481

Ex. A-1204-008

Gonzalo F Gallego opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schwarzenberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brien Hennessy, Vassi Biadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puttarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kafkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Zachery Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghaneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lauder Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Hoitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doe Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Morguia, Yannick Carapito, Ciara Brannigan, Richard Wastell, Addie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Stepp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazreen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egeona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudia Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang on a tablet *Jun 7, 2019 at 6:04 am*

**Tiana Demas** *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

**Tiana Demas** added you to a document *Jun 7, 2019 at 1:35 am*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00166482

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00106483

Ex. A-1204-010

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:55 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Ex. A-1204-011

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00166484

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added you to a document *Jun 7, 2019 at 1:35 am*

Tiana Demas added the document to the folder SEV Documents *Jun 7, 2019 at 1:34 am*

Claudin Gheorghe opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Fisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Carlis Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCloskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Joys Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Oklund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghoreim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit Mere, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landreo-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie

WA-NSO-00166485

Ex. A-1204-012

Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egxona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *Jun 5, 2019 at 5:59 pm*

**Doc Domko** *Jun 3, 2019 at 3:50 pm*

Graph link is in cell C21 (to the right of this comment)

**Doc Domko** *Jun 3, 2019 at 3:50 pm*

Andrey Labunets Jesus posted a link to an ODS graph on 9 May: These are the first datapoints from the graph for each field. https://fb.workplace.com/chat...

**Andrey Labunets** *Jun 2, 2019 at 6:17 pm*

Doc Domko, where did you get this info and how?

**Andrey Labunets** edited *Jun 2, 2019 at 6:16 pm*

**Otto Ebeling** edited *May 29, 2019 at 3:06 pm*

**Ke Wang** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Demp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Walter, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Staard, Mia Garlick, Asit More, Niamh Sweeney, Pete Hultsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egxona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *May 28, 2019 at 7:08 pm*

**Andrey Labunets** *May 28, 2019 at 5:36 pm*

TODO: I don't know yet what this exactly means, need to revise the start of the logs in this timeline

**Andrey Labunets** edited *May 28, 2019 at 5:36 pm*

**Andrey Labunets** edited *May 23, 2019 at 10:07 pm*

**Andrey Labunets** *May 23, 2019 at 4:28 am*

Corp threat intel, why are so succinct

**Andrey Labunets** *May 23, 2019 at 4:26 am*

Drew is PoC, asking him is a todo

**Andrey Labunets** *May 23, 2019 at 4:21 am*

Right, we have, just will reference later

Ex. A-1204-013

**Andrey Labunets** edited *May 23, 2019 at 4:29 am*

**Tiana Demas** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Yuan Yuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salkoum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Haitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Margaia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bant, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazreen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *May 21, 2019 at 4:29 pm*

**Ibrahim Mohamed** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, Yuan Yuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salkoum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Haitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Margaia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bant, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazreen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *on a phone May 19, 2019 at 3:39 pm*

**Brian Damp** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salkoum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Haitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Margaia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bant, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazreen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *May 17, 2019 at 6:26 pm*

**YuanYuan Wang** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salkoum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Haitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Margaia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bant, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazreen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *May 17, 2019 at 5:45 pm*

**Andrey Labunets** *May 17, 2019 at 5:41 pm*

I think what happened is that WA engineers brought devices to our forensics lab. I also don't think this is a thing to mention in the timeline, but I'll later look into that.

**Erik Waher** *May 17, 2019 at 5:38 pm*

The exact times are important here - do we have them

**Erik Waher** *May 17, 2019 at 5:37 pm*

This should be an absolute time cmd or cited as a reference cmd for examples of the log. Its unclear what it means right now in the context of the timeline

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00166487

Ex. A-1204-014

**Erik Waher** *May 17, 2019 at 5:36 pm*

Please reference what edgeray is and why its relevant to this timeline

**Erik Waher** *May 17, 2019 at 5:36 pm*

Can we cite the pattern observed?

**Erik Waher** *May 17, 2019 at 5:35 pm*

Please provide more context what this means

**Erik Waher** *May 17, 2019 at 5:35 pm*

Please provide more context what this means

**Erik Waher** *May 17, 2019 at 5:34 pm*

Added clarification here. Please confirm accurate statement.

**Erik Waher** *May 17, 2019 at 5:33 pm*

Superfluous to a timeline. Either its evidence, or its not. Suggest removing this line

**Erik Waher** *May 17, 2019 at 5:33 pm*

Andrey Labunets can you reconcile these two statements (YuanYuan & Otto)

**Erik Waher** *May 17, 2019 at 5:30 pm*

Since this is a WA log I assume its PDT and marked as so.

**Erik Waher** *May 17, 2019 at 5:28 pm*

No hard evidence we can cite here?

**Erik Waher** *May 17, 2019 at 5:26 pm*

Unclear who produced this report (whatsapp or a report about whatsapp)

**Erik Waher** *May 17, 2019 at 5:23 pm*

Without hard evidence, I think we should say "NSO may have become aware of this vulnerability" instead of an absolute 'they are aware'

**Erik Waher** edited *May 17, 2019 at 5:58 pm*

**Erik Waher** opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hensen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch,

Ex. A-1204-015

WA-NSO-00166488

Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazreen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Brahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *May 17, 2019 at 5:24 pm*

Andrey Labunets *edited May 16, 2019 at 5:00 am*

Otto Ebeling *edited May 16, 2019 at 4:57 am*

Otto Ebeling *May 16, 2019 at 4:51 am*

This is wrong - I haven't executed any stagers nor provided any devices

Andrey Labunets *May 16, 2019 at 4:44 am*

TODO (for myself): adjust all times from London time to PDT as needed

Bridget Pelletier-Ross *opened your conversation with* Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Abera, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Heather Mack, Tasha Turner, Haley Ohland, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazreen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Brahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *May 16, 2019 at 4:41 am*

Andrey Labunets *edited May 16, 2019 at 4:49 am*

Otto Ebeling *edited May 16, 2019 at 4:51 am*

Otto Ebeling *opened your conversation with* Michael Chmelar, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Abera, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohland, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazreen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Brahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *May 16, 2019 at 4:28 am*

Brendon Tiszka *opened your conversation with* Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Abera, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohland, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kimmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazreen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Brahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *May 15, 2019 at 2:28 am*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00166489

Ex. A-1204-016

Cortney Padua edited *May 15, 2019 at 1:25 am*

---

Andrey Labunets edited *May 15, 2019 at 12:35 am*

---

Andrey Labunets edited *May 14, 2019 at 9:45 pm*

---

Elizabeth Schweinsberg edited *May 11, 2019 at 6:44 pm*

---

Xi Deng opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amel Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corr, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Marguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Usaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Joyce Li and Hsin-Hsin Yang *May 11, 2019 at 4:55 pm*

---

Jim O'Leary opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amel Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corr, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Marguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Usaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *May 10, 2019 at 10:37 pm*

---

Amol Godbole opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corr, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Marguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Usaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egsona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang *May 10, 2019 at 10:36 pm*

---

Amol Godbole added Jim O'Leary to the thread *May 10, 2019 at 10:43 pm*

---

Amol Godbole added you to a document *May 10, 2019 at 10:36 pm*

---

Elizabeth Schweinsberg moved the document to the folder S178165 *May 10, 2019 at 3:54 pm*

---

Elizabeth Schweinsberg opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Amol Godbole, Hadar Yudovich, Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corr, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Marguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Usaran, Andrew Herter, Blair Roemer, Matthew Watkins,

WA-NSO-00166490
Ex. A-1204-017

Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Eguona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang May 10, 2019 at 3:53 pm

Gregory Heimbuecher opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Margreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Arnol Godbole, Hadar Yudovich, Kalkidan Alberta, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corr, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghunein, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Stepp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Eguona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang on a phone May 9, 2019 at 6:19 am

Taishi Nojima opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Margreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Arnol Godbole, Hadar Yudovich, Kalkidan Alberta, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corr, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghunein, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Stepp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Eguona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang May 7, 2019 at 5:53 pm

Hasan Eray Dogan opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Margreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Arnol Godbole, Hadar Yudovich, Kalkidan Alberta, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corr, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghunein, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Stepp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Eguona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang May 7, 2019 at 11:29 am

Tushar Bhatia opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Margreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Arnol Godbole, Hadar Yudovich, Kalkidan Alberta, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corr, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghunein, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Stepp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Eguona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang on a phone May 7, 2019 at 6:12 am

Cortney Padua opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbutt, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Margreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Arnol Godbole, Hadar Yudovich, Kalkidan Alberta, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corr, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghunein, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Abringer, Diego Spinola, Tushar Bhatia, Erik Waber, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit More, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Gersappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Stepp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Eguona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang on a phone May 7, 2019 at 12:49 am

Doc Domko edited May 6, 2019 at 11:14 pm

Andrey Labunets edited May 6, 2019 at 10:55 pm

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00166491

Ex. A-1204-018

Andrey Labunets renamed Untitled to Stanzarning - timeline *May 6, 2019 at 10:59 pm*

Chris Reid opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Iliadis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbott, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elly Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Arnol Godbole, Hadar Yudovich-Kalkidan Aberra, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rehlf, Jessica Romero, Mark Hammell, Aby John, Danny Lungstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Chris Iyere, Damian Yeo, Cortney Padua, Jim Hung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Garfinkel, Max Goncharov, Eduard George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Ahringer, Diego Spinola, Tushar Bhatia, Erik Waher, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Sturd, Mia Garlick, Asit More, Niamh Sweeney, Pete Huttsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Deevy, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Saish Geriappa, Cameron Bunt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Serig, Brendon Tiszka, Stephanie Yonekura, Chris Steipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Markman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Andrey Labunets, Erika Bruning, Joshua Smith (Legal), Egvona Ferati, Ryan Potthoff, Ankhi Das, Claudiu Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenone, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sommermann, Xi Deng, Joyce Li and Hsin-Hsin Yang on a phone *May 6, 2019 at 10:53 pm*

Andrey Labunets *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Ex. A-1204-019

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added you to a document *May 6, 2019 at 10:52 pm*

Andrey Labunets added the document to the folder IR *May 6, 2019 at 10:52 pm*

Andrey Labunets opened your conversation with Michael Chmelar, Otto Ebeling, Hershel Eisenberger, Victoria Grand, Ke Wang, Sandeep Solanki (Legal), Brian Hannon, Michael Kearney, Yvonne Cunnane, Elizabeth Schweinsberg, Nathan Salminen, Colin Walsh, Dani Brooks, Anna Vaccari, Cathy Lee, Paul Grewal, Shivnath Thukral, Brian Hennessy, Vassi Bindis, Ramon Alberto dos Santos, Kathryn McDermott, Aoife McCluskey, Giacomo Milani, Tina Hwang, Deen Kaplan, Tiana Demas, Jordan Hansen, Daniel Ebbut, Molly Cutler, Michael Scott, Tiana Demas, YuanYuan Wang, Manpreet Singh, Chris Sonderby, Susan Cooper, Lisa Cameron, Constantine Pavlis, Brian Damp, Jim O'Leary, Carl Woog, Maebh Earlie, Samiksha Gupta, Siddharth Deshpande, Elb Bingaman, Chris Puntarelli, Kathleen Dawson, Joaquin Moreno Garijo, Arnol Godbole, Hadar Yudovich, Kalkidan Abera, Jess Hertz, Andrea Kirkpatrick, Tyler Smith, Jess Leinwand, Chris Rohlf, Jessica Romero, Mark Hammell, Aby John, Danny Langstrom, Gavin Corn, Cory Altheide, Jeremy Apple, Brady Freeman, Bridget Pelletier-Ross, Heather Mack, Tasha Turner, Haley Ohlund, Sophie Malloch, Bhairav Acharya, Gonzalo F Gallego, Zachary Priddy, Clara Ivere, Damian Yeo, Cortney Padua, Jim Flung, Stephen Heary, Pragya Misra Mehrishi, Leah Perry, Brian Lewis, Julia Ghuneim, Robert Johnson, Abhijit Bose, Drew Robinson, Dan Gurfinkel, Max Goncharov, Edward George, Lander Brandt, Ashish Chandra, Melanie Rich-Wittrig, Wael Salloum, Jason Kick, Amanda Alringer, Diego Spinola, Tushar Bhatia, Erik Walter, Gregory Heimbuecher, Lydia Johnston, Brenden Walsh, Anjali Kashyap, Gareth Byrne, Andy Richardson, Jarrod Stuard, Mia Garlick, Asit Mote, Niamh Sweeney, Pete Huitsing, Kevin O'Sullivan, Despina Papageorge, Harry Kinmonth, Doc Domko, Mary-Elizabeth Hadley, Anna Benckert, Adam Landres-Schnur, Jamal Syed, Clair Dorvs, Rebecca Murtha, Kim Waite, Christian Murguia, Yannick Carapito, Ciara Brannigan, Richard Wartell, Ashlie Beringer, Satsh Gevarptta, Cameron Burt, Hasan Eray Dogan, Shani Zafary, Paul Otto, Nicholas Seng, Brendon Tiszka, Stephanie Yonekura, Chris Stcipp, Asmaa Awad-Farid, Alyssa Cervantes, Stefan Aleksic, Nazneen Mehta, Daniel Merkman, Eduardo Ustaran, Andrew Herter, Blair Roemer, Matthew Watkins, Erika Bruning, Joshua Smith (Legal), Egxona Ferati, Chris Reid, Ryan Potthoff, Ankhi Das, Claudio Gheorghe, Chris Millikin, Michael McGrew, Robert Johnson, Steve Zenore, Kaitlyn Kirby, Liam Walsh, Taishi Nojima, Ibrahim Mohamed, Daniel Sonnenmann, Xi Deng, Joyce Li and Hsin-Hsin Yang *May 6, 2019 at 10:52 pm*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WA-NSO-00166493

Ex. A-1204-020

**Doc Domko** added Andrey Labunets to the thread *May 6, 2019 at 9:24 pm*

**Doc Domko** added you to a document *May 6, 2019 at 9:18 pm*

**Doc Domko** edited *May 6, 2019 at 10:47 pm*

**Doc Domko** created the document *May 6, 2019 at 9:14 pm*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Ex. A-1204-021

WA-NSO-00166494

Ex. A-1204-022