# TRIAL EXHIBIT
# A-1511

| | |
|---|---|
| From: | Michael Scott [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MIKES6C5] |
| Sent: | 5/13/2019 7:38:27 PM |
| To: | Drew Robinson REDACTED@fb.com]; Michael Scott REDACTED@fb.com] |
| Subject: | Message summary [{"otherUserFbId":10001650738937,"threadFbId":null}] |

Andrew Steven Robinson (5/13/2019 18:51:25 PDT):
>Legal wasn't supposed ot hear that

Michael Scott (5/13/2019 18:52:11 PDT):
>oops, deleted

Andrew Steven Robinson (5/13/2019 18:52:37 PDT):
>Don't think you can (I can still see it)

Michael Scott (5/13/2019 18:52:50 PDT):
>this whole incident has been such a clusterfuck with what we can and cant share

Andrew Steven Robinson (5/13/2019 18:52:56 PDT):
>Yea

Andrew Steven Robinson (5/13/2019 18:54:17 PDT):
>IDK why, it was just conveyed to me by him @ RED

Michael Scott (5/13/2019 19:06:34 PDT):
>why does the wa app say its android but apple said it was an iphone

Andrew Steven Robinson (5/13/2019 19:07:18 PDT):
>Don't know

Andrew Steven Robinson (5/13/2019 19:07:27 PDT):
>it may have something to do with the # swap I'm seeing

Michael Scott (5/13/2019 19:07:43 PDT):
>ya i just saw that and was about to click it

Andrew Steven Robinson (5/13/2019 19:07:55 PDT):
>from 4/16 -4/24 the phone number for the account was different

Michael Scott (5/13/2019 19:08:55 PDT):
>REDACTED ?

Andrew Steven Robinson (5/13/2019 19:09:02 PDT):
>Yea

Andrew Steven Robinson (5/13/2019 19:09:15 PDT):
>Its weird

Andrew Steven Robinson (5/13/2019 19:09:20 PDT):
>last IP it was on was a Cox IP addr

Michael Scott (5/13/2019 19:09:25 PDT):
>password recovery on 4/24

Andrew Steven Robinson (5/13/2019 19:09:32 PDT):
>Could have been take over

Andrew Steven Robinson (5/13/2019 19:09:47 PDT):
>Sim swap maybe?

Andrew Steven Robinson (5/13/2019 19:10:09 PDT):
>DOn't think that should work as an atk vector for WA

Andrew Steven Robinson (5/13/2019 19:10:18 PDT):
>but dunno what a sim swap would manifest as on this end

Michael Scott (5/13/2019 19:10:34 PDT):
>no clue

Andrew Steven Robinson (5/13/2019 19:10:55 PDT):
>Has other US accounts in their addr book



EXHIBIT 1511

Highly Confidential - Attorneys' Eyes Only

Andrew Steven Robinson (5/13/2019 19:10:56 PDT):
>and one REDACTED

Michael Scott (5/13/2019 19:11:31 PDT):
>there is actually some pretty good data in this tool, too bad we cant use it

Andrew Steven Robinson (5/13/2019 19:11:40 PDT):
>https://our.intern.facebook.com/intern/si/bouncer/explore/?src_type=user_email&src_name=%2 REDACTED

Andrew Steven Robinson (5/13/2019 19:11:47 PDT):
>I asked Gavin about ongoing access

Andrew Steven Robinson (5/13/2019 19:11:52 PDT):
>we'll see what happens

Michael Scott (5/13/2019 19:12:11 PDT):
>taht looks fake af

Michael Scott (5/13/2019 19:16:40 PDT):
>interesting that the searches are REDACTED

Andrew Steven Robinson (5/13/2019 19:16:49 PDT):
>Check out the subscribers portion

Andrew Steven Robinson (5/13/2019 19:16:57 PDT):
>https://our.intern.facebook.com/intern/whatsapp/admin/ab_info?phone= REDACTED &mode=sub_list

Michael Scott (5/13/2019 19:17:17 PDT):
> REDACTED party

Andrew Steven Robinson (5/13/2019 19:17:31 PDT):
>Feb.

Michael Scott (5/13/2019 19:21:39 PDT):
>this account was just created on 2/25 as well, right before the REDACTED subscribers

Andrew Steven Robinson (5/13/2019 19:22:10 PDT):
>that doesn't make sense

Andrew Steven Robinson (5/13/2019 19:22:20 PDT):
>one of these REDACTED accounts is listed as subscribed to it starting on 02/04

Andrew Steven Robinson (5/13/2019 19:23:05 PDT):
>oh wait no

Andrew Steven Robinson (5/13/2019 19:23:11 PDT):
>that's the create date for those accounts listed

Andrew Steven Robinson (5/13/2019 19:23:14 PDT):
>in that table

Michael Scott (5/13/2019 19:23:38 PDT):
>ahh

Andrew Steven Robinson (5/13/2019 19:25:25 PDT):
>I'm gonna pick one we know for sure is a target

Andrew Steven Robinson (5/13/2019 19:25:27 PDT):
>and see what that looks like

Michael Scott (5/13/2019 19:30:53 PDT):
>https://fburl.com/si/u35a6atp

Michael Scott (5/13/2019 19:31:19 PDT):
>datr overlaps, the only realish looking account there is the same name the first account searched for

Michael Scott (5/13/2019 19:31:28 PDT):
> REDACTED

Michael Scott (5/13/2019 19:33:23 PDT):
>not too interesting at first glance

Andrew Steven Robinson (5/13/2019 19:35:53 PDT):
>https://our.intern.facebook.com/intern/si/bouncer/explore/?src_type=user_email&src_name=% REDACTED
>One of the accounts in the phone book

Andrew Steven Robinson (5/13/2019 19:35:57 PDT):
>coming from pesky merc A

Highly Confidential - Attorneys' Eyes Only                                   WA-NSO-00116471

Andrew Steven Robinson (5/13/2019 19:35:58 PDT):
>IP

Andrew Steven Robinson (5/13/2019 19:36:00 PDT):
>here  REDACTED

Michael Scott (5/13/2019 19:37:46 PDT):
>that IP doesnt show up in his recent IP activity going back ~9 months

Andrew Steven Robinson (5/13/2019 19:37:58 PDT):
>IDK

Andrew Steven Robinson (5/13/2019 19:38:00 PDT):
>its in both A and B

Michael Scott (5/13/2019 19:38:27 PDT):
>his IPs are all over the place

Highly Confidential - Attorneys' Eyes Only

WA-NSO-00116472

Ex. A-1511-003

Ex. A-1511-004