# TRIAL EXHIBIT
# A-1781

# P&L YTD: 12/2023 vs 12/2024

| Report Type | Period1 | Period2 | Source File | Companies Solo | Company | Amounts by: |
|---|---|---|---|---|---|---|
| P&L YTD | 12/2023 | 12/2024 | Gaap | By companies solo with IC | NSO Technolo.. | Thousands $ |

## P&L YTD

| | 12/2023 | 12/2024 | Diff |
|---|---|---|---|
| Revenues | 91,300 | 95,889 | 4,590 |
| Cost of sales | (12,196) | (11,152) | 1,044 |
| **Gross Profit** | **79,104** | **84,737** | **5,633** |
| **% Gross Profit** | **87%** | **88%** | **2%** |
| Research & Development | (52,265) | (59,989) | (7,724) |
| Selling & Marketing | (4,207) | (4,112) | 96 |
| General & Administrative | (26,639) | (34,257) | (7,618) |
| Other operating items | 80 | 5,300 | 5,221 |
| **Operating Expenses** | **(83,032)** | **(93,058)** | **(10,026)** |
| **Operating income** | **(3,928)** | **(8,320)** | **(4,393)** |
| Financial Incomes | (3,823) | (4,713) | (889) |
| Income Before Taxes | (7,751) | (13,033) | (5,282) |
| Income Taxes | (1,237) | 347 | 1,584 |
| **Net Income (loss)** | **(8,988)** | **(12,686)** | **(3,698)** |
| Non-GAAP Adjustments - divided | 0 | 0 | 0 |
| **Net Income (loss) - NG** | **(8,988)** | **(12,686)** | **(3,698)** |
| Depreciation & Amortization | 12,440 | 9,609 | (2,830) |
| Financial and non-recurring incomes | 3,823 | 4,713 | 889 |
| Income taxes (expenses) incomes | 1,237 | (347) | (1,584) |
| **EBITDA NG** | **8,512** | **1,289** | **(7,223)** |
| **% Adj. EBITDA** | **9%** | **1%** | **-8%** |

Highly Confidential-Attorney's Eyes Only

NSO-WHATSAPP-FIN-00000003

**Ex. A-1781-001**