# TRIAL EXHIBIT
# A-1782

# P&L YTD: 12/2023 vs 12/2024

| Report Type | Period1 | Period2 | Source File | Companies Solo | Company | Amounts by: |
|---|---|---|---|---|---|---|
| P&L YTD | 12/2023 | 12/2024 | Gaap | By companies solo with IC | Q Cyber Israel | Thousands $ |

## P&L YTD

|  | 12/2023 | 12/2024 | Diff |
|---|---|---|---|
| Revenues | 3,176 | 4,478 | 1,302 |
| Cost of sales | 83 | (1,188) | (1,272) |
| **Gross Profit** | **3,259** | **3,290** | **30** |
| % Gross Profit | 103% | 73% | -29% |
| Selling & Marketing | (2,657) | (2,667) | (10) |
| General & Administrative | 32 | 53 | 21 |
| Other operating items | 0 | (530) | (530) |
| **Operating Expenses** | **(2,626)** | **(3,144)** | **(519)** |
| **Operating income** | **634** | **146** | **(488)** |
| Financial Incomes | 367 | 275 | (92) |
| Income Before Taxes | 1,001 | 421 | (580) |
| Income Taxes | (688) | (779) | (91) |
| **Net Income (loss)** | **313** | **(359)** | **(671)** |
| Non-GAAP Adjustments - divided | 0 | 0 | 0 |
| **Net Income (loss) - NG** | **313** | **(359)** | **(671)** |
| Depreciation & Amortization | 864 | 704 | (160) |
| Financial and non-recurring incomes | (367) | (275) | 92 |
| Income taxes (expenses) incomes | 688 | 779 | 91 |
| **EBITDA NG** | **1,498** | **850** | **(648)** |
| % Adj. EBITDA | 47% | 19% | -28% |

Highly Confidential-Attorney's Eyes Only

NSO-WHATSAPP-FIN-00000004

Ex. A-1782-001