# Exhibit 1

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:  4:19-cv-07123-PJH

Plntf Exhibit No.  PTX-0034

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

| | |
|---|---|
| Custodian: | Shaner, Josh |
| Application: | WhatsApp |
| Active Participants: | ██████████████████████ ████████████ |
| Other Recipients: | ██████████████████████ (multiple redacted entries) |
| Date/Time Start: | 12/05/2018 01:25 AM |
| Date/Time End: | 12/05/2018 05:00 AM |

EXHIBIT 2055
9-17-24 SD

| Time | From | Message Body | Deleted |
|---|---|---|---|
| 01:25:09 | ███████ | Demo in Golf is over and was a success 😊 | 0 |
| 04:20:07 | ███████ | Hi all,<br><br>WhatsApp had made changes in their servers that currently fail all installations and can cause crashes that risk the Hummingbird vector. | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                SHANER_WHATSAPP_00001098

PTX-0034.0001

| | | | | |
|---|---|---|---|---|
| | | We need to immediately pause all Hummingbird installations cross all systems (Customer sites (P2 &P3, Tactical covert), Sales) until the Android research team will be able to provide a solution.<br><br>Official message to clients was synced with CEs (BoazT).<br><br>The team is working on a solution in top priority, hoping to provide a solution ASAP.<br><br>We will keep you updated.<br><br>Thanks,<br>███████ | | |
| 04:22:20 | ███████ | יוסי, אתה מוריד בסיילס? | | 0 |
| 04:43:54 | ███████ | כן | | 0 |
| 04:45:06 | ███████ | הורדתי את wiso על מנת לא לרסט (שלא לצרוך את המערכות) סתם את services<br>ולהפריע ללקוחות בעבודה.<br>חשב שכולם צריכים לעשות ככה 😊 | | 0 |
| 04:45:37 | ███████ | זה לא יקפיץ התראות בנגיוס? | | 0 |
| 04:46:20 | ███████ | יקפיץ אבל עדיף שאנחנו נסבול ולא הלקוחות ( אל תשכח שגם נצטרך להחזיר<br>ריסוט לעשות) ומספיק הלקוחות סובלים | | 0 |
| 05:00:29 | ███████ | ████████ תורידו התראות רלוונטיות לנושא עד מחר | | 0 |



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):            SHANER_WHATSAPP_00001098

Source Language(s):      Hebrew

Target Language(s):      English

*Authorized Signature:*                        *Signature, Notary Public:*

*Name:*   Jacqueline Yorke

*Title:*   Project Manager

*Date:*   January 14, 2025

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

*Stamp: Notary Public*

Reason for signature: I approve the accuracy of this document content as written

| | |
|---|---|
| **Custodian:** | Shaner, Josh |
| **Application:** | WhatsApp |
| **Active Participants:** | ██████████████████████████████<br>████████████████████ |
| **Other Recipients:** | ████████████████████████<br>██████████████████████████████<br>███<br>████████████████████████████<br>██████████████████████████<br>████████████████<br>██████████████████████<br>████████████████████████<br>██████████████████████████<br>████████████████████████████<br>█████████████████████████████<br>███████████████████<br>█████████████████████████████<br>██████████████████<br>█████████████████████████████<br>██████████████████████████<br>██████████████████████████<br>██████████████████████<br>████████████████<br>████████████████████████<br>██████████████████████<br>██████████████████████<br>████████████████<br>██████████████████████████<br>███████████████████████████████<br>█████████ |
| **Date/Time Start:** | 12/05/2018 01:25 AM |
| **Date/Time End:** | 12/05/2018 05:00 AM |

| Time | Fiom | Message Body | Deleted |
|---|---|---|---|
| 01:25:09 | ███████ | Demo in Golf is over and was a success ☺ | 0 |
| 04:20:07 | ███████ | Hi all,<br><br>WhatsApp had made changes in their servers that currently fail all installations and can cause crashes that risk the Hummingbird vector. | 0 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SHANER_WHATSAPP_00001098

PTX-0034.0004

| | | | |
|---|---|---|---|
| | | We need to immediately pause all Hummingbird installations cross all systems (Customer sites (P2 &P3, Tactical covert), Sales) until the Android research team will be able to provide a solution.<br><br>Official message to clients was synced with CLs (BoazT).<br><br>The team is working on a solution in top priority, hoping to provide a solution ASAP. We will keep you updated.<br><br>Thanks, | |
| 04:22:20 | ▮ | Are you downloading it in sales, ▮? | 0 |
| 04:43:54 | ▮ | Yes | 0 |
| 04:45:06 | ▮ | I downloaded wis services so as not to reset and not to bother clients at work (not to use the systems) and not to bother clients at work<br><br>I think that everyone should do that. | 0 |
| 04:45:37 | ▮ | Won't this trigger alerts in Nagios? | 0 |
| 04:46:20 | ▮ | It will trigger, but it is better that we suffer from this and not the clients (don't forget that we will also need to return it and to reset it), the clients are suffering enough. | 0 |
| 05:00:29 | ▮ | ▮ Download the relevant alerts for tomorrow | 0 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SHANER_WHATSAPP_00001099

PTX-0034.0005