# Exhibit 3

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0064

Date Admitted:   _____

By:   _____

Kelly Collins, Deputy Clerk

**Custodian:**      Shaner, Josh

EXHIBIT
2038

**Application:**      WhatsApp

**Active Participants:**

**Other Recipients:**

**Date/Time Start:**      01/15/2019 12:25 AM

**Date/Time End:**      01/15/2019 10:16 PM

| Time | From | Message Body | Deleted |
|------|------|--------------|---------|
| 00:25:41 | | Hey, I just did once Eden installation on P3 (Sales 3).<br><br>That means another 2 attempts can be sent in the next two hours (look at my email for better understanding of the limitations). Bottom line - Eden works fine on S3 and can be demonstrated :). | 0 |
| 00:53:44 | | ▯ | 0 |
| 01:06:26 | | Guys, FYI. | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

|  |  | ████████ encountered extraction issues of iOS 12.1.2 on P3 (S3). No data but location is being extracted. The problem is known and now examined by ███ & R&D. We hope for positive updates asap. will keep you updated. |  |
|---|---|---|---|
| 01:11:00 | ██████ | I answered you (email) | 0 |
| 01:11:04 | ██████ | Also on sales 6 and Sting | 0 |
| 01:12:44 | ██████ | Once ███ will finish the upgrade on sales 6 , I would like to ask you to check it again, in case the issue will reproduce we will open investigation with the R&D | 0 |
| 01:18:40 | ██████ | Can you say which 12.1.2 version we are talking about? the first or second variant? | 0 |
| 01:36:51 | ██████ | First. The one that all of us have. | 0 |
| 01:44:07 | ██████ | So you mean second, the latest 12.1.2 version | 0 |
| 03:09:56 | ██████ | Hi all, The ssl of the hlr lookup provider is expired. Please approach us before demo, we will add the numbers to debug mode | 0 |
| 03:15:43 | ██████ | < d993ea09-c1e7-458d-93c9-e0a2e68e5940.jpg > | 0 |
| 03:15:55 | ██████ | . | 0 |
| 06:20:38 | 352691350209@s. whatsapp.net Gilad | Anyone has a Diablo device that ███ can try and send installation to from sales 6? | 0 |
| 06:47:03 | ██████ | Hello support team, when are you planning to upgrade sales3 to the new design (SP4.2)? | 0 |
| 06:57:12 | ██████ | Hey, S6 was already installed and will be tested (ATP) tomorrow. S3 will upgraded by the end of the week in case no troubles will be found on S6. | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| 15:18:22 | ███████ ███████ | Good morning | 0 |
| | | Starting POC on sales 1 | |
| | | 1c | |
| | | Sting | |
| 20:54:31 | ███████. ███████ ██ | Hi all, following yesterday issue with iOS 12.1.2 not exfiltrating data, I preformed a test on Sales6 (upgraded to 4.2). | 0 |
| | | The installation and the exfiltration worked perfectly. | |
| | | I will try the same test today on sales3 (SP4.1) and update you regarding the progress. | |
| 20:55:43 | ███████. ███████ | Thanks. Is that the build you were testing ? | 0 |
| 21:01:02 | ███████ ███████ ██ | Hi, we are in a POC on | 0 |
| | | Sales 1: | |
| | | 1C | |
| | | Sting | |
| | | Sales 3: | |
| | | Eden | |
| | | Storm | |
| 21:01:56 | ███████ ███████ ██ | Please do not use Eden before we finish the demo | 0 |
| 21:07:05 | ███████ ███████ ██ | Thanks ███ ! Update regarding the same test on S3. | 0 |
| 21:11:42 | ███████ ███████ | ███ , please run the test as well , | 0 |
| 21:13:12 | ███████ ███████ ██ | I will, but only later on today after my demo | 0 |
| 21:13:28 | ███████ ███████ ██ | 👍 | 0 |
| 21:13:42 | ███████ ███████ | ███ - will later for your update :) | 0 |
| 21:15:51 | ███████. ███████ | ███████ can you please make sure ███ has still 1 valid per of credentials to use for Eden on S3, as he is not in front of a customer and we wouldn't like the last next installation to fail.. | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SHANER_WHATSAPP_00001123

PTX-0064.0003

# Exhibit 2

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

| 21:16:32 | ■■■■■ | We got a confirmation from Alon | 0 |
| 21:17:00 | ■■■■■ | We just need to make sure no one is "wasting" it as we'll get to demo it only in 30 min or so | 0 |
| 21:29:19 | ■■■■■. | Guys, quick reminder - please don't use TenBis today and come to 1409 for lunch at 12:30. | 0 |
| 21:32:25 | ■■■■■ | ✌ | 0 |
| 21:45:20 | ■■■■■ | Hey guys, I have a demo today starting 11:30am IL time. Is anyone planning to demo Diablo on S3 during that time? If not, I'd like to prioritize 11.2.2 | 0 |
| 21:56:36 | ■■■■■ | Starting Demo on sales 1 and 3<br><br>Sting<br><br>1 c<br><br>Diablo<br><br>Eden | 0 |
| 22:05:27 | ■■■■■ | Correct | 0 |
| 22:12:59 | ■■■■■. | i preformed the same test on Sales3 and i got the same result as everyone:<br><br>1 dir list<br><br>1 location<br><br>i recomand to upgrade as soon as possible Sales3 | 0 |
| 22:14:32 | ■■■■■ | Ok.<br><br>Let's wait for ■■■ and ■■ finished their meetings.<br><br>■■■ - what time do you believe to be over? | 0 |
| 22:16:17 | ■■■■■ | 2 hours from now for us | 0 |
| 22:16:19 | ■■■■■ | I believe I'll be done by 15:00 IL time. Maybe earlier, I'll update | 0 |
| 22:16:24 | ■■■■■ | ■■■ - anyone in your team is using s3 today? | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY