# Exhibit 4

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:  4:19-cv-07123-PJH

Plntf Exhibit No.  PTX-0065

Date Admitted:  _____

By:  _____

Kelly Collins, Deputy Clerk

| | |
|---|---|
| Custodian: | Shaner, Josh |
| Application: | WhatsApp |
| Active Participants: | ███████████████████████████████<br>███████████████████████████████<br>███████████████████████████████ |
| Other Recipients: | ████████████████████████████<br>█████████████████████████<br>██████████████████████████<br>███████████████████████████████<br>████████████████<br>███████████████████████████<br>███████████████████████████████<br>███████████████████████████████<br>████<br>███████████████████████████████<br>██████████████████████████<br>███████████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████████<br>████████████████████████<br>████████████████<br>█████████████████████████████<br>███████████████████████████████<br>███████████████████████████████<br>█████████████<br>██████████████████████████<br>███████████████████████████████<br>████████████████████████████<br>████████ |
| Date/Time Start: | 07/09/2018 12:27 AM |
| Date/Time End: | 07/09/2018 11:29 PM |

EXHIBIT 2054
9-17-24 SD

| Time | From | Message Body | Deleted |
|---|---|---|---|
| 00:27:59 | ███ | Starting preparations on Sales 4 | 0 |
| 00:33:10 | ███ | Hey ███ could you please check the balance on BudgetSMS? Thanksss | 0 |

| Time | Sender | Message | Count |
|---|---|---|---|
| 00:35:49 | ███ | Enough Balance there :) Good luck! | 0 |
| 00:36:10 | ███ | Toda! | 0 |
| 00:51:34 | ███ | Hi team,<br><br>I would like to update you that WhatsApp released a new version (2 days ago) and we not supporting it yet (probably tomorrow R&D will release a new package that will support on the new version)<br><br>So please make sure that WhatsApp is not updating automatically on your test devices | 0 |
| 00:52:05 | ███ | 👍 | 0 |
| 00:55:01 | ███ | I upgraded Sales 5 as well | 0 |
| 00:55:16 | ███ | Please check it once you have time 😄😊 | 0 |
| 00:57:34 | ███ | 👍💮 | 0 |
| 05:00:17 | ███ | Hi all ,<br><br>In order to avoid from mismatch issue please make sure you have the latest version of Ui (2.72.0.10) | 0 |
| 05:40:41 | ███ | Now available in the Own cloud :<br>https://owncloud.nsogroup.com/index.php/apps/files/?dir=/Setup%20files/UI%202.72.0.10&fileid=479623 | 0 |
| 06:22:03 | ███ | I managed to access, did you try through the VPN? | 0 |
| 23:24:26 | ███ | Hello everyone, I will have a PGS demo tomorrow in Israel at 09:00 AM.<br><br>Diablo -1click SALES 1<br><br>Also showing PGS 3 (no installation) | 0 |
| 23:24:48 | ███ | Thank you 🙏🙏🙏 | 0 |
| 23:29:54 | ███ | Hi I will have a demo on sales 4 tomorrow (will update later with the exact hour): 1 click, diablo, heaven<br><br>I will start testing today | 0 |

| | | Thanks 🏃▦ | |
|---|---|---|---|

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SHANER_WHATSAPP_00001837

PTX-0065.0003