# Exhibit 5

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case #:   4:19-cv-07123-PJH

Plntf Exhibit No.   PTX-0066

Date Admitted: _____

By: _____

Kelly Collins, Deputy Clerk

| | |
|---|---|
| Custodian: | Shaner, Josh |
| Application: | WhatsApp |
| Active Participants: | [REDACTED] @[REDACTED]hatsapp[REDACTED] |
| Other Recipients: | [REDACTED] |
| Date/Time Start: | 05/12/2019 08:31 AM |
| Date/Time End: | 05/12/2019 11:58 AM |

EXHIBIT 2039

| Time | From | Message Body | Deleted |
|---|---|---|---|
| 08:31:19 | [REDACTED] | < 47015109-d5c7-4d8b-a7bb-777a2e4c3bcd.jpg > | 0 |
| 08:32:00 | [REDACTED] | Congrats to [REDACTED] for leading a complex PiXcell POC in the city of Jerusalem.<br><br>Bravo guys 👏👏 | 0 |
| 08:33:59 | [REDACTED] | Kings!! 👑👑👑 | 0 |
| 08:35:48 | [REDACTED] | I made my warrior face | 0 |
| 08:36:17 | [REDACTED] | Horror face after locking the target | 0 |
| 08:37:07 | [REDACTED] | Great job guys !<br>Waiting to hesr about it in the office | 0 |

| 09:56:36 | ▮▮▮ | Hi team, | 0 |
| --- | --- | --- | --- |
| | | I am sure most of you already heard about Eden | |
| | | Just making sure every one is alligned | |
| | | So bottom line, Eden has finished its duty with us as a patch was done on the server side with the application it works with | |
| | | I heard some sales managers taking it in a dramatic way, your job is to make sure they remeber that along the years NSO has proven time after time that one of its biggest value is   the ability to "survive" this harsh enviorment of the cat and mouse game | |
| | | At this point all demos will move to | |
| | | 1 click Android | |
| | | 0 click ios | |
| | | R&D are working hard on different directions, hopefully we will have good news soon but please rember that our technological status is still great as we (as a company) have the resources to find some thing new in a relatively short time | |
| 09:58:34 | ▮▮▮ | ▮r I would vote for you! | 0 |
| 09:59:16 | ▮▮▮ | ☺ | 0 |
| 10:00:10 | ▮▮▮ | 👍 | 0 |
| 11:58:02 | ▮▮▮ | Amazing job and well done you 2 Pixcell warriors 🐝 | 0 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY            SHANER_WHATSAPP_00001490

PTX-0066.0002