JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br>v.<br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS' MOTION FOR REMITTITUR OR NEW TRIAL**<br><br>Action Filed: 10/29/2019 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and am lead counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. Attached as **Exhibit A** is the transcript of the May 2, 2025, proceedings in this action.

3. Attached as **Exhibit B** is the transcript of the May 5, 2025, proceedings in this action.

4. Attached as **Exhibit C** is the transcript of the April 29, 2025, proceedings in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th of May 2025, in Los Angeles, California.

*/s/Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS