1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                   OAKLAND DIVISION

| | |
|---|---|
| 11  WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
| 12 | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR REMITTITUR OR NEW TRIAL** |
| 13                    Plaintiffs, | |
| 14            v. | Judge:  Hon. Phyllis J. Hamilton |
| 15  NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| 16 | |
| 17                    Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER                                                   Case No. 4:19-cv-07123-PJH

1    The Court has considered the motion of Defendants NSO Group Technologies Limited and
2 Q Cyber Technologies Limited for remittitur or new trial.  After full consideration of all points
3 and authorities filed in support of, and in opposition to, the motion, and GOOD CAUSE
4 THEREFOR APPEARING, IT IS HEREBY ORDERED THAT:

5    1.    The Motion is GRANTED.

6    2.    The jury's punitive damages award is remitted to $_____.  If Plaintiffs
7 do not agree to the remittitur, the Court will order a new trial on the issue of punitive damages.

8

9    **IT IS SO ORDERED.**

10

11  DATED: _____

12
   THE HONORABLE PHYLLIS J. HAMILTON
13   SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                                                          Case No. 4:19-cv-07123-PJH