Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR REMITTITUR OR A NEW TRIAL**<br><br>Ctrm:  3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Antonio J. Perez-Marques, declare as follows:

1. I am an attorney licensed to practice law in the state of New York. I am a partner at Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I am admitted *pro hac vice* in the above-captioned matter. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Remittitur or a New Trial filed concurrently herewith. I am personally familiar with the legal proceedings in this matter and make this declaration from my own personal knowledge, and I could and would competently testify to the following if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct excerpt of the certified transcript of proceedings in the trial of this matter, heard on April 28 through May 6, 2025 before the Honorable Phyllis J. Hamilton in Courtroom 3 of the Oakland Courthouse of the United States District Court in the Northern District of California.

3. Attached hereto as **Exhibit 2** is a true and correct excerpt of the transcript of the deposition of Tamir Gazneli, taken in this case on September 4, 2024 and played at trial on April 30, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct excerpt of the transcript of the deposition of Sarit Bizinsky Gil, taken in this case on September 6, 2024 and played at trial on May 1, 2025.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiffs' Trial Exhibit PTX-0013, admitted into evidence at trial on April 29, 2025.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Defendants' Trial Exhibit A-1779, admitted into evidence at trial on May 1, 2025.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Defendants' Trial Exhibit A-1780, admitted into evidence at trial on May 1, 2025.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Defendants' Trial Exhibit A-1781, admitted into evidence at trial on May 1, 2025.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Defendants' Trial Exhibit A-1782, admitted into evidence at trial on May 1, 2025.

1

DECLARATION OF ANTONIO J. PEREZ-MARQUES ISO PLS.' OPP. TO DEFS' MOTION FOR REMITTITUR OR A NEW TRIAL
CASE NO. 4:19-CV-07123-PJH

1 | I declare under the penalty of perjury that the foregoing is true and correct.
2 | Executed this 12th day of June 2025 in New York, New York.

By:  /s/ *Antonio J. Perez-Marques*
     Antonio J. Perez-Marques

2

DECLARATION OF ANTONIO J. PEREZ-MARQUES ISO PLS.' OPP. TO DEFS' MOTION FOR REMITTITUR OR A NEW TRIAL
CASE NO. 4:19-CV-07123-PJH