# EXHIBIT 2

# Gazneli4_30PM_ver1

Designation List Report

| | | |
|---|---|---|
| 👤 | **Gazneli, Tamir** | **2024-09-04** |

| | |
|---|---|
| P's Narrowed | 01:31:32 |
| D's Counters | 00:09:36 |
| **TOTAL RUN TIME** | **01:41:08** |

📄 Documents linked to video:
P34
P44
P59
P60
P62
P63
P64
P65
P66



ID: Gazneli4_30PM_ver1

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 31:11  A.  The team was researching Android | | er1.13 |
| | 31:12      related applications and services in order to gain | | |
| | 31:13      access to the endpoint data. | | |
| | 31:14  Q.  Okay.  Now, you testified previously | | |
| | 31:15      that they were doing work -- you gave us the four | | |
| | 31:16      names who were doing work related to WhatsApp? | | |
| | 31:17  A.  Yes. | | |
| 31:18 - 31:19 | **Gazneli, Tamir 2024-09-04** | 00:00:02 | **Gazneli4_30PM_ver1.14** |
| | 31:18  Q.  And what work were they doing | | |
| | 31:19      related to WhatsApp? | | |
| 32:05 - 32:10 | **Gazneli, Tamir 2024-09-04** | 00:00:13 | **Gazneli4_30PM_ver1.15** |
| | 32:05  A.  To understand how the application | | |
| | 32:06      works. | | |
| | 32:07  Q.  For what purpose? | | |
| | 32:08  A.  As I stated before, in order to | | |
| | 32:09      build the software that gets access to the | | |
| | 32:10      endpoint's data. | | |
| 37:24 - 38:01 | **Gazneli, Tamir 2024-09-04** | 00:00:11 | **Gazneli4_30PM_ver1.16** |
| | 37:24  Q.  What is a 0 click exploit? | | |
| | 37:25  A.  An exploit that does not require any | | |
| | 38:01      interaction from the target. | | |
| 39:01 - 39:07 | **Gazneli, Tamir 2024-09-04** | 00:00:16 | **Gazneli4_30PM_ver1.17** |
| | 39:01  Q.  Let me ask it this way.  You | | |
| | 39:02      understand that Heaven -- you are familiar with | | |
| | 39:03      the Heaven installation vector? | | |
| | 39:04  A.  Yes. | | |
| | 39:05  Q.  And that worked via WhatsApp, is | | |
| | 39:06      that right?  That used WhatsApp messages as part | | |
| | 39:07      of the installation? | | |
| 39:10 - 39:14 | **Gazneli, Tamir 2024-09-04** | 00:00:14 | **Gazneli4_30PM_ver1.18** |
| | 39:10  A.  Yes. | | |
| | 39:11  Q.  And so when I say "via WhatsApp", | | |
| | 39:12      what I mean is the relationship between the | | |
| | 39:13      installation vector and WhatsApp, such as the one | | |
| | 39:14      that Heaven had.  Is that clear to you? | | |
| 39:16 - 40:04 | **Gazneli, Tamir 2024-09-04** | 00:01:04 | **Gazneli4_30PM_ver1.19** |
| | 39:16  A.  Yes. | | |
| | 39:17  Q.  And so with that clarification, did | | |
| | 39:18      the team that you supervised as Security Research | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 39:19 | Team Leader develop 0 click exploits that worked | | |
| | 39:20 | via WhatsApp? | | |
| | 39:21 | A. It developed 0 click vectors | | |
| | 39:22 | which -- one of the ways was via WhatsApp. | | |
| | 39:23 | Q. Okay. Did those vectors that they | | |
| | 39:24 | developed have names? | | |
| | 39:25 | A. Heaven, Eden and ERISED. | | |
| | 40:01 | Q. And so Heaven, Eden and ERISED were | | |
| | 40:02 | developed by the researchers on the team that you | | |
| | 40:03 | supervised as Security Research Team Leader? | | |
| | 40:04 | A. Yes. | | |
| 41:05 - 41:09 | **Gazneli, Tamir 2024-09-04** | | 00:00:13 | **Gazneli4_30PM_ver1.20** |
| | 41:05 | Q. When we broke for the fire alarm, I | | |
| | 41:06 | believe we had a question pending. I had asked | | |
| | 41:07 | you whether you would agree that you are very | | |
| | 41:08 | familiar personally with the Eden, Heaven and | | |
| | 41:09 | ERISED exploits? | | |
| 41:11 - 41:19 | **Gazneli, Tamir 2024-09-04** | | 00:00:17 | **Gazneli4_30PM_ver1.21** |
| | 41:11 | A. I would say that I am familiar with | | |
| | 41:12 | the exploits but not each and every line in the | | |
| | 41:13 | code. | | |
| | 41:14 | Q. But you led the team that developed | | |
| | 41:15 | them, right? | | |
| | 41:16 | A. Yes. | | |
| | 41:17 | Q. You were promoted to Director of R&D | | |
| | 41:18 | in January 2020. Is that correct? | | |
| | 41:19 | A. Yes. | | |
| 44:19 - 44:24 | **Gazneli, Tamir 2024-09-04** | | 00:00:34 | **Gazneli4_30PM_ver1.22** |
| | 44:19 | Q. During your time as Director of R&D, | | |
| | 44:20 | were any researchers that you supervised working | | |
| | 44:21 | on installation vectors via WhatsApp? | | |
| | 44:22 | A. Yes. | | |
| | 44:23 | Q. Which vectors were those? | | |
| | 44:24 | A. When I was of R&D it was ERISED. | | |
| 47:07 - 47:15 | **Gazneli, Tamir 2024-09-04** | | 00:00:23 | **Gazneli4_30PM_ver1.23** |
| | 47:07 | Q. In November 2022, you were promoted | | |
| | 47:08 | to VP R&D, correct? | | |
| | 47:09 | A. Yes. | | |
| | 47:10 | Q. How did your responsibilities change | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 74:22 | part of the R&D process? | | |
| | 74:23 | A. This is a practice done by any cyber | | |
| | 74:24 | company, whether defensive or offensive, in order | | |
| | 74:25 | to work in the internal environments. | | |
| 76:06 - 76:15 | **Gazneli, Tamir 2024-09-04** | | 00:00:35 | **Gazneli4_30PM_ver1.30** |
| | 76:06 | Q. Right. And then at some point does | | |
| | 76:07 | the testing progress to actually testing it | | |
| | 76:08 | through WhatsApp's actual ecosystem? | | |
| | 76:09 | A. After reaching the capability in the | | |
| | 76:10 | internal server, then there is a phase of testing | | |
| | 76:11 | in the real environment, yes. | | |
| | 76:12 | Q. And with respect to the Hummingbird | | |
| | 76:13 | vectors, when did NSO reach the point of testing | | |
| | 76:14 | the installation vectors in WhatsApp's actual | | |
| | 76:15 | ecosystem? | | |
| 76:18 - 76:22 | **Gazneli, Tamir 2024-09-04** | | 00:00:14 | **Gazneli4_30PM_ver1.31** |
| | 76:18 | A. I don't recall the exact month this | | |
| | 76:19 | was done. | | |
| | 76:20 | Q. Approximately? | | |
| | 76:21 | A. Approximately, it was near | | |
| | 76:22 | April 2018. | | |
| 80:02 - 80:05 | **Gazneli, Tamir 2024-09-04** | | 00:00:14 | **Gazneli4_30PM_ver1.32** |
| | 80:02 | Were any live WhatsApp accounts created | | |
| | 80:03 | during any phase of the testing of the Hummingbird | | |
| | 80:04 | vectors by NSO? | | |
| | 80:05 | A. Yes. | | |
| 81:03 - 81:07 | **Gazneli, Tamir 2024-09-04** | | 00:00:21 | **Gazneli4_30PM_ver1.33** |
| | 81:03 | Q. And so could you say approximately | | |
| | 81:04 | how many WhatsApp accounts were created as part of | | |
| | 81:05 | the testing of the Hummingbird vectors? | | |
| | 81:06 | A. I don't have the exact number, but I | | |
| | 81:07 | can estimate it is about 50 numbers. | | |
| 81:16 - 81:19 | **Gazneli, Tamir 2024-09-04** | | 00:00:14 | **Gazneli4_30PM_ver1.34** |
| | 81:16 | Q. Do you have any understanding of | | |
| | 81:17 | approximately how many times -- let me put it this | | |
| | 81:18 | way -- on how many target devices the Hummingbird | | |
| | 81:19 | vectors have been successfully used by NSO? | | |
| 81:21 - 82:03 | **Gazneli, Tamir 2024-09-04** | | 00:00:20 | **Gazneli4_30PM_ver1.35** |
| | 81:21 | A. When you say Hummingbird was used, | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 81:22     what do you mean by that? | | |
| | 81:23  Q. Used as -- successfully used as an | | |
| | 81:24     installation vector to cause the installation of | | |
| | 81:25     the agent? | | |
| | 82:01  A. In which timeframe? | | |
| | 82:02  Q. What I will call the relevant | | |
| | 82:03     timeframe, so April 2018 to May 2020? | | |
| 82:06 - 82:06 | **Gazneli, Tamir 2024-09-04** | 00:00:02 | **Gazneli4_30PM_ver1.36** |
| | 82:06  A. I don't have an exact number. | | |
| 82:20 - 82:23 | **Gazneli, Tamir 2024-09-04** | 00:00:08 | **Gazneli4_30PM_ver1.37** |
| | 82:20  Q. I understand you don't have the | | |
| | 82:21     exact number. I am asking for an approximate | | |
| | 82:22     number. Tens, hundreds, thousands, tens of | | |
| | 82:23     thousands? | | |
| 82:25 - 83:03 | **Gazneli, Tamir 2024-09-04** | 00:00:10 | **Gazneli4_30PM_ver1.38** |
| | 82:25  A. It is not tens of thousands but it | | |
| | 83:01     is not hundreds. | | |
| | 83:02  Q. So thousands? | | |
| | 83:03  A. In between, yes. | | |
| 83:09 - 83:11 | **Gazneli, Tamir 2024-09-04** | 00:00:05 | **Gazneli4_30PM_ver1.39** |
| | 83:09  Q. In between what? | | |
| | 83:10  A. In between hundreds and tens of | | |
| | 83:11     thousands. | | |
| 83:22 - 84:02 | **Gazneli, Tamir 2024-09-04** | 00:00:16 | **Gazneli4_30PM_ver1.40** |
| | 83:22  Q. The term "Pegasus", does that to you | | |
| | 83:23     mean the agent or is it broader than the agent? | | |
| | 83:24  A. This is the name of the product. | | |
| | 83:25  Q. And does that include the | | |
| | 84:01     installation vectors or would Pegasus be the agent | | |
| | 84:02     itself? | | |
| 84:04 - 84:23 | **Gazneli, Tamir 2024-09-04** | 00:00:49 | **Gazneli4_30PM_ver1.41** |
| | 84:04     MR. PEREZ-MARQUES: I just want to | | |
| | 84:05     clarify our terminology so I can make the | | |
| | 84:06     questions clearer. | | |
| | 84:07  A. The product that is called Pegasus | | |
| | 84:08     eventually delivers the data to the customers | | |
| | 84:09     which are sent to the customers by the agent, and | | |
| | 84:10     and the agent installed using installation | | |
| | 84:11     investigators. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 131:05  required. | | |
| | 131:06  Q.  And doing so in a way that could not | | |
| | 131:07    be traced back to NSO or the customer? | | |
| 131:11 - 131:17 | **Gazneli, Tamir 2024-09-04** | 00:00:22 | **Gazneli4_30PM_ver1.82** |
| | 131:11  A.  As it says here, the goal is | | |
| | 131:12    deniability of the customer and includes the | | |
| | 131:13    deniability of the company. | | |
| | 131:14  Q.  And the White Services team that you | | |
| | 131:15    mentioned, what is their role? | | |
| | 131:16  A.  To make those purchases for | | |
| | 131:17    infrastructure in an anonymized way. | | |
| 131:21 - 131:23<br>🔗 P44.2 | **Gazneli, Tamir 2024-09-04** | 00:00:05 | **Gazneli4_30PM_ver1.83** |
| | 131:21    (Exhibit 2017 marked for identification) | | |
| | 131:22    I am showing you what has been marked as | | |
| | 131:23    Exhibit 2017.  This is a Confluence document, is | | |
| 131:23 - 132:16<br>🔗 P44.2.3 | **Gazneli, Tamir 2024-09-04** | 00:00:47 | **Gazneli4_30PM_ver1.84** |
| | 131:23    Exhibit 2017.  This is a Confluence document, is | | |
| | 131:24    that right? | | |
| | 131:25  A.  Yes. | | |
| | 132:01  Q.  What is Confluence? | | |
| | 132:02  A.  It is a software for documenting. | | |
| | 132:03  Q.  The document is dated January 25, | | |
| | 132:04    2018.  Do you see that? | | |
| | 132:05  A.  Yes. | | |
| | 132:06  Q.  And it has a heading that is | | |
| | 132:07    partially redacted, "2.50", then a redaction and | | |
| | 132:08    then "Android".  Do you see that? | | |
| | 132:09  A.  Yes. | | |
| | 132:10  Q.  Do you recognize this document? | | |
| | 132:11  A.  Yes. | | |
| | 132:12  Q.  What is it? | | |
| | 132:13  A.  It is a release page that states | | |
| | 132:14    that a version is being released. | | |
| | 132:15  Q.  A new version of Pegasus, correct? | | |
| | 132:16  A.  Yes. | | |
| 137:24 - 139:09<br>✖ Clear | **Gazneli, Tamir 2024-09-04** | 00:01:48 | **Gazneli4_30PM_ver1.85** |
| | 137:24  Q.  And so if at this point Pegasus 2.50 | | |
| | 137:25    including Heaven was not yet clear to go to | | |
| | 138:01    customers, when was Heaven clear to go to | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 🔗 P60.2 | 152:24 | Q. | Let me show you what we will mark -- | | er1.95 |
| | 152:25 | | I think we are up to 2033. | | |
| | 153:01 | | (Exhibit 2033 marked for identification) | | |
| | 153:02 | | This is Exhibit 2033. This is | | |
| 153:02 - 153:17 | **Gazneli, Tamir 2024-09-04** | | | 00:00:53 | **Gazneli4_30PM_ver1.96** |
| | 153:02 | | This is Exhibit 2033. This is | | |
| | 153:03 | | a multipage document beginning on | | |
| 🔗 P60.2.1 | 153:04 | | NSO_WHATSAPP_00008957 through 8962. It has the | | |
| | 153:05 | | title at the top "Heaven OpSec." Do you recognize | | |
| | 153:06 | | Exhibit 2033? | | |
| | 153:07 | A. | Yes. | | |
| | 153:08 | Q. | What is it? | | |
| | 153:09 | A. | It is an OpSec document for Heaven | | |
| | 153:10 | | vector. | | |
| | 153:11 | Q. | What does that mean, an OpSec | | |
| | 153:12 | | document? | | |
| | 153:13 | A. | It is OpSec team's analysis results | | |
| | 153:14 | | and suggestions how will be the best in terms of | | |
| | 153:15 | | this vector to be developed and used. | | |
| | 153:16 | Q. | And concealed, right? | | |
| | 153:17 | A. | Yes. | | |
| 153:20 - 154:08 | **Gazneli, Tamir 2024-09-04** | | | 00:00:45 | **Gazneli4_30PM_ver1.97** |
| | 153:20 | Q. | Again I don't think the reporter got | | |
| | 153:21 | | your answer. You said "yes", right? | | |
| | 153:22 | A. | Yes. | | |
| | 153:23 | Q. | And so was this a document that was | | |
| | 153:24 | | prepared by the operational security team within | | |
| | 153:25 | | R&D? | | |
| | 154:01 | A. | Yes. | | |
| | 154:02 | Q. | Did you have any role in preparing | | |
| | 154:03 | | this document? | | |
| | 154:04 | A. | No. | | |
| | 154:05 | Q. | Do you know approximately when it | | |
| | 154:06 | | was prepared? | | |
| | 154:07 | A. | Not the exact date but if I remember | | |
| | 154:08 | | right it was around the beginning of 2018. | | |
| 154:17 - 155:03 | **Gazneli, Tamir 2024-09-04** | | | 00:00:23 | **Gazneli4_30PM_ver1.98** |
| 🔗 P60.2.2 | 154:17 | Q. | The first one listed there says: | | |
| | 154:18 | | "Resources of value we want to protect." | | |
| | 154:19 | | The first one is: | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 208:02  Q.  And you understood during your time<br>208:03      working on the Hummingbird vectors that WhatsApp<br>208:04      would try to shut down the installation vectors if<br>208:05      they were detected.  Right? | | |
| 208:08 - 208:12 | **Gazneli, Tamir 2024-09-04**<br>208:08  A.  WhatsApp would shut down or close<br>208:09      any vulnerability it knew about or exists.<br>208:10  Q.  Including the vulnerabilities that<br>208:11      were being exploited for the Hummingbird vectors,<br>208:12      right? | 00:00:11 | Gazneli4_30PM_ver1.128 |
| 208:15 - 209:05 | **Gazneli, Tamir 2024-09-04**<br>208:15  A.  If it discovered it, yes.<br>208:16  Q.  And so that discovery by WhatsApp is<br>208:17      something that the OpSec team worked to avoid.  Is<br>208:18      that right?<br>208:19  A.  OpSec team, as I said at the<br>208:20      beginning document, are placing new suggestions<br>208:21      that from their point of view would like to be<br>208:22      implemented.  Whether any suggestion here is<br>208:23      implemented or not, it really depends on the<br>208:24      capability and whether it can be applied or not.<br>208:25  Q.  But my question was more general,<br>209:01      not about specific suggestions, that discovery of<br>209:02      the exploits by WhatsApp is something that the<br>209:03      OpSec team worked to avoid.  Isn't that right?<br>209:04  A.  They suggested ways so that the<br>209:05      capability would prolong much longer time. | 00:01:01 | Gazneli4_30PM_ver1.129 |
| 209:22 - 210:02<br>🔗 P60.3.3 | **Gazneli, Tamir 2024-09-04**<br>209:22  Q.  Sure.  So under the WhatsApp section<br>209:23      of actors it says "We know WhatsApp has spam<br>209:24      solving measures".  Do you see that?<br>209:25  A.  Yes.<br>210:01  Q.  And what does that refer to, spam<br>210:02      solving measures? | 00:00:14 | Gazneli4_30PM_ver1.130 |
| 210:05 - 210:12<br>🔗 P60.3.4 | **Gazneli, Tamir 2024-09-04**<br>210:05  A.  As it states afterward: "Users can<br>210:06      block people from messaging when something fishy<br>210:07      is noticed about them."<br>210:08  Q.  And that is your understanding of | 00:00:21 | Gazneli4_30PM_ver1.131 |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 231:14 | | lead to a WhatsApp client crash on the target | | |
| | 231:15 | | device, then according to the statement and the | | |
| | 231:16 | | standing of how things in this domain work the | | |
| | 231:17 | | WhatsApp crash would be uploaded to the servers. | | |
| | 231:18 | Q. | Creating a risk of detection, right? | | |
| | 231:19 | A. | That depends on the content of the | | |
| | 231:20 | | message -- of the crash and the ability of the | | |
| | 231:21 | | other side to understand what is in the crash. | | |
| | 231:22 | Q. | But potentially creating a risk of | | |
| | 231:23 | | detection, creating a risk of potential detection, | | |
| | 231:24 | | right? | | |
| | 231:25 | A. | Yes. | | |
| 235:19 - 235:22 | **Gazneli, Tamir 2024-09-04** | | | 00:00:10 | **Gazneli4_30PM_ver1.149** |
| | 235:19 | Q. | But you agree that some of these are | | |
| | 235:20 | | suggestions for how to avoid WhatsApp's security | | |
| | 235:21 | | mechanisms as the author understood those security | | |
| | 235:22 | | mechanisms? | | |
| 235:25 - 237:06 | **Gazneli, Tamir 2024-09-04** | | | 00:02:36 | **Gazneli4_30PM_ver1.150** |
| | 235:25 | A. | Some of them, if those specific | | |
| | 236:01 | | mechanisms were implemented on the server side, | | |
| | 236:02 | | may potentially detect unusual activity on the | | |
| | 236:03 | | servers. | | |
| | 236:04 | Q. | And these are suggestions for how to | | |
| | 236:05 | | avoid such detection, right? | | |
| | 236:06 | A. | I wouldn't say avoid but minimize | | |
| | 236:07 | | the risk. | | |
| | 236:08 | Q. | And were certain of these | | |
| | 236:09 | | countermeasures implemented? | | |
| | 236:10 | A. | I would have to read through. | | |
| | 236:11 | Q. | Take a moment.  I know it is two | | |
| | 236:12 | | pages of countermeasures here, but go ahead. | | |
| | 236:13 | A. | Are you asking about the whole | | |
| | 236:14 | | section? | | |
| | 236:15 | Q. | Yes, the countermeasures and | | |
| | 236:16 | | mitigations starts on page 8960 and continues on | | |
| | 236:17 | | to 961. | | |
| | 236:18 | A. | For now I can address the | | |
| | 236:19 | | fingerprint stage if you want and then I can | | |
| | 236:20 | | continue. | | |
| | 236:21 | Q. | You can answer just yes or no, were | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 236:22 | | any of the suggested counter measures in the | | |
| | 236:23 | | fingerprint section implemented by NSO? | | |
| | 236:24 | A. | For any the answer is yes, but in | | |
| | 236:25 | | order to answer exactly which and how many, I | | |
| | 237:01 | | would have to read it all. | | |
| | 237:02 | Q. | Fair enough.  So let's drop that. | | |
| | 237:03 | | Would you agree, as a general matter, that NSO | | |
| | 237:04 | | took steps to minimize the risk of detection by | | |
| | 237:05 | | WhatsApp of the Hummingbird vectors? | | |
| | 237:06 | A. | Yes. | | |
| 243:10 - 244:21  🔗 P62.2.1 | **Gazneli, Tamir 2024-09-04** | | | 00:01:48 | **Gazneli4_30PM_ver1.151** |
| | 243:10 | Q. | Let me show you what has been marked | | |
| | 243:11 | | as Exhibit 2035, another Confluence document with | | |
| | 243:12 | | the header 2.52 Android.  Do you see that on the | | |
| | 243:13 | | Bates NSO_WHATSAPP ending 288? | | |
| | 243:14 | A. | Yes. | | |
| | 243:15 | | (Exhibit 2035 marked for identification) | | |
| | 243:16 | Q. | We looked in another exhibit at a | | |
| | 243:17 | | document that concerned the release of Pegasus | | |
| | 243:18 | | 2.50.  Do you recall that? | | |
| | 243:19 | A. | Yes. | | |
| | 243:20 | Q. | And that Pegasus 2.50 included | | |
| | 243:21 | | Heaven for the first time.  Do you recall that? | | |
| | 243:22 | A. | Yes. | | |
| | 243:23 | Q. | Do you recognize this document, | | |
| | 243:24 | | Exhibit 2035? | | |
| | 243:25 | A. | Yes. | | |
| | 244:01 | Q. | And 2.52 refers to a version of | | |
| | 244:02 | | Pegasus, is that right? | | |
| | 244:03 | A. | Yes. | | |
| | 244:04 | Q. | And it notes that 2.52, Pegasus 2.52 | | |
| | 244:05 | | is officially approved for production, right? | | |
| | 244:06 | A. | Yes. | | |
| 🔗 P62.2.2 | 244:07 | Q. | And it notes that among the | | |
| | 244:08 | | enhancements included for Heaven specifically is | | |
| | 244:09 | | "support for the most updated WhatsApp Version | | |
| | 244:10 | | 2.18.46 that was released by WhatsApp less than a | | |
| | 244:11 | | week ago".  Do you see that? | | |
| | 244:12 | A. | Yes. | | |
| | 244:13 | Q. | And so this reflects NSO working to | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 254:04 | | various participants on December 5, 2018. | | |
| | 254:05 | A. | Yes. | | |
| 🔗 P34.2.2 | 254:06 | Q. | It states in the second message | | |
| | 254:07 | | down: | | |
| | 254:08 | | "WhatsApp has made changes in their | | |
| | 254:09 | | servers that currently fail all installations and | | |
| | 254:10 | | can cause crashes that risk the Hummingbird | | |
| | 254:11 | | vector." | | |
| | 254:12 | | Do you see that? | | |
| | 254:13 | A. | Yes. | | |
| | 254:14 | Q. | And do you recall in December 2018 a | | |
| | 254:15 | | WhatsApp update that caused all Hummingbird | | |
| | 254:16 | | installations to crash? | | |
| | 254:17 | A. | Yes. | | |
| | 254:18 | Q. | What do you recall about that? | | |
| | 254:19 | A. | I recall that that specific change | | |
| | 254:20 | | was around our ability to end that specific relay | | |
| | 254:21 | | server that we talked about previously, and | | |
| | 254:22 | | controlling the target's WhatsApp client to choose | | |
| | 254:23 | | that specific relay server for communication. | | |
| | 254:24 | Q. | And the reference here, when it says | | |
| | 254:25 | | "can cause crashes that risk the Hummingbird | | |
| | 255:01 | | vector", that relates back to what we saw in the | | |
| | 255:02 | | OpSec document about crashes potentially | | |
| | 255:03 | | generating logs that would be reviewed by | | |
| | 255:04 | | WhatsApp? | | |
| 255:07 - 255:12 | **Gazneli, Tamir 2024-09-04** | | | 00:00:19 | **Gazneli4_30PM_ver1.166** |
| | 255:07 | A. | This relates to crashes that after | | |
| | 255:08 | | the change may occur on the target's devices. | | |
| | 255:09 | Q. | And the reason they would risk the | | |
| | 255:10 | | Hummingbird vector is potentially, among other | | |
| | 255:11 | | reasons, because they could be reviewed by | | |
| | 255:12 | | WhatsApp, the crash logs? | | |
| 255:15 - 255:17 | **Gazneli, Tamir 2024-09-04** | | | 00:00:09 | **Gazneli4_30PM_ver1.167** |
| | 255:15 | A. | They are uploaded to the server of | | |
| | 255:16 | | the vendor and whether they review them or not is | | |
| | 255:17 | | their decision to make. | | |
| 256:16 - 258:12 | **Gazneli, Tamir 2024-09-04** | | | 00:02:22 | **Gazneli4_30PM_ver1.168** |
| | 256:16 | Q. | Did the NSO R&D team in fact work on | | |
| | 256:17 | | a solution to restore the Hummingbird vectors | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 256:18 | | after this December 2018 update? | | |
| | 256:19 | A. | Yes. | | |
| | 256:20 | Q. | And was that successful, that | | |
| | 256:21 | | effort? | | |
| | 256:22 | A. | That was Eden. | | |
| | 256:23 | Q. | So Heaven was made not operational | | |
| | 256:24 | | by the December 2018 update.  Is that right? | | |
| | 256:25 | A. | Yes. | | |
| | 257:01 | Q. | And subsequently NSO released Eden? | | |
| | 257:02 | A. | Yes. | | |
| 🔗 P64.2.1 | 257:03 | Q. | If we look at -- I am going to show | | |
| | 257:04 | | you another document.  This is 2038. | | |
| | 257:05 | | (Exhibit 2038 marked for identification) | | |
| | 257:06 | | This is a WhatsApp chat on January 15, | | |
| | 257:07 | | 2019 among various participants.  In the first | | |
| 🔗 P64.2.2 | 257:08 | | message someone named Gilad says in the last line: | | |
| | 257:09 | | "Bottom line, Eden works fine on S3 and | | |
| | 257:10 | | can be demonstrated" with a sort of smiley | | |
| | 257:11 | | emoticon.  Do you see that? | | |
| | 257:12 | A. | Yes. | | |
| | 257:13 | Q. | What is S3. | | |
| | 257:14 | A. | Sales 3. | | |
| | 257:15 | Q. | What is sales 3? | | |
| | 257:16 | A. | It is an infrastructure for making | | |
| | 257:17 | | demonstrations for our services. | | |
| | 257:18 | Q. | And is this the approximate timing | | |
| | 257:19 | | of when Eden became ready for use at least for | | |
| | 257:20 | | demonstration purposes. | | |
| | 257:21 | A. | For demonstration, yes. | | |
| | 257:22 | Q. | And then when did Eden go live for | | |
| | 257:23 | | use by customers? | | |
| | 257:24 | A. | If I remember right, about a month | | |
| | 257:25 | | after. | | |
| | 258:01 | Q. | So this reflects NSO's fix or | | |
| | 258:02 | | response to the problem that was created by the | | |
| | 258:03 | | December 2018 update? | | |
| | 258:04 | A. | This is we doing our job to | | |
| | 258:05 | | delivering the customers the software they needed. | | |
| | 258:06 | Q. | Right.  So after the December 2018 | | |
| | 258:07 | | update, NSO customers couldn't use the 0 click | | |
| | 258:08 | | Android installation vectors, right? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 258:09  A.  Right. | | |
| | 258:10  Q.  And Eden, once it was released, | | |
| | 258:11      allowed them to do so again, right? | | |
| | 258:12  A.  Right. | | |
| 258:13 - 258:16 | **Gazneli, Tamir 2024-09-04** | 00:00:08 | Gazneli4_30PM_ver1.169 |
| | <span style="color:red">258:13  Q.  And between Heaven and Eden was</span> | | |
| | <span style="color:red">258:14      there any other -- was there any 0 click Android</span> | | |
| | <span style="color:red">258:15      installation vector in operation?</span> | | |
| | <span style="color:red">258:16  A.  No.</span> | | |
| 262:02 - 262:24 | **Gazneli, Tamir 2024-09-04** | 00:01:15 | Gazneli4_30PM_ver1.170 |
| | 262:02      (Exhibit 2039 marked for identification.) | | |
| 🔗 P66.2 | 262:03  Q.  This is Exhibit 2039, which is a | | |
| | 262:04      WhatsApp chat from May 12, 2019.  Again various | | |
| 🔗 P66.3.1 | 262:05      participants.  In the second page Tomer Timor has | | |
| | 262:06      a message.  Who is Mr. Timor? | | |
| | 262:07  A.  He was, if I am right, at that stage | | |
| | 262:08      presales employee. | | |
| | 262:09  Q.  Presales? | | |
| | 262:10  A.  Yes. | | |
| | 262:11  Q.  He says in the sort of third | | |
| | 262:12      paragraph down: | | |
| | 262:13      "So bottom line, Eden has finished its | | |
| | 262:14      duty with us as a patch was done on the server | | |
| | 262:15      side with the application it works with." | | |
| | 262:16      Do you recall this event? | | |
| | 262:17  A.  Yes. | | |
| | 262:18  Q.  And what does that refer to?  What | | |
| | 262:19      is the event that is being described here? | | |
| | 262:20  A.  Closure of ability to trigger the | | |
| | 262:21      vulnerability on the target's WhatsApp client. | | |
| | 262:22  Q.  So this reflect WhatsApp's | | |
| | 262:23      remediation of the exploit that is described in | | |
| | 262:24      the complaint? | | |
| 263:02 - 263:19 | **Gazneli, Tamir 2024-09-04** | 00:00:48 | Gazneli4_30PM_ver1.171 |
| | 263:02  A.  It refers to changes that were done, | | |
| | 263:03      whether on the server side and the client side, in | | |
| | 263:04      order to prevent us from triggering the | | |
| | 263:05      vulnerabilities. | | |
| | 263:06  Q.  And so after this point, after that | | |
| | 263:07      update in May 12 or around May 12, 2019, was NSO | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 263:08 | able to use Eden after that point? | | |
| | 263:09 A. | No. | | |
| 🔗 P66.3.2 | 263:10 Q. | In the next paragraph down he said: | | |
| | 263:11 | "I heard some sales managers talking in | | |
| | 263:12 | a dramatic way.  Your job is to make sure they | | |
| | 263:13 | remember that along the years NSO has proven time | | |
| | 263:14 | after time that one of its biggest value is the | | |
| | 263:15 | ability to 'survive' this harsh environment of the | | |
| | 263:16 | cat and mouse game." | | |
| | 263:17 | Do you see that. | | |
| | 263:18 A. | Yes. | | |
| | 263:19 Q. | What does that refer to? | | |
| 263:22 - 264:05 | **Gazneli, Tamir 2024-09-04** | | 00:00:41 | **Gazneli4_30PM_ver1.172** |
| | 263:22 A. | This is a domain that you are not in | | |
| | 263:23 | control how long your capability will prolong at | | |
| | 263:24 | least for total control, and that is why he quotes | | |
| | 263:25 | cat and mouse game.  The ecosystem that you were | | |
| | 264:01 | working or acting makes changes eventually, forces | | |
| | 264:02 | you to adjust it. | | |
| | 264:03 Q. | So NSO designs an exploit, the | | |
| | 264:04 | exploit gets shut down.  NSO designs another, | | |
| | 264:05 | right? | | |
| 264:08 - 264:09 | **Gazneli, Tamir 2024-09-04** | | 00:00:02 | **Gazneli4_30PM_ver1.173** |
| | 264:08 Q. | Is that generally the cat and mouse | | |
| | 264:09 | game? | | |
| 264:12 - 264:19 | **Gazneli, Tamir 2024-09-04** | | 00:00:26 | **Gazneli4_30PM_ver1.174** |
| | 264:12 A. | This is the domain that you have to | | |
| | 264:13 | stay -- to keep and find new vulnerabilities after | | |
| | 264:14 | the systems get changed. | | |
| | 264:15 Q. | That is just inherent to the domain | | |
| | 264:16 | in which NSO operates, right? | | |
| | 264:17 A. | Yes. | | |
| | 264:18 Q. | When something gets shut down, you | | |
| | 264:19 | have to work to develop another? | | |
| 264:22 - 266:07 | **Gazneli, Tamir 2024-09-04** | | 00:02:02 | **Gazneli4_30PM_ver1.175** |
| | 264:22 A. | Eventually you have to provide -- | | |
| | 264:23 | you want to provide the 1 click and 0 click | | |
| | 264:24 | solutions to customers, and it doesn't relate to a | | |
| | 264:25 | specific service or application. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 265:01  Q.  And at this point in May 2019 when | | |
| | 265:02       the WhatsApp update prevented Eden from working | | |
| | 265:03       did NSO have any 0 click Android solutions? | | |
| | 265:04  A.  No. | | |
| | 265:05  Q.  Did the R&D group subsequently find | | |
| | 265:06       another 0 click installation vector for Android | | |
| | 265:07       devices? | | |
| | 265:08  A.  Yes. | | |
| | 265:09  Q.  What was that? | | |
| | 265:10  A.  ERISED. | | |
| | 265:11  Q.  When was ERISED approved for | | |
| | 265:12       production? | | |
| | 265:13  A.  I don't recall the exact date. | | |
| | 265:14  Q.  If we back to the exhibit we were | | |
| | 265:15       looking at, in that same message from Mr. Timor he | | |
| | 265:16       says: | | |
| 🔗 P66.3.3 | 265:17       "R&D are working hard on different | | |
| | 265:18       directions.  Hopefully we will have good news | | |
| | 265:19       soon, but please remember that our technological | | |
| | 265:20       status is still great as we as a company have the | | |
| | 265:21       resources to find something new in a relatively | | |
| | 265:22       short time." | | |
| | 265:23       Do you agree with his statement, sir? | | |
| | 265:24  A.  He was optimistic. | | |
| | 265:25  Q.  Is it accurate that at this point, | | |
| | 266:01       in May 2019, NSO's R&D group was working hard on | | |
| | 266:02       potential solutions to restore 0 click capability? | | |
| | 266:03  A.  As a research group and development | | |
| | 266:04       team, you constantly work on research in order to | | |
| | 266:05       find possible ways, rapid solutions.  As I | | |
| | 266:06       explained before, eventually we are producing a | | |
| | 266:07       product for customers. | | |
| 266:14 - 266:22  🗙 Clear | **Gazneli, Tamir 2024-09-04** | 00:00:57 | **Gazneli4_30PM_ver1.176** |
| | 266:14  Q.  Do you remember when ERISED began to | | |
| | 266:15       be used by customers, approximately? | | |
| | 266:16  A.  It is really not an exact time.  I | | |
| | 266:17       couldn't tell. | | |
| | 266:18  Q.  What is your best estimate? | | |
| | 266:19  A.  If I recall right, it was close to | | |
| | 266:20       the end of the year. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 266:21  Q. So late 2019? | | |
| | 266:22  A. If I recall right. | | |
| 267:02 - 267:04 | **Gazneli, Tamir 2024-09-04** | 00:00:07 | **Gazneli4_30PM_ver1.177** |
| | 267:02  Q. And up to that date in May 2020, did | | |
| | 267:03      ERISED remain in use? | | |
| | 267:04  A. Yes. | | |
| 267:05 - 267:10 | **Gazneli, Tamir 2024-09-04** | 00:00:34 | **Gazneli4_30PM_ver1.178** |
| | 267:05  Q. So as to whether NSO has ever | | |
| | 267:06      stopped using ERISED, I assume that is a question | | |
| | 267:07      you are not willing to answer? | | |
| | 267:08  A. Regarding ERISED, the | | |
| | 267:09      vulnerabilities in ERISED was not in WhatsApp at | | |
| | 267:10      all and that part was eventually closed. | | |
| 267:22 - 268:06 | **Gazneli, Tamir 2024-09-04** | 00:00:21 | **Gazneli4_30PM_ver1.179** |
| | 267:22  Q. But did it also work by transmitting | | |
| | 267:23      WhatsApp messages? | | |
| | 267:24  A. It was our decision whether to | | |
| | 267:25      trigger it using WhatsApp messages or not. | | |
| | 268:01  Q. So it could be triggered using | | |
| | 268:02      WhatsApp messages? | | |
| | 268:03  A. Yes. | | |
| | 268:04  Q. And were those WhatsApp messages | | |
| | 268:05      sent via WhatsApp servers? | | |
| | 268:06  A. Yes. | | |
| 269:19 - 269:23 | **Gazneli, Tamir 2024-09-04** | 00:00:22 | **Gazneli4_30PM_ver1.180** |
| | 269:19  Q. Just to be clear, after WhatsApp | | |
| | 269:20      closed the vulnerability that was being exploited | | |
| | 269:21      by Eden in May 2019, NSO worked on developing a | | |
| | 269:22      new 0 click exploit that also worked, at least in | | |
| | 269:23      part, by transmitting WhatsApp messages.  Yes? | | |
| 270:01 - 270:05 | **Gazneli, Tamir 2024-09-04** | 00:00:18 | **Gazneli4_30PM_ver1.181** |
| | 270:01  A. We researched for a new solution. | | |
| | 270:02      We found vulnerability in the system which was | | |
| | 270:03      specific for Samsung and we decided to implement | | |
| | 270:04      it and build installation flow based on WhatsApp | | |
| | 270:05      application. | | |
| 270:06 - 270:10 | **Gazneli, Tamir 2024-09-04** | 00:00:14 | **Gazneli4_30PM_ver1.182** |
| | 270:06  Q. And after WhatsApp closed the | | |
| | 270:07      vulnerability that was being exploited by Eden, | | |