# EXHIBIT 3

# Gil4_30PM

Designation List Report

**Bizinsky, Sarit**  2024-09-06

| | |
|---|---|
| P's Narrowed | 00:05:00 |
| D's Counters | 00:00:13 |
| **TOTAL RUN TIME** | **00:05:14** |



ID: Gil4_30PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 43:08 all agree that you are at least providing testimony | | |
| | 43:09 under rule 30(b)(6) as to the terms of the contracts by | | |
| | 43:10 which NSO customers obtained the right to use the | | |
| | 43:11 accused technology in use between April 29, 2018, | | |
| | 43:12 and May 10, 2020? | | |
| 43:13 - 43:16 | **Bizinsky, Sarit 2024-09-06** | 00:00:13 | **Gil4_30PM.7** |
| | <span style="color:red">43:13 MR. CRAIG: The financial terms of those contracts, yes.</span> | | |
| | <span style="color:red">43:14 Mr. Shohat was designated to testify, and did testify,</span> | | |
| | <span style="color:red">43:15 about the remaining portion of that topic, meaning all</span> | | |
| | <span style="color:red">43:16 the other terms of the contracts that are not financial.</span> | | |
| 43:17 - 43:21 | **Bizinsky, Sarit 2024-09-06** | 00:00:11 | **Gil4_30PM.8** |
| | 43:17 Q. You understand that? | | |
| | 43:18 A. I understand. | | |
| | 43:19 Q. And you are also designated to topic 40, which is the | | |
| | 43:20 consideration received by defendants from NSO customers | | |
| | 43:21 for using the relevant spyware. Do you understand that? | | |
| 44:01 - 44:05 | **Bizinsky, Sarit 2024-09-06** | 00:00:13 | **Gil4_30PM.9** |
| | 44:01 A. Yes. | | |
| | 44:02 Q. Do you consent to provide corporate representative | | |
| | 44:03 testimony on those topics, subject to your counsel's | | |
| | 44:04 objection? | | |
| | 44:05 A. Yes. | | |
| 106:21 - 106:22 | **Bizinsky, Sarit 2024-09-06** | 00:00:06 | **Gil4_30PM.10** |
| | 106:21 Q. For 2018 through 2020, what was the price on the price | | |
| | 106:22 list of 15 concurrent targets, triggered only? | | |
| 107:03 - 107:04 | **Bizinsky, Sarit 2024-09-06** | 00:00:13 | **Gil4_30PM.11** |
| | 107:03 A. Okay, so as far as I remember, for Europe, for example, | | |
| | 107:04 the standard price was around 7 million. | | |
| 108:12 - 108:14 | **Bizinsky, Sarit 2024-09-06** | 00:00:09 | **Gil4_30PM.12** |
| | 108:12 Q. Okay. And how much were covert vectors? How much extra | | |
| | 108:13 would a customer, let's say in Europe, have to pay for | | |
| | 108:14 the use of covert vectors? | | |
| 108:17 - 108:18 | **Bizinsky, Sarit 2024-09-06** | 00:00:12 | **Gil4_30PM.13** |
| | 108:17 A. So it could be additional 1 million. 1.5. Again, | | |
| | 108:18 I don't remember exactly the pricing. | | |
| 110:22 - 110:23 | **Bizinsky, Sarit 2024-09-06** | 00:00:06 | **Gil4_30PM.14** |
| | 110:22 Q. Are you aware that certain customers paid more than | | |
| | 110:23 $7 million for 15 concurrent targets? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 111:01 - 111:01 | **Bizinsky, Sarit 2024-09-06** | 00:00:06 | **Gil4_30PM.15** |

    111:01  A.  Yes.  I don't remember but, potentially, yes.

| 111:16 - 111:17 | **Bizinsky, Sarit 2024-09-06** | 00:00:05 | **Gil4_30PM.16** |

    111:16      Why would defendants charge more, an additional
    111:17      amount, for covert vectors?

| 111:19 - 112:01 | **Bizinsky, Sarit 2024-09-06** | 00:00:40 | **Gil4_30PM.17** |

    111:19  A.  Um, many of the veteran customers, their original deals
    111:20      did not include covert, because the company did not have
    111:21      covert vectors in 2013, okay.  So these potential
    111:22      customers, we could offer them now this option to buy it
    111:23      as a separate upsell.
    111:24  Q.  So the use of covert vectors was an upsell from the use
    111:25      of triggered vectors?
    112:01  A.  For those who didn't get it in the original deal, yes.

| 121:21 - 122:01 | **Bizinsky, Sarit 2024-09-06** | 00:00:12 | **Gil4_30PM.18** |

    121:21  Q.  You
    121:22      testified that there is at least one customer you are
    121:23      aware of that purchased this additional option to use
    121:24      Pegasus outside of the country -- outside of the home
    121:25      country, correct?
    122:01  A.  Correct.

| 122:03 - 122:04 | **Bizinsky, Sarit 2024-09-06** | 00:00:04 | **Gil4_30PM.19** |

    122:03      system.  And I am asking you, would it double the price
    122:04      of the system?

| 122:07 - 122:12 | **Bizinsky, Sarit 2024-09-06** | 00:00:29 | **Gil4_30PM.20** |

    122:07  A.  So, for the time period of 2018 until 2020, this could
    122:08      add some amount, but I don't recall it ever doubled the
    122:09      price.
    122:10  Q.  Do you recall how much it added?
    122:11  A.  Again, I don't remember, but it could be 1 million to
    122:12      2 million, maybe.

| 174:21 - 175:02 | **Bizinsky, Sarit 2024-09-06** | 00:00:26 | **Gil4_30PM.21** |

    174:21  Q.  To return to one of the first questions I asked you,
    174:22      your legal employer is Q Cyber of Israel, correct?
    174:23  A.  Yes.
    174:24  Q.  Do you -- in your day to day work in 2018 and 2019, did
    174:25      you perceive any difference between people who worked
    175:01      for Q Cyber Israel and NSO Group?  Was there anything