# EXHIBIT 5

# TRIAL EXHIBIT
# A-1779

# Balance - 12/2023 vs 12/2024

| Period1: 12/2023 | Period2: 12/2024 | Source File: Gaap | Companies Solo: By companies solo with IC | Company: NSO Technologies | Amounts by: Thousands $ |
|---|---|---|---|---|---|

|  | 12/2023 | 12/2024 | Diff |
|---|---|---|---|
| Cash | 8,820 | 5,119 | (3,702) |
| Trade accounts receivable | 189,723 | 158,839 | (30,885) |
| Inventories | 961 | 870 | (91) |
| Other accounts receivable | 6,965 | 11,471 | 4,507 |
| **Total Current Assets** | **206,469** | **176,299** | **(30,170)** |
| Loans receivables | 22,427 | 24,199 | 1,772 |
| Intangible assets, net | 12,494 | 12,273 | (220) |
| Property, plant and equipment, net | 2,941 | 8,444 | 5,503 |
| **Total non Current Assets** | **37,861** | **44,916** | **7,055** |
| **Total Assets** | **244,330** | **221,215** | **(23,116)** |
| Trade Creditors : Suppliers | 6,249 | 10,192 | 3,944 |
| Deferred revenues - Current portion | 14,355 | 11,735 | (2,620) |
| Advances Received from Customers | 141 | 1,300 | 1,159 |
| Accrued expenses and other payable | 25,555 | 34,229 | 8,675 |
| Loans payable | 19,550 | 0 | (19,550) |
| Current maturities of long term loan | 18,406 | 21,052 | 2,647 |
| **Total Current Liabilities** | **84,255** | **78,509** | **(5,746)** |
| Long term loan, net | 13,120 | 8,025 | (5,094) |
| Non-current deferred tax liabilities | 554 | 502 | (52) |
| Other long term payables | 12,513 | 12,513 | 0 |
| **Total non Current Liabilities** | **26,187** | **21,041** | **(5,146)** |
| Share capital | 1 | 1 | 0 |
| Reserve from other comp. income | 2,451 | 2,451 | 0 |
| Retained earnings (Accum. deficit) | 131,436 | 119,213 | (12,223) |
| **Total Equity** | **133,888** | **121,665** | **(12,223)** |
| **Total Liabilities** | **244,330** | **221,215** | **(23,116)** |

Highly Confidential-Attorney's Eyes Only    NSO-WHATSAPP-FIN-00000001