# EXHIBIT 6

# TRIAL EXHIBIT
# A-1780

# Balance - 12/2023 vs 12/2024

| Period1: 12/2023 | Period2: 12/2024 | Source File: Gaap | Companies Solo: By companies solo with IC | Company: Q Cyber Israel | Amounts by: Thousands $ |
|---|---|---|---|---|---|

|  | 12/2023 | 12/2024 | Diff |
|---|---:|---:|---:|
| Cash | 3,212 | 2,970 | (242) |
| Trade accounts receivable | 1,395 | 8,892 | 7,497 |
| Other accounts receivable | 2,268 | 1,097 | (1,170) |
| **Total Current Assets** | **6,874** | **12,959** | **6,085** |
| Loans receivables | 207,075 | 189,176 | (17,899) |
| Intangible assets, net | 0 | 0 | 0 |
| Property, plant and equipment, net | 2,207 | 1,503 | (704) |
| **Total non Current Assets** | **209,282** | **190,679** | **(18,604)** |
| **Total Assets** | **216,157** | **203,638** | **(12,519)** |
| Trade Creditors : Suppliers | (540) | 2,657 | 3,197 |
| Deferred revenues - Current portion | 1,290 | 1,451 | 161 |
| Advances Received from Customers | 1,694 | 0 | (1,694) |
| Accrued expenses and other payable | 14,570 | 12,968 | (1,602) |
| **Total Current Liabilities** | **17,013** | **17,076** | **63** |
| Other long term payables | 2,064 | 2,064 | 0 |
| **Total non Current Liabilities** | **2,064** | **2,064** | **0** |
| Retained earnings (Accum. deficit) | 197,080 | 184,498 | (12,582) |
| **Total Equity** | **197,080** | **184,498** | **(12,582)** |
| **Total Liabilities** | **216,157** | **203,638** | **(12,519)** |

Highly Confidential-Attorney's Eyes Only     NSO-WHATSAPP-FIN-00000002

Ex. A-1780-001