1   Greg D. Andres
2   Antonio J. Perez-Marques
    Gina Cora
3   Craig T. Cagney
    Luca Marzorati
4      (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
5   450 Lexington Avenue
    New York, New York 10017
6   Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
7   Email:   greg.andres@davispolk.com
             antonio.perez@davispolk.com
8            gina.cora@davispolk.com
             craig.cagney@davispolk.com
9            luca.marzorati@davispolk.com
10

11  Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
12  900 Middlefield Road, Suite 200
    Redwood City, California 94063
13  Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
14  Email:   micah.block@davispolk.com

15  *Attorneys for Plaintiffs*
    *WhatsApp LLC and Meta Platforms, Inc.*
16

17                  UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                          OAKLAND DIVISION

20
    WHATSAPP LLC and                    )
21  META PLATFORMS, INC.,               )   Case No. 4:19-cv-07123-PJH
                                        )
22           Plaintiffs,                )
                                        )   **[PROPOSED] ORDER DENYING**
23       v.                             )   **DEFENDANTS' MOTION FOR**
                                        )   **REMITTITUR OR A NEW TRIAL**
24  NSO GROUP TECHNOLOGIES LIMITED      )
25  and Q CYBER TECHNOLOGIES LIMITED,   )   Ctrm:  3
                                        )   Judge: Hon. Phyllis J. Hamilton
26           Defendants.                )
                                        )   Action Filed: October 29, 2019
27                                      )
                                        )
28

1  Defendants NSO Group Technologies Limited and Q Cyber Technologies' Motion for Remittitur or a New Trial (Dkt. No. 747) (the "Motion") came on for hearing before the Honorable Phyllis J. Hamilton on July 17, 2025 at 10:00 a.m. in Courtroom 3.

Having considered Defendants' Motion and all supporting papers and opposition papers, and having heard the argument of counsel, IT IS HEREBY ORDERED that Defendants' Motion is DENIED.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge