JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS' REVISED OPPOSITION TO MOTION FOR PERMANENT INJUNCTION**<br><br>Action Filed: 10/29/2019 |

I, Joseph N. Akrotirianakis, declare as follows:

1.      I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and am lead counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2.      Attached as **Exhibit A** is a true and correct copy of correspondence, dated April 10, 2024, between King & Spalding LLP and Davis Polk & Wardwell LLP.  The email was sent in response to King & Spalding's request for confirmation that Plaintiffs were abandoning any argument that they suffered reputational harm or damages, loss of good will, loss of public trust and goodwill, or harm to the relationships between them and their users and potential users as a basis to support any argument that they intended to make in this action – including in support of the injunctive relief that the plaintiffs seek.  In reliance on Plaintiffs abandoning all such arguments, King & Spalding withdrew certain discovery relating to the plaintiffs' reputations.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of June 2025, in Los Angeles, California.


                                    */s/Joseph N. Akrotirianakis*
                                    JOSEPH N. AKROTIRIANAKIS

DECLARATION OF JOSEPH N. AKROTIRIANAKIS                              Case No. 4:19-cv-07123-PJH

# EXHIBIT A

| | |
|---|---|
| **From:** | Marzorati, Luca |
| **To:** | Joe Akrotirianakis; Aaron Craig; Perez-Marques, Antonio J. |
| **Cc:** | Block, Micah G.; Andres, Greg D.; EXT - Craig Cagney; Matt Noller; Matt Dawson |
| **Subject:** | RE: NSO and "Reputational Damages" |
| **Date:** | Wednesday, April 10, 2024 7:38:39 PM |
| **Attachments:** | image001.png |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Joe,

We have previously said we are not seeking to admit evidence of reputational harm or loss of goodwill to obtain money damages, and we have now confirmed that we are also not seeking to use such evidence to obtain equitable relief.  Nor do we intend to use such evidence to otherwise inject those issues into the litigation for any part of our case-in-chief. If you have other specific issues in mind as to which harm to Plaintiffs' reputation may be relevant, we are happy to discuss those issues.

We reserve all rights in the event NSO makes some argument that in fairness requires us to raise these issues in response, but we are not aware of any such issues at this time.

Thanks,
Luca
**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.