1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

Pursuant to Civil Local Rules 6-1(b) and 6-2, and as supported by the accompanying Declaration of Joseph N. Akrotirianakis ("Akro. Decl."), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") and Plaintiffs WhatsApp LLC and Meta Platforms LLC ("Plaintiffs") (collectively, the "Parties") hereby stipulate and agree to the following and respectfully request that the Court continue the hearing on Plaintiffs' Motion for Permanent Injunction from July 17, 2025, to August 28, 2025, or to a later date convenient to the Court.

WHEREAS, the hearing on Plaintiffs' Motion for Permanent Injunction is currently scheduled for July 17, 2025;

WHEREAS, the hearing on Defendants' Motion for a New Trial is currently noticed for July 17, 2025;

WHEREAS, Defendants may have difficulty attending any proceeding scheduled for July 17, 2025 in light of events beyond their control (*see* Akro. Decl. ¶¶ 3-7);

NOW THEREFORE, the Parties respectfully request that the Court grant the proposed order submitted herewith and continue the hearing on Plaintiffs' Motion for Permanent Injunction and Defendants' Motion for a New Trial from July 17, 2025, to August 28, 2025, or to a later date convenient to the Court.

IT IS SO STIPULATED.

DATED: June 25, 2025

KING & SPALDING LLP

By: /s/Joseph N. Akrotirianakis
   JOSEPH N. AKROTIRIANAKIS
   AARON S. CRAIG
   Attorneys for Defendants
   NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER
   TECHNOLOGIES LIMITED

By: /s/ Greg D. Andres
   Greg D. Andres
   Antonio J. Perez-Marques
   Craig T. Cagney
   Micah G. Block
   DAVIS POLK & WARDWELL LLP
   Attorneys for Plaintiffs
   WHATSAPP LLC and META
   PLATFORMS, INC.

**L.R. 5-1 ATTESTATION**

I, Joseph N. Akrotirianakis, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/Joseph N. Akrotirianakis
      JOSEPH N. AKROTIRIANAKIS

**PROPOSED ORDER**

Pursuant to the stipulation of the parties and good case therefor having been shown, the Court ORDERS that the hearing on Plaintiffs' Motion for Permanent Injunction and Defendants' Motion for a New Trial is CONTINUED from July 17, 2025, to _____, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Phyllis J. Hamilton
Senior United States District Judge