Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and METAPLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLANTIFFS' MOTION TO STRIKE NSO'S SUPPLEMENTAL BRIEF** <br><br> Ctrm:  3 <br> Judge:  Hon. Phyllis J. Hamilton <br> Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am an attorney licensed to practice law in the state of California and am admitted to practice before this Court. I am a partner with the law firm of Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion to Strike NSO's Supplemental Brief. I have personal knowledge of the facts set forth below, and I could and would competently testify to the following if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct excerpt of the certified transcript of the Pretrial Conference, heard on April 10, 2025.

3. Attached hereto as **Exhibit B** is a true and correct excerpt of the certified transcript of proceedings in the trial of this matter, heard on May 6, 2025 before the Honorable Phyllis J. Hamilton in Courtroom 3 of the Oakland Courthouse of the United States District Court of the Northern District of California.

4. I understand from other attorneys at Davis Polk that the parties met-and-conferred on June 26, 2025 regarding Plaintiffs' Motion to Strike NSO's Supplemental Brief but were unable to resolve their dispute.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 26th day of June, 2025 in Redwood City, California.

By: _/s/ Micah G. Block_
    Micah G. Block