# EXHIBIT B

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          OAKLAND DIVISION

 4

 5    WHATSAPP LLC AND META           )   C-19-07123 PJH
      PLATFORMS, INC.,                )
 6                                    )   OAKLAND, CALIFORNIA
                      PLAINTIFFS,     )
 7                                    )   MAY 6, 2025
                 VS.                  )
 8                                    )   VOLUME 7
      NSO GROUP TECHNOLOGIES LIMITED  )
 9    AND Q CYBER TECHNOLOGIES        )   PAGES 1370-1401
      LIMITED,                        )
10                                    )
                      DEFENDANTS.     )
11    _____ )

12

13               TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE PHYLLIS J. HAMILTON
14                UNITED STATES DISTRICT JUDGE

15


16    A P P E A R A N C E S:

17    FOR THE PLAINTIFFS:    DAVIS POLK & WARDWELL
                             BY:  GREG D. ANDRES
18                                ANTONIO J. PEREZ
                             450 LEXINGTON AVENUE
19                           NEW YORK, NEW YORK  10017

20                           BY:  MICAH G. BLOCK
                             900 MIDDLEFIELD ROAD, SUITE 200
21                           REDWOOD CITY, CALIFORNIA  94063

22    OFFICIAL COURT REPORTERS:   LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
23                                IRENE RODRIGUEZ, CSR, RMR, CRR
                                  CERTIFICATE NUMBER 8074
24
            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1                MR. ANDRES:  THANK YOU, YOUR HONOR.
 2                THE COURT:  TAKE THIS BACK IN TO THEM AND BRING US
 3     BACK AN ANSWER (HANDING).
 4                THE CLERK:  YES, YOUR HONOR.
 5                THE COURT:  THANK YOU.
 6         I GUESS WHILE YOU ALL ARE HERE, WE CAN TALK ABOUT -- I
 7     MEAN, REGARDLESS OF WHAT THE VERDICT IS, WE WILL, I ASSUME,
 8     STILL SET A HEARING ON THE REQUEST FOR INJUNCTIVE RELIEF?
 9                MR. ANDRES:  YOUR HONOR --
10                THE COURT:  OR WILL THAT DEPEND UPON WHETHER OR NOT
11     EITHER KIND OF DAMAGES ARE AWARDED TO THE PLAINTIFF?
12                MR. ANDRES:  I MEAN, OUR POSITION IS IRRESPECTIVE,
13     IT'S A SEPARATE ISSUE FROM THE DAMAGES, AND WE OBVIOUSLY ALL
14     BRIEFED IT.  I THINK IT'S UP TO YOUR HONOR WHETHER OR NOT YOU
15     THINK THAT THE EVIDENCE DURING THE TRIAL IS SUFFICIENT FOR TO
16     YOU MAKE A DECISION ON THAT.
17         SO WE NEED -- WE NEED AN ARGUMENT, I SUPPOSE.  WHEN YOU
18     SAY A HEARING, I DON'T KNOW THAT WE NEED THE WITNESSES, BUT I
19     THINK THAT'S UP TO YOU AND UP TO THE PARTIES, AND I THINK ON
20     THE WHOLE, WE THINK THE EVIDENCE IS MORE THAN SUFFICIENT FROM
21     THE TRIAL FOR YOU TO MAKE A RULING.
22         BUT WE'RE CERTAINLY HAPPY TO SCHEDULE ARGUMENT AND,
23     FRANKLY, WE'RE EAGER TO DO THAT.
24                THE COURT:  OKAY.
25                MR. NOLLER:  YES, YOUR HONOR.  I MEAN, YOU RULED AT
```

```
1        THE OUTSET OF THE TRIAL THAT NOTHING RELEVANT TO THE INJUNCTION
2        WOULD COME IN AT THE TRIAL.
3            THE COURT:  RIGHT.
4            MR. NOLLER:  SO WE THINK THERE'S ALL SORTS OF
5        EVIDENCE AS TO ONGOING CONDUCT AND PUBLIC POLICY ISSUES THAT
6        ARE DIRECTLY RELEVANT TO INJUNCTIVE RELIEF THAT WEREN'T
7        RELEVANT AT THE TRIAL.
8            SO OUR POSITION, AS WE'VE STATED IN THE PAPERS, IS THAT
9        THERE NEEDS TO BE A SEPARATE EVIDENTIARY HEARING, OR THERE
10       CERTAINLY NEEDS TO BE AT LEAST AN ARGUMENT.
11           THE COURT:  WELL, I AGREE THERE NEEDS TO BE AN
12       ARGUMENT.  I WOULDN'T RULE ON THE PAPERS ON THIS PARTICULAR
13       MOTION.
14           I ACTUALLY HAVEN'T READ THEM, BUT I'VE KIND OF FLIPPED
15       THROUGH THEM AND, YEAH, THEY NEED SOME MORE ATTENTION.
16           BUT IF WE HAVE AN EVIDENTIARY HEARING, I'D ONLY BE WILLING
17       TO SET ASIDE ONE DAY, LIKE, THREE OR FOUR HOURS FOR ANY
18       ADDITIONAL TESTIMONY.
19           MR. NOLLER:  UNDERSTOOD.  I THINK THAT WOULD BE UP TO
20       THE COURT AS TO HOW TO SCHEDULE THAT.
21           THE COURT:  YEAH, YOU COULD DO IT WITHIN THAT
22       TIMEFRAME, I'M ASSUMING.
23           MR. NOLLER:  I'M SURE THAT WE CAN --
24           THE COURT:  I GUESS IT --
25           MR. NOLLER:  I'M SURE WE CAN ACCOMMODATE WHATEVER
```

1          YOUR HONOR ORDERS.

2                    MR. ANDRES:  THAT'S OUR REQUEST, YOUR HONOR.

3                    THE COURT:  RIGHT.  I WOULD ONLY BE WILLING TO SET

4     ASIDE -- ANY THURSDAY, I HAVE MY LAW AND MOTION ON THURSDAY,

5     AND I WOULD DEVOTE, LIKE, MAYBE FOUR HOURS TO THAT ON A

6     THURSDAY IN THE UPCOMING MONTH OR TWO.

7                    MR. NOLLER:  GREAT.

8                    THE CLERK:  (HANDING.)

9                    THE COURT:  HMM.

10         THE ANSWER IS DEPOSITION OF TAMIR GAZNELI AND

11    SARIT B. GIL.

12                   MR. ANDRES:  THOSE WERE BOTH VIDEOS, YOUR HONOR.

13    MR. GAZNELI'S VIDEO IS APPROXIMATELY AN HOUR AND A HALF.

14                   MR. PEREZ:  1:40.

15                   MR. ANDRES:  1:40.  AND MS. GIL'S IS ABOUT SEVEN OR

16    TEN MINUTES.  SO WE WOULDN'T BE OPPOSED TO REPLAYING THOSE.

17    THAT WOULDN'T HAVE TO BE A READ BACK.

18         ALTERNATIVELY, WE HAVE THE TRANSCRIPTS THAT BOTH SIDES

19    HAVE AGREED TO WITH RESPECT TO THE -- WITH RESPECT TO WHAT WAS

20    SAID ON THAT VIDEO.  IT'S NOT IN DISPUTE.  THERE'S NO

21    OBJECTIONS.  THERE'S NOTHING THAT EITHER PARTY DIDN'T AGREE TO

22    BECAUSE WE PLAYED IT FOR THE JURY.

23         SO WE COULD MAKE THE VIDEOS AVAILABLE TO THE JURY, WE

24    COULD PLAY THEM, WE COULD GIVE THEM THE TRANSCRIPT, ANY OR ALL

25    OF THE ABOVE WOULD BE OKAY FOR THE PLAINTIFFS.

CERTIFICATE OF REPORTERS

WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*/s/ Irene Rodriguez*
_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

*/s/ Lee-Anne Shortridge*
_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: MAY 6, 2025