Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
   (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE NSO'S SUPPLEMENTAL BRIEF** <br><br> Ctrm:  3 <br> Judge:  Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

1  Upon consideration of Plaintiffs WhatsApp LLC and Meta Platforms, Inc.'s ("Plaintiffs")
2  Motion to Strike NSO's Supplemental Brief (the "Motion") came on for hearing before the Honora-
3  ble Phyllis J. Hamilton on August 7, 2025 at 1:30 p.m. in Courtroom 3.
4  Having considered Plaintiffs' Motion and all supporting papers and opposition papers, and
5  having heard the argument of counsel, IT IS HEREBY ORDERED that Plaintiffs' Motion is
6  GRANTED, and NSO's Supplemental Brief is stricken.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge