1    JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
      *jakro@kslaw.com*
2    AARON S. CRAIG (Bar No. 204741)
      *acraig@kslaw.com*
3    KING & SPALDING LLP
     633 West Fifth Street, Suite 1700
4    Los Angeles, CA 90071
     Telephone:    (213) 443-4355
5    Facsimile:    (213) 443-4310

6    Attorneys for Defendants
     NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12   WHATSAPP INC., a Delaware corporation,        Case No. 4:19-cv-07123-PJH
     and FACEBOOK, INC., a Delaware
13   corporation,                                   **WITNESS LIST OF DEFENDANTS NSO
                                                    GROUP TECHS. LTD AND Q CYBER
14              Plaintiffs,                          TECHS. LTD. FOR HEARING ON
                                                    PLAINTIFFS' MOTION FOR
15         v.                                       PERMANENT INJUNCTION**

16   NSO GROUP TECHNOLOGIES LIMITED               Action Filed:   10/29/2019
     and Q CYBER TECHNOLOGIES LIMITED,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Federal Rule of Civil Procedure 26(a)(3)(A), Defendants NSO Group Techs. Ltd. and Q Cyber Techs. Ltd. (collectively "Defendants'"), hereby give notice of its intention to call or submit the written testimony of the following witnesses at the hearing on Plaintiffs' Motion for Permanent Injunction, other than for impeachment or rebuttal:

| | Witness | Live/Declaration | Brief Description of Testimony |
|---|---|---|---|
| 1. | Joshua Minkler | Live | The balance of hardships and whether the public interest would be disserved by an injunction; the need for, and beneficial uses of, Defendants' technology; and other subjects of Mr. Minkler's expert report |
| 2. | Col. Ty Shepard, ret'd | Declaration | The balance of hardships and whether the public interest would be disserved by an injunction; the need for, and beneficial uses of, Defendants' technology and other subjects of Col. Shepard's expert report |
| 3. | Tamir Gazneli, NSO | Declaration | Defendants' technology; interaction of Defendants' technology with Plaintiffs' technology |
| 4. | Yaron Shohat, Q Cyber | Declaration | Defendants' policies and practices; the need for Defendants' technology |

Defendants further reserve the right to call any witness disclosed by Plaintiffs but otherwise not listed herein.

//

//

1

DEFENDANTS' WITNESS LIST                                   Case No. 4:19-cv-07123-PJH

Dated: June 26, 2025

KING & SPALDING LLP

By: */s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG

*Attorneys for Defendants*
NSO GROUP TECHS. LTD. and Q CYBER
TECHS. LTD.

2