Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **PLAINTIFFS' WITNESS LIST FOR HEARING ON MOTION FOR PERMANENT INJUNCTION** <br><br> Date: July 17, 2025 <br> Time: 10:00 a.m. <br> Ctrm: 3 <br> Judge: Hon. Phyllis J. Hamilton <br> Action Filed: October 29, 2019 |

Pursuant to the Clerk's Notice entered on May 15, 2025, Dkt. No. 739, Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") state that they intend to call the following witnesses to testify at the forthcoming hearing on Plaintiffs' Motion for Permanent Injunction, which is currently scheduled for July 17, 2025 at 10:00 a.m. at Courtroom 3, 3rd Floor, 1301 Clay Street, Oakland, California 94612 before the Honorable Phyllis J. Hamilton.[1] In addition to calling any of the below witnesses, Plaintiffs reserve the right to call and examine any witness called by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO"), to call and examine any witness to rebut the testimony of any witness called by NSO, and to play video excerpts of any witnesses' deposition.

**PLAINTIFFS' WITNESS LIST**

| Witness | Substance of Testimony |
| --- | --- |
| Andrew Blaich | Ongoing harm to Plaintiffs |
| Lander Brandt | Ongoing harm to Plaintiffs |
| Chris Rohlf | Ongoing harm to Plaintiffs |
| Anthony Vance | Balance of hardships and public interest in injunctive relief |
| Carl Woog | Balance of hardships and public interest in injunctive relief |

---

[1] Plaintiffs provide this witness list subject to the parties' joint stipulation to continue the hearing to August 28, 2025, or to a later date convenient to the Court. Dkt. No. 764. Plaintiffs reserve the right to file an amended witness list, including based on witnesses' availability for any rescheduled hearing.

Dated: June 26, 2025

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By: */s/ Greg D. Andres*
Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
          antonio.perez@davispolk.com
          gina.cora@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*