1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2 | AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3 | KING & SPALDING LLP
    633 West Fifth Street, Suite 1700
4 | Los Angeles, CA 90071
    Telephone:   (213) 443-4355
5 | Facsimile:    (213) 443-4310

6 | Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION** |
| v. | Judge:   Hon. Phyllis J. Hamilton |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:   10/29/2019 |
| Defendants. | |

Pursuant to Civil Local Rules 6-1(b) and 6-2, and as supported by the accompanying Declaration of Joseph N. Akrotirianakis ("Akro. Decl."), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") and Plaintiffs WhatsApp LLC and Meta Platforms LLC ("Plaintiffs") (collectively, the "Parties") hereby stipulate and agree to the following and respectfully request that the Court continue the hearing on Plaintiffs' Motion for Permanent Injunction from July 17, 2025, to August 28, 2025, or to a later date convenient to the Court.

WHEREAS, the hearing on Plaintiffs' Motion for Permanent Injunction is currently scheduled for July 17, 2025;

WHEREAS, the hearing on Defendants' Motion for a New Trial is currently noticed for July 17, 2025;

WHEREAS, Defendants may have difficulty attending any proceeding scheduled for July 17, 2025 in light of events beyond their control (*see* Akro. Decl. ¶¶ 3-7);

NOW THEREFORE, the Parties respectfully request that the Court grant the proposed order submitted herewith and continue the hearing on Plaintiffs' Motion for Permanent Injunction and Defendants' Motion for a New Trial from July 17, 2025, to August 28, 2025, or to a later date convenient to the Court.

IT IS SO STIPULATED.

DATED: June 25, 2025

KING & SPALDING LLP

By: /s/Joseph N. Akrotirianakis
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG
    Attorneys for Defendants
    NSO GROUP TECHNOLOGIES
    LIMITED and Q CYBER
    TECHNOLOGIES LIMITED

By: /s/ Greg D. Andres
    Greg D. Andres
    Antonio J. Perez-Marques
    Craig T. Cagney
    Micah G. Block
    DAVIS POLK & WARDWELL LLP
    Attorneys for Plaintiffs
    WHATSAPP LLC and META
    PLATFORMS, INC.

**L.R. 5-1 ATTESTATION**

I, Joseph N. Akrotirianakis, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/Joseph N. Akrotirianakis
JOSEPH N. AKROTIRIANAKIS

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation of the parties and good case therefor having been shown, the Court ORDERS that the hearing on Plaintiffs' Motion for Permanent Injunction and Defendants' Motion for a New Trial is CONTINUED from July 17, 2025, to __August 28__, 2025.

**IT IS SO ORDERED.**

Dated: __June 27__, 2025

_____
The Hon. Phyllis J. Hamilton
Senior United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*