| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 11 | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
| 12 | | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE UNDISCLOSED WITNESSES AND FOR SANCTIONS** |
| 13 | Plaintiffs, | |
| 14 | v. | Judge:  Hon. Phyllis J. Hamilton |
| 15 | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| 16 | | |
| 17 | Defendants. | |

[PROPOSED] ORDER                                                                                          Case No. 4:19-cv-07123-PJH

The Court has considered the motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited to strike undisclosed witnesses from Plaintiffs' witness list and for sanctions ("Motion"). After full consideration of all points and authorities filed in support of, and in opposition to, the motion, and GOOD CAUSE THEREFOR APPEARING, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court hereby strikes Lander Brandt, Chris Rohlf, Andrew Blaich, Carl Woog, and Anthony Vance from Plaintiffs' witness list for the August 28, 2025 evidentiary hearing. The Court will not consider any evidence from these witnesses in deciding Plaintiffs' motion for a permanent injunction.

3. Defendants may submit an affidavit of reasonable expenses, including attorney's fees for time spent conferring upon and briefing this Motion. Upon receipt of the affidavit, the Court will set a briefing schedule for Plaintiffs to respond.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE