# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| **From:** | Aaron Craig |
| **To:** | EXT - Luca Marzorati; EXT - Micah Block |
| **Cc:** | EXT - fb nso; K&S NSO |
| **Subject:** | RE: WhatsApp v. NSO |
| **Date:** | Wednesday, July 2, 2025 2:58:09 PM |
| **Attachments:** | image001.png |

Luca and Micah,

Thank you for the call yesterday. You emphasized several times on the call that your witness list might change between now and the hearing. We are memorializing in writing our request that Plaintiffs provide their "real" witness list by July 8. After nearly six years of litigation, there is no reason why Plaintiffs need more time to decide who they will call to testify at the permanent injunction hearing, and nothing will happen between now and next month that would alter Plaintiffs' selection of witnesses.

In our call, you suggested that Rule 26 and Rule 37 do not apply to the permanent injunction hearing. Courts in the Ninth Circuit have applied Rule 26's disclosure requirements in the context of post-trial motions. Some examples:

- *Estate of Brown v. Lambert*, 2020 WL 3606392, at *1, *3 (S.D. Cal. July 2, 2020) (holding that "Rule 26 … governs this dispute");
- *Skydive Ariz., Inc. v. Quattrochi*, 704 F. Supp. 2d 841, 846–47 (D. Ariz. 2010) (excluding under Rule 37 expert report first proffered in connection with post-trial motion because "producing an expert report for the first time, during post-trial proceedings … is highly unorthodox, completely inappropriate, and makes a mockery of the rules"), *rev'd in part on other grounds*, 673 F.3d 1105 (9th Cir. 2012);
- *Optronic Techs. Inc. v. Ningbo Sunny Elec. Co.*, 20 F.4th 466, 488 (9th Cir. 2021) (holding that exclusion of expert declaration on post-trial motion "under Federal Rules of Civil Procedure 26 and 37" was abuse of discretion only because expert was, in fact, properly disclosed pre-trial).

Please provide any counter-authority of which you are aware.

---

**Aaron Craig**
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP

633 West Fifth Street  
Suite 1600  
Los Angeles, CA 90071  

King & Spalding



kslaw.com

---

**From:** Aaron Craig <ACraig@KSLAW.com>  
**Sent:** Monday, June 30, 2025 12:21 PM  
**To:** EXT - Luca Marzorati <luca.marzorati@davispolk.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>  
**Cc:** EXT - fb nso <fb.nso@davispolk.com>  
**Subject:** RE: WhatsApp v. NSO

Luca:  Do you have any windows this afternoon or tomorrow to confer about WhatsApp's witness list filed on June 26?

---

**Aaron Craig**  
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP  
633 West Fifth Street  
Suite 1600  
Los Angeles, CA 90071  

King & Spalding

kslaw.com

---

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>  
**Sent:** Thursday, June 26, 2025 5:02 PM  
**To:** Aaron Craig <ACraig@KSLAW.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>  
**Cc:** EXT - fb nso <fb.nso@davispolk.com>  
**Subject:** RE: WhatsApp v. NSO

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Aaron,

We are happy to inform the Court on the exchange date however NSO may prefer—whether by filing on the docket or by email to chambers.

Thanks,
Luca

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Thursday, June 26, 2025 7:29 PM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** fb.nso <fb.nso@davispolk.com>
**Subject:** RE: WhatsApp v. NSO

Luca:  We're considering your proposal, but we looked at the transcript and note that Judge Hamilton said (page 1399):  "I'll set aside four hours.  It may be evidentiary in nature.  I would just like to know the names of the witnesses that will be called in advance."

In light of this, how do you propose that Court be notified of the witnesses?

### Aaron Craig
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

King & Spalding


kslaw.com

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>

**Sent:** Thursday, June 26, 2025 2:06 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** EXT - fb nso <fb.nso@davispolk.com>
**Subject:** RE: WhatsApp v. NSO

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

Judge Hamilton's notice setting the hearing on Plaintiffs' permanent injunction provided that the "Parties shall exchange witness lists, if any, 21 days before the motion hearing." Dkt. No. 739. On June 25, 2025, the parties filed a joint stipulation to continue the motion hearing from July 17, 2025 to August 28, 2025, or a date thereafter. Dkt. No. 764.

As discussed on our meet-and-confer, we propose holding the deadline to exchange witness lists in abeyance in order to allow the Court sufficient time to act on the parties' joint stipulation. In agreeing to hold this deadline in abeyance, both parties agree to waive any argument that the opposing parties' disclosure of witness lists was untimely, provided that the opposing party serves their witness list by July 3, 2025 or 21 days before the rescheduled hearing (whichever is later).

Please confirm the parties are in agreement.

Thanks,
Luca
**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP
Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Wednesday, June 25, 2025 6:39 PM
**To:** Joe Akrotirianakis <JAkro@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>; Marzorati, Luca <luca.marzorati@davispolk.com>
**Cc:** fb.nso <fb.nso@davispolk.com>
**Subject:** Re: WhatsApp v. NSO

Luca: we can do 11:00 am PT. Can you please send an invite?

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>

**Sent:** Wednesday, June 25, 2025 3:08:01 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** EXT - fb nso <fb.nso@davispolk.com>
**Subject:** RE: WhatsApp v. NSO

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Aaron,

We are available from 8:30 am to 11:30 am PT tomorrow. Is there a time in that window that works?

Thanks,
Luca

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell LLP**

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Wednesday, June 25, 2025 5:22 PM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>; Joe Akrotirianakis <JAkro@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** fb.nso <fb.nso@davispolk.com>
**Subject:** RE: WhatsApp v. NSO

Luca, apologies that today doesn't work. What's your availability tomorrow or Friday?

---

**Aaron Craig**
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

King & Spalding

kslaw.com

---

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Wednesday, June 25, 2025 9:13 AM
**To:** Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>; K&S NSO <K&SNSO@KSLAW.com>
**Cc:** EXT - fb nso <fb.nso@davispolk.com>
**Subject:** WhatsApp v. NSO

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

We would like to meet-and-confer regarding NSO's revised opposition to Plaintiffs' motion for permanent injunction, and Plaintiffs' anticipated motion to strike.

Please let us know what times you are available today.

Thanks,
Luca
**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

---

**Davis Polk & Wardwell** LLP
Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.