# EXHIBIT 5

| | |
|---|---|
| **From:** | EXT - Luca Marzorati |
| **To:** | Joe Akrotirianakis; Aaron Craig; EXT - Antonio J. Perez-Marques |
| **Cc:** | EXT - fb nso; K&S NSO |
| **Subject:** | RE: Discovery letter re Depo(49054569.1).docx |
| **Date:** | Wednesday, July 31, 2024 9:56:56 PM |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Counsel,

We do not intend to call Lander Brandt or Chris Rohlf as fact witnesses at trial. If we decide to designate them as expert witnesses, we will make any required disclosures by the expert disclosure deadline and make them available for deposition during the expert period.

Thanks,
Luca

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Joe Akrotirianakis <JAkro@KSLAW.com>
**Sent:** Wednesday, July 24, 2024 3:52 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Cc:** fb.nso <fb.nso@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: Discovery letter re Depo(49054569.1).docx

Counsel:

We have not heard back from you in response to any of our (numerous) inquiries about Messrs. Brandt and Rohlf. These "witnesses" were listed in plaintiffs' amended initial disclosures as witnesses your clients may use to support their claims. Neither person appears to have worked at any of the Meta companies at any point in time when they would have had percipient knowledge. We have many times inquired whether we are somehow misunderstanding your initial disclosures, and you have not responded. You also did not designate either person as a document custodian, and there appear to be no documents in your clients' productions that reference either. Please let us know when this week you are available to confer concerning a motion to exclude these witnesses.

**Joseph N. Akrotirianakis**
*Partner*

T: +1 213 443 4313  |  E: jakro@kslaw.com

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Monday, July 22, 2024 10:50 AM
**To:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Cc:** fb.nso <fb.nso@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Subject:** RE: Discovery letter re Depo(49054569.1).docx

Tony:  We are all traveling and can't do a call today or tomorrow.  Please either provide us with all available dates for Jonathan Lee and Michael Scott by tomorrow, as well as the location where they will be made available, or provide us with your portion of the joint letter by tomorrow.   If you provide us with dates, we can put quickly together our proposal for a deposition schedule and then we can get on a call to discuss any remaining issues.

One of the issues we would like to continue to discuss is what percipient testimony, if any, could be offered by Messrs. Brandt and Rolfe, who you listed as witnesses likely to have discoverable information whom you may use to support your claims.  As neither one was employed by the Plaintiffs before the filing of the litigation, we continue to believe that any testimony they provide would necessarily be expert/opinion testimony as to which a Rule 26(a)(2) disclosure is necessary.

Aaron Craig

**From:** Perez-Marques, Antonio J. <antonio.perez@davispolk.com>
**Sent:** Thursday, July 18, 2024 5:57 PM
**To:** Aaron Craig <ACraig@KSLAW.com>
**Cc:** fb.nso <fb.nso@davispolk.com>; K&S NSO <K&SNSO@KSLAW.com>
**Subject:** Re: Discovery letter re Depo(49054569.1).docx

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Are you ready to have the scheduling call we discussed last week?   We can address this and the other dates as well.  Tomorrow is difficult for me but I could talk around 4 pacific or otherwise on Monday.

**Antonio J. Perez-Marques**

**Davis Polk & Wardwell LLP**
+1 212 450 4559 office
+1 917 504 7980 mobile
antonio.perez@davispolk.com

> On Jul 18, 2024, at 8:24 PM, Aaron Craig <ACraig@kslaw.com> wrote:

Counsel: Attached please find Defendants' portion of a joint letter re Plaintiffs' failure to provide dates for deposition for Jonathan Lee and Michael Scott. As the issue is very straightforward and time is of the essence, please provide your clients' position by July 23, 2024.

Aaron Craig

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

<Discovery letter re Depo(49054569.1).docx>