# EXHIBIT 1

```
                       UNITED STATES DISTRICT COURT

                      NORTHERN DISTRICT OF CALIFORNIA

                             OAKLAND DIVISION



    WHATSAPP LLC AND META              ) C-19-07123 PJH
    PLATFORMS, INC.,                   )
                                       ) OAKLAND, CALIFORNIA
                    PLAINTIFFS,        )
                                       ) MAY 6, 2025
              VS.                      )
                                       ) VOLUME 7
    NSO GROUP TECHNOLOGIES LIMITED     )
    AND Q CYBER TECHNOLOGIES           ) PAGES 1370-1401
    LIMITED,                           )
                                       )
                    DEFENDANTS.        )
    _____)


                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE PHYLLIS J. HAMILTON
                    UNITED STATES DISTRICT JUDGE



    A P P E A R A N C E S:

    FOR THE PLAINTIFFS:     DAVIS POLK & WARDWELL
                            BY:  GREG D. ANDRES
                                 ANTONIO J. PEREZ
                            450 LEXINGTON AVENUE
                            NEW YORK, NEW YORK  10017

                            BY:  MICAH G. BLOCK
                            900 MIDDLEFIELD ROAD, SUITE 200
                            REDWOOD CITY, CALIFORNIA  94063

    OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                 CERTIFICATE NUMBER 9595
                                 IRENE RODRIGUEZ, CSR, RMR, CRR
                                 CERTIFICATE NUMBER 8074

            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2        APPEARANCES (CONTINUED)
 3
 4        FOR THE DEFENDANTS:     KING & SPALDING
                                  BY:  JOSEPH N. AKROTIRIANAKIS
 5                                     AARON S. CRAIG
                                  633 WEST FIFTH STREET, SUITE 1600
 6                                LOS ANGELES, CALIFORNIA  90071

 7                                BY:  MATTHEW V. NOLLER
                                  50 CALIFORNIA STREET, SUITE 3300
 8                                SAN FRANCISCO, CALIFORNIA  94111
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1     I WOULD LIKE YOU, FIRST, TO GO BACK INTO THE JURY ROOM AND
2  I'M GOING TO JOIN YOU JUST FOR A FEW WORDS IN PRIVATE BEFORE
3  YOU LEAVE.
4     AND WHEN YOU LEAVE, YOU HAVE TWO CHOICES.  YOU CAN EITHER
5  COME BACK THROUGH THE COURTROOM AND TALK TO THE LAWYERS IF
6  YOU'D LIKE TO, OR YOU CAN EXIT THROUGH THE PRIVATE ENTRYWAY
7  THAT YOU HAVE BEEN COMING IN AND OUT OF.  IF YOU DO NOT WISH TO
8  SPEAK TO THEM, IT'S TOTALLY, TOTALLY UP TO YOU.
9     ONCE AGAIN, THANK YOU, AND I'LL SEE YOU BACK IN THE JURY
10 ROOM IN JUST A MOMENT.
11         THE CLERK:  ALL RISE FOR THE JURY.
12      (JURY OUT AT 1:35 P.M.).
13         THE COURT:  ALL RIGHT.  THANK YOU.
14     COUNSEL, WE WILL FILE AND RECORD THE VERDICT TODAY.
15 OBVIOUSLY A JUDGMENT WILL NOT BE ENTERED UNTIL AFTER I'VE HEARD
16 THE MOTION FOR PERMANENT INJUNCTION.
17     YOU ALL HAVE INDICATED -- I'LL SET ASIDE FOUR HOURS.  IT
18 MAY BE EVIDENTIARY IN NATURE.  I WOULD JUST LIKE TO KNOW THE
19 NAMES OF THE WITNESSES THAT WILL BE CALLED IN ADVANCE.
20     YOU CAN CONTACT MS. COLLINS AND SCHEDULE IT FOR A DATE ON
21 A THURSDAY ANY TIME THAT'S AVAILABLE IN MAY OR JUNE.
22         MR. ANDRES:  VERY BRIEFLY, YOUR HONOR.  FIRST OF ALL,
23  THANK YOU VERY MUCH AND THANK YOU TO THE COURT STAFF,
24  MS. COLLINS AND LEE-ANNE.
25     I JUST WANT TO BE VERY CLEAR ABOUT WHAT'S PUBLIC AND

```
 1
 2
 3                      CERTIFICATE OF REPORTERS
 4
 5
 6
 7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
 8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10    HEREBY CERTIFY:
11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13    ABOVE-ENTITLED MATTER.
14
15
16                      _____
                        IRENE RODRIGUEZ, CSR, CRR
17                      CERTIFICATE NUMBER 8076
18
19                      _____
                        LEE-ANNE SHORTRIDGE, CSR, CRR
20                      CERTIFICATE NUMBER 9595
21                      DATED:  MAY 6, 2025
22
23
24
25
```