Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         gina.cora@davispolk.com
         craig.cagney@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLANTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE UNDISCLOSED WITNESSES** <br><br> Ctrm:  3 <br> Judge:  Hon. Phyllis J. Hamilton <br> Action Filed: October 29, 2019 |

I, Micah G. Block, declare as follows:

1. I am an attorney licensed to practice law in the state of California and am admitted to practice before this Court. I am a partner with the law firm of Davis Polk & Wardwell LLP, counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned matter. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion to strike undisclosed witnesses. I have personal knowledge of the facts set forth below, and I could and would competently testify to the following if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct excerpt of deposition transcript of Tamir Gazneli, taken in this case on September 4, 2024.

3. Attached hereto as **Exhibit B** is a true and correct excerpt of the certified transcript of the trial in this matter, dated May 6, 2025.

4. Attached hereto as **Exhibit C** is a true and correct excerpt of the deposition transcript of Carl Woog, taken in this case on August 14, 2024.

5. Attached hereto as **Exhibit D** is a true and correct excerpt of the certified transcript of the pretrial conference in this matter, dated April 10, 2025.

6. On June 26, 2025, Plaintiffs' counsel at Davis Polk proposed holding the deadline to exchange witness lists in abeyance in order to allow the Court sufficient time to act on the parties' joint stipulation to continue the permanent injunction hearing from July 17, 2025 to August 28, 2025. Plaintiffs proposed that both parties agree to waive any argument that the opposing parties' disclosure of witness lists was untimely, provided that the opposing party served their witness list by July 3, 2025 or 21 days before the rescheduled hearing (whichever is later). Later that day, NSO's counsel rejected Plaintiffs' proposal to hold the deadline to exchange witness lists in abeyance.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of July, 2025 in Redwood City, California.

By: /s/ Micah G. Block
Micah G. Block