# EXHIBIT A

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

```
 1        H I G H L Y   C O N F I D E N T I A L
 2                ATTORNEYS' EYES ONLY
 3            NORTHERN DISTRICT OF CALIFORNIA
 4                   OAKLAND DIVISION
 5                         Case No. 4-19-cv-07123-PJH
 6  -------------------------------------
 7  WHATSAPP INC., a Delaware corporation,
 8  and META PLATFORMS INC., a Delaware corporation,
 9           Plaintiffs,
10  v.
11  NSO GROUP TECHNOLOGIES LTD and
12  Q CYBER TECHNOLOGIES LTD,
13           Defendants.
14  -------------------------------------
15      Deposition of TAMIR GAZNELI, taken by AILSA
16    WILLIAMS, Certified Court Reporter, held at the
17   offices of Davis Polk & Wardwell, London, United
18       Kingdom, on 4 September, 2024 at 9:00 a.m
19
20
21
22
23
24
25
```

Case 4:19-cv-07123-PJH   Document 777-1   Filed 07/23/25   Page 3 of 5
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 46

1  Q   After January 2020, to the extent
2  work was required, work on ERISED was done by
3  members of the team you supervised?
4         MR. AKROTIRIANAKIS:  Objection,
5  foundation.
6  A   Part of the time.
7  Q   Other than ERISED, and your counsel
8  may instruct on this but I just want to have a
9  clear record, other than ERISED, in that post
10 January 2020 period, did researchers that you
11 supervised work on other installation vectors that
12 would operate via WhatsApp?
13        MR. AKROTIRIANAKIS:  You can answer to
14 the extent it is within the time period April 29,
15 2018 to May 10, 2020.
16 A   In this timeframe, no.
17 Q   And subsequent to May 2020, did
18 members of the team you supervised work on any
19 installation vectors that would work via WhatsApp?
20        MR. AKROTIRIANAKIS:  He is not able to
21 talk about timeframes after the timeframe
22 delineated in the court order?
23        MR. PEREZ-MARQUES:  So is that an
24 instruction not to answer?
25        MR. AKROTIRIANAKIS:  Yes.

Veritext Legal Solutions
212-279-9424                    www.veritext.com                    212-490-3430

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 271

1      A   I don't recall the exact time that
2  the lawsuit was filed.
3      Q   It was filed in October 2019.  So
4  with that context, with this lawsuit pending NSO
5  was actively making available to its customers a 0
6  click exploit that involved the transmission of
7  messages over WhatsApp servers.  Correct?
8      A   Yes.
9      Q   And as to NSO continues to make
10 available to its customers a 0 click exploit that
11 uses WhatsApp servers, you are not willing to tell
12 me.
13     A   No.
14     Q   No, you are not willing to tell me?
15         MR. AKROTIRIANAKIS:  We already had this
16 conversation, counsel.
17         MR. PEREZ-MARQUES:  Is that right?  I
18 just want to make sure I understand the "no".  The
19 no is you won't tell me, right?
20     A   I can't tell you.
21         MR. PEREZ-MARQUES:  Okay.  Why don't we
22 take a short break.
23         THE VIDEOGRAPHER:  Going off the record.
24 The time is 16:57.  End of media card five, volume
25 one, of the video deposition of Tamir Gazneli.

1   CERTIFICATE OF COURT REPORTER

2

3   I, AILSA WILLIAMS, an Accredited LiveNote
4   Reporter, hereby certify that Tamir Gazneli was
5   duly sworn, that I took the Stenograph notes of
6   the foregoing deposition and that the transcript
7   thereof is a true and accurate record transcribed
8   to the best of my skill and ability.  I further
9   certify that I am neither counsel for, related to,
10  nor employed by any of the parties to the action
11  in which the deposition was taken, and that I am
12  not a relative or employee of any attorney or
13  counsel employed by the parties hereto, nor
14  financially or otherwise interested in the outcome
15  of the action.
16  Before completion of the deposition, review of the
17  transcript was requested.  Any changes made by the
18  deponent (and provided to the reporter) during the
19  period allowed are appended hereto.
20
21  *[signature: Ailse Jh Williams]*
22
23  AILSA WILLIAMS
24  Dated:    September 6, 2024.
25