# EXHIBIT B

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                           OAKLAND DIVISION

 4

 5    WHATSAPP LLC AND META          )   C-19-07123 PJH
      PLATFORMS, INC.,               )
 6                                   )   OAKLAND, CALIFORNIA
                     PLAINTIFFS,     )
 7                                   )   APRIL 28, 2025
              VS.                    )
 8                                   )   VOLUME 1
      NSO GROUP TECHNOLOGIES LIMITED )
 9    AND Q CYBER TECHNOLOGIES       )   PAGES 1-264
      LIMITED,                       )
10                                   )
                     DEFENDANTS.     )
11    _____)

12

13              TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE PHYLLIS J. HAMILTON
14              UNITED STATES DISTRICT JUDGE

15

16    A P P E A R A N C E S:

17    FOR THE PLAINTIFFS:    DAVIS POLK & WARDWELL
                             BY:  GREG D. ANDRES
18                                ANTONIO J. PEREZ
                             450 LEXINGTON AVENUE
19                           NEW YORK, NEW YORK  10017

20                           BY:  MICAH G. BLOCK
                             900 MIDDLEFIELD ROAD, SUITE 200
21                           REDWOOD CITY, CALIFORNIA  94063

22    OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                   CERTIFICATE NUMBER 9595
23                                 IRENE RODRIGUEZ, CSR, RMR, CRR
                                   CERTIFICATE NUMBER 8074
24
            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                TRANSCRIPT PRODUCED WITH COMPUTER
```

| | |
|---|---|
| 1 | MR. AKROTIRIANAKIS: YOUR HONOR, PERHAPS -- BECAUSE |
| 2 | THAT DIRECTIVE SORT OF IMPLIES THAT IT WOULD BE AVAILABLE TO |
| 3 | THEM, MAYBE SOMETHING -- ONE MORE SENTENCE, LIKE, THAT |
| 4 | INFORMATION IS NECESSARY FOR THE COURT TO CONSIDER THIS, OR |
| 5 | WHATEVER YOU WOULD LIKE, YOUR HONOR. |
| 6 | BECAUSE THE ANSWER MIGHT COME BACK, WE WANT THIS PART OF |
| 7 | THE TRANSCRIPT, AND THEN THE NEXT ONE IS, LIKE, WELL, NO, YOU |
| 8 | CAN'T HAVE THAT. |
| 9 | THE COURT: RIGHT, OKAY. |
| 10 | MR. AKROTIRIANAKIS: SO TO MAKE IT CLEAR THAT THIS IS |
| 11 | JUST A REQUEST FOR FURTHER INFORMATION TO ALLOW THE COURT TO |
| 12 | CONSIDER THE QUESTION THEY'VE ASKED, AS OPPOSED TO THE ANSWER |
| 13 | IS, YES, YOU MAY HAVE A TRANSCRIPT, AND HERE'S WHAT IT IS. |
| 14 | THAT'S MY CONCERN. |
| 15 | THE COURT: HOW ABOUT -- OKAY. WHAT PORTION OF THE |
| 16 | TRANSCRIPT ARE YOU INTERESTED IN REVIEWING? I NEED THIS |
| 17 | INFORMATION -- |
| 18 | MR. AKROTIRIANAKIS: TO CONSIDER THE REQUEST. |
| 19 | MR. ANDRES: TO MAKE THE DETERMINATION. |
| 20 | THE COURT: -- TO MAKE A DETERMINATION IF IT CAN BE |
| 21 | PROVIDED. |
| 22 | MR. ANDRES: CORRECT. |
| 23 | MR. AKROTIRIANAKIS: YES, YOUR HONOR. THANK YOU. |
| 24 | (PAUSE IN PROCEEDINGS.) |
| 25 | THE COURT: OKAY. |

| | |
|---|---|
| 1 | MR. ANDRES:  THANK YOU, YOUR HONOR. |
| 2 | THE COURT:  TAKE THIS BACK IN TO THEM AND BRING US |
| 3 | BACK AN ANSWER (HANDING). |
| 4 | THE CLERK:  YES, YOUR HONOR. |
| 5 | THE COURT:  THANK YOU. |
| 6 | I GUESS WHILE YOU ALL ARE HERE, WE CAN TALK ABOUT -- I |
| 7 | MEAN, REGARDLESS OF WHAT THE VERDICT IS, WE WILL, I ASSUME, |
| 8 | STILL SET A HEARING ON THE REQUEST FOR INJUNCTIVE RELIEF? |
| 9 | MR. ANDRES:  YOUR HONOR -- |
| 10 | THE COURT:  OR WILL THAT DEPEND UPON WHETHER OR NOT |
| 11 | EITHER KIND OF DAMAGES ARE AWARDED TO THE PLAINTIFF? |
| 12 | MR. ANDRES:  I MEAN, OUR POSITION IS IRRESPECTIVE, |
| 13 | IT'S A SEPARATE ISSUE FROM THE DAMAGES, AND WE OBVIOUSLY ALL |
| 14 | BRIEFED IT.  I THINK IT'S UP TO YOUR HONOR WHETHER OR NOT YOU |
| 15 | THINK THAT THE EVIDENCE DURING THE TRIAL IS SUFFICIENT FOR TO |
| 16 | YOU MAKE A DECISION ON THAT. |
| 17 | SO WE NEED -- WE NEED AN ARGUMENT, I SUPPOSE.  WHEN YOU |
| 18 | SAY A HEARING, I DON'T KNOW THAT WE NEED THE WITNESSES, BUT I |
| 19 | THINK THAT'S UP TO YOU AND UP TO THE PARTIES, AND I THINK ON |
| 20 | THE WHOLE, WE THINK THE EVIDENCE IS MORE THAN SUFFICIENT FROM |
| 21 | THE TRIAL FOR YOU TO MAKE A RULING. |
| 22 | BUT WE'RE CERTAINLY HAPPY TO SCHEDULE ARGUMENT AND, |
| 23 | FRANKLY, WE'RE EAGER TO DO THAT. |
| 24 | THE COURT:  OKAY. |
| 25 | MR. NOLLER:  YES, YOUR HONOR.  I MEAN, YOU RULED AT |

| | |
|---|---|
| 1 | THE OUTSET OF THE TRIAL THAT NOTHING RELEVANT TO THE INJUNCTION |
| 2 | WOULD COME IN AT THE TRIAL. |
| 3 | THE COURT: RIGHT. |
| 4 | MR. NOLLER: SO WE THINK THERE'S ALL SORTS OF |
| 5 | EVIDENCE AS TO ONGOING CONDUCT AND PUBLIC POLICY ISSUES THAT |
| 6 | ARE DIRECTLY RELEVANT TO INJUNCTIVE RELIEF THAT WEREN'T |
| 7 | RELEVANT AT THE TRIAL. |
| 8 | SO OUR POSITION, AS WE'VE STATED IN THE PAPERS, IS THAT |
| 9 | THERE NEEDS TO BE A SEPARATE EVIDENTIARY HEARING, OR THERE |
| 10 | CERTAINLY NEEDS TO BE AT LEAST AN ARGUMENT. |
| 11 | THE COURT: WELL, I AGREE THERE NEEDS TO BE AN |
| 12 | ARGUMENT. I WOULDN'T RULE ON THE PAPERS ON THIS PARTICULAR |
| 13 | MOTION. |
| 14 | I ACTUALLY HAVEN'T READ THEM, BUT I'VE KIND OF FLIPPED |
| 15 | THROUGH THEM AND, YEAH, THEY NEED SOME MORE ATTENTION. |
| 16 | BUT IF WE HAVE AN EVIDENTIARY HEARING, I'D ONLY BE WILLING |
| 17 | TO SET ASIDE ONE DAY, LIKE, THREE OR FOUR HOURS FOR ANY |
| 18 | ADDITIONAL TESTIMONY. |
| 19 | MR. NOLLER: UNDERSTOOD. I THINK THAT WOULD BE UP TO |
| 20 | THE COURT AS TO HOW TO SCHEDULE THAT. |
| 21 | THE COURT: YEAH, YOU COULD DO IT WITHIN THAT |
| 22 | TIMEFRAME, I'M ASSUMING. |
| 23 | MR. NOLLER: I'M SURE THAT WE CAN -- |
| 24 | THE COURT: I GUESS IT -- |
| 25 | MR. NOLLER: I'M SURE WE CAN ACCOMMODATE WHATEVER |

```
 1
 2
 3                      CERTIFICATE OF REPORTERS
 4
 5
 6
 7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
 8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10   HEREBY CERTIFY:
11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14
15
16                          _____
                            IRENE RODRIGUEZ, CSR, CRR
17                          CERTIFICATE NUMBER 8076
18
19                          _____
                            LEE-ANNE SHORTRIDGE, CSR, CRR
20                          CERTIFICATE NUMBER 9595
21                          DATED:  MAY 6, 2025
22
23
24
25
```