# EXHIBIT C

Case 4:19-cv-07123-PJH   Document 777-3   Filed 07/23/25   Page 2 of 6
WhatsApp Inc. vs NSO Group Technologies Limited et al.                Job 3226
CARL WOOG on 08-14-2024        {{Attorneys Eyes Only}}

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                       OAKLAND DIVISION

 4   _____

 5   WHATSAPP INC., a Delaware              )
     corporation, and FACEBOOK, INC.,       )
 6   a Delaware corporation,                )
     a Delaware corporation,                )
 7                                          )
                Plaintiffs,                 )
 8       v.                                 ) Case No.
                                            ) 4:19-cv-07123-PJH
 9   NSO GROUP TECHNOLOGIES LIMITED         )
     and Q CYBER TECHNOLOGIES LIMITED,      )
10                                          )
                                            )
11              Defendants.                 )
     _____)
12

13       HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14         VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                      DEPOSITION OF

16     WHATSAPP INC., by and through its Designated

17                      Representative,

18                        CARL WOOG

19             Palo Alto, California 94304

20             Wednesday, August 14, 2024

21

22

23   Reported Stenographically by:
     MARY J. GOFF
24   CSR No. 13427
     WA CSR No. 21030779
25   Job No. 3226
     PAGES 1-384
```

Case 4:19-cv-07123-PJH   Document 777-3   Filed 07/23/25   Page 3 of 6
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3226
CARL WOOG on 08-14-2024      {{Attorneys Eyes Only}}                     Page 72

1  that regard.

2      Q    (BY ATTORNEY AKROTIRIANAKIS)  In general,
3  are you -- would you agree that criminals and
4  terrorists can make use of WhatsApp, including its
5  end-to-end encrypted communications?

6      A    Yeah, I'm not aware of any specifics in
7  general.  There are many people who use our service.

8           Of course, we have policies that we
9  enforce against certain type of legal activity such
10 as terrorist organizations, and we -- we respond to
11 those challenges with the information we have
12 available.

13     Q    And you have come to learn through
14 those -- enforcement of those policies that WhatsApp
15 has been used by criminals and it has been used by
16 terrorists, correct?

17     A    Sir, I'm not aware of any specifics.  Like
18 I said -- as I mentioned earlier, we have a team of
19 experts that respond to lawful requests from law
20 enforcement agencies.  They're the experts that
21 receive those requests and respond to the
22 information we have available.

23          We also have a policy team that is -- you
24 know, helps determine these policies and helps carry
25 out the policies and -- in coordination with our

Case 4:19-cv-07123-PJH   Document 777-3   Filed 07/23/25   Page 4 of 6
WhatsApp Inc. vs NSO Group Technologies Limited et al.                          Job 3226
CARL WOOG on 08-14-2024      {{Attorneys Eyes Only}}                           Page 361

1    ATTORNEY ANDRES:  Objection, asked and
2  answered.
3    ATTORNEY AKROTIRIANAKIS:  Well, okay.
4  Whatever.
5    My response to the objection is
6  "whatever."
7    Q    (BY ATTORNEY AKROTIRIANAKIS) Do you
8  understand my question, Mr. Woog?
9    A    I don't remember what you said before
10 "whatever."
11   Q    All right.  My question is:  What is your
12 belief as to why NSO would have attacked 1,400
13 persons, as you claim?
14   A    Sir, I would be speculating on their --
15 their motive.  If you would like me to do so, I -- I
16 could try.
17   Q    Well, what's your understanding of -- of
18 what motive there could be on the part of NSO to
19 attack 1,400 or any persons?
20   A    Sir, from my understanding, NSO is a
21 for-profit spyware company that is attempting to
22 make money by targeting people all over the world.
23        And they have attacked, based on the
24 information we have learned, over 100 members of
25 civil society, including journalists, including

Case 4:19-cv-07123-PJH   Document 777-3   Filed 07/23/25   Page 5 of 6
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3226
CARL WOOG on 08-14-2024        {{Attorneys Eyes Only}}                Page 362

```
 1  lawyers, and many people.  And I believe they do so
 2  for profit.
 3       Q    Okay.  So how is it that you think it
 4  works?  This sort of -- NSO is a for-profit spyware
 5  company that's attempting to make money, what's your
 6  basis for that statement and what is your
 7  understanding in that regard?
 8            ATTORNEY ANDRES:  Objection as to
 9  relevance.
10       A    Sir, NSO has attacked our systems.  Our
11  technical experts have explained that to me, to our
12  team that we came under attack by NSO.
13            And we have looked at who they attacked
14  and have seen a clear pattern of abuse.  And my
15  belief about their -- their motives comes from the
16  information that we have then been able to identify
17  and what I have learned from our colleagues inside
18  of WhatsApp and their understanding of the attack.
19       Q    (BY ATTORNEY AKROTIRIANAKIS) So your
20  understanding about what NSO is and what it does is
21  based on statements that others in WhatsApp made to
22  you?
23       A    Yes, sir.
24       Q    Okay.  And you haven't done any
25  independent investigation of NSO?
```

Case 4:19-cv-07123-PJH   Document 777-3   Filed 07/23/25   Page 6 of 6
WhatsApp Inc. vs NSO Group Technologies Limited et al.
CARL WOOG on 08-14-2024   {{Attorneys Eyes Only}}
Job 3226
Page 383

1    I, MARY J. GOFF, CSR No. 13427, Certified
2  Shorthand Reporter of the State of California,
3  certify;
4    That the foregoing proceedings were taken
5  before me at the time and place herein set forth, at
6  which time the witness declared under penalty of
7  perjury; that the testimony of the witness and all
8  objections made at the time of the examination were
9  recorded stenographically by me and were thereafter
10 transcribed under my direction and supervision; that
11 the foregoing is a full, true, and correct
12 transcript of my shorthand notes so taken and of the
13 testimony so given;
14    That before completion of the deposition,
15 review of the transcript ( ) was (XX) was not
16 requested:   (   ) that the witness has failed or
17 refused to approve the transcript.
18    I further certify that I am not financially
19 interested in the action, and I am not a relative or
20 employee of any attorney of the parties, nor of any
21 of the parties.
22    I declare under penalty of perjury under the
23 laws of California that the foregoing is true and
24 correct, dated this    day of      , 2024.

*Mary Goff*

MARY J. GOFF