JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
  *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Action Filed:   10/29/2019 |

TO THE COURT AND PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") move the Court to consider whether excerpts of the deposition transcript of Plaintiffs' Rule 30(b)(6) representative Carl Woog, attached as Exhibit 8 to Defendants' reply in further support of their motion to strike Plaintiffs' undisclosed witnesses, should be sealed.  An unredacted version of excerpts of the deposition transcript of Carl Woog is attached here as Exhibit 1.

The deposition transcript of Carl Woog was designated by Plaintiffs WhatsApp LLC, f/k/a WhatsApp Inc., and Meta Platforms, Inc., f/k/a Facebook, Inc. (collectively, "Plaintiffs") as "Highly Confidential - Attorney's Eyes Only" under the Stipulated Protective Order (Dkt. No. 132).  Defendants take no position as to whether the deposition transcript satisfies the requirements for sealing.  Defendants reserve the right to challenge any confidentiality designations and to oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

For the reasons set forth above, Defendants respectfully request that the Court permit the unredacted transcript excerpts of Carl Woog to be conditionally filed under seal.

DATED:  July 30, 2025

KING & SPALDING LLP

By: /s/ Aaron S. Craig
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG

    Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED