1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:  Hon. Phyllis J. Hamilton |

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("the Motion") filed by NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants"), IT IS HEREBY ORDERED that the Motion is GRANTED and the following document WILL REMAIN SEALED:

| Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|
| Excerpts from the transcript of the August 14, 2024 deposition of Carl Woog (Exhibit 1 to Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed) | All excerpts | Refers to materials designated by Plaintiffs as "Highly Confidential - Attorneys' Eyes Only" |

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE