JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**SUPPLEMENTAL DECLARATION OF AARON S. CRAIG IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO STRIKE UNDISCLOSED WITNESSES FROM PLAINTIFFS' WITNESS LIST AND FOR SANCTIONS**<br><br>Date:  August 14, 2025<br>Time:  1:30 p.m.<br>Place: Courtroom 3, Ronald V. Dellums Federal Building & U.S. Courthouse, 1301 Clay Street, Oakland, California<br><br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed:  10/29/2019 |

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court, a partner in the law firm of King & Spalding LLP, and counsel of record to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO" or "Defendants") in this action. This Supplemental Declaration is made in further support of Defendants' Motion to Strike Undisclosed Witnesses from Plaintiffs' Witness List for August 28, 2025 Evidentiary Hearing and for Sanctions. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. Attached as **Exhibit 8** are excerpts from the transcript of the August 14, 2024 deposition of Carl Woog.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July 2025, in Los Angeles, California.

_____
AARON S. CRAIG

SUPPLEMENTAL CRAIG DECLARATION    1    Case No. 4:19-cv-07123-PJH