Greg D. Andres
Antonio J. Perez-Marques
Gina Cora
Craig T. Cagney
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
            antonio.perez@davispolk.com
            gina.cora@davispolk.com
            craig.cagney@davispolk.com
            luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>                        Plaintiffs,<br><br>            v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF ANDREW BLAICH IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR PERMANENT INJUNCTION**<br><br>Ctrm:  3<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Action Filed: October 29, 2019 |

I, Andrew Blaich, declare as follows:

1.    I submit this declaration in support of Plaintiffs' Reply Brief in Support of Motion for Permanent Injunction in the above-captioned matter.  The information in this declaration is based on my personal knowledge.  If called as a witness, I could competently testify to the truth of each statement.

2.    I am employed as a Security Espionage Investigator on the Threat Intelligence team at Meta Platforms, Inc. ("Meta"). I have been employed by Meta since 2019.  As part of my role, I investigate threats to Meta's platforms, identify threat actors, and take steps to mitigate active threats.

3.    I am familiar with the processes that the Threat Intelligence team uses to track threat actors across Meta's platforms, including Facebook, Instagram, Messenger, and WhatsApp.

4.    As part of our routine work, the Threat Intelligence team uses a shared knowledge management system to track threat actors and share knowledge among team members.  This system enables threat investigators to share updates, including uploading investigation files such as photos and videos, with other threat investigators.

5.    Attached hereto as **Exhibit A** is a true and correct screenshot of an image sent by a Facebook account on December 11, 2023.  This image was uploaded to the shared knowledge management system used by the Threat Intelligence team at the time it was investigated by the Threat Intelligence team, and kept in the ordinary course of Meta's business.  It is Meta's regular practice to record this information.

6.    Attached hereto as **Exhibit B** is a true and correct screenshot from a video sent by a Facebook account on January 21, 2024.  This video was uploaded to the shared knowledge management system used by the Threat Intelligence team at the time it was investigated by the Threat Intelligence team, and kept in the ordinary course of Meta's business.  It is Meta's regular practice to record this information.

7.    Attached hereto as **Exhibit C** is a true and correct screenshot from a video sent by a Facebook account on October 10, 2024.  This video was uploaded to the shared knowledge management system used by the Threat Intelligence team at the time it was investigated by the Threat

1    Intelligence team, and kept in the ordinary course of Meta's business.  It is Meta's regular practice

2    to record this information.

1   Executed this 7th day of August 2025 in San Carlos, California_____ .

2

3   By: _Andrew Blaich_____

4   Andrew Blaich

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C

