UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WHATSAPP INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | Case No. 19-cv-07123-PJH<br><br>**ORDER RE OBJECTIONS TO REPLY EVIDENCE**<br><br>Re: Dkt. 785 |
|---|---|

Defendants have filed objections to evidence submitted with plaintiffs' reply in support of their motion for permanent injunction. See Dkt. 785. Although the court is unlikely to rule upon the objections before the August 28 hearing, the court would like plaintiffs to file a response. Accordingly, plaintiffs are directed to file a response to defendants' objections no later than **5:00 p.m.** Pacific Time on **Thursday, August 21, 2025**.

**IT IS SO ORDERED.**

Dated: August 18, 2025

                                                  /s/ *Phyllis J. Hamilton*
                                                PHYLLIS J. HAMILTON
                                                United States District Judge