1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants
   NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
|---|---|
|  | **DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S NOTICE OF PUBLIC FILING OF PREVIOUSLY-SEALED BRIEFS** |
| Plaintiffs, | |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:  10/29/2019 |
| Defendants. | |

**NOTICE OF PUBLIC FILING OF PREVIOUSLY SEALED BRIEFS**

Defendants hereby submit this notice of their public filing of the following twelve previously briefs previously filed under seal, pursuant to the Court's Order Re Various Motions to Seal dated August 11, 2025 (Dkt. 784).

1. MOTION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF DANA TREXLER, CPA/CFF dated December 18, 2024;

2. DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER, CPA/CFF dated January 9, 2025;

3. DEFENDANTS' TRIAL BRIEF dated March 13, 2025;

4. DEFENDANTS' MOTIONS IN LIMINE NOS. 1-10 dated March 13, 2025;

5. DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION dated March 14, 2025;

6. DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF GREGORY A. PINSONNEAULT dated March 20, 2025;

7. OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JOSHUA J. MINKLER dated March 20, 2025;

8. DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF COL. TY SHEPARD dated March 20, 2025;

9. OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF TERRANCE MCGRAW dated March 20, 2025;

10. REPLY IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DANA TREXLER, CPA/CFF dated March 27, 2025;

11. REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT

TESTIMONY OF DAVID J. YOUSSEF dated March 27, 2025;

      12. DEFENDANTS' REVISED OPPOSITION TO PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION dated June 18, 2025.

DATED:  August 22, 2025                KING & SPALDING LLP

                                      By: */s/ Aaron S. Craig*
                                             JOSEPH N. AKROTIRIANAKIS
                                           AARON S. CRAIG

                                           Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED