1  Greg D. Andres
2  Antonio J. Perez-Marques
   Gina Cora
3  Craig T. Cagney
   Luca Marzorati
4    (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
7  Facsimile:  (212) 701-5800
   Email:    greg.andres@davispolk.com
8            antonio.perez@davispolk.com
             gina.cora@davispolk.com
9            craig.cagney@davispolk.com
             luca.marzorati@davispolk.com
10

11 Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
12 900 Middlefield Road, Suite 200
   Redwood City, California 94063
13 Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
14 Email:    micah.block@davispolk.com

15 *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PLAINTIFFS' NOTICE OF FILING PUBLIC VERSIONS PURSUANT TO THE COURT ORDER RE VARIOUS MOTIONS TO SEAL [DKT. NO. 784]**<br><br>Ctrm:  3<br>Judge: Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Court's order regarding various motions to seal (Dkt. No. 784) (the "Sealing Order"), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), by and through their counsel, hereby file as attachments to this Notice of Filing public versions of documents previously filed conditionally under seal by Plaintiffs as outlined in the below table.

| Document | Dkt. Nos. |
|---|---|
| Plaintiffs' Opposition to Motion of Third Parties Westbridge Technologies, Josh Shaner, and Terrence DiVittorio for Clarification | 426-3 |
| Plaintiffs' Notice of Motion and Motion to Strike the Second Supplemental Rebuttal Expert Report of Gregory A. Pinsonneault | 490-3 |
| Plaintiffs' Notice of Motion and Motion to Exclude the Expert Testimony of Col. Ty Shepard | 504-3 |
| Plaintiffs' Notice of Motion and Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault | 508-3 |
| Plaintiffs' Notice of Motion and Motion to Exclude the Expert Testimony of Terrence McGraw | 513-3 |
| Plaintiffs' Opposition to Defendants' Motion to Strike the Supplemental Expert Report of Dana Trexler | 524-3 |
| Plaintiffs' Reply in Support of Motion to Strike the Second Supplemental Rebuttal Expert Report of Gregory A. Pinsonneault | 546-3 |
| Plaintiffs' Notice of Motion and Motion for Permanent Injunction | 557-3 |
| Plaintiffs' Opposition to Defendants' Administrative Motion to Continue Briefing Deadlines and Hearing Date on Plaintiffs' Motion for Permanent Injunction | 568-3 |
| Plaintiffs' Notice of Motion and Motion to Exclude the Expert Testimony of Joshua J. Minkler | 572-3 |
| Plaintiffs' Motions in Limine | 592-3 |

1

PLAINTIFFS' NOTICE OF FILING PUBLIC VERSIONS PURSUANT TO COURT ORDER RE VARIOUS MOTIONS TO SEAL
CASE NO. 4:19-CV-07123-PJH

| Document | Dkt. Nos. |
|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Exclude or Limit the Opinions of Plaintiffs' Proposed Expert Anthony Vance, Ph.D. | 623-3 |
| Plaintiffs' Opposition to Defendants' Motion to Exclude or Limit the Opinions of Plaintiffs' Proposed Expert David J. Youssef | 625-3 |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Certain Opinions of Dana Trexler | 629-3 |
| Plaintiffs' Reply in Support of Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault | 642-3 |
| Plaintiffs' Opposition to Defendants' Motions in Limine | 644-3 |
| Plaintiffs' Reply in Support of Motion to Exclude Col. Ty Shepard | 648-3 |
| Plaintiffs' Reply in Support of Motion to Exclude the Expert Testimony of Terrence McGraw | 651-3 |

2

PLAINTIFFS' NOTICE OF FILING PUBLIC VERSIONS PURSUANT TO COURT ORDER RE VARIOUS MOTIONS TO SEAL
CASE NO. 4:19-CV-07123-PJH

| | | |
|---|---|---|
| 1 | Dated: August 22, 2025 | Respectfully Submitted, |
| 2 | | DAVIS POLK & WARDWELL LLP |
| 3 | | |
| 4 | | By: /s/ Micah G. Block |
| | | Greg D. Andres |
| 5 | | Antonio J. Perez-Marques |
| | | Gina Cora |
| 6 | | Craig T. Cagney |
| | | Luca Marzorati |
| 7 | | (admitted pro hac vice) |
| | | DAVIS POLK & WARDWELL LLP |
| 8 | | 450 Lexington Avenue |
| 9 | | New York, New York 10017 |
| | | Telephone: (212) 450-4000 |
| 10 | | Facsimile: (212) 701-5800 |
| | | Email: greg.andres@davispolk.com |
| 11 | | antonio.perez@davispolk.com |
| | | gina.cora@davispolk.com |
| 12 | | craig.cagney@davispolk.com |
| 13 | | luca.marzorati@davispolk.com |
| 14 | | Micah G. Block (SBN 270712) |
| | | DAVIS POLK & WARDWELL LLP |
| 15 | | 900 Middlefield Road |
| 16 | | Redwood City, California 94063 |
| | | Telephone: (650) 752-2000 |
| 17 | | Facsimile: (650) 752-2111 |
| | | Email: micah.block@davispolk.com |
| 18 | | |
| 19 | | *Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.* |

3

PLAINTIFFS' NOTICE OF FILING PUBLIC VERSIONS PURSUANT TO COURT ORDER RE VARIOUS MOTIONS TO SEAL
CASE NO. 4:19-CV-07123-PJH