1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO REPLY EVIDENCE**<br><br>Date:  August 28, 2025<br>Time:  10 a.m.<br>Place:  Courtroom 3, Ronald V. Dellums Federal Building & U.S. Courthouse, 1301 Clay Street, Oakland, California<br><br>Action Filed: 10/29/2019 |

1  Having considered Defendants' Administrative Motion for leave to file a Reply to
2  Plaintiffs' Response to Defendants' Objections to Reply Evidence, the Motion is hereby
3  GRANTED.

5  Dated: _____        _____
6                                      The Honorable Phyllis J. Hamilton
                                        United States District Judge

---

[PROPOSED] ORDER GRANTING ADMINSTRATIVE    Case No. 4:19-cv-07123-PJH
MOTION FOR LEAVE