1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

12  WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware

13  corporation,

14          Plaintiffs,

15      v.

16  NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,

17

18          Defendants.

19

20

21

22
23
24
25
26
27
28

Case No. 4:19-cv-07123-PJH

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO REPLY EVIDENCE**

Date:   August 28, 2025
Time:   10 a.m.
Place:  Courtroom 3, Ronald V. Dellums
        Federal Building & U.S. Courthouse,
        1301 Clay Street, Oakland, California

Action Filed: 10/29/2019

Having considered Defendants' Administrative Motion for leave to file a Reply to Plaintiffs' Response to Defendants' Objections to Reply Evidence, the Motion is hereby GRANTED.

Dated: _____         _____

The Honorable Phyllis J. Hamilton
United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE          Case No. 4:19-cv-07123-PJH
MOTION FOR LEAVE