# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** August 28, 2025 (Time: 4 hours, 55 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** 19-cv-07123-PJH
**Case Name:** WhatsApp Inc., et al. v. NSO Group Technologies Limited, et al.

**Attorney(s) for Plaintiff:** Greg Andres; Antonio Perez-Marques; Luca Marzorati; Micah Block

**Attorney(s) for Defendant:** Joseph Akrotirianakis; Aaron Craig; Matthew Noller; Matt Dawson

**Deputy Clerk:** Kelly Collins        **Court Reporter:** Melanie Sonntag

## PROCEEDINGS

Motion for Permanent Injunction hearing- Held. Court takes the matter under submission.

See attached trial and exhibit log.

Motion for New Trial Hearing – Held. Court takes the matter under submission.

Court grants parties request for a two-week continuance of pending deadlines. Defendants to re-file the technical documents on the public docket by 9/15/2025. Joint omnibus motion to seal due by 9/19/2025.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**cc:** chambers