# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-07123-PJH
Case Name: WhatsApp Inc. et al. v. NSO Group Technologies Limited et al.

## EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Phyllis J. Hamilton | Greg Andres; Antonio Perez-Marques; Luca Marzorati; Micah Block | Joseph Akrotirianakis; Aaron Craig; Matthew Noller; Matt Dawson |
| **MOTION DATE:** | **REPORTER(S):** | **CLERK:** |
| August 28, 2025 | Melanie Sonntag | Kelly Collins |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:21 a.m. | | | Plaintiff calls witness Andrew Blaich. Witness is sworn and testifies under direct examination by Greg Andres. | |
| A | | 8/28/2025 | X | X | Pegasus computer code file (noise_pb2.py) | |
| B | | 8/28/2025 | X | X | Pegasus computer code file (helloworld.py) | |
| C | | 8/28/2025 | X | X | Pegasus computer code file (leak_tests.py) | |
| | | 11:06 a.m. | | | Witness Andrew Blaich is excused. | |
| | | 11:08 a.m. | | | Plaintiff calls witness Lander Brandt. Witness is sworn and testifies under direct examination by Luca Marzorati. | |
| | | 11:38 a.m. | | | Defendant calls witness Joshua Minkler. Witness is sworn and testifies under direct examination by Joseph Akrotirianakis. | |
| | | 12:07 p.m. | | | Mr. Akrotirianakis proffers the witness as an expert. | |
| | | 12:07 p.m. | | | Voir dire of witness by Greg Andres. | |
| | | 12:22 p.m. | | | Direct examination of witness Joshua Minkler continues. | |
| | 1093 | 8/28/2025 | X | X | Remarks by the President at South By Southwest Interactive | |
| | | 12:41 p.m. | | | Cross examination of witness Joshua Minkler by Greg Andres. | |
| | | 1:00 p.m. | | | Witness Joshua Minkler is excused. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case No: 19-cv-07123-PJH
Case Name: WhatsApp Inc. v. NSO Group Technologies Limited
Date: August 28, 2025
Courtroom Deputy: Kelly Collins          - Court Reporter:

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|----|
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |
|         |         |                   |    |     |             |    |

Case No: 19-cv-07123-PJH
Case Name: WhatsApp Inc. v. NSO Group Technologies Limited
Date: August 28, 2025
Courtroom Deputy: Kelly Collins        - Court Reporter:

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|-----|
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |
|         |         |                   |    |    |             |     |