JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S NOTICE OF PUBLIC FILING OF PREVIOUSLY-SEALED EXHIBITS**<br><br>Action Filed: 10/29/2019 |

# NOTICE OF PUBLIC FILING OF PREVIOUSLY SEALED BRIEFS

Defendants hereby submit this notice of their public filing of the following exhibits previously filed under seal, pursuant to the Court's Order Re Various Motions to Seal dated August 11, 2025 (Dkt. 784, with redactions only as permitted by that Order, as clarified by the Court at the hearing on August 28, 2025.

1. DKT. 396-4 – EXHIBIT 3 TO THE DECLARATION OF AARON CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT dated September 27, 2024;

2. DKT. 396-5 – EXHIBIT 4 TO THE DECLARATION OF JOSEPH N. AKROTIRIANAKIS, DEPOSITION OF YARON SHOHAT, dated August 29, 2024;

3. DKT. 399-4 – EXHIBITS 1, 5-6, 8, 10, 17, 21, 25, 29-30 TO THE DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT MOTION, dated September 27, 2024;

4. DKT. 405-4 – EXHIBITS N-Q TO DECLARATION OF MICAH G. BLOCK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL, dated October 1, 2024

5. DKT. 418-5 – EXHIBITS 5, 7, 9, 22, 26-27, 30 TO THE DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT OPPOSITION dated October 11, 2024

6. DKT. 418-7 – EXHBIT B TO THE DECLARATION OF ANTHONY VANCE IN SUPPORT OF THE SUMMARY JUDGMENT MOTION AND THE SUMMARY JUDGMENT OPPOSITION, EXPERT REPORT OF ANTHONY VANCE dated August 30, 2024

7. DKT. 418-8 – DECLARATION OF DAVID YOUSSEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND THE SUMMARY JUDGMENT OPPOSITION, EXHIBITS B-C TO THE DECLARATION OF DAVID YOUSSEF DATED October 11, 2024

8. DKT. 419-3 – EXHIBIT 2 TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, DECLARATION OF TERRENCE MCGRAW AND EXHIBITS A-B TO THE DECLARATION, dated October 10, 2024

9. DKT. 419-4 – EXHIBIT 3 TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, DECLARATION OF TAMIR GAZNELI IN SUPPORT OF THE OPPOSITION, dated October 10, 2024

10. DKT. 419-5 – EXHBIT D-E TO THE DECLARATION OF JOSEPH A. AKROTIRIANAKIS IN SUPPORT OF THE OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, DEPOSITION OF YARON SHOHAT dated August 29, 2024, DEPOSITION OF TAMIR GAZNELI dated September 4, 2024

11. DKT. 429-4 – EXHBITS 1, 6, 10 TO THE DECLARATION OF AARON CRAIG IN SUPPORT OF OPPOSITION TO MOTION FOR SANCTIONS, dated October 16, 2024

12. DKT. 429-5 – EXHIBIT 21 TO THE DECLARATION OF AARON CRAIG IN SUPPORT OF THE OPPOSITION TO MOTION FOR SANCTIONS, dated October 16, 2024

13. DKT. 429-6 – EXHIBIT 22-25 TO THE DECLARATION OF AARON CRAIG IN SUPPORT OF THE OPPOSITION TO MOTION FOR SANCTIONS, dated October 16, 2024

14. DKT. 429-7 – EXHIBIT 26-28 TO THE DECLARATION OF AARON CRAIG IN SUPPORT OF THE OPPOSITION TO MOTION FOR SANCTIONS, dated October 16, 2024

15. DKT. 429-9 – EXHIBIT 32-33 TO THE DECLARATION OF AARON CRAIG IN SUPPORT OF THE OPPOSITION TO MOTION FOR SANCTIONS, dated October 16, 2024

16. DKT. 429-10 – EXHIBIT 38-45 TO THE DECLARATION OF AARON CRAIG IN SUPPORT OF THE OPPOSITION TO MOTION FOR SANCTIONS, dated October 16, 2024

17. DKT. 429-11 – EXHIBIT 46-56 TO THE DECLARATION OF AARON CRAIG IN SUPPORT OF THE OPPOSITION TO MOTION FOR SANCTIONS, dated October 16, 2024

18. DKT. 429-12 – EXHIBIT 57-62 TO THE DECLARATION OF AARON CRAIG IN SUPPORT OF THE OPPOSITION TO MOTION FOR SANCTIONS, dated October 16, 2024

19. DKT. 429-13 – EXHIBIT 63-75 TO THE DECLARATION OF AARON CRAIG IN

SUPPORT OF THE OPPOSITION TO MOTION FOR SANCTIONS, dated October 16, 2024

20. DKT. 429-14 – EXHIBIT 76-90 TO THE DECLARATION OF AARON CRAIG IN SUPPORT OF THE OPPOSITION TO MOTION FOR SANCTIONS, dated October 16, 2024

21. DKT. 429-15 – EXHIBIT 91-99 TO THE DECLARATION OF AARON CRAIG IN SUPPORT OF THE OPPOSITION TO MOTION FOR SANCTIONS, dated October 16, 2024

22. DKT. 429-18 – EXHIBIT D, DECLARATION OF TAMIR GAZNELI TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS dated October 15, 2024

23. DKT. 433-3 – EXHIBIT 2 TO THE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT FOR LACK OF PERSONAL JURISDICTION AND FOR PARTIAL SUMMARY JUDGMENT, DECLARATION OF TAMIR GAZNELI dated October 18, 2024

24. DKT. 433-4 – EXHIBIT 3 TO THE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT FOR LACK OF PERSONAL JURISDICTION AND FOR PARTIAL SUMMARY JUDGMENT, SUPPLEMENTAL DECLARATION OF TERRENCE MCGRAW AND EXHIBITS X-Y dated October 18, 2024

25. DKT. 433-5 – EXHIBIT CC TO THE SUPPLEMENTAL DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT FOR LACK OF PERSONAL JURISDICTION AND FOR PARTIAL SUMMARY JUDGMENT dated October 18, 2024

26. DKT. 436-4 – EXHIBITS 37-38 TO THE REPLY DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT REPLY, DEPOSITION OF TAMIR GAZNELI dated September 4, 2024, DEPOSITION OF YARON SHOHAT dated August 29, 2024

27. DKT. 436-5 – REPLY DECLARATION OF DAVID YOUSSEF IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT REPLY dated October 18, 2024

28. DKT. 436-6 – EXHIBITS A-B TO THE REPLY DECLARATION OF DAVID YOUSSEF IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT REPLY, EXPERT REPORT OF DAVID YOUSSEF dated August 30, 2024, EXPERT REBUTTAL REPORT OF DAVID YOUSSEF dated September 21, 2024

29. DKT. 443-4 – EXHIBIT R TO THE REPLY DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS, DEPOSITION OF SARIT BIZINSKY GIL dated September 6, 2024

DATED: September 15, 2025      KING & SPALDING LLP

By: */s/ Aaron S. Craig*
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED