# EXHIBIT B
FILED UNDER SEAL

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WHATSAPP INC. and METALPLATFORMS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 19-cv-07123-PJH |

## EXPERT REPORT OF ANTHONY VANCE

August 30, 2024

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

for NSO until 2020,[21] sent a WhatsApp message to a group of 30 recipients:

> Hib team,
>
> No heaven installations till [sic] further notice please. In continue [sic] to ▓▓▓▓ mail.[22]

"Heaven" is the code name for a covert or "zero-click" installation vector related to Pegasus that worked by exploiting WhatsApp.[23] This has been acknowledged by an NSO witness in deposition testimony, and is also evident from code residing on an Amazon Web Services (AWS) server involved in the May 2019 attack (the "AWS Server"). NSO previously stated that, "At certain times prior to January 2021, the AWS Server was being used by NSO's research and development department, to house computer code that **comprised part of the Pegasus system**" (emphasis added).[24] Files produced by NSO from this server include the Python program "▓▓▓▓▓▓," which contains the documentation string:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The program also contains a statement that imports the "exploit" function from the "exploits" and "heaven" submodules within the "attackVectors" module:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Approximately nine minutes after ▓▓▓▓▓▓▓ WhatsApp message, ▓▓▓▓▓▓▓, a key member of the technology support team at NSO,[27] sent a WhatsApp message to 54 recipients:

> Hi all,
>
> WhatsApp had [sic] made changes in their servers that currently fail all installations and can cause crashes that risk the Hummingbird vector.
>
> We need to immediately pause all Hummingbird installations cross [sic] all systems (Customer sites (P2 &P3, Tactical covert), Sales) until [NSO's] Android research team will be able to provide a solution.
>
> Official message to clients was synced with CEs (BoAT).

---

[21] See Plaintiffs' Notice of Motion and Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention; Memorandum of Points and Authorities and Support, (Dkt. 335-2) at p. 7.
[22] SHANER_WHATSAPP_00001100.
[23] Eshkar Dep. 122:24 – 123:2; 124:6 – 8; In cybersecurity, an attack vector is a method or means of attacking a victim computer. See *DRAFT NIST Special Publication 800-154: Guide to Data-Centric System Threat Modeling*, p. 5, https://csrc.nist.gov/pubs/sp/800/154/ipd, accessed 8/30/2024.
[24] See Decl. of Chaim Gelfand in Support , filed 7/15/2024.
[25] WA-NSO-00016952, line 2. The files of the AWS Server produced were acquired November 9, 2020.  *See* Decl. of Chaim Gelfand Supp. Defs. Opp. To Pls. Mot. to Compel Discovery Regarding AWS Server (Dkt. 339-1), at 3:16.
[26] WA-NSO-00016952, line 10.
[27] See *Plaintiffs' Notice of Motion and Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention; Memorandum of Points and Authorities and Support*, (Dkt. 335-2) at p. 7.

    The team is working on a solution in top priority, hoping to provide a solution ASAP.

    We will keep you updated.[28]

I know "Hummingbird" to be an umbrella name that NSO uses for the family of installation vectors that use WhatsApp, including the Heaven attack vector.[29] In my opinion, ▓▓▓▓ and ▓▓▓▓ are referring to the changes that WhatsApp implemented as part of the remediation described in "T33535414 - Malformed Whatsapp voip_settings."[30]

This remediation apparently impeded Defendants' ability to install Heaven and/or Hummingbird for some time. For example, on December 7, 2018, Josh Shaner a former employee of Westbridge Technologies, NSO's US sales affiliate,[31] sent a WhatsApp message to ▓▓▓▓

    Hey man, is there any update on when heaven will be back online?

▓▓▓▓ responds:

    Not yet
    Hopefully by the end of next week[32]

The above NSO communications, which took place shortly after the remediation of the ""T33535414 - Malformed Whatsapp voip_settings" vulnerability establishes that WhatsApp's changes to the WhatsApp client application and WhatsApp servers prevented, restricted, or interrupted the operation of NSO malware prior to May 2019.

To further reinforce this point, Plaintiffs changes to WhatsApp server source code made to block malicious stanzas resulted in a "403" error code message that was sent to the attackers, providing notice that their access was forbidden. These error code messages are recorded in a log file on the Pegasus installation server (the AWS Server).

For example, I reviewed a change in the WhatsApp server code with a "Diff" number of D9650871, which was deployed in September 2018.[33] This code blocked call offer stanzas that attempted to set the "voip_settings" XML element, which legitimate WhatsApp clients would not do. After this change was implemented, any call offer stanza with a "voip_settings" XML element would be blocked by the WhatsApp server and an error code of "403" would be

---

[28] SHANER_WHATSAPP_00001098-SHANER_WHATSAPP_00001099.
[29] Eshkar Dep. Rough Draft, Aug. 27, 2024, at 124:23-125:11. On 6/12/2019, shortly after the May 2019 vulnerability was remediated, "Gilad" with the phone number 352691350209 sent a WhatsApp message to Josh Shaner and #30 other participants as follows: "Eden/ Heaven/ Hummingbird R.I.P announcement," equating or associating these products or code names. See SHANER_WHATSAPP_00001513.
[30] WA-NSO-00166464.
[31] Ibid., Eshkar Dep. Rough Draft, Aug. 27, 2024, at 77:19-22 ("Westbridge is an entity that could promote and sell NSO product."); NSO_WHATSAPP_00000176 (org chart showing Westbridge affiliation); Shohat Dep., Aug. 24, 2024, at 68:1-71:9.
[32] See SHANER_WHATSAPP_00001102.
[33] WA-NSO-00192815 (referencing D9650871, which was addressed in September 2018).

returned.



The fact that this 403 error code was received in response to an attempt to set the "voip_settings" XML element demonstrates that the D9650871 diff code change was successful in preventing, restricting, or interrupting the operation of NSO Malware.

Similarly, I reviewed another code change in the WhatsApp server code with a "Diff" number of D13309896 that was deployed in December 2018.[37] This code change was designed to block stanzas that attempted to set an XML "group_update" element, which legitimate WhatsApp clients would not do. After this change was implemented, any stanza with a "group_update" XML element would be blocked by the WhatsApp server and an error code of "403" would be returned.

---

[34] WA-NSO-00017140.
[35] Ibid., line 1167.
[36] Ibid., line 1170.
[37] WA-NSO-00192812: D13309896 (December 2018)



In response, the following acknowledgement (known as an "ACK" message) was received by the Pegasus installation server from the WhatsApp server containing a "403" code indicating that the message was forbidden (emphasis added):



Again, that this 403 "forbidden" error code was received in response to an attempt to set the "group_update" XML element demonstrates that the D13309896 diff code change was successful in preventing, restricting, or interrupting the operation of NSO Malware.

VII. **Defendants intentionally circumvented WhatsApp's December 5, 2018 changes to the WhatsApp client application and WhatsApp servers prior to the May 2019 attacks**

As noted in the previous section, WhatsApp's December 5, 2018 security update disrupted the operation of NSO malware. As also described in the previous section, on December 5, 2018, ▮▮▮▮▮ said in a WhatsApp group message that "WhatsApp had made changes in their servers that currently fail all installations and can cause crashes that risk the Hummingbird vector," but that "The team is working on a solution in top priority, hoping to provide a solution ASAP."[41] ▮▮▮▮▮ in a WhatsApp message to Josh Shaner said he expected NSO to bring "heaven" back online "Hopefully by the end of next week."[42] These communications show NSO's intention to circumvent the technological, code-based measures added to WhatsApp's

---

[38] WA-NSO-00017140.
[39] Ibid., line 4205.
[40] Ibid., line 4207.
[41] See SHANER_WHATSAPP_00001098.
[42] See SHANER_WHATSAPP_00001102.

10

servers so NSO could regain access to them again for purposes of installing Heaven and/or Hummingbird.

On February 4, 2019, ▋ sent a WhatsApp message to Josh Shaner and +30 other people:

> guys *Eden is back* and operational on sales 3! Thanks ▋

▋ responded:

> 👍 have fun

▋ replied:

> Starting internal demo: including Armageddon and Eden installations
>
> Both installation completed succesfuly [sic] 😁 thanks![43]

"Eden" is an upgraded version of Heaven, and like Heaven, is a covert or zero-click installation vector for NSO Malware that used WhatsApp.[44] These communications establish that at least by February 4th, Defendants were able once again to circumvent WhatsApp's December 5, 2018 updates or changes to the WhatsApp servers in order to carry out the attacks in May 2019 described in the complaint.

### VIII. The May 2019 attacks described in the Complaint were conducted by NSO (d)

It is my opinion that the May 2019 attacks were performed using NSO malware. First, NSO's CEO, Yaron Shohat, admitted at his deposition that NSO malware was the source of the allegations in Plaintiffs' complaint.[45] This was verified in the malicious scripts observed in the May 2019 attack would cause target devices to retrieve additional malware from various third-party servers, one of which has been conclusively tied to NSO. As stated previously in Section VI, an Amazon Web Services (AWS) server was one of the third-party servers involved in the May 2019 attack (the "AWS Server"). Defendants have admitted that "[a]t certain times prior to January 2021, the AWS Server was being used by NSO's research and development department, to house computer code that **comprised part of the Pegasus system**" (emphasis added).[46]

Additionally, in a document produced by Amazon Web Services, the IP address assigned to the AWS Server (54.93.81.200) is shown to be assigned to NSO Technologies Group Ltd., with the "lease range" from "2018-12-06T14:52:02Z - Present".[47] Because the May 2019 attack involved a server under NSO's control that contained Heaven files, it is my expert opinion that the May

---

[43] SHANER_WHATSAPP_00001194– SHANER _WHATSAPP_00001196
[44] NSO_WHATSAPP_00008643 (describing another NSO malware called "Erised" as "a covert Android installation vector, replacing Eden (which replaced Heaven)"); see also SHANER_WHATSAPP_00001513, p. SHANER_WHATSAPP_00001513 ("Eden/ Heaven/ Hummingbird R.I.P announcement," equating or associating Eden with Heaven and Hummingbird).
[45] NSO's CEO Yaron Shohat has admitted "NSO develops the technology that was used in the event that the complaint refers to." Shohat Dep. Rough Draft, Aug. 24, 2024, at 169:17-18.
[46] See Decl. of Chaim Gelfand in Support , filed 7/15/2024.
[47] WA-NSO-00000121

2019 attacks were caused by Heaven, or very similar malware created by Defendants.

My opinion is confirmed by Defendants' internal response to WhatsApp's efforts to remediate those attacks. As explained further in Section XI below, Plaintiffs applied a software update to its relay servers on May 10, 2019, that blocked the attacks described in the complaint, but did not publicly disclose the incident until May 13, 2019 in connection with releasing an update to the WhatsApp client application. Yet, in a May 12, 2019 WhatsApp chat, NSO employees indicated they were already aware of the non-public server fix because it had stopped their exploit:

> ▉▉▉▉▉▉ wrote:
>
> Eden will not work…
>
> ▉▉▉▉ responded:
>
> Wont [sic] it still work with earlier WA versions?
>
> ▉▉▉▉▉▉ responded:
>
> No, per r&d they close vector from the server side .. [sic] so please don't try to install hummingbird[48]

In a separate WhatsApp message later that day, ▉▉▉▉▉▉ wrote, "I am sure most of you already heard about Eden," and confirmed "Eden has finished its duty with us as a patch was done on server side with the application it works with."[49]

As further evidence of NSO's involvement in the May 2019 attacks, on May 14, 2019 (four days after the server-side update was deployed) a WhatsApp exchange between ▉▉▉▉▉▉ (a/k/a ▉▉▉▉▉▉) and Facebook employee in Hebrew.[50] According to an English translation of the exchange, ▉▉▉▉▉▉ says to the Facebook employee (identified as "FB" in the translation):

> ▉
>
> You just closed our biggest remote for cellular [Israeli slang for "mobile" - DM] today
> It's on the news all over the world

FB:

> Ah, I didn't know you were associated with that bro
> Do you work for NSO?

> ▉
>
> I have always wondered if I can even talk to you hhh [Hebrew shorthand for "hahaha"]
> Good morning??? [Israeli slang for "obviously", in relation to the question of his

---

[48] SHANER_WHATSAPP_00001487 – SHANER_WHATSAPP_00001487.
[49] SHANER_WHATSAPP_00001489, at SHANER_WHATSAPP_00001490.
[50] WA-NSO-00016432.

12

employment at NSO - DM][51]

The exchange between NSO employee ▓▓▓▓▓▓▓▓▓▓▓▓▓ and the Facebook employee is a clear admission of NSO's involvement in the May 2019 attack.

### IX. Defendants used or tested NSO malware on WhatsApp servers and clients (e)

Evidence demonstrates that at least sixteen of the attacks (illustrated in the tables below) against the WhatsApp platform were conducted directly by employees of Defendants or their U.S. affiliate Westbridge Technologies.[52] On April 4, 2019, Josh Shaner sent a WhatsApp message to "NOC 2" ("NOC" stands for "network operations center" and was NSO's technical support[53]):

> Hey, I'm trying to install Eden on Sales 3. I received the group call, but it seems stuck at 1/4. Can you see what might be wrong? It's agent ID 3146

NOC 2 later responds:

> Phonenumber
>
> 12027655322

To which Shaner replies:

> Yup[54]

On May 9, 2019, at the time of the May 2019 attack, Shaner used WhatsApp to send a photo of a computer screen to "NOC 2" (Figure 1):

---

[51] WA-NSO-00016429
[52] *Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited's Opposition to Plaintiffs' Motion for Issuance of a Letter Rogatory Pursuant to the Hague Convention*, (Dkt. 336) at 5: 3–5(explaining the ties of Mr. Shaner and Mr. DiVittorio to NSO affiliate Westbridge).
[53] *See, e.g.*, Eshkar Dep. Rough Draft, Aug. 27, 2024, at 142:11-23 (disclosing that "NOC" is "network operations center").
[54] SHANER_WHATSAPP_00001453.



Figure 1. Photo of computer screen showing an installation status panel for Pegasus with the phone number "12027655322."[55]

As shown above, the image sent to NOC 2 had the words "Installation Status" at the top of the screen and showed phone number 12027645322 and the name "Steve Grover." In my opinion, the images showed an installation status panel for Pegasus.[56] The photo indicates that the "Installation Method" is "Covert," which is how Ramon Eshkar explained Pegasus's zero-click exploit appears to customers. Eshkar Dep. at 97:23-98:8 (explaining that "when a customer initiates an agent installation on Pegasus," "he will choose the vector that he is using. He will not like see the names, it will be like covert or other means.").

Continuing WhatsApp conversation, NOC 2 responded:

>  Hi checking

---

[55] SHANER_WHATSAPP_00001486.
[56] The user interface from the screenshot is similar to the user interfaced demonstrated in Pegasus product descriptions such as WESTBRIDGE_WHATSAPP_00002330 at WESTBRIDGE_WHATSAPP_00002338.

14

>   For how long have you experience this?

Shaner:

>   The two install attempts today

Later in the exchange, NOC 2 asks:

>   Are you trying HB?

Shaner:

>   HB?

NOC 2:

>   Hummingbird – Eden

Shaner:

>   Yeah

NOC 2:

>   The credentials are different for every enviorment [sic]
>
>   Just talked with Yossi and he said he was aware of this
>
>   It seems that Eden is currently isnt up on sales6

Shaner:

>   Oh ok. All good
>
>   I'll use Sales 3 for the demo

NOC 2:

>   [57]

In the log of the May 2019 attack activity on WhatsApp servers, it is shown that phone numbers 35796286767, 35796287063, and 35796287063 were used to target a device using the same phone number of the device that Shaner stated he was attempting to attack: 12027655322.

| date | attacker | victim |
|---|---|---|
| 2019/05/09-06:46:43 | 35796286767 | 12027655322 |
| 2019/05/09-12:30:42 | 35796287063 | 12027655322 |

---

[57] SHANER_WHATSAPP_00001484–SHANER_WHATSAPP_00001485.

| 2019/05/09-12:31:55 | 35796287063 | 12027655322 |

Similarly, two days earlier on May 7 at 12:10am (also during the period of the May 2019 attack), ▮▮▮▮ sent a WhatsApp message to a group of 55 recipients, including ▮▮▮▮:

> Hey, you can inatall [sic] eden now

Later in the exchange, ▮▮▮▮ responds:

> Hi, I have a demo in Porsche at 24hs IL time.
>
> Will use Sales 3 for Eden.

▮▮▮▮ replies:

> hey ▮▮▮▮ FYI Eden is back on sales 6. so if you're planning on using that environment, you can do so with Eden as well[58]

Later at 7:28pm, ▮▮▮▮ sent a photo of a computer screen showing an installation status panel for Pegasus that displayed an "installation failed" message and phone number 51937742505 with the Peruvian country code +51 (Figure 2):

---

[58] SHANER_WHATSAPP_00001476.



Figure 2. Photo of computer screen showing an installation status panel for Pegasus for with the Peruvian phone number "51937742595."[59]

▬ replied:

Now it's ok[60]

The WhatsApp server log for May 6–7, 2019, Pacific Standard Time. shows that someone using phone numbers 35796287063, 35796012181, and 35796286767 targeted a device using the same phone number of the device that Martin states he was attempting to attack: 51937742505.

| date | attacker | victim |
|---|---|---|
| 2019/05/06-20:18:53 | 35796287063 | 51937742595 |
| 2019/05/07-12:50:36 | 35796012181 | 51937742595 |
| 2019/05/07-14:29:52 | 35796286767 | 51937742595 |

According to the messages exchanged between ▬▬▬▬▬▬▬▬▬▬" was using the

---

[59] SHANER_WHATSAPP_00001478.
[60] SHANER_WHATSAPP_00001477–SHANER_WHATSAPP_00001477.

17

same "Sales 3" and "Sales 6" units for the demonstrations on May 7, 2019 that Josh Shaner used on May 9, 2019. Likewise, according to the WhatsApp server logs on May 6–7, 2019, phone numbers 35796287063 and 35796286767 were used to target a device using phone number 51937742505, which phone numbers match the phone numbers used to target the device using the phone number 12027655322 on May 9, 2019.

In addition, on April 15, 2019, someone using phone number ▬▬▬▬▬▬▬▬ sent a WhatsApp message to a group of 55 members, including ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

> Team anyone available for a quick Q&A pls? I have a demo in under two hours and I'm stuck[61]

Nineteen hours later the same person sent the message:

> buenos dias team, could anyone tell me why my agents which were working fine yesterday will not communicate anymore?[62]

The same person then sent a photo of a computer screen showing an installation status panel for Pegasus that showed the status of various installations of NSO malware on victim devices (Figure 3):

---

[61] SHANER_WHATSAPP_00001411.
[62] SHANER_WHATSAPP_00001411, at SHANER_WHATSAPP_00001414.



Figure 3. Photo of a computer screen showing an installation status panel for Pegasus showing the status of various installations of NSO malware on victim devices.[63]

---

[63] SHANER_WHATSAPP_00001416

19

Figure 3 contains the Peruvian phone number 5511989292947 as shown in this detail screenshot:



Figure 4. Detail of Figure 3 showing the Peruvian phone number 5511989292947.

WhatsApp server logs shows that phone numbers 35796071303, 35796012181, and 35796286767 were used to target a device with the same phone number (5511989292947) that the NSO employee in the previously cited messages claimed to be attempting to attack:

| date | attacker | victim |
| --- | --- | --- |
| 2019/05/07-07:09:47 | 35796071303 | 5511989292947 |
| 2019/05/07-07:12:04 | 35796071303 | 5511989292947 |
| 2019/05/07-07:19:50 | 35796012181 | 5511989292947 |
| 2019/05/07-07:20:52 | 35796012181 | 5511989292947 |
| 2019/05/07-07:50:56 | 35796286767 | 5511989292947 |
| 2019/05/07-07:54:42 | 35796286767 | 5511989292947 |
| 2019/05/07-11:36:56 | 35796071303 | 5511989292947 |
| 2019/05/07-11:39:49 | 35796071303 | 5511989292947 |
| 2019/05/09-03:14:41 | 35796012181 | 5511989292947 |
| 2019/05/09-03:17:58 | 35796012181 | 5511989292947 |

The phone number 35796286767 also matches phone numbers associated with Josh Shaner's demonstrations on May 9, 2019, and ▮▮▮▮▮ demonstrations on May 7, 2019. The foregoing demonstrates that in at least these sixteen attacks, Defendants' employees themselves, rather than Defendants' customers, used the malware to access WhatsApp's servers and conducted the attacks using the WhatsApp platform.

X. **The May 2019 attacks described in the Complaint were used to install Pegasus or similar NSO malware on Target Devices for the purpose of extracting information from those devices**

It is my opinion that the May 2019 attacks described in the Complaint were used to install Pegasus or similar NSO malware on Target Devices for the purpose of extracting information from those devices.

20

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

The Pegasus software is described by NSO CEO Yaron Shohat as "a cyber intelligence tool, which is designed to extract intelligence from a target device."[64] A sales document for Pegasus describes Pegasus as "a highly sophisticated and invisible software solution that extracts the most sensitive and valuable intelligence, for an extended length of time."[65] As such, Pegasus extracts information including WhatsApp messages, SMS text messages, emails, photos, from devices it has compromised.[66]

NSO also marketed and sold Pegasus in the U.S. with the name "Phantom" through its sales affiliate Westbridge Technologies. According to Shohat, "Phantom is name, a marketing name for Pegasus in North America."[67]

Pegasus/Phantom is installed on victim's target devices by means of various "installation attack vectors," which are methods of exploitation that also install Pegasus. For example, an internal NSO support document for Pegasus 2.50 contains the following:

> Pegasus 2.50 is officially approved for production.
>
> This version introduces:
>
> - Heaven - the first 0-clicks installation vector for Broad Android devices![68]

Other installation attack vectors used by Pegasus/Phantom are "Eden" and "Erised," and these and Heaven are referred to by the umbrella term "Hummingbird," all of which exploit WhatsApp in order to install Pegaus/Phantom.[69]

It is my opinion that Pegasus/Phantom was installed on victims' Target Devices. This opinion is based on the following evidence. First, as mentioned previously in Section VI, NSO stated of the AWS Server (emphasis added):

> "At certain times prior to January 2021, the AWS Server was being used by NSO's research and development department, to house computer code that **comprised part of the Pegasus system**."[70]

Furthermore, as described previously in Section VI, files produced by NSO from this server include the Python program "▇▇▇▇▇▇▇" which contains the documentation string:

---

[64] Shohat Dep., Aug. 29, 2024, at 38:17-19.
[65] WESTBRIDGE_WHATSAPP_00000660, at WESTBRIDGE_WHATSAPP_00000663 – WESTBRIDGE_WHATSAPP_00000663.
[66] Ibid., p. WESTBRIDGE_WHATSAPP_00000663– WESTBRIDGE_WHATSAPP_00000664.
[67] Shohat Dep. Rough Draft, Aug. 27, 2024 at 149:24–150:1.
[68] NSO_WHATSAPP_ 00000287.
[69] Eshkar Dep. Rough Draft, Aug. 29, 2024, at 122:24–125:24.
[70] See Decl. of Chaim Gelfand in Support , filed 7/15/2024.

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

/s/ Anthony Vance

August 30, 2024