# Exhibit 22

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Devices for Sales environment

| NSO ID | Phone Number | Model | OS | Results | |
|--------|--------------|-------|-----|---------|---|
| A2128 | 0509106431 | SM-N950F | 8.0 | 4/4 | |
| A2127 | 0509106432 | SM-G950F | 8.0 | 4/4 | |
| A2133 | 0523157754 | SM-G930F | 7.0 | 4/4 | |
| A2130 | 0509106433 | SM-G955FD | 8.0 | 4/4 | |
| A2132 | 0523031842 | LG G6, H870S | 7.0 | 4/4 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Exhibit 23

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Emulator's

Tuesday, July 10, 2018    1:29 PM

**Emulators environment installation**

1. Most resent Orchestrator files are being uploaded to https://cloud2cloud.org/index.php/s/VGavOI2Ir11iipg
2. Installation from scratch



Heaven
Credentia...



Heaven WIS
Emulators...



WIS-EMULA
TORS (CU...

**Installation flow:**

1. Configure new WIS-EMULATORS vlan (227) - described in Heaven WIS Emulators deployment procedure document
2. Deploy WIS-MNG server from OVF. Suggested OVF already includes Frida, DHCP, ADB and old Orchestrator files and corresponding Python environment .
   https://cloud2cloud.org/index.php/s/Wn9rGGu2fUhekVO (Global#1)
   One should adapt the machine to the customer network:
   a. Change IP addresses on ens160 and ens192
   b. Change DHCP networking to customer layout
3. Deploy Emulator VM's as described in Heaven Credentials document
4. Prepare DHCP configuration with new MAC addresses from previously

**ADB goodies:**

1. **Add contacts**
   ███████████████████████
   - adb shell
   ████████████████████████████████████████
   - Press "keep local" on the emulator UI
   - input keyevent 3
2. **Check whatsapp version**
   adb shell  dumpsys package com.whatsapp | grep versionName

**Create contact**
You can use this workaround on "mouse-less" ESX 6.5 platforms to create initial whatsapp conversation.

Use this command on A device and vice versa on B device:

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

**Run Frida manually:**
This know-how is useful during SIM's activation on Orchestrator v.4 and above .

████████████████████████████
adb root
████████████████████████████████████████
████████████████████████████████████████

Run Frida:
████████████████████████████████████████████
████████████████████████████████████████████

**Whatsapp apk upgrade on Emulators**



wa_emu_u
pgrade

Vectors Page 1

This procedure comes to address soon to be obsolete WhatsApp application on the Emulators and will install new 2.18.191 version.

The procedure assumes that previous Orchestrator version is already running with new config file layout (includes phone numbers).
In case of an old layout, please make sure to set the config according the attached template.

**\*Make sure files and whatsapp_orchestrator folder and its content is owned by wis-mng user and not root**

**Step 1 – Reset Emulators**
1. Connect to WIS-MNG via ssh
   a. 
2. Connect to MNG server
3. Open Vsphere client
4. Change view to "Inventory"-> "VM's and Templates"



5. Tap on the WIS-Clients folder and choose "Virtual Machines" tab
6. Select all Emulators except template and  then Right Click -> Power -> Reset


**Step 2 – Upgrade WhatsApp application on the Emulators**
7. Connect to WIS-MNG
8. Make new temporary folder (a working directory from now on)
9. Upload attached zip file to the newly created folder
10. Unzip wa_emu_upgrade.zip
11. Make upgrade script executable
12. Edit query_database.py
       Update Password and IP inside of the file to the correct credentials of the WIS-MNG
13. Run upgrade procedure (will take considerably long time)

**Step 3 – Reset Emulators**
Repeat instructions from Step 1

**Step 4 – Validation**
14.
15.


**<u>Update new credentials</u>**
   a. Connect to PS DB
   b. Update new by running



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008780

# Exhibit 24

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**



# Pegasus 3

## Introduction

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008755

# Objectives



The goal of this lesson is to provide a clear understanding of:

- System functionality and value

- Pegasus operational workflow

- System modules

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Smartphone interception challenges



- Abundance of encrypted IP-based applications and evolving security layers

- Target awareness
  - Masking
  - SIM replacements

- Accessing phone data—the type not sent over networks; e.g., contact lists, images

- Targets that travel frequently

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008757

# Pegasus solution

Pegasus enables law enforcement and intelligence agencies to **remotely** and **covertly** collect and extract valuable intelligence from mobile devices



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008758

# Collectable data

**Communication**
Call log, Call recording, messages (SMS, Redacted – Export Controlled, IM, USSD, secured IM, Redacted – Export Controlled), Emails (including attachments)

**Personal**
Calendar, contacts, browsing history, files (Directory list, images/audio/video files), Wi-Fi credentials

**Commands**
Camera snapshots (front and back), selfie, device screenshots, environmental recording

**Location**
Cell-ID and GPS locations



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008759

# Intelligence data functions



| Historical data | Live data | Commands |
|---|---|---|
| Extraction of data saved on a device prior to installation | Automatic, real-time, collection of new data from a target's device from the moment of installation | Activation of device resources upon request in order to close information gaps<br>• Front & back cameras<br>• Microphone<br>• GPS<br>• Files |

6      Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008760

# Supported Platforms



| Platform | OS Version | Browser Version | Devices |
|---|---|---|---|
| **Redacted – Export Controlled** | | | |
| Android | 4.4.2 – 8.1 | Chrome v.52 – v.72<br><br>Native browser | • Supported devices list: Samsung, LG, Huawei, Sony, HTC , OnePlus<br>• A broad range of Android devices (64-bit and 32 bit) running OS versions 5.0 to 8.1 |

7      Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008761

# Agent persistency



|  | Description | Android |  |
|---|---|---|---|
| **REBOOT** | The installed collection tool survives device reboot (restart / turn off / battery drain) | √<br><br>Only for specific 32bit-based devices (Survive factory reset as well) | Redacted – Export Controlled |

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Mission hierarchies

Users are granted permissions based on their cases





Case — Investigation of a key intelligence topic

Target — Entity that can provide valuable information
- Contributes towards a full data picture

Agent — Software-based component :
- Resides on an endpoint device (source)
- Collects data from the monitored source

9    Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008763

# But, what happens if

- Target does not use a smartphone

- Target frequently changes his phone

- Target's phone number is unknown

- Target is highly aware and alert



## Close-circle infection

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008764

# Benefits of the Pegasus solution



- **Unnoticeable by the target -** Minimal battery, memory, and data consumption

- **Encrypted and anonymized** communications between the agent and the servers

- Password, face recognition, pattern, and fingerprint-protected devices—these features don't affect installation

- **SIM replacement** is not a factor

- **Collection buffer**—goes into effect when exfiltration is not currently possible; e.g., low battery and/or no connection

- OPSEC uninstall mechanism

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008765

# Introducing the Pegasus UI

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008766

# Installation module

Installing the agent is the most critical phase in your intelligence operation

Each installation needs to be carefully planned to ensure success



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008767

# Installation module



- New installations
- Attempts
- Targets
- Agent templates



14

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008768

# Installation methods

Installation is initiated when target's device accesses the installation server, using one of the following methods:





| 0 Click | 1 Click | 1 Click |

**Covert**

**Triggered**
Social Engineering

**Applications**
Social Engineering

# Redacted – Export Controlled

Android 5.0 – 8.1

Android 4.4.2 – 8.1

Android
- WhatsApp
- Telegram
- Facebook Messenger
- Signal

- Line
- IMO
- Viber
- Odnoklassniki
- KakaoTalk
- Vkontakte

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008769

# Cases module

Organize and manage targets

Targets are set up in cases according to

your agency's key intelligence topics (KIT)



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Cases module



INSTALLATIONS    INVESTIGATE 19    CASES    COMMANDS

← | Hidden princess (12)

🔍 Search                                              ✏️ EDIT CASE

**Summary**

Lorem ipsum dolor sit amet, consectetur
adipiscing elit. Vivamus eget mi id lectus gfgy
pellentesque iaculis. Sed auctor pulvinar bxbv
faucibus. Vivamus ullamcorper neque sit amet
risus ultricies ultricies.



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Investigate module

Turn vast amounts of data into actionable intelligence



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008772

# Investigate module





# Commands module

Close information gaps by initiating active, data-collection commands to a target's device



20

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008774

# Commands: initiate a command



Activate a target's device components according to operational needs:

📷 Take snapshot

📱 Take screenshot

🎤 Start tap

📍 Locate target



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008775

# Commands: monitor commands



Monitor the status of all commands in one easy-to-use panel



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008776

# Permissions





- Administrator creates and edits system users

- Administrator assign users to groups
- A user can be assigned to multiple groups

- Administrator assign groups to cases
- A case can be assigned to multiple groups

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008777



Do you have any Q's ?

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008778

# Exhibit 25

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# System Roles

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008648

# Objectives

The goal of this lesson is to provide a clear understanding of…

- Different system roles and related permissions

- How to create and manage system users

- How to configure system settings

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008649

# System roles

| | Administrator | Supervisor | Operator | Analyst | Senior Analyst | Acquirer | Auditor |
|---|---|---|---|---|---|---|---|
| Create & edit users | ✔ | | | | | | |
| Create & edit groups | ✔ | | | | | | |
| Assign users to groups & cases | ✔ | | | | | | |
| Export verification | ✔ | | | | | | |
| Manage cases: create & edit | | ✔ | | | | | |
| Manage agent templates: create, switch between AT, and set as a default | | ✔ | | | | | |
| Acquire a new target/agent | | ✔ | ✔ | | | ✔ | |
| Access to the *Investigate* module (per permission), view commands | | ✔ | ✔ | ✔ | ✔ | | |
| Send commands | | ✔ | ✔ | | ✔ | | |
| Export report | | ✔ | ✔ | | ✔ | | |
| User action controller | | | | | | | ✔ |

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Permissions



- Administrator creates and edits system users

- Administrator assign users to groups
- A user can be assigned to multiple groups

- Administrator assign groups to cases
- A case can be assigned to multiple groups

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008651

# Administration panel



Administration

Users    Groups    Export verification

🔍 Search

⊕ NEW USER

| Full name ▲ | Username | Role | Groups | |
|---|---|---|---|---|
| Yar Gershelman | Targer | Supervisor | Training | 🗑 |
| Test | Audit1234 | Auditor | External installation, July Group, Grupo Alfa, OP DINNER OUT, OP SIDESHOW, Pack | 🗑 |
| Test | Test12345 | Supervisor | July Group, Grupo Alfa, Financial Crimes | 🗑 |
| testAcquire | testAcquire | Acquirer | External installation | 🗑 |
| testAcquirer | testAcquirer | Acquirer | External installation | 🗑 |
| testAnalyst | testtt | Analyst | External installation | 🗑 |
| testAq | testAq | Acquirer | External installation | 🗑 |
| testAuditor | testAuditor | Auditor | OP SIDESHOW | 🗑 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008652

# Administrator: creating users

- Creates new users
  —click *New User* on the
  Administration panel

- Edits existing users

- Sets user roles that enable
  access to various system
  functions

- Assigns groups that define user
  access to system data



Confidential & Proprietary. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Administrator: creating groups

- Creates and edits groups

- Limits user access to only those groups to which they are assigned



Confidential & Proprietary. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008654

# Administrator: creating user "signatures"

The system marks user activities with a user's name:

- Comments
- Commands

Make sure to choose an identifiable name

- Ensures the easy and practical identification of users
- Contributes to smooth collaboration



Confidential & Proprietary. All rights reserved

NSO_WHATSAPP_00008655

# Administrator: Export verification

- Upload exported files For data authenticity validation



Confidential & Proprietary. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008656

# Supervisor: creating cases

Supervisor creates and modifies cases via the Cases tab

Only users from groups assigned to a given case can access related case data



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008657

# Supervisor: creating cases

Another way to create new cases:

Acquire → New Installation



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008658

# Supervisor: Agent templates

Supervisor users may create, set as a default and delete any agent templates



# Agent template parameters

- Uninstall protocol

- Polling interval

- Record calls

- Home: send data via

- Roaming: send data via

- Set as default



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008660

# Auditor

- Auditor monitors all user activities

- Uses filters to refine audit searches: time range, users, actions and entity type



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_0000861