# Exhibit 26

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Active data collection

1

Confidential & Proprietary ⓒ. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008662

# Objectives

The goal of this lesson is to provide a clear understanding of how to:

- Use active data-collection functions

- Operate and monitor active-collection functions

- Plan active collection in accordance with OPSEC measures

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Active data collection

**Your goal** is to close intelligence gaps and collect accurate, real-time data

**OPSEC requires** the careful planning of active data collection procedures



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Active data collection





## Reactive

Search the data and find
intelligence opportunities

## Proactive

Use active-system capabilities to
close information gaps

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008665

# Reactive example

By reviewing the calendar you found that the target has planned a meeting



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Proactive example

Use system capabilities and activate commands to close information gaps:

- Record calls

- Locate target on the map

- Snapshot

- Tap

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008667

# Active data collection

- ☐ **Record calls**
- ☐ Retrieve files
- ☐ Send commands
- ☐ Monitor commands
- ☐ Considerations and tips

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



NSO_WHATSAPP_00008668

# Record calls

- Voice call interception: GSM and VOIP

- Initiate a call recording

  - Enable "Record calls" under Agent template

    - **Supervisors** can create and define Agent template settings

    - **Operators** can change predefined Agent template content



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Playback call recording

Play a recorded call:

- Select a recorded call from the activity panel; see voice indication icon

- Use player

- Add a summary, insights, and/or tasks using tags and comments



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Active data collection

❑ Record calls

❑ **Retrieve files**

❑ Send commands

❑ Monitor commands

❑ Considerations and tips

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



NSO_WHATSAPP_00008671

# Retrieve files

- Extract internal and external memory directory (DIR) lists, and download valuable files

- First, Retrieve a target's DIR list—send an historical-data extraction request for *Files*

- *Files* request automatically retrieves common, generic file paths that may be valuable for investigations

Follow OPSEC guidelines for historical-data extraction



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008672

# Retrieve files

- Explore a target's directory list—select one agent, then display "files" in the activity-types panel

- Open sub-folders with the arrow icon

- Choose a folder, then click "Get file list" to retrieve its file list



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008673

# Retrieve files

- Select files for retrieval, then click "Retrieve selected"

- Click "Get file list" to update the file list associated with this folder

Take files size into account when initiating files retrieval commands



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008674

# Active data collection

- ❑ Record calls
- ❑ Retrieve files
- ❑ **Send commands**
- ❑ Monitor commands
- ❑ Considerations and tips



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Commands module

Use this module to send active collection requests and monitor their status

**Command types**

- Take snapshot
- Take screenshot
- Start tap
- Locate target (GPS)



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008676

# Initiating commands

Send new commands from:

- Investigate module
- Commands module
- Target profile



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008677

# New command

1. Select a case

2. Select a target

3. Select a command type

4. Set configurations per the command type



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008678

Take a snapshot

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008679

# Take a snapshot

- Activate a device's front and back cameras per request

- No indications on a target's device:
  - No flash
  - Images are not saved to the device's photo gallery



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008680

# Snapshot settings

- Select camera view— back, front, or both

- Choose photo resolution

  **Note!** Low resolution snapshots are retrieved faster but have fewer details



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008681

Take a screenshot

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008682

# Screenshot settings

Select a resolution

**Note!** Low resolution screenshots are retrieved faster but have fewer details



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008683

Start tap

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008684

# Start tap

- Activate device's microphone to record sounds from a target's environment

- Device must be in idle mode

- If a call comes in during a recording session, then the session stops and resumes after the call



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    NSO_WHATSAPP_00008685

# Recording settings

Select the duration of a recording

**Note!** Recordings of short duration are retrieved faster



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    NSO_WHATSAPP_00008686

# Locate target

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Locate target

- Activate device's GPS to accurately track targets

- When GPS is unavailable, the agent retrieves Cell ID-based location

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008688

# Locate settings

- Select Single or Multiple regarding the frequency of location requests

- For Multiple,
  - Set sampling frequency
  - Set sampling period



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008689

# Active data collection

- ❑ Record calls
- ❑ Retrieve files
- ❑ Send commands
- ❑ **Monitor commands**
- ❑ Considerations and tips



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008690

# Monitor commands

- Monitor command status under the Status column
  —sent, acknowledged, completed, success (retrieved), expired, failed

- Monitor historical data extraction requests and agent template updates

- Filter the table by command status, time, type, and user



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008691

# Commands status

1. Sent by the operator to the server

2. Delivered to the server

3. Acknowledged by the agent

4. Completed to execute the command by the agent



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008692

# Cancel commands

- Commands can be canceled only in the first status (sent/1 out of 4)



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008693

# View collected data

Click VIEW to see retrieved data in the Investigate module



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    NSO_WHATSAPP_00008694

# View collected data

Click VIEW to see retrieved data in the Investigate module



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008695

# Active data collection

- ☐ Record calls
- ☐ Retrieve files
- ☐ Send commands
- ☐ Monitor commands
- ☐ **Considerations and tips**



Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008696

# Considerations and tips

- Conserve data and battery consumption—consider file size, duration of recordings, photo resolution

- Note the target device's connectivity type—Wi-Fi / data plan

- Cross-reference intelligence from various data types to seize opportunities:
  - Begin recording (tap) according to a meeting in a target's calendar
  - Take a snapshot when a target is located in a place of value to an investigation

Confidential & Proprietary ©. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00008697

# Exhibit 27

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**



# Covert vectors
# -Guidelines-

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



# Android

 Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008699

# Hummingbird - guidelines



- Call duration:

  - Call duration is 10-15 sec

  - Note that, it depends on the device model and network conditions

- If the exploit fails – the call can take up to 30 secs

- Hummingbird incoming phone number caller will appear on the device and displayed in the notification bar

- Max Calls per target per installation attempt = 2

- Interval between calls = 10 min

- Cool down between attack accounts = 2h

3      Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008700

# Hummingbird - guidelines



- Dual Apps accounts:

  - Huawei dual SIM devices: the Primary account is attackable (the SIM which was used to activate WA), Secondary is not attackable.

  - Samsung dual messenger: both accounts are attackable

- Application versions – from 2.18.327 up to and including the latest application version

- All agents are volatile – no persistency

- Android versions 5.0 – 8.1

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008701

# Oreo Support for the following devices:



| Vendor | Commercial Name | Model Name | Operating System |
|---|---|---|---|
| HTC | HTC U11 life | HTC U11 life | 8.1.0 |
| LG | V30 | LG-H930 | 8.0.0 |
| LG | V30+ | LG-H930G | 8.0.0 |
| Motorola | Moto Z 2 Force | Moto Z 2 Force | 8.0.0 |
| OnePlus | OnePlus5T | A5000 | 8.1.0 |
| OnePlus | OnePlus5 | A5010 | 8.1.0 |
| Sony | Xperia XZ Premium | G8141 | 8.0.0 |
| Sony | Xperia XA1 | G3123 | 8.0.0 |
| Tecno | TECNO CA7 | TECNO CA7 | 8.1.0 |
| Tecno | Tecno CA8 | Tecno CA8 | 8.1.0 |
| Xiaomi | MI 6 | MI 6 | 8.1.0 |
| Samsung Galaxy | A9 | SM-A920F | 8.0.0 |
| Samsung Galaxy | S9 | SM-G960U | 8.0.0 |
| Samsung Galaxy | S9 | SM-G9600 | 8.0.0 |
| Samsung Galaxy | S9+ | SM-G9650 | 8.0.0 |
| Samsung Galaxy | S9+ | SM-G965U1 | 8.0.0 |
| Samsung Galaxy | Note 9 | SM-N960F | 8.1 |
| Samsung Galaxy | Note 9 | SM-N9600 | 8.1 |

In addition, see the latest supported devices list (Coming Soon)

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
NSO_WHATSAPP_00008702

# OpSec Enhancement



- Daily attempts installations – [24/ 2 hours * 4 Attack Accounts] = 48

- The allowed time interval between installation attempts per phone number is as follows:

| Installation type | Time between successful installations | Time between failed installations | Time between unsupported device failures |
|---|---|---|---|
| Hummingbird | 3 days | without device interaction = 0 day<br>* with device interaction = 3 days | 7 days |

* Note that, time between successful installations will also requires that the agent last communication will be more than 24 hours

 Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008703



Redacted – Export Controlled

7        Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008704

# Dragonfly - guidelines



- Installation duration- up to an hour

- Support- 12.X up to the latest

- Supported devices: **Redacted – Export Controlled** (including)

- Completely silent – only phone number

- Limitation – 2 installation attempts per day

- Between failed installation – no need to wait for next installation attempt

- Between successful installations – 24 hours (from installation)

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008705



Thank you

 Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008706

# Exhibit 28

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**



# Active data collection

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008707

# Objectives



The goal of this lesson is to provide a clear understanding of how to:

- Use active data-collection functions

- Operate and monitor active-collection functions

- Plan active collection in accordance with OPSEC measures

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Active data collection



**Your goal** is to close intelligence gaps and collect accurate, real-time data

**OPSEC requires** the careful planning of active data collection procedures

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

NSO_WHATSAPP_00008709

# Active data collection







## Reactive

Search the data and find
intelligence opportunities

## Proactive

Use active-system capabilities to
close information gaps

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Reactive example

By reviewing the calendar you found that the target has planned a meeting



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008711

# Proactive example



Use system capabilities and activate commands to close information gaps:

- Record calls

- Locate target on the map

- Snapshot

- Tap

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Active data collection

☐ **Record calls**

☐ Retrieve files

☐ Send commands

☐ Monitor commands

☐ Considerations and tips



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008713

# Record calls

- Voice call interception: GSM and VOIP

- Initiate a call recording

    — Enable "Record calls" under Agent template

    - **Supervisors** can create and define Agent template settings

    - **Operators** can change predefined Agent template content



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Playback call recording

Play a recorded call:

- Select a recorded call from the activity panel; see voice indication icon
- Use player
- Add a summary, insights, and/or tasks using tags and comments



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Active data collection

❑ Record calls

❑ **Retrieve files**

❑ Send commands

❑ Monitor commands

❑ Considerations and tips



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Retrieve files



- Extract internal and external memory directory (DIR) lists, and download valuable files

- First, Retrieve a target's DIR list—send an historical-data extraction request for *Files*

- *Files* request automatically retrieves common, generic file paths that may be valuable for investigations

Follow OPSEC guidelines for historical-data extraction



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008717

# Retrieve files

- Explore a target's directory list—select one agent, then display "files" in the activity-types panel

- Open sub-folders with the arrow icon

- Choose a folder, then click "Get file list" to retrieve its file list



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

12

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008718

# Retrieve files



- Select files for retrieval, then click "Retrieve selected"

- Click "Get file list" to update the file list associated with this folder

Take files size into account when initiating files retrieval commands



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008719

# Active data collection

- ❑ Record calls

- ❑ Retrieve files

- ❑ **Send commands**

- ❑ Monitor commands

- ❑ Considerations and tips



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008720

# Commands module



Use this module to send active collection requests and monitor their status

**Command types**

- Take snapshot
- Take screenshot
- Start tap
- Locate target (GPS)



15    Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00008721

# Initiating commands



Send new commands from:

- Investigate module

- Commands module

- Target profile



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008722

# New command



1. Select a case

2. Select a target

3. Select a command type

4. Set configurations per the command type



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00008723



# Take a snapshot

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008724

# Take a snapshot



- Activate a device's front and back cameras per request

- No indications on a target's device:
  - No flash
  - Images are not saved to the device's photo gallery



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008725

# Snapshot settings



- Select camera view—back, front, or both

- Choose photo resolution

  **Note!** Low resolution snapshots are retrieved faster but have fewer details



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008726

# Selfie snapshot



Selfie shots offer a chance to get a picture of a target and their associates.

- Each snapshot command automatically triggers additional snapshot commands

- First command is executed regularly - per preset parameters

- Second command is executed **as the device screen switches from idle to On**

21    Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



# Take a screenshot

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008728

# Screenshot settings



Select a resolution

**Note!** Low resolution screenshots are retrieved faster but have fewer details



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008729



# Start tap

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008730

# Start tap



- Activate device's microphone to record sounds from a target's environment

- Android Device must be in idle mode

- If a call comes in during a recording session, then the session stops and resumes after the call



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Recording settings



Select the duration of a recording

Note! Recordings of short duration are retrieved faster



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008732



# Locate target

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008733

# Locate target

- Activate device's GPS to accurately track targets

- When GPS is unavailable, the agent retrieves Cell ID-based location

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

28

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008734

# Locate settings



- Select Single or Multiple regarding the frequency of location requests

- For Multiple,
  - Set sampling frequency
  - Set sampling period



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008735

# Active data collection

☐ Record calls

☐ Retrieve files

☐ Send commands

☐ **Monitor commands**

☐ Considerations and tips



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008736

# Monitor commands

- Monitor command status under the Status column
  —sent, acknowledged, completed, success (retrieved), expired, failed

- Monitor historical data extraction requests and agent template updates

- Filter the table by command status, time, type, and user



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

# Commands status

1. Sent by the operator to the Pegasus server

2. Delivered to the Pegasus server

3. Acknowledged by the agent

4. Completed to execute the command by the agent



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY     NSO_WHATSAPP_00008738

# Cancel commands



- Commands can be canceled only in the first status (sent/1 out of 4)



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008739

# View collected data



Click VIEW to see retrieved data in the Investigate module



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008740

# View collected data



Click VIEW to see retrieved data in the Investigate module



Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008741

# Active data collection



- ❑ Record calls
- ❑ Retrieve files
- ❑ Send commands
- ❑ Monitor commands
- ❑ **Considerations and tips**

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008742

# Considerations and tips



- Conserve data and battery consumption—consider file size, duration of recordings, photo resolution

- Note the target device's connectivity type—Wi-Fi / data plan

- Cross-reference intelligence from various data types to seize opportunities:
  - Begin recording (tap) according to a meeting in a target's calendar
  - Take a snapshot when a target is located in a place of value to an investigation

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                NSO_WHATSAPP_00008743

# DEMO

- ❑ Record calls

- ❑ Retrieve files

- ❑ Send commands

- ❑ Monitor commands status

- ❑ View extracted data



38    Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008744

Do you have any 's ?

39

Confidential & Proprietary © Q Cyber Technologies and its affiliates. All rights reserved

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008745