# Exhibit 46

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

Dashboard / … / Installation Vectors

# Eden - Archive only

Created by ███████████ last modified on Mar 31, 2020

<div style="color:red; text-align:center">**\*\*Hummingbird Vector is currently NOT operational! \*\***</div>

Last updated on    10 Apr 2019

Below are Hummingbird support guidelines:

## General:

- Coverage:
    - Application versions – from 2.18.327 up to and including the latest application version
    - Android versions 5.0 – 9
    - Support for both 32 & 64 bit based devices
- All agents are volatile – no persistency
- Full supported device list: Supported Devices_Android_4.41_H.xlsx

## Device support limitations

- Support is affected by the device's configuration libraries (DlMalloc is not supported)

## Fingerprint Phase:

- If the target has the application installed, but have not yet registered to it, then during the Fingerprint phase the target will receive a message stating "Waiting for this message. This may take a while" under the "Chat" tab.
  The target will be able to see the message after his first login to the application.

## The Video Calls:

- Call duration:
    - Call duration for 32 bit based devices is ~10 sec
    - Call duration for 64 bit based devices is ~15 sec
    - Note that, it depends on the device model and network conditions
- If the exploit fails – the call can take up to 30 secs
- Installation will fail if:
    - If target answers or reject the video call
    - If target is in VoIP call
    - If the target closes the application (from the background) during installation process
    - If the target press on lock button during the installation, the installation might fail
    - If the battery of the device is low
- Hummingbird incoming phone number caller will appear on the device and displayed in the notification bar
- Max Calls per target per installation attempt - 2
- Interval between calls – 600 sec (10 min)
- Cool down between attack accounts – 2h

## Dual Apps Accounts

- Huawei dual SIM devices: the Primary account is attackable (the SIM which was used to activate WA), Secondary is not attackable.
- Samsung dual messenger: both accounts are attackable

## OpSec Enhancements:

- Daily attempts installations – [24/ Cool Down * Number of Attack Accounts]

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000857

- It will be different between customer, according to number of attack accounts available
- **Max 60** installations attempts per day (<u>**any higher value is requires Product approval**</u>)
- The allowed time interval between installation attempts per phone number is as follows:

| Installation type | Time between successful installations | Time between failed installations | Time between unsupported device failures |
|---|---|---|---|
| **Hummingbird** | 3 days | without device interaction = 0 day<br><br>with device interaction = 3 days | 7 days |

- Note that, time between successful installations will also requires that the agent last communication will be more than 24 hours.

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY     NSO_WHATSAPP_00000858

# Exhibit 47

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / Integrated Products

# Covert (Eden) Config

Created by Unknown User (urin), last modified on Apr 03, 2019

⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current · Restore this Version · View Page History

« Previous     **Version 7**     Next »

Startup command:



Configuration:

2. In DB, run the following:



No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    NSO_WHATSAPP_00000815

# Exhibit 48

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / Integrated Products

# Covert Config - PGs, ABS

Created by Unknown User (urin), last modified on Feb 12, 2020

⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current    ·  Restore this Version    ·  View Page History

« Previous    **Version 12**    Next »

Startup command:

████████████████████████████████

Configuration:

████████████████████████████████████████████████████████████████████████

2. In DB, run the following:

████████████████████████████████████████████████████████████████████████

**Registration Server**

████████████████████████████████████

**WA_Server**

████████████████████████

**ABS Config file:**
  • Go to "/opt/abs/server/attack_vectors/heaven"

████████████████████████

{
  "ZeroClickAndroid": {

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00005118



No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY          NSO_WHATSAPP_00005120

# Exhibit 49

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Eden - Archive only

**\*\*Hummingbird Vector is currently NOT operational! \*\***

Last updated on 10 Apr 2019

Below are Hummingbird support guidelines:

## General:

- Coverage:
  - Application versions – from 2.18.327 up to and including the latest application version
  - Android versions 5.0 – 9
  - Support for both 32 & 64 bit based devices
- All agents are volatile – no persistency
- Full supported device list: Supported Devices_Android_4.41_H.xlsx

## Device support limitations

- Support is affected by the device's configuration libraries (DlMalloc is not supported)

## Fingerprint Phase:

- If the target has the application installed, but have not yet registered to it, then during the Fingerprint phase the target will receive a message stating "Waiting for this message. This may take a while" under the "Chat" tab.
  The target will be able to see the message after his first login to the application.

## The Video Calls:

- Call duration:

  - Call duration for 32 bit based devices is ~10 sec
  - Call duration for 64 bit based devices is ~15 sec
  - Note that, it depends on the device model and network conditions
- If the exploit fails – the call can take up to 30 secs
- Installation will fail if:
  - If target answers or reject the video call
  - If target is in VoIP call
  - If the target closes the application (from the background) during installation process
  - If the target press on lock button during the installation, the installation might fail
  - If the battery of the device is low
- Hummingbird incoming phone number caller will appear on the device and displayed in the notification bar
- Max Calls per target per installation attempt - 2
- Interval between calls – 600 sec (10 min)
- Cool down between attack accounts – 2h

## Dual Apps Accounts

- Huawei dual SIM devices: the Primary account is attackable (the SIM which was used to activate WA), Secondary is not attackable.
- Samsung dual messenger: both accounts are attackable

## OpSec Enhancements:

- Daily attempts installations – [24/ Cool Down * Number of Attack Accounts]

  - It will be different between customer, according to number of attack accounts available
  - **Max 60** installations attempts per day (**any higher value is requires Product approval**)
- The allowed time interval between installation attempts per phone number is as follows:

| Installation type | Time between successful installations | Time between failed installations | Time between unsupported device failures |
|---|---|---|---|
| Hummingbird | 3 days | without device interaction = 0 day<br>with device interaction = 3 days | 7 days |

- Note that, time between successful installations will also requires that the agent last communication will be more than 24 hours.

NSO_WHATSAPP_00008922

# Exhibit 50

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / Covert Android Installation Specifications

# Erised (Covert Android) System Architecture

Created by [REDACTED] st modified on Sep 04, 2019

⚠ **You are viewing an old version of this page.** View the **current version**.

Compare with Current  ·  Restore this Version  ·  View Page History

« Previous    **Version 10**    Current »

⚠    08 Aug 2019   Post DR

- 1. General
  - 1.1. Background
  - 1.2. Solution Overview
  - 1.3. Limitations
  - 1.4. Scope
- 2. Requirements
  - 2.1. Functional Requirements
    - 2.1.1. Potential Targets
    - 2.1.2. Opsec Changes
    - 2.1.3. New ABS status code - Next Credential
    - 2.1.4. Longer Installation Timeout
  - 2.2. Requirement Mapping
  - 2.3. OpSec Requirements
    - 2.3.1. Abuse Prevention
    - 2.3.2. ABS and Deployment
- 3. Technical Solution
- 4. Future Enhancements
- 5. Considerations
  - 5.1. QA
  - 5.2. Tacticals
  - 5.3. Deployment & Support
  - 5.4. NOC
  - 5.5. BI
- 6. Open Issues

# 1. General

This document is a specification for Erised, a covert Android installation vector.

Section 1 is informative, meaning that it provides an overview of the specification, but is **not** meant to be the definitive reference for implementation. Sections 2 and 3 are the formal parts of the specification: implementation and testing should be based only on those sections. Section 4 describes future enhancements, Section 5 describes how the specification affects related systems, and Section 6 lists open issues.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000890

## 1.1. Background

1. Erised is a covert Android installation vector, replacing Eden (which replaced Heaven).
2. To minimize time to market, the architecture is based on Eden, and **not** the "decoupled" architecture specified here.
3. Therefore, this spec emphasizes the required changes relative to Eden, from the system perspective.

## 1.2. Solution Overview

## 1.3. Limitations

## 1.4. Scope

- Pegasus 3
- UI
- DevOps
- Deployment
- QA Automation

# 2. Requirements

Erised PRD V1.docx

## 2.1. Functional Requirements

Covert Android installation, similar to Eden/Heaven in API, sequencing. Main changes are:

### 2.1.1. Potential Targets

Erised is limited to Samsung 64 bit devices - ~~unclear when this is detected (fingerprint or install stage)~~. This is detected as part of the installation stage.

### 2.1.2. Opsec Changes

1. Deployment changes (e.g., per-customer emulator template parameters)
2. Per-vector blacklists: It should be possible to disable Erised on a target (i.e., it was previously infected by Heaven), but allow 1-click on same.

### 2.1.3. New ABS status code - Next Credential

1. ABS will manage credential blacklists per target. When ABS determines that a credential cannot be used for a given target, it will return a new status - "Next credential".
2. When Pegasus receives this status, it shall provide ABS with a new credential **without** blocking the old one, which can still be used (for other targets, after cooldown).
3. If there are no more credentials available (that is, all available credentials have been tried), the installation shall **fail** with appropriate message to user (depending whether there are credentials in cooldown or not).
   In other words, Pegasus shall go over the available credentials **once**, and **shall not** loop over them repeatedly for a given installation flow.

### 2.1.4. Longer Installation Timeout

The response to the POST /install may take longer than in Eden (up to 25 minutes) - see **H30000041** below,

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                                  NSO_WHATSAPP_00000891

## 2.2. Requirement Mapping

This Section describes what components are affected by each requirement in the PRD.

---

**Legend**

🟢 Component is affected by requirement

🔴 Component is **not affected** by requirement

🔵 Unclear - clarification needed

⚠️ Action required from specific person

---

| Requirement | Description | Server | UI | ABS | Android Agent | Comments |
|---|---|:---:|:---:|:---:|:---:|---|
| **H30000010** | Initial lookup and fingerprint | 🟢 | 🔴 | 🟢 | 🔴 | 1. ⬚Redacted – Export Controlled⬚<br>2. Samsung/64bit detection **will not** be done by ABS fingerprint. |
| **H30000020** | Configurability | 🟢 | 🔴 | 🔴 | 🔴 | TBD file or Morpheus 🔵 |
| **H30000030** | Prevent install on unknown device | 🟢 | 🔴 | 🔴 | 🔴 | Part of installation flow |
| **H30000040** | Erised installation vector | 🟢 | 🔴 | 🟢 | 🔴 | 1. Pre-install fingerprint → Remove from Pegasus (Opsec - effort tradeoff) – @Avi Warshtat to determine<br>2. Retries if target offline or WhatsApp unavailable - by Pegasus (part of 1)<br>3. Number of retries - configurable |
| **H30000041** | Increase ABS install response timeout | 🟢 | 🔴 | 🔴 | 🔴 | 1. **6 → 25 minutes (configurable)** Response time to HTTP POST<br>2. Functionally this is supported<br>3. It may affect the reliability of the installation flow (long TCP session → more changes of TCP RST, session closed) |
| **H30000050** | License check | 🟢 | 🔴 | 🔴 | 🔴 | |
| **H30000060** | Installation added to queue | 🟢 | 🔴 | 🔴 | 🔴 | User notification after clicking "send" |
| **H30000070** | Installation progress indication | 🟢 | 🟢 | 🔴 | 🔴 | Indicate progress steps (all stages managed by PS): ⚠️ Following not MVP ⚠️<br><br>1. Added to queue<br>2. Pre-installation setup<br>3. Installation components downloaded<br>4. Activating Agent |
| **H30000080** | Parallel installations | 🟢 | 🔴 | 🔴 | 🔴 | • 1 per WhatsApp Account<br>• X per system |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY      NSO_WHATSAPP_00000892

| Requirement | Description | Server | UI | ABS | Android Agent | Comments |
|---|---|---|---|---|---|---|
| | | | | | | • Suggest merging into 140 - abuse prevention |
| H30000090 | Daily installation limit | ➕ | ➖ | ➖ | ➖ | • Suggest merging into 140 - abuse prevention |
| H30000100 | Cleaning traces | ➖ | ➖ | ➖ | ➕ | |
| H30000110 | WhatsApp user list management | ➕ | ➖ | ➖ | ➖ | Pegasus manages (as in Heaven/Eden) |
| H30000120 | Blocked WhatsApp accounts | ➕ | ➖ | ➕ | ➖ | Ditto |
| H30000130 | WhatsApp account availability | ➕ | ➖ | ➕ | ➖ | Existing mechanism in Pegasus 3 |
| H30000140 | Abuse prevention | ➕ | ➖ | ➖ | ➖ | |
| H30000150 | Payload sending | ➖ | ➖ | ➕ | ➖ | 1. Send only to Samsung/64 bit 2. Since ABS fingerprint doesn't return the above info, this is ABS's responsibility. |
| H30000160 | Server Retries | ➕ | ➖ | ➖ | ➖ | |
| H30000161 | ABS Retries | ➖ | ➖ | ➕ | ➖ | is_online retries |
| H30000162 | ABS encryption parameters caching | ➖ | ➖ | ➕ | ➖ | |
| H30000163 | ABS provides emulator data | ➖ | ➖ | ➕ | ➖ | |
| H30000170 | Installation errors - unsupported messages | ➕ | ➕ | ➕ | ➖ | |
| H30000180 | Error codes and UI messages | ➕ | ➕ | ➕ | ➖ | |
| TBD | Per target disable (Per-vector Blacklist) | ➕ | ➖ | ➖ | ➖ | 1. It should be possible to disable Erised on a target (i.e., it was previously infected by Heaven), but allow 1-click on same. 2. User experience: After entering the MSISDN for an Erised-disabled target, only triggered installation will be presented. |

## 2.3. OpSec Requirements

### 2.3.1. Abuse Prevention

(Following based on email from @ Unknown User (maayanma)    03 Sep 2019 )

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY  NSO_WHATSAPP_00000893

| Name | Parameter | Value | Reasoning |
|---|---|---|---|
| **UnsupportedDeviceRule** | Time between unsupported device failures (OS, bitness, kernel) | 7 days | Minimize futile attack attempts |
| **SourceInstalledSuccessfullyRule** | Time between successful installations | 1 day (Requires last communication…) | Minimize target's suspicion |
| **GenericFailureRule** | Time between failed installations (Relevant also to triggered installation after Erised) | **Beta:** 1 day **GA:** 0 | Minimize WA & suspicion |
| **LimitationRule** | Prevent sending more than X installation messages in Y minutes | **Beta:** 5 **GA:** [24/ Cool Down * Number of Attack Accounts] | Minimize target's suspicion |
| | New installation attempts on the same target (all vectors) | 3 attempts in 24 hours | Minimize target's suspicion |
| | Cool down between attacks per - account | 2 hours | Minimize WA suspicion |
| | Max number of installations per day for WA account | 12 | Minimize WA suspicion |
| | If device is rooted (OPSEC measure) - wait X days | 14 days | Minimize possibility of infecting a device under investigation |

### 2.3.2. ABS and Deployment

Per PRD.

# 3. Technical Solution

Based on Eden API.

# 4. Future Enhancements

1. Decouplng

# 5. Considerations

## 5.1. QA

## 5.2. Tacticals

Available for tacticals 

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY          NSO_WHATSAPP_00000894

## 5.3. Deployment & Support

OpSec requirements.

## 5.4. NOC

Alerts and actions.

## 5.5. BI

# 6. Open Issues

- Payload sending

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00000895

# Exhibit 51

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / Integrated Products

## Covert Config - PGs, ABS

Created by Unknown User (urin), last modified by ▓▓▓▓▓▓▓ on Jun 04, 2020

⚠ You are viewing an old version of this page. View the **current version**.

**Compare with Current**  ·  **Restore this Version**  ·  **View Page History**

« Previous    **Version 14**    Next »

Startup command:

Configuration:

    1. Open WisProviders file -

**Redacted – Export Controlled**

    2. In DB, run the following:

**Registration Server**

**WA_Server**

**ABS Config file:**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00009363



**Redacted – Per Court Order**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00009364



No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    NSO_WHATSAPP_00009365

# Exhibit 52

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / QA

# Automation environment - setup and execution

Created by Yoav Bear, last modified on Aug 04, 2020

⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current  ·  Restore this Version  ·  View Page History

« Previous   **Version 14**   Current »

This guide's purpose is to help configure, run and build automated tests using our infrastructure.
This guide contains 3 parts:

1. Automation environment setup
2. Automation infrastructure overview
3. Automated tests execution

## Automation environment setup:

1. Open the tests config example file and copy it's content.
2. Create a new file called dev.config.json under abs_tests directory
3. Make sure all the needed values are configured in the tests config file: (path: <path to project>/abs_tests/dev.config.json)
   a. For running tests with a real PS server one must config a PS server to work with.

```
[black box]
```

5. Create a local Emulator as described here. Local PC full environment installation

## Automated tests execution:

To run ABS' automated tests from the terminal the following steps are needed:

1. Open the terminal.
2. Change directory to the ABS' project root directory.
3. Activate ABS' virtual environment.
4. run the following command:

```
[black box]
```

## Pytest useful built-in options:

| Pattern | Functionality | Example |
|---|---|---|
| -k <pattern> | will run all the tests that their name matches the specified pattern | |
| -ra | will present a list of all the tests that didn't pass (failed, error or skipped) when tests execution will be done. | |
| -s | will allow adding breakpoints during the tests (import ipdb; ipdb.set_trace()) | |
| -m <marker> | will run all that test with the specified marker | |

## Custom options:

| Pattern | Functionality | Example | Notes |
|---|---|---|---|
| --make_report | Will create a directory in path <path to project>/abs_tests/test_reports/<test_name> which includes: 1. test output log 2. Attack vector log | | The reports directory is re-created if this option is used thus, the previous reports will be deleted when running tests with this option |
| --no_emulator | Will skip all the tests related to emulators (run if there's no configured emulator) | | |
| --real_abs | Will run all the tests with a real ABS server (a real | | If this option isn't enabled the default is running |

https://conflu.nsogroup.com/pages/viewpage.action?pageId=48562416&navigatingVersions=true                    1/3

NSO_WHATSAPP_00005088

| Pattern | Functionality | Example | Notes |
|---|---|---|---|
| | gunicorn server) | | the tests with falcon testing client |
| --real_ps | Will run all the tests with a real PS server | | Running tests with a real PS is only possible with a real ABS server |
| --real_emulators | Will run all tests with emulators data enabled | | When enabling this flag all the tests will run with get_emulator_data_locally as False. tests that test the communication with the emulators will not be affected by this flag.<br><br>when this flag is enabled tests duration is much longer. |
| --open_internet | Will enable the open internet functionality in the emulators during the tests | | |
| --real_exploit | This flag is meant to be used when running tests with a real abs and real ps. if the flag is enabled, the real exploit sent from PS will be executed instead of the exploit sent in the data_to_send described in the test | | |
| --iterations | When using this flag, all of the collected tests will be executed the provided input iterations | | |
| --run_dirty | When using this flag the ABS server will be launched once during the session instead of before each test | | |
| --deploy_server | When this flag is enabled the deploy tests won't be skipped. | | 1. This flag extends all tests execution by ~16 mins since the deploy process takes time<br>2. When combined with --real_abs --real_ps and --real_exploit, another test will run which deploys a new ABS server and then send a silent attack |
| --branch | This flag indicated which branch should be deployed during the dploiy tests | | default branch is develop |

## Automated tests overview:

The automated tests directory have the following structure:



Most of the tests have similar structure:

- Define expected response
- Define which API is tested
- Define logs to find/logs not to find
- Prepare database with the required data
- Define config items to replace
- Use a test_config object to run the test:
  - Read current values in the config
  - Update config with test-related configs
  - Clear logs
  - Start ABS server (real server or falcon testing client)
  - Send a request to the api
  - Verify the response
  - Verify logs to find/logs not to find
  - Kill the server
  - Update config to the original values
- Verify data in the data base

## Writing automated tests:

If you wish to write automated tests to an existing attack vector you should follow the following steps:

1. Search if there is an existing file that test the feature that you wish to test.
   if so, you can add tests to this file. if not, create a new file with the name test_<tested_feature>
2. Each test name should have the following format: test_<test in TFS>_short_explanation_of_the_test

https://conflu.nsogroup.com/pages/viewpage.action?pageId=48562416&navigatingVersions=true                    2/3

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

3. Each test directory should have a conftest.py which contains helpful fixtures. while writing tests you can use this fixtures in your test without the need to import them explicitly.
   it is recommended to add fixtures of your own for readability and maintenance while writing tests.

If you wish to write automated tests to a new attack vector you should follow the following steps:

## Running tests with a real PS server:

### Configuration:

If you wish to run the automated tests with a real PS server the following steps are needed:

1. Deploy a PS server
2. Remote connect to the PS server from the previous step and:

| RequestType | VectorName | IsEnabled | AccountIdentifier | Token | Payload |
|---|---|---|---|---|---|
| 1 | whatsapp | 1 | | | |
| 2 | whatsapp | 1 | | | |

PLEASE NOTE **Redacted – PII** is the attacker number that is being used in all of the tests, and it is also should be the number of the local emulator configured in your abs/chatter/dev.config.json

### Execution:

To run the automated tests with a real PS server one should run the tests in the following format:

## Running a real exploit test with a real PS server:

### Configuration:

On your local machine:

1. Update the following config keys to be your local machine's IP:

On the PS to test;

2. Save the file from the previous step
3. Restart PS
4. Make sure an appropriate package is loaded to PS (currently 3.115.25.0)

### Execution:

To run the real exploit test:

No labels

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

NSO_WHATSAPP_00005090

NSO_WHATSAPP_00005088

# Exhibit 53

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / QA

# Automation environment - setup and execution

Created by ██████ last modified on Apr 21, 2020

⚠ **You are viewing an old version of this page.** View the **current version**.

**Compare with Current**    ·    **Restore this Version**    ·    **View Page History**

« Previous    **Version 6**    Next »

This guide's purpose is to help configure, run and build automated tests using our infrastructure.
This guide contains 3 parts:

1. Automation environment setup
2. Automation infrastructure overview
3. Automated tests execution

## Automation environment setup:

1. Make sure all the needed values are configured in the tests config file: (path: <path to project>/abs_tests/config.json)
   a. For running tests with a real PS server one must config a PS server to work with.
2. Install ODBC driver for microsoft sql server, run the following commands (full guide):

3. Create a local Emulator (add link to Aviv's confluence page)

## Automated tests execution:

To run ABS' automated tests from the terminal the following steps are needed:

1. Open the terminal.
2. Change directory to the ABS' project root directory.
3. Activate ABS' virtual environment.
4. run the following command:

## Pytest useful built-in options:

| Pattern | Functionality | Example |
|---------|---------------|---------|
|  | will run all the tests that their name matches the specified pattern |  |
|  | will present a list of all the tests that didn't pass (failed, |  |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                    NSO_WHATSAPP_00000808

| Pattern | Functionality | Example |
|---|---|---|
| | error or skipped) when tests execution will be done. | |
| ▮ | will allow adding breakpoints during the tests (import ipdb; ipdb.set_trace()) | ▮ |
| | will run all that test with the specified marker | |

## Custom options:

| Pattern | Functionality | Example | Notes |
|---|---|---|---|
| ▮ | Will create a directory in path <path to project>/abs_tests/test_reports/<test_name> which includes: 1. test output log 2. Attack vector log | ▮ | The reports directory is re-created if this option is used thus, the previous reports will be deleted when running tests with this option |
| | Will skip all the tests related to emulators (run if there's no configured emulator) | | |
| | Will run all the tests with a real ABS server (a real gunicorn server) | | If this option isn't enabled the default is running the tests with falcon testing client |
| | Will run all the tests with a real PS server | | Running tests with a real PS is only possible with a real ABS server |
| | Will run all tests with emulators data enabled | | When enabling this flag all the tests will run with get_emulator_data_locally as False. tests that test the communication with the emulators will not be affected by this flag.<br><br>when this flag is enabled tests duration is much longer. |
| | Will enable the open internet functionality in the emulators during the tests | | |

## Automated tests overview:

The automated tests directory have the following structure:

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00000809

Most of the tests have similar structure:

- Define expected response
- Define which API is tested
- Define logs to find/logs not to find
- Prepare database with the required data
- Define config items to replace
- Use a test_config object to run the test:
    - Read current values in the config
    - Update config with test-related configs
    - Clear logs
    - Start ABS server (real server or falcon testing client)
    - Send a request to the api
    - Verify the response
    - Verify logs to find/logs not to find
    - Kill the server
    - Update config to the original values
- Verify data in the data base

## Writing automated tests:

If you wish to write automated tests to an existing attack vector you should follow the following steps:

1. Search if there is an existing file that test the feature that you wish to test.
   if so, you can add tests to this file. if not, create a new file with the name test_<tested_feature>
2. Each test name should have the following format: test_<test id in TFS>_short_explanation_of_the_test
3. Each test directory should have a ▮▮▮▮▮▮▮▮ which contains helpful fixtures. while writing tests you can use this fixtures in your test
   without the need to import them explicitly.
   it is recommended to add fixtures of your own for readability and maintenance while writing tests.

If you wish to write automated tests to a new attack vector you should follow the following steps:

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00000810

# Exhibit 54

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have active Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / System Architecture / Installation Architectures

# Unified Vector Engine API - DRAFT

Created by ▮▮▮▮▮▮▮▮ modified on Apr 21, 2019

⚠ You are viewing an old version of this page. View the **current version**.

**Compare with Current** · **Restore this Version** · **View Page History**

« Previous    **Version 8**    Next »

## 1. API Overview

- General "administrative" API
- **Main installation API**
- Optional installation API

| Request | Direction | Comment | Abs Eden scheduler specific |
|---|---|---|---|
| | | • Get static configuration info, such as API endpoints<br>• Reconsider the need for this once Config Server is deployed | |
| | | • Update VE if/when configuration changes<br>• Reconsider the need for this once Config Server is deployed | |
| | | Query vector server's status (e.g., MIS servers' status, version number, etc.) | |
| | | • Synchronous request, meant to be answered quickly<br>• Long requests (full or advanced fingerprint) should be done by VS as part of installation | Unlike ▮Redacted - Export Controlled▮ this call is not **required** as part of the attack flow (no data from the response is used in the rest of the attack). |
| | | Store target-specific info for re-use, saving time and lowering external footprint | |
| | | Request stored target-specific info | |
| | | • Initiate a covert installation<br>• Asynchronous call | • Required<br>• Currently named /install |
| | | "Locke" the package version to be used for the specified attack. This protects against package updates in mid-attack | Not needed by ABS, which is currently insensitive to package updates in mid-flow |
| | | Request a component of the exploit chain for processing and sending to target (avoid the need to store exploits in an outward-facing platform) | • Required<br>• Needs minor parameter tweaks<br>• P3 must insert ic parameters before sending. |
| | | Request bridgehead parameters (ic) to be embedded in payload sent to target | |
| | | Tell VE to abort/end instllation, e.g., user cancelled, ikey expired, ... | P3 should send this once PE is requested by target. |
| | | Update P3 regarding progress of installation | • Required<br>• Should be used by P3 to updated expiration timer. |
| | | Data for BI, to be stored in installation instance table. | |
| | | Silent vector expiration is very short, currently it is prolonged on every try | ~~Required~~<br><br>Folded into POST /installationStatus |
| | | Today on every retry we check if installation is in advanced state and if yes we don't proceed with retries | ~~Required~~<br><br>Folded into POST /endInstallation |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY     NSO_WHATSAPP_00001369

## 2. Details

## 2.1. GET /fingerprint

This is sent by Pegasus to ABS to get initial information on the target device.

███████████████████████████████████████████████████████████████████████████

- **target_phone** has to include the country code without spaces, prefixed by a plus sign. For example: +15417543010.

**Response:**

The responses are totally different for ▭▭▭▭▭ and ABS. Most significant is that ▭▭▭▭▭ response contains the token which must be used in the actual attack. ABS's response has no target information that needs to be passed to installation.

▭▭▭▭▭ **Response:**

| |
|---|
| Expand source |

**ABS Response:**

| |
|---|
| Expand source |

## 2.2. POST /scheduleInstallation

Sent from Pegasus to ABS, this initiates an Eden installation.

Note that this API is generic, with the vector-specific parameters in the body of the request.

**Synopsis:** ████████████████████████████████████████████████

**Parameters:**

**URI**

- instId - unique installation instance identifier

**Body**

TBD

Note that this call returns immediately. The state of the installation process will be sent by ▭▭▭▭▭ to Pegasus using the POST /InstallationStatus API

**Response:**

████████████████████████████████████████████████████████

## 2.3. GET /payload

Request from ABS to Pegasus for a component of the exploit chain to be sent to target.

**Synopsis** ████████████████████████████████

- ███████████████████████████████████████████████████

**Response** ████████████████████████████████████████

**Response Body**

- Unlike ▭▭ the current format is JSON with long strings for each component: exploit, stager, pre_pe
- Unlike ▭▭ Pegasus is responsible for replacing placeholders with bridgehead parameters (ic).
- Details TBD

## 2.4. POST /endInstallation

Sent by Pegasus to ABS when installation should end, e.g.:

- A user cancelled the installation
- PE was requested by target from Pegasus - this is the indication to ABS that its part of the installation was successfully completed.
- ikey expired
- Other reasons for aborting an installation

⚠️ Note that ABS may be unavailable when Pegasus decides to end the installation, resulting in the request being "missed" by ABS. Therefore, **in addition** to this request, Pegasus shall return a 666 response to a GET /payload request when the installation process should be stopped. ⚠️

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                              NSO_WHATSAPP_00001370

**Synopsis:** █████████████████

**Response**

- ████████████████████████████
- ████████████████████████████

## 2.5. POST /installationStatus

Sent by ABS to Pegasus to indicate installation progress. Pegasus may use "In Process" value as a "keepalive", to prevent timeouts. Also contains log data to be stored by Pegasus in the installation table for BI.

**Synopsis:** ████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

**Response**

██████████████████████████████
██████████████████████████████

No labels

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00001371

# Exhibit 55
**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**



⚠ You no longer have access Support and Updates. **Renew online**, **remind me later** or **never remind me again**.

Dashboard / System Architecture / Installation Architectures

# Unified Vector Engine API - DRAFT

Created by Rony Shapiro, last modified on Jul 15, 2019



⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current   ·   Restore this Version   ·   View Page History

« Previous   **Version 18**   Next »

- 1. API Overview
- 2. Details

# 1. API Overview

- General "administrative" API
- **Main installation API**
- Optional installation API

| Request | Direction | Comment | ABS scheduler specific |
|---|---|---|---|
| | | • Get static configuration info, such as API endpoints<br>• Obsoleted by Morpheus | |
| | | • Update VE if/when configuration changes<br>• Obsoleted by Morpheus | |
| | | Query vector server's status (e.g., MÍO servers Redacted –Export Controlled)  Redacted –Export Controlled | |
| | | • Synchronous request, meant to be answered quickly<br>• Long requests (full or advanced fingerprint) should be done by VE as part of installation | Redacted –Export Controlled this call is not **required** as part of the attack flow (no data from the response is used in the rest of the attack). |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                                      NSO_WHATSAPP_00001325

| Request | Direction | Comment | ABS scheduler specific |
|---|---|---|---|
| | | Store target-specific info for re-use, saving time and lowering external footprint | |
| | | Request stored target-specific info | |
| | | • Initiate a covert installation<br>• Asynchronous call | • Required<br>• Currently named /install |
| | | "Locks" the package version to be used for the specified attack. This protects against package updates in mid-attack | Not needed by ABS, which is currently insensitive to package updates in mid-flow |
| | | Request a component of the exploit chain for processing and sending to target (avoid the need to store exploits in an outward-facing platform). | • Required<br>• Needs minor parameter tweaks<br>• ~~P3 must insert ic parameters before sending.~~ |
| | | Request parameters to be embedded in payload sent to target | **List of parameters: Android parameters required for injection in pre-pe, pe, bundle** |
| | | Tell VE to abort/end installation, e.g., user cancelled, ikey expired, ... | P3 should send this once PE is requested by target. |
| | | Update P3 regarding progress of installation | • Required<br>• Should be used by P3 to updated expiration timer. |
| | | Data for BI, to be stored in installation instance table. | |
| | | Silent vector expiration is very short, currently it is prolonged on every try | ~~Required~~<br><br>Folded into POST /InstallationStatus |
| | | Today on every retry we check if installation is in advanced state and if yes we don't proceed with retries | ~~Required~~<br><br>Folded into POST |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00001326

| Request | Direction | Comment | ABS scheduler specific |
|---|---|---|---|
| | | | /endInstallation<br><br>**Alex note: let's talk about this again.** |

---

# 2. Details

## 2.1. GET /fingerprint

This is sent by Pegasus to ABS to get initial information on the target device.

Synopsis ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **target_phone** has to include the country code without spaces, prefixed by a plus sign. For example: + Redacted – PII .

<div style="border:1px dashed #000; text-align:center; padding:40px;">

# Redacted –Export Controlled

</div>

**ABS Response:**

Expand source

---

## 2.2. POST /targetInfo

Sent from VE to Pegasus, if/when there is data about a target that should be persistently stored in order to assist future installations.

Redacted –Export Controlled

---

## 2.3. GET /targetInfo

Sent from VE to Pegasus to retrieve data about a target that can be used to assist the installation process. Note that the data stored here may come from several sources, e.g., from the agent in a previous installation, and not only from POST /targetInfo.

**Synopsis:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Response:**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY      NSO_WHATSAPP_00001327



8

⚠ For ABS, Pegasus may need to gather information from other tables to create an entry that ABS can use.

## 2.4. POST /scheduleInstallation

Sent from Pegasus to VE, this initiates a covert installation.

Note that this API is generic, with the vector-specific parameters in the body of the request.

**Synopsis:**

**Parameters:**

**URI**

- instId - unique installation instance identifier, determined by Server. This will be used in following requests.

**Body**

# Redacted –Export Controlled

**ABS Request Body:**

Expand source

# Redacted –Export Controlled

**Response:**

## 2.5. GET /payload

Request from VE to Pegasus for a component of the exploit chain to be sent to target.

**Synopsis:**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00001328

**Response**

# Redacted –Export Controlled

## 2.6. GET /payloadConfig

Request parameters to be embedded into payloads sent to target.

**Synopsis:**

**Response**

**Response Body**

For Android, based on Android parameters required for injection in pre-pe, pe, bundle

## 2.7. POST /endInstallation

**Redacted –Export Controlled**

- A user cancelled the installation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    NSO_WHATSAPP_00001329

- PE was requested by target from Pegasus - this is the indication to ABS that its part of the installation was successfully completed.
- ikey expired
- Other reasons for aborting an installation

# Redacted –Export Controlled

**Synopsis:** ████████████████████████████████

**Response**

████████████

Redacted –Export Controlled

## 2.8. POST /installationStatus

Sent by ABS to Pegasus to indicate installation progress. Pegasus may use "In Process" value as a "keepalive", to prevent timeouts. Also contains log data to be stored by Pegasus in the installation table for BI.

████████████████████████████████████████

**Response**

████████████████████████

No labels

████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00001330

# Exhibit 56

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / VPNNG

# New Load balancer for Eden and Multi Target host

Created by Unknown User (emanuelm), last modified by Unknown User (oshria) on Jul 09, 2020

VPNNNG version 1.0.72:

VPNX version 1.4-2

Release notes :

New Features :

- Multi_target host
- Update clean logs
- New load balance algorithm for Eden (WIS)

**Explanation**

**Multi_target host** – now we can re-route traffic from external VPS to multiple internal VMs :



The example below shows if you want 

**update clean logs**

now the service is cleaning all the logs of the proxy

**New load balance algorithm for Eden (WIS)**

Due to OPSEC reasons we change the load balance of EDEN (WIS-VPNNG)

Now the traffic will pass through only 1 chain , is this chain is down it will pass to the other chain



To activate this load balance_all you need is to write in the name of the stanza WIS-something

It works with uppercase or lowercase and also you can do a multiple WIS stanza -> WIS2-VPNNG

**Instruction how to update the VPNNG**

Download the files here :

VPNNG version : http://artifactory.nsogroup.com:8081/artifactory/gradle-release/com/nsogroup/opsec/vpnng/1.0.72-1/vpnng_1.0.72-1.tar.gz

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008983

VPNX version : http://artifactory.nsogroup.com:8081/artifactory/gradle-release/com/nsogroup/opsec/vpnx/1.4-2/vpnx-1.4-2.tar.gz



No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00008984