# Exhibit 63

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / Pegasus 2.70 (Android & P2 Platform) - Released 31/05, 07.06

# Abuse Prevention & White list updates

Created by ███████████ last modified by Unknown User (danab) on Apr 09, 2018

⚠ **You are viewing an old version of this page. View the current version.**

   Compare with Current  ·  Restore this Version  ·  View Page History

    « Previous    **Version 12**    Next »

**Check List -**

| Role | Name | Date | Status |
|---|---|---|---|
| Product Lead | ██████ | 09.04.18 | Approved |
| Backend TL | | | |
| Frontend TL | | | |

## Background & Motivation

- OpSec limitations defining time intervals between installation attempts per phone number should be different per installation vector, the installation stage and the scratch in front of the target
- Joint limitations defined for installation vectors requires configuring the time interval per the "worst case scenario" ending in many requests from clients to detour the limitations and add numbers to the white list
- Lack of persistency is urging clients to re-install the same targets many times in short time frames

## Requirements

The allowed time interval between installation attempts per phone number should be as following:

| Installation type | Time between successful installations | Time from last communication | Time between failed installations | Time between unsupported device failures | Time between failed installations on GeoIP |
|---|---|---|---|---|---|
| **SMS** | 3 days | 24H | 3 days | 7 days | 7 days |
| **Silent** | 1 day | (installations on the same phone number are not allowed if | Failed and in blacklist (Device cannot be installed): never | Not relevant | |
| | | | Other reasons: 0 day | | |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY      NSO_WHATSAPP_00000764

| | | | Before a call was performed: 0 days<br><br>After a call was performed: 0 days | Per the new state "Device not supported for Covert Android": 1 day | |
|---|---|---|---|---|---|
| **Heaven** | 3 days | 24H didn't pass) | | | |
| **WAP** | 3 days | | 3 days | 7 days | |

in green - currently exist, in black - should be part of 2.70.

<u>Note:</u> Generated links (Hotspot, Multishot, tactical) are not limited within this process

Changes needed in 2.70:

UI:

- Separate between vectors (according to the table) cross all scenarios according to table
- Regarding Heaven failed installations - requires Server to define the state (before and after call)

Server:

- Separate state for heaven installation prior and after a call was performed
- GeoIP limitations – need to finalize reqs with ███████

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00000765

# Exhibit 64

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

# Erised Abuse Prevention Guidelines and Rationale

Created by Unknown User  on Jan 02, 2020

| Category | | Comments |
|---|---|---|
| Cool down per target | S8 - 1 Month (for success / failure) as the target can experience a crash pop up<br><br>Others - 1 week (for success / failure / unsupported) - as the bandwidth used during the installation process is around 50MB | |
| Amount of daily installations | Beta - 5 per customer (3 customers) with 1 retry - the reason we limit the amount of attempts is the possible crash logs which might be sent to whatsapp. In addition, we have 2 sales environments + 1 training environment + 1 support environment - we MUST provide a "controlled" internet connection.<br><br>GA - We should re-evaluate the amount of attempts + retries according to the beta's stats. The global amount is not divided equally between customers | |
| Amount of daily fingerprints | Currently unlimited as we see no immediate threat from that vector and because the difference between the amount of fingerprinted targets and the targets which are attempted installation isn't large (iOS leftovers + Android without WA) | |
| Research Guidelines | | |
| Demo Guideline (Pre-sales) | | |
| Customer test devices guidelines | | |
| Blacklists | | Currently each blacklist contains the customer's past Eden numbers only (without Heaven, as we don't have that info and without other customers, as it poses a regulation issue) |

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00000921

# Exhibit 65
**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠  You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

**Dashboard**  /  …  /  **'Field learning' cases**

# Bug #160934: Erised abuse rules - SF31841

Created by Unknown User ▮▮▮▮▮ last modified on Apr 30, 2020

⚠  **You are viewing an old version of this page. View the current version.**

Compare with Current    ·    Restore this Version    ·    View Page History

« Previous      **Version 3**      Current »

## Overview

In 6.1 Android group asked to add unsupported state for Erised.

1. Each failure code from WIS will be classified with severity by PS.
   a. 0: "temporary unavailable"
   b. 1: regular failure
   c. 2: critical failure
2. Generic failure rule – added limitations (cooldown) for each severity:
   a. 0:  0.1666 days
   b. 1: 28 days
   c. 2: 28 days



3. Generic failure rule – after collecting the relevant failures – take the severity from the last.

After deploying version 6.1 on first customer with Erised the installation failed.

## Customer Impact

Every Erised installation failed

## Facts

- The requerment arrived to P&A team after closing the version content.
- The requerment arrived without following the work flow (PRD,spec and HLD)
- The testing responsibility of this request did not defind - who is the owner P&A or Andriod.
- P&A did not test this requerment,manual tests.
- Automation test for Erised executed  while abuse prevention is disable.
- Automation test for abuse preention did not include Erised.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000813

- Andriod QA test Erised while abuse prevention is disable.

## Consequently

The fix solution was to treated old failure (before the upgrade to 6.1) without severity as severity "1".

We had to fix this issue as part of HotFix.

## What did not work well

1. The change was done without taking in consider that we have old failure and by that the unitest did not cover this scenario.
2. Test happy flow for Erised on black and\Or environment with abues prevention enable did not run .
3. Automation test  for abuse prevention with Erised did not implimented.

## Corrective actions

|   | Action Item | Refers to "did not work well" item# | Owner | Status |
|---|---|---|---|---|
| 1 | During HLD need to thing also about existing data on site | 1 | ███ | |
| 2 | Update automation test for abues prevention with Erised | 3 | ███ | |
| 3 | Deploy Erised on white environment | 2 | ███ | |
| 4 | Write test case for Erised appy flow | 2 | ███ | |
| 5 | Test Erised happy black and\or white environment | 2 | ███ | |

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                NSO_WHATSAPP_00000814

# Exhibit 66

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / ——— Android Product Management Home

# Android device requests

Created by ████████ last modified on Jul 15, 2018

⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current    ·    Restore this Version    ·    View Page History

« Previous    **Version 14**    Next »

| Case SF | Customer | Device model | OS | ResQ & Research Response |
|---|---|---|---|---|
| **Redacted – PII** | Redacted – Per Court Order | Redmi 5 Plus | 7.1.2 | PE (scarab,octopus), is currently not supported for this device. |
| | | SM-J110F (64bit) | 4.4.4 | PE (octopus), issue with SE-Linux policy |
| | | Grand Prime SM-G532F | 6.0.1 | Added support in 2.70 |
| | | Wiko U Pulse Lite | 7 | Added support in 2.67.1<br><br>• Call recording is not supported |
| | | WIko Lenny 3 | 6 | Added support in 2.67.1<br><br>• Call recording is not supported |
| | | Galaxy Tab E9.6 3G  (SM-T561) tablet | 4.4.4 | Added support in 2.70<br><br>Exploits are working properly, waiting for Roy B update |
| | | Xiaomi Redmi Note 4 | 7 | PE (scarab). is currently not supported. peter is not working.<br><br>*need to try again with peter bypass |
| | | Huawei Mate 10 | 7 | waiting for Daniel G response |
| | | Huawei P8 Lite ΛLE-L21 | 6 | waiting for purchase |
| | | SM-A730F | 7.1.1 | waiting for purchase |

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00005066

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00005067

# Exhibit 67

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

6/3/24, 1:48 PM
Case 4:19-cv-07123-PJH
2.50 (Redacted – Per Court Order Android)
Document 796-19
Filed 09/15/25
Page 13 of 41

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / Android Product Management Home / Official Releases

# 2.50 (Redacted – Per Court Order Android)

Created by Unknown User ( ) on Apr 29, 2018

## Date - 25/01/18

**Pegasus 2.50 is officially approved for production.**

This version introduces:

- **Heaven** – the first 0-clicks installation vector for Broad Android devices!
- Redacted – Per Court Order – new and improved 0-clicks installation for ___ 11.X, supporting all ___ 11 versions up to the latest 11.2.2!

**Thank you all for taking part and putting so much efforts to imagine, create and release this complex version.**

**This is a significant milestone for Pegasus.**

Version content:

- **Android: Heaven** –
  - 0-Clicks installations - no engagement with the target!
  - For all details please find attached the PPT presented in the release meeting yesterday
  - Vector: Covert Android
  - Coverage:
    - WhatsApp versions: 2.17.395, 2.17.427, 2.18.9
    - Android versions 5.0 – 7.X
    - Both 32 & 64 bit based devices
    - No support for device with kernel version 4.4
    - No support for Samsung Galaxy S8, S8+ Note 8, S8FD
- Considerations:
  - The WhatsApp Calls appear on the devices
  - Daily installations – 10 (and will be increased)
  - The installation takes time with no status indication for the operator
  - Failed numbers will be added to a blacklist
  - All agents are volatile – no persistency
  - Redacted – Per Court Order
    - Redacted – Per Court Order
      - Most chances are that we overcome the blocked ___ issues - **looking towards a stable solution following major joint efforts across the company**
      - Enhanced 0-clicks coverage – all ___ 11 versions are now supported including the latest 11.2.2
      - Overcoming false 'Multiple devices' identification that resulted in high failure rate
      - New installation flow allowing a much shorter installation time
      - Current limitation: No Co-existence with ___ Will be down for all clients
- **1-Click click installations for ___ 11.2.2**

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
NSO_WHATSAPP_00000287

# Exhibit 68

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard  /  Android Product Management Home  /  Official Releases

# 2.52 (Android)

Created by Unknown User (███████) on Apr 29. 2018

⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current    ·    Restore this Version    ·    View Page History

**Version 1**    Current »

**Date** - **15/2/18**

**Pegasus 2.52 is officially approved for production.**

This version introduces the following enhancements to Heaven:

- Support for the most updated WhatsApp version 2.18.46 that <u>was release by WhatsApp less than a week ago</u>
- Adding stings to the PE exploit to enable better debugging and BI of the solution

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                NSO_WHATSAPP_00000288

# Exhibit 69

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / iOS & Android Product Management Home / Official Releases

# 2.65 (iOS, Android, P2 Platform)

Created by Unknown User ▓▓▓ last modified on Apr 09, 2018

⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current    ·    Restore this Version    ·    View Page History

« Previous    **Version 3**    Next »

**Pegasus 2.65 is officially approved for production.**

**Here are the highlights for this significant version** (Detailed version content can be found in the attached PPT):

## iOS:

- **Acceleration of Collection and Exfiltration speed:**
  - **Collection speed is be more than tripled**
  - **Exfiltration speed is be multiplied by 6**
  - The agent prevents the device from getting into sleep mode –
    - For 3 hours post the installation
    - Once the device is connected to the charger
  - All accelerations are relevant only when the target device's battery is above 35%
- **Major stability fixes aiming to significantly improve the performance regarding:**
  - **Installations stuck at 5/7 stage** - a critical bug was found and fixed. We now estimate that this issue will at least decrease in the field. Will keep on investigating.
  - **Agent life** – major issues causing the agent to crash were detected and fixed, we still cannot guarantee the extent to which the agent life span will be increase following this version. Will keep on investigating.
  - **Limitations:**
    - No SMS sanitizing – the installation link remains on the device. We will re-design this feature in the upcoming versions.

## Android:

- **Heaven:**
  - **Now supports advanced Samsung devices: S8, S8+, Note8**
  - **Now supports the most updated WhatsApp version 2.18.92 that was released yesterday**
  - New IM – **Snapchat**. Added per a strategic client's request.
  - IM collection efficiency improvements
  - Agent life investigation tools
  - **Limitations:**
    - No data collected from the most recent Gmail application (Version 8.3.12)

## Server side:

- A critical issue regarding the server's ability to observer large amount of IM historical data was resolved.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00000296

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00000297

# Exhibit 70

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / 2.65.0 ( ⬚ Android, P2 Platform)

# 2.65 Technical Summary

Created by ███████ on Apr 15, 2018

**Release 2.65 is approved for production**

## Server executive summary:

- **Fixing IM's data collector:**
  - **Stabilizing the insert speed**
  - **Insert separation**
  - **Prioritize queue**
  - **No IM re-dump for 24h per agent (UI)**
  - **Add insert time**
- ⬚ **critical bug:**

| | | |
|---|---|---|
| 70318 | Bug | ⬚ 2 > Attack doesn't switch to available MIS Server when the installation is stuck on busy MIS Server |

- **Fixed bug with PS service on "Stop"**

## Android executive summary:

- **Support latest WhatsApp 2.18.92 for Heaven**
- **Added support in S8, S8+, Note8 devices for Heaven**
- **IM Module participants protocol optimization (for all IMs)**
- **New IM: Snapchat**
- **Watchdog improvements**
- **Agent telemetry to include CPU & battery**
- **Major bug fixes:**

| ID | Title |
|---|---|
| 70356 | Android > IMs > Whatsapp doesn't fetch media (v. 2.18.65) |
| 69971 | Android > IM > No dump of Viber (v. 8.3.0.13) |

**Android Limitations:**

- **No support in Signal**
- **No support in latest Gmail (monitoring & Dump)**

**Android test plan:**

**Test_plan**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY      NSO_WHATSAPP_00000290

# iPhone executive summary:

- **Acceleration of Collection and Exfiltration (300 items)**
- **Suicide note removal for** [Redacted –Export Controlled] **(log will be deleted)**
- **Fix agent crash in scenarios that are related to injection**
- **Major bug fixes:**

| ID | Title |
|---|---|
| 66533 | > Email> Attachments are not exfiltrated in Emails [several devices] |
| 67667 | > Native Mail> No monitor of attachments (Exchange account) [Redacted –Export Controlled] 50*) |
| 67666 | > IM > No monitor or dump of Mail.Ru Agent [Redacted –Export Controlled] |
| 69653 | > WhatsApp > After performing incoming/outgoing WhatApp call the app crashed and the nt stop to communicate [Whatsapp V. 2.18.30] |
| 69242 | > Call Recording > The agent exfiltrate GSM call recording although its disable on the server [Redacted –Export Controlled] |

[Redacted –Export Controlled]

**Limitations:**

[Redacted –Export Controlled]

**limitations:**

- **Viber call recording is not working**
- **No persistency**
- **No support of Signal**
- **No Skype call log**
- No dump & monitoring for Odnoklasniki
- No screen shot
- 1-click override will work with 0-click exploit chain only
- Restart after agent uninstall
  - Works with 1-click chain only

[Redacted –Export Controlled] **limitations:**

- **No persistency**
- No screen shot
- No Viber call recording
- 1-click override will work with 0-click exploit chain only

[Redacted –Export Controlled] **limitations:**

- GSM Call recording and WhatsApp call recording
  - Works with _____ exploit only
  - Works on 64 bit devices only
- No screen shot
- No Viber call recording
- Vulpix override will work with [Redacted –Export Controlled] exploit chain only.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000291

 **test plan:**

| Task | Results |
|---|---|
| Functional Latest ____ | **Pass** |
| Expose  Latest ____ | **Pass** |
| OS tests | **Pass** |
| Upgrade | **Pass** |
| IM's | **Pass** |
| B2B  Redacted -Export Controlled | **Pass** |
| Binary | **Pass** |
| Bug Fixes | **Pass** |
| Tests on white env' (0click) | **Pass** |
| Redacted –export Controlled | **Pass** |
| Collect 300 items every cycle | **Pass** |
| Call recorders unification  Redacted –Export Controlled | **Pass** |
| Remove suicide letter in  Redacted -Export Controlled | **Pas** |

**Tests results:**

TFS  Tests

# Approved versions:

Redacted –Export Controlled

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000292

| Android Package | v2.70.36.0 |
| --- | --- |
| Android <br> Redacted - Export Controlled <br> Package | v2.70.30.0 |
| UI | v2.64.4.10 |
| Pegasus Server | v2.64.8 |
| IS Server | v2.64.2.10 <br><br> **Note: For Heaven customers it is required to replace the attached GroupsMapping file with the one exist on the system (remove Android-8)** |
| Upgrade Scripts | **PS:** <br> https://svn1.nsogroup.com/svn/builds/projects/pegasus/main/PegasusServerSuite/Upgrade/2.62.4-2.64.8 <br><br> - <br><br> **IS:** https://svn1.nsogroup.com/svn/builds/projects/InstallationServer/main/ISSuite/Upgrade/2.62.2-2.64.1 |
| Device parameter script | V1.0.33 |
| Capabilities file | 33685 |

**Release check list:**

| # | Task | Approve by | Check list (V/X) |
| --- | --- | --- | --- |
| 1. | QA emphasis – Link to tests | QA | **V** |
| 1. | RN QA tips – link to tests | QA | **V** |
| 1. | Block tests review | QA | **V** |
| 1. | NA tests review | QA | **V** |
| 1. | Tests status review | QA | **V** |
| 1. | exit criteria score | QA | **V** |
| 1. | Review all open bugs | QA+ Dev | **V** |
| 1. | Capabilities | QA | **V** |
| 1. | Out of scope approve by product. | Product | **V** |
| 1. | Approval mail Is ready | Project | **V** |

- **Release exit criteria score – Orange**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY NSO_WHATSAPP_00000293

6/3/24, 1:45 PM
Case 4:19-cv-07123-PJH   Document 796-18   Filed 09/15/25   Page 24 of 41
HTS Technology - Android Management - Confidence

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00000294

# Exhibit 71

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠️ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard /  Android Product Management Home / Official Releases

# 2.65.0 ( Android, P2 Platform)

Created by Unknown User ▓▓▓▓ last modified on Apr 16, 2018

**Date - 29/03/17**

**Pegasus 2.65 is officially approved for production.**

**Here are the highlights for this significant version** (Detailed version content can be found in the PPT- 2.65 release meeting ):

- **Acceleration of Collection and Exfiltration speed:**
  - **Collection speed is be <u>more than tripled</u>**
  - **Exfiltration speed is be <u>multiplied by 6</u>**
  - The agent prevents the device from getting into sleep mode –
    - <u>For 3 hours post the installation</u>
    - Once the device is connected to the charger
- All accelerations are relevant only when the target device's battery is above 35%
- **Major stability fixes aiming to significantly improve the performance regarding:**
  - **Installations stuck at 5/7 stage** - a critical bug was found and fixed. We now estimate that this issue will at least decrease in the field. Will keep on investigating.
  - **Agent life** – major issues causing the agent to crash were detected and fixed, we still cannot guarantee the extent to which the agent life span will be increase following this version. Will keep on investigating.
    - **Limitations:**
    - No SMS sanitizing – the installation link remains on the device. We will re-design this feature in the upcoming versions.

**Android:**

- **Heaven:**
  - **Now supports advanced Samsung devices: S8, S8+, Note8**
  - **Now supports the most updated WhatsApp version 2.18.92 that was released yesterday**
  - New IM – **Snapchat**. Added per a strategic client's request.
  - IM collection efficiency improvements
  - Agent life investigation tools
  - **Limitations:**
    - No data collected from the most recent Gmail application (Version 8.3.12)

**Server side:**

- A critical issue regarding the server's ability to observer large amount of IM historical data was resolved.

<u>Important Notes:</u>

- Detailed version content, as well as known limitations was handed over by the R&D to the support team and was presented yesterday at the release meeting.
- Redacted – Export Controlled
- The release docs, as well as, a technical QA summary and all configuration instructions will be sent to the relevant forum.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY      NSO_WHATSAPP_00008871

**Release docs:**

- Release note - Release Notes 2.65.docx
- Updated Features list - Features & Capabilties-2.65.docx
- Updated supported devices- no update

Please make sure to provide the right docs to the clients according to their capabilities.

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    NSO_WHATSAPP_00008872

# Exhibit 72

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

6/3/24, 1:46 PM                    2.66 (Android) - Android Product Management - Conflu...

Case 4:19-cv-07123-PJH    Document 796-19    Filed 09/15/25    Page 29 of 41

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard  /  ☐☐☐☐ Android Product Management Home  /  Official Releases

# 2.66 (Android)

Created by Unknown User ▮▮▮▮ last modified by Moran Shohat on Apr 22, 2018

⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current    ·    Restore this Version    ·    View Page History

« Previous    **Version 2**    Next »

**Release date - 17.04.18**

**Pegasus 2.66 is officially approved for production for <u>Heaven beta clients</u>.**

**This version introduces major enhancements to the Heaven installation flow:**

- **<u>2.66 is candidate to be Heaven GA version</u>** as it focuses on the main issues and installation drop identified in the beta stage.
- The official approval for GA will be discussed (and hopefully approved) next week, based on field result from the beta clients during the upcoming days.
- A GA preparation meeting is set for Monday with all relevant teams.

Version content (See attached the updated Release meeting PPT for more details):

**Heaven improvements -**

- **Fingerprinting process improvements:**

Added new Fingerprint mechanism to be performed before the operator sends the installation –

- Will identify Android/Non-Android devices
- Therefore, will minimize the amount of non Android devices on which Heaven will be initiated
- **Extended coverage:**
  - Support for WhatsApp version 2.18.105 that was released only 5 days ago
- **OpSec enhancement:**
  - Removing WhatsApp crash reports

**1 click improvements -**

- Broad Android device support: Scarab fixes for 1-click installations
  - Improved statistics
  - Specifically improved statistics for Note 4 and devices with kernel version 3.10.0

<u>Notes:</u>

- Scarab statistics improvement for Heaven is still in progress and is not included in this version.
- As was elaborated during the release meeting, Heaven UX (mainly the process reflection to the operator) as well as better debugging capabilities will be part of the upcoming **2.70** version.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00000306

Release meeting presentation - <u>Here</u>

- this version doesn't include release notes.

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000307

# Exhibit 73

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / 2.66.0 (Android)

# 2.66 Technical Summary

Created by Moran Shohat on Apr 22. 2018

⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current   ·   Restore this Version   ·   View Page History

**Version 1**   Current »

**This is to update that release 2.66 for Android is approved for production.**

**ᴇxᴇᴄᴜᴛɪvᴇ summary:**

- **Partial Finger Print to identify Android\none Android device**
- **Support WhatsApp 2.18.105**
- **Redacted –Export Controlled**
- **Scarab fixes 1-click – statistics improvements**

**Known Limitations:**

- **No support in Signal**
- **No support in latest** Redacted–Export Controlled **(monitoring & Dump)**
- **Bug 72213 - Attack with full fingerprint is not marked as "failed" in the UI**

**Android test plan:**

**Test_ᴘlan**

**Approved versions:**

| Redacted –Export Controlled | |
|---|---|
| **Android Package** | v2.70.50.0 |
| **WIS** | 1.0.37 |
| **UI** | v2.64.4.10 |
| **Pegasus Server** | v2.64.8 |
| **IS Server** | v2.64.3.10 <br><br> **Note: For Heaven customers it is required to replace the attached GroupsMapping & AttackScheduling files with the ones exist on the system** |
| **Upgrade Scripts** | **PS:** https://svn1.nsogroup.com/svn/builds/projects/pegasus/main/PegasusServerSuite/Upgrade/2.62.4-2.64.8 <br><br> - |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000303

**IS:** https://svn1.nsogroup.com/svn/builds/projects/InstallationServer/main/ISSuite/Upgrade/2.62.2-2.64.1

| Device parameter script | V1.0.33 |
|---|---|
| Capabilities file | 33685 |

Server Configuration:

**In order that the server will start working in scheduler mode (after FFP has failed), it is required to mark as "true" the below parameter in settings.config file:**

<add key="ContinueToSchedulerOnFullFPFailure" value="true" />

**Release check list:**

| # | Task | Approve by | Check list (V/X) |
|---|---|---|---|
| 1. | QA emphasis – Link to tests | QA | **V** |
| 1. | RN QA tips – link to tests | QA | **V** |
| 1. | Block tests review | QA | **V** |
| 1. | NA tests review | QA | **V** |
| 1. | Tests status review | QA | **V** |
| 1. | exit criteria score | QA | **V** |
| 1. | Review all open bugs | QA+ Dev | **V** |
| 1. | Capabilities | QA | **V** |
| 1. | Out of scope approve by product. | Product | **V** |
| 1. | Approval mail Is ready | Project | **V** |

- **Release exit criteria score – Green**

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000304

# Exhibit 74

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / 2.67.1 (Android Redacted –Export Controlled )

# 2.67.1 Technical Summary

Created by ████████ last modified on May 14, 2018

This is to update that release **2.67.1** is approved for production.

# Redacted –Export Controlled

- **Known limitations:**
  - **No persistency**
  - **No support of Signal**
  - **No Viber call recording**
  - No screen shot
  - 1-click override will work with 0-click exploit chain only
  - OS update disabling
    - Works with 1-click chain only
    - Restart after agent uninstall
      - Works with 1-click chain only

### Redacted –Export Controlled

- **No support of Signal**
- **No Viber call recording**
- GSM Call recording and WhatsApp call recording
  - Works with Lucifer exploit only
  - Works on 64 bit devices only
- No screen shot
- 1-click override will work with 0-click exploit chain only
- Vulpix override will work with Redacted –Export Controlled exploit chain only.

Redacted –Export Controlled

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00000326

| Task | Status |
|------|--------|
| Functional Latest ⬚ | Done |
| Expose Latest ⬚ | Done |
| OS tests | Done |
| Upgrade [Redacted – Export Controlled] | Done |
| IM's | Done |
| Binary | Done |
| Automation – Installation check on [Redacted – Export Controlled] (1 + 0 click) | Done |
| Lookout suicide change [Redacted – Export Controlled] | Done |
| Tests on white env' (0click) | Done |
| Short Sanity 10,11 | Done |
| Agent paths leftovers [Redacted – Export Controlled] | Done |
| [Redacted – Export Controlled] –check filed bugs | Done |
| [Redacted – Export Controlled] | Done |
| Anti-Virus | Done |

**Tests results:**

TFS_Tests

Android executive summary:

- Agent life analysis:
  - New debug mode option, operated by maintenance command – Instructions can be found in this link Debug_mode
  - Watchdog re-enabled
- Heaven - Edit caller number to an invalid phone number
- Support latest WhatsApp versions 2.18.137 + 142 (64bit) – **1 Click only**

- Bug fixes:

  - Signal - collection & call recording
  - Gmail - support monitoring & dump

- [Redacted – Per Court Order]

  - A1935 – Wiko U Pulse Lite
  - A1943 – Wiko Lenny3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00000327

**Note:** It is required to replace the attached web.config file in the PS (C:\inetpub\wwwroot\PSHTTPAgentHandler) in order that the new watchdog will be operational, the file will be packed in next PS version.

Android Limitations:

- Skype doesn't work on Android Lollipop and lower versions
- The above two Wiko devices are not supporting call recording (configured to off in capabilities)

**Approved versions:**

| Redacted –Export Controlled | |
|---|---|
| **MIS** | v2.2.1 |
| | Redacted –Export Controlled |
| **Android Package** | v2.70.165.0 |
| **Android** Redacted –Export Controlled **Package** | v2.70.166.0 |
| **UI** | v2.64.4.10 |
| **Pegasus Server** | v2.64.8 |
| **IS Server** | v2.64.3.10 |
| **Upgrade Scripts** | **PS:** https://svn1.nsogroup.com/svn/builds/projects/pegasus/main/PegasusServerSuite/Upgrade/2.62.4-2.64.8 **IS:** https://svn1.nsogroup.com/svn/builds/projects/InstallationServer/main/ISSuite/Upgrade/2.62.2-2.64.1 |
| **Device parameter script** | V1.0.33 |
| **Capabilities file** | 33853 |

**Release check list:**

| # | Task | Approve by | Check list (V/X) |
|---|---|---|---|
| 1. | QA emphasis – Link to tests | QA | **V** |
| 1. | RN QA tips – link to tests | QA | **V** |
| 1. | Block tests review | QA | **V** |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                      NSO_WHATSAPP_00000328

Case 4:19-cv-07123-PJH   Document 796-19   Filed 09/15/25   Page 38 of 41

| 1. | NA tests review | QA | **V** |
|----|----------------|-----|-------|
| 1. | Tests status review | QA | **V** |
| 1. | exit criteria score | QA | **V** |
| 1. | Review all open bugs | QA+ Dev | **V** |
| 1. | Capabilities | QA | **V** |
| 1. | Out of scope approve by product. | Product | **V** |
| 1. | Approval mail Is ready | Project | **V** |

- **Release exit criteria score – Orange**

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00000329

# Exhibit 75

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠️ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / ‾‾‾‾‾ Android Product Management Home / Official Releases

# 2.67.1 (Android Redacted -Export Controlled )

Created by ████████ last modified on May 23, 2018

**Release date - 14/05**

**Pegasus 2.67.1 is officially approved for production.**

**This version includes** Redacted -Export Controlled **Android Opsec enhancements, new features and capabilities**.

**Here are the version's highlights:**

# Redacted –Export Controlled

**ANDROID:**

- Agent life:
  - Additional Agent logs and watchdog were added to improve agent life debug-ability
- Opsec:
  - Heaven caller sanitizing – the agent will change the caller number to an invalid number
  - New Android devices support: **Wiko U Pulse Lite and WIko Lenny 3** (Requested by Redacted - Per Court Order )
    - Call recording is not supported for Wiko
- **Bugs fixes :**
  - **Signal** call recording and call log collection
    - Signal monitor call recording and call log is not supported for Pixel devices
  - **Gmail** email collection
- **Considerations:**
  - Skype support is not available for Android 5.X and below
- **Feature for PS3:**
  - Location will be exfiltrated with each IM data item

Important Note:

- | Redacted –Export Controlled |

Important Note:

| Redacted –Export Controlled |

- The release docs, as well as, a technical QA summary and all configuration instructions will be sent to the relevant forum and can be found here:
  - Release note with 0-click -
    - In PDF format: Release Notes 2.67.1-0.pdf
    - In Word format: Release Notes 2.67.1-0.pdf

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000316

- Release note without 0-click
  - In PDF format:Release Notes 2.67.1-0.docx
  - In Word format:Release Notes 2.67.1-1.pdf
- Updated Features list - Features Capabilties-2.67.1.docx
- Updated supported devices, following your request, there are now 4 versions-
  - Clients without 0-click (_1) Supported Devices 2.67.1-1.xlsx

# Redacted –Export Controlled

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    NSO_WHATSAPP_00000317