# Exhibit 76

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / Released Versions

# Pegasus 2.70 (Android & P2 Platform) - WIP DD 28/05

Created by ▬▬▬▬▬ last modified on Jun 07, 2018

⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current   ·   Restore this Version   ·   View Page History

« Previous   **Version 67**   Next »

# **Android** 🤖

| Planned date | 31/05 | | | | | |
|---|---|---|---|---|---|---|
| Story | Heaven enhancements (UX and support-ability) , Agent life | | | | | |
| Components | PS UI Android Agent, Research, WIS | | | | | |
| Required versions | | | | | | |
| Priority | Group | Feature | Value | Required components | FR # | Version |
| 1 | High | Add MISC to the all data export from the UI | Client request <br> Redacted – Per Court Order | UI | | 2.70 |
| 2 | High | Blocked WA users - identify, alert, move to next | Heaven | WIS, PS | | 2.70 |
| 2 | High | Heaven accounts availability - PS behavior (NEW) | Heaven | PS, UI | | 2.70 |
| 2 | High | Redacted – Export Controlled | Heaven | PS, UI | | 2.70 |
| 2 | High | Present Partial Fingerprint results in UI prior to installation | Heaven | UI | | 2.70 |
| 2 | High | Abuse prevention updates | OpSec | PS, UI | | 2.70 |
| 2 | High | Redacted – Export Controlled | Data collection | PS | | 2.70 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008606

| 3 | High | Heaven improvements (Partial FP identify Android/Non Android, Remove Black List, New installations failures reasons) - phase 2 | Heaven Installation rate | WIS, PS, UI | | 2.70 |
|---|---|---|---|---|---|---|
| 4 | Med | Oreo support for S8 <br>• Heaven support only <br>• Without IM Call recording | Installation rate, Sales | Research + Android Agent | | 2.70 |
| 4 | Med | Kernel crashes removal by downloader | Opsec | Research | | 2.70 |
| 4 | Med | Link limitation - reflection to the operator | UX | UI, PS | 00011092 <br><br> 00011616 | 2.70 |
| 5 | Med | Separate FFP method from WIS | Heaven | WIS, PS | | 2.70 |
| 5 | Med | Use the unique exfiltration url for watchdog | Opsec | PS, Android Agent | | 2.70 |
| 5 | Med | Dormant DB indication | Agent life debug | PS | | 2.70 |
| 5 | Med | Downloader stings - Additional data | Installation debug | IS | | 2.70 |
| 5 | Med | Fingerprint of Black list phone number - fix (NEW) | Installation debug | PS, UI | | 2.70 |
| 5 | Med | Remove phone numbers from WIS logs for BI | BI Debug | WIS | | 2.70 |
| 5 | Med | Heaven 64 bit indication | Heaven | WIS, PS | | 2.70 |

## PS Bugs fixes -

• DB tables not updated after Heaven attack failure

Redacted – Export Controlled

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00008607

# Exhibit 77

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠️ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / [Redacted – Export Controlled] / Android Product Management Home / Official Releases

# 2.70 (Android)

Created by [redacted] last modified on Jun 07, 2018

**Release date - 07.06.2018**

**Pegasus 2.70 Android is officially approved for production.**

**Note that this version requires 2.70 Server and UI, released last week!**

This version introduces:

**Android 1-click:**

- Support Installations via Chrome 67

Consideration: Wiko devices are not supported via Chrome 67

- Support Samsung tablet SM-T561 3G, OS using 4.4.4 (Krembo request)

**Heaven:**

- **Support WhatsApp up to the latest v.2.18.156 and included!**
- Heaven flow enhancements of both UI & Backend that were released last week  (2.70 Platform version) will be available now
- Support Samsung S8, SM-G950F, **OS v.8.0.0** (only for Heaven flow)
  - S8 considerations –
    - Device screen should be facing up
    - Latest kernel version 4.4.111 is not supported
    - Call recording of Instant Message calls is not available
    - Viber, Telegram, Telegram plus, Signal, KakaoTalk and WeChat are not available
    - Miscellaneous – Chrome browser search history and WI-FI networks details are not available

Important Note:

- [Redacted – Per Court Order] versions are delivered to the Integrations team as part of the agents' versions.
- The release docs, as well as, a technical QA summary and all configuration instructions will be sent to the relevant forum and can be found here:
  - Release note with 0-click -
    - In PDF format: Release Notes 2.70_0.pdf
    - In Word format: Release Notes 2.70_0.docx
  - Release note without 1-click
    - In PDF format:Release Notes 2.70_0.docx
    - In Word format:Release Notes 2.70_0.docx
  - Updated Features list - Features Capabilties-2.70.docx
  - Updated supported devices, following your request, there are now 4 versions-
    - Clients without 0-click (_1) Supported Devices 2.70-1.xlsx
    - Clients with both [Redacted – Export Controlled] Supported Devices 2.70-0_LD.xlsx
    - Clients with only [Redacted   Export Controlled] -Supported Devices 2.70-0_L.xlsx
    - Clients with only [Redacted   Export Controlled] - Supported Devices 2.70-0_D.xlsx

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00008885

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                                    NSO_WHATSAPP_00008886

# Exhibit 78

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠️ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / 2.70 (Android)

# 2.70 Android Technical Summary

Created by ▮▮▮▮▮▮▮▮ last modified on Jun 20, 2018

**This is to update that release 2.70 is approved for production.**

Android executive summary:

<u>Heaven new capabilities:</u>

- Support latest WhatsApp versions including 32/64 bit:
  - Support WhatsApp 2.18.122 (32bit)
  - Support WhatsApp 2.18.142 (32/64bit)
  - Support WhatsApp 2.18.156 (32/64bit)

- FFP results is now presented in the UI
  - F.g: If FFP returned results -  present FFP result (Android 5.0, SM-G900F, App V2.18.79)


## Present Partial Fingerprint results in UI prior to installation, following the below matrix table:

| PF # | PF Results | Message | Vectors |
|---|---|---|---|
| 1 | is Online + has WA + Android | Target device is Android and a candidate for Covert Android | CovertAndroid |
| | | | CraftedSMS |
| | | | OTA |
| 2 | is Offline + has WA | Target device type is unknown but there is potential for Covert Android | CovertAndroid |
| | | | CraftedSMS |
| | | | OTA |
| 3 | Is Online + has WA + Non Android | Target device is not Android and is not supported for Covert Android | CraftedSMS |
| | | | OTA |
| 4 | Non WA | Target device is not supported for covert installations | CraftedSMS |
| | | | OTA |
| 5 | Error | Fingerprint service returned an error | CraftedSMS |
| | | | OTA |

- Support devices in Middle-East territory  **(This option require special configuration which will be provided by demand)**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00001440

- Support Samsung S8 Oreo with kernel 4.4.13 (kernel 4.4.111 is not supported)

-

<u>Android new capabilities:</u>

- Support Chrome 67
- Support Samsung tablet SM-T561 3G – OS 4.4.4

<u>Android Limitations:</u>

- Oreo:
  - IM's:
    - No call recording
    - No support in à
      - Viber
      - Telegram
      - Telegram +
      - Signal
      - Kakao
      - WeChat
- No support in Wiko devices via Chrome 67
- Open bugs:
  - 76222

|   |     | Bug | Oreo > MISC > Chrome browser search history doesn't appear in the UI [SM-G950F,8.0] |
|---|-----|-----|-------------------------------------------------------------------------------------|
| • | 76217 | Bug | Android > Oreo > MISC > Missing details in WiFi networks [SM-G950F,8.0] |

Heaven Configuration:

1. FFP should be disabled

   - Disclaimer: when new WA version is released FFP should be enabled, pending Product team notification

2. Schedule attack should be enabled

3. Number of minimum accounts when **FFP disabled is 2 accounts for FP and 4 accounts for attack** (Note that optimal is to have total of 14 accounts)

4. Cooldown for attack – 8h

5. Daily link limitation: (24/cooldown)*number of attack accounts = 24/8*4 = 12

6. New configuration of release 2.70, minimum accounts available to 'install'

   - Min FP accounts : 1
   - Min Attack accounts : 1

9. The above configuration can be found in the attached PS-Settings-WIS.txt file

10. The configuration of latest WhatsApp releases can be found in the attached SilentExploitGroupsMapping.xml, the file should be replaced with the one exist on the server

11. In PS settings.config it is required to change the Time between unsupported device failures for Heaven from "1" to "7" days as follows:

<u>Platform executive summary:</u>

- Daily Link limitation reflection to the user
  - New pop up: "Daily installation attempts limit for **Vector name** has been reached. Try again tomorrow"

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                                    NSO_WHATSAPP_00001441

- Abuse prevention updates:

**Green** - currently exist

**Black** – 2.70 updates

**Approved versions:**

> # Redacted –Export Controlled

| | |
|---|---|
| **Android Package** | v2.70.197.0 |
| **Android Momento Package** | v2.70.166.0 |
| **WIS** | 1.0.85 |
| **UI** | v2.70.1.10 |
| **Pegasus Server** | 2.70.8 |
| **IS Server** | v2.70.4.10 |
| **Upgrade Scripts** | PS Upgrade 2.64.8-2.70.8<br><br>IS Upgrade 2.64.3-2.70.4 |
| **Device parameter script** | V1.0.33 |
| **Capabilities file** | 33953 |

**Release check list:**

| # | Task | Approve by | Check list (V/X) |
|---|------|-----------|------------------|
| 1. | QA emphasis – Link to tests | QA | **V** |
| 1. | RN QA tips – link to tests | QA | **V** |
| 1. | Block tests review | QA | **V** |
| 1. | NA tests review | QA | **V** |
| 1. | Tests status review | QA | **V** |
| 1. | exit criteria score | QA | **V** |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY     NSO_WHATSAPP_00001442

Case 4:19-cv-07123-PJH   Document 796-20   Filed 09/15/25   Page 11 of 48

| 1. | Review all open bugs | QA+ Dev | **V** |
|----|----------------------|---------|-------|
| 1. | Capabilities | QA | **V** |
| 1. | Out of scope approve by product. | Product | **V** |
| 1. | Approval mail Is ready | Project | **V** |

- **Release exit criteria score – Orange**

Thanks,

Avi

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    NSO_WHATSAPP_00001443

# Exhibit 79

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / Android Agent / Release Notes

# 2.70.207

Created by Unknown User ▓▓▓▓▓ last modified by Unknown User (royb) on Jun 12, 2018

⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current    ·    Restore this Version    ·    View Page History

« Previous    **Version 5**    Next »

Equivalent P3 version: 3.4.174

Redacted –Export Controlled

# Summary

- Heaven - remove whatsapp call from app database
- Watchdog fixes
- Re-entered: IM Module participants protocol optimization
- Redacted –Export Controlled

# Bug fixes

2.70.207

| ID | Title |
|-------|-------|
| 76364 | Android > Oreo > IM > No support for Telegram calls & messages [SM-G950F,8.0] |
| 76175 | Android > Oreo > IM > No full support for Whatsapp, Viber, Kakao, Telegram, Plus Messenger, WeChat and Signal [SM-G950F,8.0] - **Signal and WeChat still not working** |
| 74020 | Android > IM > Call Recording > Infected device always sound as slowmotion (Huawei P10) [A1919] |
| 73937 | Android> Agent> Call Recording> Recording is in Slow Motion [Wiko U Pulse Lite,7.0] - **only GSM calls fixed, IM call recordings still don't work** |
| 73910 | Android > IM > Skype > No dump & monitor of messages (v. 8.15.0.166) [SM-G900F,5.0] |
| 73798 | Android > IM > Telegram > Missing Participants (SM-G900F 4.4.2) [A502] |
| 73797 | Android > IM > Telegram > Telegram Parsing Failure (SM-G900F 4.4.2) [A502] |
| 72393 | Android > IM > Signal Call Recording > First call isn't monitored (v. 4.17.5) [Motorola XT1650-05, 7.1.1] |

P2: 2.70.171

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000436

| ID | Title |
|----|-------|
| 74602 | Android > Offline Tap > Recordings don't arrive to the UI after interruption [Huawei P10,7.0] |
| 74028 | Android > IM Module Leftover > IM Module folder isn't deleted if restarting while IM Module is running [Huawei GRA-UL00 5.0.1] (A1675) |
| 74021 | Android > Monitoring > Contacts are not being monitored (Huawei P10) [A1919] |

P3: 3.4.156

| ID | Title |
|----|-------|
| 74091 | IM>  Telegram>  Telephone numbers are not shownBug fixes |
| 64466 | Telegram > All Chats are shown as if there's only one participant |

# Validation notes

- **Heaven Remove call from application database**
  - Check that after installation the call is deleted from the Watsapp application
  - One device is enough
- **IM Module participants protocol fix**
  - Check that the participants in the UI are correct
    - use Mickey's script to fill whatsapp chat with 100K messages and 100 participants
  - 3 devices OS 4, 6, 7
- **IM Module leftovers**
  - Check that the increment number is one above the original folder
  - will be tested via automation
- Watchdog - verify 172 arrives and the agent error logs are parsed correctly
- Make sure Offline Tap recording with at least one interruption and make sure it's exfiltrated as expected (with beep)
  - 3 devices OS 4, 6, 7
- Run "All devices" on one device with OS 6
- Automation: run uninstall test on all BroadAndroid devices

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00000437

# Exhibit 80

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

Case 4:19-cv-07123-PJH   Document 796-20   Filed 09/15/25   Page 16 of 48

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / Released Versions

# Pegasus 2.711 (Android) - WIP DD 18/06

Created by ▓▓▓▓▓▓ ast modified on Jun 18, 2018

⚠ **You are viewing an old version of this page.** View the **current version**.

Compare with Current   ·   Restore this Version   ·   View Page History

« Previous   **Version 2**   Next »

# **Android**

| Planned date | 19/06/18 |
|---|---|
| Story | Installation rate : Shorter the call |
| Components | Android Package +WIS + configuration |
| Required versions | • PS2 - 1st stage<br>• PS3, [Redacted -Export Controlled] - 2nd stage |

| # | Priority | Group | Feature | Value | Required components | FR # |
|---|---|---|---|---|---|---|
| 1 | 1 | High | Shorter the WA call | Installation rate | Android research | |
| 2 | 1 | High | Delete call logs | Opsec | Android Agent | |
| 3 | 2 | High | Change status code of unsupported installation due to unsupported WA | Opsec | Android research + WIS | |
| 4 | 2 | High | WA crash fix on some devices | Opsec | Android research | |
| 5 | 3 | High | Heaven flow improvments | installation rate | WIS + Android research | |
| 6 | 4 | Med | Research refactoring | | Android research | |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00001180

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00001181

# Exhibit 81

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / 2.71 (Android)

# 2.71 Android Technical summary

Created by ▮▮▮▮▮▮▮ on Jun 20. 2018

**This is to update that Android release 2.71 is approved for production.**

executive summary:

Heaven 2.71 new capabilities:

- Change status code of unsupported installation due to unsupported WA version
- Fix WA crashes which was found on some devices
- Heaven fix for ▢▢▢ clients  [Redacted – Per Court Order]
- Support S8+, Note 8 with OS 8.X, kernel version 4.4.13 (Heaven only)
- Pre-PE flow improvement

Android Limitations:

- Oreo:
  - IM's:
    - No call recording
    - No support in à
      - Viber
      - Telegram
      - Telegram +
      - Signal
      - Kakao
      - WeChat
    - Chrome browser search history and WI-FI networks details are not available

Heaven Configuration:

1. FFP should be disabled

   - Disclaimer: when new WA version is released FFP should be enabled, pending Product team notification

2. Schedule attack should be enabled

3. Number of minimum accounts when **FFP disabled is 2 accounts for FP and 4 accounts for attack** (Note that optimal is to have total of 14 accounts)

4. Cooldown for attack – 6h

5. Daily link limitation: (24/cooldown)*number of attack accounts = 24/6*4 = 16

6. New configuration of release 2.70, minimum accounts available to 'install'

7. Min FP accounts : 1

8. Min Attack accounts : 1

9. The above configuration can be found in the attached PS-Settings-WIS.txt file

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00001603

10.The configuration of latest WhatsApp releases can be found in the attached SilentExploitGroupsMapping.xml, the file should be replaced with the one exist on the server

11.In PS settings.config it is required to change the Time between unsupported device failures for Heaven from "1" to "7" days as follows:

12. <add key="NumberOfDaysToBlockInstallOnUnsupportedAndroid" value="7" />

**Approved versions:**

**Redacted – Export Controlled**

| WIS | 1.0.85 |
|---|---|
| UI | v2.70.1.10 |
| Pegasus Server | 2.70.8 |
| IS Server | v2.70.4.10 |
| Upgrade Scripts | PS Upgrade 2.64.8-2.70.8 <br><br> IS Upgrade 2.64.3-2.70.4 |
| Device parameter script | V1.0.33 |
| Capabilities file | 33953 |

**Release check list:**

| # | Task | Approve by | Check list (V/X) |
|---|---|---|---|
| 1. | QA emphasis – Link to tests | QA | **V** |
| 1. | RN QA tips – link to tests | QA | **V** |
| 1. | Block tests review | QA | **V** |
| 1. | NA tests review | QA | **V** |
| 1. | Tests status review | QA | **V** |
| 1. | exit criteria score | QA | **V** |
| 1. | Review all open bugs | QA+ Dev | **V** |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY      NSO_WHATSAPP_00001604

| 1. | Capabilities | QA | **V** |
|----|--------------|-----|-------|
| 1. | Out of scope approve by product. | Product | **V** |
| 1. | Approval mail Is ready | Project | **V** |

- **Release exit criteria score – Green**

Thanks,

Avi

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00001605

# Exhibit 82

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

Case 4:19-cv-07123-PJH   Document 796-30   Filed 09/15/25   Page 23 of 48

 You no longer have access Support and Updates. Renow online, remind me later or never remind me again.

Dashboard / … / Released Versions

# Pegasus 2.71 (Android) - Released 18/06

Created by ▮▮▮▮▮▮ last modified on Jul 24, 2018

## Android

| Planned date | 19/06/18 |
|---|---|
| Story | Heaven improvements |
| Components | Android Package +WIS + configuration |
| Required versions | • PS2 - 1st stage<br>• Redacted – Export Controlled |

| # | Priority | Group | Feature | Value | Required components | FR # |
|---|---|---|---|---|---|---|
| 1 | 1 | High | Change status code of unsupported installation due to unsupported WA | Opsec | Android research + WIS | |
| 2 | 1 | High | Add negative regex to unsupported kernel and devices that peter closed on | Opsec | Android research | |
| 3 | 1 | High | Heaven fix for Redacted- Per Court Order | Heaven installation rate | Android research | |
| 4 | 2 | High | S8+, Note 8 with OS 8.X, kernel version 4.4.13 (Heaven only) | Heaven support rate | Android research | |
| 6 | 2 | High | WA crash fix on some devices | Opsec | Android research | |
| 7 | 3 | High | Pre PE flow improvements | installation rate | WIS + Android research | |
| 8 | 4 | Med | Research refactoring | | Android research | |

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00008613

# Exhibit 83

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / Android Agent / Release Notes

# 2.71.33

Created by Unknown User ▮▮▮▮▮ last modified by Unknown User (royb) on Jun 26, 2018

⚠ **You are viewing an old version of this page.** View the **current version**.

Compare with Current  ·  Restore this Version  ·  View Page History

« Previous    **Version 15**    Next »

Equivalent P3 version: 3.4.207

| Redacted –Export Controlled |

# Summary

- Watchdog - Logcat retrieval optimization
  - event driven detection of system-server crash and logcat collection for log 172 .
  - Fix bug where log 10035 from bh cause a false-alarm of log 172
- Additional debug information for log 135 ("MySU does not exist")
- Heaven - remove whatsapp call from app database
- Watchdog fixes
  - Fix False detection of system server crash
  - Change sleep methodology
- Re-entered: IM Module participants protocol optimization
- | Redacted –Export Controlled |

# Bug fixes

2.70.207

| ID | Title |
|---|---|
| 76364 | Android > Oreo > IM > No support for Telegram calls & messages [SM-G950F,8.0] |
| 76175 | Android > Oreo > IM > No full support for Whatsapp, Viber, Kakao, Telegram, Plus Messenger, WeChat and Signal [SM-G950F,8.0] - **Signal and WeChat still not working** |
| 74020 | Android > IM > Call Recording > Infected device always sound as slowmotion (Huawei P10) [A1919] |
| 73937 | Android> Agent> Call Recording> Recording is in Slow Motion [Wiko U Pulse Lite,7.0] - **only GSM calls fixed, IM call recordings still don't work** |
| 73910 | Android > IM > Skype > No dump & monitor of messages (v. 8.15.0.166) [SM-G900F,5.0] |
| 73798 | Android > IM > Telegram > Missing Participants (SM-G900F 4.4.2) [A502] |
| 73797 | Android > IM > Telegram > Telegram Parsing Failure (SM-G900F 4.4.2) [A502] |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000454

| ID | Title |
|----|-------|
| 72393 | Android > IM > Signal Call Recording > First call isn't monitored (v. 4.17.5) [Motorola XT1650-05, 7.1.1] |

P2: 2.70.171

| ID | Title |
|----|-------|
| 74602 | Android > Offline Tap > Recordings don't arrive to the UI after interruption [Huawei P10,7.0] |
| 74028 | Android > IM Module Leftover > IM Module folder isn't deleted if restarting while IM Module is running [Huawei GRA-UL00 5.0.1] (A1675) |
| 74021 | Android > Monitoring > Contacts are not being monitored (Huawei P10) [A1919] |

P3: 3.4.156

| ID | Title |
|----|-------|
| 74091 | IM>  Telegram>  Telephone numbers are not shownBug fixes |
| 64466 | Telegram > All Chats are shown as if there's only one participant |

# Validation notes

2.71.33

- **Watchdog longevity**
  - On Atraf env, follow these guidelines 3 times a day
  - Send some IM messages and make sure they arrive to UI
  - Make GSM call and make sure it arrives to UI
  - Make IM call and make sure it arrives to UI
  - Make another random activity (sms/calendar/email/contact/…) and make sure it arrives to UI
  - Send 2 random commands (location/dirlist/tap/camera/…) and make sure it's completed successfully
  - Make sure watchdog is alive: PS table AgentDebugLog should contain many 118 logs (should be sent every 15 minutes but we saw that it may take longer than that)

2.70.207

- **Heaven Remove call from application database**
  - Check that after installation the call is deleted from the Watsapp application
  - One device is enough
- **IM Module participants protocol fix**
  - Check that the participants in the UI are correct
    - use Mickey's script to fill whatsapp chat with 100K messages and 100 participants
  - 3 devices OS 4, 6, 7
- **IM Module leftovers**
  - Check that the increment number is one above the original folder
  - will be tested via automation
- Watchdog - verify 172 arrives and the agent error logs are parsed correctly
- Make sure Offline Tap recording with at least one interruption and make sure it's exfiltrated as expected (with beep)
  - 3 devices OS 4, 6, 7
- Run "All devices" on one device with OS 6
- Automation: run uninstall test on all BroadAndroid devices

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00000455

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00000456

# Exhibit 84

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / Android Agent / Release Notes

# 2.71.39

Created by Unknown User █████████ last modified by Unknown User (royb) on Jun 26, 2018

⚠ **You are viewing an old version of this page.** View the **current version.**

Compare with Current   ·   Restore this Version   ·   View Page History

« Previous      **Version 17**      Next »

Equivalent P3 version: 3.4.207

⌐ Redacted –Export Controlled ⌐

## Summary

- Watchdog - Logcat retrieval optimization
  - event driven detection of system-server crash and logcat collection for log 172 .
  - Fix bug where log 10035 from bh cause a false-alarm of log 172
- Additional debug information for log 135 ("MySU does not exist")
- Heaven - remove whatsapp call from app database
- Watchdog fixes
  - Fix False detection of system server crash
  - Change sleep methodology
- Re-entered: IM Module participants protocol optimization

⌐ Redacted –Export Controlled ⌐

## Bug fixes

2.70.207

| ID | Title |
|----|-------|
| 76364 | Android > Oreo > IM > No support for Telegram calls & messages [SM-G950F,8.0] |
| 76175 | Android > Oreo > IM > No full support for Whatsapp, Viber, Kakao, Telegram, Plus Messenger, WeChat and Signal [SM-G950F,8.0] - **Signal and WeChat still not working** |
| 74020 | Android > IM > Call Recording > Infected device always sound as slowmotion (Huawei P10) [A1919] |
| 73937 | Android> Agent> Call Recording> Recording is in Slow Motion [Wiko U Pulse Lite,7.0] - **only GSM calls fixed, IM call recordings still don't work** |
| 73910 | Android > IM > Skype > No dump & monitor of messages (v. 8.15.0.166) [SM-G900F,5.0] |
| 73798 | Android > IM > Telegram > Missing Participants (SM-G900F 4.4.2) [A502] |
| 73797 | Android > IM > Telegram > Telegram Parsing Failure (SM-G900F 4.4.2) [A502] |
| 72393 | Android > IM > Signal Call Recording > First call isn't monitored (v. 4.17.5) [Motorola XT1650-05, 7.1.1] |

P2: 2.70.171

| ID | Title |
|----|-------|
| 74602 | Android > Offline Tap > Recordings don't arrive to the UI after interruption [Huawei P10,7.0] |
| 74028 | Android > IM Module Leftover > IM Module folder isn't deleted if restarting while IM Module is running [Huawei GRA-UL00 5.0.1] (A1675) |
| 74021 | Android > Monitoring > Contacts are not being monitored (Huawei P10) [A1919] |

P3: 3.4.156

| ID | Title |
|----|-------|
| 74091 | IM> Telegram> Telephone numbers are not shownBug fixes |
| 64466 | Telegram > All Chats are shown as if there's only one participant |

## Validation notes

2.71.33

- **Watchdog longevity**
  - On Atraf env, follow these guidelines 3 times a day
    - Send some IM messages and make sure they arrive to UI
    - Make GSM call and make sure it arrives to UI
    - Make IM call and make sure it arrives to UI
    - Make another random activity (sms/calendar/email/contact/…) and make sure it arrives to UI
    - Send 2 random commands (location/dirlist/tap/camera/…) and make sure it's completed successfully

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY      NSO_WHATSAPP_00000460

- Make sure watchdog is alive: PS table AgentDebugLog should contain many 118 logs (should be sent every 15 minutes but we saw that it may take longer than that)
- **Note**: WIFI should be turned off and devices should NOT be connected to USB (PC/charger) during the day (only at night)

2.70.207

- **Heaven Remove call from application database**
  - Check that after installation the call is deleted from the Watsapp application
  - One device is enough
- **IM Module participants protocol fix**
  - Check that the participants in the UI are correct
    - use Mickey's script to fill whatsapp chat with 100K messages and 100 participants
  - 3 devices OS 4, 6, 7
- **IM Module leftovers**
  - Check that the increment number is one above the original folder
  - will be tested via automation
- Watchdog - verify 172 arrives and the agent error logs are parsed correctly
- Make sure Offline Tap recording with at least one interruption and make sure it's exfiltrated as expected (with beep)
  - 3 devices OS 4, 6, 7
- Run "All devices" on one device with OS 6
- Automation: run uninstall test on all BroadAndroid devices

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00000461

# Exhibit 85

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / Android Agent / Release Notes

# 2.71.43

Created by Unknown User ▇▇▇ last modified by Unknown User ▇▇▇ on Jul 02, 2018

Equivalent P3 version: 3.4.207

    Redacted –Export Controlled

## Summary

- Watchdog - Logcat retrieval optimization
    - event driven detection of system-server crash and logcat collection for log 172 .
    - Fix bug where log 10035 from bh cause a false-alarm of log 172
- Additional debug information for log 135 ("MySU does not exist")
- Heaven - remove whatsapp call from app database
- Watchdog fixes
    - Fix False detection of system server crash
    - Change sleep methodology
- Re-entered: IM Module participants protocol optimization
    -     Redacted –Export Controlled

## Bug fixes

2.70.207

| ID | Title |
|----|-------|
| 76364 | Android > Oreo > IM > No support for Telegram calls & messages [SM-G950F,8.0] |
| 76175 | Android > Oreo > IM > No full support for Whatsapp, Viber, Kakao, Telegram, Plus Messenger, WeChat and Signal [SM-G950F,8.0] - **Signal and WeChat still not working** |
| 74020 | Android > IM > Call Recording > Infected device always sound as slowmotion (Huawei P10) [A1919] |
| 73937 | Android> Agent> Call Recording> Recording is in Slow Motion [Wiko U Pulse Lite,7.0] - **only GSM calls fixed, IM call recordings still don't work** |
| 73910 | Android > IM > Skype > No dump & monitor of messages (v. 8.15.0.166) [SM-G900F,5.0] |
| 73798 | Android > IM > Telegram > Missing Participants (SM-G900F 4.4.2) [A502] |
| 73797 | Android > IM > Telegram > Telegram Parsing Failure (SM-G900F 4.4.2) [A502] |
| 72393 | Android > IM > Signal Call Recording > First call isn't monitored (v. 4.17.5) [Motorola XT1650-05, 7.1.1] |

P2: 2.70.171

| ID | Title |
|----|-------|
| 74602 | Android > Offline Tap > Recordings don't arrive to the UI after interruption [Huawei P10,7.0] |
| 74028 | Android > IM Module Leftover > IM Module folder isn't deleted if restarting while IM Module is running [Huawei |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                NSO_WHATSAPP_00000465

| ID | Title |
|---|---|
| | GRA-UL00 5.0.1] (A1675) |
| 74021 | Android > Monitoring > Contacts are not being monitored (Huawei P10) [A1919] |

P3: 3.4.156

| ID | Title |
|---|---|
| 74091 | IM> Telegram> Telephone numbers are not shownBug fixes |
| 64466 | Telegram > All Chats are shown as if there's only one participant |

# Validation notes

2.71.39

- Run install / uninstall tests on BroadAndroid devices

2.71.33

- **Watchdog longevity**
  - On Atraf env, follow these guidelines 3 times a day
    - Send some IM messages and make sure they arrive to UI
    - Make GSM call and make sure it arrives to UI
    - Make IM call and make sure it arrives to UI
    - Make another random activity (sms/calendar/email/contact/…) and make sure it arrives to UI
    - Send 2 random commands (location/dirlist/tap/camera/…) and make sure it's completed successfully
    - Make sure watchdog is alive: PS table AgentDebugLog should contain many 118 logs (should be sent every 15 minutes but we saw that it may take longer than that)
  - **Note**: WIFI should be turned off and devices should NOT be connected to USB (PC/charger) during the day (only at night)

2.70.207

- **Heaven Remove call from application database**
  - Check that after installation the call is deleted from the Watsapp application
  - One device is enough
- **IM Module participants protocol fix**
  - Check that the participants in the UI are correct
    - use Mickey's script to fill whatsapp chat with 100K messages and 100 participants
  - 3 devices OS 4, 6, 7
- **IM Module leftovers**
  - Check that the increment number is one above the original folder
  - will be tested via automation
- Watchdog - verify 172 arrives and the agent error logs are parsed correctly
- Make sure Offline Tap recording with at least one interruption and make sure it's exfiltrated as expected (with beep)
  - 3 devices OS 4, 6, 7
- Run "All devices" on one device with OS 6
- Automation: run uninstall test on all BroadAndroid devices

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00000466

# Exhibit 86

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard  / ... / Released Versions

# Pegasus 2.72 (Android) - WIP DD 26/06

Created by ▓▓▓▓▓▓▓▓ last modified on Jun 25, 2018

⚠ **You are viewing an old version of this page.** View the **current version.**

Compare with Current  ·  Restore this Version  ·  View Page History

« Previous   **Version 9**   Next »

## Android

| Planned date | 26.06 |
|---|---|
| Story | Installation rate : Shorter the call |
| Components | Android Package +WIS + configuration |
| Required versions | • PS2 - 1st stage<br> Redacted – Export Controlled |

| # | Priority | Group | Feature | Value | Required components | FR # |
|---|---|---|---|---|---|---|
| 1 | 1 | High | Shorter the WA call ring | Heaven Installation rate | Android research | |
| 2 | 1 | High | Delete call logs | Opsec | Android Agent / Research ? | |
| 3 | 1 | High | Support WhatsApp new version to be released | Heaven Installation rate | Android research + WIS | |
| 4 | 2 | High | New support SM-G532F, 6.0.1 via 1-click Redacted- Per Court Order | 1-click Installation rate | Android research | |
| 5 | 3 | High | Support WIKO devices via chrome 67 (1-click) | 1-click installation rate | WIS + Android research | |
| 6 | 4 | Med | **Redacted – Export Controlled** | | Android research | |
| 7 | 4 | Med | Remove screen power up **(Removed)** | Opsec | Android research | |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY      NSO_WHATSAPP_00008627

| 8 | 4 | Med | LG G5 & Oneplus3 bitness detection fix | Heaven Installation rate | Android research | |
| 9 | 4 | Med | Remove WA messages counter icon | Opsec | Android research | |

Agent bugs fixes:

| ID | Title |
|---|---|
| 76364 | Android > Oreo > IM > No support for Telegram calls & messages [SM-G950F,8.0] |
| 76175 | Android > Oreo > IM > No full support for Whatsapp, Viber, Kakao, Telegram, Plus Messenger, WeChat and Signal [SM-G950F,8.0] - **Signal and WeChat still not working** |
| 73937 | Android> Agent> Call Recording> Recording is in Slow Motion [Wiko U Pulse Lite,7.0] - **only GSM calls fixed, IM call recordings still don't work** |
| 73910 | Android > IM > Skype > No dump & monitor of messages (v. 8.15.0.166) [SM-G900F,5.0] |

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    NSO_WHATSAPP_00008628

# Exhibit 87

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / Released Versions

# Pegasus 2.72.1 (Android) - WIP DD 09/07

Created by ███████ last modified on Jul 09, 2018

⚠ **You are viewing an old version of this page.** View the **current version**.

Compare with Current    ·    Restore this Version    ·    View Page History

« Previous      **Version 6**      Current »

## <u>Android</u>

| Planned date | 09/07/2018 |
|---|---|
| Story | Support latest WA version + Delete call logs by the remote |
| Components | Android Package +WIS + configuration |
| Required versions | • PS2 - 1st stage<br>• PS3, [Released -Export Controlled] - 2nd stage |

| # | Priority | Group | Feature | Value | Required components | FR # |
|---|---|---|---|---|---|---|
| 1 | 1 | High | Support WhatsApp new version to be released | Heaven Installation rate | Android research | |
| 2 | 3 | High | Pre PE flow improvements | Opsec | Android research | |
| 3 | 3 | HIgh | WIS improvements for fixing installation attempts<br><br>• Fixing FP temporary account blocked (reported by support) | Heaven Installation rate | Android research | |
| 4 | 3 | High | Watchdog improvements | Agent life debug | Android Agent | |
| 5 | 3 | High | Agent reinjection: Watchdog will restart the agent when the system service is crashing | Agent life improving | Android Agent | |

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                      NSO_WHATSAPP_00001183

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                                        NSO_WHATSAPP_00001184

# Exhibit 88

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / … / Released Versions

# Pegasus 2.72.2 (Android) - WIP DD 09/07

Created by ▨▨▨▨▨▨ last modified on Jul 09, 2018

⚠ **You are viewing an old version of this page.** View the **current version**.

Compare with Current   ·   Restore this Version   ·   View Page History

« Previous   **Version 5**   Next »

## **Android**

| Planned date | 09/07/2018 |
|---|---|
| Story | Support latest WA version + Delete call logs by the remote |
| Components | Android Package +WIS + configuration |

# **Redacted –Export Controlled**

| # | Priority | Group | Feature | Value | Required components | FR # |
|---|---|---|---|---|---|---|
| 1 | 1 | High | Support WhatsApp new version to be released | Heaven Installation rate | Android research | |
| 2 | 3 | High | Pre PE flow improvements | Opsec | Android research | |
| 3 | 3 | HIgh | WIS improvements for fixing installation attempts <br> • Fixing FP temporary account blocked (reported by support) | Heaven Installation rate | Android research | |
| 4 | 3 | High | Watchdog improvements | Agent life debug | Android Agent | |
| 5 | 3 | High | Agent reinjection: Watchdog will restart the agent when the system service is crashing | Agent life improving | Android Agent | |

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00001190

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00001191

# Exhibit 89

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. **Renew online**, **remind me later** or **never remind me again**.

**Dashboard** / **Android Agent** / **Release Notes**

# Version 87

Created by Unknown User ▮▮▮▮▮ on Jan 22, 2019

⚠ **You are viewing an old version of this page. View the current version.**

**Compare with Current**   ·   **Restore this Version**   ·   **View Page History**

**Version 1**   Next »

Package version: P2: 2.XX.YY, P3: 3.Z.ZZ

# Features

- \<Tfs Id as Url-Link\> Max Reboots per hour
  - Owner:  \<Name\>
  - Minor : \<Minor version\>
  - Details :
    - \<Description\>
  - Validation Notes
    - \<Detailed validation notes, step by step\>
  - Commits:
    - \<Link to Commits in BitBucket\>
- \<Tfs Id as Url-Link\> Disable automatic updates
  - Owner:  \<Name\>
  - Minor : \<Minor version\>
  - Details :
    - \<Description\>
  - Validation Notes
    - \<Detailed validation notes, step by step\>
  - Commits.
    - \<Link to Commits in BitBucket\>

# Bug fixes

| Version | ID | Title | Owner | Date Committed | Commits | Release Notes |
|---|---|---|---|---|---|---|
| 2.xx.next_version | \<Tfs Id As Link\> | \<Tfs Title\> | \<Name\> | \<Date\> | \<Link to Commits in BitBucket\> | \<Tests related to the fixed issue\> |

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                NSO_WHATSAPP_00000617

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

NSO_WHATSAPP_00000618

# Exhibit 90

**UNREDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

⚠ You no longer have access Support and Updates. Renew online, remind me later or never remind me again.

Dashboard / Android Agent / Release Notes

# 4.3

Created by Unknown User ▮▮▮▮▮ last modified on Feb 06, 2019

⚠ **You are viewing an old version of this page. View the current version.**

Compare with Current    ·    Restore this Version    ·    View Page History

« Previous    **Version 18**    Next »

Package version: P2: 2.87.22, P3: 3.87.23

# Features

- 110977 Agent Pie support
  - Owner : Tor + Miki
  - Minor : ?
  - Details:
    - Adding support to Pie OS
  - Validation Notes:
    - Install agent on Pie OS device. make sure basic features are working (UI Intel.)
  - Commits:
    - 1de48c10d19
- 111074 detection of developer options enabled log 209
  - Owner : Tor
  - Minor : 2.87.22 / 3.87.23
  - Details:
    - if developer options is enabled, let detectionfound do the logic on developer options enabled
    - send new log 209 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ home.
  - Validation Notes
    - disable developer options before installation → Install agent → Enable developer option and wait up to 5 minutes for log 209.
    - enable developer options before installation → Install agent → log 209 should be sent after agent initialization.
  - Commits:
    - <Tor To add>
- 109744 Max Reboots per hour
  - Owner: Tor
  - Minor : 0
  - Details :
    - if 4 reboots in 1 hour suicide
  - Validation Notes
    - Reboot 5 times - 4th and 1st in a time difference of more than 1 hour (1.5 hours). Agent should not yet suicide. and the 5th in a time difference of less than 1 hour from the 2nd (for example - 1st one in 1:30 pm, 2nd in 2:00 pm, 3rd in 2:20pm 4th in 2:26pm and the 5th in 2:50pm). Agent should suicide only after the 5th reboot

      This test includes 2 tests (which can be done seperately - but are included in the 1st test, so they are not needed):

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY    NSO_WHATSAPP_00000549

reboot 4 times in less than 1 hour and look for suicide.
reboot 4 times in more than 1 hour and agent should not suicide.

- Commits:
  - ▮▮▮▮▮▮▮
- 104194 Disable automatic updates
  - Owner: Kobi
  - Minor : 0
  - Details :
    - System update detection/prevention.
  - Commits:
    - ▮▮▮▮▮▮▮

# Bug fixes

| Version | ID | Title | Owner | Date Committed | Commits | Validation Notes |
|---|---|---|---|---|---|---|
| 2.86.next_version | *100223* | *Android > IM >WeChat > No dump & monitor of messages (v. 7.0.0) [All Devices]* | Yefi | 6/2/2019 | | |
| 2.86.next_version | 111351 | IM Module> No IM Messages or Calls Dumped / Monitored while log 2017 found in DB | Miki | 6/2/2019 | 1de48c10d19 | |

No labels

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                        NSO_WHATSAPP_00000550