| | |
|---|---|
| Greg D. Andres | Joseph N. Akrotirianakis (Cal. Bar No. 197971) |
| Antonio J. Perez-Marques | Aaron S. Craig (Cal. Bar No. 204741) |
| Craig T. Cagney | KING & SPALDING LLP |
| Luca Marzorati | 633 West Fifth Street, Suite 1600 |
| (admitted *pro hac vice*) | Los Angeles, CA 90071 |
| DAVIS POLK & WARDWELL LLP | Telephone: (213) 443-4355 |
| 450 Lexington Avenue | Email: jakro@kslaw.com |
| New York, New York 10017 | acraig@kslaw.com |
| Telephone: (212) 450-4000 | |
| Facsimile: (212) 701-5800 | *Attorneys for Defendants NSO Group* |
| Email: greg.andres@davispolk.com | *Technologies Limited and Q Cyber* |
| antonio.perez@davispolk.com | *Technologies Limited* |
| craig.cagney@davispolk.com | |
| luca.marzorati@davispolk.com | |

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and METE PLATFORMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **JOINT OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge: Hon. Phyllis J. Hamilton <br> Ctrm:   3 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), by and through their counsel, respectfully submit this joint omnibus administrative motion ("Motion") for an order to file under seal certain of the documents, or portions thereof, that were previously submitted.

**<u>Plaintiffs' Request to Seal Confidential Material</u>**

Pursuant to the Court's August 11, 2025 order on the parties' motions to seal, *see* Dkt. No. 784, Plaintiffs request that the Court maintain under seal portions of three documents containing (1) personally identifiable information (phone numbers and email addresses) of Plaintiffs' employees; and (2) sensitive and confidential personal financial information (including tax and other transaction identification numbers) associated with Plaintiffs' employees. In that order, the Court allowed the parties to redact "names, addresses/IP addresses, phone numbers, email addresses, or financial information." Dkt. No. 784 at 5. Plaintiffs' request complies with this instruction.

Specifically, Exhibit L to the Declaration of Joseph N. Akrotirianakis in Support of Defendants' Motions in Limine and Trial Brief, Dkt. No. 596-17, and Exhibit F to the Declaration of Aaron Craig in Support of Defendants' Opposition to Plaintiffs' Motion to Exclude Certain Expert Testimony of Gregory A. Pinsonneault, Dkt. No. 608-3, contain the phone numbers and email addresses of certain of Plaintiffs' employees. Redaction of such personally identifying information is appropriate here, as it is not relevant to the legal issues in this case and any public interest is likely insignificant. *See Ehret v. Uber Techs., Inc.*, 2015 WL 12977024, at *3 (N.D. Cal. Dec. 2, 2015) (holding that compelling reasons exist to redact private information as it "concerns privacy interests"). In addition, the public disclosure of Plaintiffs' employees' personal information in connection with litigation has sometimes been followed by harassment, online threats, and/or suspicious phone calls, text messages or emails, particularly in cases with significant media attention. *See* Dkt. No. 740-1 ¶ 4. The proposed sealing of these documents is narrowly tailored and seeks only to redact those portions that contain such personally identifying information.

Additionally, Exhibit B to the Declaration of Aaron Craig in Support of Defendants' Reply in Support of their Motion to Exclude Certain Opinions of Dana Trexler, Dkt. No. 640-4, contains

1  sensitive and confidential financial information associated with Plaintiffs' testifying employees, *see*
2  Dkt. No. 740-1 ¶ 5.  The identification numbers listed under the "Tax Details ID" and "Award ID"
3  column headings in these exhibits are specific to the particular financial transactions listed therein
4  and operate similarly to identification numbers associated with bank account transactions. *See id*.
5  This is sensitive, personal financial information that is not available to the public.  *See Ehret*, 2015
6  WL 12977024, at *2 (holding that the "privacy interests implicated warrant redaction" of names and
7  payment information of both non-party customers and a party's individual employees); *see also Foltz*
8  *v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1134, 1137–1138 (9th Cir. 2003) (finding
9  compelling reasons to redact identifying information from personnel records, including financial
10 information, to protect an individual's privacy interest and to prevent exposure to harm).

| Dkt. No. | Document To Remain Sealed | Portion(s) to Seal | Basis for Sealing |
|---|---|---|---|
| 596-17 | Ex. L to the Akrotirianakis Decl. in Supp. of Defs.' Mots. in Limine and Trial Br. | Yellow highlighted portions | Email addresses of Plaintiffs' employees |
| 608-3 | Ex. F to the Craig Decl. in Supp. of Defs.' Opp. to Pls.' Mot. to Exclude Certain Expert Testimony of Gregory A. Pinsonneault | Yellow highlighted portions | Email addresses and phone number of Plaintiffs' employees |
| 640-4 | Ex. B to the Craig Decl. in Supp. of Defs.' Reply in Supp. of their Mot. to Exclude Certain Opinions of Dana Trexler | Yellow highlighted portions | Tax and other transaction identification numbers associated with Plaintiffs' employee |

Plaintiffs take no position regarding Defendants' sealing requests, set forth below.

**Defendants' Request to Seal Confidential Material**

Defendants request that the Court seal the following documents, which are being filed under seal pursuant to the Court's Order on Sealing (Dkt. No. 784) and the Court's comments on August 28, 2025 clarifying that Order. The documents below contain names, phone numbers, email addresses and WhatsApp addresses of Defendants' non-testifying employees ("Employee PII"); computer code; the content of sealed trial exhibits, or information about confidential and sealed foreign legal proceedings.

| DOCKET NUMBER | Description | Portion to be Sealed | Reasons |
|---|---|---|---|
| 507-1 | Craig Declaration re Sealing Vance Daubert Motion | Yellow highlighted portions | Sealed foreign legal proceedings |
| 507-2 | Craig Declaration Exhibit C, Expert Report of Anthony Vance | Yellow highlighted portions and red box portions | Computer code; Employee PII |
| 511-1 | Craig Declaration re Sealing Youssef Daubert Motion | Yellow highlighted portions | Sealed foreign legal proceedings |
| 511-3 | Craig Declaration Exhibit B, Youssef Expert Report | Yellow highlighted portions and red box portions | Computer code |
| 511-4 | Craig Declaration Exhibit C, Youssef Expert Rebuttal Report | Yellow highlighted portions | Computer code; content of sealed trial exhibit PTX-60 |
| 513-4 | Block Declaration Exhibit B, Expert Report of Terry McGraw | Yellow highlighted portions | Computer code |
| 514-2 and 532 | Block Declaration Exhibit F, Expert Report of David Youssef | Yellow highlighted and/or red box portions | Computer code |
| 596-1 | Craig Declaration | Yellow highlighted portions | Sealed foreign legal proceedings |
| 604-1 and 604-3 | Declarations of Aaron Craig and Yaron Shohat | Yellow highlighted portions | Sealed foreign legal proceedings |

| | | | |
|---|---|---|---|
| 612-1 | Craig Declaration re Sealing Opposition to Exclude Testimony of Joshua Minker | Yellow highlighted portions | Sealed foreign legal proceedings |
| 616-1 | Craig Declaration re Sealing Opposition to Exclude Testimony of Col. Shepard | Yellow highlighted portions | Sealed foreign legal proceedings |
| 759-1 | 759-1: Craig Declaration | Yellow highlighted portions | Sealed foreign legal proceedings |
| 759-3 | 759-3: Shohat Declaration | Yellow highlighted portions | Sealed foreign legal proceedings |

Defendants also ask the Court to redact the highlighted portions of the following exhibits, each of which is comprised of portions of the deposition transcript of one of Defendants' proposed experts, Col. Ty Shepard. Good cause exists to allow these redactions because they describe in detail highly confidential aspects of Col. Shepard's military service for the United States. The subject of Col. Shepard's trial testimony was to include the military benefits of Pegasus and other technologies that can defeat end-to-end encryption. In his deposition, Col. Shepard testified about his first-hand experience with the use of Pegasus by allies of the United States in various countries around the world.

The fact that Col. Shepard did not testify at trial minimizes the public's interest in obtaining access to these deposition excerpts. Moreover, during trial, the Court excluded Plaintiffs from asking questions about details of the military service of other witnesses. Consistent with that, Defendants ask the Court to allow the sealing of the indicated portions of the three exhibits identified below.

| DOCKET NUMBER | Description | Sealing | Reasons |
|---|---|---|---|
| 504-4 | Exhibit B, deposition transcript of Col. Shepard | Yellow highlighted portions | Confidential information about Col. Shepard's military service |
| 592-4 | Exhibit 12, deposition transcript of Col. Shepard | Yellow highlighted portions | Confidential information about Col. Shepard's military service |
| 648-4 | Exhibit B, deposition transcript of Col. Shepard | Yellow highlighted portions | Confidential information about Col. Shepard's military service |

4

Parties' Joint Omnibus Admin. Motion to File Under Seal - Case No. 4:19-cv-07123-PJH

Dated: September 20, 2025　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　DAVIS POLK & WARDWELL LLP

　　　　　　　　　　　　　　　　　By:　*/s/ Luca Marzorati*
　　　　　　　　　　　　　　　　　　　Micah G. Block (SBN 270712)
　　　　　　　　　　　　　　　　　　　DAVIS POLK & WARDWELL LLP
　　　　　　　　　　　　　　　　　　　1600 El Camino Real
　　　　　　　　　　　　　　　　　　　Menlo Park, California 94025
　　　　　　　　　　　　　　　　　　　Telephone: (650) 752-2000
　　　　　　　　　　　　　　　　　　　Facsimile:  (650) 752-2111
　　　　　　　　　　　　　　　　　　　Email: micah.block@davispolk.com

　　　　　　　　　　　　　　　　　　　Greg D. Andres
　　　　　　　　　　　　　　　　　　　Antonio J. Perez-Marques
　　　　　　　　　　　　　　　　　　　Craig T. Cagney
　　　　　　　　　　　　　　　　　　　Luca Marzorati
　　　　　　　　　　　　　　　　　　　　 (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　DAVIS POLK & WARDWELL LLP
　　　　　　　　　　　　　　　　　　　450 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　Telephone: (212) 450-4000
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 701-5800
　　　　　　　　　　　　　　　　　　　Email: greg.andres@davispolk.com
　　　　　　　　　　　　　　　　　　　　　　　antonio.perez@davispolk.com
　　　　　　　　　　　　　　　　　　　　　　　craig.cagney@davispolk.com
　　　　　　　　　　　　　　　　　　　　　　　luca.marzorati@davispolk.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

　　　　　　　　　　　　　　　　　　　KING & SPALDING LLP

　　　　　　　　　　　　　　　　　By:　*/s/ Aaron S. Craig*
　　　　　　　　　　　　　　　　　　　Joseph N. Akrotirianakis
　　　　　　　　　　　　　　　　　　　Aaron S. Craig
　　　　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　　　　633 West Fifth Street, Suite 1600
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　Telephone: (213) 443-4355
　　　　　　　　　　　　　　　　　　　Email: jakro@kslaw.com
　　　　　　　　　　　　　　　　　　　　　　　acraig@kslaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*

5

PARTIES' JOINT OMNIBUS ADMIN. MOTION TO FILE UNDER SEAL - CASE NO. 4:19-CV-07123-PJH

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Luca Marzorati hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:   September 20, 2025                         /s/ Luca Marzorati
                                                    Luca Marzorati