1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants
   NSO GROUP TECHNOLOGIES LIMITED and
7  Q CYBER TECHNOLOGIES LIMITED

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11

12 | WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
   | --- | --- |
   | Plaintiffs, | **CERTIFICATE OF SERVICE** |
   | v. | |
   | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Action Filed: 10/29/2019 |
   | Defendants. | |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in the county of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction this service was made. My business address is 633 West Fifth Street, Suite 1600, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the within action.

On September 22, 2025, I served the following documents in the manner described below:

ATTACHMENTS

# 1 DKT 507-1 - UNREDACTED,

# 2 DKT 507-2 - UNREDACTED,

# 3 DKT 511-1 - UNREDACTED,

# 4 DKT 511-3 - UNREDACTED,

# 5 DKT 511-4 - UNREDACTED,

# 6 DKT 513-4 - UNREDACTED,

# 7 DKT 514-2 - UNREDACTED,

# 8 DKT 592-4 - UNREDACTED,

# 9 DKT 596-1 - UNREDACTED,

# 10 DKT 596-16 - UNREDACTED,

# 11 DKT 604-1 - UNREDACTED,

# 12 DKT 604-3 - UNREDACTED,

# 13 DKT 608-3 - UNREDACTED,

# 14 DKT 612-1 - UNREDACTED,

# 15 DKT 616-1 - UNREDACTED,

# 16 DKT 640-4 - UNREDACTED,

# 17 DKT 648-4 - UNREDACTED,

# 18 DKT 759-1 - UNREDACTED,

# 19 DKT 759-3 – UNREDACTED)

☒   ELECTRONIC MAIL SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below. The transmission was reported as complete and without error.

on the following parties in this action:

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
DAVIS POLK & WARDELL LLP
450 Lexington Avenue
New York, New York 10017
Email: greg.andres@davispolk.com
  antonio.perez@davispolk.com
  craig.cagney@davispolk.com
  gina.cora@davispolk.com
  luca.marzorati@davispolk.com
  fb.nso@davispolk.com

Micah G. Block
DAVIS POLK & WARDELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Email: micah.block@davispolk.com

*Counsel for Plaintiffs*

I declare penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2025, at Los Angeles, California.

*[signature]*
Kathryn Bell-Taylor