| | |
|---|---|
| Greg D. Andres | Joseph N. Akrotirianakis (Cal. Bar. No. 197971) |
| Antonio J. Perez-Marques | Aaron S. Craig (Cal. Bar. No. 204741) |
| Craig T. Cagney | KING & SPALDING LLP |
| Luca Marzorati | 633 West Fifth Street, Suite 1600 |
|   (admitted *pro hac vice*) | Los Angeles, CA 90071 |
| DAVIS POLK & WARDWELL LLP | Telephone: (213) 443-4355 |
| 450 Lexington Avenue | Email: jakro@kslaw.com |
| New York, New York 10017 |        acraig@kslaw.com |
| Telephone: (212) 450-4000 | |
| Facsimile: (212) 701-5800 | *Attorneys for Defendants NSO Group* |
| Email:  greg.andres@davispolk.com | *Technologies Limited and Q Cyber* |
|        antonio.perez@davispolk.com | *Technologies Limited* |
|        craig.cagney@davispolk.com | |
|        luca.marzorati@davispolk.com | |

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>           Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>           Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**JOINT STIPULATION AND**<br>**[PROPOSED] ORDER RE DEPOSITION**<br>**DESIGNATIONS**<br><br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton |

Pursuant to Northern District of California Civil Local Rule 7-12, WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. ("Defendants") (collectively, "the Parties") jointly stipulate to file the transcripts of the portions of deposition videos played at trial in the above-captioned matter for record purposes.

WHEREAS, a jury trial in this case began on April 29, 2025, *see* Dkt. No. 723;

WHEREAS, Plaintiffs played excerpts of the video deposition of Tamir Gazneli in open court on April 30, 2025, *see* Dkt. No. 728-1 at 1;

WHEREAS, Plaintiffs played excerpts of the video deposition of Yaron Shohat in open court on April 30, 2025, *see* Dkt. No. 728-1 at 2;

WHEREAS, Plaintiffs played excerpts of the video deposition of Ramon Eshkar in open court on April 30, 2025, *see* Dkt. No. 728-1 at 3;

WHEREAS, Plaintiffs played excerpts of the video deposition of Sarit Bizinsky Gil in open court on May 1, 2025, *see* Dkt. No. 729-1 at 1;

WHEREAS, Defendants played excerpts of the video deposition of Susan Glick in open court on May 5, 2025, *see* Dkt. No. 734-1 at 1;

WHEREAS, by entering into this stipulation, the parties do not intend to concede that the testimony was properly admitted or to waive any objections to that testimony

NOW, THEREFORE, the Parties agree and hereby stipulate to publicly file the deposition testimony played during trial because it was not recorded on the trial transcript.

The testimony is attached hereto as follows:

1. Appendix A: Tamir Gazneli
2. Appendix B: Yaron Shohat
3. Appendix C: Ramon Eshkar
4. Appendix D: Sarit Bizinsky Gil
5. Appendix E: Susan Glick

Dated: September 23, 2025

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Luca Marzorati
    Greg D. Andres
    Antonio J. Perez-Marques
    Craig T. Cagney
    Luca Marzorati
      (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email: greg.andres@davispolk.com
          antonio.perez@davispolk.com
          craig.cagney@davispolk.com
          luca.marzorati@davispolk.com

    Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
    900 Middlefield Road, Suite 200
    Redwood City, California 94063
    Telephone: (650) 752-2000
    Facsimile: (650) 752-2111
    Email: micah.block@davispolk.com

    *Attorneys for Plaintiffs*
    *WhatsApp LLC and Meta Platforms, Inc.*

KING & SPALDING LLP

By: /s/ Aaron S. Craig
    Joseph N. Akrotirianakis
    Aaron S. Craig
    KING & SPALDING LLP
    633 West Fifth Street, Suite 1600
    Los Angeles, CA 90071
    Telephone: (213) 443-4355
    Email: jakro@kslaw.com
          acraig@kslaw.com

    *Attorneys for Defendants NSO Group*
    *Technologies Limited and Q Cyber*
    *Technologies Limited*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Luca Marzorati hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:   September 23, 2025                    */s/ Luca Marzorati*
                                                Luca Marzorati

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____          _____

THE HONORABLE PHYLLIS J. HAMILTON

United States District Judge