# APPENDIX B

# Shohat4_30PM

Designation List Report

**Shohat, Yaron**  2024-08-29

P's Narrowed  00:06:37
D's Counters  00:03:39
**TOTAL RUN TIME**  **00:10:16**

Documents linked to video:
P36
P44



ID: Shohat4_30PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:20 - 10:23 | **Shohat, Yaron 2024-08-29** | 00:00:11 | **Shohat4_30PM.1** |

    10:20    Q.  Would you start by stating your full name and spelling
    10:21        it for the record please.
    10:22    A.  Yes.  My first name is Yaron, Y-A-R-O-N; last name is
    10:23        Shohat, S-H-O-H-A-T.

| 39:25 - 40:02 | **Shohat, Yaron 2024-08-29** | 00:00:04 | **Shohat4_30PM.2** |

    39:25    Q.  Have you ever worked professionally as a software
    40:01        engineer?
    40:02    A.  Yes.

| 43:14 - 43:24 | **Shohat, Yaron 2024-08-29** | 00:00:43 | **Shohat4_30PM.3** |

    43:14    Q.  You were COO at NSO Group from May 2019
    43:15        through August 2022, correct?
    43:16    A.  Yes.
    43:17    Q.  Throughout that time did you report to Shalev Hulio?
    43:18    A.  Yes.
    43:19    Q.  You became CEO in August 2022?  You can refer to your
    43:20        Linkedin, if it helps?
    43:21    A.  Yes, I became COO in August 2022.  The first couple of
    43:22        months I was defined as acting CEO, because Shalev has
    43:23        left and I still didn't get my formal board appointment,
    43:24        it took another two months.  But I acted as CEO.

| 46:15 - 46:22 | **Shohat, Yaron 2024-08-29** | 00:00:39 | **Shohat4_30PM.4** |

    46:15    Q.  Are you familiar with the Pegasus technology that the
    46:16        defendants offer?
    46:17    A.  Of course.
    46:18    Q.  Okay.  Does that technology deploy a software component
    46:19        that defendants describe as "invisible"?
    46:20    A.  It deploys an agent which the owner or user of the
    46:21        targeted device is not aware of.  If that's what
    46:22        "invisible" means ...

| 55:22 - 56:08 | **Shohat, Yaron 2024-08-29** | 00:00:24 | **Shohat4_30PM.5** |
| 🔗 P44.2.2 | | | |

    55:22    Q.  Exhibit 2017 is dated January 25, 2018.  Do you see
    55:23        that?
    55:24    A.  Yes.
    55:25    Q.  It says:
    56:01        "Pegasus 2.5 is officially approved for production."
    56:02        Do you see that?
    56:03    A.  Yes.
    56:04    Q.  And then it says:

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 56:05 | | "This version introduces Heaven, the first zero | | |
| | 56:06 | | clicks installation vector for broad Android devices." | | |
| | 56:07 | | Do you see that? | | |
| | 56:08 | A. | Yes. | | |
| 56:09 - 56:12 | **Shohat, Yaron 2024-08-29** | | | 00:00:11 | **Shohat4_30PM.6** |
| | 56:09 | Q. | Do you know what exhibit 2017 means when it describes | | |
| | 56:10 | | Heaven as: | | |
| | 56:11 | | "The first zero click installation vector for broad | | |
| | 56:12 | | Android devices."? | | |
| 56:14 - 56:18 | **Shohat, Yaron 2024-08-29** | | | 00:00:10 | **Shohat4_30PM.7** |
| | 56:14 | A. | It means what it says. | | |
| | 56:15 | Q. | What does "broad Android devices" mean? | | |
| | 56:16 | A. | Are you asking about the word "broad"? | | |
| | 56:17 | Q. | In this context, yes. | | |
| | 56:18 | A. | In this context? | | |
| 56:20 - 56:23 | **Shohat, Yaron 2024-08-29** | | | 00:00:15 | **Shohat4_30PM.8** |
| | 56:20 | A. | The meaning of "broad", to my understanding, is that it | | |
| | 56:21 | | would run on a very broad set of Android devices. As | | |
| | 56:22 | | opposed to only Samsung devices, which would be limited | | |
| | 56:23 | | to Samsung. | | |
| 58:05 - 58:20 | **Shohat, Yaron 2024-08-29** | | | 00:00:58 | **Shohat4_30PM.9** |
| | 58:05 | Q. | Underneath the text we have just read it says: | | |
| | 58:06 | | "This is a significant milestone for Pegasus." | | |
| | 58:07 | | Do you see that? | | |
| | 58:08 | A. | I do. | | |
| | 58:09 | Q. | Do you agree that the introduction of the Heaven | | |
| | 58:10 | | installation vector using Whatsapp was a significant | | |
| | 58:11 | | milestone for Pegasus? | | |
| | 58:12 | A. | I agree the fact that it is a broad vector is | | |
| | 58:13 | | a significant milestone. Not to the fact that it uses | | |
| | 58:14 | | Whatsapp, or anything like that. | | |
| | 58:15 | Q. | You agree that the introduction of the Heaven | | |
| | 58:16 | | installation vector, which enabled installation on | | |
| | 58:17 | | a broad set of Android devices, was a significant | | |
| | 58:18 | | milestone for Pegasus? | | |
| | 58:19 | A. | I agree that the fact that the product introduced broad | | |
| | 58:20 | | Android coverage is significant. | | |
| 62:07 - 62:15 | **Shohat, Yaron 2024-08-29** | | | 00:00:30 | **Shohat4_30PM.10** |
| | 62:07 | Q. | Does the perceived value of NSO as a market leader | | |

Clear

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 62:08   depend, in part, on its ability to offer zero click | | |
| | 62:09   installation vectors to a broad range of Android | | |
| | 62:10   devices? | | |
| | 62:11 A. It depends on its ability compared to the abilities of | | |
| | 62:12   competitors.  If other competitors have this ability, | | |
| | 62:13   you try to get it as well.  If others do not, the answer | | |
| | 62:14   is hypothetical. | | |
| | 62:15 Q. Are you aware of any competitors with that ability? | | |
| 62:17 - 62:17 | **Shohat, Yaron 2024-08-29** | 00:00:03 | **Shohat4_30PM.11** |
| | 62:17 A. Not in the respective time period. | | |
| 62:18 - 62:18 | **Shohat, Yaron 2024-08-29** | 00:00:01 | **Shohat4_30PM.12** |
| | 62:18 Q. How about today? | | |
| 62:20 - 62:24 | **Shohat, Yaron 2024-08-29** | 00:00:20 | **Shohat4_30PM.13** |
| | 62:20 A. I am aware of competitors with -- which I believe have | | |
| | 62:21   such capabilities today. | | |
| | 62:22 Q. By "respective time period" in your previous answer, did | | |
| | 62:23   you mean 2018/2019? | | |
| | 62:24 A. Yes. | | |
| 68:01 - 68:16 | **Shohat, Yaron 2024-08-29** | 00:00:53 | **Shohat4_30PM.14** |
| | 68:01 Q. And thinking of your knowledge of the UI as it exists | | |
| | 68:02   today, you have also never seen Pegasus give a customer | | |
| | 68:03   an option to choose which zero click installation vector | | |
| | 68:04   to use; right? | | |
| | 68:05 A. Correct. | | |
| | 68:06 Q. And that's been true consistently over the course of | | |
| | 68:07   your time at NSO? | | |
| | 68:08 A. Yes. | | |
| | 68:09 Q. Why would you be surprised if Pegasus gave a customer | | |
| | 68:10   an option to choose which zero click installation vector | | |
| | 68:11   to use? | | |
| | 68:12 A. Because customers don't care which vector they use, as | | |
| | 68:13   long as they get the intelligence they need. | | |
| | 68:14 Q. That's a matter for NSO and the system to take care of, | | |
| | 68:15   not a matter for customers to operate? | | |
| | 68:16 A. Correct. | | |
| 69:05 - 69:09 | **Shohat, Yaron 2024-08-29** | 00:00:13 | **Shohat4_30PM.15** |
| | 69:05 Q. Setting aside the question of whether it was the | | |
| | 69:06   defendants themselves or the defendants' customers who | | |
| | 69:07   operated the technology at issue, do you admit that NSO | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 69:08  created the technology that was used to implement the
69:09  attacks that the complaint describes? | | |
| 69:11 - 69:15 | **Shohat, Yaron 2024-08-29**
69:11  A.  NSO developed the technology that our customers are
69:12      using.
69:13  Q.  And that's the technology that was used in the events
69:14      that the complaint in this lawsuit describes in April
69:15      and May 2019; correct? | 00:00:13 | Shohat4_30PM.16 |
| 69:17 - 69:18 | **Shohat, Yaron 2024-08-29**
69:17  A.  NSO developed the technology that was used in the event
69:18      that the complaint refers to. | 00:00:10 | Shohat4_30PM.17 |
| 76:08 - 76:11
🔗 P36.2.2 | **Shohat, Yaron 2024-08-29**
76:08  Q.  Okay.  I have handed you what was previously marked
76:09      exhibit 2009.  It is entitled "structure chart as
76:10      of December 31, 2019".
76:11  A.  Yes. | 00:00:13 | Shohat4_30PM.18 |
| 77:21 - 77:25

❌ Clear | **Shohat, Yaron 2024-08-29**
77:21  Q.  To be clear for the record, can you confirm that
77:22      exhibit 2009 accurately depicts the organizational
77:23      structure for the corporate family that included Q
77:24      Cyber, NSO, and WestBridge as of the middle of 2019?
77:25  A.  Correct. | 00:00:17 | Shohat4_30PM.19 |
| 184:13 - 184:15 | **Shohat, Yaron 2024-08-29**
184:13  Q.  Was Pegasus in use between April 29, 2018, and May 10,
184:14      2020?
184:15  A.  In use where?  In use somewhere?  Yes. | 00:00:11 | Shohat4_30PM.20 |
| 189:09 - 189:12 | **Shohat, Yaron 2024-08-29**
189:09      Isn't it true, Mr. Shohat, that you don't want the
189:10      companies whose technology you use in your installation
189:11      vectors to know about those exploits, because if they
189:12      did, they would stop those exploits from happening? | 00:00:14 | Shohat4_30PM.21 |
| 189:15 - 189:16 | **Shohat, Yaron 2024-08-29**
189:15  A.  It is true that I prefer that they will not know about
189:16      it, because they might make changes that will close it. | 00:00:09 | Shohat4_30PM.22 |
| 189:17 - 189:25 | **Shohat, Yaron 2024-08-29**
189:17  Q.  You used the term "zero day exploit".  That's different
189:18      from zero click, right?
189:19  A.  Correct, no relation. | 00:00:34 | Shohat4_30PM.23 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 189:20  Q.  What's a zero day exploit? <br> 189:21  A.  Zero day exploit is an exploit that is not known in <br> 189:22      public. <br> 189:23  Q.  And as someone experienced in the cyber intelligence <br> 189:24      industry, what happens when a zero day exploit becomes <br> 189:25      known? | | |
| 190:03 - 190:05 | **Shohat, Yaron 2024-08-29** <br> 190:03  A.  Usually, when zero day exploit becomes public, the <br> 190:04      company responsible for the technology, the company <br> 190:05      which has the exploit, will seek to close that exploit. | 00:00:22 | **Shohat4_30PM.24** |
| 190:15 - 190:17 | **Shohat, Yaron 2024-08-29** <br> 190:15      go again.  As someone experienced in the cyber <br> 190:16      intelligence industry, what happens when a zero day <br> 190:17      exploit becomes known? | 00:00:06 | **Shohat4_30PM.25** |
| 190:19 - 190:21 | **Shohat, Yaron 2024-08-29** <br> 190:19  A.  When a zero day exploit becomes public, the technology <br> 190:20      provider in which product or code that has the <br> 190:21      vulnerability will seek to close that vulnerability. | 00:00:17 | **Shohat4_30PM.26** |
| 190:22 - 191:05 | **Shohat, Yaron 2024-08-29** <br> 190:22  Q.  Previous to your time with defendants, you worked in <br> 190:23      roles that included defensive cybersecurity, correct? <br> 190:24  A.  Correct. <br> 190:25  Q.  And I think you gave some testimony about work you did <br> 191:01      to find and stop threats, do you remember that? <br> 191:02  A.  Correct. <br> 191:03  Q.  When you were on the defensive side, had you discovered <br> 191:04      a vulnerability in code for which you were responsible, <br> 191:05      what would you have done? | 00:00:30 | **Shohat4_30PM.27** |
| 191:08 - 191:11 | **Shohat, Yaron 2024-08-29** <br> 191:08  A.  If you discover that you have a bug in your system, you <br> 191:09      seek to fix it. <br> 191:10  Q.  That's standard practice, right? <br> 191:11  A.  Yes. | 00:00:10 | **Shohat4_30PM.28** |
| 191:19 - 191:22 | **Shohat, Yaron 2024-08-29** <br> 191:19      What would happen to defendants' ability to provide <br> 191:20      installation vectors if defendants had to tell the <br> 191:21      companies whose technology those installation vectors <br> 191:22      use? | 00:00:14 | **Shohat4_30PM.29** |

## Shohat4_30PM

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 191:25 - 192:06 | **Shohat, Yaron 2024-08-29** <br> 191:25  A.  I assume that the company which has the -- I assume that <br> 192:01       the technology provider which has the vulnerability <br> 192:02       would seek to fix it. <br> 192:03  Q.  And in this case defendants never told Whatsapp about <br> 192:04       the zero click installation vectors that exploited <br> 192:05       Whatsapp technology, because you understood that <br> 192:06       Whatsapp would not permit them; right? | 00:00:30 | Shohat4_30PM.30 |
| 192:09 - 192:12 | **Shohat, Yaron 2024-08-29** <br> 192:09  A.  I don't know if "permit" is the right word, but they <br> 192:10       will seek to fix them. <br> 192:11  Q.  Did anyone at NSO ever ask permission to use Whatsapp <br> 192:12       messages as a way of installing Pegasus? | 00:00:19 | Shohat4_30PM.31 |
| 192:14 - 192:14 | **Shohat, Yaron 2024-08-29** <br> 192:14  A.  No. | 00:00:02 | Shohat4_30PM.32 |
| 192:15 - 192:15 | **Shohat, Yaron 2024-08-29** <br> 192:15  Q.  Why not? | 00:00:02 | Shohat4_30PM.33 |
| 192:17 - 192:18 | **Shohat, Yaron 2024-08-29** <br> 192:17  A.  I don't know that when someone sends message over <br> 192:18       Whatsapp he needs to ask Whatsapp for permission. | 00:00:07 | Shohat4_30PM.34 |

| | |
|---|---|
| P's Narrowed | 00:06:37 |
| D's Counters | 00:03:39 |
| **TOTAL RUN TIME** | **00:10:16** |

📄 Documents linked to video:
P36
P44