# APPENDIX C

# Eshkar4_30

Designation List Report

**Eshkar, Ramon**                                    **2024-08-27**

| | |
|---|---|
| P's Narrowed | 00:11:54 |
| D's Counters | 00:05:41 |
| **TOTAL RUN TIME** | **00:17:36** |

Documents linked to video:
P34
P35



**ID: Eshkar4_30**

**Eshkar4_30**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:20 - 7:23 | **Eshkar, Ramon 2024-08-27** | 00:00:12 | **Eshkar4_30.1** |

7:20    Q.  Thank you.  Mr. Eshkar, would you please
7:21         state and spell your full name for the record?
7:22    A.  Ramon, R-A-M-O-N, Eshkar, E-S-H-K-A-R,
7:23         Sebban, S-E-B-B-A-N.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 15:21 - 15:23 | **Eshkar, Ramon 2024-08-27** | 00:00:11 | **Eshkar4_30.2** |

15:21   Q.  What is the white services department?
15:22   A.  It's a department responsible for creating
15:23        accounts and purchasing other services that we need.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:08 - 16:13 | **Eshkar, Ramon 2024-08-27** | 00:00:15 | **Eshkar4_30.3** |

16:08   Q.  Do you have an understanding of what makes a
16:09        service a white service?
16:10   A.  I do.
16:11   Q.  What is that?
16:12   A.  It means that the service is being set up in
16:13        an anonymized way.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:13 - 17:15 | **Eshkar, Ramon 2024-08-27** | 00:00:10 | **Eshkar4_30.4** |

17:13        Does the white services department set up
17:14        WhatsApp accounts in an anonymized way?
17:15   A.  They do.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:13 - 18:17 | **Eshkar, Ramon 2024-08-27** | 00:00:13 | **Eshkar4_30.5** |

18:13   Q.  I'm asking why you set up anonymized WhatsApp
18:14        accounts for your customers?
18:15   A.  The entire infrastructure is anonymized to
18:16        protect the customer and the infrastructure that
18:17        they're using.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:18 - 18:19 | **Eshkar, Ramon 2024-08-27** | 00:00:07 | **Eshkar4_30.6** |

18:18   Q.  Is that to protect the customer from being
18:19        identified?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:21 - 19:13 | **Eshkar, Ramon 2024-08-27** | 00:00:54 | **Eshkar4_30.7** |

18:21        THE WITNESS:  What do you mean by identified?
18:22        BY MR. BLOCK:
18:23   Q.  Let me just ask you.  In what regard are you
18:24        trying to protect the customer by anonymizing the
18:25        WhatsApp service?
19:01   A.  We want to [Hebrew] to.
19:02        MR. BLOCK:  May we have help from the
19:03        translators, please?

**Eshkar4_30**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

19:04   THE INTERPRETER: Distance. We would like to

19:05   distance.

19:06   THE WITNESS: Would like to distance --

19:07   I'm not so sure it's the word, but to, let's say,

19:08   distance the customer.

19:09   BY MR. BLOCK:

19:10  Q.  From whom?

19:11  A.  From the environment so that they can run

19:12   their operation in a secured way, not to expose their

19:13   operation.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 19:14 - 19:22 | **Eshkar, Ramon 2024-08-27** | 00:00:35 | **Eshkar4_30.8** |

19:14  Q.  You also said you create the accounts in a

19:15   way that will be "op sec aware" to the use of the

19:16   service later on. Did I get that right?

19:17  A.  Op sec, operational security.

19:18  Q.  Okay, and what does it mean to be op sec

19:19   aware to the use of the service later on?

19:20  A.  What I mean is that you apply all the measure

19:21   that you can in order to protect the activity, the

19:22   operation.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:04 - 22:08 | **Eshkar, Ramon 2024-08-27** | 00:00:25 | **Eshkar4_30.9** |

22:04  Q.  In what circumstances will NSO create

22:05   anonymized WhatsApp accounts?

22:06  A.  So for the use of demonstration, to set up a

22:07   customer system, and for internal use mainly for

22:08   testing.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 27:08 - 27:09 | **Eshkar, Ramon 2024-08-27** | 00:00:09 | **Eshkar4_30.10** |

27:08  Q.  Are you aware of defendants having created

27:09   an anonymized WhatsApp account in 2024?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 27:11 - 27:11 | **Eshkar, Ramon 2024-08-27** | 00:00:00 | **Eshkar4_30.11** |

27:11   THE WITNESS: Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 29:01 - 29:13 | **Eshkar, Ramon 2024-08-27** | 00:00:36 | **Eshkar4_30.12** |

29:01  Q.  You said typically the anonymized account is

29:02   created on a mobile device; correct?

29:03  A.  Correct.

29:04  Q.  And does that mean that the account is

29:05   associated with a phone number?

29:06  A.  Yes.

29:07  Q.  Do you use the term MSISDN, M-S-I --

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 29:08    A.  MSISDN. | | |
| | 29:09    Q.  MSISDN? | | |
| | 29:10    A.  Yes. | | |
| | 29:11    Q.  So it's MSISDN; correct? | | |
| | 29:12    A.  MSISDN. | | |
| | 29:13    Q.  What is an MSISDN? | | |
| 29:16 - 29:20 | **Eshkar, Ramon 2024-08-27** | 00:00:15 | **Eshkar4_30.13** |
| | 29:16        THE WITNESS:  It's a phone number. | | |
| | 29:17        BY MR. BLOCK: | | |
| | 29:18    Q.  And when defendants create anonymized | | |
| | 29:19        WhatsApp accounts, each such account is associated | | |
| | 29:20        with an MSISDN; is that accurate? | | |
| 29:23 - 29:24 | **Eshkar, Ramon 2024-08-27** | 00:00:02 | **Eshkar4_30.14** |
| | 29:23        THE WITNESS:  To the best of my knowledge, | | |
| | 29:24        yes. | | |
| 61:13 - 61:15 | **Eshkar, Ramon 2024-08-27** | 00:00:06 | **Eshkar4_30.15** |
| | 61:13    Q.  Okay.  You joined NSO as a director in July | | |
| | 61:14        of 2015; correct? | | |
| | 61:15    A.  Correct. | | |
| 61:21 - 61:23 | **Eshkar, Ramon 2024-08-27** | 00:00:10 | **Eshkar4_30.16** |
| | 61:21        You are still a vice president at NSO Group | | |
| | 61:22        today; correct? | | |
| | 61:23    A.  Today I'm an SVP of the company.  SVP. | | |
| 186:02 - 186:10 | **Eshkar, Ramon 2024-08-27** | 00:00:32 | **Eshkar4_30.17** |
| | 186:02        (Exhibit 2007 marked for identification.) | | |
| 🔗 P34.2 | 186:03        Mr. Eshkar, you've been handed a document | | |
| | 186:04        that's been marked Exhibit 2007 and bears a Bates | | |
| | 186:05        number on the first page SHANER_WHATSAPP_00001098. | | |
| | 186:06        Do you see that? | | |
| | 186:07    A.  I see that. | | |
| 🔗 P34.2.1 | 186:08    Q.  This is a December 2018 WhatsApp thread; | | |
| | 186:09        correct? | | |
| | 186:10    A.  Yes, looks like it. | | |
| 186:11 - 186:14 | **Eshkar, Ramon 2024-08-27** | 00:00:26 | **Eshkar4_30.18** |
| | 186:11    Q.  Do you know who Mr. Shaner is? | | |
| | 186:12    A.  I don't recall the last name but there was | | |
| | 186:13        Josh, but I don't remember the last name.  It's for | | |
| | 186:14        sure he wasn't part of my team, so. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 186:15 - 186:15 | **Eshkar, Ramon 2024-08-27** | 00:00:03 | **Eshkar4_30.19** |

186:15  Q.  What role did the Josh who you remember have?

| 186:17 - 186:18 | **Eshkar, Ramon 2024-08-27** | 00:00:07 | **Eshkar4_30.20** |
|---|---|---|---|

186:17    THE WITNESS:  So if I'm not mistaken he would

186:18    have been pre-sale, something like that.

| 186:24 - 186:25 | **Eshkar, Ramon 2024-08-27** | 00:00:08 | **Eshkar4_30.21** |
|---|---|---|---|

186:24  Q.  Who is Yossi Monsingo?

186:25  A.  Yossi Monsingo was an employee of NSO.

| 187:01 - 187:03 | **Eshkar, Ramon 2024-08-27** | 00:00:14 | **Eshkar4_30.22** |
|---|---|---|---|

187:01  Q.  What was Mr. Monsingo's role?

187:02  A.  He had various roles in the customer support

187:03    department throughout his time at NSO.

| 188:20 - 189:05 | **Eshkar, Ramon 2024-08-27** | 00:00:37 | **Eshkar4_30.23** |
|---|---|---|---|

🔗 P34.2.2

188:20  Q.  And Mr. Monsingo writes:

188:21    "Hi all, WhatsApp had made changes in

188:22    their servers that currently fail all

188:23    installations and can cause crashes that

188:24    risk the Hummingbird vector."

188:25    Do you see that?

189:01  A.  I see that.

189:02  Q.  Do you remember an event in December 2018

189:03    when WhatsApp had made changes in their servers that

189:04    caused installation failure for the Hummingbird

189:05    vector?

| 189:08 - 189:12 | **Eshkar, Ramon 2024-08-27** | 00:00:15 | **Eshkar4_30.24** |
|---|---|---|---|

189:08    THE WITNESS:  I would say that I'm aware

189:09    there were changes to the WhatsApp I don't know

189:10    whether the server or the application or whatever

189:11    element in the WhatsApp system that affected the

189:12    solution.

| 194:05 - 194:09 | **Eshkar, Ramon 2024-08-27** | 00:00:20 | **Eshkar4_30.25** |
|---|---|---|---|

194:05  Q.  But do you recall there being at least one

194:06    instance in which there was a change WhatsApp made

194:07    that caused Hummingbird to stop working and then NSO

194:08    engineered a new solution to be able to use WhatsApp

194:09    as an installation vector?

| 194:12 - 194:16 | **Eshkar, Ramon 2024-08-27** | 00:00:15 | **Eshkar4_30.26** |
|---|---|---|---|

194:12    THE WITNESS:  In the level that I deal with

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 194:13    the solution then it might have been that after a | | |
| | 194:14    certain version update we had to wait for an update | | |
| | 194:15    from the R&D. | | |
| | 194:16    BY MR. BLOCK: | | |
| 194:17 - 194:20 | **Eshkar, Ramon 2024-08-27** | 00:00:10 | **Eshkar4_30.27** |
| | 194:17  Q.  Are you referring to a version update of | | |
| | 194:18    WhatsApp? | | |
| | 194:19  A.  Yeah, I don't know which element within | | |
| | 194:20    WhatsApp but as a general. | | |
| 194:21 - 194:23 | **Eshkar, Ramon 2024-08-27** | 00:00:09 | **Eshkar4_30.28** |
| | 194:21  Q.  And then you referred to waiting for | | |
| | 194:22    an upgrade to Hummingbird from defendants R&D team, | | |
| | 194:23    right? | | |
| 195:01 - 195:06 | **Eshkar, Ramon 2024-08-27** | 00:00:15 | **Eshkar4_30.29** |
| | 195:01    THE WITNESS:  In those cases we would wait | | |
| | 195:02    for a solution from R&D. | | |
| | 195:03    BY MR. BLOCK: | | |
| | 195:04  Q.  And in fact in at least one case you remember | | |
| | 195:05    you did wait and defendants R&D team did provide that | | |
| | 195:06    solution, they got Hummingbird working again, right? | | |
| 195:09 - 195:09 | **Eshkar, Ramon 2024-08-27** | 00:00:01 | **Eshkar4_30.30** |
| ☒ Clear | 195:09    THE WITNESS:  Right. | | |
| 198:13 - 198:24 | **Eshkar, Ramon 2024-08-27** | 00:00:47 | **Eshkar4_30.31** |
| | 198:13    (Exhibit 2008 marked for identification.) | | |
| 🔗 P35.2 | 198:14    Mr. Eshkar, you've been happened Exhibit 2008 | | |
| | 198:15    which bears the Bates number | | |
| | 198:16    DIVITTORIO_WHATSAPP_0000066.  And this is a May 12, | | |
| 🔗 P35.2.1 | 198:17    2019 WhatsApp discussion.  Do you see that? | | |
| | 198:18  A.  I see that. | | |
| | 198:19  Q.  Under "Active Participants" it says, Ramon, | | |
| | 198:20    and then has a phone number at "s.whatsapp.net"; do | | |
| | 198:21    you see that? | | |
| | 198:22  A.  I see that. | | |
| | 198:23  Q.  Is that you? | | |
| | 198:24  A.  Looks like it. | | |
| 199:15 - 200:15 | **Eshkar, Ramon 2024-08-27** | 00:02:06 | **Eshkar4_30.32** |
| | 199:15  Q.  Will you please read for the record the | | |
| 🔗 P35.2.2 | 199:16    message you sent at time stamp 15:17:01 in the first | | |
| | 199:17    row of the table in Exhibit 2008? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

199:18  A.  "Dear All, as you might have heard by now, HB

199:19      vector went down falling WhatsApp latest version and

199:20      change.  CEs are now communicating the removal of the

199:21      vector as any new attempt will only result with a

199:22      failure and leave a mark on a patched solution which

199:23      once patched being tracked.  We all know the field in

199:24      which we work and we know that these kind of

199:25      capabilities comes and go.  These kind of situation

200:01      only demonstrate our full power and the difference

200:02      between opportunistic companies to real actors.  So

200:03      not trying to make the picture nicer but it is what

200:04      it is and we all work now on: A) update our customers

200:05      and remove the vector.  B) understand the impact on

200:06      expected deals.  C) Next solution to come.  Should

200:07      you have any concern or comment regarding specific

200:08      communication to specific customer or any other

200:09      issue please let me know."

200:10  Q.  Does HB in that message refer to Hummingbird?

200:11  A.  Yes.

200:12  Q.  And if you recall at this time in 2019 did

200:13      Hummingbird refer to Eden, Heaven and Erised?

200:14  A.  I don't recall if all of them or to one of

200:15      them but for sure one of them.

| 200:19 - 200:20 | **Eshkar, Ramon 2024-08-27** | 00:00:04 | **Eshkar4_30.33** |

200:19  Q.  At least one of them?

200:20  A.  I think so, yes.

| 204:03 - 204:04 | **Eshkar, Ramon 2024-08-27** | 00:00:04 | **Eshkar4_30.34** |

204:03  Q.  Third line from the bottom.

204:04  A.  Yes, I see that, yes.

| 204:08 - 204:20 | **Eshkar, Ramon 2024-08-27** | 00:01:07 | **Eshkar4_30.35** |

204:08      When you say "next solution to come", you're

204:09      talking about defendants trying to develop a new

204:10      solution; correct?

204:11  A.  Correct.

204:12  Q.  But above when you talk about a patched

204:13      solution, you're talking about WhatsApp code or

204:14      something different?

204:15  A.  Just let me read it again.

204:16  Q.  Thank you.

204:17  A.  So what I mean here is the solution that we

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 204:18    had is not functioning any more following the latest | | |
| | 204:19    WhatsApp version.  Therefore we need to work on the | | |
| ✖ Clear | 204:20    next solution. | | |
| 228:13 - 229:03 | **Eshkar, Ramon 2024-08-27** | 00:01:12 | **Eshkar4_30.36** |
| | 228:13  Q.  The question was, does Pegasus have a data | | |
| | 228:14        extraction ability to extract the entire data that | | |
| | 228:15        exists on the device upon agent installation today? | | |
| | 228:16  A.  So the Pegasus has the capacity to download | | |
| | 228:17        the user data of the phone, today. | | |
| | 228:18  Q.  What do you understand to be the data on the | | |
| | 228:19        phone that is not user data? | | |
| | 228:20  A.  Such as -- and here I would give my | | |
| | 228:21        understanding, okay, like the OS of the phone. | | |
| | 228:22  Q.  Other than the operating system of the phone, | | |
| | 228:23        can you think of any other kind of data on the device | | |
| | 228:24        that Pegasus is unable to download today? | | |
| | 228:25  A.  Not that I'm aware of. | | |
| | 229:01  Q.  And your testimony is that Pegasus can | | |
| | 229:02        download every kind of user data on the phone as it | | |
| | 229:03        exists today? | | |
| 229:06 - 229:10 | **Eshkar, Ramon 2024-08-27** | 00:00:25 | **Eshkar4_30.37** |
| | 229:06  Q.  As Pegasus exists today? | | |
| | 229:07  A.  This is my understanding. | | |
| | 229:08  Q.  Was it also the case with respect to the | | |
| | 229:09        operation of Pegasus in 2018 and 2019? | | |
| | 229:10  A.  Yes. | | |
| 262:03 - 262:05 | **Eshkar, Ramon 2024-08-27** | 00:00:11 | **Eshkar4_30.38** |
| | 262:03      I'm asking whether there's a group at | | |
| | 262:04      defendants who is responsible for helping to set up | | |
| | 262:05      the Pegasus system for a customer? | | |
| 262:07 - 262:09 | **Eshkar, Ramon 2024-08-27** | 00:00:20 | **Eshkar4_30.39** |
| | 262:07      THE WITNESS:  If I understand you correctly | | |
| | 262:08      then there is a group named deployment responsible | | |
| | 262:09      for the installation of the system and the customer. | | |
| 262:11 - 262:12 | **Eshkar, Ramon 2024-08-27** | 00:00:06 | **Eshkar4_30.40** |
| | 262:11  Q.  In a typical installation what does the | | |
| | 262:12        deployment team do? | | |
| 262:15 - 263:11 | **Eshkar, Ramon 2024-08-27** | 00:01:56 | **Eshkar4_30.41** |
| | 262:15      THE WITNESS:  In general terms what they will | | |

Eshkar4_30

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 262:16    do, they will provide the customer prior to the | | |
| | 262:17    actual physical installation the prerequisite | | |
| | 262:18    required from the customer side so an on site | | |
| | 262:19    installation can take place.  That will include the | | |
| | 262:20    coolant required for the servers, the size of the | | |
| | 262:21    room, so on so forth, the electricity requirements. | | |
| | 262:22    Once all those, let's say, checkbooks are covered | | |
| | 262:23    they will do a site survey so they will show up at | | |
| | 262:24    the customer premises and they will check that what | | |
| | 262:25    they've asked is a prerequisite indeed happen and | | |
| | 263:01    exist.  If there are any gaps they will ask the | | |
| | 263:02    customers to close those gaps.  If there are no gaps | | |
| | 263:03    they will physically install the servers at the | | |
| | 263:04    designated place at the customer premises.  That | | |
| | 263:05    means unboxing of the servers, putting them in what | | |
| | 263:06    we call a rack, power them, interconnect between | | |
| | 263:07    them, power them up.  Test there is no, what we call | | |
| | 263:08    "dead on arrival".  They will put software on it. | | |
| | 263:09    They will run a test to make sure that their | | |
| | 263:10    installation is in order.  And they will move it to | | |
| | 263:11    the next team. | | |
| 263:12 - 263:15 | **Eshkar, Ramon 2024-08-27** | 00:00:17 | **Eshkar4_30.42** |
| | 263:12  Q.  Does the deployment team's activity include | | |
| | 263:13       setting up the remote connection between the customer | | |
| | 263:14       installation and NSO's NOC? | | |
| | 263:15  A.  Yes. | | |
| 263:16 - 263:22 | **Eshkar, Ramon 2024-08-27** | 00:00:27 | **Eshkar4_30.43** |
| | 263:16  Q.  The servers that the deployment team installs | | |
| | 263:17       at the customer premises, that's different from the | | |
| | 263:18       VPS we discussed earlier, right? | | |
| | 263:19  A.  Yes, those are physical hardware. | | |
| | 263:20  Q.  And what purpose does the physical hardware | | |
| | 263:21       at the customer premise serve other than to run the | | |
| | 263:22       software executed on it? | | |
| 263:25 - 264:06 | **Eshkar, Ramon 2024-08-27** | 00:00:26 | **Eshkar4_30.44** |
| | 263:25       THE WITNESS:  So again in general it will | | |
| | 264:01       mean that it will run the software.  It will allow | | |
| | 264:02       the user interface to work.  It will contain the | | |
| | 264:03       storage and the electricity back-up. | | |
| | 264:04       BY MR. BLOCK: | | |

**Eshkar4_30**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 264:05  Q.  Do those servers receive and store | | |
| | 264:06       information collected from target devices? | | |
| 264:09 - 264:14 | **Eshkar, Ramon 2024-08-27** | 00:00:11 | **Eshkar4_30.45** |
| | 264:09       THE WITNESS:  The information that is being | | |
| | 264:10       collected is stored to the best of my knowledge on | | |
| | 264:11       the storage which is part of the hardware setup. | | |
| | 264:12       BY MR. BLOCK: | | |
| | 264:13  Q.  On the customer premises? | | |
| | 264:14  A.  On the customer premises. | | |

| | | |
|---|---|---|
| P's Narrowed | 00:11:54 | |
| D's Counters | 00:05:41 | |
| **TOTAL RUN TIME** | **00:17:36** | |

Documents linked to video:

P34

P35