# APPENDIX D

# Gil4_30PM

Designation List Report

**Bizinsky, Sarit**  2024-09-06

| | |
|---|---:|
| P's Narrowed | 00:05:00 |
| D's Counters | 00:00:13 |
| **TOTAL RUN TIME** | **00:05:14** |



ID: Gil4_30PM

**Gil4_30PM**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:12 - 9:16 | **Bizinsky, Sarit 2024-09-06** | 00:00:06 | **Gil4_30PM.1** |
| | 9:12   MR. MARZORATI:  Good morning. | | |
| | 9:13   A.  Good morning. | | |
| | 9:14   By Mr. Marzorati: | | |
| | 9:15   Q.  Would you please state your name for the record? | | |
| | 9:16   A.  Sarit Bizinsky Gil. | | |
| 12:12 - 12:19 | **Bizinsky, Sarit 2024-09-06** | 00:00:26 | **Gil4_30PM.2** |
| | 12:12  Q.  What legal entity is your employer? | | |
| | 12:13  A.  It is Q Cyber Ltd. | | |
| | 12:14  Q.  Q Cyber Ltd of Israel? | | |
| | 12:15  A.  Of Israel. | | |
| | 12:16  Q.  Is that the company on your paychecks? | | |
| | 12:17  A.  Yes. | | |
| | 12:18  Q.  Okay.  Has that been your employer since February 2017? | | |
| | 12:19  A.  Yes. | | |
| 16:11 - 16:22 | **Bizinsky, Sarit 2024-09-06** | 00:00:32 | **Gil4_30PM.3** |
| | 16:11  Q.  Was your role, at the beginning of 2018, still | | |
| | 16:12       director of business operations? | | |
| | 16:13  A.  Yes. | | |
| | 16:14  Q.  And did your role change at some point in time? | | |
| | 16:15  A.  Yes. | | |
| | 16:16  Q.  When did it change? | | |
| | 16:17  A.  Um, I think it was in September 2020. | | |
| | 16:18  Q.  What was your role starting in September 2020? | | |
| | 16:19  A.  I was promoted to be vice president of the global | | |
| | 16:20       business operations. | | |
| | 16:21  Q.  And is that the role you have today? | | |
| | 16:22  A.  Yes. | | |
| 17:18 - 17:21 | **Bizinsky, Sarit 2024-09-06** | 00:00:11 | **Gil4_30PM.4** |
| | 17:18  Q.  So, from 2020, September 2020, to today, you have been | | |
| | 17:19       the vice president of global business operations, is | | |
| | 17:20       that right? | | |
| | 17:21  A.  Yes. | | |
| 42:04 - 42:06 | **Bizinsky, Sarit 2024-09-06** | 00:00:07 | **Gil4_30PM.5** |
| | 42:04  Q.  And you have been designated to provide testimony as | | |
| | 42:05       defendants' corporate representative on certain topics? | | |
| | 42:06  A.  Yes. | | |
| 43:07 - 43:12 | **Bizinsky, Sarit 2024-09-06** | 00:00:19 | **Gil4_30PM.6** |
| | 43:07  Q.  We can | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 43:08  all agree that you are at least providing testimony | | |
| | 43:09  under rule 30(b)(6) as to the terms of the contracts by | | |
| | 43:10  which NSO customers obtained the right to use the | | |
| | 43:11  accused technology in use between April 29, 2018, | | |
| | 43:12  and May 10, 2020? | | |
| 43:13 - 43:16 | **Bizinsky, Sarit 2024-09-06** | 00:00:13 | **Gil4_30PM.7** |
| | 43:13  MR. CRAIG:  The financial terms of those contracts, yes. | | |
| | 43:14  Mr. Shohat was designated to testify, and did testify, | | |
| | 43:15  about the remaining portion of that topic, meaning all | | |
| | 43:16  the other terms of the contracts that are not financial. | | |
| 43:17 - 43:21 | **Bizinsky, Sarit 2024-09-06** | 00:00:11 | **Gil4_30PM.8** |
| | 43:17  Q.  You understand that? | | |
| | 43:18  A.  I understand. | | |
| | 43:19  Q.  And you are also designated to topic 40, which is the | | |
| | 43:20     consideration received by defendants from NSO customers | | |
| | 43:21     for using the relevant spyware.  Do you understand that? | | |
| 44:01 - 44:05 | **Bizinsky, Sarit 2024-09-06** | 00:00:13 | **Gil4_30PM.9** |
| | 44:01  A.  Yes. | | |
| | 44:02  Q.  Do you consent to provide corporate representative | | |
| | 44:03     testimony on those topics, subject to your counsel's | | |
| | 44:04     objection? | | |
| | 44:05  A.  Yes. | | |
| 106:21 - 106:22 | **Bizinsky, Sarit 2024-09-06** | 00:00:06 | **Gil4_30PM.10** |
| | 106:21  Q.  For 2018 through 2020, what was the price on the price | | |
| | 106:22      list of 15 concurrent targets, triggered only? | | |
| 107:03 - 107:04 | **Bizinsky, Sarit 2024-09-06** | 00:00:13 | **Gil4_30PM.11** |
| | 107:03  A.  Okay, so as far as I remember, for Europe, for example, | | |
| | 107:04      the standard price was around 7 million. | | |
| 108:12 - 108:14 | **Bizinsky, Sarit 2024-09-06** | 00:00:09 | **Gil4_30PM.12** |
| | 108:12  Q.  Okay.  And how much were covert vectors?  How much extra | | |
| | 108:13      would a customer, let's say in Europe, have to pay for | | |
| | 108:14      the use of covert vectors? | | |
| 108:17 - 108:18 | **Bizinsky, Sarit 2024-09-06** | 00:00:12 | **Gil4_30PM.13** |
| | 108:17  A.  So it could be additional 1 million.  1.5.  Again, | | |
| | 108:18      I don't remember exactly the pricing. | | |
| 110:22 - 110:23 | **Bizinsky, Sarit 2024-09-06** | 00:00:06 | **Gil4_30PM.14** |
| | 110:22  Q.  Are you aware that certain customers paid more than | | |
| | 110:23      $7 million for 15 concurrent targets? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 111:01 - 111:01 | **Bizinsky, Sarit 2024-09-06** | 00:00:06 | **Gil4_30PM.15** |
| | 111:01  A.  Yes.  I don't remember but, potentially, yes. | | |
| 111:16 - 111:17 | **Bizinsky, Sarit 2024-09-06** | 00:00:05 | **Gil4_30PM.16** |
| | 111:16       Why would defendants charge more, an additional | | |
| | 111:17       amount, for covert vectors? | | |
| 111:19 - 112:01 | **Bizinsky, Sarit 2024-09-06** | 00:00:40 | **Gil4_30PM.17** |
| | 111:19  A.  Um, many of the veteran customers, their original deals | | |
| | 111:20       did not include covert, because the company did not have | | |
| | 111:21       covert vectors in 2013, okay.  So these potential | | |
| | 111:22       customers, we could offer them now this option to buy it | | |
| | 111:23       as a separate upsell. | | |
| | 111:24  Q.  So the use of covert vectors was an upsell from the use | | |
| | 111:25       of triggered vectors? | | |
| | 112:01  A.  For those who didn't get it in the original deal, yes. | | |
| 121:21 - 122:01 | **Bizinsky, Sarit 2024-09-06** | 00:00:12 | **Gil4_30PM.18** |
| | 121:21  Q.  You | | |
| | 121:22       testified that there is at least one customer you are | | |
| | 121:23       aware of that purchased this additional option to use | | |
| | 121:24       Pegasus outside of the country -- outside of the home | | |
| | 121:25       country, correct? | | |
| | 122:01  A.  Correct. | | |
| 122:03 - 122:04 | **Bizinsky, Sarit 2024-09-06** | 00:00:04 | **Gil4_30PM.19** |
| | 122:03       system.  And I am asking you, would it double the price | | |
| | 122:04       of the system? | | |
| 122:07 - 122:12 | **Bizinsky, Sarit 2024-09-06** | 00:00:29 | **Gil4_30PM.20** |
| | 122:07  A.  So, for the time period of 2018 until 2020, this could | | |
| | 122:08       add some amount, but I don't recall it ever doubled the | | |
| | 122:09       price. | | |
| | 122:10  Q.  Do you recall how much it added? | | |
| | 122:11  A.  Again, I don't remember, but it could be 1 million to | | |
| | 122:12       2 million, maybe. | | |
| 174:21 - 175:02 | **Bizinsky, Sarit 2024-09-06** | 00:00:26 | **Gil4_30PM.21** |
| | 174:21  Q.  To return to one of the first questions I asked you, | | |
| | 174:22       your legal employer is Q Cyber of Israel, correct? | | |
| | 174:23  A.  Yes. | | |
| | 174:24  Q.  Do you -- in your day to day work in 2018 and 2019, did | | |
| | 174:25       you perceive any difference between people who worked | | |
| | 175:01       for Q Cyber Israel and NSO Group?  Was there anything | | |

**Gil4_30PM**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 175:02    that was specific to one company or to the other? | | |
| 175:04 - 175:06 | **Bizinsky, Sarit 2024-09-06** | 00:00:08 | **Gil4_30PM.22** |
| | 175:04   A.   I don't know. | | |
| | 175:05   Q.   You don't know, or you didn't perceive anything? | | |
| | 175:06   A.   I didn't perceive anything. | | |

| | |
|---|---|
| P's Narrowed | 00:05:00 |
| D's Counters | 00:00:13 |
| **TOTAL RUN TIME** | **00:05:14** |