# APPENDIX E

# Susan Glick Both Parties Trial Designations

Designation List Report

| | | |
|---|---|---|
| | **Glick, Susan** | **2024-09-09** |

| | |
|---|---:|
| NSO Designations | 00:03:27 |
| WhatsApp Designations | 00:02:27 |
| **TOTAL RUN TIME** | **00:05:53** |



ID: Glick_250504_1309

Glick_250504_1309 - Susan Glick Both Parties Trial Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:07 - 6:08 | **Glick, Susan 2024-09-09** | 00:00:05 | **Glick_250504_1309.1** |
| | 6:07  Q.  Good morning, Ms. Glick.  How are you today? | | |
| | 6:08  A.  I'm good.  Thank you. | | |
| 10:24 - 11:06 | **Glick, Susan 2024-09-09** | 00:00:31 | **Glick_250504_1309.2** |
| | 10:24  Q.  you worked for | | |
| | 10:25      WhatsApp, and before that, Facebook; is that correct? | | |
| | 11:01  A.  That's correct. | | |
| | 11:02  Q.  And when were the bookends in time that you | | |
| | 11:03      worked at Facebook and then WhatsApp? | | |
| | 11:04  A.  I started at Facebook in September of 2016. | | |
| | 11:05      I moved from Facebook to WhatsApp in July of 2019, | | |
| | 11:06      I believe.  And I was at WhatsApp until May of 2021. | | |
| 11:16 - 12:03 | **Glick, Susan 2024-09-09** | 00:00:32 | **Glick_250504_1309.3** |
| | 11:16      In your LinkedIn profile, you described your | | |
| | 11:17      work at Facebook as having (as read): | | |
| | 11:18      "Managed communications for | | |
| | 11:19      privacy-related products, | | |
| | 11:20      challenges, and news.  Led | | |
| | 11:21      comprehensive external engagement | | |
| | 11:22      campaigns, including meetings with | | |
| | 11:23      policymakers, roundtables with | | |
| | 11:24      third-party influencers and media | | |
| | 11:25      briefings.  Advised on product | | |
| | 12:01      development." | | |
| | 12:02      Is that right? | | |
| | 12:03  A.  Correct. | | |
| 12:19 - 13:01 | **Glick, Susan 2024-09-09** | 00:00:31 | **Glick_250504_1309.4** |
| | 12:19  Q.  Okay.  So focusing on your role as a privacy | | |
| | 12:20      communications manager at Facebook, what's an example | | |
| | 12:21      of a privacy-related challenge? | | |
| | 12:22  A.  Oh, the General Data Protection Regulation | | |
| | 12:23      coming into force in Europe. | | |
| | 12:24  Q.  Anything else?  Or was that the basic idea? | | |
| | 12:25  A.  That, or questions about data privacy and how | | |
| | 13:01      Facebook handled data. | | |
| 13:02 - 13:06 | **Glick, Susan 2024-09-09** | 00:00:14 | **Glick_250504_1309.5** |
| | 13:02  Q.  What were the comprehensive external | | |
| | 13:03      engagement campaigns that you led while at Facebook? | | |
| | 13:04  A.  Primary one was, for example, the General | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 13:05 | | Data Protection Regulation coming into force in | | |
| | 13:06 | | Europe. | | |
| 13:07 - 13:08 | **Glick, Susan 2024-09-09** | | | 00:00:09 | **Glick_250504_1309.6** |
| | 13:07 | Q. | And when did that come into force? | | |
| | 13:08 | A. | Roughly 2018. | | |
| 13:09 - 13:12 | **Glick, Susan 2024-09-09** | | | 00:00:08 | **Glick_250504_1309.7** |
| | 13:09 | Q. | Were there others -- you said the primary one | | |
| | 13:10 | | was the GDPR. Were there others? Or was that really | | |
| | 13:11 | | the one? | | |
| | 13:12 | A. | There were others. | | |
| 15:06 - 15:11 | **Glick, Susan 2024-09-09** | | | 00:00:11 | **Glick_250504_1309.11** |
| | 15:06 | Q. | And have you also personally briefed the head | | |
| | 15:07 | | of WhatsApp? | | |
| | 15:08 | A. | Yes. | | |
| | 15:09 | Q. | And who's that person? | | |
| | 15:10 | A. | At the time when I worked there, that person | | |
| | 15:11 | | was Will Cathcart. | | |
| 20:20 - 21:03 | **Glick, Susan 2024-09-09** | | | 00:00:25 | **Glick_250504_1309.14** |
| | 20:20 | Q. | So are you also -- well, are you familiar | | |
| | 20:21 | | with the intended uses for NSO's products? | | |
| | 20:22 | A. | Not really. | | |
| | 20:23 | Q. | Do you have any understanding at all? | | |
| | 20:24 | A. | Minimal. | | |
| | 20:25 | Q. | And what is your minimal understanding? | | |
| | 21:01 | A. | That NSO has software that someone could | | |
| | 21:02 | | implant on somebody's phone to see what that user does | | |
| | 21:03 | | on their phone. | | |
| 27:11 - 27:22 | **Glick, Susan 2024-09-09** | | | 00:00:22 | **Glick_250504_1309.15** |
| | 27:11 | Q. | Did you ever hear Mr. Zuckerberg express any | | |
| | 27:12 | | opinion about NSO? | | |
| | 27:13 | A. | Never. | | |
| | 27:14 | Q. | Who is Sheryl Sandberg? | | |
| | 27:15 | A. | She was the second-in-command to Mark | | |
| | 27:16 | | Zuckerberg at Facebook. | | |
| | 27:17 | Q. | So she was the No. 2 at Facebook during the | | |
| | 27:18 | | time that you were at Facebook and WhatsApp? | | |
| | 27:19 | A. | That's my understanding. | | |
| | 27:20 | Q. | All right. Did you ever speak with | | |
| | 27:21 | | Ms. Sandberg about NSO? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 27:22   A.   Never. | | |
| 64:22 - 65:01 | **Glick, Susan 2024-09-09** | 00:00:15 | **Glick_250504_1309.16** |
| | 64:22   Q.   Let me ask a basic question.  What is your | | |
| | 64:23         understanding of why WhatsApp chose to notify the | | |
| | 64:24         1,470 WhatsApp account-holders? | | |
| | 64:25   A.   We wanted to make them aware that their | | |
| | 65:01         phones may have been compromised. | | |
| 65:02 - 65:03 | **Glick, Susan 2024-09-09** | 00:00:06 | **Glick_250504_1309.17** |
| | 65:02   Q.   Any other reasons? | | |
| | 65:03   A.   Not that I can recall. | | |
| 65:04 - 65:10 | **Glick, Susan 2024-09-09** | 00:00:26 | **Glick_250504_1309.18** |
| | 65:04   Q.   And why is it that you wanted to notify these | | |
| | 65:05         1,470 WhatsApp users that their phones may have been | | |
| | 65:06         compromised? | | |
| | 65:07   A.   Because WhatsApp is a private messaging | | |
| | 65:08         platform, and when a messaging platform gets hacked, | | |
| | 65:09         you generally owe it to your users to let them know | | |
| | 65:10         that they may have been the victim of a hack. | | |
| 68:04 - 68:05 | **Glick, Susan 2024-09-09** | 00:00:07 | **Glick_250504_1309.19** |
| | 68:04   Q.   Okay.  Did WhatsApp believe that it had a | | |
| | 68:05         legal obligation to notify the 1,470 users? | | |
| 68:08 - 68:08 | **Glick, Susan 2024-09-09** | 00:00:02 | **Glick_250504_1309.20** |
| | 68:08         THE WITNESS:  I don't know. | | |
| 68:09 - 68:11 | **Glick, Susan 2024-09-09** | 00:00:03 | **Glick_250504_1309.21** |
| | 68:09         BY MR. AKROTIRIANAKIS: | | |
| | 68:10   Q.   Did you say "no" or "I don't know"? | | |
| | 68:11   A.   "I don't know." | | |
| 68:12 - 68:13 | **Glick, Susan 2024-09-09** | 00:00:07 | **Glick_250504_1309.22** |
| | 68:12   Q.   Did you ever hear anyone within WhatsApp say | | |
| | 68:13         that there was a legal obligation to notify the 1,470? | | |
| 68:17 - 68:17 | **Glick, Susan 2024-09-09** | 00:00:03 | **Glick_250504_1309.23** |
| | 68:17         THE WITNESS:  Not that I recall. | | |
| 69:09 - 69:14 | **Glick, Susan 2024-09-09** | 00:00:36 | **Glick_250504_1309.24** |
| | 69:09   Q.   What do you know about the security flaw? | | |
| | 69:10   A.   I remember that WhatsApp code was exploited | | |
| | 69:11         by NSO and Pegasus, and that -- I think, if I'm | | |
| | 69:12         remembering correctly, the fix was that WhatsApp was | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 69:13 | | able to make it so that those kinds of exploits | | |
| | 69:14 | | couldn't happen. | | |
| 69:22 - 70:02 | **Glick, Susan 2024-09-09** | | | 00:00:16 | **Glick_250504_1309.25** |
| | 69:22 | Q. | Do you recall what it was that you | | |
| | 69:23 | | hyperlinked in the draft email that you prepared for | | |
| | 69:24 | | Mr. Cathcart? | | |
| | 69:25 | A. | I don't specifically recall, but it must have | | |
| | 70:01 | | been a newspaper article, or, like, online article on | | |
| | 70:02 | | that topic. | | |
| 70:09 - 70:16 | **Glick, Susan 2024-09-09** | | | 00:00:23 | **Glick_250504_1309.26** |
| | 70:09 | Q. | You recall that the security flaw was in the | | |
| | 70:10 | | WhatsApp code; is that right? | | |
| | 70:11 | A. | I don't remember, specifically. | | |
| | 70:12 | Q. | Are you familiar with the term "zero day"? | | |
| | 70:13 | A. | Yeah, vaguely. | | |
| | 70:14 | Q. | Do you remember what "zero day" means? | | |
| | 70:15 | A. | Like, some kind of security breach that has | | |
| | 70:16 | | never been seen before. | | |
| 71:12 - 71:20 | **Glick, Susan 2024-09-09** | | | 00:00:25 | **Glick_250504_1309.27** |
| | 71:12 | Q. | Sure. It is correct that WhatsApp fixed the | | |
| | 71:13 | | flaw back in May 2019; correct? | | |
| | 71:14 | A. | Whatever the issue was, they fixed it, to the | | |
| | 71:15 | | best of my knowledge. | | |
| | 71:16 | Q. | Okay. And your understanding was that with | | |
| | 71:17 | | the fix, that you were aware of, that the | | |
| | 71:18 | | vulnerability could no longer be exploited; correct? | | |
| | 71:19 | A. | My understanding was that whatever the issue | | |
| | 71:20 | | was, they fixed it. | | |

| | |
|---|---|
| NSO Designations | 00:03:27 |
| WhatsApp Designations | 00:02:27 |
| **TOTAL RUN TIME** | **00:05:53** |