Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>             Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>             Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PLAINTIFFS' NOTICE OF FILING OF [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND [PROPOSED] FINAL JUDGMENT**<br><br>Ctrm:  3<br>Judge: Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

1  Pursuant to the Court's order dated October 17, 2025 (Dkt. No. 802), Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs"), by and through their counsel, hereby file the following documents attached hereto:

    1. A [Proposed] Order Granting Plaintiffs' Motion For Permanent Injunction;

    2. An annotated comparison of the [Proposed] Order Granting Plaintiffs' Motion For Permanent Injunction and the previously filed [Proposed] Order Granting Plaintiffs' Motion For Permanent Injunction (Dkt. No. 558-3); and

    3. A [Proposed] Final Judgment.

Dated: October 31, 2025

Respectfully Submitted,
DAVIS POLK & WARDWELL LLP

By: */s/ Greg D. Andres*
    Greg D. Andres
    Antonio J. Perez-Marques
    Luca Marzorati
      (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email: greg.andres@davispolk.com
          antonio.perez@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

1

PLAINTIFFS' NOTICE OF FILING OF [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND [PROPOSED] FINAL JUDGMENT, CASE NO. 4:19-CV-07123-PJH