3

Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
          antonio.perez@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and METO PLATFORMS, INC.,<br><br>          Plaintiffs,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>          Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] FINAL JUDGMENT** |

On December 20, 2024, the Court granted summary judgment as to liability in favor of Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and against Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"). Dkt. No. 494. The case subsequently proceeded to trial on the issue of damages only.

On May 6, 2025, a jury entered a unanimous verdict in favor of Plaintiffs and against Defendants in the total amount of $167,698,719, consisting of $444,719 in compensatory damages and $167,254,000 in punitive damages. Dkt No. 736. On October 17, 2025, the Court granted Plaintiffs' motion for a permanent injunction and remitted the punitive damages award to $4,002,471. Dkt. No. 802. Plaintiffs accepted the remittitur on October 31, 2025. On _____, 2025, the Court entered its permanent injunction.

Accordingly, the Court hereby enters final judgment in favor of Plaintiffs as to Defendants in the amount of $4,447,190, consisting of $444,719 in compensatory damages and $4,002,471 in punitive damages. Pursuant to 28 U.S.C. § 1961, post-judgment interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors for the Federal Reserve System, for the calendar week preceding the date of the judgment. This final judgment shall also include the permanent injunction.

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a). Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of enforcing its judgment and considering any motions for attorney's fees or costs. The Clerk is hereby directed to enter judgment forthwith.

JUDGMENT APPROVED AS TO FORM BY:

Dated: _____    By: _____
                                 Honorable Phyllis J. Hamilton
                                 United States District Judge

JUDGMENT ENTERED: _____, 2025
By:  Clerk of the United States District Court
     for the Northern District of California