1  Greg D. Andres
   Antonio J. Perez-Marques
2  Luca Marzorati
      (admitted *pro hac vice*)
3  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
4  New York, New York 10017
   Telephone: (212) 450-4000
5  Facsimile: (212) 701-5800
6  Email:   greg.andres@davispolk.com
            antonio.perez@davispolk.com
7           luca.marzorati@davispolk.com

8  Micah G. Block (SBN 270712)
   DAVIS POLK & WARDWELL LLP
9  900 Middlefield Road, Suite 200
10 Redwood City, California 94063
   Telephone: (650) 752-2000
11 Facsimile:  (650) 752-2111
   Email:   micah.block@davispolk.com
12

13 *Attorneys for Plaintiffs*
   *WhatsApp LLC and Meta Platforms, Inc.*

14

15                     UNITED STATES DISTRICT COURT

16                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                              OAKLAND DIVISION

18 |                                      ) Case No. 4:19-cv-07123-PJH
   | WHATSAPP LLC and                     )
19 | META PLATFORMS, INC.,                ) **PLAINTIFFS' NOTICE OF**
   |                                      ) **ACCEPTANCE OF REMITTITUR**
20 |                                      )
21 |            Plaintiffs,                ) Ctrm:  3
   |                                      ) Judge: Hon. Phyllis J. Hamilton
22 |        v.                             ) Action Filed:   October 29, 2019
   |                                      )
23 | NSO GROUP TECHNOLOGIES LIMITED       )
   | and Q CYBER TECHNOLOGIES LIMITED,    )
24 |                                      )
25 |            Defendants.                )
   |                                      )
26

27

28

Plaintiffs WhatsApp LLC and Meta Platforms, Inc. hereby accept remittitur as ordered by the Court on October 17, 2025 (Dkt. No. 802), in lieu of a new trial.

Dated: October 31, 2025

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: */s/ Greg D. Andres*
Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
       antonio.perez@davispolk.com
       luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*