# EXHIBIT 3

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4   ---------------------------------X
     WHATSAPP INC., a Delaware         )
 5   corporation, and FACEBOOK, INC.,  )
     a Delaware corporation,           )
 6                                     )
                   Plaintiffs,         )
 7                                     ) Case No.
          v.                           )
 8                                     ) 4:19-CV-07123-PJH
     NSO GROUP TECHNOLOGIES LIMITED    )
 9   and Q CYBER TECHNOLOGIES          )
     LIMITED,                          )
10                                     )
                   Defendants.         )
11   ---------------------------------X
12              **HIGHLY CONFIDENTIAL**
13                ATTORNEYS' EYES ONLY
14              VIDEOTAPED DEPOSITION OF
15             TERRENCE PATRICK DIVITTORIO
16      Wednesday, September 18, 2024; 9:33 a.m. EDT
17
18   Reported by:  Cindy L. Sebo, RMR, CRR, CLR, RPR, CCR,
     CSR, RSA, CA CSR 14409, NJ Certified CR 30XI0024460,
19   NJ Certified RT 30XR00019500, NM CSR 589, NY Realtime
     Court Reporter, NY Association Certified Reporter, OR
20   CSR 230105, TN CSR 998, TX CSR 12778, WA CSR
     23005926, Remote Counsel Reporter, LiveLitigation
21   Authorized Reporter, Notary Public
22
```

Veritext Legal Solutions
212-279-9424     www.veritext.com     212-490-3430

```
 1          Confidential Videotaped Deposition of
 2   TERRENCE PATRICK DIVITTORIO, held at the law offices
 3   of King & Spalding LLP, 1650 Tysons Boulevard,
 4   Suite 400, McLean, Virginia, before Cindy L. Sebo,
 5   Registered Merit Court Reporter, Certified Real-Time
 6   Reporter, Certified LiveNote Reporter, Registered
 7   Professional Reporter, Certified Court Reporter,
 8   Certified Shorthand Reporter, Real-Time Systems
 9   Administrator, California Shorthand Reporter 14409,
10   New Jersey Certified Court Reporter 30XI00244600, New
11   Jersey Certified Realtime Reporter 30XR00019500, New
12   Mexico CSR 589, New York Realtime Certified Reporter,
13   New York Association Certified Reporter, Oregon CSR
14   230105, Tennessee CSR 998, Texas CSR 12778,
15   Washington CSR 23005926, Remote Counsel Reporter,
16   LiveLitigation Authorized Reporter and Notary Public,
17   beginning at approximately 9:33 a.m. EDT, when were
18   present on behalf of the respective parties:
19
20
21
22
```

|    |                                                     |
|----|-----------------------------------------------------|
| 1  | A P P E A R A N C E S:                              |
| 2  | Attorneys for Plaintiffs:                           |
| 3  |     DAVIS POLK & WARDWELL LLP                       |
| 4  |     GREG D. ANDRES, ESQUIRE                         |
| 5  |     QUENTIN J. ULLRICH, ESQUIRE                     |
| 6  |     ANTONIO J. PEREZ-MARQUES, ESQUIRE               |
| 7  |     450 Lexington Avenue                            |
| 8  |     New York, New York 10017                        |
| 9  |     212.450.4724                                    |
| 10 |     greg.andres@davispolk.com                       |
| 11 |     quentin.ullrich@davispolk.com                   |
| 12 |     antonio.perez@davispolk.com                     |
| 13 |                                                     |
| 14 | Attorneys for Defendants and the witness:           |
| 15 |     KING & SPALDING LLP                             |
| 16 |     JOSEPH AKROTIRIANAKIS, ESQUIRE                  |
| 17 |     AARON CRAIG, ESQUIRE                            |
| 18 |     633 West Fifth Street, Suite 1600               |
| 19 |     Los Angeles, California 90071                   |
| 20 |     213.443.4313                                    |
| 21 |     jakro@kslaw.com                                 |
| 22 |     acraig@kslaw.com                                |

Page 13

1                    --oOo--
2           TERRENCE PATRICK DIVITTORIO,
3     after having been first duly sworn under
4     penalty of perjury by the certified
5     stenographer to tell the truth, the whole
6     truth and nothing but the truth, testified
7     herein as follows:
8                    --oOo--
9              CERTIFIED STENOGRAPHER:  Thank
10       you.
11              The witness is sworn, Counsel.
12              ATTORNEY ANDRES:  Good morning.
13       Just in terms of notices of appearance,
14       my name is Greg Andres.  I'm here with
15       Quentin Ullrich and also Tony Perez from
16       Davis Polk & Wardwell; and on the phone
17       is in-house counsel from Meta,
18       Michael Chmelar.
19              ATTORNEY AKROTIRIANAKIS:  Joe
20       Akrotirianakis, Aaron Craig and -- yeah,
21       Joe Akrotirianakis and Aaron Craig and
22       Chaim Gelfand, all from NSO.

Page 325

1         another article I remember reading at one
2         point -- I can't remember when -- about
3         the use of Pegasus to thwart a subway
4         bombing, I think, in -- somewhere in
5         Europe.
6    BY ATTORNEY AKROTIRIANAKIS:
7         Q.    You were testifying earlier today
8    about a -- one or more trips to -- to Tel Aviv,
9    during which you gained an understanding of some
10   of the high-level understanding of some of the
11   capabilities of -- of Pegasus.
12              During the same trips, did you
13   also learn about the other products that -- that
14   you've discussed today?
15        A.    Yes.
16        Q.    And would those include the Circles
17   products that you've discussed today?
18        A.    Yes.
19        Q.    Going back for the moment to
20   Exhibit 2079.  This is the one with the -- I'm
21   sorry -- 2081 and 2086 -- that's not it -- 2081
22   and 20- -- is it 2085?

Page 326

```
 1                    What's the one that has the
 2    $7.6 million?
 3                    There we go.  I have it.
 4                    It's 2081 and 2085.
 5         A.    Okay.  I have them, Joe.
 6         Q.    All right.  So we -- we -- we
 7    discussed the aspirational pricing in 2081 and
 8    the in-fact pricing in 2085; is that correct?
 9                    ATTORNEY ANDRES:  Objection:
10         mischaracterizes the testimony.
11                    THE WITNESS:  Yes.
12    BY ATTORNEY AKROTIRIANAKIS:
13         Q.    And I -- I wanted to ask you:  Do
14    you recall an occasion when Pegasus was offered
15    to the United States Government in connection
16    with a particular event at no charge?
17         A.    Yes.
18         Q.    Okay.  And tell us what you
19    remember.
20         A.    On one of my trips to Israel, I
21    received a call late in the evening from
22    Special Agent Michelle Kim from the FBI, who
```

1    explained to me that there was a mass shooting at
2    a baptist church in San Antonio, Texas.  I
3    believe she said over 20 people were killed, many
4    more injured, and the FBI was working with local
5    law enforcement on the investigation and had
6    recovered the shooter's phone, but the -- the
7    phone had gone through a battery recycle and
8    powered off, and the FBI was in possession of the
9    phone but could not access the phone.  And she
10   said, Does -- do you think NSO -- Westbridge and
11   NSO can help us here?
12              I said, Let me call you back in an
13   hour.
14              I immediately got on the phone with
15   Eran Gorev and Shalev Hulio, also brought in
16   Tomer Timor, explained the situation.  Eran then
17   conferenced in several more senior NSO members
18   from product, from research, from other technical
19   areas in the company, explained to them that the
20   FBI was in need of NSO's help and that we were
21   going to get all the resources immediately
22   available.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Page 342

1    I, Cindy L. Sebo, Nationally Certified Court
2    Reporter herein, do hereby certify that the foregoing
3    deposition of TERRENCE PATRICK DIVITTORIO was taken
4    before me pursuant to notice at the time and place
5    indicated; that said witness duly swore to tell the
6    truth, the whole truth, and nothing but the truth
7    under penalties of perjury; that said testimony of
8    witness was correctly recorded to the best of my
9    abilities in machine shorthand, thereafter
10   transcribed under my supervision with computer-aided
11   transcription; that deposition is a true and accurate
12   record of the testimony given by the witness; that I
13   am neither counsel, nor kin to any party in said
14   action, nor interested in the outcome; and that a
15   copy of this transcript obtained from a source other
16   than the court reporting firm, including an adversary
17   or co-counsel in the matter, is uncertified and may
18   not be used at trial.

19   _____
     CINDY L. SEBO, RMR, CRR, CLR, RPR, CCR, CSR,
20   RSA, CA CSR 14409, NJ Certified CR 30XI0024460,
     NJ Certified RT 30XR00019500, NM CSR 589, NY
21   Realtime Court Reporter, NY Association Certified
     Reporter, OR CSR 230105, TN CSR 998, TX CSR 12778,
22   WA CSR 23005926, Notary Public