UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHATSAPP INC., et al.,

    Plaintiffs,

    v.

NSO GROUP TECHNOLOGIES LIMITED, et al.,

    Defendants.

Case No. 19-cv-07123-PJH

**ORDER RE DEFENDANTS' RESPONSE AND OBJECTION TO PROPOSED INJUNCTION ORDER**

Re: Dkt. 805

    Defendants have filed a response and objection to plaintiffs' proposed injunction order. See Dkt. 805. Before ruling on defendants' objection to the proposed injunction order, the court will allow plaintiffs to file a response, to be filed as soon as possible, but no later than **Monday, November 10, 2025**. No further briefing will be considered, and the court will issue a ruling on the papers, without a hearing.

    **IT IS SO ORDERED.**

Dated: November 5, 2025

                      /s/ *Phyllis J. Hamilton*
                      PHYLLIS J. HAMILTON
                      United States District Judge