UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**FINAL JUDGMENT** |

On December 20, 2024, the Court granted summary judgment as to liability in favor of Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") and against Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"). Dkt. No. 494. The case subsequently proceeded to trial on the issue of damages only.

On May 6, 2025, a jury entered a unanimous verdict in favor of Plaintiffs and against Defendants in the total amount of $167,698,719, consisting of $444,719 in compensatory damages and $167,254,000 in punitive damages. Dkt No. 736. On October 17, 2025, the Court granted Plaintiffs' motion for a permanent injunction and remitted the punitive damages award to $4,002,471. Dkt. No. 802. Plaintiffs accepted the remittitur on October 31, 2025. On November 12, 2025, the Court entered its permanent injunction.

Accordingly, the Court hereby enters final judgment in favor of Plaintiffs as to Defendants in the amount of $4,447,190, consisting of $444,719 in compensatory damages and $4,002,471 in punitive damages. Pursuant to 28 U.S.C. § 1961, post-judgment interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors for the Federal Reserve System, for the calendar week preceding the date of the judgment. This final judgment shall also include the permanent injunction.

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a). Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of enforcing its judgment and considering any motions for attorney's fees or costs. The Clerk is hereby directed to enter judgment forthwith.

SO ORDERED.

Dated: November 12, 2025      By:   /s/ Phyllis J. Hamilton
                                    Honorable Phyllis J. Hamilton
                                    United States District Judge