UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | Case No. 19-cv-07123-PJH<br><br>**ORDER RE ADMINISTRATIVE STAY AND SETTING BRIEFING SCHEDULE FOR MOTION TO STAY PENDING APPEAL**<br><br>Re: Dkt. 805 |

Defendants have requested an administrative stay of the court's injunction order and a briefing schedule for defendants' forthcoming motion to stay pending appeal. See Dkt. 805. Although plaintiffs persuasively argue that the court has already concluded that defendants are causing ongoing irreparable harm, the court believes that a limited administrative stay is warranted during the pendency of defendants' forthcoming motion. To that end, the court sets the following deadlines: defendants shall have until **Wednesday, November 19** to file a motion to stay pending appeal, plaintiffs shall have until **Wednesday, November 26** to file an opposition brief, and defendants shall have until **Wednesday, December 3** to file a reply. No further briefing will be permitted, and the motion will be decided on the papers. The injunction order is administratively stayed until the resolution of defendants' motion to stay pending appeal.

    **IT IS SO ORDERED.**

Dated: November 12, 2025

                                             /s/ *Phyllis J. Hamilton*
                                             PHYLLIS J. HAMILTON
                                             United States District Judge