**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Northern District of California

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 4:19-cv-07123-PJH

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 10/29/2019

Date of judgment or order you are appealing: 11/12/2025

Docket entry number of judgment or order you are appealing: 808-810

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

NSO Group Technologies Limited; Q Cyber Technologies Limited

Is this a cross-appeal? ◯ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ⦿ Yes  ◯ No

If yes, what is the prior appeal case number? 20-16408

Your mailing address (if pro se):

King & Spalding LLP

633 West Fifth Street, Suite 1600

City: Los Angeles   State: CA   Zip Code: 90071

Prisoner Inmate or A Number (if applicable):

**Signature** /s/   **Date**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                  Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| NSO Group Technologies Limited; Q Cyber Technologies Limited |

Name(s) of counsel (if any):

| |
|---|
| King & Spalding LLP<br>Joseph Akrotirianakis, Aaron Craig, Matthew Dawson, Matthew Noller |

Address: 633 West Fifth Street, Ste 1600, Los Angeles, CA 90071

Telephone number(s): 213-443-4355

Email(s): jakro@kslaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Meta Inc., WhatsApp Inc. |

Name(s) of counsel (if any):

| |
|---|
| Davis Polk<br>Greg Andres, Antonio Perez, Micah Block |

Address: 450 Lexington Ave., New York, NY 10017

Telephone number(s): 212-540-4724

Email(s): greg.andres@davispolk.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                          1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  New 12/01/2018