# Exhibit B

**Triangle Holdings SA**

*Société Anonyme*

Registered office : 46A Avenue John F. Kennedy, Luxembourg

R.C.S. Luxembourg B 192115 (the "**Company**")

---

**BUSINESS ETHICS COMMITTEE CHARTER**
(version 2)
Adopted by Board resolution on 4th February 2019

---

### 1. Overall Purpose

1.1 The Business Ethics Committee (BEC) was established in July 2015 by the board of directors of the Company (the "**Board**") as a committee of the Board for implementation across the group of companies the Company belongs to (the "**Group**") with the authority, responsibility and specified duties as described in this Charter, as approved by the Board, and as separately instructed from time to time by the Board. Decisions taken by the BEC pursuant to this Charter and absent any further action by the Board shall be binding on the Group in the same manner as a resolution of the Board. This Charter may be amended from time to time by the Board.

1.2 The BEC assesses and vets potential engagements and sales through a multilayered process named the Business Ethics Framework (the "**BEF**") ensuring that only vetted government agencies are approved to use the Group's technology for legitimate and legal purposes in an ethical manner.

1.3 The BEC uses the BEF to enable the Company to identify, assess and manage the legal, ethical and reputational risk of supplying its solutions to its customers:

- Legal Risk

Legal risk is concerned with whether there are any laws prohibiting the supply of a particular solution to a customer or proscribing certain activities in relation to such a sale

- Ethical Risk

Ethical risk is concerned with whether the Company thinks it is appropriate to supply a particular solution to a customer, by assessing such factors as the respect for the rule of law and the likelihood of the solution being used for purposes other than the proper licensed use, notwithstanding the legality of a proposed sale

- Reputational Risk

Reputational risk is concerned with the external view of the supply of a particular solution to a

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

NSO_WHATSAPP_00045876
NSO_WHATSAPP_00045876

customer, notwithstanding the legality and propriety of the proposed sale.

1.4 The BEC shall also conduct annual reviews of the BEF and process to include a review of its decisions and re-approval of the country lists, moving any countries to take account of changes in circumstances.

1.5 The BEC shall provide a report to the Board at each quarterly Board meeting or at such other times as the Board shall require summarizing the activity of the BEC since the last Board meeting and on a year to date basis, including by category the number of applications considered by the BEC, the decisions by the BEC (approvals, declines, deferrals), and the applications which were declined.

2. **Composition of the BEC**

2.1 The BEC shall consist of up to seven (7) members.

2.2 As of the date of this Charter, the BEC shall be comprised of the following members:
   - Chief Executive Officer of the Group;
   - Chairman of the Group;
   - General Counsel of the Group; and
   - at least one (1) and up to four (4) Independent Advisors.

2.3 Independent Advisors shall be appointed by the Board in consultation with the Chairman, CEO and General Counsel of the Group.

2.4 Each member of the BEC shall serve until the earlier of his or her resignation or removal by the Board. Each Management member of the BEC shall automatically be removed from the BEC at such time as they cease to be engaged by the Company.

2.5 Any vacancies on the BEC shall be filled by the Board.

3. **Organization and Meetings of the BEC**

3.1 The BEC shall meet when required but not less than four times a year. Ordinarily, the agenda and materials for each meeting shall be provided to each member at least 48 hours in advance of each meeting although occasionally updated or urgent materials may be provided closer to the time of the meeting. Attendees may be present in person at the meeting or may join by telephone. The location of the meeting shall be wherever the Chairman is located.

3.2 The presence of a majority of the members of the BEC shall constitute a quorum, provided that such majority includes at least (a) the Chairman of the Group; (b) the General Counsel of the Group; and (c) where there are four (4) Independent Advisors, at least three (3) of them; where there are three (3) Independent Advisors, at least two (2) of them; and where there are one (1) or two (2) Independent Advisors, each of them.

3.3 Any member of the BEC who is unable to attend a meeting may submit their decision concerning any application to the General Counsel in advance of such meeting having properly read and

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

NSO_WHATSAPP_00045877
NSO_WHATSAPP_00045876

considered the relevant material circulated in advance. In such case, the member shall be counted towards the quorum set out in Article 3.2.

3.4 The General Counsel shall act as the Chairman of the meeting or designate an alternate if absent.

3.5 Decisions of the BEC to approve an application shall be taken (a) where a quorum has been established, with the unanimous vote of all BEC members present in favour of an application; or (b) if all BEC members are in attendance or have submitted their votes in advance, where no more than one (1) member votes against an approval.

3.6 Any member of the BEC may submit to the Board an appeal of any decision (or failure to reach a decision) of the BEC for which at least one member dissents. The Board shall have 30 days from submission of the appeal to either affirm or reverse the decision of the BEC. If the Board does not act within such 30 day period, the decision of the BEC shall be deeded affirmed and final.

3.7 The BEC shall appoint a secretary who shall record the minutes and decisions of the BEC. In the absence of the appointment of a secretary, the General Counsel of the Group shall record the minutes.

3.8 Any member of the BEC that has a personal or professional financial or other material interest in a transaction or contract that is the subject of a decision by the BEC, other than by virtue of being an employee, director or officer of the Group, shall notify the other BEC members of such interest and shall be recused from the deliberation and not eligible to vote on any decision on that matter.

3.9 The BEC shall have the authority to select and retain legal counsel or other independent advisors to assist the BEC in any matter.

4. **Customer Selection**

4.1 The BEC shall set clear guidelines for certain key criteria that it must assess in evaluating whether to proceed to contract with potential customers.

4.2 The criteria include, but are not limited to:

   a. Whether the government entity acquiring the product has a legitimate intelligence gathering or law enforcement mission that is rationally connected to lawful use of the product;

   b. Whether the potential customer or another government entity in that country has misused the product, or a similar product, in the past;

   c. Whether the country is under any relevant export restrictions from the European Union, the United States, Israel or the United Nations; and

   d. Whether the country or specific government entity acquiring the product has a history of human rights abuse, unlawful surveillance, and/or corruption issues.

4.3 In order to implement the above criteria, the Board has adopted a decision-making framework, as set out in Annex A, for illustrative purposes only, which may be amended from time to time.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

NSO_WHATSAPP_00045878
NSO_WHATSAPP_00045876

4.4 In addition to establishing guidelines for such customer criteria, the BEC may impose terms and conditions on the approval of any customers or products, including to restrict the capabilities of products made available to particular countries.

4.5 Each calendar year, the BEC shall adopt a list of countries based on indices published by the World Bank which is categorized into 4 bands: A, B, C and D.

4.6 **BEC Country List.** Group A countries shall be members of the European Union and/or the Organisation for Economic Co-operation and Development. Group D countries shall be those which are subject to UN, EU, Israeli or US (including those which are subject to U.S. International Traffic in Arms Regulations restrictions or embargoes). The remaining countries will be ranked based on the average score (the "**Country Score**") for each country using the most recent version of the following indices from the World Bank Worldwide Development Indicators:

  i. Voice & Accountability;
  ii. Political Stability and Absence of Violence/Terrorism;
  iii. Rule of law; and
  iv. Control of Corruption.

4.7 **Groups B and C.** The terms Group B country and Group C country shall only be used to help identify the relative ranking of a country on the country list. For the purpose of approval and diligence, Group B countries and Group C countries shall follow the same process, including informal solicitation of input from appropriate government sources.

4.8 **Group D.** The current list of Group D countries shall be Crimea (Ukraine), Russia, Cuba, Iran, Lebanon, Peoples Republic of China, North Korea, Sudan, Syria, West Bank/Gaza, Burma (Myanmar), Venezuela, Afghanistan, Central African Republic, Democratic Republic of Congo, Eritrea, Haiti, Iraq, Libya, Somalia, and Zimbabwe. No sales or marketing activity shall take place in any Group D country or any agency or unit thereof whatsoever. This list shall be reviewed by the BEC at least annually and shall be modified by the BEC as needed.

4.9 Specific approval by the BEC is required for sales to all A, B or C countries. The BEC shall issue instructions, which may be updated from time to time, defining what constitutes a 'sale' for the purposes this clause. In order for the BEC to make an informed decision, for each application, the BEC members shall consider a sales report and a compliance report which sets out the relevant details, and as further described in Articles 4.10 and 4.11 below. After reviewing such reports, the BEC may vote to:

  i. approve the sale;
  ii. reject the sale; or
  iii. defer the sale pending further due diligence enquiries or pending a specific event that is to occur in the near-future.

4.10 The compliance report that is submitted to the BEC with each application shall include:

- 4 -

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

NSO_WHATSAPP_00045879
NSO_WHATSAPP_00045876

      a. the Country Score for the previous 4 years;

      b. a summary of the country including its political situation (for Group B and C countries);

      c. relevant extracts from the most recently published US State Department Human Rights report (for Group B and C countries);

      d. a summary of any government feedback (for Group B and C countries); and

      e. any other relevant information.

4.11 The sales report that is submitted to the BEC with each application shall include full details of the potential sales opportunity including:

      a. the name of the proposed end user and country of operation;

      b. full details of the proposed system to be sold;

      c. details of any partner who is involved in the proposed sale;

      d. whether the Group has made previous sales to the end user and/or country of the application;

      e. the proposed scope of use of the solution;

      f. the estimated value of the proposed sale;

      g. details of the duration of the proposed engagement; and

      h. details of other similar sales by large defense/security companies.

## 5. Partner Selection

5

5.1 The BEC must approve any entity or person to be appointed by the Company as a sales or distribution agent, reseller or finder (each, a "**Partner**"), including the fee and other compensatory arrangements paid by the Company or any customer to such Partner, pursuant to the Group's anti-bribery and corruption policy. Before approving any such appointment, the BEC must receive from the Company a report confirming the Partner's acceptance of, and compliance with, the Company's anti-corruption policies.

## 6. Documentation and retention

The Company shall document and maintain diligence performed on potential customers, resellers, agents and representatives and the BEC shall periodically audit, or oversee an audit, of the Company's compliance with these documentation requirements.

## 7. Misuse of the Company's product

6

7

7.1 The BEC must be informed of any arrangement under which the Company cannot or does not immediately terminate or suspend maintenance and support of its products in the event of

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY     NSO_WHATSAPP_00045880

NSO_WHATSAPP_00045876

suspected misuse of the product.

7.2 In the event of any allegation of misuse by an end-user, the BEC must be convened to discuss the matter, subject to the quorum requirements in Articles 3.2 and 3.3. Where the BEC determines that any allegation is credible, the General Counsel, or a designee, shall conduct an investigation into the matter, with a formal report of findings to be presented to the BEC. The BEC shall determine, as soon as practicable, whether the Company should suspend all new sales and/or existing maintenance to some or all end-users residing in the country in question while such investigation is ongoing.

7.3 Following the submission of the formal report of findings referred to in Article 7.2, the BEC will determine the course of action to follow which may include the suspension or termination of any affected agreement.

7.4 In determining the appropriate course(s) of action referred to in Articles 7.2 and 7.3, the decisions of the BEC shall follow the requirements set out in Articles 3.5 and 3.6.

7.5 The BEC shall receive quarterly reports on the anonymous whistle-blower hotline established by the Company to report misuse or misappropriation of the Company's products.

## 8. Opportunity Renewal

The BEC shall review decisions and re-approvals (including renewals of maintenance and support) every twelve months to account for quickly changing political circumstances, or more frequently where determined by the BEC.

## 9. Standard Contractual Language

9

The Company's standard contracts shall contain the following clauses relating to the ethical conduct of end users. The BEC's prior approval shall be required if an end user does not agree to the inclusion of such provisions in its contract with the Company or the Company's appointed reseller:

a. **Lawful Use.** All sales contracts shall require that the end-user represents and warrants, or the reseller represents and warrants, that the end-user will only use the Company's products for lawful means and for legitimate law enforcement or intelligence purposes;

b. **End User Undertaking.** All sales contracts shall require that a breach of the end-user's undertakings in its export certificate is a breach of the contract;

c. **Misuse.** All sales contracts shall require that end-users commit to use the product only in a manner consistent with law and for legitimate law enforcement or intelligence purposes; and further, that end-users commit NOT to use the product(s) to violate human rights, free expression, or protected political activity.

d. **Termination.** All sales contracts shall allow the Company to immediately suspend use of the product in the event of a material breach of the contract, including use of the product not consistent with the ethical obligations set out in the contract;

e. **Operations.** All sales contract shall include explicit contractual language to the effect that

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY    NSO_WHATSAPP_00045881
NSO_WHATSAPP_00045876

the company and its affiliates have no operational role once the relevant product is sold to an end-user; and

f. **Documentation.** All customers shall have formal contracts containing the key representations concerning limitations of usage and legality of usage.
- 7 -

Annex A

1. **Mission**: Does the end-user have a primary mission that would make this capability necessary to fighting crime, terrorism or other international security threats.

    If **NO**, then red flag;

    If **YES**, then go to 2;

2. **Derogatory Information**: Is there specific information about this end-user (i.e., a record of abuse or lax oversight) that makes it likely that the system will be misused?

    If **YES**, then red flag;

    If **NO**, then go to 3;

3. **Reputation**: In the absence of specific derogatory information, is the overall record of the end-user or the country highly problematic such that a public revelation would likely cause undue risk to the company?

    If **NO**, then APPROVE;

    If **YES**, then go to 4;

4. **Overriding specific strategic question**: If the reputation and record of the country are highly problematic, are there overall strategic questions – for example a major foreign policy consideration for the US, Israel or the EU and their respective allies – that could mitigate the reputational harm to the company?

    If **YES**, then APPROVE;

    If **NO**, then REJECT.

- 8 -

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

NSO_WHATSAPP_00045883
NSO_WHATSAPP_00045876