UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO STAY PERMANENT INJUNCTION PENDING APPEAL**<br><br>Action Filed: 10/29/2019 |

1 | The Court, having fully considered the Motion of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited, as well as the subsequent briefing, hereby GRANTS the motion. The permanent injunction is stayed pending final resolution of NSO's appeal. The parties are directed to submit a joint status report within fourteen days of such resolution.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
SENIOR UNITED STATES DISTRICT JUDGE