Ronald A. Lehmann
    (admitted *pro hac vice*)
Fischer (FBC & Co.)
146 Menachem Begin Rd.,
Tel Aviv 6492103, Israel
Telephone: +972-3-6944145
Facsimile: +972-3-6944208
Email:   rlehmann@fbclawyers.com
*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF<br>RONALD ARTHUR LEHMANN<br>IN SUPPORT OF PLAINTIFFS' MOTION<br>FOR ATTORNEY'S FEES** |

1    I, Ronald Arthur Lehmann, declare as follows:

2        1.       I am a partner with the law firm Fischer (FBC & Co.) ("Fischer") and am admitted

3    pro hac vice to practice before this Court.   I am the Israeli local counsel for Plaintiffs WhatsApp

4    LLC and Meta Platforms, Inc. in the above-captioned action (the "Action") filed on October 29, 2019

5    against Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd.  I have personal

6    knowledge of the facts set forth below and, if called as a witness in a court of law, could and would

7    testify competently thereto.

8        2.       I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, filed

9    concurrently herewith.

10       3.       I am familiar with Fischer's bills to Plaintiffs for Fischer's work on this Action.

11       4.       Fischer began representing Plaintiffs in this Action in November 2019.  Fischer's

12   lawyers first appeared in this Action on March 30, 2023. *See* Dkt. No. 175.[1]

13       5.       Fischer is one of Israel's premier full-service law firms and among the largest firms

14   in the country, providing high-quality, diverse and multidisciplinary legal services in a wide range of

15   practice areas.   Fischer regularly leads the legal ranking tables, and year after year is widely

16   recognized in all practice areas by the most prestigious international ranking guides,

17   including *Chambers and Partners*, *Legal 500*, *IFLR 1000*, *GCR*, *WWL*, *Dun's 100*, *BdiCode*, and

18   others.

19       6.       Fischer was engaged by Plaintiffs in November 2019 to act as Israeli counsel in this

20   Action.  In this capacity, Fischer provided comprehensive legal advice to the Plaintiffs regarding the

21   Israeli Defense Export Control Law ("DECL"), including its applicability to the facts of the case and

22   the potential regulatory implications for the parties involved.   Fischer also advised on additional

23   aspects of Israeli law relevant to the claim, such as contract law, judgment collection, civil procedure,

24   and other statutory or regulatory requirements that could impact the proceedings, given that the

25   Defendants are Israeli companies.  Fischer's involvement included reviewing relevant documentation

26   and assisting in the preparation of legal arguments.

27   _____

28   [1] Fischer has represented Meta in other actions against NSO in Israel.  Through this motion and accompanying declarations, Plaintiffs are not seeking attorneys' fees for those actions.  This declaration is limited to the hours and costs Fischer incurred in regard to this Action.

1

1      7.     From Fischer's engagement by Plaintiffs in 2019 through 2025, Fischer's partners,

2   Dr. Gil Orion, Yael Riemer, Omri Rachum-Twaig, and I have spent 131.57 hours working on this

3   Action and Fischer's associates have spent 228.96 hours working on this Action. Collectively, from

4   2020 through 2025, Fischer's attorneys have spent 360.53 hours working on this Action.

5      8.     I obtained my J.D. degree from Yale Law School in 1989 and soon after completed a

6   clerkship with the United States Court of Appeals for the District of Columbia Circuit. I have been

7   a partner at Fischer since 2003. My practice encompasses a broad range of corporate matters,

8   including private equity and venture capital transactions, public offerings, and mergers and

9   acquisitions, as well as cross-border litigations and arbitrations. My work has been recognized in

10   various legal publications, including, among others, *Best Lawyers*, *The Legal 500* and *IFLR 1000*.

11   As of August 2025, I have spent 44.43 hours working on this Action. My standard hourly billing rate

12   for this matter has ranged between 390 and 450 USD, plus VAT. My role in this matter has included,

13   among other tasks and responsibilities, the following:

- Drafting legal memoranda and pleadings related to the Israeli law aspects of the Action.

- Reviewing and providing feedback on work prepared by associates.

- Coordinating with the Plaintiffs' primary counsel and other team members to ensure that Israeli law considerations were appropriately addressed in the litigation strategy.

- Advising on legal issues arising under the Israeli DECL and other relevant statutes, and offering recommendations for the Plaintiffs' legal strategy as needed.

- Providing strategic oversight and leadership within the Fischer team.

23      9.     Dr. Gil Orion is a partner at Fischer and co-head of Fischer's Litigation Department.

24   I am informed and believe that he graduated from Tel Aviv University's Law School in 1989 and

25   received his S.J.D. from Harvard Law School in 1996. His practice spans the field of complex

26   commercial litigation, securities law matters, and international and domestic arbitrations. I am

27   informed and believe that he is recognized by international and domestic indices, including, among

28   others, *Chambers and Partners*, *The Legal 500* and *Best Lawyers*, as one of Israel's most highly-

2

regarded litigators. I am informed and believe that as of August 2025, he has spent 21.35 hours working on this Action. I am informed and believe that his standard hourly billing rate for this matter has ranged between 440 and 515 USD, plus VAT. I am informed and believe that his role in this matter has included, among other tasks and responsibilities, the following:

- Drafting legal memoranda and pleadings related to the Israeli law aspects of the Action.
- Reviewing and providing feedback on work prepared by associates.
- Coordinating with the Plaintiffs' primary counsel and other team members to ensure that Israeli law considerations were appropriately addressed in the litigation strategy.
- Advising on legal issues arising under the Israeli DECL and other relevant statutes and offering recommendations for the Plaintiffs' legal strategy as needed.
- Providing strategic oversight and leadership within the Fischer team.

10.    Yael Riemer is a partner at Fischer and co-head of Fischer's Intellectual Property practice. I am informed and believe that she graduated from Tel Aviv University's School of Law in 2007 and obtained an LL.M. from Tel Aviv University in collaboration with University of California, Berkeley Boalt School of Law in 2012. I am informed and believe that she specializes in intellectual property litigation and also represents multinational corporations in a range of matters concerning technology, privacy, data protection, and cybersecurity. I am informed and believe that her work has been recognized in various legal publications, including, among others, *The Legal 500* and *Chambers and Partners*. I am informed and believe that as of August 2025, she has spent 62.21 hours working on this Action. I am informed and believe that her standard hourly billing rate for this matter has ranged between 290 and 340 USD, plus VAT. I am informed and believe that her role in this matter has included, among other tasks and responsibilities, the following:

- Drafting legal memoranda and pleadings related to the Israeli law aspects of the Action.
- Reviewing and providing feedback on work prepared by associates.

- Coordinating with the Plaintiffs' primary counsel and other team members to ensure that Israeli law considerations were appropriately addressed in the litigation strategy.
- Advising on legal issues arising under the Israeli DECL and other relevant statutes, and offering recommendations for the Plaintiffs' legal strategy as needed.
- Providing strategic oversight and leadership within the Fischer team.

11. Omer Salzberg is a senior associate at Fischer. I am informed and believe that he graduated from Haifa University's School of Law in 2016. I am informed and believe that he specializes in issues pertaining to company dissolution and recovery, bankruptcy, receivership and corporate reorganization. I am informed and believe that as of August 2025, he has spent 36.9 hours working on this Action. I am informed and believe that his standard hourly billing rate for this matter has been 320 USD, plus VAT. I am informed and believe that his role in this matter has included, among other tasks and responsibilities, the following:

- Drafting comprehensive memos covering judgment collection.
- Conducting legal research on statutory provisions and their implications.
- Analyzing Plaintiffs' complaint against NSO and drafting sections on document preservation, receivership, and proof of claim.
- Providing revisions and commentary on legal drafts and memos.

12. Yoav Schori is a senior associate at Fischer. I am informed and believe that he graduated from Tel Aviv University's School of Law in 2015. I am informed and believe that he specializes in intellectual property litigation and also represents multinational corporations in a range of matters concerning technology, privacy, data protection, and cybersecurity. I am informed and believe that as of August 2025, he has spent 43.08 hours working on this Action. I am informed and believe that his standard hourly billing rate for this matter has been 215 USD, plus VAT. I am informed and believe that his role in this matter has included, among other tasks and responsibilities, the following:

- Reviewing and editing motions for letters rogatory and related legal documents.

4

1      •   Drafting and revising emails and memos concerning DECL, NSO's legal

2           obligations, and Israeli law.

3      •   Conducting legal research on various causes of action, enforcement of foreign

4           judgments, and DECL compliance.

5      13.     Tamara Dreiman is a senior associate at Fischer. I am informed and believe that she

6 graduated from Tel Aviv University's School of Law in 2017. I am informed and believe that she

7 specializes in intellectual property litigation and also represents multinational corporations in a range

8 of matters concerning technology, privacy, data protection, and cybersecurity. I am informed and

9 believe that as of August 2025, she has spent 35.2 hours working on this Action. I am informed and

10 believe that her standard hourly billing rate for this matter has ranged between 175 USD and 206

11 USD, plus VAT. I am informed and believe that her role in this matter has included, among other

12 tasks and responsibilities, the following:

13      •   Conducting legal research on service of process under the Hague Convention.

14      •   Drafting and editing emails and memos regarding judgment collection.

15      •   Participating in conference calls with Davis Polk regarding NSO's objection to

16           discovery.

17      •   Reviewing and commenting on legal briefs and documents related to NSO's

18           motion.

19      •   Analyzing blocking and gag orders and providing strategic commentary.

20      14.     Omri Rachum-Twaig is a partner at Fischer. I am informed and believe that he

21 graduated from Tel Aviv University's School of Law in 2013 and obtained a Ph.D. (Law) also from

22 Tel Aviv University in 2017. I am informed and believe that his role in this matter included, among

23 other tasks and responsibilities, providing legal analysis on export control regulations and the

24 applicability of Israeli computer law in the context of NSO's acquisition and litigation. I am informed

25 and believe that as of August 2025, he has spent 3.58 hours working on this Action. I am informed

26 and believe that his standard hourly billing rate for this matter ranged between 270 and 320 USD,

27 plus VAT.

28

1    15.    Inbal Levitski is an associate at Fischer. I am informed and believe that she graduated

2  from Tel Aviv University's School of Law in 2018.  I am informed and believe that her role in this

3  matter included, among other tasks and responsibilities, drafting and editing communications to the

4  client regarding NSO's Tel Aviv proceedings and analyzing related court decisions.  I am informed

5  and believe that as of August 2025, she has spent 5.75 hours working on this Action. I am informed

6  and believe that her standard hourly billing rate for this matter was 206 USD, plus VAT.

7    16.    Amichai Gottlieb is an associate at Fischer.  I am informed and believe that he

8  graduated from the Hebrew University's School of Law in 2019. I am informed and believe that his

9  role in this matter included, among other tasks and responsibilities, assisting with service-related

10  logistics and reviewing corporate documentation relevant to the proceedings.  I am informed and

11  believe that as of August 2025, he has spent 3.58 hours working on this Action. I am informed and

12  believe that his standard hourly billing rate for this matter was 100 USD, plus VAT.

13    17.    Or Arbel was a senior associate at Fischer.  I am informed and believe that she

14  graduated from the Hebrew University's School of Law in 2016. I am informed and believe that her

15  role in this matter included, among other tasks and responsibilities, reviewing client inquiries and

16  providing legal analysis regarding judgment collection and export control issues.  I am informed and

17  believe that she worked a total of 1 hour on this Action. I am informed and believe that her standard

18  hourly billing rate for this matter was 200 USD, plus VAT.

19    18.    Meitar Ben-Abu was an associate at Fischer.  I am informed and believe that she

20  graduated from the University of Haifa School of Law in 2021.  I am informed and believe that her

21  role in this matter included, among other tasks and responsibilities, conducting legal research and

22  drafting responses related to Israeli law, Defense Export Control Law (DECL), blocking and gag

23  orders, and NSO's litigation strategy.  I am informed and believe that she worked a total of 61.75

24  hours on this Action. I am informed and believe that her standard hourly billing rate for this matter

25  was 175 USD, plus VAT.

26    19.    Michal Minsky was an associate at Fischer.  I am informed and believe that she

27  graduated from the University of Haifa School of Law in 2015. I am informed and believe that her

28  role in this matter included, among other tasks and responsibilities, preparing legal memoranda

1  addressing sovereign immunity and its relevance to NSO Group under Israeli law. I am informed

2  and believe that she worked a total of 18.25 hours on this Action. I am informed and believe that her

3  standard hourly billing rate for this matter was 220 USD, plus VAT.

4      20.    Chen Shidlovsky was an associate at Fischer. I am informed and believe that she

5  graduated from Tel Aviv University's School of Law in 2015. I am informed and believe that her

6  role in this matter included, among other tasks and responsibilities, drafting and revising memoranda

7  analyzing the DECL, and coordinating internal and client communications. I am informed and

8  believe that she worked a total 19.70 hours on this Action. I am informed and believe that her

9  standard hourly billing rate for this matter was 220 USD, plus VAT.

10     21.    Inbar Mashash was an articled clerk at Fischer. I am informed and believe that she

11  graduated from Tel Aviv University's School of Law in 2020. I am informed and believe that her

12  role in this matter included, among other tasks and responsibilities, assisting with service-related

13  logistics and reviewing corporate documentation relevant to the proceedings. I am informed and

14  believe that she worked a total 3.75 hours on this Action. I am informed and believe that her standard

15  hourly billing rate for this matter was 100 USD, plus VAT.

16     22.    As shown in Plaintiffs' motion for attorney's fees, the hourly rates that Fischer has

17  charged in this matter are within the prevailing market rates in the community charged for similar

18  services by lawyers of reasonably comparable skill, experience, and reputation.

19     23.    During the course of its work on this matter, Fischer has utilized an electronic

20  timekeeping program that requires timekeepers to record the number of hours worked on a matter on

21  any given day in six-minute increments and to include a description of the work performed. That

22  system maintains the time records for the work performed in connection with this matter.

23     24.    For the period from 2019 through August 31, 2025, Fischer billed Plaintiffs

24  $103,529.34 (inclusive of VAT), and Plaintiffs have paid this amount to Fischer. Plaintiffs request

25  the Court award $103,529.34 for Fischer's work on this Action to date.

26

27

28

1    I declare under the penalty of perjury that the foregoing is true and correct.

2    Executed this 26 day of November, 2025 in Tel Aviv, Israel.

3

4                              By:    _____
                                      Ronald Arthur Lehmann

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8