UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF PHILLIP E. MORTON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES** |

I, Phillip E. Morton, declare as follows:

1. I am a partner with the law firm of Cooley LLP ("Cooley") and am a member of the District of Columbia Bar and the Virginia State Bar. I have practiced at Cooley LLP since 2005 and been a partner at the firm since 2015. I am counsel for Meta Platforms, Inc. ("Meta") in various litigation matters. I also manage billing relationships between Cooley LLP and Plaintiff Meta Platforms, Inc. and its subsidiary Plaintiff WhatsApp LLC (collectively, "Plaintiffs"). I have reviewed billing records for the matter in the above-captioned action (the "Action") filed on October 29, 2019 against Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, filed concurrently herewith.

3. I have reviewed Cooley's bills to Plaintiffs for Cooley's work on this Action.

4. Cooley represented Plaintiffs in this Action from September 2019 until September 2020. After Cooley withdrew from this matter in September 2020, attorneys from the firm of Davis Polk & Wardwell ("Davis Polk") represented Plaintiffs in the Action. *See* Dkt. No. 97.

5. Cooley is a large international law firm, with nearly 1,400 lawyers across 19 offices in the United States, Asia and Europe. Cooley's Cyber/Data/Privacy group is highly regarded and has received numerous accolades from legal rankings and awards organizations, such as Chambers USA, Vault, and Law360, which named the group Cybersecurity & Privacy Practice Group of the Year multiple times. Cooley's litigation department is similarly highly regarded, receiving numerous accolades, including being a finalist for the American Lawyer's Litigation Department of the Year for General Litigation in 2025.

6. For this matter, Cooley billed for its work in two ways. For its work in responding to Defendants' Motion to Dismiss filed on April 2, 2020 ("Motion to Dismiss"), Cooley billed under an alternative fee agreement. Pursuant to that alternative fee agreement, Meta and Cooley agreed to a fixed-fee amount of $50,000.00. For Cooley's other work on this matter, Cooley billed Meta using a discounted hourly rate for its time.

7.  From Cooley's engagement by Plaintiffs in September 2019 through September 25, 2020, Cooley partners Michael G. Rhodes, Travis LeBlanc, Daniel J. Grooms, Elizabeth Prelogar, Ian Shapiro, and Bethany Lobo spent 1204.7 hours working on this Action; Cooley Special Counsel Kyle Wong spent 352.2 hours working on this Action; and Cooley associates Joseph D. Mornin and Kelsey Spector spent 1207 hours working on this Action. In addition to these core team members, other attorneys and non-attorney employees of Cooley have collectively spent many additional hours working on this matter.

8.  Travis LeBlanc is a partner in Cooley's litigation department. Mr. LeBlanc co-chairs Cooley's global cyber/data/privacy practice, and joined Cooley as a partner in 2019. He is a top authority on cybersecurity, data privacy, telecommunications, and the regulation of emerging and innovative technologies. Mr. LeBlanc has more than twenty years of experience in both private and public legal roles. Outside of his private law firm experience, Mr. LeBlanc has served as the Chief of the Enforcement Bureau at the Federal Communications Commission, as Special Assistant Attorney General of California and senior advisor to the Attorney General of California, in the U.S. Department of Justice's Office of Legal Counsel, and as a clerk at the Ninth Circuit Court of Appeals for the Hon. Stephen Reinhardt. Mr. LeBlanc has numerous accolades from organizations such as Chambers USA, the Legal 500 US, the Daily Journal, and Law360. Mr. LeBlanc earned his J.D. at Yale Law School. He spent 385.6 hours working on this Action, including 291.6 hours billed hourly and 94 hours billed on issues relating to the Motion to Dismiss. His discounted hourly billing rate for his work for Meta on this matter was $1300/hour in 2019 and $1375/hour in 2020.

9.  Daniel Grooms is a partner in Cooley's litigation department. Mr. Grooms is a veteran federal prosecutor with more than 15 years of bench and first-chair trial experience, having served in leadership throughout the US Department of Justice. Mr. Grooms joined Cooley as a partner in 2019, and has strategic insight and deep experience in national security and international law. Mr. Grooms has been recognized by Chambers USA in the category of Litigation: White-Collar Crime & Government Investigation. Prior to his legal career, Mr. Grooms graduated from Harvard Law School, magna cum laude. He spent 326.3 hours working on this Action, including 251.1 hours billed

1  hourly and 75.2 hours billed on issues relating to the Motion to Dismiss. His discounted hourly
2  billing rate for his work for Meta on this matter was $1025/hour in 2019 and $1085/hour in 2020.

3        10.     Michael Rhodes was a partner in Cooley's litigation department until 2024. He has
4  been recognized as a leading trial lawyer for technology companies, receiving numerous accolades
5  such as "Litigator of the Year" from the American Lawyer and Law360 MVP in "Cybersecurity and
6  Privacy" eight times. He served as the Global Chair of Cooley LLP's Litigation Department and
7  cyber / data / privacy practice group, and served on Cooley's Management Committee. Mr. Rhodes
8  worked in private practice for 40 years after graduating from Loyola Law School with honors. He
9  spent 28.2 hours working on this Action, including 21.7 hours billed hourly and 6.5 hours billed on
10 issues relating to the Motion to Dismiss. His discounted hourly billing rate for his work for Meta on
11 this matter was $1605/hour in 2019 and $1700/hour in 2020.

12       11.     Ian Shapiro is a partner in Cooley's litigation department, as well as chair of Cooley's
13 global litigation department and partner in charge of the firm's New York office. In his 25 years of
14 practice, Mr. Shapiro has represented individuals and companies in complex commercial disputes in
15 state and federal courts throughout the US, and in arbitrations, in nearly every type of case. Mr.
16 Shapiro has received accolades from Chambers USA and the Legal 500, and graduated from Harvard
17 Law School. He spent 152.3 hours working on this Action, including 126.9 hours billed hourly and
18 25.4 hours billed on issues relating to the Motion to Dismiss. His discounted hourly billing rate for
19 his work for Meta on this matter was $1065/hour in 2019 and $1130/hour in 2020.

20       12.     Elizabeth Prelogar is a partner in Cooley's litigation department. She leads Cooley's
21 Supreme Court and appellate practice group and is widely considered one of the nation's top appellate
22 lawyers. Elizabeth served as the 48th Solicitor General of the United States from 2021 to 2025. She
23 has argued 35 cases in the Supreme Court, delivering more Supreme Court arguments since 2021
24 than any other advocate. Ms. Prelogar joined Cooley in 2020, and rejoined Cooley after her time as
25 Solicitor General. Ms. Prelogar graduated from Harvard Law School and clerked for the Hon.
26 Merrick Garland of the US Court of Appeals for the District of Columbia Circuit, and completed
27 consecutive Supreme Court clerkships for Justice Ruth Bader Ginsburg and Justice Elena Kagan.
28 She spent 176.9 hours working on this Action, including 86.7 hours billed hourly and 90.2 hours

1  billed on issues relating to the Motion to Dismiss.  Her discounted hourly billing rate for his work
2  for Meta on this matter was $1085/hour in 2020.

3       13.     Bethany Lobo is currently Of Counsel in Cooley's litigation department, and was a
4  partner during her time working on this matter.  Ms. Lobo's practice centers on defending companies
5  facing artificial intelligence (AI), wiretapping, data scraping, biometrics, data breach and
6  cybersecurity disputes, whether presented as consumer class actions, mass arbitrations or complex
7  commercial (business-to-business) disputes.  Ms. Lobo has been practicing law for 19 years,
8  including clerkships at the Ninth Circuit and the Northern District of California, and graduated from
9  Harvard Law School.  She spent 135.4 hours working on this Action, including 22.4 hours billed
10 hourly and 113 hours billed on issues relating to the Motion to Dismiss.  Her discounted hourly billing
11 rate for his work for Meta on this matter was $1085/hour in 2020.

12      14.     Kyle Wong is currently a partner at Cooley, and was Special Counsel during his time
13 working on this matter.  Mr. Wong's practice focuses on complex litigation with a particular
14 emphasis on privacy, class actions, e-commerce and Internet/technology law.  Mr. Wong served as a
15 law clerk to the Hon. Sonia Sotomayor of the U.S. of Appeals for the Second Circuit and the Hon.
16 Deborah A. Batts of the U.S. District Court for the Southern District of New York.  Mr. Wong
17 graduated from Stanford Law School.  He spent 352.2 hours working on this Action, including 247.9
18 hours billed hourly and 104.3 hours billed on issues relating to the Motion to Dismiss.  His discounted
19 hourly billing rate for his work for Meta on this matter was $960/hour in 2019 and $1020/hour in
20 2020.

21      15.     Joseph Mornin was an associate at Cooley during his work on this Action.  Mr.
22 Mornin's practice focused on business litigation and privacy matters.  Mr. Mornin received his J.D.
23 from University of California – Berkeley School of Law, and clerked for the Hon. Edward J. Davila.
24 He spent 813.6 hours working on this Action, including 540.2 hours billed hourly and 273.4 hours
25 billed on issues relating to the Motion to Dismiss.  His discounted hourly billing rate for his work for
26 Meta on this matter was $755/hour in 2019 and $875/hour in 2020.

27      16.     Kelsey Spector was an associate at Cooley during her work on this Action.  Ms.
28 Spector's practice focused on business litigation and privacy matters.  Ms. Spector graduated from

4

Harvard Law School and was a law clerk to the Hon. Michelle T. Friedland of the Ninth Circuit Court of Appeals. She spent 393.4 hours working on this Action, including 298.1 hours billed hourly and 95.3 hours billed on issues relating to the Motion to Dismiss. Her discounted hourly billing rate for her work for Meta on this matter was $755/hour in 2019 and $875/hour in 2020.

17. In addition, six additional Cooley attorneys – five associates and one Special Counsel – spent 280.2 hours working on this matter, 128.2 hours on Motion to Dismiss related issues and 152 hours billed hourly. One resource attorney and seventeen Cooley staff members billed 129 hours, of which 38.3 hours was on Motion to Dismiss related issues and 90.7 hours was billed hourly.

18. Overall, the hours billed by Cooley on an hourly basis can generally allocated into the following categories:

- Motion to Dismiss and related work - 1043.8 hours, $50,000 billed (fixed fee)
- Work on motion to disqualify counsel and related conflicts research - 526.1 hours, $395,060.42 billed
- Discovery and document retention related matters – 269.2 hours, $192,624.50 billed
- Researching and effecting foreign service – 163.8 hours, $121,197.55 billed
- Sealing and related filings (including coordination with the DOJ) - 149 hours, $98,574.17 billed
- Default judgment motion and related briefing - 154.3 hours, $128,032.10 billed
- Briefing on Defendants' motion for sanctions filed March 9, 2020 – 59.7 hours, $50,114.90 billed
- Case background, investigation, early motions, and general case communications – 807.2 hours, $607,394.72 billed

19. As explained above, Cooley billed Plaintiffs pursuant to a fixed fee agreement with respect to the Motion to Dismiss related aspects of this matter. Cooley thus did not bill Plaintiffs by the hour for the work of its attorneys or support staff for this portion of the matter, and the fees Cooley charged for this portion of the matter are not derived from a count of hours spent working on this Action by attorneys or non-attorney employees of Cooley, nor on those timekeepers' regular hourly rates. This fee was paid as part of Cooley's first invoice as to this portion of the matter for the month

1  of September 2019, while additional work on this portion of the matter occurred from October 2019
2  through May 2020.

3    20.    During the course of its work on this matter, Cooley has utilized an electronic
4  timekeeping program that requires timekeepers to record the number of hours worked on a matter on
5  any given day in six-minute increments and to include a description of the work performed.  That
6  system maintains the time records for the work performed in connection with this matter.

7    21.    The total amount of attorneys' fees billed to Meta in this Action was approximately
8  $1,642,998.36, comprised of approximately $1,592,998.36 for work billed hourly and $50,000 for
9  work on the Motion to Dismiss billed under a fixed fee arrangement.   Pursuant to Cooley's fee
10 arrangements with Plaintiffs, Cooley billed Plaintiffs this amount in connection with this Action, in
11 total, in its invoices from September 2019 through September 2020.  After write offs, Plaintiffs paid
12 Cooley $1,447,138.31.

**********

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 26th day of November, 2025 in Greenville, SC.

By: _____
Phillip E. Morton