CATALINA VERGARA (S.B. #223775)
cvergara@omm.com
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

JEFFREY A. N. KOPCZYNSKI (*pro hac vice*)
jkopczynski@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019-6022
Telephone:   +1 212 326 2000
Facsimile:   +1 212 326 2061

Attorneys for Plaintiffs
WhatsApp LLC and Meta Platforms, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　Defendants. | Case No. 4:19-cv-07123-PHJ<br><br>**DECLARATION OF CATALINA VERGARA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES** |

I, Catalina Vergara, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner at O'Melveny & Myers LLP ("O'Melveny"), counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. I submit this declaration in support of Plaintiffs' Motion for Attorney's Fees. The matters stated herein are based on my personal knowledge and, if called upon, I could and would testify competently to them.

2. The work described in this declaration was done at my direction and at the direction of my current and former partners and other colleagues at O'Melveny.

3. O'Melveny was retained as appellate counsel in this matter in 2020, to advise on and assist with appellate motion practice that was then underway. My former partner Michael Dreeben and current partner Anton Metlitsky were involved in this aspect of the case, together with various associates at the firm. O'Melveny played a critical role in the Ninth Circuit affirming the ruling of this Court, rejecting Defendants' claimed immunity from litigation. When NSO filed a petition for a writ of certiorari with the United States Supreme Court, O'Melveny drafted the opposition to certiorari and led a meeting with the Solicitor General to present Plaintiffs' position. Ultimately the Supreme Court declined to grant Defendants' petition for writ of certiorari.

4. After prevailing on appeal, Plaintiffs sought O'Melveny's assistance with respect to a third-party subpoena to Amazon Web Services, Inc, which was critical to Plaintiffs' prosecution of the case because data supporting Plaintiffs' claims were stored on servers Defendants hosted overseas with Amazon Web Services (Amazon had no involvement whatsoever in Defendants' misconduct other than offering services to the public that Defendants used). I directed this aspect of our work on the matter, together with my colleague Jeffrey Kopczynski, who specializes in complex discovery. We worked closely with lead counsel Davis Polk to secure for Plaintiffs the discovery needed to prosecute Plaintiffs' claims.

**Fee Arrangement**

5. O'Melveny was retained for this matter under an alternative fee arrangement.

Pursuant to that agreement, each year certain work was performed at a fixed fee and other work outside of the fixed fee was invoiced hourly.  The following categories of work were completed on a fixed fee arrangement between 2020 and 2023:  (1) Motion to Disqualify and Related Advice; (2) Offensive Discovery Motions; (3) Defensive Discovery Motions; (4) Motion for Summary Judgment; (5) Theories of Liability Memo; (6) Ninth Circuit and Supreme Court Appeals; and a (7) Theories of Liability Memorandum.  Work performed in 2024 was invoiced entirely at the hourly rates agreed-to by O'Melveny and Plaintiffs.  The hourly rates O'Melveny billed for attorney time varied across years and by seniority.  For the four senior attorneys identified below in Paragraphs 9–12, the hourly rates ranged between approximately $900 and $1400 per hour.  In total, O'Melveny lawyers and support professionals spent over 1,600 hours of time representing Plaintiffs in this matter.

6.    Plaintiffs paid O'Melveny for its representation in the matter in accordance with the agreed-upon fee arrangement set forth above.  In total, across the four years O'Melveny was involved, Plaintiffs paid O'Melveny $1,210,094.57 for fees connected to their representation in this matter.

**Staffing**

7.    Based on my more than 20 years litigating matters similar to this one, O'Melveny appropriately staffed this matter with attorneys and support staff of varying levels of seniority, expertise, and experience.  Attorneys at O'Melveny are divided among five ranks:  staff attorney, associate, counsel, senior counsel, and partner.  Consistent with common practice and the varying needs of this matter—*e.g.*, work performed at both the district- and appellate-court levels, and crossing expertise by implicating privacy, jurisdictional, eDiscovery, and other sophisticated areas of the law—O'Melveny staffed this matter with a range of attorneys.

8.    It is O'Melveny's standard business practice to maintain records of every attorney's, paralegal's, and other support staff's tasks for each client.  In preparing this declaration, I have reviewed the relevant firm records to determine the type of work performed by each lawyer involved in the matter.  The work performed by each timekeeper was appropriate for

VERGARA DECL. ISO PLAINTIFFS' MOT. FOR ATTORNEY'S FEES

their particular experience, expertise, and skills.  Work was performed by more than two dozen different time keepers across the four years of representation.  That said, four lawyers were primarily involved in managing and performing work for Defendants, were particularly specialized in tasks relevant to their engagement, and include the following.

9.    **Michael Dreeben**:  Mr. Dreeben is one of the nation's most experienced and skilled Supreme Court advocates. He served in the U.S. Department of Justice's Office of the Solicitor General for more than 30 years, including 24 years as the Deputy Solicitor General in charge of the government's criminal docket in the Supreme Court. Mr. Dreeben has argued more than 100 cases in the Supreme Court. He has briefed hundreds of cases in the Supreme Court at the petition stage and the merits. These cases span the gamut of constitutional and criminal law, including landmark cases on public corruption, private fraud, Fourth Amendment privacy, and the First Amendment. The civil matters he has handled include the separation of powers, federal securities law, RICO, and labor law.  Mr. Dreeben was a partner at O'Melveny until he retired in 2023.  Mr. Dreeban spent nearly five-hundred hours supervising the day-to-day activity in this matter through his departure and focused, in particular, on the appellate work at the 9th Circuit and Supreme Court for which O'Melveny was engaged.

10.    **Catalina Vergara**:  I am a partner in O'Melveny's Financial Services practice group, and I specialize in crafting perceptive and responsive solutions to complex disputes. I am a skilled trial lawyer and appellate advocate who recognizes that a successful representation calls for a comprehensive trial and appellate strategy, even at the earliest stages of a case. I regularly help financial service, insurance, pharmaceutical, and consumer goods companies navigate high-stakes nationwide litigation.  As described in more detail above, I have spent nearly three-dozen hours supervising O'Melveny's work in this matter since Mr. Dreeban retired in 2023.

11.    **Anton Metlinsky**:  Mr. Metlitsky is a partner at O'Melveny who's practice focuses on appellate and complex litigation matters.  Anton's diversified legal experience is considerable. He has drafted numerous briefs in the US Supreme Court and state and federal appellate and trial courts. The Supreme Court appointed Anton during its 2017 Term to brief and argue *Lucia v. Securities and Exchange Commission*, a precedent-setting case concerning the

1  scope of the Constitution's Appointments Clause. Mr. Anton has also presented oral argument in
2  the US Courts of Appeals for the Federal, Second, Third, Fourth, Sixth, Seventh, Ninth, and
3  District of Columbia Circuits, as well as the New York Court of Appeals and Appellate Division.
4  The National Law Journal recognized Mr. Metlinsky as a Litigation "Trailblazer" in 2018, and
5  the New York Law Journal recognized him as a "New York Trailblazer" in 2020. American
6  Lawyer named Anton "Litigator of the Week" in 2019. And Law360 named Anton a 2013
7  "Rising Star"—one of five appellate attorneys under 40 nationwide to be recognized. Mr.
8  Metlinsky contributed nearly fifty hours to Plaintiffs' appellate work at the 9th Circuit and
9  Supreme Court.

10      12.    **Jeffrey Kopczynski**: Mr. Kopczynski's practice focuses on complex discovery in
11  business litigation, arbitration, and regulatory matters.   He is a senior leader of O'Melveny's
12  globally-acclaimed eDiscovery practice.  He has a high-technology background and specializes in
13  advising clients on novel discovery strategies in complicated business disputes, including
14  strategies for scoping, preserving, and collecting large and sophisticated data sets; obtaining and
15  using data from corporate and public computer networks;  foreign rules, regulations, and
16  processes governing discovery outside of the United States; and obtaining third-party discovery.
17  He regularly briefs and argues discovery disputes in a wide range of forums, and is a thought-
18  leader on the use of AI and other modern discovery tools and techniques in legal matters.  Mr.
19  Kopczynski was engaged to assist in the design, execution, and defense of strategies for obtaining
20  discovery from Defendants and Amazon Web Services, including discovery of certain data
21  located overseas.  Mr. Kopczynski spent nearly eighty hours engaged in that work.

22      13. Beyond the senior lawyers described above there were two counsel and one associate
23  who collectively, provided the majority of the assistance to those senior lawyers.

24      14. **Ephraim McDowell:**  While working on this matter Mr. McDowell was a counsel in
25  O'Melveny's Washington, D.C. office and a member of O'Melveny's Supreme Court &
26  Appellate practice.  Mr. McDowell left O'Melveny in August 2022.  Mr. McDowell spent
27  approximately two-hundred-fifteen hours working on this matter.

28      15. **Yaira Dubin**:  While working on this matter Ms. Dubin was a counsel in

VERGARA DECL. ISO PLAINTIFFS' MOT. FOR ATTORNEY'S FEES

O'Melveny's New York office and a member of O'Melveny's Supreme Court & Appellate practice. Ms. Dubin left O'Melveny in December 2021. Ms. Dubin spent over one-hundred-seventy hours working on this matter.

16. **Alec Schierenbeck**: While working on this matter, Mr. Schierenbeck was an associate in O'Melveny's New York office, and he was a member of O'Melveny's Supreme Court & Appellate practice. Mr. Schierenbeck left O'Melveny in January 2021. Mr. Schierenbeck spent approximately two-hundred-twenty hours working on this matter.

*   *   *

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of November, 2025 in Tokyo, Japan.

By: _____
Catalina Vergara, Esq.