Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.<br><br>              Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>              Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**<br><br>Date:   January 8, 2026<br>Time:   1:30 p.m.<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") have brought before this Court their Motion for Attorney's Fees (the "Motion"), for an award of $15,914,095 in attorney's fees as against Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants").

Having considered the Motion, all supporting and opposition papers, and any argument of counsel, and for good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion is **GRANTED**.
2. Defendants are ordered to pay Plaintiffs $15,914,095 in attorney's fees.

Dated: _____

_____
Honorable Phyllis J. Hamilton
United States District Judge