Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and METO PLATFORMS, INC.,<br><br>           Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>           Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PLAINTIFFS' AMENDED NOTICE OF MOTION FOR ATTORNEY'S FEES**<br><br>Date:   January 22, 2026<br>Time:   1:30 p.m.<br>Ctrm:   3<br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed: October 29, 2019 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Clerk's Notice, Dkt. No. 817, Plaintiffs' Motion for Attorney's Fees, Dkt. No. 816, is hereby re-noticed for hearing to January 22, 2026 at 1:30 p.m. before the Honorable Phyllis J. Hamilton in Courtroom 3 of the U.S. District Court for the Northern District of California, Oakland Division.

Dated:  December 1, 2025                    Respectfully Submitted,

                                            DAVIS POLK & WARDWELL LLP

                                            By:  /s/ Micah G. Block
                                                Greg D. Andres
                                                Antonio J. Perez-Marques
                                                Luca Marzorati
                                                  (admitted *pro hac vice*)
                                                DAVIS POLK & WARDWELL LLP
                                                450 Lexington Avenue
                                                New York, New York 10017
                                                Telephone: (212) 450-4000
                                                Facsimile: (212) 701-5800
                                                Email: greg.andres@davispolk.com
                                                        antonio.perez@davispolk.com
                                                        luca.marzorati@davispolk.com

                                                Micah G. Block (SBN 270712)
                                                DAVIS POLK & WARDWELL LLP
                                                900 Middlefield Road, Suite 200
                                                Redwood City, California 94063
                                                Telephone: (650) 752-2000
                                                Facsimile:  (650) 752-2111
                                                Email: micah.block@davispolk.com

                                                *Attorneys for Plaintiffs*
                                                *WhatsApp LLC and Meta Platforms, Inc.*