1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP LLC, and META PLATFORMS, INC. Plaintiffs, v. NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, Defendants. | Case No. 4:19-cv-07123-PJH  **STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**  Judge:   Hon. Phyllis J. Hamilton  Action Filed:   10/29/2019 |
|---|---|

Pursuant to Civil Local Rules 6-1(b) and 6-2, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") and Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") (collectively, the "Parties") submit this stipulated request for an order adjusting the briefing schedule on Plaintiffs' Motion for Attorney's Fees (Dkt. No. 816).

WHEREAS, Plaintiffs filed their Motion for Attorney's Fees on November 26, 2025;

WHEREAS, Defendants' opposition is currently due on Wednesday, December 10, 2025;

WHEREAS, Defendants' counsel have several scheduling conflicts between November 26th and December 10th, including the Thanksgiving holiday, an out-of-state court appearance in another matter on December 2, 2025, briefing due in this matter on December 3, 2025, and a previously scheduled, out-of-state deposition on December 9, 2025;

WHEREAS, the Parties agreed that brief extensions of the opposition and reply deadlines would be helpful to accommodate those conflicts and winter holidays;

WHEREAS, Plaintiffs' Motion for Attorney's Fees is not scheduled for hearing until January 22, 2025 (Dkt. No. 819);

WHEREAS, the Parties do not anticipate that the requested extensions will have any effect on the remaining schedule;

WHEREAS, none of the Parties waive their right to request additional extensions or continuances, as necessary;

NOW THEREFORE, subject to the Court's approval, the Parties respectfully request that the Court extend NSO's deadline for opposing Plaintiffs' Motion for Attorney's Fees until Wednesday, December 17, 2025, and that the Court extend Plaintiffs' deadline for submitting a reply brief until Wednesday, January 7, 2025.

IT IS SO STIPULATED.

1  DATED: December 2, 2025

KING & SPALDING LLP

By: /s/ Joseph N. Akrotirianakis
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG

    Attorneys for Defendants
    NSO GROUP TECHNOLOGIES
    LIMITED and Q CYBER
    TECHNOLOGIES LIMITED

By: /s/ Micah G. Block
    Micah G. Block (SBN 270712)
    DAVIS POLK & WARDWELL LLP
    900 Middlefield Road, Suite 200
    Redwood City, California 94063
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    Email:  micah.block@davispolk.com

    Greg D. Andres
    Antonio J. Perez-Marques
    Luca Marzorati
      (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    Email:  greg.andres@davispolk.com
            antonio.perez@davispolk.com
            luca.marzorati@davispolk.com

    *Attorneys for Plaintiffs*
    *WhatsApp LLC and Meta Platforms, Inc.*

**IT IS SO ORDERED.**

Dated: December _____, 2025

_____
The Honorable Phyllis J. Hamilton
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER — 2 — Case No. 4:19-cv-07123-PJH

**L.R. 5-1 ATTESTATION**

I, Joseph N. Akrotirianakis, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/*Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS