JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and META PLATFORMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Action Filed:   10/29/2019 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner in the law firm of King & Spalding LLP, and I am lead counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. The parties have agreed upon, and respectfully request that the Court grant, a briefing schedule for Plaintiffs' Motion for Attorney's Fees (Dkt. No. 816). The parties have requested that NSO's deadline for opposing the motion be continued by one week, until Wednesday, December 17, 2025, and that Plaintiffs' deadline for filing a reply be extended until January 7, 2025.

3. The extensions are intended to accommodate the Thanksgiving holiday, my appearance in court in another matter in Las Vegas on December 2 (and related preparation and travel), submissions to this Court due December 3, 2025, a deposition in another matter scheduled for December 9, 2025, in Miami, Florida (and related preparation and travel), and the Christmas and New Year holidays.

4. Plaintiffs' Motion is not set for hearing until January 22, 2025 (Dkt. No. 819), so the parties do not anticipate that the requested briefing schedule will have any effect on the overall case schedule.

5. In addition to the alterations of the case schedule described in my declaration of June 25, 2025 (Dkt. No. 764-1), this Court previously continued the hearings on Plaintiffs' Motion for Permanent Injunction and Defendants' Motion for a New Trial until August 28, 2025 (Dkt. No. 768). The Court also extended certain deadlines related to the sealing of documents by two weeks (Dkt. No. 792) and ordered an administrative stay and expedited briefing schedule on Defendants' Motion to Stay Permanent Injunction Pending Appeal (Dkt. No. 811).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of December 2025.

      /s/ *Joseph N. Akrotirianakis*
      Joseph N. Akrotirianakis