JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**<br><br>Date: January 22, 2026<br>Time: 1:30 PM<br>Courtroom: 3<br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: 10/29/2019 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and lead counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO or "Defendants") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Claudiu Gheorghe.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Carl Woog.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of December 2025, in Altadena, California.

                                     */s/ Joseph N. Akrotirianakis*
                                      JOSEPH N. AKROTIRIANAKIS