# EXHIBIT A

Case 4:19-cv-07123-PJH   Document 823-2   Filed 12/17/25   Page 2 of 6
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024    {{Attorneys Eyes Only}}
Job 3296
Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                    OAKLAND DIVISION

 4   _____

 5   WHATSAPP INC., a Delaware            )
     corporation, and FACEBOOK, INC.,     )
 6   a Delaware corporation,              )
     a Delaware corporation,              )
 7                                        )
                Plaintiffs,               )
 8       v.                               ) Case No.
                                          ) 4:19-cv-07123-PJH
 9   NSO GROUP TECHNOLOGIES LIMITED       )
     and Q CYBER TECHNOLOGIES LIMITED,    )
10                                        )
                                          )
11              Defendants.               )
     _____)
12

13      HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14        VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                   DEPOSITION OF

16   WHATSAPP INC., by and through its Designated

17                   Representative,

18                  CLAUDIU GHEORGHE

19             Palo Alto, California 94304

20               Friday, August 16, 2024

21

22   Reported Stenographically by:
     MARY J. GOFF
23   CSR No. 13427
     WA CSR No. 21030779
24   Job No. 3296
     PAGES 1-295
25
```

Case 4:19-cv-07123-PJH   Document 823-2   Filed 12/17/25   Page 3 of 6
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024      {{Attorneys Eyes Only}}                  Page 2

1
2
3
4
5        HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY
6   VIDEO-RECORDED 30(b)(6) and 30(b)(1) DEPOSITION of
7     CLAUDIU GHEORGHE, Volume I, taken on behalf of
8  Defendants, NSO Group Technologies Limited and
9     Q Cyber Technologies Limited, at King &
10   Spalding LLP, 601 California Avenue, Suite 100,
11       Palo Alto, California 94304, beginning at
12      9:14 a.m. and ending at 7:23 p.m., on Friday,
13     August 16, 2024, before MARY J. GOFF, California
14    Certified Shorthand Reporter No. 13427 and WA CSR
15                    No. 21030779.
16
17
18
19
20
21
22
23
24
25

Case 4:19-cv-07123-PJH   Document 823-2   Filed 12/17/25   Page 4 of 6
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3296
WHATSAPP INC. on 08-16-2024      {{Attorneys Eyes Only}}                  Page 3

```
 1   APPEARANCES:
 2   For Plaintiffs WhatsApp Inc. and Facebook, Inc.
 3        Davis Polk & Wardwell LLP
 4        BY:  MICAH G. BLOCK
 5             LUCA MARZORATI
 6             MEENU MATHEWS
 7             CRAIG CAGNEY
 8        Attorneys at Law
 9        450 Lexington Avenue
10        New York, New York 10017
11        micah.block@davispolk.com
12        luca.marzorati@davispolk.com
13        meenu.mathews@davispolk.com
14        212-450-4724
15   For Defendants NSO Group Technologies Limited and
16   Q Cyber Technologies Limited
17        King & Spalding LLP
18        BY:  JONATHAN WEINBERG
19             JOSEPH N. AKROTIRIANAKIS, AARON CRAIG
20        Attorneys at Law
21        633 West Fifth Street, Suite 1700
22        Los Angeles, California 90071
23        j.weinberg@kslaw.com
24        jakro@kslaw.com
25        213-443-4355
```

Case 4:19-cv-07123-PJH   Document 823-2   Filed 12/17/25   Page 5 of 6
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024    {{Attorneys Eyes Only}}
Job 3296
Page 4

```
 1  APPEARANCES CONTINUED:
 2  ALSO PRESENT:   Arif Dhilla, META in-house counsel;
 3  Terry McGraw and Nate Epperson from Gray Analytics;
 4  Matthew Dawson; Rick Hein; Michael Chmelar
 5  Videographer:   Brad Lipetz
```

Case 4:19-cv-07123-PJH   Document 823-2   Filed 12/17/25   Page 6 of 6
WhatsApp Inc. vs NSO Group Technologies Limited et al.
WHATSAPP INC. on 08-16-2024     {{Attorneys Eyes Only}}
Job 3296
Page 294

1    I, MARY J. GOFF, CSR No. 13427, Certified
2 Shorthand Reporter of the State of California,
3 certify;
4    That the foregoing proceedings were taken
5 before me at the time and place herein set forth, at
6 which time the witness declared under penalty of
7 perjury; that the testimony of the witness and all
8 objections made at the time of the examination were
9 recorded stenographically by me and were thereafter
10 transcribed under my direction and supervision; that
11 the foregoing is a full, true, and correct
12 transcript of my shorthand notes so taken and of the
13 testimony so given;
14    That before completion of the deposition,
15 review of the transcript ( ) was (XX) was not
16 requested:    (  ) that the witness has failed or
17 refused to approve the transcript.
18    I further certify that I am not financially
19 interested in the action, and I am not a relative or
20 employee of any attorney of the parties, nor of any
21 of the parties.
22    I declare under penalty of perjury under the
23 laws of California that the foregoing is true and
24 correct, dated this    day of     , 2024.

*Mary Goff*
_____
MARY J. GOFF