# EXHIBIT B

Case 4:19-cv-07123-PJH    Document 823-3    Filed 12/17/25    Page 2 of 5

WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3226
CARL WOOG on 08-14-2024              {{Attorneys Eyes Only}}

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4    _____

5    WHATSAPP INC., a Delaware            )
     corporation, and FACEBOOK, INC.,    )
6    a Delaware corporation,             )
     a Delaware corporation,             )
7                                        )
                Plaintiffs,              )
8        v.                              ) Case No.
                                         ) 4:19-cv-07123-PJH
9    NSO GROUP TECHNOLOGIES LIMITED      )
     and Q CYBER TECHNOLOGIES LIMITED,   )
10                                       )
                                         )
11              Defendants.              )
     _____)
12

13       HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

14        VIDEO-RECORDED 30(b)(6) and 30(b)(1)

15                   DEPOSITION OF

16   WHATSAPP INC., by and through its Designated

17                 Representative,

18                    CARL WOOG

19            Palo Alto, California 94304

20            Wednesday, August 14, 2024

21

22

23   Reported Stenographically by:
     MARY J. GOFF
24   CSR No. 13427
     WA CSR No. 21030779
25   Job No. 3226
     PAGES 1-384

Case 4:19-cv-07123-PJH   Document 823-3   Filed 12/17/25   Page 3 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3226
CARL WOOG on 08-14-2024              {{Attorneys Eyes Only}}                Page 2

1

2

3

4

5         HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

6     VIDEO-RECORDED 30(b)(6) and 30(b)(1) DEPOSITION of

7    CARL WOOG, Volume I, taken on behalf of Defendants,

8         NSO Group Technologies Limited and Q Cyber

9      Technologies Limited, at King & Spalding LLP,

10        601 California Avenue, Suite 100, Palo Alto,

11   California 94304, beginning at 9:09 a.m. and ending

12   at 7:13 p.m., on Wednesday, August 14, 2024, before

13        MARY J. GOFF, California Certified Shorthand

14          Reporter No. 13427 and WA CSR No. 21030779.

15

16

17

18

19

20

21

22

23

24

25

Case 4:19-cv-07123-PJH   Document 823-3   Filed 12/17/25   Page 4 of 5
WhatsApp Inc. vs NSO Group Technologies Limited et al.                    Job 3226
CARL WOOG on 08-14-2024              {{Attorneys Eyes Only}}                Page 3

```
 1   APPEARANCES:

 2   For Plaintiffs WhatsApp Inc. and Facebook, Inc.

 3        Davis Polk & Wardwell LLP

 4        BY:  GREG D. ANDRES

 5             LUCA MARZORATI

 6             AMELIA BIRNI

 7        Attorneys at Law

 8        450 Lexington Avenue

 9        New York, New York 10017

10        greg.andres@davispolk.com

11        luca.marzorati@davispolk.com

12        amelia.birni@davispolk.com

13        212-450-4724

14   For Defendants NSO Group Technologies Limited and

15   Q Cyber Technologies Limited

16        King & Spalding LLP

17        BY:  JOSEPH N. AKROTIRIANAKIS

18             AARON S. CRAIG

19        Attorneys at Law

20        633 West Fifth Street, Suite 1700

21        Los Angeles, California 90071

22        jakro@kslaw.com and acraig@kslaw.com

23        213-443-4355

24   ALSO PRESENT:  Arif Dhilla, META in-house counsel

25   Videographer:  Brad Lipetz
```

Case 4:19-cv-07123-PJH    Document 823-3    Filed 12/17/25    Page 5 of 5

WhatsApp Inc. vs NSO Group Technologies Limited et al.    Job 3226
CARL WOOG on 08-14-2024        {{Attorneys Eyes Only}}    Page 383

1    I, MARY J. GOFF, CSR No. 13427, Certified

2  Shorthand Reporter of the State of California,

3  certify;

4      That the foregoing proceedings were taken

5  before me at the time and place herein set forth, at

6  which time the witness declared under penalty of

7  perjury; that the testimony of the witness and all

8  objections made at the time of the examination were

9  recorded stenographically by me and were thereafter

10  transcribed under my direction and supervision; that

11  the foregoing is a full, true, and correct

12  transcript of my shorthand notes so taken and of the

13  testimony so given;

14      That before completion of the deposition,

15  review of the transcript ( ) was (XX) was not

16  requested:    (   ) that the witness has failed or

17  refused to approve the transcript.

18      I further certify that I am not financially

19  interested in the action, and I am not a relative or

20  employee of any attorney of the parties, nor of any

21  of the parties.

22      I declare under penalty of perjury under the

23  laws of California that the foregoing is true and

24  correct, dated this   day of      , 2024.

25  _____
       *Mary Goff*
       MARY J. GOFF