UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF PHILLIP E. MORTON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEY'S FEES** |

I, Phillip E. Morton, declare as follows:

1. I am a partner with the law firm of Cooley LLP ("Cooley") and am a member of the District of Columbia Bar and the Virginia State Bar. I have practiced at Cooley LLP since 2005 and been a partner at the firm since 2015. I am counsel for Meta Platforms, Inc. ("Meta") in various litigation matters. I also manage billing relationships between Cooley LLP and Plaintiff Meta Platforms, Inc. and its subsidiary Plaintiff WhatsApp LLC (collectively, "Plaintiffs"). I have reviewed billing records for the matter in the above-captioned action (the "Action") filed on October 29, 2019 against Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Reply in Support of its Motion for Attorneys' Fees, filed concurrently herewith.

3. Joseph Mornin graduated from law school in 2015. Kelsey Spector graduated from law school in 2017. There was a typographical error in my original November 26, 2025 declaration regarding Ms. Spector's rate. Her correct, discounted hourly billing rate for her work for Meta on this matter ranged from $590/hour to $710/hour. This does not impact any of the calculations provided in my original November 26, 2025 declaration.

4. Apart from the named attorneys in my original November 26, 2025 declaration, additional attorneys and staff worked on this matter, whom I discuss below.

5. Maxwell Alderman was an associate at Cooley during his work on this Action. Mr. Alderman graduated from Stanford Law School in 2017, and was an associate at Cooley from November 2017 through June 2020 in Cooley's litigation department. He spent 92.8 hours working on this Action, including 9.8 hours billed hourly and 83 hours billed on issues relating to the Motion to Dismiss. His discounted hourly billing rate for his work for Meta on this matter ranged from $590/hour to $710/hour.

6. Elizabeth Trafton was an associate at Cooley during her work on this Action. Ms. Trafton graduated from Boston College Law School in 2015, and was an associate at Cooley from October 2015 through August 2022 in Cooley's litigation department. She spent 117 hours working

1

on this Action, including 72.5 hours billed hourly and 44.5 hours billed on issues relating to the Motion to Dismiss. Her discounted hourly billing rate for his work for Meta on this matter ranged from $755/hour to $875/hour.

7. Charles Low was an associate at Cooley during his work on this Action. Mr. Low graduated from New York University School of Law in 2016, and was an associate at Cooley from November 2019 through July 2025. He spent 66.5 hours working on this Action, all of which was billed hourly. His discounted hourly billing rate for his work for Meta for this matter was $670/hour.

8. Various Cooley staff members also billed on his matter, as well as a small number of attorneys who did not bill significant hours of time. I list their names, titles, hours billed (hourly and relating to the Motion to Dismiss), and discounted hourly rates billed in this Action in the table below.

| Name | Role | Hourly Rate Hours | MTD Hours | Rate(s) |
| --- | --- | --- | --- | --- |
| Azadeh Sakizadeh | Filing Clerk | 1.9 | 3.00 | $290-305/hour |
| Benjamin Weitz | Associate Attorney (JD 2018) | 1 | 0 | $625/hour |
| Bingxin Wu | Associate Attorney (JD 2017) at time of case, currently a Resource Attorney | 24.6 | .8 | $710/hour |
| Brandon Stracener | Associate Attorney (JD 2016) | 0 | .7 | $670/hour |
| Douglas Lyles | Research and Library Services | 2.9 | 1.1 | $285-300/hour |
| Elinor Russell | Research and Library Services | 3 | .8 | $285-300/hour |
| Erik Kruger | Paralegal | 4.4 | 2.2 | $355/hour |

| Hector Gonzalez | Filing Clerk | 3.3 | .6 | $380-405/hour |
|---|---|---|---|---|
| Jeannine Douglas | Paralegal | 0 | 4.8 | $480/hour |
| John Butsch | Research and Library Services | 0 | .7 | $285/hour |
| John Whorton | Litigation and E-Discovery Services | 1.3 | 2.5 | $355-375/hour |
| Kelly Murata | Paralegal | 30.10 | 18.5 | $410-435/hour |
| Lisa Macdonald | Research and Library Services | 3.9 | 1.2 | $285-300/hour |
| Margaret Baer | Research and Library Services | .3 | 0 | $285/hour |
| Maribel H. Nash | Research and Library Services | 1 | .1 | $300/hour |
| Paul Johns | Research and Library Services | .4 | 0 | $285/hour |
| Rafael Sanchez | Research and Library Services | 1.2 | .9 | $135-145/hour |
| Randy Sabett | Special Counsel | 2.2 | 0 | $955/hour |
| Steven Roberts | Litigation and E-Discovery Services | 10.9 | 0 | $315-335/hour |
| Zach Kerns | Research and Library Services | 1.5 | 1.1 | $285-300/hour |

9.  In my November 26, 2025 declaration, I described categories of billing entries, including a category described as "Case background, investigation, early motions, and general case communications," for which 807.2 hours were billed by Cooley attorneys. This category included various background factual and legal research projects and investigation early in the case, including relating to the defendants and related and relevant legal proceedings; legal research; written and telephonic correspondence with the client, third parties, and internally regarding the case; work on

3

scheduling and extensions, and other administrative motions and stipulations; work related to case management conference statements; and work relating to overall case management and strategy.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 7th day of January 2026 in Washington, D.C.

By: _____
Phillip E. Morton