1  CATALINA VERGARA (S.B. #223775)
   cvergara@omm.com
2  400 South Hope Street, 19th Floor
   Los Angeles, California 90071-2811
3  Telephone: +1 213 430 6000
   Facsimile: +1 213 430 6407
4
5  JEFFREY A. N. KOPCZYNSKI (*pro hac vice*)
   jkopczynski@omm.com
   O'MELVENY & MYERS LLP
6  1301 Avenue of the Americas
   Suite 1700
7  New York, New York 10019-6022
   Telephone:   +1 212 326 2000
8  Facsimile:   +1 212 326 2061

9  Attorneys for Plaintiffs
   WhatsApp LLC and Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., | Case No. 4:19-cv-07123-PHJ |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

1   This matter comes before the Court on the Plaintiffs' Administrative Motion to Seal the
2  following: (1) an unredacted version of the Supplemental Declaration of Catalina Vergara in
3  Support of Plaintiffs' Motion for Attorney's Fees and (2) Exhibit A to the Supplemental Declaration
4  of Catalina Vergara in Support of Plaintiffs' Motion for Attorney's Fees.
5   Upon consideration of the motion to seal as well as the papers submitted in support and in
6  opposition and good cause appearing, the motion is **GRANTED**.
7   The Court hereby **ORDERS** that the following documents or portions of documents are
8  hereby filed under seal:

| Document | Portion(s) to Be Sealed |
| --- | --- |
| Supplemental Declaration of Catalina Vergara in Support of Plaintiffs' Motion for Attorney's Fees | Page 2, Line 11 – Redacted Fixed Fee Amount Paid to O'Melveny |
| Exhibit A to the Supplemental Declaration of Catalina Vergara in Support of Plaintiffs' Motion for Attorney's Fees | Sealed In Its Entirety |

**IT IS SO ORDERED.**

DATED: _____    _____
                                  The Honorable Phyllis J. Hamilton

- 2 -

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL