**FILED**

JAN 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

WHATSAPP, a Delaware corporation and META PLATFORMS, INC., FKA: Facebook Inc.,

    Plaintiffs - Appellees,

v.

NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,

    Defendants - Appellants,

------------------------------

FRANCISCO PARTNERS MANAGEMENT, LP and DOJ - OFFICE OF THE UNITED STATES ATTORNEY,

    Interested Parties.

No. 25-7380

D.C. No. 4:19-cv-07123-PJH
Northern District of California, Oakland

ORDER

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

The motion (Docket Entry No. 6) to stay the permanent injunction is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

The existing briefing schedule remains in effect.