| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
| 2 | *jakro@kslaw.com*<br>AARON S. CRAIG (Bar No. 204741) |
| 3 | *acraig@kslaw.com*<br>KING & SPALDING LLP |
| 4 | 633 West Fifth Street, Suite 1700<br>Los Angeles, CA 90071 |
| 5 | Telephone: (213) 443-4355<br>Facsimile: (213) 443-4310 |
| 6 | Attorneys for Defendants NSO GROUP TECHNOLOGIES |
| 7 | LIMITED and Q CYBER TECHNOLOGIES LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WHATSAPP INC., a Delaware corporation, and FACEBOOK, INC., a Delaware corporation, | Case No. 4:19-cv-07123-PJH |
|---|---|
| Plaintiffs, | **NOTICE** |
| v. | Action Filed: 10/29/2019 |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

## NOTICE

Defendants hereby notify the Court that, on January 28, 2026, the U.S. Court of Appeals for the Ninth Circuit denied Defendants' motion for a stay pending appeal.

Dated: February 2, 2026

KING & SPALDING LLP

By: /s/ Matthew V.H. Noller
MATTHEW V.H. NOLLER
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG

*Attorneys for Defendants*
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.