CATALINA VERGARA (S.B. #223775)
cvergara@omm.com
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

JEFFREY A. N. KOPCZYNSKI (*pro hac vice*)
jkopczynski@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019-6022
Telephone:    +1 212 326 2000
Facsimile:    +1 212 326 2061

Attorneys for Plaintiffs
WhatsApp LLC and Meta Platforms, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　　　Defendants. | Case No. 4:19-cv-07123-PHJ<br><br>**PLAINTIFFS' NOTICE OF PUBLIC FILING OF SUPPLEMENTAL DECLARATION OF CATALINA VERGARA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND EXHIBIT A** |

## **NOTICE OF PUBLIC FILING**

Pursuant to the Court's Order Granting Motion for Attorney's Fees, Denying Motion to Seal, ECF No. 835, Plaintiffs hereby submit this notice of public filing of (1) the Supplemental Declaration of Catalina Vergara in Support of Plaintiffs' Motion for Attorney's Fees, ECF No. 828-2, and (2) Exhibit A to the Supplemental Declaration of Catalina Vergara, *id*.

Dated:  February 6, 2026

O'MELVENY & MYERS LLP
CATALINA VERGARA

By  */s/ Catalina Vergara*
          Catalina Vergara

Attorneys for Plaintiffs
WhatsApp LLC and Meta Platforms, Inc.