# Exhibit 1

CATALINA VERGARA (S.B. #223775)
cvergara@omm.com
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

JEFFREY A. N. KOPCZYNSKI (*pro hac vice*)
jkopczynski@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019-6022
Telephone:  +1 212 326 2000
Facsimile:  +1 212 326 2061

*Attorneys for Plaintiffs*
WhatsApp LLC and Meta Platforms, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PHJ <br><br> **SUPPLEMENTAL DECLARATION OF CATALINA VERGARA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES** <br><br> <u>**HIGHLY CONFIDENTIAL**</u> <br><br> <u>**FILED UNDER SEAL**</u> |

I, Catalina Vergara, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner at O'Melveny & Myers LLP ("O'Melveny"), counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. I submit this supplemental declaration in support of Plaintiffs' Motion for Attorney's Fees. The matters stated herein are based on my personal knowledge and, if called upon, I could and would testify competently to them.

**Additional Fee Arrangement Details**

2. As previously explained, O'Melveny was retained for this matter under an alternative fee arrangement. Pursuant to that agreement, certain work was performed at a fixed fee and other work outside of the fixed fee schedule was invoiced hourly. In total, O'Melveny invoiced and Plaintiffs paid $555,000 under the agreed-to fixed fees for O'Melveny's work. O'Melveny timekeepers worked approximately 840 hours under the fixed fee arrangement.

3. The remaining portion of O'Melveny's fee was invoiced and paid for on an hourly basis. Attached hereto as Exhibit A is a table indicating the hourly rates invoiced and paid by Plaintiffs' for the six attorneys described in my earlier declaration.

**Additional Staffing Details**

4. **Ephraim McDowell:** While working on this matter Mr. McDowell was a counsel in O'Melveny's Washington, D.C. office and a member of O'Melveny's Supreme Court & Appellate practice. Mr. McDowell has argued five cases before the Supreme Court, as well as multiple cases before federal and state appellate courts. Mr. McDowell clerked for both Justice Elena Kagan at the Supreme Court and then-Chief Judge Merrick Garland when he served on the U.S. Court of Appeals for the D.C. Circuit. Mr. McDowell left O'Melveny in August 2022 to serve as Assistant to the Solicitor General of the Department of Justice.

5. **Yaira Dubin**: While working on this matter Ms. Dubin was a counsel in O'Melveny's New York office and a member of O'Melveny's Supreme Court & Appellate practice. While at O'Melveny Ms. Dubin argued and prevailed in federal and state appellate courts across the country. Ms. Dubin earned her J.D., *magna cum laude*, from Harvard Law School and she clerked at all three levels of the federal judiciary: for Justice Elena Kagan on the

U.S. Supreme Court; Judge Sri Srinivasan on the U.S. Court of Appeals for the D.C. Circuit; and Judge James E. Boasberg on the U.S. District Court for the District of Columbia. Ms. Dubin left O'Melveny in December 2021 to serve as Assistant to the Solicitor General of the Department of Justice.

6. **Alec Schierenbeck**: While working on this matter, Mr. Schierenbeck was an associate in O'Melveny's New York office, and he was a member of O'Melveny's Supreme Court & Appellate practice. Mr. Schierenbeck earned his J.D. from Stanford Law School and while at O'Melveny worked on several different high-stakes appellate and trial-court matters. Mr. Schierenbeck clerked for Judge Paul Oetken in the Southern District of New York; Judge David Tatel in the U.S. Court of Appeals for the D.C. Circuit; and Justice Stephen Breyer on the U.S. Supreme Court. Mr. Schierenbeck left O'Melveny in January 2021 to serve as a Deputy Solicitor General in New Jersey's Attorney General's Office.

\*   \*   \*

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on 7th day of January, 2026 in Los Angeles, California.

By: _____
Catalina Vergara, Esq.