# Exhibit 2

*Supplemental Declaration of Catalina Vergara In Support of Plaintiffs Motion for Attorney's Fees*

**January 7, 2026**

| EXHIBIT A — HIGHLY CONFIDENTIAL — FILED UNDER SEAL | | | | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Title** | **Plaintiffs' Negotiated Rate 2020** | **Plaintiffs' Negotiated Rate 2021** | **Plaintiffs' Negotiated Rate 2022** | **Plaintiffs' Negotiated Rate 2023** | **Plaintiffs' Negotiated Rate 2024** |
| Alec Schierenbeck | Associate | $760.75 | $760.75 | N/A | N/A | N/A |
| Ephraim McDowell | Associate | $680.00 | $680.00 | N/A | N/A | N/A |
| Yaira Dubin | Counsel | $824.50 | $824.50 | N/A | N/A | N/A |
| Michael Dreeben | Partner | $1,321.75 | $1,321.75 | $1,402.25 | $1,402.25 | N/A |
| Anton Metlitsky | Partner | N/A | N/A | $1,062.50 | $1,062.50 | $1,062.50 |
| Catalina Vergara | Partner | N/A | N/A | $958.75 | $958.75 | $958.75 |
| Jeffrey Kopczynski | Counsel | N/A | N/A | N/A | $897.25 | $897.25 |