# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Northern District of California

### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

U.S. District Court case number: 4:19-cv-07123-PJH

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 10/29/2019

Date of judgment or order you are appealing: 1/30/26

Docket entry number of judgment or order you are appealing: 835

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

NSO Group Technologies Limited; Q Cyber Technologies Limited

Is this a cross-appeal?  ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ⦿ Yes   ○ No

If yes, what is the prior appeal case number? 20-16408, 25-7380

Your mailing address (if pro se):

City:            State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Joseph N. Akrotirianakis    **Date** Feb 11, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

NSO Group Technologies Limited; Q Cyber Technologies Limited

Name(s) of counsel (if any):

King & Spalding LLP
Joseph Akrotirianakis

Address: | 633 West Fifth Street, Ste 1600, Los Angeles, CA 90071

Telephone number(s): | 213-443-4355

Email(s): | jakro@kslaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Meta Inc., WhatsApp Inc.

Name(s) of counsel (if any):

Davis Polk
Greg Andres, Antonio Perez, Micah Block

Address: | 450 Lexington Ave., New York, NY 10017

Telephone number(s): | 212-540-4724

Email(s): | greg.andres@davispolk.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                        *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

NSO Group Technologies Limited; Q Cyber Technologies Limited

Name(s) of counsel (if any):

Derek Shaffer
Quinn Emanuel Urquhart & Sullivan, LLP

Address: 555 13th St., NW Suite 600, Washington, D.C. 20004

Telephone number(s): 202-538-8000

Email(s): derekshaffer@quinnemanuel.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*