Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   greg.andres@davispolk.com
         antonio.perez@davispolk.com
         luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:   micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF FIRST SET OF REQUESTS FOR PRODUCTION IN AID OF JUDGMENT AND FIRST SET OF INTERROGATORIES IN AID OF JUDGMENT** |

1     Plaintiffs WhatsApp LLC and Meta Platforms, Inc., by and through undersigned counsel, hereby provide notice that on March 4, 2026, they served on Defendants NSO Group Technologies Limited and Q Cyber Technologies Ltd. a true and correct copy of Plaintiffs' First Set of Requests for Production in Aid of Judgment and Plaintiffs' First Set of Interrogatories in Aid of Judgment.

    Service was effected by transmitting the foregoing documents in portable document format (PDF) via electronic mail to the email addresses listed below. In addition, Plaintiffs caused true and correct copies of the documents to be placed in a sealed envelope with a prepaid air bill and delivered to a FedEx agent for overnight delivery.

| | |
|---|---|
| Joseph N. Akrotirianakis<br>Aaron S. Craig<br>KING & SPALDING LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone: (213) 443-4355<br>Email: jakro@kslaw.com<br>       acraig@kslaw.com | Derek L. Shaffer<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 13th Street NW, Suite 600<br>Washington, D.C. 20004<br>Telephone: (202) 538-8123<br>Email: derekshaffer@quinnemanuel.com<br><br>Daniel Benson<br>HERSCHMANN BENSON BOWEN LLP<br>305 Broadway, 7th Floor<br>New York, NY 10007<br>Telephone: (917) 341-4628<br>Email: dbenson@hbb-firm.com |

    I declare under penalty of perjury that the above is true and correct.

    Executed on March 4, 2026 at New York, New York.

                                        */s/ Luca Marzorati*
                                        Luca Marzorati