Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
              antonio.perez@davispolk.com
              luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.<br><br>                    Plaintiffs,<br><br>        v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PLAINTIFFS' NOTICE OF EXTENSION OF POST-JUDGMENT DISCOVERY DEADLINES** |

Plaintiffs WhatsApp LLC and Meta Platforms, Inc., by and through undersigned counsel, respectfully file this notice to inform the Court of the following developments concerning post-judgment discovery in this action.

On March 4, 2026, Plaintiffs served Defendants NSO Group Technologies Limited and Q Cyber Technologies Ltd. with Plaintiffs' First Set of Requests for Production in Aid of Judgment and Plaintiffs' First Set of Interrogatories in Aid of Judgment (collectively, the "Post-Judgment Discovery"). Dkt. No. 840. Defendants have not paid the merits judgment of $4,447,190 or the fees judgment of $15,914,095, nor have they posted any bond or security or otherwise sought to stay enforcement pending appeal.

On March 12, 2026, Shmuel Sunray, Defendants' general counsel, informed Plaintiffs' counsel that the ongoing armed conflict in the Middle East has created conditions in Israel that have materially impeded Defendants' ability to respond to the Post-Judgment Discovery on the current schedule. In light of those circumstances, the parties agreed to a 30-day extension of Defendants' time to respond, with responses now due May 4, 2026.

The parties concurrently agreed to jointly seek corresponding 30-day extensions of the briefing schedules in both pending Ninth Circuit appeals. On April 2, 2026, the parties filed a joint motion to extend the briefing schedule in the merits appeal. *See* Joint Motion to Extend Brief Schedule, *WhatsApp LLC v. NSO Grp. Techs. Ltd.*, No. 25-7380 (9th Cir.), Dkt. No. 33. The parties filed a near-identical joint motion in the fees appeal. *See* Joint Motion to Extend Brief Schedule, *WhatsApp LLC v. NSO Grp. Techs. Ltd.*, No. 26-874 (9th Cir.), Dkt. No. 17.

Plaintiffs proposed memorializing the parties' agreement on the discovery extension in a stipulation for filing in this Court. Defendants' general counsel declined to execute any court filing, stating that Defendants have not yet retained counsel to handle post-judgment proceedings. King & Spalding LLP and Quinn Emanuel Urquhart & Sullivan, LLP remain counsel of record for Defendants in this action and have not sought leave to withdraw. A true and correct copy of the relevant correspondence is attached hereto as **Exhibit A**.

Plaintiffs file this notice to ensure a complete record of the agreed-upon discovery deadline and the status of the related appellate proceedings.

1

Dated:  April 3, 2026              Respectfully Submitted,

DAVIS POLK & WARDWELL LLP


By:  /s/ Micah G. Block
     Greg D. Andres
     Antonio J. Perez-Marques
     Luca Marzorati
      (admitted *pro hac vice*)
     DAVIS POLK & WARDWELL LLP
     450 Lexington Avenue
     New York, New York 10017
     Telephone: (212) 450-4000
     Facsimile: (212) 701-5800
     Email:  greg.andres@davispolk.com
           antonio.perez@davispolk.com
           luca.marzorati@davispolk.com

     Micah G. Block (SBN 270712)
     DAVIS POLK & WARDWELL LLP
     900 Middlefield Road, Suite 200
     Redwood City, California 94063
     Telephone: (650) 752-2000
     Facsimile:  (650) 752-2111
     Email: micah.block@davispolk.com

     *Attorneys for Plaintiffs*
     *WhatsApp LLC and Meta Platforms, Inc.*

PLAINTIFFS' NOTICE OF EXTENSION OF POST-JUDGMENT DISCOVERY DEADLINES - CASE NO. 4:19-CV-07123-PJH