Juan O. Perla (appearance pro hac vice)
Turner Smith (appearance pro hac vice)
Steven Thomas (appearance pro hac vice)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
Tel: (212)-696-6084
jperla@curtis.com
tsmith@curtis.com
sthomas@curtis.com

Jerrold L. Bregman (SBN 149896)
BG Law LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Tel: (818)-827-9101
Fax: (818) 827-9099
jbregman@bg.law

*Attorneys for Defendants*
*NSO Group Technologies Limited*
*and Q Cyber Technologies Limited*

WHATSAPP LLC and
META PLATFORMS, INC.,

                    Plaintiffs,

v.

NSO GROUP TECHNOLOGIES LIMITED
and Q CYBER TECHNOLOGIES LIMITED,

                    Defendants.

Case No. 4:19-cv-07123-PJH

**DEFENDANTS' NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION IN AID OF JUDGMENT AND FIRST SET OF INTERROGATORIES IN AID OF JUDGMENT**

1
NOTICE OF SERVICE CASE NO. 4:19-cv-07123-PJH

Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited, by and through undersigned counsel, hereby provide notice that on May 4, 2026, they served on plaintiffs WhatsApp LLC and Meta Platforms Inc. true and correct copies of Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Production in Aid of Judgment and Plaintiffs' First Set of Interrogatories in Aid of Judgment dated March 4, 2026.

Service was effected by transmitting the foregoing documents in portable document format (PDF) via electronic mail to the email addresses listed below. In addition, Defendants caused true and correct copies of the documents to be placed in a sealed envelope with a prepaid air bill and delivered to a FedEx agent for overnight delivery.

| | |
|---|---|
| Greg D. Andres<br>Antonio J. Perez-Marques<br>Luca Marzorati<br>(admitted pro hac vice)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>greg.andres@davispolk.com<br>antonio.perez@davispolk.com<br>luca.marzorati@davispolk.com | Micah G. Block (SBN 270712)<br>DAVIS POLK & WARDWELL LLP<br>900 Middlefield Road, Suite 200<br>Redwood City, California 94063<br>Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br>micah.block@davispolk.com |

I declare under penalty of perjury that the above is true and correct.

Executed on May 4, 2026 at New York, New York.

*/s/ Juan O. Perla*
Juan O. Perla