Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
          antonio.perez@davispolk.com
          luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, and<br>META PLATFORMS INC.,<br><br>               Plaintiffs,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>              Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**STIPULATION REGARDING POST-JUDGMENT DISCOVERY** |

Plaintiffs WhatsApp LLC and Meta Platforms, Inc. and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Parties") hereby stipulate:

WHEREAS, on March 4, 2026, Plaintiffs served Defendants with Plaintiffs' First Set of Requests for Production in Aid of Judgment and Plaintiffs' First Set of Interrogatories in Aid of Judgment (collectively, the "Post-Judgment Discovery");

WHEREAS, on May 4, 2026, following an agreed-upon extension, Dkt. No. 841, Defendants timely served their Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents in Aid of Judgment and their Responses and Objections to Plaintiffs' First Set of Interrogatories in Aid of Judgment (collectively, the "Responses");

WHEREAS, the Parties met and conferred on May 8, 2026, and May 22, 2026, regarding Defendants' Responses and Objections to the Post-Judgment Discovery;

WHEREAS, through meet-and-confer discussions, Defendants have agreed to produce certain categories of information to avoid motion practice without prejudice to their general and specific objections set forth in the Responses, while negotiations continue as to the remaining scope of the Post-Judgment Discovery.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, THAT:

1.  By July 13, 2026, Defendants shall supplement their interrogatory responses to Plaintiffs' First Set of Interrogatories in Aid of Judgment and, to the extent applicable, produce documents responsive to Plaintiffs' First Set of Requests for Production in Aid of Judgment by providing:

a.  Identification of all financial accounts of Defendants worldwide (Interrogatory No. 3; RFP Nos. 9 and 10);

b.  Identification of all subsidiaries and affiliates of Defendants, with jurisdiction of incorporation and the ownership chain (Interrogatory Nos. 1 and 2; RFP Nos. 2 and 3);

c.  Identification of all transfers of assets out of NSO or Q Cyber above $100,000 since January 9, 2023, other than those that can be identified in the below-

1

referenced financial statements or those carried out in the ordinary course of business (Interrogatory No. 8; RFP No. 20); and

        d.    Final, audited financial statements for fiscal years 2023 and 2024 (RFP No. 8).

2. The Parties shall meet and confer in good faith regarding the production of the audited financial statements for fiscal year 2025 based on a reasonable timeline for their completion.

3. Nothing in this stipulation shall constitute a waiver of any Party's rights, claims, defenses, or objections. Plaintiffs do not waive any right to seek additional information responsive to the Post-Judgment Discovery, and Defendants do not waive any objections to such additional information.

Dated:  June 4, 2026

DAVIS POLK & WARDWELL LLP

By:  */s/ Micah G. Block*
      Micah G. Block (SBN 270712)

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

By:  */s/ Juan O. Perla*
      Juan O. Perla (admitted *pro hac vice*)

*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*

2

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, Micah G. Block hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  June 4, 2026          /s/ Micah G. Block
                              Micah G. Block

3