Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    greg.andres@davispolk.com
            antonio.perez@davispolk.com
            luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email:    micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WHATSAPP LLC and<br>META PLATFORMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**DECLARATION OF MICAH G. BLOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT** |

I, Micah G. Block, declare as follows:

1.      I am a partner with the law firm of Davis Polk & Wardwell LLP ("Davis Polk") and am admitted to practice before this Court.  I am counsel for Plaintiffs WhatsApp LLC and Meta Platforms, Inc. in the above-captioned action filed on October 29, 2019 against Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd.  I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2.      I submit this declaration in support of Plaintiffs' Motion for Contempt, filed concurrently herewith.

3.      On August 28, 2025, this Court held a hearing on Plaintiffs' motion for a permanent injunction and Defendants' motion for a new trial.  Attached hereto as **Exhibit A** is a true and correct excerpt of the August 28, 2025 hearing.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 8th day of June 2026 in Redwood City, California.

By:    */s/ Micah G. Block*
       Micah G. Block

---

1

DECL. OF MICAH G. BLOCK IN SUPP. OF PLS.' MOT. FOR CONTEMPT - CASE NO. 4:19-CV-07123-PJH