Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:    (212) 450-4000
Facsimile:    (212) 701-5800
Email:        greg.andres@davispolk.com
              antonio.perez@davispolk.com
              luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone:    (650) 752-2000
Facsimile:    (650) 752-2111
Email:        micah.block@davispolk.com

*Attorneys for Plaintiffs*
*WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 4:19-cv-07123-PJH <br><br> **DECLARATION OF ANDREW BLAICH IN SUPPORT OF PLAINTIFFS' MOTION FOR CIVIL CONTEMPT** <br><br> Ctrm:  3 <br> Judge:  Hon. Phyllis J. Hamilton <br><br> Action Filed: October 29, 2019 |

I, Andrew Blaich, declare as follows:

1.      I submit this declaration in support of Plaintiffs' Motion for Civil Contempt in the above-captioned matter.  The information in this declaration is based on (a) my personal investigation of the conduct described below, (b) my review of records maintained by Meta in the ordinary course of business, including investigation files maintained in Meta's internal case-management system, and (c) my knowledge of WhatsApp's platform operations gained through my role on the Threat Intelligence team.  If called as a witness, I could competently testify to the truth of each statement.

## I.    Background and Qualifications

2.      I am employed as a Security Engineer Investigator on the Threat Intelligence team at Meta Platforms, Inc. ("Meta").  I have been employed by Meta since 2019.  As part of my role, I investigate threats to Meta's services and users, including on WhatsApp, identify and attribute the activity of threat actors, and take steps to mitigate active threats.

3.      I hold a Bachelor of Science (2005) and a Master of Science (2006) from Villanova University, and a Ph.D. in Computer Science and Engineering (2010) from the University of Notre Dame, where my research focused on enterprise security and wireless networking.  Before joining Meta, I served as Head of Device Intelligence at Lookout, where I led mobile threat hunting and vulnerability research, and as Lead Security Analyst at Bluebox Security.  Earlier in my career, I conducted research at Samsung Research of America and Qualcomm Research.  I have presented research at industry conferences including BlackHat, RSA, Security Analyst Summit, SecTor, SANS DFIR,  and ACSC.

4.      Since joining Meta in 2019, I have personally investigated activity by NSO Group ("NSO") across Meta's platforms, including Facebook, Instagram, Messenger, and WhatsApp.  I am also familiar with NSO's Pegasus spyware from my work at Lookout, prior to joining Meta.  In 2016, while employed at Lookout, I participated in the reverse engineering and analysis of the malware sample that was publicly identified as Pegasus and attributed to NSO, and I have continued to track Pegasus-related activity in the years since.  I am familiar with the technical signatures, infrastructure

1

patterns, and operational tradecraft historically associated with NSO and Pegasus, including the indicators identified in published research by Citizen Lab, Amnesty International's Security Lab, and Meta's own investigations.

5.    As part of their routine work, the Threat Intelligence team uses internal knowledge management systems to document investigative findings and share information, which can include screenshots, account data, user reports, and other relevant investigative information.

6.    WhatsApp messages are end-to-end encrypted (E2EE).  As a result WhatsApp does not have access to a user's WhatsApp messages unless a user chooses to report and share message content to WhatsApp using WhatsApp's reporting function. When a user submits a report to WhatsApp, the user shares up to five of the last messages that the reported user sent to the reporting user. Meta maintains these records in the ordinary course of business, for a limited number of days, as part of WhatsApp's and Meta's integrity work.

**II.    NSO Has Continued to Create and Operate Accounts on the WhatsApp Platform**

7.    The Threat Intelligence team has identified WhatsApp accounts and WhatsApp Groups that NSO continues to operate after the issuance of the injunction.  In some cases, based on available records, the WhatsApp account or the WhatsApp Group was created after January 28, 2026. Between January 28, 2026 and the date of this declaration, there were at least 23 WhatsApp accounts and at least 34 WhatsApp Groups created.

8.    The Threat Intelligence team uses the term "testing" or "testing accounts" to describe accounts and activity that bear signals the Threat Intelligence team associates with NSO testing its spyware accounts NSO uses to determine whether aspects of its spyware are functioning properly. The Threat Intelligence team identifies NSO testing accounts and activity through a combination of account level and behavioral signals.  When such indicators surface, the Threat Intelligence team conducts further investigation—including reviewing available account activity, relevant WhatsApp user reports, and the broader network of related accounts—to assess whether the account and activity is attributable to NSO.

9. These WhatsApp accounts and WhatsApp Groups share technical and behavioral signatures that Meta has previously associated with NSO testing, including account registration patterns, device and other related information, and connections to known NSO-controlled infrastructure.

10. In some cases, the WhatsApp accounts create WhatsApp Groups to demonstrate, test, or confirm functionality of the spyware. Of the at least 34 WhatsApp Groups created between January 28, 2026 and the date of this declaration, the Threat Intelligence team has identified over 20 as "testing groups"—groups bearing the signals described above—associated with NSO testing activity across at least 13 different countries.

11. The attribution described above is corroborated by the names the operators themselves assigned to the testing groups. Many of the groups created by NSO-operated accounts are titled in a consistent "Tests in [location] [date]" format—for example, "Tests in Guinea 25.02.2026," "Tests in Tanzania 11.2.2026," "Tests in Senegal 26.03.2026," "Tests in Mali 10.03.2026," "Tests in El Salvador 27.03.2026," "Tests in Yemen 20.04.2026," and "Tests in Somalia 7.5.26." These names, which appear in records maintained by Meta in the ordinary course of business, identify the activity by location and date and are consistent with testing aspects of NSO' spyware functionality that the Threat Intelligence team associates with NSO testing accounts. The naming convention and the breadth of locations it reflects are consistent with, and corroborate, the technical and behavioral signals on which the team's attribution principally rests.

12. On February 4, 2026, an NSO-operated testing account sent an image within one of these testing groups that was reported by a participant in the group, thus enabling investigators to review it. The image, a true and correct copy of which is attached as **Exhibit A**, depicts a desktop mat displaying the NSO Group logo. This image was uploaded to our internal knowledge management system at the time of investigation and is maintained by Meta in the ordinary course of business. NSO branding in testing account messages is a recurring indicator that the Threat Intelligence team has historically associated with NSO testing operations.

### III.    NSO Has Continued to Deploy One-Click Malicious URLs Through the WhatsApp Platform

13.    The Threat Intelligence team has identified with high confidence two campaigns using the WhatsApp Platform to deliver likely one-click malicious  URLs to targeted individuals.  The Threat Intelligence team assesses with high confidence that this activity was carried out by an NSO customer using NSO-operated delivery infrastructure to attempt delivery of NSO spyware.

14.    The Threat Intelligence team uses the term "attacker activity" to describe the real-world use of spyware against targets, as distinct from testing activity.  Attacker activity as it applies here does not involve exploiting WhatsApp but rather involves sending a targeted user a malicious URL link for a non-Meta, third-party website that will attempt to cause malware to download and install on the target device if the recipient clicks on the malicious URL.  The WhatsApp client application gives users the ability to report this type of suspicious activity to WhatsApp.  When a user submits a report to WhatsApp through the client application, the user shares up to five of the last messages that the reported user sent to the reporting user.  The URLs and content described below were observed as a result of that reporting mechanism.

15.    On January 22, 2026, before either the February 2026 or the April 2026 campaigns described below, an account associated with NSO spoofed the international news organization France 24, using messaging designed to induce targets to click malicious URLs.  Those URLs used the domain  fr24cast[.]com,  with  short,  randomized  alphanumeric  paths  (for  example, fr24cast[.]com/abcd1234).  As described below, that domain ties the post-injunction deployments to NSO-related activity that the team had attributed to the same customer before the injunction.

#### A.  The February 2026 Campaign

16.    Based on user reports, between February 3 and February 7, 2026, a WhatsApp account associated with NSO sent malicious URLs to targets over WhatsApp.  The URLs used the domain ghazacast[.]com, with paths consisting of short, randomized alphanumeric strings (for example, ghazacast[.]com/abcd1234).

**B. The April 2026 Campaign**

17.     Based on user reports, between April 13 and April 19, 2026, another WhatsApp account associated with NSO sent malicious URLs over WhatsApp to a target using WhatsApp. The URLs used the domain ikhwancast[.]com, again with short, randomized alphanumeric paths (for example, ikhwancast[.]com/abcd1234).

**C. Attribution to NSO**

18.     Based on the Threat Intelligence team's investigation, the February and April 2026 conduct described in this declaration is attributable to NSO with high confidence. I participated in this analysis and concur in each of the following conclusions. The attribution rests on the following:

a.     *URL infrastructure*. The malicious URLs used in both instances follow a distinctive pattern—*cast[.]com domains with short, mixed-case randomized paths of 6 to 9 characters—that the Threat Intelligence team has historically associated with one-click malicious URL delivery. The domains and URLs are low-volume, indicating targeted use.

b.     *URL redirect behavior*. The malicious URLs in both instances redirect, on visit, to the website of the entity being impersonated in the lure message—a behavior consistent with NSO's Pegasus delivery infrastructure documented in prior investigations and in published research.

c.     *Lure design*. Both deployments used impersonation lures that match the lure templates in prior campaigns by the same NSO customer. The January 22 France 24 spoofing described above used the same technique. The use of these specific impersonations is consistent with NSO social engineering tradecraft.

d.     *Targeting profile*. The locations of targets in both campaigns match areas in which Pegasus has previously been used.

e.     *Continuity with prior NSO conduct*. The February and April conduct appears to be  a continuation of activity that began before November 12, 2025. The fr24cast[.]com domain used in the January 2026 conduct described above shares a distinctive *cast[.]com naming convention also observed in the February and April campaigns. It also matches a domain that the Threat Intelligence team confirmed in a pre-injunction campaign by the same customer. Accordingly, the

DECLARATION OF ANDREW BLAICH ISO PLS.' MOT. FOR CIVIL CONTEMPT
CASE NO. 4:19-CV-07123-PJH

post-injunction campaigns I describe continue to use infrastructure and tradecraft the team had already attributed to that customer before the injunction was issued.

19. The conclusion that NSO remains the platform provider for these campaigns is supported by the technical infrastructure analysis described above. The campaigns rely on NSO-operated delivery infrastructure, NSO-maintained malicious URLs, and operational tradecraft developed by NSO. The infrastructure used to deliver the February 2026 and April 2026 malicious URLs is, based on the Threat Intelligence team's analysis, infrastructure that NSO continues to operate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of June 2026 in San Carlos, California.

By: _Andrew Blaich_____
        Andrew Blaich