Kellen S. Dwyer
(admitted *pro hac vice*)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street, NW, Suite 643A
Washington, DC 20037
kdwyer@holtzmanvogel.com
Phone: (202) 737-8808

Bradley A. Benbrook
Stephen M. Duvernay
Benbrook Law Group, PC
701 University Ave., Suite 106
Sacramento, CA 95825
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com
Phone: (916) 447-4900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware Corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CONTEMPT**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Action Filed: 10/29/2019 |

The Motion for Contempt ("Motion") filed by Plaintiffs WhatsApp LLC and Meta Platforms, Inc. (collectively, "Plaintiffs") against Defendants NSO Group Technologies Limited and Q Cyber Technologies (together, "NSO") is before the Court. *See* Dkt. 854. Having considered the materials and arguments before the Court and for good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **DENIED**.

The movants failed to establish by clear and convincing evidence that Defendants violated a specific and definite court order, including the Permanent Injunction entered November 12, 2025, Dkt. No. 809.

**IT IS SO ORDERED.**

Dated: _____          _____
                                          Honorable Phyllis J. Hamilton
                                          United States District Judge