Kellen S. Dwyer
(admitted *pro hac vice*)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street, NW, Suite 643A
Washington, DC 20037
kdwyer@holtzmanvogel.com
Phone: (202) 737-8808

Bradley A. Benbrook
(CA Bar # 177786)
Stephen M. Duvernay
(CA Bar # 250957)
Benbrook Law Group, PC
701 University Ave., Suite 106
Sacramento, CA 95825
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com
Phone: (916) 447-4900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP INC., a Delaware Corporation, and FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR CONTEMPT**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Action Filed: 10/29/2019 |

Pursuant to Civil Local Rules 7-7 and 7-11, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited hereby move for an order continuing the scheduled hearing on the motion for contempt filed by Plaintiffs WhatsApp Inc. and Facebook, Inc. to August 20, 2026, or the earliest date and time convenient for the Court after July 24, 2026. In support thereof, Defendants aver as follows:

1.    Plaintiffs filed their contempt motion on June 8, 2026, setting the noticed hearing date for July 16, 2026 at 1:30 pm. *See* Dkt. 854.

2.    Federal Rule of Civil Procedure 6(b)(1) provides that a party may receive an extension of time for "good cause."

3.    Reasoned justification exists for Defendant's request for a continuance. Kellen Dwyer was retained by Defendants as lead counsel for this motion on June 11, 2026, and entered his notice of appearance on June 16, 2026. Mr. Dwyer, however, is unable to attend the July 16 hearing because of his participation in a previously scheduled trial in New York between July 13, 2026, and July 24, 2026. Accordingly, Defendants respectfully request that this Court enters an order continuing the hearing date to August 20, 2026, or the earliest date and time convenient for the Court after July 24, 2026.

4.    On June 16, 2026, counsel for Defendants contacted counsel for Plaintiffs regarding this motion. On June 25, 2026, counsel for Plaintiffs represented that Plaintiffs consent to moving the hearing to the Court's earliest available date after Mr. Dwyer's trial, provided that the hearing is scheduled for no later than August 20, 2026.

5.    This is Defendants' first request for a continuance with respect to Plaintiffs' contempt motion and is not made for delay. No party will be prejudiced if it is granted.

Dated: July 7, 2026

Respectfully submitted,

HOLTZMAN   VOGEL   BARAN
TORCHINSKY & JOSEFIAK PLLC

By:  _/s/ Kellen S. Dwyer_____

Kellen S. Dwyer
(admitted *pro hac vice*)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street, NW, Suite 643A
Washington, DC 20037
kdwyer@holtzmanvogel.com
Phone: (202) 737-8808

Bradley A. Benbrook
Stephen M. Duvernay
Benbrook Law Group, PC
701 University Ave., Suite 106
Sacramento, CA 95825
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com
Phone: (916) 447-4900

*Attorneys for Defendants*

MOTION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR CONTEMPT