United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHATSAPP INC., et al.,

        Plaintiffs,

    v.

NSO GROUP TECHNOLOGIES
LIMITED, et al.,

        Defendants.

Case No. 19-cv-07123-PJH

**ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE HEARING ON
PLAINTIFF'S MOTION FOR
CONTEMPT**

Re: Dkt. 865

Based on the filing of an unopposed motion to continue the hearing date on plaintiff's motion for contempt, along with an accompanying stipulation signed by both parties, the court hereby GRANTS the motion to continue the hearing, and continues the hearing on plaintiff's motion for contempt to **August 20, 2026** at **1:30pm**.

    **IT IS SO ORDERED.**

Dated:  July 9, 2026

                /s/ *Phyllis J. Hamilton*
                PHYLLIS J. HAMILTON
                United States District Judge