# EXHIBIT H

## Sparacio, Therese

| | |
|---|---|
| **From:** | Perla, Juan |
| **Sent:** | Friday, May 8, 2026 7:51 PM |
| **To:** | 'Marzorati, Luca'; Andres, Greg D.; Perez-Marques, Antonio J.; Block, Micah G.; Campanini, Kaitlin; fb.nso |
| **Cc:** | Smith, Turner P.; Thomas, Steven; 'Jerrold Bregman'; Joe Akrotirianakis; Aaron Craig; derekshaffer@quinnemanuel.com; Daniel Benson |
| **Subject:** | RE: WhatsApp LLC et. al. v. NSO Group Technologies Limited et. al., No. 4:19-cv-07123-PJH (N.D. Cal.) |

Counsel:

It was a pleasure meeting you today. However, we were disappointed to hear that you are not willing to engage in any discussions about narrowing your interrogatories (ROGs) and requests for production (RFPs, and collectively, the "requests") in response to our objections but were instead singularly focused on fabricating a supposed dispute over "threshold issues." As we understood your position and your plan for moving forward with post-judgment discovery, there are three distinct issues you wished to address: (i) Defendant's objection to the geographic scope of your requests; 2) Defendants' objection to the temporal scope of your requests; and 3) Defendants' objections specifically to ROG No. 10 and RFP No. 7. You did not take issue with any of Defendants' other objections.

At the meet and confer, you started by expressing your desire to go directly to the court with what you viewed as these "threshold issues" (namely, the geography and temporal objections) before engaging in any discussions with us on narrowing your requests in any way. We expressed our willingness to hear any proposals you may have for narrowing your requests to lessen the burden of producing information/documents that we believe are simply irrelevant or premature at this stage (in addition to being unduly burdensome and disproportional to needs of the case, among our other objections). As we stated, plaintiffs' judgment is not presently enforceable anywhere outside of the Northern District of California (the "District"). Indeed, plaintiffs have not even sought to obtain leave from the court to register and enforce the judgment outside of the District pending appeal, as they are required to do by showing good cause under 28 U.S.C. § 1963. You gave no indication that your client intends to seek leave to enforce the judgment outside of the District any time soon. And you agreed with our understanding that a foreign judgment is not enforceable in Israel pending appeal.

Without foregoing our objections to plaintiffs' requests and acknowledging that our client is under no obligation to produce documents/information aside from what we already provided and agreed to produce, we asked if your client would be open to proposing any narrowing of its requests, so that we may bring those proposals to our clients for their consideration before burdening the court prematurely with an unripe dispute. You responded no. We suggested that you could propose narrowing requests with respect to jurisdictions, entities, subject matter (e.g., assets v. liabilities) or alternative time frames, and that we would report those back to our clients. Your response remained no. You further stated that nothing less than what you asked for in your requests as they currently stand would be sufficient without first getting these supposed "threshold issues" (geography and temporal objections) resolved by the court. We expressed our concern that this escalation is premature, and that we should try to do more to narrow any differences before burdening the court, but you stated that your client was not interested in engaging in a back and forth.

Nevertheless, we stated that we will report back to our clients on these issues, so they may consider how they wish to proceed before resorting to a joint letter to the court. Furthermore, with respect to ROG No. 10 and RFP No. 7, you agreed that responding to ROG No. 10 would obviate the need to produce any documents in response to RFP No. 7. We said that we would take this proposal back to our client along with the geographic/temporal scope issues, and report back. In that regard, we disagree with your precipitous characterization that we have reached an impasse, given that we have not even had a chance to confer with our clients, and at this late hour on a Friday in Israel, we will not be able to do so until the start of next week.

In the meantime, you said you would share with us your written position that you intend to include in a potential joint letter to the court, and we said that it would be helpful to have that written position to share with our clients as we

1

consider how to proceed. We look forward to receiving the written position so we can confer appropriately with our clients, and hope that we can continue to engage in a discussion about narrowing the issues involving your requests before we burden the court with a dispute that may be resolved or at least narrowed between the parties through meaningful negotiations.

Best,

**Juan O. Perla**
Partner (*he/him*)

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Direct Dial: +1 212 696 6084
jperla@curtis.com




www.curtis.com

Please consider the environment before printing this email.

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Friday, May 8, 2026 6:24 PM
**To:** Perla, Juan <jperla@curtis.com>; Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; Campanini, Kaitlin <kaitlin.campanini@davispolk.com>; fb.nso <fb.nso@davispolk.com>
**Cc:** Smith, Turner P. <tsmith@curtis.com>; Thomas, Steven <sthomas@curtis.com>; 'Jerrold Bregman' <jbregman@bg.law>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>; derekshaffer@quinnemanuel.com; Daniel Benson <DBenson@hbb-firm.com>
**Subject:** RE: WhatsApp LLC et. al. v. NSO Group Technologies Limited et. al., No. 4:19-cv-07123-PJH (N.D. Cal.)

**\*\*\*EXTERNAL EMAIL\*\*\***
Counsel,

Thank you for meeting and conferring with us this afternoon.

As discussed, the parties are at impasse on NSO's threshold geographic- and temporal-scope objections, which apply across nearly all of Plaintiffs' post-judgment discovery requests. Those issues are ripe for the Court's resolution. We will proceed with preparing our portion of the joint discovery letter to Judge Hamilton and will provide it to you shortly.

With respect to Interrogatory No. 10, we appreciate you agreeing to ask your client whether it is willing to identify the individuals with authority over NSO's assets.

Thanks,
Luca


**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Tuesday, May 5, 2026 9:39 PM
**To:** Perla, Juan <jperla@curtis.com>; Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; fb.nso <fb.nso@davispolk.com>
**Cc:** Smith, Turner P. <tsmith@curtis.com>; Thomas, Steven <sthomas@curtis.com>; 'Jerrold Bregman' <jbregman@bg.law>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>; derekshaffer@quinnemanuel.com; Daniel Benson <DBenson@hbb-firm.com>
**Subject:** RE: WhatsApp LLC et. al. v. NSO Group Technologies Limited et. al., No. 4:19-cv-07123-PJH (N.D. Cal.)

Thanks—just sent an invite.

**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Perla, Juan <jperla@curtis.com>
**Sent:** Tuesday, May 5, 2026 7:22 PM
**To:** Marzorati, Luca <luca.marzorati@davispolk.com>; Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; fb.nso <fb.nso@davispolk.com>
**Cc:** Smith, Turner P. <tsmith@curtis.com>; Thomas, Steven <sthomas@curtis.com>; 'Jerrold Bregman' <jbregman@bg.law>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>; derekshaffer@quinnemanuel.com; Daniel Benson <DBenson@hbb-firm.com>
**Subject:** RE: WhatsApp LLC et. al. v. NSO Group Technologies Limited et. al., No. 4:19-cv-07123-PJH (N.D. Cal.)

Counsel,

We're available Friday, May 8, at 4 pm ET.

Best,

**Juan O. Perla**
Partner (*he/him*)

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Direct Dial: +1 212 696 6084
jperla@curtis.com



www.curtis.com

 Please consider the environment before printing this email.

**From:** Marzorati, Luca <luca.marzorati@davispolk.com>
**Sent:** Tuesday, May 5, 2026 3:09 PM
**To:** Perla, Juan <jperla@curtis.com>; Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>; fb.nso <fb.nso@davispolk.com>
**Cc:** Smith, Turner P. <tsmith@curtis.com>; Thomas, Steven <sthomas@curtis.com>; 'Jerrold Bregman' <jbregman@bg.law>; Joe Akrotirianakis <JAkro@KSLAW.com>; Aaron Craig <ACraig@KSLAW.com>; derekshaffer@quinnemanuel.com; Daniel Benson <DBenson@hbb-firm.com>
**Subject:** RE: WhatsApp LLC et. al. v. NSO Group Technologies Limited et. al., No. 4:19-cv-07123-PJH (N.D. Cal.)

**\*\*\*EXTERNAL EMAIL\*\*\***
Counsel,

We write regarding Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Production in Aid of Judgment and First Set of Interrogatories in Aid of Judgment.

Pursuant to Judge Hamilton's Standing Order Regarding Discovery Disputes, Protective Orders, and ESI Orders, Plaintiffs request a meet-and-confer concerning Defendants' responses and objections.

Please let us know whether you are available at any of the following times:

- Thursday, May 7, at 2:00 p.m. ET / 11:00 a.m. PT
- Thursday, May 7, at 4:30 p.m. ET / 1:30 p.m. PT
- Friday, May 8, at 4:00 p.m. ET / 1:00 p.m. PT

The parties have already agreed to accept service by email in this case.  Plaintiffs will include the indicated curtis.com and bg.law email addresses on email service distributions going forward.  As previously agreed, please include fb.nso@davispolk.com on service emails for Plaintiffs.

Thanks,
Luca


**Luca Marzorati**

+1 212 450 3660 office
+1 718 304 6950 mobile
luca.marzorati@davispolk.com

---

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Perla, Juan <jperla@curtis.com>
**Sent:** Monday, May 4, 2026 6:21 PM

**To:** Andres, Greg D. <greg.andres@davispolk.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>;
Marzorati, Luca <luca.marzorati@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>
**Cc:** Perla, Juan <jperla@curtis.com>; Smith, Turner P. <tsmith@curtis.com>; Thomas, Steven <sthomas@curtis.com>;
'Jerrold Bregman' <jbregman@bg.law>
**Subject:** WhatsApp LLC et. al. v. NSO Group Technologies Limited et. al., No. 4:19-cv-07123-PJH (N.D. Cal.)

Counsel,

We represent Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited in the above-referenced matter. Attached are copies of Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Production in Aid of Judgment and First Set of Interrogatories in Aid of Judgment dated March 4, 2026. We have also caused copies of these documents to be delivered to the same counsel addressed here via FedEx overnight delivery.

Please let us know if Plaintiffs consent to having any and all future discovery responses in this action served only via email at the above addresses. In exchange, Defendants will also consent to having any and all future discovery requests in this action served only via email at the following addresses: jperla@curtis.com, tsmith@curtis.com, sthomas@curtis.com, jbregman@bg.law.

Best,

**Juan O. Perla**
Partner (*he/him*)

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Direct Dial: +1 212 696 6084
jperla@curtis.com



www.curtis.com


Please consider the
environment before
printing this email.

This e-mail, including any attachments, may contain information that is protected by law as privileged and confidential, and is transmitted for the sole use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone or reply e-mail, and permanently delete this e-mail from your computer system. Your privacy is very important to our firm.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)