

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

Astana
Beijing
Bogotá
Brussels
Budapest
Buenos Aires
Dubai
Frankfurt
Geneva
Houston

London
Mexico City
Milan
Muscat
Paris
Riyadh
Rome
Tashkent
Washington, D.C.

101 Park Avenue
New York, New York 10178-0061

**Telephone  +1 212 696 6000**
**Facsimile  +1 212 697 1559**
www.curtis.com

**Juan O. Perla**
Tel: +1 212 696 6084
E-Mail: jperla@curtis.com

August 7, 2026

Honorable Judge Phyllis J. Hamilton
U.S. District Court for the Northern District of California
Ronald V. Dellums Federal Building & United States Courthouse
1301 Clay Street
Oakland, CA 94612

**Re: Defendants' Post-Judgment Production –** *WhatsApp LLC et al. v. NSO*
*Group Technologies Limited et al.***, No. 4:19-cv-07123-PJH**

Dear Judge Hamilton:

Pursuant to Your Honor's Standing Order Regarding Discovery Disputes, we write on behalf of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited to update the Court regarding the parties' joint letter to the Court filed on Friday, July 31, 2026 (ECF No. 870) in connection with Plaintiffs' First Set of Requests for Production in Aid of Judgment and First Set of Interrogatories in Aid of Judgment dated March 4, 2026 (the "Requests").

Notwithstanding the supposed discovery dispute submitted by Plaintiffs in the recent joint letter to the Court, and subject to Defendants' general and specific objections to the Requests, Defendants have unilaterally, and in good faith, started to produce certain categories of documents identified in a proposed draft stipulation that the parties were negotiating but were unable to finalize and execute because Plaintiffs precipitously—without providing Defendants any time to review and respond to the latest iteration—submitted the joint letter to the Court. *See* ECF No. 870-13 at 3-4. Defendants' letter to Plaintiffs setting forth the production is appended hereto as Exhibit A for the Court's reference.



**Curtis, Mallet-Prevost, Colt & Mosle LLP**

Judge Hamilton
August 7, 2026
Page 2

Respectfully submitted,

**CURTIS, MALLET-PREVOST,**
**COLT & MOSLE LLP**

*/s/ Juan O. Perla*

Juan O. Perla
Turner Smith
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Telephone: (212)-696-6084
Email: jperla@curtis.com
          tsmith@curtis.com

Jerrold L. Bregman (SBN 149896)
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818)-827-9101
Facsimile: (818)-827-9099
Email: jbregman@bg.law

*Attorneys for Defendants NSO Group*
*Technologies Ltd. And Q Cyber*
*Technologies Ltd.*