**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

# CIVIL MINUTES

**Date: August 20, 2026 (Time:1 Hour, 15 minutes) JUDGE: Phyllis J. Hamilton**

**Case No: 19-cv-07123-PJH**
**Case Name: WhatsApp Inc. v. NSO Group Technologies Limited**

**Attorney(s) for Plaintiff: Micah Block, Luca Marzarati, Antonio Perez-Marques, and Greg Andres**
**Attorney(s) for Defendants: Kellen Dwyer**

| **Deputy Clerk:** | **Court Reporter:** |
| --- | --- |
| Nicole Hall | James Pence-Aviles through Zoom. |

## PROCEEDINGS

Motion for Contempt Hearing – HELD.

Motion for Contempt: Matter is argued and submitted. Written order to follow. Plaintiffs must file within one week a proposal for the procedure they wish the court to follow. Defendants may respond within one week thereafter.

Discovery Dispute Letters: The Court instructs the parties regarding the proper procedure for submitting discovery dispute letters. Separate discovery letters will not be considered. Instead, the parties shall meet and confer and file a joint discovery dispute letter outlining each party's respective position.

The Court orders the parties to meet and confer within the next two weeks regarding the three categories identified in the discovery dispute letters as remaining to be resolved. A joint status statement shall be filed within three weeks indicating whether the dispute has been resolved or whether a motion for protective order or motion to compel discovery should be filed.