# EXHIBIT A

Greg D. Andres
Antonio J. Perez-Marques
Luca Marzorati
(admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
antonio.perez@davispolk.com
luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC and META PLATFORMS, INC., Plaintiffs, v. NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**[PROPOSED] ORDER TO SHOW CAUSE REGARDING DEFENDANTS' CONTEMPT OF PERMANENT INJUNCTION**<br><br>Ctrm: 3<br>Judge: Hon. Phyllis J. Hamilton |

Having considered Plaintiffs' Motion for Contempt (Dkt. No. 854), Defendants' Opposition (Dkt. No. 863), Plaintiffs' Reply in Support of Motion for Contempt (Dkt. No. 864), the declarations and exhibits submitted in connection therewith, and the arguments of counsel presented at the hearing held on August 20, 2026, the Court finds that Plaintiffs have made a sufficient preliminary showing to warrant an order requiring Defendants to show cause why they should not be held in civil contempt of the Permanent Injunction entered November 12, 2025 (Dkt. No. 809).

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. NSO Group Technologies Limited and Q Cyber Technologies Limited (together, "NSO") are **ORDERED** to show cause why they should not be held in civil contempt for violating the Permanent Injunction in this case (Dkt. No. 809).

2. Within fourteen (14) days of the date of this Order, NSO shall file a sworn declaration, executed by an officer with personal knowledge of NSO's operations and compliance efforts, describing all steps NSO has taken to comply with each provision of the Permanent Injunction since its effective date. Without limiting the foregoing, the declaration must address the following specific topics:

a. Whether NSO or its employees have created any accounts on the WhatsApp Platform since January 28, 2026, and, if so, the number of accounts created, the dates of creation, the purposes for which they were created, and the identity of the person or persons who created each such account;

b. Whether NSO or its employees currently operate or use WhatsApp accounts, including but not limited to accounts used for internal communications, testing groups, or any other purpose, and, if so, the nature and extent of such use;

c. Whether NSO has, from the effective date of this Court's Permanent Injunction to the present, developed, maintained, or operated installation-vector infrastructure that interacts with the WhatsApp Platform, including one-click installation vectors and any successor delivery mechanisms; and

d. Whether NSO or Pegasus, or any successor product, has, from the effective date of this Court's Permanent Injunction to the present, collected data from the WhatsApp application on target devices.

3. Plaintiffs may file a reply within seven (7) days after NSO's response to this Order.

4. After reviewing NSO's sworn declaration and Plaintiffs' reply, the Court will determine whether an evidentiary hearing is necessary or whether the matter can be resolved on the papers.

5. If an evidentiary hearing is set, the parties shall each file a witness list with a short description of anticipated testimony and an exhibit list fourteen (14) days before the hearing. Electronic copies of any exhibits to be offered into evidence shall be exchanged seven (7) days before the hearing.

6. The Court retains jurisdiction to enforce the terms of the Permanent Injunction and to address other matters arising out of or regarding the Permanent Injunction, including any allegations that Defendants have failed to comply with their obligations as set forth therein.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________________
Honorable Phyllis J. Hamilton
United States District Judge