United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHATSAPP INC., et al.,

Plaintiffs,

v.

NSO GROUP TECHNOLOGIES LIMITED, et al.,

Defendants.

Case No. 19-cv-07123-PJH

**ORDER RE POST-JUDGMENT DISCOVERY DISPUTES**

Re: Dkt. 870, 873, 874, 881

The parties in the above-captioned case have multiple disputes regarding post-judgment discovery. See Dkt. 870, 873, 874, 881. The parties first filed a joint letter brief (Dkt. 870), which was followed by a unilateral letter filed by defendants (Dkt. 873), then a unilateral letter filed by plaintiffs (Dkt. 874). The court then directed the parties to file an updated joint letter. See Dkt. 881.

To summarize the disputes, plaintiffs argue that defendants have refused to produce responsive discovery regarding its financing, tax returns, distributions and compensation, and valuations, which are relevant to plaintiffs' efforts to collect more than $20 million of unpaid judgments. See Dkt. 870. Defendants argue that plaintiffs seek overly-expansive discovery far beyond defendants' executable assets. See id. The parties also dispute plaintiffs' right to take deposition testimony. See Dkt. 881.

Both parties seek to file a motion to obtain their requested relief. Specifically, plaintiffs seek to file a motion to compel discovery, while defendants seek to file a motion for protective order. See Dkt. 881. Both proposed motions appear to seek an answer on the same discovery issues. Thus, it would be duplicative to have two motions, two

United States District Court
Northern District of California

opposition briefs, and two reply briefs, all concerning the same discovery issues. Accordingly, the court sets the following briefing schedule to resolve pending discovery issues: the parties shall file cross-motions on **October 30, 2026**, with plaintiffs filing a motion to compel and defendants filing a motion for protective order. On **November 14, 2026**, each side shall file a single responsive brief, addressing the arguments made in the opposing party's motion. No further briefing will be accepted, and the motions will thereafter be decided on the papers. Each brief is limited to twenty (20) pages.

**IT IS SO ORDERED.**

Dated: October 16, 2026

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge