Juan O. Perla (appearance pro hac vice)
Turner Smith (appearance pro hac vice)
David V. Holmes (appearance pro hac vice)
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6084
jperla@curtis.com
tsmith@curtis.com
dholmes@curtis.com

Jerrold L. Bregman (SBN 149896)
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Tel: (818) 827-9101
Fax: (818) 827-9099
jbregman@bg.law

*Attorneys for Defendants*
*NSO Group Technologies Limited*
*and Q Cyber Technologies Limited*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WHATSAPP LLC and
META PLATFORMS, INC.,

Plaintiffs,

v.

NSO GROUP TECHNOLOGIES LIMITED
and Q CYBER TECHNOLOGIES LIMITED,

Defendants.

Case No. 4:19-cv-07123-PJH

**DECLARATION OF JUAN O. PERLA IN SUPPORT OF DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER**

Judge: Hon. Phyllis J. Hamilton
Action Filed: October 29, 2019

I, Juan O. Perla, declare as follows:

1. I am a partner with the law firm of Curtis, Mallet, Prevost, Colt & Mosle LLP ("Curtis Mallet") and I am admitted pro hac vice before this Court. I am counsel for Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. in the above-captioned action. I submit this declaration in support of Defendants' Motion for Entry of Protective Order, filed concurrently herewith.

2. Attached hereto as Exhibit A is a true and correct copy of an unofficial translation of Israel's Privacy Protection Law (1981) provided by the Israeli government's services and information website at https://www.gov.il/BlobFolder/legalinfo/legislation/en/Protection-of-Privacy-Law57411981unofficialtranslatioup.pdf.

3. Attached hereto as Exhibit B is a true and correct copy of the Non-Party Subpoena issued on Hippocrene Ventures LLC, dated September 23, 2026, noticed by Plaintiffs to Defendants on September 23, 2026.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October 2026, in New York City, New York.

Respectfully submitted,

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

*/s/ Juan O. Perla*
Juan O. Perla (appearance pro hac vice)

*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*