# EXHIBIT J

FILED UNDER SEAL