# EXHIBIT EE

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
(admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
antonio.perez@davispolk.com
craig.cagney@davispolk.com
luca.marzorati@davispolk.com

Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHATSAPP LLC, a Delaware corporation, and META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 4:19-cv-07123-PJH<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF RAMON ESHKAR PURSUANT TO FED. R. CIV. P. 30**<br><br>Date: August 27, 2024<br>Time: 9:00 AM BST<br>Place: Davis Polk & Wardwell London LLP<br>5 Aldermanbury Square,<br>London, EC2V 7HR, UK |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs WhatsApp LLC and Meta Platforms, Inc. ("Plaintiffs") will take the deposition upon oral examination of Ramon Eshkar pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will commence on August 27, 2024, at 9:00 AM BST at the offices of Davis Polk & Wardwell London LLP, 5 Aldermanbury Square, London, EC2V 7HR, United Kingdom, and will continue day-to-day until completed. The deposition will be taken by a notary public or other authorized officer and will be videotaped and recorded stenographically.

Dated: August 22, 2024

DAVIS POLK & WARDWELL LLP

By: */s/ Micah G. Block*

Micah G. Block (SBN 270712)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: micah.block@davispolk.com

Greg D. Andres
Antonio J. Perez-Marques
Craig T. Cagney
Luca Marzorati
(admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: greg.andres@davispolk.com
antonio.perez@davispolk.com
craig.cagney@davispolk.com
luca.marzorati@davispolk.com

*Attorneys for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I am a citizen of the United States and employed in the County of New York, New York. I am over the age of 18 years and not a party to the within-entitled action. My business address is Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017.

On August 22, 2024, I served a true and correct copy of the following document(s) on the parties in the action addressed as follows:

**PLAINTIFFS' NOTICE OF DEPOSITION OF RAMON ESHKAR**

☐ (BY OVERNIGHT COURIER) by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered by a FedEx or UPS agent for delivery.

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth below on this date.

Joseph N. Akrotirianakis
Aaron S. Craig
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Email: jakro@kslaw.com
acraig@kslaw.com

*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*

I declare under penalty of perjury that the above is true and correct.

Executed on August 22, 2024 at New York, New York.

*/s/ Quentin J. Ullrich*
Quentin J. Ullrich