Juan O. Perla (appearance pro hac vice)
Turner Smith (appearance pro hac vice)
David V. Holmes (appearance pro hac vice)
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6084
jperla@curtis.com
tsmith@curtis.com
dholmes@curtis.com

Jerrold L. Bregman (SBN 149896)
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Tel: (818) 827-9101
Fax: (818) 827-9099
jbregman@bg.law

*Attorneys for Defendants*
*NSO Group Technologies Limited*
*and Q Cyber Technologies Limited*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WHATSAPP LLC and
META PLATFORMS, INC.,

Plaintiffs,

v.

NSO GROUP TECHNOLOGIES LIMITED
and Q CYBER TECHNOLOGIES LIMITED,

Defendants.

Case No. 4:19-cv-07123-PJH

**SECOND DECLARATION OF JUAN O. PERLA IN SUPPORT OF DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER**

Judge: Hon. Phyllis J. Hamilton
Action Filed: October 29, 2019

I, Juan O. Perla, declare as follows:

1. I am a partner with the law firm of Curtis, Mallet, Prevost, Colt & Mosle LLP, and I am admitted pro hac vice before this Court. I am counsel for Defendants NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. in the above-captioned action. I submit this second declaration in further support of Defendants' Motion for Entry of Protective Order, filed on October 30, 2026, Dkt. No. 886.

2. Attached hereto as Exhibit C[1] is a true and correct copy of the Hebrew original of Israeli National Labor Court judgment for National Hearing 49/3-2 *State of Israel v. Israel Raich et al.*, obtained from nevo.co.il, a comprehensive Israeli online legal database maintained by Nevo Press Ltd., along with a certified English translation of that judgment provided by Libhaber Translations Ltd., a translation agency specializing in legal translations.

3. Attached hereto as Exhibit D is a true and correct copy of the Hebrew original of Israeli National Labor Court judgment for Labor Appeal 56/3-260 *Mordechai Alfariah v. Director General of the National Insurance Institute et al.*, obtained from nevo.co.il., along with a certified English translation of that judgment provided by Libhaber Translations Ltd.

4. Attached hereto as Exhibit E is a true and correct copy of the Hebrew original of Supreme Court judgment for Civil Appeal 9474/16 *Ronen Averbuch et al. v. Otkritie International Investment Management LTD et. al.*, obtained from the Supreme Court of Israel's official website (supremedecisions.court.gov.il.), along with a certified English translation of that judgment provided by Libhaber Translations Ltd.

5. Attached hereto as Exhibit F is a true and correct copy of the Hebrew original of Section 3(2) of Israel's Foreign Judgments Enforcement Law, 5718-1958, obtained from the official website of the Knesset (knesset.gov.il), Israel's legislative branch of government, along with a certified English translation of that law, provided by Libhaber Translations Ltd.

---

[1] The exhibit lettering is a continuation of the exhibits annexed to the First Declaration of Juan O. Perla. Dkt. No. 886-1.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 13th day of November 2026, in New York City, New York.

Respectfully submitted,

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

*/s/ Juan O. Perla*
Juan O. Perla (appearance pro hac vice)

*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*